PSJ3

Exhibit 139

**Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template**

JAN-MS-00393409        JAN-MS-00393409_Confidential.xls

| | Date Of Activity: | | 9/25/2008 | Grant ID | |
|---|---|---|---|---|---|
| ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC | Activity Title: | | Advances in Pain Management: Emerging Strategies & Clinical Innovations | | |
| | Activity Component: | | Seminar/Symposia | | |
| | **PROGRAM COSTS** | | | **REQUESTED FUNDING FROM OMJSA** | | |

| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
|---|---|---|---|---|---|---|---|
| **Management Fees** | Editorial Development | 1 | $22,000 | $ 22,000 | 1 | $22,000 | $ 22,000 |
| | Graphic Development and Layout | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 |
| | Project/Agency Management | 1 | $18,000 | $ 18,000 | 1 | $18,000 | $ 18,000 |
| | Venue Selection and Coordination | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 |
| | Speaker/Faculty Coordination | 1 | $6,000 | $ 6,000 | 1 | $6,000 | $ 6,000 |
| | Participant/Audience Coordination | 1 | $4,000 | $ 4,000 | 1 | $4,000 | $ 4,000 |
| | On-Site Time (Live) | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 75,000* | | | *$ 75,000* |
| **Honoraria** | Honoraria - Chairperson | 1 | $2,500 | $ 2,500 | 1 | $2,500 | $ 2,500 |
| | Honoraria - Faculty | 3 | $2,000 | $ 6,000 | 3 | $2,000 | $ 6,000 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 8,500* | | | *$ 8,500* |
| **Faculty Travel Expenses** | Airfare | 4 | $800 | $ 3,200 | 4 | $800 | $ 3,200 |
| | Lodging | 4 | $275 | $ 1,100 | 4 | $275 | $ 1,100 |
| | Ground Transportation | 4 | $250 | $ 1,000 | 4 | $250 | $ 1,000 |
| | Other* | 4 | $75 | $ 300 | 4 | $75 | $ 300 |
| | *Subtotal* | | | *$ 5,600* | | | *$ 5,600* |
| **Grantor/Client Travel Expenses** | Airfare | 6 | $800 | $ 4,800 | 6 | $800 | $ 4,800 |
| | Lodging | 12 | $275 | $ 3,300 | 12 | $275 | $ 3,300 |
| | Ground Transportation | 6 | $100 | $ 600 | 6 | $100 | $ 600 |
| | Other* | 12 | $75 | $ 900 | 12 | $75 | $ 900 |
| | *Subtotal* | | | *$ 9,600* | | | *$ 9,600* |
| **Venue** | Meeting Room Rental | 1 | $2,000 | $ 2,000 | 1 | $2,000 | $ 2,000 |
| | Breakout Room Rental | | | $ - | | | $ - |
| | Registration Desk | | | $ - | | | $ - |
| | Slide Review Room Rental | 2 | $1,000 | $ 2,000 | 2 | $1,000 | $ 2,000 |

**Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template**

JAN-MS-00393409         JAN-MS-00393409_Confidential.xls

| | Date Of Activity: | | 9/25/2008 | **Grant ID** | |
|---|---|---|---|---|---|
| ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC | Activity Title: | | Advances in Pain Management: Emerging Strategies & Clinical Innovations | | |
| | Activity Component: | | Seminar/Symposia | | |

| | | **PROGRAM COSTS** | | | **REQUESTED FUNDING FROM OMJSA** | | |
|---|---|---|---|---|---|---|---|
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| | *Subtotal* | | | *$ 4,000* | | | *$ 4,000* |
| **Food and Beverage** | Breakfast | | | $ - | | | $ - |
| | Lunch | | | $ - | | | $ - |
| | Dinner | 250 | $85 | $ 21,250 | 250 | $85 | $ 21,250 |
| | Break | 10 | $30 | $ 300 | 10 | $30 | $ 300 |
| | *Subtotal* | | | *$ 21,550* | | | *$ 21,550* |
| **Audience Generation** | Brochure/Invitation | 1 | $7,000 | $ 7,000 | 1 | $7,000 | $ 7,000 |
| | Fax Blast | | | $ - | | | $ - |
| | Journal Advertisement | | | $ - | | | $ - |
| | Western Union | | | $ - | | | $ - |
| | Flyer | | | $ - | | | $ - |
| | Postcard | | | $ - | | | $ - |
| | Mailing List | 2 | $750 | $ 1,500 | 2 | $750 | $ 1,500 |
| | Mail house: Assembly/Fulfillment | 2 | $500 | $ 1,000 | 2 | $500 | $ 1,000 |
| | Postage | 2 | $500 | $ 1,000 | 2 | $500 | $ 1,000 |
| | Hotel Room Drops | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 10,500* | | | *$ 10,500* |

# Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template

| Date Of Activity: | | | 9/25/2008 | **Grant ID** | |
|---|---|---|---|---|---|
| Activity Title: | | | Advances in Pain Management: Emerging Strategies & Clinical Innovations | | |
| Activity Component: | | | Seminar/Symposia | | |

| | | PROGRAM COSTS | | | REQUESTED FUNDING FROM OMJSA | | |
|---|---|---|---|---|---|---|---|
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| **Audiovisual** | Equipment | 1 | $15,000 | $ 15,000 | 1 | $15,000 | $ 15,000 |
| | Technical Assistance/Travel Costs | 2 | $1,500 | $ 3,000 | 2 | $1,500 | $ 3,000 |
| | Audience Response | 1 | $6,500 | $ 6,500 | 1 | $6,500 | $ 6,500 |
| | Transcription | 2 | $325 | $ 650 | 2 | $325 | $ 650 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 25,150* | | | *$ 25,150* |
| **Meeting Materials** | Signage | 5 | $200 | $ 1,000 | 5 | $200 | $ 1,000 |
| | Tent Cards | | | $ - | | | $ - |
| | Name Badges | | | $ - | | | $ - |
| | Syllabus/Handout Materials | | | $ - | | | $ - |
| | Slides - Title & Faculty Presentations | | | $ - | | | $ - |
| | Editorial Searches/Reprints | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 1,000* | | | *$ 1,000* |
| **Production Expenses** | Printing | | | $ - | | | $ - |
| | Binders | 250 | $25 | $ 6,250 | 250 | $25 | $ 6,250 |
| | Slide Production | | | $ - | | | $ - |
| | CD Rom Duplication | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 6,250* | | | *$ 6,250* |
| **Association and Institutional Fees** | Association Fee | | | $ - | 1 | $0 | $ 0 |
| | Institution Fee | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ -* | | | *$ 0* |
| **CE Fees** | Certification Fees | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 |
| | Other* | 1 | $1,000 | $ 1,000 | 1 | $1,000 | $ 1,000 |
| | *Subtotal* | | | *$ 11,000* | | | *$ 11,000* |

**Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template**

JAN-MS-00393409　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAN-MS-00393409_Confidential.xls

| | | PROGRAM COSTS | | | REQUESTED FUNDING FROM OMJSA | | |
|---|---|---|---|---|---|---|---|
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| **Other Expenses** *(please specify)* | | | | $ - | | | $ - |
| | | | | $ - | | | $ - |
| | *Subtotal* | | | $ - | | | $ - |
| | **Total Expense of Program** | | | $ 178,150 | | | |
| | **Total Requested Amt from OMJSA** | | | | | | $ 178,150 |
| | **Total Variance of Program** | | | | | | |
| | | | | | | | |
| **Income** | Requested from OMJSA | | | | | | $ 178,150 |
| | Other Industry Support Requested | | | $ - | | | |
| | Proposed Registration Fees | | | $ - | | | |
| | Exhibit Fees | | | $ - | | | |
| | Other | | | $ - | | | |
| | *Subtotal* | | | $ - | | | |
| | **Total Projected Income** | | | $ 178,150 | | | |
| | | | | | | | |
| | ***Program Surplus or Shortfall*** | | | $ 0 | | | |

Date Of Activity: 9/25/2008　Grant ID
Activity Title: Advances in Pain Management: Emerging Strategies & Clinical Innovations
Activity Component: Seminar/Symposia

