PSJ3

Exhibit 140

JAN-MS-00410890

| 2008 Pain Medical Education | | | | | |
|---|---|---|---|---|---|
| Date | Audiences | Budget | Educational Partners | Program Description | Educational Format |
| | | | | | |
| 11/07/07 | Multi-discip;inary | 300,000 | SynerMed | Perspectives in Pain Management | Multi-modal |
| 05/01/08 | Multi-disciplinary | 300,000 | Consensus | 2008 APS Mtg & Enduring | Multi-modal |
| 11/07/07 | EM/Multi-disciplinary | 325,000 | BI, NYC | Pain in ED | Multi-modal |
| 11/07/07 | Multi-disciplinary | 325,000 | ICPCD | Pain Management, Addiction & the Law | Multi-modal |
| 11/07/07 | Multi-discip;inary | 350,000 | Medscape | Perspectives in Pain - Safety, Efficacy, Tolerability | Multi-modal |
| 11/07/07 | Multi-discip;inary | 750,000 | AAFP/SCIOS | Pain Curriculum Multi-Modal | Multi-modal |
| 02/08/07 | Multi-discip;inary | 300,000 | France Foundation | 2008 AAPM Meeting/Enduring | Multi-modal |
| 04/08/07 | Nurse Specialists | 250,000 | France Foundation | ASPMN Meeting & Enduring | Multi-modal |
| 08/01/08 | Multi-discip;inary | 325,000 | SynerMed | 2008 AAPM Meeting/Enduring | Multi-modal |
| 11/07/07 | Multi-discip;inary | 275,000 | UPenn/VA | Ethnic/Racial Disparities | Multi-modal |
| 11/07/07 | Multi-discip;inary | 200,000 | PeerView | Current Perspectives in Managing  Pain | Multi-modal |
| 11/07/07 | Multi-discip;inary | 500,000 | PIM/SynerMed | Prescription Drug Monitoring | Multi-modal |
| 11/07/07 | Multi-discip;inary | 275,000 | SynerMed | Ethical Issues in TX of Pain | Multi-modal |
| 11/07/07 | Multi-discip;inary | 150,000 | NASN | Prescription drug Abuse | Multi-modal |
| 11/07/07 | Multi-discip;inary | 325,000 | U Kentucky | HC Policy Program-State Report Cards | Multi-modal |
| 11/07/07 | Multi-discip;inary | 300,000 | Veritas | Individualizing Anlagesia Tx | Multi-modal |
| 11/07/07 | Multi-discipl;inary | 250,000 | NPEC | NPEC | Multi-modal |
| 11/08/07 | Surgeons | 325,000 | Consensus | Ushering in a New Paradigm | Multi-modal |
| | | **5,825,000** | | | |

JAN-MS-00410890

| 2008 Pain Medical Education | | | | | |
|---|---|---|---|---|---|
| Date | Audiences | Budget | Educational Partners | Program Description | Educational Format |