PSJ3

Exhibit 141

|  |  | 2008 | | |
|---|---|---|---|---|
|  | TOTAL | FEE | OOPS | |
| **CORE CAMPAIGN ELEMENTS** |  |  |  |  |
| *Pathways Through Pain* **Program** |  |  |  |  |
| ▪ Finalize coalition of partner organizations (APF, AAPM, ASPMN); develop and manage partnerships with identified third-party groups.<br>▪ Organize and coordinate logistics of partner working group roundtable to precede and inform launch of program.<br>▪ Manage development, implementation, and evaluation of side-effects and pain management survey (survey conducted and budgeted separately through Analytica).<br>▪ Develop launch strategy and coordinate logistics around announcement, press event, media tour (SMT/RMT).<br>▪ Identify and media train spokespeople.<br>▪ Conduct national and local media outreach and coordinate interviews of spokespeople.<br>▪ Develop white papers (2) from survey results.<br>▪ Draft calendar for outreach at major medical conferences.<br>▪ Conduct trade outreach and provide on-site media support for conferences attended. |  | $ 300,000 | $ 50,000 |  |
|  | $ 350,000 |  |  |  |
| **PTP Materials Development** |  |  |  |  |
| ▪ Draft press releases and media materials (press kits, fact sheets) for PTP launch.<br>▪ Develop provider and patient discussion guides and resource materials for navigating pain management and its side effects.<br>▪ Develop campaign Web site for healthcare providers and patients, including creative design; draft Web site copy.<br>▪ Route copy/Web site concept through approval.<br>▪ Incur costs associated with photo rights, hosting fees, etc.<br>▪ Coordinate coding process.<br>▪ Develop/print certificate as basic fulfillment material.<br>▪ Manage Web site maintenance including monthly/daily hits. |  | $ 125,000 | $ 25,000 |  |
|  | $ 150,000 |  |  |  |
| **Selling the Science/Medical Meeting Support** |  |  |  |  |
| ▪ Identify key medical and scientific meetings at which to leverage scientific data.<br>▪ Develop message points, press releases, and collateral materials to support periodic announcements of scientific milestones.<br>▪ Identify appropriate spokespeople and outreach opportunities.<br>▪ Support and leverage Phase III clinical trial data announcements and milestones through press releases and coordinated media outreach.<br>▪ Develop media lists for outreach to key reporters and outlets.<br>▪ Attendence by one staff person to provide on-site support for two (2) medical meetings. |  | $ 75,000 | $ 25,000 |  |
| ▪ Conduct ongoing surveillance of issues and evaluation of potential challenges.<br>▪ Provide media analysis reports. |  | $ 70,000 | $ 20,000 |  |
|  | $ 190,000 |  |  |  |
| **Regulatory Support** |  |  |  |  |
| ▪ Prepare general issues materials, statements, and Q&As.<br>▪ Conduct media outreach related to regulatory issues.<br>▪ Coordinate third-party activity and messaging surrounding regulatory announcements. |  | $ 50,000 | $ 5,000 |  |
|  | $ 55,000 |  |  |  |
| **Program Management & Strategic Counsel** |  |  |  |  |
| ▪ Provide strategic planning and counseling to client.<br>▪ Coordinate ongoing client communication.<br>▪ Facilitate weekly status meetings for key internal parties.<br>▪ Maintain account logistics including project management, client meetings, reporting and invoicing.<br>▪ Create planning materials and presentations for brand team, as appropriate.<br>▪ Participate in all-agencies update meetings via teleconference and onsite. |  | $ 150,000 | $ 10,000 |  |
|  | $ 160,000 |  |  |  |
| **CORE CAMPAIGN TOTAL** | **$ 905,000** | **$ 770,000** | **$ 135,000** |  |

| | | | | |
|---|---|---|---|---|
| | **SECONDARY CAMPAIGN ELEMENTS** | | | |
| | | | | |
| | **APS Meeting Support** | | | |
| | Support for APS meeting (May 2008) including:<br>▪ Materials development, CRC, design and printing, etc.<br>▪ Coordination, logistics and media training of KOLs<br>▪ Media outreach (onsite and via phone) Web cast/Tele-briefing and media evaluation, etc.<br>▪ Reception, including all logistics, materials, F&B, celebrity fee and travel, etc.<br>▪ Profiles in Pain video, filming, production, editing<br>▪ Onsite support (assumes 4 people at APS)<br>▪ Project management | | $ 120,000 | $ 160,000 |
| | | $ 280,000 | | |
| | **Ad Comm Support** | | | |
| | ▪ Support anticipated regulatory milestone (Advisory Committee meeting), including strategic planning, message and Q&A development, spokesperson identification and training, media outreach, media monitoring, and on-site support *(detailed plan and budget to follow)*. | | $ 250,000 | $ 100,000 |
| | | $ 350,000 | | |
| | **Appropriate Use Program** | | | |
| | ▪ Define issues and develop appropriate use guidelines.<br>▪ Plan and coordinate proactive education and outreach to manage developing issues.<br>▪ Develop crisis management plan, and implement as warranted. | | $ 100,000 | $ 25,000 |
| | | $ 125,000 | | |
| | **Secondary Elements TOTAL** | $ 755,000 | $ 470,000 | $ 285,000 |
| | | | | |
| | **SUPPLEMENTAL CAMPAIGN ELEMENTS** | | | |
| | **Reimbursement Support** | | | |
| | ▪ Develop "The Pain Report" with independent research institute (Jefferson Medical College).<br>▪ Conduct research on legislative landscape at national and local state levels.<br>▪ Identify key issues and stakeholders.<br>▪ Develop campaign strategy to leverage national and regional "Pain Reports".<br>▪ Plan launch of campaign.<br>▪ Engage KOLs for endorsement and campaign launch.<br>▪ Develop and implement Capitol Hill outreach plan (as appropriate and necessary).<br>▪ Conduct media outreach to leverage national and regional roll-out.<br>▪ Coordinate on-site event at national AMCP meeting to showcase results of Report. | | $ 250,000 | $ 100,000 |
| | | $ 350,000 | | |
| | **Supplemental Elements TOTAL** | $ 350,000 | $ 250,000 | $ 100,000 |
| | | | | |
| | **PROGRAM TOTAL** | $ 2,010,000 | $ 1,490,000 | $ 520,000 |