PSJ3

Exhibit 142

JAN-MS-00332434



**Confidential and proprietary information.**
**Do not distribute without prior written authorization of Health Science Communications.**

| | |
|---|---|
| Date: | August 20, 2008 |
| Submitted to: | Nithya Desikan<br>Product Director<br>Ortho -McNeil<br>1000 Route 202 South<br>Raritan, NJ 08869-0602 |
| Submitted by: | Health Science Communications<br>711 3rd Avenue<br>New York, NY 10017 |
| Contact: | Karen McKee |
| Telephone #: | 212-849-7742 |
| Fax #: | 646-924-3584 |
| E-mail: | kmckee@health-ny.com |

| | |
|---|---|
| Title of Program: | Chronic Pain Advisory Board Meeting held during the American Academy of Pain Medicine Meeting (AAPM) Annual Meeting |
| Date of Program: | February 2009, Date TBC |
| Number of Faculty: | 12 - 15 Advisors |

**Assumptions**
- Meeting held prior to AAPM to focus on the topic of chronic pain with key opinion leader participants who specialize in treating patients with chronic pain.
- 1 day meeting, arrival the evening prior; 2-
- Location: Honolulu, Hawaii

**Scope of Work**
- Overall strategic, tactical and logistical planning and execution
- Research, investigate and profile suggested expert participants for Ortho McNeil review
- In conjunction with Faculty and Ortho-McNeil, development of an agenda outlining the objectives and program content
- Development of a discussion guide for Faculty and internal presenters
- Development of meeting presentations including writing, editing and formatting of slide deck, plus incorporating revisions
- Development of a top line presentation summary based on feedback obtained plus a detailed executive summary
- Identification and confirmation of an appropriate meeting location and venue
- Coordination and supervision of logistics for all meeting components and dinner welcome reception (includes invite execution, follow-up communications, travel logistics, venue management)
- Onsite scientific and program management/implementation
- Weekly program/budget status updates; cost may be reevaluated if time exceeds the original budget amount
- Coordination and participation in live meetings and conference calls with key PriCara team members
- Post-meeting coordination: attendee honoraria, processing of expenses, thank you letters; review and processing of all vendor invoices

**Total Estimate** $190,655.00

### PAYMENT SCHEDULE

| | | |
|---|---|---|
| 1st Payment: | 25% of estimated total due upon estimate approval by client. | $95,328 |
| 2nd Payment: | 25% of estimated total due at project mid-point | $76,262 |
| Final Payment: | Final reconciliation and balance based to be submitted to Ortho Urology 90 days upon completion of the program | $19,066 |
| | **PROGRAM TOTAL** | **$190,655** |

**AGENCY APPROVAL:**

_Karen McKee_                         7/31/19
HSC                                    Date

**CLIENT APPROVAL:**

_____            _____
PriCara                                Date

### OUT-OF-POCKET COSTS

| | Quantity | Unit Price | Extended OOP | Comments |
|---|---|---|---|---|
| **Faculty Honoraria** | | | | |
| Speaker/Moderator/Faculty | 2 | $2,500 | $5,000 | Standard fee for a 1-day meeting |
| Advisors | 13 | $2,000 | $26,000 | Standard fee for a 1-day meeting |
| **Travel Expenses** | | | | |
| Participants | 7 | $1,200 | $8,400 | Round-trip coach class flight for advisors only; assumes half of the attendees will already be present for the AAPM meeting; business class flights estimated at $2,000 round-trip, TBD. |
| HSC | 4 | $1,200 | $4,800 | Round-trip coach class flight for 4 HSC on-site staff |
| **Lodging Expenses** | | | | |
| Participants | 35 | $400 | $14,000 | Rate of $400/night for 3 nights (day prior to welcome dinner, night of welcome dinner and night of meeting) plus all taxes and tips (Includes (15) advisors and (8) PriCara team for 3 nights; assumes half of the attendees will have hotel rooms already secured and paid for through the AAPM meeting |
| HSC | 12 | $400 | $4,800 | Rate of $400/night for 3 nights (day prior to welcome dinner, night of welcome dinner and night of meeting) plus all taxes and tips |
| **Ground Transportation** | | | | |
| Participants | 15 | $300 | $4,500 | Unit price reflects ground transportation to/from airport and hotel for advisors only |
| HSC | 4 | $300 | $1,200 | Unit price reflects ground transportation to/from airport and hotel for HSC on-site staff only |
| **Food & Beverage** | | | | |
| Welcome Reception | 27 | | $6,500 | Fee for 2-hour welcome reception, room rental, and buffet dinner plus open bar (15 attendees, 8 PriCara, 4 HSC = 27 attendees |
| Breakfast | 27 | $50 | $1,350 | Per person cost: Includes advisors, internal PriCara team and HSC attendees |
| Lunch | 27 | $75 | $2,025 | Per person cost: Includes advisors, internal PriCara team and HSC attendees |
| Breaks | 54 | $25 | $1,350 | Per person cost for (2) breaks: Includes advisors, internal PriCara team and HSC attendees |

