# PSJ3 Exhibit 143

| 2009 Preliminary Conventions Budget Estimates | Tapentadol | |
|---|---|---:|
| Graphics / Headers | $ | 10,000.00 |
| Storage | $ | 25,000.00 |
| Disposal | $ | 2,000.00 |
| JJTMS - Meeting Room & Registration Services | $ | 15,000.00 |
| Lead Retrieval | $ | - |
| Booth Staff Training | $ | 5,500.00 |
| Estimated Freight | $ | 160,000.00 |
| | | |
| Sub-Total | $ | 217,500.00 |
| Total from Spreadsheet | $ | 2,094,524.00 |
| Program Total | $ | 2,312,024.00 |

Summary

| Exhibit Dates | | | Convention Name | Location | Booth Size/ Booth # | Company | Products | Med Info Booth # and Size | 2008 Attendance | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28 | - | 1/31 | American Academy of Pain Medicine (AAPM) | Hilton Hawaiian Village, Honolulu, HI | 10x20 Custom | PriCara | Tapentadol NEO unbranded booth | No | 700 | $ 27,350 | |
| 2/12 | - | 2/15 | Pri-Med South | Convention Center Ft. Lauderdale, FL | 30x30 Island | PriCara | Tapentadol | No | 5,000 | $ 136,700 | |
| 2/25 | | | AAOS | | 20x30 | PriCara | Tapentadol | | | $ 115,000 | |
| 3/5 | - | 3/7 | Pri-Med Midwest | Donald E. Stephens Convention Center Rosemont, IL | 30x30 Island | PriCara | Tapentadol | No | 4,500 | $ 136,250 | |
| 3/13 | - | 3/19 | Biennial World Congress of the World Institute of Pain (WIP) | New York, NY | 20x20 Island | PriCara | Tapentadol unbranded booth | | | $ 104,400 | |
| 3/13 | - | 3/19 | Biennial World Congress of the World Institute of Pain (WIP) | New York, NY | 10x10 Med Info | PriCara | Tapentadol unbranded booth | | | $ 16,600 | |
| 3/18 | - | 3/21 | Pri-Med Southwest | Brown Convention Center Houston, TX | 30x30 Island | PriCara | Tapentadol | No | 4,000 | $ 136,250 | |
| 4/4 | - | 4/6 | APHA | | 10X20 or 20x20 | PriCara | Tapentadol | | | $ - | |
| 5/6 | - | 5/9 | American Pain Society (APS) | San Diego, CA | 30x30 Island | PriCara | Tapentadol | No | 1,800 | $ 120,858 | |
| 5/7 | - | 5/9 | Pri-Med West | Anaheim Convention Center Anaheim, CA | 30x30 Island | PriCara | Tapentadol | No | 8,000 | $ 137,600 | |
| 5/26 | - | 5/27 | American Academy of Physician Assistants (AAPA) | San Diego Convention Center San Diego, CA | 20x20 Island - May be downsized | PriCara | Tapentadol | No | 8,100 | $ 89,300 | |
| 6/19 | - | 6/21 | American Academy of Nurse Practitioners (AANP) | Gaylord Opryland Nashville, TN | 20x20 Island May be downsized | PriCara | Tapentadol | No | 3,000 | $ 92,300 | |
| 9/3 | - | 9/10 | Annual National Conference of the American Society for Pain Management Nurses (ASPMN) | Tucson, AZ | 30x30 Island | PriCara | Tapentadol | No | | $ 105,545 | |
| 9/8 | - | 9/11 | American Academy of Pain Management (AAPM) | | 30x30 Island | PriCara | Tapentadol | No | 1,200 | $ 124,147 | |
| 10/2 | - | 10/4 | Pri-Med New York | Jacob Javits Center New York, NY | 30x30 Island | PriCara | Tapentadol | No | 4,000 | $ 153,150 | |
| 10/? | - | TBD | American College of Surgeons (ACS) | Chicago | 10x20 | PriCara | Tapentadol | Yes | 9,000 | $ 25,350 | |
| 10/17 | - | 10/21 | American Society of Anethesiologists (ASA) | New Orleans, LA | 30x30 Island | PriCara | Tapendadol | | | $ 130,350 | |
| 10/24 | - | 10/29 | American College of Rheumatology (ACR) | | 10x20 Custom or 20x20 Island | PriCara | Tapentadol | No | 10,000 | $ 28,118 | $5,600 + 3% = $5,768 (10x20) $11,200 + 3% = $11536 (20x20) |

| Exhibit Dates | | | Convention Name | Location | Booth Size/ Booth # | Company | Products | Med Info Booth # and Size | 2008 Attendance | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13 | - | 11/15 | Pri-Med East | Boston Convention Center Boston, MA | 30x30 Island | PriCara | Tapentadol | No | 4,000 | $ 136,700 | |
| 11/20 | - | 11/23 | American Academy of Physical Medicine and Rehabilitation (AAPM&R) | | 30x30 Island | PriCara | Tapentadol | No | | $ 127,806 | |
| 12/3 | - | 12/5 | Pri-Med Mid-Atlantic | Baltimore Convention Center Baltimore, MD | 30x30 Island | PriCara | Tapentadol | No | 4,000 | $ 136,250 | |
| 12/11 | - | 12/15 | NYSSA/PGA | New York, NY | 10x10 Custom | PriCara | Tapendadol | | | $ 14,500 | |
| | | | | | | | | | | $ 2,094,524 | |

**Additional Medical Congresses for Publication Presentations**

| | | |
|---|---|---|
| ASRA | www.asra.com | Annual Fall Pain Meeting and Workshops of the American Society of Regional Anesthesia and Pain Medicine |
| PAINWeek | www.painweek.org | Annual National Conference on Pain for Frontline Practioners |
| ACG | www.acg.gi.org | Annual Scientific Meeting and Postgraduate Course of the American College of Gastroenterology |
| ACCP | www.accp1.org | Annual Meeting of the American College of Clinical Pharmacology |
| OARSI | www.oarsi.org | Annual World Congess of the OsteoArthritis Research Society International |
| ASHP | www.ashp.org | Annual Summer Meeting of the American Society of Health-System Pharmacists |
| NASS | www.spine.org | North American Spine Society |
| APMA | www.apma.org | Annual Scientific Meeting of the American Podiatric Medical Association |
| ADA | www.diabetes.org | Annual Scientific Sessions of the American Diabetes Association |
| AAN | www.aan.org | Annual Scientific Meeting of the American Academy of Neurology |