# PSJ3 Exhibit 144

Ortho-McNeil Budget Tracker 2008

| Activity | |
|---|---|
| **Let's Talk Pain** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **LTP Partner Fees** | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol IR Launch: Advocacy Advisory Board Meeting** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol IR Launch: Dummies Guide** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol IR Launch: Grassroots Media** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol IR Launch: Prescribe Responsibly Program** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **The Pain Report** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol "Pain in the Workforce" Program** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol Digital Deployment Strategy** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Tapentadol ER Pre-Approval Materials Development** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Program Management/Strategic Counsel (009749)** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Issues Management/Reg Support** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Data Support/Medical Meetings (009544)** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Internal Communications (009746)** | |
| Professional Services | |
| Out of Pocket Expenses | |
| Total | |
| | |
| **Expected Total Fee** | |
| **Expected Total OOP** | |
| **Expected Grand Total** | |