# PSJ3

# Exhibit 145

| | TAPENTADOL BUDGET 2010 | New 2010 | Details | ICC SOW |
|---|---|---|---|---|
| | **Educate on need for Broad Spectrum Analgesia** | 5,425 | | |
| | WebMD Pain Institute - unbranded infosite ( with content and clinical challenge development) | 600 | partial in prespend in 2009 | |
| | Neopathwaysinpain.com Content Development | 250 | partial in prespend in 2009 | 150 |
| | Neo Slide Deck | 80 | partial in prespend in 2009 | |
| | NEO Web Speaker Training | 100 | partial in prespend in 2009 | |
| | NEO Portable Speaker Training | 95 | partial in prespend in 2009 | |
| | NEO Speaker Training Live Q&A (75 calls) | 150 | | |
| | Web Conferences (hosted on neopathwaysinpain.com) | 350 | | 450 |
| | NEO E-details (9-12 modules of development) | 1,000 | | |
| | Peer Direct | 500 | | |
| | PR Rx Responsibly | 75 | | |
| | PR Tap ER Data and Meeting Support | 200 | | |
| | PR Tap ER News Bureau | 50 | | |
| | PR Let's Talk Pain | 225 | | |
| | PR Program Management | 150 | | |
| | PR Smart Moves | 300 | | |
| Confirm ICC | Chronic NEO (need final SOW from ICC) | | | |
| Confirm KDE | Chronic NEO Promotional Development (patient profiels, Advertorials, rep intro | 400 | | 400 |
| | Training | 100 | Most of the cost of training content development absorbed in 2009 | |
| | Printing | 800 | | |
| | Chronic NEO Launch Meeting | 0 | AI/GI Neo Launch- currently unfunded | |
| | **Accelerate 1st Choice** | 30,520 | | |
| | Agency Fee/Account Management | 1,500 | | 1500 |
| | Agency Project Development Costs (Vis Aid, Flashcards, SlimJims, Reprints, patient office materials, patient case studies, Vicodin Pilot Materials, cycle meeting updates) | 2,500 | | 2500 |
| | Sales Materials Printing | 1,200 | | |
| | Access Stimuli- Educational Materials | 1,500 | | |
| | Coupon Program | 1,500 | | |
| | Chronic Pain and ER Launch Training | 600 | | |
| | Table PC Development | 300 | | 300 |
| | Table PC Training | 200 | | |
| | Pain Sales Force Training and Convergence | 700 | | |
| need clarity | NE/MOA promotional | 350 | | 250 |
| | NE/MOA digital | 200 | | 200 |
| | MOA Animated Video | 170 | | |
| | NRI and MOA Product Theater | 100 | | |
| | Convention Fees and PriMeds | 1,300 | | |
| | Conventions: Booth development | 200 | | |
| | Conventions: Product Theaters | 200 | | |
| | Peer-to-Peer: SPEAKER BUREAU TRAINING | 1,500 | | |
| | Peer-to-Peer: NewsChannels | 400 | | |
| | Peer-to-Peer: Speaker Bureau Execution | 3,600 | only allows 4/year per rep | |
| | Advisory Boards (Live- major meetings and key specialties) | 1,200 | | |
| confirm Haya | Virtual Ad Boards (50K each) | 1,500 | | |
| | Ad Board Enduring Materials | 150 | | |
| | NUCYNTA Branded Edetailing | 1,500 | Edetails: development of 16 modules; new modules $80K/month, unlimited usage per module $50K/month; multi-modal approach to acute and subsequent chronic pain for ER | |
| | E-rep | 1,000 | | |
| | I-lights Newsletter | 150 | | |
| | NUCYNTA.com and NU-Center Medical Campus development | 300 | | 300 |
| | WebMD Pain Institute - branded infosite (IR+ER) and Pulse Media (ER) | 2,600 | | |
| need clarity | PATIENT ACTIVATION (development, piloting, execution of digital/social) | 800 | | |
| | Project North Star Pilot Development of Materials | 800 | | |
| | ER LAUNCH MEETING (not including contribution from Sales Force budget) | 2,500 | estimate based on Acute NEO spend | |
| | **Evolve the Value Proposition** | 3,806 | | |
| | ER Pricing and Contracting Strategy Validation | 350 | | |
| need further detail | SBG Chronic NEO development, training, and execution | 550 | | 200 |
| | Pharmacy and Nursing Counseling Initiatives Development (ER conversion charts, pharmacy letter) | 300 | | 200 |
| | Cegedim Dendrite NP/PA Clinician-to-Clinician and Intelliscript | 400 | | |
| | Pain State Policy Resource Center | 300 | Continued grant sponsorship | |
| detail from Cassie | Advocacy Projects | 335 | Individual Projects with each advocacy group | |
| | Advocacy Corporate Memberships | 81 | | |
| | Benfield Employer Education Program | 190 | | |
| | Quality Measures Initiative with JCR | 500 | | |
| | HE&P: Value Dossier and Patient Study Continuation | 200 | Value Dossier $120K; HE&P patient study continuation $80K) | |
| | Global Healthy Living | 600 | | |
| | **New Generation/LCM** | 2,640 | | |
| | MEDERGY (ER PIVOTAL TRIALS Publication Plan) | 1,300 | Transfer to GMA $1.5m for ER publication plan | |
| confirm Haya | Secondary publications, KOL review articles, Web Articles | 500 | Joint investment with Grunenthal for Global publications to support NE and unique pharmacology vs. trad opioids | |
| need further detail | Advisory boards (including joint Grunenthal Global Ad Boards, Norepi Milan Data | 840 | Joint investment with Grunenthal for Global publications to support NE and | |
| | **TOTAL BUDGET EX MR and CLINICAL** | **42,391** | | 6450 |

