# PSJ3

# Exhibit 146

# Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template

JAN-MS-00918396 (Native)     JAN-MS-00918396_Confidential.xls

| | Date Of Activity: | | 3-Feb-10 | |
|---|---|---|---|---|
| **ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC** | Activity Title: | | AAPM Annual Meeting Symposium | |
| | Activity Component: | | Seminar/Symposia | |

| | Category | TOTAL PROGRAM COSTS ||| REQUESTED FUNDING FROM OMJSA |||
|---|---|---|---|---|---|---|---|
| | | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| **Management Fees** | Editorial Development | 240 | $ 125.00 | $ 30,000 | 240 | $ 125.00 | $ 30,000 |
| | Graphic Development and Layout | 60 | $ 125.00 | $ 7,500 | 60 | $ 125.00 | $ 7,500 |
| | Project/Agency Management | 180 | $ 125.00 | $ 22,500 | 180 | $ 125.00 | $ 22,500 |
| | Venue Selection and Coordination | 20 | $ 125.00 | $ 2,500 | 20 | $ 125.00 | $ 2,500 |
| | Speaker/Faculty Coordination | 40 | $ 125.00 | $ 5,000 | 40 | $ 125.00 | $ 5,000 |
| | Participant/Audience Coordination | 20 | $ 125.00 | $ 2,500 | 20 | $ 125.00 | $ 2,500 |
| | On-Site Time (Live) | 24 | $ 125.00 | $ 3,000 | 24 | $ 125.00 | $ 3,000 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 73,000* | | | *$ 73,000* |
| **Honoraria** | Honoraria - Chairperson | 1 | $ 3,000.00 | $ 3,000 | 1 | $ 3,000.00 | $ 3,000 |
| | Honoraria - Faculty | 1 | $ 2,500.00 | $ 2,500 | 1 | $ 2,500.00 | $ 2,500 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 5,500* | | | *$ 5,500* |
| **Faculty Travel Expenses** | Airfare | 2 | $ 600.00 | $ 1,200 | 2 | $ 600.00 | $ 1,200 |
| | Lodging | 2 | $ 250.00 | $ 500 | 2 | $ 250.00 | $ 500 |
| | Ground Transportation | 2 | $ 250.00 | $ 500 | 2 | $ 250.00 | $ 500 |
| | Out of Pocket Expenses for Faculty | 2 | $ 150.00 | $ 300 | 2 | $ 150.00 | $ 300 |
| | *Subtotal* | | | *$ 2,500* | | | *$ 2,500* |
| **Venue** | Meeting Room Rental | | | $ - | | | $ - |
| | Breakout Room Rental | | | $ - | | | $ - |
| | Registration Desk | | | $ - | | | $ - |
| | Office Room Rental | 1 | $ 350.00 | $ 350 | 1 | $ 350.00 | $ 350 |
| | *Subtotal* | | | *$ 350* | | | *$ 350* |
| **Food and Beverage** | Breakfast | 250 | $ 55.00 | $ 13,750 | 250 | $ 55.00 | $ 13,750 |
| | Lunch | | | $ - | | | $ - |
| | Dinner | | | $ - | | | $ - |
| | Break | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 13,750* | | | *$ 13,750* |
| **Audience Generation** | Brochure/Invitation | 3000 | $ 0.57 | $ 1,710 | 3000 | $ 0.57 | $ 1,710 |
| | Fax Blast | | | $ - | | | $ - |
| | Journal Advertisement | | | $ - | | | $ - |
| | Western Union | | | $ - | | | $ - |
| | Flyer | | | $ - | | | $ - |
| | Postcard | | | $ - | | | $ - |
| | Mailing List | | | $ - | | | $ - |
| | Mail house: Assembly/Fulfillment | 3000 | $ 0.43 | $ 1,290 | 3000 | $ 0.43 | $ 1,290 |
| | Postage | | | $ - | | | $ - |
| | Hotel Room Drops | 1 | $ 2,000.00 | $ 2,000 | 1 | $ 2,000.00 | $ 2,000 |
| | Onsite Program Voicemail | 1 | $ 5,000.00 | $ 5,000 | 1 | $ 5,000.00 | $ 5,000 |
| | *Subtotal* | | | *$ 10,000* | | | *$ 10,000* |

# Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template

**ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC**

| Date Of Activity: | | 3-Feb-10 |
|---|---|---|
| Activity Title: | | AAPM Annual Meeting Symposium |
| Activity Component: | | Seminar/Symposia |

| | | TOTAL PROGRAM COSTS ||| REQUESTED FUNDING FROM OMJSA |||
|---|---|---|---|---|---|---|---|
| | Category | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| **Audiovisual** | Equipment | 1 | $ 8,500.00 | $ 8,500 | 1 | $ 8,500.00 | $ 8,500 |
| | Technical Assistance/Travel Costs | 1 | $ 2,000.00 | $ 2,000 | 1 | $ 2,000.00 | $ 2,000 |
| | Audience Response | 1 | $ 5,000.00 | $ 5,000 | 1 | $ 5,000.00 | $ 5,000 |
| | Transcription | | | $ - | | | $ - |
| | Production of Video Vignettes | 2 | $ 9,000.00 | $ 18,000 | 2 | $ 9,000.00 | $ 18,000 |
| | *Subtotal* | | | *$ 33,500* | | | *$ 33,500* |
| **Meeting Materials** | Signage | 8 | $ 150.00 | $ 1,200 | 8 | $ 150.00 | $ 1,200 |
| | Tent Cards | | | $ - | | | $ - |
| | Name Badges | | | $ - | | | $ - |
| | Syllabus/Handout Materials | 300 | $ 5.00 | $ 1,500 | 300 | $ 5.00 | $ 1,500 |
| | Slides/Title & Faculty Presentations | | | $ - | | | $ - |
| | Editorial Searches/Reprints | | | $ - | | | $ - |
| | Pads, Pens, Question Cards | 300 | $ 1.00 | $ 300 | 300 | $ 1.00 | $ 300 |
| | *Subtotal* | | | *$ 3,000* | | | *$ 3,000* |
| **Production Expenses** | Printing | | | $ - | | | $ - |
| | Binders | | | $ - | | | $ - |
| | Slide Production | | | $ - | | | $ - |
| | CD Rom Duplication | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ -* | | | *$ -* |
| **Association and Institutional Fees** | Association Fee | 1 | $ 55,000.00 | $ 55,000 | 1 | $ 55,000.00 | $ 55,000 |
| | Institution Fee | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 55,000* | | | *$ 55,000* |
| **CE Fees** | Certification Fees | 1 | $ 15,000.00 | $ 15,000 | 1 | $ 15,000.00 | $ 15,000 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 15,000* | | | *$ 15,000* |
| **Other Expenses (please specify)** | Shipping Costs | 1 | $ 750.00 | $ 750 | 1 | $ 750.00 | $ 750 |
| | Staff Travel (Air, 2-nights Hotel, Ground) | 3 | $ 1,150.00 | $ 3,450 | 3 | $ 1,150.00 | $ 3,450 |
| | | | | | | | |
| | *Subtotal* | | | *$ 4,200* | | | *$ 4,200* |
| | **Total Expense of Program** | | | $ 215,800 | | | |
| | **Total Requested from OMJSA** | | | | | | $ 215,800 |
| | **Total Actual of Program** | | | | | | |
| | | | | | | | |
| **Income** | Requested from OMJSA | | | | | | |
| | Other Industry Support Requested | | | $ - | | | |
| | Proposed Registration Fees | | | $ - | | | |
| | Exhibit Fees | | | $ - | | | |
| | Other* | | | $ - | | | |
| | *Subtotal* | | | *$ -* | | | |
| | **Total Projected Income** | | | $ 215,800 | | | |
| | | | | | | | |
| | ***Program Surplus or Shortfall*** | | | $ - | | | $ 215,800 |

**Note:** Costs entered under "Other*" must be identified