PSJ3

Exhibit 147

JAN-MS-00949290 (Native)

Advocacy / Quality / Policy Budget

| Budget Item | | 2010 Spend ($ 000) | Proposed 2011 Spend ($ 000) | Program Subtotals | % change |
|---|---|---|---|---|---|
| **Sponsorships:** | | | | | |
| **Steady Advocacy outreach** | American Pain Foundation RT Dues | 10 | 10 | | |
| **New/Existing Partners** | American Pain Foundation Safe Use | | 50 | | |
| **Professional Orgs.** | American Pain Foundation Outreach | | 100 | | |
| **Consumer/caregiver Orgs.** | American Pain Foundation Action Network | 25 | 25 | | |
| | American Pain Foundation Pt./Caregiver | | 100 | | |
| | Ameerican Pain Foundation Program Support | | 100 | | |
| | American Pain Foundation REMS | | 100 | | |
| | American Pain Foundation Regional Market Support | | 50 | | |
| | American Pain Society Program Outreach | | 50 | | |
| | American Pain Society RT Dues | 6 | 6 | | |
| | American Academy of Pain Medicine RT Dues | 5 | 5 | | |
| | American Academy of Pain Medicine Advocacy | | 50 | | |
| | American Academy of Pain Management Outreach | 20 | 50 | | |
| | American Academy of Pain Management RT Dues | 10 | 10 | | |
| | American Academy of Family Physicians | | 20 | | |
| | American Academy of Hosp/Palliative Med Dues | 2 | 5 | | |
| | American Chronic Pain Outreach | | 25 | | |
| | American Chronic Pain Association Dues | 5 | **5** | | |
| | NASCSA | 10 | 20 | | |
| | Alliance of State Pain Initiatives Advocacy | | 25 | | |
| | American Society for Pain Management Nursing | | 25 | | |
| | Neuropathy Association | NA | 50 | | |
| | AGS Advocacy (LTC Leg.) | NA | 100 | | |
| | AGS Membership | 10 | 10 | | |
| | Pain Care Forum Collaborations | | 50 | | |
| | ACEP-Pain/ED | | 25 | | |
| | Partners for drug free | NA | 25 | | |
| | Partners (AOA, ACS, NCCN, Arthritis FDN, ACR, ACOEM, CPDD) | | 250 | | |
| | **Sponsorship Total** | | | 1,341 | |
| **SHM Inst. *** | **Care Coord/Discharge Plan/Pt Care Directors** | 498 | 300 | 300 | |
| ***JCR Quality Initiative 2010 Support -$498.** | | | | | |

| | | | | |
|---|---|---|---|---|
| **Improving the Pain Dialogue** | Linguistics EB Comm. Program/KAL engagement | | 300 | 300 |
| **Drive existing Comm. resources:** | Advocacy Support fo Coalition Partners | | 50 | |
| **Local Market Outreach** | Program Enhancements: | | 500 | |
| **Community/Care** | Let's Talk Pain | | | |
| | Prescribe Responsibly | | | |
| | Smart Moves, Smart Choices | | | 550 |
| **Drive Existing Resources Total** | | | | |
| **Opioid REMS Advocacy Support** | TUFTS SUMMIT | 9 | 25 | |
| **Sponsorships** | Local Markets/Payor-facing Orgs/SG/HPAD | | 200 | |
| **Programs/Outreach** | Partners for DrugFree/local markets | | | |
| | PAIN TOPICS/OPIOIDS 911 Program | | | 225 |
| **OPIOID REMS Total** | | | | |
| **Global Healthy Living-Pt. program** | Ph. 2-pt. grass-roots mobilization-focus on disparities | 1,000 | 400 | 400 |
| **PDMP/Quality Consultations** | Policy/Quality Market Support | | 300 | 300 |
| **Total for all Programs** | | 1,610 | | 3,416 |

**(A) Provide funding for regional/HPAD and other requests throughout the year**

**\*\*Ref: 2010 Advocacy Budget 1.5**