PSJ3

Exhibit 148

JAN-MS-01151875 (Native)

**MedErgy**

| | |
|---|---|
| **Original Grand Total:** | **$1,989,429.00** |
| **Additional Projects:** | **$154,475.00** |
| **Grand Total:** | **$2,143,904.00** |
| Invoiced to date Q1-Q2 (including July 15 invoices): | $623,544.09 |
| Remaining to be invoiced: | $1,390,572.29 |
| **Current Projected Spend:** | **$2,014,116.38** |

**2010 Draft Tapentadol Budget**
**Prepared for JJPS**
**5-Aug-09**

| Project Description | Supplier Job # | PO Number | Totality Number | Approved Estimate Fees | OOP's | Total | Revised Estimate (final invoice or addendum amount) Fees | OOP's | Total | Variance | LTD Billing Without Discount Month Start Date | Fees | OOP's | Total | Fee Discount Total | Q1 2010 Invoices | Q2 2010 Invoices | Q3 2010 Invoices | Q4 Invoices | Status | Comments | Totality Uploaded Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tapentadol Projects Carried Over from 2009 - Abstracts** | | | | | | | | | | | | | | | | | | | | | | |
| Open Label (3010/KF18) COWS/SOWS: NASS 2010 | JMA-52966 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | $3,425.00 | | | | | | |
| Osteoarthritis (3008/KF11) SF36 & Pharmacoeconmics: ISPOR-NA 2010 | JMA-52967 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | $3,425.00 | | | | | | |
| LBP (3011/KF23) Sleep & Pharmacoeconmics: ISPOR-NA 2010 | JMA-52968 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | $3,425.00 | | | | | | |
| Open-label (3010/KF18) PAC-SYM AAPM&R 2010 | JMA-52972 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | | $3,425.00 | | | | |
| Open-label (3010/KF18) Sleep: AAPM&R 2010 | JMA-52973 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | | $3,425.00 | | | | |
| Open-label (3010/KF18) EQ-5D AAPM&R 2010 | JMA-52974 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | | $3,425.00 | | | | |
| Constipation symptoms (3020/KF41) Productivity AAPM&R 2010 | JMA-52975 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | | $3,425.00 | | | | |
| Constipation symptoms (3020/KF41) COWS/SOWS AAPM&R 2010 | JMA-52976 | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | | $3,425.00 | | | | |
| **Tapentadol Projects Carried Over from 2009 - Manuscripts** | | | | | | | | | | | | | | | | | | | | | | |
| Preclinical short communication paper | JMA-52615 | | | $8,000.00 | $500.00 | $8,500.00 | | | | | | | | | | $8,500.00 | | | | | | |
| 3020 Differentiation | | | | $7,550.00 | $1,000.00 | $8,550.00 | | | | | | | | | | | $8,550.00 | | | | | |
| SS ER | | | | $15,100.00 | $2,025.00 | $17,125.00 | | | | | | | | | | | $17,125.00 | | | | | |
| **Tapentadol Projects Carried Over from 2009 - Posters** | | | | | | | | | | | | | | | | | | | | | | |
| AAPM DPN pain intensity (encore) | | | | $1,550.00 | $3,450.00 | $5,000.00 | | | | | | | | | | $5,000.00 | | | | | | |
| AAPM DPN safety & tolerability (encore) | | | | $1,550.00 | $3,450.00 | $5,000.00 | | | | | | | | | | $5,000.00 | | | | | | |
| AAPM LBP safety & gi (encore) | | | | $1,550.00 | $3,450.00 | $5,000.00 | | | | | | | | | | $5,000.00 | | | | | | |
| AAPM LBP withdrawal | | | | $6,300.00 | $3,450.00 | $9,750.00 | | | | | | | | | | $9,750.00 | | | | | | |
| AAPM OA efficacy & safety (encore) | | | | $1,550.00 | $3,450.00 | $5,000.00 | | | | | | | | | | $5,000.00 | | | | | | |
