# PSJ3 Exhibit 149

| Pain Franchise | | | | | |
|---|---|---|---|---|---|
| Name of Organization (Society/Foundation) | Program Name and Description | TYPE | Approx Date of Program | Approx Cost of Program | Notes |
| The Neuropathy Assoc | Corporate Sponsorship | | 2013 | $5,000 | #148297 |
| Am. Academy of Pain Mgmt | Corporate Sponsorship | | 2013 | $9,500 | |
| ***Am. Academy of Pain Mgmt | State Pain Policy Adv. Network | | 2013 | $25,500 | #144092 |
| Am. Academy of Pain Medicine | Corporate Sponsorship | | 2013 | $7,500 | |
| ~~American Pain Society~~ | ~~Corporate Sponsorship~~ | | ~~2013~~ | | |
| Am Assoc. of Nurse Practitioner Foundation | Corporate Sponsorship | | 2013 | $10,000 | Totality #156973 |
| Natl Assoc of State Controlled Substance Authorities | Corporate Sponsorship | | 2013 | $5,000 | |
| ~~Am. Academy of Hospice & Palliative Care Medicine~~ | ~~Corporate Sponsorship~~ | | ~~2013~~ | | -7500 |
| ~~Am. Academy of Hospice & Palliative Care Medicine~~ | ~~Pain Care Forum Sponsorship~~ | | ~~2013~~ | | -2,000 |
| PAIN WEEK | Corporate Sponsorship | | 2013 | $10,000 | |
| American Chronic Pain Association | Corporate Sponsorship | | 2013 | $25,000 | Totality #148299 |
| U.S. Pain Foundation | Corporate Sponsorship | | 2013 | $9,500 | Totality #148295 |
| Medical Assoc. of Georgia | Partnership in Medicine | | 2013 | $5,000 | |
| Partnership for Drugfree.org | Due to changes in personnel; this on was overlooked in 2012 | | 2012* | $5,000 | Totality #154151 |
| American Association of Nurse Practioners | | | 2013 | $10,000 | |
| American Association of Nurse Practitioner Foundation | | | | $25,000 | |
| *scott willet budget | TRANSFER 5K BACK TO Nat'l | | | -$5,000 | |
| | | | | | |
| | | | Total to date | $147,000 | |
| Nat'l Adv Budget Accrual | | | | $8,000 | $155,000 |
| HPAD Budgets | 10 HPAD X 10 K | | TBD | $100,000 | 95,000 |

2013 Pain Budget

| | |
|---|---:|
| NACBHDD | 5000 |
| NAPHS | 8500 |
| National Council | 150000 |
| APA | 40000 |
| MHA | 25000 |
| DBSA | 20000 |
| CIT | 5000 |
| NAMI | 185000 |
| DBSA | 50000 |



Sheet1

American Neuropathy - October meeting to discuss moving forward collaboratively
Chronic Pain Association - October meeting to discuss how moving forward collaboratively; moving forward

Notes for Bs. Planning