PSJ3

Exhibit 151

cc: PG
BK
EI       12/30/96
EL
GOC
HL

File
w/to
Cancer Pain
Initiative

8100230742
PDD1701481531

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PAIN & POLICY STUDIES GROUP


WHO Collaborating Center
for Policy and Communications
in Cancer Care

December 20, 1996

Dear Colleague:

We send our holiday greetings, and also take this opportunity to tell you about the new Pain & Policy Studies Group (PPSG).

Previously, the PPSG was the Division of Policy Studies of the Pain Research Group. On September 1, 1996, our colleague Dr. Charles Cleeland moved the Pain Research Group to M.D. Anderson Cancer Center. We wish Dr. Cleeland and his staff in Houston all the best in their new and important venture.

In the US, our group will continue its work to identify and address regulatory barriers to pain management. We will evaluate new trends in state intractable pain treatment policies and increase our educational and policy work with state professional disciplinary boards. Soon, we will have a website to provide easy access to key pain and policy resources.

The PPSG was recently designated the World Health Organization Collaborating Center for Policy and Communications in Cancer Care. We will expand our work with cancer and palliative care organizations and governments in a number of countries in order to achieve more balanced national opioid regulation and improved availability of opioid analgesics. We will continue to support the WHO communications program in cancer pain management and palliative care, including the publication of *Cancer Pain Release*, and its website at http://www.biostat.wisc.edu/WHOcancerpain.

Best wishes for a peaceful and prosperous New Year.

David E. Johnson, MSSW
Director

Aaron M. Gilson, MS, MSSW
Researcher for Policy Studies

June R. Jacobs, MA
Program Assistant

Sophie M. Colleau, PhD
Editor, *Cancer Pain Release*

Carolyn M. Williams, MBA
Research Program Administrator

Liliana de Lima, MS
Fellow in Policy Studies

UW Comprehensive Cancer Center - University of Wisconsin-Madison Medical School
1900 University Avenue  Madison, WI 53705 USA  (608) 263-7662 FAX: (608) 263-0259

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8100230743
PDD1701481532