# PSJ3

# Exhibit 157

**Figure 3 Supporting Data**

Confidential

END00041232

# Dollars Approved Per Month (Figure 3)

| Year & Month(Approval Date) | Approved Amount | Count Distinct(Request Id) |
|---|---|---|
| 2010 - 02 | 461200.000 | 21 |
| 2010 - 03 | 225580.000 | 4 |
| 2010 - 04 | 325948.000 | 17 |
| 2010 - 05 | 787255.000 | 7 |
| 2010 - 06 | 318730.000 | 11 |
| 2010 - 07 | 394600.000 | 2 |
| 2010 - 08 | 268500.000 | 14 |
| 2010 - 09 | 92500.000 | 6 |
| 2010 - 10 | 65000.000 | 12 |
| 2010 - 11 | 1322530.000 | 15 |
| 2010 - 12 | 4551047.400 | 36 |
| | 8812890.400 | 145 |

## Other, Other

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001143 | American Pharmacists Association | Global REMS Stakeholder Meeting. | $10,000.00 | 8/31/2010 | EG |
| | | | $10,000.00 | | |

## Other, Pain

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001218 | American Pain Foundation | PainSAFE Educational Initiative | $60,000.00 | 9/16/2010 | EG |
| EG-001126 | Inflexxion, Inc. | The Pain Assessment Interview Network - Clinical Advisory System (painCAS): Beta Version | $200,000.00 | 7/28/2010 | EG |
| | | | $260,000.00 | | |

## Patient Education, Other

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001374 | Inflexxion, Inc. | MyStudentBody | $150,000.00 | 12/17/2010 | EG |
| | | | $150,000.00 | | |

## Patient Education, Pain

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-000685 | PURE HOPE | 5th annual Pelvic Health & Urology Patient Education Day Conference | $2,500.00 | 2/3/2010 | EG |
| EG-001367 | Stewart B. Leavitt PhD Ltd an Illinois Corporation | Opioids911-Safety Phase II | $25,000.00 | 12/30/2010 | EG |
| EG-001298 | Nurse Practitioner Healthcare Foundation | NIH MedlinePlus: Safe and Effective Management of Chronic Pain | $130,000.00 | 12/30/2010 | EG |
| EG-001293 | Inflexxion, Inc. | Drugs4Real - web-based drug abuse prevention program for early adolescents | $150,000.00 | 12/30/2010 | EG |
| EG-000694 | Inflexxion, Inc. | Drugs4Real - web-based drug abuse prevention program for early adolescents | $150,000.00 | 2/3/2010 | EG |
| EG- | American Pain Society | Fundamentals of Pain Management: A Primer for | $170,440.75 | 12/15/2010 | EG |

END00041233

| 001234 | | Residents and Fellows | | | |
| EG-001365 | Inflexxion, Inc. | painACTION.com 2011 | $200,000.00 | 12/30/2010 | EG |
| EG-001300 | American Pain Society | Fundamentals of Pain Management: A Primer for Residents and Fellows (Logistics) | $248,338.65 | 12/15/2010 | EG |
| EG-001450 | CHPA Educational Foundation | Know Your Dose Campaign | $500,000.00 | 12/30/2010 | EG |
| | | | **$1,576,279.40** | | |

### Patient Education, Urology

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001236 | MediCom Worldwide, Inc | Men's Urological Health Comprehensive Online Resource | $50,000.00 | 12/17/2010 | EG |
| | | | **$50,000.00** | | |

### Professional Education, Endocrinology

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001272 | CogniMed Inc. | 2011 1st Quarter TestosteroneUpdate.org Education and Outcomes Initiative | $75,470.00 | 12/17/2010 | EG |
| EG-001275 | CogniMed Inc. | 2011 2nd-4th Quarters TestosteroneUpdate.org Education and Outcomes Initiative | $324,345.00 | 12/21/2010 | EG |
| | | | **$399,815.00** | | |

