PSJ3 Exhibit 159







First Avenue at 16th Street  New York, NY 10003
Phone (212) 420-2000

Beth Israel Medical Center
Milton and Carroll Petrie Division

North Division

Kings Highway Division

Phillips Ambulatory Care Center

Phillips Beth Israel School of Nursing

Schnurmacher Nursing Home

Japanese Medical Practice

D·O·C·S

August 15, 1997

Harry Lazarus, Pharm. D.
Purdue Frederick Co.
100 Connecticut Avenue
Norwalk, CT 06850-3590

Dear Dr. Lazarus:

You may have already heard from Bob Kaiko or others that I will be taking a new position at Beth Israel Medical Center in New York. This is, I believe, a truly unique opportunity, and I am beginning to explore ways in which I can collaborate with my friends and colleagues in industry to develop my program. I write now to inform you about my new program and begin a dialogue about the possibility of support for our educational program.

Beginning September 8, 1997, I will assume the position of Chairman in a new Department of Pain Medicine and Palliative Care. To my knowledge, this is the first such department in the country. Like other full departments at Beth Israel, it has strong institutional support and a mandate to develop clinical, educational and research programs. The Department will include a Pain Division, a Palliative Care Division and an Institute for Education and Research. The Division of Palliative Care will support multiple attending physicians, fellows, nurses, social workers and psychologists. We will have an 18-bed inpatient pain and palliative care unit at the downtown Petrie Division (a 720-bed hospital on 16th Street between First and Second Avenues) and a multifaceted program for ambulatory patients that will include both specialized supportive care nurses and an outpatient hospice.

The clinical program will ultimately expand to all three hospitals of Beth Israel Medical Center (the Petrie, North and Kings Highway divisions) and to its partner, St. Luke's-Roosevelt Hospital Center. This network has more than 2,400 beds and ambulatory services throughout the New York City metropolitan area. Ultimately, our research and education programs will encompass the same population.

**Beth Israel Medical Center is the Manhattan Campus for the Albert Einstein College of Medicine**

Printed on Recycled Paper

8102128009
PDD1701554611

NON-CONFIDENTIAL

PKY180772092

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

The Department's Institute for Education and Research in Pain and Palliative Care will provide the organizational and operational support for wide-ranging programming. The Medical Center is providing basic funding for staff, including an Executive Director and a Chief Research Nurse. The latter position will be filled by Jeanne Lapin, R.N., who has worked with me in this capacity for many years. The research organized by the Institute will include outcome research, quality of life surveys and grant-supported and industry-supported clinical trials in pain management and therapies for symptoms other than pain. We will be seeking funding for these projects.

The education program is equally ambitious and will also require outside funding. At the present time, we are planning a variety of educational initiatives in the area of palliative care, including the management of pain in the medically ill. These initiatives will include components for patients and their family caregivers, as well as for health care professionals. Physician education will be broad-based, targeted to attendings and house staff in the many departments that comprise a tertiary care hospital. We are also planning to continue work on the issue of pain management and chemical dependency. We had a highly successful first conference on this topic last year. The second conference, which is planned for January, 1998, will have strong representation from Beth Israel Medical Center.

Although our goals are ambitious, they will clearly be accomplished if adequate funding can be found to support individual projects. Given the scope of our mandate and the novelty of the program, my hope at this time is to acquire a level of unrestricted funding that will be used as seed money to begin projects and support the ancillary staff that will be needed to organize the Department's varied components. I will be seeking some of this funding from those in industry who have strong records in supporting education related to pain or palliative care. I have reviewed some favorable responses from other industry leaders and hope that Purdue Frederick also will be interested in such support. Indeed, Purdue Frederick's willingness to support educational initiatives of this type has been so great in the past that I am emboldened to request a substantial grant now.

Would Purdue Frederick consider a request for $100,000 per year for each of the next two years to provide our Institute with seed monies for a broad-based educational program in pain and palliative care? Beth Israel Medical Center has a long tradition of acknowledging publicly gifts of this size, including plaques, press releases and listings in relevant publications. Staff from the Development Department can work with you to obtain appropriate recognition.

Thank you for considering this request. I am very excited about the unprecedented opportunity that I have been given, and truly believe that much will be accomplished. The mere establishment of a full Department in a large, urban, academic medical center is an important first step. Its success overall, and particularly the success of the projects developed by the Institute, will positively influence the fields of pain medicine and palliative care. I hope that Purdue Frederick will support our efforts.

NON-CONFIDENTIAL

8102128010
PDD1701554612

PKY180772093

I look forward to hearing from you. Prior to September 8, 1997, I can be reached at my current address and telephone number. After September 8, this information will be as follows: Russell K. Portenoy, M.D.; Department of Pain Medicine and Palliative Care; First Avenue at 16th Street; New York, NY 10003; (212) 844-1505; E-mail: "Rportenoy@BethIsraelNY.org".

Sincerely,

Russell K. Portenoy, M.D.
Co-Chief, Pain and Palliative Service

RKP/mj

PURDUE.LTR

NON-CONFIDENTIAL

8102128011
PDD1701554613

PKY180772094

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)