Case: 1:17-md-02804-DAP  Doc #: 2347-2  Filed: 08/14/19  1 of 7.  PageID #: 377856

PSJ3

Exhibit 160

**Beth Israel** University Hospital and Manhattan Campus for the Albert Einstein College of Medicine

**Continuum** Health Partners, Inc.

# DEPARTMENT OF PAIN MEDICINE AND PALLIATIVE CARE

## 1997 – 2007

### CELEBRATING TEN YEARS OF EXCELLENCE!

## The DPMPC TENTH ANNIVERSARY FUND

The Department of Pain Medicine and Palliative Care (DPMPC) opened its doors at Beth Israel Medical Center in September 1997. Led by its chairman and founder, **Russell K. Portenoy, MD**, the DPMPC is the nation's only full academic department devoted to the two young specialties of pain management and palliative care.

**The DPMPC's ten years of excellence would not have been possible without the financial support of our philanthropic partners.** Support from generous foundations, corporations, government agencies and individuals have provided invaluable resources and encouragement. This support has been key to our ongoing efforts to address the problem of unnecessary suffering from chronic pain and serious illness.

We invite our past, current, and future philanthropic partners to help us build on the progress of the past decade and further our important mission in the coming years by making a commitment to the **DPMPC Tenth Anniversary Fund**.

*Thank you for your interest and support!*



## TEN YEARS OF EXCELLENCE: HIGHLIGHTS

Following a grant from the **United Hospital Fund** to study the feasiblity of starting a palliative care program, **Beth Israel's leadership recruited Dr. Portenoy to establish the DPMPC**. Over the past decade, the DPMPC clinical team has provided thousands of patients and their families with expert and compassionate care and carried out education and research to **advance the quality of care for people everywhere who suffer from pain and the consequences of life-threatening illnesses.** These are some of our outstanding accomplishments:

- Built a **unique, multifaceted, patient-centered program** that provides the highest quality comprehensive care in pain management and palliative care across the continuum of care -- in inpatient, outpatient, home care, and hospice care settings, assisted by major support from the **Mayday Fund** with the creation of the Mayday Resource Center.

- Launched the **award-winning website, www.StopPain.org** in 1998 with significant support from **Ortho Biotech**, and through generous contributions from **Pfizer, Endo Pharmaceuticals, Cephalon, Janssen**, and **Elan Pharmaceuticals**, created state-of-the-art professional e-learning modules and other educational programs for patients, family caregivers, and the general public.

- Established a unique program of **multidisciplinary fellowships**, which has trained 45 physicians, seven advanced practice nurses, and five social workers to provide the highest standards of specialist-level care and to advance the disciplines of pain and palliative care through ongoing contributions to these fields. Current fellowships are supported by **Alpharma Pharmaceuticals, William Randolph Hearst Foundation, The Leir Charitable Foundations, Ortho-McNeil Janssen Scientific Affairs, UJA-Federation of New York,** and **Mrs. Cynthia Zirinsky.**

- Created separate but parallel programs to train professionals in pain and in palliative care, and is now the only department in the country to maintain **two accredited physician fellowship** programs for up to ten MDs annually.

- Built a robust **Research Division**, which has contributed to the development of new treatments for pain and other symptoms, and is pursuing studies of novel drugs, drug delivery systems, complementary therapies, and innovative nonpharmacological treatments such as electromagnetic transcranial therapies for specific pain syndromes.

- Received **$1.7 million** in grants from the **National Institutes of Health** for studies of a nutrient, L-carnitine, for the treatment of fatigue related to cancer or AIDS.

- Established the **Family Caregiver Program,** with support from the **Altman Foundation,** to assist overburdened members of patients' families by providing a printed and online **Caregiver Resource Directory,** the **www.NetofCare.org** interactive website, and the **Caregiver Resource Center**, supported by **The New York Community Trust** and the **Jean and Louis Dreyfus Foundation**.

