PSJ3 Exhibit 161

To: Dr.J.David.Haddox@pharma.com[Dr.J.David.Haddox@pharma.com]
From: Russell Portenoy MD
Sent: Mon 3/27/2000 12:47:50 PM
Subject: RE: negatives associated with opioid use for noncancer pain -Reply

Dave,

This is extremely helpful.  Thanks very much.

Hope all is well.

Russ

>>> "Haddox, Dr. J. David" <Dr.J.David.Haddox@pharma.com> 03/27/00 08:21am >>>
Russ,

Just in for a couple of days from the road and got your message this
morning.  I am personally very concerned about the way Joel was quoted.  I
have not talked with him since the story, but it sounded somewhat more
negative and less balanced than his views when expressed to me personally at
the AAPM meeting a few weeks ago.  I was not pleased with the apparent
imprecision of the terminology attributed to him in the story in which he
was quoted as saying that, at any given time, he had several patients in his
inpatient unit who were "heavily dependent" on opioids.  Joel and I have
discussed addiction, pseudoaddiction and physical dependency on several
occasions and I believe he knows the differences, yet the quote attributed
to him sounds inflammatory, as opposed to scientifically accurate.  All this
by way of saying that I would be careful about giving him a bully pulpit
until his views are more clearly articulated.

Certainly Joan Romano feels very strongly about this, as she was the sole
dissenting vote on the APS board when our Consensus Statement passed.  She
will, however, probably voice the view that everyone needs a complete
psychological evaluation before being placed on opioids.  I think that the
bias of the UW historical approach, the patient population she sees and the
likelihood that she has probably never been involved with a lot of patients
who improve on opioids may color her views.

Along those lines, John Loeser comes to mind.  He is, as you know, not shy
about expressing his opinions and would present them in an articulate
manner.  I suspect he would be fair, as well.

Hu Rosomoff is another candidate (notice how all my recommendations are
neurosurgeons?).  He has no reluctance to express strong opinions (must be
trained into them!) about the issue.

Sri Vasudevan, William Hammonds (at Emory) and Dan Doleys, PhD in Birmingham
also come to mind.  Sri is very rehabilitation focused, but does use paltry
amounts of opioids in his practice.  Bill and worked together at Emory and
he also uses them in practice, but denies it publicly.  He has even stated
that opioids "are evil" in group sessions with the patients in our rehab
program.  Dan and I worked together for awhile.  He is articulate, media
savvy, does endorse the use of opioids in his multidisciplinary practice but
also is choosy about who gets them.  He is, further, articulate about the
risks in the wrong population and during the rehab program probably takes as
many off as he allows to be put on.

Hope these somewhat random firing of my synapes are useful to you.  Let me know if you need contact info on anyone I've suggested, although they are all, I believe, in the APS directory.

jdh

> -----Original Message-----
> From: Russell Portenoy MD [SMTP:RPortenoy@bethisraelny.org]
> Sent: Monday, March 27, 2000 6:31 AM
> To: MAshburn01@aol.com; Ronchefdoc@aol.com; farrar@cceb.med.upenn.edu;
> Seddon.R.Savage@Dartmouth.edu; jldahl@facstaff.wisc.edu;
> joranson@facstaff.wisc.edu; pstaats@jhmi.edu; Bill.H.McCarberg@KP.org;
> DCarr@Lifespan.org; marco.pappagallo@med.nyu.edu; foleyk@mskcc.org;
> KFoley@mskcc.org; Foley_Kathleen_M/mskcc_Neurology@mskmail.mskcc.org;
> dhewitt@neuro.emory.edu; mm77k@nih.gov; jpaice@nmh.org;
> Chris.Miaskowski@nursing.ucsf.edu; dcarr@opal.tufts.edu;
> Dr.J.David.Haddox@pharma.com; bgaler@u.washington.edu;
> smfishman@ucdavis.edu; nat@zeus.bwh.harvard.edu
> Subject:
>
> Dear Friends,
>
> May I ask your advice?  It's either my failing synapses or an indication
> of just how far we've come in a decade but I had trouble thinking of
> people who can knowledgeably and forcefully articulate the negatives
> associated with the use of opioid drugs to treat noncancer-related pain.
> I was asked this by a producer who is interested in a balanced treatment
> of the subject for a television program.
>
> Joel Saper had some cautionary things to say about this recently and I am
> considering him.  Do any other names come to your minds?  I guess it could
> be in the clinical or regulatory community (although I worry that the
> latter person could be set up as uncaring about patients).
>
> Thanks very much.
>
> Russ
>

CONFIDENTIAL

PPLPC020000005716