PSJ3

Exhibit 162

DRAFT

**FOR IMMEDIATE RELEASE**

**For more information, contact**:
Mindy Warner 816/512-2315
Sara Thezan 816/512-2264

## Fear, Misperception Contribute to Undertreatment of Pain
*Medical Community Explores Barriers to Pain Treatment at December Conference*

Washington D.C. (DATE) – Myths about abuse and chemical dependency restrict the use of legitimate medications to treat debilitating, persistent pain. Despite these odds, the medical community continues to challenge conventional wisdom and advance its understanding of pain as a disease.

At the fourth conference on Pain Management and Chemical Dependency, Dec. 7–9, 2000, at the Renaissance Hotel in Washington D.C., health care professionals and policy makers will join forces to explore the relationship between pain management and chemical dependency and how this interface contributes to the undertreatment of pain. Experts from a variety of backgrounds will share their knowledge while examining the issues and barriers affecting pain management practices worldwide.

**Treating Pain: The Barriers**

Pain is among the most common reasons people consult a physician, yet it is frequently inadequately treated[1]. According to the Pain in America survey conducted by Partners Against Pain®, more than half of chronic pain sufferers have experienced their pain for at least five years and 52 percent say their current prescription medication is not completely effective.

Why does this suffering continue? The misuse of prescription pain drugs by recreational users prevents many physicians from appropriately treating legitimate patients. In truth, individuals with no history of substance abuse rarely become addicted to opioids while under medical care[2]. Unaware of this fact, patients also fear becoming addicted to pain medication and resign themselves to believing that pain is something they have to live with.

–more–

---

[1] American Pain Foundation
[2] American Academy of Pain Medicine

PDD8801291781

NON-CONFIDENTIAL

**DRAFT**

Undertreatment of Pain/Page 2

"When prescribed and used appropriately, opioid medications improve quality of life, and addiction is a non-issue," said Russell K. Portenoy, M.D., conference organizer and chairman of Beth Israel Medical Center's Pain Medicine and Palliative Care Department. "The Pain Management and Chemical Dependency conference will address the 'opioiphobia' that prevents physicians from prescribing, and patients from accepting, legitimate care."

Not only do chronic pain sufferers regard their pain as unavoidable, but many choose not to discuss their pain with a doctor because they don't want to seem like a bad patient. Compounding the problem, most doctors receive very little pain management training during medical school. Occasions such as the Pain Management and Chemical Dependency conference provide these professionals with continuing opportunities to learn more about pain management techniques.

**Viewing Pain as a Disease**

From quality of life issues to job performance and security, pain is not only physically debilitating, but also emotionally devastating. At the 2000 American Association for the Advancement of Science annual meeting, pain experts said persistent pain should be viewed as a disease, not just a symptom[4]. This perspective draws sharp distinctions between acute pain as a symptom of injury and ongoing pain as a disorder in and of itself.

Although pain is often a byproduct of other disease states, persistent pain, alone, causes several physical and emotional problems such as weakening of the immune system, hormonal imbalances, low productivity, low self-esteem, and even depression. Sufferers believe that pain interferes with sleep and overall mood and that it affects their ability to drive, have sexual relations, and to feed themselves[5].

"The medical profession is accustomed to treating diseases such as arthritis or cancer, but we don't yet treat pain with the same aggression. Because we don't all view pain as a distinct disease, many patients continue to suffer in silence," said Dr. Portenoy.

With the treatments available today, experts say we do not have to live in pain. Like many other diseases, pain can be managed effectively, and appropriate treatment can decrease hospital stays, reduce suffering, and even save lives[2]. An array of therapies, including relaxation, physical therapy, and prescription pain medications, can help meet the needs of patients who suffer pain in various degrees.

–more–

[4] 2000 Annual Meeting and Science Innovation Exposition of the American Association of the Advancement of

PDD8801291782

NON-CONFIDENTIAL

**DRAFT**

Science; "Pain 2000: An Ancient Problem on the Verge of Solution?" UC San Francisco news release.
[5]Pain in America Survey, Partners Against Pain

NON-CONFIDENTIAL

PDD8801291783

**DRAFT**

Undertreatment of Pain/Page 3

### Elevating Awareness

A major goal of the fourth conference on Pain Management and Chemical Dependency is to improve pain treatment by promoting a better understanding of pain therapies and their practical use in treatment. This conference is designed to create a better understanding between the fields of pain management and chemical dependency and bring together health care professionals and policy makers who are actively involved with and interested in better understanding the management of pain and/or chemical dependency.

Program participants will learn about the science of pain and addictive diseases, traditional and alternative approaches to pain treatment, and barriers that impinge the use of opioid drugs for legitimate patients. Additionally, the program will help participants achieve a greater understanding of the ethical, legal, and regulatory issues that affect pain management practices worldwide. For more information on pain management issues or the Pain Management and Chemical Dependency conference, please logon to *StopPain.org*.

###

PDD8801291784

NON-CONFIDENTIAL