PSJ3

Exhibit 163

```
From: "Haddox, Dr. J. David" <EX:/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HADDOXJ>
Subject: Follow-up
To: Payner@mskcc.org
Date: Sat, 11 Jan 2003 18:17:22 -0800

Content-type: text/plain

Richard,

It was good to see you again.  Thanks so much for your sage commentary and insights
today.  I really hope this can get back on track.

Regarding the CASA event, per our discussion, I have attached some reading material
from the \223patient\224 representative on your panel.

See you then.

Dave

J. David Haddox, DDS, MD
Vice President, Health Policy
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
203.588.7667    Direct Line
203.588.6242    Facsimile
203.588.4479    Ms. Monnie Purzycki, Admin. Coord.
 <<2002-11-12-QCTimes-Chelly Griffith.doc>>  <<2002-12-09-Email to Pamela
Bennett.doc>>  <<These are postings on websites or emails from Ms.doc>>
Content-type: text/html

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=iso-8859-1">
<META NAME="Generator" CONTENT="MS Exchange Server version 6.0.6487.1">
<TITLE>Follow-up</TITLE>
</HEAD>
<BODY>
<!-- Converted from text/rtf format -->

<P ALIGN=LEFT><SPAN LANG="en-us"><FONT COLOR="#000000" SIZE=2
FACE="Arial">Richard,</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en-us"><FONT COLOR="#000000" SIZE=2 FACE="Arial">It was good
to see you again.  Thanks so much for your sage</FONT></SPAN><SPAN
LANG="en-us"><FONT COLOR="#000000" SIZE=2 FACE="Arial"> commentary and insights
today.  I really hope this can get back on track.</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en-us"><FONT COLOR="#000000" SIZE=2 FACE="Arial">Regarding
the CASA event, per our discussion, I have attached some reading material from
the</FONT></SPAN><SPAN LANG="en-us"> <FONT COLOR="#000000" SIZE=2
FACE="Arial">&#8220;patient&#8221; representative on your panel.</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en-us"><FONT COLOR="#000000" SIZE=2 FACE="Arial">See you
then.</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en-us"><FONT COLOR="#000000" SIZE=2
FACE="Arial">Dave</FONT></SPAN><SPAN LANG="en-us"></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en-us"><B></B></SPAN><B><SPAN LANG="en"><FONT
COLOR="#000080" SIZE=2 FACE="Arial">J. David Haddox, DDS, MD</FONT></SPAN></B></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2 FACE="Arial">Vice
President, Health Policy</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2 FACE="Arial">Purdue Pharma
```

PDD8806127894

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY182717470

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

```
L.P.</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2 FACE="Arial">One Stamford
Forum</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2 FACE="Arial">Stamford, CT
06901-3431</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2
FACE="Arial">203.588.7667   Direct Line</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2
FACE="Arial">203.588.6242   Facsimile</FONT></SPAN></P>

<P ALIGN=LEFT><SPAN LANG="en"><FONT COLOR="#000080" SIZE=2
FACE="Arial">203.588.4479   Ms. Monnie Purzycki, Admin.
Coord.</FONT></SPAN></P>

<P ALIGN=LEFT><U><SPAN LANG="en-us"><FONT FACE="Arial" SIZE=2 COLOR="#000000">
&lt;&lt;2002-11-12-QCTimes-Chelly Griffith.doc&gt;&gt; </FONT></SPAN></U><U><SPAN
LANG="en-us"></SPAN></U><U><SPAN LANG="en-us"></SPAN></U><SPAN
LANG="en-us"></SPAN><SPAN LANG="en-us"><U></U></SPAN><U><SPAN LANG="en-us"><FONT
FACE="Arial" SIZE=2 COLOR="#000000"> &lt;&lt;2002-12-09-Email to Pamela
Bennett.doc&gt;&gt; </FONT></SPAN></U><U><SPAN LANG="en-us"></SPAN></U><U><SPAN
LANG="en-us"></SPAN></U><SPAN LANG="en-us"></SPAN><SPAN
LANG="en-us"><U></U></SPAN><U><SPAN LANG="en-us"><FONT FACE="Arial" SIZE=2
COLOR="#000000"> &lt;&lt;These are postings on websites or emails from Ms.doc&gt;&gt;
</FONT></SPAN></U><U><SPAN LANG="en-us"></SPAN></U><U><SPAN
LANG="en-us"></SPAN></U><SPAN LANG="en-us"></SPAN></P>

</BODY>
</HTML>
```

PDD8806127895

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PKY182717471

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)