PSJ3

Exhibit 164

# Meeting Summary Report

| | |
|---|---|
| **Date:** | {AUTODATE} |
| **Attendees:** | Russell K Portenoy, MD, Peter Christ, Michelle Meola Sandy Purrenhage, Sonja Chandler |
| **Location**: | Beth Israel Medical Center, New York, NY |
| **Meeting Date:** | February 19, 2002 |

**SUMMARY**
Dr. Portenoy was assured that the NPEC program would be derived from the original outline "**Appropriate Opioid Pharmacotherapy for Chronic Pain Management**, " which was written by Drs. Portenoy and his NPEC co-chair Dr. Payne and approved by Discovery CME and reviewed by the grantor, Janssen Pharmaceutica Products.   We discussed the following items:

1. *Website*
2. *NPEC Announcement Package*
3. **NPEC Slide Kit**
4. **Monographs**
5. **NPEC Convention Booth**
6. **DEA meeting**

1. WEBSITE
*Case Studies*
Dr. Portenoy will act as the "primary reviewer" for the cancer case that he received at the meeting and Dr. Payne the "secondary reviewer"; roles will be switched for the osteoarthritis case that is next in line for review.  We agreed that a primary reviewer will be responsible for a thorough read, edit, and then approval of a case; the secondary will do a quick review and approval.  Drs. Portenoy and Payne will alternate these roles for each of the subsequent cases. The "osteoarthritis" case should be sent to Drs. Payne and Portenoy immediately for their preliminary review.

Dr. Portenoy suggested the following additions to each case format, which Sonja will implement. (see Sonja's email to Dr Portenoy for more detailed process description – already reviewed and approved by Dr Portenoy) When the test-taker receives his response to his/her answer, he can also choose from the following options (buttons):
- Go forward: This takes him to the next question
- See other answers: This allows him to see the supporting information for other answers
- Learn more about this topic [40% of questions will offer this option] This offers him several possibilities (one, some, or all, depending on the topic)
    o        Go to PubMed to see abstracts of relevant articles

1

Confidential                                                                                                                                                                                       JAN-MS-00312347

*{AUTODATE}*

- o  Get full text of related article where it exists
- o  Hyperlink to credible related website(s)
- o  Mini-review of a topnotch related article
- o  List of references of related articles
- What does the expert think? [40% of questions will offer this option]  This takes him to a more clinically based (rather than evidence-based) discussion by an expert (e.g., Dr. Portenoy, Payne, Foley, Joranson), which may be audio, video, textual, or a combination.

Sonja will contact the reviewers of each case for a list of which questions should fall into the "learn more" and the "expert think" categories.  The reviewers will also be asked to write the text for the "experts" comments.

### Hyperlinks to Website
Dr. Portenoy scanned the preliminary list of potential hyperlinks and stated that there are many more excellent sites that should be added eventually.  He requested that we add international organizations (e.g., IASP) and some for relevant allied health professionals and pharmacists.   We will do this and send Drs. Portenoy and Payne a more complete list for review, dividing them into categories – Michelle will do this.

## 2. ANNOUNCEMENT PACKAGE
Dr. Portenoy will edit the package and return it to Discovery within a week.

## 3. SLIDE KIT
The outline and slide list was generally approved by Dr. Portenoy; however, he suggested some references that he feels are most recent and reliable for use on the slide kit and monograph; for example, he would rather not reference websites, certain journals, etc.  We will put together a reference list from his suggestions and send it to him for revisions, additions, and ultimately, approval, and that will become the core reference list for NPEC materials.

Dr. Portenoy also mentioned that he had written a rather complete slide kit for a project which lost funding.  Discovery will approach Dr. Portenoy about the potential for use of this existing kit for the NPEC program.  This could mean a significant time and cost savings – Michelle will follow-up

Dr. Portenoy also suggested that the Speaker Training Programs, rather than be held as one meeting, consist of a series of five 2 ½-hour web-based teleconferences, with he and/or Dr. Payne presiding at each.

Discovery feels that the May Speakers Training Meeting is more advisable for several reasons:
- All prospective speakers can meet, have more discussion/interaction opportunities;
- Drs. Payne and Portenoy will both be present for all speakers to interact with;
- Such a meeting is a more impressive rollout for NPEC, attaching more credibility and substance to the program.

Confidential                                                                                                                              JAN-MS-00312348

*{AUTODATE}*

Michelle and Peter will approach Dr. Portenoy with this reasoning and perhaps suggest that from the May meeting in Texas, we can select and support a small number (3-5) of speakers to participate in his pain preceptorship.

