PSJ3 Exhibit 165

**To:** Rosen, Burt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Rosenbu]; Udell, Howard[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Howard Udell]; Must, Alan[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=MustA]; Bennett, Pamela[/O=PURDUE/OU=PURDUE US/CN=Sales and Marketing - Field/cn=BennettP]
**Cc:** Bannon, Timothy[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=BannonT]; Graham, Aaron[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=GrahamA]; Haddox, Dr. J. David[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HaddoxJ]; Must, Alan[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=MustA]; Silbert, Richard W[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Richard W Silbert]; Udell, Howard[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Howard Udell]
**From:** Hogen, Robin
**Sent:** Fri 1/7/2005 3:56:15 PM
**Subject:** RE: Pain Group

I think this is great. Could also provide a road-map of how to get better industry participation in Rx Action Alliance.

robin

> -----Original Message-----
> **From:** Rosen, Burt
> **Sent:** Friday, January 07, 2005 3:27 PM
> **To:** Udell, Howard; Must, Alan; Bennett, Pamela
> **Cc:** Bannon, Timothy; Graham, Aaron; Haddox, Dr. J. David; Hogen, Robin; Must, Alan; Silbert, Richard W; Udell, Howard
> **Subject:** Pain Group
>
> Today we had a very productive meeting of the Pain Care Management Group. In addition to good discussion of the various legislative initiatives, the group has agreed that we need to formalize ourselves. We have agreed that in addition to holding the quarterly lunches that I have been convening, we need to meet once a month. So going forward, we will be meeting the 2nd thursday of each month at 10 am, and on the Quarterly Months (March, June, Sept., and Dec.) we will be meeting the 2nd thursday for lunch and a speaker from 12 til 2. This could create a forum for DEA, FDA, Congressional speakers, or David could present RADARS, Aaron on security, etc. Further, Will Rowe from APF, John Keyserling from Hospice, Terry Ghio from Ligand, Jeanine Bender from Cehpalon and I will meet next week to organize a charter, board, and mission. I plan to ask all of the for profit entities to chip in a modest contribution for operations. We will then make an effort to expand the group. Pam and Alan, I plan to brainstorm with you in Fla. to get any ideas you may have.  I think this could fill the vacuum of leadership in the community at large, and provide for some unified direction on issues of importance to the pain community. It could also compliment the work Pam is doing.
> Regards
> Burt
>
> Burt Rosen
> Vice President Federal Government Affairs
> Purdue Pharma
> 700 13th St. NW, Suite 525
> Washington, DC  20005
> 202-508-0750 (office)
> ▉▉▉▉▉▉▉ (cell)

CONFIDENTIAL

PPLPC024000125470