PSJ3

Exhibit 166

To: Rosen, Burt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Rosenbu]
From: Rosen, Burt
Sent: Fri 1/28/2005 1:29:14 PM
Subject: Pain Care Forum Meeting February 10
Pain Care Forum .doc
PAIN CARE FORUM_by name.doc
Pain Care Forum_mtgs calendar_2005.doc
PAIN CARE FORUM Feb Agenda.doc

All

Welcome to the Pain Care Forum. As you are aware, the Pain Care Forum is being initiated to provide the participating organizations a regular and frequent opportunity to exchange information and ideas to further the general education of its members regarding public policy issues surrounding the treatment of pain. Where possible, we hope to coordinate and focus commitments to action regarding public policy issues that affect the treatment of pain.

We will be meeting monthly at the offices of Powers, Pyles, Sutter & Verville at 1875 Eye Street, N.W. and for those unable to attend in person, the call in number is 800-338-8619, ask for ext. 200, then follow the prompts to ext. 767.  In March, June, September, and December we will be inviting a guest speaker for a luncheon meeting and you will be given the location and speaker in advance. To support the luncheons and activities of the Pain Care Forum we request a **voluntary** contribution to the Forum, and suggest an annual contribution from $100 to $2,000 per member organization dependent on capacity to donate. Checks should be made payable to The National Hospice & Palliative Care Organization (NHPCO), and sent to the attention of Jonathan Keyserling, NHPCO, 1700 Diagonal Rd. Suite 300, Alexandria, Va. 22314.

Attached for your convenience are a charter document that explains the Pain Care Forum's purpose, a list of the participating members and their contact information, a schedule of the 2005 meetings, and an agenda for the **February 10th meeting to be held at 10 am, Eastern time.**

Please contact Burt Rosen or Solana Shaw at 202-508-0750 if you need additional information.

CONFIDENTIAL
PPLPC031000222246