# PSJ3 Exhibit 167

Message
---

| | |
|---|---|
| **From**: | Will Rowe [wrowe@painfoundation.org] |
| **Sent**: | 7/7/2009 9:09:42 PM |
| **To**: | Stewart B. Leavitt, MA, PhD [stew202@comcast.net]; Rosen, Burt [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ROSENBU] |
| **Subject**: | RE: July 9th Pain Care Forum Meeting with Guest Speaker, Dr. Douglas C. Throckmorton MD, Deputy Director, CDER, FDA |

Hi Stew,

I understand your concern and in the process of trying to keep people engaged and informed about our PCF REMS strategies we have been keeping the membership informed.   I appreciate your bringing up the issue of the congressional strategy on the call and allowing me to explain the need to keep silent on the congressional and media strategies.  I think that both of these strategies are common in the DC game arenas and will not be unexpected or unanticipated by the FDA.  It's the way things work.  I feel very strongly that we need to apply ALL the pressure we can on the FDA so that they know that we, the public and congress are watching.  I heard a couple of times from some of the FDA leadership that they (in the past) had not heard from the pain community and, I would guess, understood that not hearing is equivalent to not caring.  We have turned the volume up significantly and that is what it takes to get public agencies to heed interests.

I'd be happy to speak with you about this if you want to.

Will

**From:** Stewart B. Leavitt, MA, PhD [mailto:stew202@comcast.net]
**Sent:** Tuesday, July 07, 2009 7:17 PM
**To:** 'Rosen, Burt'; Will Rowe
**Subject:** RE: July 9th Pain Care Forum Meeting with Guest Speaker, Dr. Douglas C. Throckmorton MD, Deputy Director, CDER, FDA

Thanks, Burt.

Burt and Will......

You fellas are certainly more experienced in these matters than I am, but I would like to just mention a concern that Throckmorton is certain to eventually learn of the Congress letter and media campaign (assuming those 2 approaches are pursued).  He may feel it was rather duplicitous of the PCF to meet with him and to not mention those were in the works.

I trust your judgment in this and, perhaps, I am being overly sensitive.

    Stew

**Stewart B. Leavitt, MA, PhD**
Executive Director
Pain Treatment Topics <Pain-Topics.org>
202 Shermer Rd.
Glenview, IL  60025

Phone: 847-724-3091

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                             PPLP004051877

E-mail: stew202@comcast.net

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Tuesday, July 07, 2009 3:54 PM
**To:** Aaron Gilson; Adam Chrisney; Adam Clark; Andrew Scholnick; Anita ducca; Ashli Douglas; Barry Eliot Cole; Bennett, Pamela (Gov't Affairs); Bob Saner; Brad Maruca; Brian Munroe; Carlos Gomez; Caroline Schellhas; Cassie Hallberg; Christy Torkildson; Claudia Campbell ; Courtney Snowden; David E. Joranson; David Swankin; David Weissman, MD; David Woodmansee; Dr. Joel Hochman; Elizabeth Ernst; Fritz Bittenbender; Gail Amalia B. Katz; Ilisa Halpern Paul; Jack Kalavritinos; Janet McUlsky; Jason E Grove; Jay Van Ness; Jerold Roschwalb; Jim Broatch; John Sebby; Jonathan Keyserling; Joy Buck, RN, PhD; Judy Lentz; June Dahl; Justin Coffey; Karina Tabor; Kathryn Tucker; keysha brooks-coley; Kim Tiller; Kimberly France; Kristina Lunner; lennie duensing; Licy Do Canto; Lisa Robin; Marcia Lee Taylor; Marcie Bough; Mark Rasmussen; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; Matt Brow; Matt Jachetta; Meredith Nguyen; Meredith Smith; Michael Mattoon; Michael Splaine; Michelle Martin; mbrown@painfoundation.org; Mike Heffernan; Myra Christopher; Nancy Beltramo; Nancy Buermeyer; Nicole Kelly; Patrick Plues; Paul Arnstein; Penney Cowan; Peter Slone; Peter VanPelt; Phil Saigh Jr; Rebecca Kirch; Robert Twillman; Rosemary Garza; Rosen, Burt; Scott Fishman; scott melville; Shaw, Solana; Stacey Beckhardt; Stephen Porada; Steve LaPierre; Steven Lewis; Stewart Leavitt; Susan Nicholson; Susan Rogers; Tamara Sloan Anderson; Timothy Byrne; Valerie Volpe; Will Rowe; william vollmer
**Subject:** FW: July 9th Pain Care Forum Meeting with Guest Speaker, Dr. Douglas C. Throckmorton MD, Deputy Director, CDER, FDA

All

Our meeting this Thursday, July 9th will feature Dr. Douglas C. Throckmorton MD, Deputy Director, CDER, FDA as our guest speaker. The meeting time has been extended and will begin at 10 AM and end at 12 Noon.

Will Rowe will moderate the meeting, and discussion will focus on the FDA's Class Wide Opioid REMS initiative.

For your convenience I am also attaching the PCF Task Force Recommendations and Talking Points.

Location, call in #, and detailed agenda are provided in the attachment.

If you have not sent in your RSVP, please do so by emailing Solana at solana.shaw@pharma.com.

Regards

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004051878