PSJ3

Exhibit 171

| | |
|---|---|
| From: | Will Rowe |
| To: | mbough@aphanet.org; gwt@u.washington.edu; Aaron Gilson, PhD; Adam Chrisney; Adam Michael Clark, PhD; Amanda Seeff-Charny; Barry Eliot Cole; Brad Gary; Brad Maruca; Munroe, Brian; Burt Rosen; Carlos Gomez, MD, PhD; Caroline Moody; Christy Torkildson; Claudia Campbell, RN, BSN; Courtney Snowden; Dan Cohen; David Joranson; David Swankin; David Woodmansee; Gail Katz; Janet McUlsky; Jason Grove; Jeff Myers; Jennifer M. Connelly; Jerold Roschwalb; Jim Broatch; Joel Kurzman; Jonathan Keyserling; Joy Buck, RN, PhD; Joy Buck, RN, PhD; June Dahl; Karina Tabor; Kathryn Tucker; Kimberley Tiller; Kristina Lunner; Lennie Duensing; Linda Wase; Lisa Robin; Mark Rasmussen; Mark W. Caverly; Marsha Stanton, MS, RN; Mary Bennett; Mary Patt aardrup; Michael Splaine; Michelle Lonchar; Micke Brown; Mike Matoon; Myra Christopher; Nancy Buermeyer; Ned Masin, M.D.; Pamela Bennett; Patricia Barnett; Paul Arnstein, MD; Penney Cowan; Peter Slone; Rebecca Kirch; Robert J. Saner; Robert Twillman, PhD; Scott Fishman, MD; Scott Melville; Stephen Porada; Steve LaPierre; Susan Rogers, MS, BSN, RN, CHPN; Tamara Sloan Anderson; Tamara Sloan Anderson; Theresa Doyle; Tom Berry |
| Sent: | 12/3/2008 10:21:23 PM |
| Subject: | PCF REMS Task Force |

Dear All:

Thank you to all who participated in our 12/1 call regarding the REMS. We collected some valuable comments to include in a revised letter to the FDA. As I mentioned at the phone meeting, our strategy is to request a meeting with the FDA to express our understanding and concerns about the REMS and offer our ideas about how an opioid-class REMS might be constructed to minimize risks and protect access to opioid medicines for people who could benefit from them.

Attached is the draft I sent out before our last meeting. We would appreciate your thoughts/edits in writing so that we may construct a second draft that best reflects our collective concerns and ideas. Please send your thoughts/edits to me, wrowe@painfoundation.org, by Tuesday 12/9. We are planning a working group on 12/11 to redraft the letter which we will recirculate before our next meeting (which will be announced shortly). We would like to send the letter shortly after the 1st of the year.

Thank you.

Will

Will Rowe
Chief Executive Officer
American Pain Foundation
201 N. Charles St. Suite 710
Baltimore, MD 21201

Tel #: 410 783 7292, ext. 225
Cell#: 410 215 5856
www.painfoundation.org
*A United Voice of Hope and Power Over Pain*

**Combined Federal Campaign Designation Code: 22290**

This e-mail has been scanned by MCI Managed Email Content Service, using Skeptic(tm) technology powered by MessageLabs. For more information on MCI's Managed Email Content Service, visit http://www.mci.com.