PSJ3

Exhibit 172

# FINAL MINUTES

## Industry Working Group (IWG) – Face-to-Face Kick-Off Meeting

## Tuesday, April 7, 2009

| TOPIC | SUMMARY/DECISIONS | ACTIONS |
|---|---|---|
| **Legal Statement**<br>• Antitrust compliance statement and guidelines | • Antitrust issue discussed by J. Dean, Covington & Burling<br>• There were no objections to proceeding with the meeting given this discussion | • N/A |
| **Welcome**<br><br>**Introductions** | • Introductions of all participants on the telephone and those in the meeting room. | • N/A |
| **Identify Meeting Goals**<br>• Define operating principles of the Working Group<br>• Agree on key issues to be addressed/evaluated by the Working Group<br>• Determine next steps | • There was agreement with the meeting goals<br>• No additional meeting goals were identified | • N/A |
| **Operating Principles of Working Group**<br>• Agree on primary member organizations/structure<br>   o One collaborative Industry Working Group (IWG) or other options<br>   o Key stakeholders<br>   o Other Industry members not included in the FDA directive | • The group agreed to proceed with one IWG to address the FDA directive<br>   o The meeting of ANDA holders scheduled for April 20th was discussed; it was agreed that this meeting would be held as an ANDA sub-team and the results reported back to the IWG<br>• It was agreed that the working group should only include the 26 companies identified by FDA as invitees to the March 3rd meeting<br>• Additional input from other industry and non-industry (e.g., vendors) interested parties as well as stakeholders will be elicited through appropriate sub-teams<br>• It was agreed that a Charter would be drafted by a sub-team and would include the following working principles:<br>   o Agree to abide by the antitrust guidelines<br>   o Agree that all members will have an equal voice<br>   o Agree to strive for consensus for all decisions<br>   o Agree that membership will include the 26 member companies as identified by FDA | • Sub-team to draft IWG charter and provide draft for discussion at next face-to-face meeting |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     PPLP004299456

# FINAL MINUTES

## Industry Working Group (IWG) – Face-to-Face Kick-Off Meeting

## Tuesday, April 7, 2009

| TOPIC | SUMMARY/DECISIONS | ACTIONS |
|---|---|---|
| **Pain Care Forum**<br>• Pain Care Forum REMS Task Force Class Opioids REMS Recommendations to FDA | • W. Rowe provided an overview of the PCF REMS Task Force and highlighted the current draft of their recommendations document which is 75-80% complete (slides to be provided)<br>• It was noted by Covidien that, although the document is called a "consensus" document, there were several key areas in which there was not "substantial agreement" by all PCF members<br>• It was suggested by Covidien that the core document include only those areas where there was substantial agreement and the other differing opinions be included as an appendix<br>• W. Rowe stated that the following meetings were scheduled at FDA and there would be representation by various members of the PCF:<br>  o April 29 – AMA, medical specialties<br>  o May 4 – prescribers<br>  o May 4 – benefit managers and insurance providers<br>  o May 5 – pt. advocacy groups including PCF<br>  o May 5 – dispensers (pharmacists)<br>  o A 6th meeting will be requested by the PCF to discuss their recommendations which they plan to have complete by the third week in April<br>• It was agreed that the IWG should contact FDA about participating as an observer in these various meetings so that we can incorporate this stakeholder input into our REMS proposal | • Sub-team to contact FDA to discuss participation as an observer in various stakeholder meetings. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     PPLP004299457

