# PSJ3

# Exhibit 174

| | |
|---|---|
| From: | Jonathan Keyserling |
| To: | Will Rowe; gwt@u.washington.edu; aducca@hdmanet.org; Aaron Gilson, PhD; Adam Chrisney; Adam Michael Clark, PhD; Amanda Seeff-Charny; Barry Eliot Cole; Brad Gary; Brad Maruca; Munroe, Brian; Burt Rosen; Carlos Gomez; Caroline Moody; Christy Torkildson; Claudia Campbell, RN, BSN; Courtney Snowden; Dan Cohen; David Joranson; David Swankin; David Woodmansee; Gail Katz; Janet McUlsky; Jason Grove; Jeff Myers; Jennifer M. Connelly; Jerold Roschwalb; Jim Broatch; Joel Kurzman; Joy Buck, RN, PhD; Joy Buck, RN, PhD; June Dahl; Karina Tabor; Kathryn Tucker; Kimberley Tiller; Kristina Lunner; Lennie Duensing; Linda Wase; Lisa Robin; Mark Rasmussen; Mark W. Caverly; Marsha Stanton, MS, RN; Mary Bennett; Mary Patt aardrup; Michael Splaine; Michelle Lonchar; Micke Brown; Mike Matoon; Myra Christopher; Nancy Buermeyer; Ned Masin, M.D.; Pamela Bennett; Patricia Barnett; Paul Arnstein, MD; Penney Cowan; Peter Slone; Rebecca Kirch; Robert J. Saner; Robert Twillman, PhD; Scott Fishman, MD; Scott Melville; Stephen Porada; Steve LaPierre; Susan Rogers; Tamara Sloan Anderson; Tamara Sloan Anderson; Theresa Doyle; Tom Berry |
| CC: | Buckalew, Judi; cmuir@thehospices.org |
| Sent: | 1/13/2009 9:50:10 PM |
| Subject: | RE: PCF REMS Task Force |

Please add the name of The National Hospice and Palliative Care Organization.

**From:** Will Rowe [mailto:wrowe@painfoundation.org]
**Sent:** Tuesday, January 13, 2009 4:28 PM
**To:** gwt@u.washington.edu; aducca@hdmanet.org; Aaron Gilson, PhD; Adam Chrisney; Adam Michael Clark, PhD; Amanda Seeff-Charny; Barry Eliot Cole; Brad Gary; Brad Maruca; Brian Munroe; Burt Rosen; Carlos Gomez; Caroline Moody; Christy Torkildson; Claudia Campbell, RN, BSN; Courtney Snowden; Dan Cohen; David Joranson; David Swankin; David Woodmansee; Gail Katz; Janet McUlsky; Jason Grove; Jeff Myers; Jennifer M. Connelly; Jerold Roschwalb; Jim Broatch; Joel Kurzman; Jonathan Keyserling; Joy Buck, RN, PhD; Joy Buck, RN, PhD; June Dahl; Karina Tabor; Kathryn Tucker; Kimberley Tiller; Kristina Lunner; Lennie Duensing; Linda Wase; Lisa Robin; Mark Rasmussen; Mark W. Caverly; Marsha Stanton, MS, RN; Mary Bennett; Mary Patt aardrup; Michael Splaine; Michelle Lonchar; Micke Brown; Mike Matoon; Myra Christopher; Nancy Buermeyer; Ned Masin, M.D.; Pamela Bennett; Patricia Barnett; Paul Arnstein, MD; Penney Cowan; Peter Slone; Rebecca Kirch; Robert J. Saner; Robert Twillman, PhD; Scott Fishman, MD; Scott Melville; Stephen Porada; Steve LaPierre; Susan Rogers; Tamara Sloan Anderson; Tamara Sloan Anderson; Theresa Doyle; Tom Berry
**Subject:** PCF REMS Task Force

Dear All:

I apologize for the delay in taking the next step in our REMS planning. Holidays, illness, and travel have delayed us.

Attached is the latest version of our FDA letter which reflects the concerns that have been expressed in our meetings. It is "minimalist" by limiting the text to a brief articulation of concerns about the multiple opioid REMS and a request to work collaboratively on developing an effective and practical REMS program. It's a "keep it simple" letter that we hope will accomplish the goal of having the FDA invite our group to work with them in developing REMS for opioid medicines.

At this point, we ask for your endorsement of the letter which we plan to send next Thursday, 1/15.

If you have questions, please do not hesitate to contact me by e-mail or phone (410) 215 5856. Please indicate your organization's endorsement by e-mailing me at wrowe@painfoundation.org.

Thank you.

Will

Will Rowe, CEO
American Pain Foundation
201 N. Charles St. Suite 710
Baltimore, MD 21201

CONFIDENTIAL
EPI001038487

Tel. #: 410 783 7292, ext. 225
Cell #:  410 215 5856

---

This e-mail has been scanned by MCI Managed Email Content Service, using Skeptic(tm) technology powered by MessageLabs. For more information on MCI's Managed Email Content Service, visit http://www.mci.com.

---

CONFIDENTIAL                                                                                                                     EPI001038488