PSJ3 Exhibit 176

| | |
|---|---|
| From: | Will Rowe |
| To: | Aaron Gilson; Adam Chrisney; Adam Michael Clark; Alfred Anderson, MD; Andrea Best; Andrew Bertagnolli; Andrew Scholnick; Anita Ducca; Ashley Myracle; Ashli Douglas; Barbara Gordon; Bob Saner; Munroe, Brian; Burt Rosen; Carlos Gomez; Caroline Schellhas; Catherine Underwood; Chip Amoe; Christy Torkildson; Claudia Campbell; Courtney Snowden; Dara Mann; Darrel Jodrey; David Graham; David Swankin; David Weissman; David Woodmansee; Elizabeth Ernst; Fritz Bittenbender; Gail Katz; Thomas, Greg; Jack Kalavritinos; Janet McUlsky; Jason Grove; Jeff Van Ness; Jerry Hall; Jerry Roschwalb; Jim Broatch; Jody Green; Joel Hochman; Jon Ruais; Jonathan Keyserling; Joy Buck; Judi Lund Person; Justine Coffey; Karina Tabor; Katerine Sharpe; Kathry Tucker; Kathryn Keller; Kevin Zackaroff; Keysha Brooks-Coley; Kim Tiller; Kristina Lunner; Lennie Duensing; Leslie Greenberg; Licy Do Canto; Lisa Robin; Marcia Lee Taylor; Marcie Bough; Marsha Stanton; Mary Pat Aardrup; Mary Bennett; Meredith Smith; Michael Splaine; Michelle Martin; Micke Brown; Mike Heffernan; Mike Matoon; Myra Christopher; Nicole Kelly; Pamela Bennett; Patrick Coyne; Patrick Plues; Paul Arnstein; Penny Cowan; Peter Slone; Peter VanPelt; Phil Saigh; Rebecca Kirch; Robert Twillman; Ronna Hauser; Rosemary Garza; Scott Fishman; Scott Melville; Stacy Beckhardt; Stephen Porada; Steven LaPierre; Stewart Leavitt; Susan K. Rogers; Susan Nichol; Tamara Sloan Anderson; Byrne, Timothy; Valerie Volpe; Wade Delk; Dana Wollins; Ed Michna; Gray Haupt, Courtney; Gregory Terman; Ilisa Halpern Paul; JoAnna Schooler; Kim, Stuart K. ; Lisa Morgan; Matt Jachetta; Meagan Hohl; Michelle Martin; Monaco, Carol; Morelli, Art ; Roecklein Bryan; Stauder, Nancy R |
| CC: | Will Rowe |
| Sent: | 9/17/2010 9:07:35 PM |
| Subject: | PCF REMS Recommendations |
| Attachments: | PostFDAREMSMeeting1.doc |

Dear All:

The REMS Task Force of the Pain Care Forum developed a revised list of recommendations for responding to the FDA REMS Docket.

THE REMS DOCKET IS OPEN UNTIL OCTOBER 19TH, 2010. THERE IS VERY LITTLE TIME TO SUBMIT YOUR COMMENTS. PLEASE USE THE ATTACHED DOCUMENT TO ASSIST IN PREPARING YOUR SUBMISSIONS TO THE DOCKET. INSTRUCTIONS FOR SUBMITTING ARE ALSO PROVIDED IN THE ATTACHED. ALSO, PLEASE DISTRIBUTE THESE RECOMMENDATIONS TO YOUR MEMBERSHIP TO PROMOTE MULTIPLE RESPONSES TO THE DOCKET.

Thank you.

Will

Will Rowe
CEO
American Pain Foundation
201 N. Charles Street, Suite 710
Baltimore, MD 21201

Tel # Office: 410 783 7292, ext. 225
Mobile #: 410 215 5856

*A United Voice of Hope and Power over Pain*

CONFIDENTIAL ENDO-OR-CID-00559762