PSJ3

Exhibit 179

**To:** Rosen, David (Sales and Marketing)[David.Rosen@pharma.com]
**From:** Barmore, Robert
**Sent:** Mon 3/21/2016 10:46:20 AM
**Subject:** FW: CDC slides presented to EC
CDC Guidelines Presentation 14Feb16.pptx

Meant to copy you here, but got distracted.


Rob

Rob Barmore | Director, Analytics
Purdue Pharma | 201 Tresser Blvd Stamford CT 06901
Robert.barmore@pharma.com | office 203.588.7634 | cell

---

**From:** Barmore, Robert
**Sent:** Monday, March 21, 2016 11:45 AM
**To:** Maldonado, Martha
**Subject:** CDC slides presented to EC

Martha,

Attached are the slides I presented to the EC 2-3 weeks ago. As discussed in email last week and over the weekend, I am working as quickly as I can on updated slides, but it's going to take some time.

Rob

Rob Barmore | Director, Analytics
Purdue Pharma | 201 Tresser Blvd Stamford CT 06901
Robert.barmore@pharma.com | office 203.588.7634 | cell 203.912.9739

CONFIDENTIAL