PSJ3

Exhibit 181

**From:** Rosen, Burt
**To:** Haddox, Dr. J. David
**Sent:** 1/20/2012 4:48:18 PM
**Subject:** Fw: CDC-F White Paper
**Attachments:** 2012-01-11-PCF White Paper HDMA comments.docx

Another. We can talk later. Thanks

---

**From** : Ducca, Anita [mailto:aducca@hdmanet.org]
**Sent** : Friday, January 20, 2012 04:37 PM
**To** : Rosen, Burt
**Cc** : Wellborn, Jewelyn ; Freitas, Kristen
**Subject** : RE: CDC-F White Paper

Burt,

Attached is our initial reaction to the White Paper. This represents the combined input from and Jewelyn Wellborn, Manager of Federal Government Affairs (HDMA's Lobbyist on controlled substances matters) and me. We entered some changes and comments where we thought appropriate.

Because HDMA and our members generally aren't directly involved in most of the issues discussed, such as the PMPs and impacts on practitioners and patients, it is unlikely we would "sign onto" this. However, if there is going to be a revised version, we'd consider sending it to our members to see what they think.

We also generally agreed with TEVA's comments and just now saw Bob Saner's e-mail. We think many of Bob's points are worth further consideration and while we also appreciate your concern about timing, we would agree this isn't ready to give to CDC. Perhaps a different approach, such as the one-pagers TEVA suggested, might be a better way to go.

Either Jewelyn or I (or both) will be in the office and available next week if you want to discuss it further.

Thanks for the opportunity to review this and have a great weekend.

Anita

---

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Wednesday, January 11, 2012 6:32 PM
**To:** Aaron Gilson; Adam Chrisney; Adam Clark; Alec Stone; Alice Mead; Alyson Lewis; Andrea Best; Andrew Bertagnolli; Ducca, Anita; Ashli Douglas; Barbara Gordon; Bennett, Pamela (Gov't Affairs); Bobby Clark; Brian Gallagher; Brian Munroe; Carlos Gomez; Caroline Schellhas; Cate Dillon; Catherine Underwood; Cathy Trzaskawka; Christy Torkildson; Cindy Steinberg; Claudia Campbell ; Crystal Muilenburg; Dara Mann; Darrel C. Jodrey; David E. Joranson; David Swankin; David Woodmansee; Deborah Lovin; Dee Delezene Browers; Donna Kalauokalani; Dr. Alfred Anderson; Elizabeth Ernst; Fritz Bittenbender; Gail Amalia B. Katz; Greg Hicks; Greg Thomas; Jack

CONFIDENTIAL
PPLPC019000632314

Kalavritinos; James Lavery; Janet Favero Chambers; Janet McUlsky; Jason Byrd; Jason Grove; Jerold Roschwalb; Jerry Hall-Wellborn, Jewelyn; Jillian Manley; Jim Broatch; Jody Green; Jonathan Keyserling; Joy Buck; Judi Lund Person; Judy Lentz; June Dahl PhD; Justine Coffey; Karen Davis; Karina Tabor; Katherine Sharpe; Kathleen Strauser; Kathryn Tucker; Kathy Sapp; Kevin L. Zacharoff; Keysha Brooks-Coley; Freitas, Kristen; Kristen Hedstrom; Kristin Recchiuti; Lenore Duensing; Linda Kitlinski; Lisa Pearlstein; Lisa Robin; Luke Poppish; Malcolm Monaghan; Marcia Lee Taylor; Marcie Bough; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; Matt Gunderman; Mayssa Sultan; Meredith Smith; Michael Mattoon; Micke A. Brown; Mike Hall; Mike Heffernan; Myra Christopher; Natacha Pires; Natalie Hamm; Nicole Kelly; Patrick Coyne; Patrick Plues; Patrick Toalson; Paul Arnstein; Paul Gileno; Paul Scott O'Neill; Paul, Ilisa Halpern; Penney Cowan ; Peter Slone; Peter VanPelt; Philip Saigh Jr.; Piran Farhadieh; Rebecca Kirch; Regina Kaurich; Robert Saner; Robert Twillman; Robyn Kohn; Ronna Hauser; Rosemary Garza; Rosen, Burt; Ryan Westberry; Scott M. Fishman; Shaw, Solana; Stacey Beckhardt; Stephen Porada; Steve LaPierre; Stewart Leavitt; Sue Thau; Susan Nicholson; Susan Rogers; Tamara Sloan; Theresa Connor; Tiller, Kimberley; Timothy Byrne; Tina Tockarshewsky; Valerie Volpe; Wade Delk; William Rowe; Windy Y. Carson-Smith
**Subject:** CDC-F White Paper


Pain Care Forum

This is the draft white paper for discussion. Bob Twillman, June Dahl, Stew Leavitt and Cindy Steinberg are the major contributors. Many thanks to them for their drafting. Our goal will be to get this is satisfactory form to share with CDC. The CDC has expressed a desire to join us at our February meeting to begin a dialogue and collaboration around the issues in this white paper. Your feedback is greatly appreciated.

Looking forward to our first meeting of 2012 tomorrow at 10:30.

Regards

CONFIDENTIAL

PPLPC019000632315