# PSJ3 Exhibit 184

# PSJ3 Exhibit 184

**To:** Abrams, Robin[Robin.Abrams@pharma.com]; Bennett, Pamela (Gov't Affairs)[Pamela.Bennett@pharma.com]; Geraci, Mark[Mark.Geraci@pharma.com]; Haddox, Dr. J. David[Dr.J.David.Haddox@pharma.com]; Heins, James[James.Heins@pharma.com]; Must, Alan[Alan.Must@pharma.com]; Richards, Tim[Tim.Richards@pharma.com]; Rosen, Burt[Burt.Rosen@pharma.com]
**Cc:** Stewart, John H. (US)[John.H.Stewart@pharma.com]
**Bcc:** Stewart, John H. (US)[John.H.Stewart@pharma.com]
**From:** Rosen, Burt
**Sent:** Wed 1/11/2012 6:33:52 PM
**Subject:** FW: CDC-PCF White Paper
2012-01-11-PCF White Paper.docx

I wanted to share this with CEAC. Dave Haddox did a great job in bringing together the work of Stew, June, and Bob.
Many thanks Dave. Comments from all are welcome. We can also discuss when together next Tuesday.

---

**From:** Rosen, Burt
**Sent:** Wednesday, January 11, 2012 6:32 PM
**To:** 'Aaron Gilson'; 'Adam Chrisney'; 'Adam Clark'; 'Alec Stone'; 'Alice Mead'; 'Alyson Lewis'; 'Andrea Best'; 'Andrew Bertagnolli'; 'Anita Ducca'; 'Ashli Douglas'; 'Barbara Gordon'; Bennett, Pamela (Gov't Affairs); 'Bobby Clark'; 'Brian Gallagher'; 'Brian Munroe'; 'Carlos Gomez'; 'Caroline Schellhas'; 'Cate Dillon'; 'Catherine Underwood'; 'Cathy Trzaskawka'; 'Christy Torkildson'; 'Cindy Steinberg'; 'Claudia Campbell '; 'Crystal Muilenburg'; 'Dara Mann'; 'Darrel C. Jodrey'; 'David E. Joranson'; 'David Swankin'; 'David Woodmansee'; 'Deborah Lovin'; 'Dee Delezene Browers'; 'Donna Kalauokalani'; 'Dr. Alfred Anderson'; 'Elizabeth Ernst'; 'Fritz Bittenbender'; 'Gail Amalia B. Katz'; 'Greg Hicks'; 'Greg Thomas'; 'Jack Kalavritinos'; 'James Lavery'; 'Janet Favero Chambers'; 'Janet McUlsky'; 'Jason Byrd'; 'Jason Grove'; 'Jerold Roschwalb'; 'Jerry Hall'; 'Jewell Wellborn'; 'Jillian Manley'; 'Jim Broatch'; 'Jody Green'; 'Jonathan Keyserling'; 'Joy Buck'; 'Judi Lund Person'; 'Judy Lentz'; 'June Dahl PhD'; 'Justine Coffey'; 'Karen Davis'; 'Karina Tabor'; 'Katherine Sharpe'; 'Kathleen Strauser'; 'Kathryn Tucker'; 'Kathy Sapp'; 'Kevin L. Zacharoff'; 'Keysha Brooks-Coley'; 'Kristen Freitas'; 'Kristen Hedstrom'; 'Kristin Recchiuti'; 'Lenore Duensing'; 'Linda Kitlinski'; 'Lisa Pearlstein'; 'Lisa Robin'; 'Luke Poppish'; 'Malcolm Monaghan'; 'Marcia Lee Taylor'; 'Marcie Bough'; 'Marsha Stanton'; 'Mary Bennett'; 'Mary Pat Aardrup'; 'Matt Gunderman'; 'Mayssa Sultan'; 'Meredith Smith'; 'Michael Mattoon'; 'Micke A. Brown'; 'Mike Hall'; 'Mike Heffernan'; 'Myra Christopher'; 'Natacha Pires'; 'Natalie Hamm'; 'Nicole Kelly'; 'Patrick Coyne'; 'Patrick Plues'; 'Patrick Toalson'; 'Paul Arnstein'; 'Paul Gileno'; 'Paul Scott O'Neill'; 'Paul, Ilisa Halpern'; 'Penney Cowan '; 'Peter Slone'; 'Peter VanPelt'; 'Philip Saigh Jr.'; 'Piran Farhadieh'; 'Rebecca Kirch'; 'Regina Kaurich'; 'Robert Saner'; 'Robert Twillman'; 'Robyn Kohn'; 'Ronna Hauser'; 'Rosemary Garza'; Rosen, Burt; 'Ryan Westberry'; 'Scott M. Fishman'; Shaw, Solana; 'Stacey Beckhardt'; 'Stephen Porada'; 'Steve LaPierre'; 'Stewart Leavitt'; 'Sue Thau'; 'Susan Nicholson'; 'Susan Rogers'; 'Tamara Sloan'; 'Theresa Connor'; Tiller, Kimberley; 'Timothy Byrne'; 'Tina Tockarshewsky'; 'Valerie Volpe'; 'Wade Delk'; 'William Rowe'; 'Windy Y. Carson-Smith'
**Subject:** CDC-F White Paper

Pain Care Forum
This is the draft white paper for discussion. Bob Twillman, June Dahl, Stew Leavitt and Cindy Steinberg are the major contributors. Many thanks to them for their drafting. Our goal will be to get this is satisfactory form to share with CDC. The CDC has expressed a desire to join us at our February meeting to begin a dialogue and collaboration around the issues in this white paper. Your feedback is greatly appreciated.
Looking forward to our first meeting of 2012 tomorrow at 10:30.

Regards

CONFIDENTIAL

PPLPC017000347669