PSJ3

Exhibit 186

**To:** Abrams, Robin[Robin.Abrams@pharma.com]; Bennett, Pamela (Gov't Affairs)[Pamela.Bennett@pharma.com]; Damas, Raul[Raul.Damas@pharma.com]; Erensen, Jennifer[Jennifer.Erensen@pharma.com]; Geraci, Mark[Mark.Geraci@pharma.com]; Gittler, Juliana[Juliana.Gittler@pharma.com]; Haddox, Dr. J. David[Dr.J.David.Haddox@pharma.com]; Josephson, Robert[Robert.Josephson@pharma.com]; Kadatskaya, Stella[Stella.Kadatskaya@pharma.com]; London, Catherine[Catherine.London@pharma.com]; Miller, Lisa Dr.[Dr.Lisa.Miller@pharma.com]; Must, Alan[Alan.Must@pharma.com]; O'Donnell, Matthew[Matthew.O'Donnell@pharma.com]; Rosen, Burt[Burt.Rosen@pharma.com]
**Cc:** Strassburger, Philip[Philip.Strassburger@pharma.com]; Cawkwell, Gail[Gail.Cawkwell@pharma.com]; Coplan, Paul[Paul.Coplan@pharma.com]; Fanelli, Richard[Richard.Fanelli@pharma.com]
**From:** Rosen, Burt
**Sent:** Tue 12/8/2015 5:01:28 PM
**Subject:** FW: CLAAD coalition letter to Burwell on DATA 2000 regs/CDC guidelines
Coalition Letter to Burwell on Bup Limit Regulations 151204.docx

See this sign on letter addressing CDC guidelines and expansion of drug treatment law being circulated to the Pain Care Forum


From: Rosen, Burt
Sent: Tuesday, December 08, 2015 4:58 PM
To: Aaron Gilson; Aimee Welch champion ; Alec Stone; Alex Bardakh; Alice Mead; Amy Goldstein; Amy Melnick; Amy Shank; Anita Ducca; Anna Hyde; Annelies Hall; Aqeel Fatmi; Ashley Walton ; Barbara Marcanti; Bennett, Pamela (Gov't Affairs); Blair Clark-Schoeb (bcs@egalet.com); Brian Munroe; Bruce Colligen; Carolyn Ha; Catherine Underwood; Chris Rorick; Chrissy Kopple; Christin Veasley; Christopher Timmerman; Cindy Steinberg; Claudia Campbell ; Crystal Muilenburg; Cynthia Bens ; Dan Cohen ; Dan Ignaszewski; Daniel Raymond; Dave Duhrkoop; David E. Joranson; David Swankin; David Woodmansee; Derek Naten; Donna Kalauokalani; Dr. Alexander Kraus; Elizabeth Hanpeter; Elora Gupta; Erensen, Jennifer; Fred Branson II; Gaby Geise; Gail Amalia B. Katz; Gina Angelo; 'Greg Hicks' (greg.hicks@boehringer-ingelheim.com); Gregory Terman; gwenn herman; Haddox, Dr. J. David; Hayden Rhudy; Henrietta Ukwu; Jacquelin Harris; James Lavery; Janet Favero Chambers; Janet McUlsky; Jason Crosby; Jenna Ventresca; Jeremy Scott; Jerrica Mathis; Jewelyn Wellborn Cosgrove; Jillanne Schulte; Jillian Manley; Jim Broatch; Jody Green; John Halliwell; Jonathan Jagoda; Jonathan Keyserling; Jordan Wildermuth; Joy Buck; Judi Lund Person; Julian Malasi; June Dahl PhD; Justine Coffey; Karen Hill; Kathleen Strauser; Katie Duensing; Ken Cole; Kevin Nicholson; Kevin Zacharoff; Keysha Brooks-Coley; Kirsten Sloan; Kristen Freitas; Kristen Hedstrom; Kristin Recchiuti; Lauryl Jackson (LJackso1@ITS.JNJ.com); Lee Claassen; Lenore Duensing; Libby Terry; Lisa Pearlstein ; Lisa Robin; Lisa Saake ; Loyce Pace Bass; Maggie Buckley; Marcia Lee Taylor; Marcus Garza; Mark Fleury; Mark Tyndall ; Marsha Stanton; Marta Sokolowska; Matt Gunderman; McNeil, Melodi ; Melea Lusk; Michael Barnes; Michael Jarvis; Michael Spira; Michelle Cope; Micke Brown; Mike Heffernan; Mike Innaurato ; Mike Walsh; Myra Christopher; Nicole Kelly; Nina DeLorenzo; Patrick Coyne; Paul Arnstein; Paul Gileno; Paul Scott O'Neill; Paul, Ilisa Halpern; Peggy Tighe; Penny Cowan; Peter Pitts; Peter Reinecke; Philip Saigh Jr.; Phyllis Whitehead; Robert Falb; Robert Radie; Robert Saner; Robert Twillman; Ron Kuntz; Ronna Hauser; Rosalie Abbott; Rosemary Garza; Rosen, Burt; Ryne Carney; Saira Sultan ; Sally Welsh; Sandie Preiss; Sara Rosta; Sarah Buchanan; Sharon Brigner; Sharon Stancliff; Shaw, Solana; Sherrie Dornberger; Stephanie Fajuri; Steve LaPierre; Steve Marmaras ; Sue Thau; Susan Peschin; Susan Rogers; Susan Stone; Susan Weinstein; Teresa Shaffer; Tiffany McCaslin; Tiller, Kimberley; Tim Hermes; Timothy Byrne; Todd Stamps ; Tom O'Donnell; Wade Delk; Whitney Englander; William Gray; Windy Y. Carson-Smith
Subject: FW: CLAAD coalition letter to Burwell on DATA 2000 regs/CDC guidelines


Please see this note from Marcus and his request to get back to him if you wish to sign onto their letter.

CONFIDENTIAL
PPLPC005000220230

From: Marcus Garza [mailto:mgarza@claad.org]
Sent: Tuesday, December 08, 2015 4:50 PM
To: Rosen, Burt
Subject: CLAAD coalition letter to Burwell on DATA 2000 regs/CDC guidelines

Good afternoon Burt,

Now that the Policy Meeting is behind us, we have wrapped up drafting the letter to HHS Secretary Burwell that I mentioned at the last PCF meeting. It touches on the HHS buprenorphine regulations update, implantable/injectable products, as well as the CDC opioid prescribing guidelines. We are looking for additional signatories. Would you mind forwarding this message to the PCF listserv?

Organizations who are interested in signing may contact me directly at mgarza@claad.org or (202) 599-8435. We hope to send it within the next week/week and a half, before everyone begins to depart for the holidays.

Thanks so much!

Marcus Garza | Policy and Advocacy Manager

Center for Lawful Access and Abuse Deterrence

p (202) 599-8435 . CLAAD.org <http://www.claad.org/> . @CLAAD_Coalition <http://www.twitter.com/claad_coalition>

CONFIDENTIAL
PPLPC005000220231