PSJ3

Exhibit 188

**From:** Rosen, Burt
**Sent:** Thursday, October 08, 2015 12:02 PM
**To:** Abrams, Robin; Haddox, Dr. J. David; Must, Alan; Bennett, Pamela (Gov't Affairs); O'Donnell, Matthew; Erensen, Jennifer; Josephson, Robert; Damas, Raul
**Cc:** Motahari, Saeed; Coplan, Paul; Strassburger, Philip
**Subject:** Interesting Information relating to CDC Guidelines

At today's Pain Care Forum, Bob Twillman led discussion on the CDC Guidelines.
This information was discussed by various organizations:
- The Energy and Commerce Committee in particular has been informed and ACS has met with several key staff. Oversight Subcommittee has been informed as well.
- There will be another E&C hearing on drug abuse on October 20th and ACS will look at this as an opportunity to have questions asked
- ACS is setting up other meetings on the Hill and will invite other patient and provider groups
- ACS is considering requesting a congressional letter to be sent to CDC
- Teva, CVS, AMA and others from their Alliance will be meeting with Friedan at CDC in about 10 days. (he was unsure of exact date). While CVS is supportive of restrictive guidelines, the others have serious concerns and will bring the ADC letter directly to Friedan's attention
- October 21, CDC has notified their reviewers there will be a conference call where CDC will summarize their 250 comments, discuss process, and next steps
- October 23, CDC will post on their site the information form the October 21 call above.
- One of the PCF organizations is considering a survey monkey setting out the 12 guidelines and asking opinions on how each would impact them, i.e. pain patients, care givers, etc.

Pam was on the call, so please add anything I may have missed.
Regards

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                          PPLP003892671