PSJ3

Exhibit 190

**To:** Rosen, Burt[Burt.Rosen@pharma.com]; Damas, Raul[Raul.Damas@pharma.com]; Josephson, Robert[Robert.Josephson@pharma.com]; Must, Alan[Alan.Must@pharma.com]; Konka, Kathleen[Kathleen.Konka@pharma.com]; O'Donnell, Matthew[Matthew.O'Donnell@pharma.com]; Bennett, Pamela (Gov't Affairs)[Pamela.Bennett@pharma.com]; Erensen, Jennifer[Jennifer.Erensen@pharma.com]; Kadatskaya, Stella[Stella.Kadatskaya@pharma.com]; Motahari, Saeed[Saeed.Motahari@pharma.com]; Miller, Lisa Dr.[Dr.Lisa.Miller@pharma.com]
**From:** Haddox, Dr. J. David
**Sent:** Thur 2/25/2016 3:37:29 PM
**Subject:** RE: VA Committee Action today

Here is some more detail from the chair of the Pain Care Forum VA task force on which I serve.

> Today the House Veterans Affairs Committee unanimously passed an amended version of HR 4063, the Promoting Responsible opioid Management and Incorporation Scientific Expertise Act (PROMISE Act). The House legislation includes new provisions which will promote Veteran access to pain specialists, multidisciplinary care and a full spectrum of treatments including drug, device and complimentary therapies.
>
> Highlights changes to the House PROMISE Act:
>
> 1) Creates an advisory committee to conduct a thorough review of the most recent VA/DOD Clinical Practice Guideline for Management of Opioid Therapy for Chronic Pain and make recommendations to update the Clinical Practice Guideline. *The House version does **not** require VA to adopt CDC Guidelines.*
>
> 2) Adds a requirement for each VA health facility to certify compliance with or provide a corrective action plan to implement stepped care model of pain management. Stepped care compliance will help promote patient access to multidisciplinary care and necessary treatments to help manage chronic pain. (Stepped care model refers to improving basic pain skills among primary care professionals, with algorithms for referrals to increasingly more specialized practitioners to allow

each professional to serve at the top of their license to move pain care deeper into the foundation of VA, so people will have a greater likelihood of receiving the care they need at their primary location.)

3) Requires the VA to participate in state prescription drug monitoring programs (PDMP).

4) Adds new guidance for health care providers on FDA approved medical device and other therapies as an alternative to or to augment opioid therapy. The bill also contains a similar provision for complimentary therapies.

Dave

**J. David Haddox, DDS, MD**


-----Original Message-----
From: Rosen, Burt
Sent: Thursday, February 25, 2016 2:42 PM
To: Damas, Raul; Haddox, Dr. J. David; Josephson, Robert; Must, Alan; Konka, Kathleen; O'Donnell, Matthew; Bennett, Pamela (Gov't Affairs); Erensen, Jennifer; Kadatskaya, Stella; Motahari, Saeed; Miller, Lisa Dr.
Subject: VA Committee Action today

The House veterans affairs committee reported the promise act in action this morning. The amendment to strike all references to CDC with respect to the guidelines were stricken. The bill sets out an appropriate process to develop and update prescriber guidelines. A fuller report will go out to the Pain Care Forum later and I will share it with you.