PSJ3

Exhibit 191

Message

| | |
|---|---|
| **From**: | Engesser, Craig [/O=PURDUE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=67C8EBB5E78B4BFB88548AA3C0637817] |
| **Sent**: | 1/11/2016 11:11:42 AM |
| **To**: | Palma, Robert [/O=PURDUE/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=bf9e73318e144785a425b562cbbf5d18] |
| **CC**: | Bennett, Pamela (Gov't Affairs) [/O=PURDUE/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=dd9078e18ef849aa91902b96e851e6d1] |
| **Subject**: | FW: PAIN CARE FORUM: January Meeting Agenda/RSVP Request |
| **Attachments**: | Pain Care Forum January 14th, 2016 Agenda.docx |

For your information.

**From:** Rosen, Burt
**Sent:** Saturday, January 09, 2016 1:12 PM
**To:** Abrams, Robin; Barbarotto, Gina; Bennett, Pamela (Gov't Affairs); Damas, Raul; Engesser, Craig; Erensen, Jennifer; Geraci, Mark; Geremia, Cynthia; Gittler, Juliana; Haddox, Dr. J. David; Josephson, Robert; Kadatskaya, Stella; Konka, Kathleen; Kwarcinski, Dr. Monica; London, Catherine; Miller, Lisa Dr.; Must, Alan; Newman, Michelle; O'Donnell, Matthew; Randhawa, Amarita; Rosen, Burt; Tiller, Kimberley
**Cc:** Strassburger, Philip; Cawkwell, Gail; Motahari, Saeed; Timney, Mark; Coplan, Paul
**Subject:** FW: PAIN CARE FORUM: January Meeting Agenda/RSVP Request

Please see agenda for this month's Pain Care Forum. CDC guidelines and related issues will be discussed.
Also note White House ONDCP Director is our February guest speaker.
Regards


