# PSJ3

# Exhibit 192

**To:** Slone, Pete[Pete.Slone@McKesson.com]
**From:** Rosen, Burt
**Sent:** Fri 2/5/2016 10:02:56 PM
**Subject:** Re: Baldwin Bill S. 1641 with CDC Guidlines Included in "Omnibus" Veterans Bill Passed Unanimously by Senate VA Committee

Ok. No problem. Enjoyed lunch.

On Feb 5, 2016, at 8:43 PM, Slone, Pete <Pete.Slone@McKesson.com> wrote:

> Got it. Thanks.  Just want to run a quick internal trap.  Will then send email.

Sent from my iPad

On Feb 5, 2016, at 4:25 PM, Rosen, Burt <Burt.Rosen@pharma.com> wrote:

> This was 10/15
> May be one or two additions but should provide the sense of who they are.
> Regards
>
> **From:** Slone, Pete [mailto:Pete.Slone@McKesson.com]
> **Sent:** Friday, February 05, 2016 4:18 PM
> **To:** Rosen, Burt
> **Subject:** RE: Baldwin Bill S. 1641 with CDC Guidlines Included in "Omnibus" Veterans Bill Passed Unanimously by Senate VA Committee
>
>> As there's no website for me to peruse, do you have a membership list by organization? Thx
>
> **Pete Slone**
> SVP, Public Affairs
> Corporate Public Affairs
>
> (202) 638-3833 office
> mobile
>
> **McKesson Corporation**
> 601 Pennsylvania Avenue, NW
> Suite 950 North
> Washington, DC  20004
> www.mckesson.com
>
> **From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
> **Sent:** Friday, February 05, 2016 2:17 PM
> **To:** Slone, Pete
> **Subject:** FW: Baldwin Bill S. 1641 with CDC Guidlines Included in "Omnibus" Veterans Bill Passed Unanimously by Senate VA Committee
>
>> Fyi as discussed.

