# PSJ3 Exhibit 213A

# Memorandum

| Subject | Date |
|---|---|
| Internet Presentation with Anda Inc. on September 9, 2005 (DFN: 060-06.05) | OCT 2 0 2005 |

| To | From |
|---|---|
| Joseph Rannazzisi<br>Acting Deputy Assistant Administrator<br>Office of Diversion Control | Michael R. Mapes, Chief<br>E-Commerce Section (ODC) |

On September 9, 2005, a meeting was held at the Office of Diversion Control conference room. In attendance were Mr. Michael Cochrane, Regulatory Compliance Manager, Herschel E. Sparks Jr., Litigation Counsel for Anda Inc., Michael R. Mapes, Chief, E-Commerce Section, Charles E. Trant, Office of Chief Counsel, Diversion & Regulatory Litigation Division, and Kyle J. Wright, Chief, E-Commerce Operations Unit. The purpose of the meeting was to address the illegal domestic Internet pharmacy problem and their source of supply.

Mr. Mapes opened the meeting by presenting to Mr. Cochrane and Mr. Sparks a power point briefing which explained the common characteristics of Internet pharmacies and why their activities are illegal. Reviewed with the representatives of Anda Inc. were:
- Supreme Court Cases and Immediate Suspension orders of Internet pharmacies.
- Establishing the medical need necessity for a prescription to be legal.
- The DEA Internet Policy.
- Verified Internet Pharmacy Practice Sites (VIPPS).
- Policies published by the American Medical Association (AMA) and the Federation of State Medical Boards.
- Review of the suspicious order requirements Title 21, Code of Federal Regulations.
- Common practices and ordering patterns of Internet pharmacies.
- Examples of two Internet pharmacies highlighting the brazenness of activity to which Internet pharmacies will go to.

After the presentation, Mr. Mapes presented to Mr. Cochrane and Mr. Sparks specific customers of Anda Inc., which have raised significant concerns with the DEA from the substantial quantities of hydrocodone products being ordered. The specific customers of Anda Inc. were:



Confidential – Subject to Protective Order

US-DEA-00000168

Mr. Mapes finalized the presentation by advising the representatives of Anda Inc. that they needed to thoroughly review the materials which had been presented to them and review in-depth the purchasing patterns and quantities of their customers. Mr. Mapes further informed Anda Inc. they were the primary supplier to virtually every identified Internet Pharmacy.

Mr. Cochrane and Mr. Sparks both acknowledged understanding of the material presented and the seriousness of their responsibilities and assisting in addressing the issues presented.

In consultation with Mr. Trant, it was agreed, that if E-Commerce Operations (ODCO) were to identify a highly suspicious pharmacy to which Anda Inc. was the wholesaler, ODCO would notify Anda Inc. via e-mail of the suspicious activity for Anda Inc. to review and take the actions the company deems appropriate. Mr. Mapes also informed the representatives of Anda Inc., if he desired further information, or training, to notify ODCO which would provide the requested information or training.

The meeting between Anda Inc. and DEA was ended at this time, with each party having a clearer understanding and agreement as to how best address the sources of supply to Internet pharmacies.

Attachments:
1. Briefing Binder
2. Charts of Anda's Customers

CC:  DPM Barbara McGrath
     Miami Field Division

bcc:  ✓DFN: 060-06.05
      Chron

ODC ___
ODCO ___:KWright:pln:703-653-2103:10/21/05
Filename: Anda.doc

# INTERNET PHARMACY DATA

Meeting With
Anda Inc.
DEA Headquarters
September 9, 2005

# Internet Pharmacies

- **Domestic Based**
  - Related to an existing pharmacy
    - Walk in patients with prescriptions
    - Some legitimate some not
  - Unrelated to brick and mortar pharmacy
    - No local patients or doctors
    - No walk-in business
- **Foreign based**

Confidential – Subject to Protective Order
US-DEA-00000170

## Involved With Internet Pharmacies

- Doctors
- Pharmacies
- Distributors

- Internet Service Providers
- Credit Card Companies
- Delivery Services
- Internet Pharmacy Facilitators

## ISSUES TO CONSIDER

- Frequency of Orders
- Size of Orders
- Range of Products Purchased
- Payment Method
- Pharmacy Location
- % Controlled vs. % Non-Controlled
- Customer pick up at distributor

2

## DEA DISTRIBUTOR REGISTRATIONS

- Title 21 United States Code, Section 823
  - Is the registration in the public interest?
    - Maintenance of effective controls against diversion of particular controlled substances into other than legitimate medical channels

## Supreme Court Case

- Direct Sales Co, Inc. v. United States (1943)
  - Mail order sales to doctor
  - Most sales were Morphine
  - Increase in quantities purchased
  - Business practices attracted customers who were violating the law
  - Drugs have inherent susceptibility to harmful and illegal use

3

Confidential – Subject to Protective Order
US-DEA-00000172

# EZ RX, LLC

- 69 FR 63,178 (2004)
  - Revocation of DEA Registration
  - Immediate Suspension of DEA Registration
    - 300,000 dosage units in three months
    - Phentermine, Phendimetrazine, Ambien

# RX Network of South Florida, LLC

- 69 FR 62,093 (2004)
  - Revocation of DEA Registration
  - Immediate Suspension of DEA Registration
    - 19,300,000 dosage units of various controlled substances
    - Based on Internet Questionnaires
  - Not in the course of professional practice

4

Confidential – Subject to Protective Order
US-DEA-00000173

## Supreme Court Case

- United States v. Moore
  423 U.S. 122 (1975)
  - Usual course of professional practice
    - Patient with a Medical Complaint
    - History
    - Physical Examination
    - Nexus Between Complaint/History/Exam and Drug Prescribed

## DEA Internet Policy

- 66 FR 21,181 (2001)
- Prescriptions can only be issued by a doctor acting in the usual course of professional practice
- Prescription not issued in the usual course of professional practice is not valid
- An Internet questionnaire alone is not sufficient to legally prescribe controlled substances

5

## VIPPS

- National Association of Boards of Pharmacy
  - Licensed, legitimate, Inspection
  - Verified Internet Pharmacy Practice Sites
  - 14 VIPPS Approved Pharmacies as of 06-27-2005
  - www.nabp.net/vipps/consumer/faq.asp

## American Medical Association

- H-120.949 Guidance for Physicians on Internet Prescribing
  - valid patient-physician relationship, includes, but not limited to:
    - History and physical exam
    - Dialogue with patient
    - Follow up to assess outcome
    - Maintain medical record
    - Include electronic prescription in patient's medical record

6

Confidential – Subject to Protective Order

US-DEA-00000175

## Federation of State Medical Boards

- Created Model Guidelines for the Appropriate use of the Internet in Medical Purpose

  – Treatment and consultation made in an online setting will be held to same standard as face-to-face settings.
  – Treatment based solely on an online questionnaire is not acceptable

## Suspicious Orders

- 21 CFR 1301.74
- Requires that registrants design and operate system to identify suspicious orders

- Report suspicious orders to DEA when discovered

7

Confidential – Subject to Protective Order
US-DEA-00000176

## Suspicious Orders

- Reporting a suspicious order to DEA does NOT relieve the distributor of the responsibility to maintain effective controls against diversion

## Suspicious Orders

- DEA cannot tell a distributor if an order is legitimate or not

- Distributor must determine which orders are suspicious and make a sales decision

8

Confidential – Subject to Protective Order

US-DEA-00000177





Confidential – Subject to Protective Order	US-DEA-00000178