PSJ3

Exhibit 213D

## Supreme Court Case

- United States v. Moore
    423 U.S. 122 (1975)
  - Usual course of professional practice
    - Patient with a Medical Complaint
    - History
    - Physical Examination
    - Nexus Between Complaint/History/Exam and Drug Prescribed

## DEA Internet Policy

- 66 FR 21,181 (2001)
- Prescriptions can only be issued by a doctor acting in the usual course of professional practice
- Prescriptions not issued in the usual course of professional practice are not valid
- An Internet questionnaire alone is not sufficient to legally prescribe controlled substances

6

Confidential – Subject to Protective Order

US-DEA-00000197

## VIPPS

- **National Association of Boards of Pharmacy**
  - Licensed, legitimate, Inspection
  - Verified Internet Pharmacy Practice Sites
  - 14 VIPPS Approved Pharmacies as of 06-27-2005
  - www.nabp.net/vipps/consumer/faq.asp

## American Medical Association

- **H-120.949 Guidance for Physicians on Internet Prescribing**
  - valid patient-physician relationship, includes, but not limited to:
    - History and physical exam
    - Dialogue with patient
    - Follow up to assess outcome
    - Maintain medical record
    - Include electronic prescription in patient's medical record

7

## Federation of State Medical Boards

- Created Model Guidelines for the Appropriate use of the Internet in Medical Purpose

  – Treatment and consultation made in an online setting will be held to same standard as face-to-face settings.
  – Treatment based solely on an online questionnaire is not acceptable

## Suspicious Orders

- 21 CFR 1301.74
- Requires that registrants design and operate a system to identify suspicious orders

- Report suspicious orders to DEA when discovered

8

Confidential – Subject to Protective Order
US-DEA-00000199

## Suspicious Orders

- Reporting a suspicious order to DEA does NOT relieve the distributor of the responsibility to maintain effective controls against diversion

## Suspicious Orders

- DEA cannot tell a distributor if an order is legitimate or not

- Distributor must determine which orders are suspicious and make a sales decision

9

Confidential – Subject to Protective Order

US-DEA-00000200





Confidential – Subject to Protective Order  US-DEA-00000201





Confidential – Subject to Protective Order

US-DEA-00000202





Example #3
- Advised Distributor they are an Internet Pharmacy
- No VIPPS approval
- Frequent Large Orders
- Hydrocodone and Benzodiazepines
- 99% controlled substances
- No established business credit

12

Confidential – Subject to Protective Order
US-DEA-00000203