PSJ3

Exhibit 213E



Confidential – Subject to Protective Order

US-DEA-00000204

## SUMMARY

- A pattern of drugs being distributed to pharmacies who are diverting controlled substances demonstrates the lack of effective controls against diversion by the distributor

- The DEA registration of the distributor could be revoked under public interest grounds

## SUMMARY

- Any Distributor who is selling controlled substances that are being dispensed outside the course of professional practice must stop immediately

- DEA cannot guarantee that past failure to maintain effective controls against diversion will not result in action against a distributor

14

Confidential – Subject to Protective Order
US-DEA-00000205

## SUMMARY

- DEA will:
  - Meet with other distributors involved in distributing to Internet pharmacies
  - Provide this information to your employees at your request
  - Meet with Industry groups or associations to discuss issue if requested

## Contact Information

Matthew Murphy, Chief
  Pharmaceutical Investigations Section
    202-307-8008

Kyle Wright, Staff Coordinator
  Pharmaceutical Investigations Section
    202-658-7514

15

US-DEA-00000206



ANDA Ohio and Florida hydrocodone (dosage units) sales to the combined top 5 pharmacies January-July, 2007



ANDA Ohio and Florida hydrocodone sales (dosage units) to the top known internet pharmacies January 2007-July 2007

Confidential – Subject to Protective Order
US-DEA-00000208



Hydrocodone sales (dosage units) to the top 5 pharmacies by ANDA RA0180733 January-July 2007

Confidential – Subject to Protective Order



Confidential – Subject to Protective Order

US-DEA-00000210



Examples of spikes in hydrocodone (dosage units) sales to pharmacies by ANDA RA0180733 January-July 2007

Confidential – Subject to Protective Order

US-DEA-00000211



Confidential – Subject to Protective Order

US-DEA-00000212

ANDA Ohio and Florida hydrocodone sales to pharmacies January-July 2007

| DEA # | dosage units purchased at pharmacies | number of pharmacies | |
|---|---|---|---|
| RA0180733 | >1,000,000 | 0 | 0.0% |
| RA0180733 | 800,000-999,999 | 2 | 0.1% |
| RA0180733 | 500,000-799,000 | 2 | 0.1% |
| RA0180733 | 100,000-499,000 | 55 | 1.7% |
| RA0180733 | 50,000-99,000 | 88 | 2.7% |
| RA0180733 | 10,000-49,000 | 483 | 14.8% |
| RA0180733 | <10,000 | 2,641 | 80.7% |
| RA0180733 | Total | 3,271 | |
| | | | |
| RA0287020 | >1,000,000 | 5 | 0.1% |
| RA0287020 | 800,000-999,999 | 2 | 0.0% |
| RA0287020 | 500,000-799,000 | 10 | 0.2% |
| RA0287020 | 100,000-499,000 | 70 | 1.7% |
| RA0287020 | 50,000-99,000 | 148 | 3.6% |
| RA0287020 | 10,000-49,000 | 797 | 19.5% |
| RA0287020 | <10,000 | 3,058 | 74.8% |
| RA0287020 | Total | 4,090 | |

Confidential – Subject to Protective Order

US-DEA-00000213