PSJ3

Exhibit 221

**To:** Heins, James[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HEINSJ]; Bennett, Pamela[/O=PURDUE/OU=PURDUE US/CN=SALES AND MARKETING - FIELD/CN=BENNETTP]; Haddox, Dr. J. David[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HADDOXJ]
**Cc:** iris.orad@rafa-lab.co.il[iris.orad@rafa-lab.co.il]
**From:** Cohen, Rob
**Sent:** Tue 11/1/2005 11:09:10 AM
**Subject:** Re: drug diversion

Yes please Jim to all the below. Much appreciated.
Rob

-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Heins, James <James.Heins@pharma.com>
To: Cohen, Rob <rob.cohen@mundipharma.co.uk>; Bennett, Pamela <Pamela.Bennett@pharma.com>; Haddox, Dr. J. David <Dr.J.David.Haddox@pharma.com>
Sent: Tue Nov 01 16:06:26 2005
Subject: RE: drug diversion

Rob,

The DEA has been criticized by some groups for being overzealous and heavy handed in investigating pain management providers. The Cato Institute in Washington DC recently held a panel discussion to discuss prosecution (some say persecution of doctors by DEA). Do you have or want any of the materials related to this conference?

Also, I have some pretty good editorials (even the New York Times) talking about the need for balance. Let me know if you want them.

JWH

-----Original Message-----
From: Cohen, Rob
Sent: Tuesday, November 01, 2005 6:39 AM
To: Bennett, Pamela; Heins, James; Haddox, Dr. J. David; Levine, Ron; Graham, Aaron; Abrams, Robin
Cc: iris.orad@rafa-lab.co.il; Must, Alan
Subject: Re: drug diversion

Sorry about that pressed the send button prematurely.

To continue I don't think the concerns are solely because of the report in fact I don't even know if they

have seen the report but they are clearly aware of some of the issues.

I have pointed them in the direction of David's work and I believe the the pain society president will contact David (they met at the last Open Minds meeting).

All the things you mention below will be helpful. Ideally, this can be resolved without it becoming a public debate about abuse and diversion as opposed to the public debate on improving pain management that is the goal.

Thanks in advance for all your support.

Kr

Rob

------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----

From: Cohen, Rob <rob.cohen@mundipharma.co.uk>

To: Bennett, Pamela <Pamela.Bennett@pharma.com>; Heins, James <James.Heins@pharma.com>; Haddox, Dr. J. David <Dr.J.David.Haddox@pharma.com>; Levine, Ron <Ron.Levine@pharma.com>; Graham, Aaron <Aaron.Graham@pharma.com>; Abrams, Robin <Robin.Abrams@pharma.com>

CC: 'iris.orad@rafa-lab.co.il' <iris.orad@rafa-lab.co.il>; Must, Alan <Alan.Must@pharma.com>

Sent: Tue Nov 01 11:24:32 2005

Subject: Re: drug diversion

Hi Pam

I think the main concern is that Israel has not had any adverse press for oxycontin and the worry is that this group might create such negative publicity

CONFIDENTIAL

PPLPC024000142049

-------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----

From: Bennett, Pamela <Pamela.Bennett@pharma.com>

To: Cohen, Rob <rob.cohen@mundipharma.co.uk>; Heins, James <James.Heins@pharma.com>; Haddox, Dr. J. David <Dr.J.David.Haddox@pharma.com>; Levine, Ron <Ron.Levine@pharma.com>; Graham, Aaron <Aaron.Graham@pharma.com>; Abrams, Robin <Robin.Abrams@pharma.com>

CC: Iris.orad@rafa-lab.co.il <Iris.orad@rafa-lab.co.il>; Must, Alan <Alan.Must@pharma.com>

Sent: Tue Nov 01 00:22:28 2005

Subject: Re: drug diversion

Rob-

What are the specific conerns that Israel has?

Are the concerns solely related to the CASA report?

