PSJ3

Exhibit 223

| | |
|---|---|
| **Message** | |
| **From**: | Dolch, Gary [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=GARY.DOLCH] |
| **Sent**: | 4/25/2007 6:36:48 PM |
| **To**: | Henderson, Jeff [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=JEFF.HENDERSON] |
| **Subject**: | Re: DEA shuts ABC Distribution Center |

It involves training of staff including sales representatives that we have done on the internet pharmacy issue and recognizing potential problems. ABC talked to us last night and it was apparent from the discussion that training was a key part of their situation.

Gary
.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Henderson, Jeff <Jeff.Henderson@cardinal.com>
To: Dolch, Gary <Gary.Dolch@cardinal.com>
Sent: Wed Apr 25 13:45:16 2007
Subject: RE: DEA shuts ABC Distribution Center

So what is the issue that we don't have??

Jeffrey W. Henderson
Chief Financial Officer
CardinalHealth

_____
From: Dolch, Gary
Sent: Wednesday, April 25, 2007 10:55 AM
To: Mazzola, Jim
Cc: Reflogal, Bob; Stoddard, Suzanne; Henderson, Jeff; Parrish, Mark; Duffy, Mike; Reardon, Steve; Grant, Claude
Subject: RE: DEA shuts ABC Distribution Center

Jim,

Here is some quick background information on your note below.

*   DEA has in place an internet task force. The actions below arose from this activity.
*   We had two inspections with respect to the task force in March (one in Denver and one in Lakeland). Both inspections turned out well with no observations.
*   We have been working with the task force and believe we are in an acceptable position at the current time. We are following up with them.
*   We believe we know what may have led to the Amerisource shut down and we do not have the same issue (I would not discuss this in any public disclosures).

Hope this is helpful.

Thanks,
Gary

_____
From: Mazzola, Jim
Sent: Wednesday, April 25, 2007 8:36 AM
To: Parrish, Mark; Duffy, Mike; Dolch, Gary; Reardon, Steve
Cc: Reflogal, Bob; Stoddard, Suzanne; Henderson, Jeff
Subject: DEA shuts ABC Distribution Center

I missed this announcement from last night, so apologies if you've already seen it. ABC released it at 9P last night. The DEA temporarily suspended ABC's license to distribute controlled substances from its Orlando DC. It alleged that ABC has not maintained effective controls against diversion of hydrocodone.
Jim
AmerisourceBergen Receives DEA Order to Temporarily Halt Distribution of Controlled Substances from Its Orlando, Florida Facility
VALLEY FORGE, Pa.--(BUSINESS WIRE)--AmerisourceBergen Corporation (NYSE:ABC) today announced that the U.S. Drug Enforcement Administration (DEA) has temporarily suspended the Orlando, Florida Distribution Center's (DC), license to distribute DEA controlled substances and listed chemicals. The temporary

CONFIDENTIAL                                                                                    CAH_MDL_PRIORPROD_DEA07_00828632

suspension affects only the Orlando DC and only DEA controlled items. The action may impact approximately 1,400 pharmacy customers in Florida. In the event this temporary suspension is not quickly resolved, alternative arrangements will be made for customers served by the Orlando Distribution Center, so they will not be inconvenienced.

The DEA asserts that AmerisourceBergen did not maintain effective controls against diversion of controlled substances, specifically hydrocodone, to four internet pharmacies from January 1, 2006 through January 31, 2007.

Historically, AmerisourceBergen has proactively cooperated with the DEA in preventing diversion of hydrocodone and other controlled substances, and will fully cooperate with the agency in resolving the temporary suspension.

The Company has a diversion program and a DEA-approved suspicious-order monitoring program in place to identify customers who are suspected of inappropriately selling products sold to them by AmerisourceBergen. All of the Orlando Distribution Center's DEA audits, the most recent within the last year, were passed with no deficiencies found. AmerisourceBergen is not doing business with any of the four customers cited by the DEA, and all of the pharmacies mentioned by the agency held active DEA licenses to sell controlled substances at the time AmerisourceBergen sold product to them.

About AmerisourceBergen

AmerisourceBergen (NYSE:ABC) is one of the world's largest pharmaceutical services companies serving the United States, Canada and selected global markets. Servicing both pharmaceutical manufacturers and healthcare providers in the pharmaceutical supply channel, the Company provides drug distribution and related services designed to reduce costs and improve patient outcomes. AmerisourceBergen's service solutions range from pharmacy automation and pharmaceutical packaging to pharmacy services for skilled nursing and assisted living facilities, reimbursement and pharmaceutical consulting services, and physician education. With more than $64 billion in annual revenue, AmerisourceBergen is headquartered in Valley Forge, PA, and employs more than 13,000 people. AmerisourceBergen is ranked #29 on the Fortune 500 list. For more information, go to www.amerisourcebergen.com <http://www.amerisourcebergen.com>.

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00828633