PSJ3

Exhibit 225

**To:**      Graham, Aaron[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=GrahamA]; Mahony, Edward[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=MahonyE]; Colucci, Dan[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ColucciD]; Udell, Howard[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Howard Udell]; Bannon, Timothy[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=BannonT]; Sexton, Fred[/O=PURDUE/OU=PURDUE US/CN=Manufacturing Recipients/cn=FredS]; Zerillo, Jeffrey[/O=PURDUE/OU=PURDUE US/CN=Manufacturing Recipients/cn=7D837147]; Rosen, Burt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Rosenbu]; Friedman, Michael[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=4BA875B9]; Haddox, Dr. J. David[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HaddoxJ]; Abrams, Robin[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=AbramsR]; Silbert, Richard W[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Richard W Silbert]; Must, Alan[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=MustA]; Heins, James[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HeinsJ]
**Cc:**      Lundie, David[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Lundieda]; Bauza, Luis[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Bauzal]; D'Ulisse, Ron[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Dullissr]; Widup, Richard[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Widupr]; Faber, Glenn[/O=PURDUE/OU=PURDUE US/CN=RESearch Systems Recipients/cn=Faberg]; Long, David[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=LongD]; Gasdia, Russell[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=58B02E32]; Innaurato, Mike[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=X.InnauraM]; Fisher, Windell[/O=PURDUE/OU=PURDUE US/CN=Sales and Marketing - Field/cn=6DF5A406]; Fox, John[/O=PURDUE/OU=PURDUE US/CN=Manufacturing Recipients - Wilson/cn=FoxJ]; Calcano McDonald, Jeannie[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=BartelsJ]; Roldan, Carmen[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Roldanc]; Gonzalez, Marc[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=Gonzalma]; Wagner, Ritch[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=WagnerR]; Gibbs, Landon[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=GibbsL]; Percheson, Elizabeth[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=StevensE]; Crowley, Jack[/O=PURDUE/OU=PURDUE US/CN=Manufacturing Recipients/cn=CrowleyJ]
**From:**    Seid, Stephen
**Sent:**    Wed 4/25/2007 7:12:51 PM
**Subject:** RE: More Intel...

What is also important to insure access for appropriate patients. I have been in contact with AmerisourceBergen offering our assistance in providing expedited support and service to those back up ABC distribution centers that will now ship into Florida. They have 1400 retail customers in this market and we want to assure there is not a break in treatment in this important market.
*Steve Seid*
*National Accounts*
*Trade Relations*

---

**From:** Graham, Aaron
**Sent:** Wednesday, April 25, 2007 9:43 AM
**To:** Mahony, Edward; Colucci, Dan; Udell, Howard; Bannon, Timothy; Sexton, Fred; Zerillo, Jeffrey; Rosen, Burt; Friedman, Michael; Haddox, Dr. J. David; Abrams, Robin; Silbert, Richard W; Must, Alan; Heins, James
**Cc:** Lundie, David; Bauza, Luis; D'Ulisse, Ron; Widup, Richard; Faber, Glenn; Long, David; Seid, Stephen; Gasdia, Russell; Innaurato, Mike; Fisher, Windell; Fox, John; Calcano McDonald, Jeannie; Roldan, Carmen; Gonzalez, Marc; Wagner, Ritch; Gibbs, Landon; Percheson, Elizabeth; Crowley, Jack
**Subject:** FW: More Intel...

 All:

The article below reinforces the importance of all we're doing to demonstrate our supply chain security efforts and industry leading protocols with RFID and GPS. This also reinforces what Burt Rosen briefed Congress about regarding rogue Internet pharmacies and who should know the pharmacy customer(s). We're following up to learn more, but I wanted you all to be aware of what's happening.
Regards,
ag

J. Aaron Graham
Vice President & Chief Security Officer
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT  06901
Tel.  203-588-8454
Fax. 203-588-6088

**From:** Forsaith, Charles
**Sent:** Wednesday, April 25, 2007 8:57 AM
**To:** Graham, Aaron
**Subject:** More Intel…

FYI…

APR 24 -- (MIAMI, FL) – Mark R. Trouville, Special Agent in Charge of the Miami Field Division, Drug Enforcement Administration (DEA) today announced the Immediate Suspension of the Federal Controlled Substance Registration of the Orlando branch of AmerisourceBergen Drug Corporation.

The company's Orlando branch, located at 2100 Directors Row, Orlando, Florida, has been the subject of a DEA investigation that alleges that this office was selling large quantities of controlled substances to rogue Internet pharmacies. The investigation has revealed that several of their largest purchasers of hydrocodone were pharmacies engaged in schemes to dispense controlled substances based on prescriptions that were written for other than legitimate medical purposes. In spite of being warned by DEA about the characteristics of rogue internet pharmacies, this office distributed 3.8 million dosage units of hydrocodone products between January 1, 2006 and January 31, 2007 to rogue pharmacies.

"The Drug Enforcement Administration is committed to keeping our community safe from those who facilitate and enable the abuse of prescription drugs purchased over the Internet," Mr. Trouville said, "Drug traffickers who push pills over the Internet operate without regard for public safety or medical necessity. Today's action is an important step toward ensuring accountability of those who are supplying these pills."

DEA's action suspends the DEA Certificate of Registration issued to the Orlando branch of AmerisourceBergen Drug Corporation in accordance with an Immediate Suspension Order and pursuant to Sections 303 and 304 of the Controlled Substances Act, Title 21, Sections 823 and 824. The DEA's investigation of this office has determined that the continued registration of this company constitutes an imminent danger to public health and safety. This action only applies to distribution of controlled substances at the Orlando branch office and not to other company products.

AmerisourceBergen Drug Corporation's Orlando office received written notice of the factual and legal basis for this action. In addition, they will be given an opportunity for an administrative hearing within the next 60 days. After the hearing, the DEA Deputy Administrator will make a final

CONFIDENTIAL

decision on whether AmerisourceBergen Drug Corporation's Orlando branch registration should be permanently revoked. This decision will be published in the Federal Register.

Today, more than 6 million Americans are abusing prescription drugs—that is more than the number of Americans abusing cocaine, heroin, hallucinogens, and inhalants, combined. Prescription drug abuse became a crisis practically overnight: In just five years, from 2000 to 2005, the number of Americans abusing prescription drugs rose more than 2/3—from 3.8 million abusers to 6.4 million. Perhaps more alarming is that nearly 1 in 10 high school seniors admit to abusing powerful prescription painkillers. Misuse of prescription drugs is second only to marijuana as the nation's most prevalent drug problem, but the number of people abusing pain relievers for the first time exceeds the number of new marijuana users. Sadly, opioid painkillers now cause more drug overdose deaths than cocaine and heroin, combined.

This is an on-going investigation. Please forward any questions to DEA Miami Field Division Public Information Officer Oscar J. Negrón at (305) 994-4604

**Chuck Forsaith**
Corporate Director, Supply Chain Security
Purdue Pharma Technologies Inc.
498 Washington Street
Coventry, Rhode Island 02816
charles.forsaith@pharma.com
O: 401-823-2059
F: 401-823-2070

