PSJ3

Exhibit 226

To:       Thomas.Roepke@watson.com[Thomas.Roepke@watson.com]
From:     Forsaith, Charles
Sent:     Wed 4/25/2007 6:56:03 AM
Subject:  FW: Amerisource receives DEA order to halt controlled substance shipments from their Orlando DC.

Hey partner - know anything about this????

Chuck Forsaith
Corporate Director, Supply Chain Security
Purdue Pharma Technologies Inc.
498 Washington Street
Coventry, Rhode Island 02816
charles.forsaith@pharma.com
O: 401-823-2059
F: 401-823-2070


----- Original Message -----
From: Colucci, Dan
To: Graham, Aaron
Sent: Tue Apr 24 23:12:27 2007
Subject: FW: Amerisource receives DEA order to halt controlled substance shipments from their Orlando DC.

FYI--I'm sure this is of interest but maybe not something you would act on.   I have sent this to customer service and sales for their action.

_____

From: Colucci, Dan
Sent: Tuesday, April 24, 2007 11:11 PM
To: Watson, Laura; Seid, Stephen; Bishop, Steve
Cc: Mahony, Edward; Lowne, Jon
Subject: Amerisource receives DEA order to halt controlled substance shipments from their Orlando DC.
Importance: High


AmerisourceBergen Receives DEA Order to Temporarily Halt Distribution of Controlled Substances from Its Orlando, Florida Facility
Tuesday April 24, 8:56 pm ET

VALLEY FORGE, Pa.--(BUSINESS WIRE)--AmerisourceBergen Corporation (NYSE:ABC <http://finance.yahoo.com/q?s=abc&d=t>  - News <http://finance.yahoo.com/q/h?s=abc> ) today announced that the U.S. Drug Enforcement Administration (DEA) has temporarily suspended the Orlando, Florida Distribution Center's (DC), license to distribute DEA controlled substances and listed chemicals. The temporary suspension affects only the Orlando DC and only DEA controlled items. The action may impact approximately 1,400 pharmacy customers in Florida. In the event this temporary suspension is not quickly resolved, alternative arrangements will be made for customers served by the Orlando Distribution Center, so they will not be inconvenienced.

The DEA asserts that AmerisourceBergen did not maintain effective controls against diversion of controlled substances, specifically hydrocodone, to four internet pharmacies from January 1, 2006

through January 31, 2007.

Historically, AmerisourceBergen has proactively cooperated with the DEA in preventing diversion of hydrocodone and other controlled substances, and will fully cooperate with the agency in resolving the temporary suspension.

The Company has a diversion program and a DEA-approved suspicious-order monitoring program in place to identify customers who are suspected of inappropriately selling products sold to them by AmerisourceBergen. All of the Orlando Distribution Center's DEA audits, the most recent within the last year, were passed with no deficiencies found. AmerisourceBergen is not doing business with any of the four customers cited by the DEA, and all of the pharmacies mentioned by the agency held active DEA licenses to sell controlled substances at the time AmerisourceBergen sold product to them.

About AmerisourceBergen

AmerisourceBergen (NYSE:ABC <http://finance.yahoo.com/q?s=abc&d=t>  - News <http://finance.yahoo.com/q/h?s=abc> ) is one of the world's largest pharmaceutical services companies serving the United States, Canada and selected global markets. Servicing both pharmaceutical manufacturers and healthcare providers in the pharmaceutical supply channel, the Company provides drug distribution and related services designed to reduce costs and improve patient outcomes. AmerisourceBergen's service solutions range from pharmacy automation and pharmaceutical packaging to pharmacy services for skilled nursing and assisted living facilities, reimbursement and pharmaceutical consulting services, and physician education. With more than $64 billion in annual revenue, AmerisourceBergen is headquartered in Valley Forge, PA, and employs more than 13,000 people. AmerisourceBergen is ranked #29 on the Fortune 500 list. For more information, go to www.amerisourcebergen.com.

Forward-Looking Statements