# PSJ3 Exhibit 230

| | |
|---|---|
| **From:** | Aranda, Charity A |
| **To:** | Rehkop, Brenda D; Rybarczyk, Carol J; Jordan, Polly; Wall, Pat A; Grossius, Lesle; Welch, Sean C; Spaulding, Eileen L. |
| **Sent:** | 4/26/2007 4:08:22 PM |
| **Subject:** | FW: ABC Press Release |
| **Attachments:** | 04.24.07 ABC Receives DEA Order.pdf |

FYI

Just spoke to Barb from Amerisource and she said the issue has been resolved and they should be able to distribute controlled substances as of today. A formal letter should be released within the hour to verify.

Eileen,
Barb said they SHOULD be able to accept the purchase orders in transit and I do not think I will need to issue any RGA's, but I will let you know.

Thanks,

*Charity Aranda*
**Dosage Pharmaceutical**
Tyco Healthcare | Mallinckrodt
(800)325-8888 | fax: 1-800-323-5039
Charity.aranda@tycohealthcare.com

---

**From:** Aranda, Charity A
**Sent:** Wednesday, April 25, 2007 9:47 AM
**To:** Rehkop, Brenda D; Wall, Pat A; Jordan, Polly; Grossius, Lesle; Rybarczyk, Carol J; Welch, Sean C
**Subject:** FW: ABC Press Release

FYI

I just spoke with Clay and he said they are very optimistic that this will only be a temporary issue (a few days). We can explain this to the customers if they call wanting to set up a direct account with us. We already received one this morning. Sean, I was not sure if this is something we should just be aware of or if there is something we can do for their customers.

*Charity Aranda*
**Dosage Pharmaceutical**
Tyco Healthcare | Mallinckrodt
(800)325-8888 | fax: 1-800-323-5039
Charity.aranda@tycohealthcare.com

---

**From:** Saunders, Clay [mailto:csaunders@amerisourcebergen.com]
**Sent:** Wednesday, April 25, 2007 9:40 AM
**To:** Aranda, Charity A
**Subject:** FW: ABC Press Release

fyi
-----Original Message-----

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000233445

MNK-T1_0000492297

**From:** Sutton, Alane
**Sent:** Tuesday, April 24, 2007 8:22 PM
**To:** ABC
**Subject:** ABC Press Release

Thanks,

Alane Sutton

Investor Relations Coordinator

AmerisourceBergen

1300 Morris Drive

Chesterbrook, PA 19087

ph: 610.727.7429/fx: 610.727.3603

asutton@amerisourcebergen.com

Confidential MAL-MI 000233446
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0000492298