PSJ3 Exhibit 231

FILED UNDER SEAL