PSJ3

Exhibit 232

Message

| | |
|---|---|
| **From**: | Crowley, Jack [Jack.Crowley@pharma.com] |
| **Sent**: | 12/7/2007 2:43:13 PM |
| **To**: | Trautman, Elaine [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=ELAINE.TRAUTMAN] |
| **Subject**: | Our Friends at DEA |

Good morning, Elaine:

I see our friends are at it again.

I wanted to say hello and I'm sorry that DEA is being so aggressive with this Suspicious Orders stuff.

I heard about your Lakeland, Florida distribution center effective next Monday. They're not going after your Jackson, MS distribution center, are they?

I wish there was something I could do to help in this situation  -  we are all in the same boat.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
203-588-8613 (w)
203-273-2656 (c)