PSJ3

Exhibit 236

| | |
|---|---|
| **From:** | Gray, John <jgray@hdmanet.org> |
| **Sent:** | Tuesday, October 30, 2007 3:06 PM |
| **To:** | Melville, Scott |
| **Subject:** | FW: HDMA Board Meeting |

| | |
|---|---|
| **From:** | Gray, John |
| **Sent:** | Tuesday, October 30, 2007 11:06 AM |
| **To:** | Julian Paul (paul.julian@mckesson.com) |
| **Subject:** | HDMA Board Meeting |

Paul: I hope your McKesson Board meeting went well. The HDMA Board meeting was very good. The budget was approved with very little discussion. Everyone was pleased with the balanced budget and no dues increase for 2008. The DEA issue concerning the recent surge in DEA enforcement around suspicious orders and methadone was moved to the top of the HDMA priority issue list. The Board wants the Association to quickly develop a plan to deal with and work with the DEA, as necessary. Our first step will be to assemble a legal task force of member company attorneys (in-house or outside counsel) to meet with our staff and discuss a course of action with the DEA. Is there someone on your McKesson legal team that could participate on this task force? We would like to arrange a conference call with such a group within the next week. Thanks, John

***John M. Gray***
President & CEO
Healthcare Distribution Management Association
901 N. Glebe Road
Suite 1000
Arlington, VA 22203
703-885-0219 (direct line)
571-215-5386 (mobile phone)
703-935-3200 (fax)
jgray@hdmanet.org
www.healthcaredistribution.org

CONFIDENTIAL                                                                                                     HDA_MDL_000213427