# PSJ3 Exhibit 238

**To:** Crowley, Jack[Jack.Crowley@pharma.com]
**From:** Forsaith, Charles
**Sent:** Tue 10/5/2010 1:37:51 PM
**Subject:** Re: FYI

You ARE a funny guy!!!!

---

**From**: Crowley, Jack
**To**: Loewenstein, Robert
**Cc**: Forsaith, Charles
**Sent**: Tue Oct 05 13:59:23 2010
**Subject**: RE: FYI

What's wrong with that?

**From:** Loewenstein, Robert
**Sent:** Tuesday, October 05, 2010 11:14 AM
**To:** Kupper, Robert; Shamblen, Randy
**Cc:** Crowley, Jack; Forsaith, Charles
**Subject:** FYI

According to the federal government, there were 420,000,000 oxycodone pills dispensed in Florida in 2008. The population of the state was 18,750,483. That works out to 22 oxycodone pills for every man, woman and child in the state that year.

Robert Loewenstein
Director, Regulatory Affairs
401-262-9185
███████████ (cell)