PSJ3

Exhibit 243

**To:** Forsaith, Charles[Charles.Forsaith@pharma.com]
**From:** Crowley, Jack
**Sent:** Wed 3/19/2008 6:56:24 PM
**Subject:** Re: DEA and Suspicious Orders

Thanks Chuck - I'l call you on this.

I'll never put you in a bad situation, but I won't hesitate to use you as a reference.

I've got some ideas.

Jack

----- Original Message -----
From: Forsaith, Charles
To: Crowley, Jack
Sent: Wed Mar 19 19:12:48 2008
Subject: Re: DEA and Suspicious Orders

Jack,

I can very easily get an audience with those you seek:  Greg Halvacs (Cardinal); George Euson (HD Smith); Chris Z (Amerisource)j Bob Pocica (McKesson); and Chris Berry (Henry Schein).

These individuals are not only customers I know but also men I consider to be personal friends of mine. It's taken me a few years but I can pick up the phone and talk directly to any one of these guys at any time of the day. Getting Chris to help me at Anderson and having Greg personally ask for help with his Florida truck theft are perfect examples.

The problem, however, will most likely be that Aaron won't want me involved in such an effort. I'm just speaking from experience. He could, but I doubt it. Bottom line - you'd have to ask him for my help. If I assisted you on my own I could very well get reprimanded.

 You're a great salesman - maybe he'll listen.

Chuck


----- Original Message -----
From: Crowley, Jack
To: Forsaith, Charles
Sent: Wed Mar 19 18:18:41 2008
Subject: DEA and Suspicious Orders

Hello Chuck:

I may need you to help arrange a meeting with the Big 3 and the Bruce Gundys of the world to talk about DEA's latest plans to squeeze the wholesalers and distributors on "pain clinics".

As I may have mentioned to you, I'm hearing that DEA's suspicious order monitoring program has evolved beyond the internet.  The new focus will be (or is coming back to) "Pain Clinics".  They will call distributors into Headquarters and read them the riot act, etc.  "We don't need all these pain meds on the street".

I think we're going to have some potential problems with patient access and making sure our product is available to our patients.

CONFIDENTIAL
PPLPC018000200323

Dan Colucci told me that HD Smith told him they were going to ease out of the pain clinic business due to similar concerns.

We really do have to partner with our own customers to help them in their business with pharmacies catering to "pain clinics".  Otherwise, they will cut them off based on some kind of threshold.  We need to convince them they should talk to us when our product is involved and make it a joint decision, etc just as we need to consult with them from our end.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
203-588-8613 (w)
203-273-2656 (c)