PSJ3

Exhibit 245

AmerisourceBergen / Purdue Pharma
Business & Diversion Control Plan Discussion Agenda
Monday September 15, 2008 – 11:30A.M. – 1:30P.M

- ATTENDEES:
    - AmerisourceBergen
        - Mary Fox, Group & Associate General Counsel
        - Mike Kennedy, VP Branded Rx Product Development
        - Chris Zimmerman, VP, Corporate Security & Regulatory Affairs
        - Paul Ross, Sr. Director, Corporate Security & Regulatory Affairs
    - Purdue Pharma
        - Steve Seid, Exec. Director, National Accounts & Trade Relations
        - Aaron Graham, VP, Chief Security Officer
        - Robin Abrams, VP-ASC, General Counsel
        - Jack Crowley, Exec. Director, Controlled Substance Account Compliance
        - Steve Bishop, Executive National Account Manager
- DIVERSION CONTROL PLAN / ORDER MANAGEMENT SYSTEM
    - DEA Directions & Actions
    - ABC
        - Purpose & Description
    - Purdue Pharma
        - Purpose & Description

**Redacted-Privilege**

- PROCESS MOVING FORWARD – COMMUNICATION & COOPERATION
    - Contractual Obligations – Confidentiality, etc.
    - Primary Contacts
        - ABC
        - Purdue Pharma
    - Customers of Question
    - Pertinent Information Dissemination
    - 

**Redacted-Privilege**