PSJ3

Exhibit 246

To:      Seid, Stephen[/O=PURDUE/OU=PURDUE US/CN=SALES AND MARKETING - FIELD/CN=B4BEE2C8]; Abrams, Robin[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ABRAMSR]
From:    Crowley, Jack
Sent:    Tue 11/25/2008 9:45:05 AM
Subject: RE: Monthly Call - ABC

Thanks Steve.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

**From:** Seid, Stephen
**Sent:** Tuesday, November 25, 2008 9:32 AM
**To:** Crowley, Jack; Abrams, Robin
**Subject:** RE: Monthly Call - ABC

Jack,

   19 or 20 are sitting out there for follow up. Rank them based on OxyContin sales highest to lowest and you will see my comments.

*Steve Seid*
*National Accounts*
*Trade Relations*

**From:** Crowley, Jack
**Sent:** Tuesday, November 25, 2008 8:32 AM
**To:** Abrams, Robin; Seid, Stephen
**Subject:** Monthly Call - ABC

Hello Robin and Steve:

FYI - I have initiated a monthly call with ABC concerning SOM/OMS issues - and to discuss select pharmacies.

CONFIDENTIAL                                                                                   PPLPC004000182848

Paul Ross, Senior Director, Corporate Security Regulatory Affairs and Ed Hazewski, Manager - Diversion Control Program will be on our first call next Tuesday morning. Initially, we wanted to keep it small, and see where we go from there. We also recognize that the monthly call could become a more frequent reoccurring call.

We don't want to lose momentum in this important initiative. In that regard, we currently have about 15 pharmacies that we have yet to clear. We could use some more work, Steve, if you can find a little time to advance some from the National Accounts bucket to the General Counsel bucket. I'll keep Luis posted and in the loop.

Please let me know if you are comfortable with this monthly call. The hit or miss calls were not working.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

CONFIDENTIAL                                                                                                    PPLPC004000182849