PSJ3

Exhibit 247

| | |
|---|---|
| From: | Gundy, Bruce |
| Sent: | Fri, 22 Aug 2008 08:48:15 -0400 (EDT) |
| To: | Zimmerman, Chris[CZimmerman@amerisourcebergen.com] |
| Subject: | RE: Purdue/Amerisource meeting-September 15th |

The investigation arm of the ABC OMP program needs certain types of Information/intelligence that Purdue can provide.
I believe they want to learn from our program's success and failures.
I encourage we develop a working relationship as we do in the Cargo Theft Task Force. It might not be a bad idea to propose a meeting with Cardinal, McKesson ABC and Purdue to explore options with preventing diversion.
At least we can call it diversion and focus on how we report issues to the DEA about smaller wholesalers stepping in from behind and selling what ever the customer wants.

Bruce


-----Original Message-----
From: Zimmerman, Chris
Sent: Thursday, August 21, 2008 11:16 PM
To: Ross, Paul; Fox, Mary; Gundy, Bruce; Hazewski, Edward
Subject: Re: Purdue/Amerisource meeting-September 15th

Paul, will there be an outline of what we are going to discuss, and what should we be prepared to present?

Chris
--------------------------
Sent from my BlackBerry Wireless Device


----- Original Message -----
From: Ross, Paul
To: Zimmerman, Chris; Fox, Mary
Sent: Thu Aug 21 22:36:33 2008
Subject: FW: Purdue/Amerisource meeting-September 15th

FYi

Paul Ross, R.Ph.
Senior Director, Corporate Security Regulatory Affairs
AmerisourceBergen Corporation
(813) 627-2735 (v)
(813) 627-1108 (f)

_____

From: Bishop, Steve [mailto:Steve.Bishop@pharma.com]
Sent: Thursday, August 21, 2008 6:03 PM

To: Ross, Paul
Cc: Seid, Stephen; Siciliano, Cheryl
Subject: Purdue/Amerisource meeting-September 15th

Paul;

Just want to confirm a time with you for the meeting on September 15th;

The Purdue team would like to schedule the meeting for 11:30 on Monday, September 15th.

A total of five people will be coming from Purdue

Please call me with any questions

Thanks for your help in arranging this important meeting

Steve Bishop
Purdue

ABDCMDL00364945