PSJ3

Exhibit 248

Message
---

**From**: Crowley, Jack [Jack.Crowley@pharma.com]
**Sent**: 8/14/2008 3:57:35 PM
**To**: Mone, Michael [michael.mone@cardinalhealth.com]
**Subject**: FW: DEA Suspicious Order Monitoring

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

**From:** Crowley, Jack
**Sent:** Thursday, August 14, 2008 11:56 AM
**To:** 'mike.mone@cardinalhealth.com'
**Cc:** 'Greg.Halvacs@cardinalhealth.com'
**Subject:** DEA Suspicious Order Monitoring

Hello Mike:

I have intended to contact you sooner this summer in order to introduce myself  -  the season does fly by, doesn't it.

I wanted to touch base with you and let you know that we have enhanced our systems, review and vigilance in the area of suspicious order monitoring.  Our efforts in this area will be designed to support you and Cardinal Health and the Healthcare Supply Chain Services segment in your own order monitoring process concerning our products.  The purpose certainly is to offer support and not to "second guess" etc.

Would you be available for an initial telephone discussion in the next week or two?  I would like to provide you with more details.

FYI  -  those involved in this effort at Purdue Pharma L.P. are the Associate General Counsel, CSO, Executive Director, National Accounts, and myself.

Best regards,

Jack

Jack Crowley
Executive Director

CONFIDENTIAL
CAH_MDL2804_00879572

CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson, NC)
203-588-8613 (Stamford, CT)
203-273-2656 (cell)

---

**From:** Halvacs, Greg [mailto:Greg.Halvacs@cardinalhealth.com]
**Sent:** Tuesday, June 03, 2008 8:34 AM
**To:** Crowley, Jack
**Subject:** RE: RE: Final Reminder - New Jersey Industry Work Group Meeting Notice

Thanks Jack,
Unfortunately I will be at the Cargo Certification meeting at J & J on the 5th and therefore will not be able to attend this meeting, even thought I know Chris Lowery and the folks from Abbott, Please let me know how it goes as Cardinal will be happy to support this group. It sounds like you are on the right path.

I will forward this message to Mike Mone Director of anti-diversion who is leading the DEA issues for us.

All the best

Greg Halvacs
CSO
614-757-7186

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Monday, June 02, 2008 5:05 PM
**To:** Forsaith, Charles; Halvacs, Greg
**Subject:** FW: RE: Final Reminder - New Jersey Industry Work Group Meeting Notice

Hello Greg:

Glad to meet you on email, and I hope to meet you in person soon.

Here is the latest reminder we sent out for this meeting in Bedminster, NJ. Cardinal is always welcome to attend. I have known Steve Reardon for years and I have a very high regard for your company.

On a side note, I'd love to speak with you or your colleagues who are involved with the suspicious order monitoring program. We can collaborate with Cardinal on issues about our product(s), as we have recently developed our own order monitoring system that reaches down to the retail customer. Since the retail customer is really your customer (I refer to this as knowing our customers' customer) and since you are our customer, I feel that it is very important for Purdue to collaborate with and support you on any accounts we feel might require further assessment, etc. This isn't a situation where we would be questioning you, etc. - nay, nay - this is a support function for industry to do the right thing, support itself and each other, protect itself from over-zealous regulators - and ensure that the patients receive their appropriate medication in a timely fashion.

I'd like to discuss that with you to see if we can support each other in the "DEA-Created" mess.

I can certainly commiserate with you about DEA actions from a select few individual crusaders in their Headquarters.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

---

**From:** Limer, Gina
**Sent:** Thursday, May 29, 2008 3:52 PM
**Cc:** Crowley, Jack
**Subject:** RE: Final Reminder – New Jersey Industry Work Group Meeting Notice

Hello New Jersey DEA Controlled Substances Compliance Colleagues:

Our responses have been a little slower than expected. It is not too surprising that the establishment and formation of a work group such as this might begin on a modest note.

By the same token, we can do better than this. This is a reminder in case you have put this inaugural meeting on your back burner. We presently have twenty (20) attendees who have confirmed, and it would not be surprising to have 4 or 5 more walk-ins. It was the goal of the Planning Committee to attract 30-35 attendees for the first meeting of the New Jersey Industry Work Group on June 5th from 10:00am to 3:00pm.

