PSJ3

Exhibit 249

Notes
MEETING BETWEEN THE
MCKESSON &
PURDUE PHARMA L.P.
May 5, 2009

Attendees:

**From McKesson**

Ina Trugman, Assistant General Counsel
Donald Walker, SVP, Distribution Operations.
Bob James, VP, Branded Rx
Robert Pocica, VP, CSO

**From Purdue Pharma L.P.**

Robin E. Abrams, Vice President, Associate General Counsel
F. Mark Geraci, Vice President, Chief Security Officer
Stephen L. Seid, Executive Director, National Accounts
John D. Crowley, Executive Director, CSA Compliance
Luis N. Bauza, Director of Investigations

1. Introduction/Purpose of the Meeting
    - Suspicious Order Monitoring (General)
    - DEA Communications – Burden on Industry
    - Purdue Order Monitoring System
    - McKesson SOM Program
    - Risks - Serious Consequences
    - Distributors ultimately Manufacturers
    - Meet our DEA Responsibilities
    - Do the Best We Can Do

2. Purdue Perspective
    - Collaborate Together
    - Examples of Retail Account purchases

3. Any issue of interest that McKesson wishes to raise with Purdue Pharma

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              PPLP004474439

Notes:

> **Redacted for privilege**

Don Walker stated that he was in 100% agreement with Purdue and he recognized that this collaborative effort was the right thing to do.

Mr. Walker wanted to caution about potential litigation by a customer because we make a call, etc. He stated that "I'm already in the middle (DEA's SOM interpretations and customers) and I don't need another person putting me in the middle.

We spoke about Barbara Boockholdt, (Chief, Regulatory Section (ODG) ██████) and Maureen O'Keefe (now the Associate Section Chief, Synthetic Drugs and Chemicals Section (ODS/A) ██████ at DEA Headquarters and McKesson's interactions with them.

Don stated that "we ultimately protect ourselves". When dealing with Purdue, Mr. Walker requested that Jack deal with him directly, rather than several individuals. He stated that he employed six (6) Directors of Regulatory Affairs around the country and that there were 5/6 Distribution Centers.

He spoke about the "2005 debacle" (DEA action) and how his company had invested $ millions in their Suspicious Order Monitoring Program. Basically, McKesson makes every effort to understand the pharmacy account and then they establish a threshold for ordering. It's Don's job to build relations with DEA Field Diversion Program managers (DPMs) and Group Supervisors - as well as his DRAs.

Threshold:

| | | |
|---|---|---|
| Total Sales | Tier 1 | Distribution Center (DC) Level |
| One Time Suspicious Order | Tier 2 | Regulatory Visit |

2

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004474440

Ongoing?        Tier 3        Don Walker (SVP) Level
Limited Resources – Electronic Reporting to DEA HQ (has been established) plus phone calls directly to Washington, DPM and G/S.

Subtle pharmacies are much more difficult to evaluate.

On June 9, 2009 Jack Crowley conducted a follow-up teleconference with Don Walker and two (2) Directors of Regulatory Affairs - Bill Mahoney South Region and Dave Gustin, North Central Region:

SAFESCRIPT PHCY #19 LLC
27867 ORCHARD LAKE ROAD-
FARMINGTON HILLS, MI-48334

DETROIT MEDICAL PHARMACY, INC.
500 E. WARREN-
DETROIT, MI-48201

SAV-MART PHARMACY LLC
7011 GRATIOT-
DETROIT, MI-48207

SAV-MAX PHARMACY
12740 GRATIOT-
DETROIT, MI-48205

GARDEN DRUGS HM
4400 N ANDREWS AVE-
Fort Lauderdale, FL-33309

3

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    PPLP004474441