PSJ3 Exhibit 250

| | |
|---|---|
| From: | Crowley, Jack [Jack.Crowley@pharma.com] |
| Sent: | 3/8/2012 7:07:33 PM |
| To: | Walker, Donald [donald.walker@mckesson.com] |
| Subject: | Thank you note; Additional Cardinal court papers |

Hello Don:

It was great to see you and spend some time with you and your team on Tuesday at Westlake and again at dinner. Our group really had a strong and positive feeling throughout the meeting and it certainly carried over into the social time at dinner which you hosted.

I want to sincerely apologize for the snafu that resulted in us being late for the meeting - it was quite embarrassing to say the least. Your graciousness was very much appreciated by our team.

I look forward to collaborating with you and supporting you and your team on matters of mutual interest. We look at our work together as "mutual support" as we are all in this together – manufacturers and wholesalers/distributors - as well as the retail customers, of course.

While Joe Rannazzisi is publicly stating that "Manufacturers are now sending letters to their wholesale distributor customers warning them of their due diligence obligations and that their lack of customer monitoring will result in a discontinuation of business", our Purdue Team does not and will not operate in that manner.

We will continue to interact with your DRAs in a collaborative manner when appropriate - and I know that your team feels comfortable in interacting with us as needed.

---

Please note that whenever I mentioned the "Cardinal Matter" during our meeting, I only meant that I was studying the documents to learn whatever I could from DEA's own statements. I think we all sympathize with Cardinal, and I wasn't trying to single them out. Rather, I will always try to promote whatever we can learn from DEA's own statements to help us each with our order monitoring efforts.

Attached please find the district court's opinion denying Cardinal's preliminary injunction, the Mone Supplemental Declaration and a Correcting Declaration for Mone, as well as two docket sheets for Cardinal's appeal to the D.C. Circuit.

The first one really just includes the protective petition for review (attached); the second one appears to be the one currently being used, with Cardinal's emergency motion for injunction (attached), and the recent orders of the circuit court staying the Immediate Suspension Order (attached).

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance

Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

Examples of recent quotes:

- The suspensions are an aggressive display of the DEA's strategy to attack the prescription drug abuse problem at the highest levels.
- DEA agents are targeting the top of the supply chain as part of a comprehensive strategy to stop the flow of prescription drugs to street dealers.
- Kerlikowske said the federal steps to control the epidemic are mindful of the need to protect access to the medications for legitimate patients.
- Within the closed system, each license holder has responsibilities to maintain control of the drugs and keep them from getting to <u>illegitimate players</u>, **DEA Special Agent Gary Boggs** said.
- The agency repeatedly warns distributors that the size of an order alone triggers the distributor's responsibility to report it to the DEA, Boggs said. Distributors must cut sales to those drugstores with suspicious orders even if they have a valid DEA license, he said.
- "If <u>all those players involved</u> are either complicit or not doing their due diligence correctly, that whole system comes tumbling down," Boggs said.
- Distributors can act more quickly than law enforcement if they know something is wrong, Boggs said.
- "We have to investigate things in a different manner than a company (that) can act on a suspicious order. We have to meet constitutional and legal requirements. They don't have to sell to someone," Boggs said. "They have a moral obligation as keepers of powerful and dangerous substances to make sure those substances are used for legitimate medical purposes."
- Doctors often used the same diagnosis code on multiple prescriptions and often prescribed to two people living at the same address, which Carter said are signs of diversion.
- <u>Carter, in the sworn statement, said Priyadarshi told her customers often ==requested certain brands of oxycodone using street slang.==</u>
- Rannazzisi Declaration #19  -  Holy Trinity
- Rannazzisi Declaration #39  - ARCOS – Privileged and confidential;
- #40  -  proprietary – sales – customer base; DEA will not disclose

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00536291