PSJ3

Exhibit 251

**To:** George Euson[GEuson@hdsmith.com]
**Cc:** Bauza, Luis[luis.bauza@pharma.com]
**From:** Crowley, Jack
**Sent:** Fri 2/26/2010 9:11:50 AM
**Subject:** Florida

Hello George:

How are you doing?  We are planning a trip to Florida during the week of March 8th.  I scheduled a meeting with McKesson in Lakeland on March 9th to further the cooperation between Purdue and McKesson to develop coordinated protocols for communication in the identification of patterns of interest to all of us.

Luis and I were wondering if you had any stores on the gulf side that you might want to visit  -  any of the Kabs?

Also here's a possibility:

HEPZIBAH INC DBA KAY PHARMACY
3500 E FLETCHER AVE # 001-
TAMPA, FL-33613
DEA # BH8636598

Please let us know, and we look forward to working with you again.
_____

Major pain clinic legislation filed to combat Florida pill mills

Bill bans felons from owning pain clinics, gives officials teeth to shut down violators

South Florida Sun-Sentinel

By Bob LaMendola

02/25/2010

http://articles.sun-sentinel.com/2010-02-25/business/fl-pill-mill-0225_1_pain-clinics-narcotic-pills-prescription

Florida's top officials this week unveiled sweeping legislation to combat the growing ranks of pain clinics doling out narcotic pills, especially in South Florida, saying last year's crackdown wasn't tough enough.

CONFIDENTIAL

The bill, which has the backing of Gov. Charlie Crist and legislative leaders in both parties, would ban felons from owning pain clinics and give the state new powers to halt clinics that dispense hundreds of pills at a time to drug abusers and dealers.

"It's clear that many of these clinics are operating outside the law," Bruce D. Grant, director of the Governor's Office of Drug Control, said Wednesday. "But the law doesn't have enough teeth."

About 200 clinics that have opened in Broward and Palm Beach counties are at the center of Florida's pill mill problem, dispensing millions of narcotic pills a month with little oversight, often to people from out of state. Nine Floridians die every day from overdoses related to prescription drugs, according to state records.

State officials should act fast, said Norma Dauer, owner of the German Breadhouse in Oakland Park. She said the police can't stop all the littering, fights, cursing, drug-dealing and unsavory behavior by customers of nearby pain clinics. "The element is very despicable," Dauer said. "These clinics need to be continually hassled, continually hassled. We need to come out with a flat-out law that says, 'Get out.' "

In the meantime, two Florida boards overseeing physicians are poised starting Friday to pass new rules forcing pain doctors to have much more training, although the proposals could be challenged and delayed for months.

Also, Palm Beach County has temporarily halted new clinics from opening, as have cities such as Boca Raton, Coconut Creek and Oakland Park. Broward County is setting up a task force.

Last year in Tallahassee, after seven years of inaction, Florida legislators approved creating a database to track every narcotic prescription, to weed out patients getting pills from multiple doctors at once. They also forced clinics to register -- more than 900 have so far -- and to be inspected in the future.

But the state has only raised half of about $1 million needed to start the database and the inspections await new rules to be written. Also, the law did not make penalties to enforce it, Grant said.

What's more, the law made clinic physicians responsible for the operations. That allows private investors, who own most of the clinics in South Florida, to move on and open a new clinic if their shop gets in trouble.


Best regards,

Jack

CONFIDENTIAL

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

CONFIDENTIAL                                                                                                             PPLPC053000039690