# PSJ3 Exhibit 252

## George Euson

From:       George Euson
Sent:       Tue 8/18/2009 2:52 PM (GMT -4)
To:         Crowley, Jack
Cc:
Bcc:
Subject: Re: FW: SOM


I agree. I'm free this afternoon or tomorrow morning.


George L. Euson, CPP
Director, Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) 467-8206
Cell: (217) 494-8783
geuson@hdsmith.com

"Crowley, Jack" ---08/18/2009 01:22:40 PM---We should gang up on DEA in Portland, OR. http://www.deadiversion.usdoj.gov/mtgs/pharm_industry/14th

From:    "Crowley, Jack" <Jack.Crowley@pharma.com>
To:      "geuson@hdsmith.com" <geuson@hdsmith.com>
Date:    08/18/2009 01:22 PM
Subject: FW: SOM

We should gang up on DEA in Portland, OR.

http://www.deadiversion.usdoj.gov/mtgs/pharm_industry/14th_pharm/index.html

Best regards,

Jack

Jack Crowley

Executive Director

CSA Compliance

Purdue Pharma L.P.

One Stamford Forum

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                HDS_MDL_00086622

Stamford, CT 06901

252-265-1964 (Wilson)

203-588-8613 (Stamford)

203-273-2656 (cell)

**From:** Crowley, Jack
**Sent:** Tuesday, August 18, 2009 2:20 PM
**To:** geuson@hdsmith.com
**Subject:** SOM

Hello George:

Would you like to catch up this week? I need to circle back with you on some of the accounts in South Florida, plus discuss St. Paul's.

Best regards,

Jack

Jack Crowley

Executive Director

CSA Compliance

Purdue Pharma L.P.

One Stamford Forum

Stamford, CT 06901

252-265-1964 (Wilson)

203-588-8613 (Stamford)

203-273-2656 (cell)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER	HDS_MDL_00086623