PSJ3

Exhibit 253

Message

| | |
|---|---|
| **From**: | Morse, Steve [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=DONALD.MORSE] |
| **Sent**: | 8/18/2009 7:02:17 PM |
| **To**: | Mone, Michael [Michael.Mone@cardinalhealth.com] |
| **Subject**: | FW: Quick Question |

I'll handle Jack Crowley's question but take a look at the conference link he provided. I do not want to go, but it is certainly something at which CAH needs representation. It is limited to two per company with limited enrollment. Does it need to be passes along?

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, August 18, 2009 2:49 PM
**To:** Morse, Steve
**Subject:** Quick Question

Hello Steve:

I'd say the summer is flying by now, eh?

Do you know if this crook is still open? I know the owner was indicted, etc.

<u>MEDICINE SHOPPE 1183</u>
11813 1/2 REISTERSTOWN ROAD-
REISTERSTOWN, MD-211360000

DEA # BT7409217

We should gang up on DEA in Portland, OR.

http://www.deadiversion.usdoj.gov/mtgs/pharm_industry/14th_pharm/index.html

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson, NC)
203-588-8613 (Stamford, CT)
203-273-2656 (cell)