Case: 1:17-md-02804-DAP  Doc #: 2350-47  Filed:  08/14/19  1 of 3.  PageID #: 379851

PSJ3

Exhibit 254

**To:**       Hazewski, Edward[ehazewski@amerisourcebergen.com]; Ross, Paul[pross@amerisourcebergen.com]
**From:**     Crowley, Jack
**Sent:**     Wed 8/26/2009 11:47:41 AM
**Subject:**  J & H DBA Garden Drug Due Diligence - Fort Lauderdale  DEA # BJ3675456
prescriptions through 6-2009 Weed.xlsm
prescriptions through 6-2009 adkins.xlsm
prescriptions through 6-2009 Prieto.xlsm
prescriptions through 6-2009 Robinson.xlsm
prescriptions through 6-2009 Stein.xlsm

Hello Ed and Paul:

## Privileged and Confidential

I meant to send this to you after our last teleconference.  I am attaching the prescription histories for the following doctors mentioned by John Malynchak and his daughter Nancy as Garden's top prescribers during my visit in late July – please let me know if you would like this kind of information for your files.  If not, we can both delete this email.

- Adkins
- Prieto
- Robinson
- Stein
- Weed

These five are all "No Call" physicians for Purdue, or we have received "complaints" about them.

Among other things, this means we have reviewed call report history for the pertinent time frame and also prescription history for all opioids or relevant market of substances for the healthcare professional(s) for the pertinent time period.

I am not involved directly with this process, but the reviews resulted in a directive that no Purdue rep would "call on" those doctors.  This is one indicator that the doctors may be involved in questionable prescribing practices, etc.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum

                                                                                       PPLPC021000249399

Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

CONFIDENTIAL

PPLPC021000249400