PSJ3

Exhibit 255

**To:** Hazewski, Edward[ehazewski@amerisourcebergen.com]
**From:** Crowley, Jack
**Sent:** Wed 1/27/2010 11:26:29 AM
**Subject:** RE: Follow-up

Thank you, Ed  -  I appreciate it.

Jack Crowley
Executive Director
Controlled Substances Act Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson NC)
203-588-8613 (Stamford CT)
203-273-2656 (cell)

---

**From:** Hazewski, Edward [mailto:ehazewski@amerisourcebergen.com]
**Sent:** Wednesday, January 27, 2010 11:21 AM
**To:** Crowley, Jack
**Subject:** RE: Follow-up

Nothing new since our last conversation about ▮▮▮▮▮▮▮. I have had no further contact with the Columbus DEA. We are keeping them to a strict threshold but continue to service. Their volume has dropped by over 500% per month since all of this broke.

*Ed Hazewski*

**Manager - Diversion Control Program
AmerisourceBergen
Corporate Security & Regulatory Affairs
1300 Morris Drive
Chesterbrook, PA 19087
610-727-3680**

CONFIDENTIALITY NOTICE.  This electronic mail transmission may contain privileged and/or confidential information

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, January 26, 2010 12:17 PM
**To:** Hazewski, Edward
**Subject:** RE: Follow-up

Hello Ed:

Are they still busting chops on ▮▮▮▮▮▮▮ in Columbus?

Any change in their status?  Continuing to service?  Have you restricted them?

Jack

Jack Crowley
Executive Director
Controlled Substances Act Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson NC)
203-588-8613 (Stamford CT)
203-273-2656 (cell)

---

**From:** Hazewski, Edward [mailto:ehazewski@amerisourcebergen.com]
**Sent:** Tuesday, January 26, 2010 8:54 AM
**To:** Crowley, Jack
**Subject:** RE: Follow-up

Good Morning Jack,

▇▇▇ – we monitor regularly because of their high ratio of CS to Non CS purchases, but we continue to service.

▇▇▇ – We will be undertaking a review of all small distributors that we service, but again, we do continue to service. I have visited Lifeline and have spoken to the owner on many occasions.

I have a couple as well:

I know this one came up before. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ DEA ▇▇▇▇▇▇ has two licenses in FL, one retail and one as a wholesaler. They buy mostly 30 and 80 mg Oxycodone from us. Our concern is they are transferring that product to the wholesale account. The concern is based on their ordering pattern. We will be re-evaluating our relationship because of low dollar volume.

▇▇▇▇▇▇▇▇▇▇ in Los Angeles, DEA ▇▇▇▇▇▇ has been purchasing a good deal of 80 mg Oxycontin from us. Any info?

Thanks Jack. We'll talk soon.

*Ed Hazewski*

**Manager - Diversion Control Program
AmerisourceBergen
Corporate Security & Regulatory Affairs
1300 Morris Drive
Chesterbrook, PA 19087
610-727-3680**

CONFIDENTIALITY NOTICE.  This electronic mail transmission may contain privileged and/or confidential information

CONFIDENTIAL

PPLPC019000346517

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Monday, January 25, 2010 8:22 PM
**To:** Hazewski, Edward
**Subject:** FW: Follow-up

Hello Ed  -  quick question on ▇▇▇▇ and ▇▇▇▇

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

**From:** Crowley, Jack
**Sent:** Tuesday, December 15, 2009 12:43 PM
**To:** ehazewski@amerisourcebergen.com
**Subject:** Follow-up

Hello Ed:

In follow up to our meeting last week, are you continuing to serve?:

▇▇▇▇▇▇▇▇▇▇

HUDSON, FL-34667
DEA #  ▇▇▇▇▇▇

I don't have any derogatory information on this store, and they don't appear to be a significant customer of yours.  If you are "continuing to serve" I can close it out and no additional due diligence is required by us.

▇▇▇▇▇▇▇▇▇▇

MIAMI, FL-33126
▇▇▇▇

CONFIDENTIAL
PPLPC019000346518

Distributor

Same thing - I don't have any derogatory information on this small distributor, and they don't appear to be a significant customer of yours. If you are "continuing to serve" I can close it out and no additional due diligence is required by us.

Best regards,

Jack

Jack Crowley
Executive Director
Controlled Substances Act Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson NC)
203-588-8613 (Stamford CT)
203-273-2656 (cell)

CONFIDENTIAL

PPLPC019000346519