PSJ3

Exhibit 256

**To:** Limer, Gina[Gina.Limer@pharma.com]
**Cc:** Adams, Elizabeth[Elizabeth.Adams@pharma.com]; Peterson, Paulette[Paulette.Peterson@pharma.com]
**From:** Crowley, Jack
**Sent:** Mon 9/20/2010 2:42:22 PM
**Subject:** Addition to OMS

Dear All:

I added the following  -  Continue to Monitor:



LAS VEGAS, NV-89104
DEA #

Jack spoke with Ed Hazewski of ABC regarding this account - most recently on August 25, 2010.  Ed advised that ABC has severed all ties with this account effective July 29, 2010.  They are no longer servicing this account.  At the time of this report, it appears as though Cardinal has picked them up.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

CONFIDENTIAL                                                                                                                                                                PPLPC034000451465