PSJ3

Exhibit 257

**From:** Crowley, Jack
**To:** Limer, Gina
**Sent:** 10/13/2010 1:47:27 PM
**Subject:** FW: Mutual Support.

---

**From:** Crowley, Jack
**Sent:** Wednesday, October 13, 2010 12:17 PM
**To:** 'Hazewski, Edward'
**Subject:** FW: Mutual Support.

Hello Ed:



Jack

**From:** Crowley, Jack
**Sent:** Thursday, October 07, 2010 1:51 PM
**To:** 'Hazewski, Edward'
**Subject:** Mutual Support.

Hello Ed:

Hope all is well.

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000249

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469304



MISSION PHARMACY
14860 ROSCOE BLVD. #104-
PANORAMA CITY, CA-91402
DEA #

Was wondering if you reduced this threshold or restricted in any way – as opposed to trending down because of our new formulation.

Best regards,

Jack

---

**From:** Crowley, Jack
**Sent:** Wednesday, October 06, 2010 12:15 PM
**To:** 'Hazewski, Edward'
**Subject:** FW:

Hello Ed:

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000250

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469305



Best regards,

Jack

---

**From:** Crowley, Jack
**Sent:** Friday, August 27, 2010 1:24 PM
**To:** Hazewski, Edward
**Subject:**

Hello Ed:

Are you available for a quick call, or is Monday better?

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000251

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469306