PSJ3

Exhibit 258

| | |
|---|---|
| **From:** | Crowley, Jack |
| **To:** | 'steve.morse@cardinalhealth.com' |
| **BCC:** | Limer, Gina; Adams, Elizabeth |
| **Sent:** | 9/21/2010 5:23:56 PM |
| **Subject:** | Follow-Up |

Hello Steve:

During our conversation on the first of the month, one of the items discussed was BER Coporation dba White Cross Drugs  -  and you mentioned that the store had hired a team of ex-DEA people to make an assessment.  You also mentioned that your VP, Michael Mone had the report in his possession.

Subsequently, I learned that the team of ex-DEA people who did the assessment and report for White Cross included <u>Doug Herbert</u> , a retired DEA Assistant Special Agent in Charge, who formerly worked out of the DEA office in Phoenix, and retired Diversion Investigators <u>Jerry Goldsmith</u> and <u>Barbara Roberts</u> .

It 's likely that this group and other ex-DEA people will be doing more of this sort of thing.

Would you kindly check with Michael, and find out if you can share that assessment report with me?  I appreciate it very much.  If so, I 'll be happy with a PDF copy or snail mail to my Stamford Address (below).

How was your trip to Maryland and Florida?  I 'll be happy to compare notes on dispensing doctors if you 'd like.

Best regards,

Jack


Jack Crowley

Executive Director

CSA Compliance

Purdue Pharma L.P.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

One Stamford Forum

Stamford, CT 06901-3431

(203) 588-8613 (Stamford, CT)

(252) 265-1964 (Wilson, NC)

(203) 273-2656 (cell)

jack.crowley@pharma.com

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                              PPLP004473047