PSJ3 Exhibit 260

**From:** Crowley, Jack
**To:** Issa, Giselle
**Sent:** 6/11/2013 2:50:19 PM
**Subject:** FW: Follow up call

Contact with Tom McDonald - McKesson DRA. There were several.

**From:** Adams, Elizabeth
**Sent:** Monday, May 03, 2010 1:34 PM
**To:** Crowley, Jack
**Subject:** RE: Follow up call

Thanks. Yep, we'll see ….

*Elizabeth S. Adams*

*Sr. Counsel*

*Purdue Pharma L.P.*

*201 Tresser Boulevard*

*Stamford, CT 06902-3431*

*Voice: 203.588.7271*

*Fax: 203.588.6026*

*elizabeth.adams@pharma.com*

*Admitted to practice in Connecticut*

**From:** Crowley, Jack
**Sent:** Monday, May 03, 2010 1:33 PM
**To:** Adams, Elizabeth
**Subject:** RE: Follow up call

Great job - we'll see where he goes with that approach.

**From:** Adams, Elizabeth
**Sent:** Monday, May 03, 2010 1:19 PM

**To:** McDonald, Tom
**Cc:** Crowley, Jack
**Subject:** RE: Follow up call
**Importance:** High

Hi Tom,

We probably have a minimum of 15 prescribers and more than that number of pharmacies in metro LA, San Diego and northern Orange County that have been brought to our attention over the past two months --many of them aren't necessarily problematic from the information available to us at this point --but they might be if you also have them on your radar already, or if you uncover information subsequent to our bringing them to your attention that leads you to conclude they should be on your radar.

So we have a something of a "backlog" --large numbers we don't have elsewhere in contiguous locations specific to your region of coverage --about which we want to share information with you without letting more time go by. For that purpose, would it be possible for you and me to verbally download initial information to each other in a call involving only the two of us sometime between now and Thursday? We could then discuss any further details and appropriate follow up actions (if any) in collective calls as you have proposed.

I hope this "hybrid" approach to the California backlog will be acceptable. Either way, please go ahead and send a meeting planner for the earliest time that works on your end. Jack and I are working on prioritizing our California list and I'll forward it to you as soon as possible

Many thanks and best regards,

Betsy

*Elizabeth S. Adams*

*Sr. Counsel*

*Purdue Pharma L.P.*

*201 Tresser Boulevard*

*Stamford, CT 06902-3431*

*Voice: 203.588.7271*

*Fax: 203.588.6026*

*elizabeth.adams@pharma.com*

*Admitted to practice in Connecticut*

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Friday, April 30, 2010 11:41 AM
**To:** Adams, Elizabeth
**Cc:** Crowley, Jack; Bauza, Luis; Mahoney, Bill; Gustin, Dave; Oriente, Michael
**Subject:** RE: Follow up call

Betsy,

We have been discussing how we want to proceed. We may want to do these calls collectively with each of the regional directors on the call. This will allow us to share information in a more efficient way and eliminate opportunities for overlap. It should work as a more effective use of your time as well. I suggest we get lists together on our side and on yours and generate a conference call invitation. These lists should be relatively short (top five doctors of interest). That way we will have time for discussion. I'm sure you have more than five on your list as will we, so additional call can be arranged. Your thoughts?

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell
fax 562-463-2251

```
Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.
```

---

**From:** Adams, Elizabeth [mailto:Elizabeth.Adams@pharma.com]
**Sent:** Friday, April 30, 2010 4:25 AM
**To:** McDonald, Tom
**Cc:** Crowley, Jack; Bauza, Luis
**Subject:** Follow up call
**Importance:** High

Hi Tom,

Per voice message I left on your mobile yesterday, we are hoping to be able to set up a call with you to review outlets and prescribers of mutual concern in your region, particularly in the LA-San Diego area. Luis Bauza, who participated in our call last week and has had several recent communications with Michael Lewis, will join me on the follow up call. We are available after 2pm Pacific time on Monday and anytime during your business hours on Tuesday or

Wednesday. Please feel free to send us a meeting planner, or let me know your availability and I'd be happy to do so from my end.

FYI, I am out of the office today, so I won't see email until this evening. I am reachable on my cell phone at any point today: ▒▒▒▒▒▒▒

Best regards,

Betsy

*Elizabeth S. Adams*

*Sr. Counsel*

*Purdue Pharma L.P.*

*201 Tresser Boulevard*

*Stamford, CT 06902-3431*

*Voice: 203.588.7271*

*Fax: 203.588.6026*

*elizabeth.adams@pharma.com*

*Admitted to practice in Connecticut*


P  please consider the environment before printing this email

---

**From:** Adams, Elizabeth
**Sent:** Monday, April 26, 2010 1:33 PM
**To:** Tom.McDonald@McKesson.com
**Cc:** Crowley, Jack
**Subject:** Follow up to last week's call
**Importance:** High

Hi Tom,

It was great to make your acquaintance by phone last week. Below is my contact information.

