PSJ3

Exhibit 261

| | |
|---|---|
| From: | de Gutierrez-Mahoney, Bill <Bill.Mahoney@McKesson.com> |
| Sent: | 4/8/2010 1:45:27 PM |
| To: | Crowley, Jack <Jack.Crowley@pharma.com>; McDonald, Tom <Tom.McDonald@McKesson.com>; Oriente, Michael <Michael.Oriente@McKesson.com>; Gustin, Dave <Dave.Gustin@McKesson.com> |
| Subject: | CSMP-Order Monitoring MCK-Purdue |
| Show Time As: | Free |
| | |
| Recurrence: | (none) |
| Required Attendees: | Crowley, Jack; McDonald, Tom; Oriente, Michael; Gustin, Dave |

When: Thursday, April 22, 2010 2:00 PM-3:00 PM (GMT-05:00) Eastern Time (US & Canada).
Where: 1-877-684-9625  passcode 486342
*~*~*~*~*~*~*~*~*~*

Guys--
Looking forward to sharing intelligence on customers, and ideas and methods on interpreting and acting on the info we're seeing. I will compile additional info on the pharmacies identified by Jack (i.e. Huntington, Better Value, and BB Pharmacy Gemmel) so we'll all have some background on the customers in other regions. Please send additional candidtes for sharing and discussion--I will put them into an agenda.

Jack--
I can't see your calendar, so I'm shooting in the dark....please let us know if this time works for you.
Th

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000339

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469394