PSJ3

Exhibit 252

**To:** Crowley, Jack[Jack.Crowley@pharma.com]
**From:** Mahoney, Bill
**Sent:** Mon 5/17/2010 2:46:05 PM
**Subject:** RE: Follow up

Jack—

No…what little I hear is centered around mail or Fedex rather than a physical presence down there…

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Monday, May 17, 2010 2:44 PM
**To:** de Gutierrez-Mahoney, Bill
**Subject:** FW: Follow up

Hello Bill:

Have you gotten wind of any groups trying to establish a distribution center or centers in South Florida exclusively for the pain clinic business?

Jack

**From:** Crowley, Jack
**Sent:** Wednesday, May 12, 2010 3:09 PM
**To:** Mahoney, Bill; McDonald, Tom; Oriente, Michael; Gustin, Dave
**Subject:** Follow up

Gentlemen: - not very good notes, but we can discuss at our next meeting.

Our guest speaker at the New Jersey Pharmaceutical Industry Group Meeting at J&J on Monday featured none other than Joseph Rannazzisi himself. Michael - we need to add you to the mailing list.

No question that DEA is holding "gatekeepers" accountable.

1 ½ hour presentation on Drugs of Abuse - Joe Rannazzisi.

Typical DEA propaganda presentation - the RX problem is huge and growing - you need us, etc.

Currently 34 Tactical Diversion Squads (TDS) - 66 by next year across the U.S. (This will involve an increase in registration fees.)

TDS are comprised of Special Agents and Diversion Investigators from DEA - agents from FBI. OIG, HHS, State and Local Law Enforcement, Disciplinary Boards, other.

DEA Initiative - DEA-sponsored Nationwide Drug Take-back program by this September - get the drugs out of the medicine cabinet - with the schools. (National

# PSJ3

# Exhibit 262

Association of Chiefs of Police; Attorneys General are on board  -  Industry will be asked to help.)

"Cocktail" or "Holy Trinity"  Watch out – this is not legitimate

Hydrocodone (or oxycodone)
Carisoprodol - Soma
Alprazolam - Xanax

National Forensic Laboratory Information System (NFLIS)  -  oxycodone #1 in submissions

Methods of Diversion

Internet and Pain Clinics

Fake prescriptions – highly organized  -  west coast

Doctor shopping  -  states with no prescription monitoring programs

1306.04 Purpose of Issuance of a Prescription

Internet converting to non-controlled substances  -  Soma, tramadol, etc.

What took the place of internet?

    Florida pain clinics  -  #1 roxicodone – vast majority of patients come from other states.
    DEA has shipped a lot of people to Florida  -  **DEA enforcement action on a daily basis in South Florida.**

    **These clinics are going nowhere**  -  the Department of Health has licensed 993 clinics in South Florida since they passed the law.

Identifying rogue pain clinics

Clinics are getting "Suboxone (Buprenorphine) certified" -  DEA must get a court order for criminal case. Drug Abuse Treatment Act (DATA) of 2000.


Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
252-265-1964 (Wilson)
203-588-8613 (Stamford)
203-273-2656 (cell)

CONFIDENTIAL                                                                                                                              PPLPC023000285329