# PSJ3

# Exhibit 263

| | |
|---|---|
| From: | Crowley, Jack |
| To: | 'Mahoney, Bill' |
| Sent: | 9/15/2010 9:54:31 AM |
| Subject: | RE: Florida DEA Intelligence Flash |

Whenever you get the chance  -  thanks.

---

**From:** Mahoney, Bill [mailto:Bill.Mahoney@McKesson.com]
**Sent:** Wednesday, September 15, 2010 9:52 AM
**To:** Crowley, Jack
**Subject:** Re: Florida DEA Intelligence Flash

Thx, Jack...still in Chi-town...will call tomorrow...

---

**From** : Crowley, Jack
**To** : de Gutierrez-Mahoney, Bill
**Sent** : Wed Sep 15 06:30:56 2010
**Subject** : Florida DEA Intelligence Flash

Hello Bill:

How are you?  I hope all is well and your trip to bring your daughter to college went well (and wasn't too sad).

I'm hearing some strange things coming out of the DEA Ft. Lauderdale Group  -  old friend G/S Susan Langston.

Where sales restrictions imposed by the wholesaler may have been viewed favorably by DEA in the past, they are not impressed with such action now.  DEA's latest thinking is that once due diligence is conducted, you're either "all in" or you're "all out".  If the customer is judged to be a "bad customer", the wholesaler should not reduce or restrict, but should STOP DOING BUSINESS with the account.

DEA stated that "it's either a good business" or it's a "bad business" and you (the wholesaler) are either "all in" or you're "all out".

DEA recognizes that restrictions are not working and they seem to be moving to the next logical (in their

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004473227

mind) step.

Further clarity on this emerging interpretation from G/S Langston will need to be sought.  She has even used the term "illegal pharmacies", as in "if you're doing business with an illegal pharmacy, then you're illegal, and you're both going down".

Let's chat sometime soon.

Best regards,

Jack


Jack Crowley

Executive Director

CSA Compliance

Purdue Pharma L.P.

One Stamford Forum

Stamford, CT 06901-3431

(203) 588-8613 (Stamford, CT)

(252) 265-1964 (Wilson, NC)

(203) 273-2656 (cell)

jack.crowley@pharma.com

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004473228