PSJ3

Exhibit 264

**To:** Crowley, Jack[Jack.Crowley@pharma.com]
**From:** McDonald, Tom
**Sent:** Tue 3/29/2011 5:06:40 PM
**Subject:** RE: Prescribing data for the last two years

We are starting to get more active in these types of conferences Jack. It's a good opportunity for networking and also keeps us informed.

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell
fax 562-463-2251

Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, March 29, 2011 2:58 PM
**To:** McDonald, Tom
**Subject:** RE: Prescribing data for the last two years

I generally do not attend NADDI Conferences - plenty of our Corporate Security and other colleagues do attend, however.

Do many wholesalers go?

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Tuesday, March 29, 2011 5:54 PM
**To:** Crowley, Jack
**Subject:** RE: Prescribing data for the last two years

Thank you sir. Will you be attending the NADDI conference in Vegas in April?

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell
fax 562-463-2251

```
Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.
```

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, March 29, 2011 2:52 PM
**To:** McDonald, Tom
**Subject:** RE: Prescribing data for the last two years

I'll see what I can do.  They attorney in charge of that is undergoing a comprehensive analysis of all data reported to GC against sales rep data, etc.

I'll see if she has a list of doctors "on the radar" in your large territory, and we'll go from there.

Jack

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Tuesday, March 29, 2011 5:49 PM
**To:** Crowley, Jack
**Subject:** RE: Prescribing data for the last two years

Thanks Jack.  Do you have a current list of customers reported to GC in the West?  I'd like to review them against our higher threshold customers in their areas.  I cover Montana to El Paso, TX and all points west.  Thanks.

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell
fax 562-463-2251

```
Confidentiality Notice: This e-mail message, including any attachments, is

for the sole use of the intended recipient(s) and may contain confidential

and privileged information.  Any unauthorized review, use, disclosure or

distribution is prohibited.  If you are not the intended recipient, please

contact the sender by reply e-mail and destroy all copies of the original

message.
```

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, March 29, 2011 2:44 PM
**To:** McDonald, Tom
**Subject:** FW: Prescribing data for the last two years

Prescribing data for the last two years

**Privileged and Confidential**

Hello Tom:

None of the prescribers on your list have been reported to our Office of General Counsel and, therefore, are not on our radar.  I am attaching the prescribing histories for all of the four prescribers.

Please let me know by phone if you have any follow-up questions.

Two of the prescribers, _____ and _____ have no call reports for more than 5 years, which I understand to mean that they don't prescribe our products very much  -  and therefore the field reps no longer visit them.

The other two prescribers, _____ and _____, have current call notes.

CONFIDENTIAL                                                                                                           PPLPC018000502668

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

---

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Thursday, March 24, 2011 6:33 PM
**To:** Crowley, Jack
**Subject:** Information


Hello Jack,

Are any of the following doctors on your radar?

MtVernon, Wa 98274

DEA#


Mt Vernon, Wa 98273

DEA#

CONFIDENTIAL                                                                                                                                          PPLPC018000502669

Stanwood, Wa 98292

DEA#



Concrete, Wa 98237

DEA#

Regards,

Tom McDonald

Director of Regulatory Affairs

Western Region

McKesson Pharmaceuticals

9501 Norwalk Blvd.

Santa Fe Springs, CA 90670

office 562-463-2250

cell

fax 562-463-2251

```
Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.
```

CONFIDENTIAL                                                                                           PPLPC018000502670