PSJ3

Exhibit 265

| | |
|---|---|
| **To:** | Oriente, Michael[Michael.Oriente@McKesson.com] |
| **Cc:** | Mahoney, Bill[Bill.Mahoney@McKesson.com] |
| **From:** | Crowley, Jack |
| **Sent:** | Thur 7/7/2011 2:48:20 PM |
| **Subject:** | RE: Mutual Support Request |

Thanks so much for your quick response, Michael.

This is as we have expected  -  or at least we suspect that the accounts that have declined significantly have changed to the 30mg.  This might  -  again I say might  -  indicate that some doctors are questionable in terms of writing what the "pain" patients demand.

I really appreciate and cherish our relationship.

Best regards,

Jack

**From:** Oriente, Michael [mailto:Michael.Oriente@McKesson.com]
**Sent:** Thursday, July 07, 2011 3:26 PM
**To:** Crowley, Jack
**Cc:** Mahoney, Bill
**Subject:** RE: Mutual Support Request

Jack,
Both of my Philadelphia accounts have switched from Oxycontin 80mg to Oxycodone IR 30 mg.  Both are still serviced by McKesson and possibly other wholesalers.  I continue to watch them daily because of their volumes.

Both of these Pharmacies have switched to the IR and I graphed it.  Not sure it means anything other than the switch.  Pharmacies where I had high quantity Oxycontin 80's I now have high quantity Oxycondone 30's.  I have been told by the Pharmacists that patients in place of three 80mg a day for 240mg they are now taking eight 30mg for 240 total mg's.  The total pill count has thus risen two and a half times.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell:

Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Thursday, July 07, 2011 2:12 PM
**To:** Oriente, Michael
**Cc:** de Gutierrez-Mahoney, Bill
**Subject:** Mutual Support Request

Hello Michael:

Here we go again. ☺

I hope you are enjoying the summer.

Here are some accounts that I have just one or two questions. I am including Bill, because I have forgotten who covers Nashville  -  sorry.

The reason these accounts are up for discussion is simply because they have <u>declined significantly</u> in terms of purchases of the new formulation of OxyContin versus last year.  They were never on the radar before  -  but only now for the reason that they have decreased dramatically percentage-wise.  I'm cleaning up our "old system".

==Would you kindly let me know if these three accounts are still being serviced by McKesson  -  and that they are in good standing?==

Have they changed to oxycodone IR 30mg?

Which reminds me  -  I'd like to discuss whether or not there would be any added value if I could somehow see the total oxycodone sales  -  not just OxyContin  -  for specific accounts when we have discussions in the future.  No pressure, and I value your opinion.

**PHARMACY OF AMERICA**
1500 E ERIE AVE
PHILADELPHIA, PA 19124
DEA# ███████

No derogatory information.

**NORTHEAST PHARMACY HM**

6730 BUSTLETON AVE
PHILADELPHIA, PA 19149
DEA#

No derogatory information.

### **BRADLEY DRUG CO**
5208 CHARLOTTE AVE
Nashville, TN 37209
DEA#

No derogatory information.

_____

I will be on vacation starting tomorrow for a week, but hopefully we can catch up. An short email response would be ideal.


Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

CONFIDENTIAL                                                                                                                         PPLPC020000496775