# PSJ3 Exhibit 266

## caveat

From:

"Adams, Elizabeth" <elizabeth.adams@pharma.com>

To:

"Oriente, Michael" <michael.oriente@mckesson.com>

Date:

Thu, 24 Jun 2010 18:52:53 +0000

---

Hi Michael,

We've spoken of this before, but I thought it might be mutually beneficial to repeat in light of prior emails.

Please do not forward any emails we send you either internally or to any third party. Sharing of the content of the information we provide you (written or verbal) is okay, but please do not reveal Purdue directly or indirectly to any 3rd party as the source of information without our prior okay. That said, we encourage you to seek our okay if you intend to share information we provide to you with DEA or other government agencies or law enforcement, because we most likely will not have any issue being identified as the source of the information and would actually want them to know that we are working together to monitor potential abuse and diversion. In any event, please let us know when you report concerns about specific pharmacies to any of these entities. We will observe the same protocol with any information you share with us and any concerns we report to government agencies or law enforcement with respect to specific outlets you service. That way we'll each know what the other is doing and can coordinate our efforts to maximize our shared objectives.

Please let me know if this makes sense to you, as it needs to work for both of us. If it does make sense, perhaps we can discuss it on our next joint call with your fellow DRAs and my OMS (order monitoring system) colleagues to assure clarity and consensus going forward.

Hope you had a great week away from all this.

Best,

Betsy

*Elizabeth S. Adams*
*Sr. Counsel*
*OMS Program Coordinator*
*Purdue Pharma L.P.*
*201 Tresser Boulevard*
*Stamford, CT 06902-3431*
*Voice: 203.588.7271*
*Fax: 203.588.6026*
*elizabeth.adams@pharma.com*
*Admitted to practice in Connecticut*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00634412