PSJ3

Exhibit 267

**To:** Abrams, Robin[Robin.Abrams@pharma.com]
**Cc:** Seid, Stephen[Stephen.Seid@pharma.com]
**From:** Crowley, Jack
**Sent:** Fri 3/18/2011 10:25:33 AM
**Subject:** RE: HD Smith

Yes.

**From:** Abrams, Robin
**Sent:** Friday, March 18, 2011 10:24 AM
**To:** Crowley, Jack
**Cc:** Seid, Stephen
**Subject:** Re: HD Smith

Ok I agree. Will you touch base with other 3 to see if they are making any significant changes in S Florida?

**From**: Crowley, Jack
**To**: Abrams, Robin
**Cc**: Seid, Stephen
**Sent**: Fri Mar 18 10:16:34 2011
**Subject**: FW: HD Smith

Hello Robin and Steve:

I spoke with Mark and he is in agreement that we could help HD Smith and George Euson if we wanted to get involved.

Mark suggested that I put together a brief email to George with copies to you and him  -  to the effect that we are willing to help and that Luis would be in touch with him shortly.

I could do some OMS work to help with prioritizing the visits and so forth.

HD Smith has two seasoned former law enforcement people  -  George himself and Bill Stivers.  P.J. Little has worked for George for about 4 years, but she's not seasoned in terms of visiting pharmacies by herself.

The HD Smith action impacts us, also  -  so I think it's a good thing for us to get involved.  I keep asking myself what would be the down side. As I listed below  -  HD Smith might have to close their Florida D.C. because of this.

I don't think we'll have any disagreements with HDS  -  but that might be one possible downside issue.

Jack

CONFIDENTIAL

PPLPC004000274124

**From:** Geraci, Mark
**Sent:** Friday, March 18, 2011 9:36 AM
**To:** Crowley, Jack
**Cc:** Bauza, Luis
**Subject:** RE: HD Smith

Jack
Thanks for the very interesting report. Call me when you get a moment so we can discuss.
Regards
Mark

*F. Mark Geraci | Vice President & Chief Security Officer | Purdue Pharma L.P. | One Stamford Forum | Stamford, CT  06901*
*Tel:  203-588-8454 | Fax:  203-588-6088 | mark.geraci@pharma.com*



**From:** Crowley, Jack
**Sent:** Friday, March 18, 2011 9:30 AM
**To:** Geraci, Mark
**Subject:** HD Smith

Good morning, Mark:

I called yesterday but you were tied up.  I spoke with Robin and Steve briefly, and touched base with Luis.

HD Smith has significant issues with Susan Langston and DEA in Florida  -  the next three weeks are critical.

I spoke with George Euson who advised me that as of yesterday they will no longer sell oxycodone to any retail account in Florida, except those that are way beyond reproach  -  like certain hospitals.

Background:

G/S Susan Langston called George Euson the other day and said:

- I was just at one of your stores and there's a line going around the corner, etc.
- After all of our discussions, how could you allow this?
- You continue to get warnings from us.
- I go to bat for you, but there are others (in HQ) who think HD Smith is no good.
- This was a "Heads Up" in effect.

CONFIDENTIAL

PPLPC004000274125

- Oxycodone 30mg sales
- I have a good relationship with you, and Bill (Stivers) and I know you are trying very hard.
- But you are not doing enough, and you are not doing it fast enough.

The company has taken the hint, and suspended all oxycodone sales pending updated due diligence visits.

Chris Smith has directed that George and his staff (of 2 people) will visit every pharmacy account in Florida over the next 3 weeks (84 stores) and perform due diligence.  They will only begin distribution of oxycodone again if they are 100% comfortable with the account  -  100%!

HD Smith has stopped doing business with 80 + stores in Florida previously.

They only have 100 - 110 accounts left.

Will visit 84 of those accounts in next 3 weeks.

The remaining are hospitals and health clinics.

This is their entire book of business in Florida.

HD Smith is selling 75 percent less oxycodone this year than last in Florida – yet Langston is still on them.

Again  -  this suspension of sales is for oxycodone only.  These accounts are still eligible to purchase other CS.

They have closed a few in JAX but this is mainly SE FL, Tampa area and Orlando. The bulk of the accounts are in the bottom half of the state.

HD Smith might have to close their Florida D.C. because of this.

Susan Langston only cares about South Florida.

Don't know if others are in the crosshairs. This will have an impact on all distributors in Florida  -  and the little guys might gain some business in the short term.

Only 3 HD Smith people to do this starting Monday  -  George Euson, Bill Stivers and P.J. Little.  George has to plit his team up and P.J. is not as seasoned as George and Bill  -  so he is trying not to send her into dangerous areas.

Frankly he could use some help, although he hasn't asked me for it directly.

CONFIDENTIAL
PPLPC004000274126

Best regards,

Jack

CONFIDENTIAL

PPLPC004000274127