PSJ3

Exhibit 268

| | |
|---|---|
| From: | Hazewski, Edward |
| To: | Crowley, Jack |
| Sent: | 9/18/2012 10:16:11 AM |
| Subject: | RE: OMS Mutual Support |
| Attachments: | @ |

Jack, here are the numbers for Oxycontin (Food City) for August:

OxyContin (all strengths)—29,000
    10mg—100
    20mg—1,100
    30mg—700
    40mg—4,800
    60mg—6,000
    80mg—16,300

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Monday, September 17, 2012 9:55 PM
**To:** Hazewski, Edward
**Subject:** FW: OMS Mutual Support

Hello Ed:

Sorry to be a pain, but can we have a short call on the 18th?

203-273-2656 or 203-588-8613

Thanks,

Jack

---

**From:** Crowley, Jack
**Sent:** Thursday, September 13, 2012 11:08 AM
**To:** 'Hazewski, Edward'
**Subject:** OMS Mutual Support

Hello Ed:

I just need to touch base on these:

I think you told me that Food City was joining a new buying group.  Is that effective this month?

Was there notice of a price increase  -  hence the high numbers in August?

**FOOD CITY PHARMACY #**
5941 KINGSTON PIKE, BEAR
KNOXVILLE, TN-37919
BF7000526

Purchased 1,213 X 100 OxyContin 80mg in August.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004472303

Reportedly switching to a different wholesaler.

---

APOTHECARY SHOP OF T
4512 EAST CAMP LOWELL D
TUCSON, AZ-85712
DEA #FA1240718

Purchased 942 X 100 OxyContin 80mg in August.

　　　　195 X 100 OxyContin 60mg in August.

　　　　307 X 100 OxyContin 40mg in August.

---

This one has two different DEA #s  -  maybe new ownership?


GREATER SACRAMENTO P
2288 AUBURN BLVD #102
SACRAMENTO, CA-958211619
DEA #FG2242698

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004472304



Also DEA #BG9867714

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004472305

cid:image001.png@01CD919B.EED27220

Best regards,

Jack

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004472306

waiver of the attorney-client or any other privilege.

<<
    image001.png   (163.5KB)
    image002.png   (162.3KB)

(325.8KB)
>>

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   PPLP004472307