PSJ3

Exhibit 272

**To:** Walker, Donald[Donald.Walker@McKesson.com]
**From:** Crowley, Jack
**Sent:** Thur 3/8/2012 2:51:02 PM
**Subject:** FW: Dr. Kabir Ahmed
prescription history through 2-2012 Khalid Ahmed from CA.PDF
[Untitled].pdf

Hello Don:

Here is an example of how we can help, even though this particular doctor doesn't write much OxyContin any longer.

Tom asked me for information on this doctor during our meeting.

That Tom will be familiar with the pharmacy, plus the notes that this doctor prescribes a lot of Norco for worker's comp patients – hopefully will be helpful for Tom's evaluations.

Most of the time we do a lot of this communication verbally.

Best regards,

Jack

---

**From:** Crowley, Jack
**Sent:** Thursday, March 08, 2012 2:29 PM
**To:** 'McDonald, Tom'
**Subject:** RE: Dr. Kabir Ahmed

Excerpts from Note from April 7, 2010 - when the original OxyContin formulation was on the market. (Please bear in mind that these come from a field sales rep).

………description of Dr. Ahmed's patient population and his use of B&B Pharmacy (B&B Pharmacy, Gemmel Phcy Inc, 10244 Rosecrans Avenue, Bellflower, CA 90706). Apparently, Dr. Ahmed has a fair number of workman's comp patients.

"Dr. Khalid Ahmed is a pain management/ORS with offices in Pico Rivera and Whittier, who uses this pharmacy daily for his workers comp patients. He is the Number One prescriber in my territory. He utilizes all strengths of OxyContin and is not a physician of concern. However, his nurse has mentioned that they send almost all of their worker's comp cases to B&B because the pharmacy helps process the authorizations."

I seem to recall that we had conversations about B&B at our OMS Committee meetings.

I'll keep digging.

Best regards,

Jack

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Thursday, March 08, 2012 1:41 PM
**To:** Crowley, Jack
**Subject:** RE: Dr. Kabir Ahmed

Jack,
My mistake, it is Khalid Ahmed. Anything you can provide would be greatly appreciated.

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell 562-577-7699
fax 562-463-2251



```
Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.
```

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Thursday, March 08, 2012 10:26 AM
**To:** McDonald, Tom
**Subject:** Dr. Kabir Ahmed

Hello Tom:

It was great to see you on Tuesday in Westlake and spend extra time with you at dinner. I am sorry for the snafu that resulted in us being late for the meeting.

Dr. Kabir Ahmed's DEA registration expired on June 30, 2011.  His DEA number is **BA6599077.**   We have access to a DEA database with the names of the registrants.  I obtained Dr. Ahmed's number from that database and the IMS database.  They are the same-- **BA6599077.**

No Purdue sales representatives call on Dr. Kabir Ahmed in Los Angeles, California.

If the doctor's name is Khalid Ahmed, Purdue has been calling on him for years.  Attached is Dr. Khalid Ahmed's prescription history  -  and the prescribing data for Dr. Khalid Ahmed for the last six months.

It seems as though he writes a lot of Norco.

In 2010, Betsy asked about another Dr. Ahmed in California.  His first name was Ashmead.

I can get the call notes on Dr. Khalid Ahmed and comments from the sales representative if you'd like.

Please let me know what more you need.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

CONFIDENTIAL
PPLPC020000558071



CONFIDENTIAL PPLPC020000558072