PSJ3

Exhibit 274

FILED UNDER SEAL