PSJ3

Exhibit 275

# Purdue - Cardinal Meeting Agenda
# November 28, 2012

| **Attendees For Cardinal Health** | **Attendees For Purdue Pharma L.P.** |
|---|---|
| Todd Cameron, VP of Anti-Diversion | Robin Abrams, V.P., Associate General Counsel |
| Gary Cacciatore, VP Regulatory Counsel | Steve Seid, Exec Director, National Accounts /Trade Relations |
| Nick Rausch, Director of Analytics | Giselle Issa, Director, OMS & Records Management |
| Ullrich C. Mayeski, J.D., Director of (Quality and Regulatory Affairs) | Luis Bauza, Director, Investigations (Corporate Security) |
|  | Jack Crowley, Executive Director, CSA Compliance |

### November 27, 2012 (6:30pm – 9:00pm)

Social Gathering & Dinner at **J. Liu** (50 West Bridge Street, Dublin, OH 43017) at 6:30 PM

### November 28, 2012 (9:00am – 11:30am)

| | |
|---|---|
| 8:45 Am - | Arrival at Cardinal Health Headquarters, Dublin, Ohio |
| 9:00 Am - | Introductory Briefings – Todd Cameron and Robin Abrams |
| 9:15am – 11:30am | Start of the open dialogue meeting |

- **Order Monitoring (Manufacturer/Distributor Collaboration)**

  - Cardinal - Discussion on any updated changes to the Due Diligence System with an explanation of indicators and analytical tools;

  - Cardinal - Lessons Learned in the past few years; where do we go in the future

  - Cardinal - Potential areas of concern from a wholesaler's perspective

  - Purdue - General outline of Order Monitoring System

  - Purdue - Discussion on trends and areas of concern

  - Purdue - Discussion on dealing with DEA requests; Referrals; Liaison, etc.

- **Collaboration of efforts and mutual support**

- **Conclusion**