# PSJ3

# Exhibit 276

**To:**       Mayeski, Ullrich[ullrich.mayeski@cardinalhealth.com]
**From:**     Crowley, Jack
**Sent:**     Mon 9/17/2012 9:06:45 PM
**Subject:**  Mutual Support

Hello Ullrich:

I'd like to catch up with you and introduce myself.  I have been working with Steve Morse for the past 4 or 5 years on mutual support/due diligence/order monitoring issues.

Also, I simply need to close out some old business on the following 6 accounts, if I may.

## I.

## LEROY PHARMACY III LLC

159 E. GUNHILL ROAD
BRONX, NY 10467
DEA# BL7425982

The pharmacy is located across from Montefiore Medical Center, and the patient population in the store seems appropriate.

It has been reported that many sickle cell anemia patients from a Montefiore clinic, who were filling prescriptions here and in other nearby pharmacies, stopped using OxyContin after the reformulation claiming that it did not work as well for them.

Are you servicing this account?
Is it in good standing?
They are way down in OxyContin, as noted above.  Did you cut them back?
------------------------------------------------------------------------------------------------

## II.

## MAC'S PHARMACY INC

2419 WASHINGTON PIKE
KNOXVILLE, TN 37917
DEA# BM3192767

This was one of those accounts that decreased dramatically when we introduced the new formulation of OxyContin.

It certainly appears that this is a customer in good standing, that you are continuing to service  -  correct?

CONFIDENTIAL

PPLPC022000560403

Have you visited recently?  Did you cut them back?

Knoxville is a "hotspot" and our friends are always hovering………..
--------------------------------------------------------------------------------

## III.

## MEDICAL CENTER PHARMACY
2116 CHESTNUT STREET
PHILADELPHIA, PA  19103
DEA# AS0589436

This was also one of those accounts that decreased dramatically when we introduced the new formulation of OxyContin.

Are you continuing to service?  Is the account in good standing?
------------------------------------------------------------------------------------

## IV.

## MERCED MEDICAL PHARMACY
1515 W. MERCED AVE
WEST COVINA, CA 917900000
DEA# FM1554129

This account appears to be closed.  Is this account still active?  Did it go out of business?

Any past problems and/or reductions in threshold, etc. ?
------------------------------------------------------------------------------------

## V.

## NIPOMO REXALL DRUG
330 WEST TEFFT STREET
NIPOMO, CA 93444
DEA# BN0670592

is this account still active?  Did you close the account, or did it go out of business?

Any past problems and/or reductions in threshold, etc. ?
------------------------------------------------------------------------------------

## VI

PPLPC022000560404

**<u>OLYMPIA PLAZA PHARMACY – CSOS</u>**
5901 WEST OLYMPIC BLVD, STE103
LOS ANGELES, CA-900360000
DEA# FO0284769

I think we discussed this account previously and it was in good standing  -  you are continuing to service this account.

Apparently it hit our Dilaudid algorithm, although there is no derogatory information in our possession  -  and there are no concerns.  Just double checking.
--------------------------------------------------------------------------------------

We can chat about these on the phone at your earliest convenience.

One final topic  -  Purdue – Cardinal Health Meeting.  We would still like to come to Dublin for an order monitoring follow-up meeting.  Let's discuss some times when we catch up.  We had spoken to Michael Mone and Steve Morse about this previously and we have general agreement  - but no dates.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
<u>jack.crowley@pharma.com</u>