PSJ3

Exhibit 277

**To:** Crowley, Jack[Jack.Crowley@pharma.com]
**From:** Bauza, Luis
**Sent:** Thur 11/8/2012 9:24:39 AM
**Subject:** Re: Mutual Support

Thanks Jack.

Sent from my iPhone

On Nov 8, 2012, at 7:10, "Crowley, Jack" <Jack.Crowley@pharma.com> wrote:

> I'm still trying to nail down some more details, Luis.
>
> Ullrich is a tough man to reach.
>
> Meeting on 28th - maybe dinner on 27th.
>
> ---
>
> **From:** Crowley, Jack
> **Sent:** Wednesday, November 07, 2012 4:54 PM
> **To:** Issa, Giselle (Giselle.Issa@pharma.com)
> **Cc:** Robin Abrams (Robin.Abrams@pharma.com)
> **Subject:** FW: Mutual Support
>
> FYI
>
> ---
>
> **From:** Crowley, Jack
> **Sent:** Tuesday, November 06, 2012 12:27 PM
> **To:** 'Mayeski, Ullrich'
> **Subject:** RE: Mutual Support
>
> Hello Ullrich:
>
> I just wanted to say hello and I hope all is well with you.
>
>> I. I also want to let you know that I have been considering transitioning into "retirement" from Purdue effective January 1, 2013 - and I made it official last week.
>>
>> By way of introduction, in terms of Order Monitoring and Mutual Support Activities, Purdue would like your new contact to be Giselle Issa, Director OMS and Records Management (203-588-7483; Giselle.Issa@pharma.com).
>>
>> I will be providing more information to you by phone as I help to set the stage for Giselle.

CONFIDENTIAL

PPLPC051000161341

> I know that the mutual support activities will continue to be strong between Purdue and Cardinal.
>
> II. Concerning our meeting on 11/28 - the Purdue Team would be comprised of Robin Abrams, VP, Associate General Counsel; Steve Seid, Executive Director, National Accounts; Giselle Issa, Director Order Monitoring System (and Records Management), Luis Bauza, Director of Investigations and myself.
>
> I have some suggestions, if I may. We can fly into Columbus on 11/27 in the afternoon and maybe meet for dinner. Our meeting at your HQ could take place over 2-3 hours on the morning of 11/28. Please let me know how this sounds to you.
>
> We can develop an agenda over the next week or two.
>
> III. Finally (I apologize for the length) – was your colleague able to research any of the accounts below? We can chat about them when I call with Giselle.

I look forward to speaking with you this week.

I have especially enjoyed my work with Cardinal over the years, and I have cherished our relationship  -   It was my honor, really.

Best regards,

Jack

---

**From:** Mayeski, Ullrich [mailto:ullrich.mayeski@cardinalhealth.com]
**Sent:** Friday, October 12, 2012 10:22 AM
**To:** Crowley, Jack
**Subject:** RE: Mutual Support

Jack, thanks for your time today:

As confirmation, I look forward to seeing you and the committee here on 11/28. Joining me will be Todd Cameron(the VP of Anti-Diversion), Gary Cacciatore, (VP regulatory counsel) and Nick Rausch, our Director of Analytics.

As we get closer, we can confirm the time and agenda. Many thanks- Ullrich

Ullrich C. Mayeski, J.D.

Director, Quality & Regulatory Affairs

Cardinal Health

(614) 757-7544 (office)

(614) 975-4064 (cell)

(614) 553-9640 (fax)

ullrich.mayeski@cardinalhealth.com

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Thursday, October 04, 2012 5:32 PM
**To:** Mayeski, Ullrich
**Subject:** FW: Mutual Support

Hello Ulrich:

In follow up to our telephone conversation recently, some of our Order Monitoring Committee Members would like to visit you and your team in Dublin – probably 3 or 4 of us, including Steve Seid, Executive Director, National Accounts and myself.

Our dates are **11/7** and maybe **11/28** (I think the only other date is probably too soon  -  **October 17**th).

Please let me know if this is possible.

2-3 hour mutual support meeting, and maybe lunch or dinner.

Best regards,

Jack

Also, if I could close out these outlets below, I would appreciate it very much.

**From:** Crowley, Jack
**Sent:** Monday, September 17, 2012 10:07 PM

CONFIDENTIAL
PPLPC051000161343

**To:** Mayeski, Ullrich
**Subject:** Mutual Support

Hello Ullrich:

I'd like to catch up with you and introduce myself. I have been working with Steve Morse for the past 4 or 5 years on mutual support/due diligence/order monitoring issues.

Also, I simply need to close out some old business on the following 6 accounts, if I may.

## I.

### LEROY PHARMACY III LLC
159 E. GUNHILL ROAD
BRONX, NY 10467
DEA# BL7425982

The pharmacy is located across from Montefiore Medical Center, and the patient population in the store seems appropriate.

It has been reported that many sickle cell anemia patients from a Montefiore clinic, who were filling prescriptions here and in other nearby pharmacies, stopped using OxyContin after the reformulation claiming that it did not work as well for them.

Are you servicing this account?
Is it in good standing?
They are way down in OxyContin, as noted above. Did you cut them back?

---------------------------------------------------------------------------------------------

## II.

### MAC'S PHARMACY INC
2419 WASHINGTON PIKE
KNOXVILLE, TN 37917
DEA# BM3192767

This was one of those accounts that decreased dramatically when we introduced the new formulation of OxyContin.

It certainly appears that this is a customer in good standing, that you are continuing to service  -  correct?

CONFIDENTIAL                                                                                                                                                    PPLPC051000161344

Have you visited recently? Did you cut them back?

Knoxville is a "hotspot" and our friends are always hovering………..
--------------------------------------------------------------------------------

## III.

### MEDICAL CENTER PHARMACY
2116 CHESTNUT STREET
PHILADELPHIA, PA 19103
DEA# AS0589436

This was also one of those accounts that decreased dramatically when we introduced the new formulation of OxyContin.

Are you continuing to service? Is the account in good standing?
-------------------------------------------------------------------------------------

## IV.

### MERCED MEDICAL PHARMACY
1515 W. MERCED AVE
WEST COVINA, CA 917900000
DEA# FM1554129

This account appears to be closed. Is this account still active? Did it go out of business?

Any past problems and/or reductions in threshold, etc. ?
-------------------------------------------------------------------------------------

## V.

### NIPOMO REXALL DRUG
330 WEST TEFFT STREET
NIPOMO, CA 93444
DEA# BN0670592

is this account still active? Did you close the account, or did it go out of business?

Any past problems and/or reductions in threshold, etc. ?
-------------------------------------------------------------------------------------

**VI**

**OLYMPIA PLAZA PHARMACY – CSOS**
5901 WEST OLYMPIC BLVD, STE103
LOS ANGELES, CA-900360000
DEA# FO0284769

I think we discussed this account previously and it was in good standing  -  you are continuing to service this account.

Apparently it hit our Dilaudid algorithm, although there is no derogatory information in our possession  -  and there are no concerns.  Just double checking.

------------------------------------------------------------------------------------------

We can chat about these on the phone at your earliest convenience.

One final topic  -  Purdue – Cardinal Health Meeting.  We would still like to come to Dublin for an order monitoring follow-up meeting.  Let's discuss some times when we catch up.  We had spoken to Michael Mone and Steve Morse about this previously and we have general agreement  - but no dates.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL

PPLPC051000161347