PSJ3

Exhibit 279

FILED UNDER SEAL