PSJ3

Exhibit 280

(STEVE) MORSE

GREG HALVACS CSO

MARK HARTMAN, SVP SUPPLY CHAIN INTEGRITY
REGULATORY OPERATIONS

(CRAIG MORFORD)

Compliance colleagues at DJ's
Steve Reardon, VP Regulatory Affairs

DMS — DESIGNED TO ASSIST YOU

LUNDIE BRIEFING
PROCESSES AND SECURITY AWARENESS
LEARNED FROM NEW JERSEY FACILITY
AND other parts of world — Learned

Independent oversight
100% make the drug reconciliation
tight environment everywhere

DC Lab same as Batch control

MH → advocate supply chain concern

Obstacle — more holistic approach

Deny more I then provide within
the regulatory

Strong report by line with DEA

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004473400

(Balloon)

Balloon Effect

collaborate appropriately with (Big 3)
and all distributors

(34 people in lay)

\* Anti - Division → (10) Michael Mone

SDM

Expanding Pie
Know Your Customer

DMA - Field Compliance

Weakest link - Last Miles + Retailer

Steve Moore RPh          STEVE DONALD MOSE

Drop Tyjas - 20 Years

Mail Service Pham

Reasonably thresholds
Staff looks at it
Suffix [Know Your Customer]

Service Levels          BEST PRACTICE

7 Mkg Question avon (volio)

[event] - threshold (Conversation)

Sales force on alert for indicator

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



- PARTICULARLY MOULDING

(SM) - 7 marketplaces intimate with Greg's Group

# PRICE DIVERSION

SM

analyze customers formula specific model

APPROPRIATE THRESHOLD SETTING
STATISTICS; JUDGEMENT; INTUITION

When DEA is working with management.

ANY PROBLEMS WITH OUR PRODUCT?

Beginning to shift the attitudes
Ordering Patterns — big change.

(TOUR) — John Doe; Bruce King
Rossdell Street

(DISCUSSION)

Pharmacy

vetting of shipments

DEA Registration

(also judgements about the practice

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Everyone chips in to create a
clearing house

(PA) → Purdue QMS

Cardinal will come + ask about
prescribers

(MH) "TeleMarketing"

Different Business Models
Discussions with DEA                    CARDINAL

(WATSON)                    PAR MED
ANDA / BELCO /

Call center — sells to Pharmacies
cold calls to Select business
distribution Center

Build clientele + sales power in
X based on price

central processing

Another group is played

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004473403

- the issue is **KNOW YOUR CUSTOMER**

DEA — state medical board
education component + certification
BEFORE (DEA registration)

Army diversion re Pain
management          Education.

**TIPPING POINT**
Economic pressures will aggravate

Industry must come together

MFR ———— DIST ———— RETAIL

① DATA

② Theft ———— true alliety

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004473404

# ALL DATA SHARED!

_increase sophistication & knowledge_
_alerted to what is going on in your area_

- Industry data for a guy like [illegible]

_Use this model_ Rx PAYER

(ONE IDEA)

SOM — KNOW YOUR CUSTOMER

At home mailer + posted on line
to 40,000 homes

YouTube - Opportunity

Best Practice for CUSTOMER

INDUSTRY ASSOCIATION

[illegible] shared in SALES ORGANIZATION



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PHARMACY OF INTEREST

PRACTITIONER OF INTEREST

Reporting of Suspicious Orders
Centrally — To DEA Headquarters

Standard of Reporting changing

DEA amends itself from Keian
regulations

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004473407