PSJ3
Exhibit 281

From:      William Stivers
Sent:      Thu 11/11/2010 11:19 PM (GMT -5)
To:        michael.mone@cardinalhealth.com
Cc:        George Euson
Bcc:
Subject: Call next week

Michael,

It was a pleasure speaking with you today and quite a cardiovascular workout. I hope you made your flight.

I hope you will be available to schedule a call for late next week (Thurs. Friday) with George Euson and me to further discuss a possible working group meeting to include representatives from the major wholesalers and possibly manufacturers. As I mentioned, I was considering inviting Becky Polston (or her designee) with the Florida Department of Health to provide some insight as to how the current PMP implementation will apply to wholesalers. We would also like to discuss how the major wholesalers could possibly collectively address due diligence efforts and effective strategies in identifying and combating pharmaceutical diversion.

Thank you again for your time today and I enjoyed your presentation.

Best Regards,

**Bill Stivers**

Compliance Investigator

H. D. Smith

1901 NW 25th Avenue

Pompano Beach, FL 33069

Ph: (941)302-8546

Fax: (941)351-1825

william.stivers@hdsmith.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER