# PSJ3

# Exhibit 283

| | |
|---|---|
| From: | Ducca, Anita |
| Sent: | Fri 2/25/2011 3:27 AM (GMT -5) |
| To: | ttwitty@hdsmith.com; geuson@hdsmith.com; dengel@keysourcemedical.com; bpine@smithdrug.com; steve.reardon@cardinalhealth.com; gary.hilliard@mckesson.com; dhoffman@keysourcemedical.com; Mone, Michael; Robert I. Brown; Hazewski, Edward; michael.dibello@henryschein.com |
| Cc: | David Durkin; Ritter, Pam; Kelly, Patrick |
| Bcc: | |
| Subject: | Final Preparations for the March 1 RAC Meeting at HDMA |
| Attachments: | Final Agenda March 1 2011 RAC Meeting.doc |

Dear All,

This is to touch base with you a final time before the March 1 RAC meeting at HDMA.

1.      We will not coordinate a dinner the night before.  Most of you arrive too late, and those that arrive a little earlier will be contending with heavy and unreliable rush hour traffic.  So, we'll skip the dinner this time.

2.      I've attached the final agenda.  We'll also have a folder of meeting materials here for you when you arrive.  It will include the information sent electronically a couple of days ago and more.

3.      Please remember -- business casual attire.

4.      If you get lost or need to contact someone after your arrival, my cell phone is 703-989-5266.  If you need to arrive late Tuesday morning and wish to let me know, I'll be in the meeting so please call the HDMA receptionist at 703-787-0000.  Also, the phone number for my assistant, Pam Ritter, is 703-885-0239.

5.      Today, at the Executive Committee (ExComm) meeting, we suggested they consider a re-release of the HDMA ICG before the GAO report comes out (expected in June).  The ExComm asked us to find out whether our members have changed their Suspicious Orders monitoring practices since the ICG was finalized (October, 2008) to determine if it is current.  I don't expect

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                                              HDS_MDL_00218806

you to be able to answer this on Tuesday, but we should take a few minutes out to discuss it further.

I'll also be here all day Monday so if you have any final questions, please let me know.

I'm looking forward to our meeting.  Have a good weekend.

**Anita**

Anita T. Ducca

Vice President, Regulatory Affairs

Healthcare Distribution Management Association (HDMA)

901 North Glebe Rd., Suite 1000

Arlington, VA  22203

(703) 885-0240

Fax: (703) 812-5282

e-mail: aducca@hdmanet.org

www.HealthcareDistribution.org



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                   HDS_MDL_00218807