PSJ3

Exhibit 284



**Agenda**
**Regulatory Affairs Committee (RAC) Meeting**
**Tuesday, March 1, 2011**

**Healthcare Distribution Management Association**
**901 North Glebe Road,**
**Conference Room Glebe A and B**
**Arlington, VA 22203**
**(703) 787-0000**

8:00 am – 8:20 am    **CONTINENTAL BREAKFAST**

8:20 am – 8:45 am    **Agenda Item #1**
- Announcements
- Review Antitrust & Anti-Harassment Policy

**Agenda Item #2**
- Committee Chair; attendee introductions
- Purpose; Review Agenda
- Current status of DEA activities; review the GPPC and ExComm directives

8:45 am – 10:15 am    **Agenda Item #3**
- Discuss draft compliance questions for DEA

10:15 pm – 10:30 am    **BREAK**

10:30 am – 11:30 am    **Agenda Item #4 (continuation of Agenda Item #3)**
- Continue discussion of draft compliance questions
- Includes review of DEA *Know Your Customer Questions,* ICG, DEA's Letters to Distributors

11:30 am - 11:45 am    **Agenda Item #5**
- Federal PSE Issue  (Kristen Freitas; Director, Federal Government Affairs)

11:45 am – 12:30 pm    **LUNCH**

12:30 pm – 3:00 pm    **Agenda item #5**
- Continue discussion of draft compliance questions
- As time permits, discuss:
  - Potential Additional HDMA steps in support of SO Monitoring
  - FDA TnT Meeting Follow-up
  - DOT rule on tote markings
  - USP Guidance(s)
  - Other

3:00 pm    **ADJOURN**