PSJ3

Exhibit 285

**Compliance Department – Significant Events – Week of 01/02/12**

- Met with Chris Z. to review COGNOS report enhancements.  Conducted training session for PJ and Lori.
- Shipped I-Phones and I-Pads to Investigators.  Scheduling implimentation meeing with Sugar consultants.
- Processed two CA Designated Rep applications.
- Customer Profile revisions received back from Marketing.  Meeting on Friday to finalize.
- KY VAWD annual renewal application is being processed.
- Meeting with Qualitest to discuss DEA issues.
- Scheduling wholesaler compliance meeting with Big 3 to discuss DEA issues.
- Sceduled follow up meeting with Mallinckrodt to discuss account due diligence efforts.  Had conference call with Mallinckrodt to discuss KY DEA registration status.
- Meeting with CT AUSA to discuss diversion issues.
- 1st Compliance Fax Alert went out to CA customers this week.
- Number of pharmacy due diligence investigations initiated: 12
- Number of site visits conducted: 2
- Number of RFIs/Subpoenas processed: 4
- Number of license renewals processed: 0
- Number of new licenses processed: 0

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER