PSJ3

Exhibit 287

**George Euson**

From:     George Euson
Sent:     Wed 2/08/2012 10:31 AM (GMT -5)
To:        Zimmerman, Chris
Cc:
Bcc:
Subject: Re: PD/Wholesaler meeting

Sure.  I'm going to have one of my Investigators attend with me.

George L. Euson

Director Corporate Compliance & Security

H. D. Smith

3063 Fiat Avenue

Springfield, IL 62703

Phone: (217) 467-8206

Mobile: (217) 494-8783

geuson@hdsmith.com

Helping You Care For Your Community

On Feb 8, 2012, at 7:26 AM, "Zimmerman, Chris" < CZimmerman@amerisourcebergen.com >
wrote:

I was thinking Ed or Bruce rather than Steve, or I could go, what do you think?


Since it is only a train ride for us, can we have two folks attend?


**From:** George Euson [mailto:GEuson@hdsmith.com]

**Sent:** Wednesday, February 08, 2012 10:23 AM

**To:** Zimmerman, Chris

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Subject:** Re: PD/Wholesaler meeting

Chris,

Do you know who will be attending for you?

George L. Euson

Director Corporate Compliance & Security

H. D. Smith

3063 Fiat Avenue

Springfield, IL 62703

Phone: (217) 467-8206

Mobile: (217) 494-8783

geuson@hdsmith.com

Helping You Care For Your Community

On Feb 2, 2012, at 7:01 PM, "Zimmerman, Chris" < CZimmerman@amerisourcebergen.com > wrote:

George, ABC will have someone at the meeting.

**From** : Reardon, Steve [mailto:Steve.Reardon@cardinalhealth.com]

**Sent** : Thursday, February 02, 2012 05:22 PM

**To** : George Euson < GEuson@hdsmith.com >; Oriente, Michael < Michael.Oriente@McKesson.com >

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Cc** : Gundy, Bruce; Zimmerman, Chris; Hazewski, Edward; Hilliard, Gary < Gary.Hilliard@McKesson.com >; Mone, Michael < Michael.Mone@cardinalhealth.com >; Mays, Steve; Debbie Komoroski < Debbie.Komoroski@hdsmith.com >

**Subject** : RE: PD/Wholesaler meeting

George,

I'll let you know once we review schedules.

Steve

**From:** George Euson [mailto:GEuson@hdsmith.com]

**Sent:** Thursday, February 02, 2012 4:04 PM

**To:** Oriente, Michael

**Cc:** bgundy@amerisourcebergen.com ; czimmerman@amerisourcebergen.com ; ehazewski@amerisourcebergen.com ; Hilliard, Gary; Mone, Michael; smays@amerisourcebergen.com ; Reardon, Steve; Debbie Komoroski

**Subject:** RE: PD/Wholesaler meeting

All

I have confirmed the meeting with NYPD on Monday, February 13th at 1:00 pm est.  Don't have an exact location yet, but it will be in Manhattan.  I'm told that LaGuardia is the closest to fly into.  Let me know who will be attending and I'll work on getting more details.  Thanks.

George L. Euson, CPP

Director Corporate Compliance & Security

H. D. Smith

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

3063 Fiat Avenue

Springfield, IL 62703

Phone: (217) 467-8206

Mobile: (217) 494-8783

geuson@hdsmith.com

Helping You Care For Your Community

From:     "Oriente, Michael" < Michael.Oriente@McKesson.com >
To:       George Euson < geuson@hdsmith.com >
Cc:       bgundy@amerisourcebergen.com , czimmerman@amerisourcebergen.com ,
          ehazewski@amerisourcebergen.com , "Hilliard, Gary" < Gary.Hilliard@McKesson.com
          >, michael.mone@cardinalhealth.com , smays@amerisourcebergen.com ,
          steve.reardon@cardinalhealth.com
Date:     01/31/2012 02:32 PM
Subject:RE: PD/Wholesaler meeting


The 13 th of Feb works for me.  Just let me know the start time and address.

Thank you.


*Michael P. Oriente*

Michael P. Oriente

Director Regulatory Affairs, NE Region

McKesson Pharmaceutical

400 Delran Parkway

Delran, N.J. 08075

Phone: 856-255-2184

Cell: 609-929-5880

Fax 856-764-9726

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** George Euson [ mailto:GEuson@hdsmith.com ]

**Sent:** Tuesday, January 31, 2012 1:40 PM

**To:** Oriente, Michael

**Cc:** bgundy@amerisourcebergen.com ; czimmerman@amerisourcebergen.com ; ehazewski@amerisourcebergen.com ; Hilliard, Gary; michael.mone@cardinalhealth.com ; Oriente, Michael; smays@amerisourcebergen.com ; steve.reardon@cardinalhealth.com

**Subject:** RE: PD/Wholesaler meeting

Thanks everyone for getting back to me so quickly.  I'm looking to set this up for the afternoon of 2/13.  Let me know if that works for everyone.

George L. Euson, CPP

Director Corporate Compliance & Security

H. D. Smith

3063 Fiat Avenue

Springfield, IL 62703

Phone: (217) 467-8206

Mobile: (217) 494-8783

geuson@hdsmith.com

Helping You Care For Your Community

From:   "Oriente, Michael" < Michael.Oriente@McKesson.com >

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

geuson@hdsmith.com , steve.reardon@cardinalhealth.com , "Hilliard, Gary" <
Gary.Hilliard@McKesson.com >, michael.mone@cardinalhealth.com ,

To:    czimmerman@amerisourcebergen.com , bgundy@amerisourcebergen.com ,
smays@amerisourcebergen.com , ehazewski@amerisourcebergen.com , "Oriente,
Michael" < Michael.Oriente@McKesson.com >

Date:    01/31/2012 12:09 PM

Subject:RE: PD/Wholesaler meeting

George,

I am McKesson's Regional Regulatory Director responsible for NYC.  My available dates to
meet are:

Feb 13 th , 14 th , 16 th , 20 th , 22 nd  or 23 rd .

