PSJ3

Exhibit 289

## George Euson

From: George Euson
Sent: Wed 8/08/2012 2:39 PM (GMT -4)
To: Hilliard, Gary
Cc: Mays, Steve; Reardon, Steve
Bcc:
Subject: Re: readily retrievable

We haven't had any issue with this. Many times lately they want our due diligence files which we keep at corporate. We get those to them within a day or two and haven't had any problems.


George L. Euson, CPP
Director Corporate Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) 467-8206
Mobile: (217) 494-8783
geuson@hdsmith.com

Helping You Care For Your Community

"Hilliard, Gary" ---08/08/2012 01:23:43 PM---Hey guys, I have been having some discussions on what is readily retrievable according to DEA. Depen

From: "Hilliard, Gary" <Gary.Hilliard@McKesson.com>

To: "Reardon, Steve" <Steve.Reardon@cardinalhealth.com>, "Mays, Steve" <SMays@amerisourcebergen.com>, "geuson@hdsmith.com" <geuson@hdsmith.com>

Date: 08/08/2012 01:23 PM

Subject: readily retrievable

Hey guys,

I have been having some discussions on what is readily retrievable according to DEA. Depending on the depth of the request, in may be a few minutes or hours. In most cases, next day is acceptable. Have any of you experienced an "official" stance of what is readily retrievable?

Thanks

http://www.deadiversion.usdoj.gov/21cfr/cfr/1300/1300_01.htm

*Readily retrievable* means that certain records are kept by automatic data processing systems or other electronic or mechanized recordkeeping systems in such a manner that they can be separated out from all other records in a reasonable time and/or records are kept on which certain items are asterisked, redlined, or in some other manner visually identifiable apart from other items appearing on the records

Gary Hilliard, CHMM

Director of Regulatory Affairs

McKesson Corporation

900 Dylan Ct.

Burleson, TX 76028

817-447-0649

817-447-2812 fax

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

--------------------
This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.