PSJ3

Exhibit 290

| | |
|---|---|
| **From:** | "Mays, Steve" <SMays@amerisourcebergen.com> |
| **Sent:** | Sun, 3 Mar 2013 16:34:16 -0500 (EST) |
| **To:** | George Euson <GEuson@hdsmith.com> |
| **Subject:** | RE: "Big Four" DEA Strategy Discussion 2 |

Ok, see you when you get here.

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** George Euson [mailto:GEuson@hdsmith.com]
**Sent:** Sunday, March 03, 2013 4:34 PM
**To:** Mays, Steve
**Subject:** Re: "Big Four" DEA Strategy Discussion 2

We are running a little late for the meeting.

George L. Euson
 Director Corporate Compliance & Security
 H. D. Smith
 3063 Fiat Avenue
 Springfield, IL 62703
 Phone: 217-467-8206
 Mobile: 217-494-8783
 geuson@hdsmith.com

Helping You Care For Your Community
On Feb 27, 2013, at 12:34 PM, "Mays, Steve" <SMays@amerisourcebergen.com> wrote:

> Still working on that.
>
> Steve Mays
> Senior Director, Corporate Security & Regulatory Affairs
> <M2.jpg>
> 610.727.7467 Phone
> 102-7467 ABC Global Extension
> 321.278.3292 Cell
> smays@amerisourcebergen.com
>
> *CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*
>
>> **From:** Hilliard, Gary [mailto:Gary.Hilliard@McKesson.com]
>> **Sent:** Wednesday, February 27, 2013 12:33 PM
>> **To:** Mays, Steve; de Gutierrez-Mahoney, Bill; Reardon, Steve; George Euson
>> **Cc:** Hazewski, Edward
>> **Subject:** RE: "Big Four" DEA Strategy Discussion 2
>>
>> Do have someone from Legal calling in?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          ABDCMDL00378483

**From:** Mays, Steve [mailto:SMays@amerisourcebergen.com]
**Sent:** Wednesday, February 27, 2013 11:23 AM
**To:** de Gutierrez-Mahoney, Bill; Reardon, Steve; George Euson
**Cc:** Hilliard, Gary; Hazewski, Edward
**Subject:** RE: "Big Four" DEA Strategy Discussion 2

All,
We will be in the Greco Boardroom located on the 3rd level of the hotel for our meeting Sunday afternoon. I have the room scheduled from 5pm – 7pm, but have promised HDMA we would adjourn in time for HDMA's reception. If we don't finish our discussion, maybe we can reconvene over dinner.

Thank you very much and we will see you in a few days.


Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
<M2.jpg>
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** de Gutierrez-Mahoney, Bill [mailto:Bill.Mahoney@McKesson.com]
**Sent:** Thursday, February 14, 2013 5:09 PM
**To:** Mays, Steve; Reardon, Steve; George Euson
**Cc:** Hilliard, Gary; Hazewski, Edward
**Subject:** RE: "Big Four" DEA Strategy Discussion 2

**Steve—**

**I think it'll be Gary and me from McKesson.**

**From:** Mays, Steve [mailto:SMays@amerisourcebergen.com]
**Sent:** Thursday, February 14, 2013 1:36 PM
**To:** Reardon, Steve; George Euson
**Cc:** Hilliard, Gary; Hazewski, Edward; de Gutierrez-Mahoney, Bill
**Subject:** RE: "Big Four" DEA Strategy Discussion 2

Thanks Steve

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
<M2.jpg>
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Reardon, Steve [mailto:Steve.Reardon@cardinalhealth.com]
**Sent:** Thursday, February 14, 2013 1:30 PM
**To:** Mays, Steve; George Euson
**Cc:** Hilliard, Gary; Hazewski, Edward; de Gutierrez-Mahoney, Bill

**Subject:** RE: "Big Four" DEA Strategy Discussion 2

Steve,

Gilberto Quintero will be joining us, so 2 from cardinal.

Thanks,
Steve

---

**From:** Mays, Steve [mailto:SMays@amerisourcebergen.com]
**Sent:** Wednesday, February 13, 2013 5:28 PM
**To:** George Euson
**Cc:** Hilliard, Gary; Hazewski, Edward; Reardon, Steve; de Gutierrez-Mahoney, Bill
**Subject:** RE: "Big Four" DEA Strategy Discussion 2

All,
I have talked to HDMA about getting us a meeting room at the hotel and they will take care of that, but I need everyone to confirm again how many individuals will be participating from each company. Also, please forward any specific agenda topics that you would like to discuss related to DEA, diversion control, or other regulatory topics.

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
<M2.jpg>
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

---

**From:** George Euson [mailto:GEuson@hdsmith.com]
**Sent:** Friday, January 25, 2013 11:25 AM
**To:** Mays, Steve
**Cc:** Hilliard, Gary; Hazewski, Edward; Reardon, Steve; de Gutierrez-Mahoney, Bill
**Subject:** Re: "Big Four" DEA Strategy Discussion 2

Two for dinner please.

George L. Euson
Director Corporate Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: 217-467-8206
Mobile: 217-494-8783
geuson@hdsmith.com

Helping You Care For Your Community
On Jan 25, 2013, at 10:20 AM, "Mays, Steve" <SMays@amerisourcebergen.com> wrote:

> I can make a reservation if you all would like to get dinner together after the meeting. Let me know who is interested.
>
> Steve Mays
> Senior Director, Corporate Security & Regulatory Affairs
> <M2.jpg>
> 610.727.7467 Phone
> 102-7467 ABC Global Extension
> 321.278.3292 Cell
> smays@amerisourcebergen.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ABDCMDL00378485

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Hilliard, Gary [mailto:Gary.Hilliard@McKesson.com]
**Sent:** Friday, January 25, 2013 10:38 AM
**To:** Mays, Steve; George Euson
**Cc:** Hazewski, Edward; Reardon, Steve; de Gutierrez-Mahoney, Bill
**Subject:** RE: "Big Four" DEA Strategy Discussion 2

Is there dinner plans?

**From:** Mays, Steve [mailto:SMays@amerisourcebergen.com]
**Sent:** Thursday, January 24, 2013 4:23 PM
**To:** George Euson
**Cc:** Hazewski, Edward; Hilliard, Gary; Reardon, Steve
**Subject:** RE: "Big Four" DEA Strategy Discussion 2

What about 5pm – 7pm Sunday? I have tickets to the Phillies spring training game at 1pm, but should be able to get to the hotel by 5pm.

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
<M2.jpg>
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** George Euson [mailto:GEuson@hdsmith.com]
**Sent:** Thursday, January 24, 2013 4:59 PM
**To:** Mays, Steve
**Cc:** Hazewski, Edward; Hilliard, Gary; Reardon, Steve
**Subject:** Re: "Big Four" DEA Strategy Discussion 2

Big Four? Who are you kidding? Big Three and Little One!

Anyway, I would be up for meeting Monday or Tuesday after the reception for maybe a dinner meeting, I don't think an hour is going to be enough time. What about Sunday early evening if everyone gets in on Sunday? I can't meet on Wednesday. I'm flying out around noon. I could change my flight if that time works for everyone else.


George L. Euson, CPP
Director Corporate Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) 467-8206
Mobile: (217) 494-8783
geuson@hdsmith.com

Helping You Care For Your Community


From:     "Mays, Steve" <SMays@amerisourcebergen.com>
To:       "Hilliard, Gary" <Gary.Hilliard@McKesson.com>, "Reardon, Steve" <Steve.Reardon@cardinalhealth.com>, George Euson <GEuson@hdsmith.com>
Cc:       "Hazewski, Edward" <EHazewski@amerisourcebergen.com>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00378486

Date:     01/24/2013 12:14 PM
Subject:  "Big Four" DEA Strategy Discussion 2

Hey Guys,
Not sure if you have had a chance to look at the HDMA DMC Agenda yet, but I have selected a few times that we could possibly meet for an hour or so.  If you could, please give me a couple of preferences so I can arrange to have a room available and hopefully an attorney for anti-trust purposes.  Please pass this along to another associate from your company if you are not attending the conference.

Monday, March 4th
    1:00pm – 2:00pm during conference lunch
    2:15pm – 3:15pm during concurrent session
    4:30pm – 6:30pm during exhibits & evening reception
    6:30pm - ? after conference reception and before dinner (maybe dinner together?)

Tuesday, March 5th
    12:30pm – 1:30pm during lunch
    3:00pm – 4:00pm during Doug Long's General Session Presentation
    4:00pm – 6:00pm During exhibits & evening reception
    6:00pm - ?  after conference reception and before dinner (maybe dinner together?)

Wednesday, March 6th
    After 11:00am conference adjournment

Thanks,

**Steve Mays**
Senior Director, Corporate Security & Regulatory Affairs
<M2.jpg>
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it.  Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.


------------------
This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, Confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ABDCMDL00378487

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

-------------------
This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, Confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.


CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email


CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

-------------------
This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

This transmission may contain information that is privileged, Confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00378488