PSJ3

Exhibit 292

**From:** Gallenagh, Elizabeth
**Sent:** Tuesday, January 31, 2017 8:11 PM
**To:** Freitas, Kristen
**Subject:** Re: HDA March Meeting

Maybe have Ruth talk to David?

On Jan 31, 2017, at 2:00 PM, Kelly, Patrick <pkelly@hda.org> wrote:

> Certainly nothing preventing them from having a discussion at the DMC.
> Not sure we want to "organize" anything. Maybe just let it happen organically – possibly during lunch after the DEA session on Monday morning.
>
> **From:** Freitas, Kristen
> **Sent:** Tuesday, January 31, 2017 1:49 PM
> **To:** Kelly, Patrick <pkelly@hda.org>; Gallenagh, Elizabeth <egallenagh@hda.org>
> **Subject:** FW: HDA March Meeting
>
> While I am certainly not the right person to address his question, please let me know who I should direct him to contact. Thanks!
>
> **From:** May, David [mailto:DMay@amerisourcebergen.com]
> **Sent:** Tuesday, January 31, 2017 1:46 PM
> **To:** Freitas, Kristen <kfreitas@hda.org>
> **Subject:** HDA March Meeting
>
> Hey Kristen,
>
> Hope you are doing well. A couple of us from different member companies were kicking around the notion of having an informal discussion relative to diversion control, suspicious orders, due diligence and related matters. Of course, we would avoid any discussions related to specific customers or any other topics that could be construed as anti-competitive in nature. I was thinking that the March HDA meeting may offer an opportunity to this and wanted to hear your thoughts. Again, the intent hear would be informal with no written agenda, nor any formal reporting. Just an opportunity to exchange comments and share information (to the extent people are comfortable) about what's working and what's not working in terms of anti-diversion programs. Let me know. Thanks, David
>
> CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL

HDA_MDL_000212563