PSJ3

Exhibit 293

**George Euson**

---

From:     May, David
Sent:     Wed 2/22/2017 5:01 PM (GMT-05:00)
To:       George Euson
Cc:       Mays, Steve
Bcc:
Subject: RE: HDA Oppurtunity

George,

Can you please pass along to the group that we will be meeting from 1:30 to 3:00 pm on Tuesday afternoon.  HDA is assisting me with securing a private room at the hotel.  McKesson will be attending, but Cardinal is not sending any of their compliance/regulatory folks, so will not be participating.  Thanks, DM


**From:** George Euson [mailto:George.Euson@hdsmith.com]
**Sent:** Tuesday, February 21, 2017 11:16 AM
**To:** May, David
**Subject:** FW: HDA Oppurtunity


David,


I reached out to a few other wholesalers that I thought might be interested.  I have interest from the following:


Rochester Drug: Bill Pietruszewski & Julius Morton


Smith Drug Company: Kaushik Kotecha


IPC: Brian Rucker

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
HDS_MDL_00493053

API: Clint King

Morris & Dickson: Jacob Dickson

George L. Euson

VP Corporate Compliance & Security

H. D. Smith

Office: 217-585-6215, ext.1215

Cell: 217-775-8501

george.euson@hdsmith.com

**From:** George Euson
**Sent:** Thursday, February 9, 2017 10:31 AM
**To:** 'May, David' <DMay@amerisourcebergen.com>; Cameron, Todd (Todd.Cameron@cardinalhealth.com) <Todd.Cameron@cardinalhealth.com>; Giacalone, Robert <Robert.Giacalone@cardinalhealth.com> (Robert.Giacalone@cardinalhealth.com) <Robert.Giacalone@cardinalhealth.com>; Boggs, Gary (Gary.Boggs@McKesson.com) <Gary.Boggs@McKesson.com>; megan.kitching@McKesson.com
**Subject:** RE: HDA Oppurtunity


Thanks David. H. D. Smith would be interested. I will be attending the HDA conference and look forward to seeing everyone. I will pass this along to others that might be interested.


George L. Euson

VP Corporate Compliance & Security

H. D. Smith



Office: 217-585-6215, ext.1215

Cell: 217-775-8501

george.euson@hdsmith.com



**From:** May, David [mailto:DMay@amerisourcebergen.com]
**Sent:** Thursday, February 9, 2017 10:02 AM
**To:** Cameron, Todd (Todd.Cameron@cardinalhealth.com) <Todd.Cameron@cardinalhealth.com>; Giacalone, Robert <Robert.Giacalone@cardinalhealth.com> (Robert.Giacalone@cardinalhealth.com) <Robert.Giacalone@cardinalhealth.com>; Boggs, Gary (Gary.Boggs@McKesson.com) <Gary.Boggs@McKesson.com>; George Euson <George.Euson@hdsmith.com>; megan.kitching@McKesson.com
**Subject:** HDA Oppurtunity


I will be attending the HDA conference in March and hope to see you or one of your colleagues there as well.  Based upon some recent conversations I've had with some other company representatives, I was hoping that we could all get together for an informal discussion, outside of the event schedule, to share recent experiences with each other relative to the challenges we face and some of the things that we are doing or not doing when it comes to SOM, due diligence and diversion control.  A couple of us did this last year on an ad hoc basis and I thought it was insightful and beneficial.  Obviously we have to be sensitive to any discussions that could somehow be construed to be anti-competitive, so we would not discuss specific customers.  The idea here is an informal conversation and healthy exchange of ideas, to the extent that folks are comfortable.  There will be no notes taken, nor any production of formal reports.  I've addressed this to those that I know who have a functional role at their respective companies that impacts some of the potential discussion topics.  Obviously, there are folks out there with some of the other suppliers that I've not met, so please feel free to pass this message on to them.  Based upon the response, I will be happy to set up a location/time for this discussion to take place.  Thanks all.



**David May**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                    HDS_MDL_00493055

AmerisourceBergen Corporation

Senior Director

Corporate Security and

Regulatory Affairs

Mobile 910-986-5061

dmay@AmerisourceBergen.com

_____

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

_____ CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.