PSJ3

Exhibit 294

**To:** Dempsey, Michele [GPSUS][MDempse3@its.jnj.com]
**From:** Crowley, Jack
**Sent:** Fri 10/14/2011 8:31:55 AM
**Subject:** RE: NJPIG

Hello Michelle:

I'm on the 6:00am flight to NYC on Monday and then up to Stamford.  I am booked through 2:00pm, but available thereafter.

I'm pretty open Tues-Thursday also and look forward to helping you.

Have a nice day and a great weekend.

Jack

---

**From:** Dempsey, Michele [GPSUS] [mailto:MDempse3@its.jnj.com]
**Sent:** Thursday, October 13, 2011 9:01 AM
**To:** Crowley, Jack
**Subject:** RE: NJPIG

Wow!!
So that is why our bulk API quota letters are going faster than the formulation procurement request! THANK YOU!

So in reaction, is Purdue doing some proactive analysis to see what drugs are at risk of being impacted?

I forwarded to J&J Brand Protection (the people that monitoring counterfeiting and theft) to see which controlled substances we make are at risk…then I can communicate to our leaders the following – set the expectation now longer times for quota requests for those products unless we do something about the diversion.

I appreciate the information.

I am doing fine. I am very far behind in my development of a DEA infrastructure. Would still like to take you up on the offer to learn about Purdue DEA infrastructure and share knowledge on our processes. I completed all my tours of the distribution centers and the formulation sites for J&J…. I reviewed my list of DEA processes with Bob Lowenstein when he was visiting a few weeks ago. He told me to reach out to you for more information. Bob said this would be his last visit to Noramco.

What is your Monday morning like? Do you have time for a teleconference discussion on your infrastructure around 9am?
Regards,
Michele

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Wednesday, October 12, 2011 2:23 PM

**To:** Dempsey, Michele [GPSUS]
**Subject:** RE: NJPIG

Hello Michele:

Hope all is well with you.

I spoke with Staff Coordinator Lennie Levin at DEA HQ in early September - they are now meeting with some manufacturers.

Basically, through ARCOS and the National Drug Code (NDC) #s, DEA can see that manufacturer X ships to distributor Y which in turn sells to pharmacy Z.

They are now starting to hold those manufacturers accountable and will move to reduce their quota by the same % as the diversion % they can prove.

Example –

Pharmacy Z filled 400 prescriptions for controlled substances last week. 394 of the 400 were for oxycodone 30mg IR; 393 were for cash. The NDC # indicated that the product used to fill those prescriptions came from manufacturer X.

Bingo.

This is one of the reasons why quota requests now take longer.

Best regards,

Jack


**From:** Dempsey, Michele [GPSUS] [mailto:MDempse3@its.jnj.com]
**Sent:** Wednesday, October 12, 2011 2:10 PM
**To:** Crowley, Jack
**Subject:** RE: NJPIG

So they have gone from wholesalers to manufacturers for SOM?
Really?

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Wednesday, October 12, 2011 11:24 AM
**To:** McGinn, Colleen; Meggiolaro, Michael F; Tom P Napoli; Dempsey, Michele [GPSUS]; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: NJPIG

Yes, please.

Solicitation for topics for discussion

Suggested Topics so far:
1. Online Quota System
2. Year End Inventory
3. DEA now meeting with manufacturers re: order monitoring
4. DEA Analytical Lab letter
    a. Handling product returns.

**From:** McGinn, Colleen [mailto:cmcginn@cephalon.com]
**Sent:** Wednesday, October 12, 2011 10:16 AM
**To:** Meggiolaro, Michael F; Crowley, Jack; Tom P Napoli; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: NJPIG

11/8 it is.

Jack, I can post the proposed agenda on the LinkedIn website with a request for topics.

**From:** Meggiolaro, Michael F [mailto:mmeggiolaro@halopharma.com]
**Sent:** Wednesday, October 12, 2011 10:09 AM
**To:** Crowley, Jack; Tom P Napoli; McGinn, Colleen; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: NJPIG

Let's lock in 11/8.  We can work with whoever attends.  I just found out Lizzette is moving on and going to Peru.  I will contact her later today.  I believe her last day is the middle of November, so maybe she can attend.

**Michael Meggiolaro RPh**
**Director DEA Compliance & Security**
Halo Pharmaceutical Inc
30 North Jefferson Rd
Whippany NJ 07981
T +1 973 428 4056
M +1 201 232 9527
F +1 973 428 4063
www.halopharma.com
****************************************************************

This communication, including attachments, is intended solely for the use of the addressee and may contain information which is privileged, confidential, subject to copyright or exempt from disclosure under applicable law. If you are not an intended recipient, any use, disclosure, distribution, reproduction, review or copying is unauthorized and may be unlawful. If you have received this transmission in error, please notify the sender as soon as possible.

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Wednesday, October 12, 2011 10:05 AM
**To:** Meggiolaro, Michael F; Tom P Napoli; McGinn, Colleen; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** NJPIG

Okay  -  let's try to nail this down.  Would you like me to set up a quick teleconference call?

11/17 is not good for me as I have a commitment in NC.
11/1 is not much better
11/8 looks the best for me right now.

This is the response we have so far:

### New Jersey Pharmaceutical Industry Group Meeting
### November 8, 2011
### Watson
### Parsippany Headquarters Facility

### Attendance List

1. Michael Meggiolaro — Halo
2. Michele Dempsey — J&J/Noramco
3. Lisa Butler — Novartis
4. Colleen McGinn — Cephalon
5. Jack Crowley — Purdue Pharma L.P.
6. Jeff Cohen — PF Laboratories
7. Scott Rodman — CorePharma
8. Greg Joseph — CorePharma
9. Rowena Knight-Anderson — CorePharma
10. Eric Hill — Cambrex
11. Joe Nettleton — Cambrex
12. Ken Ferrantello — Aptuit
13. Barbara Stedge — Purdue Pharma L.P.
14. Noemi Rebeco — Actavis
15. Omar Plaza — Actavis

Suggested Topics:

5. Online Quota System
6. Year End Inventory
7. DEA Analytical Lab letter
    a. Handling product returns.

Best regards,

Jack

---

**From:** Meggiolaro, Michael F [mailto:mmeggiolaro@halopharma.com]
**Sent:** Wednesday, October 12, 2011 9:52 AM
**To:** Tom P Napoli; Crowley, Jack; McGinn, Colleen; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

Works for me also.

Michael Meggiolaro RPh
Director DEA Compliance & Security
Halo Pharmaceutical Inc
30 North Jefferson Rd
Whippany NJ 07981
T +1 973 428 4056
M +1 201 232 9527
F +1 973 428 4063
www.halopharma.com
******************************************************************

This communication, including attachments, is intended solely for the use of the addressee and may contain information which is privileged, confidential, subject to copyright or exempt from disclosure under applicable law. If you are not an intended recipient, any use, disclosure, distribution, reproduction, review or copying is unauthorized and may be unlawful. If you have received this transmission in error, please notify the sender as soon as possible.

**From:** Tom P Napoli [mailto:Tom.Napoli@watson.com]
**Sent:** Wednesday, October 12, 2011 9:20 AM
**To:** Meggiolaro, Michael F; Crowley, Jack; McGinn, Colleen; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

I can offer Tuesday, 11.1, if that works.
Regards,
Tom

Thomas Napoli, CPP
Manager, Security & DEA Affairs
Watson Pharmaceuticals

**From:** Meggiolaro, Michael F [mailto:mmeggiolaro@halopharma.com]
**Sent:** Wednesday, October 12, 2011 9:04 AM
**To:** Crowley, Jack; Tom P Napoli; McGinn, Colleen; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

Ok, one last try. Do we have an alternative date for the 17th or 8th. I think all the committee members should be at the meeting.

**Michael Meggiolaro RPh**
**Director DEA Compliance & Security**
Halo Pharmaceutical Inc
30 North Jefferson Rd
Whippany NJ 07981
T +1 973 428 4056
M +1 201 232 9527
F +1 973 428 4063
www.halopharma.com
*****************************************************************

This communication, including attachments, is intended solely for the use of the addressee and may contain information which is privileged, confidential, subject to copyright or exempt from disclosure under applicable law. If you are not an intended recipient, any use, disclosure, distribution, reproduction, review or copying is unauthorized and may be unlawful. If you have received this transmission in error, please notify the sender as soon as possible.

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, October 11, 2011 9:48 AM
**To:** Tom P Napoli; McGinn, Colleen; Meggiolaro, Michael F; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

OK - we'll inquire and at this point, I am personally leaning towards keeping the original date.

Best regards,

Jack

**From:** Tom P Napoli [mailto:Tom.Napoli@watson.com]
**Sent:** Tuesday, October 11, 2011 9:39 AM
**To:** McGinn, Colleen; Crowley, Jack; mmeggiolaro@halopharma.com; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

Hi Colleen,

I would be happy to do that, I know that Jack has a conflict for the 17th though. I will be attending the first day of the PCSC Conference, and I recently attended the National Cargo Theft Summit, so I can also speak about current issues on the 8th if we proceed with the original date.

Jack,
To your point, I don't think a significant number of our members would be attending PCSC, so it may have minimal impact. Maybe we can inquire with the group and gauge the response?

Regards,
Tom

Thomas Napoli, CPP
Manager, Security & DEA Affairs
Watson Pharmaceuticals

---

**From:** McGinn, Colleen [mailto:cmcginn@cephalon.com]
**Sent:** Tuesday, October 11, 2011 9:33 AM
**To:** Crowley, Jack; mmeggiolaro@halopharma.com; Tom P Napoli; Dempsey Michele; Lisa Butler
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

Maybe if we reschedule for the 17th, Tom or someone else can share some of the pertinent information from the PCSC meeting that might apply to the group. I'm not sure how many NJPIG members are aware of PCSC, but I think it would be worthwhile to talk about it at the meeting.

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Tuesday, October 11, 2011 9:20 AM
**To:** mmeggiolaro@halopharma.com; Tom P Napoli; Dempsey Michele; Lisa Butler; McGinn, Colleen
**Cc:** Limer, Gina
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

Hello All:

Tom  -  do you think that others might do what you were considering  -  and that is to attend one day of the cargo theft conference  -  get the networking in  -   and then double back for the meeting in Parsippany?

I don't really know how many people from our group would also attend the PCSC - TAPA seminar.  Does anyone have an opinion on that?  Unfortunately, Tuesday November 8th is their big day.

We don't have to read too much into this  -  just wanted to make the Committee aware of the situation.

The 17th is not good for me  -  sorry.

Best regards,

Jack

**From:** mmeggiolaro@halopharma.com [mailto:mmeggiolaro@halopharma.com]
**Sent:** Tuesday, October 11, 2011 8:58 AM
**To:** Tom P Napoli; Crowley, Jack; Dempsey Michele; Lisa Butler; Colleen McGuinn
**Cc:** Limer, Gina
**Subject:** Re: ***PCSC - TAPA Joint Educational Seminar Information***

The 17 is fine with me. If that works for everyone else, I would like to reschedule. Thanks for offering an alternate date. Michael.

Sent from my Verizon Wireless BlackBerry

**From:** Tom P Napoli <Tom.Napoli@watson.com>
**Date:** Tue, 11 Oct 2011 08:50:44 -0400
**To:** Crowley, Jack<Jack.Crowley@pharma.com>; Meggiolaro, Michael F<mmeggiolaro@halopharma.com>; Dempsey, Michele [GPSUS]<MDempse3@its.jnj.com>; lisa.butler@novartis.com<lisa.butler@novartis.com>; McGinn, Colleen<cmcginn@cephalon.com>
**Cc:** Limer, Gina<Gina.Limer@pharma.com>
**Subject:** RE: ***PCSC - TAPA Joint Educational Seminar Information***

Jack,
If you think this will cause a conflict and can offer Thursday, 11.17, as an alternate date. I was planning on attending one day of Chuck's event and heading back for the meeting, but if it makes things easier for everyone to reschedule that's fine.
Regards,
Tom

Thomas Napoli, CPP
Manager, Security & DEA Affairs
Watson Pharmaceuticals

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Monday, October 10, 2011 4:58 PM
**To:** Meggiolaro, Michael F; Dempsey, Michele [GPSUS]; lisa.butler@novartis.com; McGinn, Colleen; Tom P Napoli
**Cc:** Limer, Gina
**Subject:** FW: ***PCSC - TAPA Joint Educational Seminar Information***
**Importance:** High

I've just now become aware of this potential conflict - I should have noticed it before.

Best regards,

Jack

---

**From:** Forsaith, Charles
**Sent:** Wednesday, September 07, 2011 6:23 PM
**Subject:** FW: \*\*\*PCSC - TAPA Joint Educational Seminar Information\*\*\*
**Importance:** High

To All,

Please accept this correspondence as an official invitation to attend this year's PCSC educational event. As has been eluded to in previous correspondences, we will be holding this meeting together with those from the Transported Asset Protection Association (TAPA). The three days set aside for the joint conference are in the second week of November: Monday the 7th, Tuesday the 8th and Wednesday the 9th.

The Merck pharmaceutical company has graciously agreed to host the event at their North Wales, Pennsylvania facility – which is located about 45 minutes north of the Philadelphia Airport. The Merck site has an auditorium that will hold as many as 299 people. They also have an on-site cafeteria and numerous amenities that will support this type of event. There are a number of nearby hotels which will be available for those who wish to stay overnight.

Discussions between the two groups has resulted in the joint creation of a proposed agenda. Speakers are still being finalized at this point, however. Know that the first day, Monday, will focus on TAPA business and issues. Tuesday will be a day of joint presentations which would be beneficial to members of both organizations. Wednesday will focus primarily on PCSC "pharma" related supply chain security business. Other than the first half of Monday the entire remaining schedule is open to anyone from the PCSC that would like to attend. Those from TAPA are also encouraged to attend our principal meeting day.

Some of the topics to be presented will include: working with various law enforcement agencies on cargo theft investigations; a global cargo theft update; a specific presentation from ICE on recognizing risk with business partners, customers and employees; updates on several Federal supply chain security programs; a case study of a foreign pharma cargo theft; a case study of creating a global standard for supply chain security, from a pharma manufacturers prospective; presentations on secure trailer storage yards; a review of pharma cargo theft trends over the last 5 years; an update from the FDA on their organizational modifications; an update on pharma cargo theft legislation proposed by the Coalition For Patient Safety; as well as several other interesting topics still being developed.

All that said we need to know **a.)** if you are interested in attending and **b.)** which day(s) you'd plan on being there. Please send an e-mail to both myself Charles.Forsaith@pharma.com and to the event coordinator - Andrea Johnson andrea.johnson@freightwatchintl.com  if you are interested in coming, and include which days you are planning to be there. DO NOT send anything to anyone from Merck. These have always been well attended events – last year we actually had to turn people away, after filling the 200 seat Pfizer auditorium. This year there should be plenty of space, but you should still let

CONFIDENTIAL
PPLPC020000517980

us know as soon as reasonably possible to ensure a seat. Further correspondences will describe the intricacies of the site and additional event information.  The following are the basic details:

**Dates:**
November 7th, 8th and 9th

**Location:**
Merck & Co., Inc.
351 N. Sumneytown Pike
North Wales, Pennsylvania

**Times:**
Monday: 7th        2:00 PM – 5:00 PM
Tuesday: 8th       8:00 AM – 5:00 PM
Wednesday: 9th  8:00 AM – 3:30 PM
(there are no specific time requirements for arrival or departure to this event. For PCSC members the most beneficial attendance times would include programs scheduled for both Tuesday and Wednesday)

**Cost:**
Other than the cost of your own travel and accommodations, as well as what it would take to purchase lunches in the Merck site cafeteria, there is no fee to attend the combined event

**Dress:**
Strictly business casual (the wearing of suits, jackets, ties, dresses is discouraged – *comfort is encouraged*)

**Food:**
There will be a continental breakfast offered each morning; lunch will be the responsibility of each attendee in the Merck cafeteria; mid morning/afternoon snacks will be provided. Evening group dinners can be arranged but that will be at the discretion of the attendees. TAPA will have its own group dinner on Monday night.

**Local Hotels:**
(we are currently attempting to obtain a group rate at several of these establishments)

**Courtyard Montgomeryville**          Distance from Merck facility:    2.5 miles
544 DeKalb Pike
North Wales, PA                                    215-699-7247

**Homewood Suites – Lansdale**        Distance from Merck facility:    1.2 miles
1200 Pennbrook Parkway
Lansdale, PA                                          215-362-6400

**Residence Inn – North Wales**          Distance from Merck facility:    3 miles
1110 Bethlehem Pike
North Wales, PA                                    267-468-0111

**Holiday Inn Lansdale**               Distance from Merck facility:     3.7 miles
1750 Sumneytown Pike
Kulpsville, PA                                       215-368-3800
_

**Chuck Forsaith** | Director, Supply Chain Security | Purdue Pharma Technologies Inc.
                       Chairman, Pharmaceutical Cargo Security Coalition PCSC
498 Washington Street | Coventry, RI 02816 | Office: 401-262-9226 | Cell: 401-623-1344
Charles.Forsaith@pharma.com   www.pcscpharma.com



_____ THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. THE INFORMATION IN THIS ELECTRONIC MESSAGE BELONGS TO CEPHALON, INC. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this electronic message in error, please notify us immediately by telephone in the United States at 1-800-283-4396 or 610-344-0200, and delete the original message from your system. Thank you.