# PSJ3 Exhibit 299

# FILED UNDER SEAL