# PSJ3 Exhibit 300



endo | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest

# CVS
## Meeting Agenda

**Meeting Date:** April 22nd, 2013
**Meeting Time:** 2:30 PM – Table 442
**Meeting Place:** NACDS
**CVS:** Steve Heidenthal, VP, Pharmacy
**Endo:** John Bullock, National Account Director

## Agenda Topics:

- ✓ **CVS -**topics of discussion for NACDS
    - o **Cardinal Update**
    - o **Paragon Award Show**
    - o **SOM & Opioids**

- ✓ **Supervisors Partnership Initiatives**

- ✓ **Endo Pharmaceuticals Inc**. - Update for 2013

- ✓ **Opana ER Brand & Generic Discussion**

- ✓ **Lidoderm Update**

- ✓ **2013 Planning Ahead**