PSJ3

Exhibit 302

# Order Monitoring System (OMS)

## Purdue OMS Program
## NACDS Meeting
## October 21, 2013

# Mission of the Purdue OMS Program

To ensure compliance with DEA regulations requiring manufacturers and distributors to monitor and report suspicious orders of controlled substances, by implementing a detailed process for:

- <u>Ongoing assessment of selected accounts</u>, including Purdue's authorized distributors and their retail customers

- <u>Support for authorized distributors</u> in implementing their OMS programs and efforts to "know their customers"

- <u>Reporting of suspicious ordering to DEA</u>, other law enforcement, or state licensing boards, as appropriate

Proprietary and Confidential

2

# History of the Purdue OMS Program

- Followed DEA correspondence to all registrants detailing obligations of manufacturers and distributors of controlled substances to:
    - Conduct independent analysis and exercise due diligence to confirm legitimacy of orders and to scrutinize suspicious circumstances
        - Valid DEA registration not sufficient
        - Know your customers and your customers' customers
    - Inform DEA of suspicious orders when discovered
- Expanded program launched in 2008
- SOP finalized in March 2009

Proprietary and Confidential

3

# Meetings with Distributors/Chains

- ABC: Sept 2008; Nov 2011
- ANDA: Sept 2009
- Cardinal: Sept 2010; Nov 2012
- Harvard: Aug 2010
- HD Smith: Sept 2009; July 2012
- Kinray: April 2010
- Miami Luken: Aug 2010; Sept 2010
- Rochester: July 2013
- Valley: Jan 2009
- Walgreens: July 2013

Proprietary and Confidential

# OMS Information Sources

- Fee For Service (FFS) Data (covers 97%)
    - Order data for pharmacies + other dispensing outlets
    - Provided by authorized distributors under FFS Agreements
    - Loaded on monthly basis into OMS Database
- Distributors Data
- IMS outlet/prescriber data & Sales Ops outlier analyses
- Sales Force reports of concern (ROC)
- Government agencies/law enforcement
    - DEA, law enforcement, state licensing boards, legislative contacts
- Media reports

# Identify Potential Problematic Outlets

- Orders of Outlets that Meet Pre/Post Reformulation Algorithm

- IMS Data Outliers (Outlets identified analysis of IMS Data)

- Outlets identified by Other Signals

    - Authorized distributor data on other opioid dispensing by pharmacy

- Collaboration with Authorized Distributors

    - Anomalies of pharmacy location, operation, orders, prescribers

# Algorithm - Identify Potential Problematic Outlets 2009 to 2010

- Outlets with orders outside normal range based on algorithm:
  - Total volume of Purdue product orders
  - Percentages of OxyContin/non-OxyContin orders to total Purdue products
  - Percentages of orders of higher dosages of OxyContin
  - Number of distributors from which outlet purchases
  - Number of orders of same product per day
  - Significant changes comparing current 3, 6 & 12 months to prior period

7

Proprietary and Confidential

# Updated Algorithm Post Reformulation 2010 to 2011

- Outlets with decline in orders post OxyContin reformulation
    - Orders that met original algorithm
    - Significant declines/changes comparing current 3, 6 and 12 months of pre- versus post-reformulation data
    - Threshold 50% decline post reformulation
    - Percentage of OxyContin decline post reformulation vs contemporaneous increase in other opioids
    - Evaluate whether geographically located near prescribers of concern
    - Adjust threshold ($350,000) to review significant accounts

8

Proprietary and Confidential

# Additional Metrics from Data Report

- Sales per outlet/account for each item in product family
    - Metric #1: Compare each outlet's total sales to state's average/outlet sales for the product family
    - Metric #2: Look at each outlet's share of the state's total volume of the product family
    - Metric #3: Look at highest dosage for potential abuse product's share (e.g. 80 mg for OXY) of outlet's total brand family purchases
    - Any outlet that has sales greater than 1 Standard Deviation above the averages on any of the 3 metrics above gets added to the product family's selection list for review
        - Select from the review list accounts for individualized review

# Example of Data Analysis

| wholesaler | 4 VS 4 | % of change | Product | Current 4 mons | Mar-13 | Feb-13 | Jan-13 | Dec-12 | Product | Last 4 mons | Nov-12 | Oct-12 | Sep-12 | Aug-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARD | 19 | 100% | OTR810 | 19 | 19 | 0 | 0 | 0 | OTR810 | 0 | 0 | 0 | 0 | 0 |
| WALG | (64) | 52% | OTR810 | 60 | 0 | 14 | 31 | 15 | OTR810 | 124 | 31 | 38 | 31 | 24 |
| Tl OXY 80 | (45) | 36% | TL OXY 80 | 79 | 19 | 14 | 31 | 15 | TL OXY 80 | 124 | 31 | 38 | 31 | 24 |
| CARD | 1 | 100% | OTR610 | 1 | 1 | 0 | 0 | 0 | OTR610 | 0 | 0 | 0 | 0 | 0 |
| WALG | (10) | 59% | OTR610 | 7 | 0 | 5 | 2 | 0 | OTR610 | 17 | 7 | 6 | 2 | 2 |
| CARD | 9 | 100% | OTR410 | 9 | 2 | 2 | 2 | 3 | OTR410 | 0 | 0 | 0 | 0 | 0 |
| WALG | 10 | 100% | OTR410 | 10 | 10 | 0 | 0 | 0 | OTR410 | 0 | 0 | 0 | 0 | 0 |
| CARD | (33) | 49% | OTR310 | 35 | 0 | 16 | 12 | 7 | OTR310 | 68 | 14 | 19 | 18 | 17 |
| WALG | 6 | 100% | OTR310 | 6 | 6 | 0 | 0 | 0 | OTR310 | 0 | 0 | 0 | 0 | 0 |
| CARD | (9) | 28% | OTR210 | 23 | 0 | 5 | 13 | 5 | OTR210 | 32 | 9 | 11 | 7 | 5 |
| WALG | 12 | 100% | OTR210 | 12 | 12 | 0 | 0 | 0 | OTR210 | 0 | 0 | 0 | 0 | 0 |
| CARD | (54) | 59% | OTR510 | 38 | 0 | 8 | 21 | 9 | OTR510 | 92 | 34 | 18 | 28 | 12 |
| CARD | 6 | 100% | OTR110 | 6 | 6 | 0 | 0 | 0 | OTR110 | 0 | 0 | 0 | 0 | 0 |
| WALG | (16) | 57% | OTR110 | 12 | 0 | 6 | 6 | 0 | OTR110 | 28 | 12 | 4 | 9 | 3 |
| Tl OXY | (123) | 34% | Tl OXY | 238 | 56 | 56 | 87 | 39 | Tl OXY | 361 | 107 | 96 | 95 | 63 |
| CARD | 6 | 50% | DIL810 | 12 | 3 | 3 | 2 | 4 | DIL810 | 6 | 2 | 3 | 1 | 0 |
| CARD | (3) | 100% | DIL810 | 0 | 0 | 0 | 0 | 0 | DIL810 | 3 | 0 | 0 | 1 | 2 |
| Tl DIL | 3 | 33% | Tl DIL | 12 | 3 | 3 | 2 | 4 | Tl DIL | 9 | 2 | 3 | 2 | 2 |
| CARD | 2 | 100% | BUP420 | 2 | 0 | 0 | 0 | 2 | BUP420 | 0 | 0 | 0 | 0 | 0 |
| CARD | 2 | 100% | BUP410 | 2 | 0 | 0 | 0 | 2 | BUP410 | 0 | 0 | 0 | 0 | 0 |
| WALG | 1 | 100% | BUP410 | 1 | 0 | 1 | 0 | 0 | BUP410 | 0 | 0 | 0 | 0 | 0 |
| Tl BUP | 5 | 100% | Tl BUP | 5 | 0 | 1 | 0 | 4 | Tl BUP | 0 | 0 | 0 | 0 | 0 |

10

Proprietary and Confidential

# Account vs. State/National Averages (as of 3/31/13)

Outlet (DEA): BW6456493
Outlet Name: WALGREENS DRUG 04240
Outlet State: WI

| OxyContin | | | | | |
|---|---|---|---|---|---|
| WALGREENS DRUG 04240 BW6456493 | Pills | WI | Pills | National | Pills |
| OxyContin 10mg | 1,300 | OxyContin 10mg | 2,244,100 | OxyContin 10mg | 73,872,300 |
| OxyContin 15mg | 700 | OxyContin 15mg | 335,000 | OxyContin 15mg | 11,499,100 |
| OxyContin 20mg | 1,800 | OxyContin 20mg | 2,524,700 | OxyContin 20mg | 104,497,300 |
| OxyContin 30mg | 1,800 | OxyContin 30mg | 844,700 | OxyContin 30mg | 40,422,300 |
| OxyContin 40mg | 1,900 | OxyContin 40mg | 1,738,300 | OxyContin 40mg | 91,188,900 |
| OxyContin 60mg | 1,400 | OxyContin 60mg | 668,600 | OxyContin 60mg | 35,084,700 |
| OxyCOntin 80mg | 2,000 | OxyCOntin 80mg | 1,303,100 | OxyCOntin 80mg | 80,889,400 |

| Butrans | | | | | |
|---|---|---|---|---|---|
| WALGREENS DRUG 04240 BW6456493 | Patches | WI | Patches | National | Patches |
| Butrans 10 mcg/hour | 12 | Butrans 10 mcg/hour | 19,912 | Butrans 10 mcg/hour | 936,128 |
| Butrans 20 mcg/hour | 4 | Butrans 20 mcg/hour | 9,984 | Butrans 20 mcg/hour | 641,708 |
| Butrans 5 mcg/hour | 0 | Butrans 5 mcg/hour | 8,232 | Butrans 5 mcg/hour | 529,588 |

| Dilaudid | | | | | |
|---|---|---|---|---|---|
| WALGREENS DRUG 04240 BW6456493 | Pills | WI | Pills | National | Pills |
| Dilaudid 2mg | 0 | Dilaudid 2mg | 700 | Dilaudid 2mg | 567800 |
| Dilaudid 4mg | 0 | Dilaudid 4mg | 8000 | Dilaudid 4mg | 4806500 |
| Dilaudid 8mg | 1900 | Dilaudid 8mg | 3100 | Dilaudid 8mg | 1383400 |

Proprietary and Confidential

# Information beyond Data

- Collaboration with wholesalers/distributors:
    - In person meetings with authorized wholesaler
    - Regularly-scheduled calls to share information
    - Occasional joint site visits
- Review publicly available information on accounts
- Seek input from Purdue field-based sales personnel
    - Have information from prescriber analysis
- Create individual reports on accounts reviewed
    - Discuss reviewed accounts at OMS Committee meetings
- Track all actions in OMS database

12

Proprietary and Confidential

# Lessons Learned

- Quantities matter: excessive orders must be evaluated
- Meaningful scrutiny of dispensing: registration not sufficient
- Site visit due diligence: expected as part of follow up
- Cannot rely on third party: must do own due diligence
- Trend analysis is a key: compare similar products, size and location of outlets
- Threshold exceptions: must be individually reviewed and decisions properly documented
- Referrals to DEA: consider for all OMS actions

Proprietary and Confidential

# Lessons Learned

- Experience with ORF
    - Declines versus increased orders
- Real patient harm from broad restrictions
    - Patient feedback
- Consideration given to isolating high utilization of currently abused products (IR 30mg)?
- Considerations of segregation of products with labeling for abuse deterrence?

# Benefits of Collaboration

- Greater information sharing: maximize resources (Wholesaler, Manufacturer, Distributor, Retail Chains)

- Help identify potentially problematic prescribers

- Develop process to address patient complaints and concerns

- Achieve efficiencies with accounts identified for follow up

- Identify additional tools to address DEA's concerns (better data analysis, potential modeling)

- Mindful of anti-trust concerns

Proprietary and Confidential

15

# Mutual Support

- Identify contact OMS representative
- Communicate on regular basis
- Collaborate to identify suspicious accounts, coordinate follow up (if appropriate)
- Leverage each other's data as permitted
- Provide OMS contact with prescriber-related information
- Report suspicious accounts to DEA

Proprietary and Confidential