PSJ3

Exhibit 304

| | |
|---|---|
| **From:** | Mone, Michael <Michael.Mone@cardinalhealth.com> |
| **Sent:** | Thursday, October 6, 2011 5:57 PM |
| **To:** | Lohman, Donald A <Donald.Lohman@Covidien.com>; Rausch, Nicholas <Nicholas.Rausch@cardinalhealth.com>; Cacciatore, Gary <Gary.Cacciatore@cardinalhealth.com> |
| **Cc:** | Harper, Karen <Karen.Harper@Covidien.com>; Ratliff, Bill <Bill.Ratliff@Covidien.com>; Duft, Pat H <Pat.Duft@Covidien.com>; Wuestner, Joe A <Joe.Wuestner@Covidien.com>; Silver, David <David.Silver@covidien.com>; Williams, Jane L <Jane.Williams@covidien.com>; Collier, Ginger L <Ginger.Collier@covidien.com>; Inman, Christine <Christine.Inman@Covidien.com> |
| **Subject:** | Re: SOM Meeting in St. Louis |

Thank you Don. We look forward to a collabotative process next week. I will not be in attendance at this meeting as I have other out of town obligations

Nicholas and Gary will confirm that the schedule works

Please keep me informed going forward

Thanks

Michael

---

**From:** Lohman, Donald A [mailto:Donald.Lohman@Covidien.com]
**Sent:** Thursday, October 06, 2011 01:33 PM
**To:** Mone, Michael; Rausch, Nicholas; Cacciatore, Gary
**Cc:** Harper, Karen <Karen.Harper@Covidien.com>; Ratliff, Bill <Bill.Ratliff@Covidien.com>; Duft, Pat H <Pat.Duft@Covidien.com>; Wuestner, Joe A <Joe.Wuestner@Covidien.com>; Silver, David <David.Silver@covidien.com>; Williams, Jane L <Jane.Williams@covidien.com>; Collier, Ginger L <Ginger.Collier@covidien.com>; Inman, Christine <Christine.Inman@Covidien.com>
**Subject:** SOM Meeting in St. Louis

Michael, Gary and Nick –

I am writing to confirm our meeting at our Hazelwood campus in St. Louis on Tuesday afternoon, 10/11 and Wednesday morning/afternoon (as needed) to review Cardinal's SOM files on the accounts we discussed last week. Bill Ratliff, Karen Harper and I will be in attendance. Pat Duft and another of our attorneys, Joe Wuestner, may be in from time to time.

Please confirm that this schedule works for you. Please coordinate logistics with my assistant, Chris Inman. Her email is above. Her number is 314-654-7083. If you have any questions, please call my cell at 314-308-4961.

We look forward to continuing our discussions and cooperation. Thanks.

**Donald A. Lohman**
**Associate General Counsel**
**Covidien**
**Mallinckrodt Inc., Pharmaceuticals**
**675 James S. McDonnell Blvd.**
**St. Louis, Missouri 63042**
**(314) 654-3927**
**(314) 654-7181 fax**
**www.Covidien.com**

This email and any attachments hereto may contain confidential and/or proprietary information of Covidien or its affiliated companies, some or all of which may be legally privileged. Further review and/or continued possession of this document by the recipient constitutes an agreement to maintain the information as confidential. It is intended only for the named recipient. If an addressing or transmission error has misdirected the email, please notify the author by replying to this email. If you are not the named recipient you must not use, disclose, distribute, copy, print or rely on this email, and must delete it from your computer system. Any use of the information except for the purposes it has been expressly provided is prohibited.

---

```
This message is for the designated recipient only and may contain
privileged, proprietary
or otherwise private information. If you have received it in error, please
notify the sender
immediately and delete the original. Any other use of the email by you is
prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands -
Norsk - Portuguese - Chinese
Svenska: www.cardinalhealth.com/legal/email
```