PSJ3

Exhibit 305

| | |
|---|---|
| **From:** | Hazewski, Edward |
| **To:** | Harper, Karen |
| **Sent:** | 2/3/2011 6:38:25 PM |
| **Subject:** | RE: Amerisource Bergen Contact Name(s) and Addresses for Additional Suspicious Order Communication from Mallinckrodt |

Correspondence regarding suspicious order monitoring should be sent to my attention at the same address.

---

**From:** Harper, Karen [mailto:Karen.Harper@Covidien.com]
**Sent:** Thursday, February 03, 2011 1:24 PM
**To:** Hazewski, Edward
**Subject:** RE: Amerisource Bergen Contact Name(s) and Addresses for Additional Suspicious Order Communication from Mallinckrodt

Ed,
Mallinckrodt is preparing a letter that will be sent to Amerisource Bergen that provides additional information in follow-up to the Mallinckrodt letter sent 11/21/10.

Our current contact of record is:
Amerisource Bergen
1300 Morris Drive
Chesterbrook, PA 19087
Attn:  Ms. Sarah Evans

I have also had the privilege of meeting Anthony Taraschi, Investigator, Corporate Security & Regulatory Affairs as well as meeting and corresponding with you at the NADDI Meeting.
Please advise the contact person to whom the current letter should be addressed.
Thank you,


Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

> **From:** Hazewski, Edward [mailto:EHazewski@amerisourcebergen.com]
> **Sent:** Tuesday, November 16, 2010 8:08 AM
> **To:** Harper, Karen
> **Subject:** Amerisource Bergen Follow-up
>
> Karen,
> It was a pleasure speaking with you yesterday. As discussed, AmerisourceBergen does have a Diversion Control Program that includes New Customer Due Diligence, Order Monitoring Program, investigation of suspicious orders and related diversion issues, and education and training for internal and external customers. We would welcome the opportunity to speak with you and your team personally to discuss our program. Please coordinate any visit through me.
>
> Best regards.
>
> *Ed Hazewski*
> *Manager - Diversion Control Program*

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000022875

MNK-T1_0000281750

*AmerisourceBergen Corporation*
*610-727-3680*

Confidential  MAL-MI 000022876
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0000281751