PSJ3

Exhibit 306

| | |
|---|---|
| **From:** | Ratliff, Bill |
| **To:** | 'Oriente, Michael'; Harper, Karen |
| **CC:** | Walker, Donald |
| **Sent:** | 11/8/2011 4:32:04 PM |
| **Subject:** | RE: Delaware story on two pain doctors |

Thanks Michael, it was a very productive call and gave us a better understanding of your program and due diligence. We look forward to working with you in the future and appreciate your time and effort in preparing. Again, thank you.

Bill Ratliff
Chief Security Officer
Covidien
314-654-8112
24 hours 314-654-1600
cell 314-602-4577
bill.ratliff@covidien.com

---

**From:** Oriente, Michael [mailto:Michael.Oriente@McKesson.com]
**Sent:** Tuesday, November 08, 2011 10:19 AM
**To:** Ratliff, Bill; Harper, Karen
**Subject:** Delaware story on two pain doctors

Bill, Karen,
It was great to talk and share strategies on customer due diligence.  I look forward to working collaboratively in the future.
Here is the story on two Delaware pain doctors.

http://www.delawareonline.com/article/20111107/NEWS1111/111070323/A-tale-of-two-pain-specialists?odyssey=tab%7Cmostpopular%7Ctext%7CFRONTPAGE

Thank you,

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL                                                                                                                    MAL-MI 000052833
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                      MNK-T1_0000311707