# PSJ3

# Exhibit 307

| | |
|---|---|
| **From:** | Lohman, Donald A |
| **To:** | Walker, Donald; Bill.Mahoney@McKesson.com; Michael.Oriente@McKesson.com; Trugman, Ina |
| **CC:** | Ratliff, Bill; Harper, Karen |
| **Sent:** | 11/14/2011 9:51:38 PM |
| **Subject:** | Suspicious Order Monitoring Letter |
| **Attachments:** | McKesson.pdf |

Ina, Don, Bill and Michael –

The attached letter was sent out this afternoon.  I wanted to give you a heads up.  Please contact me, Bill Ratliff or Karen Harper if you have any questions.

Thank you.
**Donald A. Lohman**
**Associate General Counsel**
**Covidien**
**Mallinckrodt Inc., Pharmaceuticals**
**675 James S. McDonnell Blvd.**
**St. Louis, Missouri 63042**
**(314) 654-3927**
**(314) 654-7181 fax**
**www.Covidien.com**

This email and any attachments hereto may contain confidential and/or proprietary information of Covidien or its affiliated companies, some or all of which may be legally privileged. Further review and/or continued possession of this document by the recipient constitutes an agreement to maintain the information as confidential. It is intended only for the named recipient. If an addressing or transmission error has misdirected the email, please notify the author by replying to this email. If you are not the named recipient you must not use, disclose, distribute, copy, print or rely on this email, and must delete it from your computer system. Any use of the information except for the purposes it has been expressly provided is prohibited.

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000232866

MNK-T1_0000491718