PSJ3

Exhibit 309



November 14, 2011

*Overnight Delivery*

AmerisourceBergen Drug Corporation
1300 Morris Drive
Chesterbrook, PA 19087
Attn: Sarah Evans

Dear Ms. Evans:

As you are aware, all U.S. Drug Enforcement Administration ("DEA") Registrants are required by law to have a Suspicious Order Monitoring ("SOM") Program in place to monitor sales of controlled substances. As a DEA Registrant, Mallinckrodt LLC, a Covidien company ("Mallinckrodt"), has developed and maintains a comprehensive program that includes review of customer orders, IMS data and chargeback information and, where appropriate, subsequent audits of distributors' SOM Programs.

Effective immediately, Mallinckrodt will no longer process charge backs from distributor sales of Mallinckrodt's dosage pharmaceutical products to the pharmacies identified on Attachment 1 hereto. We have made this decision after careful consideration of SOM information concerning these pharmacies. We suggest that if you have sold controlled substances to any of these pharmacies, you consider conducting an on-site audit as part of your SOM Program.

We look forward to working with you to ensure that the business we conduct together meets or exceeds DEA requirements.

Thank you for your time and consideration of our request. If you have any specific questions, please contact me at (314) 654-1868.

Sincerely,

*Karen Harper /cmi*

Karen Harper
Senior Manager, Controlled Substance Compliance

675 McDonnell Boulevard   314-654-2000 [T]
Hazelwood, MO
63042

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000232872
MNK-T1_0000491724

# ATTACHMENT 1

SYL MAX PHARMCARE
375 WEST STREET RD.
WARMINSTER, PA 18974
DEA# BM8694665

VICTORY RX LLC
RANDALL MANOR PHCY AND SURGICAL SUPPLY
395 FOREST AVENUE
STATEN ISLAND, NY 10301
DEA# FV2081812

SHAYONA PHARMACY
167 SMITH ST.
PERTH AMBOY, NJ 08861
DEA# BS7719795

OVERTONS PHARMACY
981 OAK RIDGE TURNPIKE
OAK RIDGE, TN 37830
DEA# BO9808506

HAROLDS PHARMACY
2272 MCDONALD AVE.
BROOKLYN, NY 11223
DEA# BE3525930

MD PHARMACY
1467 WEST MORRIS BLVD.
MORRISTOWN, TN 37813
DEA# FB2330948

T J ENTERPRISE INC
D/B/A BETTER VALUE PHARMACY
1135 SOUTH SUNSET AVENUE
WEST COVINA, CA 91790
DEA# BT7672492

MARWOOD LOW COST PHARMACY
3381 KENTUCKY AVE.
INDIANAPOLIS, IN 46221
DEA# FM1266813

CASTLE HILL DRUGS INC.
674 CASTLE HILL AVE.
BRONX, NY 10473
DEA# FC0861345

NORTHEAST PHARMACY
6730 BUSTLETON AVENUE
PHILADELPHIA, PA 19149
DEA# FN0841418

PHARMACY OF AMERICA
1500 EAST ERIE AVE.
PHILADELPHIA, PA 19124
DEA# FP1390397

CALIGOR RX INC.
1226 LEXINGTON AVE.
NEW YORK, NY 10028
DEA# BC7467081

CALIGOR RX INC.
1226 LEXINGTON AVE.
NEW YORK, NY 10028
DEA# RC0281876

LIFE PHARMA II INC.
471 LENOX AVE.
NEW YORK, NY 10037
DEA# FL1001077

HERNDON PHARMACY MED SUPPLY
208 ELDEN STREET
HERNDON, VA 20170
DEA# FH2358275

JOCHYS PHARMACY
5858 WEST 20TH AVE.
HIALEAH, FL 33016
DEA# FJ0537083

LIFE EXTENSION PHARMACY INC.
1100 WEST COMERCIAL BLVD.
FORT LAUDERDALE, FL 33309
DEA# FL0025064

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000232873
MNK-T1_0000491725

PROSCRIPT PHARMACY SERVICES INC.
3744 SW 64TH AVE.
DAVIE, FL  33314
DEA# BP6777532

TOWN DRUG OF HOLLYWOOD INC.
2730 HOLLYWOOD BLVD.
HOLLYWOOD, FL  33020
DEA# AT0192928

DELRAY SHORES PHARMACY
DILDINE THOM LAWSON
601 NORTH CONGRESS AVENUE #407
DELRAY BEACH, FL  33445
DEA# AD6548195

BUDGET DRUGS
13150 SOUTHWEST 134TH STREET
MIAMI, FL  33186
DEA# FB0066882

HEALTH PLUS PHARMACY
8820 MIRAMAR PARKWAY
BAY 11
MIRAMAR, FL  33025
DEA# BH9523437

TIME SQUARE DRUGS INC.
D/B/A MANHATTNAS PHARMACY
4601 MILITARY TRAIL
JUPITER, FL  33458
DEA# FT1881172

SHAAN BUSINESS INC.
D/B/A HOMESTEAD PHARMACY
1320 HOMESTEAD ROAD NORTH
LEHIGH ACRES, FL  33936
DEA# FS1539937

HEART MED PHARMACY
2351 NORTHWEST 93 AVE.
MIAMI, FL  33172
DEA# BT9195620

AMERIMEDZ II
D/B/A CITY PLACE PHARMACY
200 SOUTH ROSEMARY AVENUE
WEST PALM BEACH, FL  33401
DEA# BA9633252

AMERIMEDZ II
D/B/A CITY PLACE PHARMACY
200 SOUTH ROSEMARY AVE.
WEST PALM BEACH, FL  33401
DEA# BA9500352

FELKY RX
15429 NORTH FLORIDA AVE.
TAMPA, FL  33613
DEA# FF0704610

ULTRATECH MED SUPPLY
EQUIPMENT
8150 SW 8TH ST., SUITE 105
MIAMI, FL  33144
DEA# BU6083416

LAMBRIGHT PHARMACY HM
3430 WEST LAMBRIGHT ST., SUITE 103
TAMPA, FL  33614
DEA# FL0745870

VH PHARMACIES 1
1000 SW 1ST ST.
MIAMI, FL  33130
DEA# AV6332441

GUDOC PHARMACY PLLC
106 SOUTH PARSONS AVENUE
BRANDON, FL  33511
DEA# FG1706893

LAUDERHILL PHARMACY LLC
5368 NORTH UNIVERSITY DRIVE
LAUDERHILL, FL  33351
DEA# FL2090746

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000232874
MNK-T1_0000491726

GENERIC RX LLC
3448 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL  33441
DEA# FG1524657

SUNSHINE WELLNESS CENTER
90 PONCE DE LEON BLVD.
BROOKSVILLE, FL  34601
DEA# BS5744645

CHAAND INC. DISCOUNT
15511 NORTH FLORIDA AVE., SUITE C2
TAMPA, FL  33613
DEA# FC0488420

MEDICAL PLAZA PHARMACY
201 NORTHWEST 82ND AVE.
PLANTATION, FL  33324
DEA# FM1239183

ALPHA DRUGS
7857 PALM RIVER ROAD
TAMPA, FL  33619
DEA# BA9094133

UNIVERSITY PHARMACY INC.
500 UNIVERSITY BLVD., SUITE 108
JUPITER, FL  33458
DEA# BU9949946

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000232875
MNK-T1_0000491727