PSJ3

Exhibit 313

| | |
|---|---|
| **From:** | Colleen McGinn |
| **To:** | Chuck Spruill; Dennis Ferrell |
| **Sent:** | 7/31/2012 6:17:02 PM |
| **Subject:** | Covidien/Mallinckrodt SOM Questionnaire |

I spoke to Karen Harper at Covidien. The questionnaires are a work in progress and they're planning to revamp them next time around. They are registration-specific (not company specific). For any question that's not applicable (like Analytical Lab or Researcher), you can write N/A next to the answer and provide an explanation. She's asked that we send the forms to her via email (Karen.harper@covidien.com) and write an explanation for any "N/A" or "No" answer for Questions 1-3. She said that a "No" does not place a hard stop on our customer status, but that she has to obtain an explanation before giving approval. She'll contact us if there are any questions.

Also - she said that DEA requested a meeting with them in August, 2011 about shipments they made to Harvard Drug. They were told by Barbara Buckhold (Regulatory Section Chief) that they had a responsibility to know their customer's customer. Although Harvard's ordering pattern basically stayed the same, they were funneling a majority of the Hydrocodone they purchased into South Florida. It had been Covidien's practice up to that point to monitor direct orders but they had not evaluated chargeback data. Once they looked at that data, it was obvious that there was a problem. Apparently they have more chargebacks than we have for their generics. Just thought that was interesting.....

Confidential

TEVA_MDL_A_01463623