PSJ3

Exhibit 314

Message

| | |
|---|---|
| **From**: | Lohman, Donald A [Donald.Lohman@mallinckrodt.com] |
| **Sent**: | 4/6/2016 6:42:40 PM |
| **To**: | Giacalone Robert <Robert. Giacalone@cardinalhealth. com> [Robert.Giacalone@cardinalhealth.com]; Cameron Todd [Todd.Cameron@cardinalhealth.com]; Mays Steve [SMays@amerisourcebergen.com]; DMay@amerisourcebergen.com; krista.peck@mckesson.com; Boggs Gary [Gary.Boggs@McKesson.com]; Christine.Menendez@McKesson.com; McGinn Colleen [Colleen.McGinn@tevapharm.com]; com> Tom P Napoli <Tom. Napoli@actavis. [Tom.Napoli@actavis.com]; John.Duff@actavis.com; Jones Heather [Heather.Jones@parpharm.com]; Santos Alan G [ASantos@AvanthaSI.com] |
| **CC**: | Naten, Derek [Derek.Naten@mallinckrodt.com] |
| **Subject**: | ADIWG Meeting |

All -

Great meeting yesterday. During the meeting I was reminded how committed our companies are to curbing opioid diversion and abuse. I am hopeful that our meeting with DEA will help continue the momentum we have seen in recent weeks on this issue.

After listening to the ideas discussed yesterday, it is apparent that we have some additional contacts with third parties that we need to make, as well as internal discussions that each member needs to have. As such, we propose suggesting dates to DEA during the weeks of June 13 and June 20 (instead of in May 2-4).

**Please let me know this week what your availability is during those weeks as we would like to propose dates to DEA this week and get a date locked down as soon as possible.**

We will reconvene in a few weeks by telephone. Thanks and please let me know if you have any questions.

Don

Donald A. Lohman | Associate General Counsel
Litigation Management and Controlled Substances Compliance
Mallinckrodt Pharmaceuticals
675 McDonnell Blvd. | Hazelwood, MO 63042 | USA
T: 314.654.3927 |M: 314.308.4961
donald.lohman@mallinckrodt.com| www.mallinckrodt.com

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                    MNK-T1_0008191086