PSJ3

Exhibit 315

**To:** Slone, Pete[Pete.Slone@McKesson.com]
**From:** Rosen, Burt
**Sent:** Wed 11/8/2017 2:12:37 PM
**Subject:** RE: Brain Storming Session

Ok thanks Pete. We will talk and see who comes.

Burt Rosen
(o) 202-508-0750
(c) 202-494-0437

**From:** Slone, Pete [mailto:Pete.Slone@McKesson.com]
**Sent:** Wednesday, November 08, 2017 2:01 PM
**To:** Rosen, Burt <Burt.Rosen@pharma.com>
**Subject:** RE: Brain Storming Session

Here u go Burt. Concern from litigators about the meeting even with strict guardrails, fyi.

**Pete Slone**
SVP, Public Affairs
Corporate Public Affairs

(202) 469-6276 office
(202) 744-3959 mobile

McKesson Corporation
505 9th Street, NW
  Suite 901
Washington, DC 20004
www.mckesson.com

**About McKesson**
McKesson Corporation, currently ranked 5th on the FORTUNE 500, is a global leader in healthcare supply chain management solutions, retail pharmacy, community oncology and specialty care, and healthcare information technology. McKesson partners with pharmaceutical manufacturers, providers, pharmacies, governments and other organizations in healthcare to help provide the right medicines, medical products and healthcare services to the right patients at the right time, safely and cost-effectively. United by our ICARE shared principles, our employees work every day to innovate and deliver opportunities that make our customers and partners more successful — all for the better health of patients. McKesson has been named the "Most Admired Company" in the healthcare wholesaler category by FORTUNE, a "Best Place to Work" by the Human Rights Campaign Foundation, and a top military-friendly company by Military Friendly. For more information, visit www.mckesson.com.

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Wednesday, November 08, 2017 12:29 PM
**To:** Slone, Pete <Pete.Slone@McKesson.com>
**Subject:** Re: Brain Storming Session

Also please send me copy of the letter as have not seen. Thanks

CONFIDENTIAL                                                                                                                   PPLPC018001476486

Burt Rosen
202-508-0750
202-494-0437
On Nov 8, 2017, at 12:08 PM, Slone, Pete <Pete.Slone@McKesson.com> wrote:

> Thanks Burt. I would keep this tightly focused on policy solutions and not wade into any litigation-related matters. This especially given today's joint CEO letter from retail chains, PBMs and payers. Thx
>
> Peter B. Slone
> SVP Public Affairs
> McKesson

**From:** Rosen, Burt <Burt.Rosen@pharma.com>
**Sent:** Wednesday, November 8, 2017 11:05:28 AM
**To:** Dolly Judge; Slone, Pete; Munroe, Brian; bburns7@corus.jnj.com; Robert.Lively@Allergan.com; Rita Norton (rnorton@amerisourcebergen.com); Sean Callinicos
**Cc:** Konka, Kathleen; Must, Alan
**Subject:** Brain Storming Session

I would like to invite you to our office at 1001 Penna. Ave. NW, 13th Floor North at 2:30 PM on Monday the November 13th.
I will allocate the time from 2:30 to 4 for brainstorming to determine if there is anything the Washington Offices may be able to do from a public policy perspective to better educate, or impact Washington policy makers thinking with respect to the litigation brought by plaintiff's lawyers and states, cities, counties, and municipalities against the opioid supply chain.
Please let me know if you can participate, and feel free to invite your colleagues or any consultants you may wish to bring.
Many thanks
Burt


Burt Rosen
0-202-5080181
C-202-494-0437