# PSJ3

# Exhibit 316

**From:** Slone, Pete
**To:** Rosen, Burt; Munroe, Brian; mark.tyndall@malinckrodt.com
**Sent:** 7/19/2017 8:54:40 PM
**Subject:** Re: [EXTERNAL] RE: FINAL McKesson White Paper on Opioid Abuse


If anybody wants to have colleagues dial-in, they can use the following conference call information:
877-684-9625
Pin 290700#

We can make telepresence available as well if there is interest. Many thanks and see you all Friday.

Peter B. Slone
SVP Public Affairs
McKesson

---

**From:** Rosen, Burt
**Sent:** Wednesday, July 19, 2017 4:47:54 PM
**To:** Munroe, Brian
**Cc:** Slone, Pete; mark.tyndall@malinckrodt.com
**Subject:** Re: [EXTERNAL] RE: FINAL McKesson White Paper on Opioid Abuse

Ok. Thanks.

Burt Rosen
202-508-0750
202-494-0437

On Jul 19, 2017, at 3:45 PM, Munroe, Brian <Munroe.Brian@Endo.com> wrote:

See you then

Thanks Brian

**Brian Munroe**
Senior Vice President, Government Affairs - **Endo Pharmaceuticals**
499 S. Capitol St. SW, Suite 608A, Washington, DC 20003
202.479.4449 office
Material Redacted
202.479.4344 fax



On Jul 19, 2017, at 3:43 PM, Slone, Pete <Pete.Slone@McKesson.com> wrote:

Thx all. Looks like with so many schedules to juggle Friday at 11am works best at our new offices at 505 9th Street, NW on the 9th floor.  Please confirm your attendance. Many thanks.

Peter B. Slone
SVP Public Affairs
McKesson

---

**From:** Munroe, Brian <Munroe.Brian@Endo.com>

**Sent:** Wednesday, July 19, 2017 3:22:03 PM
**To:** Rosen, Burt
**Cc:** Slone, Pete; peterslone1@gmail.com; mark.tyndall@malinckrodt.com
**Subject:** Re: [EXTERNAL] RE: FINAL McKesson White Paper on Opioid Abuse

I can meet Friday 10-12 thx brian

**Brian Munroe**
Senior Vice President, Government Affairs - **Endo Pharmaceuticals**
499 S. Capitol St. SW, Suite 608A, Washington, DC 20003
202.479.4449 office
Material Redacted
202.479.4344 fax


On Jul 19, 2017, at 2:19 PM, Rosen, Burt <Burt.Rosen@pharma.com> wrote:

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. Click the "Report Phishing" button in Outlook if it is suspicious.

I can meet before 2 on Thursday or 9:30 to 12 would be good Friday.
Thanks


Office 202-508-0750
Cell  202-494-0437


**From:** Slone, Pete [mailto:Pete.Slone@McKesson.com]
**Sent:** Wednesday, July 19, 2017 12:13 PM
**To:** Rosen, Burt <Burt.Rosen@pharma.com>; peterslone1@gmail.com; Brian Munroe <munroe.brian@endo.com>; mark.tyndall@malinckrodt.com
**Subject:** Re: FINAL McKesson White Paper on Opioid Abuse

Any times that are off limits for you all Thursday or Friday?  Thx

Peter B. Slone
SVP Public Affairs
McKesson
_____
From: Rosen, Burt <burt.rosen@pharma.com>
Sent: Wednesday, July 19, 2017 12:10 PM
Subject: RE: FINAL McKesson White Paper on Opioid Abuse
To: <peterslone1@gmail.com>, Brian Munroe <munroe.brian@endo.com>, <mark.tyndall@malinckrodt.com>
Cc: Slone, Pete <pete.slone@mckesson.com>


Would be happy to participate.
Many thanks


Office 202-508-0750
Cell  202-494-0437


**From:** peterslone1@gmail.com [mailto:peterslone1@gmail.com]

**Sent:** Wednesday, July 19, 2017 12:02 PM
**To:** Brian Munroe <Munroe.Brian@Endo.com>; Rosen, Burt <Burt.Rosen@pharma.com>; mark.tyndall@malinckrodt.com
**Cc:** Pete Slone <Pete.Slone@McKesson.com>
**Subject:** FINAL McKesson White Paper on Opioid Abuse

Gentlemen,

I have spoken to some of you individually, but thought it timely to reach out to you all to further explore areas for policy collaboration on the opioid issue.

I have attached our McKesson white paper. These incremental, pragmatic and actionable proposals are the work product of a very senior level McKesson Task Force. With expertise and insight from our foothold in every segment of the health care delivery system, we wanted to work to advance some familiar and some innovative ideas to truly address the crisis. We are socializing these proposals with policy influencers and have found great receptivity. I suspect you will find some of these quite familiar and some that have found their way into state legislation. I would love to be able to provide deeper insight into some of these ideas, compare notes, and see where we might collaborate.

One proposal in particular that I wanted to brief you on further is the NCPDP model for a **Patient Safety Network.** It holds great promise in catalyzing State PDMPs and provides an in workflow solution for prescribers and dispensers focused on the less than ten percent truly "at risk" patients. Working with NCPDP, our Relay Health Pharmacy business has devised a sensible solution that will increase utilization and real-time interoperability of state PDMPs and provide data vital to intercepting at risk patients earlier in the care continuum or before diversion has occurred. I know some of your companies have been involved in development of this solution and even have participated in some coalition meetings.

**I have the real experts from both groups in DC later this week and would love to come by or host a group briefing for you and others as you think appropriate to include. Would you have times available Thursday or Friday?**

As we explore ways to collaborate on the opioid issue, I think it would be helpful to also learn more about your ongoing work to see where we can partner.

Many thanks.

Pete Slone
Pete.slone@mckesson.com
202-744-3959 cell


Pete Slone
Sent from my iPad

---

This e-mail transmission, including any attachments, is intended only for the individual(s) or entity(ies) named in the e-mail address and may contain confidential or proprietary information that may be subject to protections afforded to certain types of confidential and/or proprietary information, including attorney-client privilege. If you have any reason to believe that you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any review, use, disclosure, copying, distribution, or reliance upon the contents of this e-mail transmission, and any attachments thereto, is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately, so that Endo can arrange for proper delivery, and then please permanently delete the original and any copy of this e-mail transmission from your system and any printout thereof. Thank you.

(Virus Scanned by Mimecast)