PSJ3 Exhibit 317

FILED UNDER SEAL