# PSJ3

# Exhibit 318