PSJ3

Exhibit 321

[12/3/2015 3:28 PM] Joseph Tomkiewicz:
If you could give me a call when you get the chance...
[12/3/2015 3:29 PM] Joseph Tomkiewicz:
215-293-6378
[12/3/2015 3:30 PM] Colleen McGinn:
I'm on a plane right now and won't land in PHL until 5:30.  Do you want me to call you tonight or tomorrow?
[12/3/2015 3:30 PM] Joseph Tomkiewicz:
Ahh-- it can wait until tomorrow.
[12/3/2015 3:31 PM] Colleen McGinn:
Does it have to do with CS releasing orders?
[12/3/2015 3:31 PM] Colleen McGinn:
How did that happen?
[12/3/2015 3:32 PM] Joseph Tomkiewicz:
Yep, not sure how it happened, it appears that that ability has been there all along to SORDS.
[12/3/2015 3:32 PM] Joseph Tomkiewicz:
There's a handful that mostly look like errors, but one that doesn't.
[12/3/2015 3:32 PM] Joseph Tomkiewicz:
And it's an oxy.
[12/3/2015 3:33 PM] Colleen McGinn:
Why would someone release an order like that?  Was this person new?
[12/3/2015 3:33 PM] Colleen McGinn:
How are we going to prevent them from doing that until LeRoy can fix it?
[12/3/2015 3:34 PM] Joseph Tomkiewicz:
It was an order that Matt & I held late Monday, for further review Tuesday. Marianne released the hold late Monday.
[12/3/2015 3:34 PM] Colleen McGinn:
Why would she do that?
[12/3/2015 3:35 PM] Colleen McGinn:
You can tell her that she can write up the justification for release - with her name on it.
[12/3/2015 3:35 PM] Joseph Tomkiewicz:
Good question-- she should know better.
[12/3/2015 3:35 PM] Joseph Tomkiewicz:
Will do.
[12/3/2015 3:35 PM] Colleen McGinn:
I will give you a call tomorrow.
[12/3/2015 3:35 PM] Joseph Tomkiewicz:
Sounds good.

**Confidential**