# PSJ3

# Exhibit 322

| | |
|---|---|
| **From:** | Patrick D Shields |
| **To:** | Colleen McGinn |
| **Sent:** | 6/14/2013 1:16:33 PM |
| **Subject:** | RE: Benchmarking Survey |
| **Attachments:** | Benchmark.pdf |

Just a couple of notes on your questionnaire. Do you want me to send them to Tracy since you're out?
If so send me her email address, besides I need to see if she needs help, since you stole her employee.
Have fun in Boston, watch out for the MIT geeks.

Pat

---

**From:** Colleen McGinn
**Sent:** Thursday, June 13, 2013 3:11 PM
**To:** Patrick D Shields; Michael Edwards; Jason Gardner; Kenneth Ferrantello
**Subject:** Benchmarking Survey

Team,

I've been working with a number of DEA Compliance professionals to develop a benchmarking survey to hand out next week at the conference. The survey results will hopefully help us in gaining management support with our standardization initiatives and serves as a gauge in determining where we fall in terms of compliance.

I've attached the completed questionnaire for your review. If you can think of any other questions we need to ask, let me know asap and I'll add it to the survey. I tried to include the issues we received the most push back on lately.



**Colleen M. McGinn**
Director, DEA Compliance
Phone: 610-738-6826  (Office)
Phone: 610-772-0370  (Mobile)
Phone: 877-TEVA-757 (24/7 Contact)
email: colleen.mcginn@tevapharm.com

Teva Pharmaceuticals
145 Brandywine Parkway
West Chester, PA  19380
www.tevapharm.com