PSJ3

Exhibit 324

**To:** Matthew Benkert[Matthew.Benkert@tevapharm.com]
**From:** Colleen McGinn
**Sent:** Tue 4/2/2013 12:21:18 AM
**Importance:** Normal
**Subject:** Re: DEA Holds This Afternoon
**Received:** Tue 4/2/2013 12:21:18 AM

Thanks

---
Sent from my BlackBerry Wireless Handheld

**From:** Matthew Benkert
**Sent:** Monday, April 01, 2013 08:09 PM
**To:** Colleen McGinn
**Subject:** RE: DEA Holds This Afternoon

Not a problem. Just want to make sure the program doesn't stall and keeps moving forward. Let me know if you need any help going though that stuff and determining what we have and where we are at.

TEVA

Matthew Benkert, PCI   Diversion Investigator II
Tel: (215) 293-6596    Cell: (267) 247-6369    Fax: (215) 997-0925
Matthew.Benkert@tevapharm.com    www.tevapharm.com

**From:** Colleen McGinn
**Sent:** Monday, April 01, 2013 8:03 PM
**To:** Matthew Benkert; Michael Edwards
**Cc:** Timothy Aleman
**Subject:** Re: DEA Holds This Afternoon

Matt,

Thanks for reviewing the orders. I really appreciate the support from you and Tim.

I would continue to use the criteria laid out by Kevin in his email. If you are uncomfortable with any part of the advice he's given, let me know.

I have to go through Kevin's files to see where we are, but we seemed to be at a pretty good stopping point right now.

Thanks again for your help.

Colleen

---
Sent from my BlackBerry Wireless Handheld

**From:** Matthew Benkert
**Sent:** Monday, April 01, 2013 07:53 PM
**To:** Colleen McGinn; Michael Edwards
**Cc:** Timothy Aleman
**Subject:** FW: DEA Holds This Afternoon

Colleen & Mike,

Highly Confidential

TEVA_MDL_A_01464010

Below is some criteria Kevin had developed rejected on 2/14/13 about 7 months ago. I wanted to follow up now and confirm is still the criteria you would like us to use going forward, or is there part or all of this you would like to see modified? Besides the daily order review & releases is there any other current in progress SOM initiatives that need to be worked on / followed up on?

**TEVA**
**Matthew Benkert, PCI**   Diversion Investigator II
Tel: (215) 293-6596     Cell: (267) 247-6369     Fax: (215) 997-0925
Matthew.Benkert@tevapharm.com     www.tevapharm.com

---

**From:** Kevin Kreutzer
**Sent:** Thursday, February 28, 2013 9:44 AM
**To:** Matthew Benkert
**Cc:** Michael Edwards; Timothy Aleman
**Subject:** RE: DEA Holds This Afternoon

Matt, Mike and Tim:

In regards to your questions:

Are we evaluating orders from the Big 4 differently than the rest?
- Yes, I am not scrutinizing the Big 4 as closely as the secondary distributors and retail pharmacy chains. We all know

    The criteria I have been using in evaluating orders is:

    Is the order for the Big 4?
    - If yes, then I still look at their purchase history in BI (it's much more accurate than using Oracle for purchase histo
    - I look at purchase history for the last 12 months,you can see the quantities of what the customer ordered in the inf
    - I also look at the "Current Monthly Oracle UCL and the "Current Monthly BI UCL". The BI UCL is a good tool to us
    - I also use BI for every customer, not just the Big 4.

| NDC | Product Description | Customer | Customer Number | DEA Item Group | Controlled Drug Schedule | DEA Number | Ship To Location Number | Ship To Location City | Customer Site Name | MIN | MAX | AVG | C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00555-0033-05 | CHLORDIAZEPOXIDE HCL CAPSULES 10MG 1000 | CARDINAL HEALTH | 35021 | C4F | IV | RC0314891 | 88567 | GROVEPORT | 5995 COMMERCE CENTER DR | 36 | 648 | 203 | 1 |

If an order violates one UCL but not the others, is that enough to release?

- It depends on:
Is it a High Risk Item? For the Big 4?

Which is: **Actiq, Adderall, Adipex, Buprenorphine, Clonazepam, Dexmethylphenidate, Dextroamphetamine, Diaz**
If it is, then I will look at their purchase history in BI and look for trends, if it is consistent with their history and only exce
Again, I look at the Current monthly or quarterly UCL in BI and to make sure it is consistent with the UCL's we have set

- If the order is for a secondary or retail pharmacy chain and is a high risk item:
I'll look at their purchase history to see if it is consistent with purchases for the last 12 months. If it is not, then contact Cust

Highly Confidential                             TEVA_MDL_A_01464011

When do you want us to requests additional information?
If the order is not consistent with a customer's purchase history and you don't feel comfortable releasing the order, contact purchases so to avoid repeating inquiries on the same customers.

How far back in a customer's order history are we going for justifications?
I go back 12 months, I feel 24 months does not give you an accurate purchase history since business models change.

What percentage over the UCL are you comfortable with releasing?
I am still using the 10 percent rule give or take a couple percentage points.

-If an order needs further clarification from the customer, do we still notify customer service to handle that?
Yes, customer service contacts the customer. To avoid going back and forth with Customer Service in getting accurate and

In the orders below, the first things I notice right away is:
- Big 4 customers
- No products are high risk items
- Acetaminophen & Codeine are seasonal products (used for the bad flu season we had). I do suspect that orders for this p

Any other questions, please let me know.

**Highly Confidential**                                                                                                                                                      TEVA_MDL_A_01464012



Highly Confidential    TEVA_MDL_A_01464013

**Kevin Kreutzer**   Manager, Diversion SOM
Tel: 267-468-4346     Cell: 215-859-3371
Kevin.Kreutzer@tevapharm.com
www.tevapharm.com

TEVA

---

**From:** Matthew Benkert
**Sent:** Wednesday, February 27, 2013 7:17 PM
**To:** Kevin Kreutzer
**Cc:** Michael Edwards; Timothy Aleman
**Subject:** RE: DEA Holds This Afternoon

Kevin,

There were 5 holds in Oracle tonight. All were for different ABC locations. Three of the holds have been released but there are two highlighted below I think you need to look at and make a decision on. These are probably good to go and just need the UCL adjusted. Order #799810 says that you already adjusted the Quarterly UCL on the last order and now they are over again. Order #799743 has exceeded the monthly UCL by 144 pieces.

Can you also provide Mike, Tim and I with some guidance on what your criteria is when reviewing, evaluating and releasing these orders moving forward. One of the biggest things I think you will agree with, is that we all need to make sure we are consistent in the way we evaluate and release orders. If you could let us know how you are now looking at these now, such as:

-Are we evaluating orders from the big 4 differently than the rest?

-If an order violates one UCL but not the others, is that enough to release?

-When do you want us to requests additional information?

-How far back in a customer's order history are we going for justifications?

-What percentage over the UCL are you comfortable with releasing?

-If an order needs further clarification from the customer, do we still notify customer service to handle that?


Thanks for the clarification. I just don't want to be operating outside the parameters of your program. Thanks.


| 799743 | AMERISOURCEBERGEN DRUG CORP | 00555-0159-02 | 144 | 2/27/2013 14:37 | 53420 | Custom Order Q Control |
| 799736 | AMERISOURCEBERGEN DRUG CORP | 00093-0130-01 | 24 | 2/27/2013 14:36 | 53436 | This ord pattern. |
| 799690 | AMERISOURCEBERGEN DRUG CORP | 00093-5269-01 | 48 | 2/27/2013 14:29 | 53442 | This ord pattern. |
| 799679 | AMERISOURCEBERGEN DRUG CORP | 00555-0159-04 | 72 | 2/27/2013 14:27 | 111474 | This ord pattern. |
| 799810 | AMERISOURCEBERGEN DRUG CORP | 00555-0974-02 | 24 | 2/27/2013 18:05 | 115770 | Custom Quarterl Quarterl |

**Highly Confidential**                                                                                                                                   TEVA_MDL_A_01464014

**TEVA**

**Matthew Benkert, PCI**  Diversion Investigator II
Tel: (215) 293-6596     Cell: (267) 247-6369    Fax: (215) 997-0925
Matthew.Benkert@tevapharm.com    www.tevapharm.com

**From:** Kevin Kreutzer
**Sent:** Wednesday, February 27, 2013 1:18 PM
**To:** Matthew Benkert
**Cc:** Michael Edwards
**Subject:** DEA Holds This Afternoon

I am leaving at 3:30pm today for an appointment, could you check customer orders after I leave?

Thanks,

**TEVA**

**Kevin Kreutzer**   Manager, Diversion SOM
Tel: 267-468-4346     Cell: 215-859-3371
Kevin.Kreutzer@tevapharm.com
www.tevapharm.com

**Highly Confidential**                                                                                                                                    TEVA_MDL_A_01464015