# PSJ3

# Exhibit 325

| | |
|---|---|
| **From:** | Noemi Rebeco |
| **Sent:** | Thursday, October 06, 2011 12:20 PM |
| **To:** | Nancy Baran; Michael Perfetto |
| **Cc:** | Jinping McCormick; Mike Diblasi; Ara Aprahamian RPh; Rachelle Galant |
| **Subject:** | FW: question |
| **Attachments:** | suspiciousorders10.06.11.PDF |

Please see below Jack's reply.
Also I attached all the information that I found about suspicious orders.

Noemi



Actavis
200 Elmora Avenue  *t* +1 908-659-2365  @ nrebeco@actavis.com
Elizabeth , NJ 07202 United States  *w* www.actavis.com
Internal VoIP number  *t* 120-2365

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Wednesday, October 05, 2011 12:52 PM
**To:** Noemi Rebeco
**Subject:** RE: question

Hello Noemi:

We did not use a consulting group to design our own program, but utilized specialists from our IT group from the sales/business side with input from various stakeholders.

We have met with our customers (our wholesalers) and made agreements with them to discuss certain accounts when appropriate.  We also get their sales data for our products through contract agreement, which is fed into our Order Monitoring System data base.  Our relationship with our own customers/wholesalers in the area of mutual support for order monitoring is key for us.

We have an OMS Committee which meets regularly, etc.

If you would prefer to use a consultant, I suggest you start with Ron Buzzeo at
Ron.buzzeo@cegedim.com or via cell phone at
(804) 363-2071.

http://crm.cegedim.com/solutions/usa-compliance/Pages/default.aspx

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ALLERGAN_MDL_02128065

Please let me know if I can help you further.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

---

**From:** Noemi Rebeco [mailto:nrebeco@actavis.com]
**Sent:** Wednesday, October 05, 2011 9:51 AM
**To:** Crowley, Jack
**Subject:** question

Good morning Jack:
I am a member of the NJPIG and I was attending to some of the meetings offered by this association.
I remember that one topic on the meeting a couple years ago was the liability of manufactures to know "the movement of controlled substances of customer of your customers" (suspicious orders)
I have a question, did you use a consultant to develop this process or it was developed by your firm?
In case that you used a consultant can you provide me the name?

I'll appreciatte your reply .

Thanks

Noemi Rebeco



Actavis
200 Elmora Avenue  *t* +1 908-659-2365  @ nrebeco@actavis.com
Elizabeth , NJ 07202 United States  *w* www.actavis.com
Internal VoIP number  *t* 120-2365

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                ALLERGAN_MDL_02128066