PSJ3

Exhibit 326

| | |
|---|---|
| **From:** | Noemi Rebeco |
| **Sent:** | Thursday, November 17, 2011 4:08 AM |
| **To:** | Sara Blankenship; Omar Plaza |
| **Cc:** | Monique Weitz |
| **Subject:** | RE: Re:  HOLD THE DATE - New Jersey Pharmaceutical Industry Group Meeting - November 8, 2011 |
| **Attachments:** | New Jersey Industry Meeting Groupupd.doc |

Sara

Attached please find a brief summary of most important topics discussed on Nov. 8th meeting.

Noemi



Actavis
200 Elmora Avenue *t* +1 908-659-2365 @ nrebeco@actavis.com
Elizabeth , NJ 07202 United States *w* www.actavis.com
Internal VoIP number *t* 120-2365

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

**From:** Sara Blankenship
**Sent:** Monday, November 07, 2011 1:37 PM
**To:** Omar Plaza; Noemi Rebeco
**Cc:** Monique Weitz
**Subject:** FW: Re: HOLD THE DATE - New Jersey Pharmaceutical Industry Group Meeting - November 8, 2011

Are you guys attending?  Can you forward us any new information that is learned?

Thanks

Sara

**From:** Limer, Gina [mailto:Gina.Limer@pharma.com]
**Sent:** Tuesday, November 01, 2011 8:10 AM
**To:** Angelo Infinito; Anthony Orrico; B Cain; B Strehlk; Bettina Kaplan; Bob Brown; Bob Patton; C McGinn; C Young; Carl Harrison; Chris Lowery; Christopher Andreychak; Cohen, Jeff; Crowley, Jack; D Bergman; Debbie Komoroski; Dennis Ferrell; Derrick J. Wright; Ed Hazewski; Eric Hill; Frank Rodriguez; Gardner, James; Gary Elia; Gary Kamenetz; George Euson; Greg Joseph; H Desai; Harry Scheiblin; Iannaccone, Michael; J Butterwick; J Charner; J Heller; James Cherry; James Saldana; Jason Chung; Jaydeep Shukla; Jeff Allar; Jenniferlee Green; Jo-Ann Schobel; John Repsha; Jorge Ramos; Ken Ferrantello; Linda DiPatri; Lisa Butler; Lisa Scott; Loewenstein, Robert; Lynn Dacunha; M Ciamaga; M Levitt; M Natale; M Patel; M Stanek; M William; Matt Thomas; Matthew Giordano; Michael Bernstein; Michael Gankiewicz; Michael Levitt; Michael Meggiolaro; Michele Dempsey; Mihai Eduard; Milagros Martinez; Nathan Darren; Noemi Rebeco; Omar Plaza; Patrick Defrancisci; Pedi, Frank; Ron Buzzeo; Ron Lanton; Ross Volk; Scott Rodman; Scott Soltis; Sean

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                          ALLERGAN_MDL_02166054

Cunningham; Stedge, Barbara; Kovary, Stephen; Susan Carr; Susan Carr; Syed Munem; T Cornelson; Thomas Falotico; Tom Elliott; Tom Napoli; U Mesh; Vince Bennett; Wayne Nice; Zahmad; Zerillo, Jeffrey
**Cc:** Crowley, Jack; mmeggiolaro@halopharma.com; Mdempse3@its.jnj.com; lisa.butler@novartis.com; cmcginn@cephalon.com
**Subject:** FW: Re: HOLD THE DATE - New Jersey Pharmaceutical Industry Group Meeting - November 8, 2011

Dear All:

We are looking forward to another productive Industry Group Meeting on November 8th, which is being hosted by Watson Pharmaceuticals in Parsippany, NJ.

Attached, please find directions to the Watson site, along with some hotel suggestions. Watson will provide Continental breakfast and also lunch.

Please plan on arriving at 8:30am to 9:00am. The discussion workshop will begin at 9:00am – 9:15am.

Suggested Topics so far - in no particular order:

1. Online Quota System
2. Year End Inventory
3. DEA now meeting with manufacturers re: (suspicious/noteworthy) order monitoring
   a. how manufacturers are fulfilling the "Know your customer and your customer's customer" requirement.
   b. Are manufacturers using surveys, actually going to the sites, or a combination of the two?
   c. How do they partner with distributors if there is an issue?
   d. What does DEA expect from manufacturers?
4. DEA Analytical Lab letter
   a. Discussion
   b. Handling product returns.
5. How to handle a DEA Inspection of your Analytical registration:
   a. What to expect - particularly in the inventory and recordkeeping expectations of DEA versus what is required under the regulations.
   b. Lessons learned.
6. DEA Screening-resolving inconsistencies among local DEA/corporate expectations (final resolution).
7. 21 CFR § 1301.73 Physical security controls for non-practitioners; manufacturing areas.
   a. Discussion
8. Quota Process – Executive Order # 13563
   a. What have we learned?
9. Proposed Aggregate Production Quotas for 2012
   a. comments must be postmarked on or before November 21, 2011.
10. Concerning the Pharmacy Diversion Awareness Conference (Cincinnati) that bumped the 15th Pharmaceutical Industry Conference (Charlotte) this year.
    a. Has anyone from your group heard what was discussed?
    b. Why was the Industry Conference cancelled?

More information will be forthcoming shortly.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ALLERGAN_MDL_02166055

Best regards,

NJPIG Committee

---

**From:** Limer, Gina
**Sent:** Thursday, October 27, 2011 1:21 PM
**To:** 'Angelo Infinito'; 'Anthony Orrico'; 'B Cain'; 'B Strehlk'; 'Bettina Kaplan'; 'Bob Brown'; 'Bob Patton'; 'C McGinn'; 'C Young'; 'Carl Harrison'; 'Chris Lowery'; 'Christopher Andreychak'; Cohen, Jeff; Crowley, Jack; 'D Bergman'; 'Debbie Komoroski'; 'Dennis Ferrell'; 'Derrick J. Wright'; 'Ed Hazewski'; 'Eric Hill'; 'Frank Rodriguez'; Gardner, James; 'Gary Elia'; 'Gary Kamenetz'; 'George Euson'; 'Greg Joseph'; 'H Desai'; 'Harry Scheiblin'; Iannaccone, Michael; 'J Butterwick'; 'J Charner'; 'J Heller'; 'James Cherry'; 'James Saldana'; 'Jason Chung'; 'Jaydeep Shukla'; 'Jeff Allar'; 'Jenniferlee Green'; 'Jo-Ann Schobel'; 'John Repsha'; 'Jorge Ramos'; 'Ken Ferrantello'; 'Linda DiPatri'; 'Lisa Butler'; 'Lisa Scott'; Loewenstein, Robert; 'Lynn Dacunha'; 'M Ciamaga'; 'M Levitt'; 'M Natale'; 'M Patel'; 'M Stanek'; 'M William'; 'Matt Thomas'; 'Matthew Giordano'; 'Michael Bernstein'; 'Michael Gankiewicz'; 'Michael Levitt'; 'Michael Meggiolaro'; 'Michele Dempsey'; 'Mihai Eduard'; 'Milagros Martinez'; 'Nathan Darren'; 'Noemi Rebeco'; 'Omar Plaza'; 'Patrick Defrancisci'; Pedi, Frank; 'Ron Buzzeo'; 'Ron Lanton'; 'Ross Volk'; 'Scott Rodman'; 'Scott Soltis'; 'Sean Cunningham'; Stedge, Barbara; 'Stephen Kovary'; 'Susan Carr'; 'Susan Carr'; 'Syed Munem'; 'T Cornelson'; 'Thomas Falotico'; 'Tom Elliott'; 'Tom Napoli'; 'U Mesh'; 'Vince Bennett'; 'Wayne Nice'; 'Zahmad'; Zerillo, Jeffrey
**Cc:** Crowley, Jack; 'mmeggiolaro@halopharma.com'; 'Mdempse3@its.jnj.com'; 'lisa.butler@novartis.com'; 'cmcginn@cephalon.com'
**Subject:** FW: Re: HOLD THE DATE - New Jersey Pharmaceutical Industry Group Meeting - November 8, 2011

**REMINDER:**

Hello Industry Group Participant,

The next "New Jersey Pharmaceutical Industry Group" meeting will be held on Tuesday, November 8th hosted by Watson at its new Parsippany Headquarters facility. Please contact Gina Limer if you are planning to attend.

Thank you,
*Gina*

*Gina D. Limer*
*Administrative Associate*
*Purdue Pharmaceuticals LP*
*4701 Purdue Drive*
*Wilson, NC  27893*
*(O)   252-265-1950*
*(F)   252-265-1972*
*gina.limer@pharma.com*



---

**From:** Limer, Gina
**Sent:** Monday, October 10, 2011 4:43 PM
**To:** 'Angelo Infinito'; 'Anthony Orrico'; 'B Cain'; 'B Strehlk'; 'Bettina Kaplan'; 'Bob Brown'; 'Bob Patton'; 'C McGinn'; 'C Young'; 'Carl Harrison'; 'Chris Lowery'; 'Christopher Andreychak'; Cohen, Jeff; Crowley, Jack; 'D Bergman'; 'Dennis Ferrell'; 'Derrick Wright'; 'Ed Hazewski'; 'Eric Hill'; 'Frank Rodriguez'; Gardner, James; 'Gary Elia'; 'Gary Kamenetz'; 'George Euson'; 'Greg Joseph'; 'H Desai'; 'H Tanenbaum'; 'Harry Scheiblin'; Iannaccone, Michael; 'J Butterwick'; 'J Charner'; 'J Heller'; 'James Cherry'; 'James Saldana'; 'Jason Chung'; 'Jaydeep Shukla'; 'Jeff Allar'; 'Jenniferlee Green'; 'Jim Dougherty'; 'Jo-Ann Schobel'; 'John Repsha'; 'Jorge Ramos'; 'Ken Ferrantello'; 'Linda DiPatri'; 'Lisa Butler'; 'Lisa Scott'; Loewenstein, Robert; 'Lynn Dacunha'; 'M Ciamaga'; 'M Levitt'; 'M Natale'; 'M Patel'; 'M Stanek'; 'M William'; 'Marieta

3

Niess'; 'Matt Thomas'; 'Matthew Giordano'; 'Michael Bernstein'; 'Michael Gankiewicz'; 'Michael Levitt'; 'Michael Meggiolaro'; 'Michele Dempsey'; 'Mihai Eduard'; 'Mike Mordaga'; 'Milagros Martinez'; 'Nathan Darren'; 'Noemi Rebeco'; 'Omar Plaza'; 'Patrick Defrancisci'; Pedi, Frank; 'Ron Buzzeo'; 'Ron Lanton'; 'Ross Volk'; 'Scott Rodman'; 'Scott Soltis'; 'Sean Cunningham'; Stedge, Barbara; 'Stephen Kovary'; 'Susan Carr'; 'Susan Carr'; 'Syed Munem'; 'T Cornelson'; 'Thomas Falotico'; 'Thomas Tamakloe'; 'Tom Elliott'; 'Tom Napoli'; 'Tracey Hernandez'; 'U Mesh'; 'Vince Bennett'; 'Wayne Nice'; 'Zahmad'; Zerillo, Jeffrey
**Cc:** Crowley, Jack; 'mmeggiolaro@halopharma.com'; 'Mdempse3@its.jnj.com'; 'lisa.butler@novartis.com'; 'cmcginn@cephalon.com'
**Subject:** Re: HOLD THE DATE - New Jersey Pharmaceutical Industry Group Meeting - November 8, 2011

Hello Industry Group Participant,

Please **HOLD THE DATE** for the next "New Jersey Pharmaceutical Industry Group Meeting" on Tuesday, November 8, 2011 hosted by Watson at its new Parsippany Headquarters facility.

Please forward any items you would like included on the agenda for discussion.

The directions and information will follow shortly.

Please RSVP Gina Limer if you plan to attend.

Thank you,
*Gina*


*Gina D. Limer*
*Administrative Associate*
*Purdue Pharmaceuticals LP*
*4701 Purdue Drive*
*Wilson, NC  27893*
*(O)   252-265-1950*
*(F)   252-265-1972*
*gina.limer@pharma.com*



4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02166057