# PSJ3 Exhibit 328

| | |
|---|---|
| From: | Brantley, Eric |
| Sent: | Tuesday, May 5, 2015 12:48 PM |
| To: | Jones, Heather |
| Subject: | Cease distribution letters |
| Attachments: | Chargeback letter no response.docx; Chargeback letter.docx |

Heather,

Attached are the letters we send to customers when secondary customers are deemed a high risk or if no due diligence information is provided by our customer. Thus far we have sent a letter to 2 customers referencing a total of 11 pharmacies.

Thanks,

Eric Brantley
Manager, Customer Due Diligence & SOM
130 Vintage Dr. Huntsville, Al 35811
256-799-7848 direct
Material Redacted
256-799-7126 fax
ebrantley@qualitestrx.com



This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     PAR_OPIOID_MDL_0000002545