# PSJ3 Exhibit 329

August 5th, 2014

Customer name

Customer address

City, state, Zip


Dear John Doe:


As a manufacturer of controlled substances, Qualitest Pharmaceuticals has an obligation pursuant to the Code of Federal Regulations (21 CFR 1301.74b) that we know not only our customers but our customer's customers as well.  One way we satisfy this obligation is to regularly review chargeback data to identify secondary customers who may be purchasing Qualitest controlled substances in quantities that exceed national averages.  Once secondary customers are identified we ask our direct customers for due diligence information including the average number of scripts filled monthly at the pharmacies in question.

On (date), you were sent a list of customers identified while reviewing chargeback data and asked for due diligence information for these customers. To date we have not received a response from you.  As a result, Qualitest requests that you immediately cease distribution and selling of (drug name) to the customers listed because continued sales represent an undue risk as defined by the CFR.  In addition, your monthly allotment for this drug family will be reduced by the national dispensing average for the number of customers listed in this communication.  Pursuant to the CFR, Qualitest Pharmaceuticals is obligated to report suspicious orders to the Drug Enforcement Administration.  Therefore, because your sales to these customers exceed the national average, and we have no viable explanation, we have deemed these secondary customers as suspicious and reported our actions to the DEA.

These actions are necessary for us to remain in compliance with the regulatory requirements that govern the distribution of controlled substances throughout the supply chain.  If you have any questions please feel free to contact me.

Thank you,


Eric Brantley

Manager, Customer Due Diligence & SOM

256-799-7848    ebrantley@qualitestrx.com