# PSJ3
# Exhibit 330

Case: 1:17-md-02804-DAP Doc #: 2350-123 Filed: 08/14/19 2 of 7. PageID #: 380205

CardinalHealth

# CONFIDENTIALITY and RESTRICTED USE AGREEMENT

Material Redacted

Version 1 (11/27/12)

Confidential Treatment Requested by Endo

ENDO_HSGAC_0012601



Case: 1:17-md-02804-DAP Doc #: 2350-123 Filed: 08/14/19 3 of 7. PageID #: 380206

Material Redacted

[redacted]

2

Confidential Treatment Requested by Endo ENDO_HSGAC_0012602



Case: 1:17-md-02804-DAP Doc #: 2350-123 Filed: 08/14/19 4 of 7. PageID #: 380207

Material Redacted

[redacted]

3

Confidential Treatment Requested by Endo ENDO_HSGAC_0012603

Case: 1:17-md-02804-DAP Doc #: 2350-123 Filed: 08/14/19 5 of 7. PageID #: 380208

Material Redacted

[redacted]

4

Confidential Treatment Requested by Endo ENDO_HSGAC_0012604



Case: 1:17-md-02804-DAP Doc #: 2350-123 Filed: 08/14/19 6 of 7. PageID #: 380209

Material Redacted

5

Confidential Treatment Requested by Endo ENDO_HSGAC_0012605



Case: 1:17-md-02804-DAP Doc #: 2350-123 Filed: 08/14/19 7 of 7. PageID #: 380210

Material Redacted

6

Confidential Treatment Requested by Endo ENDO_HSGAC_0012606