# PSJ3 Exhibit 331

| | |
|---|---|
| From: | Brantley, Eric |
| Sent: | Tuesday, January 7, 2014 9:23 AM |
| To: | donald.walker@mckesson.com |
| Subject: | Customer due diligence |
| Attachments: | McKesson customers.pdf |

Mr. Walker,

I just want to follow up regarding our request for due diligence information on the attached list of customers.  If there are any questions or concerns regarding the request, please do not hesitate to reach out to me.

Also, as a part of our "know your customer" efforts, it is my goal to visit every customer. My goal is to have dialogue around our SOM program, build relationships with our customers, and strengthen the partnership necessary to be in compliance in the current regulatory environment. I would like to meet with you and/ or a member of your team at your earliest convenience. Please let me know availability and the appropriate location.

Thank you,

Eric Brantley
**Manager, Customer Due Diligence & SOM**
130 Vintage Dr. Huntsville, Al 35811
256-799-7848 direct
ebrantley@qualitestrx.com



endo | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       PAR_OPIOID_MDL_0000095431