PSJ3
Exhibit 338

## SETTLEMENT AGREEMENT

## I. PARTIES

This Settlement Agreement ("Agreement") is made and entered into by and between (i) the United States, acting through the United States Attorney's Office for the Eastern District of California, on behalf of the Drug Enforcement Administration ("DEA") (collectively, the "United States"); and (ii) CVS Pharmacy, Inc. and all of its subsidiaries and affiliates that operate CVS Pharmacy retail stores in the Eastern District of California (collectively "CVS"). The United States and CVS are collectively referred to herein as "the Parties," and each is individually referred to as a "Party."

## II. RECITALS

A.    CVS Pharmacy, Inc. is a Rhode Island corporation with its corporate headquarters in Woonsocket, Rhode Island. CVS operates CVS Pharmacy retail stores in the Eastern District of California that dispense prescription drugs, including controlled substances, to retail consumers.

B.    Each CVS Pharmacy retail store in the Eastern District of California is separately registered with DEA and is assigned a unique DEA registration number that authorizes it to dispense controlled substances pursuant to the provisions of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* and its implementing regulations, 21 C.F.R. §§ 1300 *et seq.* (the "Act" or the "CSA"). The CVS Pharmacy retail stores located in the Eastern District of California will be referred to collectively hereinafter as "EDCA CVS Pharmacy Retail Stores."

C.    CVS acknowledges that all of its DEA-registered EDCA CVS Pharmacy Retail Stores were and are required to comply with the CSA and the regulations promulgated thereunder.

1

*Settlement Agreement Between*
*the United States and CVS*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060856

D.     The DEA is the Department of Justice component agency primarily responsible for enforcing the Act and is vested with the responsibility of investigating violations of the Act.

E.     The United States Attorney General, through the United States Attorney's Office, has primary authority to bring civil actions to enforce the Act.  *See* 21 U.S.C. § 871 and 28 C.F.R. § 0.55(c).

F.     The United States contends that in early 2012, DEA's Sacramento Field Division noticed an increased number of thefts and unexplained losses of Hydrocodone, a Schedule 3 controlled substance at the time, reported by numerous EDCA CVS Pharmacy Retail Stores. The United States further contends that, beginning in May 2012, the DEA and U.S. Attorney's Office for the Eastern District of California conducted an investigation with respect to EDCA CVS Pharmacy Retail Stores and their compliance with the CSA, specifically investigating the recordkeeping, reporting, procedures to guard against theft and diversion, and certain dispensing practices of EDCA CVS Pharmacy Retail Stores which could give rise to a civil penalty and/or administrative action against CVS under the CSA.

G.     The United States contends that, on or before the Effective Date of this Agreement, CVS violated 21 U.S.C. § 842 at the EDCA CVS Pharmacy Retail Stores, including by violating the following regulations:

- 21 CFR § 1304.04(a) (CVS failed to maintain Schedule 3-5 invoices);

- 21 CFR § 1304.04(h)(3) (CVS failed to maintain Schedule 3-5 records separate from non-controlled substance records);

- 21 CFR § 1304.11(c) (CVS failed to conduct a Biennial Inventory on one specific day);

- 21 CFR § 1304.21(a) (CVS failed to maintain complete and accurate records);

2

*Settlement Agreement Between*
*the United States and CVS*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060857

- 21 CFR §§ 1304.22(c), 1304.22(a)(2)(iv) (CVS failed to record the date of acquisition of controlled substances);

- 21 CFR § 1304.22(c) (CVS failed to record the amount received on Schedule 3-5 invoices);

- 21 CFR § 1305.13(e) (CVS failed to record the amount received and the date received on DEA 222 forms);

- 21 CFR § 1305.17(a) (CVS failed to maintain DEA-222 forms); and

- 21 CFR § 1305.17(c) (CVS failed to maintain DEA-222 forms separate from other records);

The United States also contends that various EDCA CVS Pharmacy Retail Stores failed to provide effective controls and procedures to guard against theft and diversion of controlled substances (*see* 21 C.F.R. § 1301.71(a)) and failed to notify DEA of certain thefts or significant losses of controlled substances within one business day of the discovery (*see* 21 C.F.R. § 1301.74(c)).  The United States' claims and allegations against CVS as set forth above in this Paragraph G shall hereinafter be referred to as the "Covered Conduct."

H.       The CSA requires, among other things, that pharmacies create and/or maintain certain records concerning the receipt and dispensing of controlled substances in accordance with the CSA.  21 U.S.C. § 827.

I.       At all times relevant, the CSA authorized a civil penalty of up to $10,000 or $25,000 per violation of subsections of § 842(a).  *See* 21 U.S.C. § 842(c)(1)(A)-(B).

J.       CVS acknowledges that, during the period from April 30, 2011 through April 30, 2013, certain EDCA CVS Pharmacy Retail Stores failed to fulfill certain recordkeeping obligations under the CSA in a manner fully consistent with CVS's compliance obligations. Notwithstanding, CVS contends that any such failure to fulfill recordkeeping obligations did not

*Settlement Agreement Between*
*the United States and CVS*

**HIGHLY CONFIDENTIAL**                                                                        **CVS-MDLT1-000060858**

arise from or cause the diversion of controlled substances and the United States does not contend to the contrary.

To avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the above claims, and in consideration of the mutual promises and obligations of this Settlement Agreement, the Parties agree and covenant as follows:

### III.  TERMS AND CONDITIONS

1.      In consideration of the obligations of the Parties set forth in this Settlement Agreement, CVS shall pay to the United States the total sum of five million dollars ($5,000,000.00) ("Settlement Amount") within fourteen (14) days after the Effective Date of this Agreement, as defined in Paragraph 21 below.  Payment shall be made by electronic funds transfer pursuant to written instructions to be provided by the Office of the United States Attorney for the Eastern District of California.  If the payment is not timely received, CVS shall also pay the United States interest on the Settlement Amount at a rate of 10% per annum compounded daily from October 1, 2016 through the date full payment is received.

2.      Subject to the exceptions in Paragraph 3 below (concerning excluded claims), and conditioned upon CVS's full payment of the Settlement Amount, the United States (on behalf of itself, its officers, agents, agencies, and departments) hereby fully and finally releases CVS and its current and former parent corporations, direct and indirect subsidiaries, brother or sister corporations, divisions, current or former corporate owners, and the corporate successors and assigns of any of them, from any civil or administrative monetary claims the United States has for the Covered Conduct, which includes filing any action for civil penalties under 21 U.S.C. § 842(a) based on, arising from, or related to the Covered Conduct. The EDCA CVS Pharmacy Retail Stores covered by this Agreement are specified in Attachment A.

4

*Settlement Agreement Between*
*the United States and CVS*

**HIGHLY CONFIDENTIAL**                                                   **CVS-MDLT1-000060859**

3.      Notwithstanding any term of this Agreement, the following claims of the United States are specifically reserved and are not released:

      a.      Any civil, criminal, or administrative liability arising under Title 26, United States Code (Internal Revenue Code);

      b.      Any criminal liability;

      c.      Except as explicitly stated in this Agreement, any administrative liability, including the suspension and debarment rights of any federal agency;

      d.      Any liability to the United States (or its agencies) for any conduct other than the Covered Conduct;

      e.      Any liability based on obligations created by this Agreement; and

      f.      Any liability of individuals.

4.      CVS waives and shall not assert any defenses CVS may have to any criminal prosecution or administrative action relating to the Covered Conduct that may be based in whole or in part on a contention that, under the Double Jeopardy Clause in the Fifth Amendment of the Constitution, or under the Excessive Fines Clause in the Eighth Amendment of the Constitution, this Agreement bars a remedy sought in such criminal prosecution or administrative action. Nothing in this paragraph or any other provision of this Agreement constitutes an agreement by the United States concerning the characterization of the Settlement Amount for purposes of the Internal Revenue laws, Title 26 of the United States Code.

5.      CVS fully and finally releases the United States, its agencies, officers, attorneys, employees, servants, and agents, from any claims (including attorneys' fees, costs and expenses of every kind and however denominated) that CVS has asserted, could have asserted, or may assert against the United States, its agencies, officers, attorneys, employees, servants, and agents

5

*Settlement Agreement Between*
*the United States and CVS*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000060860**

related to the investigation, litigation and settlement of its claims related to the Covered Conduct. CVS understands and acknowledges, however, that if the facts and/or potential claims with respect to liability or damages regarding the matters released herein are found hereafter to be different from facts now believed to be true or claims now believed to be available ("Unknown Claims"), CVS expressly accepts and assumes the risks of such possible difference in facts and/or potential claims and agrees that this Agreement shall remain effective notwithstanding any such differences. CVS intends by this Agreement, and the releases contained herein, to release fully, finally and forever all Unknown Claims that arise out of or relate to the matters released herein. CVS expressly waives all rights it may have by virtue of California Civil Code § 1542, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

6.     CVS represents that it already has taken the following actions at the EDCA CVS Pharmacy Retail Stores to improve efforts to properly recordkeep and to detect and prevent diversion of controlled substances:

a.     Training on CSA compliance for its pharmacy staff in the EDCA CVS Pharmacy Retail Stores on an at least an annual basis;

b.     Corporate monitoring and intervention programs that assist in identifying and preventing the diversion of controlled substances in the EDCA CVS Pharmacy Retail Stores;

c,     Loss prevention oversight of the EDCA CVS Pharmacy Retail Stores through the corporate loss prevention program, which includes:

6

*Settlement Agreement Between*
*the United States and CVS*

       i.      Tracking Schedule 2 controlled substances through CVS's electronic perpetual inventory system;

       ii.     Monitoring controlled substances to identify circumstances that require further investigation by CVS;

      d.     The exclusion of controlled substances prescriptions from the prescription volume metric that can impact the compensation of certain pharmacy staff at EDCA CVS Pharmacy Retail Stores.

CVS understands that ongoing, new or continued violations of the Act would result in further enforcement actions and that nothing in this Agreement prevents the United States from taking further actions for violations not released herein.

      7.     With respect to the Covered Conduct, CVS agrees to cooperate fully and truthfully with the United States' investigation of individuals and entities not released in this Agreement, and upon reasonable notice, CVS shall encourage, and agrees not to impair, the cooperation of its directors, officers, and employees, and shall use its best efforts to make available, and encourage, the cooperation of former directors, officers, and employees for interviews and testimony, consistent with the rights and privileges of such individuals.  CVS further agrees to furnish to the United States, upon request, complete and unredacted copies of all non-privileged, non-attorney work-product documents, reports, memoranda of interviews, and records in its possession, custody, or control concerning any investigation of the Covered Conduct that it has undertaken, or that has been performed by another on its behalf.

      8.     Except as otherwise stated herein, each Party to this Agreement shall bear its own costs, attorneys' fees, and other expenses incurred in any manner in connection with the

7

*Settlement Agreement Between*
*the United States and CVS*

**HIGHLY CONFIDENTIAL**                                     **CVS-MDLT1-000060862**

investigation, litigation, and resolution of this matter, including the preparation and performance of this Agreement.

9.      CVS agrees that any and all costs it has or will incur in connection with this matter, including payment of the Settlement Amount, attorneys' fees, costs of investigation, negotiation, and any remedial actions taken before or following the Effective Date of this Agreement, shall be unallowable costs for government contract accounting and for Medicare, Medicaid, TRICARE, and FEHBP reimbursement purposes.

10.     This Agreement binds and is intended to benefit only the Parties.  The Parties do not release any claims against any other person or entity not expressly released by this Agreement.  This Agreement is specifically limited to the Office of the United States Attorney for the Eastern District of California and cannot bind other federal, state, or local authorities and jurisdictions.

11.     This Agreement inures to the benefit of and is binding on each Party and its respective successors, transferees, heirs, and assigns.

12.     Each Party warrants that it has been represented by, and has sought and obtained the advice of, independent legal counsel with regard to the nature, purpose, and effect of this Agreement.  The Agreement was negotiated by the Parties and their respective counsel, each of whom had the opportunity to participate in the drafting thereof.  The Parties hereby declare that the terms of this Agreement have been completely read, fully understood, and voluntarily accepted following opportunity for review by legal counsel of their choice.

13.     Each of the Parties warrants and represents that it freely and voluntarily enters into this Agreement without any degree of duress or compulsion.  Each of the Parties further warrants and represents that no other Party or its representative has made any promise,

8

*Settlement Agreement Between*
*the United States and CVS*

representation or warranty, express or implied, except as expressly set forth in this Agreement, and that no Party has relied on any inducements, promises, or representations made by any Party to this Agreement, or its representatives, or any other person, except as expressly set forth herein.

14.     The undersigned counsel represent and warrant that they are fully authorized to execute this Agreement on behalf of the Parties listed below.

15.     For purposes of construction, this Agreement shall be deemed to have been drafted by all Parties to this Agreement.  The words of this Agreement shall not, therefore, be construed against any Party for that reason in any subsequent dispute, but shall be construed so as to effect their fair meaning.

16.     The Parties consent to the disclosure of this Agreement, and of information about this Agreement, to the public.

17.     This Agreement constitutes the complete agreement between the Parties, and supersedes and replaces any prior negotiations and agreements, whether written or oral, regarding the resolution of the claims between the Parties with respect to the subject matter hereof.

18.     This Agreement may not be altered, amended, or modified, except by a writing duly executed by authorized representatives of all Parties.

19.     This Agreement may be executed in counterparts, including by facsimile, PDF, or other electronic form of signature, each of which constitutes an original and all of which constitute one and the same Agreement.

20.     This Agreement is governed by the laws of the United States.  The Parties agree that, should any judicial action be required to enforce or interpret this Agreement, or to resolve

*Settlement Agreement Between*
*the United States and CVS*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000060864**

any dispute hereunder, the exclusive jurisdiction and venue for such action shall be in the United States District Court for the Eastern District of California.

21.     This Agreement is effective, final, and binding as of the date of signature of the last signatory to the Agreement (Effective Date of this Agreement).  The United States agrees to notify CVS within a reasonable time when the final signatory has executed this Agreement.

22.     The statements set forth in the preceding Sections of this Agreement are incorporated by reference herein as if set forth in full.

THE UNITED STATES OF AMERICA

Dated: 7/5/2017

By: _____
M. Anderson Berry
Assistant U.S. Attorney
Eastern District of California

CVS

Dated: 27 Jun 2017

By: _____
Elizabeth Ferguson
Senior Vice President, Deputy General Counsel
CVS Pharmacy, Inc.

Approved as to form and content:

Dated: June 28, 2017

By: _____
Linden Barber, Esq.
Quarles & Brady, LLP
Counsel for CVS Pharmacy, Inc.

10

*Settlement Agreement Between*
*the United States and CVS*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060865

# ATTACHMENT A

## CVS Pharmacy Retail Stores in the Eastern District of California covered by the Settlement Agreement entered into by and between the United States and CVS.

| ADDRESS | STORE # | CITY | COUNTY | STATE | ZIP CODE |
|---------|---------|------|--------|-------|----------|
| 515 S STATE HIGHWAY 49 | 9233 | Jackson | Amador | CA | 95642 |
| 1074 Oro Dam Boulevard East | 9158 | Oroville | Butte County | CA | 95965 |
| 1120 Forest Avenue | 2881 | Chico | Butte County | CA | 95928 |
| 1496 East Avenue | 7506 | Chico | Butte County | CA | 95926 |
| 260 Spruce Street | 9525 | Gridley | Butte County | CA | 95948 |
| 2780 Esplanade | 7128 | Chico | Butte County | CA | 95973 |
| 6800 Skyway Blvd. | 9930 | Paradise | Butte County | CA | 95969 |
| 801 East Avenue | 9599 | Chico | Butte County | CA | 95926 |
| 850 Oroville Dam Boulevard | 9158 | Oroville | Butte County | CA | 95965 |
| 200 Highway 12, Bldg D | 9390 | Valley Springs | Calaveras County | CA | 95252 |
| 41 North Main Street | 9539 | Angels Camp | Calaveras County | CA | 95222 |
| 1043 Emerald Bay Road | 9713 | South Lake Tahoe | El Dorado County | CA | 96150 |
| 3020 Green Valley Road, Suite B | 6793 | Cameron Park | El Dorado County | CA | 95682 |
| 3471 Lake Tahoe Boulevard | 9376 | South Lake Tahoe | El Dorado County | CA | 96150 |
| 3500 Palmer Drive | 3009 | Cameron Park | El Dorado County | CA | 95682 |
| 3964-A Missouri Flat Road | 9184 | Placerville | El Dorado County | CA | 95667 |
| 4400 Latrobe Street | 3909 | El Dorado Hills | El Dorado County | CA | 95762 |
| 6450 Pony Express Trail | 9490 | Pollock Pines | El Dorado County | CA | 95726 |
| 10 Shaw Avenue | 9801 | Clovis | Fresno County | CA | 93612 |
| 1065 West Manning Avenue | 9377 | Reedley | Fresno County | CA | 93654 |
| 1107 North Willow Avenue | 3940 | Clovis | Fresno County | CA | 93611 |
| 111 East Merced Street | 9710 | Fowler | Fresno County | CA | 93625 |
| 1113 East Champlain Drive | 9391 | Fresno | Fresno County | CA | 93720 |
| 1302 Fulton Mall | 9129 | Fresno | Fresno County | CA | 93721 |
| 1325 West Shields Avenue | 9537 | Fresno | Fresno County | CA | 93705 |
| 1405 Herndon Avenue | 9933 | Clovis | Fresno County | CA | 93611 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060866

# ATTACHMENT A

| ADDRESS | STORE # | CITY | COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 14967 West Whitesbridge Road | 4446 | Kerman | Fresno County | CA | 93630 |
| 1794 Ashlan Avenue | 7910 | Clovis | Fresno County | CA | 93611 |
| 2133 Shaw Avenue | 3925 | Clovis | Fresno County | CA | 93611 |
| 29412 Auberry Road | 9399 | Prather | Fresno County | CA | 93651 |
| 3011 East Shields Avenue | 7553 | Fresno | Fresno County | CA | 93726 |
| 333 Academy Avenue | 3034 | Sanger | Fresno County | CA | 93657 |
| 4077 West Clinton Avenue | 9971 | Fresno | Fresno County | CA | 93722 |
| 4987 North Fresno Street | 6772 | Fresno | Fresno County | CA | 93710 |
| 5180 East Kings Canyon Road | 5422 | Fresno | Fresno County | CA | 93727 |
| 5995 East Kings Canyon Road | 10074 | Fresno | Fresno County | CA | 93727 |
| 634 Shaw Avenue | 9801 | Clovis | Fresno County | CA | 93612 |
| 6720 North Fresno Street | 10801 | Fresno | Fresno County | CA | 93720 |
| 6750 North Cedar Avenue | 9149 | Fresno | Fresno County | CA | 93710 |
| 6800 North Milburn Avenue | 9846 | Fresno | Fresno County | CA | 93722 |
| 7096 North West Avenue | 9865 | Fresno | Fresno County | CA | 93711 |
| 728 West Shaw Avenue | 9994 | Fresno | Fresno County | CA | 93704 |
| 920 Herndon Avenue | 9933 | Clovis | Fresno County | CA | 93612 |
| 929 Sierra Street | 9983 | Kingsburg | Fresno County | CA | 93631 |
| 869 Newville Road | 9188 | Orland | Glenn County | CA | 95963 |
| 11300 Ming Avenue | 4221 | Bakersfield | Kern County | CA | 93301 |
| 2690 Mt. Vernon Avenue | 9900 | Bakersfield | Kern County | CA | 93306 |
| 3500 Stine Road | 9204 | Bakersfield | Kern County | CA | 93309 |
| 4300 California Avenue | 9200 | Bakersfield | Kern County | CA | 93309 |
| 4400 Coffee Road | 9975 | Bakersfield | Kern County | CA | 93308 |
| 505 #B Bear Mountain Boulevard | 10810 | Arvin | Kern County | CA | 93203 |
| 5184 Stockdale Highway | 5495 | Bakersfield | Kern County | CA | 93309 |
| 6500 Niles Street | 7001 | Bakersfield | Kern County | CA | 93306 |
| 6500 South Union Avenue | 2768 | Bakersfield | Kern County | CA | 93307 |
| 6601 Stine Road | 10921 | Bakersfield | Kern County | CA | 93313 |

*Settlement Agreement Between*
*the United States and CVS*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060867

# ATTACHMENT A

| ADDRESS | STORE # | CITY | COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 8200 G Stockdale Highway | 9878 | Bakersfield | Kern County | CA | 93311 |
| 8929 Panama Road Suite B | 10813 | Lamont | Kern County | CA | 93203 |
| 9628 Rosedale Highway | 8913 | Bakersfield | Kern County | CA | 93311 |
| 150 South 11th Avenue | 9828 | Hanford | Kings County | CA | 93230 |
| 2539 11th Avenue | 9893 | Hanford | Kings County | CA | 93230 |
| 574 West Lacey Boulevard | 9828 | Hanford | Kings County | CA | 93230 |
| 1109 Country Club Drive | 9159 | Madera | Madera County | CA | 93637 |
| 1400 Howard Road | 9986 | Madera | Madera County | CA | 93637 |
| 1456 East Yosemite Avenue | 2423 | Madera | Madera County | CA | 93638 |
| 1612 Howard Road | 9986 | Madera | Madera County | CA | 93637 |
| 40044 Highway 49, Suite F | 9935 | Oakhurst | Madera County | CA | 93644 |
| 1651 Bellevue Road | 3117 | Atwater | Merced County | CA | 95301 |
| 1970 Yosemite Parkway | 7206 | Merced | Merced County | CA | 95341 |
| 300 Merced Mall | 9623 | Merced | Merced County | CA | 95340 |
| 474 Winton Parkway | 10360 | Livingston | Merced County | CA | 95334 |
| 10045 Combie Road | 3947 | Auburn | Nevada County | CA | 95602 |
| 1005 Sutton Way | 9155 | Grass Valley | Nevada County | CA | 95945 |
| 11411 Deerfield Drive | 9174 | Truckee | Nevada County | CA | 96161 |
| 1030 Pleasant Grove Bv. | 3862 | Roseville | Placer County | CA | 95678 |
| 1771 Pleasant Grove Blvd. | 5091 | Roseville | Placer County | CA | 95747 |
| 2140 Grass Valley Highway | 9914 | Auburn | Placer County | CA | 95603 |
| 3251 Stanford Ranch Road | 9546 | Rocklin | Placer County | CA | 95765 |
| 388 Elm Street | 9150 | Auburn | Placer County | CA | 95603 |
| 4785 Granite Drive | 2661 | Rocklin | Placer County | CA | 95677 |
| 5090 Foothills Boulevard | 9958 | Roseville | Placer County | CA | 95747 |
| 63 Lincoln Boulevard | 9535 | Lincoln | Placer County | CA | 95648 |
| 8455 Auburn-Folsom Road | 9526 | Granite Bay | Placer County | CA | 95746 |
| 850 North Lake Boulevard, Unit 14 | 9976 | Tahoe City | Placer County | CA | 96145 |
| 9280 Sierra College Boulevard | 9993 | Roseville | Placer County | CA | 95661 |

*Settlement Agreement Between*
*the United States and CVS*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060868

# ATTACHMENT A

| ADDRESS | STORE # | CITY | COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 950 North Lake Boulevard, Suite 100 | 9976 | Tahoe City | Placer County | CA | 96145 |
| 1005 East Bidwell Street | 9923 | Folsom | Sacramento County | CA | 95630 |
| 1063 C Street | 3022 | Galt | Sacramento County | CA | 95632 |
| 1350 Florin Road | 9823 | Sacramento | Sacramento County | CA | 95831 |
| 1587 West El Camino Avenue | 2290 | Sacramento | Sacramento County | CA | 95833 |
| 1701 K Street | 3945 | Sacramento | Sacramento County | CA | 95811 |
| 2050 Club Center Drive | 4151 | Sacramento | Sacramento County | CA | 95835 |
| 2085 Fair Oaks Boulevard Bldg 2 | 9322 | Sacramento | Sacramento County | CA | 95825 |
| 2636 Marconi Avenue | 5225 | Sacramento | Sacramento County | CA | 95821 |
| 2790 East Bidwell Street | 3950 | Folsom | Sacramento County | CA | 95630 |
| 3301 Zinfandel Drive | 4950 | Rancho Cordova | Sacramento County | CA | 95670 |
| 3338 Arden Way | 9992 | Sacramento | Sacramento County | CA | 95825 |
| 3710 Franklin Boulevard | 7136 | Sacramento | Sacramento County | CA | 95820 |
| 400 Howe Avenue | 9322 | Sacramento | Sacramento County | CA | 95825 |
| 4959 Marconi Avenue | 9809 | Carmichael | Sacramento County | CA | 95608 |
| 5039 Folsom Boulevard | 3943 | Sacramento | Sacramento County | CA | 95819 |
| 5040 Laguna Boulevard | 1825 | Elk Grove | Sacramento County | CA | 95758 |
| 5333 Elkhorn Boulevard | 9826 | Sacramento | Sacramento County | CA | 95842 |
| 5420 Dewey Drive | 9199 | Fair Oaks | Sacramento County | CA | 95628 |
| 6401 Mack Road | 10005 | Sacramento | Sacramento County | CA | 95823 |
| 7465 Rush River Drive, Suite 500 | 9972 | Sacramento | Sacramento County | CA | 95831 |
| 8101 Greenback Lane | 9814 | Fair Oaks | Sacramento County | CA | 95627 |
| 8351 Elk Grove-Florin Road | 3066 | Sacramento | Sacramento County | CA | 95829 |
| 8400 Bradshaw Road | 0182 | Elk Grove | Sacramento County | CA | 95624 |
| 8585 Elk Grove Blvd | 2124 | Elk Grove | Sacramento County | CA | 95624 |
| 8861 Greenback Lane | 9487 | Orangevale | Sacramento County | CA | 95662 |
| 9285 Elk Grove Boulevard | 9132 | Elk Grove | Sacramento County | CA | 95624 |
| 9479 Madison Avenue | 9980 | Folsom | Sacramento County | CA | 95630 |
| 100 W. Lodi Avenue | 9261 | Lodi | San Joaquin County | CA | 95240 |
| 1000 West Kettleman Lane | 9243 | Lodi | San Joaquin County | CA | 95240 |
| 1175 West Lathrop Road | 5403 | Manteca | San Joaquin County | CA | 95336 |

*Settlement Agreement Between*
*the United States and CVS*

4

**CVS-MDLT1-000060869**

# ATTACHMENT A

| ADDRESS | STORE # | CITY | COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 1190 North Main Street | 9866 | Manteca | San Joaquin County | CA | 95336 |
| 1201 West Main, Building 14 | 9949 | Ripon | San Joaquin County | CA | 95366 |
| 1885 West 11th Street | 3908 | Tracy | San Joaquin County | CA | 95376 |
| 2605 West March Lane | 9147 | Stockton | San Joaquin County | CA | 95207 |
| 3320 Tracy Boulevard | 9855 | Tracy | San Joaquin County | CA | 95376 |
| 5070 West Lane | 9916 | Stockton | San Joaquin County | CA | 95210 |
| 6632 Pacific Avenue | 9830 | Stockton | San Joaquin County | CA | 95207 |
| 1060 East Cypress Avenue | 3911 | Redding | Shasta County | CA | 96002 |
| 3375 Placer Street | 9979 | Redding | Shasta County | CA | 96001 |
| 1057 North First Street | 9950 | Dixon | Solano County | CA | 95620 |
| 1193 Admiral Callaghan Lane | 9927 | Vallejo | Solano County | CA | 94589 |
| 149 Plaza Road | 8977/9927 | Vallejo | Solano County | CA | 94591 |
| 191 Depot Street | 9819 | Vacaville | Solano County | CA | 95688 |
| 2100 Columbus Parkway | 9761 | Benicia | Solano County | CA | 94510 |
| 300 Travis Boulevard | 9371 | Fairfield | Solano County | CA | 94533 |
| 3340 North Texas Street | 9712 | Fairfield | Solano County | CA | 94533 |
| 3678 Sonoma Boulevard | 9832 | Vallejo | Solano County | CA | 94590 |
| 377 E. Monte Vista Avenue | 8973 | Vacaville | Solano County | CA | 95688 |
| 5059 Business Center Drive | 3075 | Fairfield | Solano County | CA | 94534 |
| 625 Elmira Road | 9917 | Vacaville | Solano County | CA | 95687 |
| 1080 Sperry Avenue | 9763 | Patterson | Stanislaus County | CA | 95363 |
| 1520 East F Street | 3944 | Oakdale | Stanislaus County | CA | 95361 |
| 1621 Lander Avenue | 9919 | Turlock | Stanislaus County | CA | 95381 |
| 1700 McHenry Avenue | 9248 | Modesto | Stanislaus County | CA | 95350 |
| 2020 West Briggsmore Avenue, Suite C | 1467 | Modesto | Stanislaus County | CA | 95350 |
| 2075 East Hatch Road | 9874 | Modesto | Stanislaus County | CA | 95351 |
| 2224 Patterson Road | 3079 | Riverbank | Stanislaus County | CA | 95367 |
| 2412 Third Street, PO Box 970 | 9139 | Hughson | Stanislaus County | CA | 95326 |
| 2601 Oakdale, Building E | 9884 | Modesto | Stanislaus County | CA | 95355 |
| 2900 Standiford | 9171 | Modesto | Stanislaus County | CA | 95350 |
| 3100 Geer Road | 2994 | Turlock | Stanislaus County | CA | 95382 |
| 801 Oakdale Rd Suite F | 3077 | Modesto | Stanislaus County | CA | 95355 |

*Settlement Agreement Between
the United States and CVS*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060870

## ATTACHMENT A

| ADDRESS | STORE # | CITY | COUNTY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 901 North Carpenter Road, Suite 30 | 9308 | Modesto | Stanislaus County | CA | 95351 |
| 1274 Stabler Lane | 9932 | Yuba City | Sutter County | CA | 95993 |
| 124 Belle Mill Road | 3937 | Red Bluff | Tehama County | CA | 96080 |
| 455 South Main Street | 3937 | Red Bluff | Tehama County | CA | 96080 |
| 1311 South Main Street | 9973 | Weaverville | Trinity County | CA | 96093 |
| 109 South West Street | 5551 | Tulare | Tulare County | CA | 93274 |
| 1102 North Demaree Street | 2541 | Visalia | Tulare County | CA | 93291 |
| 1155 West Henderson Avenue | 9845 | Porterville | Tulare County | CA | 93257 |
| 1395 East Prosperity Avenue | 9176 | Tulare | Tulare County | CA | 93274 |
| 1455 East Noble Avenue | 9500 | Visalia | Tulare County | CA | 93292 |
| 2135 North Dinuba Boulevard | 2711 | Visalia | Tulare County | CA | 93291 |
| 2175 East Bardsley Avenue | 0912 | Tulare | Tulare County | CA | 93274 |
| 3619 West Caldwell Avenue | 9271 | Visalia | Tulare County | CA | 93277 |
| 53 East Olive Avenue | 2944 | Porterville | Tulare County | CA | 93257 |
| 590 West Putnam Avenue, Suite 1 | 4652 | Porterville | Tulare County | CA | 93257 |
| 800 North Westwood Street | 0035 | Porterville | Tulare County | CA | 93257 |
| 13763 Mono Way | 9208 | Sonora | Tuolumne County | CA | 95370 |
| 1471 West Covell Road | 9282 | Davis | Yolo County | CA | 95616 |
| 1550 Covell Blvd. | 9142 | Davis | Yolo County | CA | 95616 |
| 7 West Main Street | 9180 | Woodland | Yolo County | CA | 95695 |
| 906 East Street | 9691 | Marysville | Yuba County | CA | 95901 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000060871