PSJ3 Exhibit 341

FILED UNDER SEAL