PSJ3

Exhibit 343

Message

| | |
|---|---|
| **From**: | Kaleta, Ed [ed.kaleta@walgreens.com] |
| **Sent**: | 3/4/2013 3:53:02 PM |
| **To**: | Garza, Debbie [debbie.garza@walgreens.com] |
| **Subject**: | DM Agenda final_March 4 |
| **Attachments**: | DM Agenda final_March 4.doc; ATT00001.txt |

CONFIDENTIAL

WAGMDL00383683



## Legislative Strategy Conference Call
(NACDS/Chain Members/Downey McGrath)
March 4, 2013
3:30 P.M.

## Dial-in number: 202.712.9111

### DMG Agenda

- Sequestration/Entitlement Reform
- delayed for now as result of CR agreement

- RxImpact Day
- 287 attendees for fly-in
- confirmed Sen. Lamar Alexander & CMR on Wed afternoon, plus CMS (as we know!)
- issues include 1) value of pharmacy 2) medication adherence/MTM and
- 3) pharmacy tour

- DEA - working w/ Boxer to introduce commission bill, trying to get R cosponsors.
- also have letter to GAO - asking GAO to explore prescription drug abuse thru federal, state, local and non-profit stakeholders - signed by Boxer, Coburn, Feinstein, Alexander, Burr, Enzi and Harkin. letter to go this week.

- MTM - pushing to get bill introduced this week Coburn/Hagan. And intro'd by CMR in house (and Braley and Kind).

- Hydrocodone rescheduling - no real update

- DTS - talking to Hill about access as a result of lower reimbursement, CMS saying they have no discretion to raise rates, period. Hill not willing to weigh unless/until there seems to be a market/access problem, ie, after July 1st.

- Compounding - still working in House and Senate

- Supply Chain - Bennett/Burr may drop new bill in next few weeks. Latta/Matheson also working on House bill.

- Other Issues
- Next Meeting – March 18

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00383685