PSJ3

Exhibit 344

| | |
|---|---|
| **From:** | Freitas, Kristen |
| **Sent:** | Tuesday, August 06, 2013 6:27 PM |
| **To:** | Cosgrove, Jewelyn |
| **Subject:** | Fwd: new GAO study on prescription drug abuse |
| **Attachments:** | SEATTLE-#364523-v1-291159_HEALTHCARE_DISTRIBUTION_MANAGEMENT_ASSOCIATION_QUESTION_SET.DOCX; ATT00001.htm |

Begin forwarded message:

> **From:** "Lusk, Lisa A" <LuskL@gao.gov>
> **Date:** August 6, 2013, 1:59:29 PM EDT
> **To:** "Kelly, Patrick" <pkelly@hdmanet.org>
> **Cc:** "Gallenagh, Elizabeth" <egallenagh@hdmanet.org>, "Ducca, Anita" <aducca@hdmanet.org>, "Freitas, Kristen" <kfreitas@hdmanet.org>
> **Subject: RE: new GAO study on prescription drug abuse**
>
> Hi Patrick—attached please find the list of questions we'd like to discuss during Thursday's call. It's grown to quite a long list, so I'm not sure if we'll be able to get through everything in an hour. If we run out of time, we may ask if you'd be willing to speak with us again in the future.
>
> We look forward to the discussion. Lisa
>
> **From:** Lusk, Lisa A
> **Sent:** Tuesday, July 30, 2013 2:34 PM
> **To:** 'Kelly, Patrick'
> **Cc:** Gallenagh, Elizabeth; Ducca, Anita; Freitas, Kristen; Ritchie, Christina E; Gilley, Sally P
> **Subject:** RE: new GAO study on prescription drug abuse
>
> Patrick—August 8 at 2pm ET works for us. Let's plan to use our conference line for the call since we're all in different locations (I've copied my colleagues on this email).
>
> Conference line: 1-877-491-6517
> Passcode: 15482245
>
> We'll send you a list of discussion topics in the next couple of days. And I don't think we need anything from you in advance of the meeting unless there are specific documents you'd like to send us before the meeting. We've been reviewing some of the position statements on your web site, which are helpful.
>
> We look forward to talking with all of you next week. Thanks, Lisa
>
> **From:** Kelly, Patrick [mailto:pkelly@hdmanet.org]
> **Sent:** Tuesday, July 30, 2013 2:15 PM
> **To:** Lusk, Lisa A
> **Cc:** Gallenagh, Elizabeth; Ducca, Anita; Freitas, Kristen
> **Subject:** RE: new GAO study on prescription drug abuse

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HDA_MDL_000107558

Lisa,

It looks like August 8 at 2:00 p.m. works best for our team here at HDMA. What do you need from us in advance of the meeting? Will this be a conference call or an in-person meeting?

Also, so we can better prepare for the meeting, can you provide a list or outline of the topics you would like to address?

Thanks for reaching out to us. We look forward to the opportunity to meet with you.

Sincerely,
Patrick Kelly
HDMA

---

**From:** Lusk, Lisa A [mailto:LuskL@gao.gov]
**Sent:** Tuesday, July 30, 2013 3:27 PM
**To:** Kelly, Patrick
**Cc:** Gallenagh, Elizabeth
**Subject:** RE: new GAO study on prescription drug abuse

Hi Patrick—I'm on the west coast and the rest of the team is on the east coast (DC and Atlanta), so afternoons eastern time work best for us. We have availability on 8/5 at 1pm, 2pm, or 3pm ET; 8/6 at 1pm or 3pm ET; or 8/8 at 1pm, 2pm, or 3pm ET.

If next week doesn't work for you then we have some time available the week of 8/19. Let me know what works best on your end. Thanks, Lisa

**From:** Kelly, Patrick [mailto:pkelly@hdmanet.org]
**Sent:** Tuesday, July 30, 2013 11:39 AM
**To:** Lusk, Lisa A
**Cc:** Gallenagh, Elizabeth
**Subject:** RE: new GAO study on prescription drug abuse

Lisa,

We would be happy to meet with you. Unfortunately, I will be out of the office August 9-18.

If you could share some dates that work for you guys, I will circulate internally and see what works best for our team here.

Sincerely,
Patrick Kelly

---

**From:** Lusk, Lisa A [mailto:LuskL@gao.gov]
**Sent:** Tuesday, July 30, 2013 2:17 PM
**To:** Kelly, Patrick
**Cc:** Bellingham, Daniel; Gallenagh, Elizabeth
**Subject:** new GAO study on prescription drug abuse

2

CONFIDENTIAL HDA_MDL_000107559

Hello Mr. Kelly—I am a senior analyst with the U.S. Government Accountability Office (GAO) working on a study on prescription drug abuse, which was requested by eight U.S. Senators, including Barbara Boxer and Tom Coburn. We have been asked to examine coordination efforts to reduce prescription drug abuse among federal, state, local, and non-profit stakeholders, including challenges that stakeholders and governmental agencies face in addressing prescription drug abuse.

We are just beginning this work and would like to obtain perspectives on this issue from your organization. Please let me know if you or your colleagues can meet with us over the next couple of weeks.

Regards,

Lisa


**Lisa A. Lusk, Senior Analyst**
US GOVERNMENT ACCOUNTABILITY OFFICE
701 5th Avenue, Suite 2700 | Seattle, WA 98104 | 206.287.4836
Fax: 206.287.4872 | luskl@gao.gov | www.gao.gov

Follow GAO on Twitter, Facebook, Flickr, YouTube, Podcasts

CONFIDENTIAL HDA_MDL_000107560