PSJ3

Exhibit 345

| | |
|---|---|
| **From:** | Ducca, Anita <aducca@hdmanet.org> |
| **Sent:** | Thursday, August 08, 2013 9:11 PM |
| **To:** | Ducca, Anita |
| **Subject:** | FW: GAO Meeting to discuss Prescription Drug Abuse |

**To: Regulatory Affairs Committee**

For Your Information, Patrick Kelly's summary of today's conference call with GAO is provided below.

Anita

**From:** Kelly, Patrick
**Sent:** Thursday, August 08, 2013 5:08 PM
**To:** Kelly, Patrick
**Subject:** FW: GAO Meeting to discuss Prescription Drug Abuse

To:           HDMA Federal Government Affairs Committee

Subject:            Call with GAO regarding prescription drug abuse study

HDMA staff met with representatives from the Government Accountability Office (GAO) this afternoon to discuss a prescription drug abuse study they are preparing at the request of eight US Senators.

The call went well.  It is apparent that they are in the very early stages of collecting information from stakeholder groups.  They had numerous questions for HDMA regarding DEA regulatory oversight and suspicious order monitoring.  We provided them with a variety of materials including HDMA testimony from the March 1, 2012, hearing before the Energy and Commerce Subcommittee on Commerce, Manufacturing and Trade, as well as the subsequent Questions for the Record we provided to the committee.

In addition we recommended they reach out to a variety of supply chain stakeholders as well as other federal and state agencies and organizations for perspectives on coordination/collaboration to address abuse and diversion issues.

They indicated that they hope to have the report completed in early 2014.  We offered to provide additional information and/or answer subsequent questions that may arise during the course of their research.

Confidential                                                                                                                                                                                             Anda_Opioids_MDL_0000040918