# PSJ3

# Exhibit 346

# FILED UNDER SEAL