PSJ3
Exhibit 347

| | |
|---|---|
| **From:** | Lankford, Elizabeth A <elankford@hdmanet.org> |
| **Sent:** | Tuesday, October 21, 2014 4:59 PM |
| **To:** | Ducca, Anita |
| **Cc:** | Kelly, Patrick; Tuszynski, Allison; Gallenagh, Elizabeth; Bellingham, Daniel |
| **Subject:** | Re: GAO 10/22 discussion group |

Wouldn't that be like lying?

Just joking, already ran into the smith folks at the airport.   I actually met most of them in Arkansas at the prescription drug abuse summit a month ago.

 Also, as we discussed yesterday, I reached out to all the members attending the meeting yesterday to see if they are attending the GAO meeting and if they are, Allison and I would like to meet with them beforehand.  Only smith responded that they would be attending the meeting.

On Oct 21, 2014, at 12:42 PM, "Ducca, Anita" <aducca@hdmanet.org> wrote:

> Great idea.
>
> Also,  although it asks that everyone not talk to others before the meeting, I see nothing wrong with letting Smith drug, who is a member of HDMA's, know how we're planning to handle it, if they ask and there's an opportunity to do so before hand.  I see that as different from the others sharing information who are separate, individual companies. (You don't have to tell GAO if you do.)

> **From:** Kelly, Patrick
> **Sent:** Tuesday, October 21, 2014 12:12 PM
> **To:** Tuszynski, Allison; Lankford, Elizabeth A; Ducca, Anita; Gallenagh, Elizabeth; Bellingham, Daniel
> **Subject:** RE: GAO 10/22 discussion group
>
> Make sure they go around the room and make everyone introduce themselves.  Say hi to Alan Must from Purdue Pharma.

> **From:** Tuszynski, Allison
> **Sent:** Tuesday, October 21, 2014 11:37 AM
> **To:** Lankford, Elizabeth A; Kelly, Patrick; Ducca, Anita; Gallenagh, Elizabeth; Bellingham, Daniel
> **Subject:** Fwd: GAO 10/22 discussion group
>
> FYI

> Begin forwarded message:

CONFIDENTIAL

HDA_MDL_000120774

**From:** "Myers, Joy M" <MyersJ@gao.gov>
**Date:** October 21, 2014 at 11:21:06 AM EDT
**To:** "Tuszynski, Allison" <atuszynski@hdmanet.org>
**Subject: RE: GAO 10/22 discussion group**

Ms. Tuszynski,

Below is the list of companies for which we received an RSVPed. In the interest of having a free flowing discussion, we ask that you hold off on talking with other participants about the discussion topics until the discussion group tomorrow.

Thanks,

Joy

CVS Pharmacies
Smith Drug Company
Actavis
Express Scripts, Inc.
Smith Drug Company
Reckitt-Benckiser Pharmaceuticals
GlaxoSmithKline
Purdue Pharma, L.P.
Kaleo Pharma
CVS Pharmacies
Healthcare Distribution Management Association
Walmart


**From:** Tuszynski, Allison [mailto:atuszynski@hdmanet.org]
**Sent:** Monday, October 20, 2014 12:59 PM
**To:** Myers, Joy M
**Subject:** RE: GAO 10/22 discussion group

Ms. Myers,

Thank you for the confirmation – I will look for a follow up with room details. Also, if possible, could you provide a list of the attendees of this discussion group?

Thank you,

Allison

> **From:** Myers, Joy M [mailto:MyersJ@gao.gov]
> **Sent:** Friday, October 17, 2014 6:32 PM
> **To:** Tuszynski, Allison
> **Subject:** GAO 10/22 discussion group
>
> Ms. Tuszynski,
>
> Thanks again for volunteering to participate in the discussion group. We look forward to hearing from you on topics related to DEA's processes for registering

2

HDA_MDL_000120775

manufacturers, dispensers, and distributors of controlled substances, as well as your interactions with DEA to prevent controlled substance diversion and abuse.

As a reminder: the discussion group is scheduled for Wednesday, 10/22 from 5:15 to 6:15. Light refreshment will be provided.

We are finalizing room details and will follow up soon with the name of the conference room that will be used for our discussion.

We look forward to speaking with you.

Joy

**Joy Myers**
Senior Analyst | Forensic Audits and Investigative Service
U.S. Government Accountability Office (GAO)
Connect with GAO: home page | Facebook | Twitter | YouTube

Direct: 214-777-5625 | myersj@gao.gov

---

**From:** Tuszynski, Allison [mailto:atuszynski@hdmanet.org]
**Sent:** Wednesday, October 15, 2014 3:16 PM
**To:** Myers, Joy M
**Subject:** NASCSA Meeting

Ms. Myers,

My colleague Elizabeth shared with me this email about the GAO discussion to be held during the NASCSA meeting. I will be attending the conference and I would also like to attend the discussion group on Wednesday, October 22nd.

Thank you,

Allison

.........................................................................
Allison Tuszynski
Regulatory Affairs Analyst
Healthcare Distribution Management Association
(703) 885-0266
www.HealthcareDistribution.org

> **From:** Lankford, Elizabeth A
> **Sent:** Wednesday, October 15, 2014 11:12 AM
> **To:** Tuszynski, Allison
> **Subject:** FW: NASCSA Meeting

3

HDA_MDL_000120776

**From:** Myers, Joy M [mailto:MyersJ@gao.gov]
**Sent:** Tuesday, October 14, 2014 4:01 PM
**To:** Lankford, Elizabeth A
**Subject:** RE: NASCSA Meeting

Ms. Lankford,

Great, thank you for participating. You are correct, the discussion group is scheduled for Wednesday, October 22.

I will touch base later this week to confirm final details.

Thanks,

Joy

---

**From:** Lankford, Elizabeth A [mailto:elankford@hdmanet.org]
**Sent:** Tuesday, October 14, 2014 10:09 AM
**To:** Myers, Joy M
**Subject:** NASCSA Meeting

Ms. Myers,
  Good morning. I would like to attend the industry/GAO discussion. The notice I received has the date and time as Wednesday, October 23, however, October 23 is Thursday. Can you confirm the date of the meeting once finalized? My contact information is below. I am looking forward to the meeting.
Thank you,
Elizabeth


.................................................................
Elizabeth Lankford
Manager, State Government Affairs
Healthcare Distribution Management Association
(703) 885-0214
Fax: (703) 812-5282
www.HealthcareDistribution.org

4

CONFIDENTIAL

HDA_MDL_000120777