PSJ3

Exhibit 354

| | |
|---|---|
| **From:** | Gray, John <jgray@hdmanet.org> |
| **Sent:** | Thursday, February 09, 2012 5:03 PM |
| **To:** | 'DNeu@amerisourcebergen.com' |
| **Subject:** | FW: New DEA TPs |
| **Attachments:** | DEA Enforcement Actions -- HDMA Talking Points 020712.doc |

Dave: For our 12:30 call, attached is the latest version based upon input from the rest of the Executive Committee. This version, except for ABC, has universal support as usable media messages for HDMA on this DEA matter. Thanks, John

**From:** Qureshi, Farah
**Sent:** Thursday, February 09, 2012 11:40 AM
**To:** Johnson, Anne; Gray, John
**Cc:** Parker, John
**Subject:** FW: New DEA TPs

FYI, I believe these are the latest and greatest.

-F

...................................................................
Farah Qureshi
Manager, Communications
Healthcare Distribution Management Association
(703) 885-0269
Fax: (703) 812-5282
www.HealthcareDistribution.org


**From:** Parker, John
**Sent:** Wednesday, February 08, 2012 5:36 PM
**To:** Gray, John; Kelly, Patrick; Ducca, Anita; Qureshi, Farah
**Subject:** New DEA TPs

Attached are the revised DEA Talking Points. I essentially kept one of CAH's three bullets, with a few modifications.




...................................................................
John Parker
Vice President, Communications
Healthcare Distribution Management Association
(703) 885-0216
www.HealthcareDistribution.org

1

CONFIDENTIAL
HDA_MDL_000088099