# PSJ3 Exhibit 356

# FILED UNDER SEAL