# PSJ3 Exhibit 359

| | |
|---|---|
| **From:** | Zimmerman, Chris |
| **Sent:** | Fri, 26 Apr 2013 12:57:20 -0400 (EDT) |
| **To:** | Crow, Robert[RCrow@amerisourcebergen.com]; Gundy, Bruce[BGundy@amerisourcebergen.com] |
| **Subject:** | FW: HDMA Crisis Playbook |
| **Attachments:** | HDMA_Crisis-Playbook_revised 4-24.pdf |

I wanted to make sure I forwarded to you.

**From:** Zimmerman, Chris
**Sent:** Friday, April 26, 2013 8:55 AM
**To:** Zimmerman, Chris
**Subject:** HDMA Crisis Playbook

Certainly organizes so in the event of a crisis, there is a "plan". I just think HDMA needs to be careful not to overstep their authority on certain individual events. Some events won't be for "public consumption" and the playbook gives the impression that everything is on the table.

Paul Ross

**From:** Gray, John [mailto:jgray@hdmanet.org]
**Sent:** Thursday, April 25, 2013 5:39 PM
**To:** Gray, John
**Cc:** Parker, John; Qureshi, Farah; Kelly, Patrick; Gallenagh, Elizabeth
**Subject:** HDMA Crisis Playbook

To: HDMA Government and Public Policy Council

A component of HDMA's engagement with APCO has involved analyzing the risks and opportunities facing the industry, mapping the industry's stakeholders and preparing response protocols for use in the event of a crisis.

Attached to this note is the culmination of those efforts — a crisis playbook that serves as an interactive guide to crisis communications. The playbook includes response procedures, best practices and the names and contact information of a cross-functional task force that has the authority to act quickly and decisively in response to critical reputational and crisis issues. While developed primarily for HDMA, the document can also serve as a tool for members, particularly as you may face scrutiny from the media as well as legislators and regulators in the coming months on a range of issues, including prescription drug abuse and diversion.

Perhaps most relevant to all of you is the "High Risk Scenarios" section of the document, which details a variety of potential scenarios facing the industry. The scenarios are divided into two parts — diversion issues and supply chain security issues — and involve situations that have occurred or may occur in the future. Each scenario description includes potential messages, key considerations, standby statements, and answers to tough questions related to the specific situation, all of which can be customized depending on the real-life scenario. There will likely be situations we did not and could not anticipate; however, we feel that by having these tools at our disposal, we are better able to react to any situation that may demand an industry response.

We hope this is a useful tool for your organizations. While it is something we hope we'll never have to use, if history has taught us anything, it's the knowledge that preparing for the worst better equips us to handle it with our best.

If you have any further questions on this document or anything else related to our work with APCO, please contact John Parker, Vice President of Communications, at (703) 885-0216 or jparker@hdmanet.org.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00278153