PSJ3

Exhibit 360

| | |
|---|---|
| **Message** | |
| **From**: | Sandy Marks [Sandy.Marks@ama-assn.org] |
| **Sent**: | 1/13/2014 9:22:03 PM |
| **To**: | Kathy Kulkarni [KK@rubicondc.com]; Bill Burke [BB@rubicondc.com]; Giacalone, Robert [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Robert.Giacalone]; Carolyn Castel [carolyn.castel@cvscaremark.com]; Grant, Carolyn [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Carolyn.Huber]; Woodburn, Connie [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Connie.Woodburn]; Danielle Hagan [danielle@nahigianstrategies.com]; Danielle Veira [dveira@nahigianstrategies.com]; Mitchell, Debbie [/O=CAH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Debbie.mitchell]; Debra Barrett [debra.barrett@tevapharm.com]; Heather Cutler [heather.cutler@caremark.com]; Jordan Foster [jordan.foster@caremark.com]; Karen Lyons [klyons@primetherapeutics.com]; Keith Nahigian [keith@nahigianstrategies.com]; Ken Nahigian (ken@nahigianstrategies.com) [ken@nahigianstrategies.com]; Marissa Schlaifer [marissa.schlaifer@cvscaremark.com]; Marva Gray [Marva.Gray@tevapharm.com]; Michael Brzica [mbrzica@primetherapeutics.com]; Nicole Mann [nicole.mann@tevapharm.com]; Papatya Tankut [papatya.tankut@cvscaremark.com]; Patrick Kelly [pkelly@hdmanet.org]; Rob Falb [rob.falb@tevapharm.com]; Sheila Thelemann [sthelemann@primetherapeutics.com]; Stacey Fahrner [sfahrner@primetherapeutics.com]; Todd Smith [TS@rubicondc.com]; Novelli, Thomas [/O=CAH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Novelli, Thomas986] |
| **CC**: | Aiken Hackett [Aiken.Hackett@ama-assn.org]; Dana Lichtenberg [Dana.Lichtenberg@ama-assn.org]; Todd Askew [Todd.Askew@ama-assn.org]; Sylvia Trujillo [Sylvia.Trujillo@ama-assn.org] |
| **Subject**: | RE: TPs for ONDCP Meeting |
| **Attachments**: | ONDCP Talking Points 2014 FINAL DRAFT.docx |

On the call last week, we were asked to provide our suggested talking points for the meeting with ONDCP. Attached are some talking points that Sylvia and I could discuss with the AMA's perspective on some of these issues.

---

**From:** Kathy Kulkarni [mailto:KK@rubicondc.com]
**Sent:** Monday, January 13, 2014 3:10 PM
**To:** Aiken Hackett; Bill Burke; Bob Giacalone; Carolyn Castel; Carolyn Grant; Connie Woodburn; Dana Lichtenberg; Danielle Hagan; Danielle Veira; Debbie Mitchell; Debra Barrett; Heather Cutler; Jordan Foster; Karen Lyons; Keith Nahigian; Ken Nahigian (ken@nahigianstrategies.com); Marissa Schlaifer; Marva Gray; Michael Brzica; Nicole Mann; Papatya Tankut; Patrick Kelly; Rob Falb; Sandy Marks; Sheila Thelemann; Stacey Fahrner; Sylvia Trujillo; Todd Askew; Todd Smith; Tom Novelli
**Subject:** Alliance to Prevent the Abuse of Medicines - Draft Agenda for ONDCP Meeting

All,

Please find attached a draft agenda for the ONDCP meeting, to be discussed in detail during tomorrow's 2p prep call.

Thanks,
Kathy

*Kathy Kulkarni*
*Rubicon Advisors*
*1455 Pennsylvania Avenue, NW*
*Suite 400*
*Washington, DC 20004*

*Office: 202-652-2289*
*Mobile: 202-236-2656*
*Email: kk@rubicondc.com*