# PSJ3

# Exhibit 361

| | |
|---|---|
| From: | "Stafford, Beth" <BStafford@amerisourcebergen.com> |
| Sent: | Tue, 4 Feb 2014 16:02:37 -0500 (EST) |
| To: | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> |
| Cc: | "Norton, Rita" <RNorton@amerisourcebergen.com>; "Oswalt, Anne"<AOswalt@amerisourcebergen.com>; "Davis, Laura"<LDavis@amerisourcebergen.com> |
| Subject: | Itinerary & Docs for tomorrow |
| Attachments: | Chris Zimmerman 2 5 14.doc;Marino Blackburn Bill Summary 111813.doc;HDMA-ToolKit-epidemic.pdf;HDMA-ToolKit-principles.pdf;HDMA-ToolKit-security.pdf;HDMA-brochure.pdf;HDMA-ToolKit-distributors.pdf;Pharmacists Report Delays in Getting Opioids.doc;Chart of Drug Abuse Bills 113th Congress 112213.doc;controlled-substances-access-survey.pdf;HDMA Hill Day Consolidated Schedule 2014.doc |

Hi Chris – attached & below is an updated copy of your itinerary for tomorrow. Also attached (FYI) is HDMA's hill day schedule (we only plan to attend the 2 PM HELP staff meeting & the 3 PM E&C staff meeting that HDMA organized). I'm sure you have already seen the other attachments, but we are sending a courtesy copy, and we put together folders w/these documents for the meetings tomorrow. Also, below is the note HDMA sent to their hill day attendees (FYI).

Let's plan to meet at the Russell Senate building at 10 AM for the first meeting. My cell is 828-238-5155, so please call me tonight or tomorrow AM if you need anything.

Please keep us posted on the weather and if we need to make any changes for tomorrow, and be careful! Bring your boots and umbrella!

Thank you!

### Itinerary for Chris Zimmerman
*Wednesday, February 5, 2014*

*AmerisourceBergen Government Affairs Office*
*412 1st Street SE, Suite 200*
*Washington, DC 20003*
*202-887-4942*

**10:00 AM**   Rachel Tucker (Senate Judiciary Committee) & Mary Beth Hankey – Health Legislative Assistant (Sen. Sessions – R-AL)
   326 Russell Senate Office Building
   (202) 224 - 4124
   *Beth Stafford, Sarah Walter*
   **ABC Facilities:**
   o *Birmingham – 65 Associates*
   o *Oncology Supply/Dothan – 219 Associates*

**11:00 AM**   **Anna Lake Leieritz – Legislative Counsel (Rep. Mark Amodei (R-NV-2))**
   222 Cannon House Office Building
   (202) 225-6155
   *Beth Stafford, Valerie Nelson*
   **ABC Facilities:**
   o *Reno (ABSG DC) – 17 Associates*
   o *Advocate Rx – Carson City – 3 Associates*

**12:00 PM**   **Chris Sarley – Senior Legislative Assistant (Rep. John Shimkus (R-IL-15))**
   2452 Rayburn House Office Building
   (202) 225-5271
   *Beth Stafford, Joel White*

**1:00 PM**   **Jessica Phelps – Legislative Assistant (Rep. John Yarmuth (D-KY-3))**
   403 Cannon House Office Building
   (202) 225-5401

> *Rita Norton, Tim Jenkins*
> ***ABC Facilities:***
> - *Choice/Louisville – 11 Associates*

| | |
|---|---|
| **2:00 PM** | **Melissa Pfaff, Grace Stunt & Michael Merrell – Senate HELP Committee Minority Staff (with HDMA)** <br> 725 Hart Senate Office Building <br> *HDMA, Beth Stafford* |
| **3:00 PM** | **Carly McWilliams (Energy & Commerce Committee Majority Staff) (With HDMA)** <br> 2322 Rayburn House Office Building <br> *HDMA, Beth Stafford* |

---

**From:** Cosgrove, Jewelyn
**Sent:** Monday, February 03, 2014 4:32 PM
**To:** Kenneth R. Couch (kcouch@smithdrug.com); Bradley T. Pine (bpine@smithdrug.com); Meg Glazier (meg@bddow.com)
**Cc:** Freitas, Kristen; Kelly, Patrick
**Subject:** HDMA Hill Day

Good afternoon,

Attached is a copy of the day's schedule.

HDMA has published a variety of resources we will be providing to Congressional staffers during our meetings, all of which can be accessed on our website. In particular, if you have a chance to review the Rx Drug Abuse and Diversion Principles document in advance of the Hill Day, you will find the information valuable as talking points. If you have any trouble accessing the documents online, let me know.

We have added some time to the schedule to grab breakfast on Wednesday morning given that all of you are arriving in town on Tuesday night. We will use this time to give you a quick overview of the day and talking points. Kristen and I would be happy to meet you at the Washington Marriot for breakfast at the Atrium Restaurant in the hotel at 8:30 am, and we will head to the Hill afterwards for our 10:00 am meeting with Congressman Trey Gowdy. Two of the meetings will be with Committee staff and will include representatives from AmerisourceBergen (Rita Norton and Chris Zimmerman), though otherwise it'll be those of you on this email. We'll have a pretty packed day through 4pm where we will return you to the hotel to get ready for GPPC's dinner.

Please let me know if you have any questions. We look forward to seeing you Wednesday morning!

Thank you,

*Jewelyn*

Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.