PSJ3

Exhibit 362

# FILED UNDER SEAL