PSJ3

Exhibit 364

FILED UNDER SEAL