PSJ3

Exhibit 365

| | |
|---|---|
| **From:** | Norton, Rita on behalf of "Norton, Rita" <RNorton@amerisourcebergen.com> |
| **Sent:** | Tue, 27 Dec 2016 13:16:28 -0500 (EST) |
| **To:** | "Weissman, Gabriel" <GWeissman@amerisourcebergen.com>; "Moyer, Lauren E"<LMoyer@amerisourcebergen.com>; "Zimmerman, Chris"<CZimmerman@amerisourcebergen.com>; "May, David" <DMay@amerisourcebergen.com> |
| **Cc:** | "Heller, Stacie" <SHeller@amerisourcebergen.com>; Brad Tallamy<BTallamy@amerisourcebergen.com> |
| **Subject:** | FW: Industry talking points |
| **Attachments:** | Industry talking points on opioid abuse 11 06 FINAL.DOCX;ATT00001.htm |

Here is what we are using – trying to head off congressional response like last time if possible

**From:** Freitas, Kristen [mailto:kfreitas@hda.org]
**Sent:** Friday, December 23, 2016 2:02 PM
**To:** Norton, Rita
**Subject:** Fwd: Industry talking points

Here is the document.


Begin forwarded message:

> **From:** "Kelly, Patrick" <pkelly@hda.org>
> **Date:** November 16, 2016 at 10:00:02 PM EST
> **To:** "'rnorton@amerisourcebergen.com'" <rnorton@amerisourcebergen.com>
> **Cc:** "Freitas, Kristen" <kfreitas@hda.org>
> **Subject: Fw: Industry talking points**
>
> Rita,
>
>
> Not sure my previous email got thru from my phone. Hopefully the attached Word Document is accessible.
>
> As agreed upon by the companies that crafted these talking points - this is not a public document and is not intended to be a leave behind. These are simply agreed upon talking points to be used by staff in settings where we are called upon to explain the role of distributors.
>
> Patrick

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                       ABDCMDL00161397