PSJ3

Exhibit 366

| | |
|---|---|
| **From:** | Heller, Stacie on behalf of "Heller, Stacie" <SHeller@amerisourcebergen.com> |
| **Sent:** | Thu, 17 Aug 2017 14:44:26 -0400 (EDT) |
| **To:** | "Eddy, Julie" <JEddy@amerisourcebergen.com> |
| **Cc:** | "Mitchell, Beth" <BMitchell@amerisourcebergen.com>; Brad Tallamy<BTallamy@amerisourcebergen.com>; "Norton, Rita"<RNorton@amerisourcebergen.com> |
| **Subject:** | Re: PPC Agenda |

Certainly makes sense we'd (HDA) be prepared with such a response.

Sent from my iPhone

On Aug 17, 2017, at 2:20 PM, Eddy, Julie <JEddy@amerisourcebergen.com> wrote:

> Came up today that we need HDA talking points about our response to the opioid lawsuits. Our consultants on the west coast asked for that.

On Aug 17, 2017, at 2:09 PM, Mitchell, Beth <BMitchell@amerisourcebergen.com> wrote:

> Agree with you all. I think we also need to discuss what policies, bills, and/or proposals can we proactively say we support as an industry to address the opioid crisis. I know the NACDS draft opioid guidelines document and effort is confidential as their members work to coalesce on areas they can support to address the opioid epidemic, but it would be helpful to have something similar from HDA to point to that we support as legislative solutions.

On Aug 17, 2017, at 12:47 PM, Brad Tallamy <BTallamy@amerisourcebergen.com> wrote:

> Agree with everything – importation has little chance of success with 60 vote threshold but good to keep members on their toes
>
> **From:** Heller, Stacie
> **Sent:** Thursday, August 17, 2017 12:07 PM
> **To:** Norton, Rita; Brad Tallamy; Mitchell, Beth; Eddy, Julie
> **Subject:** RE: PPC Agenda
>
>> Hi Rita. Agree with you, we should definitely have a deep dive on Comms strategy on opioid abuse issues and an update on the Reservoir work. I think John (or Patrick) mentioned at the February meeting the Reservoir engagement would take ~ 6 months so we should definitely be able to react to some work product by mid-September.
>>
>> Other thoughts on the agenda:
>>
>> Unless there's another run at ACA reform/repeal, I don't think we should spend much time on the failed/stalled efforts.
>>
>> Maybe it's premature as it may never see the light of day, but with universal

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00368754

healthcare gaining more attention, I wonder if policy makers would seek a position/input from HDA on that?

If we're mentioning (potential) 340B reimbursement changes, I think we should also mention biosimilar reimbursement.

I also think we should mention MedPAC's agenda for the Commission's upcoming session and if HAD/members should be prepared for education on the role of distributors since MedPAC has gotten that wrong in the past.

What about importation? That might be embedded in the distributors role in drug pricing discussion, but I'd like to see that a bit more prominently featured on the agenda – assuming Sen Sanders will make several additional attempts to advance his bill as an amendment to legislation this year such as Medicare extenders, etc.

Stacie

**Stacie Heller**
AmerisourceBergen
Vice President, Policy

412 1st Street SE, Suite 200
Washington, DC 20003

Work: 202.799.3506
Mobile: 202.775.0135
sheller@amerisourcebergen.com

www.AmerisourceBergen.com

---

**From:** Norton, Rita
**Sent:** Thursday, August 17, 2017 11:32 AM
**To:** Heller, Stacie; Brad Tallamy; Mitchell, Beth; Eddy, Julie
**Subject:** Fwd: PPC Agenda

Hi all can you please look over this draft from Patrick and let me know if you have suggestions?  I would suggest we add the Comms strategy on Opioid abuse since we are all trying to coordinate and would be good to have update on Reservoir?

Sent from my iPhone

Begin forwarded message:

**From:** "Kelly, Patrick" <pkelly@hda.org>
**Date:** August 16, 2017 at 5:06:08 PM GMT+2
**To:** "Norton, Rita" <RNorton@amerisourcebergen.com>
**Subject: PPC Agenda**

Rita,

Attached is the draft agenda for the PPC meeting.

We are in the process of trying to secure speakers.   We will also

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                    ABDCMDL00368755

be preparing materials for the discussion topics.

Any additional topics/issues we should add for consideration by PPC?

Let me know.

Patrick


Patrick M. Kelly
Executive Vice President, Government Affairs
Healthcare Distribution Alliance
901 N. Glebe Road, Suite 1000
Arlington, VA   22203
Office: 703-885-0233
Email: pkelly@hda.org
Web: www.healthcaredistribution.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00368756