PSJ3

Exhibit 367

**To:** Kelly, Patrick[pkelly@hda.org]
**From:** Rosen, Burt
**Sent:** Thur 11/9/2017 10:33:11 AM
**Subject:** Re: Brain Storming Session

Thanks Patrick.

Burt Rosen
202-508-0750
202-494-0437

On Nov 9, 2017, at 10:29 AM, Kelly, Patrick <pkelly@hda.org> wrote:

> Burt,
>
> I would be happy to participate in the meeting on behalf of HDA.
>
> See you on Monday.
>
> Patrick
>
> Sent from my iPhone
>
> On Nov 8, 2017, at 3:24 PM, Rosen, Burt <Burt.Rosen@pharma.com> wrote:
>
>> Thanks, Patrick and his group would be welcome. Patrick, please let me know.
>>
>> Burt Rosen
>> (o) 202-508-0750
>> (c) 202-494-0437
>>
>> **From:** Callinicos, Sean [mailto:sean.callinicos@cardinalhealth.com]
>> **Sent:** Wednesday, November 08, 2017 3:23 PM
>> **To:** Rosen, Burt <Burt.Rosen@pharma.com>
>> **Cc:** Kelly, Patrick <pkelly@hda.org>; 'Slone, Pete' <Pete.Slone@McKesson.com>; RNorton@amerisourcebergen.com
>> **Subject:** RE: Brain Storming Session
>>
>>> Burt – Pete, Rita, and I spoke and we think it would be preferable for you to have at this meeting Patrick Kelly, copied, and his team from our HDA trade group rather than the individual distributor companies.
>>>
>>> Thanks,
>>> Sean

CONFIDENTIAL                                                                                                                        PPLPC020001151103



Sean Callinicos
Senior Vice President, Government Relations
1455 Pennsylvania, NW
Suite 1180
Washington, DC 20004
202 650 5423 work
202 271 1702 mobile

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Wednesday, November 08, 2017 11:05 AM
**To:** Dolly Judge <Dolly.Judge@tevapharm.com>; Slone, Pete <Pete.Slone@McKesson.com>; Munroe, Brian <Munroe.Brian@Endo.com>; bburns7@corus.jnj.com; Robert.Lively@Allergan.com; Rita Norton (rnorton@amerisourcebergen.com) <rnorton@amerisourcebergen.com>; Callinicos, Sean <sean.callinicos@cardinalhealth.com>
**Cc:** Konka, Kathleen <Kathleen.Konka@pharma.com>; Must, Alan <Alan.Must@pharma.com>
**Subject:** Brain Storming Session

[ External Email ]
I would like to invite you to our office at 1001 Penna. Ave. NW, 13th Floor North at 2:30 PM on Monday the November 13th.
I will allocate the time from 2:30 to 4 for brainstorming to determine if there is anything the Washington Offices may be able to do from a public policy perspective to better educate, or impact Washington policy makers thinking with respect to the litigation brought by plaintiff's lawyers and states, cities, counties, and municipalities against the opioid supply chain. Please let me know if you can participate, and feel free to invite your colleagues or any consultants you may wish to bring.
Many thanks
Burt


Burt Rosen
0-202-5080181
C-202-494-0437

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese - Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html