# PSJ3 Exhibit 373

Message

| | |
|---|---|
| From: | Ducca, Anita [aducca@hdmanet.org] |
| Sent: | 10/28/2011 7:35:09 PM |
| To: | Giacalone, Robert [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Robert.Giacalone] |
| Subject: | DEA Question |
| Attachments: | Final DEA Cov ltr 06-01-11 w elec signature.pdf; Final Final Questions for DEA 06-01-11.pdf; Final Final Summary 12-07-10 DEA Meeting.pdf; Final Comments Online Pharmacy Act Rule 6-5-09.pdf; Summary of the DEA meeting 4-15-08 v.2.doc; Summary of DEA Comments 6--4-08 draft v 2 RC comments.doc.docx; DEA Meeting request- final.tif; Final Summary of DEA Meeting 9-7-07.DOC; Final Meeting Request -- Act Adm Leonhart 10-19-10.pdf; Final Meeting Request -- Act Adm Leonhart 10-19-10.pdf; DEA Chief Counsel Letter to HDMA on ICG 10-08.pdf; Final Comments Online Pharmacy Act Rule 6-5-09.pdf; DEA ARCOS letter 7-8-10.pdf |

Bob, here's what I have.

As we discussed, we had 3 meetings with DEA on the ICG guidelines (4/15/08, 6/4/08 and one in Sept. of 08). I've included a summary of the first one, labeled "draft" since I didn't want it to look final if it ever "got out". Also, the second meeting consisted of DEA giving us verbal feedback on their review of the draft ICG we gave them. This is therefore a summary of that feedback. Again, we never called it "final" since I was more interested in finishing the ICG than in perfecting a summary. For the third meeting, I didn't do a summary since it was a shorter meeting and just explained what we did with their comments.

Also included is a summary of a meeting HDMA had with DEA in Sept. 07, just to ask them what was going on with their meetings with distributors. I'd ask you not to circulate these meeting summaries, since they're not for public consumption.

Pls note I've included a couple of meeting requests, our Ryan Haight Online Pharmacy Act comments, since we bring up SO monitoring there, and the letter from DEA's Chief Counsel commending us for the ICG. They didn't go so far as to endorse the ICG, just said it was a great effort.

I'll continue to look for other information, but actually, I think this is pretty much it. There wasn't a whole lot. If you have any questions, please let me know.

*Anita*

Anita T. Ducca
Vice President, Regulatory Affairs
Healthcare Distribution Management Association (HDMA)
901 North Glebe Rd., Suite 1000
Arlington, VA 22203
(703) 885-0240
Fax: (703) 812-5282
e-mail: aducca@hdmanet.org
www.HealthcareDistribution.org