PSJ3

Exhibit 377

| | |
|---|---|
| **From:** | BILL WILSON <wssinc@verizon.net> |
| **Sent:** | Tuesday, February 05, 2008 5:02 AM |
| **To:** | Ducca, Anita |
| **Subject:** | Follow up |
| **Attachments:** | 3229750056-Discussion draft for mtg.doc |

Anita,
Here is the document with notes attached. Asked some questions that were not part of the discussion but maybe we can talk about them tomorrow. Let me know when you are available.

**William S. Wilson, CPP, CFI**
**President**
**Wilson Security Services, Inc.**
**800-535-8838**

CONFIDENTIAL HDA_MDL_000141125