PSJ3

Exhibit 382



CONFIDENTIAL

HDA_MDL_000140103

- Review Anti-Trust and Anti-Harassment Policies
- Background
  - DEA SO requirements
  - HDMA BP's – efforts to date
- Legal and Policy Perspective
- Potential Best Practices; questions for Attendees
- Discussion; Member input
- "Model" modifications; areas for further review
- Next steps; additional DEA issues

2

*HDMA*

CONFIDENTIAL

HDA_MDL_000140104



- Best Practices identified as a possible solution - 10/16/07 HDMA DEA Meeting

- Recommendation from Outside Counsel to move forward 12/19/07

- Request for members' existing BPs - 01/03/08

- Follow-up requests for copies and requests for "interviewees" - 01/07 through 01/11/08

- Presentation to Pain Coalition – 01/10/08

- Established a consulting contract with Wilson Security Services - 01/11/08

- Pharmacy Association Meeting (NACDS, APhA, NCPA) – 01/14/08

- Interviews – week of 01/21/08

- Review of first draft BP's 01/31/08

4

# Desired Outcome: Agree upon fundamentals of distribution industry BP for Suspicious Orders for GPPC review; eventually provide to DEA

- To get there, we'll:
  - Review circulated draft & request your input
  - Reach agreement where we can
  - i.d., areas for further consideration



5

CONFIDENTIAL

HDA_MDL_000140107

- **Information gathering**
  - Distributor requests information about the potential customers' background, customer base, credit, etc.
- **Information review**
  - distributor verifies completeness and reviews the information
- **Investigation**
  - Distributor seeks additional background information e.g., check Fed. Reg. for actions against potential customer

6

CONFIDENTIAL
HDA_MDL_000140108

- **Background notes**
  - Regulation's requirements
  - Distinguish between order vs. sale
  - i.d. "suspicious" upon order receipt

- **System design**
  - i.d. product Characteristics; establish groups or "families" of drugs based on class of trade &/or product

- **Develop "Thresholds"**
  - Calculate "average" orders for "families"
  - Id. orders of "unusual" size/frequency/pattern

- **Stop shipments**

7

CONFIDENTIAL

HDA_MDL_000140109

- **Designating an investigator(s)**
  - Experience, qualifications

- **Elements of the investigation**
  - Review prior orders for trends/discrepancies
  - Interview customer
  - Verify customer input

- **Documentation**

- **Shipment decisions**
  - Releasing/cancelling shipment process
  - 4 decision options

8

CONFIDENTIAL

HDA_MDL_000140110

# Filing a SO Report
- Immediate vs. monthly
- Correspondence
  - Where/how to send
- Documentation

# Training and SOPs
- Training is recommended
- Written SOPs

9

HDMA

CONFIDENTIAL

HDA_MDL_000140111

**Consider possible additions, e.g.,**

- Audits?

- Customer Accreditation program?

- DEA liaison?

- Questionable registrants?

- Written notices to DEA?

- Updating Customer information?

10

CONFIDENTIAL

HDA_MDL_000140112



- GPPC Review– Feb. 12
- HDMA Exec. Committee Review - Feb. 22
- Request meeting with DEA Acting Administrator
  – Should the BP's become a regulation?
- Supply Chain Partner Best Practices (?)

12

CONFIDENTIAL

HDA_MDL_000140114

- Guidance letter under internal DEA review

- Letter will say registration required – even for controlled substances registrants

- Distribution prior to obtaining registration

13

CONFIDENTIAL
HDA_MDL_000140115

- Advisory being implemented

- Request for monthly eligible registrant list updates
  - DEA will consider the request

- Increases in 10 mgs

14

CONFIDENTIAL

HDA_MDL_000140116



- Request the DEA develop/send ARCOS analysis of trends, for distb$^{ors}$ to use to develop SO systems
  - By drug type
  - By state and/or region

- Have Pharmacies report Rx data
  - May have to be at state level
  - May require federal legislation

- Support a dual system – allow some orders to be filled but not others e.g.,
  - Clarify suspicious "transactions" vs. "orders" - allow certain transactions with reporting, but stop the SO's

16

CONFIDENTIAL

- **Enhance DEA and/or state pharmacy oversight**
  - inspections
  - registration requirements (?)

- **Suggest DEA support/develop a transaction review & exception process**
  - Work with DEA to form criteria; better definitions; standards
  - Have DEA give "permission" to ship if criteria are met

- **Legal challenge**
  - May requires extensive justification, e.g., DEA changed a 30 year reporting requirement to stopping transactions

17

CONFIDENTIAL

HDA_MDL_000140119