# PSJ3

# Exhibit 383

| Late Spring & Summer '07 | i.d. issues; conference calls |
|---|---|
| 9/07/07 | Meeting with DEA on suspicious orders |
| 9/11/07 | Attends DEA pharmaceutical conference |
| 9/20/07 | Attends DEA methadone "public" meeting |
| 10/16 & 17, '07 | HDMA and Member DEA planning meeting |
| 11/20/07 | Files comments on DEA self-certification proposed rule |
| 12/03/07 | "Comments" on methadone advisory |
| 12/17/07 | Meeting with Denise Curry – methadone |
| 12/19/07 | Requests that DEA provide a list of eligible methadone 40 mg recipients |
| 01/03/08 | Posts list of eligible methadone recipients on its web site |
| 01/28/08 | Files comments on proposed rule to change Form 222 format |
| 01/31/08 | Suspicious Orders Best Practices meeting |

- Best Practices identified as a possible solution - 10/16/07 HDMA DEA Meeting

- Recommendation from Outside Counsel to move forward 12/19/07

- Request for members' existing BPs - 01/03/08

- Follow-up requests for copies and requests for "interviewees" -  01/07 through 01/11/08

- Presentation to Pain Coalition – 01/10/08

- Established a consulting contract with Wilson Security Services - 01/11/08

- Pharmacy Association Meeting (NACDS, APhA, NCPA) – 01/14/08

- Interviews – week of 01/21/08

- Review of first draft BP's 01/31/08

CONFIDENTIAL

| 9/07/07 | HDMA Meeting with DEA on suspicious orders |
| 10/16/07 | HDMA meeting – i.d. BPs as possible solution; i.d., additional options |
| 12/19/07 | Recommendation from Outside Counsel to move forward |
| 01/03/08 | Request for members' existing BPs |
| Week of 01/0708 | Follow-up requests for BPs & "interviewees" |
| 01/10/08 | Presentation to Pain Coalition |
| 01/11/08 | Consulting contract with Wilson Security Services |
| 01/14/08 | Pharmacy Assn Meeting (NACDS, APhA, NCPA) |
| Week of 01/21/08 | Member interviews on current practices |
| 01/31/08 | Suspicious Orders and Diversion Prevention BP Meeting – review first draft |
| 02/07/08 | RAC BP review |
| 02/12/08 | GPPC BP review |

HDA_MDL_000139713