# PSJ3 Exhibit 389

# Tentative ICG Roll Out and Time Table

## (assumes DEA "response" this week) as of 10-08-08

| | | |
|---|---|---|
| **Currently Under Development** | • "Key Points" about the ICG<br>• Draft ICG summary for HDMA distributor members to give to customers | • Qs and As<br>• Hill leave behind |
| **Week of 10/13** | • John Gray memo to Board with final ICG | • Schedule Pharmacy/Manuf briefing(s) (e.g. NACDS, NCPA, APhA, PhRMA) |
| **Late Oct.** | • Distributor (only) Webinar | • Capitol Hill meetings |
| **Early-mid Nov.** | • Pharmacy/manufacturer Webinar | |
| **Ongoing** | • Continue dialogue with DEA | • Seek additional communications opportunities (e.g., APhA meeting)<br>• Also with DEA |
| **2009** | • ICG session at DMC<br>• Invite DEA to speak at | • HDMA to speak at other seminars/meetings |