# PSJ3 Exhibit 390

| | |
|---|---|
| **Subject:** | Meeting on Suspicious Orders |
| **Location:** | NCPA's offices in Alexandria |
| **Start:** | Mon 11/3/2008 2:30 PM |
| **End:** | Mon 11/3/2008 4:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Ritter, Pam |
| **Required Attendees:** | 'knicholson@nacds.org'; ' (klunner@aphanet.org)'; 'mbough@aphanet.org'; 'doug.hoey@ncpanet.org'; Ducca, Anita |
| **Optional Attendees:** | Melville, Scott |

When: Monday, November 03, 2008 9:30 AM-11:00 AM (GMT-05:00) Eastern Time (US & Canada).

Where: NCPA's offices in Alexandria

*~*~*~*~*~*~*~*~*~*

100 Daingerfield Road
Alexandria, VA 22314

1/2 a block from the King St metro.

B. Douglas Hoey, R.Ph., M.B.A.
NCPA Sr. VP, and Chief Operating Officer
National Community Pharmacists Association
100 Daingerfield Road
Alexandria, VA  22314
(703) 683-8200 ph
Doug.Hoey@ncpanet.org
www.ncpanet.org

1

CONFIDENTIAL HDA_MDL_000118385