PSJ3
Exhibit 397

| From: | Gray, John <jgray@hdmanet.org> |
|---|---|
| Sent: | Monday, January 07, 2008 6:25 PM |
| To: | Melville, Scott |
| Subject: | RE: RAC Vice Chairmanship |

| Redacted |
|---|

**From:** Melville, Scott
**Sent:** Monday, January 07, 2008 11:29 AM
**To:** Gray, John
**Subject:** FW: RAC Vice Chairmanship

| Redacted |
|---|

**From:** Ducca, Anita
**Sent:** Monday, January 07, 2008 11:16 AM
**To:** Melville, Scott
**Subject:** FW: RAC Vice Chairmanship

Scott, | Redacted |

**From:** Zimmerman, Chris [mailto:CZimmerman@amerisourcebergen.com]
**Sent:** Friday, January 04, 2008 5:55 PM
**To:** Ducca, Anita
**Cc:** Chou, John; Swartz, Debbie; Mays, Steve
**Subject:** RE: RAC Vice Chairmanship

Anita, you have the correct number, I am not sure what's going on with our phones, sorry about that.  As far as Vice Chairman, it will most likely be Steve.

I think we need to discuss the Suspicious Order Project.  Since ABC has an agreement with DEA, it does not matter what best practices HDMA develops because ABC must adhere to its written agreement with DEA.  I assume that Cardinal will be in the same boat, and any other distributor that has to deal with, or is currently dealing with, DEA on this issue.  Therefore, I am not sure what benefit ABC would receive from this project?

ABC has spent hundreds of thousands of dollars in time and expense to develop its existing Diversion Control Program, which includes a suspicious order monitoring component.  This is the program that I discussed in my DEA presentation, and I am not sure if ABC will be able to provide you any further detail.

I am in all next week and we can discuss further.

Thanks,

1

CONFIDENTIAL

Chris Zimmerman, CPP, CFE
Vice President,
Corporate Security and Regulatory Affairs
AmerisourceBergen Corpration
(610) 727-7444

WARNING REGARDING CONFIDENTIALITY
This electronic mail transmission may contain privileged and/or confidential information and is intended only for review of
the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the
sender,  delete it and destroy it without reading it.  Unintended transmission shall not constitute the waiver of attorney-
client or any other privilege.

---

**From:** Ducca, Anita [mailto:aducca@hdmanet.org]
**Sent:** Friday, January 04, 2008 3:05 PM
**To:** Zimmerman, Chris
**Subject:** RE: RAC Vice Chairmanship

Chris, I tried to call you to see if there were any further questions I could answer about selecting a Vice Chairman of the
RAC, but I keep getting a message that "the number you are calling is not in service".  I don't know if the problem is
possibly on ABC's end.  I dialed 610-727-7444.  Hopefully this is the right number.

I had a couple of questions for you.  Specifically, as we look into the Suspicious Orders project, we would like to interview
some of our members about what they do with the Suspicious Orders and what their recommendations for a "Model"
might be.  Would ABC wish to be interviewed and would you be the appropriate person to respond?  It might take an hour
or two of your time.

Also,  I do have your materials and will look them over again.  It may be that we'd like to ask for more detail but I want to
wait until we determine a contractor, and possibly have him/her talk to you to see if that would be appropriate, first.

Anyway, when you get a chance, please let me know what you think of the above.

Regards,
Anita

---

**From:** Zimmerman, Chris [mailto:CZimmerman@amerisourcebergen.com]
**Sent:** Friday, January 04, 2008 11:10 AM
**To:** Ducca, Anita
**Subject:** RE: RAC Vice Chairmanship

Anita, ABC (Steve or I)  will accept the position of Vice Chairman of the RAC, when will this
appointment become effective?

Once you provide me with an effective date, I will be able to give you a definite on whether it will be
Steve or I.  It all depends on scheduling and time commitments.

Chris

---

**From:** Ducca, Anita [mailto:aducca@hdmanet.org]
**Sent:** Wednesday, January 02, 2008 1:59 PM

2

HDA_MDL_000156500

**To:** Zimmerman, Chris
**Subject:** RAC Vice Chairmanship

Chris,

We are looking at our Committee membership for 2008.  We'd like to know if you (or Steve Mays if you prefer to delegate) would be interested in becoming the Vice Chairman of the Regulatory Affairs Committee. [Redacted]

[Redacted]

Mark Rumble has been serving as Chairman and his term would expire at the end of 2008.   That would mean you (or Steve) would step up to be the Chairman in 2009 and we would then select another Vice Chari.

I would be very happy to talk to you more about it if you are interested.  I'm hopeful you'll be interested, especially since I think we're going to have a lot of DEA issues coming up this year, so your background would be ideal.


Anita

Anita T. Ducca
Senior Director, Regulatory Affairs and Healthcare Policy
Healthcare Distribution Management Association
901 North Glebe Road, Suite 1000
Arlington, VA  22203
Direct: (703) 885-0240
Fax: (703) 935-3200
www.HealthcareDistribution.org

....................................................................

New Release!
***2007-2008 HDMA Factbook***
**Data Central: Supply Chain Research That *Delivers* Results**
Get your copy today!

3