# PSJ3 Exhibit 399

| | |
|---|---|
| **From:** | Ducca, Anita <aducca@hda.org> |
| **Sent:** | Tuesday, October 01, 2013 2:31 AM |
| **To:** | Woodburn, Connie |
| **Cc:** | Baker, Cassi; Giacalone, Robert |
| **Subject:** | Re: HDMA -- Review Requested by Thursday, October 3, 12:00 Noon Eastern |

Connie, I got your email. Tks for getting back to me on this.

Anita

Sent from my iPhone

On Sep 30, 2013, at 5:06 PM, "Woodburn, Connie" <Connie.Woodburn@cardinalhealth.com> wrote:

> Cardinal Health is fine with this draft from the FGAC view. Thanks.
>
> Connie
>
> **From:** Ducca, Anita [mailto:aducca@hdmanet.org]
> **Sent:** Friday, September 27, 2013 12:04 PM
> **To:** Ducca, Anita
> **Subject:** HDMA -- Review Requested by Thursday, October 3, 12:00 Noon Eastern
>
> **To:    Regulatory Affairs Committee**
> **        Federal Government Affairs Committee**
> *Please do not circulate these materials outside of your company's offices as they are intended for HDMA distributor members only. Thank you.*
>
> This is to request your review of the attached <u>DRAFT</u> statement: *Distribution Industry Commitment to Supporting the Prevention of Controlled Substances Diversion.* Your input by Thursday morning, 10/3 would be appreciated. We'll also review it on our regularly scheduled RAC call that afternoon.
>
> As background, over the summer, the RAC committee discussed the possibility of updating the Industry Compliance Guidelines or ICG, which was completed in October of 2008. HDMA staff presented the update idea, along with updating's pros and cons, at the GPPC meeting held Sept. 13. GPPC's guidance was that HDMA should discontinue the current ICG and take it down from the HDMA Website. Instead, they asked us to replace the ICG with a statement to the effect that we're very committed to compliance, but that practices have evolved since 2008.
>
> The attachment is a <u>draft</u> of such a statement for your review.
>
> Please note that although this refers to compliance and SO monitoring, we're asking for FGAC input because the ICG has been discussed/shared on Hill and the intent is to make this statement publically available. So we're soliciting FGAC input in case they have concerns or recommendations for making it more suitable for their purposes. FGAC members are also

1

welcome to join the next RAC call when we'll discuss this. (10/3, 2:00 pm Eastern, Dial-in Number: 888-206-2266, Guest ID: 2533738.) It'll be the first agenda item.

I will be at HDMA's Annual Board and Membership Meeting (ABMM) this weekend through Wednesday, Oct. 3, but will be checking e-mails and voice mails regularly, so please don't hesitate to contact me with questions.

Thank you all for your help and have a good weekend.

*Anita*

Anita T. Ducca
Vice President, Regulatory Affairs
Healthcare Distribution Management Association (HDMA)
901 North Glebe Rd., Suite 1000
Arlington, VA  22203
(703) 885-0240
Fax: (703) 812-5282
e-mail: aducca@hdmanet.org
www.HealthcareDistribution.org

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL                                                                                                                         HDA_MDL_000081416