PSJ3

Exhibit 410

| | |
|---|---|
| **Message** | |
| **From**: | Kelly, Patrick [pkelly@hdmanet.org] |
| **Sent**: | 12/19/2013 8:27:59 PM |
| **To**: | 'ECampbell@amerisourcebergen.com' [ECampbell@amerisourcebergen.com]; Cacciatore, Gary [Gary.Cacciatore@cardinalhealth.com]; 'kcouch@smithdrug.com' [kcouch@smithdrug.com]; Quintero, Gilberto [gilberto.quintero@cardinalhealth.com]; 'treadling@mutualdrug.com' [treadling@mutualdrug.com]; 'ttwitty@hdsmith.com' [ttwitty@hdsmith.com]; 'Donald.Walker@McKesson.com' [Donald.Walker@McKesson.com]; 'czimmerman@amerisourcebergen.com' [czimmerman@amerisourcebergen.com]; Gray, John [jgray@hdmanet.org]; Bittman, Ann [abittman@hdmanet.org]; Gallenagh, Elizabeth [egallenagh@hdmanet.org]; Fri, Perry [pfri@hdmanet.org]; Freitas, Kristen [kfreitas@hdmanet.org]; Ducca, Anita [aducca@hdmanet.org]; Parker, John [jparker@hdmanet.org]; 'george.koch.26@gmail.com' [george.koch.26@gmail.com]; 'pvanderveer@apcoworldwide.com' [pvanderveer@apcoworldwide.com] |
| **CC**: | Johnson, Anne [ajohnson@hdmanet.org] |
| **Subject**: | Follow up: HDMA Drug Diversion Task Force Meeting 12/11/2013 |
| **Attachments**: | Summary of Recommedations from 12-11-13 TF mtg..doc |

Dear HDMA Drug Diversion/DEA Strategy Task Force Members:

Thank you again for joining us last week to discuss development of potential strategies that HDMA could employ to begin to alter the dialogue and outcomes of the drug diversion problem. We greatly appreciate your time and effort as well as the comments and feedback you provided. Attached for your review is the "Summary of Recommendations" that were discussed at the meeting.

This list of recommendations, as well as the additional materials referenced below, will be shared with the HDMA Executive Committee at their upcoming meeting on February 27, 2014.

In advance of the February meeting, it will be necessary to compile information on several action items that were discussed at the meeting. These items are highlighted in the attached document and detailed below.

### Action Items:

1. Item 2(c): HDMA was asked to compile suggestions for specific policies that may be added to a list of potential legislative or administrative changes in existing DEA regulations. Task Force members were encouraged to share suggestions for additional/alternative policy changes that would reduce diversion or improve suspicious order monitoring/reporting. These recommendations will be shared with the HDMA Executive Committee at their upcoming meeting in February. **TIMELINE: Please provide suggestions to Patrick Kelly pkelly@hdmanet.org by January 15, 2014**

2. Item 2(e): At the suggestion of Task Force members, HDMA outside counsel is in the process of reframing the questions that were sent to DEA in July, 2013. These questions will be sent by outside counsel to all members of the Task Force. The members will be asked to provide answers to these questions that best indicate how their company addresses situations relating to diversion prevention and suspicious order monitoring/reporting. Outside counsel will compile the answers to these questions, anonymize the responses and then create an aggregated response document to be shared with members of the Task Force. The aggregated answers, once approved by Task Force members, will be shared with the Executive Committee. **TIMELINE: TBD - target completion February 15, 2014.**

3. Item 3(d): Task Force members were encouraged to provide recommendations for potential external spokespersons/experts who may be engaged to address general media questions

about the importance of safe and secure pharmaceutical distribution as well as distributor efforts to prevent drug diversion.  **TIMELINE: Please provide suggestions to Patrick Kelly pkelly@hdmanet.org by January 15, 2014**

If you have any questions or suggested edits/additions to the Summary of Recommendations document, please contact Patrick Kelly by email pkelly@hdmanet.org or by phone (703) 885-0233.

Thank you.  And on behalf of all the HDMA staff, have a wonderful Holiday and a happy New Year.

Patrick Kelly

CONFIDENTIAL

CAH_MDL2804_01110713