PSJ3

Exhibit 411

| | |
|---|---|
| **From:** | Ducca, Anita <aducca@hda.org> |
| **Sent:** | Thursday, June 13, 2013 3:06 PM |
| **To:** | Ritter, Pam |
| **Subject:** | Fwd: DRAFT Ensuring Patient Access and Effective Drug Enforcement Act |
| **Attachments:** | MARINO_016_xml.pdf; ATT00001.htm |

Pam could you print a copy of attached bill and bring it to me in Fairfax for FGAC. Tks

Anita

Sent from my iPhone

Begin forwarded message:

> **From:** "Cosgrove, Jewelyn" <jcosgrove@hdmanet.org>
> **Date:** June 12, 2013, 3:27:51 PM EDT
> **To:** "Cosgrove, Jewelyn" <jcosgrove@hdmanet.org>
> **Subject: DRAFT Ensuring Patient Access and Effective Drug Enforcement Act**
>
> **To: Federal Government Affairs Committee**
>
> We have received the attached **draft** legislation on DEA prescription drug enforcement activity from Reps. Marino and Blackburn. When we met with their offices on hydrocodone, they mentioned their interest in addressing the broader prescription drug issue and this is the product of their work. This is a very early draft, as you will notice legislative counsel has additional questions within the document. Additionally, there is similar language to the draft legislation Senator Boxer has asked us to review and support.
>
> Marino's office indicated their goals are:
> 1) Clarifying existing authorities under the CSA and requiring escalation of enforcement under certain circumstances; and
> 2) Some sort of mandated continuing dialogue between industry and DEA.
>
> We are still reviewing the draft internally but wanted to share this with you before the FGAC call tomorrow where we will begin preliminary discussion. Rep. Marino's office is very open to feedback and additional ideas.
>
> Rep. Marino is on the House Judiciary Committee and Rep. Blackburn is on the Energy and Commerce Committee.
>
> Thank you,
>
> *Jewelyn*
>
> ..........................................................
> Jewelyn Cosgrove
> Manager, Federal Government Affairs

CONFIDENTIAL                                                                                                         HDA_MDL_000082152

Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org

CONFIDENTIAL						HDA_MDL_000082153