PSJ3

Exhibit 413

FILED UNDER SEAL