PSJ3

Exhibit 414

**Pain Care Forum Communications Working Group Conference Call Agenda**
**April 15, 2:00 pm (Eastern)**
*Call-in number: 888-205-5513*
*Passcode: 282424*

## Agenda

I. Introductions

II. Abuse Deterrent Formulations Coalition – Dan Cohen, Grunenthal

III. House Energy & Commerce Subcommittee on Health – "Improving Predictability and Transparency in DEA and FDA Regulation" – Chrissy Kopple, NACDS
   Ensuring Patient Access and Effective Drug Enforcement Act of 2013

IV. Communications activities – *Drug Store News*/U.S. Pain Foundation – chronic pain microsite

V. New Business