PSJ3

Exhibit 415

Message

| | |
|---|---|
| **From**: | Rosen, Burt [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ROSENBU] |
| **Sent**: | 1/15/2015 2:20:25 PM |
| **To**: | Brian Munroe [munroe.brian@endo.com] |
| **Subject**: | FW: Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act |
| **Attachments**: | MARINO_001_xml.pdf; Marino Blackburn Bill Summary Sept2014.doc; FINAL Patient Access Letter of Support S 2862.doc; DRAFT Patient Access Letter of Support House Bill.doc |

Please call me.

**From:** Cosgrove, Jewelyn [mailto:jcosgrove@hdmanet.org]
**Sent:** Thursday, January 15, 2015 2:17 PM
**To:** Rosen, Burt
**Subject:** Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act

Hi Burt,

Can you share this with the rest of the Pain Care Forum? I know when we discussed this last week I did not have a specific date for reintroduction – now we're looking at next week. Thank you!

All,

Last year, we worked with a number of you on a letter of support from patient groups for legislation introduced in the House and Senate establishing an enforcement escalation procedure for DEA registrants to address agency concerns. For reference, the two bills were the Ensuring Patient Access and Effective Drug Enforcement Act of 2014 (H.R. 4709) in the House by Reps. Marino, Blackburn, Welch and Chu, and the Regulatory Transparency, Patient Access, and Effective Drug Enforcement Act of 2014 (S. 2862) in the Senate from Senators Hatch and Whitehouse.

We have heard from bill sponsors that they would like to reintroduce in the next few weeks in both chambers – the House bill as soon as next week.

We have attached the House language they intend to reintroduce, which is identical to the language passed by the full House of Representatives last summer. This language is similar to the Senate counterpart, which several members of the Pain Care Forum supported last year.

With the process moving quickly, we would like to ask those of you who signed the Senate letter of support from patient groups last year to consider supporting the House legislation. If there are groups who were not able to gain approval to sign the letter last year, we welcome your signature this year. **Please let me know by Thursday, January 22 if you would like to sign on to the letter.**

I have attached a summary of the bill from last year prepared by HDMA and a draft letter of support. I have also attached last year's Senate letter of support (with signatures) for reference.

Please let me know if you have any questions.

Thank you,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                           PPLP004267695

*Jewelyn*

..................................................................
Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                              PPLP004267696