PSJ3

Exhibit 416

**To:** Engesser, Craig[Craig.Engesser@pharma.com]
**Cc:** Bennett, Pamela (Gov't Affairs)[Pamela.Bennett@pharma.com]; Must, Alan[Alan.Must@pharma.com]
**From:** Rosen, Burt
**Sent:** Thur 2/20/2014 11:34:20 AM
**Subject:** Re: FYI: Pharmacists, Distributors Back New House GOP Prescription Drug Abuse Bill

Early days. Just introduced and may never move. Much of this is being accomplished by NABP group now. Suspect we will discuss at Pcf as pharmacy and wholesaler a are behind the proposal


Sent from my iPhone

On Feb 20, 2014, at 10:31 AM, "Engesser, Craig" <Craig.Engesser@pharma.com> wrote:

> Burt: please see Lynne's question to me about the working group.....let me know your thoughts/direction so I can circle back to her....thanks in advance....let me know if you would rather talk live....

**From**: Lynne Batshon [mailto:lbatshon@ascp.com]
**Sent**: Thursday, February 20, 2014 09:46 AM Eastern Standard Time
**To**: Engesser, Craig
**Subject**: Fwd: FYI: Pharmacists, Distributors Back New House GOP Prescription Drug Abuse Bill

Hi Craig,
I am back from maternity leave and on the ground running. I have you on my calendar to call sometime in the next couple of days to touch base.

I am wondering if you've seen the below article and/or heard about this bill. ASCP is not involved but I am interested in investigating further. What is your opinion about the working group? Is this something your company might be interested in?

LJB


> **Lynne Batshon** | *Director of Policy & Advocacy*
> **American Society of Consultant Pharmacists**
> *lbatshon@ascp.com* | *www.ascp.com*
> **tel:** *703.739.1300 ext. 141* | **fax:** *703.739.1321*
> **Experts in geriatric medication management.**
> *Improving the lives of seniors.*


Begin forwarded message:

**From:** Lynne Batshon <lbatshon@ascp.com>
**Subject: FYI: Pharmacists, Distributors Back New House GOP Prescription Drug Abuse Bill**
**Date:** February 20, 2014 9:37:30 AM EST
**To:** "dea14@ascp.com" <dea14@ascp.com>
**Cc:** policygroup <PolicyGroup@ascp.com>, Advocacy Council 14 <ac14@ascp.com>

DAILY NEWS

## Pharmacists, Distributors Back New House GOP Prescription Drug Abuse Bill

Posted: February 19, 2014

Pharmacists and distributors have thrown their support behind a new House bill aimed at combating prescription drug abuse, saying the legislation would promote collaboration between industry and government on enforcement strategies. The bill, introduced by Republican Reps. Tom Marino (PA) and Marsha Blackburn (TN) Tuesday (Feb. 18), was referred to the Energy and Commerce Committee, for which Blackburn is vice chair, and the Judiciary Committee.

The National Community Pharmacists Association and the Healthcare Distribution Management Association issued statements Wednesday (Feb. 19) supporting the measure. HDMA President and CEO John Gray said the bill "will help foster greater collaboration, communication and transparency between industry stakeholders and regulators in our nation's efforts to combat prescription drug abuse." NCPA CEO B. Douglas Hoey said the legislation reflects efforts community pharmacists have been taking to prevent prescription drug abuse.

The "Ensuring Patient Access and Effective Drug Enforcement Act of 2013" would amend the Controlled Substances Act by requiring that companies registered with the Drug Enforcement Administration ensure employees with access to controlled substances meet criminal background checks and drug tests, and manufacturers and distributors who may be at risk of losing their registration be given the chance to submit a corrective action plan.

The new bill also would set up a Combating Prescription Drug Abuse Working Group consisting of 20 members, including those representing DEA, FDA, Office of National Drug Control Policy, patients, pharmacies and manufacturers. The group's main duties would be to report to Congress on federal efforts to reduce prescription drug abuse, identify gaps, review recommendations to transfer controlled substances from schedule III to schedule II under the Controlled Substances Act, and propose ways to reduce diversion or abuse.

CONFIDENTIAL
PPLPC017000518588

**One year after the act is passed, the group would be required to provide recommendations on the following topics:**

- Systems for prescription drug monitoring.
- Illegal internet sites and facilities that distribute and fill prescriptions indiscriminately.
- Facilitation of proper disposal of prescription drugs.
- Identification of geographic areas where prescription drug abuse is prevalent.
- Access to prescription drugs for legitimate medical purposes.
- Collaboration among agencies, especially the DEA and FDA, to coordinate prevention and enforcement efforts.
- Collaboration among federal and state agencies.
- Resources for law enforcement.
- Education of providers, patients, parents and youth on prescription drug abuse.
- Development of abuse-resistant prescription drug products.
- Ways to reduce robberies, burglaries, and cargo theft of prescription drugs.

The working group would terminate two years after the members are appointed. -- *Erin Durkin(edurkin@iwpnews.com)*

**Lynne Batshon** | *Director of Policy & Advocacy*
**American Society of Consultant Pharmacists**
lbatshon@ascp.com | www.ascp.com
**tel:** *703.739.1300 ext. 141* | **fax:** *703.739.1321*
**Experts in geriatric medication management.**
*Improving the lives of seniors.*

CONFIDENTIAL

PPLPC017000518589