PSJ3

Exhibit 419

| | |
|---|---|
| **From:** | Rosen, Burt <Burt.Rosen@pharma.com> |
| **Sent:** | Thursday, March 05, 2015 6:27 PM |
| **To:** | Aaron Gilson; Aimee Welch champion ; Alan McEmber; Alec Stone; Alex Bardakh; Alice Mead; Amy Goldstein; Amy Melnick; Ducca, Anita; Annelies Hall; Ashley Walton ; Barbara Marcanti; Bennett, Pamela (Gov't Affairs); Blair Clark-Schoeb (bcs@egalet.com); Brian Munroe; Bruce Colligen; Caitlin McCormick; Carolyn Ha; Catherine Ferguson; Catherine Underwood; Chris Rorick; Chrissy Kopple; Christin Veasley; Cindy Steinberg; Claudia Campbell ; Crystal Muilenburg; Cynthia Bens ; Dan Cohen ; Dan Ignaszewski; Daniel Raymond; Dave Duhrkoop; David E. Joranson; David Swankin; David Woodmansee; Derek Naten; Donna Kalauokalani; Dr. Alexander Kraus; Elizabeth Peetz; Elora Gupta; Erensen, Jennifer; Erin Morton; Fred Branson II; Gaby Geise; Gail Amalia B. Katz; George Bilyk; Gina Angelo; 'Greg Hicks' (greg.hicks@boehringer-ingelheim.com); Gregory Terman; gwenn herman; Haddox, Dr. J. David; Hayden Rhudy; Henrietta Ukwu; Jacquelin Harris; James Lavery; Janet Favero Chambers; Janet McUlsky; Jason Crosby; Jeremy Scott; Jerrica Mathis; Cosgrove, Jewelyn; Jillanne Schulte; Jillian Manley; Jim Broatch; Jody Green; Jonathan Jagoda; Jonathan Keyserling; Jordan Wildermuth; Joy Buck; Judi Lund Person; June Dahl PhD; Justine Coffey; Karen Hill; Kathleen Strauser; Ken Cole; Ken Sprague; Kevin L. Zacharoff; Kevin Nicholson; Keysha Brooks-Coley; Kirsten Sloan; Freitas, Kristen; Kristen Hedstrom; Kristin Recchiuti; Kyle Simon; Lauryl Jackson (LJackso1 @ITS.JNJ.com); Lee Claassen; Lenore Duensing; Libby Terry; Lisa Pearlstein ; Lisa Robin; Lisa Saake ; Loyce Pace Bass; Marcia Lee Taylor; Mark Fleury; Mark Tyndall ; Marsha Stanton; Marta Sokolowska; Matt Gunderman; McNeil, Melodi ; Michael Barnes; Michael Ghobrial; Michael Jarvis; Michelle Cope; Micke Brown; Mike Heffernan; Mike Innaurato ; Mike Walsh; Myra Christopher; Natacha Pires; Nicole Kelly; Nina DeLorenzo; Patrick Coyne; Paul Arnstein; Paul Gileno; Paul Scott O'Neill; Paul, Ilisa Halpern; Peggy Tighe; Penny Cowan; Peter Reinecke; Peter VanPelt; Philip Saigh Jr.; Phyllis Whitehead; Rebecca Kirch; Robert Falb; Robert Radie; Robert Saner; Robert Twillman; Ron Kuntz; Ronna Hauser; Rosemary Garza; Rosen, Burt; Saira Sultan; Sally Welsh; Sara Rosta; Sarah Buchanan; Sharon Brigner; Sharon Stancliff; Shaw, Solana; Sherrie Dornberger; Steve LaPierre; Steve Marmaras ; Sue Thau; Susan Peschin; Susan Rogers; Susan Stone; Susan Weinstein; Tiffany McCaslin; Tiller, Kimberley; Timothy Byrne; Tina Tockarshewsky; Todd Stamps; Tom O'Donnell; Wade Delk; Whitney Englander; William Gray; Windy Y. Carson-Smith |
| **Subject:** | FW: Final Letter of Support for Ensuring Patient Access and Effective Drug Enforcement Act of 2015 |
| **Attachments:** | Patient Group Letter of Support Senate-3.doc |

Please see the signed letter.

---

**From:** Cosgrove, Jewelyn [mailto:jcosgrove@hdmanet.org]
**Sent:** Thursday, March 05, 2015 1:25 PM
**To:** Rosen, Burt
**Subject:** Final Letter of Support for Ensuring Patient Access and Effective Drug Enforcement Act of 2015

Hi Burt,

1

Attached is the final letter of support from members of the Pain Care Forum and other patient advocate groups. Please circulate to the PCF when you get a chance. We received support from twenty-six different groups and I know the sponsors will be thrilled!

Thank you,

*Jewelyn*

..............................................................
Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org

CONFIDENTIAL

HDA_MDL_000081652