# PSJ3 Exhibit 420

Message

| | |
|---|---|
| **From**: | Bennett, Pamela (Gov't Affairs) [/O=PURDUE/OU=PURDUE US/CN=SALES AND MARKETING - FIELD/CN=BENNETTP] |
| **Sent**: | 1/22/2015 2:53:50 PM |
| **To**: | Tiller, Kimberley [/O=PURDUE/OU=Purdue US/cn=Recipients/cn=TillerK]; Engesser, Craig [/O=PURDUE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Engescr]; Barbarotto, Gina [/O=PURDUE/OU=Purdue US/cn=Recipients/cn=barbagi] |
| **Subject**: | Fwd: Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act |
| **Attachments**: | image001.jpg |

Craig note APhA

Pamela Bennett, RN, BSN, CCE
Cell:

Begin forwarded message:
From: "Ghobrial, Michael" <mghobrial@APHANET.ORG>
Date: January 22, 2015 at 2:46:45 PM EST
To: "Cosgrove, Jewelyn" <jcosgrove@hdmanet.org>, "'Rosen, Burt'" <Burt.Rosen@pharma.com>, 'Aaron Gilson' <amgilson@wisc.edu>, "'Aimee Welch champion '" <awelch_champion@compassionandchoices.org>, 'Alan McEmber' <alan.mcember@abbvie.com>, 'Alec Stone' <astone@ons.org>, 'Alex Bardakh' <abardakh@amda.com>, 'Alice Mead' <apm@gwpharm.com>, 'Aliza Tomlinson' <atomlins@its.jnj.com>, 'Amy Goldstein' <agoldstein@aapainmanage.org>, "'Amy Melnick'" <amym@nationalcoalitionhpc.org>, "Ducca, Anita" <aducca@hdmanet.org>, 'Annelies Hall' <annelies.hall@rmpdc.org>, "'Ashley Walton '" <A.Walton@asahq.org>, 'Barbara Marcanti' <bmarcanti@sjm.com>, "'Bennett, Pamela (Gov't Affairs)'" <Pamela.Bennett@pharma.com>, "'Blair Clark-Schoeb (bcs@egalet.com)'" <bcs@egalet.com>, 'Brian Munroe' <munroe.brian@endo.com>, 'Bruce Colligen' <bcollig@its.jnj.com>, "'Caitlin McCormick'" <CMcCormick@PattonBoggs.com>, "carolyn.ha@ncpanet.org" <carolyn.ha@ncpanet.org>, 'Catherine Ferguson' <catherine.ferguson@abbvie.com>, 'Catherine Underwood' <cunderwood@amctec.com>, 'Chrissy Kopple' <ckopple@nacds.org>, "'Christin Veasley'" <chrisveasley0821@gmail.com>, 'Cindy Steinberg' <csteinberg@rcn.com>, 'Claudia Campbell ' <campbecfun1@yahoo.com>, "'Crystal Muilenburg'" <muilenburg_crystal@allergan.com>, "'Cynthia Bens '" <cbens@agingresearch.org>, 'Dan Cohen ' <cohen.dan2010@gmail.com>, "'Dan Ignaszewski'" <dan@amputee-coalition.org>, 'Daniel Raymond' <raymond@harmreduction.org>, 'Dave Duhrkoop' <davidduhrkoop@gmail.com>, "'David E. Joranson'" <joranson@wisc.edu>, 'David Swankin' <davidswankin@cacenter.org>, 'David Woodmansee' <david.woodmansee@cancer.org>, 'Derek Naten' <Derek.Naten@mallinckrodt.com>, 'Donna Kalauokalani' <dkalauokalani@yahoo.com>, "'Dr. Alexander Kraus'" <Alexander.Kraus@Grunenthal.com>, 'Elora Gupta' <Elora.Gupta@otsuka-us.com>, "'Erensen, Jennifer'" <Jennifer.Erensen@pharma.com>, 'Erin Morton' <erin.morton@dbr.com>, 'Fred Branson II' <fbrason@projectlazarus.org>, "'Gaby Geise'" <ggeise@amda.com>, "'Gail Amalia B. Katz'" <gamaliabkatz@gmail.com>, 'George Bilyk' <gbilyk@its.jnj.com>, 'Gina Angelo' <gina.angelo@abbvie.com>, "'Greg Hicks' (greg.hicks@boehringer-ingelheim.com)'" <greg.hicks@boehringer-ingelheim.com>, 'Gregory Terman' <gwt@u.washington.edu>, 'gwenn herman' <gwenn@pain-connection.org>, "'Haddox, Dr. J. David'" <Dr.J.David.Haddox@pharma.com>, 'Hayden Rhudy' <Hayden.Rhudy@Abbvie.com>, 'Henrietta Ukwu' <henrietta.ukwu@otsuka-us.com>, 'Jacquelin Harris' <Jacquelin.Harris@Abbvie.com>, 'James Lavery' <James.lavery@abbvie.com>, 'Janet Favero Chambers' <jan.chambers@fmcpaware.org>, 'Janet McUlsky' <janet.mculsky@pfizer.com>, 'Jason Crosby' <JCrosby@ichelp.org>, 'Jeremy Scott' <jeremy.scott@dbr.com>, "Schulte, Jillanne" <jschulte@APHANET.ORG>, 'Jillian Manley' <jillian@aapainmanage.org>, 'Jim Broatch' <jwbroatch@aol.com>, 'Jody Green' <jody.green@rmpdc.org>, 'Jonathan Jagoda' <jjagoda@fsmb.org>, "'Jonathan Keyserling'" <jkeyserling@nhpco.org>, 'Jordan Wildermuth' <jwildermuth@connect2amc.com>, 'Joy Buck' <jbuck@hsc.wvu.edu>,

"'Judi Lund Person'" <jlundperson@nhpco.org>, 'June Dahl PhD' <jldahl@wisc.edu>, "Coffey, Justine" <jcoffey@ashp.org>, 'Karen Hill' <karen.hill@tevapharm.com>, 'Kathleen Strauser' <kstrauser@highwaterpartners.net>, 'Ken Cole' <Ken.Cole@pfizer.com>, "'Ken Sprague'" <ksprague@ascp.com>, "'Kevin L. Zacharoff'" <kzacharoff@inflexxion.com>, 'Kevin Nicholson' <knicholson@nacds.org>, 'Keysha Brooks-Coley' <keysha.brooks-coley@cancer.org>, 'Kirsten Sloan' <kirsten.sloan@cancer.org>, "Freitas, Kristen" <kfreitas@hdmanet.org>, 'Kristen Hedstrom' <kristen.hedstrom@bsci.com>, 'Kristin Recchiuti' <KRecchiu@its.jnj.com>, 'Kyle Simon' <ksimon@claad.org>, "'Lauryl Jackson (LJackso1@ITS.JNJ.com)'" <LJackso1@ITS.JNJ.com>, 'Lee Claassen' <lclaassen@ichelp.org>, 'Lenore Duensing' <lduensing@aapainmanage.org>, 'Libby Terry' <Libby.Terry@omnicare.com>, 'Lisa Pearlstein ' <L.Pearlstein@asahq.org>, 'Lisa Robin' <lrobin@fsmb.org>, 'Lisa Saake ' <lisasaake151@gmail.com>, 'Loyce Pace Bass' <loyce.pace@livestrong.org>, 'Marcia Lee Taylor' <marcialee_taylor@drugfree.org>, 'Mark Fleury' <mark.fleury@cancer.org>, 'Mark Tyndall ' <mark.tyndall@mallinckrodt.com>, 'Marsha Stanton' <mstanton@zogenix.com>, 'Marta Sokolowska' <marta.sokolowska@grunenthal.com>, 'Matt Gunderman' <matthew.gunderman@bsci.com>, "'McNeil, Melodi '" <melodi.mcneil@abbvie.com>, 'Michael Barnes' <mbarnes@claad.org>, 'Michael Jarvis' <Michael.jarvis@abbvie.com>, 'Michelle Cope' <mcope@NACDS.org>, 'Micke Brown' <micke.a.brown@gmail.com>, 'Mike Heffernan' <mheffernan@collegiumpharma.com>, 'Mike Innaurato ' <mike.innaurato@inspirionrx.com>, 'Mike Walsh' <mwalsh@allianceforpatientaccess.org>, 'Myra Christopher' <mchristopher@practicalbioethics.org>, 'Natacha Pires' <npires@neuropathy.org>, 'Nicole Kelly' <nicolekelly@verizon.net>, "'Nina DeLorenzo'" <nina.delorenzo@abbvie.com>, 'Patrick Coyne' <user479069@aol.com>, 'Paul Arnstein' <pmarnstein@partners.org>, "'Paul Gileno'" <uspainfoundation@gmail.com>, 'Paul Scott O'Neill' <pso@dcbalaw.com>, "'Paul, Ilisa Halpern'" <ilisa.halpernpaul@dbr.com>, 'Peggy Tighe' <peggy.tighe@ppsv.com>, 'Penny Cowan' <pcowan@theacpa.org>, 'Peter Reinecke' <peter@RSSinc.us>, "VanPelt, Peter" <PVanPelt@APHANET.ORG>, 'Philip Saigh Jr.' <psaigh@connect2amc.com>, 'Phyllis Whitehead' <pbwhitehead@carilionclinic.org>, 'Rebecca Kirch' <rkirch@cancer.org>, 'Robert Falb' <rob.falb@tevapharm.com>, 'Robert Radie' <rr@egalet.com>, 'Robert Saner' <robert.saner@ppsv.com>, 'Robert Twillman' <btwillman@aapainmanage.org>, 'Ron Kuntz' <rkuntz@its.jnj.com>, "Hauser, Ronna" <ronna.hauser@ncpanet.org>, 'Rosemary Garza' <rosemary.garza@medtronic.com>, 'Saira Sultan' <ssultan04@yahoo.com>, "'Sally Welsh'" <sallyw@hpna.org>, 'Sara Rosta' <sara.rosta@ppsv.com>, "'Sarah Buchanan'" <SBuchanan@hmcw.org>, 'Sharon Brigner' <sbrigner@phrma.org>, 'Sharon Stancliff' <stancliff@harmreduction.org>, "'Shaw, Solana'" <Solana.Shaw@pharma.com>, 'Sherrie Dornberger' <executive@nadona.org>, "'Steve LaPierre'" <Steve.LaPierre@bsci.com>, 'Steve Marmaras ' <smarmaras@ghlf.org>, 'Sue Thau' <suerthau@aol.com>, 'Susan Peschin' <speschin@agingresearch.org>, 'Susan Rogers' <susan.k.rogers@verizon.net>, 'Susan Stone' <stone_susan@allergan.com>, 'Susan Weinstein' <SWeinstein@namsdl.org>, 'Tiffany McCaslin' <tiffany.mccaslin@phrma.org>, "'Tiller, Kimberley'" <Kimberley.Tiller@pharma.com>, 'Timothy Byrne' <Byrne.Timothy@endo.com>, 'Tina Tockarshewsky' <ttockars@neuropathy.org>, 'Todd Stamps' <tstamps@pisgahlabs.com>, 'Tom O'Donnell' <todonnell@nacds.org>, 'Wade Delk' <wdelk@goAMP.com>, 'Whitney Englander' <englander@harmreduction.org>, 'William Gray' <william.gray@abbvie.com>, "'Windy Y. Carson-Smith'" <carsonco@aol.com>

**Subject: RE: Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act**

Jewelyn,

Please add the American Pharmacists Association to this letter of support. Thank you to all at HDMA.

Kindly,

Michael

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    PPLP004267619

Michael H Ghobrial, PharmD, JD
Associate Director, Health Policy
American Pharmacists Association
P. (202) 558 2727
F. (202) 429 6300

**From:** Cosgrove, Jewelyn [mailto:jcosgrove@hdmanet.org]
**Sent:** Thursday, January 22, 2015 2:30 PM
**To:** 'Rosen, Burt'; 'Aaron Gilson'; 'Aimee Welch champion '; 'Alan McEmber'; 'Alec Stone'; 'Alex Bardakh'; 'Alice Mead'; 'Aliza Tomlinson'; 'Amy Goldstein'; 'Amy Melnick'; Ducca, Anita; 'Annelies Hall'; 'Ashley Walton '; 'Barbara Marcanti'; 'Bennett, Pamela (Gov't Affairs)'; 'Blair Clark-Schoeb (bcs@egalet.com)'; 'Brian Munroe'; 'Bruce Colligen'; 'Caitlin McCormick'; carolyn.ha@ncpanet.org; 'Catherine Ferguson'; 'Catherine Underwood'; 'Chrissy Kopple'; 'Christin Veasley'; 'Cindy Steinberg'; 'Claudia Campbell '; 'Crystal Muilenburg'; 'Cynthia Bens '; 'Dan Cohen '; 'Dan Ignaszewski'; 'Daniel Raymond'; 'Dave Duhrkoop'; 'David E. Joranson'; 'David Swankin'; 'David Woodmansee'; 'Derek Naten'; 'Donna Kalauokalani'; 'Dr. Alexander Kraus'; 'Elora Gupta'; 'Erensen, Jennifer'; 'Erin Morton'; 'Fred Branson II'; 'Gaby Geise'; 'Gail Amalia B. Katz'; 'George Bilyk'; 'Gina Angelo'; ''Greg Hicks' (greg.hicks@boehringer-ingelheim.com)'; 'Gregory Terman'; 'gwenn herman'; 'Haddox, Dr. J. David'; 'Hayden Rhudy'; 'Henrietta Ukwu'; 'Jacquelin Harris'; 'James Lavery'; 'Janet Favero Chambers'; 'Janet McUlsky'; 'Jason Crosby'; 'Jeremy Scott'; Schulte, Jillanne; 'Jillian Manley'; 'Jim Broatch'; 'Jody Green'; 'Jonathan Jagoda'; 'Jonathan Keyserling'; 'Jordan Wildermuth'; 'Joy Buck'; 'Judi Lund Person'; 'June Dahl PhD'; Coffey, Justine; 'Karen Hill'; 'Kathleen Strauser'; 'Ken Cole'; 'Ken Sprague'; 'Kevin L. Zacharoff'; 'Kevin Nicholson'; 'Keysha Brooks-Coley'; 'Kirsten Sloan'; Freitas, Kristen; 'Kristen Hedstrom'; 'Kristin Recchiuti'; 'Kyle Simon'; 'Lauryl Jackson (LJackso1@ITS.JNJ.com)'; 'Lee Claassen'; 'Lenore Duensing'; 'Libby Terry'; 'Lisa Pearlstein '; 'Lisa Robin'; 'Lisa Saake '; 'Loyce Pace Bass'; 'Marcia Lee Taylor'; 'Mark Fleury'; 'Mark Tyndall '; 'Marsha Stanton'; 'Marta Sokolowska'; 'Matt Gunderman'; 'McNeil, Melodi '; 'Michael Barnes'; Ghobrial, Michael; 'Michael Jarvis'; 'Michelle Cope'; 'Micke Brown'; 'Mike Heffernan'; 'Mike Innaurato '; 'Mike Walsh'; 'Myra Christopher'; 'Natacha Pires'; 'Nicole Kelly'; 'Nina DeLorenzo'; 'Patrick Coyne'; 'Paul Arnstein'; 'Paul Gileno'; 'Paul Scott O'Neill'; 'Paul, Ilisa Halpern'; 'Peggy Tighe'; 'Penny Cowan'; 'Peter Reinecke'; VanPelt, Peter; 'Philip Saigh Jr.'; 'Phyllis Whitehead'; 'Rebecca Kirch'; 'Robert Falb'; 'Robert Radie'; 'Robert Saner'; 'Robert Twillman'; 'Ron Kuntz'; Hauser, Ronna; 'Rosemary Garza'; 'Saira Sultan'; 'Sally Welsh'; 'Sara Rosta'; 'Sarah Buchanan'; 'Sharon Brigner'; 'Sharon Stancliff'; 'Shaw, Solana'; 'Sherrie Dornberger'; 'Steve LaPierre'; 'Steve Marmaras '; 'Sue Thau'; 'Susan Peschin'; 'Susan Rogers'; 'Susan Stone'; 'Susan Weinstein'; 'Tiffany McCaslin'; 'Tiller, Kimberley'; 'Timothy Byrne'; 'Tina Tockarshewsky'; 'Todd Stamps'; 'Tom O'Donnell'; 'Wade Delk'; 'Whitney Englander'; 'William Gray'; 'Windy Y. Carson-Smith'
**Subject:** RE: Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act

All –

Please let me know as soon as possible if you would like your organization's name added to the support letter. I'll finalize the letter tomorrow to have it inserted in the Congressional record at the legislative hearing in the House Energy and Commerce Subcommittee on Health on Tuesday. The bill was reintroduced this morning by Reps. Marino, Blackburn, Welch and Chu. Bill number in the House will be H.R. 471.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                    PPLP004267620

Currently I have:

American Society for Pain Management Nursing
American Academy of Pain Management
Center for Lawful Access and Abuse Deterrence
Citizen Advocacy Center (CAC)
Drug Free America Foundation, Inc.
Hospice and Palliative Nurses Association (HPNA)
National Community Pharmacists Association
National Fibromyalgia & Chronic Pain Association
The Pain Community
Pain Connection-Chronic Pain Outreach Center, Inc.
Save Our Society From Drugs
U.S. Pain Foundation

If I'm missing you, please let me know. Thank you all!

*Jewelyn*

..................................................................
Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org


**From:** Cosgrove, Jewelyn
**Sent:** Tuesday, January 20, 2015 9:56 AM
**To:** 'Rosen, Burt'; Aaron Gilson; Aimee Welch champion ; Alan McEmber; Alec Stone; Alex Bardakh; Alice Mead; Aliza Tomlinson; Amy Goldstein; Amy Melnick; Ducca, Anita; Annelies Hall; Ashley Walton ; Barbara Marcanti; Bennett, Pamela (Gov't Affairs); Blair Clark-Schoeb (bcs@egalet.com); Brian Munroe; Bruce Colligen; Caitlin McCormick; Carolyn Ha; Catherine Ferguson; Catherine Underwood; Chrissy Kopple; Christin Veasley; Cindy Steinberg; Claudia Campbell ; Crystal Muilenburg; Cynthia Bens ; Dan Cohen ; Dan Ignaszewski; Daniel Raymond; Dave Duhrkoop; David E. Joranson; David Swankin; David Woodmansee; Derek Naten; Donna Kalauokalani; Dr. Alexander Kraus; Elora Gupta; Erensen, Jennifer; Erin Morton; Fred Branson II; Gaby Geise; Gail Amalia B. Katz; George Bilyk; Gina Angelo; 'Greg Hicks' (greg.hicks@boehringer-ingelheim.com); Gregory Terman; gwenn herman; Haddox, Dr. J. David; Hayden Rhudy; Henrietta Ukwu; Jacquelin Harris; James Lavery; Janet Favero Chambers; Janet McUlsky; Jason Crosby; Jeremy Scott; Jillanne Schulte; Jillian Manley; Jim Broatch; Jody Green; Jonathan Jagoda; Jonathan Keyserling; Jordan Wildermuth; Joy Buck; Judi Lund Person; June Dahl PhD; Justine Coffey; Karen Hill; Kathleen Strauser; Ken Cole; Ken Sprague; Kevin L. Zacharoff; Kevin Nicholson; Keysha Brooks-Coley; Kirsten Sloan; Freitas, Kristen; Kristen Hedstrom; Kristin Recchiuti; Kyle Simon; Lauryl Jackson (LJacks01@ITS.JNJ.com); Lee Claassen; Lenore Duensing; Libby Terry; Lisa Pearlstein ; Lisa Robin; Lisa Saake ; Loyce Pace Bass; Marcia Lee Taylor; Mark Fleury; Mark Tyndall ; Marsha Stanton; Marta Sokolowska; Matt Gunderman; McNeil, Melodi ; Michael Barnes; Michael Ghobrial; Michael Jarvis; Michelle Cope; Micke Brown; Mike Heffernan; Mike Innaurato ; Mike Walsh; Myra Christopher; Natacha Pires; Nicole Kelly; Nina DeLorenzo; Patrick Coyne; Paul Arnstein; Paul Gileno; Paul Scott O'Neill; Paul, Ilisa Halpern; Peggy Tighe; Penny Cowan; Peter Reinecke; Peter VanPelt; Philip Saigh Jr.; Phyllis Whitehead; Rebecca Kirch; Robert Falb; Robert Radie; Robert Saner; Robert Twillman;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                       PPLP004267621

Ron Kuntz; Ronna Hauser; Rosemary Garza; Saira Sultan; Sally Welsh; Sara Rosta; Sarah Buchanan; Sharon Brigner; Sharon Stancliff; Shaw, Solana; Sherrie Dornberger; Steve LaPierre; Steve Marmaras ; Sue Thau; Susan Peschin; Susan Rogers; Susan Stone; Susan Weinstein; Tiffany McCaslin; Tiller, Kimberley; Timothy Byrne; Tina Tockarshewsky; Todd Stamps; Tom O'Donnell; Wade Delk; Whitney Englander; William Gray; Windy Y. Carson-Smith
**Subject:** RE: Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act

All,

A reminder to please let me know by this Thursday if you would like your organization's name to be added to the patient group support letter for the reintroduction of the Ensuring Patient Access and Effective Drug Enforcement Act of 2015. We expect the legislation to be reintroduced tomorrow or Thursday in the House, and in the next few weeks in the Senate. Should you have any questions about the legislation, please don't hesitate to reach out.

Attached: Bill summary, bill text, draft patient group letter of support.

Thank you,

*Jewelyn*

..............................................................
Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org


**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Thursday, January 15, 2015 2:19 PM
**To:** Aaron Gilson; Aimee Welch champion ; Alan McEmber; Alec Stone; Alex Bardakh; Alice Mead; Aliza Tomlinson; Amy Goldstein; Amy Melnick; Ducca, Anita; Annelies Hall; Ashley Walton ; Barbara Marcanti; Bennett, Pamela (Gov't Affairs); Blair Clark-Schoeb (bcs@egalet.com); Brian Munroe; Bruce Colligen; Caitlin McCormick; Carolyn Ha; Catherine Ferguson; Catherine Underwood; Chrissy Kopple; Christin Veasley; Cindy Steinberg; Claudia Campbell ; Crystal Muilenburg; Cynthia Bens ; Dan Cohen ; Dan Ignaszewski; Daniel Raymond; Dave Duhrkoop; David E. Joranson; David Swankin; David Woodmansee; Derek Naten; Donna Kalauokalani; Dr. Alexander Kraus; Elora Gupta; Erensen, Jennifer; Erin Morton; Fred Branson II; Gaby Geise; Gail Amalia B. Katz; George Bilyk; Gina Angelo; 'Greg Hicks' (greg.hicks@boehringer-ingelheim.com); Gregory Terman; gwenn herman; Haddox, Dr. J. David; Hayden Rhudy; Henrietta Ukwu; Jacquelin Harris; James Lavery; Janet Favero Chambers; Janet McUlsky; Jason Crosby; Jeremy Scott; Cosgrove, Jewelyn; Jillanne Schulte; Jillian Manley; Jim Broatch; Jody Green; Jonathan Jagoda; Jonathan Keyserling; Jordan Wildermuth; Joy Buck; Judi Lund Person; June Dahl PhD; Justine Coffey; Karen Hill; Kathleen Strauser; Ken Cole; Ken Sprague; Kevin L. Zacharoff; Kevin Nicholson; Keysha Brooks-Coley; Kirsten Sloan; Freitas, Kristen; Kristen Hedstrom; Kristin Recchiuti; Kyle Simon; Lauryl Jackson (LJackso1@ITS.JNJ.com); Lee Claassen; Lenore Duensing; Libby Terry; Lisa Pearlstein ; Lisa Robin; Lisa Saake ; Loyce Pace Bass; Marcia Lee Taylor; Mark Fleury; Mark Tyndall ; Marsha Stanton; Marta Sokolowska; Matt Gunderman; McNeil, Melodi ; Michael Barnes; Michael Ghobrial; Michael Jarvis; Michelle Cope; Micke Brown; Mike Heffernan; Mike Innaurato ; Mike Walsh; Myra Christopher; Natacha Pires; Nicole Kelly; Nina DeLorenzo; Patrick Coyne; Paul Arnstein; Paul Gileno; Paul Scott O'Neill; Paul, Ilisa Halpern; Peggy Tighe; Penny Cowan; Peter Reinecke; Peter VanPelt; Philip Saigh Jr.; Phyllis Whitehead; Rebecca Kirch; Robert Falb; Robert Radie; Robert Saner; Robert Twillman;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PPLP004267622

Ron Kuntz; Ronna Hauser; Rosemary Garza; Rosen, Burt; Saira Sultan; Sally Welsh; Sara Rosta; Sarah Buchanan; Sharon Brigner; Sharon Stancliff; Shaw, Solana; Sherrie Dornberger; Steve LaPierre; Steve Marmaras ; Sue Thau; Susan Peschin; Susan Rogers; Susan Stone; Susan Weinstein; Tiffany McCaslin; Tiller, Kimberley; Timothy Byrne; Tina Tockarshewsky; Todd Stamps; Tom O'Donnell; Wade Delk; Whitney Englander; William Gray; Windy Y. Carson-Smith
**Subject:** FW: Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act

**From:** Cosgrove, Jewelyn [mailto:jcosgrove@hdmanet.org]
**Sent:** Thursday, January 15, 2015 2:17 PM
**To:** Rosen, Burt
**Subject:** Reintroduction of Ensuring Patient Access and Effective Drug Enforcement Act

Hi Burt,

Can you share this with the rest of the Pain Care Forum? I know when we discussed this last week I did not have a specific date for reintroduction – now we're looking at next week. Thank you!

All,

Last year, we worked with a number of you on a letter of support from patient groups for legislation introduced in the House and Senate establishing an enforcement escalation procedure for DEA registrants to address agency concerns. For reference, the two bills were the Ensuring Patient Access and Effective Drug Enforcement Act of 2014 (H.R. 4709) in the House by Reps. Marino, Blackburn, Welch and Chu, and the Regulatory Transparency, Patient Access, and Effective Drug Enforcement Act of 2014 (S. 2862) in the Senate from Senators Hatch and Whitehouse.

We have heard from bill sponsors that they would like to reintroduce in the next few weeks in both chambers – the House bill as soon as next week.

We have attached the House language they intend to reintroduce, which is identical to the language passed by the full House of Representatives last summer. This language is similar to the Senate counterpart, which several members of the Pain Care Forum supported last year.

With the process moving quickly, we would like to ask those of you who signed the Senate letter of support from patient groups last year to consider supporting the House legislation. If there are groups who were not able to gain approval to sign the letter last year, we welcome your signature this year. **Please let me know by Thursday, January 22 if you would like to sign on to the letter.**

I have attached a summary of the bill from last year prepared by HDMA and a draft letter of support. I have also attached last year's Senate letter of support (with signatures) for reference.

Please let me know if you have any questions.

Thank you,

*Jewelyn*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                                    PPLP004267623

............................................................................
Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER					PPLP004267624