# PSJ3

# Exhibit 421

| | |
|---|---|
| From: | Kathy Kulkarni <KK@rubicondc.com> |
| To: | Aiken Hackett; Bill Burke; Bob Giacalone; Castel, Carolyn; Carolyn Grant; Connie Woodburn; Dana Lichtenberg; Danielle Hagan; Danielle Veira; Debbie Mitchell; Debra Barrett; Cutler, Heather A.; John Parker; Foster, Jordan; Karen Lyons; Keith Nahigian; Ken Nahigian (ken@nahigianstrategies.com); Kristen Freitas; Schlaifer, Marissa C; Marva Gray; Michael Brzica; Nicole Mann; Tankut, Papatya; Patrick Kelly; Rob Falb; Sandy Marks; Sheila Thelemann; Stacey Fahrner; Sylvia Trujillo; Todd Askew; Todd Smith; Tom Novelli |
| Sent: | 2/19/2014 6:50:58 PM |
| Subject: | Alliance to Prevent the Abuse of Medicines - Legislative Concepts - Comments Due by Wednesday February 26th at 3p |
| Attachments: | Legislative Concepts HIGHLIGHTED CHANGES Working Draft 2 19 14.docx |

All,

Please find attached the legislative concepts document for your review. As discussed today, please have your comments back to us by Wednesday February 26th at 3p. We will then turn it around and have a finalized document by the end of the week. The physician notification provision is still underway, but in the meantime if we are able to have final agreement on the base legislative concepts it would be great.

As requested, highlighted in yellow are the provisions that reflect changes to the document and will require your careful review and approval. With respect to inclusion of law enforcement references, these references were pulled in along with reference to state laws. Given the Alliance's public health perspective, we should feel free to have our legislation encourage states to pursue a public health approach over a law enforcement approach, and we welcome any edits to that end.

Thanks very much.

Regards,
Kathy

*Kathy Kulkarni*
*Rubicon Advisors*
*1455 Pennsylvania Avenue, NW*
*Suite 400*
*Washington, DC 20004*

*Office: 202-652-2289*
*Mobile: 202-236-2656*
*Email: kk@rubicondc.com*

CONFIDENTIAL

CVS-MDLT1-000079145