PSJ3

Exhibit 423

| | |
|---|---|
| From: | Kathy Kulkarni <KK@rubicondc.com> |
| To: | Aiken Hackett; Jenkins, Ann; Bill Burke; Bob Giacalone; Castel, Carolyn; Carolyn Grant; Connie Woodburn; Dana Lichtenberg; Danielle Hagan; Danielle Veira; Debbie Mitchell; Debra Barrett; Cutler, Heather A.; John Parker; Foster, Jordan; Karen Lyons; Keith Nahigian; Kelly Jakubek; Ken Nahigian (ken@nahigianstrategies.com); Kristen Freitas; Marva Gray; Matt Simmons; Michael Brzica; Nicole Beckstrand; Nicole Mann; Tankut, Papatya; Patrick Kelly; Rob Falb; Sandy Marks; Schlaifer, Marissa C; Sheila Thelemann; Ross, Sol; Stacey Fahrner; Sylvia Trujillo; Todd Askew; Todd Smith; Tom Novelli |
| Sent: | 6/20/2014 3:02:55 PM |
| Subject: | Alliance: Trust for America's Health Agenda and Attendees |
| Attachments: | TFAH Alliance to Prevent the Abuse of Medicines Agenda.docx; TFAH2013RxDrugAbuseRpt16.pdf |

All,

Please find attached a draft agenda for our meeting on Monday at 2:00p with the Trust For America's Health. Attached also for your reference is their report on prescription drug abuse, published in October 2013.

TFAH's leadership team is attending, and due to space limitations, they have asked us to limit ourselves to one person per member organization. We have listed the principal government affairs representative from each member organization (or the specific name of the person you provided to us) as attending. We apologize for this limitation and hope you understand.

For those attending, let's plan to meet at 1730 M Street NW, Suite 900 between 1:45-1:50p.

Regards,
Kathy

*Kathy Kulkarni*
*Rubicon Advisors*
*1455 Pennsylvania Avenue, NW*
*Suite 400*
*Washington, DC 20004*

*Office: 202-652-2289*
*Mobile: 202-236-2656*
*Email:* kk@rubicondc.com

CONFIDENTIAL

CVS-MDLT1-000103561