PSJ3

Exhibit 424

| | |
|---|---|
| From: | Kathy Kulkarni <KK@rubicondc.com> |
| To: | 'Kelly, Patrick' |
| CC: | Aiken Hackett; Bill Burke; Bob Giacalone; Castel, Carolyn; Carolyn Grant; Connie Woodburn; Dana Lichtenberg; Danielle Hagan; Danielle Veira; Debbie Mitchell; Debra Barrett; Cutler, Heather A.; Foster, Jordan; Karen Lyons; Keith Nahigian; Ken Nahigian (ken@nahigianstrategies.com); Schlaifer, Marissa C; Marva Gray; Michael Brzica; Nicole Mann; Tankut, Papatya; Rob Falb; Sandy Marks; Sheila Thelemann; Stacey Fahrner; Sylvia Trujillo; Todd Askew; Todd Smith; Tom Novelli |
| Sent: | 1/15/2014 11:13:42 AM |
| Subject: | Alliance to Prevent the Abuse of Medicines - Revised ONDCP Slide Deck |
| Attachments: | Alliance to Prevent the Abuse of Medicines - ONDCP Meeting Slides - January 15 2014.pptx |

Revised version based on additional comment below. I think everyone has submitted comments but if not, we are available until 12:00p to incorporate any additional suggestions. Thanks again.

Kathy

**From:** Kelly, Patrick [mailto:pkelly@hdmanet.org]
**Sent:** Wednesday, January 15, 2014 11:07 AM
**To:** Kathy Kulkarni
**Cc:** Aiken Hackett; Bill Burke; Bob Giacalone; Carolyn Castel; Carolyn Grant; Connie Woodburn; Dana Lichtenberg; Danielle Hagan; Danielle Veira; Debbie Mitchell; Debra Barrett; Heather Cutler; Jordan Foster; Karen Lyons; Keith Nahigian; Ken Nahigian (ken@nahigianstrategies.com); Marissa Schlaifer; Marva Gray; Michael Brzica; Nicole Mann; Papatya Tankut; Rob Falb; Sandy Marks; Sheila Thelemann; Stacey Fahrner; Sylvia Trujillo; Todd Askew; Todd Smith; Tom Novelli
**Subject:** Re: Alliance to Prevent the Abuse of Medicines - Draft ONDCP Slides

Minor suggestion on slide 3 bullet 3 first sentence.  Could we insert the term "consensus"  eg. "Lawmakers have not had an industry -based organization to turn to for consensus driven policy solutions to address prescription drug abuse and diversion."

Tees up an opportunity to reference PDSA (pharmaceutical distribution security alliance) as an example of a multidisciplinary coalition that worked together to help draft and secure passage of the Drug Quality and Security Act.

Good luck in the meeting today.

Patrick

Sent from my iPhone

On Jan 14, 2014, at 7:17 PM, "Kathy Kulkarni" <KK@rubicondc.com> wrote:

All,

Please find attached draft slides for tomorrow's ONDCP meeting. Please let me know of any changes/edits by **12:00pm**. We will incorporate your suggestions and have final copies of the slides ready for our 2:00pm prep meeting. We ask those attending the ONDCP meeting to please come in person so we can take care of any final organization needs for the meeting, and others are welcome to call in.

Thanks very much.

Regards,
Kathy

*Kathy Kulkarni*
*Rubicon Advisors*
*1455 Pennsylvania Avenue, NW*

**CONFIDENTIAL**                                                                                                                            CVS-MDLT1-000103494

*Suite 400*
*Washington, DC 20004*

*Office: 202-652-2289*
*Mobile: 202-236-2656*
*Email: <u>kk@rubicondc.com</u>*

<Alliance to Prevent the Abuse of Medicines - ONDCP Meeting Slides - January 15 2014.pptx>

**CONFIDENTIAL**                                                                                                                          **CVS-MDLT1-000103495**