PSJ3 Exhibit 425

| | |
|---|---|
| **From:** | Schlaifer, Marissa C </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARISSA.SCHLAIFER> |
| **To:** | Jenkins, Ann |
| **CC:** | Ross, Sol; Cutler, Heather A.; Foster, Jordan |
| **Sent:** | 7/15/2014 4:44:33 PM |
| **Subject:** | FW: Alliance: HR 4709 Sign On Letter to Speaker Boehner - Deadline tomorrow at 3p |
| **Attachments:** | Stakeholder Letter of Support HR 4709.doc |

Ann –

This seems fine to me, but I think it's your call. Do you want to let me know or respond to Kathy and copy me?

Thanks,
Marissa

Marissa Schlaifer, R.Ph. I CVS Caremark I Head of Policy I 1300 I Street, N.W., Suite 525 West, Washington, DC 20005 I 202-772-3538 I marissa.schlaifer@cvscaremark.com

**From:** Kathy Kulkarni [mailto:KK@rubicondc.com]
**Sent:** Tuesday, July 15, 2014 4:36 PM
**To:** Aiken Hackett; Walker-Jenkins, Ann; Bill Burke; Bob Giacalone; Castel, Carolyn; Carolyn Grant; Connie Woodburn; Dana Lichtenberg; Danielle Hagan; Danielle Veira; Debbie Mitchell; Debra Barrett; Cutler, Heather; John Parker; Foster, Jordan; Karen Lyons; Keith Nahigian; Kelly Jakubek; Ken Nahigian (ken@nahigianstrategies.com); Kristen Freitas; Mark Herzog; Marva Gray; Matt Simmons; Michael Brzica; Nicole Beckstrand; Nicole Mann; Tankut, Papatya; Patrick Kelly; Randi Kahn; Rob Falb; Sandy Marks; Schlaifer, Marissa; Sheila Thelemann; Ross, Sol; Stacey Fahrner; Sylvia Trujillo; Todd Askew; Todd Smith; Tom Novelli
**Subject:** Alliance: HR 4709 Sign On Letter to Speaker Boehner - Deadline tomorrow at 3p

All,

The Alliance has been asked to sign on to the attached support letter for HR 4709 (Blackburn/Marino/Welch/Chu). Current signers include HDMA, NACDS and NCPA. The letter asks for swift House floor consideration of the bill.

The deadline to turn this around is tight – we ask if you could please let us know if you approve by tomorrow, Wednesday July 16th at 3p.

The Alliance sent an endorsement letter for this bill during its legislative hearing and markup. The letter would be signed by the Alliance, not the individual members.

Thanks for your consideration.

Regards,
Kathy

*Kathy Kulkarni*
*Rubicon Advisors*
*1455 Pennsylvania Avenue, NW*
*Suite 400*
*Washington, DC 20004*

*Office: 202-652-2289*
*Mobile: 202-236-2656*
*Email: kk@rubicondc.com*

CONFIDENTIAL

CVS-MDLT1-000093530