# PSJ3 Exhibit 429

Message

| | |
|---|---|
| **From**: | Robert.Giacalone@cardinalhealth.com [Robert.Giacalone@cardinalhealth.com] |
| **Sent**: | 11/16/2015 7:21:28 PM |
| **To**: | Linden Barber [linden.barber@quarles.com] |
| **Subject**: | Fwd: Update on Hatch-Whitehouse - confidential |

fyi

Begin forwarded message:

> **From:** "Woodburn, Connie" <Connie.Woodburn@cardinalhealth.com>
> **Date:** November 16, 2015 at 2:18:52 PM EST
> **To:** "Morford, Craig" <craig.morford@cardinalhealth.com>, "Giacalone, Robert" <Robert.Giacalone@cardinalhealth.com>
> **Subject: FW: Update on Hatch-Whitehouse - confidential**
>
> FYI – see below.
>
> ---
>
> **From:** Freitas, Kristen [mailto:kfreitas@hdmanet.org]
> **Sent:** Monday, November 16, 2015 1:46 PM
> **To:** Woodburn, Connie
> **Subject:** Update on Hatch-Whitehouse - confidential
>
> Connie - Matthew asked me to not share this but in the event that the news is trickling out, I wanted to let you know Matthew has a verbal agreement from DEA/DOJ to go back to the language that all stakeholders (Endo, Purdue, HDMA and NACDS) agreed to in the beginning of September (below). He is waiting for written confirmation from them and will be talking with Grassley staff about the option for a markup.
>
> > "In this subsection, the phrase 'Imminent danger to the public health or safety' means that, due to the failure of the registrant to maintain effective controls against diversion or otherwise comply with the obligations of a registrant under this subchapter or subchapter II of this title, there is a substantial likelihood of an immediate threat that death, serious bodily harm, or abuse of a controlled substances will occur in the absence of an immediate suspension of the registration."
>
> I will have more information on strategy once I have further confirmation from Matthew.
>
> Kristen LaRose Freitas
> Vice President, Federal Government Affairs
> Healthcare Distribution Management Association
> 901 N. Glebe Rd., Suite 1000
> Arlington, VA  22203
> 703-885-0232 – phone
> 703-812-5282 – fax
> kfreitas@hdmanet.org

CONFIDENTIAL                                                                                                          CAH_MDL2804_02467634