PSJ3 Exhibit 430

# FILED UNDER SEAL