# PSJ3 Exhibit 431

| | |
|---|---|
| **From:** | DiLoreto, Matthew |
| **Sent:** | Monday, May 01, 2017 3:59 PM |
| **To:** | 'Mitchell, Beth' |
| **Subject:** | RE: HDA Letters supportive of opioid approaches in the states |
| **Attachments:** | HDMA Memo In Support- emergency delivery legislation.pdf; HDMA support letter - S 524 (CARA).pdf |

Beth –

Sorry for the delay on this project, but I was really hoping to find something. No one can reference any blanket letter of support that we have issued on Opioid abuse issues in the past outside of our support for CARA at the federal level (attached). Between you and I, I totally agree that we need to begin openly supporting some measures rather than always opposing. We were going to support the Governors opioid abuse package in CT but it moved before we could even get a letter out.

Bottom line is I talked with both Patrick and Liz and they cannot recall any time that we openly and publicly supported an opioid abuse prevention measure.

Matthew DiLoreto
Vice President - State Government Affairs
Healthcare Distribution Alliance (HDA)
mdiloreto@hda.org
703-885-0236 (Office)
717-319-1654 (Cell)

**From:** Mitchell, Beth [mailto:BMitchell@amerisourcebergen.com]
**Sent:** Monday, May 01, 2017 10:26 AM
**To:** DiLoreto, Matthew
**Subject:** Re: HDA Letters supportive of opioid approaches in the states

Hi Matt - have you been able to find anything? Any state bills or approaches we have ever been able to say yes we support this as an effort to address opioid abuse?

On Apr 14, 2017, at 9:58 AM, Mitchell, Beth <BMitchell@amerisourcebergen.com> wrote:

> Thank you. No worries I feel the same - trying to get a feel for what has been done before my time/while I was gone from the company too. Just want to share with some folks internally what we have been able to say we support in the states re approaches to address opioid crisis.
>
> On Apr 14, 2017, at 9:20 AM, DiLoreto, Matthew <mdiloreto@hda.org> wrote:
>
>> Again, sorry. I will need to dig through the old files for these since they were before my time. I have not issued a letter of support since I was here and not sure who may have.
>>
>> Matthew DiLoreto
>> Vice President - State Government Affairs
>> Healthcare Distribution Alliance (HDA)
>> mdiloreto@hda.org

CONFIDENTIAL                                                                                                    HDA_MDL_000214979

703-885-0236 (Office)
717-319-1654 (Cell)


**From:** Mitchell, Beth [mailto:BMitchell@amerisourcebergen.com]
**Sent:** Thursday, April 13, 2017 3:08 PM
**To:** DiLoreto, Matthew <mdiloreto@hda.org>
**Subject:** HDA Letters supportive of opioid approaches in the states

Matt – can you send the letter HDA sent last year in CT supporting the Governor's opioid legislation? And also send any other letters that HAD has sent that are supportive of opioid legislation similar to what NC is proposing? Thank you.


http://www.newsobserver.com/news/politics-government/state-politics/article143848634.html



**Beth Mitchell** *(formerly Beth Stafford)*
AmerisourceBergen
Director - State Government Affairs
412 1st Street SE, Suite 200
Washington, DC 20003
Work: 202-799-3505
Mobile: 202-236-8490

AmerisourceBergen.com


CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL                                                                                                                         HDA_MDL_000214980