# PSJ3

# Exhibit 433

| | |
|---|---|
| **From:** | Daniel Cohen |
| **To:** | Cara Moon; Dan Cohen; 'Damon Smith'; 'Rob Falb'; 'Green, Jody, Ph.D'; 'Jan Chambers'; mbarnes@claad.org; Rosen, Burt; 'Brian Munroe'; 'Marcia Lee Taylor'; dcarlson@collegiumpharma.com; 'Marta Sokolowska'; Bzynurse1@aol.com; mbarnes@claad.org; 'Nathan Langley'; jan.f.chambers@gmail.com; Mark Strobeck; 'Mike Innaurato'; wadebdelk@gmail.com; Alexander Kraus; 'Paul Gileno'; Travis Mickle; 'Nathan Langley'; 'Baker, Clark'; 'Naten, Derek'; Mark.Tyndall@mallinckrodt.com; Blair Clark-Schoeb; 'Zachary Burkes'; Jeffrey Dayno; gsturmer@elysiumrx.com; Bennett, Pamela (Gov't Affairs); Must, Alan; Stanton_marsha@yahoo.com; mtstamps74@gmail.com; mdegeorge@collegiumpharma.com; mstanton@painadvocate.com; asoscia@atlanticpharma.com; 'Deborah Simpson'; pclemens@acurapharm.com; Bob Jones; jemigh@acurapharm.com; 'Andrea Golfinopoulos'; IOdidi@intellipharmaceutics.com; Sandra@nccdp.org; 'Robert Twillman'; 'James Heins'; NCCDPCorporate@nccdp.org; Sandra@nccdp.org; 'Fred Wells Brason II'; 'Lent III, Norman F.'; 'Renberg, Dan'; 'English, Philip'; david@alcobra-pharma.com; 'Webb, Kevin J'; Marcus Juliano; Andrew Barrett; 'john hsu'; jwenger@shjlobby.com; Marcus Juliano; Shlomo.harnas@grunenthal.com; thermes@depomed.com; 'Langner, Klaus-Dieter'; 'Ebner, Siegfried'; Landau, Dr. Craig (US); Bob Radie; 'Cindy Steinberg' |
| **CC:** | adf@mcginnandcompany.com; 'Slobodin, Alan'; mwalsh@allianceforpatientaccess.org; 'Dart, Richard MD'; Robinson, Walter; 'Shaina Smith'; Michele Roy; 'Peter Pitts'; 'Chris Miller'; brian.corrigan@greenleafhealthllc.com; 'Josephine M. Torrente'; 'Etan J. Yeshua'; Nesbit, Sonja |
| **Sent:** | 11/15/2017 4:14:10 PM |
| **Subject:** | AG Letter calling for the repeal of the Ensuring Patient Access and Effective Drug Enforcement Act of 2016 |
| **Attachments:** | NAAG Letter re Repeal of Ensuring Patient Access and Effective Drug Enforcement Act of 2016.pdf |

All,

Please find attached and linked a copy of a letter from the National Association of Attorneys General calling for the repeal of the Ensuring Patient Access and Effective Drug Enforcement Act of 2016

http://www.naag.org/assets/redesign/files/sign-on-letter/NAAG%20Letter%20re%20Repeal%20of%20Ensuring%20Patient%20Access%20and%20Effective%20Drug%20Enforcement%20Act%20of%202016.pdf

FYI

Dan

**Dan Cohen**
**Chair – Abuse Deterrent Coalition**
1001 Pennsylvania Avenue, NW
13th Floor, North
Washington, D.C. 20004

abusedeterrent.org

202.329.1825
Cohen.dan2010@gmail.com