PSJ3

Exhibit 435

| | |
|---|---|
| **From:** | Freitas, Kristen |
| **Sent:** | Monday, October 16, 2017 11:53 PM |
| **To:** | Callinicos, Sean |
| **Subject:** | RE: this was really cheesy by PhRMA! |

I know John Parker was talking to PhRMA earlier this afternoon as they were very upset about their lobbying numbers being included in the Post since they never lobbied on it. I'm not sure if he broached this issue.

**From:** Callinicos, Sean [mailto:sean.callinicos@cardinalhealth.com]
**Sent:** Monday, October 16, 2017 7:49 PM
**To:** Freitas, Kristen
**Subject:** RE: this was really cheesy by PhRMA!

Are/can we do anything about it?

**From:** Freitas, Kristen [mailto:kfreitas@hda.org]
**Sent:** Monday, October 16, 2017 7:47 PM
**To:** Callinicos, Sean <sean.callinicos@cardinalhealth.com>
**Subject:** Re: this was really cheesy by PhRMA!

[ External Email ]
I thought it was a cheap shot.

On Oct 16, 2017, at 7:45 PM, Callinicos, Sean <sean.callinicos@cardinalhealth.com> wrote:

> http://catalyst.phrma.org/phrma-response-to-washington-post-and-60-minutes-stories?utm_campaign=Subscribe&utm_source=hs_email&utm_medium=email&utm_content=57407913&_hsenc=p2ANqtz-_-f2svPVJzXugYr_jD2D6wg_2VslNer7XhAqxPnvtTJBI4Tyis6yTOok6cAZllpz-rT34qw-LdFQAE8kD-0ZMH20r8wA&_hsmi=57407913
>
> "With regards to the recent *Washington Post & 60 Minutes* stories, we want to be clear that PhRMA did not support or lobby in favor of the Ensuring Patient Access and Effective Drug Enforcement Act and reports that PhRMA spent $40 million lobbying this bill are unequivocally false.
>
> Had we been contacted by these news outlets in advance of their stories running, we would have explained our longstanding support for enhanced law enforcement efforts to fight the opioid epidemic (as evidenced here and here). <u>We also urge Congress to demand an independent assessment of whether the DEA has sufficient controls and authorities in place to prevent illicit diversion of controlled substances. And we believe that Congress should consider whether existing criminal and civil penalties are sufficient for repeated failures of DEA registrants, particularly distributors, to ensure that they report suspicious orders for controlled substances in a timely manner.</u>"

CONFIDENTIAL	HDA_MDL_000212533

> Sean Callinicos
> Senior Vice President, Government Relations
> 1455 Pennsylvania, NW
> Suite 1180
> Washington, DC 20004
> 202 650 5423 work
> 202 271 1702 mobile

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html

CONFIDENTIAL	HDA_MDL_000212534