PSJ3

Exhibit 438



February 23, 2018

TO:  Executive Committee, HDA

FROM:  Reservoir Communications Group

RE:  <u>Progress Report (February 20 – February 23, 2018)</u>

Below is an update of activities related to Reservoir Communications Group's engagement, which includes the proactive education initiative, ally development and media engagement. During this time, we have focused on:

- Continuing to promote Allied Against Opioid Abuse (AAOA) through partner amplification, paid media and social media;
- Conducting a national research survey to measure the need for greater education to prevent prescription opioid abuse and misuse, awareness of how to properly store and dispose of prescription opioids and how increased education may affect future behaviors;
- Finalizing plans for local launch events / programming in the six target states and continuing to build relationships with organizations on the ground;
- Fielding inquiries from organizations interested in working with AAOA in some capacity and vetting their interest and alignment;
- Responding in real-time to local and regional news stories, providing HDA's statement and materials as well as taking the opportunity to conduct background briefings with reporters on broader issues; and
- Engaging third parties and thought leaders to inform them of distributors' role in the supply chain and the regulatory environment.

I. **Proactive Effort to Address the Opioid Crisis: National and State Partner-Based Educational Initiative**

*Allied Against Opioid Abuse*

Since launching, more than 13,400 users have visited the AAOA website. <u>"Rights, Risks and Responsibilities"</u> is currently the most popular educational resource, with more than 9,830 page views and 137 downloads. In total, there have been 267 downloads of AAOA's suite of resources.

We are also using paid media to promote AAOA and its content with promoted Twitter campaigns, 15 second radio ads on WAMU (D.C.'s local NPR station) and sponsorship of the *Axios Vitals* newsletter this week.

We are building AAOA's social profile on Twitter. We have garnered over 440 followers including our partners, other public health organizations and professionals, opioid and drug abuse prevention-focused groups, HDA member companies and the general public. This week's content generated 160,748 promoted and organic impressions.

1

The partners – Caregiver Action Network, Mental Health America, National Alliance of State Pharmacy Associations, National Council on Patient Information and Education (NCPIE) and the PA Foundation – are sharing AAOA content across their social channels, websites and newsletters.

We had a call with NCPIE this week to discuss other ways that they can help promote AAOA and its resources. We also finalized and pitched a joint op-ed with James Cawley, president of the PA Foundation.

We continue to hear positive feedback from external groups. Several organizations have reached out to inquire about collaborating with AAOA. We are vetting those inquiries and engaging as appropriate.

<u>Next Steps</u>

We will continue to leverage partner engagement and social media to drive awareness of AAOA and its resources. Additionally, we will continue partner recruitment efforts, focusing both on follow-up outreach to those organizations with whom we previously had productive discussions and new organizations identified as prospective partners.

We are also planning an in-person meeting with the partners in mid-March. At the meeting, we will discuss AAOA plans, how partners can continue to engage and additional content needs.

In conjunction with the partner meeting, we will host a materials summit. The purpose of the summit is to identify gaps in educational materials, audience specific messages and needs, and how as a coalition we can help to fill those voids. We will invite other public health organizations (and potential AAOA partners) to attend the summit.

**National Survey with Morning Consult**

While public health experts and elected officials frequently point to the need for greater education and awareness to help prevent prescription opioid abuse and misuse, there is little research. We developed and fielded a national survey with *Morning Consult* to examine this topic. The survey is a national sampling of the general public conducted from February 16 - 18, 2018.

The results reaffirm that individuals would be more likely to safely dispose of prescription opioids if they had information on how to do so properly and doctors are the most trusted source for disseminating this type of information, but the overwhelming majority of respondents have not had a conversation with their provider or pharmacists about safe storage and disposal. The survey also found that nearly four out of ten respondents didn't know they needed to dispose of leftover prescription opioids and nearly three out of ten didn't know how to dispose of them. The overwhelming majority reported keeping leftover medication for future use.

<u>Next Steps</u>

We are preparing to release the survey findings over the next several weeks. To show momentum and ongoing activity, we will release the survey findings in three batches with a focus on: (1) education; (2) rights; and (3) responsibilities. Next week, we will finalize the editorial calendar and brief partners on the findings.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　ABDCMDL00375198

*AAOA at National Conferences*

We continue to reach out to relevant conferences and events that bring together the public health community and focus on different aspects of the opioid epidemic to discuss a potential role for AAOA. These conferences provide a platform for AAOA to drive awareness among key stakeholders, recruit additional partners and promote AAOA resources.

This week, we confirmed AAOA's sponsorship of the National Rx Drug Abuse & Heroin Summit. The sponsorship package includes, distribution of AAOA materials to all attendees, AAOA's logo on the conference tote bag, a booth on the exhibit floor, a program ad and three conference passes.

The Summit is the largest gathering of professionals working to address prescription drug abuse and heroin use. Organizers anticipate 2,800 attendees at the 2018 Summit, including public health and prevention officials, education specialists, counselors, providers, advocates, law enforcement personnel and local, state and federal elected officials.

<u>Next Steps</u>

We are in the process of working with AAOA partners to identify relevant conferences and events that they are hosting or attending. By collaborating with our partners, we plan to distribute AAOA resources at targeted events in the public health space.

*Pharmacy Toolkit*

We are working with NASPA on a co-branded toolkit that leverages the AAOA resources and is designed specifically for pharmacies. As a next step, NASPA is reaching out to the state pharmacy associations in our target states about the project. We will create a working group that engages the state associations in the development and review of content to ensure materials are additive and resonate with this important stakeholder group.

<u>Next Steps</u>

In addition to NASPA's involvement, we want to engage HDA member companies and leverage their expertise in communicating with the pharmacy community. **We would like to set-up an advisory committee with HDA member companies. Please let us know if you are interested in participating, or delegating someone from your company to participate.**

*State Activation*

The field teams in Connecticut, Florida, Minnesota, Pennsylvania, Ohio and Tennessee have identified more than 100 local organizations interested in partnering with AAOA in some capacity and a number of local programming opportunities. While all events focus on education and engagement, they reflect the diversity of stakeholders interested in partnering with us.

At these events, AAOA will serve as the convener, bringing together stakeholders and community groups to discuss different aspects of the epidemic. The events provide an opportunity to build relationships and credibility at the local level as well as share existing AAOA resources.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ABDCMDL00375199

These first events / programs are designed to introduce AAOA to the community and serve as a platform to build relationships and awareness. We have purposefully looked to communities outside the capital in most states. Initial events / programs include:

- Friday, March 2nd - Drug Free Duval / North Florida Opioid Task Force safe storage and disposal training at a Jacksonville pharmacy
- Chamber of Commerce of Eastern Connecticut roundtable discussion with business leaders
- AAOA awareness opportunities at Minnesota Timberwolves and Wild games in partnership with #NOverdose, an initiative of Sherriff Stanek, Hennepin County Police Department
- Opioid abuse and misuse prevention training program for Pennsylvania parents
- Greater Memphis Chamber of Commerce roundtable discussion with human resource professionals

<u>Next Steps</u>

Our first state event is scheduled for next Friday, March 2nd in Florida. Next week we will work closely with the field team to finalize logistics and develop a press release to send the following week.

We will also work with local partners to advance planning as well as HDA members who may be interested in participating. The field teams will also continue to have conversations across each state to identify future partnership opportunities and programming ideas.

## II.  Ally Development and Engagement

We continue to engage with several third parties and thought leaders to inform them of distributors' role in the supply chain, the regulatory environment and support for proactive solutions.

## III.  Media

*Media Engagement*

In addition to our national efforts, we continue to reach out to and engage local reporters across the country who are writing about distributors and the opioid crisis. In many cases, an HDA quote is used in the stories, in others, reporters use our facts as background. In all cases, we maintain contact with reporters to provide information for future stories.

A detailed recap of media engagement is included below.

4

## February 16 - 23, 2018

| Outreach | Reporter, Publication | Status | Next Steps |
|---|---|---|---|
| **National** | | | |
| Reactive | *Corinne Ramey, Wall Street Journal* | • Shared statement via email<br>• Held background call with report on 2/22 to provide additional details about distributors' role in the supply chain | • Ongoing outreach with HDA resources and content as appropriate |
| **California** | | | |
| Reactive | Winston Cho, *San Francisco Daily Journal* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Florida** | | | |
| Reactive | Celia Ampel, <u>Daily Business Review</u> | • Shared statement via email<br>• Reporter added HDA statement to story | • Ongoing outreach with HDA resources and content as appropriate |
| **Georgia** | | | |
| Reactive | Steve Wilaj, <u>WGXA-TV</u> | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Indiana** | | | |
| Reactive | Ted Booker, <u>South Bend Tribune</u> | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| Reactive | Jon Gard, <u>The La Porte County Herald-Argus</u> | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Maine** | | | |
| Reactive | Tammy Wells, <u>Journal Tribune</u> | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Maryland** | | | |
| Reactive | Heather Wolford, <u>Cumberland Times-News</u> | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Massachusetts** | | | |

5

| | | | |
|---|---|---|---|
| Reactive | Craig Semon, *Telegram & Gazette* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| Reactive | Jim Sullivan, *Daily News of Newburyport* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Minnesota** | | | |
| Reactive | Christopher Magan, *Duluth News Tribune* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Montana** | | | |
| Reactive | Susan Dunlap, *Montana Standard* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Nevada** | | | |
| Reactive | Riley Snyder, *The Nevada Independent* | • Shared statement via email<br>• Reporter updated story with HDA statement | • Ongoing outreach with HDA resources and content as appropriate |
| **New Jersey** | | | |
| Reactive | Kim Mulford, *Courier-Post* | • Shared statement via email<br>• Reporter updated story with HDA statement | • Ongoing outreach with HDA resources and content as appropriate |
| **New York** | | | |
| Reactive | Frank Difiore, *The Malone Telegram* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **North Carolina** | | | |
| Reactive | Anthony Bellano, *Cherry Hill Patch* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Ohio** | | | |
| Reactive | Eric Heisig, *Cleveland.com* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Oregon** | | | |
| Reactive | Nina Mehlhaf, *KGW8-TV* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Pennsylvania** | | | |

6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ABDCMDL00375202

| Reactive | Cleve Bryan, *CBS Philly* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
|---|---|---|---|
| Reactive | Avalon Zoppo, *Philly.com* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| Reactive | Cydney Long, *NBC Philly* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| Reactive | Joe Hernandez, *WHYY* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **Rhode Island** | | | |
| Reactive | Tim Riel, *The Jamestown Press* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |
| **West Virginia** | | | |
| Reactive | Brett Dunlap, *The Parkersburg News and Sentinel* | • Shared statement via email | • Ongoing outreach with HDA resources and content as appropriate |

*Next Steps*

We will continue to engage with reporters as they cover the opioid lawsuits at the local level by sharing HDA's statement, correcting the record and holding follow-up calls to provide background information on the distributors' role in the supply chain.

**Twitter Activation**

We continue to leverage HDA's Twitter account @HDAConnect as a communications channel, pushing out a steady stream of content. This past week, we curated 5 tweets that organically garnered 987 impressions resulting in 22 engagements, including 15 link clicks, 5 likes and 2 retweets.

To amplify the launch of AAOA and drive awareness off HDA's involvement in this effort, we promoted several tweets from @HDAConnect pushing to AAOA's website, launch press release and resources. Since the launch of AAOA, HDA's promoted tweets accrued 622,447 impressions with a click rate of 5.52%.

*Next Steps*

We will continue to use Twitter as a mechanism to push out positive messaging about the industry, promote HDA releases, highlight positive stories and conduct real-time fact checking.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER — ABDCMDL00375203

We will continue to push out organic content about AAOA on HDA's Twitter handle, highlighting the industry's involvement in the effort and directing followers to AAOA's website / educational resources. Messaging for these communications will emphasize the importance of safe use, storage and disposal of prescription opioids and frame AAOA as a collaborative partnership between healthcare supply chain members and the public health community.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00375204