PSJ3

Exhibit 442

## George Euson

| | |
|---|---|
| From: | Tobin, Jayne |
| Sent: | Fri 6/23/2006 10:06 AM (GMT -4) |
| To: | gloria.acevedo@henryschein.com; jfjohnson@amerisourcebergen.com; kienea@familymeds.com; atiller@giv.com; Ann Berkey; a.tetreault@toprx.net; arattini@miamiluken.com; cassi.baker@cardinal.com; bpetersen@dohmen.com; Bellingham, Daniel; biharper@amerisourcebergen.com; bill.mahoney@mckesson.com; gkr@quality-products.com; Black, Eric; brian.loiacono@henryschein.com; bruce.russell@mckesson.com; cmarcum@amerisourcebergen.com; CZimmerman@AmerisourceBergen.com; Connie Woodburn; dboyter@glasgow-ky.com; Denton, Jeff; DLinza@parmedpharm.com; douglas.pace@mckesson.com; elaine.trautman@cardinal.com; eric.brantley@cardinal.com; Eric Cherveny; eschuss@bellcohealth.com; Forster, Amanda; Gallenagh, Elizabeth; gary.cacciatore@cardinal.com; gary.hilliard@mckesson.com; rtyler@valuedrugco.com; geuson@hdsmith.com; Gonzales, David; GMadsen@Amerisourcebergen.com; jharbauer@prescriptionsupply.com; harry.myers@absg.com; Howells, John; jmccann@smithballard.com; jbrecko@amerisourcebergen.com; karen.nishi@cardinal.com; khillman@parmedpharm.com; kathleen.reid@henryschein.com; kcouch@smithdrug.com; Freitas, Kristen; brian.mcandrews@mckesson.com; david@mcqbros.com; dmoody@mutualdrug.com; bpine@smithdrug.com; cschoen@prescriptionsupply.com; scott.koehler@mckesson.com |
| Cc: | |
| Bcc: | |
| Subject: | CA Pedigree Working Group Letter to Board of Pharmacy |
| Attachments: | California_Pedigree_Working_Group_FINAL_6_16_06.pdf; California Working Group Statement of Purpose.doc |

Dear IRC, GPPC, PA Council, SGAC, BTC and LOC Members:

Eight weeks ago, the California Pedigree Working Group was formed to address the California Board of Pharmacy's request for more information about industry readiness and plans for implementing electronic pedigree in the state by January 1, 2007.  The Working Group comprised five trade associations representing healthcare distributors (HDMA), pharmaceutical manufacturers (BIO, GPhA and PhRMA), and pharmacies (NACDS), and was one of the first major initiatives undertaken by these diverse organizations to collaborate and work toward a common goal.

The resulting letter (attached), delivered June 16 to the Board, affirms industry-wide efforts to protect public safety and health against the threat of counterfeit drugs through the use of electronic pedigree technologies and also provides the California Board of Pharmacy with an up-to-date assessment of the industry's capabilities and progress toward electronic pedigree implementation.

Specifically, the letter outlines current industry-wide efforts to protect patients, including best business practices and ongoing work with standards bodies to develop uniform e-pedigree requirements. However, the letter also states that true e-pedigree technology is only partially developed, and will require more time to roll out industry-wide in a coordinated manner that effectively ensures patient safety.

The California Board of Pharmacy has the administrative authority to extend the implementation date of electronic pedigree by one year to January 1, 2008.

The Working Group has also developed the attached Statement of Purpose.  This statement was developed to serve as common talking points for the participants in the event of press calls.  Since the

letter is now public, you may also receive press calls and may wish to use this statement for your own talking points.

We will provide any appropriate updates as the California Board of Pharmacy considers this letter. Please let me know if you have any questions or comments.


**Perry L. Fri**
**Sr. VP, Industry Relations**
**Healthcare Distribution Management Association**
901 North Glebe Road
Suite 1000
Arlington  VA  22203
703.885.0222 office
703.473.6470 mobile
703.935.3200 fax
pfri@hdmanet.org
www.HealthcareDistribution.org

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                           HDS_MDL_00119228