PSJ3

Exhibit 443

# FILED UNDER SEAL