PSJ3

Exhibit 446

| | |
|---|---|
| **From:** | Gray, John |
| **Sent:** | Wednesday, June 12, 2013 5:22 PM |
| **To:** | Gallenagh, Elizabeth |
| **Subject:** | FW: Revised Rx drug diversion proposal from RAND |
| **Attachments:** | Diversion Proposal (June 11 2013).docx; Standard Draft Agreement_HDMA.doc |

Redacted

**John M. Gray**
President & CEO
Healthcare Distribution Management Association (HDMA)
703-885-0219 (W)
571-215-5386 (C)
www.healthcaredistribution.org

---

**From:** Greenberg, Michael [mailto:michaelg@rand.org]
**Sent:** Tuesday, June 11, 2013 2:38 PM
**To:** Gray, John
**Cc:** Pacula, Rosalie; Knopman, Debra
**Subject:** Revised Rx drug diversion proposal from RAND

Dear John:

Following up on our previous discussion, attached please find a revised final RAND proposal that outlines two primary tasks related to understanding and improving prescription drug regulation policy. Per your request, we have removed one of the tasks and narrowed the scope to a set of achievable and worthwhile activities (tasks 1 and 2 of the previous document) that can be achieved in a short (6 months) amount of time. While discussing this with RAND's management team, however, it was recommended that we provide sufficient time for an enhanced quality assurance process (i.e., basically getting the report reviewed by multiple outside experts representing different stakeholder perspectives), in order to make sure that the recommendations in the final report are viewed as truly objective and unbiased, given there might be a perception of bias in light of the funding source. As such we have proposed a 7 month timeline, which would give us an additional month to vet the draft final report with experts from industry, law enforcement, and regulatory authorities to make sure that we have appropriately represented the policy options offered for consideration.

We would like to schedule a follow up phone call to discuss a few things related to the revised proposal. In particular, we want to confirm that you are comfortable with the revised scope of work and timeline, and also that you understand and agree with the process of this work (that the strategy, findings, and recommendations will be those of RAND, informed and enhanced by conversations with you, your industry members, as well as law enforcement personnel and regulatory agencies, and that RAND will own the final product). It is standard practice at RAND that we allow our private sector clients to review and provide comments on draft final documents, as it is often helpful for fixing potential data errors or misrepresentations of industry standards. However, only edits requested by HDMA that are scientifically meritorious will be incorporated into the final document so that it maintains the independent perspective you wanted to achieve by having RAND do the work. Of course, HDMA will have the opportunity to have its own press release on the document – released at the same time as the document – highlighting whatever features you feel are most salient for your organization. Finally, we want to make sure you are comfortable with standard contract language that RAND includes in all contracts with the clients (we attach a copy for your review here).

1

HDA_MDL_000087621

We would like to discuss all of this, and any other matters that may concern you. **We are free to meet either this Thursday afternoon after 3:30 EST, or alternatively midmorning or late afternoon next Thursday or Friday**. Please let us know a time that works for you.

Thanks once again for your attention and interest. We are excited about moving forward on the project with you!

Michael Greenberg & Rosalie Pacula
RAND Corporation

---

This email message is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CONFIDENTIAL

HDA_MDL_000087622