PSJ3

Exhibit 447

| | |
|---|---|
| **From:** | Gray, John |
| **Sent:** | Monday, June 24, 2013 2:30 PM |
| **To:** | Paul Julian (paul.julian@mckesson.com) |
| **Subject:** | RAND Study |

Paul:

Do you have a few moments over the next several days to talk about the proposal from RAND to study the drug diversion problem and possible alternative approaches for the government to take in dealing with the issue. The Executive Committee agreed to fund the study during our last call on June 2 teleconference with the belief that an independent assessment of this problem will provide HDMA and its members with a useful tool to argue for alternative approaches to the current DEA strategy of choking off the distribution community in hopes of stopping drug diversion. I believe you had already left the call by the time this issue was discussed. The next step was to get a formal contract from RAND detailing the work, scope and development of the report. Upon reviewing their draft contract, we became concerned about the ironclad language with respect to the publication of the study and our ability to control content. I think the key here is when we can stop the report from being published assuming it reaches conclusions not favorable to our industry. Our outside counsel is currently evaluating this situation. I would like to get your thoughts about this effort since we have not yet committed to anything. I see the possible value in a study like this I we can prevent final publication of a study unfavorable to our purposes; however, it also falls into the old adage of never ask a question you do not already know the answer to.

Thanks,
John

**John M. Gray**
President & CEO
Healthcare Distribution Management Association (HDMA)
703-885-0219 (W)
571-215-5386 (C)
www.healthcaredistribution.org

CONFIDENTIAL                                                                                                                    HDA_MDL_000087598