# **APPENDIX A**

Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions

| Deposition | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Abernathy, Jeff | 11/15/18 | Defendant | 1956-1 | 1974-1 |
| Abreu, Shaun | 12/13/18 | Defendant | 1956-2 | 1974-2 |
| Adams, John | 01/30/19 | Defendant | 1956-3 | 1974-3 |
| Alexander, G. Caleb, M.D. | 04/26/19 | Plaintiff | 1956-4 | 1974-4 |
| Allan, Terrence | 12/17/18 | Plaintiff | 1956-5 | 1974-5 |
| Altier, Jennifer | 08/02/18 | Defendant | 1956-6 | 1974-6 |
| Ashley, Demetra | 03/15/19 | Third Party | 1956-7 | 1974-7 |
| Baeder, Christine | 01/24/19 | Defendant | 1956-8 | 1974-8 |
| Baeppler, Matthew | 01/17/19 | Plaintiff | 1956-9 | 1974-9 |
| Baker, Hylton | 12/19/18 | Plaintiff | 1956-10 | 1974-10 |
| Baker-Stella, Lori | 05/23/19 | Plaintiff | 1956-11 | 1974-11 |
| Ball, Kenneth | 11/07/18 | Plaintiff | 1956-12 | 1974-12 |
| Baran, Nancy | 12/11/18 | Defendant | 1956-13 | 1974-13 |
| Barker, Shane | 11/28/18 | Plaintiff | 1956-14 | 1974-14 |
| Barnes, Julie | 12/03/18 | Plaintiff | 1956-15 | 1974-15 |
| Beam, Gregory | 01/15/19 | Defendant | 1956-16 | 1974-16 |
| Bearer, Deborah | 01/08/19 | Defendant | 1956-17 | 1974-17 |
| Becker, Stephen | 12/19/18 | Defendant | 1956-18 | 1974-18 |
| Beckhardt, Stacey | 02/01/19 | Defendant | 1956-19 | 1974-19 |
| Belli, Christopher | 12/20/18 | Defendant | 1956-20 | 1974-20 |
| Bencivengo, Fred | 01/22/19 | Defendant | 1959-1 | 1975-1 |
| Bish, Deborah | 02/01/19 | Defendant | 1959-2 | 1975-2 |
| Block, Tonya | 11/14/18 | Plaintiff | 1959-3 | 1975-3 |
| Boggs, Gary | 01/17/19 | Defendant | 1959-4 | 1975-5 |
| Boggs, Gary 30(b)(6) | 07/19/18 | Defendant | 1959-5 | 1975-4 |
| Boothe, Douglas | 01/17/19 | Defendant | 1959-6 | 1975-6 |
| Borelli, Victor | 11/29/18 | Defendant | 1959-7 | 1975-7 |
| Boyer, Andrew | 01/15/19 | Defendant | 1959-8 | 1975-8 |
| Bratton, Edward | 11/30/18 | Defendant | 1959-9 | 1975-10 |
| Bratton, Edward 30(b)(6) | 12/16/18 | Defendant | 1959-10 | 1975-9 |
| Briscoe, Jason | 12/06/18 | Defendant | 1959-11 | 1975-11 |
| Brown, Robert | 12/03/18 | Defendant | 1959-12 | 1975-12 |
| Burtner, Aaron | 01/17/19 | Defendant | 1959-13 | 1975-13 |
| Cameron, Todd | 09/26/18 | Defendant | 1959-14 | 1975-14 |
| Campanelli, Paul | 03/21/19 | Defendant | 1959-15 | 1975-15 |
| Caraffi, Vincent | 01/23/19 | Plaintiff | 1959-16 | 1975-16 |
| Cardetti, Lisa | 01/10/19 | Defendant | 1959-17 | 1975-17 |
| Carlson, Gregory | 01/08/19 | Defendant | 1959-18 | 1975-18 |
| Cavacini, Eugene | 01/25/19 | Defendant | 1959-19 | 1975-19 |
| Chapman, George | 01/09/19 | Defendant | 1959-20 | 1975-20 |
| Chase, Debra | 01/04/19 | Defendant | 1959-21 | 1975-21 |
| Cherveny, Eric | 11/09/18 | Defendant | 1959-22 | 1975-22 |
| Chick, Deanna Stacy | 12/13/18 | Defendant | 1959-23 | 1975-23 |
| Chunderlik, George | 01/16/19 | Defendant | 1959-24 | 1975-24 |
| Clarke, Michael | 12/07/18 | Defendant | 1959-25 | 1975-25 |
| Cochrane, Michael | 01/15/19 | Defendant | 1961-1 | 1976-1 |

Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions

| Deposition | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Cochrane, Patrick 30(b)(6) | 01/24/19 | Defendant | 1961-2 | 1976-2 |
| Coleman, JoLynn | 12/13/18 | Defendant | 1961-3 | 1976-3 |
| Collier, Ginger | 01/08/19 | Defendant | 1961-4 | 1976-4 |
| Connelly, Michael | 11/07/18 | Defendant | 1961-5 | 1976-5 |
| Cox, Erin | 01/17/19 | Defendant | 1961-6 | 1976-6 |
| Craig, Gerald | 01/11/18 | Plaintiff | 1961-7 | 1976-7 |
| Crowley, Jack | 01/10/19 | Defendant | 1961-8 | 1976-8 |
| Cutler, David Ph.D. | 04/26/19 | Plaintiff | 1961-9 | 1976-9 |
| Cutler, David Ph.D. | 04/27/19 | Plaintiff | 1961-10 | 1976-10 |
| Day, Matthew | 01/04/19 | Defendant | 1961-11 | 1976-11 |
| Dempsey, Michele | 01/22/19 | Defendant | 1961-12 | 1976-12 |
| Dempsey, Michele | 03/08/19 | Defendant | 1961-13 | 1976-13 |
| Denihan, William | 01/30/19 | Plaintiff | 1961-14 | 1976-14 |
| Diebert, Jennifer | 01/24/19 | Defendant | 1961-15 | 1976-15 |
| Domzalski, Christopher | 01/17/19 | Defendant | 1961-16 | 1976-16 |
| Dorsey, Michael | 01/08/19 | Defendant | 1961-17 | 1976-17 |
| Ducote, Chad | 11/16/18 | Defendant | 1961-18 | 1976-18 |
| Dugger, Terrence | 01/23/19 | Defendant | 1961-19 | 1976-19 |
| Durr, Walter Wayne | 01/22/19 | Defendant | 1961-20 | 1976-20 |
| Dymon, Chris | 01/25/19 | Defendant | 1961-21 | 1976-21 |
| Egilman, David | 04/25/19 | Plaintiff | 1961-22 | 1977-1 |
| Egilman, David | 04/26/19 | Plaintiff | 1961-23 | 1977-2 |
| Euson, George 30(b)(6) | 11/27/18 | Defendant | 1961-24 | 1977-3 |
| Fanelli, Richard | 12/06/18 | Defendant | 1961-25 | 1977-4 |
| Fanelli, Richard | 12/07/18 | Defendant | 1961-26 | 1977-5 |
| Fishman, Scott | 02/26/19 | Third Party | 1962-1 | 1977-6 |
| Fishman, Scott | 02/27/19 | Third Party | 1962-2 | 1977-7 |
| Forkas, Deborah | 01/23/19 | Plaintiff | 1962-3 | 1977-8 |
| Forst, Christopher | 01/22/19 | Defendant | 1962-4 | 1977-9 |
| Fri, Perry | 05/07/19 | Third Party | 1962-5 | 1977-10 |
| Ganley, Joseph | 07/27/18 | Defendant | 1962-6 | 1977-11 |
| Garner, Chad | 11/14/18 | Third Party | 1962-7 | 1977-12 |
| Geraci, Mark | 04/04/19 | Defendant | 1962-8 | 1977-13 |
| Gessner, Brad | 12/03/18 | Plaintiff | 1962-9 | 1977-14 |
| Gillies, John | 02/07/19 | Defendant | 1962-10 | 1977-15 |
| Gilson, Thomas 30(b)(6) | 01/14/19 | Plaintiff | 1962-11 | 1977-16 |
| Gordon, Merle | 07/19/18 | Plaintiff | 1962-12 | 1977-17 |
| Grabowski, Henry | 06/06/19 | Defendant | 1962-13 | 1977-18 |
| Griffin, Eric | 01/23/19 | Third Party | 1962-14 | 1977-19 |
| Gruber, Jonathan | 04/25/19 | Plaintiff | 1962-15 | 1977-20 |
| Gutierrez, James 30(b)(6) | 01/31/19 | Plaintiff | 1962-16 | 1977-21 |
| Harbauer, Candace | 02/19/19 | Defendant | 1962-17 | 1977-22 |
| Harbauer, Kirk | 02/27/19 | Defendant | 1962-18 | 1977-23 |
| Harper, Karen | 01/15/19 | Defendant | 1962-19 | 1977-24 |
| Harper-Avilla, Stacy | 04/11/19 | Third Party | 1962-20 | 1977-25 |
| Hart, Janet Getzey | 01/30/19 | Defendant | 1962-21 | 1978-1 |

Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions

| Deposition | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Hart, Janet Getzey 30(b)(6) | 01/31/19 | Defendant | 1962-22 | 1978-2 |
| Hartle, Nate | 08/01/18 | Defendant | 1962-24 | 1978-4 |
| Hartle, Nate 30(b)(6) | 07/31/18 | Defendant | 1962-23 | 1978-3 |
| Hartman, Mark | 11/15/18 | Defendant | 1962-25 | 1978-5 |
| Hassler, John | 11/16/18 | Defendant | 1962-26 | 1978-6 |
| Heiser, Randy | 02/19/19 | Defendant | 1962-27 | 1978-7 |
| Helfrich, Shauna | 01/10/19 | Defendant | 1962-28 | 1978-8 |
| Herman, Doron | 06/20/19 | Defendant | 1962-29 | 1978-9 |
| Hiland, Susanne | 01/23/19 | Defendant | 1962-31 | 1978-11 |
| Hiland, Susanne 30(b)(6) | 01/22/19 | Defendant | 1962-30 | 1978-10 |
| Hilliard, Gary | 01/10/19 | Defendant | 1963-1 | 1978-12 |
| Hinkle, Sherri | 01/25/19 | Defendant | 1963-2 | 1978-13 |
| Hodges, Debbie | 01/11/19 | Defendant | 1963-3 | 1978-14 |
| Hutzell, Eric | 01/08/19 | Plaintiff | 1963-4 | 1978-15 |
| Jackson, Cathy | 01/07/19 | Defendant | 1963-5 | 1978-16 |
| Jena, Anupam | 06/06/19 | Defendant | 1963-6 | 1978-17 |
| Johnson, Greta 30(b)(6) | 01/15/19 | Plaintiff | 1963-7 | 1978-18 |
| Johnson, Miranda | 12/12/18 | Defendant | 1963-8 | 1978-19 |
| Kaleta, Edward | 12/18/18 | Defendant | 1963-9 | 1979-1 |
| Kaspar, Claire | 01/15/19 | Plaintiff | 1963-10 | 1979-2 |
| Kaufhold, Stephan | 10/26/18 | Defendant | 1986-1 | 1979-3 |
| Keenan, Maggie | 12/12/18 | Plaintiff | 1963-12 | 1979-5 |
| Keenan, Maggie 30(b)(6) | 01/18/18 | Plaintiff | 1963-11 | 1979-4 |
| Keller, Lacey | 06/13/19 | Plaintiff | 1963-13 | 1979-6 |
| Kelly, Patrick | 05/10/19 | Third Party | 1963-14 | 1979-7 |
| Kessler, David | 04/25/19 | Plaintiff | 1963-15 | 1979-8 |
| Kessler, David | 04/26/19 | Plaintiff | 1963-16 | 1979-9 |
| Keyes, Katherine | 04/29/19 | Plaintiff | 1963-17 | 1979-10 |
| Kinsey, Sandra | 06/07/19 | Defendant | 1963-18 | 1979-11 |
| Kippes, Christopher | 01/18/19 | Plaintiff | 1963-19 | 1979-12 |
| Kitlinski, Linda | 01/15/19 | Defendant | 1963-20 | 1979-13 |
| Kreutzer, Kevin | 11/27/18 | Defendant | 1963-21 | 1979-14 |
| Kyle, Margaret | 06/05/19 | Defendant | 1963-22 | 1979-15 |
| Leckler, Molly | 11/19/18 | Plaintiff | 1966-1 | 1979-16 |
| Lembke, Anna | 04/24/19 | Plaintiff | 1966-2 | 1979-17 |
| Leonard, Patrick | 05/23/19 | Plaintiff | 1966-3 | 1979-18 |
| Leppla, Allisyn | 01/15/19 | Plaintiff | 1966-4 | 1979-19 |
| Liebman, Jeffrey Ph.D. | 05/03/19 | Plaintiff | 1966-5 | 1979-20 |
| Little, Patsy | 12/14/18 | Defendant | 1966-6 | 1979-21 |
| Lortie, Brian | 01/22/19 | Defendant | 1966-7 | 1981-1 |
| Lortie, Brian | 01/23/19 | Defendant | 1966-8 | 1981-2 |
| Lortie, Brian | 03/27/19 | Defendant | 1966-9 | 1981-3 |
| Macey, Jonathan | 05/29/19 | Defendant | 1966-10 | 1981-4 |
| Macrides, Stephen | 03/15/19 | Defendant | 1966-11 | 1981-5 |
| Mahoney, William de Gutierrez | 11/28/18 | Defendant | 1966-12 | 1981-6 |
| Martin, Barbara | 01/25/19 | Defendant | 1966-13 | 1981-7 |

Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions

| Deposition | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| May, David | 08/04/18 | Defendant | 1966-14 | 1981-8 |
| Mays, Stephen | 10/24/18 | Defendant | 1966-15 | 1981-10 |
| Mays, Stephen | 02/08/19 | Defendant | 1986-2 | 1981-9 |
| McAleer, Trevor | 01/10/19 | Plaintiff | 1966-16 | 1981-11 |
| McCann, Craig | 05/09/19 | Plaintiff | 1966-17 | 1981-12 |
| McClune, Robert | 01/25/19 | Defendant | 1966-18 | 1981-13 |
| McCormick, Jinping | 01/09/19 | Defendant | 1966-19 | 1981-14 |
| McGinn, Colleen | 12/14/18 | Defendant | 1966-20 | 1981-15 |
| McGuire, Thomas | 04/23/19 | Pltf | 1966-21 | 1981-16 |
| McGuire, Thomas | 04/30/19 | Plaintiff | 1966-22 | 1981-17 |
| Millikan, Gary | 01/11/19 | Defendant | 1968-1 | 1981-18 |
| Mills, Steven | 11/08/18 | Defendant | 1968-2 | 1981-19 |
| Millward, Joseph | 12/20/18 | Defendant | 1968-3 | 1981-20 |
| Mitchell, Kevin | 01/16/19 | Defendant | 1968-4 | 1981-21 |
| Mollica, Anthony | 01/04/19 | Defendant | 1968-5 | 1982-1 |
| Moran, Scott | 12/20/18 | Plaintiff | 1968-7 | 1982-3 |
| Moran, Scott | 03/27/19 | Plaintiff | 1968-6 | 1982-2 |
| Morelli, Art | 01/17/19 | Defendant | 1968-8 | 1982-4 |
| Morse, Donald Steven | 12/13/18 | Defendant | 1968-9 | 1982-5 |
| Moskovitz, Bruce | 11/14/18 | Defendant | 1968-11 | 1982-7 |
| Moskovitz, Bruce | 01/09/19 | Defendant | 1968-10 | 1982-6 |
| Munroe, Brian | 03/19/19 | Defendant | 1968-12 | 1982-8 |
| Must, Alan | 03/14/19 | Defendant | 1968-13 | 1982-9 |
| Myers, David | 12/13/18 | Defendant | 1968-14 | 1982-10 |
| Nameth, Tom | 01/07/19 | Defendant | 1968-15 | 1982-11 |
| Napoli, Thomas | 01/17/19 | Defendant | 1968-16 | 1982-12 |
| Neely, Kate | 01/08/19 | Defendant | 1968-17 | 1982-13 |
| Nelsen, Brian | 01/24/19 | Plaintiff | 1968-18 | 1982-14 |
| New, Bonnie | 02/12/19 | Defendant | 1968-19 | 1982-15 |
| Norris, Jennifer 30(b)(6) | 08/07/18 | Defendant | 1968-20 | 1982-16 |
| Norton, Tracey | 01/16/19 | Defendant | 1968-21 | 1982-17 |
| Norton, Tracey | 01/17/19 | Defendant | 1968-22 | 1982-18 |
| Paolino, Matthew | 12/05/18 | Plaintiff | 1969-1 | 1982-19 |
| Papp, Joan | 02/05/19 | Third Party | 1969-2 | 1982-20 |
| Patton, Kimberly | 01/22/19 | Plaintiff | 1969-3 | 1982-21 |
| Peacock, Jeff | 01/30/19 | Defendant | 1969-4 | 1983-1 |
| Perch, Stephen | 10/18/18 | Plaintiff | 1969-5 | 1983-2 |
| Perfetto, Michael | 12/18/18 | Defendant | 1969-6 | 1983-3 |
| Perri, Matthew | 04/23/19 | Plaintiff | 1969-7 | 1983-4 |
| Perri, Matthew | 04/24/19 | Plaintiff | 1969-8 | 1983-5 |
| Peterson, Douglas | 12/20/18 | Defendant | 1969-9 | 1983-6 |
| Polster, Natasha | 01/23/19 | Defendant | 1969-10 | 1983-7 |
| Portenoy, Russell | 01/24/19 | Third Party | 1969-11 | 1983-8 |
| Prevoznik, Thomas | 04/17/19 | Third Party | 1969-12 | 1983-9 |
| Prevoznik, Thomas | 04/18/19 | Third Party | 1969-13 | 1983-10 |
| Prevoznik, Thomas | 05/17/19 | Third Party | 1969-14 | 1983-11 |

4

Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions

| Deposition | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Prince, John | 05/23/19 | Plaintiff | 1969-15 | 1983-12 |
| Propatier, Amy | 11/29/18 | Defendant | 1969-16 | 1983-13 |
| Quintero, Gilberto | 12/06/18 | Defendant | 1969-17 | 1983-14 |
| Rafalski, James | 05/13/19 | Plaintiff | 1969-18 | 1983-15 |
| Rafalski, James | 05/14/19 | Plaintiff | 1969-19 | 1983-16 |
| Ranazzisi, Joseph | 04/26/19 | Third Party | 1969-20 | 1983-17 |
| Ranazzisi, Joseph | 05/15/19 | Third Party | 1969-21 | 1983-18 |
| Ratliff, William | 12/19/18 | Defendant | 1970-1 | 1983-19 |
| Ratycz, Peter | 12/21/18 | Defendant | 1970-2 | 1983-20 |
| Rausch, James | 11/16/18 | Defendant | 1970-3 | 1983-21 |
| Reardon, Steve | 11/30/18 | Defendant | 1970-4 | 1983-22 |
| Reed, Roxanne | 01/10/19 | Defendant | 1970-5 | 1983-23 |
| Ringgold, Larry | 01/24/19 | Defendant | 1970-6 | 1983-24 |
| Ritchie, Bruce | 01/25/19 | Defendant | 1970-7 | 1983-25 |
| Rogos, Matthew | 02/22/19 | Defendant | 1970-8 | 1984-1 |
| Romaine, Larry | 01/10/19 | Defendant | 1970-9 | 1984-2 |
| Rosen, Burt | 01/16/19 | Defendant | 1970-10 | 1984-3 |
| Rosenthal, Meredith | 05/04/19 | Plaintiff | 1970-11 | 1984-4 |
| Rosenthal, Meredith | 05/05/19 | Plaintiff | 1970-12 | 1984-5 |
| Rowley-Kilper, Tiffany | 02/09/19 | Defendant | 1996-1 | 1997-1 |
| Sackler, Kathe | 04/01/19 | Third Party | 1970-13 | 1984-6 |
| Saffold, George | 02/08/19 | Defendant | 1970-14 | 1984-7 |
| Saper, Joel | 01/11/19 | Third Party | 1970-15 | 1984-8 |
| Schoen, James | 02/27/19 | Defendant | 1970-16 | 1984-9 |
| Schoen, Thomas | 09/05/18 | Defendant | 1970-17 | 1984-10 |
| Schumacher, Mark | 04/23/19 | Plaintiff | 1970-18 | 1984-11 |
| Seid, Stephen | 12/12/18 | Defendant | 1970-19 | 1984-12 |
| Seid, Stephen | 12/13/18 | Defendant | 1970-20 | 1984-13 |
| Shannon, Hugh 30(b)(6) | 01/15/19 | Plaintiff | 1970-21 | 1984-14 |
| Siegle, Derek | 01/23/19 | Third Party | 1970-22 | 1984-15 |
| Skoda, Donna | 08/14/18 | Plaintiff | 1970-23 | 1984-16 |
| Smith, Douglas | 11/16/18 | Plaintiff | 1970-24 | 1984-17 |
| Snider, Blaine | 11/08/18 | Defendant | 1970-25 | 1984-18 |
| Spaulding, Eileen | 02/05/19 | Defendant | 1971-1 | 1984-19 |
| Stahmann, Eric | 10/16/18 | Defendant | 1971-2 | 1984-20 |
| Stevenson, George | 02/15/19 | Defendant | 1971-3 | 1984-21 |
| Strait, Matthew 30(b)(6) | 05/31/19 | Third Party | 1971-4 | 1984-22 |
| Strang, Jill | 01/03/19 | Defendant | 1971-5 | 1984-23 |
| Sturmi, Jeffrey | 11/15/18 | Plaintiff | 1971-6 | 1984-24 |
| Sullins, Ramona | 01/04/19 | Defendant | 1971-7 | 1984-25 |
| Swords, Rex | 12/21/18 | Defendant | 1971-8 | 1984-26 |
| Tomkiewicz, Joseph | 11/28/18 | Defendant | 1971-9 | 1985-1 |
| Tommasi, Eugene | 12/18/18 | Defendant | 1971-10 | 1985-2 |
| Tomsky, Scott | 03/15/19 | Defendant | 1971-11 | 1985-3 |
| Tsipakis, James 30(b)(6) | 12/13/18 | Defendant | 1971-12 | 1985-4 |
| Tucker, Clarence | 01/10/19 | Plaintiff | 1971-13 | 1985-5 |

Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions

| Deposition | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Twigg, Charles | 01/08/19 | Plaintiff | 1971-14 | 1985-6 |
| Vernazza, Mark | 11/20/18 | Defendant | 1971-15 | 1985-7 |
| Vorderstrasse, Kevin | 12/05/18 | Defendant | 1971-16 | 1985-8 |
| Vorsanger, Gary | 01/17/19 | Defendant | 1971-17 | 1985-9 |
| Vorsanger, Gary | 12/05/18 | Defendant | 1971-18 | 1985-10 |
| Walker, Donald | 01/10/19 | Defendant | 1971-19 | 1985-11 |
| Walker, Lisa | 12/04/18 | Defendant | 1971-20 | 1985-12 |
| Walter, Cheri | 02/19/19 | Third Party | 1972-1 | 1985-13 |
| Weber, Celia | 01/25/19 | Defendant | 1972-2 | 1985-14 |
| Webster, Lynn | 02/18/19 | Third Party | 1972-3 | 1985-15 |
| Wessler, Michael | 01/09/19 | Defendant | 1972-4 | 1985-16 |
| Wexelblatt, Scott M.D. | 04/24/19 | Plaintiff | 1972-5 | 1985-17 |
| Whitelaw, Seth | 05/16/19 | Plaintiff | 1972-6 | 1985-18 |
| Whitelaw, Seth | 05/17/19 | Plaintiff | 1972-7 | 1985-19 |
| Williams, Calvin | 03/29/19 | Plaintiff | 1972-8 | 1985-20 |
| Wilson, Ellen | 01/24/19 | Defendant | 1972-9 | 1985-21 |
| Wood, Marian | 01/24/19 | Defendant | 1972-10 | 1985-22 |
| Woods, Mary | 01/10/19 | Defendant | 1972-11 | 1985-23 |
| Wright, Kyle | 02/28/19 | Third Party | 1972-12 | 1985-24 |
| Wright, Kyle | 03/04/19 | Third Party | 1972-13 | 1985-25 |
| Young, Nancy K. Ph.D. | 05/14/19 | Plaintiff | 1972-14 | 1985-26 |
| Zimmerman, Christopher | 02/08/19 | Defendant | 1972-15 | 1985-27 |
| Zimmerman, Christopher 30(b)(6) | 08/03/18 | Defendant | 1972-16 | 1985-28 |

Expert Reports Cited in Motions for Summary Judgment and Daubert Motions

| Expert | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Alexander, G. Caleb | 03/24/19 | Plaintiff | 2000-1 | 1999-1 |
| Alexander, G. Caleb (Supplemental) | 04/03/19 | Plaintiff | 2000-2 | 1999-2 |
| Aquino, Carlos | 06/06/19 | Defendant | 1939-1 | 1936-1 |
| Bialecki, Matthew G. | 05/10/19 | Defendant | 1939-2 | 1936-2 |
| Brunner, Robert | 05/10/19 | Defendant | 1939-3 | 1936-3 |
| Buskey, Robert | 05/31/19 | Defendant | 1939-4 | 1936-4 |
| Buthusiem, Edward | 05/10/19 | Defendant | 1939-5 | 1936-5 |
| Buzzeo, Ronald | 05/31/19 | Defendant | 1939-6 | 1936-6 |
| Chintagunta, Pradeep | 05/10/19 | Defendant | 1939-7 | 1936-7 |
| Cockburn, Iain | 05/10/19 | Defendant | 1939-8 | 1936-8 |
| Cohen, Stephen | 05/10/19 | Defendant | 1939-9 | 1936-9 |
| Colder, Karl | 05/31/19 | Defendant | 1939-10 | 1936-10 |
| Courtwright, David T. | 03/21/19 | Plaintiff | 2000-3 | 1999-3 |
| Cutler, David | 03/25/19 | Plaintiff | 2000-4 | 1999-4 |
| Dorfman, Howard | 05/10/19 | Defendant | 1939-11 | 1936-11 |
| Egilman, David | 03/25/19 | Plaintiff | 2000-5 | 1999-5 |
| Greimel, Matthew | 05/10/19 | Defendant | 1939-12 | 1936-12 |
| Gruber, Jonathan | 03/25/19 | Plaintiff | 2000-6 | 1999-6 |
| Hill, Robert | 05/31/19 | Defendant | 1939-13 | 1936-13 |
| Holifield, Larry | 05/31/19 | Defendant | 1939-14 | 1936-14 |
| Jena, Anupam B. | 05/10/19 | Defendant | 1939-15 | 1936-15 |
| Keller, Lacey | 04/15/19 | Plaintiff | 2000-7 | 1999-7 |
| Kessler, David | 03/26/19 | Plaintiff | 2000-8 | 1999-8 |
| Ketcham, Jonathan | 05/10/19 | Defendant | 1939-16 | 1936-16 |
| Keyes, Katherine | 03/24/19 | Plaintiff | 2000-9 | 1999-9 |
| Kinsey, Sandra (Amended) | 06/03/19 | Defendant | 1939-17 | 1936-17 |
| Kwon, Sonya | 05/10/19 | Defendant | 1939-18 | 1936-18 |
| Kyle, Margaret | 05/10/19 | Defendant | 1939-19 | 1936-19 |
| Kyle, Margaret (Supplemental) | 06/27/19 | Defendant | 1939-20 | 1936-20 |
| Lembke, Anna | 03/25/19 | Plaintiff | 2000-10 | 1999-10 |
| Liebman, Jeffrey B. | 03/25/19 | Plaintiff | 2000-11 | 1999-11 |
| Liebman, Jeffrey B. (Supplemental) | 04/03/19 | Plaintiff | 2000-12 | 1999-12 |
| Liebman, Jeffrey B. (Appendix B) | 04/03/19 | Plaintiff | 2000-13 | 1999-12 |
| Lyerla, Rob | 05/10/19 | Defendant | 1939-21 | 1936-21 |
| MacDonald, John | 05/10/19 | Defendant | 1939-22 | 1936-22 |
| Macey, Jonathan R. | 05/10/19 | Defendant | 1939-23 | 1936-23 |
| Marais, Laurentius | 05/10/19 | Defendant | 1939-24 | 1936-24 |
| McCann, Craig J. | 03/25/19 | Plaintiff | 2000-14 | 1999-13 |
| McCann, Craig J. (Supplemental) | 04/03/19 | Plaintiff | 2000-15 | 1999-14 |
| McCann, Craig J. (2d Supplemental) | 04/15/19 | Plaintiff | 2000-16 | 1999-15 |
| McGuire, Thomas | 03/25/19 | Plaintiff | 2000-17 | 1999-16 |
| McGuire, Thomas (Public Nuisance) | 03/25/19 | Plaintiff | 2000-18 | 1999-17 |
| Michna, Edward | 05/10/19 | Defendant | 1939-25 | 1936-25 |
| Murphy, Kevin | 06/21/19 | Defendant | 1939-26 | 1936-26 |
| Nicholson, Sean | 05/10/19 | Defendant | 1939-27 | 1936-27 |
| Peck, Carl | 05/10/19 | Defendant | 1939-28 | 1936-28 |

Expert Reports Cited in Motions for Summary Judgment and Daubert Motions

| Expert | Date | Pltf/Def | Sealed Dkt No. | Public Dkt No. |
|---|---|---|---|---|
| Perri, Matthew | 03/25/19 | Plaintiff | 2000-19 | 1999-18 |
| | | | 2000-20 | 1999-19 |
| | | | 2000-21 | 1999-20 |
| Rafalski, James | 04/15/19 | Plaintiff | 2000-22 | 1999-21 |
| Rahilly-Tierney, Catherine | 05/10/19 | Defendant | 1939-29 | 1936-29 |
| Reise, Brian | 05/31/19 | Defendant | 1939-30 | 1936-30 |
| Rosenblatt, Melanie | 05/10/19 | Defendant | 1939-31 | 1936-31 |
| Rosenthal, Meredith | 03/25/19 | Plaintiff | 2000-23 | 1999-22 |
| Schumacher, Mark | 03/25/19 | Plaintiff | 2000-24 | 1999-23 |
| Tongring, Krista | 05/10/19 | Defendant | 1939-32 | 1936-32 |
| Wexelblatt, Scott | 03/25/19 | Plaintiff | 2000-25 | 1999-24 |
| Whitelaw, Seth | 04/15/19 | Plaintiff | 2000-26 | 1999-25 |
| Young, Nancy | 03/25/19 | Plaintiff | 2000-27 | 1999-26 |