# **EXHIBIT 4**

## AGGREGATE PRODUCTION QUOTA HISTORY FOR SELECTED SUBSTANCES*
(In kilograms of anhydrous acid or base)

| Controlled Substance | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alfentanil | 8.000 | 3.500 | 0.902 | 0.700 | 2.000 | 2.800 | 7.200 | 5.200 | 8.000 | 8.000 | 8.000 |
| Amobarbital | 0.012 | 0.012 | 451.000 | 1.000 | 0.003 | 0.002 | 101.000 | 0.003 | 0.003 | 0.003 | 0.003 |
| Amphetamine (sale) | 10,958.000 | 13,964.000 | 13,964.000 | 10,987.000 | 12,700.000 | 14,500.000 | 17,000.000 | 17,000.000 | 17,000.000 | 17,000.000 | 17,000.000 |
| Amphetamine (conv) | - | - | - | - | - | - | - | 5,000.000 | 5,000.000 | 7,500.000 | 6,500.000 |
| Cocaine | 251.000 | 251.000 | 251.000 | 175.000 | 200.000 | 228.000 | 286.000 | 286.000 | 247.000 | 247.000 | 247.000 |
| Codeine (sale) | 43,248.000 | 43,248.000 | 43,494.000 | 43,494.000 | 41,341.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 |
| Codeine (conv) | 52,384.000 | 59,051.000 | 59,051.000 | 43,559.000 | 48,252.000 | 55,000.000 | 59,000.000 | 59,000.000 | 71,000.000 | 65,000.000 | 65,000.000 |
| Dextropropoxyphene | 121,017.000 | 153,380.000 | 167,365.000 | 167,365.000 | 167,365.000 | 167,365.000 | 120,000.000 | 120,000.000 | 106,000.000 | 106,000.000 | 106,000.000 |
| Dihydrocodeine | 244.000 | 334.000 | 741.000 | 741.000 | 776.000 | 750.000 | 1,261.000 | 2,435.000 | 1,200.000 | 1,200.000 | 1,200.000 |
| Diphenoxylate | 931.000 | 401.000 | 708.000 | 641.000 | 836.000 | 833.000 | 828.000 | 828.000 | 761.000 | 947.000 | 947.000 |
| Ecgonine | 36.000 | 51.000 | 51.000 | 33.000 | 38.000 | 73.000 | 83.000 | 83.000 | 83.000 | 83.000 | 83.000 |
| Fentanyl | 300.000 | 440.000 | 733.000 | 858.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 |
| Gamma-hydroxybutyric acid | 15,000.000 | 0.007 | 8,220.000 | 20,000.000 | 8,000.000 | 8,000.000 | 8,000.000 | 23,600.000 | 21,940.000 | 24,200.000 | 24,200.000 |
| Glutethimide | 0.002 | 0.002 | 0.002 | 1.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 |
| Hydrocodone (sale) | 21,417.000 | 23,825.000 | 25,702.000 | 30,622.000 | 34,000.000 | 37,604.000 | 42,000.000 | 46,000.000 | 55,000.000 | 55,500.000 | 55,000.000 |
| Hydromorphone | 1,409.000 | 1,409.000 | 1,409.000 | 1,651.000 | 1,724.000 | 3,300.000 | 2,500.000 | 3,300.000 | 3,300.000 | 3,340.000 | 3,300.000 |
| LAAM | 0.012 | 41.000 | 0.012 | 0.012 | 0.002 | 0.003 | 0.006 | 0.006 | 0.003 | 0.003 | 0.003 |
| Levorphanol | 27.000 | 23.000 | 37.000 | 8.600 | 15.000 | 5.000 | 5.000 | 6.000 | 10.000 | 10.000 | 10.000 |
| Lisdexamfetamine** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6,200.000 | 6,200.000 | 8,200.000 | 9,000.000 |
| Marihuana | 350.000 | 500.000 | 840.000 | 840.000 | 840.020 | 4,500.000 | 4,500.000 | 4,500.000 | 4,500.000 | 4,500.000 | 4,500.000 |
| Meperidine | 10,168.000 | 10,168.000 | 9,583.000 | 9,753.000 | 9,753.000 | 9,753.000 | 9,753.000 | 9,753.000 | 8,600.000 | 8,600.000 | 8,600.000 |
| Methadone (for sale) | 8,347.000 | 12,705.000 | 12,705.000 | 14,057.000 | 14,720.000 | 17,940.000 | 25,000.000 | 25,000.000 | 25,000.000 | 25,000.000 | 25,000.000 |
| Methadone Intermediate | 9,503.000 | 18,004.000 | 19,081.000 | 17,393.000 | 18,296.000 | 20,334.000 | 26,000.000 | 26,000.000 | 26,000.000 | 26,000.000 | 26,000.000 |
| Methamphetamine | 2,104.000 | 3,211.000 | 2,244.000 | 2,263.000 | 2,250.000 | 2,360.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 |
| l-Desoxyephedrine | 850.000 | 850.000 | 275.000 | 825.000 | 675.000 | 700.000 | 680.000 | 680.000 | 680.000 | 680.000 | 750.000 |
| Methamphetamine (conv) | 1,225.000 | 2,286.000 | 1,950.000 | 1,420.000 | 1,525.000 | 1,615.000 | 2,405.000 | 2,405.000 | 2,405.000 | 2,405.000 | 2,331.000 |
| Methamphetamine | 29.000 | 75.000 | 19.000 | 18.000 | 50.000 | 45.000 | 45.000 | 45.000 | 45.000 | 45.000 | 49.000 |
| Methylphenidate | 14,957.000 | 17,618.000 | 20,967.000 | 23,726.000 | 28,693.000 | 35,000.000 | 35,000.000 | 50,000.000 | 50,000.000 | 50,000.000 | 50,000.000 |
| Morphine (sale) | 14,706.000 | 15,615.000 | 18,046.000 | 20,762.000 | 35,021.000 | 35,000.000 | 35,000.000 | 35,000.000 | 35,000.000 | 36,300.000 | 35,000.000 |
| Morphine (conv) | 97,410.000 | 110,774.000 | 110,774.000 | 110,774.000 | 110,774.000 | 110,774.000 | 100,000.000 | 110,774.000 | 110,000.000 | 100,000.000 | 100,000.000 |
| Noroxymorphone (sale) | 25.000 | 25.000 | 40.000 | 99.000 | 99.000 | 1.002 | 1,002.000 | 1.002 | 10.000 | 10.000 | 10.000 |
| Noroxymorphone (conv) | 3,813.000 | 4,500.000 | 6,000.000 | 4,400.000 | 3,800.000 | 4,000.000 | 5,600.000 | 11,000.000 | 9,000.000 | 9,000.000 | 9,000.000 |
| Opium*** | 720.000 | 630.000 | 700.000 | 1,000.000 | 1,300.000 | 1,280.000 | 1,360.000 | 1,400.000 | 1,400.000 | N/A | N/A |
| Opium (powdered)*** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 230.000 | 230.000 |
| Opium (tincture)*** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1,250.000 | 1,050.000 |
| Oripavine**** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 15,000.000 | 15,000.000 | 15,000.000 |
| Oxycodone (sale) | 35,850.000 | 46,680.000 | 34,482.000 | 41,182.000 | 49,200.000 | 50,490.000 | 56,000.000 | 70,000.000 | 70,000.000 | 94,000.000 | 88,000.000 |
| Oxycodone (conv) | 602.000 | 449.000 | 1,100.000 | 700.000 | 920.000 | 920.000 | 4,610.000 | 3,100.000 | 4,820.000 | 4,500.000 | 4,000.000 |
| Oxymorphone (sale) | 353.000 | 264.000 | 454.000 | 454.000 | 534.000 | 534.000 | 806.000 | 1,800.000 | 2,000.000 | 2,570.000 | 2,570.000 |
| Oxymorphone (conv) | - | - | - | - | - | - | 2,400.000 | 15,300.000 | 12,000.000 | 12,000.000 | 12,000.000 |
| Pentobarbital | 24,037.000 | 27,728.000 | 27,728.000 | 27,728.000 | 18,251.000 | 20,335.000 | 28,000.000 | 35,200.000 | 28,000.000 | 28,000.000 | 28,000.000 |
| Phenylacetone | 0.010 | 801.000 | 10,218.000 | 21,975.000 | 11,000.000 | - | - | - | 0.001 | 250.001 | 12,500.001 |
| Secobarbital | 0.022 | 1,946.000 | 1.002 | 1.100 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 67.000 | 67.000 |
| Sufentanil | 1.700 | 1.700 | 2.100 | 3.000 | 4.000 | 4.500 | 6.500 | 10.300 | 10.300 | 10.300 | 10.300 |
| Tetrahydrocannabinols | 115.000 | 131.000 | 131.000 | 135.000 | 180.000 | 312.500 | 338.000 | 312.500 | 312.500 | 312.500 | 312.500 |
| Thebaine | 45,444.000 | 67,446.000 | 43,292.000 | 58,832.000 | 72,453.000 | 72,453.000 | 78,000.000 | 126,000.000 | 126,000.000 | 126,000.000 | 126,000.000 |

\* DEA publishes a complete list of Schedule I and II controlled Substance Aggregate Production Quotas in the Federal Register
\*\* Lisdexamfetamine became a schedule II controlled substance June 4, 2007 (85 FR 24532)
\*\*\* Opium was split into separate categories beginning in 2009
\*\*\*\* Oripavine became a separate basic drug class code September 24, 2007 (184 FR 54208)



Updated January 13, 2010