# **EXHIBIT 11**

U.S. Department of Justice

Drug Enforcement Administration

RECEIVED
NOV 0 4 1996
CORPORATE SECURITY

Washington, D.C. 20537

OCT 2 9 1996

Mr. Chris Zimmerman
Manager, Corporate Security
Bergen Brunswig Corporation
4000 Metropolitan Drive
Orange, California 92668

Dear Mr. Zimmerman:

Reference is made to your recent letter in which you requested that Bergen Brunswig be permitted to replace its current telephonic reporting of suspicious orders with a daily report transmitted by facsimile.

We have reviewed your proposal and feel that it could be a viable alternative to the current system. It is our understanding that a computer program has been created that can compare a customer's controlled substance orders to an average of the customer's orders for the prior four months. Customers' orders that exceed their four month average order history by an as yet unspecified percentage would be shown on a summary report that would be sent to the appropriate Drug Enforcement Administration (DEA) field office on a daily basis. As proposed, the summary report would include the customer's name, address and DEA number; a description of the item ordered; the NDC number; date ordered; active ingredient volume ordered and shipped; and the customer's "allowance" or average order.

We note that, unlike the program that generates Bergen Brunswig's monthly suspicious order report, the new program will compare the customer's order to his or her previous orders rather than to orders placed by other customers. It is therefore requested that each DEA office continue to be provided with the monthly reports in addition to the daily facsimile reports. It would also be helpful to our investigators if the quantity of drugs ordered were expressed in dosage units rather than by the weight of the active ingredient.

We agree that it would be prudent to test this new program before instituting it nationwide and concur with your suggestion to use the DEA Los Angeles Division office for the beta test. We would

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315789



Mr. Chris Zimmerman											Page Two

appreciate it if you would postpone starting the testing until after February 1, 1997, as Ms. Betsy Willis, who has been selected for the Diversion Program Manager position in the Los Angeles Field Division, will not be reporting for duty until the end of January. It is suggested that you contact Ms. Willis after January 20, 1997 to discuss this matter further. Ms. Willis may be reached at (213) 894-4016 after that date.

We look forward to working with you on this new project which we, too, hope will lead to a more efficient suspicious order reporting system. If you have any questions please let me know.

										Sincerely,

										G. Thomas Gitchel, Chief
										Liaison and Policy Section
										Office of Diversion Control

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER					ABDCMDL00315790