# EXHIBIT 19



# Drug Enforcement Administration
# Pharmaceutical Industry Conference

# Wholesale Distribution
# Diversion Control Program

# September 11, 2007

**Chris Zimmerman**
**Vice President - Corporate Security & Regulatory Affairs**
**AmerisourceBergen Corporation**

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.71(a)** - "All applicants and registrants shall provide **effective controls** and procedures to **guard against** theft and **diversion** of controlled substances."

Distributor Response: Develop policy to ….

- 2 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001820
ABDCMDL00037185



# HOW?

Distributors usually implement policies that mirror the Code of Federal Regulations' requirements:

**1301.72  - Physical Security Controls** – vault / cage construction and alarm system requirements – No Problem

**1304 – Records and Reports of Registrants** – information, maintenance, and inventory requirements – No Problem

**1305 – Orders For Schedule I & II Controlled Substances** – ordering, filling, executing, and endorsing DEA Forms 222 – No Problem

**1301.74 – Other Security Controls** – make a good faith inquiry; report <u>suspicious</u> orders; report significant losses – gray area

- 3 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001821
ABDCMDL00037186



# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.74(b)** - "The registrant shall design and operate a system to **disclose** to the registrant **suspicious orders** of controlled substances.  The registrant shall inform Field Diversion Office of the Administration in his area of suspicious orders **when discovered** by the registrant."

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001822
ABDCMDL00037187



# Regulatory Responsibility

‣ Reporting suspicious orders to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls to prevent diversion.

‣ DEA cannot / will not tell a distributor:
  – if an order is or is not legitimate; and/or
  – if the distributor should or should not ship an order

‣ Distributor must make a "business" decision whether or not to ship the order.

- 5 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001823
ABDCMDL00037188



# ABC's Diversion Control Program

▸ **"Know Your Customer" Due Diligence**

▸ **Order Monitoring Program (OMP)**

▸ **Investigations**

▸ **Education and Training**

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001824
ABDCMDL00037189



# New Customer Due Diligence

▸ "Know Your Customer" Due Diligence investigations completed on all new Retail and Wholesale Accounts.

– Retail chain pharmacies are exempted.

▸ Included in New Account Setup Process

– New Account Questionnaire

– On-site visit includes photographs inside and out (or physical description of premises)

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001825
ABDCMDL00037190



# New Customer Due Diligence

▶ Monthly Sales Limits

– All new accounts set at the lowest threshold level for DEA business type in ABC's Order Monitoring Program (OMP)

▶ "Do Not Ship" List

– Customers to whom ABC has ceased distribution to due to suspicious activity

– Other sources

- 8 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001826
ABDCMDL00037191



# Order Monitoring Program (OMP)

> ▸ The Controlled Substances/Listed Chemicals Order Monitoring Program (OMP) was developed to identify suspicious orders and purchasing trends.

> ▸ Historically Controlled Substance / Listed Chemical order monitoring has been based on a **ship and report** process.

> ▸ ABC's OMP process is now based on: identify, capture, investigate, and report suspicious orders; all **prior to shipment**.

- 9 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001827
ABDCMDL00037192



# OMP Customer Account Type and Size

▸ Each Customer is classified by "Customer Type," which represents how the customer is registered with DEA.

  – Hospital/Clinic, Retail Pharmacy, Distributor, etc.

  – This value is loaded using the NTIS Database synch process.

▸ Each customer is then categorized by "Customer Size" based upon average revenue relative to its peers in the same "Customer Type."

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001828
ABDCMDL00037193



# OMP Item Family and Threshold

▸ All controlled substance and listed chemical products are grouped into item "families" based upon the drug's active ingredient, which has a corresponding Generic Code Number (GCN).

▸ The OMP will combine all sales of items within the same GCN family (e.g., hydrocodone / vicodin; oxycodone / percocet; Alprazolam / Xanax), for each customer.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001829
ABDCMDL00037194



# OMP Item Family and Threshold

▶ Item threshold levels are established from accumulated monthly sales for all customers based on item family, DEA type, and customer size.

▶ A customer's threshold level is initially set by item family based on the customer's DEA type and customer size.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001830
ABDCMDL00037195



# OMP Order Processing

▸ A customer's incoming orders are accumulated by item family, and the total item family order quantity is applied to the predetermined Item family monthly threshold.

▸ If the order quantity falls below the Item family threshold, the order will process normally.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001831
ABDCMDL00037196



# OMP Order Processing

▶ If the order quantity goes over the item family threshold, the order will be placed into "OMP Review."

▶ All subsequent orders within the same item family will be rejected while an item within the same family is under review.

▶ Each distribution center (DC) is responsible for initial review of all orders in OMP Review.

   – If the DC can determine the order is not suspicious, the DC will release the order.

   – If the DC is unsure, the order will be flagged to be investigated by Corporate (CSRA).

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001832
ABDCMDL00037197



# OMP Order Processing

- ▶ All OMP orders that the DC released, as well as those flagged for CSRA Review, are sent to CSRA each morning.

- ▶ Based upon information available to CSRA, flagged orders will either be released or placed in "Investigate" status.

- ▶ All orders placed into Investigate status are electronically reported to DEA on a daily basis.

- 15 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001833
ABDCMDL00037198



# OMP Order Processing

▶ CSRA conducts the investigation and will notify the distribution center of the final disposition of the order (release or cancel).

▶ CSRA will also determine if any permanent action needs to be taken with the customer.

– Customers who have legitimate needs will have their size or threshold levels increased.

– Customers with continued suspicious ordering patterns may have their ability to order control substances effected.

- 16 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001834
ABDCMDL00037199



## Order Monitoring Process
## (OMP)





- 17 -

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001835
ABDCMDL00037200



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001836
ABDCMDL00037201



# Order Monitoring Program (OMP)

▸ A Distributor can't solely rely on computer systems and programs to prevent diversion.

▸ All employees have a role and responsibility in a successful Order Monitoring Program:

– Sales

– Procurement

– Management (DC / HQ)

– Order fillers

– Customer service

– IT

- 19 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001837
ABDCMDL00037202



# Investigations

▸ Sources of Investigations
– Order Monitoring Program (OMP)
– Monthly Customer Product Mix Report
– Notification by DEA
– Notification by ABC DC

▸ Typical Investigation Process
– One-year purchase history
– On-site inspection
– **CSRA Form 590c Retail Pharmacy Verification Checklist**

▸ Decision
– Cease distribution of CS/LC to customer
– Customer Sign applicable compliance agreement

- 20 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001838
ABDCMDL00037203



# Education and Training

▸ All appropriate associates are trained on ABC's Diversion Control Program

▸ ABC also holds training and educational courses for its customers and vendors regarding this subject matter.



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001839
ABDCMDL00037204





Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001840
ABDCMDL00037205