PSJ3

Exhibit 448

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
                           -  -  -
 3

     IN RE:  NATIONAL               :  HON. DAN A. POLSTER
 4   PRESCRIPTION OPIATE            :
     LITIGATION                     :
 5                                  :
     APPLIES TO ALL CASES           :  NO.
 6                                  :  1:17-MD-2804
 7              - HIGHLY CONFIDENTIAL -
 8     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
 9                         -  -  -
                      January 9, 2019
10                         -  -  -
11
12              Videotaped sworn deposition of
13         RITA NORTON, taken pursuant to notice,
14         was held at REED SMITH LLP, Three Logan
15         Square, 1717 Arch Street, Suite 3100,
16         Philadelphia, Pennsylvania, beginning at
17         9:44 a.m., on the above date, before
18         Margaret M. Reihl, a Registered
19         Professional Reporter, Certified
20         Shorthand Reporter, Certified Realtime
21         Reporter, and Notary Public.
22                         -  -  -
23             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   coordinate efforts?
 2        A.     No.
 3        Q.     Never?
 4        A.     I don't know.
 5        Q.     We talked earlier -- we were
 6   talking earlier about membership in the HDA, and
 7   we just covered manufacturers.
 8               Do you know if other distributors
 9   are members of the HDA?
10        A.     Yes.
11        Q.     Which manu -- or which
12   distributors do you understand to be members of
13   the HDA?
14        A.     So they're referred to as primary
15   distributors or the distributors who purchase
16   from manufacturers directly.  I believe there's
17   38 total or something around 35 to 38.
18        Q.     Is AmerisourceBergen a primary
19   distributor?
20        A.     Yes.
21        Q.     Okay.  How about McKesson?
22        A.     Yes.
23        Q.     Cardinal Health?
24        A.     Yes.
```

```
 1         Q.    H.D. Smith?

 2         A.    Yes.

 3         Q.    Henry Schein?

 4         A.    Yes.

 5         Q.    Can you think of any other

 6   distributors that are primary distributors?

 7         A.    Smith Drug and...

 8         Q.    Do you know if McKesson holds a

 9   board position or a position on the Executive

10   Committee of the HDA?

11         A.    Yes.

12         Q.    Do you know how long that

13   McKesson has held the board position or

14   Executive Committee position with the HDA?

15         A.    Since before 2004.

16         Q.    How about Cardinal Health, do you

17   know if --

18         A.    Yes.

19         Q.    I'm sorry.  Let me ask the

20   question, so we know what you're agreeing to

21   first.

22               Do you know if Cardinal Health

23   has held board positions or Executive Committee

24   positions at the HDA?
```