PSJ3

Exhibit 452

| | |
|---|---|
| Message | |
| **From**: | Kelly, Patrick [pkelly@hdmanet.org] |
| **Sent**: | 12/5/2013 5:15:47 PM |
| **To**: | 'ECampbell@amerisourcebergen.com' [ECampbell@amerisourcebergen.com]; Cacciatore, Gary [Gary.Cacciatore@cardinalhealth.com]; 'kcouch@smithdrug.com' [kcouch@smithdrug.com]; Quintero, Gilberto [gilberto.quintero@cardinalhealth.com]; 'treadling@mutualdrug.com' [treadling@mutualdrug.com]; 'ttwitty@hdsmith.com' [ttwitty@hdsmith.com]; 'Donald.Walker@McKesson.com' [Donald.Walker@McKesson.com]; 'czimmerman@amerisourcebergen.com' [czimmerman@amerisourcebergen.com]; Gray, John [jgray@hdmanet.org]; Bittman, Ann [abittman@hdmanet.org]; Kelly, Patrick [pkelly@hdmanet.org]; Gallenagh, Elizabeth [egallenagh@hdmanet.org]; Fri, Perry [pfri@hdmanet.org]; Freitas, Kristen [kfreitas@hdmanet.org]; Ducca, Anita [aducca@hdmanet.org]; Parker, John [jparker@hdmanet.org]; 'george.koch.26@gmail.com' [george.koch.26@gmail.com]; 'pvanderveer@apcoworldwide.com' [pvanderveer@apcoworldwide.com] |
| **CC**: | Johnson, Anne [ajohnson@hdmanet.org] |
| **Subject**: | HDMA Drug Diversion Task Force Meeting 12/11/2013 |
| **Attachments**: | HDMA Drug Diversion Task Force Agenda.doc; HDMA Drug Diversion Task Force Attendee List.doc; EC Meeting Communications Plan.pdf; HDMA Message Development Report (2-20-13) FINAL.pdf; HDMA_Crisis-Protocol_revised 5-6.pdf; HDMA_ToolKit-Papers-FINAL-10-18-13.pdf; Chart of Drug Abuse Bills 113th Congress 112213.doc |

Dear HDMA Drug Diversion/DEA Strategy Task Force Members,

On behalf of John Gray and the HDMA Executive Committee, thank you for agreeing to participate on the HDMA Drug Diversion/DEA Strategy Task Force.  We look forward to meeting with you next week, Wednesday, December, 11, from 10:00 a.m. – 4:00 p.m., to discuss development of potential strategies that HDMA could employ to begin to alter the dialogue and outcomes of the drug diversion problem.

Attached for your review is a proposed agenda for the meeting with accompanying background materials.  Briefing packets containing all of the attached materials will be available at the meeting.

If you have any questions, suggestions for additional agenda items, or need information about logistics for the meeting, please contact me by email or by phone at (703) 885-0233, or Anne Johnson at ajohnson@hdmanet.org or by phone at 703-885-0218.

Sincerely,
Patrick Kelly

....................................................................
Patrick M. Kelly
Senior Vice President, Government Affairs
Healthcare Distribution Management Association
(703) 885-0233
Fax: (703) 812-5282
www.HealthcareDistribution.org