# PSJ3 Exhibit 453

# Chronology of HDMA Involvement in DEA Controlled Substances and Suspicious Orders

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| ~ 2005 | DEA begins wholesale distributor "Meetings" |
| 9/27/06<br>2/7/07<br>12/27/07 | DEA sends letters to distributors on "*responsibilities of controlled substances distributors*" for reporting and preventing diversion |
| 2007 | DEA suspends several wholesale distributor licenses |
| 7/25/07 | HDMA letter to J. Rannazzisi, Deputy Assistant Administrator, Office of Diversion Control, DEA; requests a meeting between HDMA and DEA "because of a concern of a lack of clarity between the DEA and our members as to the obligations…" |
| 9/07/07 | HDMA (S. Melville, A. Ducca, D. Durkin) meets w DEA on "Effective Controls Against Diversion of Controlled Substances" (M. Caverly, M. Mapes) |
| 10/16/07 | HDMA's DEA Planning meeting with the RAC; Kyle Wright (DEA) invited and gives SO monitoring presentation |
| 10/16 & 12/19/07 | Planning meeting participant and Counsel recommendations to develop a "guidance." |

Updated 05-17-17

1

CONFIDENTIAL

HDA_MDL_000140781

# DEA Chronology (Continued)

| Date | Activity |
|---|---|
| 1/3/08 | HDMA launches ICG development |
| 2/22/08 | GPPC & ExComm reviews/approves draft ICG & DEA strategy |
| 4/15, 6/6 & 9/5/08 | Meetings w DEA's Chief Counsel's Office to present, review, finalize ICG. Request DEA's "endorsement" |
| 7/17/08 | HDMA & DEA meeting. HDMA states: customers setting up accounts with several distributors. Is DEA aware? Is DEA evaluating? DEA: "yes" |
| 10/17/08 | DEA letter on the ICG: "…commends …HDMA… in its efforts to assist its membership to fulfill their [CSA] obligations…". HDMA releases final ICG. |
| 11/14/08 | HDMA ICG Webinar for HDMA members |
| 2/24/09 | "Educational" meeting between DEA and HDMA. Verbal request for ARCOS data. (16 DEA attendees; HDMA: A. Ducca, D. Durkin, S. Mays, D. Walker, J. Lumpkin, B. Giacalone ) |
| Spring 2010 | Press reports of another wholesale distributor registration suspension |
| 7/8/10 | HDMA letter to Act. Admin. Leonhart requesting ARCOS data, & other info |

CONFIDENTIAL    HDA_MDL_000140782

# DEA Chronology (Continued)

Confidential - Not for external circulation - Updated 06-26-14

| Date | Activity |
|---|---|
| 9/30/10 | HDMA meets with GAO representatives to input on their DEA study. GAO Report available at: http://www.gao.gov/products/GAO-11-744 |
| 10/15/10 | S. Melville e-mail to M. Caverly requesting status of July 8 ARCOS letter |
| 10/19/10 | HDMA letter to M. Leonhart requesting a meeting |
| 11/10/10 | DEA notifies HDMA that the meeting has been delegated to J. Rannazzisi |
| 12/07/10 | HDMA meets with M. Caverly, & other DEA staff (J. Rannazzisi was "called away"); HDMA recommends: SO monitoring clarifications; update of DEA's letters to distributors & more |
| 02/16/11 | GPPC Directive: No HDMA organized ARCOS or other customer review; but, HDMA should conduct Hill educational meetings |
| 02/25/11 | ExComm concurs with GPPC directive. Requests review of consistency between the ICG and member practices. Is ICG "current?" |
| 03/01/11 | Regulatory Affairs Committee meeting - develop compliance questions |
| ~ 03/11 | Press reports of another wholesale distributor registration suspension. |

Updated 05-17-17

3

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 06/01/11 | HDMA sends to M. Leonhart 12 pages of SO compliance questions and a summary of the 12/07/10 meeting as follow-up |
| 06/05/11 | ExComm discusses ICG review (still current but could use updating); reconsider ICG reissuance after GAO rept release and we receive DEA's answers to our questions |
| 06/10/11 | C. Gallagher call to A. Ducca. DEA would not give "certainty" by answering many of the questions. Further, DEA will not "be giving a check list" of steps that, if performed, will give certainty [that they're in compliance] |
| 11/08/11 | HDMA requests meeting with DEA (J. Partridge and B. Boockholdt) and "3-4 members of our Regulatory Affairs Committee" |
| 11/16/11 | C. Gallagher response: ".... [DEA] would prefer to ... meet... only HDMA staff and not with members like we have done in the past." [AD note: Incorrect. HDMA and members *have* met jointly at DEA –HDMA meetings in the past.] |
| 11/21/11 | C. Gallagher asks what is HDMA's Outside Counsel's role at such a meeting; states others in DEA will ask |

updated 03-17-15

4

CONFIDENTIAL

HDA_MDL_000140784

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 11/22/11 | A. Ducca reply to C. Gallagher's Outside Counsel role question |
| 12/19/11 | HDMA- DEA meeting; DEA states: HDMA members aren't looking at and acting properly on ARCOS data |
| 02/03 & 02/04/12 | DEA issues Cardinal ISO; followed by 2 CVS ISOs |
| Spring 2012 | Court and related proceedings for above DEA ISOs/actions |
| 03/01/12 | J. Gray testifies at House E & C Subcommittee on Commerce, Manufacturing and Trade hearing. Former Chairwoman Mary Bono Mack (R-CA). (HDMA also answered follow-up questions after the hearing) |
| 04/13/12 | HDMA meets with W&C (Barnett and Cooper) on DEA strategic options |
| 04/20/12 | J. Gray sends memo to ExComm summarizing DEA strategic options |
| 05/03/12 | Sen. C. Grassley (IA) and Sen. S. Whitehouse (RI) request that GAO study the impact of DEA's policies and regulations on "the growing drug shortage crisis...[of] controlled substances..." |

CONFIDENTIAL HDA_MDL_000140785

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 05/07/12 | Sen. Chuck Grassley (IA) and Sen. Sheldon Whitehouse (RI) issue a press release on their request for the GAO to study DEA's possible contribution to controlled substances shortages. (Quotas & emergency patients' drugs) |
| 05/09/12 | HDMA files Amicus Brief with the US District Court of Appeals for the DC Circuit supporting Cardinal |
| 06/10/12 | Board discusses potential DEA actions |
| 06/26/12 | The WV Attorney General announced lawsuits against 14 pharmaceutical drug distributors, alleging negligent practices helped fuel the state's abuse epidemic |
| 07/03/12 | A. Ducca sends e-mail to C. Gallagher of DEA asking the status of answers to HDMA's questions from 06/01/11 |
| 07/05/12 | C. Gallagher responds that she will look into the questions' status. |
| 08/30/12 | RAC discussion of "Regulatory Options" for addressing DEA issues; recommends petition for new SO monitoring rule but does not recommend other actions |

CONFIDENTIAL　　HDA_MDL_000140786

# DEA Chronology (Continued)

Confidential — Not for external circulation

| Date | Activity |
|---|---|
| 09/18/12 | GPPC discusses Regulatory Options; says: wait for PR [APCO] approach |
| Early Dec. 2012 | A. Ducca and C. Gallagher discuss meeting requests. [an HDMA-DEA meeting with HDMA members; DMC] C. Gallagher indicates she wishes to "turn back to" the HDMA questions [that were submitted to DEA 06/01/11] |
| Early Dec. 2012 thru Spring 2013 | Numerous e-mails and calls, requesting, repeating and reminding C. Gallagher of the meeting requests. [See separate insert] |
| 01/13 | Shortly after DEA proposed the disposal/take back rule, [77 Fed. Reg. 75783 (Dec. 21, 2012)] HDMA requested that a DEA representative participate in a conference call on the rule, mostly to answer questions. DEA declined. *[Note, there are no legal or rulemaking restriction on regulatory agency communications about a proposed rule while it is open for public comment.]* |
| 03/15/13 | RAC updates potential "Regulatory Options". New suggestion for a potential legal journal article included. |
| 4/29/13 | Letter from J. Gray to A. Santos; DMC thank you and reiterates our request for an HDMA-DEA meeting sometime in 2013. |

Updated 05-17-17

7

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 5/17/13 | C. Gallagher voice mail - DEA has agreed to meet HDMA. (In subsequent conversations, unclear whether DEA is will include HDMA members in the meeting. C. Gallagher agrees to ask senior leadership if acceptable.) |
| 5/24/13 | Received e-mail from C. Gallagher that "DEA will definitely be able to speak at HDMA's 2014 [DMC] Conference." |
| 6/6 & 6/7/13 | DEA and HDMA set meeting date of 7/31/13 |
| 7/3/13 | HDMA submits to DEA HDMA's questions for discussion at the 7/31 meeting |
| 7/29/13 | DEA cancels the 7/31 meeting. E-mail from C Gallagher states: "I am still waiting on confirmation from OD for us to meet. In the mean time, Barbara Boockholdt has scheduling conflict and cannot meet on Wed and many of the issues are handled by her Section. At this rate, I don't think we should meet this week." |
| 11/1/13 | HDMA submits letter to DEA requesting clarification/revision of a recent directive to speed submission of ARCOS error corrections. (Included notation that many/most errors were related to errors on DEA's system, not due to actual reporting errors.) |

CONFIDENTIAL    HDA_MDL_000140788

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 11/26/13 | E-mail to C. Gallagher asking if she reviewed the letter about ARCOS error corrections. Also reminded her that DEA had agreed to speak at DMC 2014, asking if the recommended time slot would be workable for DEA's speaker. |
| 1/15/14　2/7/14 | Reminders to C. Gallagher of DEA that the agency had agreed to speak at the 2014 DMC and requested the speaker's name and contact information. |
| 2/11/14 | Received e-mail from C. Gallagher stating that DEA "…is not able to present at the conference…" [In other words, will not speak at DMC after all.] |
| 3/7/14 | Discussed ARCOS error correction requirement with John Partridge, Exec. Assistant to the DEA Deputy Administration in ODC. Mr. Partridge indicated that DEA would revert to the normal reporting time frames. (Described in A. Ducca e-mail to RAC 3/7/14.) |
| 7/28/14 | HDMA sent a letter to DEA regarding the final rule placing Tramadol products into Schedule IV. The letter requested that distributors be allowed to sell existing inventory or to continue to sell them for 180 days after the effective date |

Updated 05-17-17

9

# DEA Chronology (Continued)

| Date | Activity |
|---|---|
| 8/19/14 | DEA responds to HDMA denying request to be able to continue to sell existing Tramadol inventory |
| 10/15 | Various communications between John Gray and Chuck Rosenberg and between John G. and Lou Milione. Rosenberg and Milione indicated a willingness to reestablish relationships with HDMA; also that DEA would hold a meeting to discuss DEA's leadership change and new directions early in the year and invited John G to participate. John G. invited Lou M. to speak at DMC; Lou M informally accepted the DMC speaking invitation |
| 1/11/16 | HDMA/Patrick Kelly sends a follow-up letter to Lou Milione inviting him, and his deputy, to speak at DMC 2016. Two opportunities were included: 1) a General Session for the larger audience, and 2) a one hour breakout session for additional questions and answers. |
| 2/29/16 | DEA holds Trade Association Meeting to introduce HDMA and others (*e.g.,* NACDS, APhA, PhRMA) to DEA's new senior leadership team (Chuck Rosenberg, Lou Milione and section chiefs); discuss upcoming initiatives; receive input from industry; rebuild relationships |

CONFIDENTIAL

HDA_MDL_000140790

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 3/7/16 | Lou Milione is keynote speaker at HDMA's DMC. Demetra Ashley (Lou M's Deputy) and Lou M. conduct DMC breakout session. Demetra discussed regeneration of DEA's Wholesale Distributor Initiative |
| 5/2016 | Anita attends DEA Distributor Meeting in Indianapolis. Ruth attends DEA Reverse Distributor Meeting in Indianapolis. |
| 5/27/16 | Ruth lunch with DEA staff |
| 6/12/16 | Lou Milione, Deputy Assistant Administrator, Office of Diversion Control, Guest Speaker at HDMA/HDA's Board meeting at BLC |
| 6/24/16 | Ruth lunch with DEA staff |
| 1/12/17 | Ruth conversation with CCD Chief & attorneys & new CCR Chief at *Masters* oral argument |
| 2/1, 2/2 and 2/3/17 | Several e-mail exchanges between Patrick Kelly, Lou Milione and Demetra Ashley. Reminders of the request for a DEA speaker(s) at DMC. (invitation had been discussed earlier informally by phone.) DEA confirmed that Demetra is available/planning on speaking at the breakout session; Lou is not available for the opening General Session |

Updated 05-17-17

11

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 2/3/17 | HDA sends formal acknowledgement with logistics, speaker information and other details to Demetra Ashley related to speaking at DMC 2017. |
| 2/8/17 | Ruth lunch with DEA staff. |
| 3/1/17 | Ruth speaks with CCR regarding WH hiring freeze relevance to fee account-funded positions. He reports no indication of freeze applicability within DEA. |
| 3/6/17 | Demetra Ashley, *Associate Deputy Assistant Administrator, ODC* speaks at DMC "Break-Out Discussion with DEA." She suggests in presentation that it may be time for another industry meeting. Patrick Kelly suggests to her potentially reconvening a meeting of the supply chain associations similar to the meeting that took place in February 2016. DA also states that SOM rule is one of 8 they intend to issue before the end of the year. |
| 4/18/17 | Ruth Miller speaks with Jim Arnold, Chief, Liaison & Policy Section at Rx Drug Abuse Summit, Atlanta. He said in presentation that DEA can identify top 10 pharmacies dispensing opioids. She suggested sharing ARCOS data with wholesale distributors. |

CONFIDENTIAL　　HDA_MDL_000140792

# DEA Chronology (Continued)
Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 4/20/17 | Patrick Kelly invites Lou Milione to speak at the HDA June Board meeting at BLC. (Invitation was in follow-up to verbal invitation by John Gray – date unknown.) |
| 4/21/17 | Lou Milione declines invitation to June 2017 Board Meeting due to pre-existing conflicts. |
| 5/02/17 | Patrick Kelly e-mail to Lou Milione/Demetra Ashley reminding them of the conversation at DMC that another Supply Chain Associations meeting in Washington would be helpful. Also asked for further information on the pending the suspicious order rulemaking/guidance that may be released "in the coming months". Specifically: 1.) will it be a rulemaking or a guidance; and, 2.) can they be more specific on timing? |
| | One of the things that I think we discussed in California was whether or not the timing would be right for another Supply Chain Associations meeting in Washington, similar to the one you guys put together in February 2016. That meeting was incredibly valuable to engage all the trade groups representing the registrant community and enlist our collective support in addressing the drug abuse epidemic. |
| | Speaking for HDA (and I think most, if not all, of the other groups involved) |

Updated 05-17-17    13

CONFIDENTIAL    HDA_MDL_000140793

# DEA Chronology (Continued)

Confidential – Not for external circulation

| Date | Activity |
|---|---|
| 5/12/2017 | Ruth dinner with DEA staff |

CONFIDENTIAL HDA_MDL_000140794

# DEA Chronology – DMC Participation

Confidential – Not for external circulation

| Date | DMC Speakers from DEA |
|---|---|
| 2008 | Mark Caverly, *Chief, Liaison and Policy Section, Office of Diversion Control (ODC)* |
| 2009 | Mark Caverly, *Chief, Liaison and Policy Section, ODC* |
| 2010 | Mark Caverly, *Chief, Liaison and Policy Section, ODC* |
| 2011 | Cathy Gallagher, *Acting Chief, Liaison and Policy Section, ODC* |
| 2012 | John Partridge, *Chief, Liaison and Policy Section, ODC* |
| 2013 | Alan G. Santos, *Associate Deputy Assistant Administrator, ODC* |
| 2014 2015 | In 2014, DEA retracted its earlier commitment to speak at DMC in 2014. DEA, therefore, did not speak at DMC in 2014 (or in 2015). |
| 2016 | Lou Milione, *Deputy Assistant Administrator, ODC* (Keynote address); Demetra Ashley, *Associate Deputy Assistant Administrator, ODC* (Breakout session, with Lou M also participating/answering questions) |

Updated 05-17-17

15

# DEA Chronology – DMC Participation

Confidential – Not for external circulation

| Date | DMC Speakers from DEA |
|---|---|
| 2017 | Demetra Ashley, *Associate Deputy Assistant Administrator, ODC* breakout session titled: "Break-Out Discussion with DEA." |

Updated 05-17-17

16