PSJ3

Exhibit 459

**To:** 'Bob Twillman'[btwillman@aapainmanage.org]; Rosen, Burt[Burt.Rosen@pharma.com]; 'Aaron Gilson'[amgilson@wisc.edu]; 'Adam Chrisney'[Adam.Chrisney@ppsv.com]; 'Adam Clark'[adam.clark@laf.org]; 'Alec Stone'[astone@ons.org]; 'Alice Mead'[apm@gwpharm.com]; 'Alyson Lewis'[alewis@madisonassoc.com]; 'Amy Goldstein'[agoldstein@aapainmanage.org]; 'Andrea Best'[andrea.best@abbott.com]; 'Anita Ducca'[aducca@hdmanet.org]; 'Anita Roach'[aroach@ichelp.org]; 'Ashli Douglas'[adouglas@sjm.com]; 'Barbara Gordon'[bgordon@ichelp.org]; Bennett, Pamela (Gov't Affairs)[Pamela.Bennett@pharma.com]; 'Bobby Clark'[bobby.clark@tevapharm.com]; 'Brian Gallagher'[bgallagher@aphanet.org]; 'Brian Munroe'[munroe.brian@endo.com]; 'Caroline Schellhas'[cmoody2@corus.jnj.com]; 'Cate Dillon'[catherine.dillon@abbott.com]; 'Catherine Underwood'[cunderwood@amctec.com]; 'Cathy Trzaskawka'[trzaskawka.catharine@endo.com]; 'Christy Torkildson'[torkc@sbcglobal.net]; 'Cindy Steinberg'[csteinberg@rcn.com]; 'Claudia Campbell '[campbecfun1@yahoo.com]; 'Crystal Muilenburg'[muilenburg_crystal@allergan.com]; 'Dara Mann'[dara.mann@abbott.com]; 'Darrel C. Jodrey'[djodrey@its.jnj.com]; 'David E. Joranson'[joranson@wisc.edu]; 'David Swankin'[davidswankin@cacenter.org]; 'David Woodmansee'[david.woodmansee@cancer.org]; 'Dee Delezene Browers'[dee@uspainfoundation.org]; 'Donna Kalauokalani'[dkalauokalani@yahoo.com]; 'Dr. Alfred Anderson'[aanderson@medpainmanagement.com]; 'Elizabeth Ernst'[elizabeth.ernst@boehringer-ingelheim.com]; Erensen, Jennifer[Jennifer.Erensen@pharma.com]; 'Erin Morton'[erin.morton@dbr.com]; 'Gail Amalia B. Katz'[gamaliabkatz@gmail.com]; 'Greg Hicks'[greg.hicks@boehringer-ingelheim.com]; 'Greg Thomas'[thomas.gregory@endo.com]; 'Jack Kalavritinos'[jack.kalavritinos@covidien.com]; 'James Lavery'[james.lavery@abbott.com]; 'Janet Favero Chambers'[jan.chambers@fmcpaware.org]; 'Janet McUlsky'[janet.mculsky@pfizer.com]; 'Jason Byrd'[j.byrd@asawash.org]; 'Jason Grove'[jason.grove@abbott.com]; 'Jeremy Scott'[jeremy.scott@dbr.com]; 'Jerold Roschwalb'[jroschwalb@msn.com]; 'Jerry Hall'[jerry.hall@abbott.com]; 'Jewell Wellborn'[jwellborn@hdmanet.org]; 'Jillian Manley'[jillian@aapainmanage.org]; 'Jim Broatch'[jwbroatch@aol.com]; 'Jody Green'[jody.green@rmpdc.org]; 'Jonathan Keyserling'[jkeyserling@nhpco.org]; 'Joy Buck'[jbuck@hsc.wvu.edu]; 'Judi Lund Person'[jlundperson@nhpco.org]; 'Judy Lentz'[judyl@hpna.org]; 'June Dahl PhD'[jldahl@wisc.edu]; 'Justine Coffey'[jcoffey@ashp.org]; 'Kaelan Hollon'[khollon@phrma.org]; 'Karen Davis'[kdavis@nhpco.org]; 'Karina Tabor'[Karina.Tabor@cancer.org]; 'Katherine Sharpe'[ksharpe@cancer.org]; 'Kathleen Strauser'[kstrauser@highwaterpartners.net]; 'Kathryn Tucker'[ktucker@compassionandchoices.org]; 'Kathy Sapp'[kathy.sapp@tevapharm.com]; 'Kendra Calhoun'[kcalhoun@amputee-coalition.org]; 'Kevin L. Zacharoff'[kzacharoff@inflexxion.com]; 'Keysha Brooks-Coley'[keysha.brooks-coley@cancer.org]; 'Kristen Freitas'[kfreitas@hdmanet.org]; 'Kristen Hedstrom'[kristen.hedstrom@bsci.com]; 'Kristen Pulatie'[kpulatie@connect2amc.com]; 'Kristin Recchiuti'[KRecchiu@its.jnj.com]; 'Lenore Duensing'[lduensing@aapainmanage.org]; 'Linda Kitlinski'[Kitlinski.Linda@Endo.com]; 'Lisa Pearlstein'[l.pearlstein@asawash.org]; 'Lisa Robin'[lrobin@fsmb.org]; 'Luke Poppish'[luke.poppish@rmpdc.org]; 'Maegan Martin'[mmartin@fsmb.org]; 'Malcolm Monaghan'[MMonagh4@its.jnj.com]; 'Marcia Lee Taylor'[marcialee_taylor@drugfree.org]; 'Marcie Bough'[mbough@aphanet.org]; 'Marsha Stanton'[mstanton@horizonpharma.com]; 'Mary Pat Aardrup'[mpaardrup@yahoo.com]; 'Matt Gunderman'[matthew.gunderman@bsci.com]; 'Meredith Smith'[meredith.smith@abbott.com]; 'Michael Mattoon'[michael.mattoon@bsci.com]; 'Mike Hall'[mhall@madisonassoc.com]; 'Mike Heffernan'[mheffernan@collegiumpharma.com]; 'Myra Christopher'[mchristopher@practicalbioethics.org]; 'Natacha Pires'[npires@neuropathy.org]; 'Natalie Hamm'[natalie.hamm@cancer.org]; 'Nicole Kelly'[nicolekelly@verizon.net]; 'Patrick Coyne'[user479069@aol.com]; 'Patrick Toalson'[p.toalson@lilly.com]; 'Paul Arnstein'[pmarnstein@partners.org]; 'Paul Gileno'[uspainfoundation@gmail.com]; 'Paul Scott O'Neill'[pso@dcbalaw.com]; 'Paul, Ilisa Halpern'[ilisa.halpernpaul@dbr.com]; 'Penney Cowan '[pcowan@pacbell.net]; 'Peter Slone'[peter.b.slone@medtronic.com]; 'Peter VanPelt'[pvanpelt@aphanet.org]; 'Philip Saigh Jr.'[psaigh@connect2amc.com]; 'Piran Farhadieh'[pfarhadieh@sjm.com]; 'Rebecca Kirch'[rkirch@cancer.org]; 'Regina Kaurich'[gina@nadona.org]; 'Robert Saner'[robert.saner@ppsv.com]; 'Robyn Kohn'[RKohn@its.jnj.com]; 'Ronna Hauser'[ronna.hauser@ncpanet.org]; 'Rosemary Garza'[rosemary.garza@medtronic.com]; Westberry, Ryan[ryan.westberry@rmpdc.org]; 'Scott M. Fishman'[smfishman@ucdavis.edu]; 'Sharon Stancliff'[stancliff@harmreduction.org]; Shaw, Solana[Solana.Shaw@pharma.com]; 'Stacey

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004018429

Beckhardt'[Stacey.beckhardt@tevapharm.com]; 'Stephen Porada'[sp@paineducators.org]; 'Steve LaPierre'[Steve.LaPierre@bsci.com]; 'Stewart Leavitt'[stew202@comcast.net]; 'Sue Thau'[suerthau@aol.com]; 'Susan Rogers'[susan.k.rogers@verizon.net]; 'Tamara Sloan'[tamara@valinet.com]; 'Theresa Connor'[tconnor@compassionandchoices.org]; Tiller, Kimberley[Kimberley.Tiller@pharma.com]; 'Timothy Byrne'[Byrne.Timothy@endo.com]; 'Tina Tockarshewsky'[ttockars@neuropathy.org]; 'Valerie Volpe'[valerie_volpe@merck.com]; 'Wade Delk'[wdelk@goAMP.com]; 'Whitney Englander'[englander@harmreduction.org]; 'Windy Y. Carson-Smith'[carsonco@aol.com]
**From:** Kevin Nicholson
**Sent:** Tue 7/17/2012 5:32:05 PM
**Subject:** RE: Hydrocodone Rescheduling

Yes.... 10:30 a.m. EDT.  Thanks Bob.

Kevin N. Nicholson, R.Ph., J.D.
Government Affairs and Public Policy
National Association of Chain Drug Stores
Tel: 703-837-4183

---

**From:** Bob Twillman [mailto:btwillman@aapainmanage.org]
**Sent:** Tuesday, July 17, 2012 5:21 PM
**To:** 'Rosen, Burt'; 'Aaron Gilson'; 'Adam Chrisney'; 'Adam Clark'; 'Alec Stone'; 'Alice Mead'; 'Alyson Lewis'; 'Amy Goldstein'; 'Andrea Best'; 'Anita Ducca'; 'Anita Roach'; 'Ashli Douglas'; 'Barbara Gordon'; 'Bennett, Pamela (Gov't Affairs)'; 'Bobby Clark'; 'Brian Gallagher'; 'Brian Munroe'; 'Caroline Schellhas'; 'Cate Dillon'; 'Catherine Underwood'; 'Cathy Trzaskawka'; 'Christy Torkildson'; 'Cindy Steinberg'; 'Claudia Campbell '; 'Crystal Muilenburg'; 'Dara Mann'; 'Darrel C. Jodrey'; 'David E. Joranson'; 'David Swankin'; 'David Woodmansee'; 'Dee Delezene Browers'; 'Donna Kalauokalani'; 'Dr. Alfred Anderson'; 'Elizabeth Ernst'; 'Erensen, Jennifer'; 'Erin Morton'; 'Gail Amalia B. Katz'; 'Greg Hicks'; 'Greg Thomas'; 'Jack Kalavritinos'; 'James Lavery'; 'Janet Favero Chambers'; 'Janet McUlsky'; 'Jason Byrd'; 'Jason Grove'; 'Jeremy Scott'; 'Jerold Roschwalb'; 'Jerry Hall'; 'Jewell Wellborn'; 'Jillian Manley'; 'Jim Broatch'; 'Jody Green'; 'Jonathan Keyserling'; 'Joy Buck'; 'Judi Lund Person'; 'Judy Lentz'; 'June Dahl PhD'; 'Justine Coffey'; 'Kaelan Hollon'; 'Karen Davis'; 'Karina Tabor'; 'Katherine Sharpe'; 'Kathleen Strauser'; 'Kathryn Tucker'; 'Kathy Sapp'; 'Kendra Calhoun'; 'Kevin L. Zacharoff'; Kevin Nicholson; 'Keysha Brooks-Coley'; 'Kristen Freitas'; 'Kristen Hedstrom'; 'Kristen Pulatie'; 'Kristin Recchiuti'; 'Lenore Duensing'; 'Linda Kitlinski'; 'Lisa Pearlstein'; 'Lisa Robin'; 'Luke Poppish'; 'Maegan Martin'; 'Malcolm Monaghan'; 'Marcia Lee Taylor'; 'Marcie Bough'; 'Marsha Stanton'; 'Mary Pat Aardrup'; 'Matt Gunderman'; 'Meredith Smith'; 'Michael Mattoon'; 'Mike Hall'; 'Mike Heffernan'; 'Myra Christopher'; 'Natacha Pires'; 'Natalie Hamm'; 'Nicole Kelly'; 'Patrick Coyne'; 'Patrick Toalson'; 'Paul Arnstein'; 'Paul Gileno'; 'Paul Scott O'Neill'; 'Paul, Ilisa Halpern'; 'Penney Cowan '; 'Peter Slone'; 'Peter VanPelt'; 'Philip Saigh Jr.'; 'Piran Farhadieh'; 'Rebecca Kirch'; 'Regina Kaurich'; 'Robert Saner'; 'Robyn Kohn'; 'Ronna Hauser'; 'Rosemary Garza'; 'Westberry, Ryan'; 'Scott M. Fishman'; 'Sharon Stancliff'; 'Shaw, Solana'; 'Stacey Beckhardt'; 'Stephen Porada'; 'Steve LaPierre'; 'Stewart Leavitt'; 'Sue Thau'; 'Susan Rogers'; 'Tamara Sloan'; 'Theresa Connor'; 'Tiller, Kimberley'; 'Timothy Byrne'; 'Tina Tockarshewsky'; 'Valerie Volpe'; 'Wade Delk'; 'Whitney Englander'; 'Windy Y. Carson-Smith'
**Subject:** RE: Hydrocodone Rescheduling

I assume that is 10:30 EDT. Count me in!

Bob Twillman, Ph.D., FAPM
Director of Policy and Advocacy
American Academy of Pain Management
209-533-9744 x110
913-205-3746 (cell)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                    PPLP004018430

btwillman@aapainmanage.org

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Tuesday, July 17, 2012 4:20 PM
**To:** Aaron Gilson; Adam Chrisney; Adam Clark; Alec Stone; Alice Mead; Alyson Lewis; Amy Goldstein; Andrea Best; Anita Ducca; Anita Roach; Ashli Douglas; Barbara Gordon; Bennett, Pamela (Gov't Affairs); Bobby Clark; Brian Gallagher; Brian Munroe; Caroline Schellhas; Cate Dillon; Catherine Underwood; Cathy Trzaskawka; Christy Torkildson; Cindy Steinberg; Claudia Campbell ; Crystal Muilenburg; Dara Mann; Darrel C. Jodrey; David E. Joranson; David Swankin; David Woodmansee; Dee Delezene Browers; Donna Kalauokalani; Dr. Alfred Anderson; Elizabeth Ernst; Erensen, Jennifer; Erin Morton; Gail Amalia B. Katz; Greg Hicks; Greg Thomas; Jack Kalavritinos; James Lavery; Janet Favero Chambers; Janet McUlsky; Jason Byrd; Jason Grove; Jeremy Scott; Jerold Roschwalb; Jerry Hall; Jewell Wellborn; Jillian Manley; Jim Broatch; Jody Green; Jonathan Keyserling; Joy Buck; Judi Lund Person; Judy Lentz; June Dahl PhD; Justine Coffey; Kaelan Hollon; Karen Davis; Karina Tabor; Katherine Sharpe; Kathleen Strauser; Kathryn Tucker; Kathy Sapp; Kendra Calhoun; Kevin L. Zacharoff; Kevin Nicholson; Keysha Brooks-Coley; Kristen Freitas; Kristen Hedstrom; Kristen Pulatie; Kristin Recchiuti; Lenore Duensing; Linda Kitlinski; Lisa Pearlstein; Lisa Robin; Luke Poppish; Maegan Martin; Malcolm Monaghan; Marcia Lee Taylor; Marcie Bough; Marsha Stanton; Mary Pat Aardrup; Matt Gunderman; Meredith Smith; Michael Mattoon; Mike Hall; Mike Heffernan; Myra Christopher; Natacha Pires; Natalie Hamm; Nicole Kelly; Patrick Coyne; Patrick Toalson; Paul Arnstein; Paul Gileno; Paul Scott O'Neill; Paul, Ilisa Halpern; Penney Cowan ; Peter Slone; Peter VanPelt; Philip Saigh Jr.; Piran Farhadieh; Rebecca Kirch; Regina Kaurich; Robert Saner; Robert Twillman; Robyn Kohn; Ronna Hauser; Rosemary Garza; Rosen, Burt; Westberry, Ryan; Scott M. Fishman; Sharon Stancliff; Shaw, Solana; Stacey Beckhardt; Stephen Porada; Steve LaPierre; Stewart Leavitt; Sue Thau; Susan Rogers; Tamara Sloan; Theresa Connor; Tiller, Kimberley; Timothy Byrne; Tina Tockarshewsky; Valerie Volpe; Wade Delk; Whitney Englander; Windy Y. Carson-Smith
**Subject:** Hydrocodone Rescheduling

I am forwarding at the request of Kevin Nicholson


To follow up from last week's Pain Care Forum meeting, NACDS is interested in organizing a Task Force to respond to efforts to reschedule combination hydrocodone products into Schedule II. At a minimum, NACDS would like to organize to prepare for the October FDA hearing on this topic, but also would like to be prepared for any additional legislation that may be considered.

NACDS has scheduled a conference call to organize the Task Force on July 26 at 10:30 a.m. The conference call number is: 888-450-5996, pass code: 608936#. Please email Kevin Nicholson at knicholson@nacds.org  if you are interested in joining the Task Force but have a conflict for that time.

Kevin N. Nicholson, R.Ph., J.D.
Government Affairs and Public Policy
National Association of Chain Drug Stores
Tel: 703-837-4183

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004018431