# PSJ3 Exhibit 460

Message

| | |
|---|---|
| **From**: | Carol Kelly [CKelly@NACDS.org] |
| **Sent**: | 5/23/2012 5:29:13 PM |
| **To**: | Garza, Debbie [debbie.garza@walgreens.com]; Kaleta, Ed [ed.kaleta@walgreens.com] |
| **Subject**: | RE: URGENT/Manchin Amendment/Potential Call to Greg Wasson |
| **Attachments**: | ALB12391.pdf |

Here is the actual amendment. I just sent his prior bill on the topic. Ck

**From:** Carol Kelly
**Sent:** Wednesday, May 23, 2012 6:08 PM
**To:** 'Debbie.Garza@walgreens.com'; 'Kaleta, Ed'
**Cc:** Marc Schloss; Kevin Nicholson; Steve Anderson
**Subject:** URGENT/Manchin Amendment/Potential Call to Greg Wasson
**Importance:** High

Debbie and Ed, This Manchin amendment was filed this afternoon and we hear the Senator has the votes to pass it. Phrma, GPhA, and HDMA are all against it and I expect that NCPA will also send up a note against it tonight. Please see first below the note from Kevin explaining the problems with the amendment, and then the blast email Marc just sent to all Health LAs against it. We understand from staff that Manchin may call Greg to tell him why he is offering this, basically that the problem is so bad in WVA that he has to do something. We wanted to give you a heads up. Please let us know any questions.

Carol

Note from Kevin: Yes, we would oppose this. It would make all products containing hydrocodone a C-II. Right now only plain hydrocodone products are C-II, this would make combination hydrocodone products C-II.

- This wouldn't help with diversion and abuse. Oxycontin is already C-II and it is one of the most abused medications.
- This would inconvenience patients with chronic pain, who would not be able to get refills on combination hydrocodone medications. Moreover, these patients would have to see their doctors to get every prescription because C-II prescriptions cannot be phoned in to the pharmacy.
- This would greatly increase costs to every pharmacy and every pharmacy chain warehouse because C-II products have to be stored in heavy duty safes.

Dear Friend,

On behalf of the National Association of Chain Drug Stores (NACDS), I am writing to express our strong opposition to the Manchin Senate Amendment 2151 - Hydrocodone Rescheduling. This amendment will have the opposite effect of providing access to life-saving and crucial prescription medications. Patients suffering from chronic pain would have to see their doctors <u>EVERY TIME</u> they need a prescription refill.

- Moving combination hydrocodone medications to C-II would severely affect patients. Prescriptions for these commonly prescribed pain medications could not be called into a pharmacy. This would be especially difficult for patients with chronic pain, because refills are not allowed for C-II medications. They would not be able to get refills on chronic pain medications. These patients, already suffering chronic pain, would have to see their doctors to get every prescription.
- Moving combination hydrocodone medications to C-II wouldn't help with diversion and abuse. Oxycontin is already C-II and it is one of the most abused medications.
- This would greatly increase costs to every pharmacy and every pharmacy chain warehouse because there are a wide variety of combination hydrocodone medications on the market and C-II medications have to be stored in heavy duty vaults.
- This would further exacerbate drug shortages because C-II medications are more difficult to order and are not available from all prescription drug warehouses.

CONFIDENTIAL

WAGMDL00614056

<u>Throughout the legislative process, Chairman Harkin and Ranking Member Enzi sought and were successful in crafting a consensus document. We are concerned that this provision has not been vetted by patients and stakeholders.</u>

Again, we look forward to continuing to work with you on policies that protect patient safety.

Best wishes,

Marc Schloss

CONFIDENTIAL

WAGMDL00614057