PSJ3

Exhibit 461

Message

| | |
|---|---|
| **From:** | George, Tomson [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=89A33DD9-8ABE-44F5-8CF7-F4BB089E8A8F] |
| **Sent:** | 9/10/2012 9:26:16 PM |
| **To:** | Amend, Brian [brian.amend@walgreens.com] |
| **Subject:** | Separate questions on hydrocodone - Federal C2s |

**Importance**: High

Hi Brian,

Sorry for the short notice, but has anyone else reached out to you discussions on changing hydrocodone products to C2 Federally? We are trying to get some feedback to NACDS <u>tomorrow</u> on the following aspects, that I am hoping you can weigh in on:

1.      For chain pharmacy warehouses, estimate the cost to implement moving combination hydrocodone products into Schedule II.  This should include changes in the structure of the warehouse and all associated costs, staffing, security systems, training, and modifying policies and procedures.
2.      For chain pharmacy warehouses, estimate the current product volume.  How many bottles are picked from the vault today and how many combination hydrocodone products are you picking today?
3.      For chain pharmacy warehouses, estimate the annual ongoing costs to maintain combination hydrocodone products in the vault.  Please include additional staff, security, maintenance, etc.
4.      For chain pharmacy warehouses, please estimate the cost of processing the additional DEA-222 Forms.

Thanks!
Tomson George, RPh
Manager | Pharmacy Regulatory Systems | Pharmacy Affairs
Walgreens | 200 Wilmot Road, MS #2161 | Deerfield, IL 60015
Phone: (847) 315-2103 | Fax: (847) 315-3109

HIGHLY CONFIDENTIAL

WAGMDL00075673