PSJ3

Exhibit 471

| | |
|---|---|
| **Message** | |
| **From**: | O'Connor, Andrew [Andrew.O'Connor@ropesgray.com] |
| **Sent**: | 11/11/2017 8:19:08 PM |
| **To**: | Goldsand, Corey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fd53ffecb1462cbd3edccd29a13859-Goldsand, C]; Barber, Linden [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aac2964a162d4155b4627312d8740311-Barber, Lin] |
| **CC**: | Lohman, Donald A (Donald.Lohman@mallinckrodt.com) [Donald.Lohman@mallinckrodt.com] |
| **Subject**: | ADIWG - Privileged & Confidential Common Interest Communication |
| **Attachments**: | DRAFT Petition for Rulemaking.docx; DRAFT Clearinghouse Petition for Rulemaking.DOCX |

[ External Email ]
Corey & Linden,

Don Lohman asked me to pass along the attached draft petitions to DEA. One calls for rulemaking to address DEA's inconsistency and lack of guidance on suspicious order monitoring obligations. The other touches on those issues but proposes that DEA serve as a "clearinghouse" for opioid orders.

We would happy o discus.

Best,
Andrew

**Andrew J. O'Connor**
**ROPES & GRAY LLP**
T +1 617 235 4650
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Andrew.O'Connor@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.