PSJ3

Exhibit 472

| | |
|---|---|
| **From:** | Miller, Ruth |
| **Sent:** | Thursday, March 15, 2018 4:06 PM |
| **To:** | George, Tomson |
| **Subject:** | RE: NACDS/Walgreens Intro: Ohio Regulation Coordination |

Hi Tomson,

Sure. Do you want to call me at 1? 703-885-0266. I'm not finding your email, for some reason. Can you resend?

Thanks
Ruth

**From:** George, Tomson [mailto:tomson.george@walgreens.com]
**Sent:** Thursday, March 15, 2018 12:02 PM
**To:** Miller, Ruth
**Subject:** Re: NACDS/Walgreens Intro: Ohio Regulation Coordination

Hi Ruth,

I sent you a separate email with my own set of questions as well. Are you free at 1 pm EDT for a quick chat?

Thank you,

Tomson

**(Sent by mobile device)**

**Tomson George, RPh**
**Senior Manager, Professional Affairs**
**Walgreen Co.** | 200 Wilmot Rd, MS#2273, Deerfield, IL, 60015
Telephone 847 315 2103 | Mobile 224 645 1627

**Member of Walgreens Boots Alliance**

This email message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

On Mar 15, 2018, at 10:50 AM, Miller, Ruth <rmiller@hda.org> wrote:

> Hi Tomson,
>
> Jill and I have been chatting. One of the questions I posed to her earlier this week was about the requirement that distributors conduct on-site due diligence visits annually. One of my members said that they don't think it makes sense to do that for chain pharmacies because chains implement policies

CONFIDENTIAL

HDA_MDL_000094993

across all of their stores. Do you have existing language describing the approaches that your company takes across all stores – SOPs, policies, employee screening, training, whatever -- to reduce the risk of diversion? We'd love some facts to bolster an argument that a risk-based or red-flag based approach to on-site visits will provide equally strong results. Jill doesn't think she has broad industry language, but if I could say "some chains…." without naming anyone specifically, that would be great.

Thanks!
Ruth


Ruth K. Miller, JD
Senior Director, Regulatory Affairs
Healthcare Distribution Alliance (HDA)
rmiller@hda.org
O: 703-885-0266
M: 703-508-0492




**From:** DiLoreto, Matthew
**Sent:** Thursday, March 15, 2018 10:36 AM
**To:** Miller, Ruth <rmiller@hda.org>
**Cc:** Jill McCormack <JMcCormack@NACDS.org>; tomson.george@walgreens.com
**Subject:** NACDS/Walgreens Intro: Ohio Regulation Coordination

Ruth –

I wanted to make the introduction between you and representatives of Walgreens and NACDS who are working the Ohio licensure/suspicious order rule issues.

George Tomson: Walgreens
Tomson.george@walgreens.com

Jill McCormack: NACDS
JMcCormack@NACDS.org

George and Jill: Ruth is compiling HDA's comments on the Ohio proposal and would be your most knowledgeable point of contact to compare notes. Based on my preliminary conversation with George, I am sure many of our heartburn issues are in line with yours but I do not want to misspeak as Ruth is the expert.

Matthew DiLoreto
Vice President - State Government Affairs
Healthcare Distribution Alliance (HDA)
mdiloreto@hda.org
703-885-0236 (Office)
717-319-1654 (Cell)


2

CONFIDENTIAL

HDA_MDL_000094994