# PSJ3
# Exhibit 482



# NACDS Policy Council Meeting

## The Liaison Capitol Hill
## Washington, DC
## March 21, 2012

Pharmacies. The face of neighborhood healthcare.


NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES
Introductions and Review of Antitrust Statement
Pharmacies. The face of neighborhood healthcare.


NACDS
NATIONAL ASSOCIATION OF CHAIN DRUG STORES
STATUS UPDATES
Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## Medicaid Reimbursement

- Successful outcomes: CO, NE, NC, OK, SD
- Pending concerns: AL, CT, CO, IA, LA, MS, PA
- Managed care expansions: CA, KS, KY, TX

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Average Acquisition Cost (AAC)

- Implemented in 3 states: AL, ID, OR
- In process in 7 states:
  - CA: Enacted legislation in 2011; implementation late 2013
  - CO: Studies underway
  - IA: Discussions ongoing
  - LA: Studies completed
  - MD: Plan to use CMS NADAC; COD study completed
  - MS: COD study complete; New administration seeking broad authority
  - NY: Focus groups; Mid summer implementation goal
- Legislative proposal defeated in OK

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Value of Pharmacy

## Immunization Expansion

- Goals:
  - Lower age restrictions
  - Expand portfolio of vaccines
  - Advocate for protocol vs. Rx
- Successful outcomes: FL, WV
- Pending: CT, DC, GA, HI, IL, LA, ME, MD, MA, NY, NC, PA

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Value of Pharmacy

**MTM**

•Pending: IA, VA

•KY: MTM in Medicaid managed care RFP

•NC: implementation of pilot programs enacted in 2011

**Collaborative Therapy**

•Pending: DC

Pharmacies. The face of neighborhood healthcare.


NACDS
States Allowing E-Rx for CDS
WA
OR
ID
MT
WY
ND
SD
NE
MN
WI
IA
MI
IL
IN
OH
PA
NY
VT
NH
ME
MA
RI
CT
NJ
DE
MD
NV
CA
UT
CO
KS
MO
KY
WV
VA
NC
TN
SC
AZ
NM
OK
AR
MS
LA
GA
AL
TX
FL
AK
HI
Legend:
All CDS
C III-V only
Not legal
Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# EPCS

- EPCS is a legal practice in 33 states
  - 24 states permit electronic transmission of schedule II-V
  - 9 states permit electronic transmission of schedule III-V
- Pending Activities
  - Legislative activity: AZ; CO; FL; MN; OK; RI; WA; WI; WV
  - Regulatory activity: IL; NV; PA; TX

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# e-P/A

- Legislation
  - Active: GA*; KY*; MD; MO*; NJ; NY; UT
  - Other pending: MA; NE
  - Dead: IL; OK; SC; TN
- NCPDP has reactivated its "Prior Authorization Task Group" which continues to work on an e-P/A standard concurrently with ongoing industry pilots.

Pharmacies. The face of neighborhood healthcare.


NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES
PSE Electronic Log vs. Rx-only
WA
OR
ND
MI
IA
NE
IL
IN
KS
MO
KY
WV
NC
OK
AR
SC
MS
AL
GA
LA
TX
FL
HI
Legend:
Must report PSE sales to state tracking program
Rx only
Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Pseudoephedrine

- State Trends: Rx only versus electronic logs
  - Rx only proposals:
    - Pending: AL, HI, KS, KY, LA, TN
    - Failed: FL, IN, OK*, WV
  - Electronic logbook proposals:
    - Pending: AL, AZ, CA, CO, HI, ID, KY, ME, MO, NJ, NY, OK, SC
    - Failed: NM
    - Passed: SD, VA, WV

* Potential for amends of Rx only language in another bill

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## Biosimilar Carve-Outs

- Legislative language in 4 states in 2012:
  - CO; GA; IL; PA
- Will be the new trend in carve-outs in 2013
- NACDS will continue to work with our partners in the National Generic Carve-Out Coalition on this emerging issue

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## Pharmaceutical Hazardous Waste

- Federal and State regulation = patchwork
- Federal law
  - Allows EPA authorization of states
  - Not pharmacy specific
  - Lists of hazardous waste (F,K, P, U)
- State may have different/more stringent requirements
- New Federal approach-Rx hazardous waste ?
  - Discussion
  - Change federal EPA law?

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Drug Diversion / DEA

- **Concerns about: FL, pill mills, Internet, drug disposal**
- **NACDS Testifies at House E&C**
  - Support for DEA & FDA
  - Support PDMPs
  - Support OPSA
  - Anticipate DEA NPRM on Drug Disposal
- **House Judiciary Hearing**

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Drug Diversion / DEA

- **DEA Final Rule for Fee Increase**
  - Effective April 16, 2012
  - Pharmacy: ↑ $60/year
  - Now $731/triennium
- **Drug Disposal NPRM - Soon**

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## MTM Research

- Jointly funded with PhRMA
- Using Medicare data, examines targeting of MTM services
- Found that MTM targeting systematically excludes patients with suboptimal use of medications
- Paper submitted to Health Services Research with Dr. Bruce Stuart, U of Maryland

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Immunization Research

- Research with Avalere
- Using CDC survey data on flu shot vaccination rates between 2002 and 2006
- 13% increase in the likelihood that a non-elderly adult receives a flu shot, and no change for those 65 and older
- Paper submitted to American Journal of Managed Care

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## AAC Research

- CMS recommended states move to acquisition cost basis
- Using CMS drug utilization data, compared AAC basis + COD to current reimbursement and AMP-based FULs
- AAC impacts both brand and generic products
- We anticipate dispensing fee changes with AAC

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Prescription Drug User Fee Act (PDUFA) Reauthorization

- Must be enacted by 9-30-2012
- Discussion Draft released
  - No track/trace
  - Pharmaceutical Supply Chain placeholder in Title VII
- Political outlook - track/trace in PDUFA

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## Pharmaceutical Distribution Security Alliance PDSA

- Drug manufacturers, primary and secondary wholesalers, pharmacies, 3PLs, national associations
- Activities:
  - Conference calls & in person meetings
  - Initial Discussion Draft distributed to Hill
  - Congressional outreach to key committees
  - FDA meeting
  - California Board of Pharmacy meeting
- Next steps
  - Hill feedback/questions on Discussion Draft
  - Pursue NACDS desired changes

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Online Pharmacy Legislation

- Senate and House bills – gaining traction
  - S.2002, H.R. 4095
  - In PDSA Discussion Draft
- Non-regulatory approach
- Registry of legitimate online pharmacy websites
- Consumer education
- Safe harbor for Internet, financial entities, registrars and registries that use the list

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# .pharmacy
# Top Level Domain Name

- Generic Top Level Domain (gTLD) Names
  - = letters *after the "dot" e.g. .com*
- ICANN – Internet Corporation for Assigned Names
  - Oversees Top Level Domain names
  - Accepting applications for *new* gTLDs
  - Limited application window: 1-12-12 to 4-12-12
- NABP applying for .pharmacy
  - Prevent illegal internet drug sellers form getting . pharmacy
  - NABP would be Registrar and limit .pharmacy to legitimate pharmacies

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

## USP Workshop on Supply Chain Integrity

- New Chapter <1083> Good Distribution Practices-Supply Chain Integrity
  - http://www.usp.org/sites/default/files/usp_pdf/EN/USPNF/revisions/c1083.pdf
- May 22-23, 2012 – USP Rockville, MD
  - Topics/Speakers include NACDS, FDA track/trace update, California Board of Pharmacy, VA track/trace pilot
  - Agenda in meeting packet

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Pharmacy Notice of Appeal Rights

- Requirement to provide Notice of Appeal Rights to beneficiaries denied a claim
- Previously, requirement was met by visibly posting a Notice of Appeal rights in store
- NACDS submitted comments to two draft versions last year
- CMS incorporated many of the changes recommended by NACDS

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Pharmacy Notice of Appeal Rights

- Final version released on February 3, 2012.
- New requirement was effective on January 1, 2012, however, CMS will not take action against non-compliance until May 1, 2012.
- NACDS has been working with the Federal Programs Workgroup on this issue to seek clarification as implementation moves forward.

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# TRICARE

- OFCCP – Federal Contractors/Subcontractors
  - Legislative clarification in FY2012 Defense Authorization
  - DOL Interpretation

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# TRICARE

- FY2013 Defense Authorization
  - President's budget includes across the board increases to beneficiary cost sharing
  - Further efforts to drive mail order use
- NACDS-NCPA Legislative Proposal
  - Increased generic utilization, federal discounts
  - MTM Demo

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# Federal Privacy

- **Omnibus Final Rule - Soon**
  - Marketing
  - Sale of PHI
  - Notice of Privacy Practices
  - Right to Request Restrictions
  - Right to Access

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# FDA

- **Third Class of Drugs: "New Paradigm"**
  - Public Hearing March 22-23
  - "Cautiously Optimistic"

- **REMS**
  - TIRF REMS Effective March 12

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# AMP Proposed Rule

- Comments Due 4/2/12
- EAC/AAC
- Definition of Retail Community Pharmacy
- Nationwide Availability
- Smoothing/Indexing
- Not Generally Dispensed
- "No Less Than" 175%

Pharmacies. The face of neighborhood healthcare.

NACDS NATIONAL ASSOCIATION OF CHAIN DRUG STORES

# National Average Drug Acquisition Cost (NADAC)

- Complying With Paperwork Reduction Act
- Comments to Survey Materials Due 4/2/12
- Issues with Liability/Confidentiality Remain
- OMB Clearance Number Required
- 24 States Have Expressed Plans to Use

Pharmacies. The face of neighborhood healthcare.


NACDS
NATIONAL ASSOCIATION OF CHAIN DRUG STORES
MTM Legislation
Pharmacies. The face of neighborhood healthcare.