PSJ3

Exhibit 484

Message

| | |
|---|---|
| **From**: | Kathleen Jaeger [KJaeger@NACDS.org] |
| **Sent**: | 2/11/2013 8:34:22 PM |
| **To**: | Mone, Michael [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Michael.Mone] |
| **CC**: | Carolyn Steinberg [CSteinberg@NACDS.org] |
| **Subject**: | NACDS DEA WG -- Code of Conduct Survey |
| **Attachments**: | Working Group Summary 1.10.13doc.doc; Working Group Survey_Proposed Concepts WG Co-Chairs 1-16-13.docx; Working Group Summary 1.10.13doc.doc.doc.doc |

Michael – Here are the current documents.
As you will see from the Working Group feedback document, we are attempting to find common ground among the membership.
Note: Send out the notes from tomorrow's meeting and any action items later this week.
Thanks, Kathleen

---

**From:** Kathleen Jaeger
**Sent:** Tuesday, January 22, 2013 2:26 PM
**To:** 'jmcarthur@costco.com'; 'tgdavis@cvs.com'; 'nicole.harrington@cvscaremark.com'; 'wiesner.dennis@heb.com'; 'karen.mankowski@meijer.com'; 'John.Vandervoort@meijer.com'; Alex Adams; Don Bell; Mary Ellen Kleiman; Kevin Nicholson; Evan Schnur; 'jhart@riteaid.com'; 'greg.herr@safeway.com'; 'jewel.hunt@safeway.com'; 'tom.rousonelos@supervalu.com'; 'jim.tsipakis@supervalu.com'; 'Jason.Ausili@target.com'; 'eric.lessard@target.com'; 'jlindoo@thriftywhite.com'; 'tasha.polster@walgreens.com'; 'rex.swords@walgreens.com'; 'alalmei@wal-mart.com'; 'susanne.hiland@wal-mart.com'; 'debbie.garza@walgreens.com'
**Cc:** Carolyn Steinberg; Kathleen Jaeger
**Subject:** Friendly Reminder -- Action Requested: NACDS DEA WG -- Code of Conduct Survey

Good Afternoon:
Just a quick reminder that we are asking for each company's feedback on potential actions and information sources that correspond to the identified DEA red flags. Please submit comments on the attached survey by close of business on January 25th.

If you have any questions, please don't hesitate to contact us.
Kathleen

---

**From:** Kathleen Jaeger
**Sent:** Wednesday, January 16, 2013 9:26 AM
**To:** 'jmcarthur@costco.com'; 'tgdavis@cvs.com'; 'nicole.harrington@cvscaremark.com'; 'wiesner.dennis@heb.com'; 'karen.mankowski@meijer.com'; 'John.Vandervoort@meijer.com'; Alex Adams; Don Bell; Mary Ellen Kleiman; Kevin Nicholson; Evan Schnur; Carolyn Steinberg; 'jhart@riteaid.com'; 'greg.herr@safeway.com'; 'jewel.hunt@safeway.com'; 'tom.rousonelos@supervalu.com'; 'jim.tsipakis@supervalu.com'; 'Jason.Ausili@target.com'; 'eric.lessard@target.com'; 'jlindoo@thriftywhite.com'; 'tasha.polster@walgreens.com'; 'rex.swords@walgreens.com'; 'alalmei@wal-mart.com'; 'susanne.hiland@wal-mart.com'; 'debbie.garza@walgreens.com'
**Cc:** Kathleen Jaeger; Maureen Addison (Maureen.Addison@supervalu.com)
**Subject:** Action Requested: NACDS DEA WG -- Code of Conduct Survey

Dear Working Group Members,

As promised, the Working Group Co-Chairs and NACDS team pulled together the attached survey document for your review and consideration. The document sets forth identified red flags and proposed concepts to meet the Board directive of catalyzing action, not just codifying already known red flags. While some of the *draft* items are intended to

be controversial, we hope that they will stimulate a dialogue within your company about how best to execute the Board's directive.

**Action Requested:**  We are encouraging Working Group Members to reflect on the identified red flags and proposed concepts.  In so doing, we ask that your team provide corresponding proposed action, additional information and comments to the proposals.   Once we gather potential action/information/comments, we  will then ask the working group to prioritize proposed actions.

**Comments Due:**  Please submit your comments and proposed actions by *January 25th* .

We also have attached a summary of the in-person meeting.   Please note that next steps &the  timeline are as  follows:

- Jan. 25th –  WG Members Written Comment Deadline
- Jan. 30th --  NACDS Disseminates Aggregated Comments
- Feb. 1st --  WG Conference Call
- Feb. 4th --   Provide status Update @ Regional Chain Conference – DEA Compliance Exchange
- Feb. 12 --  WG In-Person Meeting

Thank you for your time and attention to this important matter.
Warmest regards,
Kathleen

CONFIDENTIAL
CAH_MDL2804_02933682