# PSJ3 Exhibit 488

# Pharmacy Compliance Roundtable-Attendees
## June 18, 2013

| NAME | TITLE | COMPANY AFFILIATION |
|---|---|---|
| Don Bell | Senior Vice President, Legal Affairs and General Counsel | NACDS |
| Allison Berger | Vice President, Compliance and Risk Management | Wakefern Food Corp./ShopRite |
| Mike Cantrell | Vice President, Pharmacy | Delhaize America, Inc. |
| Miaja Cassidy | Senior Director, Healthcare Compliance | Target |
| George Chapman | Senior Director, Practice Compliance | Wal-Mart Stores, Inc. |
| Yong Choe | Vice President, Federal Affairs & Public Policy | Rite Aid Corporation |
| Greg Coffman | Business Line Manager | CB&I |
| John Fegan | Vice President, Pharmacy | Bi Lo - Winn Dixie |
| Julie Flynn | Senior Director, H&W Compliance | Wal-Mart Stores, Inc. |
| Eric Graf | CEO | Ritzman Pharmacies, Inc. |
| Steven Gregory | Director, Policy Oversight and Analysis | Walgreen Co. |
| Susanne Hiland | Senior Director, Quality Improvement & Professional Relations | Wal-Mart Stores, Inc. |
| Julie Khani | Vice President, Public Policy | NACDS |
| Mary Ellen Kleiman | Vice President, Legal Affairs and Associate General Council | NACDS |
| James Langman | Vice President, Health & Wellness Compliance | Wal-Mart Stores, Inc. |
| Karen Mankowski | Vice President, Pharmacy Operations | Meijer, Inc. |
| Dale Masten | Director, Government Affairs | Genoa Healthcare Holding, LLC |
| Jon McArthur | AGMM Pharmacy Compliance | Costco Wholesale |
| Christina McGarvey | Senior Council | Office of Counsel to the Inspector General |
| Michele Misiak | QA Field Auditor | Genoa Healthcare Holding, LLC |
| Kevin Nicholson | Vice President, Government Affairs & Pharmacy Advisor | NACDS |
| Charlie Oltman | Regulatory Affairs Manager | Target |
| Robin Page | Vice President, Pharmacy | The Great Atlantic & Pacific Tea Co., Inc |
| Andy Palmer | Vice President, Compliance and Privacy Officer | Rite Aid Corporation |
| Mark Pilkington | Vice President, Managed Care Product Strategies | Cardinal Health, Inc. |
| Michael Podgurski | Vice President, Pharmacy Services | Rite Aid Corporation |
| Mark Polli | Director, Pharmacy Government & Regulatory Affairs | Delhaize America, Inc. |
| Bobbie Riley | Vice President, Pharmacy Compliance and Government Affairs | New Albertsons, Inc. |
| Lee Rosebush | Associate | Morgan, Lewis & Bockius LLP |
| Paul Ross | Director, Regulatory Affairs | AmerisourceBergen Corporation |
| Daniel Salemi | President, Pharmacy Division | New Albertsons, Inc. |
| David Sencabaugh | Pharmacy Compliance Manager | Ahold USA |
| Eric Sitarchuk | Partner | Morgan, Lewis & Bockius LLP |
| John Storlie | Director, Retail Sector Services | CB&I |
| Jonathan Thacker | Vice President, Pharmacy | Wakefern Food Corp./ShopRite |
| John Vandervoort | Director, Pharmacy Compliance | Meijer, Inc. |
| Tim Weippert | Executive Vice President, Pharmacy | Thrifty White Pharmacy |
| Dennis Wiesner | Senior Director | H-E-B |
| Howard Young | Partner | Morgan, Lewis & Bockius LLP |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER