PSJ3

Exhibit 491

# Government & Public Policy Council
# and
# Specialty and Biotech Distributors Council
# Meeting

## September 18, 2012



HDA_MDL_000067165

# Keith Flanagan

## Senior Health Counsel
## U.S. Senate Committee on Health, Education, Labor & Pensions (HELP)



HDA_MDL_000067166

# Pedigree - Federal

- Status of bi-cameral bipartisan staff discussions

- Progress

- Importance of the CA delegation

- Draft expectations

- Potential vehicles

- Timing



3

HDA_MDL_000067167

# Pedigree - California

- Enforcement Committee Activity

- Stakeholder involvement and positions

- 2015-2017 approaching

- Impact on federal effort?

- Issues awaiting development/rule language



4

HDA_MDL_000067168

# Pedigree Policy

- HDMA staff recommends we continue to advocate for a national solution
  - Is there a "deadline" for ending this effort or do we continue so long as the effort is viable? (manufacturers are contemplating whether the effort should extend beyond 2012 if necessary).
- HDMA staff recommends in California we continue to work toward implementation of the state's law and hold off on any policy shift.  Monitor closely  to determine what action is taken by other segments.
- Do HDMA members agree?



5

HDA_MDL_000067169

# Rx Drug Abuse and Diversion

- Controlled Substances Task Force formed

- Goal – comprehensive policy and messaging encompassing federal and state legislative activity, regulatory, and public affairs

- First step – review of all ongoing issues and consideration of which to include in HDMA's legislative/public affairs "package"

- Is HDMA ready to be proactive, and how best can we leverage the positive efforts members have made?



6

# Federal Issues

Recommend that we continue supporting:

- Increased penalties for cargo theft

- Interoperability standards and federal funding for PDMPs

- Increased penalties for pill mills

- Prohibition on wholesalers purchasing from pharmacies



7

HDA_MDL_000067171

# Federal Issues, cont.

Model Federal Bill:

- Potential opportunity to proactively advocate for increased regulation and clarity on DEA expectations and/or for promoting our priority issues that we are already supporting

- Is this something we should pursue by outlining a potential framework for a model bill?



8

HDA_MDL_000067172

# State Issues

Issues to consider:

- Doctor Shopping/Pill Mills

- Prohibition on Wholesalers Purchasing from Pharmacies

- Prescription Drug Monitoring Programs (PDMPs)

- E-prescribing



HDA_MDL_000067173

# State Issues

## Pill Mills/Doctor Shopping

- Recommend becoming more proactive in our support for legislation/regulation regarding pain clinic licensing and increased penalties.

- Also recommend supporting legislation/regulation prohibiting individuals from purchasing multiple prescriptions from different doctors.



10

HDA_MDL_000067174

# State Issues

## Prohibition on Wholesalers Purchasing from Pharmacies

- Recommend becoming more proactive, including potentially introducing state legislation/regulation, that prohibits wholesalers purchasing from pharmacies.

- Issues to address include returns and recent opposition from NCPA at the federal level.



*Healthcare Distribution Management Association*

11

HDA_MDL_000067175

# State Issues

## PDMPs

- Recommend becoming more vocal in our overall support of PDMPs.

- This includes support for federal funding and interoperability standards.

- NACDS and the AMA support PDMPs but they each have several concerns with issues including mandatory use and real-time reporting.

**HDMA**
Healthcare Distribution
Management Association

12

HDA_MDL_000067176

# State Issues

**E-prescribing**

- Similar to PDMPs we recommend supporting the overall use of e-prescribing.

- NACDS has been more supportive of e-prescribing while NCPA has expressed concerns with the implementation costs for independent pharmacies.



13

HDA_MDL_000067177

# Drug Abuse and Diversion - Other Issues

- Hydrocodone rescheduling

- Stronger wholesaler licensing requirements

- Controlled substances sales reporting

- Drug disposal

- Prescriber education



14

HDA_MDL_000067178

# CS Abuse and Diversion Regulatory Options

| Action | RAC Reaction | Rating |
|---|---|---|
| DEA Rule Petition | <u>Enthusiastic:</u>  Low risk; Positive optics | ⬤ |
| Update ICG | <u>Low priority:</u> If done, make it "high level" | ◯ |
| Collect ARCOS Data | <u>Helpful but _significant_ limitations:</u> 100% participation needed but unlikely;  "Huge effort" | ◯ |
| Distributors use PDMP data | <u>Helpful but _significant_ limitations:</u>  Most states have <u>strict</u> data access limits | ◯ |
| Customer algorithm/threshold | <u>Not helpful:</u> Analytics  worse than ARCOS; additional concerns @ liability, anti-trust, etc. | ◗ |
| 3rd party audit | <u>Not helpful:</u>  Already have DEA audits;  many have already had 3rd party audits | ◗ |

 = High Interest      = Very Low Interest      = Don't Do

# Examples of <u>Potential</u> DEA Petition Contents

**1. Clarify Existing CFR**

- Define elements of "Suspicious Order"
- How to measure Suspicious Orders

**2. New CFR Requirements**

- Define/clarify "Suspicious Customer" & "Pill Mill"
- Clarify "due diligence" requirements

**3. DEA Responsibilities***

- Requirements for investigating SO reports
- Notify distributors of problem customers
- Compliance warnings for distributors

**4. Customer Responsibilities**

- Define diversion/abuse prevention requirements for pharmacies, HCPs, etc. e.g., report certain info to DEA?

*\* May require some legislative changes*

HDA_MDL_000067180

# CS Regulatory Follow-Up Options

**Option 1** – HDMA could pursue petitioning DEA for a rulemaking.

**Option 2** - HDMA could pursue the other options.

> *Update ICG
>
> *Gather ACROS Data
>
> *Distributors use PDMPs

HDA_MDL_000067181

# LIFO Repeal

Option 1:  HDMA continues to remain categorically opposed LIFO repeal staying in league with NAW (as long as NAW remains categorically opposed to LIFO repeal)

Option 2:  HDMA could broach the idea of a compromise (a la the Senator Kerry approach) with a move away from LIFO prospectively without the clawback of the reserves.  While this does not have the fiscal impact that the Administration is looking for, does it move the U.S. towards harmonization?

Option 3: Trade LIFO for an acceptable reduction (% TBD?) in the corporate income tax rate.  How is the correct rate determined?



HDMA

Healthcare Distribution
Management Association

18

HDA_MDL_000067182

# LIFO Repeal

- Status of repeal efforts?

- Continue to monitor for any developments as deficit reduction, tax reform, etc. are contemplated

- HDMA staff recommends staying the course
  - May be too premature to start compromising
  - Lame duck and 113th Congress  expectations



19

HDA_MDL_000067183

# Drug Shortages/Gray Market

**Senate Commerce Committee**

- Hearing held (7-25-12)
  - John Gray testified
  - Chairman Rockefeller (D-W.Va.) and Rep. Cummings (D-MD) release report on the gray market

**House Oversight and Government Reform Cmte.**

- Hearing held (11-30-11)
- Majority (Chairman Issa (R-CA)) report focusing on FDA's contribution to shortage issues (6-15-12)

**House Energy and Commerce Health Subcommittee**

- Hearing held (9-23-11) – John Gray testified



CHDMA
Healthcare Distribution
Management Association

20

HDA_MDL_000067184

# Drug Shortages/Gray Market

## FDA Safety and Innovation (Public Law 112-144)

- No shortage reporting requirements for distributors

## Senator Hatch's (R-Utah) Draft:

- For sterile injectable products with 4 or fewer manufacturers
  - ASP +6% to WAC
  - Freeze on 340B and Medicaid Rebates for 7 years
- FGAC recommends support – no action expected this year



HDA_MDL_000067185

# Drug Shortages/Gray Market

Rep. Cummings legislation (H.R. 5853)

- Prohibition on wholesalers buying from pharmacies

- National wholesaler database

- State regulator information on wholesalers (to database)

- Sales price information on pedigrees

FGAC recommends support of the prohibition and has concerns with the other provisions



22

HDA_MDL_000067186

# ASP/Prompt Pay

**Average Sales Price:**

- Sequestration (1-1-13) – 2% cut in reimbursement
- Possibilities for further cuts as a pay-for during lame-duck discussions (fiscal cliff)

**Prompt Pay:**

H.R. 905 - 72 cosponsors/S. 733 – 3 cosponsors

- Issues remain:
  - Cost of the provision
  - Pay-for



**HDMA**
Healthcare Distribution
Management Association

23

HDA_MDL_000067187

# Reimbursement Issues



24

HDA_MDL_000067188

# Status of AMP Rule

- Final rule expected in 2013
  - Presidential elections could impact timing
- CMS Continues to Publish FULs – 11 months
- HDMA commented:
  - Clarify bona fide service fees
  - Keep "presumed inclusion"
  - Ensure adequate pharmacy reimbursement
  - Provide AMP exclusions from 5i drugs
  - Focus on reducing FUL volatility



**HDMA**
Healthcare Distribution
Management Association

25

HDA_MDL_000067189

# Status of Sunshine Act Rule

- Last Official CMS Statement:
  - o Final rule expected by the end of 2012
  - o Data collection to begin by 1/1/13

- Roundtable Hearing on 9/12/12
  - o "We (CMS) hope some of the data collection will occur in 2013"
  - o Timeline for implementation
    - ▪ Stakeholders have differing opinions
  - o Many clarifications are needed in the final rule
    - ▪ CMS might consider doing sub-regulatory guidance after releasing the final rule to provide additional clarification



26

HDA_MDL_000067190

# HDMA's Comments on Sunshine Act

- HDMA comments focused on Congressional intent to exclude wholesalers and recommended:

  o Exclude repackagers, relabelers and kit assemblers from being an applicable manufacturer;

  o Exclude distributors that handle products made by a commonly owned company from "assistance and support" definitions to an applicable manufacturer; and

  o Exclude distributors from an applicable manufacturer.

- 5/24/12: HDMA Follow-up Letter to CMS



27

# Timeline on NADAC/NARP

| 2012 NADAC/NARP Activity | Date |
| --- | --- |
| NADAC/NARP Information Collection Submission to OMB | 3/2/2012 |
| CMS Met with HDMA | 4/10/2012 |
| Draft NADAC Methodology | 5/31/2012 |
| First NADAC Survey Letters | 6/1/2012 |
| Webinar on Draft NADAC Methodology | 6/28/2012 |
| Draft NARP Methodology | 7/19/2012 |
| Webinar on Draft NARP Methodology | 7/26/2012 |
| Final NADAC and NARP Methodologies | TBD |
| First Set of Draft NADAC and NARP Data | TBD |
| Webinar on First Set of Draft NADAC and NARP Data | TBD |

# HDMA's NADAC Focus

- Ensuring wholesalers do not have to report pricing data

  o Expect additional conversations with CMS and Myers and Stauffer

- Supporting appropriate pharmacy reimbursement

  o Dispensing Fee

  o A reasonable profit margin

- Ensuring confidentiality of submitted data



29

HDA_MDL_000067193

# Secondary NADAC Survey

- Committed to doing a secondary survey
  - o Focus on off-invoice discounts, rebates, chargebacks and free goods
  - o CMS plans to include more details about the process on its website
  - o Anticipate a separate Federal Register Notice



30

HDA_MDL_000067194

# Some Stakeholders' NADAC Concerns

- Statutory authority to collect data

- Confidentiality Issues

- Calculation Issues

- Updating of the NADAC

- Invoice Data Issues

- Burden of Data Collection

- Ensuring Appropriate Dispensing Fees



31

HDA_MDL_000067195

# Some Stakeholders' NARP Concerns

- Statutory authority to collect data
  - o Includes elements outside of the statute

- Sources of Data
  - o Unnamed "Data Suppliers"

- Calculating the NARP
  - o Estimation is being used
  - o No accounting for uncollected copays

- Confusion from Disclosure of Numbers
  - o The numbers won't comparable



32

# Alternative Reimbursement Options

**Option 1** –  Remain Neutral on NADAC Efforts

**Option 2** – Support Predictive Acquisition Cost (PAC) Model

**Option 3** – Develop a Non-Profit FICO-like Model

HDA_MDL_000067197

# Regulatory Affairs



34

HDA_MDL_000067198

# DOT Tote Marking Requirements

| *Current  (since ~ 1990)* | *As of Dec. 31, 2013* |
|---|---|
|  |  |

HDA_MDL_000067199

# Background - DOT Tote Markings

**Late 2010** -- DOT proposes marking change; HDMA comments: don't change it

**Early 2011** -- DOT requires new marking

**Mid 2011** -- HDMA & DOT meet; HDMA requests continued (domestic) use of ORM-D totes

**Mid 2012** -- DOT proposes 2-year extension; HDMA comments: support, but ask for more time

HDA_MDL_000067200

# **Why Oppose New Tote Marks?**

✓ Expensive; requires tote replacement

✓ Int'l harmonization not needed

✓ Operational challenges, e.g.,

- Retrieve old totes; replace with new

- Storage space prior to removal

- Ship to recycle/disposal

✓ Negative environmental impact; waste natural resources

✓ **No public health benefit!**



37

HDA_MDL_000067201

# DOT Follow-Up Options

**Option 1** – Suggest DOT create exception for totes. (Some exceptions already exist)

**Option 2** – Ask UPS to tell DOT their comments don't apply to totes.

**Option 3** – Individual companies may apply for "Special Permit Process."

**Option 4** – Do nothing. Wait for final rule.



*RAC likes 1,2, 3; note: They aren't mutually exclusive.*

HDMA
Healthcare Distribution
Management Association

# Option 1 Needs GPPC Review Because...

DOT interprets its regulations  to require *something* hazardous in a tote if it's marked ORM-D or 

| Con | Pro |
|---|---|
| • May bring attention to segregation issue<br>• Would DOT take away existing exceptions? | • Precedent: Similar exclusions exist<br>• Simultaneously resolves tote replacement and segregation issues<br>• DOT already aware of segregation issues |



39

HDA_MDL_000067203

# United States Pharmacopeial Convention (USP)

In January, USP released new Draft Chapter <1083> *"Good Distribution Practices - Supply Chain Integrity"*

HDA_MDL_000067204

# Draft <1083> Concerns

- Imprecise language

- May confuse federal/state traceability efforts

- States may adopt/codify

- Committee* membership questionable:
  - Little/no applicable expertise
  - Conflict of interest

- Plans considerable guidance expansion

\* USP's *General Chapters on Packaging, Storage and Distribution Expert Committee*



**HDMA**
Healthcare Distribution
Management Association

41

HDA_MDL_000067205

# Good Distribution Practices

**USP GC <1079>
Good Distribution
Practices –
General Provisions**

- <1079.1> *Good
  Warehousing
  Practices (e.g.,
  inventory
  controls)*

- <1079.2>
  1079.5>Good
  Wholesaler
  Practices

- <1079.3> Supply
  Agreements

- <1079.4>

**USP GC <?????>
Good Supply Chain
Controls**

- <?????.1> *Supply
  Chain Temp &
  Humidity
  Management*

- <?????.2>
  *Excursions & Risk
  Management*

- <?????.3>
  *Labeling*

- <?????.4>
  *Container Closure
  Protection*

- <?????.5>

**USP GC <?????>
Good Importation &
Exportation Practices**

- <?????.1> Good
  Procurement
  Practices

- <?????.2> Good
  Importation
  Practices

- <?????.3> Good
  Exportation
  Practices

- <?????.4>
  International
  Distribution
  Practices

- <?????.5> Custom
  Brokers

- <?????.6>

**USP GC <1083>
Supply Chain
Integrity**

- <1083.1> Basic
  Guidance

- <1083.2>
  Pedigree

- <1083.3> Track &
  Trace

- <1083.4>
  Serialization

- <1083.5> GSI

- <1083. 6> Natural
  Disasters

- <1083.7>

# Status

- HDMA expressed concerns (May)
  - Meeting with USP staff
  - USP's Workshop
- USP Webinar – Described expansion plans (June)
- HDMA seeking stakeholder support (since then)
  - Bio – Possible; meets with USP in Nov.
  - PhRMA – Possible; hears USP may back off; wants further info
  - GPhA – Initiated contact
  - NACDS – Unlikely; thinks USP has little/no impact
  - NCPA & APhA – Possible



HDA_MDL_000067207

# \<1083\> Options for Next Steps

**Option 1** - Continue to seek stakeholder support; Jointly meet with USP to emphasize concerns

*HDMA's preference if uncertainty about USP's plans continues*

*If stakeholders won't join HDMA*

**Option 2** - HDMA could meet with USP alone

**Option 3** - HDMA could provide concerns in writing

**Option 4** - No further action; wait for USP's next step

HDA_MDL_000067208

# Advocacy and PAC Update



45

HDA_MDL_000067209

# HDMA Advocacy

- **The Distribution Center Challenge**
  - o HDMA advocacy initiative promoting distribution center tours for federal legislators during the fall Congressional Recess periods.

- **Why August - October?**
  - o Legislators are in the district as opposed to in DC; and
  - o Legislators are more likely to accept an invitation to tour a facility they represent to learn more about the businesses operating in their district.

- **Why a distribution center tour?**
  - o Develop relationships with legislators;
  - o Face and name associated with a local business;
  - o First-hand knowledge of the facility's capabilities and the value of healthcare distributors in the industry;
  - o Mutually beneficial for legislator and business.



**Mutual Drug Company hosts Congressman Brad Miller (D-N.C.)**



*Healthcare Distribution Management Association*

46

HDA_MDL_000067210

# HDMA Advocacy Distribution Center Challenge

- Materials were distributed in early June to the FGAC and the HDMA Board.

- In August, the HDMA Weekly Digest began to feature tours held by companies participating in the challenge.

- Five HDMA member companies are participating to date, with additional legislative tours scheduled to take place over the next few weeks.

- We'd like to thank AmerisourceBergen, Cardinal Health, H.D. Smith, McKesson Corporation, and Top Rx for their participation in 2012.



47

HDA_MDL_000067211

# 2012 HDMA PAC Contributors

**The Chairman's Circle ($3,000-$5,000)**

AmerisourceBergen Corporation PAC

Ann Bittman, HDMA

Cardinal Health, Inc. PAC

Express Scripts PAC

Terry Haas, Harvard Drug Group

Kristen LaRose Freitas, HDMA

Elizabeth Gallenagh, HDMA

John Gray, HDMA

Patrick Kelly, HDMA

McKesson Corp. Political Employees Fund

J. Christopher Smith, H.D. Smith

**The President's Circle ($1,000-$2,999)**

Dawn Boyter, Richie Pharmacal Co., LLC

Maria Burns, Burlington Drug Co.

Steven Collis, AmerisourceBergen Drug Co.

Ken Couch, Smith Drug Co.

Greg Drew, Value Drug Company

Anita Ducca, HDMA

Dennis Engel, KeySource Medical

Perry Fri, HDMA

Mike Kaufmann, Cardinal Health

Sam Lazich, DMS Pharmaceutical Group, Inc.

Joseph Mastandrea, Miami Luken, Inc.

David Moody, Mutual Wholesale Drug Co.

Albert Paonessa, III, Anda, Inc.

Tony Rattini, Miami Luken, Inc.

Karen Ribler, HDMA

GK Richards, Capital Wholesale Drug Co.

Raul Rodriguez Font, Drogueria Betances, Inc.

Ted Scherr, Dakota Drug

Nick Smock, PBA Health

**PAC Member ($100-$999)**

Dan Bellingham, HDMA

Linda Caporaletti Hoyt, HDMA

Mary Coppola, HDMA

Marjorie DePuy, HDMA

Anne Johnson, HDMA

Lisa Kanfer, HDMA

Elizabeth Lankford, HDMA

Tirza Lofgreen, HDMA

Brooke Naylor, HDMA

John Parker, HDMA

Ted Pezzullo, HDMA

Allison Wiley, HDMA



CHDMA
Healthcare Distribution
Management Association

48

HDA_MDL_000067212



# HDMA PAC
## (2012 Projected Contributions)

HDA_MDL_000067213

# 2012 PAC Update

## (1-1-12 through 8-31-12)

Cash-on-hand: $33,000

Receipts: $61,500

Disbursements: $70,000



50

HDA_MDL_000067214

# House of Representatives Candidates Supported

## (2012 year-to-date)

Rep. Brian Bilbray (R-Calif.)
Rep. Marsha Blackburn (R-Tenn.)
Rep. John Boehner (R-Ohio)
Rep. Michael Burgess (R-Texas)
Rep. Dave Camp (R-Mich.)
Rep. Bill Cassidy (R-La.)
Rep. Diana DeGette (D-Colo.)
Rep. Jim Gerlach (R-Pa.)
Rep. Brett Guthrie (R-Ky.)
Rep. Ron Kind (D-Wis.)
Rep. Jim Matheson (D-Utah)
Rep. David McKinley (D-W.Va.)
Rep. Devin Nunes (R-Calif.)
Rep. Joe Pitts (R-Pa.)

Rep. Mike Rogers (R-Mich.)
Rep. Aaron Schock (R-Ill.)
Rep. John Shimkus (R-Ill.)
Rep. Patrick Tiberi (R-Ohio)
Rep. Fred Upton (R-Mich.)
Rep. Henry Waxman (D-Calif.)
Rep. Ed Whitfield (R-Ky.)
Republican Main Street Partnership PAC



Healthcare Distribution
Management Association

51

HDA_MDL_000067215

# Senate Candidates Supported

## (2012 year-to-date)

Sen. Max Baucus (D-Mont.)

Sen. Michael Bennet (D-Colo.)

Sen. Sherrod Brown (D-Ohio)

Sen. Tom Carper (D-Del.)

Sen. Bob Casey (D-Pa.)

Sen. Charles Grassley (R-Iowa)

Sen. Tom Harkin (D-Iowa)

Sen. Orrin Hatch (R-Utah)

Sen. Johnny Isakson (R-Ga.)

Sen. Joe Manchin (D-W.Va.)

Sen. Robert Menendez (D-N.J.)

Sen. Pat Roberts (R-Kan.)

Sen. Debbie Stabenow (D-Mich.)

Senate Moderate Democrats
Political Action Committee



HDMA
Healthcare Distribution
Management Association

52

HDA_MDL_000067216

# Questions?



HDA_MDL_000067217