PSJ3

Exhibit 492

Message

| | |
|---|---|
| **From**: | Hansen, Suzanne [suzanne.hansen@walgreens.com] |
| **Sent**: | 8/7/2012 4:12:01 PM |
| **To**: | Tisdell, Lorinda [lorinda.tisdell@walgreens.com]; Luce, Dan [dan.luce@walgreens.com]; Garza, Debbie [debbie.garza@walgreens.com]; Swords, Rex [rex.swords@walgreens.com]; Ansari, Mohsin [mohsin.ansari@walgreens.com]; George, Tomson [tomson.george@walgreens.com]; Reitz, Jon [jon.reitz@walgreens.com]; Provost, Kristie [kristie.provost@walgreens.com] |
| **CC**: | Ward, MaryJo [maryjo.ward@walgreens.com]; Hansen, Suzanne [suzanne.hansen@walgreens.com] |
| **Subject**: | FW: NACDS Pharmacy Operations Committee -- Action Requested: DEA Interim Solution |
| **Attachments**: | Surescripts Interim Solution (2) (2) 8_6_2012.doc; Developing Interim Solution (2) final draft 8_6_12.doc |

All,

You have all been selected to serve on various working groups at NACDS to work on a DEA Data Solution. See below for names and task for assignments:


Data Analytics: Jon Reitzand Kristie Provost,

Data Intake: Mohnsin Ansari, , and Tomson George,

Pharmacy/Business: Lorinda Tisdell,  and Dan Luce,

Strategy/Rollout: myself along with Debbie Garza and also Rex Swords,

I wanted to share with you the latest set of notes on the DEA solution and the ask for feedback in any areas you see fit as you review. Please send your comments to me/Mary Jo Ward and we will collect the feedback to send back to NACDS.

To date there has been one working session that Lorinda, Debbie and I attended to discuss overall strategy and the workstreams.  Your names were all just submitted in the last week or so , so should see future meetings via phone etc. come up. Just fyi, I serve on the operations committee for NACDS so will continue to fill you in on notes etc from those sessions.

Thanks to all of you for your help in this initiative. Please let me know if you have any questions.

Suzanne
--

---

Good Evening -- Hope everyone had a great weekend!

We wanted to follow up with the Pharmacy Operations Committee to seek some additional input regarding the DEA "interim solution" and provide updates on several other fronts.

*I.*     *DEA Data Solution: Follow-Up*

As this Committee continues to move forward with the development of both an interim solution by February 2013 and real-time, closed e-prescribing controlled substance solution, we thought it might be helpful to outline member comments and information regarding the Committee's environmental scan efforts to date.  To that end, we have pulled together a chart that delineates member comments on the Surescripts interim solution as well as a second document on developing, alternative solutions mentioned by POC members.

In this second document, please note that we are including *publically available* information about potential, alternative solutions at the suggestion of members.  Potential, developing tools include: IMS' CS Ratings

HIGHLY CONFIDENTIAL

WAGMDL00331103

Solution, NABP's NarxCheck tool, NABP's Interconnect program, and other switch company endeavors with respect to State PDMPs.   Some of you have mentioned that you have had internal conversations and/or demonstrations with the companies developing these tools.  To this end, we ask that, to the extent you can, please share your overall impression of the developing tool and identify any existing data gap and system challenges.  Also, please identify any other potential, alternative tool that your company believes that this Committee should consider.

Please note that we will continue this iterative process by reaching out to the companies developing potential alternatives to see about their availability regarding the upcoming POC call.  Also, as you may know, NABP will be providing a high level overview at the upcoming NACDS Pharmacy & Technology Conference Education Session, and we anticipate following up with NABP as needed post Pharmacy Conference.

ACTION:  We encourage you to provide NACDS with preliminary feedback, outlining the pros and cons of each of the proposed, potential interim solutions by **Monday Morning, August 13th at 9:00 a.m.**

*II.     NACDS State – Policy Report :  E-Prescribing Update*

As you know, as part of our efforts to combat prescription drug diversion and abuse, NACDS is supporting activities to accelerate the deployment of e-prescribing of controlled substances, including a requirement that all controlled substances be prescribed electronically so that a uniform, accessible, real-time monitoring system can be deployed for use by pharmacy staff within the dispensing process.

It seems that several factors will influence the pursuit of mandatory e-prescribing and its enactment across the country.  Approximately half the states permit e-prescribing for controlled substances now, and we estimate it will take approximately two more years for the rest of the states to be brought in line.  The recent passage of New York's Internet System for Tracking Over-Prescribing (I-STOP) Act, S.7637 and A.1062, with implementation of mandatory e-prescribing by 2015, will likely serve as a blueprint.  NACDS expects many states to monitor the New York experience.  A successful New York experience could address many of the concerns of physicians, law enforcement, and others.  If that happens, NACDS expects many states to address mandatory e-prescribing solutions by 2016.  This is a timeline based on general political acceptance of the approach and assisted by efforts of the federal government to first incent and then penalize physicians on their adoption of electronic health communications between 2014 and 2016.

We also wanted to inform you that NACDS had a very positive meeting with the ONDCP Chief of Staff Regina LaBelle where we discussed, among other things, their position regarding the deployment of controlled substance e-prescribing and accelerating that deployment.  From the meeting dialogue, ONDCP seems to have a new appreciation for how e-prescribing deployment can be of assistance to states and others.

We thank you in advance for your time and attention.
Kathleen

HIGHLY CONFIDENTIAL
WAGMDL00331104