PSJ3

Exhibit 493

| POTENTIAL INTERIM SOLUTIONS | DATA INTAKE/OUTPUT | DATA ANALYTICS | PHY/BUSINESS | COMMENTS | PROS | CONS |
|---|---|---|---|---|---|---|
| 1. IMS HEALTH | • Data Set: 75% at Retail; 85% at Retail -- SBI Acquisition<br><br> * 21 out of 28 large chains<br> * 10,000 Indep't out of 18,000<br> * Data: Cash//Medicaid/3rd parties<br><br>• 94% of Mf'r/wholesale/outlets<br> * excludes Drs offices, clinics<br> *This would help identify pharmacies with potentially inappropriate behavior even if the pharmacy itself does not report transaction data to IMS<br><br>There is generally a 10 day lag between when a transaction takes place and when it would show up in solution | • Longitudal data – Very High<br>• Patient ID – Accurate (de-identified); Encrypted patented methodology, uses multiple variables (more accurate linking in some instances than PMPs)<br>• Uses Sentinel "outlet" ranking system<br> * 8=9 metrics<br> * volume of CS Rxs<br> * % of total Rxs<br> * % of cash vs. noncash<br> * # patients with 90 days supply<br>• Data Analyzed by # statisticians – specializing in data analytics'<br>• Modeling established – Retrospective Analysis & Validated<br>• Algortihms also in place to identify potentially bad prescribers and pharmacies | • Web-based system<br> * Corporate & Store Level<br>• Pharmacy Level: Operational Benchmarking<br><br>Market Pilot –<br>* Commences in September<br>* Concludes – 4th Quarter<br>* 2 Chains – Maybe 3<br>* Data Set: 2-3 states – limited product groups<br> States: OH & FL<br>* Roll Out: Jan 2013 | • Unclear whether developing tool & output will be available to others outside the channel | | |

HIGHLY CONFIDENTIAL

WAGMDL00331107

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. NABP PMP INTERCONNECTS PROGRAM | <ul><li>Outgrowth of the Bureau of Justice Assistance efforts with Prescription Monitoring Information Exchange (PMIX)</li><li>14 Member -- Steering Committee: Arizona, Connecticut, Indiana, Kansas, Kentucky, Michigan, Mississippi, New Mexico, North Dakota, Ohio, South Carolina, Utah, Virginia (chair), and West Virginia.</li><li>9 States On Board: Arizona, Connecticut, Indiana, Kansas, Michigan, North Dakota, Ohio, South Carolina, and Virginia</li><li>Kentucky and New Mexico will connect to PMP InterConnect by the end of summer 2012</li><li>Program currently links PMPs in 20 states and discussions are ongoing with a number of other states that have shown interest in participating</li><li>Data Reporting Varies Among States</li><li>Frequency of Data: Varies among States</li></ul> | <ul><li>No single data format</li><li>Scope of Programs Varies</li></ul> | <ul><li>Suggestion: Designate NABP or SS to receive all PMP data</li><li>Suggestion: Pass Leg'n requiring data sharing et al</li></ul> | HHS ONC pilot project: Collaboration between ONC, Regenstrief, Wishard, the National Association of Boards of Pharmacy, Appriss Inc., and the State of Indiana. | | |

HIGHLY CONFIDENTIAL

WAGMDL00331108

| | | | | | |
|---|---|---|---|---|---|
| 3. NABP's NARXCHECK | <ul><li>States that it leverages NaRxcheck technology & scoring to aid evaluation of large database of RX data</li><li>Forumlates scores based on state PMP data queries: OH & IN</li><li>Currently piloting for emergency room physicians; NABP is working to acquire rights to NaRxCheck</li></ul> | <ul><li>Automatically queries states' PMP within 8-10 seconds</li><li>Downloads Rx data</li><li>Algorithmically scores every patient according to risk parameters for narcotics, sedatives and stimulates and creates a NaRx report</li><li>Presents NaRx score, report – automated dashboard<br>  * Naroctic score<br>  * Sedative Score<br>  * Stimulant Score<br>  * Dashboard allegedly developed by MITRE</li><li>Stratifies patients, providers and pharmacies according to risk and oulier behavior</li><li>NarxCheck assigns a score, similar to a credit-report score, for each patient checked in at the emergency room.<br>*<200 – low likelihood of diversion<br>*200-500 – abuse may be of concern<br>*>500 abuse is likely</li><li>Patients added to system via HL7 ADT feed</li><li>Dashboard is automatically kept up to date as patients</li></ul> | <ul><li>Not Bidirectional</li></ul> | HHS ONC/NABP: The Ohio pilot project is a collaboration with the Springfield Center for Family Medicine, Eagle Software Corporation's NARxCHECK, the State of Ohio, and MITRE. | |

HIGHLY CONFIDENTIAL

WAGMDL00331109

|  |  | registers<br>• Sign on directly to system; hospital sign on; or state PMP Program sign-on |  |  |  |  |

Please list any additional developing solutions or pilot programs you feel NACDS should consider as a potential interim solution for February 2013.  (eg, switch companies, etc)

HIGHLY CONFIDENTIAL

WAGMDL00331110