PSJ3

Exhibit 494

| | |
|---|---|
| **Message** | |
| **From**: | Julie Khani [JKhani@NACDS.org] |
| **Sent**: | 5/30/2012 7:33:57 PM |
| **To**: | Albert Garcia [albert.garcia@navarro.com]; Bob Egeland [begeland@hy-vee.com]; Christine Simmon [christine.simmon@cvscaremark.com]; Dan Salemi [daniel.salemi@supervalu.com]; Debbie Garza [debbie.garza@walgreens.com]; Dennis Wiesner [wiesner.dennis@heb.com]; Fred Ottolino [fred.ottolino@publix.com]; Jennifer Speares [jennifer.speares@searshc.com]; John Carlo [john.carlo@wegmans.com]; Jonathan Thacker [jonathan.thacker@wakefern.com]; Karen Mankowski [karen.mankowski@meijer.com]; Kate Coler [kate.coler@safeway.com]; Kevin Connor [Kevin.Connor@McKesson.com]; Marc Baer [marc.baer@target.com]; Mark Gregory [mgregory@kerrdrug.com]; Pilkington, Mark [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=mark.pilkington]; Mark Polli [mpolli@hannaford.com]; Michael Cantrell [MCantrell@amerisourcebergen.com]; Mike Podgurski [mpodgurski@riteaid.com]; Raymond McCall [raymond.mccall@aholdusa.com]; Rick Chambers [rchambers@fredsinc.com]; Susanne Hiland [susanne.hiland@wal-mart.com]; Suzanne Hansen [suzanne.hansen@walgreens.com]; Tim Weber [tweber@fruthpharmacy.com]; Tim Weippert [tweippert@thriftywhite.com]; Tom Gibbons [TJGibbons@cvs.com]; Vic Curtis [vcurtis@costco.com] |
| **CC**: | Alethia Jackson [alethia.jackson@walgreens.com]; Alex Adams [AAdams@NACDS.org]; Allen Horne [allen.horne@caremarkrx.com]; Anika Hagenson [anika.hagenson@target.com]; Anne Fellows [AFellows@NACDS.org]; Beth Cieslik [beth.cieslik@target.com]; Brad Dayton [bdayton@ahold.com]; Carol Kelly [CKelly@NACDS.org]; Carolyn Steinberg [CSteinberg@NACDS.org]; Charlie.Oltman [Charlie.Oltman@target.com]; Chris Dimos [chris.dimos@supervalu.com]; Chris Krese [CKrese@NACDS.org]; Chrissy Kopple [CKopple@NACDS.org]; Christa Merlino [cmmerlino@cvs.com]; Christie Boutte [CBoutte@NACDS.org]; Woodburn, Connie [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Connie.Woodburn]; Craig Norman [norman.craig@heb.com]; Dave Sencabaugh [david.sencabaugh@stopandshop.com]; Diane Darvey [ddarvey@NACDS.org]; Don Bell [dbell@NACDS.org]; Ed Kaleta [ed.kaleta@walgreens.com]; Eric Douglas [edouglas@cvs.com]; Eric Juhl [EJuhl@NACDS.org]; Ghassan Hourani [ghassan.hourani@searshc.com]; Gregg Jones [gjones@stopandshop.com]; Heather Smith [heather.smith@walgreens.com]; Heidi Ecker [HEcker@NACDS.org]; Isaac Reyes [isaac.reyes@target.com]; Jay Bogdan [jay.bogdan@supervalu.com]; Jill McCormack [JMcCormack@NACDS.org]; Joe Montoto [joseph.montoto@wakefern.com]; Joel Kurzman [JKurzman@NACDS.org]; Jon McArthur [JMcArthur@costco.com]; Josh M. Flum [JMFlum@cvs.com]; Joyce Garlington [JGarlington@NACDS.org]; jrobertson@fredsinc.com; Julie Khani [JKhani@NACDS.org]; Julie Philp [JPhilp@NACDS.org]; Karen White [KWhite@NACDS.org]; Kathleen Jaeger [KJaeger@NACDS.org]; Kevin Nicholson [KNicholson@NACDS.org]; Larry Burton [larry.burton@cvscaremark.com]; Laura Asbury [laura.asbury@wal-mart.com]; Laura Miller [lmiller@NACDS.org]; Lauren Rowley [lauren.rowley@caremark.com]; Leigh Knotts [LKnotts@NACDS.org]; Lis Houchen [LHouchen@nacds.org]; Magalie Normil [MNormil@NACDS.org]; Marc Schloss [MSchloss@NACDS.org]; Margaret Nowak [margaret.nowak@walgreens.com]; Mary Diggs [MDiggs@NACDS.org]; Mary Ellen Kleiman [MKleiman@nacds.org]; Mary Staples [mstaples@NACDS.org]; Maxine Johnson [maxine.johnson@supervalu.com]; Melanie Grenier [mgrenier@amerisourcebergen.com]; Mone, Michael [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Michael.Mone]; Michelle Cope [mcope@NACDS.org]; Mike Ayotte (Michael.Ayotte@CVSCaremark.com) [Michael.Ayotte@CVSCaremark.com]; Mike Erlandson [Mike.S.Erlandson@supervalu.com]; Mike Sargent [mdsargent@cvs.com]; Ravi Upadhyay [ravi.upadhyay@caremark.com]; Rich Mazzoni [rbmazzoni@cvs.com]; Sandra Guckian [SGuckian@nacds.org]; Sheree Barton [sheree.barton@publix.com]; Steve Anderson [SAnderson@NACDS.org]; Susan Flack [susan.flack@target.com]; Susan Giuliano [sgiulia@searshc.com]; Sussman, Wendy [Wendy.Sussman@CVSCaremark.com]; Tedria Hampton [THampton@NACDS.org]; Tony Unan [tunan@costco.com] |
| **Subject**: | NACDS Policy Council Call - 6/1/12 @ 11am Eastern |
| **Attachments**: | KEATIN_022_xml.pdf; ALB12391.pdf; NACDS Strategy Drug Diversion DRAFT.doc |

We will have a Policy Council call on Friday. Call in number and agenda below.


1-888-450-5996
265044

## AGENDA
PDUFA Update (Carol)
Manchin Amendment (Kevin)
DEA Plan (Carol/Kevin)

CONFIDENTIAL                                                                                                                                                       CAH_MDL2804_02168066

National Drug Acquisition Cost (NADAC) Update (Julie)

**NACDS Draft Plan for Combating Prescription Drug Diversion and Abuse**:  To address ongoing problems that NACDS members are having with DEA enforcement actions, a Task Group of NACDS Policy Council members has been meeting to discuss issues and develop strategies.  The Task Group has developed a draft plan for combating prescription drug diversion and abuse for the Policy Council to review.  The goal of the plan is to raise the level of engagement and interaction among industry, policymakers, regulators, and law enforcement to address the growing problems of prescription drug diversion and abuse in a manner that also protects patient access to medications.  Please review the attached draft plan in advance of Friday's call.

**Legislation to Reduce Drug Diversion and Abuse:**  Included in PDUFA legislation that passed the Senate is an amendment from Senator Joe Manchin (D-WV) that would reclassify combination hydrocodone medications from C-III to C-II, requiring patients to see their doctors for every prescription refill.  NACDS has voiced opposition to this amendment.  Also, Reps. Keating and Bono Mack are considering legislation that would incentivize the development of tamper-resistant versions of prescription medications for pain treatment.  Please see both attached legislative documents in advance of Friday's call.

*Julie Helm Khani*
Vice President, Public Policy
National Association of Chain Drug Stores
(703) 837-4259
jkhani@nacds.org