PSJ3

Exhibit 496

Message

| | |
|---|---|
| **From**: | Julie Khani [JKhani@NACDS.org] |
| **Sent**: | 7/3/2012 6:13:28 PM |
| **To**: | Albert Garcia [albert.garcia@navarro.com]; Bob Egeland [begeland@hy-vee.com]; Christine Simmon [christine.simmon@cvscaremark.com]; Dan Salemi [daniel.salemi@supervalu.com]; Debbie Garza [debbie.garza@walgreens.com]; Dennis Wiesner [wiesner.dennis@heb.com]; Fred Ottolino [fred.ottolino@publix.com]; Jennifer Speares [jennifer.speares@searshc.com]; John Carlo [john.carlo@wegmans.com]; Jonathan Thacker [jonathan.thacker@wakefern.com]; Karen Mankowski [karen.mankowski@meijer.com]; Kate Coler [kate.coler@safeway.com]; Kevin Connor [Kevin.Connor@McKesson.com]; Marc Baer [marc.baer@target.com]; Mark Gregory [mgregory@kerrdrug.com]; Pilkington, Mark [mark.pilkington@cardinalhealth.com]; Mark Polli [mpolli@hannaford.com]; Michael Cantrell [MCantrell@amerisourcebergen.com]; Mike Podgurski [mpodgurski@riteaid.com]; Raymond McCall [raymond.mccall@aholdusa.com]; Rick Chambers [rchambers@fredsinc.com]; Sandra Kinsey [sandra.kinsey@wal-mart.com]; Susanne Hiland [susanne.hiland@wal-mart.com]; Suzanne Hansen [suzanne.hansen@walgreens.com]; Tim Weber [tweber@fruthpharmacy.com]; Tim Weippert [tweippert@thriftywhite.com]; Tom Gibbons [TJGibbons@cvs.com]; Vic Curtis [vcurtis@costco.com] |
| **CC**: | Alethia Jackson [alethia.jackson@walgreens.com]; Alex Adams [AAdams@NACDS.org]; Allen Horne [allen.horne@caremarkrx.com]; Anika Hagenson [anika.hagenson@target.com]; Anne Fellows [AFellows@NACDS.org]; Beth Cieslik [beth.cieslik@target.com]; Brad Dayton [bdayton@ahold.com]; Brian Files [brian.files@caremark.com]; Carol Kelly [CKelly@NACDS.org]; Carolyn Steinberg [CSteinberg@NACDS.org]; Charlie.Oltman [Charlie.Oltman@target.com]; Chris Dimos [chris.dimos@supervalu.com]; Chris Krese [CKrese@NACDS.org]; Chrissy Kopple [CKopple@NACDS.org]; Christa Merlino [cmmerlino@cvs.com]; Christie Boutte [CBoutte@NACDS.org]; Woodburn, Connie [Connie.Woodburn@cardinalhealth.com]; Craig Norman [norman.craig@heb.com]; Dave Sencabaugh [david.sencabaugh@stopandshop.com]; Deanna Gingrich [dgingrich@riteaid.com]; Diane Darvey [ddarvey@NACDS.org]; Don Bell [dbell@NACDS.org]; Ed Kaleta [ed.kaleta@walgreens.com]; Eric Douglas [edouglas@cvs.com]; Eric Juhl [EJuhl@NACDS.org]; Ghassan Hourani [ghassan.hourani@searshc.com]; Gregg Jones [gjones@stopandshop.com]; Heather Smith [heather.smith@walgreens.com]; Heidi Ecker [HEcker@NACDS.org]; Isaac Reyes [isaac.reyes@target.com]; Jay Bogdan [jay.bogdan@supervalu.com]; Jill McCormack [JMcCormack@NACDS.org]; Joe Montoto [joseph.montoto@wakefern.com]; Joel Kurzman [JKurzman@NACDS.org]; Jon McArthur [JMcArthur@costco.com]; Josh M. Flum [JMFlum@cvs.com]; Joyce Garlington [JGarlington@NACDS.org]; jrobertson@fredsinc.com; Julie Khani [JKhani@NACDS.org]; Julie Philp [JPhilp@NACDS.org]; Karen White [KWhite@NACDS.org]; Kathleen Jaeger [KJaeger@NACDS.org]; Kevin Nicholson [KNicholson@NACDS.org]; Larry Burton [larry.burton@cvscaremark.com]; Laura Asbury [laura.asbury@wal-mart.com]; Laura Miller [lmiller@NACDS.org]; Lauren Rowley [lauren.rowley@caremark.com]; Leigh Knotts [LKnotts@NACDS.org]; Lis Houchen [LHouchen@nacds.org]; Lisa Boylan [LBoylan@NACDS.org]; Magalie Normil [MNormil@NACDS.org]; Marc Schloss [MSchloss@NACDS.org]; Margaret Nowak [margaret.nowak@walgreens.com]; Mary Diggs [MDiggs@NACDS.org]; Mary Ellen Kleiman [MKleiman@nacds.org]; Mary Staples [mstaples@NACDS.org]; Maxine Johnson [maxine.johnson@supervalu.com]; Melanie Grenier [mgrenier@amerisourcebergen.com]; Mone, Michael [Michael.Mone@cardinalhealth.com]; Michelle Cope [mcope@NACDS.org]; Mike Ayotte (Michael.Ayotte@CVSCaremark.com) [Michael.Ayotte@CVSCaremark.com]; Mike Erlandson [Mike.S.Erlandson@supervalu.com]; Mike Sargent [mdsargent@cvs.com]; Rich Mazzoni [rbmazzoni@cvs.com]; Sandra Guckian [SGuckian@nacds.org]; Sheree Barton [sheree.barton@publix.com]; Steve Anderson [SAnderson@NACDS.org]; Susan Flack [susan.flack@target.com]; Susan Giuliano [sgiulia@searshc.com]; Sussman, Wendy [Wendy.Sussman@CVSCaremark.com]; Tedria Hampton [THampton@NACDS.org]; Tony Unan [tunan@costco.com] |
| **Subject**: | NACDS Policy Council Call 7/6/12 @ 11am Eastern |
| **Attachments**: | NACDS Policy Statement Drug Diversion DRAFT.doc |

We will have a Policy Council call this week.  Please see agenda, call in number and other materials.  Thanks!

Julie

1-888-450-5996
265044


## AGENDA

Upcoming Executive Committee Call (Carol)
Supreme Court Decision (Don)
DEA - Commission Option (Carol, Kevin)
DEA Policy Paper (Carol, Kevin)


DEA – Commission/Advisory Group Option
We have had some very good meetings with Committee staff for Upton and Harkin.  They both want to help us with the DEA problems and want to legislate or otherwise create some form of commission or advisory group to bring all the parties to the table and address the problems with DEA actions.  While the activities of the group would probably be broad in scope, one output would be reasonable DEA guidelines for action in enforcement of drug abuse/diversion matters.  If we move quickly, we may be able to have the language included in the countermeasures legislation.

We believe that participants should be DEA, FDA, ONDCP, CMS, patient groups, pharmacy groups, prescriber and other provider groups, prescription drug wholesaler groups, public policy experts, state attorneys general, and law enforcement officials including groups representing local law enforcement.

Although we are still working through potential conveners of this group, possibilities include:
- FACA compliant advisory committee to HHS, and legislate who participates to include DEA
- Think Tank, e.g., Brookings, RAND, overseen by HHS
- Public/private advisory body that Congress can direct federal agencies to work with (similar to NQF)
- Congressional Advisory Body:  for more info on this, please see http://www.fas.org/sgp/crs/misc/RL33313.pdf

The policy areas that we would have the group review include:
- A system for prescription drug monitoring that avoids duplication and provides access to stakeholders that need the prescription monitoring data
- Shutting down illegal Internet prescription drug sites
- Shutting down "pill mills"
- Facilitating proper disposal of prescription drugs through take back programs
- Identifying hot spots of prescription drug abuse
- Better collaboration among federal agencies, especially FDA and DEA, on drug diversion issues to suggest guidelines for DEA action
- More resources for law enforcement
- Better education of providers, patients, parents and youth
- Development of abuse-resistant products
- Recommendations for reducing robberies, burglaries, and cargo theft
- The recommendations should be broken down by state and federal recommendations with respect to what is appropriate federally versus the individual states

This process should have an end date, which should be recommendations to Congress within one year of enactment.

We would like the outcome of this process to yield recommendations for addressing the problem of prescription drug abuse.  Most importantly, this would include an agreement from stakeholders, including DEA, to support this collaborative result.  Congress could use this agreement to hold DEA accountable if DEA starts going after pharmacies and wholesalers again.

DEA Policy Paper:  NACDS drafted the attached Policy Statement on Combating Prescription Drug Diversion and Abuse, for use in our advocacy work.  It describes chain pharmacy initiatives, and support for initiatives, that combat prescription drug diversion while considering the needs of healthcare providers to provide care to legitimate patients.  Please review in advance of Friday's call.