PSJ3

Exhibit 498

| | |
|---|---|
| **From:** | Gray, John <jgray@hdmanet.org> |
| **Sent:** | Thursday, August 02, 2012 7:12 PM |
| **To:** | Kelly, Patrick |
| **Subject:** | RE: Summary of Today's Controlled Substances Abuse Task Force Call |

I would add that we will want their input on various agency proposals to put before the HDMA Executive Committee for approval, etc.

**From:** Kelly, Patrick
**Sent:** Thursday, August 02, 2012 3:04 PM
**To:** Kelly, Patrick
**Subject:** Summary of Today's Controlled Substances Abuse Task Force Call

## TO: Controlled Substances Abuse Task Force
## RE: Summary of Today's Conference Call

Thank you for participating in today's inaugural meeting of the HDMA Controlled Substances Abuse Task Force.

As discussed on today's call:

- HDMA will continue to monitor and engage on issues related to drug abuse and diversion at the federal and state legislative/regulatory levels.
- HDMA will continue to work with external organizations (National Governors Association, Partnership @ DrugFree.org, and NACDS) on initiatives related to prescription drug abuse and diversion and work towards consensus-based solutions to address and mitigate the drug abuse epidemic.
- HDMA will develop a public relations campaign to improve understanding of the value of a safe, secure and efficient drug distribution system in the United States. HDMA is in the process of interviewing public relations firms to help develop and implement a public relations strategy..

    ***Action Item***

    Please Identify those individuals within your company that would be interested in participating on a Public Relations Work Group on Drug Abuse and Diversion. The purpose of this group would be to provide guidance and feedback on potential public relations activities. ***Please contact John Parker, HDMA Vice President of Communications, at jparker@hdmanet.org or by phone at 703-885-0216 if you, or someone from your company would like to participate on this Public Relations Work Group.***

If you have any questions or would like additional information, please contact Patrick Kelly, pkelly@hdmanet.org or by phone at 703-885-0233.

--------

CONFIDENTIAL                                                                HDA_MDL_000088117

Some documents that may be of interest:

Press release announcing the Partnership @ Drug Free.org The Medicine Abuse Projec
http://www.drugfree.org/newsroom/the-partnership-at-drugfree-org-announces-new-partners-in-national-medicine-abuse-action-campaign

ONDCP report titled, "Epidemic: Responding to America's Prescription Drug Abuse Crisis"
http://www.whitehouse.gov/sites/default/files/ondcp/policy-and-research/rx_abuse_plan.pdf

Letter from Rep. Bono Mack (R-CA) to ONDCP on recommendations for inclusion in 2013 National Drug Control Strategy
http://bono.house.gov/uploadedfiles/mbm_ondcp_recs_7_20_12.pdf

CONFIDENTIAL

HDA_MDL_000088118