PSJ3

Exhibit 500

| | |
|---|---|
| **From:** | Jonathan Keyserling |
| **To:** | Shaw, Solana; Kohn, Robyn [JAN] |
| **Sent:** | 1/13/2011 2:40:35 PM |
| **Subject:** | RE: January 13 meeting & Invoice Follow-Up |
| **Attachments:** | Pain Care Forum (3).doc |

Robyn,

In the past, other providers have requested additional information and in addition to the invoice, we have provided them with the attached.  See if that meets your needs, and if not, let's chat and see how we can accommodate your process.

Jon.

---

**From:** Shaw, Solana [mailto:Solana.Shaw@pharma.com]
**Sent:** Wednesday, January 12, 2011 11:06 AM
**To:** Jonathan Keyserling; Robyn Kohn
**Subject:** FW: January 13 meeting & Invoice Follow-Up

Robyn – Jon Keyserling is the PCF treasurer and I've copied him here for your request.

**SOLANA SHAW**  |  PURDUE PHARMA L.P.  |  Federal Affairs/Washington DC Office  |  700 13th Street, NW - Suite 525 - Washington, DC 20005  |  phone: (202) 508-0750  |  fax: (202) 508-0755  |  web: purduepharma.com

(202) 508-0189 direct
solana.shaw@pharma.com
NEW: INTERNAL DIAL from other PURDUE SITES - 2100189

---

**From:** Kohn, Robyn [JAN] [mailto:RKohn@its.jnj.com]
**Sent:** Tuesday, January 11, 2011 3:19 PM
**To:** Shaw, Solana
**Subject:** January 13 meeting & Invoice Follow-Up

Happy New Year Solana! Please know I am planning to be present for Thursday's PCF Meeting. In regard to the invoice kindly submit to my attention a formal letter of request with detail on purpose. Many thanks and advise of questions. See all on Thursday. Regards, Robyn

Robyn Kohn, MA, CCMEP
National Advocacy Director, Pain/IM, Strategic Customer Group
Centocor Ortho Biotech Services LLC
1000 Route 202 PO Box 300 Raritan, New Jersey 08869-0602
Tel  (908) 927 6625 Fax (908) 722 6402
rkohn@its.jnj.com

JAN-MS-00934868