# PSJ3
# Exhibit 501



# Key Stakeholders in the Pain Market

**Reference Number: 10222**

**March 19, 2009**

Notice: This SmartAnalyst Report presentation is compiled from proprietary and public domain research sources for internal use by the client for the specific and limited informational and research purpose stated by the client. SmartAnalyst does not espouse any opinion or make any recommendations as to the significance of the data provided or its use by the client. SmartAnalyst does not make any representation regarding the accuracy or completeness of the information selected.

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Methodology and Analyst Commentary

**Methodology**

<u>Objectives</u>

- To identify the key professional and patient pain associations and map out each organization in terms of:
  - ➢ Key objectives and activities
  - ➢ Key target audience such as healthcare professionals, patients, and their families
  - ➢ Healthcare companies with whom they currently partner and partnership type
  - ➢ Their relationships with and influence on Primary Care Physicians (PCP's)
  - ➢ Key messages
  - ➢ Communication activities targeted towards members such as newsletters, e-mails, and website
    - ✓ Number of people each of these mediums reach out to

<u>Search Methodology</u>

- A thorough search was conducted within the public domain, using search engines such as Google to identify key professional and patient associations focused on pain.
- The comprehensive search of association websites

<u>Sources Accessed</u>

- Association websites
- Public domains such as Google



**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Methodology and Analyst Commentary

**Analyst Commentary**

- The key healthcare partners for some of the associations were not found. Type of sponsorship was available only for some associations.
- The relationship of some of the associations with PCP's was not found.
- Wherever available the type of professionals targeted by the associations has been provided.
- No relevant information was found on National Chronic Pain Outreach Association.
- No information was found on the following associations requested by the client:
  - ➢ National Chronic Pain Society
  - ➢ Pain Policy Foundation
  - ➢ National Back Pain Association (based in UK)



**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Methodology and Analyst Commentary

**Ranking Mechanism**

- Pain associations have been ranked on the basis of four broad parameters:
  - ➤ Focus of association's mission on pain treatment
  - ➤ History of successful advocacy
  - ➤ Willingness to partner
  - ➤ Media savviness
  - ➤ Geographic presence
- Each parameter has been given a weight in parentheses, on the basis of which a final score for the association has been calculated. This would rate its attractiveness as a potential partner.
- Each parameter carries a maximum score of '3'. The score awarded for the respective parameters (before the multiplication with the respective weights) has been displayed. For example, if the score for a parameter with a weight of '0.3' is '2', the number '2' is displayed, and not the calculated score, which is 0.6 (2* 0.3 = 0.6).
- In the extreme right column, where total scores are shown, the total calculated score (out of a maximum of '3') has been displayed.
- The parameter, focus of mission on pain treatment, has been assigned the highest weight of 30% as it states the intent of the association. History of successful advocacy, willingness to partner, and media saviness, have been given weights of 20% each. All four parameters have been assigned high weight as they will collectively enable PriCara to ascertain partnership and public relations opportunities.
- Geographic presence has been assigned a weight of 10%.



# Methodology and Analyst Commentary

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Ranking Mechanism | | |
|---|---|---|
| **Parameters** | **Rating Type** | **Rating Score** |
| **Focus of Mission on Pain Treatment** | High focus on pain treatment | 3 |
| | Moderate focus on pain treatment | 2 |
| | Low focus on pain treatment | 1 |
| **History of Successful Advocacy** | Highly active in advocacy | 3 |
| | Moderately active in advocacy | 2 |
| | Less active in advocacy | 1 |
| **Willingness to Partner** | High number of partners and history of partnering for several programs | 3 |
| | Moderate number of partners and history of partnering for some programs | 2 |
| | Less number of partners and history of partnering for a few programs | 1 |
| **Media Savviness** | Highly media savvy – Organizes several events, such as conferences and seminars, and regularly issues press releases | 3 |
| | Moderately media savvy – Organizes some events such as conferences, and, seminars, and sporadically issues press releases | 2 |
| | Low Media Savvy – Organizes few events, such as conferences and seminars, and rarely issues press releases | 1 |
| **Geographic Presence** | International presence or national presence with high number of regional/local chapters | 3 |
| | National presence with moderate number of regional/local chapters | 2 |
| | Only national presence | 1 |



**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Table of Contents

| Serial No. | Pain Associations | Slide No. |
|---|---|---|
| 1 | Executive Summary | 8 |
| 2 | American Pain Society | 18 |
| 3 | American Pain Foundation | 34 |
| 4 | American Chronic Pain Association | 44 |
| 5 | American Academy of Pain Medicine | 54 |
| 6 | Alliance of State Pain Initiatives | 64 |
| 7 | American Board of Pain Medicine | 70 |
| 8 | National Pain Foundation | 73 |
| 9 | The National Foundation for the Treatment of Pain | 80 |
| 10 | American Academy of Pain Management | 89 |
| 11 | American Society for Pain Management Nursing | 99 |
| 12 | International Association for the Study of Pain | 108 |
| 13 | World Institute of Pain | 118 |
| 14 | American Society for Pain Educators | 125 |
| 15 | Pain & Policy Studies Group | 133 |
| 16 | American Occupational Therapy Association | 138 |
| 17 | American College of Occupational and Environmental Medicine | 151 |
| 18 | American Back Pain Association | 162 |
| 19 | Arthritis Foundation | 165 |
| 20 | Neuropathic Pain Network | 176 |
| 21 | American Cancer Society | 180 |
| 22 | Southern California Cancer Pain Initiative | 188 |



**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Table of Contents

| Serial No. | Pain Associations | Slide No. |
|:---:|---|:---:|
| 23 | Association for Repetitive Motion Syndromes | 197 |
| 24 | Reflex Sympathetic Dystrophy Syndrome Association | 199 |
| 25 | American Society of Anesthesiologists | 206 |
| 26 | American Society of Addiction Medicine | 216 |
| 27 | American Academy of Family Physicians | 224 |
| 28 | American Academy of Physical Medicine and Rehabilitation | 237 |
| 29 | American Pharmacist Association | 246 |
| Appendix | | |
| 30 | The Neuropathy Association | 257 |
| 31 | American Headache Society | 263 |
| 32 | American Academy of Orofacial Pain | 272 |





# Executive Summary

# Executive Summary

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| **American Pain Society** | **High Focus on Pain Treatment**<br>• To increase knowledge of pain and transform public policy and clinical practice to reduce pain-related suffering. | ✓ | ✓ | National (six regional sections) | Over 3,000 (including health professionals, basic scientists, policy makers, and lawyers) |
| **American Pain Foundation** | **High Focus on Pain Treatment**<br>• To improve the quality of life of people with pain | ✓ | ✓ | National | 80,000 (including patients, families and healthcare providers) |
| **American Chronic Pain Association** | **High Focus on Pain Treatment**<br>• To facilitate peer support and education for individuals with chronic pain and their families.<br>• To raise awareness among the health care community, policy makers, and the public at large about issues of living with chronic pain. | ✓ | ✓ | International (more than 800 chapters) | NA |
| **American Academy of Pain Medicine** | **High Focus on Pain Treatment**<br>• To advance the specialty of Pain Medicine and the comprehensive care of patients with pain. | ✓ | ✓ | National (four state Chapters) | Over 1,300 |
| **Alliance of State Pain Initiatives** | **High Focus on Pain Treatment**<br>• To ensure that peoples' lives are not overpowered by pain. | ✓ | ✓ | National  (19 state pain initiatives) | NA |

Source: SmartAnalyst

9

# Executive Summary

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| **American Board of Pain Medicine** | **High Focus on Pain Treatment**<br>• To serve the public by improving the quality of Pain Medicine. | ✓ | ✗ | National | NA |
| **National Pain Foundation** | **High Focus on Pain Treatment**<br>• To improve the quality of life for people living with pain. | ✓ | ✓ | National | NA |
| **National Foundation for the Treatment of Pain** | **High Focus on Pain Treatment**<br>• To accomplish major changes in the national treatment of acute, chronic, intractable, malignant and non-malignant pain.<br>• To guarantee adequate and effective medical care to legitimate pain patients. | ✓ | ✓ | National | ~ 5,000 patients |
| **American Academy of Pain Management** | **High Focus on Pain Treatment**<br>• To educate clinicians about pain management. | ✓ | ✓ | National | ~ 6,000 (includes individuals, healthcare practitioner and clinics, and corporations) |
| **American Society for Pain Management Nursing** | **High Focus on Pain Treatment**<br>• To advance and promote optimal nursing care for people affected by pain through best nursing practices. | ✓ | ✓ | National (30 local chapters) | NA |

Source: SmartAnalyst

# Executive Summary

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| **International Association for the Study of Pain** | **High Focus on Pain Treatment**<br>• To bring together scientists, clinicians, healthcare providers, and policy makers to stimulate and support the study of pain and to translate that knowledge into improved pain relief worldwide | ✓ | ✓ | International (77 national chapters) | Over 6,500 (includes all professionals involved in research, diagnosis or treatment of pain) |
| **World Institute of Pain** | **High Focus on Pain Treatment**<br>• To educate physicians and patients in pain medicine<br>• To develop guidelines and standards for training and examining competency in pain physicians all over the world. | ✓ | ✓ | International | NA |
| **American Society of Pain Educators** | **High Focus on Pain Treatment**<br>• To improve the standards of clinical pain practice and to enhance the health and quality of life of pain sufferers. | ✓ | ✓ | National | NA |
| **Pain & Policy Studies Group** | **High Focus on Pain Treatment** -<br>• To "balance" international, national and state policies to ensure adequate availability of pain medications for patient care while minimizing diversion and abuse.<br>• To support a global communications program to improve access to information about pain relief, palliative care and policy. | ✓ | ✓ | International | NA |
| **American Occupational Therapy Association** | **Low Focus on Pain Treatment**<br>• To advance the quality, availability, use, and support of occupational therapy. | ✓ | ✓ | National | ~36,000 (including occupational therapists, and occupational therapy assistants, and students) |

Source: SmartAnalyst

11

# Executive Summary

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| American College of Occupational and Environmental Medicine | **Low Focus on Pain Treatment**<br>• To promote optimal health and safety of workers, workplaces, and environments. | ✓ | ✓ | International (30 component societies) | 5000 (physicians and other healthcare professionals) |
| American Back Pain Association | **High Focus on Pain Treatment**<br>• To provide information about various options available such as drugs, and surgeries with focus on spinal decompression as an option for back pain relief. | ✓ | ✗ | National | NA |
| Arthritis Foundation | **Moderate Focus on Pain Treatment**<br>• To improve lives through leadership in the prevention, control and cure of arthritis and related diseases. | ✓ | ✓ | National (46 local offices in the US) | NA |
| Neuropathic Pain Network | **High Focus on Pain Treatment**<br>• To actively support people with neuropathic pain, by enabling them to better cope with their pain, obtain the best treatment and ultimately to improve the quality of their lives. | ✓ | ✗ | International | NA |
| American Cancer Society | **Moderate Focus on Pain Treatment**<br>• To eliminate cancer as a major health problem. | ✓ | ✓ | National (13 chartered divisions and 3400 local offices) | NA |

Source: SmartAnalyst

# Executive Summary

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| Southern California Cancer Pain Initiative | **High Focus on Pain Treatment**<br>• To promote optimum pain relief for all cancer patients. | ✓ | ✓ | National (five offices) | ~3,000 (individual members and three active committees) |
| Association for Repetitive Motion Syndromes | **Low Focus on Pain Treatment** | ✓ | ✓ | International | NA |
| Reflex Sympathetic Dystrophy Syndrome Association | **High Focus on Pain Treatment**<br>• To promote public and professional awareness of CRPS and to educate those afflicted with the syndrome, their families, friends, insurance and healthcare providers on the disabling pain it causes. | ✓ | ✓ | National | Over 7,000 members (patients, family and friends, healthcare professionals, attorneys, and businesspeople who understand the effects of CRPS. ) |
| American Society of Anesthesiologists | **High Focus on Pain Treatment**<br>• To elevate the standards of the specialty by fostering and encouraging education, research and scientific progress in anesthesiology. | ✓ | ✓ | National | ~43,000 (healthcare professionals engaged or especially interested in the medical specialty of anesthesiology) |

# Executive Summary

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| **American Society of Addiction Medicine** | **Low Focus on Pain Treatment**<br>• To promote the appropriate role of the physician in the care of patients with addiction.<br>• To establish addiction medicine as a specialty recognized by professional organizations, governments, physicians, purchasers and consumers of healthcare services, and the general public. | ✓ | ✓ | National | NA |
| **American Academy of Family Physicians** | **Moderate Focus on Pain Treatment**<br>• To improve the health of patients, families, and communities by serving the needs of members with professionalism and creativity. | ✓ | ✓ | National (with 53 local chapters in the US) | Over 94,000  (includes family physicians, family medicine residents, and medical students) |
| **American Academy of Physical Medicine and Rehabilitation** | **Low Focus on Pain Treatment**<br>• To serve its member physicians by advancing the specialty of physical medicine and rehabilitation and promoting excellence in physiatric practice | ✓ | ✓ | International | Over 7,500 (includes physiatrists and their patients, and other healthcare professionals.) |
| **American Pharmacist Association** | **Moderate Focus on Pain Treatment**<br>• To provide information, education, and advocacy to empower its members to improve medication use and advance patient care. | ✓ | ✓ | National | 60,000 (includes practicing pharmacists, pharmaceutical scientists, student pharmacists, and pharmacy technicians) |

# Executive Summary

| Ranking of Associations | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rank* | General Associations | Focus of Mission on Pain Treatment (0.3) | History of Successful Advocacy (0.2) | Willingness to Partner (0.2) | Media Savviness (0.2) | Geographic Presence (0.1) | Total Score (Max = 3) |
| 1 | American Academy of Pain Medicine | 3 | 3 | 3 | 3 | 2 | 2.9 |
| 2 | Alliance of State Pain Initiatives | 3 | 3 | 3 | 3 | 2 | 2.9 |
| 3 | American Pain Society | 3 | 3 | 3 | 3 | 2 | 2.9 |
| 4 | American Society of Anesthesiologists | 3 | 3 | 3 | 3 | 1 | 2.8 |
| 5 | International Association for the Study of Pain | 3 | 2 | 3 | 3 | 3 | 2.8 |
| 6 | Arthritis Foundation | 2 | 3 | 3 | 3 | 3 | 2.7 |
| 7 | American Academy of Family Physicians | 2 | 3 | 3 | 3 | 3 | 2.7 |
| 8 | American Pain Foundation | 3 | 3 | 3 | 2 | 1 | 2.6 |
| 9 | American Chronic Pain Association | 3 | 2 | 3 | 2 | 3 | 2.6 |
| 10 | American Pharmacist Association | 2 | 3 | 3 | 3 | 1 | 2.5 |
| 11 | American Cancer Society | 2 | 3 | 2 | 3 | 3 | 2.5 |

*Associations arranged in descending order of scores



Source: SmartAnalyst

15

# Executive Summary

| Ranking of Associations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rank* | General Associations | Focus of Mission on Pain Treatment (0.3) | History of Successful Advocacy (0.2) | Willingness to Partner (0.2) | Media Savviness (0.2) | Geographic Presence (0.1) | Total Score (Max = 3) |
| 12 | World Institute of Pain | 3 | 1 | 2 | 3 | 3 | 2.4 |
| 13 | National Pain Foundation | 3 | 2 | 3 | 2 | 1 | 2.4 |
| 14 | National Foundation for the Treatment of Pain | 3 | 3 | 2 | 2 | 1 | 2.4 |
| 15 | American Academy of Pain Management | 3 | 2 | 2 | 3 | 1 | 2.4 |
| 16 | Reflex Sympathetic Dystrophy Syndrome Association | 3 | 2 | 2 | 3 | 1 | 2.4 |
| 17 | American Society for Pain Management Nursing | 3 | 3 | 2 | 1 | 2 | 2.3 |
| 18 | American Academy of Physical Medicine and Rehabilitation | 1 | 3 | 1 | 3 | 3 | 2 |
| 19 | Southern California Cancer Pain Initiative | 3 | 2 | 1 | 2 | 1 | 2 |
| 20 | American Occupational Therapy Association | 1 | 3 | 2 | 2 | 1 | 1.8 |

*Associations arranged in descending order of scores

Source: SmartAnalyst

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Executive Summary

| | Ranking of Associations | | | | | |
|---|---|---|---|---|---|---|
| Rank* | General Associations | Focus of Mission on Pain Treatment (0.3) | History of Successful Advocacy (0.2) | Willingness to Partner (0.2) | Media Savviness (0.2) | Geographic Presence (0.1) | Total Score (Max = 3) |
| 21 | American Society of Pain Educators | 3 | 1 | 1 | 2 | 1 | 1.8 |
| 22 | Pain & Policy Studies Group | 3 | 1 | 1 | 1 | 3 | 1.8 |
| 23 | Neuropathic Pain Network | 3 | 1 | 1 | 1 | 3 | 1.8 |
| 24 | American Society of Addiction Medicine | 1 | 3 | 1 | 2 | 1 | 1.6 |
| 25 | American Board of Pain Medicine | 3 | 1 | 1 | 1 | 1 | 1.6 |
| 26 | American Back Pain Association | 3 | 1 | 1 | 1 | 1 | 1.6 |
| 27 | American College of Occupational and Environmental Medicine | 1 | 1 | 1 | 2 | 3 | 1.4 |
| 28 | Association for Repetitive Motion Syndromes | 1 | 1 | 1 | 2 | 3 | 1.4 |

* Associations arranged in descending order of scores

Source: SmartAnalyst



# American Pain Society



# The American Pain Society is dedicated solely to the science of pain

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The American Pain Society (APS) claims to be the first national society to dedicate itself solely to the science of pain and is the only such organization to establish a multidisciplinary, evidence-based approach to both research and clinical treatment.<br>• Founded in 1977, APS is a professional membership organization and a national chapter of the International Association for the Study of Pain (IASP).<br> ➢ Founded in 1973, the IASP is a multidisciplinary international association in the field of pain, bringing together scientists, clinicians, health care providers, and policy makers. |
|---|---|
| Vision | • Envisions a world where pain prevention and relief are available to all people. |
| Mission | • To bring together a diverse group of scientists, clinicians, and other professionals to increase the knowledge of pain and transform public policy and clinical practice in order to reduce pain-related suffering. |
| Key Objectives | • Be recognized as the most credible and effective advocate for the prevention or relief of useless pain.<br>• To ensure useless pain is viewed as a major health problem.<br>• Promote interdisciplinary/multidisciplinary research to increase knowledge of pain and pain relief mechanisms.<br>• Promote research that translates knowledge about pain relief mechanisms into improvements in practice.<br>• Increase interdisciplinary communication, understanding and appreciation of the respective knowledge domains of researchers, clinicians and other professionals.<br>• Continually improve the knowledge base of current and future professionals who care for persons in pain.<br>• Increase access to appropriate care.<br>• Improve pain care in primary care practice. |
| Key Activities | • To advance pain-related research, education, treatment, and professional practice. |

Source: Key Activities; APS 2008 Annual Report; Company Website;

# The APS has over 3,000 members that include health professionals, basic scientists, policy makers, and lawyers

Licensed to Performance PhD Lumberjacks4th File in Chukole Resident PageID #: 385182

| Number of Members and Key Target Audience | • Over 3,000 members including health professionals (physicians, psychologists, nurses, physical therapists, pharmacists), basic scientists, policy makers, lawyers, and others with interest in the study and treatment of pain. |
|---|---|
| Geographic Presence | • Across the US.<br>• It has six regional sections affiliated by membership and bylaws with the national organization:<br>    ➢ Southern Pain Society<br>    ➢ Eastern Pain Association<br>    ➢ Greater Philadelphia Pain Society<br>    ➢ Midwest Pain Society<br>    ➢ New England Pain Association<br>    ➢ Western USA Pain Society<br>• Regional sections offer members in most areas in the US the option to participate in local or regional activities organized by these groups. |
| Headquarters | 4700 W. Lake Ave.<br>Glenview, IL 60025 |

# Membership categories include regular, affiliate, student/trainee, and corporate members

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Criteria |
| --- |
| • **Regular Members:** Includes health professionals and scientists working in the US, its territories, or its government services. |
| • **Affiliate Member:** Individuals interested in APS but do not qualify for regular membership (professionals outside the US) |
| • **Student/Resident/Fellow Member:** Individuals in the training phases of the health and related sciences |
| • **Corporate Member:** Organizations that support the goals and mission of APS, provide products used in the diagnosis and treatment of pain, and are approved by the Board of Directors. A non-voting membership extended to a single corporate designated representative. |

Source: Membership

Case 1:19-md-02804-DAP-Doc #: 2183-16 Filed: 08/12/19 23 of 279. PageID #: 385184

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Benefits |
|---|
| • The APS provides peer-reviewed scientific and clinical publications and continuing education programs which examine pain from many perspectives. Members also regularly receive: |

- The APS provides peer-reviewed scientific and clinical publications and continuing education programs which examine pain from many perspectives. Members also regularly receive:
  - ➢ The Journal of Pain, a monthly that provides a forum for scholarly presentation and commentaries on issues and controversies. It is cited in Index Medicus (IM).
  - ➢ APS Bulletin, published bimonthly, offers articles on clinical, policy and basic science topics, organizational news and a calendar of events
  - ➢ Membership Directory, published annually, lists all APS members alphabetically, geographically and by specialty.
  - ➢ Principles of Analgesic Use in the Treatment of Acute Pain and Cancer Pain, a regularly updated reference guide offering concise descriptions of appropriate drug selection, variations in dosage among patients, rapid treatment of breakthrough pain and minimization of side effects
- Membership also provides:
  - ➢ Continuing Education Opportunities at the annual scientific meeting, which routinely offers more than 30 symposia, plenary lectures, breakfast sessions, posters and exhibits, for a wide spectrum of specialists and interests.
  - ➢ Professional Development Courses: half-day in-depth sessions on the latest in pain research and practice issues.
  - ➢ The APS Annual Meeting offers continuing education credit in medicine, nursing, psychology, and pharmacy.
  - ➢ Special Interest Groups have been formed to allow members from all disciplines to gather, study and exchange views on areas of common interest, especially at the Annual Scientific Meeting. All members can participate.
  - ➢ Regional Sections offer members in the US the option to participate in local or regional activities of APS's affiliates.
  - ➢ Regional Sections offer continuing education and networking opportunities and most also offer a regional newsletter. Membership in Regional Sections is separate from national membership and dues are charged by individual Regional affiliates.
  - ➢ Networking Opportunities abound at the annual meeting, in regional activities, committees, task forces, and other informal gatherings.

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Abbott Laboratories** | • Abbott is a global, broad-based health care company devoted to discovering new medicines, new technologies, and new ways to manage health. |
| **Alpharma** | • Alpharma Inc. is a global specialty pharmaceutical company that provides products for humans and animals. |
| **Ameritox** | • Ameritox is a company involved in pain prescription monitoring. |
| **Anesiva, Inc.** | • Anesiva is a late-stage biopharmaceutical company focused on the development and commercialization of novel therapeutics for pain. |
| **Cephalon, Inc.** | • Cephalon's Pain Care Franchise includes therapies for breakthrough pain and muscle spasms. |
| **Durect Corporation** | • DURECT Corporation, an emerging specialty pharmaceutical company, is focused on the development of pharmaceutical systems based on its proprietary drug delivery platform technologies to treat chronic debilitating diseases and enable biotechnology products. |

Source: Partners

23

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Endo Pharmaceuticals Inc.** | • Endo Pharmaceuticals,  a specialty pharmaceutical company, is engaged in the research, development, sale and marketing of branded and generic prescription pharmaceuticals used primarily to treat and manage pain. |
| **Forest Laboratories, Inc.** | • Forest Laboratories is a US-based pharmaceutical company that identifies, develops, and delivers pharmaceutical products. Forest has well-established franchises in the therapeutic areas of the central nervous and cardiovascular systems. |
| **GlaxoSmithKline** | • GlaxoSmithKline, is one of the world's leading research-based pharmaceutical and healthcare companies. The company claims that it is committed to improving the quality of human life by enabling people to do more, feel better and live longer. |
| **InSet Technologies Incorporated** | • InSet Technologies (www.insetinc.com) is focused on developing better treatment options for chronic pain. |
| **King Pharmaceuticals, Inc.** | • King Pharmaceuticals, Inc., headquartered in Bristol, Tennessee, US, is a vertically integrated company that develops, manufactures, markets and sells branded prescription pharmaceutical products. |
| **Eli Lilly and Company** | • Headquartered in in Indianapolis, Indiana, US, the company is a leading innovation-driven pharmaceutical corporation. |

Source: Partners

24

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Meda Pharmaceuticals** | • Meda Pharmaceuticals, a global specialty pharmaceutical company, develops, markets, and promotes branded prescription products in the respiratory and pain therapeutic areas. |
| **Medtronic** | • Medtronic is a medical technology company providing solutions for people with chronic pain. |
| **Merck & Co., Inc.** | • Merck & Co., Inc. with corporate headquarters in Whitehouse Station, NJ, in the US, is a leading research-driven pharmaceutical products and services company. Merck discovers, develops, manufactures, and markets a broad range of innovative products to improve human and animal health. |
| **NeurogesX, Inc** | • NeurogesX is a biopharmaceutical company based in the San Francisco Bay Area. The company focuses on the development of effective treatments that relieve chronic pain. |
| **Neuromed Pharmaceuticals** | • Neuromed Pharmaceuticals is a biopharmaceutical company developing and commercializing new and improved pain therapies. |
| **Pain Therapeutics, Inc** | • Pain Therapeutics, Inc. is a biopharmaceutical company located in the San Francisco Bay Area. The company develops novel drugs for pain management and hematology/oncology. |

Source: Partners

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Pfizer Inc.** | • Pfizer, a research-based pharmaceutical company, discovers and develops innovative medicines to treat and help prevent disease for both people and animals. |
| **Premier Research** | • Premier Research, is a full service global Clinical Research Organization (CRO), recognized for its clinical research for acute and chronic pain, having managed more than 350 analgesia trials treating more than 90,000 patients. |
| **PriCara, Unit of Ortho-McNeil, Inc.** | • PriCara, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc  is dedicated to Primary Care - helping healthcare professionals meet their patients' needs. |
| **Purdue Pharma L.P.** | • Purdue Pharma L.P. is dedicated to finding, developing, and bringing to market new medicines and related products that improve health outcomes. The company has developed sustained-release medications to manage pain and provide meaningful benefits for patients. |
| **Solstice Neurosciences, Inc.** | • Solstice Neurosciences, Inc., a specialty biopharmaceutical company, is focused on the development, manufacturing, sales and marketing of specialty biopharmaceutical products. |

Source: Partners

# Key Partners/Sponsors

| Description |
| --- |

- The APS's "Dream No Small Dreams" Campaign (under the campaign, the APS seeks financial assistance to support the research priorities and initiatives of the society and its members) and Clinical Centers of Excellence in Pain Management Awards Program (the program awards US-based multidisciplinary healthcare teams who provide distinguished, comprehensive pain care) Donors (2008):
  - **Platinum Star Partner:** Corporate giving of $500,000
    - ✓ Endo Pharmaceuticals
  - **Bronze star partner:** Corporate giving of $200,000
    - ✓ Abbott Laboratories
  - **Copper star partner:** Corporate giving of $100,000
    - ✓ Cephalon Inc.
    - ✓ Pfizer Inc.
    - ✓ PriCara, Unit of Ortho-McNeil, Inc.
  - **Corporate star partner:** Corporate giving below $100,000
    - ✓ Alpharma Pharmaceuticals
    - ✓ Anesiva, Inc.
    - ✓ Association Management Center
    - ✓ D oris & Martin Hoffman Family
    - ✓ Foundation Inc.
    - ✓ Eli Lilly & Company
    - ✓ International Research
    - ✓ Services Inc.
    - ✓ King Pharmaceuticals
    - ✓ Merck & Co., Inc.
    - ✓ Purdue Pharma, L.P.
    - ✓ Wyeth Pharmaceuticals



Source: The American Pain Society 2008 Annual Report

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**'Pain Control in the Primary Care Setting' Handbook**

- The APS in collaboration with The Greater Philadelphia Pain Society, a regional section of the American Pain Society, developed the 'Pain Control in the Primary Care Setting' handbook.
  - ➢ This handbook targets healthcare professionals interested in improving the management of chronic non-cancer pain in the primary care setting.
  - ➢ The main focus of this guide is chronic non-cancer pain and includes: .
    - ✓ Principles of pain care
    - ✓ Pain assessment and diagnosis
    - ✓ Pain types and disorders
    - ✓ Pain treatments
    - ✓ Case studies
    - ✓ Professional resources
    - ✓ Patient education and resources
    - ✓ Medication tables
  - ➢ Special topics covered: Knowing when and how to refer patients to specialists; changing or discontinuing ineffective treatments; and reducing the risk of opioid abuse and diversion.

**Continuing Medical Education (CME) Program Targeted at the Physician Community**

- The CME program is designed to assess, plan, implement, and evaluate high quality professional education.



Source: Booklet; Guideline

28

# The APS in partnership with the American College of Physicians published a guideline for low back pain in 2007

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**Clinical Practice Guideline for Low Back Pain Launched by the APS in Collaboration with the American College of Physicians**

- Sponsored by the APS, in collaboration with the American College of Physicians (ACP), an evidence-based, clinical practice guideline, was published in the Annals of Internal Medicine for low-back pain patients and their doctors in 2007.
  - ➢ The ACP is a US-based organization of internists — physicians who specialize in the prevention, detection and treatment of illnesses in adults.
  - ➢ The guideline is based on a multidisciplinary panel's review and analysis of volumes of evidence related to diagnosis and treatment of low-back pain in the primary care setting, according to Roger Chou, MD, director of the APS's Clinical Practice Guideline Program and associate professor, Oregon Health and Science University.
  - ➢ The Annals article covered low-back-pain treatment in primary care settings only, and does not make recommendations regarding specialized, invasive procedures to treat the condition.

**The APS in Collaboration with The American Association of Physicists in Medicine (AAPM), and the American Association for the Study of Headache formally organized the Pain Care Coalition (PCC) in 1998**

- The APS, the American Association of Physicists in Medicine (AAPM), and the American Association for the Study of Headache formally organized the Pain Care Coalition (PCC) in June 1998.
  - ➢ The mission of the PCC is to work to influence federal healthcare policy via legislative, regulatory, and research avenues on behalf of people with pain by addressing quality-of-care and access-to-care issues.

Source: Booklet; Guideline

29

# The CME Program offers information on the diagnosis, treatment, and management of pain

Case 1:08-cv-02234-SAS Document 400 Filed 04/08/09 Page 31 of 279 PageID #: 385192

**Key Message: The Society seeks financial assistance to raise public and professional awareness of pain, advocate for public policy change, and foster a comprehensive research agenda.**

**Awareness Initiative**
- Through its "Dream No Small Dreams" Campaign Fund, the APS seeks financial assistance from foundations, industry, and its members to increase public and professional awareness of pain, advocate for public policy change, and foster a comprehensive research agenda.

**Key Message: The Society ensures that its CME Program, enhance professional competence through current findings from pain research and the clinical applications related to these findings.**

**Education Initiatives**
- The American Pain Society's CME program is designed to assess, plan, implement, and evaluate high quality professional education.
- The concern of the CME program of the Society is to provide continuing medical education to the physician community in general.
- The APS provides continuing medical education in a variety of formats including, lectures, symposia, workshops, clinical skills' applications, panel discussions, poster presentations, and enduring materials.
- In 2008, at the American Pain Society's 27th Annual Scientific Meeting:
  - ➢ Interactive workshops explored issues more deeply surrounding pediatric pain, chronic opioid therapy, and voltage-gated sodium and calcium channels.
  - ➢ Many APS members shared their expertise with 100 young trainees representing medicine, nursing, psychology, physical therapy, and dentistry.
  - ➢ A new feature of the meeting in 2008 was the availability of the entire course (CME Program) online for APS members to view and to potentially use in their own teaching efforts.
- The 28th Annual Scientific Meeting of the APS to be held in May 2009, will offer current information about the diagnosis, treatment, and management of acute pain, chronic cancer and non-cancer pain, and recurrent pain.



Source: Education

Caserta and Financial Dassistance Celleto Oaise public and 240-09-09 ID #: 385193

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The APS undertakes various research initiatives to advance the science of pain**

**Research Initiatives**

- In late 2000, the Congress passed into law a provision, that declared the ten-year period (from January 1, 2001) as the Decade of Pain Control and Research. The APS has actively supported this and has been a focal point for the development of numerous programs to advance awareness and treatment of pain and funding for research.

  ➢ **National Pain Care Policy Act:** Working in collaboration with its partners in the Pain Care Coalition (American Academy of Pain Medicine, American Headache Society, and American Society of Anesthesiology) APS has been active in advocating for the passage of the National Pain Care Policy Act for establishing six regional pain centers.

  ➢ **Annual Lectureship:** APS has established an annual Decade of Pain Control and Research Lecture at its annual scientific meeting.

  ➢ **Journalism Award:** To recognize and promote better reporting on pain issues, APS established the Kathleen Foley Journalist Award for Excellence in Pain Reporting. This award is presented annually at the APS annual meeting.

  ➢ **Small Grants Program:** APS has developed its Future Leaders in Pain Research Small Grants Program to fund research projects on pain.

  ➢ In 2008, at the American Pain Society's 27th Annual Scientific Meeting:

    ✓ The Future Leaders in Pain Management Small Grants Research Program provided $20,000 to five researchers.

    ✓ APS awarded travel support to 47 trainees to allow them to attend the annual meeting.

    ✓ APS advocated for increased National Institutes of Health (NIH) funding for pain research.

    ✓ Several executive committee members met with NIH Pain Consortium's co-chairs in March 2008, an annual meeting to maintain open dialogue about mutual interests and concerns.



Source: <u>Campaign Fund</u>; APS 2008 Annual Report

Case 1:19-md-02915-AJT-JFA Document 568-13 Filed 07/01/22 Page 33 of 279. PageID #: 35194

# APS publications offer recommendations for pain management through scientific evidence and expert judgment

**Key Message: The Society provides information focused on pain management through its publications**

**Initiatives Targeted at Professionals - Publications**

- The APS publications are developed by interdisciplinary panels of experts who combine scientific evidence and expert judgment to develop recommendations for pain management. APS publishes three periodicals, *The Journal of Pain*, *APS Bulletin*, and *APS E-News*, which are benefits of membership in the society.
  - ➢ Published bimonthly, ***The Journal of Pain*** is a publication in the field of pain.
  - ➢ The quarterly ***APS Bulletin*** provides a forum to explore areas of interest related to the field of pain as well as information about the society.
  - ➢ The monthly ***APS E-News*** provides updates on society news and events as well as timely information of general interest to members such as funding opportunities and legislative updates.
- The society also publishes clinical practice guidelines and other resources that are intended for use by physicians, nurses, psychologists, and other healthcare professionals.
- Since 1999, the APS has published as series of evidence-based guidelines, which in some cases provide the only available evidence-based recommendations on their topics.

**Key Message: The Society promotes discussions on several health-related topics including pain through its special interest groups**

**Special Interest Groups (SIG)**

- APS permits the establishment of multidisciplinary Special Interest Groups, which are a forum for interested members to meet and discuss a field or topic of common interest such as:
  - ➢ Genetics and Pain Special Interest Group
  - ➢ Geriatric Pain Special Interest Group
  - ➢ Measurement of Pain and Its Impact Special Interest Group
  - ➢ Nursing Issues Special Interest Group
- APS SIGs are multidisciplinary and are open to participation by any APS member.



Source: Publications; Special Interest Groups

# The APS makes pain treatment accessible by removing regulatory barriers and educating practitioners

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The Society provides professionals with evidence-based reviews on pain management**

**Initiatives For Treatment of Pain**
- Evidence-based reviews on diagnosis and treatment of pain are being published in high-impact journals targeting a large number of clinicians.
- In 2008, at the American Pain Society's 27th Annual Scientific Meeting, APS presented six centers with the Clinical Centers of Excellence Awards.
  - ➢ Those programs were selected that embody the attributes of a true interdisciplinary pain program.

**Key Message: The APS aims to advance the treatment of pain by ensuring access to treatment, removing regulatory barriers, and educating practitioners and policy makers about the economics of effective pain treatment**

**Advocacy Program**
- APS has identified a broad agenda of pain issues and advocates in numerous arenas to improve the care of patients with pain.
- The society's goals in this activity are to advance the treatment of people in pain by ensuring access to treatment, removing regulatory barriers, and educating practitioners and policy makers in all settings about advances and economics of effective pain treatment. The APS strategic goals include:
  - ➢ Establishing pain as a major health problem.
  - ➢ Advocating for the prevention or relief of useless pain.
  - ➢ Promoting multidisciplinary research to increase knowledge of pain and pain relief mechanisms.
- Some components of APS's advocacy program include:
  - ➢ NIH Advocacy: APS is in active dialog with the NIH Pain Consortium around issues of pain research and funding.
  - ➢ Pain Care Coalition: APS, The American Association of Physicists in Medicine (AAPM), and the American Association for the Study of Headache formally organized the Pain Care Coalition (PCC) in June 1998. The mission of the PCC is to work to influence federal healthcare policy via legislative, regulatory, and research avenues on behalf of people with pain by addressing quality-of-care and access-to-care issues.



Source: Advocacy

33



**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# American Pain Foundation



# The American Pain Foundation, a nonprofit group, serves people in pain through information, advocacy, and support

| Overview | • Founded in 1997, the American Pain Foundation (APF) is an independent nonprofit 501(c)3 organization serving people with pain. |
|---|---|
| Mission | • To improve the quality of life of people with pain by raising public awareness, providing practical information, promoting research, and advocating to remove barriers and increase access to effective pain management. |
| Key Objective | • To improve the quality of life of people living with pain, which includes a growing number of active military and veterans. |
| Key Activities | • The foundation serves people in pain through information, advocacy, and support. |
| Number of Members And Key Target Audience | • 80,000 members in 2007 (patients suffering from a wide variety of pain conditions, their families, and healthcare providers).<br>• The APF accepts contributions for specific programs as well as undesignated donations from individuals, Corporates, foundations, and other nonprofit organizations. |
| Geographic Presence | • US. |
| Headquarters | 201 North Charles Street, Suite 710<br>Baltimore, MD 21201-4111 |

**SPARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| List of Key Partners/Sponsors | | | |
|---|---|---|---|
| **Corporations** | • Abbott Laboratories<br>• Advanced Neuromodulation Systems<br>• Alliant Techsystems Inc.<br>• Alpharma<br>• Anesiva, Inc.<br>• Biotechnology Industry Organization<br>• Canastota Publishing, Inc.<br>• Cephalon, Inc. | • Discount Nutrition, Inc.<br>• Elan Pharmaceuticals<br>• Endeavor Express<br>• Endo Pharmaceuticals Inc.<br>• Forest Pharmaceuticals, Inc.<br>• GlaxoSmithKline<br>• Gulfshore Hypnosis Associates<br>• Impact Health Communications, LLC<br>• Iron and Glass Bancorp | • Jeffrey A. Rabin & Associates, LTD<br>• King Pharmaceuticals<br>• Medtronic Neurological<br>• Merck and Co.<br>• Novartis Pharmaceuticals Corporation<br>• Ortho-McNeil Pharmaceutical<br>• Pain Management Associates, LLC<br>• Pfizer Pharmaceuticals Group<br>• Purdue Pharma L.P. | • Researched Programs, Inc.<br>• Rite Aid Corporation<br>• Shelly Rosenfeld LTD.<br>• SunTrust Bank<br>• Trans-Matic<br>• Travel Destinations<br>• United Backcare, Inc.<br>• Wyeth Pharmaceuticals |
| **Foundations** | • Anderson Family Living Trust<br>• California Community Foundation<br>• Disabled American Veterans Charitable Service Trust<br>• Emmert Hobbs Foundation | • Gess Donor Fund<br>• The Herb Block Foundation<br>• Kamish Living Trust<br>• Mary R. and Joseph R. Payden Foundation<br>• Medtronic Foundation | • Milbank Foundation for Rehabilitation<br>• Nathan Bruckenthal Memorial Trust<br>• Reflex Sympathetic Dystrophy Hope Group<br>• William and Joanne Moeller Foundation | |

# Key Partners/Sponsors

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| List of Key Partners/Sponsors |
|---|

- The APF celebrated its 10-year anniversary of service in 2007. The 2007 gala sponsors were:
- Platinum Level
  - ➢ Cephalon, Inc.
  - ➢ Elan Pharmaceuticals
  - ➢ Endo Pharmaceuticals, Inc.
- Gold Level
  - ➢ Alpharma, Inc.
  - ➢ Johns Hopkins Medicine &
  - ➢ Johns Hopkins Neurosurgery
  - ➢ Medtronic, Inc.
- Silver Level
  - ➢ Abbott Laboratories
  - ➢ Advanced Neuromodulation Systems
  - ➢ Anesvia, Inc.
  - ➢ Forest Pharmaceuticals, Inc.
  - ➢ The Health Central Network
  - ➢ Novartis Pharmaceuticals Corporation
  - ➢ Ortho-McNeil/PriCara
  - ➢ Pfizer Pharmaceuticals Group
  - ➢ Purdue Pharma, LP
  - ➢ Wyeth Pharmaceuticals
- Bronze Level
  - ➢ Biotechnology Industry Organization



Source: 2007 American Pain Foundation

37

# The Foundation conducts surveys among primary care physicians to provide better pain care to patients

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

### Relationship with/Influence on Primary Care Physicians

**Online Survey of Pain Patients and Physicians in the US via the Let's Talk Pain' Coalition**

- In 2008, The Let's Talk Pain Coalition commissioned a national, Internet-based survey of 500 pain patients and 275 physicians treating pain, including primary care physicians, oncologists, pain specialists, neurologists, rheumatologists, surgeons, and psychiatrists.
- The Let's Talk Pain Coalition unites the perspectives of patients, caregivers, and healthcare professionals to encourage people to talk more about pain, listen actively, and act in ways that improve care for people with pain.
- The Coalition's lead organization, the American Pain Foundation (APF) along with the American Academy of Pain Management and the American Society for Pain Management Nursing (ASPMN) founded the coalition. PriCara, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sponsor of the Coalition.

**Online Survey by the APF Conducted among Primary Care Physicians**

- In 2007, an online survey was fielded by the APF to gain an in-depth understanding of provider prescribing patterns, attitudes and perceptions around opioid therapy for non-cancer chronic pain.
- The survey was conducted among 150 Primary Care Physicians, 32 Rheumatologists, 26 Physiatrists, 26 Nurse Practitioners, and 4 Physician Assistants.

Provided by Sandra Smith on 3/12/2019. Confidential to people living with pain ID #: 385201

# The APF provides education and support to people living with pain and their caregivers

**Key Message: The Foundation supports patients by providing education, advocacy and support**

**Advocacy and Support Initiatives**
- The Pain Community Advisory Council (PCAC) performs as an advisory group to the APF.
  - ➤ The mission of the PCAC is to provide the APF with counsel as it strives to improve the quality of life for people of the pain community.
  - ➤ This is accomplished by having the PCAC members speak directly to the APF about personal pain experiences, providing inputs on APF initiatives, participating in research and advocating for all constituents on issues affecting the pain community as in keeping with the APF mission.
  - ➤ The association also has a Military/Veterans and Pain Initiative Advisory Group.
- Through the Power Over Pain Action Network (POPAN), the APF continues to inform, motivate and harness the voices of people affected by pain. POPAN, is a grassroots network of people living with pain, caregivers and healthcare providers, working in collaboration with other advocates, professionals and organizations, including the Alliance of State Pain Initiatives, the American Society for Pain Management Nursing and the American Cancer Society.
  - ➤ The Network gives a face to those suffering with pain by delivering messages to the public and legislators, and spearheading targeted outreach in communities to raise awareness and inspire action.
- The APF website also provides various resources (such as the phone number of a mental health counselor, or a suicide prevention/crisis hot line) to help people in a crisis to find emotional support and help for their pain.

**Specific Education Initiatives**
- The APF's Pain Monitor, provides a monthly eNews of interest to people affected by pain, other publications, and news alerts.
- The foundation's website has a 'Pain Information Library' that provides information for educational purposes only.
  - ➤ The website provides links to various other websites that include information on various pain conditions.
- The APF's Resource Locator, is a tool designed to link patients with disease-specific organizations that can provide them with the information, support, and resources needed to manage their pain.



Source: Initiatives;Education

# The Foundation offers various alternatives to patients to help them manage their pain

**Key Message: The APF carries out several activities to help people manage pain**

**Initiatives to Help Manage Pain**

- In collaboration with HealthCentral Network, the APF offers a powerful, private way to help people cope with pain. Caregivers, help individuals create their own CareCentral site, start a journal or guestbook, share photos, get organized, maintain a calendar, create a wish list, make announcements and more.

- The APF's Let's Talk Pain Coalition, encourages people to talk more about pain, listen actively and act in ways that improve care for people who live with pain. An interactive website provides visitors with comprehensive information and tools to enhance the dialogue between those affected by pain and healthcare professionals.

- The foundation collaborates with Life Love & Health to provide a series of brief messages about pain. Life Love & Health is a daily health and lifestyle program, reaching listeners via XM, CNN, Fox, ESPN, Sirius, www.HealthRadio.net Internet radio, Public Radio affiliates, Wal-Mart Radio and the Voice of America.

- Making Sense of Pain Relief is an educational campaign by the APF designed to help clarify new, and sometimes confusing, information about pain relief for arthritis or chronic joint symptoms.

- The Military/Veterans and Pain initiative reaches out to active military and veterans who are in pain to provide educational information and support to improve their pain care, decrease their sense of isolation, and encourage them in their pursuit of a better quality of life for themselves and their families.

- The Foundation encourages people in pain to submit poetry, prose, digital photograph or video to the APF's online Pain and Creativity Center, provided in collaboration with its project partner, the HealthCentral Network.

- The APF has also collaborated with SBTV.com - Small Business Television - to raise awareness about the importance of addressing pain in the workplace and removing barriers preventing people in pain from reaching their full potential.

- 'Pain Management For The End of Life', an online initiative by the APF, is a resource center for consumers, caregivers and healthcare professionals. It includes information about hospice care, palliative care, advance directives, emotional and financial concerns, pediatric pain, ethics, end of life organizations and professional practice tools.

- The APF in partnership with HealthMark Multimedia, produced the Cancer Pain: Your Guide to Relief, an interactive CD, to help cancer patients and caregivers understand and manage pain.

# The APF informs about pain, treatment options and offers tips to support patients with better care

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The APF provides resources for treatment of pain**

**Initiatives for Treatment of Pain**
- The APF's booklet, 'Pain Resource Guide: Getting the Help You Need', is designed to help patients take charge of their pain care. It provides important information about pain and tips to assist patients in getting quality pain care.
- 'Treatment Options: A Guide for People Living with Pain' is written and reviewed by leading pain specialists. This guide provides information about medications, psychosocial interventions, complementary approaches, rehabilitation therapies, and, surgical interventions.
- Target Chronic Pain publications are easy-to-use practical tools for pain assessment, management and communication.
- PainAid, is the APF's interactive online community. Topics range from illness-specific pain, traditional and complementary treatments, to depression and family matters, to financial issues such as disability and workers compensation.

**Key Message: The Foundation carries out several initiatives to raise public awareness about different pain conditions**

**Initiatives to Raise Public Awareness**
- "A Reporter's Guide: Covering Pain and its Management," by APF is a guide on pain and pain management that is designed to help meet the informational needs of busy reporters. APF offers various other guides targeted at reporters.
- APF also offers interview access to an array of pain experts throughout the US, including healthcare providers and people living in pain.
  - ➢ Specific areas of expertise include: acute and chronic pain, pain treatment options, military/veterans' pain care, disparity issues and condition-specific pain such as fibromyalgia, cancer, and neuropathic pain.

Source: Initiatives; Awareness

# The Foundation also promotes pain research for health professionals and the patient community

**Key Message: The APF provides clinical research information trials to help patients manage their pain**

**Research Initiatives**

- In partnership with Thomson CenterWatch, a publisher of information on clinical research for patients and their advocates and healthcare professionals, the foundation's Clinical Trials Center is a popular feature of its website. It offers

  - ➢ Information about the latest pain-related clinical trials, listings of pain studies at the National Institutes of Health, FDA medication and device approvals, new medical therapies trials results, research headlines and more.

  - ➢ Researchers to post their trials on the website. Listings on the CenterWatch Clinical Trials Listing Service will also appear on more than 40 other websites and in publications and services for health professionals and patients.

Source: <u>Initiatives</u>

# In 2007, the AFP sold 17,200 copies of Treatment Options: A Guide for People Living with Pain'

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Accomplishments | • Nearly 100 advocates attended the second annual media and advocacy training in Baltimore to share success stories and take part in panel presentations and interactive workshops to build and hone their skills to more effectively work with the media, educate and engage communities, build their network and reach out to legislators about national and state policy related to pain. |
|---|---|
| | • APF's active Online Advocacy Center continues to be the central resource for information and advocacy alerts to all APF members and collaborating organizations. In 2007, AFP had 23 Alerts, yielding more than 15,000 actions. |
| | • Over 150 organizations co-signed and endorsed APF's Consensus Statement for the National Pain Care Policy Act of 2007 (a comprehensive pain policy, including a dedicated research program). |
| | • POPAN leadership has grown to 60 leaders in 38 states. |
| | • AFP also held, 10 weekly online chats, more than 200 discussion boards (including Ask the Experts section, Military/Veterans Community and International Boards), special topic chats during the year, and special webinar educational series. |
| | • In 2007, AFP sold, 17,200 print copies of Treatment Options: A Guide for People Living with Pain and 11,000 copies of the Pain Resource Guide were distributed. |

Source: 2007 Annual Report

43



# American Chronic Pain Association



Case 2:25-md-03140-JXN-LDW Document 45-5 Filed 05/15/25 Page 2 of 23 PageID #: 3520

# The ACPA provides a support system to professionals and patients for better management of chronic pain

| Overview | • The American Chronic Pain Association (ACPA), a nonprofit organization, was founded in 1980 by Penney Cowan in Pittsburgh, Pennsylvania .<br>• It provides a support system for those suffering from chronic pain that persists for over 6 months.<br>• Also helps individuals with chronic pain learn to deal with the pain in a positive manner and become active participants in their own recovery. |
|---|---|
| Mission | • To facilitate peer support and education for individuals with chronic pain and their families so that these individuals may live more fully in spite of their pain.<br>• To raise awareness among the health care community, policy makers, and the public at large about issues of living with chronic pain. |
| Key Activities | • The ACPA offers services and materials for better management of chronic pain through:<br>  ➢ Peer support groups.<br>  ➢ A guide for establishing a support group if none is available in your area.<br>  ➢ The ACPA Chronicle, a quarterly newsletter written by and for ACPA members.<br>  ➢ Workbooks which provide step-by-step help in learning to live more fully with chronic pain<br>  ➢ Other materials that reinforce positive attitudes and skills.<br>  ➢ The Family Manual, a guide for those who live with and love someone with chronic pain.<br>  ➢ The Writing Connection, a pen-pal network that allows people who cannot attend a group to support and encourage each other.<br>  ➢ Relaxation tapes and CDs.<br>  ➢ Patient to Person, a video that discusses basic pain management skills.<br>  ➢ The ACPA national conference, which brings together members and others with an interest in chronic pain management to learn, share, and support one another. |
| Key Target Audience | • Patients with pain<br>• Professionals |

# The ACPA has 1-800 chapters, offering services and materials for better management of chronic pain

Case 1:17-md-02804-DAP Doc #: 1889-4 Filed: 07/19/19. PageID #: 385208

| Geographic Presence | • The association has more than 800 chapters in the US, Canada, Mexico, Ireland, Russia, Australia, and New Zealand. |
|---|---|
| Contact Address | PO Box 850<br>Rocklin, CA 95677<br>Phone: 1-800-533-3231<br>Fax: (916) 632-3208<br>Email: ACPA@pacbell.net |

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Purdue Pharma L.P.** | • Purdue Pharma L.P., a privately held pharmaceutical company, is founded by physicians and is focused on meeting the needs of healthcare providers and the patients in their care. |
| **Cephalon, Inc.** | • Cephalon, Inc., an international biopharmaceutical company, is dedicated to the discovery, development, and commercialization of products in four core therapeutic areas: central nervous system, inflammatory diseases, pain, and oncology. |
| **Endo Pharmaceuticals Inc.** | • Endo Pharmaceuticals Inc. is a specialty pharmaceutical company with a broad portfolio of branded and generic prescription products focused on providing relief from pain. |
| **Novartis AG** | • Novartis AG is a provider of  healthcare solutions and offers a diversified portfolio of innovative medicines, preventive vaccines, diagnostic tools, cost-saving generic pharmaceuticals, and consumer health products. |
| **Janssen-Ortho Inc.** | • Janssen-Ortho Inc. is a pharmaceutical company offering a broad range of medications used in psychiatry, neurology, dementia, attention deficit hyperactivity disorder, pain management, women's health, gastroenterology, infectious disease and urology. |

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **King Pharmaceuticals**<br> | • King Pharmaceuticals, a vertically integrated branded pharmaceutical company, performs basic research and develops, manufactures, markets and sells branded prescription pharmaceutical products and animal health products. |
| **Pfizer Inc.**<br> | • Pfizer is the leading research-based biomedical and pharmaceutical company. The company discovers, develops, manufactures and delivers quality, safe and effective prescription medicines to patients. |
| **Ligand Pharmaceuticals**<br> | • Ligand Pharmaceuticals is a royalty-driven biotechnology company with strong research and drug discovery capabilities. |
| **GlaxoSmithKline**<br> | • GlaxoSmithKline is one of the leading research-based pharmaceutical and healthcare companies. |

Source: ACPA Partners, ACPA Sponsors, Pfizer, Ligand, GSK, King Pharmaceuticals

48

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Alpharma Inc.**  | • Alpharma Inc. is a multinational pharmaceutical company that develops, manufactures and markets specialty generic and proprietary human pharmaceutical and animal health products. |
| **Medtronic, Inc.**  | • Medtronic develops, manufactures, and markets medical technologies and provides device-based medical therapies. |
| **Abbott Laboratories**  | • Abbott is a global, broad-based health care company devoted to the discovery, development, manufacture and marketing of pharmaceuticals and medical products, including nutritional, devices and diagnostics. |
| **Elan Corporation, plc**  | • Elan Corporation, plc is a neuroscience-based biotechnology company that is focused on discovering, developing, manufacturing and marketing advanced therapies in neurology, autoimmune diseases, and severe pain. |
| **Forest Laboratories, Inc.**  | • Forest Laboratories is a US-based pharmaceutical company and has a well-established franchises in therapeutic areas of the central nervous and cardiovascular systems. |

# The ACPA supports a program to serve patients with chronic pain

Case: 1:17-md-02804-DAP Doc #: 3606-6 Filed: 10/31/24 51 of 279. PageID #: 385212

**Key Message: To provide support to patients through monetary funding for treatment of various types of pain**

---

**Patient Advocate Foundation's Co-Pay Relief Program (CPR)**

- On February 1, 2009, the ACPA launched Patient Advocate Foundation's Co-Pay Relief Program (CPR), a pain fund to serve patients suffering with chronic pain.
- The list of diseases included in the program are silos, breast, lung, kidney, colon, pancreatic, head and neck and/or prostate cancers, malignant brain tumor, lymphoma, multiple myeloma, myelodsyplastic syndrome, osteoporosis, sarcoma, diabetes, autoimmune disorders and chemo induced anemia and neutropenia.
- The patients registered for the program must financially and medically qualify to access co-payment assistance.
- Patients and providers can contact the Co-Pay Relief Program toll-free at 1-866-512-3861 to initiate a request for assistance.
- In addition, the CPR also offers providers the opportunity to enroll patients into the program through a secure web-based application service.
- The insured patients in the program who are deemed medically and financially eligible for assistance, are provided with funds directly to' medical and/or pharmaceutical providers.

Source: CPR

# Pain QuickAlert, a coalition of pain experts, offers guidance to prevent misuse of medications

**Key Message: To strengthen support for chronic pain and address the growing problem of misuse and abuse of pain medications**

**Pain QuickAlert**

- Pain QuickAlert is an ad hoc coalition of leading pain specialists and representatives from key clinical and patient advocacy organizations convened in November 2008.

- The program includes representatives from primary care and specialty medicine, nursing, nurse practitioners, and physician assistants, as well as representatives from the American Academy of Pain Medicine, the American Pain Society, the  American Chronic Pain Association, National Pain Foundation, the American Pain Foundation, and other leaders in the pain community.

- The program was formed to:
  - ➢ address the growing problem of misuse and abuse of pain medications
  - ➢ strengthen support for recognizing chronic pain as a distinct disease state for improving the diagnosis and treatment of patients with pain.

Source: Pain QuickAlert

# The ACPA publishes an annual consumer guide to deal with several types of pain, pain medication and treatment

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide information to patients with various pain medications and treatment methods**

**Annual ACPA Consumer Guide to Pain Medication & Treatment**
- The ACPA Consumer Guide to Pain Medication & Treatment is updated yearly and includes web links for certain medications and treatments and relevant Internet sites of interest.
- This Guide is not meant to serve as medical advice for an individual's condition or regarding an individual's treatment needs and it primarily covers medications with various other treatments.
- The information in the ACPA Consumer Guide to Pain Medication & Treatment is not unique or original and parts are borrowed, paraphrased, restructured and simplified from multiple sources.

**Annual ACPA Chronic Pain Medications Supplement**
- The ACPA Chronic Pain Medications Supplement is also updated yearly and includes web links for certain medications and relevant Internet sites of interest.
- The supplement only deals with medications and does not mention the many other important treatment approaches to chronic pain.



Source: ACPA Consumer Guide, ACPA Supplement

52

# The ACPA has designed communication tools to manage chronic pain for people with pain and their families

**Key Message: To provide communication tools for patients with pain**

**Quality of Life Scale**
- This considers an individual's ability to participate in work, family, and social activities and is useful as a way to track an individual's own progress and as a communication tool with family, care givers, and others.
- The scale is provided in two formats, graphical and text.

**Pain Log**
- The ACPA has designed a Pain Log for patients with pain on the basis of some general conditions and encourages the patient to fill out a chart out at the end of each day or several times a week.
- The patient can also take his/her "log book" to doctor visit which can help them talk more openly with their healthcare provider.

**CARE Card**
- ACPA has also designed a CARE Card which is a graphical tool and helps a patient to understand how pain medication should be taken, what things should be avoided while taking it as well as possible side effects of those medication.

**Follow-Up From Your Visit**
- The ACPA Follow-Up tool provides with a simple guide to ensure that a pain patient completes all the treatments/advice/recommendations.



Source: ACPA Communication Tools



## **American Academy of Pain Medicine**



| Overview | • Founded in 1983 as the American Academy of Algology, the American Academy of Pain Medicine (AAPM) is the medical specialty society representing physicians practicing pain medicine in the US.<br>• Pain Medicine is recognized as a discrete specialty by the American Medical Association (AMA). AAPM is the only pain organization with representation in the AMA House of Delegates. |
|---|---|
| Vision | • To be the recognized authority on the evaluation and care of patients with pain as a symptom of disease (eudynia) and primary pain diseases (maldynia). AAPM is an influential participant in policy making for Pain Medicine services and is responsive to the needs of its members. |
| Mission | • To advance the specialty of Pain Medicine and the comprehensive care of patients with pain through promotion of best clinical practices, research, advocacy, and continuing medical education. |
| Key Activities | • Education, training, advocacy, and research in the specialty of Pain Medicine. |

# The AAPM has over 1,300 members including physicians, researchers, and allied health professionals

Case 1:07-cv-01853-LAK Document 25-6 Filed 06/13/17 Page ID #: 385218

| Number of Members | • In 2007, it had more than 1,300 members. |
|---|---|
| Geographic Presence | • The AAPM is present throughout the US.<br>• The four state Chapters (California, Colorado, Idaho, and Utah) provide networking opportunities and allow for both a local and national focus on pain management and the Pain Medicine field.<br>   ➢ Greater influence in the AAPM is afforded through Chapter representation. |
| Headquarters | 4700 W. Lake<br>Glenview, IL 60025 |

# Its membership groups include active physicians, international, resident, student, trainee & affiliate members

Case: 1:17-md-02804-DAP Doc #: 2241-19 Filed: 08/13/19 58 of 279. PageID #: 385219

| Membership Criteria |
|---|
| • It offers membership to:<br>   ➢ **Active Physician Members:** Physicians (i.e., doctors of medicine or doctors of osteopathy) who practice medicine in the US or Canada. These members spend a significant portion of their time treating pain patients and studying pain disorders.<br>   ➢ **International Members:** Physicians who have a license to practice medicine within their country of origin outside of the US and Canada.<br>   ➢ **Resident Members:** Enrolled and in good standing in a residency program in an institution within the US approved by the American Board of Pain Medicine, the Accreditation Council on Graduate medical Education, or the American Osteopathic Association.<br>   ➢ **Student Members:** Enrolled and in good standing in a curriculum of allopathic or osteopathic medicine in an institution within the US approved by the Association of American Medical colleges or the American Osteopathic Association.<br>   ➢ **Trainee Members:** The AAPM provides graduated dues structure for members enrolled and in good standing in a fellowship program in an institution within the US that are approved by the American Board of Pain Medicine, the Accreditation Council on Graduate Medical Education or the American Osteopathic Association.<br>   ➢ **Affiliate Members/Allied Health Professionals:** Non-physician healthcare professionals who are registered or eligible to be registered or licensed by a regulatory agency in the US. Affiliate members can be Registered Nurses, Nurse Practitioners, Physician Assistants, Physical Therapists, Psychologists, or Pharmacists that play a significant role in the care of pain patients. They must be sponsored by an Active member of the AAPM. |

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| List of Key Partners/Sponsors |
|---|

- Corporate Members of the AAPM are partners seeking new advances in the specialty of pain medicine and optimum quality of life for pain patients. They receive premiere status at AAPM's Annual Meeting and other networking events. AAPM's key partners include:
  - ➢ Abbott Laboratories
  - ➢ Ameritox Ltd.
  - ➢ Cadence Pharmaceuticals Inc.
  - ➢ Cephalon, Inc.
  - ➢ Codman & Shurtleff, Inc
  - ➢ Dominion Diagnostics
  - ➢ Endo Pharmaceuticals Inc.
  - ➢ Forest Laboratories, Inc.
  - ➢ GlaxoSmithKline
  - ➢ InSet Technologies Inc.
  - ➢ King Pharmaceuticals, Inc.
  - ➢ Eli Lilly & Company
  - ➢ MEDA Pharmaceuticals
  - ➢ Medtronic
  - ➢ Merck & Co., Inc.
  - ➢ NeurogesX, Inc.
  - ➢ Neuromed Pharmaceuticals
  - ➢ Pfizer Inc.
  - ➢ PriCara, Unit of Ortho-McNeil Inc.
  - ➢ Purdue Pharma L.P.
  - ➢ Wyeth Pharmaceuticals
  - ➢ Xanodyne Pharmaceuticals, Inc.



Source: Partners

Case 4:20-cv-00634-RAP Document 564-5 Filed 08/14/23 in 4/13/19 Page 41 of 173 Pageid #: 38522

**SPARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

### Relationship with/Influence on Primary Care Physicians (PCPs)

**Practice Management – The AAPM Offers Practical Tools and Resources for Pain Physicians to Use in their Pain Practice**

- The academy's website offers practical tools and resources for pain physicians to use in their pain practice.
    - ➢ Coding, policies, patient education and other helpful information are provided to support their daily practice decisions and business needs.
- The internet resources section of the website provides links to various pain foundations, associations and other health-related websites.

**Member Committees Provide Members an Opportunity to Interface with Physicians**

- The AAPM remains progressive in the practice of pain medicine through the consistent input from its members. The members also get an opportunity to interface with other physicians in many other specialty areas. Members can serve on these committees:
    - ➢ Annual Meeting Program Committee; Awards; Bylaws; CME; Coding and Reimbursement; Communications; Education; Education Publication and Enduring Materials; Ethics; External Affairs Committee; Legislative and Regulatory Affairs Committee (LRAC); Membership; Nominations; Physicians-in-Training Committee; and Scientific Review Committee.



Source: Member Committee; Practice Management; Internet Resources ; Membership

Case 1:19-md-02804-DAP Doc #: 1940-50 Filed: 01/24/20 ... of ... PageID #: 385222

**Relationship with/Influence on Primary Care Physicians (PCPs)**

---

**The AAPM Carries Out Liaison Activities with Other Organizations for Physicians**

- The AAPM provides its members with many opportunities for service through liaison activities with other organizations. Committee and liaison activities are currently carried out with the following organizations:

  - ➢ **American Board of Pain Medicine (ABPM):** The AAPM maintains a liaison on the board of directors of ABPM. ABPM was established in 1991 as a scientific and educational not-for-profit corporation that conducts examinations and provides certification for physicians in Pain Medicine.

  - ➢ **American Medical Association (AMA):** The AAPM holds a seat in the AMA House of Delegates and speaks for its members concerning issues critical to their practices. The AAPM is the only Pain Medicine organization for physicians that is recognized by the AMA. The AAPM members are encouraged to maintain an AMA membership.

---

Source: <u>Liaison Activities</u>

Deliverable – AAPM – Clinical Practices – 07.19. Engagement #: 385223

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The Academy ensures that its CME Program facilitates a knowledge exchange among Pain Medicine clinicians**

**Continuing Medical Education (CME) Initiatives**

- AAPM's Annual Meeting and other CME sponsored workshops facilitate a knowledge exchange among Pain Medicine clinicians that will help professionals stay current on:
    - ➢ Developments that have occurred in the science of pain medicine
    - ➢ New concepts in pain medicine
    - ➢ Best methodologies for delivery of pain medicine services

**Key Message: The AAPM provides professionals with clinical information to diagnose and treat patients with pain**

**Clinical Practices**

- The Clinical Information Center on the AAPM website is dedicated to helping professionals find the relevant information and resources they need to diagnose and treat their pain patients. The center also provides links to websites to search for clinical information:
    - ➢ Clinical Guidelines endorsed by AAPM
    - ➢ Clinical Reference resources
    - ➢ Pain Medicine Network Newsletter
    - ➢ Pain Medicine - The Official Journal of the AAPM
    - ➢ Clinical Presentations from the 2007 Annual Meeting
    - ➢ Clinical Trials that are currently being conducted
    - ➢ Medline - PubMed is a service of the US National Library of Medicine that includes over 17 million citations from MEDLINE and other life science journals for biomedical articles back to the 1950s. PubMed includes links to full text articles and other related resources.



Source: CME; Clinical Practices;

Case 3:16-md-02738-MAS-RLS ... 7/14/19  63 of 279.  PageID #: 38522

# The AAPM offers professionals networking and educational opportunities for pain management

**Key Message: The Academy offers professionals practical information on pain management and also provides networking opportunities with other pain clinicians**

**Initiatives Targeted at Professionals**

- Pain Medicine is the official journal of the AAPM, the Faculty of Pain Medicine of the Australian and New Zealand College of Anaesthetists (FPMANZCA), and the International Spine Intervention Society (ISIS).
  - ➢ It provides  peer reviewed research and commentary on matters relevant to the multidisciplinary clinical practice of pain medicine.
  - ➢ Pain Medicine is provided to AAPM members as a benefit of membership eight times each year through AAPM's publishing partner, Blackwell Science, Inc.
- The AAPM offers its membership to Allied Health Professionals (such as Psychologists, Nurse Practitioners, Pharmacists, Physical Therapists, Nurses, Physician Assistants, and Occupational Therapists) that are involved in pain treatment teams. Allied Health Professionals/Affiliate Members enjoy many AAPM resources, networking and educational opportunities, including:
  - ➢ Electronic access to Pain Medicine, the official journal of the AAPM
  - ➢ Pain Medicine Network newsletter, a quarterly newsletter that presents both association information and clinical information.
  - ➢ AAPMail e-newsletters, that provides breaking news in pain medicine and other Academy information.
  - ➢ Inclusion on AAPM's Web site and its "Find a Pain Clinician" search.
  - ➢ Discounts for its Annual Meeting offering networking opportunities with some of the most highly regarded pain clinicians in the world.
  - ➢ Ongoing professional development through Continuing Education Department.



Source: Publications; Allied Health Professionals

# The AAPM's advocacy activities assist pain medicine physicians to work with legislators

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The Academy offers patients useful information to help them in pain management**

**Patient Portal**

- AAPM has a patient portal. The goal of this public portal is to help patients find:
  - ➢ General information about pain
  - ➢ A dedicated pain specialist in their area from AAPM's active membership
  - ➢ Links to the National Pain Foundation and the American Pain Foundation

**Key Message: The AAPM's advocacy activities and resources assists pain medicine physicians to working with legislators**

**Advocacy Program**

- The AAPM supports pain patients and pain medicine clinicians by advocating for a balanced approach to safe and effective treatment of pain.
  - ➢ It recognizes the need for policies that support effective control of drug abuse without harming the appropriate treatment of pain and works with members and other pain societies to establish programs and to educate public along those lines.
  - ➢ Its Advocacy Center offers information on the AAPM's advocacy activities and resources to assist pain medicine physicians in working with legislators.
- The AAPM provides its members with opportunities for service through liaison activities with other organizations such as:
  - ➢ **American Pain Society (APS):** The AAPM maintains a relationship with the APS, a national chapter of the International Association for the Study of Pain. The APS is a multidisciplinary not-for-profit organization of clinicians and researchers.
  - ➢ **Pain Care Coalition (PCC):** Along with the APS and the American Association for the Study of Headache (AASH), the AAPM, as a member of the PCC, works hard to make its issues heard in Washington, DC. The PCC keeps abreast of the current political climate by networking with key political officials and providing input on legislation.
  - ➢ **Commission on Accreditation of Rehabilitation Facilities (CARF):** The AAPM is an associate member of CARF, an organization that develops and maintains standards to measure performance in providing rehabilitation services and strengthening programs. CARF provides an accreditation system for organizations that serves as an independent, impartial, and objective system for total organizational review and as a mechanism for program accountability.



Source: Advocacy; Patient Portal;



# Alliance of State Pain Initiatives

Case 1:19-md-02804-DAP Doc #: 2864-4 Filed: 10/14/19 1 of 1. PageID #: 385227

**SPARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The Alliance of State Pain Initiatives (ASPI) (formerly American Alliance of Cancer Pain Initiatives) is a national network of state-based Pain Initiatives dedicated to promoting pain relief. |
| | • State Pain Initiatives (SPIs) exist in nearly every state of the US and are interdisciplinary organizations comprising healthcare professionals, researchers, educators, patient advocates and others who work to remove the barriers to effective pain control through professional and patient education, advocacy, and improvements to the healthcare system. |
| | • The national office of the ASPI is part of the Paul P. Carbone Comprehensive Cancer Center at the University of Wisconsin, Madison. |
| | • The national office facilitates the sharing of resources among SPIs, develops innovative pain management improvement programs, organizes an annual national meeting, and serves as the collective voice for the SPIs on national issues. |
| **Mission** | • To ensure that peoples' lives are not overpowered by pain is a priority for the ASPI. |
| **Key Objectives** | • To support the primacy of clinical decision-making between healthcare providers and their patients. |
| | • To oppose policies that unduly limit the types or amounts of pain medications that can be prescribed or dispensed. |
| **Key Activities** | • Provides resources and guidance to the individual State Pain Initiatives and serves as the national voice for the Pain Initiative movement. |
| | • Sponsors a national meeting each year which brings together hundreds of healthcare professionals, advocates, policy makers, and others to share ideas, best practices, and innovative strategies designed to remove the barriers to effective pain relief. |
| | • Publishes a E-Newsletter, an e-mail update, on pain related issues and events and the activities of the Alliance of State Pain Initiatives. |

Source: ASPI Factsheet, About ASPI, Mission & Objectives, ASPI E-Newsletter

65

| Key Target Audience | • The members of the various SPI's include healthcare professionals, researchers, educators, patient advocates and others who work to remove the barriers to effective pain control through professional and patient education. |
|---|---|
| **Geographic Presence** | • There are 19 state pain initiatives throughout the US. |
| **Headquarters** | Rm 4720<br>1300 University Ave<br>Madison, WI 53706<br>Phone: (608) 265-4013<br>Fax: (608) 265-4014<br>Email: aspi@mailplus.wisc.edu |

Source: ASPI Factsheet

# Key Partners/Sponsors

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

The Annual Meeting of the ASPI a unique, interdisciplinary national forum which brings together leaders involved in efforts to address the diverse challenges that impede effective pain control. The supporters of the 19th annual meeting held at Texas between October 30 - November 1, 2008 were:

**Platinum Sponsors**
- Endo Pharmaceuticals
- American Cancer Society

**Gold Sponsors**
- Medtronic
- Cephalon
- Pfizer

**Silver Sponsors**
- Purdue Pharma LP
- Alpharma, Inc.

**Bronze Sponsors**
- Lance Armstrong Foundation



Source: Annual Meeting Sponsors

67

Last file 7445P230uns19ertorit56ef6ocf 0a1459109 p10201 mode D #: 385280

**Key Message: To implement a program for promoting positive changes in pain management practices at an institutional level**

**Institutional Change Programs**

- In 2001-2003, the ASPI worked with 10 State Pain Initiatives (SPIs) to implement programs to promote positive changes in pain management practices at an institutional level.
- Each Initiative recruited 15-25 long term care facilities, home health agencies, or community hospitals.
- The programs required:
  - ➢ Administrative commitment from the participating healthcare facilities.
  - ➢ Assessment of the structures in place to support pain assessment and management.
  - ➢ The formation and education of a pain quality improvement team.
  - ➢ The development of a quality improvement plan.
  - ➢ Assessment of the impact of quality improvement activities on system structures and patients' pain experiences.
- At the end of the programs, there was a significant increase in the presence of structural elements that are critical to effective pain management, and a significant decrease in the percentage of patients who reported moderate to severe pain The largest changes occurred in long-term care facilities.



Source: Institutional Change Program

Case 2:12-md-02386 Document 38/1 4/15 PageID #: 385281

# The Resource Center of the ASPI provides significant educational material on pain management

**Key Message: To provide pain management tools for pain quality improvement, professional pain education, and patient/public education**

**Resource Center**
- The Resource Center of the ASPI provides various pain management tools for different purposes such as:
- **Pain Quality improvement**
  - ➢ Building an Institutional Commitment to Pain Management: The Wisconsin Resource Manual, 2nd Edition
- **Professional Pain Education**
  - ➢ Detecting Discomfort in Dementia: Focus on Behaviors – VHS and DVD
  - ➢ Effective Pain Management Practices – DVD
  - ➢ Pain Resource Nurse (PRN) Curriculum & Planning Guide
  - ➢ Post-Operative Pain Management (POP) Project Lecture Series – CD
  - ➢ Effective Pain Management Practices (7 Video Set)
  - ➢ Video 1: Pain Assessment: Simplifying the Complex
  - ➢ Video 2: Patient's Fears and Misconceptions About Pain and Opioids
  - ➢ Video 3: That Extra Pain Medication Didn't Help! What to Do When Your Patient is Getting Opioids, but is Still in Pain
  - ➢ Video 4: It Isn't Really Pain...Exactly: Treatment of Neuropathic Pain
  - ➢ Video 5: Managing Opioid Side Effects
  - ➢ Video 6: Pain Management Patient Education
  - ➢ Video 7: How to Talk to Doctors About Pain Management
- **Patient / Public Education Materials**
  - ➢ Cancer Pain Can Be Relieved, 2nd edition
  - ➢ Children's Cancer Pain Can Be Relieved
  - ➢ Eight Facts Everyone Should Know About Cancer Pain



Source: Resource Center



## American Board of Pain Medicine



**SPARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The American Board of Pain Medicine (ABPM) is committed to the certification of qualified physicians in the field of Pain Medicine. ABPM has certified 2200 physicians as of February 2008. |
|---|---|
| Mission | • To serve the public by improving the quality of pain medicine |
| Key Objectives | • To determine whether or not candidates have received adequate preparation in accordance with educational standards established by the American Board of Pain Medicine.<br>• To conduct comprehensive examinations to evaluate the knowledge and experience of such candidates.<br>• To issue certificates to candidates who qualify under the requirements of the American Board of Pain Medicine.<br>• To develop standards and requirements for graduate medical education in Pain Medicine in collaboration with other concerned organizations and agencies.<br>• To approve programs and facilities for training physicians in the specialty of Pain Medicine.<br>• To serve as a central registry for public information about the certification status of physicians certified in Pain Medicine.<br>• To provide the public and concerned agencies with the rationale for certification in Pain Medicine.<br>• To serve as a forum for discussion with the public, professional organizations, healthcare agencies, and regulatory authorities about the education, evaluation, and certification of Pain Medicine specialists. |
| Strategic Goals | • To evaluate candidates who voluntarily appear for examination and to certify as Diplomats in Pain Medicine those who are qualified.<br>• To maintain and improve the quality of graduate medical education in the field of Pain Medicine by collaborating with related organizations.<br>• To provide information about pain medicine to the public. |
| Geographic Presence | • The Board operates in the US. |
| Headquarters | 4700 W. Lake Avenue<br>Glenview, IL 60025 |

Confidential – ©2023 by SmartAnalyst India Pvt. Ltd. PageID #: 385234

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**Certification Examination in Pain Medicine**

- Each year the American Board of Pain Medicine (ABPM) administers a psychometrically developed and practice-related examination in the field of Pain Medicine to qualified candidates.
- Physicians who have successfully completed the ABPM credentialing process and examination will be issued certificates as specialists in the field of Pain Medicine and designated as Diplomats of the ABPM.



# National Pain Foundation



# The NPF empowers patients by actively involving them in designing their treatment plan

| Overview | • The National Pain Foundation (NPF), a non-profit 501(c)(3) organization, was established in 1998 to advance functional recovery of persons in pain through information, education and support.<br>• It follows the belief that early intervention of pain conditions can enhance a person's life.<br>• It was created to fill the gap in the understanding, awareness and accessibility of pain treatment options.<br>• The Foundation's website does not host or receive funding from advertising.<br>• The website does not endorse any product or service promoted by their sponsors, and it also does not allow sponsors to influence the health content on its site. |
|---|---|
| Mission | • To improve the quality of life for those living with pain through information, education, and support that connects persons with pain to each other and to those that can help. |
| Key Objectives | • To empower patients by helping them become actively involved in the design of their treatment plan, exploring both traditional and complementary approaches to pain management. |
| Key Activities | **For Pain Patients and Their Families**<br>• The Foundation provides an easy-to-use source of information and support for pain patients and their families.<br>• The NPF provides education, materials and programs to erase the stigma associated with pain and pain treatment.<br>• Its website provides access to an e-newsletter after registration, in addition to providing information on different pain conditions. The information primarily relates to:<br>   ➢ Pain conditions:<br>      ✓ Arthritis<br>      ✓ Back and neck pain<br>      ✓ Cancer Pain and Palliative Care<br>      ✓ Complex regional pain syndrome (CRPS), formerly known as Reflex Sympathetic Dystrophy (RSD)<br>      ✓ Headaches<br>   ➢ Traditional approaches to pain management, such as medications, injections and surgery. |

Downloaded from jpp.sagepub.com at OAKLAND UNIV on March 16, 2015 PageID #: 385287

| | |
|---|---|
| | ➤ Complementary approaches to pain management, such as acupuncture, biofeedback, and chiropractic. <br> ➤ Special needs of children in pain. <br> ➤ Physical therapy approaches to pain management. <br> ➤ Psychological factors related to pain. <br> ➤ Resources, including a library containing journal articles, news items, and book and video suggestions. <br> ➤ Support, including links to other pain sites and support groups, and an opportunity for pain patients, their families and friends to share experiences related to pain issues and management. <br> ➤ Opportunities to help other pain patients by participating in clinical trials and other studies on pain management and treatment through the NPF. <br> **For Healthcare Providers** <br> • The NPF provides healthcare providers with valuable insights in terms of pain management and treatment options for pain patients. In addition, the NPF also provides: <br> ➤ The latest scientific and peer-reviewed information on pain diagnoses, management and treatment. <br> ➤ Host special forums for health care providers at health-professional conventions and via www.nationalpainfoundation.org to share information and findings about pain management. <br> ➤ The latest news to healthcare providers on issues that affect their pain patients. |
| **Key Target Audience** | • Pain patients, their families, and healthcare providers. |
| **Geographic Presence** | • The foundation operates in the US. |
| **Headquarters** | 300 E Hampden Avenue, Suite 100 <br> Englewood, CO 80113 |



Source: About NPF

75

# Key Partners/Sponsors

| List of Key Partners/Sponsors | | | |
|---|---|---|---|
| **Platinum Sponsors** | **Gold Sponsors** | **Silver Sponsors** | **Bronze Sponsors** |
| • Cephalon<br>• Endo Pharmaceuticals<br>• Medtronic | • Advanced Bionics, Inc.<br>• ANS - A St. Jude Medical Company<br>• Merck & Co.<br>• Pfizer | • Abbott Laboratories<br>• Alpharma, Inc.<br>• Barr Pharmaceuticals<br>• Burns McClellan, Inc.<br>• Elan Pharmaceuticals<br>• Eli Lilly and Company<br>• Endo Pharmaceuticals<br>• GCI Group<br>• Health Science Communications<br>• King & Spalding, LLP<br>• The McGinn Group<br>• McNeil - PPC<br>• Medtronic, Inc.<br>• Palio Communications<br>• Precept Medical Comm.<br>• PriCara<br>• Sidley Austin Foundation<br>• Solstice Neurosciences, Inc.<br>• YM BioSciences, Inc. | • Adolor Corp.<br>• Advanced Bionics<br>• Algos Clinical Development LLC<br>• Biosector 2<br>• Cooney/Waters Group<br>• Deutsche Bank<br>• Dorland Global Public Relations<br>• John A. Herring, MD<br>• Integrated Communications<br>• King Pharmaceuticals, Inc.<br>• Oris E. Kirk<br>• Richard & Kathy Lieb<br>• Novartis Pharmaceuticals Corp.<br>• Pain Medicine News<br>• PPD Development<br>• PriceWaterhouseCoopers, LLP<br>• Promotech<br>• Purdue Pharma LP<br>• Temel, Inc.<br>• Titan Health<br>• Vox Medica, Inc.<br>• WebMD<br>• WilmerHale<br>• Woodcock Washburn LLP |

Case 1:19-md-02904-DOC-ADS Document 84-5 Filed 08/08/19 Page 78 of 279.  PageID #: 385289

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**Pain Awareness Ambassador Program**

- The Pain Awareness Ambassador Program is a membership program of the National Pain Awareness Campaign(NPAC) for pain-trained healthcare professionals who can further the vision of the NPAC through pain education and awareness.
- The program currently has more than 900 Pain Awareness Ambassadors in all 50 states of the US as well as 18 countries.
- Every pain-trained healthcare professional of the program reaches out to his or her local community and healthcare provider and ensures that those in pain are getting the help they need.

**Pain Care Provider Directory**

- The NPF's Pain Care Provider Directory is an online database of pain care providers that are searchable by name, specialty, location, pain condition, and/or treatment options.
- The pain care specialist -- medical or non-medical can create an account to get listed in the Pain Care Directory of the NPF.
- The members of the directory are pain physicians and healthcare professionals (e.g. physical therapists or psychologists) and complementary pain care providers (e.g. acupuncturists or massage therapists).



Source: Pain Awareness Ambassador Program, Pain Care Provider Directory

# The NPF, in association with the AAPM, created a campaign to increase public awareness about pain

Downloaded by [University of ... ] at ... 2014

**Key Message: To increase public awareness of pain conditions, treatments, education and advocacy**

**National Pain Awareness Campaign (NPAC)**

- The National Pain Awareness Campaign (NPAC) is a collaboration of the National Pain Foundation (NPF) and the American Academy of Pain Medicine (AAPM) dedicated to increasing public awareness of pain conditions, treatments, education and advocacy.
- Key objectives of the NPAC:
  - ➢ To increase public awareness that one in four Americans suffers from persistent pain.
  - ➢ To increase public awareness that the medical specialty of pain medicine exists and is credible.
  - ➢ To educate individuals in pain, their families, providers, insurers and others about new pain management therapies, as well as significant events and legislation concerning pain issues.
  - ➢ To help connect pain sufferers with certified Pain Medicine specialists and improve patient access to reliable pain care.
  - ➢ To provide an annual forum to showcase progress, innovations and leadership in the field of Pain Medicine.
  - ➢ To create and grow pain education and advocacy through NPAC's team of more than 900 Pain Awareness Ambassadors.
  - ➢ To involve the entire medical community in the support and promotion of pain awareness.
- The NPAC depends on its network of Pain Awareness Ambassadors to increase awareness of pain conditions and the available treatments in their communities through ongoing information and education initiatives.

Source: NPAC

# The NPF has created an online community for pain patients to discuss and share their stories

Licensed to: ABANDON Line: community/for pain patients 385241

**Key Message: To provide an online discussion platform for people suffering from pain**

## My Community

- The NPF has created an online community titled 'My Community' for pain patients.
- The active participant of the community can take part in discussions, share their stories or can tell NPF about topics to include on the NPF site by contacting at aardrup@nationalpainfoundation.org.
- The participants can become an active contributor to the NPF Community by participating in My Community's monitored dialog which provides a platform to share creative and inspirational ideas and a chance to meet others with similar experiences.
- The participants can also take part in discussions ranging from insurance concerns to motivational stories.
- My Community discussions are monitored through NPF's staff of moderators who review messages and remove those that do not meet the NPF guidelines.
- A National Pain Foundation employee is available to answer specific questions of participants in the community.



Source: My Community



# The National Foundation for the Treatment of Pain

The National Foundation for the Treatment of Pain 

# The National Foundation for the Treatment of Pain provides support to patients suffering from intractable pain

| Overview | • The National Foundation for the Treatment of Pain (NFTP) is a not-for-profit organization dedicated to providing support for patients who are suffering from intractable pain, their families, friends and the physicians who treat them.<br>• The foundation is also a resource for medical professionals and attorneys concerned with legal issues regarding the legitimate treatment of pain. |
|---|---|
| Mission | • The NFTP exists to accomplish major changes in the national treatment of acute, chronic, intractable, malignant and non-malignant pain. Most importantly, it exists to guarantee that no legitimate pain patient is denied adequate and effective medical care. |
| Key Activities | • Provides a forum for patients<br>• Plays the role of a representative for its chronic pain patient members<br>• Intervenes for individuals in need of pain treatment and refers them to treating pain specialists throughout the US<br>• Provides Certification of intractable pain patients, which identifies them officially to all physicians, agencies, pharmacists and regulatory entities.<br>• Provides a model, intensive, in-patient chronic Pain Treatment Program, which establishes a definitive diagnosis, determines the type and level of pain medication required for adequate pain management, tests and adjusts this regimen, initiates intensive physical therapy and to achieve a return to function and a life with a quality of living, summarizes the case, and provides a local physician with an ironclad documentation to protect him/her from regulatory prosecution.<br>• Maintains a comprehensive library of pain related information.<br>• Monitors all laws, regulations, cases, pleadings and findings of pain related legal activities. |

Source: Foundation Overview; Mission; Foundation's Goals; Key Activities

# The NFTP supports patients who actively require continued assistance in finding legitimate pain treatment

HARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Key Objectives | |
|---|---|
| | • To make legitimate, comprehensive, caring and state of the art pain treatment universally available to every pain patient, using all modalities of care. |
| | • To provide a nation-wide resource for individual pain patients who find themselves denied legitimate medical care, through referral of these patients to qualified physicians. |
| | • To educate professionals, the people and government about the reality of pain, and how common it really is, by bringing pain and hurt out of the closet using "spokespersons" who are well known to the public. These include athletes, movie personalities, musicians, and success stories from many other professions. |
| | • To demystify pain medication at the local level, and debunk the fear of "addiction", which causes immeasurable and needless suffering and disability; to use spokespersons to tell a factual and pragmatic story of the realities of pain and its management. |
| | • To identify areas of need for change in public policy from direct patient calls, and to organize local colloquia, throughout the states, in collaboration with the State Medical Societies. |
| | • To disseminate the latest medical information through the mass media, including wide-audience daytime television shows, to support the holistic treatment of pain with every appropriate modality of care, and to promote the correct use of pain medications in chronic pain, and demonstrate that treatment is entirely safe and morally imperative when legitimately provided. |
| | • To create a network of support to all in the group – through local chapters, a nation-wide physician referral registry for patients, an association for professional support for the doctors, and a worldwide website for all. |
| | • To support a website that will provide several resources, including chat rooms, meet the expert sessions, a National Physician Registry to assist patients in finding qualified and expert medical help throughout the nation, a Registry-network of legal specialists with a case law and Intractable Pain Act database, and electronic connections to numerous other net-available resources. |
| | • To create a nation-wide system of identifying legitimate pain patients. |

Source: Foundation's Goals;

**The NFTP's membership comprises ~5,000 patients**

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| | |
|---|---|
| **Number of Members And Key Target Audience** | • The Foundation now has a membership of almost 5,000 patients, from virtually every state in the union and 19 foreign nations and principalities.<br>• Patients, their families, the doctors who treat them, the pharmacists who fill their prescriptions, the manufacturers who produced the drugs and the insurance companies and agencies which pay for it all, are the target population for membership. |
| **Geographic Presence** | • The foundation has presence in the US. |
| **Headquarters** | P.O. Box 70045<br>Houston,  TX  77270-0045 |

Source: Foundation Overview; Mission;

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Christopher Reeve Paralysis Foundation** <br> CHRISTOPHER REEVE PARALYSIS FOUNDATION | • The Christopher Reeve Paralysis Foundation (CRPF) encourages and supports research to develop effective treatments and a cure for paralysis caused by spinal cord injury and other central nervous system disorders. |
| **Purdue Pharma L.P.** <br> PURDUE | • Purdue Pharma L.P. is a research oriented pharmaceutical company which seeks to provide a benefit to patients by providing new and improved treatments for diseases and their symptoms. |
| **PainRxperts** <br> PainRxperts | • PainRxperts is the only national pharmacy service that specializes in pain and palliative care for people with chronic pain. Their services extend to physicians and their staff as well as to caregivers with questions concerning pain medications. |
| **Bristol-Myers Squibb** <br> Bristol-Myers Squibb Company <br> extending and enhancing human life | • Bristol-Myers Squibb is a leading diversified worldwide health and personal care company. |

Source: The National Foundation for the Treatment of Pain

# The NFTP targets physicians for membership, and has an online chat room for people to correspond with physicians

Downloaded from medicalcannabis.com on 3/4/2019 and has a Span ID #: 38524

**Relationship with/Influence on Primary Care Physicians**

**Physicians Are One of the Key Member Groups of the Foundation**

- The Foundation seeks physicians committed to assist those who suffer from relentless pain. The Foundation's criteria for a physicians inclusion in its National Registry of Pain Treatment Specialists are:
  - ➤ Membership as a medical professional in the National Foundation
  - ➤ Possession of an active and unrestricted license to practice medicine
  - ➤ Board certification or Board eligibility in their area of medical practice
  - ➤ At least two years of experience in the comprehensive treatment of intractable pain
  - ➤ Comprehensive experience in the treatment of pain, including referral for indicated ancillary treatments, and the willingness to employ whatever analgesic medication required to accomplish the effective relief of the patient's suffering
  - ➤ Commitment to the goal of assisting the patient to function at the highest level of their abilities.
- The foundation also has a Paincare Chat Room on its website. The chat room allows people to correspond with Members, Pain Patients, Experts, and Physicians.

Source: <u>Physician Membership</u>

The NFTP supports and advocates for its patients by providing chat rooms and a database of physicians

NFTP—Chronic Pain Certification Program (Part of 279.  PageID #: 385248  SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The Foundation advocates for patients who require relief from pain, in addition to support services.**

**Advocacy and Support Initiatives**

- The Foundation provides a helpline for:
  - ➢ Any matter involving direct patient care, referral to a physician member of the National Foundation, or immediate patient emergencies.
  - ➢ People requiring NFTP to advocate on their behalf
  - ➢ Registration in the Foundation's Pain treatment Program, Pain Patient Certification or Pain Patient Emergencies.
- The foundation provides The NFTP Pain Management Program, an intensive in-patient pain evaluation and treatment program, at the Houston Rehabilitation Institute.
- The website also has a correspondence and outreach section which includes a:
  - ➢ **Paincare Chat Room:** The chat room allows people to correspond with Members, Pain Patients, Experts, and Physicians.
  - ➢ **New Law's**: The website also provides information on new laws that have been passed by the government such as California's new law Sb-402 - The Pain Patient'S Bill Of Rights.
  - ➢ **Patient Letter Archive:** This is an archive of the letters the foundation has received from patients and families. These stories are true examples of why NFTP is trying to raise awareness for appropriate pain management.



Source: Support; Outreach; Chronic Pain Certification Program

# The NFTP provides a Chronic Pain Certification to establish a professional means of identifying pain cases as legitimate

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The NFTP provides Chronic Pain Certification, which identifies patients officially to all physicians, agencies, pharmacists and regulatory entities.**

**Advocacy and Support Initiatives**

➢ **Chronic Pain Certification Program:**

✓ The purpose of the Chronic Pain Certification is to establish an authoritative and professional means of identifying and documenting pain cases as legitimate, so that the patients and/or their physicians can produce this certification document in the event that the Drug Enforcement Administration (DEA) challenges the legitimacy of their treatment or prescription.

✓ This document also serves as a patients certification for their outpatient care. In addition, NFTP maintains a 30 day inpatient Pain Treatment Program should patients require it.

✓ When the certification is completed, an official and consistent medical record of the patients pain condition is placed in a permanent file at NFTP, and up-dated every other year. An official certificate is then issued to patients for their personal identification.

✓ This certificate identifies patients to physicians, emergency rooms, medical consultants, pharmacists, and regulatory personnel, as a patient whose pain condition has been completely diagnosed and summarized, and who requires ongoing treatment for pain.

✓ It is also the goal of to the NFTP enter into agreements with State Medical and Pharmacy Boards, and the DEA, to not only accept the certification as official, but also to safeguard pain patients by bringing regulatory actions against individuals and institutions who fail to acknowledge, treat professionally or treat adequately, holders of a chronic pain certification.



Source: Support; Outreach; Chronic Pain Certification Program

# The Foundation provides information on the diagnosis and treatment of intractable pain

**Key Message: The Foundation maintains a comprehensive library of pain related information**

**Education Initiatives**

- The Foundation provides information and perspectives in intractable pain management. This includes:
  - ➢ Definitions and background information on intractable pain
  - ➢ Governments' and State Medical Boards' Perspectives
  - ➢ Healthcare Professionals' Perspective
  - ➢ Intractable Pain Management Updates which includes weekly news and medical and legislative advancements in intractable pain management
- The foundation also provides information on essential considerations in the diagnosis and treatment of intractable pain.
- The foundation's website provides a newsletter and links to the websites of various medical and legal associations and organizations.
- The NFTP website also provides information on migraine, its diagnosis, phases, prevention and treatment.
- According to NFTP, it's website has received more than 14,000 hits a day, since inception.

Source: <u>Resources</u>; <u>Website Hits</u>



# American Academy of Pain Management



# The American Academy of Pain Management educates clinicians about pain and its management

| | |
|---|---|
| **Overview** | • Founded in 1988, the American Academy of Pain Management (AAPM) works to bring together the many professionals who work with individuals in pain and to assist in the creation of quality services for those individuals.<br>• The intent of the AAPM is to be inclusionary and not restrictive to any specialty. |
| **Vision** | • The Academy provides an open environment for clinicians to:<br>  ➢ Receive education on the diagnosis, treatment, and management of pain from an interdisciplinary perspective.<br>  ➢ Establish open communication and referral networks with practitioners from a variety of disciplines.<br>  ➢ Improve the availability, breadth, and quality of interdisciplinary healthcare for those in pain.<br>  ➢ Learn to serve as advocates for their patients and others who suffer from pain. |
| **Mission** | • To educate clinicians about pain and its management through an integrative interdisciplinary approach.<br>• To provide an environment for clinicians from a variety of healthcare disciplines to network and share knowledge for optimal patient care. |
| **Key Activities** | • The key activities of the academy include:<br>  ➢ General Membership<br>  ➢ Credentialing<br>  ➢ Programs to Assist Clinicians<br>  ➢ Publications<br>  ➢ Continuing Education Department<br>  ➢ Annual Clinical Meeting |

Source: Overview, Key Activities, Mission & Vision

| Number of Members and Key Target Audience | • The Academy has approximately 6,000 members.<br>• It targets individuals, healthcare practitioner and clinics, and corporations. |
|---|---|
| Geographic Presence | • The Academy operates in the US. |
| Headquarters | 13947 Mono Way #A<br>Sonora, CA 95370<br>Tel: (209) 533-9744<br>Fax: (209) 533-9750<br>Email: rosemary@aapainmanage.org |

# Its members are classified as: General, Student, Health Care Facility, and Corporate

| Membership Categories |
|---|
| • It offers various types of membership such as:<br>   ➢ **General Membership:** It is open to all clinicians who treat people with pain and also includes special membership for credentialed members and students.<br>   ➢ **Student Membership:** It is open to all full-time students.<br>   ➢ **Health Care Facility Membership:** It is open to hospitals, clinics, practices, and other institutions that offer interdisciplinary pain management and support the goals and mission of the academy.<br>   ➢ **Corporate Membership:** It is open to businesses that support the goals and mission of the academy. |

Source: Partners, Corporate Membership; Members, Target Audience

# The Academy offers several benefits to its members, including visibility on the Academy's website

**SPARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Benefits |
|---|
| • The American Academy of Pain Management Corporate Membership is open to organizations that support the goals and mission of the academy. To a Corporate Member the academy offers:<br>  ➢ Recognition of an organization by the Academy's 6,000 members.<br>  ➢ Visibility on the Academy's award-winning website, where one may include a 50-word description of their organization, logo, and contact information.<br>  ➢ Opportunity to participate in the Corporate Member advisory meeting, which is held annually.<br>  ➢ Exposure as a corporate member through a link to its website via its e-newsletter Currents: Pain Management News and Research, which reaches 65,000 readers every month.<br>  ➢ Acknowledgement in every issue of the Academy's quarterly magazine, The Pain Practitioner (reaching 10,000 clinicians per quarter), and in the Annual Clinical Meeting Program Book.<br>  ➢ Recognition at the Annual Clinical Meeting Awards event where one will be presented with a Corporate Membership plaque.<br>  ➢ Preferential booth placement at the Annual Clinical Meeting.<br>  ➢ Complimentary registration and continuing education credit for one employee at the Annual Clinical Meeting.<br>  ➢ A yellow "Corporate Member" ribbon for each of the employees at exibitions.<br>  ➢ Promotion of the company as a Corporate Member on signage throughout the meeting, at its booth, and in the meeting program book. |



Source: Partners, Corporate Membership

93

# Key Partners/Sponsors

| List of Key Partners/Sponsors |
| --- |
| • The key partners of the AAPM include:<br> ➢ Cephalon, Inc.<br> ➢ Endo Pharmaceuticals Inc.<br> ➢ Forest Laboratories, Inc.<br> ➢ King Pharmaceuticals, Inc.<br> ➢ Eli Lilly & Company<br> ➢ PriCara, Unit of Ortho-McNeil Inc.<br> ➢ Purdue Pharma L.P.<br> ➢ Physician Partner |

Source: Partners, Corporate Membership

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**Credentialed Pain Practitioner Program – Provides pain practitioner recognition among their peers, patients and the healthcare community**

- The credentialed pain practitioner program provides practitioners with greater professional visibility and the opportunity to demonstrate their commitment to accountability, professional growth, and continued practice in the field of interdisciplinary pain management.
- The practitioners who become credentialed are also provided with:
  - ➤ A certificate indicating their status as a Credentialed Pain Practitioner.
  - ➤ The practitioners are listed in the searchable database on the Academy's Web site, www.aapainmanage.org.
  - ➤ The practitioners are also listed in the Academy's quarterly magazine, The Pain Practitioner, at the time of credentialing.

**CME Learning Center for Pain Professionals**

- The continuing medical education activity is intended for members of the American Academy of Pain Management, primary care physicians, and other healthcare professionals who can take advantage of AMA PRA (American Medical Association Physician Recognition Award) Category 1 Credit™.
- The AAPM offers excellent opportunities for clinicians of all specialties to accomplish their educational requirement in a cost-effective and time-efficient manner.
- The Academy continually updates its educational offerings and some of its recent featured offerings include:
  - ➤ Advanced Topics in Neuropathic Pain: Evaluation Strategies and Altered Central Nervous System Processing
  - ➤ Update on Treatment Options in Neuropathic Pain with a Focus on Interventional Modalities
  - ➤ Appropriate Prescribing of Opioids and Associated Risk Minimization
  - ➤ Primary Cares: Triaging Joint Pain Through A Quality Improvement Approach



Source: Credentialed Pain Program, CME Learning Center, CME Offerings

**Key Message: To provide accreditation to the various pain programs for recognition of accountability and commitment**

---

**Pain Program Accreditation**

- The Pain Program Accreditation (PPA) is a voluntary process that provides an individual pain management program an opportunity to demonstrate compliance with peer reviewed standards.

- Accreditation by the Academy signifies that the individuals program has satisfied the rigorous standards of PPA.

- The pain programs are surveyed on-site to assure compliance with the established criteria and are accredited by the academy so that the program meets defined administrative, personnel, and clinical operations.

- The Pain Program must be operational and have demonstrated compliance with the standards for a time period of at least six months and the estimated time for approved accreditation is five months from the date the application is received at the academy.

- The five categories of accredited pain programs are:

  - ➢ **Comprehensive Multidisciplinary:** Capable of managing a variety of pain conditions staffed by four or more disciplines all operating within the same organization.

  - ➢ **Small Multidisciplinary:** Capable of managing a variety of pain conditions staffed by two or three disciplines all operating within the same organization.

  - ➢ **Network Multidisciplinary:** Involves several solo practitioners accomplishing a multidisciplinary treatment approach through the coordination of their professional activities.

  - ➢ **Syndrome Oriented:** Involves specialized treatment of pain patients having a particular pain condition (i.e., headache).

  - ➢ **Modality Oriented:** Provides a single modality of treatment for the management of painful conditions (i.e., biofeedback).

---

Source: <u>Pain Program Accreditation</u>

**Key Message: The Academy ensures that its Publication for Clinicians, facilitates a knowledge exchange among Pain Medicine clinicians**

**Publication for Clinicians**

- The academy offers literature support for all of its programs, visitors, and members such as:
  - ➢ **The Pain Practitioner:** It is academy's quarterly magazine which contains clinical articles, academy news, a classified section and calendar of pain meetings.
  - ➢ **Currents: Pain Management News and Research:** It is academy's monthly e-newsletter providing the latest pain management news and research.
  - ➢ **Articles:** Whenever one of the academy's members writes an article of note and the academy is given the right to publish it on its website, it is placed here.
  - ➢ **Pain Management: A Practical Guide for Clinicians (Seventh Edition):** This book presents a complete evaluation of multidisciplinary pain diagnosis, treatment and management including contributions from over 100 pain management experts.
  - ➢ **Tapes:** Recordings of the annual clinical meeting sessions of the academy, education for physicians on end-of-life care, and more.

# The Annual Clinical Meeting of AAPM provides presentations by clinical experts in the field of pain management

Sample Clinical Meeting of AAPM provides presentations SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The Annual Clinical Meeting of AAPM offers educational opportunities in multidisciplinary pain management**

**Annual Clinical Meeting**

- The AAPM Annual Clinical Meeting offers specialized educational opportunities in the field of multidisciplinary pain management.
- During the annual meeting the academy provides state-of-the-art presentations by clinical experts in the field of pain management.
- The AAPM annual meeting covers the latest in treatment modalities including:
  - ➢ Pharmacological management of pain
  - ➢ Behavioral therapies
  - ➢ Psychosocial and quality of life issues, along with current research related to pain management from both Eastern and Western medical traditions.

Source: Annual Clinical Meeting



# American Society for Pain Management Nursing



Case 7:21-cv-00144-M Document 365 Filed 09/14/21 Page 101 of 279. PageID #: 385262

# The key objective of the American Society for Pain Management Nursing is to promote optimal pain management

| | |
|---|---|
| **Overview** | • In March 1990, seven registered nurses from six states met in Atlanta, Georgia, US, to discuss the feasibility of establishing a national organization, the American Society for Pain Management Nursing (ASPMN), for nurses who care for patients with pain.<br>   ➢ The primary and immediate objective of the ASPMN when it was set up was to provide a network for nurses working in the new specialty of pain management. |
| **Vision** | • To be the leader whose preeminent voice and unparalleled resources catalyze the integration of pain management nursing in all aspects of healthcare. |
| **Mission** | • To advance and promote optimal nursing care for people affected by pain by promoting best nursing practice. |
| **Key Objectives** | • **Access to quality care:** All people will have access to healthcare services that provide quality pain management care as defined in core values.<br>• **Public awareness:** The public will demonstrate self-advocacy skills essential to their pain care needs.<br>• **Professional resources:** Members will have instant, easy and affordable access to current, best practices, and evidence-based resources.<br>• **Education:** All healthcare professionals and their patients will benefit from pain management education.<br>• **Professional recognition:** Nurses in pain management will be respected, valued and compensated for their expertise as an integrated and indispensable member of the healthcare team. |

Source: ASPMN; Members; ASPMN Goals

# ASPMN members include clinicians, educators, and researchers

members include clinicians, educators, and

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Key Activities | • The ASPMN's mission is accomplished through education, standards, advocacy, and research. |
|---|---|
| Key Target Audience | • The society targets both individuals and Corporates for membership.<br>• ASPMN members are clinicians, educators, and researchers with different educational preparation, clinical roles and interest in practice issues who work in various roles including staff nurse, clinical nurse specialist, and manager. |
| Geographic Presence | • The society has a national presence with 30 local chapters. |
| Headquarters | PO Box 15473<br>Lenexa, KS 66285-5473 |

# Its members are classified as Active, International, Associate, Student, Honorary, Lifetime, and Corporate

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Criteria |
| --- |
| • **Active member:** Any registered nurse that is licensed to practice in North America shall be eligible for active membership. |
| • **International member:** Any registered nurse licensed to practice outside North America, and not licensed in the US, Mexico or Canada shall be eligible for international membership. |
| • **Associate member:** Includes LPN/LVNs, and other healthcare professionals who are interested in the ASPMN's goals (pharmacists, and social workers). |
| • **Student member:** Any individual enrolled in an education program is eligible for student membership. This includes students enrolled in nursing education programs leading to eligibility for registered nurse licensure, BSN degree completion programs, and advanced nursing degree programs. |
| • **Retired member:** Retired RN memberships are only available to retired nurses over 62 years of age who are not currently employed in nursing, and have been ASPMN members for 3 continuous years prior to status change from full member to retired member. |
| • **Honorary member:** Any individual who has made distinguished contributions to pain management nursing or has furthered the objectives of the Society shall be eligible for honorary membership. Individuals shall be elected to honorary membership by unanimous vote of the Board of Directors. |
| • **Lifetime member:** Any active member in good standing is eligible for lifetime membership. All past presidents of ASPMN shall be lifetime members. At the discretion of the Board of Directors and upon recommendation of the Membership Committee, lifetime membership may be conferred in special circumstances. A lifetime member has all rights and privileges of an active member, including one vote, but shall be exempted from paying dues. |
| • **Corporate member:** Corporate members are organizations, corporations or individuals who have financially supported the ASPMN. |

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

# Member benefits include access to its newsletter and journal Pain Management Nursing

| Benefits Received by Members |
|---|

**Member Benefits**
- E-News
- Members Directory
- Special Event Notification
- Online Shopping such as certification materials (such as 2006 ASPMN Certification Review Course Slides Booklet), publications, wearables, and mugs.
- ASPMN members can join the The American Pain Society's, APS Nursing Issues SIG Listserv.  Members receive, via e-mail, information relating to pain management, as well as other information of interest to pain management professionals. This also includes the opportunity to network with subscribers of the listserv.

**Benefits Received by Corporate  Members**
- Annual Corporate Spotlight in Pathways, ASPMN's membership newsletter featuring ASPMN news, job opportunities, and a calendar of events.
- Recognition on the ASPMN's website, newsletter and prominently at its national conference that is held every year
- 10% discount on one set of membership mailing labels annually
- Corporate Advertisement on its website
- Subscription to ASPMN's Journal, Pain Management Nursing, a peer-reviewed journal offering a unique focus on the realm of pain management as it applies to nursing.
- Benefits received by members at the National Conference:
    - ➢ Annual meeting with the society's Board of Directors at the National Conference
    - ➢ Logo recognition throughout the conference location and exhibit hall
    - ➢ One complimentary conference registration
    - ➢ Full page ad in its final program
    - ➢ Right of first refusal for symposia and exhibit space
    - ➢ Corporate Membership to ASPMN



Source: Membership; Online Shopping; Shopping

103

# Corporate Members

| List of Corporate Members |
|---|
| <table><tr><td><ul><li>Alpharma</li><li>Ameritox</li><li>Advanced Neuromodulation Systems</li><li>Baxter Healthcare Corporation</li></ul></td><td><ul><li>Cardinal Health</li><li>Medtronic</li><li>Purdue Pharma L.P.</li></ul></td></tr></table> |

Source: Membership; Corporate Members

# The ASPMN conducts surveys and lists upcoming events targeted at physicians on its website

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians**

**The ASPMN Conducts an Online Survey among Physicians and Pain Patients**
- In 2008, The Let's Talk Pain Coalition was formed at the American Academy of Pain Management (the Academy) annual meeting in Nashville, Tennessee, US.
  - ➢ The ASPMN and the Coalition's lead organization, the American Pain Foundation (APF), along with the American Academy of Pain Management are the founding members of the Coalition. One of the Coalition's first activities was a national online survey of pain patients and physicians.

**The ASPMN Website Provides a List of Upcoming Events, which also Include Events Targeted at Primary Care Clinicians**
- In the "links" section of its website, the ASPMN, provides a list of upcoming events. This section also includes details of conferences targeted at primary care physicians.
  - ➢ For example, a conference titled, 'War on Pain Conference' is being held during April 5-8, 2009, in the US. The conference provides an update of pain & palliative medicines for specialists and primary care clinicians.



Source: Online Survey; Upcoming Events

Licensed for individual use only. No copying or redistribution allowed. Single user license. Page ID #: 385268

# The ASPMN offers access to best practices and evidence based resources in pain management

**Key Message: The Society promotes the nursing practice by rewarding high quality of work, and through education and research**

**Standards, Education and Research Initiatives**

- The Pain Management certification exam is a partnership venture between the American Nurses Credentialing Center (ANCC) and the ASPMN. The ASPMN members receive a discount rate for the pain management certification exam. Successful certificants will earn the credential RN-BC (Board Certified).
- Position Statements published by ASPMN provide guidelines for evidenced-based practice.
- The Pain Management Nursing, a peer-reviewed journal, by the ASPMN offers a unique focus on the realm of pain management as it applies to nursing. It includes original and review articles from experts in the field offering key insights in the areas of clinical practice, advocacy, education, administration, and research.
- The ASPMN also offers research grants:
  - ➢ All applicants for project/research support have to submit a proposal following the process outlined for merit comparison of proposals.
  - ➢ All applications are reviewed by the ASPMN Grant Review Subcommittee of the Research Committee of the ASPMN.
- The ASPMN also gives various awards such as the Chapter Award, Nurse Exemplar Award, Distinguished Service Award, Clinical Practice Award, Advocacy Award, and the Nurse Exemplar Award in Pain Management of the Older Adult. These awards are presented in recognition of development and activity for support of pain management.

Source: Education; Research Grants

# Its advocacy and support activities serve the pain care needs of healthcare professionals and their patients

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The society supports patients and professionals by providing advocacy and support**

**Advocacy and Support Initiatives**

- The ASPMN provides links on its website that provide up-to-date information concerning pain management which includes information on upcoming events and links to various organizations and associations that provide education, information, and support.
- The public information section on its website provides information on job opportunities that are available in the market place.
- The ASPMN is a member of, 'The Americans for Nursing Shortage Relief (ANSR) Alliance', which has developed a Consensus Document that ASPMN has endorsed.
  - ➢ It seeks to have Congress enact and fund a comprehensive set of initiatives to address the nursing shortage to ensure that the nation has an adequate infrastructure of well-qualified nurses.
  - ➢ It outlines programs and evidence-based, cost-effective best practices across the federal agencies that hold promise for the federal government to adequately address the issue.
- It is also requesting that Congress provide $215 million in funding for Nursing Workforce Development Programs under Title VIII of the Public Health Service Act at the Health Resources and Services Administration (HRSA) in FY 2010.
  - ➢ As part of this funding, the Advanced Education Nursing training program (Sec. 811) should be funded at an increased level on par with the other Title VIII programs.
- The ASPMN Committees respond to the direction and charge of the Board of Directors, by deliberating the best way to accomplish a task; they explore options and make recommendations for Board action (through the Board liaison). These recommendations may take the form of requests for projects, programs, or expenditures. Committees do not expend funds on behalf of the organization.

Source: Certification; Advocacy; Committees



# International Association for the Study of Pain



# The IASP has more than 6,500 members, 77 national chapters and 14 Special Interest Groups present in 118 countries

| | |
|---|---|
| **Overview** | • The International Association for the Study of Pain (IASP) is the leading professional forum for science, practice, and education in the field of pain.<br>• Founded in 1973, IASP is governed by an international Council, made up of Officers and Councilors elected by the membership. |
| **Mission** | • To bring together scientists, clinicians, healthcare providers, and policy makers to stimulate and support the study of pain and to translate that knowledge into improved pain relief worldwide. |
| **Vision** | • To work together for pain relief throughout the world |
| **Number of Members and Key Target Audience** | • The IASP has more than 6,500 members, 77 national chapters, and 14 Special Interest Groups (SIGs).<br>• Membership is open to all professionals involved in research, diagnosis or treatment of pain. |
| **Geographic Presence** | • It has presence in the US and in other 117 countries. |
| **Headquarters** | 111 Queen Anne Ave N, Suite 501<br>Seattle, WA 98109-4955<br>Telephone:   +1-206-283-0311<br>Fax: +1-206-283-9403<br>Email: IASPdesk@iasp-pain.org |

# The IASP provides its members with books, journals, and newsletter subscriptions

| IASP Membership Details |
|---|

**Membership Types**
- The four classes of IASP membership:
    - ➢ **Regular Members:** Scientists, physicians, health professionals and other interested in the mission of the Association. Regular members in good standing upon retirement from professional activities get transfer to Retired Member status within this category. Past Presidents of the Association shall automatically attain life member status within this category.
    - ➢ **Honorary Members:** Persons who have made outstanding contributions in the fields of pain related to the mission of the Association are eligible for appointment as Honorary Members of the Association.
    - ➢ **Trainee Members:** Scientists, physicians and other health professionals, in-training who are interested in the mission of the association.
    - ➢ **Affiliate Members:** Organizations, including charitable or business corporations, interested in furthering the mission of the Association are eligible for appointment as Affiliated Members in the Association.

**Membership Benefits**
- A subscription to the journal PAIN® and Pain: Clinical Updates® published by IASP
- Discounts on books from IASP Press
- Reduced fees for IASP's World Congress on Pain registration
- Eligibility for IASP grants
- A subscription of the quarterly IASP Newsletter containing feature articles
- Join a Special Interest Group (SIG) in area of interest.  Available exclusively to IASP members, SIGs offer members a forum to discuss specific interests in depth.
- Provide input on international pain-related issues through IASP committee membership.



# Key Partners/Sponsors

- The IASP organizes a World Congress on Pain and the sponsors of the IASP's 12th World Congress on Pain held in 2008 were:

| List of Sponsors | | | |
|---|---|---|---|
| **Diamond Level** | **Platinum Level** | **Silver Level** | **Bronze Level** |
| • Mundipharma<br>• Cephalon<br>• Pfizer<br>• Grunenthal<br>• Boehringer Ingelheim<br>• Eli Lilly and Company | • Linde Gas Therapeutics<br>• Medtronic, Inc.<br>• Eisai<br>• Boston Scientfic<br>• Sanofi Pasteur MSD<br>• King Pharmeuticals, Inc. | • Endo Pharmaceuticals<br>• Merck, Sharp & Dohme (MSD)<br>• Alpharma Pharmaceuticals | • Emerging Solutions in Pain<br>• EUSA Pharma<br>• SonoSite Ltd.<br>• UCB Pharma sa<br>• Purdue Pharma L.P.<br>• Hospira Healthcare B.V.<br>• Smith & Nephew<br>• Wyeth Europa Limited<br>• Allergan Inc.<br>• Teikoku Pharma USA, Inc.<br>• NeuroTherm Limited |

Source: <u>World Congress Sponsors</u>

# The World Congress on Pain is a scientific program devoted to the research and treatment of pain

**Key Message: To provide a platform for discussion on research and treatment of pain**

**IASP 13th World Congress on Pain – 2010**

- The 13th World Congress will attract more than 5,000 pain specialists from all over the world.
- The Scientific Program will include plenary sessions, topical workshops, refresher courses, and poster sessions covering every aspect of acute and chronic pain, from basic science to clinical practice.
- Purpose and objective of the Congress :
  - ➢ To benefit those just entering the field of pain research and treatment
  - ➢ To benefit those interested in updating their skills and knowledge of promising research and treatment possibilities
- Intended audience for the Congress:
  - ➢ Scientists, Physicians, Psychologists, Dentists, Nurses, Physical therapists, Pharmacists and Professors
  - ➢ Researchers, Students, trainees and young professionals
  - ➢ Other health professionals
- Learning objectives of the Congress:
  - ➢ To deliver a state-of-the-art overview of a wide range of topics in the area of pain, enhancing the skills of IASP Congress delegates
  - ➢ To provide practical reviews of current research and therapies in these areas
  - ➢ To enable delegates to participate in formal and informal discussions with international experts on pain management and pain research, so they can incorporate those views into their practices

# The IASP's 13th World Congress on Pain offers several sponsorship opportunities for corporates

**Sponsorship Opportunities in IASP 13th World Congress on Pain – 2010**
- Congress sponsors can gain Diamond, Platinum, Gold, Silver, or Bronze Contributor status and related benefits if their total sponsorship booking reaches a specific amount.
- Sponsors will be given the following benefits according to their total investment for various sponsorships such as:

**Bronze (CAD$15,000* and over)**
- Display sign in registration area
- Sponsor's name on published materials including announcements and Official Congress Program
- Public acknowledgment of support at the Congress

**Silver (CAD$30,000* and over)**
- All of the above benefits, plus
- Commercial support ribbon for company representatives
- List of IASP members 6 months prior to the Congress
- List of Congress delegates registered prior to the Congress
- Recognition on IASP Congress website
- Recognition in IASP Congress bulletin

**Gold (CAD$50,000* and over)**
- All of the above benefits, plus
- Recognition in IASP newsletter

**Platinum (CAD$80,000* and over)**
- All of the above benefits, plus
- Corporate Member status for one year, which includes PAIN journal subscription
- List of Congress delegates registered after the Congress

**Diamond (Over CAD$100,000*)**
- All of the above benefits, plus
- Corporate Member status for two years, which includes PAIN journal subscription
- Sponsor logo on screens in plenary / meeting rooms (between sessions)

**\* Note: All amounts are given in Canadian Dollars**

 Source: Sponsorship Opportunities

# By sponsoring the Global Year Against Pain, the IASP focuses on raising awareness of the different aspects of pain

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To sponsor a yearlong initiative for raising awareness of the different aspects of pain worldwide**

**IASP Global Year Against Pain**

- The IASP sponsors and promotes the Global Year Against Pain, a yearlong initiative designed to raise awareness of the different aspects of pain worldwide.
- The European Federation of IASP Chapters (EFIC) first launched the Global Day Against Pain when David Niv, IASP member and EFIC president (now deceased), conceived the idea in 2001.
- Following the success of this initiative, the IASP Council recognized the need to develop an even more powerful statement to raise the profile of pain worldwide.
- In 2004, supported by various IASP chapters and federations holding their own local events and activities across the globe, the IASP launched its first Global Year Against Pain.
- Each year, IASP focuses on raising awareness of a different aspect of pain that has global implications. The official launch day takes place on the third Monday of every October.
- The focus for the 2008–2009 Global Year campaign, which launched on October 20, 2008, is Cancer Pain.

# The IASP Developing Countries Education Fund helps in improving the pain education in the IASP developing countries

**Key Message: To develop donation programs and funds for pain research**

**IASP Programs and Funds**

Members of IASP contribute each year to the following programs and funds:

- **John J. Bonica Trainee Fellowship Fund:** The John J. Bonica Trainee Fellowship supports trainees working in all aspects of pain research and awards are up to $35,000 each year.
- **Sponsor-A-Member Program:** Donations to this program financially assist physicians and clinicians from developing countries to receive the full benefit of membership to the IASP.
- **Adopt-A-University Library Program:** The IASP partners with libraries all over the world and the total money collected with this program is used to assist with sending copies of PAIN, Pain: Clinical Updates, and IASP Press books.
- **Developing Countries Education Fund:** The donations to this fund is used to support the IASP Developing Countries Project: Initiative for Improving Pain Education and the goal of this grant project is to improve the scope and availability of essential education for pain clinicians of all disciplines, taking into account specific local needs. Awards are up to $10,000 each year.
- **IASP General Fund:** The money collected for this fund is used to support the general day-to-day activities of the IASP Secretariat.

Source: Programs & Funds

# IASP's clinical newsletter, Pain: Clinical Updates, provides details on special aspects of pain management

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To offer publications that address all aspects of pain research and treatment**

Major IASP publications include:

**PAIN®**

- PAIN is the official journal of the IASP and is published 18 times per year.
- This peer-reviewed journal provides a forum for the dissemination of research in the basic and clinical sciences of multidisciplinary interest and is cited in Current Contents and Index Medicus.

**Books from IASP Press®**

- Its book publishing division produces timely, high-quality, low-cost publications relevant to the problem of pain.

**Pain: Clinical Updates**

- Pain: Clinical Updates is the IASP's clinical newsletter and provides details on special aspects of pain management that are of interest to the frontline clinician.

**Core Curriculum**

- The IASP's core curriculum is a guide for teaching courses on acute, chronic, and cancer pain at both the undergraduate and graduate levels.

**IASP Newsletter**

- A quarterly newsletter for IASP members with information about the activities of the IASP and the Chapters and Special Interest Groups.

Source: Publications

**Key Message: Developed an extensive grants and awards program for supporting investigators working in basic or clinical research and to support education in developing countries**

**IASP Grants and Awards**

- **IASP John J. Bonica Trainee Fellowship Grant:** Under this grant up to $50,000 is distributed to a selected trainee to support training in all aspects of pain research.

- **IASP International Trainee Fellowship funded by Scan|Design by the Inger and Jens Bruun Foundation:** Under this two grants of up to $50,000 each are distributed to selected trainees to support training in all aspects of pain research. This fellowship is open to trainees of all nationalities.

- **IASP Early Career Research Grants:** Under this 7 Grants of $20,000 each (including 2 funded by ScanDesign by Jens and Inger Bruun Foundation). The IASP Early Career Research Grants support researchers who are in the early career stage of pain investigations.

- **IASP Developing Countries Project – Initiative for Improving Pain Education:** Under this educational support grants for up to $10,000 are available to improve essential pain education for clinicians in developing countries.

- **IASP Collaborative Research Grants:** Under these grants of up to $15,000 is given to support collaborative research between two or more research groups located in different countries.

- **IASP Research Grants funded by Scan|Design by the Inger and Jens Bruun Foundation:** These awards sponsor collaboration between investigators in Scandinavia and the US. Under this two grants of up to $25,000 are available, one for clinical and one for basic research.

- **IASP Research Symposia:** Under this grants of up to $40,000 is used to support the costs of a symposium on a specific pain-related topic that is of interest to both basic scientists and clinical researchers.

- **IASP Visiting Professor Grants:** These grants are available to IASP's chapters and cover the cost of airfare for a visiting professor to travel to and from a chapter event.

Source: Grants & Awards



# World Institute of Pain



# The World Institute of Pain develops guidelines and standards for training and examining competency in pain physicians

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| | |
|---|---|
| **Overview** | • The World Institute of Pain (WIP) was founded in 1993 as a worldwide organization that aims to promote the best practices of pain medicine for the 21st century.<br>• WIP helps promote consensus building among experts on the effectiveness of existing techniques and avenues for advancement of therapeutic performances through educational initiatives, including the World Congress, regional symposia and workshops on interventional pain practice. |
| **Mission** | • To educate physicians and patients in pain medicine, and to develop guidelines and standards for training and examining competency in pain physicians all over the world. |
| **Key Objectives** | • To educate and train personnel of member pain centers through local hands-on training, international seminars, and exchange of clinicians.<br>• Update pain centers with state-of-the-art pain information, including a newsletter, scientific seminars, interlined telecommunications, and publication of a journal and books.<br>• To develop common protocols for efficacy and outcome studies.<br>• To communicate administrative and patient-related matters on a regular basis through newsletters, telephone, world directory of pain centers, and video conferencing (including patient consultation).<br>• To categorize pain centers by mail correspondence, local information, and medical representatives.<br>• To develop an examination process for pain centers in testing trainees, and provide know-how on the process.<br>• To encourage interested industries to provide information on pain medicine worldwide; bring together local pain physicians and industry, for education in new technology and training; and formulate a fellowship-training program. |
| **Key Activities** | • Activities conducted by the WIP to achieve its aim and objectives:<br>  ➢ Organizing the biannual World Institute of Pain Congress<br>  ➢ Organizing practical workshops and scientific meetings<br>  ➢ Publishing a journal Pain Practice<br>  ➢ Providing a website, www.worldinstituteofpain.org<br>  ➢ Establishing new bodies in relation with WIP activities for further promotion of WIP including new methods of promotion, education and training as they are available. |

# The WIP has a global presence and targets physicians and pain patients

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| | |
|---|---|
| **Key Target Audience** | • The institute targets physicians and pain patients. |
| **Geographic Presence** | • The institute is based in the US and has a global presence. |
| **Headquarters** | 145 Kimel Park Drive, Suite 310<br>Winston-Salem, NC 27103-6984<br>Toll-free: 1 877 PAIN 360 (877 724 6360)<br>Direct: 1 336 760 2933<br>Fax:     1 336 906 9140 |

# The WIP provides its members with professional networking opportunities with pain specialists globally

Case 1:23-cv-08649-LAP Document 20-11 Filed 09/15/21 Page 122 of 279. PageID #: 385483

| Membership Benefits |
| --- |

- WIP offers six types of memberships:
  - **Regular WIP Member:** Any physician who has a Fellow of Interventional Pain Practice (FIPP) certificate is eligible to be a regular member. These members may establish Chapters in their country or region. The country chapters so formed are affiliated to the WIP and can be represented in the Council of WIP. A single Councillor will be nominated and appointed for this function by each approved Chapter.
  - **Associate WIP Member:** Any physician engaged in pain management; who has not obtained FIPP certificate is eligible to the associate membership. Associate members shall not be eligible for membership on the WIP Boards or committees, but shall be eligible to be members of approved Chapters of WIP.
  - **Pain Clinic Membership:** All Pain Clinics are eligible for this membership if the Director of the Clinic holds the FIPP certificate.
  - **Contributing Members:** Any organization or person, who agrees to contribute financially or materially for a period of at least two years in a minimum amount as directed by the Executive Board, may become a contributing member, subject to the approval of the Executive Board and without voting rights.
  - **Honorary Members:** Honorary membership (without voting rights) may be granted by the Council to those who have made exceptional contributions to WIP and the research and management of pain. To be elected as honorary member a person shall be proposed by at least two members of Council.
  - **Life Members:** All founding members, Presidents and Vice presidents and Officers of the Executive Board who have served the WIP with distinction during their active duty on the Board. This category of membership has to be approved by the WIP Council.
- The members are eligible and provided with following:
  - Subscription to **Pain Practice, The Official Journal of the World Institute of Pain**
  - Subscription to **online edition of Pain Practice**, including access to back issues
  - Subscription to **WIP Newsletter**
  - **First Notification of WIP World Congress**, sponsored and endorsed regional congresses and symposia, and limited-enrollment interventional pain conferences and workshops
  - **Professional networking opportunities with pain specialists around the world**, and the opportunity to contribute in a meaningful way to the advancement of pain medicine as a recognized specialty worldwide.



Source: Membership, Benefits of Membership

121

# Key Partners/Sponsors

Supporters of the WIP 5th World Congress to be held at New York between March 13 -16, 2009 include:

**Platinum Supporters**
- Boston Scientific
- Mundipharma International Limited

**Silvers Supporters**
- Endo Pharmaceuticals
- MEDA Pharmaceuticals
- PriCara
- St. Jude Medical

**Other Supporters**
- Elan Pharmaceuticals
- Epimed
- Wyeth



Source: <u>World Congress Supporters</u>

122

# The WIP's World Congress offers physicians a multi-disciplinary perspective on pain syndromes and their management

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**WIP World Congress**

- The World Institute of Pain (WIP) will hold its 5th World Congress in New York, during March 13-16, 2009.
- This Pain congress offers physicians an exciting, advanced, and multi-disciplinary look at pain syndromes and their management.
- The WIP pain conference plenary program also affords attendees an exceptional opportunity to hear, meet and share the experiences of the world's top lecturers in the field.
- The 5th WIP World Pain Congress, themed "Better education, better relief," aims to advance the management of pain centers to a level of excellence and to implement the knowledge continuously provided by various pain associations.
- Highlights of the 5th World Pain Congress (WIP):
  - ➢ Attended by over 2,000 physicians in the field of pain syndromes and management
  - ➢ Display of novel techniques in interventional pain management
  - ➢ Comprehensive pain management program with 30 topical pain seminars
  - ➢ Presentations by 55 acclaimed pain experts from 16 countries
  - ➢ Pain conference 2009 timetable features refresher course and case-based clinical discussions
  - ➢ Sponsored satellite symposia
  - ➢ Poster viewing with authors present
  - ➢ CME Credits
    - ✓ The CME Accreditation activity is jointly sponsored by Wake Forest University School of Medicine and the World Institute of Pain.
    - ✓ The Wake Forest University School of Medicine is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians.
    - ✓ The Wake Forest University School of Medicine designates this education activity for a maximum of 16.75 AMA PRA Category 1 Credits™.



Source: <u>About World Congress</u>, <u>CME Accreditation</u>, <u>World Congress 2007</u>

# Pain Pathways, the quarterly magazine of the WIP is designed to address the needs of people with pain

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To become a resource for chronic pain patients seeking current initiatives and therapies**

**Pain Pathways – Official Magazine of the WIP**

- Pain Pathways is the quarterly magazine designed to address the needs and interests of people living with chronic, acute and cancer pain.
- The magazine is the resource for chronic pain patients seeking current initiatives and therapies.
- It is available in doctors' offices across the US and may be delivered directly to patient and caregiver homes.
- The profits from the magazine is used to fund pain medicine research and education; and will support the educational aims of the WIP.

Source: <u>Pain Pathways Magazine</u>



# American Society of Pain Educators



| Overview | • The American Society of Pain Educators (ASPE) is a 501(c)(3) nonprofit professional organization dedicated to improving pain management through the education and training of healthcare professionals to become Certified Pain Educators (CPEs).<br><br>• A pain educator is a healthcare professional who provides education about pain assessment, evaluation, and management through "curbside consults" within a clinical practice or via formal presentations and direct contact with other healthcare professionals and/or patients.<br><br>• Pain educators practice in a wide range of healthcare settings (eg, medical and dental practices, hospitals, free-standing surgical centers, rehabilitation services, hospice and palliative-care facilities, nursing homes, physical- and occupational-therapy practices, chiropractic offices, integrative medicine practices) and focus on transferring knowledge to and teaching others about pain.<br><br>• The ASPE is the only organization focused on training pain educators and is dedicated to providing healthcare professionals with a path to become Certified Pain Educators (CPEs).<br><br>• ASPE programs focus equally on best practices for pain management and on the most effective ways to implement and transfer that knowledge from clinicians to their peers as well as to patients, families, and caregivers. |
|---|---|
| Mission | • To improve the standards of clinical pain practice and to enhance the health and quality of life of pain sufferers by providing educational activities that lead to better pain control. |
| Key Activities | • The activities of the ASPE include:<br>    ➢ Certified Pain Educator (CPE) Program<br>    ➢ PainView, the official newsletter of the ASPE<br>    ➢ Copy of Guidelines Pocketcard™ - Managing: Diabetic Peripheral Neuropathic Pain<br>    ➢ Pain Educators Forums and other ASPE-related meetings |

# ASPE members include healthcare professionals, patients and their families, and caregivers

| Key Target Audience | <ul><li>The ASPE is committed to educate healthcare professionals and, through them, patients, families, and caregivers, about pain.</li><li>Membership benefits of the ASPE:<ul><li>➤ Access to the Certified Pain Educator (CPE) Program</li><li>➤ Print subscription to PainView, the official newsletter of the ASPE</li><li>➤ Copy of Guidelines Pocketcard™ - Managing: Diabetic Peripheral Neuropathic Pain</li><li>➤ Personal paineducator.com e-mail address</li><li>➤ Can order custom ASPE business cards</li><li>➤ Discounted registration fees to Pain Educators Forums and other ASPE-related meetings</li><li>➤ Negotiated member discounts on travel, entertainment, and more</li></ul></li></ul> |
|---|---|
| Geographic Presence | <ul><li>The Society operates in the US.</li></ul> |
| Headquarters | 6 Erie Street<br>Montclair, NJ 07042<br>Main Tel: 973-233-5570<br>Main Fax: 973-453-8246<br>E-mail: info@paineducators.org |

Source: Target Audience, Member Benefits

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| List of Key Partners/Sponsors |
|---|
| • Key partners of the ASPE include:<br>    ➢ PriCara, Unit of Ortho-McNeil Inc.<br>    ➢ Cephalon, Inc.<br>    ➢ Wyeth Pharmaceuticals<br>    ➢ GlaxoSmithKline<br>    ➢ Adolor Corporation |

Source: Partners

Case 1:04-cv-09866-LTS-HBP Document 568-71 Filed 09/04/19 Page 79 of 98

**SPARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Pain Practitioner**

**ASPE's Pain Educators Forum (PEF)**

- The ASPE's Pain Educators Forum (PEF) is a live conference offering multiple courses for frontline pain practitioners.
- The sessions of the conference cover best practices in pain management as well as ways to effectively teach, transfer, and communicate what's been learned to other healthcare professionals and patients, families, and caregivers.
- The Forum provides between 10 and 30 hours of course content certified for CME, CE, and CPE credit.
- The next PEF will be held between September 9-13, 2009 in Las Vegas, as part of the PAINWeek 2009 National Conference.



Source: Pain Educators Form

**Key Message: To administer and provide certification examination for pain educators**

**Certified Pain Educator Examination**
- The Certified Pain Educator (CPE) Examination is a certification exam for pain educators, which is administered by the ASPE.
- To take the Certified Pain Educator (CPE) Examination, a candidate must be a current member of the ASPE and be able to furnish documentation that the following eligibility criteria have been met:
  - **Licensure:** Applicant must hold a current license as a healthcare professional.
  - **Clinical/Professional Experience:** Applicant must have at least two years of full-time experience or four years of half-time experience in a position in which at least 10% of the applicant's time is devoted to providing pain-related education to clinical peers and/or patients (eg, 400 hours of pain education experience).
  - **Certified Continuing Education Activities:** Applicant must have completed at least 30 hours (credits) of pain-related educational activities certified for Category 1 CME, CPE, CE, or other professional credit.
- The Certified Pain Educator (CPE) credential is valid for five (5) years. To maintain the credential, CPEs must:
  - Keep their American Society of Pain Educators (ASPE) membership current
  - Remain a healthcare professional licensed by a recognized US jurisdiction (eg, state)



Source: CPE Examination, CPE Eligibility, CPE Credential

# The CME activities of the ASPE are designed for physicians, nurses, and pharmacists treating pain patients

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide pain-related education to patients**

**Patient Education**
- For patient education, the ASPE created a series of three educational Web casts for individuals living with chronic pain.
- The three web casts feature a leading health specialists and Olympic Games gold medalist and chronic pain sufferer, Nikki Stone.
- The series is co-sponsored and co-developed by PRICARA(R), Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.

**Key Message: To provide CME's to pain practitioners through online and print medium**

- The ASPE provides two types of CME activities such as:

**Online Activities**
- In June 2008, the ASPE released two online CME's one titled 'The Domains of Breakthrough Pain' and other 'Improving Pain Control and Preempting Opioid-Induced Adverse Events' which will expire on June 20, 2009.
- Both CME's were jointly sponsored by the Medical Education Collaborative, Inc. and Aventine HealthSciences.
- The first CME was supported by an educational grant from Cephalon, Inc. and the second CME was supported by an educational grant from Wyeth Pharmaceuticals.
- The CME activities have been designed for physicians, nurses, and pharmacists treating patients in pain.

**Print Activity**
- In June 2009, the ASPE released a print CME titled 'Peripheral Opioid Antagonists: A Therapeutic Advance for Optimizing Opioid Gastrointestinal Tolerability'.
- The print CME is jointly sponsored by the University of Wisconsin School of Medicine and Public Health and the American Society of Pain Educators.
- It is supported by an educational grant from GlaxoSmithKline and Adolor Corporation.



Source: Patient Education, Online Activities, Print Activity

131

Case 1:17-md-2804 Document 8391-8 Filed: 8/04/20 Page #: 385494

# PAINWeek, a national pain conference, is organized by the ASPE for the educational needs of healthcare professionals

**Key Message: To provide knowledge and tools to frontline clinicians for treating patients in pain**

**PAINWeek™**
- PAINWeek is a national pain conference organized by the ASPE.
- The goal and vision of PAINWeek is to disseminate knowledge and tools to frontline clinicians who are faced with treating the majority of patients in pain.
- PAINWeek is the only national pain conference that has been developed to meet the educational needs of physicians, nursing professionals, physician assistants, dentists, pharmacists, psychologists, and podiatrists.
- PAINWeek offers opportunities for companies and also a platform to create awareness for their products and services through various events such as:
  - ➢ Exhibiting
  - ➢ Commercially Supported Events: PAINWeek allows both CME and non-CME events—from small Meet-the-Experts Briefings to Symposia with several hundred attendees to half-day Scientific Assemblies.
  - ➢ Advertising
  - ➢ Sponsorship Opportunities

**Key Message: To provide a customized educational program for Pain Representative**

**Certified Pain Representative™ Training Program**
- The Certified Pain Representative (CPR) Training Program is a nonbranded educational program whose format and content can be customized to meet the needs of different organizations and their sales forces.
- THE CPR program includes:
  - ➢ Completion of 30 hours of ASPE-recognized educational curriculum (typically disseminated over 6-8 months)
  - ➢ Participation in a 1- to 2-day live training session
  - ➢ Administration of a comprehensive Certified Pain Representative Examination



Source: <u>About PAINWeek</u>, <u>Industry Opportunities</u>, <u>CPR Training Program</u>



## Pain & Policy Studies Group



# The PPSG works to 'balance' policies to ensure adequate availability of pain medication for patient care

| Overview | • The Pain & Policy Studies Group (PPSG) has been designated the World Health Organization (WHO) Collaborating Center for Policy and Communications in Cancer Care since 1996. |
| | • It provides technical assistance to government and non-government organizations, and promotes better understanding of the principle of balance that should guide national narcotics control policy to ensure availability of opioid pain medications, and prevent abuse and diversion. |
| Vision | • The PPSG's vision is that people who suffer pain from Cancer, AIDS, surgery, accidents and chronic conditions will have relief from their pain and a better quality of life; and that care giver will know when and how to use opioid analgesics without fear of regulatory agencies. |
| Mission | • Its mission is to "balance" international, national and state policies to ensure adequate availability of pain medications for patient care while minimizing diversion and abuse, and to support a global communications program to improve access to information on pain relief, palliative care and policy. |
| Key Activities | • PPSG primarily focuses on identifying and addressing barriers to the medical use of opioid analgesics (narcotic drugs), which are essential to chronic pain management and palliative care. This is accomplished through a University program that includes: |
| | • **Research** |
| |    ➢ Methods to evaluate policy and barriers |
| |    ➢ Surveys of regulators, clinicians |
| |    ➢ Analysis of laws, regulations and other policy |
| | • **Education** |
| |    ➢ Programs for clinicians, regulators, and policy makers |
| |    ➢ Fellowships for regulators |
| |    ➢ Internships for University students |
| | • **Communication** |
| |    ➢ Publication of articles and monographs |
| |    ➢ Newsletter publication |
| |    ➢ Websites |

# The PPSG targets legislators, drug regulators, and healthcare practitioners

Case 1:19-md-02879-CCB Document 55 Filed 04/19/19 Page 279. PageID #: 385497

| Key Activities | • The US program of the PPSG is primarily involved in the collection and evaluation of state policies that govern pain management, especially prescribing controlled substances to treat chronic, moderate to severe pain.<br>  ➢ Evaluations are conducted periodically to identify potential barriers to adequate patient pain care.<br>  ➢ This is accomplished through the development of a criteria-based research methodology to analyze national and state policies and a methodology to grade and compare states based on the quality of their policy content.<br>  ➢ From this information, it provides recommendations and technical assistance to those who want to improve the content of drug control or professional practice policies in their state. |
| --- | --- |
| Key Target Audience | • The study group targets legislators, drug regulators, healthcare practitioners, and members of associations for pain and palliative care. |
| Geographic Presence | • The society is based in the US and has a global presence. |
| Headquarters | Pain & Policy Studies Group<br>406 Science Drive, Suite 202<br>Madison, WI 53711<br>Phone: 608.263.7662<br>Fax: 608.263.0259<br>Email: ppsg@med.wisc.edu |

Source: About PPSG

135

# It collaborates with the WHO and develops methods, models, and resources to examine opioid availability trends

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: It collaborates with the World Health Organization (WHO) to evaluate and influence global government policies related to pain management.**

**World Health Organization (WHO) Collaborating Center**

- The PPSG has been designated the World Health Organization (WHO) Collaborating Center for Policy and Communications in Cancer Care since 1996.
  - ➤ Its International Program, which guides the activities of the WHOCC, has been involved with evaluation of legislation, policy analysis and development, demonstration projects, outcomes monitoring, education and communications.
  - ➤ The International Program develops methods, models, and resources to examine opioid availability trends, identify barriers to opioid availability in national laws, regulations and distribution systems, develop collaborative national projects to diagnose barriers and develop action plans to improve national policy, and monitor outcomes.
  - ➤ It led to the creation of WHO "Guidelines for Achieving Balance in National Opioids Control Policy," issued by the WHO in 2000.
  - ➤ Formally endorsed by the International Narcotics Control Board, this important tool, consisting of 16 Guidelines, provides the background and rationale for national policy and systems evaluation and revision to improve availability and patient access to opioid analgesics.

Source: <u>WHO collaboration</u>

# The study group supports wider accessibility of opioid based analgesics through advocacy and support initiatives

**Key Message: The study group supports wider accessibility of opioid based analgesics for pain relief through various initiatives**

**Advocacy and Support Initiatives**

- The PPSG conducts opioid availability workshops, which convene stakeholders in regional action planning workshops to identify and address barriers to opioid availability and access.
  - ➤ Since 2000, the PPSG has hosted or taken part in 8 regional opioid availability workshops for 41 countries.
- It also provides International Pain Policy Fellowship (IPPF), inaugurated in 2006, with funding from the International Palliative Care Initiative of the Open Society Institute.
  - ➤ This program trains competitively selected experts in pain management and palliative care from developing countries on how to evaluate and improve opioid availability policy and distribution in their country.
  - ➤ Following a 5-day training session in Madison, Wisconsin, the Fellows return home with partial salary support to implement their action plan with close technical assistance from PPSG staff and other volunteer expert mentors.
- The PPSG accomplishes its international communications work in several ways:
  - ➤ Through Cancer Pain Release, a quarterly WHO newsletter and website that provides health professionals, policy makers, and regulators throughout the world with updates on issues and developments in the field.
  - ➤ Through the PPSG website, which includes individual Country Profiles that provide data and trend graphs for the national reported consumption of principal opioids, and news alerts.



Source: <u>Advocacy & Support Initiatives</u>, <u>Cancel Pain Release</u>



# American Occupational Therapy Association



# The American Occupational Therapy Association was set up to improve the quality of occupational therapy services

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The American Occupational Therapy Association (AOTA) is the national professional association established in 1917.<br>• The Association was established to represent the interests and concerns of occupational therapy practitioners and students of occupational therapy and to improve the quality of occupational therapy services.<br>• Occupational therapy practitioners help people to cope and manage their pain.<br>• Occupational therapy practitioners can guide people with chronic pain to redirect their pain so that it interferes less in their daily lives. |
|---|---|
| Vision | • The AOTA advances occupational therapy as the preeminent profession in promoting the health, productivity, and quality of life of individuals and society through the therapeutic application of occupation. |
| Mission | • To advance the quality, availability, use, and support of occupational therapy through standard-setting, advocacy, education, and research on behalf of its members and the public. |
| Key Activities | • AOTA's major programs and activities are directed towards:<br>  ➢ Assuring the quality of occupational therapy services<br>  ➢ Improving consumer access to health care services<br>  ➢ Promoting the professional development of members |

Source: About AOTA

# The AOTA has an international presence with ~36,000 members

| Number of Members And Key Target Audience | • The current AOTA membership is approximately 36,000, including occupational therapists, occupational therapy assistants, and occupational therapy students. |
|---|---|
| Geographic Presence | • The Association operates in the US.<br>• The AOTA members reside in all 50 states of the US, the District of Columbia, Puerto Rico, and internationally. |
| Headquarters | 4720 Montgomery Lane<br>PO Box 31220<br>Bethesda, MD 20824-1220<br>Phone: 301-652-2682<br>TDD: 1-800-377-8555<br>Fax: 301-652-7711 |

# The strategic goal of the AOTA is to link occupational therapy research, education, and practice communities

Case: 1:25-cv-00848-TSB Doc #: 23-4:56 Filed: 08/41/25 PageID #: 385303

| Strategic Goals & Objectives 2006–2009 |
|---|

- **Building the profession's capacity to fulfill its potential and mission**
  - ➤ Prepare occupational therapists and occupational therapy assistants for the 21st century
  - ➤ Ensure a diverse workforce for multiple roles
  - ➤ Increase the profession's research capacity and productivity
  - ➤ Strengthen our capacity to influence and lead
  - ➤ Enhance collaboration with international partners and state affiliates
- **Demonstrating and articulating its value to individuals, organizations and communities**
  - ➤ Increase public understanding of the profession and its value in meeting diverse health and participation needs
  - ➤ Support traditional occupational therapy roles and foster the development of emerging practice areas to help meet society's health, wellness and quality of life needs
  - ➤ Engage proactively with key external organizations and decision makers to assert occupational therapy leadership in essential areas of societal need
- **Linking education, research and practice**
  - ➤ Promote stronger linkages and collaboration among the occupational therapy research, education and practice communities
  - ➤ Facilitate dissemination of occupational therapy knowledge to foster innovation in research, education and practice
  - ➤ Promote the dissemination and application of evidence-based knowledge
- **Creating an inclusive community of members**
  - ➤ Work to meet the needs of members across the diverse professional roles in practice, education and research and increase member satisfaction
  - ➤ Expand outreach to occupational therapists, occupational therapy assistants, and students to grow membership
  - ➤ Foster opportunities for active member participation, recognition and leadership, and promote and develop volunteer leadership excellence
- **Securing the financial resources to invest in the profession's ability to respond to societal needs**
  - ➤ Actively monitor internal and environmental trends affecting operations
  - ➤ Monitor current and prospective members' needs and expectations
  - ➤ Exercise transparency and accountability in management practices
  - ➤ Work to expand and diversify revenue streams



Source: <u>AOTA Goals & Objectives</u>

141

# The Association provides membership to occupational therapy health professionals and students

| Types of Membership |
|---|
| • The AOTA provides memberships for various people such as:<br>  ➢ **Occupational Therapist:** Individuals who have completed a 4-year degree or master's program and are certified to practice occupational therapy in the US.<br>  ➢ **Occupational Therapy Assistant:** Individuals who have completed a 2-year degree and are certified to practice occupational therapy as an assistant in the US.<br>  ➢ **Student-Plus:** Students enrolled in OT or OTA programs accredited or granted developing program status by the Accreditation Council for Occupational Therapy Education (ACOTE®) who have not yet taken the National Board for Certification in Occupational Therapy, Inc. (NBCOT) examination.<br>  ➢ **Standard Student:** Students must meet the same criteria listed above for Student-Plus membership.<br>  ➢ **Individual Associate Membership:** The AOTA's Individual Associate Memberships are ideal for health professionals who work alongside occupational therapy professionals. This membership also keeps occupational therapists certified in foreign countries in touch with the profession in the US.<br>  ➢ **Organizational Associate Membership:** This membership is designed for other health organizations and institutions, nonprofit facilities, libraries, and educational programs.<br>  ➢ The AOTA also provides some other types of membership such as New Practitioner - First Year, New Practitioner - Second Year, Retired OT or OTA, Post-Professional Master's Degree  and Post-Professional Doctorate Degree. |

Source: Types of Membership

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Benefits |
|---|
| • Benefits provided to life time members of the AOTA:<br>    ➢ Subscriptions for various newsletters published by AOTA such as:<br>        ✓ American Journal of Occupational Therapy (6 issues/year)<br>        ✓ OT Practice (22 issues/year)<br>        ✓ Special Interest Section Quarterly (1 printed quarterly subscription of your choice; online access to all 11 plus archives)<br>        ✓ AOTA's 1-Minute Update e-newsletter (25 issues/year)<br>        ✓ Scope of Practice Issues Update e-newsletter (12 issues/year)<br>        ✓ Federal Legislative Issues Update e-newsletter (12 issues/year)<br>    ➢ Continuing Education through:<br>        ✓ Online Courses, Self-Paced Clinical Courses, AudioInsightTM Seminars, Conferenece Session Webcasts, and more<br>        ✓ Discounted AOTA Annual Conference & Expo registration<br>        ✓ Discounted National Student Conclave registration<br>    ➢ Professional Resources<br>    ➢ Advocacy<br>    ➢ Discounts<br>    ➢ Career Resources<br>    ➢ Special Interest Sections |



Source: Benefits of Membership

143

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Sponsorship Opportunities |
|---|
| The AOTA offers many marketing opportunities for corporates to help them in promoting their product, service, job openings, continuing education program, and others through: <br> • **Print Advertising:** The following AOTA publications offer print advertising opportunities: <br>    ➢ Special Interest Section (SIS) Newsletters <br>    ➢ American Journal of Occupational Therapy (AJOT) <br>    ➢ OT Practice Magazine <br>    ➢ Conference Program Guide <br> • **Online Advertising:** The online advertising opportunities available with AOTA are listed below: <br>    ➢ OT Practice Buyer's Guide Online <br>    ➢ OTjobLink.org <br>    ➢ AOTA's 1-Minute Update E-Newsletter <br>    ➢ Web Button and Banner Ads <br> • **Sponsorship:** The AOTA Sponsorship offerings are extensive and include print, online, conference, meetings, and seminars. The sponsorship is available for its various offerings such as: <br>    ➢ Special Interest Section (SIS) Newsletters <br>    ➢ AOTA's 1-Minute Update E-Newsletter <br>    ➢ Conference Photo Gallery <br>    ➢ Conference & Expo <br>    ➢ Exhibitor-Sponsored Seminars <br>    ➢ OT Month <br>    ➢ Program Directors' Meeting <br>    ➢ Student Conclave |



Source: Print Advertising, Online Advertising, Sponsorship

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Types of Partnership |
|---|
| • The AOTA is offering four levels of sponsorship for corporate sponsors to partner with AOTA's Annual Conference & Expo, to be held in Houston, Texas between April 23–25, 2009. |

- The AOTA is offering four levels of sponsorship for corporate sponsors to partner with AOTA's Annual Conference & Expo, to be held in Houston, Texas between April 23–25, 2009.
- Four levels of sponsorships and benefits given by AOTA:
- **Bronze-Level Sponsorship & Benefits**
  - ➢ Additional booth points toward booth selection
  - ➢ Recognition in the Conference Program Guide
  - ➢ Recognition in the Exhibit Hall Pocket Guide
  - ➢ Recognition in the Pre-Conference,
  - ➢ Conference, and Post-Conference issues of OT Practice magazine
  - ➢ Signage in the Exhibit Hall entrance and the Exhibit Hall Member Resource Center
  - ➢ Recognition in the Welcome Ceremony screen*
  - ➢ Ribbons for staff badges
- **Silver-Level Sponsorship & Benefits:** The Silver level benefits includes Bronze-Level benefits along with additional booth points toward booth selection (3 pts.), and an invitation to VIP reception.
- **Gold-Level Sponsorship & Benefits:** The Gold level benefits includes Silver Level benefits along with additional booth points toward booth selection (5 pts.), Pre- and post-show registered attendee mailing lists in electronic format, and sponsors logo in the Exhibit Hall Pocket Guide.
- **Platinum-Level Sponsorship & Benefits:** The Platinum benefits include Gold Benefits along with additional booth points toward booth selection (7 pts.), Press releases in the "Products and Practice" section of OT Practice, OT Practice Buyer's Guide listing with highlight, description, logo, and Web link, and Premium placement of advertisements in OT Practice (upon availability).



Source: Conference & Expo Sponsorship

Certification and Specialty Certifications serve as   Page #: 385808   SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Occupational Therapy Practitioners**

**AOTPAC**
- The American Occupational Therapy Political Action Committee (AOTPAC) is a voluntary, non-profit, unincorporated committee of members of AOTA.
- The AOTPAC was authorized by the Representative Assembly in 1976 and has been operational since the Spring of 1978.
- The purpose of the AOTPAC is to further the legislative aims of the Association by influencing or attempting to influence the selection, nomination, election, or appointment of any individual to any Federal public office, and of any occupational therapist, occupational therapy assistant, or occupational therapy student member of the AOTA seeking election to public office at any level.
- The committee is not affiliated with any political party.

**Board Certification & Specialty Certification for Practitioners**
- The AOTA Board Certification and Specialty Certifications serve as a framework for professional development that is specifically geared to occupational therapy.
- The programs are voluntary and are intended to assist practitioners to continually build their capacity for meeting identified competencies in an identified area of practice.
- The Board Certification and Specialty Certification programs of the AOTA provides formal recognition for those who have engaged in a voluntary process of ongoing, focused, and targeted professional development.
- Both programs are voluntary—neither certification is required for practice.



Source: AOTPAC, Board Certification

**Key Message: To develop initiatives for image-building of occupational therapy**

**The AOTA's Key Initiatives**

- The AOTA has developed some key initiatives for 2006-2009 which are:
  - ➢ Developing a major image-building campaign to more effectively explain occupational therapy to a variety of audiences
  - ➢ Engaging in broad-based advocacy to ensure funding for occupational therapy in traditional and emerging practice areas
  - ➢ Making stronger linkages among occupational therapy research, education, and practice to enable effective communication within and about the profession
  - ➢ Building a cutting-edge research agenda for the profession
  - ➢ Developing a model curriculum for occupational therapy and occupational therapy assistant educational programs to ensure consistency in how practitioners are prepared for the 21st century workforce
  - ➢ Developing occupational therapy outcome measures to meet the growing demands of consumers, payors, and policymakers for demonstrating the value of occupational therapy.

Source: <u>AOTA Key Initiatives</u>

# As part of a long-term strategy, the AOTA created a fund to raise awareness of occupational therapy

**Key Message: To create public understanding and utilization of occupational therapy services**

**The AOTA's Fund To Promote Awareness of Occupational Therapy**

- The AOTA created The Fund To Promote Awareness of Occupational Therapy as part of a long-term strategy to raise awareness of occupational therapy.
- The Fund is a 501 (c) (3) organization offering a tax-advantaged venue for donations and other support.
- The Fund is committed to ongoing resource development to support targeted education, research, and professional development opportunities that will increase the public's understanding and utilization of occupational therapy services.
- The Fund facilitates society's understanding of and demand for occupational therapy and the profession's capacity to bring its virtues to more people in existing and future practice and policy environments.
- The Fund's potential and current projects include:
  - ➢ Awareness Toolkits covering various occupational therapy practice settings
  - ➢ National Awareness initiatives, including OT Month efforts, School Backpack Awareness Day, AOTA and Rebuilding Together and Older Drivers Media Campaign
  - ➢ An Annual Silent Auction Fundraiser
  - ➢ Baseline consumer research regarding occupational therapy perceptions

Source: AOTA Fund

Case 1: Developing an AOTA Lobbying for the accreditation of PageID #: 38541

**Key Message: To provide accreditation to occupational therapy educational programs for quality assurance, and institutional and program improvement**

**Accreditation Council for Occupational Therapy Education (ACOTE) Accreditation**

- The AOTA has a 85-year history of accrediting occupational therapy educational programs and its current accrediting body, the ACOTE, accredits approximately 275 occupational therapy and occupational therapy assistant educational programs.
- The ACOTE, an active member of the Association of Specialized and Professional Accreditors (ASPA), is recognized and fully compliant with all requirements of both the US Department of Education (USDE) and the Council for Higher Education Accreditation (CHEA).
- The ACOTE is committed to the establishment, promotion and evaluation of standards of excellence in occupational therapy education.
- The mission of the ACOTE is to foster the development and accreditation of quality occupational therapy education programs.
- By establishing rigorous standards for occupational therapy education, ACOTE supports the preparation of competent occupational therapy practitioners.



Source: <u>ACOTE Overview</u>, <u>ACOTE Mission</u>

# The Association publishes a journal in the field of occupational therapy

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide educational material on issues related to occupational therapy**

**AOTA Publications**

- **AJOT:** The American Journal of Occupational Therapy (AJOT) is an official publication of the AOTA and is published 6 times annually. This peer reviewed journal focuses on research, practice, and healthcare issues in the field of occupational therapy.
- **OT Practice Magazine:** OT Practice covers professional information on all aspects of occupational therapy practice and the features of the magazine include everything from hands-on techniques to continuing education, legislative issues to career advice and job opportunities, to the latest professional news.
- **Special Interest Section Quarterlies:** The AOTA publishes 11 different SIS Quarterly newsletters and each SIS Quarterly focuses on a specific practice area and is published 4 times per year.
- **E-Newsletters**

Source: AOTA Publications



**American College of Occupational and Environmental Medicine**



# The American College of Occupational and Environmental Medicine is dedicated to promoting workers' health

| | |
|---|---|
| **Overview** | • Founded in 1916, the American College of Occupational and Environmental Medicine (ACOEM) is a medical society in the US dedicated to promoting the health of workers through preventive medicine, clinical care, research, and education.<br>• A group of physicians encompassing specialists in a variety of medical practices is united via the College to develop positions and policies on vital issues relevant to the practice of preventive medicine both within and outside of the workplace. |
| **Vision** | • To become the pre-eminent organization of physicians who champion the health and safety of workers, workplaces, and environments. |
| **Mission** | •  The ACOEM provides leadership to promote optimal health and safety of workers, workplaces, and environments by:<br>     &#10148; Educating health professionals and the public<br>     &#10148; Stimulating research<br>     &#10148; Enhancing the quality of practice<br>     &#10148; Guiding workplace and public policy<br>     &#10148; Advancing the field of occupational and environmental medicine |
| **Key Objectives** | • Lay emphasis on physician education<br>• Enhance the specialty of Occupational and Environmental Medicine (OEM)<br>• Strengthen ACOEM. |
| **Key Activities** | • Preventive Medicine<br>• Clinical care<br>• Research<br>• Education |

# The ACOEM represents more than 5,000 physicians and other healthcare professionals

Master Presentation - Do Not Circulate | ProjectChable37 | PageID #: 385615

| Number of Members And Key Target Audience | • The ACOEM represents more than 5,000 physicians and other healthcare professionals specializing in the field of occupational and environmental medicine (OEM). |
|---|---|
| Geographic Presence | • ACOEM is present in the US and Canada  through 30 component societies. |
| Headquarters | 25 Northwest Point Blvd, Suite 700<br>Elk Grove Village, IL 60007-1030 |

# Its members are classified as: Regular Active, Associate, Affiliate, Student, Direct Members, and Fellowship

Case: ACOEM 13 hours Direct # | Regulatory Active page ID #: 385616

| Membership Criteria |
|---|
| • **Regular Active Membership:** Open to doctors of medicine or osteopathic medicine who have an interest in occupational and/or environmental medicine. |
| • **Associate Membership:** Open to non-physicians who have attained the doctorate level degree of PhD, ScD, DrPH, or EdD in occupational and environmental health disciplines. |
| • **Affiliate Membership:** Open to non-physicians with a masters-level degree working in a field related to occupational and environmental medicine, certified Physician Assistants (PA), licensed Nurse Practitioners (NP) or Certified Occupational Health Nurses (COHN). |
| • **Student/Resident Membership:** Open to full-time medical students, interns, or residents with an interest in occupational and environmental medicine. |
| • **ACOEM Component Societies:** All ACOEM members are required to be members of a component society where one is available. The American College of Occupational and Environmental Medicine has 30 component societies.<br>  ➢ Members residing outside the US, Canada, and Puerto Rico are considered "Direct" members and pay no component dues. |
| • **Fellowship:** The status of Fellow is the highest classification of membership at the ACOEM. Fellowship distinguishes and recognizes members of the College for their training, accomplishments, and experience in occupational medicine at the national, component, and local levels, as well as the member's academic and scientific contributions. It provides ACOEM members the opportunity to serve it at the highest levels and is a qualification for leadership positions such as council chairs and officers of the Board of Directors. |

# The ACOEM provides its members networking opportunities via newsletters, list serves, and in-person meetings

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Benefits |
|---|
| • **Career Development**: The ACOEM's Career Center provides information to help members advance their careers, search for jobs, or post an ad through ACOEM's on-line recruitment resource. The Center is a member of HEALTHeCAREERS, a network of healthcare associations. The association's online Doctor Finder Service provides professional information about each occupational medicine physician member who elects to participate in this public listing service. Conference calls of professionals in the field of Occupational and Environmental Medicine are offered free to all interested healthcare professionals who are entering, or considering entering, the profession of Occupational and Environmental Medicine. |
| • **Education**: The ACOEM promotes continuing medical education through its annual spring conference, the American Occupational Health Conference (AOHC), a meeting of OEM professionals globally. Numerous courses, webinars, and conferences throughout the year provide a wide range of in-depth professional development opportunities specially designed by and for OEM physicians and related professionals. |
| • **Leadership**: Its members steer the direction of the College through service as a delegate to ACOEM's House of Delegates, on committees and councils, and by achieving Fellow status – the highest classification of membership within the College and the first step in eligibility to serve on the Board of Directors. The online Leadership Database highlights the volunteer force that serves on ACOEM's councils and committees. It also supports continued efforts to stimulate research and education through the OEHF – Occupational & Environmental Health Foundation. |
| • **Networking**: The ACOEM is a forum for the exchange of new ideas, bringing together members to share their experiences. 20 Special Interest Sections – from Academic Occupational Medicine, Administrative Management in OEM, and Arts Medicine to Resident and Recent Graduates, Transportation, and Work Fitness & Disability – provide networking opportunities via newsletters, list serves, and in-person meetings relevant to particular areas of interest. The ACOEM gives members the added bonus of participation in one of its affiliated Component Societies. |

Source: Membership Benefits

# It also provides members with savings on publications, member mailing lists, conferences, and educational courses

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Benefits |
|---|
| • **Representation & Resources:** The ACOEM supports a pro-active governmental affairs program by tracking issues affecting the practice of OEM, advocating sound public policy in Washington, DC, and by keeping its members abreast of the latest legislative and regulatory developments. ACOEM's Occupational Medicine Practice Guidelines, 2nd ed., and its ongoing revisions, provides information in effective treatment of occupational injuries and illnesses providing essential evidence-based guidance that addresses the injured worker's functional impairment and safe return to work. The Health and Productivity Toolkit provides information for the development of integrated health and wellness programs in the workplace. The ACOEM has also developed the Occupational Health Disaster Expert Network (OHDEN), creating resources for health professionals dealing with emergency situations, including terrorism, infectious outbreaks, and geological catastrophes. |
| • **Professional Liability Insurance:** ACOEM members have access to a comprehensive professional liability insurance program offered by NIA Insurance Services and underwritten by Lloyds of London.  This program is specifically designed for OEM physicians and available only to members of the ACOEM. |
| • **Savings & Benefits:** The ACOEM provides its members with substantial savings on publications, member mailing lists, conferences, and educational courses. Additional value-added benefits include products and services such as complete online access to JOEM with full-text articles from 1996 to present, as well as receipt of a complimentary print copy of JOEM every month. The monthly E-News – ACOEM's electronic newsletter – dispenses pertinent information about College activities and significant OEM issues.  Members also receive significant savings on the courses and conferences offered by the College and publications such as the Occupational Medicine Practice Guidelines, 2nd ed., MRO Update (a newsletter published 10 times a year covering the regulatory and technological trends impacting medical review officers), and CDME Review (a quarterly newsletter for healthcare professionals who perform medical examinations on more than 8 million commercial drivers). |

Source: Membership Benefits

# Key Partners/Sponsors

| Key Partners/Sponsors |
|---|
| • Medem  |
| • Medical Marketing Services  |

# Through its special interest groups, the ACOEM promotes communication opportunities among physicians

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians**

**The ACOEM  Promotes a Dialogue On Occupational and Preventive Health Among Physicians**

- In the ACOEM, the OEM physician is part of a team that includes: nurse, physician assistant, private physician, physical therapist, epidemiologist, clinic, and hospital.
- The ACOEM consists of 20 special interest sections to promote dialogue on various topics:
  - The Physicians in the Pharmaceutical Industry section promotes dialogue pertaining to the occupational and preventive health issues of the pharmaceutical industry.
  - The Private Practice in Occupational Medicine section focuses on information exchange, education and state-of-the-art care in occupational and environmental medicine.

Source: Physician; Sections; Physician

# The ACOEM conducts education and research activities to promote healthcare for workers

**Key Message: The ACOEM promotes the health of workers through research, and education**

**Education and Research Initiatives**

- The ACOEM's continuing medical education program, includes the American Occupational Health Conference - a meeting of occupational and environmental professionals. This conference also provides researchers in occupational and environmental medicine and related disciplines, such as occupational epidemiology and toxicology, with a forum to present their current research.
- It also offers a series of regularly scheduled courses in OEM.
- The College also provides distance learning opportunities.
  - ➢ The ACOEM is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to sponsor continuing medical education for physicians.
- The ACOEM also offers grants for research studies.
- In order to maintain the level of excellence in programming and to continue to develop opinions on the latest scientific advances in occupational and environmental health, the College looks to both individuals and corporations for financial backing. By supporting these educational initiatives, sponsors get recognized at ACOEM's meetings and in its publications.
- ACOEM's website also provides tools for occupational health professionals such as practice guidelines, ACOEM Utilization Management Knowledgebase (UMK) a tool for managing treatment plans and patient care, and PowerPoint presentations, Its website also provides a list of guidelines, survey results, and other resources that can be purchased online.
- The ACOEM publishes the monthly Journal of Occupational and Environmental Medicine, ACOEM E-News, MRO Update (a (newsletter for medical review officers), CDME Review (a newsletter for commercial driver medical examiners), and books including the Occupational Medicine Practice Guidelines.
- It also conducts surveys to study various occupational and preventive health issues.



Source: Education Initiatives; Research; Grants;

**159**

# In 2008, the ACOEM published chronic pain guidelines

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The ACOEM provides medical treatment guidelines to take care of workers with chronic pain**

**Education Initiatives**

- In 2008, the ACOEM published new medical treatment guidelines for providing care to workers with chronic pain. The new chronic pain guidelines are available in the Occupational Medicine Practice Guidelines 2nd Edition, 2008 Revision as well as electronically.
  - ➢ The new evidence-based guidelines include more than 200 recommendations for chronic pain, developed by a multidisciplinary expert panel and reviewed by medical and health organizations. The recommendations focus on diagnostic and other testing and treatments for several chronic pain conditions, including: complex regional pain syndrome (CRPS), neuropathic pain, trigger points/myofascial pain, chronic persistent pain, fibromyalgia and chronic low back pain.
  - ➢ Other highlights of the new chronic pain guidelines include:
    - ✓ An in-depth review of over 20 medications (prescription, over-the-counter, complementary and alternative) used to treat patients with chronic pain, including an extensive appendix on guidance for the use of opioids.
    - ✓ Detailed recommendations regarding the use of appliances (e.g., magnets), skilled allied-health provided medical therapies (e.g., acupuncture, manipulation/mobilization, myofascial release), electrical therapies (e.g., PENS, TENS).
    - ✓ Uses and limitations of injection therapies (e.g., diagnostic and therapeutic facet joint injections, trigger/tender point injections, botulinum injections, intrathecal drugs).
    - ✓ A discussion of spinal cord stimulation for CRPS and other painful conditions.
    - ✓ A detailed review of psychological services (e.g., evaluation and behavior therapy) and rehabilitation for delayed recovery, including biofeedback, work conditioning/work hardening/early intervention programs, and interdisciplinary pain rehabilitation programs.
    - ✓ A focus on functional restoration, including an active exercise program and behavioral program.

Source: Chronic Pain Guidelines

160

Case 1:19-md-02915-AJT-JFA   Document 1344-4   Filed 04/09/21   Page 20 of   PageID #: 38522

# The College is committed to enhancing the quality of practice in terms of preventive and clinical care

**Key Message: The College is devoted to the prevention and management of occupational and environmental injury**

**Initiatives for Preventive Medicine and Clinical Care**

- The College periodically issues position papers and committee reports that set practice guidelines for a variety of workplace/environmental settings.
  - ➢ These position papers/committee reports cover topics such as spirometry, mold, environmental tobacco smoke, noise-induced hearing loss, multiple chemical sensitivities, workplace drug screening, confidentiality of medical information, depression screening, and reproductive hazards.
  - ➢ The ACOEM has also established a Code of Ethical Conduct to guide occupational and environmental physicians.
- The ACOEM members are knowledgeable and capable of treating job-related diseases, recognizing and resolving workplace hazards, instituting rehabilitation methods, and providing well-managed care.
- Its website provides a link to The American Board of Preventive Medicine. This organization issues "certificates of special knowledge" in the specialty of Preventive Medicine. These certificates are what is referred to in the US as "Board Certification," and is generally recognized as verification of a physician's professional capabilities in that area.



Source: <u>Research Initiatives</u>



# American Back Pain Association



# The American Back Pain Association promotes effective, affordable, and least invasive treatments for back pain

| | |
|---|---|
| **Overview** | • The American Back Pain Association (ABPA) was organized to promote back pain relief by finding and promoting the most effective, most affordable, and least invasive treatments for back pain sufferers. |
| **Mission** | • To provide information about various options available such as drugs, surgeries with focus on spinal decompression as an option for back pain relief. |
| **Key Target Audience** | • The Association primarily targets back pain sufferers. |
| **Geographic Presence** | • The Association operates in the US. |
| **Headquarters** | P.O. Box 135<br>Pasadena, MD 21122-0135 |

Last 47 provides detailed information for treatment options back pain: 385826

# The Association provides detailed information on back pain treatments, especially spinal decompression

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide  information on options available for back pain relief, especially spinal decompression.**

**ABPA provides detailed information on back pain and various treatments available, especially spinal decompression**
- The ABPA website has separate pages for back pain, spinal surgery and spinal decompression that provide detailed information.
- A section of the website provides a list of back care clinics across the US.
- Patients can also receive free spinal decompression report titled, "Get Your Back, Back on Track" by registering on the website.



Source: <u>Spinal surgery</u>, <u>Spinal decompression</u>, <u>Back pain</u>, <u>clinics</u>, <u>Free report</u>



# Arthritis Foundation



# The Arthritis Foundation works to prevent, control, and cure arthritis and related diseases

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The Arthritis Foundation is the only national not-for-profit organization that supports more than 100 types of arthritis and related conditions.<br>• It was founded in 1948 and has multiple service points located throughout the US.<br>• According to the Foundation's website, it is the largest private, not-for-profit contributor to arthritis research in the world, funding more than $380 million in research grants since 1948. |
|---|---|
| Mission | • To improve lives through leadership in the prevention, control and cure of arthritis and related diseases. |
| Key Activities | • The Foundation helps people take control of arthritis by providing public health education; pursuing public policy and legislation; and conducting evidence-based programs to improve the quality of life for those living with arthritis. It offers brochures, a monthly newsletter, physician referral lists, and a video tape lending library. |
| Strategic Partnerships | • In addition to work in the areas of research, public health and public policy, the Arthritis Foundation partners with other organizations in the fight against arthritis.<br>• The partners of the Arthritis Foundation include:<br>   ➢ **Centers for Disease Control and Prevention (CDC):** The Arthritis Foundation works with the CDC to promote public health efforts for arthritis and to implement objectives outlined in the National Arthritis Action Plan: A Public Health Strategy to improve the quality of life for people with arthritis and change people's attitudes and behaviors related to self-management.<br>   ➢ **National Institutes for Arthritis, Muscoloskeletal and Skin Diseases (NIAMS):** The Arthritis Foundation and NIAMS have partnered on many projects through the years, including a funding agreement, where the Arthritis Foundation has committed almost $500,000 to fund new genetic research that could find the way in which rheumatoid arthritis is diagnosed and treated.<br>   ➢ **Childhood Arthritis and Rheumatology Research Alliance (CARRA):** To expedite the process of answering questions related to childhood arthritis, a national network of pediatric rheumatology centers, called the Childhood Arthritis and Rheumatology Research Alliance (CARRA), was established in 2001. In April 2005, the Arthritis Foundation signed an agreement to provide a total of $525,000 over 3 years. |



Source: Overview and Objective, Mission, Partnerships; Newsletter

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

|  |  |
|---|---|
|  | ➢ **The American College of Rheumatology (ACR):** The Arthritis Foundation and the American College of Rheumatology (ACR) have a long-standing partnership concentrating on increased patient and professional education, government funding of arthritis research through NIAMS, access to appropriate healthcare from qualified pediatric and adult rheumatologists, and aiding access to effective medication and other treatment options. <br><br> ➢ **The Bone and Joint Decade:** The Arthritis Foundation is a supporter of the worldwide Bone and Joint Decade (2000-2010), a concerted global effort to help people affected by musculoskeletal disorders, such as arthritis. <br><br> • The Arthritis Foundation, the Association of State and Territorial Health Officials, and the Centers for Disease Control & Prevention have developed the National Arthritis Action Plan (NAAP) to become active on the public health challenges of arthritis. |
| **Key Target Audience** | • The Foundation targets arthritis patients and healthcare professionals. |
| **Geographic Presence** | • The Foundation has a national presence with 46 local offices in the US. |
| **Headquarters** | 1330 W. Peachtree St. <br> Suite 100 <br> Atlanta, GA 30309 <br> Tel: 404-872-7100 |

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

## List of Key Partners/Sponsors

- The Arthritis Foundation develops outreach, awareness and fundraising initiatives with the dedication, commitment and support of corporate partners.
- These partnerships provide an opportunity for companies and their employees to join in the fight against arthritis and help millions of women, men and children take control of arthritis and live fulfilling lives.
- In addition to sharing their resources in support of the Arthritis Foundation, these companies are encouraged to engage their employees in taking steps to prevent arthritis through regular physical activity, proper nutrition and maintaining a healthy weight.
- The sponsors of the Arthritis Foundation make an annual commitment to directly support the foundation's mission.
- The premier-level sponsors of Arthritis Foundation are:

    

    



Source: <u>Sponsors</u>

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| Types of Sponsors |
|---|

- The Arthritis Foundation offers several types of sponsorships for Corporate to get associated with it such as:

**Proceeds Sponsors**

- Proceeds sponsors are those companies which make a minimum commitment to share a portion of the purchase price of goods or services to support the mission of the Arthritis Foundation and the company associated with this is Tomboy Tools.

**Special Sponsored Initiatives**

- The Arthritis Foundation often works with corporate partners to implement specific programs and initiatives that otherwise might not be possible. Bristol Myers Squibb is the sponsor of Let's Talk RA program of Arthritis Foundation.

**Event Sponsors**

- The Arthritis Foundation organizes various special events such as the Arthritis Walk, Jingle Bell Run-Walk, the Bone Bash and Dinners and Galas. The list of sponsors sponsoring these type of events include:
  - ➢ Biomet (Arthritis Walk)
  - ➢ Enbrel (Arthritis Walk)
  - ➢ Nature Made® TripleFlex™ (Arthritis Walk)
  - ➢ ThermaCare (Jingle Bell Run/Walk)

**Meeting/Conference Sponsors**

- Genzyme (SNOW/Pain Conference)
- Columbus Medical Research (SNOW/Pain Conference)

**In-kind and Other Corporate Gifts**

- The Arthritis Foundation welcomes corporate sponsorship on a number of levels including in-kind sponsorships (i.e. the donation of products or services). The in-kind sponsorships include:
  - ➢ HealthSouth
  - ➢ Hilton
  - ➢ Intercontinental Hotel Group
  - ➢ Surgical Care Affiliates
  - ➢ Uplift Technology



Source: Types of Sponsorships

# Key Partners/Sponsors

| Corporate Alliances | | |
|---|---|---|
| **Platform Sponsors** **$500,000+** <br> • Bristol-Myers Squibb <br> **National Event & Program Sponsors** **$200,000 - $650,000** <br> • Amgen Inc. <br> • Bayer HealthCare LL C <br> • Biomet Inc. <br> • Delta Air Lines <br> • McNeil Consumer & Specialty Pharmaceuticals <br> • NutriSystem Silver <br> • Pfizer Animal Health <br> • Pharmavite LL C <br> • Roche <br> • Smith & Nephew Inc. <br> • ThermaCare Arthritis <br> • UCB Inc. <br> • Wyeth Pharmaceuticals | **Proud Sponsors** **$100,000 - $175,000** <br> • Abbott <br> • Amgen Inc. <br> • Bristol-Myers Squibb <br> • Centocor Inc. <br> • Collections Etc. <br> • Genentech Inc. and Biogen Idec Inc. <br> • Joint Juice Inc. <br> • Merck & Co. Inc. <br> • Novartis Pharmaceuticals Corporation <br> • Pharmavite LL C <br> • ProCaps Laboratories Inc. <br> • Schiff Nutrition International <br> • U.S. Nutrition <br> • Watkins Manufacturing Corporation <br> • Wyeth Pharmaceuticals <br> • National Meeting and | **Conferences Sponsors** **up to $100,000** <br> • Amgen Inc. <br> • Genzyme <br> • Wyeth Pharmaceuticals <br> **Community Sponsors** <br> • Abbott <br> • Amgen Inc. <br> • Bayer HealthCare LL C <br> • Biogen Idec Inc. <br> • Bristol-Myers Squibb <br> • Centocor Inc. <br> • DePuy Orthopaedics Inc. <br> • Genentech Inc. <br> • Genzyme <br> • HealthSouth Corporation <br> • Johnson & Johnson <br> • Merck & Co. Inc. <br> • Pfizer Inc. <br> • Stryker Orthopaedics <br> • Wyeth Pharmaceuticals |

Source: Annual Report 2007

## Key Partners/Sponsors

| Ease of Use Sponsors – $25,000 | | |
|---|---|---|
| • Abbott<br>• Amgen Inc.<br>• Antioch Company<br>• Bayer HealthCare LL C<br>• Braun, A Division of P&G<br>• Cardinal Brands Inc.<br>• CastivaTM<br>• Coakley Cane Company LL C<br>• DJO Inc.<br>• Duracell® EasyTab® Hearing Aid Batteries<br>• Eaton Corporation<br>• Fiskars Garden & Outdoor Living<br>• Flexon Industries<br>• Folgers Coffee Company<br>• Footjoy® Golf Gloves<br>• GearWrench®<br>• Grabber Performance Group<br>• HEALTHPOINT Ltd., a DFB Company<br>• Hillerich & Bradsby Company<br>• Hoveround Corporation | • HydraBrush Inc.<br>• Johnson & Johnson Consumer Companies Inc.<br>• MasterBrand Cabinets Inc.<br>• Maxwell House Instant Coffee<br>• McNeil Consumer & Specialty Pharmaceuticals<br>• NuStep Inc.<br>• Okamoto USA Inc.<br>• Oreck Corporation<br>• Pactiv Corporation<br>• Pentel of America Ltd.<br>• Pfizer Consumer Healthcare<br>• Pfizer Inc.<br>• Pilot Pen Corporation of America<br>• Rexam Plastic Packaging<br>• Roche<br>• Schering-Plough Corporation<br>• SonicScrubbers LL C<br>• Solofex Inc.<br>• Swingline®<br>• Tempur-Pedic North America | • ThermaCare Arthritis<br>• Whirlpool Corporation<br>• Wyeth Consumer Healthcare |

Source: Annual Report 2007

# The Arthritis Foundation Research Program supports scientists, physicians, and health professionals for arthritis research

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**Arthritis Foundation Research Program**

- The Arthritis Foundation has invested more than $380 million on research to support more than 2,200 scientists, physicians and health professionals involved in cutting-edge arthritis research.
- During the current research year, the foundation has awarded 179 grants, including 69 new and 110 continuing grants to researchers in over 100 academic institutions.
- The Research Program complements government and industry-based arthritis research by focusing on training new investigators and pursuing innovative strategies for preventing, controlling and curing arthritis.
- The Arthritis Foundation funds three major types of grant mechanisms:
  - ➢ **Career development and training programs:** These grants encourage scientists to begin research careers in the arthritis field and then helps them nurture their development into independent arthritis researchers.
  - ➢ **Investigator-initiated:** These grants support basic, clinical and health services research relevant to arthritis.
  - ➢ **Special targeted research initiatives:** These grants focus on promising areas of arthritis research or on specific types of arthritis.
- The Arthritis Foundation within its focused grant mechanisms, funds a broad spectrum of types of research and scientific disciplines.
- The Foundation's research includes studies relevant to many forms of arthritis and related conditions as well as studies that focus on specific conditions.
- Its research portfolio comprises:
  - ➢ Basic "bench" research in such areas as genetics, immunology, biochemistry and cell biology to identify the genes that cause arthritis and the underlying disease processes
  - ➢ Clinical "bedside" and behavioral studies that utilize human subjects to develop and test new medical, rehabilitation, surgical and psycho educational treatments
  - ➢ To research in the "trenches" including epidemiology studies to increase understanding of patterns of disease and health services research to improve quality of care and ensure that scientific advances in treatment are integrated into practice.

Source: Research Program

# The Foundation's health magazine, Arthritis Today, provides news reports on treatment and research of arthritis

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide self-education and self-help to people suffering from chronic illness**

**Arthritis Today Magazine**
- Arthritis Today, a national consumer health magazine, is published by the Arthritis Foundation to help people with arthritis take control of their lives and their health.
- Arthritis Today's mission is to give readers the information, resources and inspiration they need to live better with arthritis.
- The magazine provides news reports and analyses of the latest trends in treatment and research, with perspective from the top minds in the field.
- It also finds intriguing ways to present self-management techniques that can improve energy levels, range of motion, outlook, compliance with treatment plan and motivation.

**Key Message: To activate people who can benefit from exercise, especially those influencing people with arthritis**

**Let's Move Together**
- Let's Move Together is a nationwide movement led by the Arthritis Foundation that encourages people to move every day to prevent or treat arthritis.
- The movement aims to activate anyone and everyone who can benefit from exercise, especially those who can influence and inspire those with arthritis.
- People can join the movement by committing to participate in their local Arthritis Walk and to move daily for better health.

Source: Arthritis Today, Let's Move Together

# The Advocacy and Kids' Summit is an event organized by Arthritis Foundation for children

**Key Message: To create awareness and provide education to children and their parents about arthritis**

**2009 Advocacy and Kids' Summit!**
- The Arthritis Foundation organized the Advocacy and Kids' Summit as an opportunity for advocates to rally together as one voice on Capitol Hill, March 2 - 4, 2009.
- In the summit activity sessions were specifically designed for children, including preparations for Capitol Hill visits, along with sessions for adults.
- Children from grades nine through twelve attended the training sessions with their parents.
- During the summit, advocates met personally with their Members of Congress and their staff to share their personal story of living with arthritis.
- Activities for advocates during the summit:
    - ➤ Training workshop
    - ➤ How best to communicate with their elected officials
    - ➤ Network with fellow advocates





# The Arthritis Foundation raises more than $8 million annually by organizing dinners and parties

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The Arthritis foundation organizes various events and programs for education and awareness of Arthritis among people**

Some of its key events include:

**The Arthritis Walk®**

- The Arthritis Walk is the Arthritis Foundation's annual nationwide event that raises awareness and funds to fight arthritis, the nation's most common cause of disability.

**Arthritis Foundation's Life Improvement Series**

- The Arthritis Foundation's Life Improvement Series empowers people with arthritis through aquatic, exercise and self-help programs.
- The programs are run by nationally certified instructors to increase mobility reduce pain and stiffness and physician visits for people who participate in these informative group programs.
- These programs are specifically designed for people with arthritis, and the Life Improvement Series includes following programs:
  - ➢ Arthritis Foundation Aquatic Program
  - ➢ Arthritis Foundation Exercise Program
  - ➢ Arthritis Foundation Self-Help Program
  - ➢ Tai Chi Program
  - ➢ Walk With Ease program
- Some of the other events organized by Arthritis Foundation includes the **Joints in Motion** marathon training program and the **Jingle Bell Run/Walk**.
- The Arthritis Foundation also hosts a variety of events, from traditional black-tie galas and testimonial dinners to themed parties and wine events, raising more than $8 million annually.



Source: Events & Programs

**175**



# Neuropathic Pain Network



# The Neuropathic Pain Network is focused on the treatment of neuropathic pain

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The Neuropathic Pain Network (NPN), formed in 2004, today has 14 member organizations representing Europe, North America, South America, and Australia. |
| --- | --- |
| | ➤ The NPN is the first global coalition of organizations established to support people with neuropathic pain. |
| Mission | • The NPN is a coalition of organizations that exists to actively support people with neuropathic pain, by enabling them to better cope with their pain, to obtain the best treatment and, ultimately, to improve the quality of their lives. |
| Key Objectives | • To raise awareness and educate those organizations who have the ability to impact the treatment (by society and medical management) of people with neuropathic pain. |
| | • To help people with neuropathic pain access the most appropriate treatment and provide them the support to improve their lives. |
| Key Activities | • NPN's key activities include: |
| | ➤ Arranging workshops, meetings and conferences for its members. |
| | ➤ Support patients by providing access to information |
| | ➤ Providing resource tools for patients and physicians |
| Key Target Audience | • It aims to reach local media, healthcare professionals and the public through its awareness programs. |
| Geographic Presence | • The group has an international presence. |
| Headquarters | Frankfurt, Germany |

Source: Neuropathic Pain Network, Foundation Overview

# Members

| List of Members |
|---|
| • Canadian Pain Coalition, Canada |
| • Chile Diabetic Association, Chile |
| • Danish Chronic Pain Association, Denmark |
| • European League of Diabetics, Spain |
| • Finnish Pain Patient Association, Finland |
| • Italian Peripheral Neuropathy Association (AINP-onlus), Italy |
| • The Mexican Association for the Study and Treatment of Pain (AMETD), Mexico |
| • Peruvian Association of Diabetes (APDI), Peru |
| • Portuguese Association for the Study of Pain, Portugal |
| • French Association of Diabetes |

# The NPN provides educational information on neuropathic pain to its members and patients

Downloaded by 980441 from 129.239.51 at 081.019.199 of 279 SMARTANALYST Ethic #: 38544

**Key Message: The NPN promotes education and patient care in the field of neuropathic pain and associated disorders**

**Education Initiatives Targeted at Patients**
- The network website provides information on neuropathic pain, about the signs and symptoms of neuropathic pain as well as identify measures to combat the condition, targeted at patients.
- The website has versions available in English, Deutsch, French and Spanish.

**Education Tools Targeted at Member Organizations**
- It also provides a Neuropathic pain toolkit for its members, which includes brochures, presentations and other documents on Neuropathic pain.
- This website also provides links to its member organisation spread over various countries, which are themselves groups of doctors, nurses, nutrition specialists, psychologists, podologists, scientists and other pain specialists.





# American Cancer Society



SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • Founded in 1913, the American Cancer Society (ACS) is a nationwide (US), community-based voluntary health organization. |
|---|---|
| | • The ACS has established an entity The American Cancer Society Foundation to accelerate the control and cure of cancer by securing major gifts and endowments from individuals, corporations, and foundations to support research, programs, and services of the ACS and its Chartered Divisions. |
| | • The Society consists of a National Home Office with 13 chartered Divisions throughout the US and a presence in most communities. |
| |    ➢ **The National Home Office:** The office is responsible for overall planning and coordination of the Society's programs for cancer information delivery, cancer control and prevention, advocacy, resource development, and patient services. The National Home Office also provides technical support and materials to Divisions and local offices, and administers the intramural and extramural research programs. |
| |    ➢ **The Divisions:** The Society's 13 Divisions are governed by Division Boards of Directors composed of both medical and lay volunteers throughout the US and Puerto Rico. The Divisions are responsible for program delivery in their regions. |
| |    ➢ **Local Offices:** More than 3,400 local offices nationwide are organized to deliver cancer prevention, early detection, and patient services programs at the community level. |
| |    ➢ **Volunteers:** More than two million volunteers donate their time to further cancer research; educate the public about early detection and prevention; advocate for responsible cancer legislation in the local, state, and federal governments; and serve cancer patients and their families as they manage their cancer experience. |
| Mission | • To eliminate cancer as a major health problem by preventing cancer, saving lives, and diminishing suffering from cancer, through research, education, advocacy, and service. |
| | • Its international mission concentrates on capacity building in developing cancer societies and on collaboration with other cancer-related organizations throughout the world in carrying out shared strategic directions. |



Source: American Cancer Society; Mission

181

# The ACS aims to reduce cancer incidence and mortality, and improve the quality of life of people suffering from cancer

| | |
|---|---|
| **Key Objectives** | • Goals for the year 2015: Reducing cancer incidence and mortality and improving quality of life for people touched by cancer. |
| **Key Activities** | • The society's key activities include:<br>    ➢ Conducting research in cancer<br>    ➢ Educating the public about early detection and prevention of cancer<br>    ➢ Advocating for responsible cancer legislation in the local, state, and federal governments<br>    ➢ Serving cancer patients and their families as they manage their cancer experience. |
| **Geographic Presence** | • The ACS has a national presence.<br>• It has state divisions and more than 3,400 local offices in the US. |
| **Headquarters** | 250 Williams St., Ste. 600<br>Atlanta, GA 30303 |

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

| List of Key Partners/Sponsors |
|---|

- The ACS's goal is to build lasting relationships with major US companies by offering and implementing products and services that help employers meet their business goals while increasing mission and income returns to the Society. These business goals are a combination of sales, health and wellness, employee recruitment and retention, corporate 'good citizen,' philanthropy, and community involvement activities.
- The ACS recognized these community leaders and expressed sincere gratitude for their contributions by awarding each corporation listed below with the 2008 Corporate IMPACT Award during its annual meeting.
  - ➢ AstraZeneca
  - ➢ AT&T
  - ➢ dressbarn, inc.
  - ➢ HSBC - North America
  - ➢ International Business Machines Corporation (IBM)
  - ➢ Merrill Lynch
  - ➢ MetLife
  - ➢ Novartis Corporation
  - ➢ PartyLite Gifts, Inc.
  - ➢ Pfizer, Inc.
  - ➢ Sanofi-Aventis
  - ➢ The Longaberger Company
  - ➢ Wal-Mart Stores, Inc.,/Sam's Club
  - ➢ Walgreens
  - ➢ Wells Fargo



Source: Partners

# The ACS offers research grants to individuals interested in pursuing academic careers in primary care specialties

**Relationship with/Influence on Primary Care Physicians**

**The ACS Offers Research Grants such as the Cancer Control Career Development Awards for Primary Care Physicians**

- This program is intended to encourage and assist in the development of promising individuals who will pursue academic careers in primary care specialties with an emphasis on cancer control. Through the Cancer Control Career Development Award, the Society seeks to support primary care physicians in supervised programs that will develop the candidate's clinical and teaching expertise and his/her capacity to perform independent research in cancer control.

- It is anticipated that medical school faculty trained under these awards will promote cancer control activities and methodology to students and physicians in the academic setting, as well as those in private practice, and enhance the cancer control knowledge base through scholarly activity.

- Candidates must have a full-time faculty appointment and generally be no more than 10 years beyond training at the beginning of the award. Awards are for 3 years and for up to $100,000 per year. A maximum of $10,000 per year for the mentor (s) may be included in the budget.

**The ACS Conducted A Research Study Among Primary Care Physicians**

- In 2007, the ACS and Columbia University collaborated and conducted a study to assess the efficacy of an intervention, academic detailing, a brief, frequently repeated educational program, on increasing recommendations for colorectal cancer screening among primary care providers by comparison to a service-as-usual control.



Source: Award; Research Study; Grant Program

# The ACS is the largest source of private, non-profit cancer research funds in the US

**Key Message: The Society's research efforts are directed towards determining the causes of cancer and to support efforts to prevent and cure the disease.**

**Research Initiatives**

- The ACS is claimed to be the largest source of private, nonprofit cancer research funds in the US, second only to the federal government in total dollars spent.
- The research program focuses primarily on peer-reviewed projects initiated by beginning investigators working in leading medical and scientific institutions across the US.
- The program consists of three components: extramural grants, intramural epidemiology and surveillance research, and the intramural behavioral research center.
  - ➢ The extramural program supports investigator-initiated projects taking place in leading centers across the country, as well as training grants in selected health professions.
  - ➢ Intramural epidemiologic research at the Society publishes descriptive information about trends in cancer incidence, cancer mortality, cancer risk factors, and cancer patient care, and studies the causes and prevention of cancer in large prospective studies.
    - ✓ Since 1998, the department has collaborated with the National Cancer Institute (NCI) and the Centers for Disease Control and Prevention (CDC) -- including the National Center for Health Statistics - to produce the Report to the Nation on progress related to cancer prevention and control in the US.
    - ✓ Internationally, the department collaborates with the World Health Organization to publish tobacco control country profiles, plus a monograph on tobacco consumption, production, and trade in 197 countries. The department also analyzes patterns of cancer causation in large prospective studies.
  - ➢ Behavioral Research Center (BRC): The Center was established in 1995 to conduct original behavioral and psychosocial cancer research, provide consultation to other parts of the Society, and facilitate the transfer of behavioral and psychosocial research and theory to improve cancer control policies.

Source: Research; Research

Ideas and Concepts are Product related and are not usable as proof

# Its education programs are directed at educating the public about cancer risks, detection, and prevention

**Key Message: The ACS takes initiatives to educate the public about cancer management**

**Education Initiatives**

- The Society offers programs to help educate the public about cancer risks, early detection methods, and prevention. Educational efforts include: tobacco control; relationship between diet and physical activity and cancer; sun safety; and comprehensive school health education.
- The Society also focuses on a variety of early detection programs and encourages regular medical checkups and recommended cancer screenings.
- It seeks to provide the public and health care professionals with the latest cancer resources to help them make informed decisions. Through national conferences and workshops, a website (www.cancer.org), the National Cancer Information Center, workshops, multimedia, and print publications, the Society provides valuable information to deal with Cancer. The Society also has a toll-free information line.
- The ACS has a Press Room on its website which provides the society's press releases, including details about its most recent announcements and events.
- It also offers newsletters providing insightful information. These include:
  - ➢ New Connections an electronic newsletter, published every other month, designed to benefit anyone touched by cancer.
  - ➢ The IMPACT Newsletter recognizes and supports the efforts of corporations engaged with the Society. This newsletter is written from the employer's perspective using quotes and interviews to share insight into the decision making process when a company decides to work with the Society.
- The ACS website offers information, tools, resources on cancer pain as well as links to other websites that provide information on local cancer pain initiatives. These include:
  - ➢ **Pain Control: A Guide for People With Cancer and Their Families**: Includes information about pain control methods, medicines for cancer pain, and non-drug treatments for managing cancer pain.
  - ➢ **Pain Diary :** The ACS offers a pain diary on its website which includes a chart to where patients can rate their pain and keep a record of how well the medicine is working.
  - ➢ **The ACS News Center**: Provides information on cancer pain related issues.



Source: Education; Education; Newsletter; IMPACT; Cancer Pain

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The society supports patients by providing support and service programs**

**Patient Support and Services**
- The patient support activities cover a wide range of needs—from connecting patients with other survivors to providing a place to stay when treatment facilities are far from home.

**Key Message: The ACS's advocacy initiatives are directed at promoting beneficial policies, and regulations for those affected by cancer**

**Advocacy Initiatives**
- The Society has identified advocacy as one of its top corporate priorities and works nationwide to promote beneficial policies, laws, and regulations for those affected by cancer. Its advocacy efforts work in concert with its research, education, and service initiatives to strengthen the nation's laws, regulations, and programs in a way that will:
  - ➢ Increase federal funding for cancer research
  - ➢ Help more people benefit from advances in prevention, early detection, and treatment
  - ➢ Make it easier for patients to navigate the health care system
  - ➢ Improve the quality of life of cancer patients, survivors, and their families
- Its advocacy initiatives rely on the combined efforts of a community-based, grassroots network of cancer survivors and caregivers, ACS volunteers and staff, healthcare professionals, public health organizations, and other collaborative partners.
- The ACS has also established a sister issue advocacy organization, the American Cancer Society Cancer Action Network(SM) (ACS CAN) (www.acscan.org). The ACS CAN is dedicated to eliminating cancer as a major public health problem through voter education and issue campaigns aimed at influencing candidates and lawmakers to support laws and policies that will help people fight cancer.



Source: Patient Services and Advocacy;



# Southern California Cancer Pain Initiative (SCCPI)



# The SCCPI is a major force in the US in advocating for better pain relief for cancer patients

| | |
|---|---|
| **Overview** | • Founded in 1993, the Southern California Cancer Pain Initiative (SCCPI) is  a nonprofit  volunteer interdisciplinary organization made up of physicians,  nurses, pharmacists, social  workers and many other  professionals dedicated to the relief of cancer pain.<br>• The SCCPI works closely with other  professional and regulatory  agencies to remove barriers to optimum  pain relief. |
| **Mission** | • To promote optimum pain relief for all people with cancer |
| **Key Objectives** | • Increase knowledge of professionals about pain due to cancer<br>• Increase knowledge of patients/public about pain due to cancer<br>• Eliminate systems/regulatory barriers |
| **Key Activities** | • Provide pain education to professionals and the patients/public<br>• Conduct advocacy activities to eliminate systems/ regulatory barriers |
| **Number of Members And Key Target Audience** | • The SCCPI includes approximately 3,000 individual members and three active committees:<br>  ➢ Non-Malignant Pain Task Force to help promote awareness of long-term chronic pain sufferers.<br>  ➢ Professional Education to improve knowledge of healthcare professionals involved in cancer pain  management.<br>  ➢ Regulatory Affairs to identify and overcome regulatory barriers  in pain management. |
| **Geographic Presence** | • The central office is located in the Los Angeles region with additional regions located in San Diego, Inland Empire, Orange  and  Ventura Counties. |
| **Headquarters** | SCCPI<br>c/o City of Hope<br>1500 E. Duarte Road<br>Duarte, CA 91010 |

Source: SCCPI; SCCPI

# The Initiative has three types of members: SCCPI, Individual Sponsorship, and Corporate and Institution Sponsorship

Date: Transmitted: Tuesday, 13 March 2012 23:13:03 / Page 1 of 1 / Received: 3/13/12

| Membership Criteria |
|---|
| • **SCCPI Member:** Membership is free and includes a subscription to the newsletter and notification of SCCPI sponsored educational activities. |
| • **Individual Sponsorship**: Membership involves a donation of $25 or more.  Membership benefits include a subscription to the newsletter, notification of educational activities and a certificate noting SCCPI membership. |
| • **Corporate and Institution Sponsorship:** Membership involves a donation of $500—$1000 donation. Membership benefits include a subscription to the newsletter, Corporate or Institution name will be listed in 3 SCCPI newsletter editions under "Corporate Sponsors" and also on the SCCPI website, in addition to a certificate noting the SCCPI corporate membership. |

Source: Membership

# It offers its members access to the SCCPI newsletter, which includes articles on pain and pain education conferences

| Membership Benefits |
|---|
| • The SCCPI newsletter, which is published and mailed three times a year. |
|    ➤ It includes articles related to pain, pain education conferences and special events, and regulatory and legislative updates |
| • The SCCPI Awards Gala which honors individuals and groups who have contributed substantially to cancer pain relief |
| • The Equianalgesic Pocket Card - a quick reference aid for pain management. |
| • Access to the SCCPI website at http://sccpi.coh.org |

# Key Partners/Sponsors

| Corporate Partners/Sponsors |
| --- |
| • Peter White, MD<br>• Pain Management Medical Corporation<br>• Pomona, CA |

| Institutional Partners/Sponsors |
| --- |
| • USC/Norris Cancer Hospital  |

Source: Sponsors

# The SCCPI comprises physicians, nurses, pharmacists, and other professionals dedicated to relieving cancer pain

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians**

> **The SCCPI includes Physicians As its Members and it Also Participates in Various Conferences Targeted at Them**
> - The SCCPI, a nonprofit volunteer organization, is made up of physicians, nurses, pharmacists, social workers and many other professionals dedicated to the relief of cancer pain.
>   - ➢ The SCCPI and City of Hope were the co-sponsors of the May 2008, Women in Pain: Gender Matters, a conference at the City of Hope Medical Center, in the US.
>     - ✓ The conference focused on the gender inequalities in the treatment and research of pain.
>     - ✓ The conference was targeted at physicians, nurses, pharmacists, social workers, lawmakers, women in pain and many others dedicated to the awareness of chronic pain issues affecting women.



# The SCCPI works to improve the knowledge of healthcare professionals involved in cancer pain management

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The SCCPI  focuses on increasing pain education among professionals**

**Education Initiatives**
- In medical and nursing schools and organizations with social workers, the SSCPI is taking  these initiatives:
  - Collaboration with Boards of Medicine and Nursing
  - Inclusion of medical and nursing faculty in SCCPI education programs
  - Communication with medical educators and other curriculum deans for dialogue, planning and follow-up to the laws requiring pain management and End of Life (EOL) education
- For pain management and End of Life (EOL) education:
  - runs the annual PRN course (since 1993)
  - co-sponsors the EPEC course and other courses scheduled in Southern California
  - sponsored the  Women in Pain Conference in 2008
- To develop other educational strategies other than conferences:
  - distributed 3,500 pocket cards in 2008
  - publishes and distributes the thrice-a-year SCCPI newsletter (with articles on cancer pain, survivorship, culture,  end-of-life care, pediatrics, and regulatory)
- To assist/collaborate in the formation of the Northern California Pain Initiative (NCPI):
  - Selects board members to participate in NCPI conference calls
  - SCCPI Director attended 2005-2008 NCPI strategic planning meetings
- To recognize professionals:
  - organized the SCCPI Gala in November 2008
  - Recognizes professionals in SCCPI newsletter and on website



Source: SCCPI

194

# The SCCPI also works to improve the knowledge of patients about cancer pain

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The SCCPI focuses on increasing the knowledge of patients/public**

**Education Initiatives**

- For a media campaign focused on demystifying use of opioids and other misconceptions the SCCPI is:
  - ➢ providing news releases about SCCPI Gala and Awardees' accomplishments
  - ➢ publications by SCCPI Board members
  - ➢ publishing a collaborative press release with NCPI on cancer pain management (2004-2008)
- To educate patients and the public through its website, the SCCPI:
  - ➢ updated its website with greater content with PDF access to newsletter, and increased links to various organizations.
- To more effectively disseminate existing patient education materials and develop new materials:
  - ➢ Holds patient public education conference through ACS CAR grant
  - ➢ Attends multiple End-of-Life Nursing Education Consortium (ELNEC) courses, EPEC (Education in Palliative and End-of-life Care), and Pain Resource Nurse (PRN) training course 2004-2008
  - ➢ Disseminates pain materials in conjunction with City of Hope Pain/Palliative Resource Center
  - ➢ Provides Link to City of Hope Pain/Palliative Resource Center on the SCCPI website
- To more aggressively disseminate and develop culturally sensitive materials:
  - ➢ Created a Hispanic brochure through ACS CAR grant now disseminated in the US through ACS
  - ➢ Had a special section in SCCPI newsletter that focused on Sickle Cell disease 2005
- The SCCPI has affiliations with pain management and end-of-life groups and organizations such as:
  - ➢ Alliance of State Pain Initiatives (ASPI)
  - ➢ American Cancer Society (ACS) member on SCCPI Board
  - ➢ Oncology Nurses Society (ONS) members on SCCPI Board
  - ➢ California Hospice Association members on SCCPI Board
  - ➢ SCCPI added American Society of Pain Management Nurses (ASPMN) as an affiliate organization in 2007



Source: SCCPI

# It works with regulatory agencies to remove barriers to optimum pain relief

**Key Message: The SCCPI  focuses on eliminating systems/regulatory barriers**

- To develop a community outreach program which will incorporate the patient's voice into SCCPI's mission and future activities:
  - ➢  A sub-committee was developed to explore the patient's perspective of SCCPI
  - ➢ Invited patient's from various backgrounds, ages, and ethnicities to participate in focus group
- To identify organizations than can work with SCCPI in eliminating regulatory barriers:
  - ➢ SCCPI leads a large group on proposed legislation each year & consistently establishes new contacts
  - ➢ SCCPI serves as a resource for legislators on various topics related to cancer pain management
  - ➢ SCCPI disseminates educational materials and information on regulatory barriers
  - ➢ Fortifies relationships with legislators and regulators
- To monitor and advocate for changes in regulatory barriers to pain management:
  - ➢ SCCPI supported POLST (Physician Orders for Life-Sustaining Treatment) legislation in 2008
  - ➢ The Board approved endorsing the National Pain Care Policy Act of 2007. There was an article in the SCCPI July 2007 newsletter.
  - ➢ Information on HR1020, reimbursement on pain and palliative care research, was in the November 2006 SCCPI newsletter

Source: SCCPI



# Association for Repetitive Motion Syndromes



# The ARMS supports at-risk workers or workers injured by repetitive motion syndromes

Case 2:02-cv-02405-DWA Document 256 Filed 10/14/05 Page 199 of 279 PageID #: 385360

| | |
|---|---|
| **Overview** | • Founded in 1990, the Association for Repetitive Motion Syndromes (ARMS) is a not-for-profit organization committed to assisting workers at-risk or injured by repetitive motion syndromes.<br>  ➢ The term "repetitive motion syndromes" refers to a group of injuries that result from performing the same physical motion over and over again.<br>• It operates solely through the efforts of volunteers and without paid staff. Funding is provided through memberships, individual and corporate contributions, and paid advertising in the association's newsletter.<br>• The Association has received national coverage from such publications as Time Magazine and the Congressional Quarterly Researcher and is the only international Repetitive Strain Disorders (RSI) resource listed in Dr. Koop's Self-Help Advisor, written by the former Surgeon General of the US. |
| **Key Activities** | • Services available through ARMS include:<br>  ➢ Comprehensive quarterly newsletter with current information on such topics as medical research, treatment alternatives, insurance and legal issues, and ergonomic concerns.<br>  ➢ Information packets on a wide variety of topics, including specific injuries, ergonomics, medical treatments, and legal assistance.<br>  ➢ Assistance and advice in the formation of regional support groups for those affected by repetitive motion syndromes and referral to local resources.<br>  ➢ Access to ARMS' comprehensive collection of articles and studies catalogued by periodical, type of injury, profession, and location.<br>  ➢ Sponsorship of support meetings and presentations, including seminars. |
| **Key Target Audience** | • The ARMS provides assistance to employers, workers compensation specialists, and healthcare professionals. |
| **Geographic Presence** | • The Association provides assistance in the US and abroad through the internet, by telephone, and through written information packets. |
| **Headquarters** | P.O. Box 471973<br>Aurora, CO 80047-1973 |

Source: ARMS; Founded



# Reflex Sympathetic Dystrophy Syndrome Association



# The RSDSA aims to create awareness about the Complex Regional Pain Syndrome

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| | |
|---|---|
| **Overview** | • The Reflex Sympathetic Dystrophy Syndrome Association (RSDSA) was founded in 1984 to promote public and professional awareness of Reflex Sympathetic Dystrophy Syndrome (RSD or RSDS), also known as Complex Regional Pain Syndrome (CRPS).<br>• The RSDSA is affiliated with the following organizations:<br>    ➢ Partners for Understanding Pain<br>    ➢ National Organization for Rare Disorders (NORD)<br>• The association's sponsors represent a very diverse group and include pharmaceutical and medical device companies, insurance companies, representatives from the printing and production industries, and private citizens. Two of the association's sponsors are ***Medtronic and RR Donnelley.*** |
| **Mission** | • To promote public and professional awareness of CRPS and to educate those afflicted with the syndrome, their families, friends, insurance and healthcare providers on the disabling pain it causes. The association encourages individuals with CRPS to offer each other emotional support within affiliate groups.<br>• It is also committed to raising funds for research into the cause and cure of CRPS. |
| **Key Objectives** | • The association's key goals are education, awareness, and research. |
| **Number of Members And Key Target Audience** | • The association has more than 7,000 members, (731, or 10%, receive free membership).<br>• Its members include patients, family and friends, healthcare professionals, attorneys, and businesspeople who understand the effects of CRPS.<br>• In 2007, the association's electronic alert list had more than 4,000 participants, and its website continues to host more than 30,000 unique visitors each month. |
| **Geographic Presence** | • The Association has presence in the US. |
| **Headquarters** | P.O. Box 502<br>Milford, CT 06460 |

Source: <u>Association</u>; <u>Sponsors</u>

Case 1:19-cv-03285-WFK-PK Document 84-1 Filed 08/14/2019 PageID #: 385363

| Membership Benefits |
|---|
| • RSDSA Review, a quarterly newsletter, provides up-to-date information on treatment, research, legislation and legal issues. |
| • RSDSA Review Digest, compendium of research and treatment articles from 2006 to 2008 |
| • Pen Pal Service, a patient support program exclusively for RSDSA members |
| • Referral Service to physicians and other services |
| • Special mailings announcing timely news about discounts on RSDSA literature and conferences |

Source: Membership Benefits

# Key Partners/Sponsors

- The RSDSA published a new edition of CRPS guidelines titled Complex Regional Pain Syndrome: Treatment Guidelines.
- The guidelines have been written for a professional audience and the funding was provided by grants from the following organizations:
    - ➢ National Organization of Rare Disorders
    - ➢ Purdue Pharma L.P.
    - ➢ The Celgene Corporation
    - ➢ The Medtronic Foundation
- On March 28, 2009, the RSDSA is organizing an all-day live course on New Perspectives on CRPS Research, Diagnosis, Treatment.
- The target audience for the all-day course are Clinicians on the front line of diagnosing the syndrome, such as anesthesiologists, neurologists, primary care physicians, neurologists, internists, nurse practitioners, and other healthcare professionals.
- The course activity is sponsored by educational grants from:
    - ➢ Celgene
    - ➢ Endo Pharmaceuticals
    - ➢ Medtronic, Inc.
    - ➢ Medtronic Foundation
    - ➢ Nippon Zoki
    - ➢ Advanced Bionics, a Boston Scientific Company



Source: CRPS Treatment Guidelines, RSDSA Conference

202

# It provides members with a referral service to physicians and links to websites targeted at them

Case 1:19-cv-02184-TNM   Document 104-4   Filed 09/24/21   Page 204 of 279.   PageID #: 385365

**Relationship with/Influence on Primary Care Physicians**

**RSDSA Provides Several Resources on its Website that Provide Information on Physicians**
- RSDSA members are provided with a referral service to physicians.
- The RSDSA committee that assesses research proposals for grants is composed of physicians, researchers, and clinicians that evaluate each grant proposal.
- The RSDSA website also provides to its patients links to other websites with a database of physicians.
- Its website also provides links to websites that are targeted at physicians. These include:
  - ➢ The National Foundation for the Treatment of Pain provides support for people suffering from intractable pain, their families, friends, and the physicians who treat them.
  - ➢ The American Academy of Physical Medical and Rehabilitation is the national medical society representing more than 7,500 physicians who are specialists in the field of physical medicine and rehabilitation (PM&R).
  - ➢ The American Academy of Pain Management (AAPM) is a multidisciplinary pain society and a physician-based pain society in the US.

**The RSDSA Allows its Collaterals to be Placed in Physicians Offices Under the 'That's the Spirit' Campaign**
- That's the Spirit Campaign: Under this campaign, the association allows students of the Ball Satte University in the US, to take copies of RSDSA materials, such as the newsletter, brochures, to their physician's office or medical center.

Source: Physician

# Through awareness, education, and advocacy initiatives, the RSDSA promotes public and professional awareness of CRPS

**Key Message: The Association promotes public and professional awareness of CRPS and educates those afflicted with the syndrome, their families, friends, insurance and healthcare providers on the pain it causes**

**Awareness and Education Initiatives**

- The RSDSA Review, a quarterly newsletter contains interviews with healthcare professionals, patients, and other influential individuals.
- The website houses treatment guidelines, educational brochures, videos or PowerPoint presentations from past international Conferences, scientific articles on the diagnosis, treatment, and management of CRPS that have appeared in its quarterly newsletter or in peer reviewed journals, and links to other professional and consumer sites.
  - ➢ The RSDSA website also offers Physical and Occupational Therapy publications and articles.
  - ➢ The 'In Pain, Out of Work, and Can't Pay the Bills' directory on the RSDSA website offers advice to those who suffer financial hardship as a result of their pain.
  - ➢ Medifocus Guide to Reflex Sympathetic Dystrophy Syndrome on the RSDSA website is a resource guide for a person with CRPS. Each guide has current and relevant CRPS research organized into categories for easy reading.
  - ➢ The website also provides Complex Regional Pain Syndrome: Treatment Guidelines for professionals.
  - ➢ The website also provides information on the diagnosis and treatment of Complex Regional Pain Syndrome.
  - ➢ The website also offers brochures with an array of patient stories.
- The website's events section provides details of upcoming events that the RSDSA hosts or participates in. It also provides access to a database of support groups that are present throughout the US.
- The website's Patient Resources section, provides links to websites that promote awareness, education, and communication of CRPS and other pain conditions. It also provides links to brochures, books, websites that provide a database of physicians, information on insurance, advocacy as well as awareness activities of the association.
- The 'Ways to give' section of the website provides information on ways in which people can donate which allows RSDSA to maintain its website, and produce educational materials for people with CRPS and the healthcare community.



Source: Publications; Annual Report; Events; Guidelines; Donations

**Key Message: The Association is committed to research into the cause and cure of CRPS**

**Research Initiatives**

- The RSDSA is committed to encouraging research into the cause and cure of CRPS.
  - ➢ Since 1992, RSDSA has funded $1,255,740 in fellowships and grants.
  - ➢ In 2008, it funded $65,896 in grants.
- The research section of the RSDSA website provides information on research studies conducted by RSDSA, evidence reports, clinical research studies, and clinical trials that are currently recruiting patients.



# American Society of Anesthesiologists





# The American Society of Anesthesiologists advocates for all patients who require anesthesia or relief from pain

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • Founded in 1905, the American Society of Anesthesiologists (ASA) is an educational, research and scientific association of physicians organized to raise and maintain the standards of the medical practice of anesthesiology and improve the care of the patient.<br>• The Society advocates for all patients who require anesthesia or relief from pain. |
|---|---|
| Mission | • The ASA is dedicated to elevating the standards of the specialty by fostering and encouraging education, research and scientific progress in anesthesiology.<br>• The Division of Scientific Affairs has been designated the major continuing educational component of the Society and the Committee on Professional Education Oversight has overall responsibility for programs. The mission is to ensure that the educational offerings of the Society provide continuing medical education for anesthesiologists, pertinent to the practice of anesthesiology in all of its diverse aspects, including, but not limited to:<br>  ➢ The assessment and preparation of patients for anesthesia<br>  ➢ The management of procedures for rendering a patient insensible to pain and emotional stress during surgical, obstetrical, therapeutic and diagnostic procedures<br>  ➢ The support of life functions during the perioperative period<br>  ➢ The management of critically ill patients<br>  ➢ The management of problems in acute, chronic and cancer-related pain<br>  ➢ The management of cardiac and pulmonary resuscitation<br>  ➢ The evaluation of respiratory function and application of specific methods in respiratory care<br>  ➢ The conduct of clinical, translational and basic science research<br>  ➢ The supervision, teaching and evaluation of performance of personnel involved in perioperative care<br>  ➢ The administration of health care facilities and organizations |

Source: Mission; ASA

# The ASA's key objective is to raise and maintain the standards of the medical practice of anesthesiology

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Key Activities | • Education<br>• Research<br>• Advocacy |
|---|---|
| Key Objectives | • To raise and maintain the standards of the medical practice of anesthesiology and improve the care of the patient. |
| Number of Members And Key Target Audience | • The ASA is a national association.<br>• It has approximately 43,000 members from around the world engaged or especially interested in the medical specialty of anesthesiology. More than 90% of all practicing anesthesiologists in the US belong to ASA.<br>• Members of the ASA are Doctors of Medicine or Osteopathy who are licensed practitioners and have successfully completed a training program in anesthesiology approved by the Accreditation Council for Graduate Medical Education (ACGME) or the American Osteopathic Association (AOA). |
| Geographic Presence | • ASA has a national presence. |
| Headquarters | 520 N. Northwest Highway<br>Park Ridge, IL 60068-2573 |

Source: ASA

# Its membership types are: Active, Retired, Affiliate, Resident, Medical Student, Educational, and Educational Student

| Membership Criteria |
| --- |
| • **Active:** Anesthesiologists practicing in the US. |

- **Active:** Anesthesiologists practicing in the US.
- **Retired:** Active and/or Affiliate members who qualify for retired status according to ASA's bylaws.
- **Affiliate:**
  - ➤ Anesthesiologist residing outside the US
  - ➤ Anesthesiologists in service of US Government, including V.A.
  - ➤ Research scientist interested in anesthesiology
  - ➤ Physician not in clinical practice of anesthesiology
- **Resident:** Physician in full-time training in anesthesiology residency in the US
- **Medical Student:** Individual in full-time training in a US medical school
- **Educational:**
  - ➤ Anesthesiologist assistants (AA)
  - ➤ Certified Registered Nurse Anesthetist's (CRNAs)
- **Educational Student:**
  - ➤ AA Students
  - ➤ CRNA Students

# The ASA offers its members subscription to its newsletter and its peer-reviewed journal, Anesthesiology

Case 1: Professional Association of 250 Physician 0804-its membership ID #: 385872

| Membership Benefits |
|---|
| • Subscription to ASA's peer-reviewed journal, Anesthesiology (monthly) |
| • Access to the ASA Directory of Members (online) |
| • Subscription to ASA Newsletter (monthly) |
| • Online searchable Calendars for Meetings |
| • Free registration for the ASA Annual Meeting (45 CME hours) |
| • Annual updates on ASA Standards, Guidelines and Statements (online) |
| • Representation and updates on federal and state legislative and regulatory issues |
| • Development of state-of-the-art practice parameters |
| • Physician booklets and practice management materials |
| • Patient education support |
| • Services and literature searches by the Wood Library-Museum |

Source: Member Benefits

# ASA members are provided with information and counsel services for the ASA Annual Meeting

Case 1:16-cr-00154-RBW Document 311-3 Filed 05/01/19 Page 212 of 279. PageID #: 385873

| Member Services |
|---|
| • **ABA-ASA In-Training Examination:** Jointly sponsored by the American Board of Anesthesiology and the American Society of Anesthesiologists, the In-Training Examination is available to physician-trainees in approved anesthesiology residency programs. It also serves as the entry examination to the certification system of the American Board of Anesthesiology. |
| • **ASA Scientific Meetings:** The major portion of the ASA Annual Meeting is devoted to exhibits and scientific meetings. These include the annual Refresher Course Lectures and scientific papers by eminent anesthesiologists and guest lecturers. ASA Workshops and Seminars are also scheduled in various locations. |
| • **Information and Counsel:** The Executive Office acts as a clearing-house for members who want answers to specific questions and advice on professional matters. Approximately 70 committees are readily available to supply needed information and advice. |
| • **Liaison with Medical and Non-medical Organizations:** This is maintained, through the Society's committees, with other specialty organizations, the American Medical Association and other organizations. |
| • **Medem's Your Practice On-Line:** ASA provides its members with,' Your Practice Online'. This service allows members to build customized practice Web sites with clinical content from leading medical societies and the ASA. |
| • **National Library and Museum:** The Wood Library-Museum of Anesthesiology, serves not only the medical profession but historians and interested members of the lay public. The principal library collection includes approximately 9,000 books on anesthesiology and biomedical sciences relating to the specialty. Among the many services offered to members are:<br>  ➢ Lending of books (except rare items).<br>  ➢ General reference services.<br>  ➢ Photocopying service on reference material at the library available at nominal cost.<br>  ➢ Publishing of classical works pertaining to the history of anesthesia. |

Source: Member Services

# Key Partners/Sponsors

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

## Corporate Partners/Sponsors

Following were the sponsors of the 2007 Annual Meeting, held in San Francisco, California, to provide anesthesiologists with information on the latest developments in anesthesiology and other related medical fields.

- Achi Corporation
- Adolor Corporation/GSK
- ANS
- Arrow International
- Aspect Medical System
- Augustine Biomedical and Design
- B. Braun Medical
- Baxter Pharmaceutical Products, Inc.
- Boston Scientific
- Cardinal
- Cephalon, Inc.
- Cincinnati Sub-Zero Products
- Clarus Medical
- CompOne Services, LTD
- Conmed Corporation
- Cook Critical Care
- Coridien
- Cosman
- Covidien
- Datascope Corp.
- Draeger Medical, Inc.

- EKR Therapeutics, Inc.
- Engineered Medical Systems
- GE Healthcare
- Helio Medical
- Hospira
- iMDsoft
- IngMar Medical, Ltd.
- JoyOther Medical
- JV Park
- Karl Storz Endoscopy
- King Systems
- Laerdal
- LLC
- LMA
- Masimo Corp.
- Medtronic
- Merit Medical • MicroVision Medical
- Mobile Anesthesiologists
- Neuromodulation
- Ohmeda-GE Healthcare
- Olympus

- Pajunk Medical Systems
- Philips Medical Systems, Inc.
- Saudi Aramco
- Somanetics
- Somnia
- Sonosite
- St. Jude Medical
- Stryker
- Tensys Medical, Inc.
- U.S. Army Recruiting Command
- Verathon
- Vitaid
- Wellan Medical
- Zonare

Source: Sponsors

# The ASA provides educational information targeted at its physician members

Downloaded from journals.lww.com/anesthesiology by 1ABQEedr7a PlQs ID #: 385875

**Relationship with/Influence on Primary Care Physicians**

- The ASA members include physicians.
- The Society offers information targeted at physicians such as articles in its newsletter, physician booklets and practice management materials.
- Its website also lists some organizations that offer research grants, for physicians who are in need of funding.

# The ASA conducts several educational activities for professionals and the public

Case 1:17-md-02801-DAP Doc #: 364 Filed 08/24/18 215 of 279. PageID #: 38576

**Key Message: The ASA focuses on fostering and encouraging education in anesthesiology**

**Education Initiatives**

- Through the ASA's Committee on Patient Safety and Risk Management, the Society provides education, training, applications of current and developing technologies and the acquisition of new knowledge about the causes and prevention of mishaps. The Society has developed a series of videotapes which provide important information on current trends in patient safety techniques.
- The ASA provides its members, standards, guidelines, statements and practice parameters that are based on scientific evidence.
- The ASA sponsors an annual educational program for anesthesiologists, the five-day Annual Meeting, to provide anesthesiologists with information on the newest developments in anesthesiology and other related medical fields.
- The ASA also offers formal refresher courses of continuing education for the practicing anesthesiologist at the Annual Meeting and in regional courses throughout the year.
- The ASA website provides information and resources for patient education.
- The ASA was the first medical organization to create a foundation to focus on patient safety -- the Anesthesia Patient Safety Foundation, founded in 1985. The objective was to raise the levels of consciousness and knowledge of patient safety issues.
- Its press room on its website, provides stories about surgical anesthesia, pain management, simulation, critical care, transplantation, and many other areas of medicine.
- The Society's website also provides a wide variety of materials related to managing an anesthesiology practice, including information as to reimbursement for anesthesiology services in both the public and private insurance sectors.
- ASA's website provides a list of publications that can be purchased and also provides links to other related organizations.
- Its website serves as a starting point for access to information on ASA's Resident Component, Medical Student Delegation and information about career opportunities in anesthesiology.
  - ➢ The ASA's Resident Component website has up-to-date information on what residents are doing, what opportunities are available in the ASA, and links to other anesthesiology.



Source: <u>Patient Safety Activities</u>; <u>Education</u>; <u>Patient Education</u>; <u>Press Room</u>; <u>Practice Management</u>; <u>Residents And Medical Students</u>

# The ASA's website lists organizations that offer research grants and also highlights ongoing scientific investigations

Downloaded by: Derr.LD | zack on silz 08/2018/2018-11 research Page ID #: 385877

**Key Message: The ASA focuses on fostering and encouraging research and scientific progress**

**Research and Scientific Initiatives**
- Advancement of research is a critical part of the ASA's mission. Its website lists some of the many organizations that offer research grants, and also highlights ongoing scientific investigations.

**Key Message: The Society monitors and engages in advocacy with respect to federal and state legislative and regulatory activities affecting the practice of medicine**

**Advocacy Initiatives**
- The ASA's Office of Governmental and Legal Affairs is located in Washington, D.C.
  - ➤ It monitors and engages in advocacy with respect to federal and state legislative and regulatory activities affecting the practice of medicine by the Society's members.
  - ➤ It is also responsible for providing Practice Management assistance and advice for the membership, principally with respect to the Medicare program but also with respect to all "business" aspects of the delivery of anesthesia care.
- The American Society of Anesthesiologists Political Action Committee (ASAPAC), a separate segregated fund of the Society, is also administered in the Washington Office, as are the Society's internal legal affairs and maintenance of relations with outside legal counsel.
  - ✓ Materials related to federal and state legislation and regulations can be found on the ASA website
  - ✓ Regulatory materials related to Medicare reimbursement can be found on the Practice Management site.

Source: Research; ASA



SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

# American Society of Addiction Medicine



# The American Society of Addiction Medicine is a professional organization for physicians treating addiction

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| | |
|---|---|
| **Overview** | • The American Society of Addiction Medicine (ASAM) is a professional organization for physicians who specialize in the treatment of addiction.<br>• Its aims to improve the care and treatment of people with addiction and advance the practice of Addiction Medicine. |
| **Vision** | • To be the medical association recognized by all parties as the primary organization assuring that optimal treatment is available to and provided for all patients with the disease of addiction. |
| **Mission** | • Increase access to and improve the quality of addiction treatment, and support research and prevention<br>• To educate physicians (including medical and osteopathic students), other health care providers and the public<br>• To promote the appropriate role of the physician in the care of patients with addiction<br>• To establish addiction medicine as a specialty recognized by professional organizations, governments, physicians, purchasers and consumers of healthcare services, and the general public. |
| **Key Objectives** | • **Definition and Recognition of Addiction Medicine:** ASAM will define the basic and clinical science of Addiction Medicine and the scope of its practice. It will also increase access to effective treatment.<br>• **Medical Education:** Addiction Medicine specialists and other physicians and physician trainees will be educated about the identification, diagnosis, treatment, and prevention of addictive disorders.<br>• **Policy and Communication:** ASAM and its members will promote greater awareness and wider understanding of the prevention, recognition and treatment of, and research on addiction and its complications, as well greater awareness and wider understanding of the role of Addiction Medicine.<br>• **Membership:** The ASAM will be a strong, unified national medical specialty society that can easily mobilize its members in the pursuit of its mission and goals, both nationally and locally.<br>• **Management and Finance:** The ASAM will maintain effective governance and fiscal management.<br>    ➢ Strategic Priority: Develop the capacity to assertively advocate for the interests of its patients, members and the field of addiction medicine.<br>    ➢ Strategic Challenge: Focus the energy of ASAM as an organization to partner with state and national legislators to advocate for effective public relations campaigns, policy and social change. |

# Its target audience includes physicians, other healthcare providers, and the public

American Society of Addiction Medicine | Client ID #: 385480

| | |
|---|---|
| **Key Activities** | • Education<br>• Advocacy<br>• Providing resources to physicians to make clinical decisions |
| **Number of Members And Key Target Audience** | • Its target audience includes physicians (including medical and osteopathic students), other healthcare providers and the public. |
| **Geographic Presence** | • The society has presence in the US. |
| **Headquarters** | 4601 N. Park Avenue<br>Upper Arcade #101<br>Chevy Chase, MD 20815 |

# Its members are classified as Regular, Retired, Med Student, International, Resident, and Early Career Physicians

| Membership Criteria |
|---|
| • **Regular:** Licensed to practice allopathic or osteopathic medicine in the US. |
| • **Retired:** Completely retired from the practice of medicine or osteopathy. |
| • **Med Student:** Enrolled and in good standing in formally accredited allopathic or osteopathic medical schools. |
| • **International:** Reside or work outside the US or its territories; must maintain valid medical licenses in their country or province. |
| • **Resident:** Interns, residents, or fellows serving in an approved hospital or fellowship program. Must have a valid license in localities where required or an equivalent certifying document. |
| • **Early Career Physicians (ECP):** Physicians in their first two years after completing an accredited Residency or Fellowship program OR is in the first two years of practicing addiction medicine on a full-time basis. |

# The ASAM provides its members with discounts on publications and courses, and free access to ASAM News

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Benefits |
|---|
| • Receive discounts on ASAM publications, conferences, and courses. |
| • Advocacy for comprehensive benefits for the treatment of addictive disorders, at full parity with benefits for the treatment of other medical disorders. |
| • Discount on Revised Patient Placement Criteria (ASAM PPC-2R) National Guidelines |
| • Involvement in a professional society actively seeking to define and expand the field of addiction medicine. |
| • Save Money – Through Medem's Your Practice Online physician web site service, members can build a customized web site with no start-up, hosting or maintenance fees. |
| • FREE ASAM News (bimonthly), Journal of Addictive Diseases (quarterly), ASAM's Annual Membership Directory |
| • Exert influence on managed care's approach to addictions treatment through development of joint policy statements, use of the ASAM PPC-2R, and member involvement in managed care organizations and policies. |
| • Access to a network of leading experts in the field; meet friends, colleagues, mentors, role models, admired experts, and more in ASAM. |
| • Healthcare Professional and Accrediting Organization Representation in the AMA, AOA, JCAHO, NCQA, to name a few. |
| • Opportunity to develop treatment guidelines and protocols and to foster clinical research |
| • Chance to apply for ASAM's MasterCard Credit Card through MBNA America |
| • Members can list their professional areas of interest on ASAM's website for possible referrals |
| • Access tools to advocate for more effective national and state drug policies |
| • Formulate and execute the Society's policies and programs, through service in elective office, in Chapters, on committees, and to serve on future focus groups to determine members' needs and what members, non-members, and former members want from ASAM. |
| • Save Money and Receive up to 21 CME Credits – attend ASAM's 35th Annual Medical-Scientific Conference in Washington DC. |



Source: Membership Benefits

220

Case 4:20-cv-00449-ACA Document 391-59 Filed 04/19/23 Page 1 of 1 PageID #: 385863

**Relationship with/Influence on Primary Care Physicians**

**The ASAM Website Provides a Family Practice Bulletin Board**
- Over 500 ASAM members are family physicians.
- The ASAM website provides a family practice bulletin board that is accessible to any family physician, including those who are not currently members of ASAM.
  - ➢ The purpose is to present news applicable to addiction and family medicine, including American Academy of Family Physicians (AAFP), and Society of Teachers of Family Medicine (STFM).
- ASAM plans to have on its website a section on News, STFM, and Educational Courses for Family Physicians.

Source: Physician

Case: 17-2508, Document 23-34, Filed: 06/19/2019, PageID #: 385384

**Key Message: ASAM focuses on educating physicians, other healthcare providers, and the public on Addiction Medicine**

**Education Initiatives**

- The ASAM conducts CME programs such as the Annual Medical Scientific Conference, State-of-the-Art in Addiction Medicine, Review Course in Addiction Medicine, Medical Review Officer (MRO) Training Course, Buprenorphine Training, Tobacco Treatment Training and Alcohol Dependence Training.
- It also conducts online continuing medical education programs. These include Buprenorphine and office-based treatment of opioid dependence and tobacco treatment training.
- The ASAM certificate is recognized throughout the world as signifying excellence in the practice of Addiction Medicine.
  - ➢ It demonstrates that a doctor has met vigorous standards through intensive study, assessment, and evaluation.
  - ➢ Certification is designed to assure the public that a medical specialist has successfully completed an approved educational program and an evaluation, including a secure examination designed to assess the knowledge, experience, and skills requisite to the provision of high-quality patient care.
  - ➢ Recertification for an ASAM Certified Physician is required every 10 years. Recertification process can assess how a physician is evolving his or her knowledge and skills after the initial certificate is awarded.
- It offers ASAM news that provides information on meetings of the ASAM Board of Directors and Committees. It also offers various publications that can also be purchased online including:
  - ➢ Principles of Addiction Medicine which provides a comprehensive overview of the diagnosis and treatment of addictive disorders, as well as the management of co-occurring medical and psychiatric conditions.
  - ➢ Journal of Addiction Medicine: The Journal is published quarterly and provided free to ASAM members.
- ASAM also offers links to other websites providing information on Addiction Medicine and pain in addiction medicine.



Source: Education Initiatives; Certification; Recertification

Case 1:17-cv-02459-GLR Document 168-21 Filed 09/28/21 Page 2 of 279. PageID #: 385385

# It is committed to establish addiction medicine as a specialty and improve the quality of treatment

**Key Message: The ASAM is committed to establish addiction medicine as a specialty recognized by professional organizations, governments, physicians, consumers of healthcare services, and the general public.**

**Advocacy Initiatives**
- The ASAM relies heavily on its grassroots advocacy network to advance addiction prevention, treatment, and recovery policies with the US state and federal legislatures.
  - ➢ ASAM organizes annual "lobby days" in Washington, DC, issues ASAM Action Alerts that activate immediate grassroots action regarding a particular policy, produces a monthly Advocacy Newsletter that keeps ASAM members apprised of the various legislative issues it is supporting, and maintains a website that provides detailed and timely policy and special event information as well as an "advocacy toolkit" to facilitate its members' grassroots efforts.
  - ➢ ASAM also organizes Capitol Hill policy briefings in an effort to educate Congress about the health, economic, and legal benefits of implementing pro-addiction treatment policies. In order to amplify its efforts, the ASAM routinely works within mental health and addiction coalitions that represent a broad spectrum of public and private mental health and addiction issues.
- The ASAM website also provides links to various advocacy and government relation websites.

**Key Message: The Society is devoted to promoting the appropriate role of the physician in the care of patients with addiction**

**Initiatives to Promote High Quality Clinical Care**
- The ASAM Practice Guidelines are intended to assist physicians in making clinical decisions.
  - ➢ The ultimate judgment regarding any specific treatment must be made by the physician with consideration of the pertinent scientific and patient information, and in light of the diagnostic and treatment options available.



Source: Practice; Advocacy; Newsletter



# American Academy of Family Physicians



# The American Academy of Family Physicians focuses on the promotion of family medicine

| Overview | • The American Academy of Family Physicians (AAFP), founded in 1947, to preserve and promote the science and art of family medicine and ensure high-quality, cost-effective healthcare for patients of all ages.<br>• The Congress of Delegates of the AAFP passed a resolution to establish the AAFP Foundation as "an educational and research foundation for the support of research on medical economic aspects of general practice" in 1958. |
|---|---|
| Values | The AAFP and its members are committed to care that is:<br>• Equitable for all people<br>• Centered on the whole person within the context of family and community<br>• Based on science, technology, and best available evidence<br>• Supported by lifelong professional learning<br>• Grounded in respect and compassion for the individual. |
| Vision | • To transform healthcare to achieve optimal health for everyone. |
| Mission | • To improve the health of patients, families, and communities by serving the needs of members with professionalism and creativity. |
| Key Activities | • Advocacy<br>• Practice Enhancement<br>• Education<br>• Public Health |
| Number of Members And Key Target Audience | • The Academy represents more than 94,000 family physicians, family medicine residents, and medical students nationwide. |

# It promotes high-quality standards for family doctors who provide comprehensive healthcare to the public

Assessment - AAFP - AAFP branches for family doctors PDF #: 385688

| Key Objectives | • To provide responsible advocacy for and education of patients and the public in all health-related matters<br>• To preserve and promote quality and cost-effective health care<br>• To promote the science and art of family medicine and to ensure an optimal supply of well-trained family physicians<br>• To preserve the right of family physicians to engage in medical and surgical procedures for which they are qualified by training and experience<br>• To provide advocacy, representation and leadership for the specialty of family medicine<br>• To maintain and provide an organization with high standards to fulfill the above purposes and to represent the needs of its members.<br>• To promote and maintain high standards among physicians who practice family medicine |
|---|---|
| Geographic Presence | • The Academy has 53 local chapters in the US. |
| Headquarters | 11400 Tomahawk Creek Parkway<br>Leawood, KS 66211-2680 |

Source: Aim & Purpose, Headquarters

226

| Membership Criteria | |
|---|---|
| **Active Member** | • Physicians elected to active membership after Dec. 31, 1988 must meet one of the following criteria: <br> ➢ Be three-year, Accreditation Council for Graduate Medical Education (ACGME) Family Practice – residency trained <br> ➢ Have completed either an AOA-approved one-year rotating general or FP internship plus two years of an AOA-approved general or FP residency, or an AOA-approved three-year general or FP residency <br> ➢ Have completed an FP residency program approved by the College of Family Physicians of Canada (CFPC) and subsequently board-certified by the CFPC and practice exclusively within the US <br> ➢ Have held Active membership prior to or as of Dec. 31, 1988. <br> • Additionally, applicants must be duly licensed, meet continuing medical education (CME) requirements for entry into the active category, and meet one of the following criteria: <br> ➢ Physicians engaged in the practice of family medicine. <br> ➢ Physicians applying after Dec. 31, 1988 who are engaged in the practice of emergency medicine. <br> ➢ Physicians engaged in full-time teaching of family practice or full-time medical administration. |
| **Resident Member** | • Physicians training in ACGME-accredited three-year FP residencies. <br> • Physicians training in AOA-approved rotating general or FP internships and AOA-approved general or FP residencies. <br> • Graduates of ACGME or AOA FP residencies immediately extending training or entering fellowships. |
| **Student Member** | • Students enrolled in allopathic or osteopathic medical schools that are approved by appropriate US accrediting institutions as defined by the AAFP Commission on Education. |
| **Life Member** | • Members who have continued membership for a minimum of 20 years and who meet one of the following requirements: <br> ➢ Age 70 or over <br> ➢ Completely retired from the practice of medicine |

Source: Membership

# It also classifies its members as: Supporting, International, and Inactive Members

QUARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

| Membership Criteria | |
|---|---|
| **Supporting Member** | • Non-Family Physician (FP) member:<br>  ➢ If applicant has never been a Supporting FP member CME credits are not required.<br>  ➢ Physicians in specialties other than family medicine must meet criteria established by the AAFP Board of Directors. Criteria are based on activities that support and enhance the family medicine specialty.<br>  ➢ Physicians must also be licensed to practice in a geographic area in which a constituent chapter exists.<br>• FP member:<br>  ➢ If the applicant has held Supporting FP membership within the last two years, the applicant must provide evidence of 100 approved CME credits completed during the two years immediately preceding application.<br>  ➢ Physicians who have been actively engaged in the practice or teaching of family medicine or in medical administration for the previous six years must have during the three years immediately preceding application for supporting membership completed 150 hours of CME, all of which must be AAFP prescribed credit, acceptable to the Commission on Continuing Professional Development. |
| **International Member** | • Physicians engaged in family medicine, the teaching of family medicine, or medical administration who are licensed to practice in countries or territories outside the US in which no constituent chapter exists and who are not eligible for membership in the Uniformed Services Chapter.<br>• Medical students and physicians in training in countries and territories outside the US in which no constituent chapter exists and who are not eligible for membership in the Uniformed Services chapter may be elected to international membership. |
| **Inactive Member** | • Members who are incapacitated by reason of illness, accident or infirmity.<br>• Members who are completely retired from the practice of medicine with less than twenty years continued membership.<br>• Active, resident and (FP) supporting members who interrupt their practice or residency training due to extenuating circumstances. |

Source: Membership

# The Academy offers educational and professional resources to its members

| Membership Benefits |
|---|
| • Continuing Medical Education - Access to relevant, high-quality, peer-reviewed continuing medical education to physicians |
| • Practice Management - useful resources on coding and practice enhancement for physicians |
| • Member Discounts -- member discounts on loan consolidation, on-hold messaging, magazine subscriptions, customized financial solutions, office supplies, car rentals and more. |
| • Journals – provides the award-winning journal American Family Physician twice a month and Family Practice Management monthly. |
| • Virtual FMIG Web site – students can explore family medicine, residency programs, and medical schools. |

# Key Partners/Sponsors

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Pinnacle Level | | | |
|---|---|---|---|
| **Amgen** | **AstraZeneca** | **Lilly** | **Purdue Pharma** |
| AMGEN | AstraZeneca | Lilly Answers That Matter. | PURDUE |

| President's Circle Level | | | | |
|---|---|---|---|---|
| **Abbott** | **Boehringer Ingelheim** | **Bristol-Myers Squibb** | **Endo Pharmaceuticals** | **Forest Laboratories** |
| Abbott | Boehringer Ingelheim | Bristol-Myers Squibb | ENDO PHARMACEUTICALS | Forest Laboratories, Inc. |
| **Roche** | **McNeil Pediatrics** | **MedImmune** | **Merck/Schering-Plough Pharmaceuticals** | **Novo Nordisk** |
| Roche | McNEIL PEDIATRICS DIVISION OF ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. | MedImmune | MERCK/Schering-Plough Pharmaceuticals | novo nordisk |
| **Pfizer** | **The Pharmaceutical Research and Manufacturers of America** | **GlaxoSmithKline** | | |
| Pfizer | PhRMA | gsk GlaxoSmithKline | Note: The corporate partners mentioned are those of AAFP Foundation | |

Source: AAFP Foundation

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# Key Partners/Sponsors

**Grand Patron Level**
- Alpharma Pharmaceuticals
- deCODE
- General Mills
- Merck & Co., Inc.
- National Dairy Council
- NeuroMetrix, Inc.
- Novartis Pharmaceutical Corporation
- Pharmavite LLC
- Procter & Gamble
- sanofi-aventis
- sanofi pasteur
- Takeda Pharmaceuticals North America
- Return to top

**Patron Level**
- Coca-Cola North America
- Daiichi Sankyo
- Sage Software Healthcare
- Welch Allyn, Inc.
- Wyeth Pharmaceuticals
- Return to top

**Sustaining Level**
Allergan
- Answers Media
- California Academy of Family Physicians
- Campbell Soup Company
- CECity.com, Inc.
- Chlorine Chemistry Division
- Conceptus Incorporated
- Covidien
- The Dow Chemical Company
- Ethicon Women's Health and Urology
- McDonald's Corporation
- McKesson
- MinuteClinic
- National Cattlemen's Beef Association
- Nestle USA, Inc., Nutrition Division
- Nordic Naturals
- PepsiCo
- Quantum Health, LLC
- Weight Watchers Foundation
- Wyeth Consumer Healthcare

**Friends of the Foundation Level**
- American Family Physician
- C. Duryee Consulting, LLC
- California Table Grape Commission
- Cerner Corporation
- Cultural Horizons
- Genova Diagnostics
- iMedica Corporation
- Promise

Note: The corporate partners mentioned are those of AAFP Foundation



Source: AAFP Foundation

231

# The Academy provides tools and resources to advocate for family medicine and promote leadership

**Key Message: The AAFP shapes healthcare policy through interactions with the government, the public, and the healthcare industry.**

- Advance healthcare for all:
  - ➢ The AAFP supported the national launch of Pharmaceutical Research and Manufacturers of America's (PhRMA) new Partnership for Prescription Assistance (PPA) service, which hopes to facilitate easy access to pharmaceutical companies' existing and emerging Patient Assistance Programs (PAPs) that help needy patients afford prescription drugs by providing access to 275 such programs via a single point of entry.
  - ➢ This is an enhancement of current PAP services, and should provide greater ease not only to patients and their care givers, but also to physicians and physician office staff in obtaining prescription medications for needy patients by increasing utilization of pharmaceutical company sponsored PAPs through PhRMA's new toll-free nationwide, one-stop call center and user-friendly Web site.
  - ➢ The PPA service also assists in accessing other private, public and state prescription medication programs.
- Increase payment to family physicians
- Increase family physician workforce

Source: <u>AAFP</u>

232

**Key Message: The AAFP enhances physicians' abilities to fulfill their practice and career goals.**

- The AAFP assists members to become designated Patient Centered Medical Homes (PCMH):
  - ➢ PCMH is a more effective and efficient model of health care delivery that produces better care and lower costs.
  - ➢ In a PCMH:
    - ✓ Patients have a relationship with their personal physician.
    - ✓ Practice-based care team takes collective responsibility for patients' ongoing care.
    - ✓ Care team is responsible for providing and arranging for the healthcare needs of all patients.
    - ✓ Patients can expect care to be coordinated across care settings and disciplines.
    - ✓ Patients experience enhanced access and communication.
- The Academy provides continuing medical education to family physicians with clinically based scientific evidence. The AAFP's continuing medical education (CME) programs have been developed to meet family physicians' needs and expectations and academy's high standards for CME. Many AAFP programs offer double credit for evidence-based CME that provide physicians with the following benefits:
  - ➢ Opportunity to partner with the AAFP on year-long initiatives
  - ➢ Visibility in American Family Physician and Family Practice Management
  - ➢ Acknowledgement on AAFP Web site
  - ➢ Connection to a highly rated AAFP membership benefit
- The Academy also promotes ongoing imperative for practice change through education and communication.
- It assists physicians to achieve financial success through optimal practice management.
- More than 75% of all family physicians are AAFP members.

Note: The academy interacts with family physicians only. This slide covers the AAFP's relationship with/Influence on Primary Care Physicians



Source: Journals, Web site

# Innovative education at the AAFP encompasses the art, science, evidence, and socioeconomics of family medicine

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The AAFP promotes high-quality and innovative education for physicians, residents, and medical students.**

- Increase the number of members and non-members who utilize the AAFP's Continuing Medical Education in pursuit of lifelong learning.
- Increase funding streams for undergraduate, graduate, and continuing medical education.
- Develop mechanisms that will increase Part II Maintenance of Certification passing rate of family medicine residency graduates.
- The Degree of Fellow recognizes AAFP members who have distinguished themselves among their colleagues, as well as in their communities, by their service to family medicine, by their advancement of healthcare to the American people, and by their professional development through medical education and research.

Source: AAFP

# The AAFP provides up-to-date information about family medicine through its publications and public health activities

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The AAFP assumes a leadership role in health promotion, disease prevention, and chronic disease management.**

- The AAFP involves family physicians in targeted public health activities, specifically tobacco, obesity, exercise, and immunizations.
  - Americans In Motion (AIM) - AIM is designed to improve the health of all Americans by implementing a multifaceted fitness program addressing physical activity, nutrition and emotional well-being in the individual, family and community.
  - Brief Alcohol Screening and Intervention in Family Medicine -- Screening for alcohol problems can be accomplished quickly and, for both patients and physicians, comfortably.
  - Chronic Disease - As a leader in the promotion of disease prevention, the AAFP advocates the management of chronic disease.
  - Tobacco Cessation -- Information, CME and practice resources physicians and their practice teams can use to help patients quit using tobacco.
- Increase member and patient awareness of resources on www.familydoctor.org through the following publications, tools and programs:
  - AAFP Family Health Facts -- Preprinted brochures on the topics most needed in family medicine. Order information available.
  - Family Medicine Brochures -- Preprinted brochures that communicate the value of family medicine to your patients. Order information available.
  - Physician-Patient Counseling Tools -- Tools to facilitate shared decision-making regarding screening for breast cancer and prostate cancer.
  - TarWars -- Tobacco-free education program and poster contest, supported by the AAFP and targeted at fourth-and fifth-grade students.



Source: Public Health Issues, Patient Education

# The AAFP's CME series addresses the challenges of managing patients with chronic pain

RTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The AAFP's Video/Online CME series on pain management addresses the challenges of managing patients with chronic pain.**

**Education Initiatives**

Management of Chronic Pain Series: This Video/Online CME series provides an overview of the evidence-based recommendations about assessment and management of patients with chronic pain. This series is supported by educational grant from Ortho-McNeil Janssen Scientific Affairs and Purdue Pharma LP.

**Series Objectives**

- Review evidence-based guidelines for assessment and management of acute and chronic non-malignant pain
- Provide tools to assist with the assessment of pain in clinical practice
- Review non-pharmacological treatment options
- Discuss available analgesics (opioid, nonopioid, adjuvant) and their use in pain management
- Discuss issues and misconceptions in the management of acute and chronic non-malignant pain
- Discuss approaches to monitoring treatment response, managing adverse effects and optimizing outcomes in pain patients
- Identify challenges and barriers to the effective management of pain and provide insight regarding potential solutions
- Discuss strategies for pain management in patients with risk factors for substance abuse or a current or past history of substance abuse

**CME Activities**

- Assessment and Management of Chronic Pain: This webcast provides an overview of the issues in managing chronic, non-malignant pain in a family practice. Evidence-based guidelines are reviewed and two PDA tools are provided.
- Managing the Chronic Pain Patient At Risk or With a History of Addiction: Managing chronic pain in patients who are at risk or have a history of addiction presents a particular treatment challenge for many family physicians. The expert faculty address common concerns and offer advice on managing these patients.
- Challenging Issues in Pain Management: A family physician and a pain specialist discuss practical strategies for dealing with the most common challenges of managing chronic pain.
- Disparities in Care: Special Populations (Early 2009): This video presentation focuses on important - and often problematic - disparity of care issues affecting patients in special populations.
- Video Case Studies (Spring 2009): This program features patient cases that integrate the evidence-based recommendations, practice tips, and management strategies presented in the preceding activities.



Source: AAFP

236



# American Academy of Physical Medicine and Rehabilitation



# The American Academy of Physical Medicine and Rehabilitation promotes excellence in physiatric practice

Case 1:17-cv-03964-DLF Document 56 Filed 06/14/19 Page 239 of 279. PageID #: 385400

| Overview | • The American Academy of Physical Medicine and Rehabilitation (AAPM&R) is the national medical specialty society for physiatrist and physicians who specialize in Physical Medicine and Rehabilitation (PM&R). |
|---|---|
| Vision | • To be the leader in assisting PM&R physicians<br>• To acquire the continuing education, practice knowledge, leadership skills, and research findings needed to provide quality patient care.<br>• To represent the best interests of patients with, or at risk for, temporary or permanent disabilities. |
| Mission | • To serves its member physicians by:<br>  ➢ Advancing the specialty of physical medicine and rehabilitation<br>  ➢ Promoting excellence in physiatric practice<br>  ➢ Advocating on public policy issues related to persons with disabling conditions |
| Key Objective | • To advance AAPM&R members' ability to serve patients |
| Key Activities | • Some of the key activities of AAPM&R include:<br>  ➢ Providing continued medical education<br>  ➢ Organizing meetings and events<br>  ➢ Providing an Advocacy Action Center<br>  ➢ Publishing Journals and Newsletters |

Source: About AAPM&R, Vision & Mission

238

Task: Has over 7,500 doc members: and: provides. PageID #: 38540.

| Number of Members and Key Target Audience | • AAPM&R has more than 7,500 members.<br>• The AAPM&R provides membership to physiatrists and their patients, and other healthcare professionals. |
|---|---|
| Geographic Presence | • The AAPM&R has an international presence.<br>• The Academy represents more than 87% of US physiatrists and international colleagues from 37 countries. |
| Headquarters | 330 North Wabash Ave., Suite 2500<br>Chicago, IL 60611-7617<br>Telephone: (312) 464-9700<br>Fax: (312) 464-0227<br>E-mail: info@aapmr.org |

Case 8:23-cv-01039-WFJ-AEP Document 290-56 Filed 08/14/24 Page 241 of 279. PageID #: 385402

| AAPM&R Membership |
|---|

**Types of Membership**
- Senior Membership, Life Membership and Fellow Membership
- Associate Membership, Academic/Researcher Membership and Corresponding Membership
- Inactive Membership, Honorary Membership and Affiliate (Resident) Membership
- Part-Time Fellow Membership and Medical Student Membership

**Membership Benefits**
- Members are provided with Continuing Medical Education through its acadeME, AAPM&R's educational resource
- Members receive discounts for AAPM&R educational conferences and programs including the Annual Assembly
- Subscription to PM&R – a monthly, scientific, peer-reviewed journal created by AAPM&R specifically for the physical medicine and rehabilitation physician.
- Participation in AAPM&R legislative advocacy activities
- Access to AAPM&R Membership Directory and Resource Guide
- AAPM&R provides members with grassroots tools for assistance in local marketing efforts while building awareness and recognition of the specialty at a national level.
- Members can attend the Academy's Coding and Billing Workshop for physicians and staff which offers up-to-date information and advice on reimbursement issues that affect the practice of PM&R.
- Access to more than 50 position statements and white papers that have been developed in response to specific legislative, regulatory, economic, and technological issues.
- Involvement of members in practice guideline activities to assure high-quality care for patients.
- Subscription to The Physiatrist – AAPM&R newsletter which is published 10 times each year and provides updates on Academy activities and programs, legislative actions, practice and socioeconomic issues, educational courses, and specialty developments.
- Member Discounts on Patient and Professional Education Resources



Source: Membership Types, Membership Benefits

# Key Partners/Sponsors

- List of commercial supporters of the AAPM&R who contributed in 2009:
- **Platinum Level $75,000+**
  - ➢ Allergan Inc.
  - ➢ Medtronic, Inc.
- **Gold Level $45,000 - $74,999**
  - ➢ Purdue Pharma L.P.
- **Silver Level $15,000 - $44,999**
  - ➢ Cephalon, Inc.
  - ➢ GE Healthcare Surgery – OEC
  - ➢ National Rehabilitation Hospital
  - ➢ Spaulding Rehabilitation Hospital Network

Source: Corporate Sponsors

# AcadeME, an AAPM&R online education platform provides opportunity for physiatrists to obtain CME credits

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide an online education platform for physiatrists**

**AcadeME**
- AcadeME is the AAPM&R's online education platform that allows physiatrists to access educational services and obtain and manage CME credits via the internet, 24 hours a day, 7 days a week.
- The AcadeME provides education through:
  - ➢ Its Lifelong Learning through Online Courses, Slide Lectures, Podcasts, Cases Studies and Journal Based CME.
  - ➢ Its Self-Assessment exercises through Self-Assessments Overview, Study Guides, Self-Assessment Exams for Practitioners (SAE-P) and Self-Assessment Exam for Residents (SAE-R)

**Key Message: To organize meetings and events for physiatrists**

**Meetings & Events**
- The AAPM&R's meetings and events comprise:
  - ➢ Annual Assembly
  - ➢ Workshops/Courses such as:
    - ✓ Sports Medicine Board Examination Review Course
    - ✓ Spinal Procedures Workshop Series
    - ✓ Coding & Billing Workshop
  - ➢ Non-Academy Educational Opportunities such as Conferences & Educational Opportunities of Interest to PM&R Physicians

Source: Medical Education

# The AAPM&R's online advocacy center implements a proactive approach to grassroots advocacy

**Key Message: To develop a congressional lobbying software tool for assistance in advocacy**

**AAPM&R Advocacy Action Center**
- The AAPM&R Advocacy Action Center is a web-based congressional lobbying software tool that provides:
  - ➢ Assistance in grassroots lobbying and political advocacy by providing a simple way to contact members of Congress.
  - ➢ Help in mobilizing academy members to participate in legislative action alerts and contact US senators and representatives on important health policy issues.
  - ➢ Offers strategic targeting to legislative chambers, congressional committees or individuals.
  - ➢ Provides updated contact information for elected officials.
- The online Advocacy Action Center implements a proactive approach to grassroots advocacy which is built upon a 'state-of-the-art,' convenient, practical system for communicating with its members of Congress.
- Using an online database, members also receive "Call to Action" e-mails that incorporate links to specific issues, alerts, and advocacy campaigns.

**Key Message: Developed a foundation to enhance health through education in the field of physical medicine and rehabilitation**

**Foundation for Physical Medicine and Rehabilitation**
- The Foundation for Physical Medicine and Rehabilitation's mission is to enhance health and function through education and research in the field of physical medicine and rehabilitation (PM&R).
- The Foundation's focus areas are:
  - ➢ Research
  - ➢ Professional Education
  - ➢ Recruitment, Professional Development, and Leadership
  - ➢ Public Awareness and Education
- The Foundation is committed to developing programs that advance traditional values and stimulate innovation.



Source: Advocacy Action Center, Foundation for PM&R

**243**

# PM&R Journal, the official scientific journal of the AAPM&R is focused on principles of injury, function and rehabilitation

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To provide education through journals and newsletters on physical medicine and rehabilitation**

**PM&R Journal**
- PM&R Journal is the official scientific journal of the AAPM&R.
- It is a monthly, peer reviewed, scholarly publication that advances education and impacts the specialty of physical medicine and rehabilitation through the timely delivery of clinically relevant and evidence-based research and review information.
- Topics covered in the journal include acute and chronic musculoskeletal disorders and pain, neurologic conditions involving the central and peripheral nervous systems, rehabilitation of impairments associated with disabilities in adults and children, and neurophysiology and electrodiagnosis.
- The PM&R journal emphasizes principles of injury, function and rehabilitation, and is designed to be relevant to practitioners and researchers in a variety of medical and surgical specialties and rehabilitation disciplines.

**The Physiatrist**
- The Physiatrist is the official membership publication of the AAPM&R.
- It is published 10 times each year and the newsletter provides updates on Academy activities and programs, legislative actions, practice and socioeconomic issues, educational courses, and specialty developments.

**AAPM&R Connection E-Newsletter**
- AAPM&R Connection is an electronic member communication providing academy updates.
- The e-message is delivered to all members' e-mail inboxes twice a month and its content includes updates on events, Academy and specialty news, AAPM&R product advertisements, information on policy and legislation related to PM&R, and more.

**PM&R Resident E-Newsletter**
- The PM&R Resident E-Newsletter is published on the academy web site quarterly and its role is to provide information that permits AAPM&R members to develop informed opinions on subjects that will affect their professional and, in some instances, their personal lives.



Source: PM&R Journal, AAPM&R Publications

244

# PASSOR, the official musculoskeletal council of the AAPM&R, represents more than 1,100 PM&R specialists

SPARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To develop a program representing the special needs of the musculoskeletal medical practitioner**

**Physiatric Association of Spine, Sports and Occupational Rehabilitation (PASSOR)**

- The PASSOR is the official musculoskeletal council of the AAPM&R representing more than 1,100 physical medicine and rehabilitation specialists.
- PASSOR represents the special needs of the musculoskeletal medical practitioner.
- It is also the AAPM&R's representative to the Council of Spine Societies, a coalition of leading spine care organizations to develop research, education, and patient care strategies.
- Benefits of PASSOR membership and ongoing PASSOR projects:
  - ➢ Earmarked $20,000 per year for research in the fields of spine, sports, and occupational rehabilitation.
  - ➢ Developed a step-by-step guide to establishing non-accredited training programs (fellowships).
  - ➢ Developed a scope of practice document for physical medicine and rehabilitation.
  - ➢ Developed a resource center for post residency training, both for fellowships and for short-term elective placement to learn specific skills.
  - ➢ Developed a document, Musculoskeletal Practice After Residency, for residents graduating from PM&R residency training programs to assist in their career choices for musculoskeletal medicine.



**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

# American Pharmacist Association



# The American Pharmacists Association assists pharmacists in improving medication use and advancing patient care

Icon 1 - Premium - DL - 200 x 200 - id: 385409    Icon 1 - Premium - DL - 200 x 200 - id: 385409    SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • The American Pharmacists Association (APhA), founded in 1852 as the American Pharmaceutical Association, represents practicing pharmacists, pharmaceutical scientists, student pharmacists, pharmacy technicians, and others interested in advancing the profession.<br>• The APhA, is dedicated to helping all pharmacists improve medication use and advance patient care.<br>• The Association provides professional information and education for pharmacists and also an advocate for improved health of the American public through the provision of comprehensive pharmaceutical care. |
|---|---|
| Vision | • To be recognized in society as essential in all patient care settings for optimal medication use that improves health, wellness, and quality of life. |
| Mission | • To provide information, education, and advocacy to empower its members to improve medication use and advance patient care. |
| Key Activities | • Some of the key activities of APhA include:<br>  ➢ Providing Continuing Education Programs<br>  ➢ Information on Pharmacy Practice<br>  ➢ Medication Therapy Management (MTM)<br>  ➢ Drug News<br>  ➢ Advocacy<br>  ➢ Publication of journals, newsletters, magazines and books |

Case 1:17-cv-00414-UNA Document 2-3 Filed 04/12/17 Page 6 of 2 PageID #: 385410

| Number of Members and Key Target Audience | • The APhA has more than 60,000 members. |
|---|---|
| | • The APhA targets practicing pharmacists, pharmaceutical scientists, student pharmacists, pharmacy technicians, and others interested in advancing the profession. |
| | • All members choose one of these three Academies when they join APhA: |
| | ➢ APhA Academy of Pharmacy Practice and Management (APhA–APPM) |
| | ➢ APhA Academy of Pharmaceutical Research and Science (APhA–APRS) |
| | ➢ APhA Academy of Student Pharmacists (APhA–ASP) |
| Geographic Presence | US |
| Headquarters | 1100 15th Street NW, Suite 400 |
| | Washington, DC 20005-1707 |
| | Phone: 1-800-237-APhA (2742) |
| | (202) 628-4410 |
| | Fax: (202) 783-2351 |

# Its major levels of membership are pharmacist, new practitioner, retired pharmacist and technician

Case 3:09-md-02087-BTM-KSC Document 350-6 Filed 07/19/2011 Page 250 of 279. PageID #: 38541

| APhA Membership |
|---|
| The Levels of membership: |
| • Pharmacist – Memberships Fees: $235 |
| • New Practitioner (2006 Graduate) – Memberships Fees: $192 |
| • New Practitioner (2007 Graduate) – Memberships Fees: $144 |
| • New Practitioner (2008 Graduate) – Memberships Fees: $79 |
| • Federal/Uniformed Service Pharmacist – Memberships Fees: $117 |
| • Spouse Pharmacist – Memberships Fees: $117 |
| • Retired Pharmacist – Memberships Fees: $114 |
| • Postgraduate/Resident – Memberships Fees: $79 (excludes $50 Annual Meeting coupon) |
| • Technician – Memberships Fees: $62 |
| • Non-Pharmacist – Memberships Fees: $235 (no voting rights) |



Source: <u>APhA Levels of Membership</u>

# The APhA members are offered Free Continued Education, and in-depth certificate training programs

| APhA Membership |
|---|
| **APhA member benefits include:** |

- **Medication Therapy Management (MTM) and Medicare Resources that Advance a members' Practice:** APhA's MTM and Medicare Resource Center provides comprehensive information on medication therapy management and Medicare Part D, as well as an exclusive members-only MTM e-community.
- **Free Continued Education (CE) on a Multitude of Topics:** More than 80 CE activities and in-depth certificate training programs are provided online, in print and live.
- **Reliable Drug Information for members at Discounted Member Prices:** The APhA publishes and distributes a variety of publications that provide up-to-date information and references to help a member's practice succeed.
- **APhA DrugInfoLine:** Provides drug therapy developments for busy professionals.
- **Access to News and Practice Developments:** Provides subscription of Pharmacy Today newsletter and the Journal of the American Pharmacists Association to its members.
- **Networking with Peers at APhA:** Provides a platform to know about how all members from around the US manage their practices and come away with ideas to incorporate into a member's practice by participating in any of the nine Academy Sections based on a APhA members practice.
- **Valuable Member Discounts:** APhA members receive special savings and features from affinity partners such as Healthcare Providers Service Organization (HPSO) for professional liability insurance (free to 4th year pharmacy student members), GEICO for automobile insurance, HERTZ car rentals, and VISA for credit cards.

**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

## Key Partners/Sponsors

- The APhA is able to provide its members with educational programs, networking forums, and a rewarding Annual Meeting through the generous support of the following companies:

    

    

     

    

     



 Source: APhA Supporters

**251**

# The APhA Pain Management Partnership offers legal, clinical, business, and the patient's perspective of pain management

**Key Message: To provide continuing education for pharmacists on different aspects of pain management**

**Pain Management Partnership**

- The APhA Pain management Partnership provides an Online Continued Education Center named as Pain Management Library which offers comprehensive information and interactive tools for the School of Pharmacy faculty member, preceptor, and practicing pharmacist on different aspects of pain management.
- The resources featured in the library cover various integral domains of pain management: legal, clinical, business, and the patient's perspective.
- The continuing education materials provided under various integral domains:
  - ➢ Legal
    - ✓ Controlled Substance Prescriptions and Pain Management: Striking a Balance - A Multimedia CE Program for Pharmacists
    - ✓ Pharmacists' Responsibilities in Managing Opioids: 2005 Update
  - ➢ Clinical
    - ✓ Overcoming Race-Based Disparities in Pain Management
    - ✓ Pharmacotherapy for Pain Management: New Treatment Approaches
    - ✓ Medication Therapy Management Services: Pain Management Issues in the MTM Patient
    - ✓ Palliative and End-of-Life Care
  - ➢ Business
    - ✓ Implementing Pain Management Services in Pharmacy Practice
- The Platinum Level sponsors of the Pain Management Partnership is Purdue and the Silver Level sponsors are Alpharma Pharmaceuticals and Endo Pharmaceuticals.





# The APhA Annual Meeting offers education and training for pharmacy professionals

Asset mini Meeting offers education and training for... tagged #: 38545

**Key Message: To organize an annual meeting offering education and training for professionals on pharmacy**

**APhA Annual Meeting**

- The APhA Annual Meeting and Exposition, an annual meeting organized by the APhA, offers the latest trends and best practices in pharmacy, and also a platform for sharing experiences and ideas with pharmacy professionals.
- The APhA 2009 Annual Meeting & Exposition will be held between April 3–6, 2009, at the Henry B. Gonzalez Convention Center in San Antonio.
- The APhA2009 meeting offers education and training for professionals from every facet of pharmacy.
- Programs offered at APhA2009:
  - ➢ Selection from over 80 education sessions and an opportunity to earn more than 20 hours of continuing pharmacy education.
  - ➢ Sessions to learn the latest about medication therapy management, self-care strategies, medication safety, new therapeutic entities, and more.
  - ➢ Opportunity to participate in and attend the APhA House of Delegates.
  - ➢ Gain knowledge and insights to aid patients better and advance pharmacist career.
  - ➢ Network with APhA peers for learning about tools, techniques, and new prospects.
  - ➢ Discover new products and services from more than 200 of the industry's leading manufacturers at the APhA Exposition.
  - ➢ Explore potential new job opportunities by participating in the APhA Employment Exchange.

Source: <u>APhA 2009</u>

# Pharmacy Today, its monthly newsmagazine, features coverage of advances in medications, therapies, and patient care

**Key Message: To provide education on pharmacy trends through its journals, newsletters, magazines**

**Journal of the American Pharmacists Association**
- The Journal of the American Pharmacists Association (JAPhA) is the official peer-reviewed journal of APhA.
- It provides information on pharmaceutical care, drug therapy, diseases and other health issues, trends in pharmacy practice and therapeutics, informed opinion, and original research.

**Pharmacy Today**
- Pharmacy Today is the monthly newsmagazine of the APhA, features extensive coverage of advances in medications, therapies, and patient care.
- The publication also tracks healthcare-related policy, legislation, and regulation.

**APhA DrugInfoLine**
- APhA DrugInfoLine is a monthly newsletter of interpreted drug and pharmacotherapeutic information designed to keep frontline pharmacists up-to-date on the latest trends in the biomedical literature.

**Student Pharmacist Magazine**
- Student Pharmacist Magazine is published bimonthly and is the premier publication that the US PharmD candidates rely on for information regarding their pharmacy career planning.
- Student Pharmacist Magazine provides news and information that affects readers' daily lives, including: career advice from practicing professionals, practice-setting profiles, student viewpoints on today's hot issues, professionalism tips, political advocacy in action news, tools for improved pharmacist-patient communication, information on technological advances, and the latest from the APhA and APhA Academy of Student Pharmacists (APhA–ASP) chapters.

**Journal of Pharmaceutical Sciences**
- The Journal of Pharmaceutical Sciences (JPharmSci) focuses on two major questions of importance to pharmaceutical scientists:
  - ➤ What are the physical and biological barriers that limit the access of drugs to their therapeutic targets and
  - ➤ How can drugs, dosage forms, and delivery systems be designed to maximize therapeutic efficacy?



Source: JAPhA, Pharmacy Today, APhA DrugInfoLine, Student Pharmacist Magazine, JPharmSci

SPARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: To create a foundation for improving the quality of consumer health outcomes that are affected by pharmacy**

**APhA Foundation**
- The APhA Foundation is a not for profit 501 (c)(3) organization headquartered in Washington, DC and is affiliated with the APhA
- The APhA Foundation provides innovative programs and projects that contribute to new information and fresh ideas for pharmacists to use in retooling their practices to satisfy the contemporary health needs of their patients.
- The mission of the foundation is to improve the quality of consumer health outcomes that are affected by pharmacy.
- The Foundation conducts research demonstration projects, such as its Project ImPACT, and other initiatives such as, the Patient Self Management Program, a project that aims to combat the effects that chronic diseases have on America's workforce.
- The Foundation also offers programs to pharmacists such as the Advanced Practice Institute, the National Clinical Issues Forum and the Incentive Grants for Practitioner Innovation in Pharmaceutical Care.
- These programs encourage pharmacists to advance their professional practice with further training to establish, market and provide patient care services within their practice setting.

**Key Message: To create a service for patients which advices them on the safe and effective use of medications**

**Medication Therapy Management (MTM)**
- MTM is a partnership between the pharmacist, the patient or their caregiver, and other health professionals that promotes the safe and effective use of medications and helps patients achieve the targeted outcomes from medication therapy.
- The MTM services provided by a pharmacist or other health professional gives several benefits to patients such as:
  - ➢ A clear understanding of their medicines
  - ➢ A thorough review of all their medicines
  - ➢ A personal medication record
  - ➢ A medication action plan



Source: APhA Foundation, MTM

255



**SMARTANALYST**

INTELLIGENT INSIGHTS. SMART RESULTS.

# Appendix



# The Neuropathy Association



# The Neuropathy Association works to serve the peripheral neuropathy community

RTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • Headquartered in New York City, The Neuropathy Association is a public, non-profit organization serving the peripheral neuropathy community.<br>• It was established in 1995 by people with neuropathy and their families and friends, as well as experts in the field, to help those who suffer from disorders that affect the peripheral nerves. |
|---|---|
| Mission | • To help and heal people with neuropathy. It's mission encompasses providing neuropathy awareness, education, support, advocacy and research. |
| Key Objectives | • Key objectives and activities of the association:<br>  ➢ **Awareness:** Increase public awareness of the nature and extent of neuropathy.<br>  ➢ **Education:** Educate the public and healthcare providers on the need for early intervention.<br>  ➢ **Support:** Support patients by providing platforms for exchanging information and experiences.<br>  ➢ **Advocacy:** Urge legislators, government agencies and medical providers to deliver proper coverage, care and treatment for people with neuropathy.<br>  ➢ **Research**:<br>    ✓ Support and fund research to find neuropathy's causes, treatments and cures.<br>    ✓ Encourage government and private industry alike to increase the resources dedicated to conducting neuropathy research. |
| Key Activities | • The association provides support and education, advocate's for patients' interests, and promotes research into the causes of and cures for neuropathy. |

Source: Overview

258

Case 1:17-cv-02504-RJL Document 36-5 Filed 06/01/1820 of 279. PageID #: 385421

**SPARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

| Number of Members And Key Target Audience | • The association has 50,000 active members and supporters, with approximately 120 support groups throughout the US and abroad, providing public awareness, patient support, education and advocacy.<br>• The association targets professional, civic or religious organization's, for The Neuropathy Association Membership Program.<br>   ➢ This program not only helps members stay informed about neuropathy but also helps the association support its mission through financial contributions received from members. The association's members are investors in the Association's efforts to generate greater awareness and understanding of peripheral neuropathy, provide patient support programs, and fight for a cure. |
|---|---|
| Geographic Presence | • The association has presence throughout the US.<br>• At present, the association has seven Neuropathy Centers at major university hospitals across the country, serving patients with neuropathy by providing treatment and conducting research into the causes and cure of neuropathy.<br>• It also has 120 support groups in the US and abroad. |
| Headquarters | The Neuropathy Association, Inc.<br>60 East 42nd Street, Suite 942<br>New York, NY 10165 |

# The Association provides a listing of physicians with expertise in caring for patients with peripheral neuropathy

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians**

**Published an Article that Encouraged Patients to Visit Physicians for Treatment of Diabetic Neuropathy**
- In 2008, an article titled 'Preventing Diabetic Neuropathy' in the Neuropathy Association's website encourages patients with symptoms of diabetic neuropathy, to visit a primary care doctor, who will refer them to a neurologist for a neurological evaluation to see if they have neuropathy and, if yes, to confirm the cause.
- The article also encourages patients to work with their primary care physicians and nutritionists to develop a realistic diet for lowering blood glucose and minimizing large fluctuations in blood glucose.
- The article encourages patients to work with their primary care physician's to control their diabetes and encourages them to consult their primary care doctor before they initiate an exercise regime.

**The Association's Website Provides a Listing of Physicians with Expertise in Caring for Patients with Peripheral Neuropathy**
- The association's website also provides a listing of neurologists and other physicians in the US and abroad with expertise or expressed interest in caring for patients with peripheral neuropathy.
  - This listing is provided by The Neuropathy Association as a service to its members who have difficulty in locating a physician in their area who is knowledgeable about peripheral neuropathy and neuropathy treatment options.

Source: Physicians; Article

# It supports patients by providing platforms for exchanging information and experiences

**SMARTANALYST**
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: The association supports patients by providing a platform to exchange ideas and information to raise awareness of neuropathy and the need for improved medical care and research**

**Awareness and Support**
- The Neuropathy Association has approximately 120 support groups across the US and abroad that meet on an ongoing basis. Support groups serve as a resource and an opportunity to raise awareness of neuropathy and the need for improved medical care and research.
  - ➢ By bringing together members of the neuropathy community, support groups provide a critical resource for learning to live with neuropathy.
- The Bulletin Board on the company's website provides an open forum where participants can meet and talk to one another about living with neuropathy.

**Key Message: The association carries out initiatives to persuade legislators, medical providers, researchers, and the general public, to deliver proper coverage, care and treatment for people with neuropathy**

**Advocacy, Research, and Education Initiatives**
- An annual tax-deductible membership contribution of $35 or more annually enables the association to support research and expand its programs to help those affected by peripheral neuropathy.
- A strong membership base not only supports the association financially, but also gives it strength as a community at large.
  - ➢ The membership numbers help it validate for legislators, commercial industry, researchers, and the general public alike how pervasive neuropathy is, the toll it is taking on the community as well as the healthcare system, and how important it is that this disease finally be recognized as a critical healthcare issue.
- The Neuropathy Association has 12 affiliate neuropathy centers at major university hospitals across the US.  These centers serve patients by providing treatment, education, support and conduct research into the causes and cures for peripheral neuropathies.
- The association has an online store, 'The Neuropathy Store' where people can make purchases and the association receives a donation for every purchase made, which helps it to continue to fund research and education on peripheral neuropathy.



Source: Initiatives; Support

261

Case 1:19-cv-03619-VSB Document 56-54 Filed 09/14/19 Page 262 of 279. PageID #: 385424

# The Neuropathy Association funds research to find causes, treatments and cures for neuropathy

**Key Message: The association encourages and supports research into the causes of and treatments for neuropathy with the goal of one day finding a cure**

**Specific Research Initiatives**

- The Neuropathy Association encourages and supports research into the causes of and treatments for neuropathy with the goal of one day finding a cure.
    - ➢ It provides annual research grants to promising researchers and projects that support its mission.
        - ✓ Each year, The Neuropathy Association solicits research proposals into the causes of and treatments for peripheral neuropathies. Up to two research grants, each for $ 40,000 per year for two years, are awarded.
    - ➢ The association has seven Neuropathy Centers at major university hospitals across the US, serving patients with neuropathy by providing treatment and conducting research into the causes and cure of neuropathy.
    - ➢ The association's website has a section which provides information on clinical trials that are currently going on. The website also gives access to sources that provide information for research professionals and for patients looking to participate in clinical trials.
    - ➢ Donors can also contribute to The Association's Mary Ann Donovan Memorial Research Fund. Such gifts are used to support research to help find a cure.

**Key Message: The association works to educate people with neuropathy, their families and care providers**

**Specific Education Initiatives**

- The association's members, receive newsletters such as Neuropathy News, Neuropathy E-news and a Explaining Peripheral Neuropathy booklet.
    - ➢ Neuropathy News is a member newsletter published three times a year for people with neuropathy, their families and care providers. It features a number of articles and updates from the Association.
    - ➢ Launched in August 2007, Neuropathy E-News is a free, monthly e-newsletter that is available to the associations members and to its online visitors interested in receiving alerts about neuropathy and tips for living with neuropathy.



Source: Initiatives; Research



# American Headache Society



SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

| Overview | • Founded in 1959, American Headache Society (AHS) is a professional society of healthcare providers dedicated to the study and treatment of headache and face pain.<br>• AHS brings together physicians and other health providers from different fields and specialties to share concepts and developments about headache and related conditions. |
|---|---|
| Mission | • To improve the lives of headache sufferers |
| Key Objective | • The objectives of AHS are to:<br>   ➢ Develop effective methods to reach and train primary care physicians as well as specialists interested in the field of headache.<br>   ➢ Raise awareness and support of headache diagnosis and treatment among headache sufferers, their families, managed care organizations, etc.<br>   ➢ Garner increased support for research in headache – from medical schools, the National Institutes of Health, industry, clinical departments and private sources.<br>   ➢ Develop relationships with key governmental, business and healthcare agencies and officials to communicate the economic, political, and human importance of headache.<br>• The educational objectives of AHS are to continue to improve the knowledge, skills and professional performance of physicians, psychologists and other health professionals involved with patients with head, neck and orofacial pain . |

Case 1:13-cv-03811-PAP Document 456 Filed 08/14/19 Page 66 of 279.   PageID #: 385427

# The AHS targets healthcare professionals as well as patients

| Key Activities | • Annual scientific meeting |
| --- | --- |
| | • Comprehensive postgraduate symposia and workshops |
| | • Headache: The Journal of Head and Face Pain, the official, peer-reviewed journal of AHS, published ten times each year |
| | • Headache Currents, featuring scientific and clinical reviews in the field of headache medicine and co-published with the International Headache Society six times each year |
| | • Scientific research |
| | • Socioeconomic research to measure the impact of headache as it affects headache patients and physicians |
| Key Target Audience | • Headache sufferers<br>• Healthcare professionals |
| Number of Members | • Over 1,500 healthcare professionals with backgrounds as diverse as the hospitals, universities, clinics and practices they represent from around the world |
| Geographic Presence | US and other parts of the world |
| Contact Address | 19 Mantua Road<br>Mount Royal, NJ 08061 |

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **GlaxoSmithKline** | • GlaxoSmithKline is one of the leading research-based pharmaceutical and healthcare companies. |
| **Ortho-McNeil Pharmaceutical, Inc.** | • Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc, is a healthcare company that focuses on areas such as pain management, acid reflux disease and infectious diseases. |
| **Pfizer, Inc.** | • Pfizer is the leading research-based biomedical and pharmaceutical company.<br>• The company discovers, develops, manufactures and delivers quality, safe and effective prescription medicines for patients. |
| **Merck & Co., Inc.** | • Merck & Co., Inc,. with corporate headquarters in Whitehouse Station, NJ (US), is a leading research-driven pharmaceutical products and services company.<br>• Merck discovers, develops, manufactures, and markets a broad range of innovative products to improve human and animal health. |

# Key Partners/Sponsors

| Key Partners/Sponsors | Description |
|---|---|
| **Endo Pharmaceuticals**<br> | • Endo Pharmaceuticals Inc. is a specialty pharmaceutical company with a broad portfolio of branded and generic prescription products focused on providing relief from pain. |
| **Allergan, Inc.**<br> | • Allergan, Inc. is a multi-specialty healthcare company focused on discovering, developing and commercializing innovative pharmaceuticals, biologics and medical devices. |

Source: AHS Sponsors, Endo Pharmaceuticals, Allergan

# The AHS conducts educational and research activities targeted at physicians

Confidential. Do not distribute. Aprofus USA/2014 PageID #: 385430

SMARTANALYST

INTELLIGENT INSIGHTS. SMART RESULTS.

**Relationship with/Influence on Primary Care Physicians (PCPs)**

**AHS Conducts Several Activities Targeted at Physicians**

- The provision of quality CME is a primary mission of the AHS and its educational objectives are to continue to improve the knowledge, skills and professional performance health professionals, including  physicians.
- AHS conducts socioeconomic research to measure the impact of headache, as it affects headache patients and physicians.
- AHS also conducts regional symposia's for family practice physicians.

**Key Message: AHS encourages scientific research in the study of headache**

**Research Initiatives**

- In the research section of its website, AHS provides clinical trial information and funding opportunities currently available for research projects.
- Each year AHS also offers awards:
  - ➢ AHS offers two *fellowship awards*:
    - ✓ AHS/Merck US Human Health Headache Specialty Fellowship Award: This is a $55,000 fellowship to support the recipient during a 12-month period, offered in honor of the UCNS Headache Medicine subspecialty.
    - ✓ AHS/Merck US Human Health Clinical Fellowship Award: This is a $20,000 fellowship to support the recipient during a 12-month period to obtain advanced clinical training in all aspects of headache diagnosis, management, and prevention and to pursue clinical research participation.
  - ➢ *Harold G. Wolff Lecture Award*: The AHS is also offering the 2009 Harold G. Wolff Lecture Award. This award is for the best paper on headache, head or face pain, or the nature of pain itself.
    - ➢ The recipient of this award will receive $10,000 plus complimentary meeting registration and expenses for travel, hotel accommodations and meals for the 14th International Headache Congress to be held, September 10, 2009 to Sunday, September 13, 2009. The recipient will be invited to present the paper at this meeting.
  - ➢ **Scholarships:** There are five scholarship opportunities available for the 14th International Headache Congress. Critieria for selection are based on the:
    - ✓ Quality of the research proposal.
    - ✓ Potential for the proposal, study or thesis to contribute to the advancement of knowledge and future research in the field of headache medicine.
  - ➢ **Research Awards:**
    - ✓ **The American Headache Society and the Migraine Research Foundation will give the Thomas E. Heftler Migraine Research Award in April 2009.** The $10,000 award will recognize the most innovative research proposal in migraine by a neurology resident or headache medicine fellow in an accredited program. Both clinical and basic science proposals will be considered. Reviewers will look for innovation, impact, and importance to the field of migraine research.
    - ✓ **2009 AHS/Merck US Human Health Migraine and Women's Health Junior Investigators' Research Award** - This one-year $20,000 award is for the best proposal for basic or clinical research on the relationship between women's health issues and migraine.



Source: AHS Awards; Harold; Scholarship; Research Award; Merck US; Research

269

# It develops educational activities to improve the quality of care for patients suffering from pain

Downloaded by [University of Dacca] at 06:49 29 on July 2014 Page of #: 38432

**Key Message: The AHS develops educational activities and tools that are designed to improve the quality of care professionals give to individuals suffering from head, neck and orofacial pain**

**Professional Education Initiatives**

- AHS has committees including AHS Committee for Headache Education (ACHE), Education Committee, Medical Economics Committee, Medical School Education Committee, and Strategic Planning Committee.
  - ➢ In 1990, the Society formed the American Council for Headache Education (ACHE), a partnership between patients and healthcare professionals devoted to enhancing public understanding of this widespread and underestimated illness. ACHE is now known as the AHS Committee for Headache Education.
- AHS also has Special Interest Sections. Members of the American Headache Society may petition the Board of Directors for approval of Special Interest Sections. The objectives and programs of a Section must enhance the scientific, educational or patient care goals of the AHS.  Some Special interest Sections are Behavioral Issues; Complementary & Alternative Medicine; Diagnosis and Classification; Inpatient Headache.
- The AHS website has a "Professional Resources" section that provides:
  - ➢ Professional Resources/Headache Information for Clinicians
  - ➢ Practice Parameters, Guidelines and Classification of Headache
  - ➢ Educational Resources
    - ✓ Brainstorm Reference Guide – This resource guide includes information about Prevalence and Impact of Migraine, Migraine Mechanisms, History, Physical and Diagnosis, and Migraine Management.
    - ✓ Neurology Ambassador Program – The ability to diagnose and treat headache effectively is a clinical imperative. The Neurology Ambassador Program has been developed by the American Headache Society to provide the cutting-edge knowledge needed to manage these patients.
    - ✓ AHS Headache Profiles – It is a newsletter-style publication that presents a detailed vignette. Each issue is accompanied by brief articles addressing the issues raised in each case.
  - ➢ Patient Education
    - ✓ ACHE Slide Kit: Migraine and You - This r teaching workshop provides an interactive forum for healthcare providers.
- AHS publications include Headache: The Journal of Head and Face Pain as well as Headache CME –
  - ➢ The AHS offers journal-based, online Continuing Medical Education (CME) program as a free feature to all readers.



Case 1:13-md-02404-JG-RML Document 1404-9 Filed 04/14/09 Page 279 of 279 PageID #: 385433

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: AHS supports and conducts educational programs directed at people with head, neck and orofacial pain**

**Patient and Public Education Initiatives**
- AHS provides news, articles, books, the ACHE 2009 Newsletter, and videos targeted at patients and the public.
- It also provides tools for healthcare professionals and their patients:
  - ➢ Headache Diaries
  - ➢ MIDAS Test
  - ➢ PedMIDAS Headache Tool
  - ➢ Trigger Avoidance Information
  - ➢ School Nurse Instruction Form
  - ➢ Patient Information and Instruction Form
- It also provides resources such as healthcare provider information and links to other websites such as
  - ➢ Medical Information Websites
  - ➢ Physician Headache Organizations
  - ➢ Patient and Physician Organizations and Support Websites
  - ➢ Clinical Trials for Headache and Migraine



Source: Resources; Patient Initiatives



# American Academy of Orofacial Pain



# The American Academy of Orofacial Pain is dedicated to alleviating orofacial pain and associated disorders

| Overview | • The American Academy of Orofacial Pain (AAOP) was founded in 1975 with the goal to improve the understanding and quality of education in temporomandibular disorders (TMDs) and orofacial pain.<br>➢ The basic objectives of the Academy were to improve the knowledge of those interested in temporomandibular disorders and orofacial pain by increased communication and exchange of scientific information as well as to stimulate the profession towards greater awareness of these disorders and their treatment. |
|---|---|
| Mission | • The AAOP, an organization of healthcare professionals, is dedicated to alleviating pain and suffering through the promotion of excellence in education, research and patient care in the field of orofacial pain and associated disorders. |
| Key Activities | • The academy's key activities include research, education, and patient care in the field of orofacial pain and associated disorders. |
| Number of Members And Key Target Audience | • Approximately 400 members in the US and over 1000 members worldwide.<br>➢ 75% of its members are in private practice setting<br>➢ 75-100% of private practitioners devote their practice to the management of orofacial pain<br>➢ 25% of educators are based in universities and teaching hospitals |
| Geographic Presence | • The academy has an international presence. |
| Headquarters | 19 Manuta Road<br>Mt. Royal, NJ 08061 |

| Key Objectives | <ul><li>To establish acceptable criteria for the diagnosis and treatment of orofacial pain and temporomandibular disorders</li><li>To stress the significant incidence of orofacial pain problems for both medical and dental professions</li><li>To provide a base for annual meetings for the dissemination of research and treatment for orofacial pain and temporomandibular disorders</li><li>To support the Journal of Orofacial Pain stressing research and current studies on orofacial pain and temporomandibular disorders</li><li>To encourage and stress the study of orofacial pain and temporomandibular disorders at undergraduate and postgraduate levels of dental education</li><li>To provide a common meeting ground for worldwide authorities on orofacial pain and temporomandibular disorders</li><li>To encourage hospitals and dental schools to establish centers for treatment of orofacial pain and temporomandibular disorders</li><li>To encourage research and evaluation of equipment and procedures</li><li>To publish guidelines for practice standards, treatment and research directions for third party involvement</li><li>To organize a speaker's bureau for the purpose of disseminating pertinent information on orofacial pain and temporomandibular disorders to other health professionals</li></ul> |
|---|---|

Source: Foundation Overview;

# The AAOP targets dentists, physicians, allied healthcare professionals, and researchers and students for membership

Confidential. Do Not Distribute. Licensed Use Only. PageID #: 38543

| Membership Criteria and Benefits | |
|---|---|
| **AAOP Membership Categories** | • **Active Member:** Active membership is open to all dentists who have an interest in the treatment of temporomandibular disorders and orofacial pain. Active members are licensed dentists (DMD or DDS) who are permanent residents of the US, Canada, or Mexico or are members of one of AAOP Sister Academies and meet the membership criteria. <br><br>• **Physician Affiliate Member:** Physician affiliate members shall be licensed physicians (MD or DO) who are permanent residents of Canada, Mexico, or the US or a member in good standing of one of the Sister Academies and meet membership criteria. <br><br>• **Affiliate Member:** Affiliate members are non-dentist and non-physician allied healthcare professionals or researchers who are permanent residents of Canada, Mexico, or the US or an affiliate member in good standing of one of the Sister Academies. <br><br>• **Student/Initiatory Member:** Student/Initiatory members are one of the following: <br> ➢ A current full-time participant in a dental post-graduate program in good academic standing <br> ➢ A full-time undergraduate dental student <br> ➢ A current participant in an accredited post-doctoral orofacial pain residency program |
| **Benefits of AAOP Membership** | • Subscription to the Journal of Orofacial Pain <br>• Orofacial Guidelines, and AAOP News <br>• Scientific knowledge from annual meetings <br>• Access to an on-line directory of all AAOP members <br>• Networking with other distinguished national and international leaders <br>• Opportunities for participation in leadership roles with the Academy <br>• The right to vote for Academy officers and on important policy decisions <br>• Services including patient referrals, patient brochures, forms, slide presentations, website listing, and guidelines |

Source: Membership

# The AAOP provides details of conferences targeted at primary care clinicians on its website

Case 1:04-cv-... Document ... Filed 03/14/... Page 277 of 279. PageID #: 385438

**Relationship with/Influence on Primary Care Physicians**

**AAOP Targets Physicians for Membership and Also Provides Details of Conferences Targeted at Primary Care Clinicians on its Website**

- AAOP also targets physician's for membership.

- In the "Meetings" section of the website, AAOP has a monthly list of orofacial pain / TMD meetings that are offered locally, nationally, and internationally. This section also includes details of conferences targeted at primary care physicians.

  - For example, a conference titled, 'War on Pain Conference' is being held during April 5-8, 2009, in the US. The conference provides an update of pain & palliative medicines for specialists and primary care clinicians.

# The AAOP is dedicated to alleviating pain and suffering through its educational initiatives

SMARTANALYST
INTELLIGENT INSIGHTS. SMART RESULTS.

**Key Message: AAOP promotes education and patient care in the field of orofacial pain and associated disorders**

**Education Initiatives Targeted at Patients**
- The Academy provides information on specific pain types, their diagnosis and treatments, targeted at patients. These include the TMD brochure; neuropathic orofacial pain brochure; headaches brochure; toothaches of non-dental origin brochure; and snoring and sleep apnea brochure.
- It also provides a database of AAOP members on its website.
- This website also provides a link to the TMJ and Orofacial Pain Society (TOPS) of America, an advocacy group in the US for those who suffer from "TMD" - temporomandibular (joint) disorders.
  - The "not-for-profit" TOPS America promotes physical and emotional healing through their efforts in the following areas: exchange of experiences, education within both the public and business sectors, public awareness of issues surrounding the treatment and recognition of the disorder, legislation to ensure effective policy coverage and treatment options for patients, and participation with national "consumer rights" coalitions for the betterment of care.

**Other Education and Patient Care Initiatives**
- The Physical Therapy Board of Craniofacial and Cervical Therapeutics (PTBCCT) was founded in 1999 by an international group of physical therapists, many of whom are members of AAOP, to provide an ongoing educational venue within the academy and assist the profession in the disbursement of evidenced-based practice and research.
  - The ultimate goal is to improve the delivery of patient care in this specialty area.
  - The PTBCCT offers annual certification examinations to physical therapists that meet specific eligibility requirements.
- The AAOP's Newsletter, available on its website, also includes news (publications, appointments, retirements, and honors) about its members.
- The AAOP website provides links to other associations and organizations that deal with orofacial pain such as:
  - The American College of Prosthodontists
  - American Board of Orofacial Pain
  - American Pain Society's Decade of Pain Control and Research
- Its website also provides information on the orofacial pain programs available at various universities in the US.



Source: Initiatives; Education; Pain Program

**Key Message: The Academy supports research on orofacial pain and temporomandibular disorders**

**Research Initiatives**

- The AAOP also publishes research data in its various publications. Its publications include:
  - ➢ Journal of Orofacial Pain available through Quintessence Publishing
  - ➢ Orofacial Pain: Guidelines for Assessment, Diagnosis, and Management
  - ➢ Orofacial Pain Study Guide
- The Journal of Orofacial Pain stresses research and current studies on orofacial pain and temporomandibular disorders
- The AAOP's annual meetings provide a base for the dissemination of research and treatment for orofacial pain and temporomandibular disorders. The 33rd Scientific Meeting of the AAOP was held during March 5-8, 2009 in Texas, US.
- The academy also offers research funding grants.




