PSJ3

Exhibit 503

**Date:** Tue, 16 May 2006 10:36:04 -0400
**From:** "Will Rowe" <wrowe@painfoundation.org>
**Subject:** RE: drug policy grants
**To:** "Mary Bennett" <mbennett@painfoundation.org>, "Tamara Sloan Anderson" <tamarasa@verizon.net>

2:30 would work for me-all.
Will

Will Rowe, Executive Director
American Pain Foundation
201 N.Charles St., Suite 710
Baltimore, MD 21201
Tel.#: (410) 783-7292, ext. 225
Cell #. (410) 215-5856
**Dedicated to eliminating the undertreatment of pain in America.**

> -----Original Message-----
> **From:** Mary Bennett
> **Sent:** Tuesday, May 16, 2006 10:33 AM
> **To:** 'Tamara Sloan Anderson'; Will Rowe
> **Subject:** RE: drug policy grants
>
> Would 2:30 work for you all?
>
> Mary Bennett, MFA
> Director of Mobilization
> American Pain Foundation
> *Wisconsin Office*
> 425 Clemons Ave.
> Madison, Wisconsin 53704
> cell phone 410-897-2135
> m               b               e               n
> w               w               w               .
>
> > -----Original Message-----
> > **From:** Tamara Sloan Anderson [mailto:tamarasa@verizon.net]
> > **Sent:** Tuesday, May 16, 2006 10:10 AM
> > **To:** Mary Bennett; Will Rowe
> > **Subject:** RE: drug policy grants
> >
> > Hi Mary,
> > Are you available to speak with Will and I about this at 2:00 today?
> > If so, Will will call us.
> > Tamara
> >
> > > -----Original Message-----
> > > **From:** Mary Bennett [mailto:mbennett@painfoundation.org]
> > > **Sent:** Monday, May 15, 2006 1:14 PM
> > > **To:** Will Rowe; Tamara Sloan Anderson
> > > **Subject:** RE: drug policy grants
> > >
> > > Hey there back to you (& Tamara too)!

Will, I hope you are feeling better!

I think it has possibilities. It is interesting that they include "No portion of the funds provided by DPA for this grant program will be used for "attempts to influence legislation" within the meaning of the Internal Revenue Code."..so we'll have to be careful with this aspect.

Will, where are we with gathering people to discuss the DEA issue? We talked about who would be good to invite and the general idea, but I also know you have the meeting with Myra next month??? Yes, I think it is a good idea to request these funds to " build the strategy and alliance to turn this around."

Other issues/questions:
- Will, I left a message for Linda Kitlinski last week, but her message said she'd be out of the office Thursday and Friday. If I don't hear from her today, I'll call again tomorrow.
- I am waiting to make my flight arrangements, but tomorrow will be two weeks from the 30th. How far a drive is it to Endo?
- Tamara, what are your plans for going to Baltimore the week of May 30- June 2???
- Lastly, I feel some confusion about agenda items for tomorrow's staff meeting/call, as some items are probably best addressed on a management call (ie dates, places for the CRTPR mtg., integrating "Power Over Pain" into mobilization, etc.). Am I correct? If so, should we try and set up a management call?

If you want to wait to respond to my "other questions" until tomorrow, no problem! They could make your head hurt more!

Mary


Mary Bennett, MFA
Director of Mobilization
American Pain Foundation
*Wisconsin Office*
425 Clemons Ave.
Madison, Wisconsin 53704
cell phone 410-897-2135

m　　　　　　　　　　b　　　　　　　　　　e
w　　　　　　　　　　w　　　　　　　　　　w

-----Original Message-----
**From:** Will Rowe
**Sent:** Monday, May 15, 2006 12:18 PM
**To:** 'Tamara Sloan Anderson'; Mary Bennett
**Subject:** RE: drug policy grants

Hey there,
They would definitely not support our work on PMPs since they are opposed to all PMPs. But, we should think of a DEA Strategy that they could support. We have all labored to find the MOST potent strategy to change DEA policy and activities. This $ could be used to build the strategy and alliance to turn this around. Mary, what do you think?
Will

CHI_000253580

-----Original Message-----
**From:** Tamara Sloan Anderson [mailto:tamarasa@verizon.net]
**Sent:** Wednesday, May 10, 2006 6:32 PM
**To:** Will Rowe
**Subject:** drug policy grants

Hey,
Look at these – it's about general drug policy, but do you think our national PMP work and mobilization could fit in her somehow?

## Drug Policy Alliance Advocacy Grants Program

### 2006 Cycle

*The Drug Policy Alliance anticipates being able to fund another $1.4 million dollars in Promoting Policy Change and Rapid Response/Special Opportunities grants. Following is a description of the program with links to the application, and current guidelines.*

The Drug Policy Alliance Advocacy Grants Program seeks to promote policy change and advance drug policy reform at the local, state, and national levels by strategically funding smaller, geographically limited or single-issue organizations and projects.

The Advocacy Grants Program is steered by a grant review committee, whose responsibilities include establishing the priorities for the program, ensuring that it is properly administered, and reviewing, approving and/or disapproving staff recommendations for grants. One full-time staff person and one part-time staff person administer the program.

The Advocacy Grants Program works to raise awareness and promote change through two vehicles: the Promoting Policy Change program and the Rapid Response/Special Opportunities program.

### 1. Promoting Policy Change

This general cycle targets organizations working to advance drug policy reform at the local, state and national levels through advocacy, grassroots organizing and education. The Advocacy Grants Review Committee will review proposals and make final funding decisions. Approximate allocation: $1.2 million. Proposals are due to Drug Policy Alliance, New York Office by 8pm EST on Thursday, June 15, 2006. Access the Promoting Policy Change RFP Guidelines here. Download application form here.

### 2. Rapid Response/Special Opportunities

This monthly funding cycle is for time-sensitive projects to respond or take advantage of strategic public education and campaigns to block drug war initiatives or advance drug policy reform. Grants will be made on an ongoing basis until funding is exhausted. Organizations may submit Letters of Intent (LOIs). The Advocacy Grants Review Committee will review applicant materials and make final funding recommendations. Approximate allocation: $200,000. LOIs due to Drug Policy Alliance, New York Office by 8 pm EST on the first business day of the month via email. The first Rapid Response cycle will be on August 1, 2006. Access the Rapid

CHI_000253581

Response/Special Opportunities LOI Guidelines here.

**Restrictions on Grantmaking**

- The Program does not support the production of videos or films.
- The Program does not support the writing and publication of books and other publications but may consider strategic distribution of publications.
- The Program does not support capital expenditures.
- The program is specifically meant for project, rather than general operating, support.
- The Program does not support dissertations, postgraduate work or research.
- The Program will not provide support to individuals, and is unlikely to support academic or journalistic projects.
- The Program will not fund any organizations outside of the United States.
- The Program does not support traditional abstinence-only treatment programs.
- No portion of the funds provided by DPA for this grant program will be used for "attempts to influence legislation" within the meaning of the Internal Revenue Code.

Tamara

CHI_000253582