PSJ3 Exhibit 504

| | |
|---|---|
| From: | Haddox, Dr. J. David |
| To: | Rosen, Burt; Crowley, Jack |
| CC: | Udell, Howard; Must, Alan; Abrams, Robin; Bannon, Timothy |
| BCC: | Burt.Rosen@pharma.com; Howard.Udell@pharma.com; Alan.Must@pharma.com; Robin.Abrams@pharma.com |
| Sent: | 5/18/2006 5:11:31 PM |
| Subject: | Re: DEA Strategy |

**Redacted**

Dave

-----Original Message-----
From: Rosen, Burt
To: Crowley, Jack
CC: Udell, Howard; Must, Alan; Abrams, Robin; Bannon, Timothy; Haddox, Dr. J. David
Sent: Thu May 18 16:49:05 2006
Subject: RE: DEA Strategy

**Redacted**

-----Original Message-----
From: Crowley, Jack
Sent: Thursday, May 18, 2006 3:46 PM
To: Rosen, Burt; 'wrowe@painfoundation.org'
Subject: RE: DEA Strategy

Hello Burt and Will:

This is a subject near and dear to my heart, and I'll be happy to participate, if it's okay with the company. I have "the necessary insight and understanding on this issue".

Concerning Frank Sapienza - he's quite knowledgeable, but spent his whole career with the Quota System. Although he was with the Office of Diversion Control at the HQ Level, he has no experience with field investigations targeting pain doctors. The ongoing changes at the Office of Diversion Control - restructuring and adding in more special agent muscle - are all taking place after Frank has left.

There will be more and more pressure to produce arrests and prosecutions of doctors.

You might be able to "change DEA policy/actions regarding prescription pain medicines" by attacking the senseless restructuring, and creation/maintenance of Tactical Diversion Squads around the country, among many other things.

I talk to "active duty" DEA Investigators all the time, and know what makes them tick.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
252-265-1964 (Wilson, NC)
203-588-8613 (Stamford, CT)
203-273-2656 (cell)

-----Original Message-----
From: Rosen, Burt
Sent: Thursday, May 18, 2006 3:21 PM
To: 'wrowe@painfoundation.org'; Crowley, Jack
Subject: Fw: DEA Strategy

Sorry forgot to add Jack

-----Original Message-----

From: Rosen, Burt
To: 'wrowe@painfoundation.org' <wrowe@painfoundation.org>
Sent: Thu May 18 15:20:15 2006
Subject: Re: DEA Strategy

Ok great. I can check with Phelps and think he would. Jack Crowley with Purdue is retired DEA. Jeff Myers has Frank Sapienza on retainer. Jack may have other ideas so I am copying him and asking him to reply Thanks

-----Original Message-----
From: Will Rowe <wrowe@painfoundation.org>
To: Rosen, Burt
Sent: Thu May 18 10:33:48 2006
Subject: DEA Strategy

Hi Burt,
I'm going to follow-up on a conversation we had a few months ago regarding planning/strategizing on the DEA issue. My interest is to get "people who know the DEA, how they work, who they answer to, their vulnerabilities, etc" in a room to help APF devise a plan to successfully change DEA policy/actions regarding prescription pain medicines. Modest agenda...huh?
Anyway, when we spoke about this issue, you recommended some people who you thought might have the necessary insight and understanding on this issue. I know one suggestion you made was Jim Phelps....and John Gilbert. Can you give me your suggestions again?...with some contact information. Do you think that Jim or John would donate some time for such a planning meeting?
On the Briefing: I spoke with Kelly after our last PCF meeting. She is not concerned about the Ethics issue; she encourages us to invite media; and they will write a Dear Colleague letter after our invitation goes out. I will have a draft of the invitation out to the Briefing Committee by noon today. I'd like to get that out tomorrow and Rogers letter out next week.
Will
Will Rowe, Executive Director
American Pain Foundation
201 N.Charles St., Suite 710
Baltimore, MD 21201
Tel.#: (410) 783-7292, ext. 225
Cell #. (410) 215-5856
Dedicated to eliminating the undertreatment of pain in America.