PSJ3

Exhibit 506

| From: | Reder, Robert </O=ENDO PHARMACEUTICALS INC/OU=ENDO/CN=RECIPIENTS/CN=REDER.ROBERT> |
|---|---|
| To: | Carbery, Daniel; Pathak, Ranjana |
| Sent: | 1/9/2008 5:59:51 PM |
| Subject: | FW: DEA Notice |
| Attachments: | Letter and advisory.pdf |

fyi

Best regards,

Robert

Robert F. REDER, M.D.
VP, Medical Department/Senior Medical Officer
Endo Pharmaceuticals
100 Endo Boulevard
Chadds Ford, PA 19317
USA
1-610-459-6401
reder.robert@endo.com

The information contained in this E-mail communication contains confidential information. The information is intended for the personal and confidential use of the recipient named above. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and then return the orginal to us by mail. Thank you.

---

**From:** Munroe, Brian
**Sent:** Wednesday, January 09, 2008 12:32 PM
**To:** Reder, Robert; Kerr, David; Manogue, Caroline; Amann, Tony; Baglin, Mark; Barto, Bob; Campbell, Michele; Cooper, Steven; deJong, Bert; jen wagner; jeniferwagner@adelphia.net; Kitlinski, Linda; Kong, Carolyn; Lee, David; Macpherson, Doug; Mullen, Heather; Newbould, Bill; Patterson, Carol; Perrin, Colleen; White, Richard; Santilli, Nancy
**Subject:** DEA Notice

The HDMA is objecting to the attached DEA notice and is presenting to the Pain Care Forum tomorrow. This is worth looking at it as it represents the continuing "creep" of the DEA into activities that contribute to the overall chilling effect of prescribing pain medicines. Please feel free to pass along to anyone I missed. Thanks, Brian

Brian Munroe
Vice President, Government Affairs
Endo Pharmaceuticals Inc.
499 South Capitol St., SW, Suite 608A
Washington, DC 20003

202-479-4449 ph
Material Redacted
202-479-4344 fax
munroe.brian@endo.com

---

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Wednesday, January 09, 2008 10:00 AM
**To:** Shaw, Solana; Aaron Gilson; Adam Chrisney; Adam Clark; Barry Eliot Cole; Bennett, Pamela (Gov't Affairs); Brad Gary; Brad Maruca; Munroe, Brian; Caroline Moody; Christy Torkildson; Claudia Campbell ; Courtney Snowden; Cohen, Dan; David E. Joranson; David Swankin; David Woodmansee; Gail Amalia B. Katz; Mullen, Heather; Ilisa Halpern Paul; Janet McUlsky; Jason Grove; Jeff Myers; Jennifer Connelly; Jerold Roschwalb; Jim Broatch; Jonathan Keyserling; Joy Buck; Judy Lentz; June Dahl PhD; Karina Tabor; Kathryn Tucker; Kristin Morris; Kristina Lunner; Lisa Robin; Mark Rasmussen; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; Michael Splaine; Michelle Lonchar; Micke A. Brown; Myra Christopher; Nancy Buermeyer; Ned Masin; Paul Arnstein; Penney Cowan ; Peter Slone; Rebecca Kirch; Reder, Robert; Robert Saner; Robert Twillman; Scott M. Fishman; Stephen Porada; Steve LaPierre; Susan Rogers; Tamara Sloan Anderson; Theresa Doyle;

William Rowe
**Cc:** Melville, Scott
**Subject:** HDMA materials for Thursday's PCF meeting

**Scott Melville, SVP at HDMA will be presenting at the PCF meeting on Thursday. Here are some materials that he has provided.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ENDO-OPIOID_MDL-06083984