PSJ3 Exhibit 509

**To:** Rosen, Burt[Burt.Rosen@pharma.com]
**From:** Ritter, Pam
**Sent:** Tue 7/8/2008 9:43:17 AM
**Subject:** July 10th Pain Care Forum Meeting and Agenda

Scott Melville, HDMA, will participate.

Thank you

*Pam*

.....................................................................
Pamela A. Ritter
Administrator, Government Affairs
Healthcare Distribution Management Association
(703) 885-0239
Fax: (703) 935-3200
 pritter@hdmanet.org
www.HealthcareDistribution.org