PSJ3

Exhibit 510

**To:**        Abrams, Robin[Robin.Abrams@pharma.com]; Crowley, Jack[jack.crowley@pharma.com]; Zerillo, Jeffrey[jeffrey.zerillo@purduepharma.com]; Udell, Howard[udelllawoffice@pharma.com]; Must, Alan[Alan.Must@pharma.com]; Silbert, Richard W[Richard.Silbert@pharma.com]; Haddox, Dr. J. David[Dr.J.David.Haddox@pharma.com]; Seid, Stephen[steve.seid@pharma.com]
**Cc:**        Landau, Dr. Craig[Dr.Craig.Landau@pharma.com]
**Bcc:**       Robin.Abrams@pharma.com[Robin.Abrams@pharma.com]; Jack.Crowley@pharma.com[Jack.Crowley@pharma.com]; Jeffrey.Zerillo@pharma.com[Jeffrey.Zerillo@pharma.com]; Howard.Udell@pharma.com[Howard.Udell@pharma.com]; Alan.Must@pharma.com[Alan.Must@pharma.com]; RichardW.Silbert@pharma.com[RichardW.Silbert@pharma.com]; Dr.J.David.Haddox@pharma.com[Dr.J.David.Haddox@pharma.com]; Dr.Craig.Landau@pharma.com[Dr.Craig.Landau@pharma.com]
**From:**      Rosen, Burt
**Sent:**      Thur 12/4/2008 10:51:29 AM
**Subject:**   FW: RESPONSE REQUESTED:  Pain Care Forum December/Year-End Luncheon Meeting

## Here is more.

**From:** Melville, Scott [mailto:melville@hdmanet.org]
**Sent:** Thursday, December 04, 2008 10:47 AM
**To:** Rosen, Burt
**Subject:** RE: RESPONSE REQUESTED: Pain Care Forum December/Year-End Luncheon Meeting

Burt – We'll be talking in some detail about the guideline on the 10th. In a nutshell, it's downstream focused. We have criteria established to "vet" customers before selling to them, and criteria for establishing systems to check orders before they are filled and delivered for any unusual variations. Key here is that we hold the shipment, and not just ship and report the order to DEA as we had done in the past. Very operationally taxing and has led to some supply availability issues at the pharmacy and physician level, hence the need to brief the PCF.

Glad you are coming and see you next week.

Scott

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Thursday, December 04, 2008 10:26 AM
**To:** Melville, Scott
**Subject:** RE: RESPONSE REQUESTED: Pain Care Forum December/Year-End Luncheon Meeting

Scott,
will place on the agenda. good news and looks like a good result. can you tell me more about your program?
Also, Anita has been very helpful. See you at your place on the 10th.

**Burt Rosen**
**VP Federal Government Affairs**
**700 13th St. NW**

CONFIDENTIAL                                                                                                                                                                                  PPLPC004000183430

Suite 525
Washington, DC 20005
Office: 202-508-0750
Cell:

---

**From:** Melville, Scott [mailto:melville@hdmanet.org]
**Sent:** Thursday, December 04, 2008 10:18 AM
**To:** Shaw, Solana
**Cc:** Rosen, Burt
**Subject:** RE: RESPONSE REQUESTED: Pain Care Forum December/Year-End Luncheon Meeting

Solana – I will be there. I'd like to suggest this topic:

DEA Suspicious Orders Initiative – Distributor's Compliance Guideline.

I have attached a document that could be shared with our group before the meeting. Thanks.

Scott

**From:** Shaw, Solana [mailto:Solana.Shaw@pharma.com]
**Sent:** Thursday, December 04, 2008 10:04 AM
**To:** Aaron Gilson; Adam Chrisney; Adam Clark; Barry Eliot Cole; Bennett, Pamela (Gov't Affairs); Bob Rappaport; Bob Saner; Brad Gary; Brad Maruca; Brian Munroe; Carlos Gomez; Caroline Moody Schellhas; Christy Torkildson; Claudia Campbell ; Courtney Gray Haupt; Courtney Snowden; Dan Cohen; David E. Joranson; David Swankin; David Woodmansee; Gail Amalia B. Katz; Greg Thomas; Ilisa Halpern Paul; Jack Kalavritinos; Janet McUlsky; Jason Grove; Jeff Myers; Jennifer Connelly; Jerold Roschwalb; Jim Broatch; Jim Green; Joel Kurzman; Jonathan Keyserling; Joy Buck; Judy Lentz; June Dahl PhD; Karina Tabor; Kathryn Tucker; Keysha Brooks-Coley; Kristina Lunner; Larissa Scruggs; Lenore Duensing; Lisa Robin; Mark Rasmussen; Mark W. Caverly; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; Michael Splaine; Michelle Lonchar; Micke A. Brown; Myra Christopher; Nancy Buermeyer; Ned Masin; Nicole Kelly; Paul Arnstein; Penney Cowan ; Peter Slone; Peter VanPelt; Rebecca Kirch; Robert Reder; Robert Twillman; Rosen, Burt; Scott M. Fishman; Melville, Scott; Shaw, Solana; Stephen Porada; Steve LaPierre; Susan Rogers; Tamara Sloan Anderson; Theresa Doyle; Tiller, Kimberley; Tom Berry; Wade Delk; William Rowe
**Subject:** RESPONSE REQUESTED: Pain Care Forum December/Year-End Luncheon Meeting

Hello Everyone,

As you know, the last PCF meeting of 2008 will be held on Thursday December 11th from 12:00 to 2:00 P.M. It will be a luncheon meeting and the details are below. A speaker has been invited but not yet confirmed, so the meeting format will be lunch and the speaker or lunch and a business meeting including the REMS taskforce. <u>Please respond to this email with 1 - your RSVP and 2 - any agenda items you'd like to suggest for the meeting. (Agend items are requested no later than Monday, December 8th.)</u>

**Pain Care Forum December/Year-End Luncheon Meeting**

CONFIDENTIAL                                                                                              PPLPC004000183431

**Thursday, December 11, 2008**
**12:00 to 2:00 PM**
**1501 M Street, NW Suite 700 Washington, DC**

Thank you,
Solana

SOLANA I. SHAW
Purdue Pharma L.P.
Federal Government Affairs/Washington Office
700 Thirteenth Street, NW  Suite 525
Washington, DC 20005
www.purduepharma.com
V: (202) 508-0750, x230 or (202) 508-0189
F: (202) 508-0755
E: solana.shaw@pharma.com

CONFIDENTIAL
PPLPC004000183432