# PSJ3 Exhibit 511

Pain Care Forum
December 11th, 2008
To participate via telephone: 1-877-322-9654, pass code 744638
host site code: 258258

**Local Members are encouraged to attend in Person and lunch will be served at 12 Noon.**

NOTE: Address for our meeting is 1501 M Street, NW Suite 700

**Unfortunately our invited guest from the FDA cannot join us.**

Agenda for December 11th
12:00 Noon to 2:00

Agenda discussion to follow:
- Upcoming pain research studies (Rebecca Kirch)
- DEA Suspicious Orders Initiative – Distributor's Compliance Guideline, note DEA letter attached (Scott Melville)
- Plans for 2009 (All)
- REMS Task Force (Will Rowe)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004067096