**Note:** Costs entered under "Other*" must be identified

**ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC**

| Date Of Activity: | | 11/30/2007 | Grant ID | |
|---|---|---|---|---|
| Activity Title: | | Advances in Pain Management: Emerging Strategies & Clincial Inn | | |
| Activity Component: | | Seminar/Symposia | | |

| | | PROGRAM COSTS | | | REQUESTED FUNDING FROM OMJSA | | | FOR RECONCILIATION USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| | Category | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount | Actual | Variance |
| **Management Fees** | Editorial Development | 1 | $22,000 | $ 22,000 | 1 | $22,000 | $ 22,000 | $ 22,000 | $ - |
| | Graphic Development and Layout | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | $ 10,000 | $ - |
| | Project/Agency Management | 1 | $18,000 | $ 18,000 | 1 | $18,000 | $ 18,000 | $ 18,000 | $ - |
| | Venue Selection and Coordination | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | $ 10,000 | $ - |
| | Speaker/Faculty Coordination | 1 | $6,000 | $ 6,000 | 1 | $6,000 | $ 6,000 | $ 6,000 | $ - |
| | Participant/Audience Coordination | 1 | $4,000 | $ 4,000 | 1 | $4,000 | $ 4,000 | $ 4,000 | $ - |
| | On-Site Time (Live) | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 | $ 5,000 | $ - |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 75,000 | | | $ 75,000 | $ 75,000 | $ - |
| **Honoraria** | Honoraria - Chairperson | 1 | $2,500 | $ 2,500 | 1 | $2,500 | $ 2,500 | 2500 | $ - |
| | Honoraria - Faculty | 3 | $2,000 | $ 6,000 | 3 | $2,000 | $ 6,000 | 4000 | $ 2,000 |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 8,500 | | | $ 8,500 | $ 6,500 | $ 2,000 |
| **Faculty Travel Expenses** | Airfare | 4 | $800 | $ 3,200 | 4 | $800 | $ 3,200 | 1092 | $ 2,108 |
| | Lodging | 4 | $275 | $ 1,100 | 4 | $275 | $ 1,100 | 423.36 | $ 677 |
| | Ground Transportation | 4 | $250 | $ 1,000 | 4 | $250 | $ 1,000 | 114.88 | $ 885 |
| | Other* | 4 | $75 | $ 300 | 4 | $75 | $ 300 | 30.88 | $ 269 |
| | *Subtotal* | | | $ 5,600 | | | $ 5,600 | $ 1,661 | $ 3,939 |
| **Grantor/Client Travel Expenses** | Airfare | 6 | $800 | $ 4,800 | 6 | $800 | $ 4,800 | 1862.28 | $ 2,938 |
| | Lodging | 12 | $275 | $ 3,300 | 12 | $275 | $ 3,300 | 3057.21 | $ 243 |
| | Ground Transportation | 6 | $100 | $ 600 | 6 | $100 | $ 600 | 1497.48 | $ (897) |
| | Other* | 12 | $75 | $ 900 | 12 | $75 | $ 900 | 964.03 | $ (64) |
| | *Subtotal* | | | $ 9,600 | | | $ 9,600 | $ 7,381 | $ 2,219 |
| **Venue** | Meeting Room Rental | 1 | $2,500 | $ 2,500 | 1 | $2,500 | $ 2,500 | 2484 | $ 16 |
| | Breakout Room Rental | | | $ - | | | $ - | | |
| | Registration Desk | | | $ - | 1 | $0 | $ 0 | | $ 0 |
| | Slide Review Room Rental | 1 | $1,500 | $ 1,500 | 1 | $1,500 | $ 1,500 | | $ 1,500 |
| | *Subtotal* | | | $ 4,000 | | | $ 4,000 | $ 2,484 | $ 1,516 |
| **Food and Beverage** | Breakfast | | | $ - | | | $ - | | |
| | Lunch | | | $ - | | | $ - | | |
| | Dinner | 150 | $75 | $ 11,250 | 150 | $75 | $ 11,250 | 12548.87 | $ (1,299) |
| | Break | 8 | $30 | $ 240 | 8 | $30 | $ 240 | 289.68 | $ (50) |
| | *Subtotal* | | | $ 11,490 | | | $ 11,490 | $ 12,839 | $ (1,349) |
| **Audience Generation** | Brochure/Invitation | 1 | $8,500 | $ 8,500 | 1 | $8,500 | $ 8,500 | 6368 | $ 2,132 |
| | Fax Blast | | | $ - | | | $ - | | |
| | Journal Advertisement | | | $ - | | | $ - | | |
| | Western Union | | | $ - | | | $ - | | |
| | Flyer | | | $ - | | | $ - | | |
| | Postcard | | | $ - | | | $ - | | |

| Category | Item | Qty | Unit | Amount | Qty | Unit | Amount | Actual | Variance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Generation | Mailing List | 2 | $2,000 | $ 4,000 | 2 | $2,000 | $ 4,000 | 5611.03 | $ (1,611) | | |
| | Mail house: Assembly/Fulfillment | 2 | $750 | $ 1,500 | 2 | $750 | $ 1,500 | 1410.64 | $ 89 | | |
| | Postage | 2 | $2,000 | $ 4,000 | 2 | $2,000 | $ 4,000 | 2271.28 | $ 1,729 | | |
| | Hotel Room Drops | | | $ - | | | $ - | | | | |
| | Other* | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ 18,000* | | | *$ 18,000* | *$ 15,661* | *$ 2,339* | | |
| Audiovisual | Equipment | 1 | $15,000 | $ 15,000 | 1 | $15,000 | $ 15,000 | 13905.1 | $ 1,095 | 0 | |
| | Technical Assistance/Travel Costs | 2 | $1,500 | $ 3,000 | 2 | $1,500 | $ 3,000 | **1127.88** | $ 1,872 | 0 | |
| | Audience Response | 1 | $6,500 | $ 6,500 | 1 | $6,500 | $ 6,500 | 5450 | $ 1,050 | | |
| | Transcription | 2 | $325 | $ 650 | 2 | $325 | $ 650 | 219.37 | $ 431 | | |
| | Other* | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ 25,150* | | | *$ 25,150* | *$ 20,702* | *$ 4,448* | | |
| Meeting Materials | Signage | 8 | $200 | $ 1,600 | 8 | $200 | $ 1,600 | 1104.58 | $ 495 | | |
| | Tent Cards | | | $ - | | | $ - | | | | |
| | Name Badges | | | $ - | | | $ - | | | | |
| | Syllabus/Handout Materials | | | $ - | | | $ - | | | | |
| | Slides - Title & Faculty Presentations | | | $ - | | | $ - | | | | |
| | Editorial Searches/Reprints | | | $ - | | | $ - | | | | |
| | Other* | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ 1,600* | | | *$ 1,600* | *$ 1,105* | *$ 495* | | |
| Production Expenses | Printing | | | $ - | | | $ - | | | | |
| | Binders | 150 | $25 | $ 3,750 | 150 | $25 | $ 3,750 | 2621.85 | $ 1,128 | | |
| | Slide Production | 1 | $500 | $ 500 | 1 | $500 | $ 500 | | $ 500 | | |
| | CD Rom Duplication | | | $ - | | | $ - | | | | |
| | Other* | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ 4,250* | | | *$ 4,250* | *$ 2,622* | *$ 1,628* | | |
| Association and Institutional Fees | Association Fee | | | $ - | | | $ - | | | | |
| | Institution Fee | | | $ - | | | $ - | | | | |
| | Other* | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ -* | | | *$ -* | *$ -* | *$ -* | | |
| CE Fees | Certification Fees | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | 10000 | $ - | | |
| | Other* | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ 10,000* | | | *$ 10,000* | *$ 10,000* | *$ -* | | |
| Other Expenses (please specify) | | 1 | $1,000 | $ 1,000 | 1 | $1,000 | $ 1,000 | 1043.87 | $ (44) | | |
| | | | | $ - | | | $ - | | | | |
| | *Subtotal* | | | *$ 1,000* | | | *$ 1,000* | *1043.87* | *$ (44)* | | |
| | **Total Expense of Program** | | | **$ 174,190** | | | | | | | |
| | **Total Requested Amt from OMJSA** | | | | | | **$ 174,190** | | | | |
| | **Total Variance of Program** | | | | | | | **$ 156,998** | **$ 17,192** | | |
| Income | Requested from OMJSA | | | | | | $ 174,190 | $ 156,998 | $ 17,192 | | |
| | Other Industry Support Requested | | | $ - | | | | | | | |
| | Proposed Registration Fees | | | $ - | | | | | | | |
| | Exhibit Fees | | | $ - | | | | | | | |
| | Other | | | $ - | | | | | | | |
| | *Subtotal* | | | *$ -* | | | | *$ 156,998* | *$ 17,192* | | |

JAN-MS-00393409                                                                                                                              JAN-MS-00393409_Confidential.xls

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Total Projected Income** | | $ | 174,190 | | | | $ | - |
| | | | | | | | | | |
| | *Program Surplus or Shortfall* | | $ | 0 | | | | | |

**Note:**  Costs entered under "Other*" must be identified

JAN-MS-00393409                                                                                                   JAN-MS-00393409_Confidential.xls

**ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC**

| | | Date Of Activity: | | | Grant ID | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Activity Title: | Advances in Pain Management: Emerging Strategies & Clinical Inn | | | | | | |
| | | Activity Component: | Other | | | | | | |
| | | **PROGRAM COSTS** | | | **REQUESTED FUNDING FROM OMJSA** | | | **FOR RECONCILIATION USE ONLY** | |
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount | Actual | Variance |
| **Management Fees** | Editorial Development | 1 | $30,000 | $ 30,000 | 1 | $30,000 | $ 30,000 | $ 30,000 | $ - |
| | Graphic Development and Layout | 1 | $20,000 | $ 20,000 | 1 | $20,000 | $ 20,000 | $ 20,000 | $ - |
| | Project/Agency Management | 1 | $20,000 | $ 20,000 | 1 | $20,000 | $ 20,000 | $ 20,000 | $ - |
| | Venue Selection and Coordination | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 | $ 5,000 | $ - |
| | Speaker/Faculty Coordination | 1 | $6,000 | $ 6,000 | 1 | $6,000 | $ 6,000 | $ 6,000 | $ - |
| | Participant/Audience Coordination | 1 | $4,000 | $ 4,000 | 1 | $4,000 | $ 4,000 | $ 4,000 | $ - |
| | On-Site Time (Live) | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 | $ 5,000 | $ - |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 90,000 | | | $ 90,000 | $ 90,000 | $ - |
| **Honoraria** | Honoraria - Chairperson | | | | | | | | |
| | Honoraria - Faculty | 4 | $1,500 | $ 6,000 | 4 | $1,500 | $ 6,000 | 7500 | $ (1,500) |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 6,000 | | | $ 6,000 | $ 7,500 | $ (1,500) |
| **Faculty Travel Expenses** | Airfare | 4 | $800 | $ 3,200 | 4 | $800 | $ 3,200 | 988.64 | $ 2,211 |
| | Lodging | 4 | $275 | $ 1,100 | 4 | $275 | $ 1,100 | 1078.56 | $ 21 |
| | Ground Transportation | 4 | $250 | $ 1,000 | 4 | $250 | $ 1,000 | 321.8 | $ 678 |
| | Other* | 4 | $75 | $ 300 | 4 | $75 | $ 300 | 329.13 | $ (29) |
| | *Subtotal* | | | $ 5,600 | | | $ 5,600 | $ 2,718 | $ 2,882 |
| **Grantor/Client Travel Expenses** | Airfare | 3 | $800 | $ 2,400 | 3 | $800 | $ 2,400 | 1133.29 | $ 1,267 |
| | Lodging | 6 | $275 | $ 1,650 | 6 | $275 | $ 1,650 | **1355.45** | $ 295 |
| | Ground Transportation | 3 | $100 | $ 300 | 3 | $100 | $ 300 | 523.46 | $ (223) |
| | Other* | 6 | $75 | $ 450 | 6 | $75 | $ 450 | 224.34 | $ 226 |
| | *Subtotal* | | | $ 4,800 | | | $ 4,800 | $ 3,237 | $ 1,563 |
| **Venue** | Meeting Room Rental | 1 | $3,000 | $ 3,000 | 1 | $3,000 | $ 3,000 | **1060** | $ 1,940 |
| | Breakout Room Rental | | | $ - | | | $ - | | |
| | Registration Desk | | | $ - | 1 | $0 | $ 0 | | $ 0 |
| | Other-Slide Review Room Rental | 1 | $750 | $ 750 | 1 | $750 | $ 750 | | $ 750 |
| | *Subtotal* | | | $ 3,750 | | | $ 3,750 | $ 1,060 | $ 2,690 |
| **Food and Beverage** | Breakfast | | | $ - | | | $ - | | |
| | Lunch | | | $ - | | | $ - | | |
| | Dinner | | | $ - | | | $ - | | |
| | Break | 50 | $40 | $ 2,000 | 50 | $40 | $ 2,000 | 5485.81 | $ (3,486) |
| | *Subtotal* | | | $ 2,000 | | | $ 2,000 | $ 5,486 | $ (3,486) |
| | Brochure/Invitation | 1 | $8,500 | $ 8,500 | 1 | $8,500 | $ 8,500 | 4886.04 | 3,614 |
| | Fax Blast | | | $ - | | | $ - | | |
| | Journal Advertisement | | | $ - | | | $ - | | |
| | Western Union | | | $ - | | | $ - | | |

| Category | Item | Qty | Unit | Amount | Qty | Unit | Amount | Actual | Variance |
|---|---|---|---|---|---|---|---|---|---|
| **Audience Generation** | Flyer | | | $ - | | | $ - | | |
| | Postcard | | | $ - | | | $ - | | |
| | Mailing List | 2 | $2,000 | $ 4,000 | 2 | $2,000 | $ 4,000 | 1705.14 | $ 2,295 |
| | Mail house: Assembly/Fulfillment | 2 | $750 | $ 1,500 | 2 | $750 | $ 1,500 | 930.83 | $ 569 |
| | Postage | 2 | $2,000 | $ 4,000 | 2 | $2,000 | $ 4,000 | 3949.57 | $ 50 |
| | Hotel Room Drops | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 18,000 | | | $ 18,000 | $ 11,472 | $ 6,528 |
| **Audiovisual** | Equipment | 1 | $0 | | 1 | $0 | $ 0 | 8869 | $ (8,869) |
| | Technical Assistance/Travel Costs | | | | | | $ 0 | 625.26 | $ (625) |
| | Audience Response | | | | | | | | |
| | Transcription | | | | | | | | |
| | Other* | | | | | | | | |
| | *Subtotal* | | | $ - | | | $ 0 | $ 9,494 | $ (9,494) |
| **Meeting Materials** | Signage | 8 | $200 | $ 1,600 | 8 | $200 | $ 1,600 | 878.69 | $ 721 |
| | Tent Cards | | | $ - | | | $ - | | |
| | Name Badges | | | $ - | | | $ - | | |
| | Syllabus/Handout Materials | 75 | $25 | $ 1,875 | 75 | $25 | $ 1,875 | | $ 1,875 |
| | Slides - Title & Faculty Presentations | | | $ - | | | $ - | | |
| | Editorial Searches/Reprints | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 3,475 | | | $ 3,475 | $ 879 | $ 2,596 |
| **Production Expenses** | Printing | 10 | $750 | $ 7,500 | 10 | $750 | $ 7,500 | 0.01 | $ 7,500 |
| | Binders | | | $ - | | | $ - | | |
| | Slide Production | | | $ - | | | $ - | | |
| | CD Rom Duplication | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 7,500 | | | $ 7,500 | $ 0 | $ 7,500 |
| **Association and Institutional Fees** | Association Fee | | | $ - | | | $ - | | |
| | Institution Fee | | | $ - | | | $ - | | |
| | Other-Outcomes | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ - | | | $ - | $ - | $ - |
| **CE Fees** | Certification Fees | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | 10000 | $ - |
| | Other-Outcomes | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | 10000 | $ - |
| | *Subtotal* | | | $ 20,000 | | | $ 20,000 | $ 20,000 | $ - |
| **Other Expenses (please specify)** | | 1 | $1,000 | $ 1,000 | 1 | $1,000 | $ 1,000 | 1152.5 | $ (153) |
| | | | | $ - | | | $ - | | |
| | *Subtotal* | | | $ 1,000 | | | $ 1,000 | 1152.5 | $ (153) |
| | **Total Expense of Program** | | | $ 162,125 | | | | | |
| | **Total Requested Amt from OMJSA** | | | | | | $ 162,125 | | |
| | **Total Variance of Program** | | | | | | | $ 152,998 | $ 9,128 |
| | | | | | | | | | |
| | Requested from OMJSA | | | | | | $ 162,125 | $ 152,998 | $ 9,128 |
| | Other Industry Support Requested | | | $ - | | | | | |

JAN-MS-00393409                   JAN-MS-00393409_Confidential.xls

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Income** | Proposed Registration Fees | | $ - | | | | |
| | Exhibit Fees | | $ - | | | | |
| | Other | | $ - | | | | |
| | *Subtotal* | | $ - | | | $ 152,998 | $ 9,128 |
| | **Total Projected Income** | | **$ 162,125** | | | | $ - |
| | | | | | | | |
| | ***Program Surplus or Shortfall*** | | **$ 0** | | | | |

**Note:** Costs entered under "Other*" must be identified

JAN-MS-00393402                                                                                                    JAN-MS-00393409_Confidential.xls

**ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC**

| Date Of Activity: | | Grant ID | |
|---|---|---|---|
| Activity Title: | AAPM/APS Medscape Spotlight | | |
| Activity Component: | Online Educational Materials | | |

| | | PROGRAM COSTS ||| REQUESTED FUNDING FROM OMJSA ||| FOR RECONCILIATION USE ONLY ||
|---|---|---|---|---|---|---|---|---|---|
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount | Actual | Variance |
| **Management Fees** | Editorial Development | 1 | $27,000 | $ 27,000 | 1 | $27,000 | $ 27,000 | $ 27,000 | $ - |
| | Graphic Development and Layout | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | $ 10,000 | $ - |
| | Project/Agency Management | 100 | $125 | $ 12,500 | 100 | $125 | $ 12,500 | $ 12,500 | $ - |
| | Venue Selection and Coordination | | | $ - | | | $ - | | |
| | Speaker/Faculty Coordination | 1 | $6,000 | $ 6,000 | 1 | $6,000 | $ 6,000 | $ 6,000 | $ - |
| | Participant/Audience Coordination | | | $ - | | | $ - | | |
| | On-Site Time (Live) | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 | $ 5,000 | $ - |
| | Instant CME processing reporting | 24 | $125 | $ 3,000 | 24 | $125 | $ 3,000 | $ 3,000 | $ - |
| | *Subtotal* | | | *$ 63,500* | | | *$ 63,500* | *$ 63,500* | *$ -* |
| **Honoraria** | Honoraria - Chairperson | | | $ - | | | $ - | | |
| | Honoraria - Faculty | 4 | $2,000 | $ 8,000 | 4 | $2,000 | $ 8,000 | 6000 | $ 2,000 |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ 8,000* | | | *$ 8,000* | *$ 6,000* | *$ 2,000* |
| **Faculty Travel Expenses** | Airfare | 4 | $800 | $ 3,200 | 4 | $800 | $ 3,200 | 176 | $ 3,024 |
| | Lodging | 4 | $275 | $ 1,100 | 4 | $275 | $ 1,100 | 0 | $ 1,100 |
| | Ground Transportation | 4 | $250 | $ 1,000 | 4 | $250 | $ 1,000 | 519.14 | $ 481 |
| | Other* | 4 | $75 | $ 300 | 4 | $75 | $ 300 | 202.97 | $ 97 |
| | *Subtotal* | | | *$ 5,600* | | | *$ 5,600* | *$ 898* | *$ 4,702* |
| **Grantor/Client Travel Expenses** | Airfare | 3 | $800 | $ 2,400 | 3 | $800 | $ 2,400 | 0 | $ 2,400 |
| | Lodging | 3 | $275 | $ 825 | 3 | $275 | $ 825 | *0* | $ 825 |
| | Ground Transportation | 3 | $100 | $ 300 | 3 | $100 | $ 300 | 139.56 | $ 160 |
| | Other* | 3 | $75 | $ 225 | 3 | $75 | $ 225 | 202.96 | $ 22 |
| | *Subtotal* | | | *$ 3,750* | | | *$ 3,750* | *$ 343* | *$ 3,407* |
| **Venue** | Meeting Room Rental | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 | *5000* | $ - |
| | Breakout Room Rental | | | $ - | | | $ - | | |
| | Registration Desk | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ 5,000* | | | *$ 5,000* | *$ 5,000* | *$ -* |
| **Food and Beverage** | Breakfast | 1 | $500 | $ 500 | 1 | $500 | $ 500 | 500 | $ - |
| | Lunch | 1 | $500 | $ 500 | 1 | $500 | $ 500 | 500 | $ - |
| | Dinner | | | $ - | | | $ - | | |
| | Break | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ 1,000* | | | *$ 1,000* | *$ 1,000* | *$ -* |
| | Brochure/Invitation | | | $ - | | | $ - | | |
| | Fax Blast | | | $ - | | | $ - | | |
| | Journal Advertisement | | | $ - | | | $ - | | |
| | Western Union | | | $ - | | | $ - | | |

JAN-MS-00393402                                                        JAN-MS-00393409_Confidential.xls

| Category | Item | Qty | Unit | Amount | Qty | Unit | Amount | Actual | Variance |
|---|---|---|---|---|---|---|---|---|---|
| **Audience Generation** | Flyer | | | $ - | | | $ - | | |
| | Postcard | | | $ - | | | $ - | | |
| | Mailing List | | | $ - | | | $ - | | |
| | Mail house: Assembly/Fulfillment | | | $ - | | | $ - | | |
| | Postage | | | $ - | | | $ - | | |
| | Hotel Room Drops | | | $ - | | | $ - | | |
| | Medpulse Newsletter Generation | 160 | $125 | $ 20,000 | 160 | $125 | $ 20,000 | 20000 | $ - |
| | *Subtotal* | | | *$ 20,000* | | | *$ 20,000* | *$ 20,000* | *$ -* |
| **Audiovisual** | Equipment | 1 | $20,000 | $ 20,000 | 1 | $20,000 | $ 20,000 | 20000 | $ - |
| | Technical Assistance/Travel Costs | 1 | $4,825 | $ 4,825 | 1 | $4,825 | $ 4,825 | 4825 | $ - |
| | Audience Response | | | $ - | | | $ - | | |
| | Transcription | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ 24,825* | | | *$ 24,825* | *$ 24,825* | *$ -* |
| **Meeting Materials** | Signage | | | $ - | | | $ - | | |
| | Tent Cards | | | $ - | | | $ - | | |
| | Name Badges | | | $ - | | | $ - | | |
| | Syllabus/Handout Materials | | | $ - | | | $ - | | |
| | Slides - Title & Faculty Presentations | | | $ - | | | $ - | | |
| | Editorial Searches/Reprints | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ -* | | | *$ -* | *$ -* | *$ -* |
| **Production Expenses** | Printing | | | $ - | | | $ - | | |
| | Binders | | | $ - | | | $ - | | |
| | Slide Production | | | $ - | | | $ - | | |
| | CD Rom Duplication | | | $ - | | | $ - | | |
| | pre-production distribution | 325 | $125 | $ 40,625 | 325 | $125 | $ 40,625 | 40625 | $ - |
| | *Subtotal* | | | *$ 40,625* | | | *$ 40,625* | *$ 40,625* | *$ -* |
| **Association and Institutional Fees** | Association Fee | | | $ - | | | $ - | | |
| | Institution Fee | | | $ - | | | $ - | | |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ -* | | | *$ -* | *$ -* | *$ -* |
| **CE Fees** | Certification Fees | 1 | $10,000 | $ 10,000 | 1 | $10,000 | $ 10,000 | 10000 | $ - |
| | Other* | | | $ - | | | $ - | | |
| | *Subtotal* | | | *$ 10,000* | | | *$ 10,000* | *$ 10,000* | *$ -* |
| **Other Expenses (please specify)** | | 1 | $1,000 | $ 1,000 | 1 | $1,000 | $ 1,000 | 70.67 | $ 929 |
| | Outcomes | 1 | $27,500 | $ 27,500 | 1 | $27,500 | $ 27,500 | 27500 | $ - |
| | *Subtotal* | | | *$ 28,500* | | | *$ 28,500* | *27570.67* | *$ 929* |
| | **Total Expense of Program** | | | **$ 210,800** | | | | | |
| | **Total Requested Amt from OMJSA** | | | | | | **$ 210,800** | | |
| | **Total Variance of Program** | | | | | | | **$ 199,761** | **$ 11,039** |
| | Requested from OMJSA | | | | | | $ 210,800 | $ 199,761 | $ 11,039 |
| | Other Industry Support Requested | | | $ - | | | | | |

JAN-MS-00393402

JAN-MS-00393409_Confidential.xls

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Income** | Proposed Registration Fees | | $ - | | | | |
| | Exhibit Fees | | $ - | | | | |
| | Other | | $ - | | | | |
| | *Subtotal* | | $ - | | | $ 199,761 | $ 11,039 |
| | **Total Projected Income** | | **$ 210,800** | | | | $ - |
| | | | | | | | |
| | ***Program Surplus or Shortfall*** | | $ - | | | | |

**Note:** Costs entered under "Other*" must be identified