JAN-MS-00332434

| | | Qty | Unit | Extended | Comments |
|---|---|---|---|---|---|
| | Dinner | | | $0 | |
| | Offsite Travel | | | $0 | |
| **Graphics-on-Demand** | | | | | |
| | | | $0 | $10,000 | Graphic revision and formatting for faculty slides including creation of charts, graphs and figures (assumes 100 slides). Assembly of meeting materials including tent cards, name badges, and meeting binders |
| **Production** | | | | | |
| | Invitations | | | $0 | |
| | Save the Date | | | $0 | |
| | Flyers | | | $0 | |
| | Lollipops/Hand held directional | | | $0 | |
| | Letterhead | | | $0 | |
| | Envelopes | | | $0 | |
| | Posters | 6 | | $600 | 4-color directional and registration posters (6 posters) |
| | Door Drops | | | $0 | |
| | Name Badges/Tent Cards | 27 | | $500 | Includes advisors, internal PriCara team and HSC attendees |
| | Attendee Handouts | | | $500 | |
| | Faculty Binders | | | $0 | |
| | Abstract book | | | $0 | |
| | CD Duplication & Labels | | | $0 | |
| | Collation & Fulfillment | | | $0 | |
| **Check Prints & Production** | | | | | |
| | B&W Photocopies | | $0 | $100 | |
| | B&W Lasers | 20 | $3 | $200 | B&W printout of publication for design, copyediting, proofreading, referencing, etc. |
| | Color Fiery Prints | 20 | $16 | $325 | Color printout of publication for design, copyediting, proofreading, referencing, etc. |
| | Comps | | | $0 | |
| | Production Disks | 1 | $15 | $15 | TIFF letterhead production |
| **General Session** | | | | | |
| | AV Service Support | | | $0 | |
| | Equipment Rental | | | $12,000 | Includes wireless lavs, podium mic, standing mics, PC laptops, LCD projector w/back-up laser pointers, screen, pipe and drape, audio recording with mixing board, podium timer, wireless headsets for staff, walkie talkies for staff, and lighting; includes trucking all equipment to and from meeting venue. Includes AV service support; time on site; and travel. Please note if meeting is in a city that has union guidelines, price may increase. |
| | Room Rental | | | $3,000 | General session rental fees |
| | Décor | | | $0 | |
| **Slide Review** | | | | | |
| | Audiovisual | | | $2,000 | Includes staffing and equipment - PC laptops, LCD projector, flip charts, markers, and screen etc. |
| | Food & Beverage | | | $500 | Light snacks and beverages |
| | Room Rental | | | $1,000 | Office rental fee |
| | Office/Workroom Meals | | | $500 | 1 day at $500 per day for On Site Team |
| **Postage/Shipping** | | | | | |
| | Invitation | | | $0 | |
| | Save the Date | | | $0 | |
| | Office supplies | | | $0 | |
| | Supplemental distribution | | | $0 | |
| | Meeting Site | | | $0 | |
| | Mail House Fees | | | $0 | |
| **Miscellaneous** | | | | | |
| | Mailing Lists | | | $0 | |
| | Journal Fees | | | $0 | |
| | High speed internet rentals | | | $1,000 | |
| | Association Fees | | | $0 | |
| | Transcription Services | | | $0 | |
| | Phone/Fax | | | $500 | |
| | Attendee Confirmations & Data basing | | | $0 | |
| | Photography Fees | | | $0 | |
| | Permission Fees | | | $500 | Includes fees for any reprinted charts, graphs, figures from the journal |
| | Misc Vendors | | | $0 | |
| | Onsite Supplies | | | $0 | |
| | Photocopies | | | $0 | |
| | Messengers/FedEx | | | $1,200 | Overnight shipment of meeting materials to hotel venue for supplemental distribution and return shipment to HSC |
| **OOP Subtotal** | | | | **$114,365.00** | |

**MANGEMENT FEES**

| | | Hours | Hourly Fee | Extended Fee | Comments |
|---|---|---|---|---|---|
| **Management Fee** | | | | | |
| Program Management | Senior Strategic Management | 25 | $175 | $4,375 | Supervision of program development and implementation throughout life of program. Includes oversight and monitoring of contact with faculty and participants |
| | Program Management | 110 | $135 | $14,850 | Overall program management, implementation and client liaison.  Program management includes program planning, supervision, and implementation; preparation of materials for regulatory review; chair and attendee invitation, confirmation and follow-up; recruitment and faculty development; collaboration and liaison with client and chair regarding development of agenda and presentation objectives; development of all invitation, confirmation, and follow-up correspondence to all attendees; faculty slide review; oversight and monitoring of time and events schedule for all departments involved with program logistics; internal liaison with Ortho McNeill logistics department, vendor liaison; content development, development of all meeting materials |
| | On-site-Staff Program Management | 48 | $135 | $6,480 | 2 HSC program staff for 3 days on-site |
| | On-site-Staff Senior Strategic Mgmt. | 24 | $175 | $4,200 | 1 HSC staff for 3 days on-site |
| **Scientific Services** | | | | | |
| | Content Development & Medical Writing | 110 | $150 | $16,500 | Consultation with client/chair/internal HSC to develop program agenda, program content development to align with program goals. Development of Moderator's Guide, development of post meeting summary and executive summary, feedback communications and top line takeaway points for internal Ortho-McNeill review |
| | | 24 | $150 | $3,600 | 1 HSC medical staff for 3 days on-site |

JAN-MS-00332434

| | | | | |
|---|---|---|---|---|
| Graphic Design | | | | |
| Program Creative Concept | 12 | $125 | $1,500 | Program concept development, Creative Services - includes graphic design and desktop typesetting and disk prep for development of program materials. Assumes 1 round of revisions from client |
| Invitations | | | $0 | |
| Meeting Signage | 25 | $125 | $3,125 | Layout of program design for all posters including agenda, directional, handhelds, tabletops |
| Other Meeting Materials | 8 | $125 | $1,000 | Layout of other meeting materials (i.e., binder cover, tent cards, badges, etc) |
| Editorial Services | | | | |
| Meeting Materials | 14 | $105 | $1,470 | Includes agenda, evaluation form, faculty list, title slides, folder labels, tents and badges, etc. |
| Invitations | 2 | $105 | $210 | Art and copy used in the invite is also the foundation for other meeting materials, flier, and posters. Assumes 1 round of revisions from client |
| Presentations | 40 | $105 | $4,200 | Review of presentation content for consistency, reference style, AMA guidelines |
| Meeting Signage | 12 | $105 | $1,260 | Includes agenda posters, directional posters, and podium posters |
| Editorial Assistant/Library | 7 | $90 | $630 | References, bios, general editorial assistance |
| Meeting Logistics Fee | | | | |
| | 65 | $110 | $7,150 | Includes site search for meeting venue, recommendations, and selection; contract negotiations with all vendors; advisor and consultant air (50%), ground transportation, and sleeping rooms; meal functions; meeting and slide review rooms; audiovisual needs; reminder, welcome and departure letters to attendees and client and coordination |
| On-site-Staff | 24 | $110 | $2,640 | HSC staff for 2 days |
| Administrative and Support Services | | | | |
| Project Coordination/Word Processing | 10 | $85 | $850 | General project support, collating and fulfillment of invitations, accounting, program reconciliation |
| Traffic/Production | 30 | $75 | $2,250 | Maintaining flow of work through graphics, copyediting, proofreading, word processing, and project coordination. Liaison with third-party production vendors and release of production disks. |

| | |
|---|---|
| **Service Fee Subtotal** | **$76,290.00** |

| | |
|---|---|
| **Program Total (OOPs + Service Fee)** | **$190,655.00** |

JAN-MS-00332434

JAN-MS-00332434

JAN-MS-00332434

JAN-MS-00332434

JAN-MS-00323434_Confidential.xls 7