Key stakeholder 2010 objectives
1. Demonstrate the economic case for appropriate pain treatment
2. Promote access to treatment
3. Patient education on types of pain & treatment options, how to communicate about pain
4. Inject balance into the pain medication debate.

| Owner | Strategy | Stakeholder | Tactic Description | PO$ | | Justification | Objective |
|---|---|---|---|---|---|---|---|
| Cassie Hallberg | Advocacy | AAPMan | Corp Membership | $ | 5,000 | Tier one | 2,4, (1) |
| Cassie Hallberg | Advocacy | ASPMN | Corp Membership | $ | 5,000 | Tier one | 2,4, (1) |
| Cassie Hallberg | Advocacy | ACPA | Corp Membership | $ | 10,000 | Tier one | 2,3,4 |
| Cassie Hallberg | Advocacy | APF | Corp Membership | $ | 20,000 | Tier one | 2,3,4 |
| Cassie Hallberg | Advocacy | ASSIP | Corp Membership | $ | 10,000 | Tier two | 2 |
| Cassie Hallberg | Advocacy | Western Pain Society | Corp Membership | $ | 2,000 | Tier two | 2,3,4 |
| Cassie Hallberg | Advocacy | Pain Care Forum | Corp Membership | $ | 3,000 | Tier one | 2,4 |
| Cassie Hallberg | Advocacy | NASCSA | Corp Membership | $ | 5,000 | Tier two | 4 |
| Cassie Hallberg | Advocacy | For Grace | Corp Membership | $ | 10,000 | Tier two | 2,3,4 |
| Cassie Hallberg | Advocacy | APS | Corp Membership | $ | 6,000 | Tier one | 1,2,4 |
| Cassie Hallberg | Advocacy | AAPMed | Corp Membership | $ | 5,000 | Tier two | 1,2,4 |
| | | **Sub Total Corp Memberships** | | **$** | **81,000** | | |
| Cassie Hallberg | Advocacy | APF POPAN | Sponsorship- meeting and activities | $ | 50,000 | Grass roots advoacey across most states | 2,3,4 |
| Cassie Hallberg | Advocacy | AAPMan | Sponsor one project TBD | $ | 10,000 | Strong membership interest in advoacy | 2,4, (1) |
| Cassie Hallberg | Advocacy | ASPMN | Virtual Chapters | $ | 25,000 | Potential to become advocates | 2,3,4 |
| Cassie Hallberg | Advocacy | ACPA | Consumer Guide to medications | $ | 50,000 | Chapters in most states plus international | 2,3,4 |
| Cassie Hallberg | Advocacy | Fail First Coalition | Sponsorship- meeting and activities | $ | 100,000 | Dedicated to putting the practice of medicine in the hands of doctors | 2 |
| Cassie Hallberg | Advocacy | APS | Sposnorship REMS Summit | $ | 25,000 | 1-day consensus meeting on educational issues for HCPs pertaining to opiod prescribing | 2,4 |
| Cassie Hallberg | Advocacy | AAPMed | Sponsor one project TBD | $ | 10,000 | Most respected Physian group | 2.4 |
| Cassie Hallberg | Advocacy | ASPI | PMP Report Cards | $ | 30,000 | Pain Policy Access and Effective balance for Absue/Misuse/Diversion | 2,4 |
| Cassie Hallberg | Advocacy | Vetrerans Advoacy strategy | TBD | $ | 25,000 | Build realtionships with the Veterans/Military community | 2 |
| Cassie Hallberg | Advocacy | ALL Tier One Groups | 2010 Business Planning Meeting | $ | 10,000 | Stronger partnering | 1,2,3,4 |
| | | **Sub total sponsorships** | | **$** | **335,000** | | |
| Cassie Hallberg | Advocacy | Employers | Employer Initative-Benfield group | $ | 89,500 | Complete toolkit | |
| Cassie Hallberg | Advocacy | Employers | Printing content | $ | 100,000 | Note WAG until we can get a more complete estimate. | |
| | | **Subtotal Employers** | | **$** | **189,500** | | 1,2 |
| Cassie Hallberg | Advocacy | Quality Groups/ JCR | JCR Quality Demonstration Project | $ | 500,000 | Demonstrate ROI from appropriate pain treatment | |
| | | **Subtotal ROI Pain** | | **$** | **500,000** | | 1 |
| Cassie Hallberg | Advocacy | Patients access challenged geographies | GHLF 10 community meetings+ meetings in a box and 2 follow on audio conferences | $ | 600,000 | Empower patients and caregivers in access challnged geographies to advocate for themselves | 2,3,4 |
| | | **Subtotal Community meetings** | | **$** | **600,000** | | |
| | | Total Advocacy Programs | | **$ 1,705,500** | | | |