| AAPM OA safety & gi (encore) | | | | $1,550.00 | $3,450.00 | $5,000.00 | | | | | | | | | | $5,000.00 | | | | | | |
| AAPM switch pain intensity & safety | | | | $6,300.00 | $3,450.00 | $9,750.00 | | | | | | | | | | $9,750.00 | | | | | | |
| AAPM switch safety & tolerability | | | | $6,300.00 | $3,450.00 | $9,750.00 | | | | | | | | | | $9,750.00 | | | | | | |
| AAPM LTS discontinuations | | | | $6,300.00 | $3,450.00 | $9,750.00 | | | | | | | | | | $9,750.00 | | | | | | |
| AAPM LTS treatment exposure | | | | $6,300.00 | $3,450.00 | $9,750.00 | | | | | | | | | | $9,750.00 | | | | | | |
| AAPM OA maintenance dose dynamics | | | | $6,300.00 | $3,450.00 | $9,750.00 | | | | | | | | | | $9,750.00 | | | | | | |
| **Tapentadol Projects Carried Over from 2009 - Posters** | | | | | | | | | | | | | | | | | | | | | | |
| Outcomes pub plan | | | | $20,000.00 | $1,500.00 | $21,500.00 | | | | | | | | | | $10,000.00 | $11,500.00 | | | | | |
| **Sub-total for 2009 carry over projects** | | | | | | **$166,575.00** | | | | | | | | | | | | | | | | |
| **Tapentadol 2010 Posters and Abstacts** | | | | | | | | | | | | | | | | | | | | | | |
| APS OLE safety & gi tolerability poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | $6,300.00 | $9,750.00 | | | | | |
| APS OLE treatment exposure poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | $6,300.00 | $9,750.00 | | | | | |
| ISPOR (Spring) OA SF-36 & pharmacoeconomics poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | $6,300.00 | $9,750.00 | | | | | |
| ISPOR (Spring) LBP sleep & pharmacoeconomics poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | $6,300.00 | $9,750.00 | | | | | |
| NASS OLE COWS/SOWS poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| Open-label (3010/KF18) PAC-SYM AAPM&R 2010 poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| Open-label (3010/KF18) Sleep: AAPM&R 2010 poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| Open-label (3010/KF18) EQ-5D AAPM&R 2010 poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| Constipation symptoms (3020/KF41) Productivity AAPM&R 2010 poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| Constipation symptoms (3020/KF41) COWS/SOWS AAPM&R 2010 poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| ACR OLE efficacy & pgic abstract | | | | $5,750.00 | $550.00 | $6,300.00 | | | | | | | | | | $2,875.00 | $3,425.00 | | | | | |
| ACR OLE efficacy & pgic poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| ACR constipation symptoms SPID & SBM abstract | | | | $5,750.00 | $550.00 | $6,300.00 | | | | | | | | | | $2,875.00 | $3,425.00 | | | | | |
| ACR constipation symptoms SPID & SBM poster | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| PainWeek OLE discontinuations encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | $1,375.00 | $1,525.00 | | | |
| PainWeek OLE discontinuations encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | | $1,550.00 | $5,000.00 | | | |
| PainWeek OLE dose dynamics encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | $1,375.00 | $1,525.00 | | | |
| PainWeek OLE dose dynamics encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | | $1,550.00 | $5,000.00 | | | |
| PainWeek constipation symptoms totpar & SBM encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | $1,375.00 | $1,525.00 | | | |

**2010 Draft Tapentadol Budget**
**Prepared for JJPS**
5-Aug-09

| Project | Supplier | | | Approved Estimate | | | Revised Estimate (final invoice or addendum amount) | | | Variance | LTD Billing Without Discount | | | Fee Discount Total | Q1 2010 Invoices | Q2 2010 Invoices | Q3 2010 Invoices | Q4 Invoices | Status | Comments | Totality | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Job # | PO Number | Totality Number | Fees | OOP's | Total | Fees | OOP's | Total | | Month Start Date | Fees | OOP's | Total | | | | | | | | Uploaded Comments |
| PainWeek constipation symptoms totpar & SBM encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| PainWeek constipation symptoms to SF12 & satisfaction questionnaire encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | $1,375.00 | $1,525.00 | | | | |
| PainWeek constipation symptoms SF12 & satisfaction questionnaire encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| ASRA OLE discontinuations encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | $1,375.00 | $1,525.00 | | | | |
| ASRA OLE discontinuations encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| ASRA OLE dose dynamics encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | $1,375.00 | $1,525.00 | | | | |
| ASRA OLE dose dynamics encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| ASRA OLE SF36 encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | $1,375.00 | $1,525.00 | | | | |
| ASRA OLE SF36 encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| ASRA constipation symptoms totpar & sbm encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | $1,375.00 | $1,525.00 | | | | |
| ASRA constipation symptoms totpar & sbm encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| ASRA constipation symptoms SF12 & satisfaction questionnaire encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | $1,375.00 | $1,525.00 | | | | |
| ASRA constipation symptoms SF12 & satisfaction questionnaire encore poster | | | | $3,100.00 | $3,450.00 | $6,550.00 | | | | | | | | | | | $1,550.00 | $5,000.00 | | | | |
| AAPM '11 contipation symptoms SPRID & SBM encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | $1,375.00 | $1,525.00 | | | |
| AAPM '11 constipation symptoms PI and SBM encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | $1,375.00 | $1,525.00 | | | |
| AAPM '11 constipation symptoms bowel function diary encore abstract | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | $1,375.00 | $1,525.00 | | | |
| Pooled OA + LBP; 2 abstracts | | | | $11,500.00 | $1,100.00 | $12,600.00 | | | | | | | | | | | $6,300.00 | $6,300.00 | | | | |
| Pooled OA + LBP; 2 poster | | | | $25,200.00 | $6,900.00 | $32,100.00 | | | | | | | | | | | | $16,050.00 | $16,050.00 | | | |
| TRF; 4 abstracts + 4 posters (placeholder) | | | | $73,400.00 | $16,000.00 | $89,400.00 | | | | | | | | | | $6,300.00 | $22,350.00 | $22,350.00 | $38,400.00 | | | | |
| **Abstract Facilitation** | | | | | | | | | | | | | | | | | | | | | | |
| Placeholder facilitation - 10 budgeted at $1,400 each | | | | $14,000.00 | $0.00 | $14,000.00 | | | | | | | | | | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | | | | |
| **Poster Facilitation** | | | | | | | | | | | | | | | | | | | | | | |
| Placeholder facilitation (10 budgeted x 1400 ea) | | | | $14,000.00 | $0.00 | $14,000.00 | | | | | | | | | | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | | | | |
| **Primary Manuscripts - assume 50% split with GRT** | | | | | | | | | | | | | | | | | | | | | | |
| 3010/KF18 open label extension | | | | $15,100.00 | $2,025.00 | $17,125.00 | | | | | | | | | | $7,550.00 | | $9,575.00 | | | | | |
| Pooled OA + LBP | | | | $15,100.00 | $2,025.00 | $17,125.00 | | | | | | | | | | | $7,550.00 | | $9,575.00 | | | | |
| **Review Articles** | | | | | | | | | | | | | | | | | | | | | | |
| Placeholder #1 | | | | $31,050.00 | $4,025.00 | $35,075.00 | | | | | | | | | | $15,525.00 | | | $19,550.00 | | | | |
| Placeholder #2 | | | | $31,050.00 | $4,025.00 | $35,075.00 | | | | | | | | | | | $15,525.00 | | $19,550.00 | | | | |
| Placeholder #3 | | | | $31,050.00 | $4,025.00 | $35,075.00 | | | | | | | | | | | | $15,525.00 | $19,550.00 | | | | |
| **Manuscript Facilitation** | | | | | | | | | | | | | | | | | | | | | | |
| Placeholder facilitation - 10 budgeted at $1,400 each | | | | $14,000.00 | $0.00 | $14,000.00 | | | | | | | | | | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | | | | |
| **Manuscript Resubmissions - assume 50% split with GRT** | | | | | | | | | | | | | | | | | | | | | | |
| IR resubmissions 4 budgeted @ $10,000 each | | | | $20,000.00 | $500.00 | $20,500.00 | | | | | | | | | | $5,125.00 | $5,125.00 | $5,125.00 | $5,125.00 | | | | |
| 4 ER resubmissions @ $10,000 each | | | | $20,000.00 | $500.00 | $20,500.00 | | | | | | | | | | $5,125.00 | $5,125.00 | $5,125.00 | $5,125.00 | | | | |
| **Tapentadol 2010 Management Fees and Manuscripts** | | | | | | | | | | | | | | | | | | | | | | |
| Joint Management Fees (split w/ GRT) | | | | $73,600.00 | $3,000.00 | $76,600.00 | | | | | | | | | | $19,150.00 | $19,150.00 | $19,150.00 | $19,150.00 | | | | |
| US Management Fee | | | | $68,500.00 | $900.00 | $69,400.00 | | | | | | | | | | $17,350.00 | $17,350.00 | $17,350.00 | $17,350.00 | | | | |
| GPPG Meeting (2 meetings at $25,000 fee + $12,000 OOP each) **split w/ GRT** | | | | $25,000.00 | $12,000.00 | $37,000.00 | | | | | | | | | | $6,250.00 | $12,250.00 | $6,250.00 | $12,250.00 | | | | |
| Pub Plan Update 2011 **split w/ GRT** | | | | $15,000.00 | $7,500.00 | $22,500.00 | | | | | | | | | | | | $11,250.00 | $11,250.00 | | | | |
| **Abstract Change in Scope** | | | | | | | | | | | | | | | | | | | | | | |
| Change in Scope | | | | $7,500.00 | $0.00 | $7,500.00 | | | | | | | | | | $1,875.00 | $1,875.00 | $1,875.00 | $1,875.00 | | | | |
| **Poster Change in Scope** | | | | | | | | | | | | | | | | | | | | | | |
| Change in Scope | | | | $7,500.00 | $0.00 | $7,500.00 | | | | | | | | | | $1,875.00 | $1,875.00 | $1,875.00 | $1,875.00 | | | | |
| **Abstracts with 2011 Submission Deadline (50% of budget)** | | | | | | | | | | | | | | | | | | | | | | |
| ADA | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | $2,875.00 | | | | |
| ADA | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | $2,875.00 | | | | |
| ADA | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | $2,875.00 | | | | |
| SPOR Spring | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | $2,875.00 | | | | |
| SPOR Spring | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | $2,875.00 | | | | |

**2010 Draft Tapentadol Budget**
**Prepared for JJPS**
5-Aug-09

| Project | Supplier | Job # | PO Number | Totality Number | Approved Estimate ||| Revised Estimate (final invoice or addendum amount) ||| Variance | LTD Billing Without Discount ||||| Fee Discount Total | Q1 2010 Invoices | Q2 2010 Invoices | Q3 2010 Invoices | Q4 Invoices | Status | Comments | Totality Uploaded | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | Fees | OOP's | Total | Fees | OOP's | Total | | Month Start Date | Fees | OOP's | Total | | | | | | | | | |
| NASS | | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | | $2,875.00 | | | |
| NASS | | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | | $2,875.00 | | | |
| NASS | | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | | $2,875.00 | | | |
| AAPM&R | | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | | $2,875.00 | | | |
| AAPM&R | | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | | $2,875.00 | | | |
| AAPM&R | | | | | $2,875.00 | $0.00 | $2,875.00 | | | | | | | | | | | | | | $2,875.00 | | | |
| **Posters for Q1 2011** | | | | | | | | | | | | | | | | | | | | | | | | |
| AAPM '11 Post-op efficacy & tolerability encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AAPM '11 post-op safety & tolerability encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AAPM '11 post-op patient satisfaction encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AAPM '11 contipation symptoms SPRID & SBM encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AAPM '11 constipation symptoms PI and SBM encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AAPM '11 constipation symptoms bowel function diary encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AORN '11 post-op efficacy & safety encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AORN '11 post-op time to discontinuation encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| AORN '11 post-op PGIC/CGIC encore poster | | | | | $6,300.00 | $0.00 | $6,300.00 | | | | | | | | | | | | | | $6,300.00 | | | |
| **invoicing totals** | | | | | | | | | | | | | | | | | | $239,850.00 | $259,325.00 | $208,675.00 | $423,075.00 | | | |
| **Sub-total for GMA** | | | | | | | $1,130,925.00 | | | | | | | | | | | | | | | | | |
| **OMJSA** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Tapentadol 2010 Posters and Abstacts** | | | | | | | | | | | | | | | | | | | | | | | | |
| APS Post hoc poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | |
| APS Post hoc poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | |
| APS Post hoc poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | |
| APS Post hoc poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | |
| APS Post hoc poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | |
| ASA post-op efficacy & safety abstract | | | | | $5,750.00 | $550.00 | $6,300.00 | | | | | | | | | | | | $2,875.00 | $3,425.00 | | | | |
| ASA post-op efficacy & safety poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | | | $6,300.00 | $9,750.00 | | |
| ASA post-op time to discontinuation abstract | | | | | $5,750.00 | $550.00 | $6,300.00 | | | | | | | | | | | | $2,875.00 | $3,425.00 | | | | |
| ASA post-op time to discontinuation poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | | | $6,300.00 | $9,750.00 | | |
| ASA post-op pgic/cgic abstract | | | | | $5,750.00 | $550.00 | $6,300.00 | | | | | | | | | | | | $2,875.00 | $3,425.00 | | | | |
| ASA post-op pgic/cgic poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | | | $6,300.00 | $9,750.00 | | |
| AAPM '11 Post-op efficacy & tolerability encore abstract | | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | | | $1,375.00 | $1,525.00 | | |
| AAPM '11 post-op safety & tolerability encore abstract | | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | | | $1,375.00 | $1,525.00 | | |
| AAPM '11 post-op patient satisfaction encore abstract | | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | | | $1,375.00 | $1,525.00 | | |
| AORN '11 post-op efficacy & safety encore abstract | | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | | | $1,375.00 | $1,525.00 | | |
| AORN '11 post-op time to discontinuation encore abstract | | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | | | $1,375.00 | $1,525.00 | | |
| AORN '11 post-op PGIC/CGIC encore abstract | | | | | $2,750.00 | $150.00 | $2,900.00 | | | | | | | | | | | | | | $1,375.00 | $1,525.00 | | |
| **Manuscripts - assume 50% split with GRT** | | | | | | | | | | | | | | | | | | | | | | | | |
| 3022 Post-op | | | | | $15,100.00 | $2,025.00 | $17,125.00 | | | | | | | | | | | | $7,550.00 | | | $9,575.00 | | |
| **Post-hoc planning** | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 IR post-hoc manuscripts (@ $30,200 fee and $2,025 direct costs each) | | | | | $60,400.00 | $4,050.00 | $64,450.00 | | | | | | | | | | | | $15,100.00 | $15,100.00 | $17,125.00 | $17,125.00 | | |
| 10 abstracts submissions for ER (@$5,750 fee and $550 direct costs each) | | | | | $57,500.00 | $5,500.00 | $63,000.00 | | | | | | | | | | | | $11,500.00 | $13,700.00 | $17,250.00 | $20,550.00 | | |
| 7 posters for ER (@ $12,600 fee and $3,450 direct costs each) | | | | | $88,200.00 | $24,150.00 | $112,350.00 | | | | | | | | | | | | | $64,200.00 | $32,100.00 | $16,050.00 | | |
| Initiate 4 abstracts in 2010 for Q1 2011 submission (50% of budget) | | | | | $11,500.00 | $0.00 | $11,500.00 | | | | | | | | | | | | | | | $11,500.00 | | |
| 3 post-hoc ER manuscripts (@ $30,200 fee + $2,025 oop each) **split 50% with GRT** | | | | | $45,300.00 | $3,037.00 | $48,337.00 | | | | | | | | | | | | $7,550.00 | $7,550.00 | $16,112.00 | $17,124.00 | | |
| **invoicing totals** | | | | | | | | | | | | | | | | | | $81,825.00 | $159,575.00 | $109,737.00 | $130,324.00 | | | |
| **Sub-total for OMJSA** | | | | | | | $481,462.00 | | | | | | | | | | | | | | | | | |
| **CANADA** | | | | | | | | | | | | | | | | | | | | | | | | |
| **Tapentadol Projects Carried Over from 2009 - Abstracts** | | | | | | | | | | | | | | | | | | | | | | | | |

**2010 Draft Tapentadol Budget**
**Prepared for JJPS**
5-Aug-09

| Project | Supplier | Job # | PO Number | Totality Number | Approved Estimate ||| Revised Estimate (final invoice or addendum amount) ||| Variance | LTD Billing Without Discount ||||| Fee Discount Total | Q1 2010 Invoices | Q2 2010 Invoices | Q3 2010 Invoices | Q4 Invoices | Status | Comments | Totality ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description ||||| Fees | OOP's | Total | Fees | OOP's | Total | | Month Start Date | Fees | OOP's | Total | | | | | | | | Uploaded | Comments |
| ASP post-op effic & tolerability | | | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | $3,425.00 | | | | | | |
| ASP post-op safety & tolerability | | | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | $3,425.00 | | | | | | |
| ASP post-op patient satisfaction | | | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | $3,425.00 | | | | | | |
| ASP constipation symptoms SPRID & SBM | | | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | $3,425.00 | | | | | | |
| ASP constipation symptoms PI & SBM | | | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | $3,425.00 | | | | | | |
| ASP constipation symptoms bowel function diary | | | | | $2,875.00 | $550.00 | $3,425.00 | | | | | | | | | | | $3,425.00 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **Tapentadol 2010 Posters and Abstacts** | | | | | | | | | | | | | | | | | | | | | | | | |
| ASP post-op effic & tolerability poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | | $9,750.00 | | | | |
| ASP post-op safety & tolerability poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | | $9,750.00 | | | | |
| ASP post-op patient satisfaction poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | | $9,750.00 | | | | |
| ASP constipation symptoms SPRID & SBM poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | | $9,750.00 | | | | |
| ASP constipation symptoms PI & SBM poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | | $9,750.00 | | | | |
| ASP constipation symptoms bowel function diary poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | | $9,750.00 | | | | |
| CPS - placeholder for 4 encore posters | | | | | $12,400.00 | $13,800.00 | $26,200.00 | | | | | | | | | | | $6,200.00 | $20,000.00 | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **invoicing totals** | | | | | | | | | | | | | | | | | | $64,550.00 | $20,000.00 | $58,500.00 | $0.00 | | | |
| **Sub-total for Canada** | | | | | | | $143,050.00 | | | | | | | | | | | | | | | | | |
| **WWHEP** | | | | | | | | | | | | | | | | | | | | | | | | |
| Literature review - LAOs in chronic pain | | | | | $31,050.00 | $4,025.00 | $35,075.00 | | | | | | | | | | | $15,525.00 | | $19,550.00 | | | | |
| Retrospective NAMCS analysis - laxative use manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,525.00 | | $19,550.00 | | | | |
| Retrospective NAMCS analysis - laxative use; 1 AAPM abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| Retrospective NAMCS analysis - laxative use; 1 ASRA abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | | $2,875.00 | $9,725.00 | $9,750.00 | | | |
| PharMetrics - neuropathic pain; 1 NuePSIG abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $12,600.00 | $9,750.00 | | | | | |
| PharMetrics - neuropathic pain; 1 IASP abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $6,300.00 | $6,300.00 | $9,750.00 | | | | |
| PharMetrics - neuropathic pain; 1 APS poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | | |
| PharMetrics - neuropathic pain; 1 AMCP poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | | | $6,300.00 | $9,750.00 | | | |
| PharMetrics - neuropathic pain; 1 ISPOR poster | | | | | $12,600.00 | $3,450.00 | $16,050.00 | | | | | | | | | | | $6,300.00 | $9,750.00 | | | | | |
| PharMetrics - switching/discontinuation; manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |
| PharMetrics - switching/discontinuation; 1 ASHP abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $12,600.00 | $9,750.00 | | | | | |
| PharMetrics - switching/discontinuation; 1 ASA abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| PharMetrics - LAO users; manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |
| PharMetrics - LAO 1 AMCP abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| PharMetrics - LAO 1 ASA abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| ER post-hoc SF36; manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |
| ER post-hoc SF36; 1 AAPM abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **invoicing totals** | | | | | | | | | | | | | | | | | | $134,825.00 | $65,300.00 | $147,750.00 | $68,250.00 | | | |
| **Sub-total for WWHEP projects** | | | | | | | $413,275.00 | | | | | | | | | | | | | | | | | |
| **OMJSA OR** | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician survey + chart review manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | | | | | |
| Physician survey + chart review; 1 AAMP&R abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| Physician survey + chart review; 1 PainWEEK abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | | $2,875.00 | $9,725.00 | $9,750.00 | | | |
| Prospective study at rehab centers; manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | | $17,125.00 | | | |
| Prospective study at rehab centers; 1 AAMP&R abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| Oxy registry; interim manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |
| Oxy registry; final manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | |
| Retrospective analysis in elderly; manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |
| Retrospective analysis in elderly; 1 GSA abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | |
| Polypharmacy in CII users; manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |
| Polypharmacy in CII users; 1 ASHP abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | | 2875 | 3425 | 6300 | $9,750.00 | | | |
| Polypharmacy in CII users; 1 PainWeek abstract + poster | | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | | | $2,875.00 | $9,725.00 | $9,750.00 | | | |
| Productivity meansures (tap or oxy IR); manuscript | | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | |

**2010 Draft Tapentadol Budget**
**Prepared for JJPS**
5-Aug-09

| Project Description | Supplier Job # | PO Number | Totality Number | Approved Estimate Fees | OOP's | Total | Revised Estimate (final invoice or addendum amount) Fees | OOP's | Total | Variance | Month Start Date | LTD Billing Without Discount Fees | OOP's | Total | Fee Discount Total | Q1 2010 Invoices | Q2 2010 Invoices | Q3 2010 Invoices | Q4 Invoices | Status | Comments | Totality Uploaded | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCMS & MarketScan - productivity; manuscript | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | | |
| HCMS & MarketScan - productivity; 1 NASS abstract + poster | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | | |
| HCMS & MarketScan - productivity; 1 AAPM&R abstract + poster | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | | |
| HCMS & MarketScan - productivity; 1 AMCP abstract + poster | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | $2,875.00 | $3,425.00 | $6,300.00 | $9,750.00 | | | | |
| HCMS & MarketScan - productivity; 1 ASHP abstract + poster | | | | $18,350.00 | $4,000.00 | $22,350.00 | | | | | | | | | | $2,875.00 | $9,725.00 | $9,750.00 | | | | | |
| **Invoicing totals** | | | | | | | | | | | | | | | | $128,700.00 | $54,550.00 | $176,050.00 | $122,000.00 | | | | |
| **Sub-total for OMJSA OR projects** | | | | | | $481,300.00 | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **PRO** | | | | | | | | | | | | | | | | | | | | | | | |
| 3024 Validation (started in 2009) | | | | $15,100.00 | $2,025.00 | $17,125.00 | | | | | | | | | | $15,100.00 | $2,025.00 | | | | | | |
| 3024 Experience of bowel dysfunction | | | | $30,200.00 | $2,025.00 | $32,225.00 | | | | | | | | | | $15,100.00 | | $17,125.00 | | | | | |
| **invoicing** | | | | | | | | | | | | | | | | $30,200.00 | $2,025.00 | $17,125.00 | | | | | |
| **Sub-total for OMJSA OR projects** | | | | | | $49,350.00 | | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| GMA sub-total | $1,130,925.00 | |
| OMJSA sub-total | $481,462.00 | |
| Canada sub-total | $143,050.00 | |
| WWHEP subtotal | $413,275.00 | |
| OMJSA OR sub-total | $481,300.00 | |
| PRO subtotal | $49,350.00 | |
| **Total 2010 Budget** | **$2,699,362.00** | |