### Professional Education, Migraine

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-000698 | Uniformed Services Academy of Family Physicians | 2010 USAFP Annual Meeting - Pediatric Migraine | $2,000.00 | 2/3/2010 | EG |
| EG-001251 | Diamond Headache Clinic Research & Educational Foundation | Hormone-Related Migraine | $5,000.00 | 12/17/2010 | EG |
| EG-001344 | American Headache Society | Headache Cooperative of the Pacific's Fourth Annual Winter Conference | $5,000.00 | 12/17/2010 | EG |
| EG-001211 | Headache Cooperative of New England | The Tenth Annual HCNE Boston Headache Symposium "Update on the Diagnosis and Treatment of Headaches: A Case Based Approach" | $5,000.00 | 10/7/2010 | EG |
| EG-001242 | Diamond Headache Clinic Research & Educational Foundation | The 24th Annual Practicing Physician's Approach to the Difficult Headache Patient | $10,000.00 | 12/17/2010 | EG |
| EG-000658 | Headache Cooperative of New England | The 20th Annual Headache Symposium, Headache Update 2010 "Headache in Depth" | $10,000.00 | 2/3/2010 | EG |
| EG-000725 | New York Headache Foundation | 22nd Annual Symposium on the Treatment of Headaches and Facial Pain | $10,000.00 | 4/7/2010 | EG |
| EG-000982 | Diamond Headache Clinic Research & Educational Foundation | Headache Update -- 2010 | $10,000.00 | 6/9/2010 | EG |
| EG-000865 | American Headache Society | 52nd Annual Scientific Meeting | $25,000.00 | 5/12/2010 | EG |
| EG-000867 | MediCom Worldwide, Inc | www.migraineresourcenetwork.com (MRN) | $25,000.00 | 4/7/2010 | EG |
| EG-001215 | American Headache Society | 2010 Scottsdale Headache Symposium | $25,000.00 | 11/8/2010 | EG |
| | | | **$132,000.00** | | |

### Professional Education, Oncology

END00041234

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001144 | New York Medical College Office of Continuing Medical Education | Recent Developments in the Treatment of Prostate Cancer | $2,500.00 | 11/23/2010 | EG |
| EG-001288 | Society of Urologic Oncology | 11th Annual Meeting of the Society of Urologic Oncology "Extraordinary Opportunities for Discovery" | $2,500.00 | 11/23/2010 | EG |
| EG-000844 | Mary Hitchcock Memorial Hospital | Northeastern Genitourinary Oncology Symposium 2010: Observation vs. Intervention | $3,000.00 | 4/7/2010 | EG |
| EG-001347 | Scripps Health | 8th Annual Oncology Nursing Advanced Practice | $5,000.00 | 12/17/2010 | EG |
| EG-001158 | South Central Section of the AUA, Inc. | South Central Section of the AUA 2010 Annual Meeting | $6,000.00 | 8/31/2010 | EG |
| EG-001358 | Society of Government Service Urologists | 58th Annual James C. Kimbrough Urological Seminar | $10,000.00 | 12/17/2010 | EG |
| EG-000868 | Multinational Association of Supportive Care in Cancer | Interactive CD-ROM/DVD and Website Placement of Virtual Meeting of the MASCC/ISOO International Symposium | $15,000.00 | 5/12/2010 | EG |
| EG-000796 | Oncology Nursing Society | The 35th Annual ONS Congress | $15,000.00 | 4/7/2010 | EG |
| EG-000737 | Multinational Association of Supportive Care in Cancer | Multinational Association of supportive Care in Cancer (MASCC) Website Support | $25,000.00 | 2/16/2010 | EG |
| EG-001252 | National Comprehensive Cancer Network, Inc. | NCCN 16th Annual Conference: Clinical Practice Guidelines and Quality Cancer Care and Enduring Materials | $25,000.00 | 12/17/2010 | EG |
| EG-001325 | Cleveland Clinic Center for Continuing Education | First Annual Prostate Cancer Management Conference 2011- Meeting the Challenges of Rapid Therapeutic Advances in Prostate Cancer Care | $35,000.00 | 12/17/2010 | EG |
| EG-000711 | Vanderbilt University Medical Center | Vanderbilt Urologic Oncology Visiting Professorship | $36,000.00 | 2/12/2010 | EG |
| EG-000751 | Continuing Education Alliance, LLC | Practicing Clinicians Exchange Oncology eCourse - Cases in Genitourinary Malignancies: Long-term Management of Recurrent or Advanced Disease | $80,000.00 | 5/12/2010 | EG |
| | | | **$260,000.00** | | |

### Professional Education, Osteoarthritis

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-000833 | Johns Hopkins University | 6th Annual Advances in the Diagnosis and Treatment of the Rheumatic Diseases | $5,000.00 | 5/12/2010 | EG |
| | | | **$5,000.00** | | |

### Professional Education, Other

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-000649 | San Francisco Neurological Society | 62nd Annual Meeting of the San Francisco Neurological Society | $5,000.00 | 2/3/2010 | EG |
| EG-000955 | Albany Medical College | Addiction Medicine Weekend 2010 | $5,000.00 | 11/8/2010 | EG |
| EG-000699 | Massachusetts College of Pharmacy and Health Sciences | Risk Evaluation and Mitigation Strategies and Opioid Drugs: What the Pharmacist Needs to Know | $10,000.00 | 2/16/2010 | EG |
| EG-000726 | American Society of Addiction Medicine | 41st Annual Medical-Scientific Conference | $10,000.00 | 2/17/2010 | EG |

END00041235

| EG-001342 | American Pharmacists Association | What Will the Future of REMS Hold for Pharmacists | $21,500.00 | 12/17/2010 | EG |
| EG-001110 | The Neuropathy Association | 2010 Neuropathy Summit and Physicians Conference | $30,000.00 | 11/23/2010 | EG |
|  |  |  | **$81,500.00** |  |  |

## Professional Education, Pain

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001334 | Washington State Academy of Physician Assistants | 22nd Annual Recertification Review Course and Winter Conference | $1,500.00 | 12/30/2010 | EG |
| EG-000757 | Puget Sound Spine Interest Group | Dr. Eugene Carragee presents nonsurgical treatment of the spine | $1,500.00 | 4/7/2010 | EG |
| EG-000913 | Washington Academy of Pain Management | WAPM quarterly educational meetings 2010-2011 . | $2,000.00 | 5/12/2010 | EG |
| EG-001036 | Florida Cancer Pain Initiative | 5th Annual Pain Summit | $2,500.00 | 8/31/2010 | EG |
| EG-001046 | The University of Texas M. D. Anderson Cancer Center | 14th Annual Interdisciplinary Conference on Supportive Care, Hospice and Palliative Medicine | $2,500.00 | 9/16/2010 | EG |
| EG-000719 | Osteopathic Physicians & Surgeons of California | Management of Chronic Pain | $2,500.00 | 8/31/2010 | EG |
| EG-000647 | Wake Forest University Health Sciences | Non-narcotic Options for Managing Pain | $2,500.00 | 2/3/2010 | EG |
| EG-000375 | University of Connecticut School of Pharmacy | Henry A Palmer CE Finale: Focus on Substance Abuse | $2,500.00 | 11/23/2010 | EG |
| EG-001083 | University of California, San Francisco | UCSF Pain Group | $2,500.00 | 8/31/2010 | EG |
| EG-001104 | Cleveland Clinic Educational Foundation | Pain Management for Your Practice Conference | $2,500.00 | 10/7/2010 | EG |
| EG-001197 | New York Academy of Medicine | Greater New York City Pain Medicine Grand Rounds | $2,500.00 | 10/26/2010 | EG |
| EG-000654 | Alaska Osteopathic Medical Association | 2010 Winter CME Conference | $2,800.00 | 2/3/2010 | EG |
| EG-000765 | Psychiatric Society of Virginia | Get off the Couch: Psychiatric Society of Virginia 2010 Spring Meeting | $3,000.00 | 3/3/2010 | EG |
| EG-001223 | University of Wisconsin System | Pain Management for the Primary Care Practitioner II: Essential Practice Skills | $3,000.00 | 11/8/2010 | EG |
| EG-001239 | North Carolina Academy of Family Physicians | 2010 Winter Family Physicians Weekend | $4,000.00 | 11/23/2010 | EG |
| EG-000834 | American Society of Peri-Anesthesia Nurses | ASPAN's 29th National Conference, Roots of Knowledge, Seeds of Transformation | $4,000.00 | 4/7/2010 | EG |
| EG-000992 | North Carolina Academy of Family Physicians | 2010 Midsummer Family Medicine Digest | $4,000.00 | 6/9/2010 | EG |
| EG-001097 | Maryland Academy of Physician Assistants | Trends in Patient 2010 CME Conference Specifically the Pain Symposium titled "Strategies to Utilize Opioids safely and effectively in the Chronic Pain and End-of-life Patient" | $4,500.00 | 8/25/2010 | EG |
| EG-000769 | Utah Academy of Physician Assistants | Proper Pain Management in the Primary Care Setting | $4,960.00 | 4/7/2010 | EG |
| EG-001163 | East Tennessee State University Research Foundation | Controversies in Pain Management: Pain, Dependence and Addiction | $4,975.00 | 11/8/2010 | EG |
| EG-001121 | Swedish Medical Center Foundation | 14th Annual Pain Management Symposium: 2010 Pain Odyssey | $5,000.00 | 8/31/2010 | EG |

END00041236

| EG-001072 | The Pain Society of the Carolinas, Inc. | The Pain Society of the Carolinas Inaugural Annual Meeting and Scientific Sessions | $5,000.00 | 11/23/2010 | EG |
| EG-001101 | National Association of State Controlled Substances Authorities | 26th Annual Conference of the National Association of State Controlled Substances Authorities (NASCSA) | $5,000.00 | 9/16/2010 | EG |
| EG-000720 | Institute for Professional Education | Women's Health 2010: The 18th Annual Congress | $5,000.00 | 3/3/2010 | EG |
| EG-001053 | American Cancer Society Inc. Great West Division | 4th Annual Montana Pain Initiative Conference "Navigating the Complexities of Pain: Interdisciplinary Strategies" | $5,000.00 | 10/7/2010 | EG |
| EG-000969 | American College of Osteopathic Family Physicians of California | Pain Management : the Pathophysiology  of Pain | $5,000.00 | 6/9/2010 | EG |
| EG-001003 | City of Hope National Medical Center | 19th Annual City of Hope Pain Resource Nurse (PRN) Course | $5,000.00 | 8/25/2010 | EG |
| EG-001005 | NYU School of Medicine | NYU Hospital for Joint Diseases Comprehensive Spine Course | $5,000.00 | 11/8/2010 | EG |
| EG-000914 | Pain Society of Oregon | 11th Annual Clinical Meeting "Advancing Multi-Disciplinary Pain Management: Science, Policy and Advocacy" | $5,000.00 | 4/15/2010 | EG |
| EG-000898 | University of Wisconsin System | 8th Annual Comprehensive Pain Board Review Symposium | $5,000.00 | 6/9/2010 | EG |
| EG-000928 | Texas Academy of Family Physicians | Case Discussion: Pain Management in Primary Care at the 2010 Primary Care Summit – Houston and Dallas | $5,000.00 | 10/7/2010 | EG |
| EG-001100 | Temple University -- Of The Commonwealth System of Higher Education | The Fall 2010 Family Practice Review Course -- Specifically supporting # 34 (Fibromyalgia) and #77 (Pain Management SAM) | $7,000.00 | 8/31/2010 | EG |
| EG-000713 | Temple University -- Of The Commonwealth System of Higher Education | The 34th Semi-Annual Spring 2010 Family Practice Review Course -- Specifically supporting # 34 (Fibromyalgia) and #77 (Pain Management SAM) | $7,200.00 | 2/17/2010 | EG |
| EG-000894 | Emory University School of Medicine | Practical Pain Management in 2010 | $7,500.00 | 9/16/2010 | EG |
| EG-000967 | Texas Pain Society | 2nd Annual Scientific Meeting | $7,500.00 | 10/7/2010 | EG |
| EG-001070 | Beth Israel Medical Center | Pain Management in the Interdisciplinary Practice of Palliative Care | $7,500.00 | 10/7/2010 | EG |
| EG-001175 | Midwest Pain Society | The Midwest Pain Society – 34th Scientific Meeting | $7,500.00 | 9/16/2010 | EG |
| EG-001260 | American Academy of Hospice and Palliative Medicine | Annual Assembly of the American Academy of Hospice and Palliative Medicine (AAHPM) and the Hospice and Palliative Nurses Association (HPNA) | $7,500.00 | 12/30/2010 | EG |
| EG-001372 | Georgia Association of Physician Assistants | Pain Management: Everything You Always Wanted to Know But Were Afraid to Ask | $8,624.00 | 12/30/2010 | EG |
| EG-000925 | Texas Academy of Family Physicians | Assessment and Management of Chronic Low Back Pain at the 2010 Annual Session & Scientific Assembly | $9,000.00 | 6/9/2010 | EG |
| EG-000838 | National Association Directors of Nursing Administration Long Term Care | Improving Pain Across the Long-Term Care Continuum | $10,000.00 | 4/15/2010 | EG |
| EG-000893 | Texas Society of Anesthesiologists | TSA 2010 Annual Meeting: Update in Anesthesiology and Pain Management | $10,000.00 | 8/25/2010 | EG |
| EG-001043 | Pennsylvania Academy of Family Physicians Foundation | Pittsburgh Breakaway Clinical Education Series Conference and Enduring Webcasts | $10,000.00 | 10/7/2010 | EG |
| EG-001006 | Regents of the University of Colorado | 35th National Primary Care Nurse Practitioner Symposium - Advances in the Treatment of Neuropathic Pain: What's Old & What's New? | $10,000.00 | 6/9/2010 | EG |

END00041237

| EG-000709 | Center for Healthcare Education and Research, Inc. | Emergencies in Medicine: Enhancing Physician Skills to Increase the Quality of Emergency Department (ED) Care | $10,000.00 | 2/3/2010 | EG |
| EG-000729 | Pennsylvania Academy of Family Physicians Foundation | Valley Forge Clinical Education Series Conference | $10,000.00 | 2/12/2010 | EG |
| EG-000780 | University of Pittsburgh | The Fifth Annual Update in Regional Anesthesia and Ultrasound Techniques | $10,000.00 | 4/7/2010 | EG |
| EG-000832 | The University of North Carolina at Chapel Hill | Pain, Addiction, and The Law | $10,000.00 | 4/7/2010 | EG |
| EG-001179 | National Association of Nurse Practitioners in Women's Health | Pain Disorders in Women | $10,000.00 | 9/16/2010 | EG |
| EG-001231 | Lippincott Continuing Medical Education Institute, Inc. | Combating Prescription Drug Abuse: Raising Awareness and Improving Outcomes in our Community | $10,000.00 | 10/7/2010 | EG |
| EG-001313 | Curatio CME Institute, LLC | Challenging the Status Quo: Addressing Disparities in Pain Management | $10,750.00 | 11/23/2010 | EG |
| EG-000846 | American College of Physicians | Opioids for Chronic Pain: Maximizing Benefits and Minimizing Risks | $10,988.00 | 4/7/2010 | EG |
| EG-000984 | Western Pain Society | Annual Clinical Meeting "Successful Pain Management: Pearls for the Primary Provider" | $15,000.00 | 6/9/2010 | EG |
| EG-000701 | American Academy of Hospice and Palliative Medicine | Annual Assembly of the American Acandemy of Hospice and Palliative Medicine (AAHPM) and the Hospice and Palliative Nurses Association (HPNA) | $15,000.00 | 2/12/2010 | EG |
| EG-001228 | Swedish Medical Center Foundation | STOMP (Structuring Your Own Management of Pain), a Pain Management Performance Improvement CME Program | $15,000.00 | 12/17/2010 | EG |
| EG-001087 | University of Rochester | International Conference on ACCELERATING the DEVELOPMENT of ENHANCED PAIN TREATMENTS | $20,000.00 | 8/31/2010 | EG |
| EG-000934 | American Academy of Pain Management | Currents: Pain Management News and Research (Monthly E-newsletter) | $20,000.00 | 5/12/2010 | EG |
| EG-000661 | American Academy of Pain Medicine | Essential Tools for Treating The Patient in Pain | $25,000.00 | 2/2/2010 | EG |
| EG-000739 | MediCom Worldwide, Inc | Emerging Solutions in Pain | $25,000.00 | 4/7/2010 | EG |
| EG-000811 | University of Rochester Continuing Professional Education | Advances in Pain Management: A Course for Clinicians | $25,000.00 | 4/7/2010 | EG |
| EG-001094 | American Academy of Pain Management | Opioids 101: Using Current Therapies as Part of an Overall Pain Management Program | $25,000.00 | 8/31/2010 | EG |
| EG-001343 | American Pharmacists Association | Pain Management: Focus on Function | $25,000.00 | 12/17/2010 | EG |
| EG-001319 | Stewart B. Leavitt PhD Ltd an Illinois Corporation | Pain Treatment Topics (Pain-Topics.org) | $30,000.00 | 12/17/2010 | EG |
| EG-000960 | The Board of Regents of the University of Wisconsin System | 21st Annual Meeting of the Alliance of State Pain Initiatives: A Decade of Change | $40,000.00 | 6/9/2010 | EG |
| EG-000715 | American Pain Foundation | Acetaminophen Task Force of the Pain Care Forum: Exploring the Science Regarding Acetaminophen-Related Injury | $75,000.00 | 3/3/2010 | EG |
| EG-000544 | Miller Medical Communications, LLC | New Horizons in Peripheral Neuropathic Pain | $90,700.00 | 2/4/2010 | EG |
| EG-001327 | Federation of State Medical Boards Research and Education Foundation | "Responsible Opioid Prescribing" Online CME | $125,000.00 | 12/17/2010 | EG |
| EG-000916 | Miller Medical Communications, LLC | Novel and Future Directions in Cancer Pain Management | $137,500.00 | 4/15/2010 | EG |
| EG- | Miller Medical | Opioids in Chronic Pain: Evolving Best Practice | $142,580.00 | 3/3/2010 | EG |

| 000835 | Communications, LLC | Strategies | | | |
|---|---|---|---|---|---|
| EG-001187 | Miller Medical Communications, LLC | Opioids in Chronic Pain: Evolving Best Practice Strategies | $148,500.00 | 8/24/2010 | EG |
| EG-001019 | Miller Medical Communications, LLC | Osteoarthritis: From Biomarkers to New Strategies for Pain Management | $191,100.00 | 6/9/2010 | EG |
| EG-001419 | Miller Medical Communications, LLC | Appropriate Use of Opioids in Chronic Pain | $192,900.00 | 12/17/2010 | EG |
| EG-001128 | Miller Medical Communications, LLC | Opioid REMS in Practice: Measuring Success | $194,600.00 | 7/28/2010 | EG |
| EG-001364 | Inflexxion, Inc. | PainEDU.org 2011 | $200,000.00 | 12/17/2010 | EG |
| EG-001310 | Miller Medical Communications, LLC | Appropriate Use of Opioids in Chronic Pain: Caring for Patients and Reducing Risks | $208,500.00 | 11/23/2010 | EG |
| EG-001318 | Miller Medical Communications, LLC | When Opioids Are Indicated for Chronic Pain: Caring for Patients and Reducing Risks | $371,000.00 | 11/23/2010 | EG |
| EG-001418 | Continuing Education Alliance, LLC | Practicing Clinicians Exchange (PCE) CME/CE Series 1 – 2011 Symposia Series, Home Study, and Online Resource Center – Principles of Appropriate Opioid Prescribing | $426,420.00 | 12/17/2010 | EG |
| EG-000959 | American Pain Foundation | National Initiative on Pain Control - Moderate to Severe Chronic Pain Collateral Activities | $640,255.00 | 5/12/2010 | EG |
| EG-001214 | American Pain Foundation | NIPC - Responsible Opioid Prescribing in the Era of REMS | $642,805.00 | 11/8/2010 | EG |
| EG-001454 | American Pain Foundation | NIPC - Managing Persistent Pain in the Older Patient | $797,204.00 | 12/30/2010 | EG |
| | | | $5,170,361.00 | | |

## Professional Education, Urology

| Request ID | Organization Name | Activity Title | Approved Amount | Approval Date | Type |
|---|---|---|---|---|---|
| EG-001220 | Rhamy-Shelley Lectureship, Inc. | 2010 Rhamy-Shelley Lecture Vanderbilt Urology Society | $2,500.00 | 10/7/2010 | EG |
| EG-001190 | The University of Texas M. D. Anderson Cancer Center | 5th Urologic Oncology: Advances in Clinical Practice | $2,500.00 | 10/7/2010 | EG |
| EG-001202 | Grant Downing Education | 19th Annual Perspectives in Urology: Point Counterpoint | $5,000.00 | 10/7/2010 | EG |
| EG-001299 | The Universtiy of Texas Southwestern Medical Center Dallas | Paul C. Petters Urology Symposium | $5,000.00 | 12/17/2010 | EG |
| EG-000692 | University of Florida care of WJ Weiser & Associates | University of Florida Department of Urology CME Seminar Series: Comparative Effectiveness & Current Best Practices in Urology | $5,000.00 | 2/3/2010 | EG |
| EG-000681 | Regents of University of California | UCLA State-of-the-Art Urology | $7,500.00 | 2/16/2010 | EG |
| EG-000819 | American Society of Andrology | American Society of Andrology 35th Annual Conference | $10,000.00 | 4/7/2010 | EG |
| EG-001340 | Intermountain Healthcare Continuing Medical Education | Excellece in Urology Seminar | $10,000.00 | 12/17/2010 | EG |
| EG-001378 | Winter Urologic Forum care of WJ Weiser & Associates | 35th Annual Winter Urologic Forum | $10,000.00 | 12/17/2010 | EG |
| EG-001360 | The Regents of the University of California | UCLA State-of-the-Art Urology | $10,000.00 | 12/17/2010 | EG |
| EG-001029 | American Urological Association Education and Research, Inc. | The American Urological Association (AUA) Annual Review Course | $14,630.00 | 6/9/2010 | EG |
| EG-001058 | Carden Jennings Publishing Co., Ltd. | Future Directions in Urology Symposium | $15,000.00 | 6/9/2010 | EG |

END00041239

| EG-000741 | Southeastern Section of the AUA | 74th Annual Southeastern Section AUA 210 Annual Meeting | $15,000.00 | 2/17/2010 | EG |
| EG-000696 | WJ Weiser & Associates | Enduring Piece for the 30th Annual Jackson Hole Seminar | $19,000.00 | 4/15/2010 | EG |
| EG-000714 | Society of Urodynamics and Female Urology | Society for Urodynamics and Female Urology 2010 Annual Winter Meeting | $20,000.00 | 2/3/2010 | EG |
| EG-000998 | Sexual Medicine Society of North America, Inc. | Cardiometabolic Risks and Sexual Health - The Princeton III | $20,000.00 | 8/31/2010 | EG |
| EG-001381 | CogniMed Inc. | Heart of the Matter: Hypogonadism Management With Testosterone Therapy | $95,385.00 | 12/17/2010 | EG |
| EG-001439 | Continuing Education Alliance, LLC | Practicing Clinicians Exchange (PCE) CME/CE Series 2 – 2011 Symposia Series, Home Study, and Online Resource Center – Hypogonadism Segment | $451,420.00 | 12/30/2010 | EG |
| | | | $717,935.00 | | |



END00041240