- Maintained an active program of observerships and elective training under the auspices of the DPMPC's **Institute for Education and Research,** which has drawn hundreds of visiting students, health care professionals, industry scientists and others from around the world.

- With funding from the **Fan Fox and Leslie R. Samuels Foundation, The New York Community Trust**, and **UJA-Federation of New York** , developed a unique pilot program to identify homebound patients in need of palliative care, providing specialist services that improved their quality of life. The program continues as a collaboration with the JHHA Home Health Agency.

- Applied a **New York State Department of Health Quality Measurement Grant** to create the **PCAD (Palliative Care for Advanced Disease) Pathway**, an innovative clinical pathway for nurses and other medical personnel to guide decision making, clinical practice, and communication at end-of-life in all care settings.

- Acquired funding from the **Fan Fox and Leslie R. Samuels Foundation** to establish the 2007 **BriefPal Program,** a unique initiative to identify patients in the E.R. who are in need of palliative care and to provide referrals for palliative care consultation, inpatient admission, or hospice care.



- Won the **2001 American Hospital Association Circle of Life Award** in recognition of the DPMPC's many innovative achievements in palliative care. and was one of eight pain centers in the country to receive **Honorable Mention in the 2007 Center of Excellence Award program of the American Pain Society**.

## TENTH ANNIVERSARY FUND – GIFT OPPORTUNITIES

The first ten years of the DPMPC's accomplishments have helped to lay the groundwork for greater advances in the future. **But there is still a long way to go to ensure that all those who suffer from unrelieved pain and discomfort can access the care they need.** With only six board-certified pain specialists for every 100,000 chronic pain patients, and only a fraction of the palliative care specialists currently needed, the number of trained professionals in pain medicine and palliative care must grow exponentially to meet the demands of our aging society. Promising new treatment modalities need testing and evaluation. Patients and families need supportive services that at present receive almost no funding through insurance reimbursements.

We seek multi-year commitments to meet a number of critical needs. **We will be happy to discuss your interests and concerns and to develop a detailed proposal for any of these giving opportunities. We are delighted to provide recognition for our generous funders.**

### NEW PAIN MEDICINE OUTPATIENT SUITE IN 2008

**After nearly ten years of caring for patients in Suite 4K at the Phillips Ambulatory Care Center** (PACC) – now inadequate for our more than 1,200 patient visits per month – **the DPMPC is planning to move by early 2008 to Suites 2Q and 2R – doubling the size of our current space** in an easily accessible location. The expanded suite, to be newly renovated and tastefully outfitted according to our specifications, will contain two waiting rooms, seven to eight exam rooms, a procedure suite (two procedure rooms and a large recovery area), and a conference room. The result will be greater access to high quality care with shorter waiting times for those suffering from pain and other debilitating symptoms.

**Funds are needed to renovate and furnish the space and obtain new equipment.** Multi-year commitments are welcome, and we are pleased to offer the following naming opportunities at this prominently located site to recognize our generous benefactors:

#### NAMING OPPORTUNITIES FOR OUTPATIENT SUITE

| | |
|---|---|
| **Outpatient suite** | **$1,500,000** |
| **Waiting Rooms** | **2 @ $400,000** |
| **Conference Room** | **$100,000** |
| **Procedure Suite (2 rooms and Recovery Area)** | **$100,000** |
| **Exam Rooms** | **8 @ $25,000** |



### TENTH ANNIVERSARY FELLOWSHIP FUND NAMING OPPORTUNITIES

- **Physician Fellowship in Hospice and Palliative Medicine: $450,000** will provide five years of support for an additional fellow in our accredited training program in Hospice and Palliative Medicine. Philanthropy is critical to help meet the demand for these much-needed specialists, who are not currently supported by other training funds.

- **Nurse Practitioner Fellowship in Palliative Care**: **$450,000** also can provide five years of support for our one-year training program for Nurse Practitioners. Ours is one of less than five advanced nursing training programs in this field, which to date has seven graduates who have gone on to provide leadership in the field at sites throughout the country.

- **Social Work Fellowship in Palliative Care**: **$400,000** over five years will provide ongoing funding to train social workers as vital members of the palliative care interdisciplinary team.

ENDO-OPIOID_MDL-01610300

- **Research Fellowship in Pain and Palliative Care: $450,000** can underwrite a unique research fellowship through which either MDs or PhDs can acquire the skills necessary to pursue academic careers in pain medicine or palliative care.  Numerous national organizations have called for increased research in these disciplines, but there are few sources of funding for the professionals who seek training in clinical investigation.
- **Endowed Fellowship Funds: $1.5 million** will name an Endowed Fellowship in any of these disciplines **in perpetuity.  Single year fellowships can be funded at $75,000 - $100,000.**



## TENTH ANNIVERSARY RESEARCH FUND

While basic costs for conducting clinical trials of drugs and medical devices are generally covered by industry or government grants, such funding does not support the full costs of staffing and other infrastructure necessary to maintain the highest level of our work.  Funds are needed to allow our research staff to develop new research initiatives, record data and analyze results, prepare articles for journal submissions, and disseminate results at conferences. **A named Research Fund** can be established for **$100,000 or more**, an **Endowed Research Fund can be named in perpetuity for $1 million**, and grants of any size can be designated for this purpose.

## PATIENT SUPPORTIVE CARE NEEDS

In today's very challenging health-care financial climate, the reimbursement system is insufficient to cover the necessary work of institution-based professional social workers, psychologists, and specialized nurses.  We must acquire funding to underwrite these salaries to meet the full range of our patients' needs for supportive services.

- **Clinical Social Worker for Pain Service: $250,000** will provide three years of support to ensure that a social worker is available to play a critical role in helping chronic pain patients and their families address their complex needs for psychosocial support.
- **Palliative Care Nurse:  $300,000** will provide three years of support for an Advanced Practice Nurse needed as part of our interdisciplinary consultation team to ensure that seriously ill patients throughout Beth Israel are assessed and treated for all distressing symptoms.
- **Psychologist in Pain Management or Palliative Care:  $300,000** will provide three to five years of support for a licensed psychologist, who can provide direct care to patients with chronic pain or suffering related to advanced medical disease.

## PATIENT AND PROFESSIONAL EDUCATION ON WWW.STOPPAIN.ORG WEBSITE FUND

Each month, www.StopPain.org receives approximately **40,000 unique visitors**, who view more than 300,000 pages on the site.  We provide a unique combination of professional and lay education in diverse domains, including pain and analgesic drugs, palliative care, chemical dependency, and complementary medicine.  Our goal is to augment the educational material, enhance the interactivity, and promote our site, and the internet in general, as a resource for state-of-the-art information about pain and palliative care.

Specific gift opportunities include: **$250,000 to enhance the educational programming** in pain management or in palliative care for the lay viewer; $**340,000** to create an animated, interactive **Virtual Pain Specialist** that will help pain patients and caregivers understand and learn about self-care and professional care options; **$150,000** per credit hour for professional continuing education e-learning modules for physicians, nurses or pharmacists; and **$75,000** for two years of weekly professional-education Podcasts of case conferences, grand rounds, and other educational symposia.

> Please contact Wini Schein, Director of Development, DPMPC, at 212-844-1219 or wschein@chpnet.org for further information about any of these funding  opportunities.

## DPMPC'S PHILANTHROPIC PARTNERS 1997 – 2007*

**$1 million and up**
Endo Pharmaceuticals, Inc.
Gerald J. & Dorothy R. Friedman New York Foundation for Medical Research
Leir Charitable Foundations
Ortho Biotech
Pfizer, Inc.
National Institutes of Health

**$500,000 – 999,999**
Abbott Laboratories
Altman Foundation
Cephalon, Inc.
Janssen Medical Affairs, L.L.C.
The Mayday Fund
Fan Fox & Leslie R. Samuels Foundation
UJA-Federation of New York

**$100,000 – 499,999**
Anonymous
Ametek Foundation
Breast and Prostate Cancer Research Foundation
Choice in Dying
William Randolph Hearst Foundations
Emily Davie and Joseph S. Kornfeld Foundation
Medtronic, Inc.
The New York Community Trust
New York State Department of Health
Open Society Institute
Russell K. Portenoy, MD
Purdue Pharma L.P.
Fannie E. Rippel Foundation
United Hospital Fund of New York
U.S. Cancer Pain Relief Committee
Mrs. Cynthia Zirinsky

**$50,000 – 99,999**
Alpharma Pharmaceuticals LLP
Baxter Healthcare Corporation
Boehringer Ingelheim Pharmaceuticals
The Commonwealth Fund
Jean and Louis Dreyfus Foundation, Inc.
Elan Corporation
The Helene Fuld Health Trust
The Haworth Press, Inc./Mr. Bill Cohen
The Jesta Rx Group, Inc.
Milbank Foundation for Rehabilitation
Oncology Nursing Foundation
Organon Pharmaceuticals USA Inc.
Ortho-McNeil Pharmaceutical
William Rosenwald Family Fund, Inc.

**$25,000 – 49,999**
Anonymous
AHA Hospital Research and Educational Trust
Amgen, Inc.
Donya Archer and Scott Bommer
Sara Chait Memorial Foundation, Inc.
Discovery East
The Elsevier Foundation
Mr. and Mrs. Avrom Greenberg
GW Pharmaceuticals, LLC
International Meeting & Science
R. W. Johnson Pharmaceutical Research Institute
The Jacob & Valeria Langeloth Foundation
Nastech Pharmaceutical Company, Inc.
World Medical Leaders

**$10,000 – 24,999**
American Medical Association
Mr. and Mrs. Avrom Greenberg
Gumpel-Lury Foundation
Indiana Community Cancer Care
Keri and Bartley R. Labiner, DDS
McGraw-Hill Companies
Mrs. Jean Nerken
Nucletron Corporation
D.E. Shaw & Company
United HealthCare Corporation
Mr. and Mrs. Harold Wit

**$5,000 – 9,999**
Anonymous
Mr. and Mrs. Paul A. Berkman
CBS Television Network
Mr. Anthony J. Cutrone
The Grinberg Family Foundation
Faulding Laboratories
Ms. JoAnn Huntsman
King Pharmaceuticals
Eli Lilly & Co.
Mr. Edward J. Marino
MediCom Worldwide, Inc.
Morgan Stanley
Overlook Hospital Foundation
Quintiles Pacific, Inc.
Mr. and Mrs. Philip Rosen

**$1,000 – 4,999**
Abcomm, Inc.
Mr. Simon Abrahams
American Cancer Society
American Holistic Nurses Foundation
Kevin M. Barry, MD
Christine Blackwell, MD
Jane and Mike Blumenfeld
Mr. and Mrs. Thomas Brady
The Coyne Family Foundation, Inc.
Mrs. Eileen Curran
Ms. Candida M. Dixon
Mr. and Mrs. Craig Eckes
F & F Roofing Co.
Mr. Geoffrey J. Felder
Forrest General Hospital
Mr. Sam Friedlander
Mr. Mark J. Headley
Mrs. Lenore Hecht
Lynn Hendricks-Wong and David Wong
Mr. and Mrs. Charles O. Hoyt
Hygeia Marketing Associates, Inc.
Samuel S. Kasoff, MD
Henry and Elaine Kaufman Foundation
Joyce H. Lowinson, MD
Mr. and Mrs. Jay Luber
Merck & Co. Inc.
Mrs. Pearl Meyer
Ms. Ruth Nerken
Mr. and Mrs. Richard A. Novorr
Dr. and Mrs. Michael Proper
Rosenblum, Ronan, Kessler, and Sarachan
Mr. and Mrs. Marc Scharaga
Ms. Helen C. Thomas
Ralph Zirinsky Realty Co

*Cumulative total as of 6/15/2007



5

**DEPARTMENT OF PAIN MEDICINE AND PALLIATIVE CARE**
Beth Israel Medical Center
First Avenue at 16th Street
New York, NY 10003
212-844-1219
**PROFESSIONAL STAFF**

### MEDICAL STAFF

Russell K. Portenoy, MD
  Chairman
  Gerald J. & Dorothy R. Friedman
    Chair in Pain Medicine and
    Palliative Care
  *Beth Israel Medical Center*
  Chief Medical Officer
  *Continuum Hospice Care*
  Professor of Neurology
    and Anesthesiology
  *Albert Einstein College
    of Medicine*

Ricardo Cruciani, MD, PhD
  Vice Chairman, and
  Director, Research Division

### PAIN DIVISION

Robert Sheu, MD
  Director

Ronald Kaplan, MD
  Fellowship Director

Suelane DoOuro, MD

Nilufer Guleyupoglu, MD

Jan Slomba, MD

### PALLIATIVE CARE DIVISION

Pauline Lesage, MD, LLM
  Director

Eric Walsh, MD
  Fellowship Director

Earle Hayes, MD

Wendi Lovenvirth, MD

Katherine Leonard, MD

Larry Lerner, MD, FACP

Wayne Ury, MD

June 2007

### ADMINISTRATIVE AND OTHER CLINICAL STAFF

Pilar Gorordo, MPA
  Administrator

Marilyn Bookbinder, RN, PhD
  Director of Nursing and
  Quality Improvement

Winifred Schein
  Director of Development

Terry Altilio, ACSW
  Social Work Director

Karen Richards, EdS, PhD
  Manager, Instructional Technology
  and Webmaster

Susan Kaufman, RN
  Nurse Manager

Erwin Duran
  PACC Office Manager

Lara Dhingra, PhD
  Psychologist

Marilyn Herleth
  Managing Editor

Kathleen Broglio, MN, ANP-CS
  Nurse Practitioner

Cheryl Capizzo, RN
  Clinical Nurse

Susan Gador, NP
  Nurse Practitioner

Leonel Medina, ANP
  Nurse Practitioner

Margaret Mahmoud, RN
  Registered Nurse

Maureen Igoe-Diaz, NP
  Nurse Practitioner

Karen Doblin, FNP
  Nurse Practitioner

### INSTITUTE FOR EDUCATION AND RESEARCH AND RESEARCH DIVISION

Myra Glajchen, DSW
  Director of Institute

Brenda Breuer, PhD, MPH
  Director of Epidemiologic
  Research

Jeanne Lapin, RN
  Chief Research Nurse

Peter Homel, PhD
  Manager, Biostatistics

Helena Knotkova, PhD
  Research Scientist

Jolanta Dmochowska, MD
  Study Coordinator

Ella Dvorkin, MSW, CSW
  Project Manager

Andrew Kobets
  Study Coordinator

Denise Flynn, MSW
  Social Work Coordinator,
  Family Caregiver Program

Donna Wright
  Research Assistant

### FELLOWS – CLASS OF 2007
  Paul DeSandre, MD
  Damean Freas, DO
  Liza Hernandez, MD
  Michael Mencias, MD
  Jason Peter, DO
  Randy Seewald, MD
  Igor Turok, MD

### FELLOWS – CLASS OF 2008
  Emil H. Annabi, MD
  Jason R. Cohen, MD
  Paul DeSandre, MD
  Sarah M. Egan, MD
  Alice Fox, PA
  Jon-David Hoppenfeld, MD
  Hillel Isseroff, MD
  Katarzyna J. Machlarz, MD
  Marimie Rodriguez-Campos, MD
  Kerry Tobias, DO

ENDO-OPIOID_MDL-01610303