**4. MONOGRAPHS**

Dr. Portenoy suggested a different approach to the three monographs. Rather than an audience-specific approach, he suggested three monographs (that could be combined by recipient into one summary resource) organized in this way (note: Discovery has added bulleted items for Drs Payne and Portenoy's consideration as to content chapters in each monograph):

**Monograph 1: Optimizing Chronic Pain Management With Opioid Therapy**
- Pathogenesis of Chronic Pain (diagram)
- Chronic Pain Pathophysiology
- Pain-Sensing System Malfunction in Chronic Pain
- Nociceptive Pain:
- Neuropathic Pain
- Opioid Pharmacology
- Opioid Pharmacokinetics:
- Opioid Pharmacodynamics
- Comparative Characteristics of Available Formulations
- Current Guidelines and Standards for Use
- Patient Selection
- Opioid Selection
- Barriers to Assessment of Opioid Selection
- Barriers to Effective Opioid Use
- Basic Principles for Opioid Analgesia
- Safe and Effective Opioid Prescribing Depends on Reliable Monitoring
- Monitoring Analgesia and Related Outcomes
- Assessing Opioid Responsiveness
- Pharmacoeconomics

**Monograph 2: Substance Abuse Issues in Treatment of Chronic Pain**
- Definitions (tolerance, physical dependence, addiction, pseudo-addiction)
- Risk of Addiction
- Monitoring Drug-Related Behaviors During Therapy
- Opioid Therapy in Patients With Substance-Abuse Histories
- Drug Delivery Systems and Abuse
- Misuse Potential of Opioids
- Treatment Plans to Reduce Risk in Patients With Higher Abuse Potential
- Management of Aberrant Drug-Related Behaviors-
- Regulatory Aspects of Opioid Aalgesia

**Monograph 3: Treating Chronic Pain in Medically Ill Patients**
- Cancer
- Dementia

3

Confidential
JAN-MS-00312349

- Renal-impairment
- HIV

Discovery will inform the monograph writers out the new direction of the project. Dr. Portenoy should approve the new monograph outlines and references soon.

### MONOGRAPH EDITORS
*Each monograph will have one or two physician-editors, who will approve the outline and the final monograph copy and whose names will appear as Editors on the cover of the monograph he/she reviewed. The names of the suggested editors for each monograph are: (We will need Sonja's input/suggestions before we submit to Dr. Portenoy)*
<u>*Monograph 1*</u>*: Fine, Brown, Ashburne*
<u>*Monograph 2*</u>*: Passik*
<u>*Monograph 3*</u>*: Foley, Abrams*
*Dr. Portenoy will be asked to approve these assignments, and then the physicians will be invited to become editors for their respective sections.*

### MONOGRAPH REVIEW PROCESS
*The review process that Michelle will submit to Dr. Portenoy for approval:*
*For Outlines:*
*Writer→Sonja→Chairman→Section Editor*
*For Final Monograph*
*Writer→Sonja→Section Editor→Chairman*

### 5. CONVENTION BOOTH
Discovery will aim at having a small, but complete, segment (perhaps 3 questions, with accompanying materials [ie, hyperlinks, "What the expert says," "For more information,", etc.} available for use on the computer at the convention booth for APS and AAPM meetings in Feb-March. Sonja will work with HealthTex Solutions and the reviewers of Case 1 to implement this. Beta test of Case 2 is desirable if possible for APS meeting)

### 6. DEA DISCUSSION
Dr Portenoy discussed his views on the involvement of the DEA in NPEC. He felt that an initial meeting with them to apprise them of NPECs goals was appropriate and in concert with the concept of Balance. He did not think that seeking DEA "endorsement" was necessarily advisable as it could have different meanings to different program recipients. "Endorsement" could imply too strong a DEA hand to those program participants that feel adversely impacted by past or present DEA actions. Alternatively, Dr Portenoy felt that the endorsement of a third party such as the one established by Dave Joranson which encompasses DEA, FDA and other groups might offer a broader base of support. Action: Michelle to follow-up with DEA and steering committee members to determine possibility of initial meeting on 3/14 in afternoon at APS. Asa Hutchinson to be at APS for presentation at 5:30 – 6:30 pm. (Could other DEA participants travel to APS for meeting? Are co-chairs and steering committee members available?)

Confidential                                                                                                                                            JAN-MS-00312350

*{AUTODATE}*

**ACTION STEPS:**
**Dr. Portenoy**
1. Edit Announcement Package and return to Discovery week of February 25.
2. Review Cancer case for website and return comments to Sonja by Friday, February 22nd
3. Approve flow of Case studies review process. DONE

**Discovery**
1. Add new options to Case Studies. Contact reviewers for each case to select questions that should have added info; ask reviewers to write text for audio portions- *Sonja*
2. Audio- and/or videotape "experts" comments. *Peter*
3. Develop a working module (demo module) for use at the APS and AAPM meeting- *Sonja*
4. Develop list of "core" references for Dr. Portenoy's approval and for distribution to all writers working on NPEC projects. *Sandy*
5. Communicate new monograph formats to freelance writers. *PC, MM, SJP*
6. Develop outlines and reference lists for each monograph and send to Dr. Portenoy for approval before going too far with monograph writing. *Sandy*
7. Approach Dr. Portenoy about the existing slide kit and its suitability for NPEC; if appropriate, negotiate acquisition of that slide kit. *Michelle*
8. Add to Hyperlink List: international organizations, allied health sites, etc. for Dr. Portenoy's review. *Sonja; Erin*
9. Contact Dr. Portenoy for approval of (a) editorial choices and (b) proposed review process *Michelle*
10. Invite Editors for each monograph. *Michelle or Sonja?*
11. Set up meeting with freelance writers and NPEC team to review meeting with Dr. Portenoy and discuss monograph elements, process, timelines. *PC, MM, SJP*

5

Confidential
JAN-MS-00312351