# FINAL MINUTES

## Industry Working Group (IWG) – Face-to-Face Kick-Off Meeting

### Tuesday, April 7, 2009

| TOPIC | SUMMARY/DECISIONS | ACTIONS |
|---|---|---|
| **Elements of a Class-Wide REMS**<br>• Assess the directive given to Industry by FDA<br>  o What additional information do we need?<br>  o What additional issues does this Working Group need to address?<br>  o Which elements can this Working Group address?<br>  o Which elements are outside of the scope of this Working Group?<br>• Engagement of key stakeholders | • The following issues were identified as needing additional information/ vetting:<br>  o How do we measure change to benefit?<br>  o Regarding the requirement of experience, training and/or certification as specified in FDAAA, "what" experience, "what" training and "what" certification will be required?<br>  o What elements do we, as Industry, have the ability to influence or control?<br>  o What are the Objectives of the proposed REMS that will allow us to meet the FDA stated Goals? | • Three sub-teams were formed to begin discussing potential Elements to Assure Safe Use (prescribers, patients, dispensers) – see Appendix 1 for sub-team membership<br>• Engagement of key stakeholders will be determined by the sub-teams |
| **Development of sub-teams**<br>• Identification of sub-teams<br>  o Roles<br>  o Responsibilities<br>  o Membership | • Initially the following sub-teams were identified:<br>  o Elements to Assure Safe Use<br>  o Regulatory (FDA Communication)<br>  o Legal<br>  o Finance<br>  o Logistics/Administrative<br>  o Policy (to evaluate issues outside of the REMS directive such as inclusion of IR products)<br>  o Evaluation/Metrics<br>  o ANDA Holders<br>  o Stakeholders<br>  o PR – messaging<br>• After further discussion, it was agreed that that the following sub-teams would be formed *at this time:*<br>  o Operations<br>  o Communications<br>  o Elements to Assure Safe Use<br>    - Prescribers<br>    - Patients<br>    - Dispensers | • Membership of sub-teams and point person outlined in Attachment 1<br>• Provide TBD names to E. Smith by COB 4/8/2009<br>• Sub-teams to convene by teleconference by April 10 to begin work and plan for agenda items for next face-to-face meeting<br>• Communication sub-team lead (E. Ernst) to contact FDA (B. Rappaport or S. Hertz) by phone to provide update on IWG<br>• An e-mail will also be drafted and circulated to the IWG for review prior to sending to FDA (E. Ernst) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　PPLP004299458

# FINAL MINUTES

## Industry Working Group (IWG) – Face-to-Face Kick-Off Meeting

## Tuesday, April 7, 2009

| TOPIC | SUMMARY/DECISIONS | ACTIONS |
|---|---|---|
| **Next Steps**<br>• Plan for the next meeting of the Working Group<br>• Establishment of a Charter | • Next IWG teleconference will be held the week of April 13<br>• ANDA holder sub-team will meet on April 20 and Covidien will provide a report of this meeting to the IWG the week of April 27<br>• Next face-to-face meeting will be held the week of May 11 so that an update from the FDA stakeholder meetings can be discussed<br>• Purdue agreed to host next face-to-face meeting in May<br>• Draft charter to be remit of Operations sub-team | • Sub-teams to convene TC by April 10<br>• Operations sub-team to schedule IWG TC for week of April 13th and the next face-to-face meeting for the week of May 11th |
| **Wrap-up**<br>• Summary/next actions | | • Minutes to be prepared and distributed by E. Smith |
| **Adjourn** | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP004299459

# FINAL MINUTES

## Industry Working Group (IWG) – Face-to-Face Kick-Off Meeting

## Tuesday, April 7, 2009

**ATTACHMENT 1 – List of Sub-teams**

| | |
|---|---|
| Sub-team: | Operations |
| Purpose: | Coordinate logistics for meetings, draft IWG charter, investigate outside project management support, discuss need for budget |
| Membership: | Craig Landau – Purdue (point person)<br>Jill Buckley – King<br>Kishore Gopu – Teva<br>Mylan (TBD)<br>J&J (TBD) |
| Sub-team: | Communications |
| Purpose: | Communicate with FDA regarding status of IWG and request participation in FDA-sponsored stakeholder meetings |
| Membership: | Elizabeth Ernst – Roxane (point person)<br>Martin Lessem – Ranbaxy<br>Marsha Stanton – King<br>Michael Kaufman – J&J<br>Burt Rosen – Purdue<br>Tara Chapman – Endo<br>Arthur Ilse – Xanodyne<br>John Lay – Vista<br>Nick Tantillo – Teva/Barr<br>Andrea Miller – Mylan<br>Lorri Scheussler – Hisamitsu<br>Beth Brannan – Watson<br>Lesley Zhu – Sandoz |
| Sub-team: | Elements to Assure Safe Use |
| Purpose: | Gather information and evaluate potential Elements of Safe Use<br><br>*Prescribers*<br>Dave Haddox – Purdue (point person)<br>Eric Davis – Mylan<br>Mike Nelson – Neuromed<br>Sid Schnoll – Roxane<br>J&J – TBD<br>Shabana Modan – Ranbaxy<br>Eric Smith – King<br>Frank Yuen – Endo<br><br>*Patients*<br>Sid Schnoll – Roxane (point person)<br>Shabana Modan – Ranbaxy<br>J&J – TBD<br>Lori Scheussler – Hisamitsu<br>Deb Myers – Roxane |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                PPLP004299460

# FINAL MINUTES

## Industry Working Group (IWG) – Face-to-Face Kick-Off Meeting

## Tuesday, April 7, 2009

**ATTACHMENT 1 – List of Sub-teams (cont'd)**

*Dispensers*
point person – TBD
Tara Chapman – Endo
Kimberly France – Covidien
Gary Kosloski – Watson
Purdue - TBD
J&J – TBD
Mylan – TBD
Sandoz – TBD

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP004299461