**From:** Rosen, Burt
**Sent:** Saturday, January 09, 2016 1:09 PM
**To:** 'Aaron Gilson'; 'Aimee Welch champion '; 'Alec Stone'; 'Alex Bardakh'; 'Alice Mead'; 'Amy Goldstein'; 'Amy Melnick'; 'Amy Shank'; 'Anita Ducca'; 'Anna Hyde'; 'Annelies Hall'; 'Aqeel Fatmi'; 'Ashley Walton '; 'Barbara Marcanti'; Bennett, Pamela (Gov't Affairs); 'Blair Clark-Schoeb (bcs@egalet.com)'; 'Brian Munroe'; 'Bruce Colligen'; 'Carolyn Ha'; 'Catherine Underwood'; 'Chris Krese'; 'Chris Rorick'; 'Chris Veasley'; 'Christopher Timmerman'; 'Cindy Steinberg'; 'Claudia Campbell '; 'Crystal Muilenburg'; 'Cynthia Bens '; 'Dan Cohen '; 'Dan Ignaszewski'; 'Daniel Raymond'; 'Dave Duhrkoop'; 'David E. Joranson'; 'David Swankin'; 'David Woodmansee'; 'Derek Naten'; 'Donna Kalauokalani'; 'Dr. Alexander Kraus'; 'Elizabeth Hanpeter'; 'Elora Gupta'; Erensen, Jennifer; 'Fred Branson II'; 'Gaby Geise'; 'Gail Amalia B. Katz'; 'Gina Angelo'; ''Greg Hicks' (greg.hicks@boehringer-ingelheim.com)'; 'Gregory Terman'; 'gwenn herman'; Haddox, Dr. J. David; 'Hayden Rhudy'; 'Henrietta Ukwu'; 'Jacquelin Harris'; 'James Lavery'; 'Janet Favero Chambers'; 'Janet McUlsky'; 'Jason Crosby'; 'Jenna Ventresca'; 'Jeremy Scott'; 'Jerrica Mathis'; 'Jewelyn Wellborn Cosgrove'; 'Jillanne Schulte'; 'Jillian Manley'; 'Jim Broatch'; 'Jody Green'; 'John Halliwell'; 'Jonathan Jagoda'; 'Jonathan Keyserling'; 'Jordan Wildermuth'; 'Joseph Hill'; 'Joy Buck'; 'Judi Lund Person'; 'Julian Malasi'; 'June Dahl PhD'; 'Karen Hill'; 'Kathleen Strauser'; 'Katie Duensing'; 'Ken Cole'; 'Kevin Nicholson'; 'Kevin Zacharoff'; 'Keysha Brooks-Coley'; 'Kirsten Sloan'; 'Kristen Freitas'; 'Kristen Hedstrom'; 'Kristin Recchiuti'; 'Lauryl Jackson (LJackso1@ITS.JNJ.com)'; 'Lee Claassen'; 'Lenore Duensing'; 'Libby Terry'; 'Lisa Pearlstein '; 'Lisa Robin'; 'Lisa Saake '; 'Loyce Pace Bass'; 'Maggie Buckley'; 'Marcia Lee Taylor'; 'Marcus Garza'; 'Mark Fleury'; 'Mark Tyndall '; 'Marsha Stanton'; 'Marta Sokolowska'; 'Matt Gunderman'; 'McNeil, Melodi '; 'Melea Lusk'; 'Michael Barnes'; 'Michael Jarvis'; 'Michael Spira'; 'Michelle Cope'; 'Micke Brown'; 'Mike Heffernan'; 'Mike Innaurato '; 'Mike Walsh'; 'Myra Christopher'; 'Nicole Kelly'; 'Nina DeLorenzo'; 'Patrick Coyne'; 'Paul Arnstein'; 'Paul Gileno'; 'Paul Scott O'Neill'; 'Paul, Ilisa Halpern'; 'Peggy Tighe'; 'Penny Cowan'; 'Peter Pitts'; 'Peter Reinecke'; 'Philip Saigh Jr.'; 'Phyllis Whitehead'; 'Robert Falb'; 'Robert Radie'; 'Robert Saner'; 'Robert Twillman'; 'Ron Kuntz'; 'Ronna Hauser'; 'Rosalie Abbott'; 'Rosemary Garza'; Rosen, Burt; 'Ryne Carney'; 'Saira Sultan '; 'Sally Welsh'; 'Sandie Preiss'; 'Sara Rosta'; 'Sarah Buchanan'; 'Sharon Brigner'; 'Sharon

Stancliff'; Shaw, Solana; 'Sherrie Dornberger'; 'Stephanie Fajuri'; 'Steve LaPierre'; 'Steve Marmaras '; 'Sue Thau'; 'Susan Peschin'; 'Susan Rogers'; 'Susan Stone'; 'Susan Weinstein'; 'Teresa Shaffer'; 'Tiffany McCaslin'; Tiller, Kimberley; 'Tim Hermes'; 'Timothy Byrne'; 'Todd Stamps '; 'Tom O'Donnell'; 'Wade Delk'; 'Whitney Englander'; 'William Gray'; 'Windy Y. Carson-Smith'
**Subject:** PAIN CARE FORUM: January Meeting Agenda/RSVP Request

The next Pain Care Forum meeting is Thursday, January 14th 10:30 to 11:30 A.M. [EASTERN TIME]. Please see the attached agenda.
**If you are attending the meeting <u>in-person</u>, please be sure to RSVP for building security reasons** to Solana.Shaw@Pharma.com (regrets and telephone participation responses are **NOT necessary**).

### PAIN CARE FORUM JANUARY 2016 MEETING
*RSVP's for <u>in-person</u> attendance required.*
**DATE:** Thursday, January 14th
**TIME: 10:30 to 11:30 A.M.** (Eastern Time)
**LOCATION:** ***NEW MEETING LOCATION for 2016 PCF Meetings*** BOSTON SCIENTIFIC 1455 Pennsylvania Avenue, NW – 9th floor  Washington, DC 20004

## REMINDER*
## February 11th Guest Speaker is Michael Botticelli, Director of the Whitehouse ONDCP

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP004303707