Office 202-508-0750
Cell

**From:** Rosen, Burt
**Sent:** Friday, February 05, 2016 2:15 PM
**To:** 'Aaron Gilson'; 'Aimee Welch champion '; 'Alec Stone'; 'Alex Bardakh'; 'Alice Mead'; 'Amy Goldstein'; 'Amy Melnick'; 'Amy Shank'; 'Anita Ducca'; 'Anna Hyde'; 'Annelies Hall'; 'Aqeel Fatmi'; 'Ashley Walton'; 'Barbara Marcanti'; Bennett, Pamela (Gov't Affairs); 'Blair Clark-Schoeb (bcs@egalet.com)'; 'Brian Munroe'; 'Bruce Colligen'; 'Carolyn Ha'; 'Catherine Underwood'; 'Chris Krese'; 'Chris Rorick'; 'Christin Veasley '; 'Christopher Timmerman'; 'Cindy Steinberg'; 'CLAAD Policy'; 'Claudia Campbell '; 'Crystal Muilenburg'; 'Cynthia Bens '; 'Dan Cohen '; 'Dan Ignaszewski'; 'Daniel Raymond'; 'Dave Duhrkoop'; 'David E. Joranson'; 'David Swankin'; 'David Woodmansee'; 'Deborah Pasko'; 'Derek Naten'; 'Donna Kalauokalani'; 'Dr. Alexander Kraus'; 'Elizabeth Hanpeter'; Erensen, Jennifer; 'Fred Branson II'; 'Gaby Geise'; 'Gail Amalia B. Katz'; 'Gina Angelo'; ''Greg Hicks' (greg.hicks@boehringer-ingelheim.com)'; 'Gregory Terman'; 'gwenn herman'; Haddox, Dr. J. David; 'Hayden Rhudy'; 'Henrietta Ukwu'; 'Jacquelin Harris'; 'James Lavery'; 'Janet Favero Chambers'; 'Janet McUlsky'; 'Jason Crosby'; 'Jenna Ventresca'; 'Jeremy Scott'; 'Jerrica Mathis'; 'Jewelyn Wellborn Cosgrove'; 'Jillanne Schulte'; 'Jillian Manley'; 'Jim Broatch'; 'Joan Baird'; 'Jody Green'; 'John Halliwell'; 'John Kraemer'; 'Jonathan Jagoda'; 'Jonathan Keyserling'; 'Jordan Wildermuth'; 'Joseph Hill'; 'Joy Buck'; 'Judi Lund Person'; 'Julian Malasi'; 'June Dahl PhD'; 'Karen Hill'; 'Kathleen Strauser'; 'Katie Duensing'; 'Ken Cole'; 'Kevin Nicholson'; 'Kevin Zacharoff'; 'Keysha Brooks-Coley'; 'Kirsten Sloan'; 'Kristen Freitas'; 'Kristen Hedstrom'; 'Kristin Recchiuti'; 'Lauryl Jackson (LJackso1@ITS.JNJ.com)'; 'Lee Claassen'; 'Lenore Duensing'; 'Libby Terry'; 'Lisa Pearlstein '; 'Lisa Robin'; 'Lisa Saake '; 'Loyce Pace Bass'; 'Maggie Buckley'; 'Marcia Lee Taylor'; 'Mark Fleury'; 'Mark Tyndall '; 'Marsha Stanton'; 'Marta Sokolowska'; 'Matt Gunderman'; 'McNeil, Melodi '; 'Melea Lusk'; 'Michael C. Barnes'; 'Michael Fahmy'; 'Michael Jarvis'; 'Michael Spira'; 'Michelle Cope'; 'Micke Brown'; 'Mike Heffernan'; 'Mike Innaurato '; 'Mike Walsh'; 'Myra Christopher'; 'Nicole Kelly'; 'Nina DeLorenzo'; 'Patrick Coyne'; 'Paul Arnstein'; 'Paul Gileno'; 'Paul Scott O'Neill'; 'Paul, Ilisa Halpern'; 'Peggy Tighe'; 'Penny Cowan'; 'Peter Pitts'; 'Peter Rankin'; 'Peter Reinecke'; 'Philip Goglas'; 'Philip Saigh Jr.'; 'Phyllis Whitehead'; 'Robert Falb'; 'Robert Radie'; 'Robert Saner'; 'Robert Twillman'; 'Ron Kuntz'; 'Ronna Hauser'; 'Rosalie Abbott'; 'Rosemary Garza'; Rosen, Burt; 'Ryne Carney'; 'Saira Sultan '; 'Sally Welsh'; 'Sandie Preiss'; 'Sara Rosta'; 'Sarah Buchanan'; 'Sharon Brigner'; 'Sharon Stancliff'; Shaw, Solana; 'Sherrie Dornberger'; 'Stephanie Fajuri'; 'Steve LaPierre'; 'Steve Marmaras '; 'Sue Thau'; 'Susan Peschin'; 'Susan Rogers'; 'Susan Stone'; 'Susan Weinstein'; 'Teresa Shaffer'; 'Tiffany McCaslin'; Tiller, Kimberley; 'Tim Hermes'; 'Timothy Byrne'; 'Todd Stamps '; 'Tom O'Donnell'; 'Wade Delk'; 'Whitney Englander'; 'William Gray'; 'Windy Y. Carson-Smith'
**Subject:** FW: Baldwin Bill S. 1641 with CDC Guidlines Included in "Omnibus" Veterans Bill Passed Unanimously by Senate VA Committee

Please see below from Steve who is leading the VA Task Force

CONFIDENTIAL                                                                                                                                    PPLPC018001287704

**From:** LaPierre, Steven [mailto:Steve.LaPierre@bsci.com]
**Sent:** Friday, February 05, 2016 9:56 AM
**To:** Rosen, Burt
**Subject:** Baldwin Bill S. 1641 with CDC Guidlines Included in "Omnibus" Veterans Bill Passed Unanimously by Senate VA Committee

Hi Burt – please send to the Pain Forum. We have discovered that the Senate Veterans Committee included several bills in an "omnibus veterans" package in a markup of S. 425, the Homeless Veterans bill, including the Baldwin Bill -- requiring VA to adopt the controversial CDC guidelines. We will discuss this and the likely markup of the PROMISE bill in the House Veterans Affairs Committee in early March.
Steve

**Cc:**
**Subject:** RE: EXTERNAL: RE: Baldwin bill included in omnibus unanimously by Senate VA comte

All, see Sen. Isakson's press release after the markup below.  Here is what I think happened.  One of the bills marked up was S. 425, which a homeless veterans bill introduced by Sen. Boozman.  For whatever reason, they chose that bill as a vehicle to attach a bunch of other bills to. One of those bills was Sen. Baldwin's bill with the CDC language, S. 1641.  See the fifth bullet point below where they list what was put in to it.  They are referring to that bill as passed by the Committee as an "omnibus" bill, but I think they mean is an omnibus veterans bill.  As far as I can tell, it was not included in the omnibus appropriations bill and has nothing to do with it.

According to Thomas, they have not filed a report on this omnibus veterans bill, S. 425, so the text of the reported bill is not available. However, note that Sen. Baldwin's press release referred to an "updated" version of the bill being included so it likely was not the original bill text.  At any rate, S. 425 has not moved to the Senate floor yet, so there should still be time to work on it before it goes to the floor.  Not sure what they are talking about with respect to it awaiting conference.  The only way I can see that that could be true is if they reintroduced the whole package under a new bill number and it passed the Senate, but I don't see any evidence of that having happened.

# Isakson Applauds Committee Passage of Legislation to

# Improve VA Accountability
## Committee also passes comprehensive VA health care, benefits bill

WASHINGTON – U.S. Senator Johnny Isakson, R-Ga., chairman of the Senate Committee on Veterans' Affairs, today applauded the committee passage of legislation aimed at increasing accountability at the Department of Veterans Affairs and improving veterans' benefits and health care.

**"I want to thank the committee members for their hard work in coming together to create bipartisan, commonsense legislation to help our veterans,"** said Isakson. **"The omnibus bill passed by the committee today will go a long way to help ensure that our veterans receive the health care and services they deserve in a fiscally-responsible way. We also passed a crucial bill that will help force the VA to finally start holding its employees accountable, something the VA has so far been unwilling to do. I look forward to seeing these bills passed by the full Senate."**

At a markup held today, the committee approved the *Increasing the Department of Veterans Affairs Accountability to Veterans Act of 2015* (S.290), which prospectively reduces the pensions for VA executives convicted of felonies. Introduced by Sen. Jerry Moran, R-Kan., and Sen. Richard Blumenthal, D-Conn., the bill also reforms the VA's administrative leave policies and establishes new performance standards for employees placed on probation.

In addition, the committee approved the *Veterans Homeless Programs, Caregiver Services and Other Improvements Act of 2015* (S.425), an omnibus bill originally introduced by Sen. John Boozman, R-Ark., and Sen. Jon Tester, D-Mont. It includes numerous provisions to improve veterans' health care and benefits, including measures to:

- Expand the VA definition of homeless to include those fleeing domestic violence.
- Increase the pension received by Medal of Honor recipients.
- Provide legal services for homeless veterans and expand the VA's program to provide dental services to homeless veterans.
- Expand eligibility for the Department of Labor's Homeless Veterans' Reintegration Program.
- Improve opioid safety measures at the VA and establish a working group on pain management at the VA and the Department of Defense.
- Expand eligibility for the VA's family caregiver program and ensure the VA implements improvements to the program identified by the Government Accountability Office
- Restore GI Bill benefits to veterans affected by the closures of educational institutions.

CONFIDENTIAL
PPLPC018001287706

- Increase eligibility for certain veterans education benefits and improve how those benefits are administered by the VA.
- Expedite the payment of various survivor benefits to family members of deceased veterans.

Earlier this year, Isakson listed combating veteran homelessness as one of his top priorities as chairman.
The two bills approved by the committee today now go to the full Senate.

Baldwin bill included in omnibus unanimously by Senate VA comte

"Jason Simcakoski Memorial Opioid Safety Act", S. 1641 – apparently as part of omnibus (which we knew – must also have included in omnibus the Moran bill on VA treatment of vets and Boozman homeless vets bills).

Contains the controversial section on CDC opioid guidelines. See press release below – every vets group supported, as does Wisconsin Medical Society.

# Senate Veterans' Affairs Committee Unanimously Advances Baldwin Reforms to Full Senate

## Legislation would improve pain care at VA, provide

CONFIDENTIAL
PPLPC018001287707

*stronger oversight, and address the problem of overprescribing practices*

*Chairman Isakson: Baldwin bill one of the "great accomplishments" of the committee*

WASHINGTON, D.C. – U.S. Senator Tammy Baldwin today applauded the Senate Committee on Veterans' Affairs for passing an updated version of her *Jason Simcakoski Memorial Opioid Safety Act,* a bill aimed at providing safer and more effective pain management services to our nation's veterans.

The legislation was cleared today as part of a larger bill, to improve health care and other issues at the U.S. Department of Veterans Affairs (VA), which unanimously passed the committee by voice vote. The entire section of the legislation related to veterans' health care is titled *The Jason Simcakoski Memorial Act.* The bill now heads to the full Senate for consideration.

CONFIDENTIAL

http://www.baldwin.senate.gov/press-releases/us-senator-tammy-baldwins-jason-simcakoski-memorial-act-moves-forward-

<PAIN CARE FORUM Organizations 2015.docx>

CONFIDENTIAL PPLPC018001287709