Have they taken into consideration David Joranson's International work on the need for opioid availability and balance?  Do you want me to talk to David and see what he thinks?

Do you need some advocates that have done work over there?  I may have some contacts if you go down that road.  I would be glad to call Lilliana and others.

Would it be helpful to know what programs/resources have been helpful to law enforcement?  For example RX Patrol, etc...

David...would any of the Pinney work be helpful here?

CONFIDENTIAL

Rob...there is a state law enforcement body in the US called Attorney Generals...they are not the DEA...but they are the top law enforcement group in each state...they have a policy on the need for balance...would that information be helpful?

We are glad to help in anyway we can...

KR

Pamela

-----Original Message-----

From: Cohen, Rob <rob.cohen@mundipharma.co.uk>

To: Heins, James <James.Heins@pharma.com>; Bennett, Pamela <Pamela.Bennett@pharma.com>; Haddox, Dr. J. David <Dr.J.David.Haddox@pharma.com>

CC: Iris Orad <Iris.orad@rafa-lab.co.il>

Sent: Mon Oct 31 13:00:32 2005

Subject: FW: drug diversion

Dear all

I urgently need your help.

As you are aware we have been working with the Open Minds group (www.openmindsonline.org <http://www.openmindsonline.org/> ) on a campaign to improve the regulation surrounding opioid prescribing to help reduce some of the barriers for patients to access effective pain relief.

As part of that campaign Rafa are working with multiple partners in Israel on an Israeli version of the White Paper (presented to members of the European Parliament) – the result of a pan-European audit of opioid regulations and law.

They have a great deal of support but an Israeli agency similar to the DEA has expressed strong concerns and has specifically pinpointed the Oxycontin issues in the US as a basis for that opposition.

The attached report has some circulation in Israel and I wondered if you were able to provide any materials that address the issues raised in the report together with any additional materials that you think may would be helpful in handling the objections raised in Israel (I recall a recent New York Times article that was quite helpful in putting the US situation into perspective.

I hope you are all well and look forward to receiving any advice and support you may be able to offer.

KR

Rob

CONFIDENTIAL
PPLPC024000142052

-----

From: Iris Orad [mailto:Iris.orad@rafa-lab.co.il]

Sent: 31 October 2005 15:27

To: Cohen, Rob

Subject: FW: drug diversion

-----

From: mmarieli [mailto:mmarieli@bezeqint.net]

Sent: Saturday, October 22, 2005 3:24 PM

To: ghis@hadassah.org.il; 'Iris Orad'; "???? ??????'; chernyn@netvision.net.il; "??? ???????'; 'Yoram Zinger'; dina.rashman@taro.co.il; colt@012.net.il; 'Elon Eisenberg'

Cc: dollberg@post.tau.ac.il; 'CC: "Anat Savion'

Subject: drug diversion

Please read and relate to this…….the findings are troublesome..even though we are not USA ..do not ignore the problem…believe me it is there…

CONFIDENTIAL                                                                                                                                              PPLPC024000142053

In order to succeed in our task of providing pain med for our patients we must also confront this problem

Mickey

MICKEY ARIELI

Ministry of Health Israel

Ministry of Health

central district

pharmacy ramla govt. complex

rechov hertzel 91

ramla, israel 72430

 <mailto:mmarieli@bezeqint.net> mmarieli@bezeqint.net

 <mailto:Mickey.Arieli@lbm.health.gov.il> Mickey.Arieli@lbm.health.gov.il

tel:

fax:

mobile:

CONFIDENTIAL
PPLPC024000142054

97289788625

97289214936

972506242677

 <https://www.plaxo.com/add_me?u=4295336207&v0=732575&k0=1991729804> Add me to your address book...

 <http://www.plaxo.com/signature> Want a signature like this?

_____

This e-mail has been scanned for viruses by MCI's Internet Managed Scanning Services - powered by MessageLabs. For further information visit http://www.mci.com

CONFIDENTIAL

PPLPC024000142055