As mentioned previously, lunch will be available on-site at your own expense. Coffee and pastries will be provided by the host registrant. This is a top-notch compliance networking opportunity for all attendees, as well as an opportunity to stay ahead of the curve on emerging DEA compliance issues.

Please note that Ron Buzzeo graciously offered to host the first meeting, so that we could get the group up and running.

Although the inaugural meeting will take place at Cegedim Dendrite Headquarters, Cegedim Dendrite Compliance Solutions Powered by BuzzeoPDMA IS NOT the official host of this meeting.

The meeting is being hosted by DEA Registrant Cegedim Dendrite Marketing Services (Distribution Center), Totowa, NJ.

It is very important for you and or your representatives/colleagues to support this effort and meeting. In order for the activities of the NJIWG to have value and meaning - YOUR INPUT AND PRESENCE IS NEEDED.

The Planning Committee has drafted a Charter, which will be presented at the meeting for consideration. EVERY ATTENDEES' INPUT IS VALUED AND WELCOMED. There will be ample opportunity for each member to be heard, or to interact in smaller groups, depending on personal preference.

Moderators will use an outline to facilitate the flow of the meeting - but there will be NO OFFICIAL AGENDA. Previously, it was noted that there would be an official agenda and also ample time for break-out discussions. There will be time for break out sessions if the attendees desire, or if they form spontaneously.

After we have held our first meeting, DEA Newark will be notified of the formation of the NJ Industry Work Group.

**For planning purposes, it is very important to R.S.V.P.** gina.limer@pharma.com

Best regards,

New Jersey Industry Work Group Planning Committee

1. clowery@barrlabs.com
2. jack.crowley@pharma.com
3. harry.scheiblin_jr@roche.com
4. Ron.Buzzeo@dendrite.com
5. tom.elliott@pfizer.com
6. marieta.niess@abbott.com
7. michael.meggiolaro@abbott.com


Please find below directions to 1405 US Highway 206 Bedminster, NJ 07921

**From the Newark Airport:**

1: Start out going NORTH.
0.6 mi

2: Merge onto I-78 W toward GARDEN STATE PARKWAY/CLINTON.
26.9 mi



3: Merge onto I-287 N via EXIT 29 toward US-202 N/US-206 N/MORRISTOWN.
1.1 mi



4: Merge onto US-202 S/US-206 S via EXIT 22A toward PLUCKEMIN.
1.1 mi



5: End at 1405 US Highway 206 Bedminster, NJ 07921
Estimated Time: 32 minutes Estimated Distance: 29.74 miles

**From the Philadelphia Airport:**

1: Start out going WEST on TINICUM ISLAND RD toward SCOTT WAY.
0.7 mi



2: Turn RIGHT onto SCOTT WAY.
0.1 mi



3: Turn SLIGHT RIGHT toward I-95 N.
0.0 mi



4: Turn SLIGHT RIGHT onto INDUSTRIAL HWY/PA-291 E.
1.9 mi



5: Turn SLIGHT RIGHT onto ISLAND AVE.
0.7 mi



6: Stay STRAIGHT to go onto ENTERPRISE AVE.
0.7 mi



7: Merge onto I-95 N (Crossing into NEW JERSEY).
38.5 mi



8: Take the CR-579 exit, EXIT 2, toward HARBOURTON/WEST TRENTON/MERCER AIRPORT.
0.2 mi



9: Take the ramp toward HARBOURTON.
0.0 mi



10: Turn LEFT onto BEAR TAVERN RD/CR-579.
1.4 mi



11: Turn LEFT onto BEAR TAVERN RD/CR-579. Continue to follow CR-579.
4.6 mi



12: CR-579 becomes HARBOURTON ROCKTOWN RD.
1.9 mi



13: HARBOURTON ROCKTOWN RD becomes CR-579/LINVALE HARBOURTON RD.
1.2 mi



14: Turn LEFT onto NJ-31/CR-579.
2.2 mi

15: Merge onto US-202 N/NJ-31 N toward FLEMINGTON.
5.7 mi

16: Enter next roundabout and take 1st exit onto US-202 N.
13.5 mi

17: Keep LEFT at the fork to go on US-202 N/US-206 N.
4.4 mi

18: End at 1405 US Highway 206 Bedminster, NJ 07921
                Estimated Time: 1 hour 43 minutes Estimated Distance: 77.76 miles
B: Caged Dendrite: 1405 US Highway 206, Bedminster, NJ 07921, (908)443-2000


To All New Jersey DEA Compliance Colleagues:

If you have received this communication in error, please accept my sincere apology.

It was nice to see you all at the New Jersey Pharmaceutical Industry Briefing, held at the DEA Newark Office on February 27, 2008.  Attached to this correspondence, please find my notes from that meeting.

As you recall, Special Agent in Charge Gerard McAleer had suggested that all those in attendance might want to consider forming a group dedicated to compliance related activities and possibly call it the "New Jersey Pharmaceutical Association".

Personally I think the time is right for all of us to consider networking through an informal working group, like some other similar organizations that are currently in existence around the country (i.e. the Midwest Working Group).

By endorsing this premise let me first say that neither I nor the company I represent have any self-serving interest in this matter.  However, I do think the formation of such an organization is an important endeavor - which we can all explore together. That said, I have decided to take the cause up myself to kind of get this moving forward.  Since my office is not located in New Jersey, I know that there were other attendees who would be ready and willing to advance the effort as well, so to speak.

I suggest that we all consider the following:

The purpose of the New Jersey Industry Working Group should be to discuss education and other industry practices regarding compliance - with the ultimate aim of promoting effective, pharmaceutical, corporate DEA Compliance

The New Jersey Industry Working Group would consist of representatives of manufacturers and distributors of controlled substances within the State and should be also open to others in the industry

CONFIDENTIAL
CAH_MDL2804_00879577

who wish to attend and also meet established, mutually agreeable criteria. Generally speaking, representatives from the companies who we'd want to attend these meetings would be compliance officers, or other professionals with responsibility for oversight or other aspects of their respective corporate compliance programs.

The emphasis at these meetings should be on informal sharing of compliance information, so that the members can improve and benefit from the preventative DEA Compliance efforts of their respective companies. I would suggest that the "NJIWG" meet at least semi-annually, with the participating companies rotating the hosting of the meetings.

Other than the "New Jersey Industry Working Group" or some variation of that theme, I would suggest that there be no "official" name - at least at this time.

The group's primary interest would not directly compete with any other compliance organizations - such as any trade organizations for pharmaceutical manufacturers and distributors
http://www.phrma.org/about_phrma/
http://www.healthcaredistribution.org/

Many of us currently belong to other groups or associations as well, so information sharing and networking possibilities have the potential to be very plentiful.

I would also suggest that no dues would be expected or required of those who wish to belong to our "group" or who want to attend or participate in semi-annual meetings. There should also not be any "required" attendance to remain with the group.

There should be no need for any official infrastructure such as a chairperson, vice-chairperson, etc. – at least at this time.

Finally, in meetings we, the attendees, will only entertain those outside the group that are of particular interest to our specific concerns.

I believe that there is genuine interest in such a "working group" as this, if for nothing else but to share ideas on how to stay up to date on emerging DEA issues of compliance; to stay ahead of the curve; and to help ensure that all of our companies are at the highest possible level of compliance with the CSA, CFR and existing DEA Policies and Procedures.

A similar "working group" currently exists that addresses pharmaceutical cargo thefts and cargo theft intelligence which the members of our proposed organization should be aware of and should consider interaction with - in some form. This would represent a true collaboration of compliance and supply chain security professionals working towards the same goals.

---

```
This message is for the designated recipient only and may contain privileged,
proprietary
or otherwise private information. If you have received it in error, please notify
the sender
immediately and delete the original. Any other use of the email by you is
prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk -
Portuguese
Svenska: www.cardinalhealth.com/legal/email
```

CONFIDENTIAL                                                                                                          CAH_MDL2804_00879578