As we discussed very briefly at the end of our call last week, it would be great if we could have a 30-minute call just with you sometime in the next week or two, so that we can share with each other (to the extent we are able to) information we each have on prescribers and pharmacies in the LA-south Orange County-San Diego area.   I'd like to

have Jack on the call as he knows history prior to January 2010 when I came on board.

Can you suggest a couple of dates and time?  This week, except for Wednesday before 1pm, looks particularly good for us.

Best regards,

Betsy

P.S.    Correction of what I stated on last week's call:  We are aware of Seideman. More when we have our call.

*Elizabeth S. Adams*

*Sr. Counsel*

*Purdue Pharma L.P.*

*201 Tresser Boulevard*

*Stamford, CT 06902-3431*

*Voice: 203.588.7271*

*Fax: 203.588.6026*

*elizabeth.adams@pharma.com*

*Admitted to practice in Connecticut*

P  please consider the environment before printing this email

---

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Thursday, April 22, 2010 2:59 PM
**To:** Crowley, Jack
**Subject:** RE: for our call at 2pmET

Per our conversation, my contact information is below.

Regards,

Tom McDonald
Director of Regulatory Affairs

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    PPLP004437212

Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell
fax 562-463-2251

Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Thursday, April 22, 2010 8:12 AM
**To:** de Gutierrez-Mahoney, Bill; McDonald, Tom; Oriente, Michael; Gustin, Dave
**Subject:** RE: for our call at 2pmET

Gentlemen  -  here is a supplemental topic for your information.

As you know, the FDA has approved the New Drug Application for our reformulation of OxyContin ®  (oxycodone HCl controlled-release) Tablets. I will keep you closely informed about the product change-out, which will most likely occur in Q3 (August/September time frame)

Purdue must be very careful with what is communicated about this product.

http://www.pharma.com/pressroom/news/20100405.htm

Purdue elected to reformulate OxyContin Tablets to be bioequivalent to the original formulation and in an effort to make the tablet more difficult to manipulate for the purpose of intentional misuse and abuse, however, <u>there is no evidence that the reformulation of OxyContin is less subject to misuse, abuse, diversion, overdose or addiction (yet) .</u>

-

The reformulated product 's prescribing information does not contain any statements about tamper-resistance or reduced abuse liability, and neither Purdue nor any of its employees will make any claims that this reformulation is tamper resistant or abuse deterrent. OxyContin continues to be a CII controlled substance with all the attendant risks of Schedule II opioids, specifically that the drug has a high potential

for abuse. Use, misuse, or abuse of the drug may lead to physical dependence or addiction (addiction is sometimes referred to as "psychological dependence " ). In addition, alteration of the tablet in any manner poses significant risks of overdose and death. The Full Prescribing Information contains warnings about the potential for abuse, diversion, overdose and addiction, including a boxed warning.

Working with the FDA, Purdue has developed a Risk Evaluation and Mitigation Strategy (REMS) for OxyContin Tablets. The OxyContin REMS includes a Medication Guide, Elements to Assure Safe Use, such as healthcare provider training, and a timetable for submitting assessments of the REMS.

We are also working diligently to inform healthcare professionals and pharmacists about the process by which we will transition all product orders to the reformulated product.

I will continue to keep you apprised of shipment milestones for the reformulation of OxyContin Tablets.

Jack

---

**From:** Mahoney, Bill [mailto:Bill.Mahoney@McKesson.com]
**Sent:** Thursday, April 22, 2010 10:39 AM
**To:** Crowley, Jack; McDonald, Tom; Oriente, Michael; Gustin, Dave
**Subject:** RE: for our call at 2pmET

Jack —

No problem ...looking forward to meeting them.

Bill

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Thursday, April 22, 2010 10:33 AM
**To:** de Gutierrez-Mahoney, Bill; McDonald, Tom; Oriente, Michael; Gustin, Dave
**Subject:** RE: for our call at 2pmET

Hello Bill:

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  PPLP004437214

I hope you don't mind - I have invited Betsy Adams, who is the new Coordinator of our Order Monitoring System program and Luis Bauza, who is a Director of Investigations, Corporate Security.

We three will be calling in from different locations. Betsy is trying to get up to speed on all of this, and will be scratching some notes for herself. She is helping to get us better organized in our internal efforts.

Best regards,

Jack

Jack Crowley

Executive Director

CSA Compliance

Purdue Pharma L.P.

One Stamford Forum

Stamford, CT 06901

252-265-1964 (Wilson)

203-588-8613 (Stamford)

203-273-2656 (cell)

---

**From:** Mahoney, Bill [mailto:Bill.Mahoney@McKesson.com]
**Sent:** Thursday, April 22, 2010 10:19 AM
**To:** Crowley, Jack; McDonald, Tom; Oriente, Michael; Gustin, Dave
**Subject:** for our call at 2pmET

Looking forward to our discussion ...

**Bill Mahoney**

**Director of Regulatory Affairs**

**McKesson Pharmaceutical / South Region**

Lakeland, FL

Phone (863) 616-2904

Cell

bill.mahoney@mckesson.com

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail, and destroy this communication and all copies thereof, including all attachments.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PPLP004437216