Thank you,

*Michael P. Oriente*

Michael P. Oriente

Director Regulatory Affairs, NE Region

McKesson Pharmaceutical

400 Delran Parkway

Delran, N.J. 08075

Phone: 856-255-2184

Cell: 609-929-5880

Fax 856-764-9726

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Hilliard, Gary

**Sent:** Tuesday, January 31, 2012 12:12 PM

**To:** Oriente, Michael

**Subject:** FW: PD/Wholesaler meeting

**From:** George Euson [ mailto:GEuson@hdsmith.com ]

**Sent:** Tuesday, January 31, 2012 11:02 AM

**To:** steve.reardon@cardinalhealth.com ; Hilliard, Gary; michael.mone@cardinalhealth.com ; czimmerman@amerisourcebergen.com ; bgundy@amerisourcebergen.com ; smays@amerisourcebergen.com ; ehazewski@amerisourcebergen.com

**Subject:** Fw: PD/Wholesaler meeting

All,

I asked Officer Amen to put his request on Department letterhead, and below is the request.  Trying to get four of us together at the same time is difficult, but I believe this is a great opportunity for us to be perceived as the 'good guys' in helping to prevent diversion.  Please let me know good dates in February and I'll coordinate.  Thanks.

George L. Euson, CPP

Director Corporate Compliance & Security

H. D. Smith

3063 Fiat Avenue

Springfield, IL 62703

Phone: (217) 467-8206

Mobile: (217) 494-8783

geuson@hdsmith.com

Helping You Care For Your Community

----- Forwarded by George Euson/Corp/Il/HDS on 01/31/2012 10:56 AM -----

From:    "AMEN, MOHAMED" < MOHAMED.AMEN@nypd.org >
To:      George Euson < GEuson@hdsmith.com >
Date:    01/31/2012 10:45 AM
Subject:RE: PD/Wholesaler meeting

## POLICE DEPARTMENT

## CITY OF NEW YORK

January 31, 2011

From:          Commanding Officer of Crime Prevention

To:            H. D. Smith , McKesson , AmerisourceBergen, and Cardinal Health

Subject:       **Initiatives to combat Pharmaceutical related crimes Wholesaler meeting.**

Mr. Euson, Thank you so much for your great help to set up this meeting, We do appreciate your time and effort ,As I explain to you ,we are working to together with  all the wholesale pharmaceutical companies  that supply the New York City area specially with oxycodone drug.

As a partner with the community, we would like to hear from you regarding distributing the drug from your companies to the pharmacies and all type and measure your respected companies take to secure the drug .I'm very confident that we which exchange some great idea could benefit every one .

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

We would love to invite you for a meeting at our office to have an open dialogue regarding this matter. you will be meeting with Lt Dzwlewicz

Of Crime prevention section, NYPD

Thanking you in advance for your great help and cooperation, Should you have any question please don't hesitate to call me or email.


*Police Officer Mohamed Amen*

Community Affiars Bureau

Manhattan Outreach

34 1/2 E.12th Street

3rd Floor

New York, NY 10003

212-614-6748

Cell  (917)607-6565


*"Police and Community Working Together"*

**The Community Affairs Bureau would like to encourage everyone in the community to attend their local monthly Precinct Community Council Meetings. Our goal is to continue strengthening the relationships we have with the communities we serve. Community members are our partners in reducing crime and improving the quality of life in our neighborhoods. We also encourage you to visit our website regularly. Go to www.nyc.gov/nypd (Click on "Community Affairs" link), you can subscribe to a free e-newsletter and receive up-to-date information on events: find out what is happening in your community, receive crime prevention tips, as well as obtain information about the Community Affairs Bureau, such as the Youth Services and Crime Prevention Sections, our Community Outreach Units and much more. Feel free to email us with any questions or comments at commaffairs@nypd.org .**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:** George Euson [ mailto:GEuson@hdsmith.com ]

**Sent:** Mon 1/30/2012 6:00 PM

**To:** AMEN, MOHAMED

**Subject:** PD/Wholesaler meeting

Mohamed,

Sorry I didn't get back to you today.  Been in meetings all day.

Hate to be a pain, but in trying to get the other three wholesalers together for a meeting with you, I was hoping you could do me a favor.  Could you put something on Department letterhead stating your request for a meeting with the wholesalers, who we would be meeting with, what you would like us to be prepared to discuss, etc.  I'll get that to the other wholesalers, find out some good times for everyone, and go from there.  Thanks.

George L. Euson, CPP

Director Corporate Compliance & Security

H. D. Smith

3063 Fiat Avenue

Springfield, IL 62703

Phone: (217) 467-8206

Mobile: (217) 494-8783

geuson@hdsmith.com

Helping You Care For Your Community

-------------------

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

-------------------

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

-------------------

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

-------------------

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

---

This message is for the designated recipient only and may contain privileged, proprietary

or otherwise private information. If you have received it in error, please notify the sender

immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese

Svenska: www.cardinalhealth.com/legal/email

<mime.htm>

-------------------

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified

that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

<mime.htm>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER