PSJ3 Exhibit 512

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Abbott Laboratories | Andrea Best, DO, MPH<br>Global Project Director | 200 Abbott Park Road<br>R440/AP-34<br>Abbott Park, IL 60064 | | |
| | Cate Dillon<br>Commercial Product Manager | 200 Abbott Park Road<br>R440/AP30-2<br>Abbott Park, IL 60064 | | |
| | Catherine Dratz<br>Director, Federal Government Affairs | 1399 New York Avenue, NW<br>Suite 200<br>Washington, DC 20005 | | |
| | Jerry A. Hall, MD<br>Medical Director | 200 Abbott Park Road<br>R440/AP-34<br>Abbott Park, IL 60064 | | |
| | James Lavery<br>Senior Director, Commercial | 200 Abbott Park Road<br>R440/AP30-2<br>Abbott Park, IL 60064 | | |
| | Dara Mann<br>Senior Product Manager, Global Pipeline Marketing | 200 Abbott Park Road<br>AP31-1; Dept. GPM1<br>Abbott Park, IL 60064-6183 | | |
| | Meredith Smith<br>Sr. Scientific Director - Risk Management, Pain Care & Immunology | Building AP6C/ Dept. NJ 44<br>100 Abbott Park Road<br>Abbott Park, IL 60064 | | |
| Allergan | Crystal Muilenburg<br>Senior Manager, Corporate Communications | 2525 Dupont Drive<br>Irvine, CA 92612-1599 | | |
| | Susan Stone<br>Senior Strategic Alliance Development Manager | 3000 S. Hulen Street<br>Suite 124<br>Fort Worth, TX 76109 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　PPLP003985564

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) |
|---|---|---|---|---|
| American Academy of Pain Management | Lennie Duensing<br>Executive Director | 13947 Mono Way, Suite #A<br>Sonora, CA 95370 | | |
| | Jillian Manley<br>Director of Sales and Marketing | 13947 Mono Way, Suite A<br>Sonora, CA 95370 | | |
| | Robert Twillman<br>Director, Policy & Advocacy | 13124 W. 83rd Terrace<br>Lenexa, KS 66215-2824 | | |
| American Academy of Pain Medicine | Scott M. Fishman<br>Chief, Division of Pain Medicine<br>(University of California at Davis) | UC Davis Medical Center<br>Department of Anesthesiology<br>& Pain Medicine<br>4860 Y Street, Suite 3020<br>Sacramento, CA 95817 | | |
| | Philip A. Saigh, Jr.<br>Executive Director | 4700 W. Lake Ave.<br>Glenview, IL 60025 | | |
| American Cancer Society | Keysha Brooks-Coley<br>Associate Director, Federal Relations | 901 E Street NW - Suite 500<br>Washington, DC 20004 | | |
| | Natalie M. Hamm, RN, BSN, MSPH<br>Associate Director, Policy | 555 11th Street NW - Suite 300<br>Washington, DC 20004 | | |
| | Rebecca A. Kirch<br>Associate Director, Policy | 901 E Street NW - Suite 500<br>Washington, DC 20004 | | |
| | David Woodmansee<br>Regional Advocacy Manager | 901 E Street, NW<br>Washington, DC 20004 | | |
| American Chronic Pain Association | Penney Cowan<br>Executive Director | P.O. Box 850<br>Rocklin, CA 95677 | | |

last updated January 2013

PCF Directory Page 2 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985565

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| American Pharmacists Association | Marcie Bough, PharmD<br>Director, Federal Regulatory Affairs | 1100 15th Street NW, Suite 400<br>Washington, DC 20005 | | |
| | Brian Gallagher<br>Sr. VP, Government Affairs | 2215 Constitution Avenue, NW<br>Washington, DC 20037-2985 | | |
| | Peter VanPelt, RPh<br>Senior Manager, Industry Relations | 1100 15th Street NW, Suite 400<br>Washington, DC 20005 | | |
| American Society for Pain Management Nursing | Paul Arnstein, RN, PhD<br>Clinical Nurse Specialist for Pain Relief | 42  8th Street, #3105<br>Charlestown, MA  02129 | | |
| | Claudia Campbell, RN, BSN<br>Director | 1635 West Glen Meadow Circle<br>Salt Lake City, UT 84123 | | |
| | Wade Delk<br>Government Affairs Advisor | 8538 Georgetown Pike<br>McLean, VA 22102 | | |
| American Society of Anesthesiologists | Lisa Pearlstein, JD<br>Pain Medicine Regulatory Lobbyist | 1501 M Street NW, Suite 300<br>Washington, DC 20005 | | |
| American Society of Health System Pharmacists | Justine Coffey, JD, LLM<br>Director, Federal Regulatory Affairs | 7272 Wisconsin Avenue<br>Bethesda, MD 20814 | | |
| American Society of Pain Educators | Barry Eliot Cole<br>Executive Director | 6 Erie Street<br>Montclair, NJ 07042 | | |
| | Stephen Porada<br>Manager, Corporate & Professional Partnerships | 6 Erie Street<br>Montclair, NJ 07042 | | |
| Boehringer Ingleheim / Roxane Laboratories Inc. | Greg Hicks<br>Director, Regulatory & Medical Affairs | 1900 Arlingate Lane<br>Columbus, OH 43228 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      PPLP003985566

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Boston Scientific | Kristen V. Hedstrom, MPH<br>Director, Healthcare Policy | 1455 Pennsylvania Ave, NW<br>Suite 925<br>Washington, DC 20004 | | |
| | Steve LaPierre<br>Executive Director, Legislative Affairs | 1455 Pennsylvania Ave, NW<br>Suite 925<br>Washington, DC 20004 | | |
| | Michael Mattoon<br>Manager, Federal Government Relations | 1455 Pennsylvania Ave, NW<br>Suite 925<br>Washington, DC 20004 | | |
| CADCA<br>(Community Anti-Drug Coalitions of America) | Sue Thau, MCRP | 6217 29th Street, NW<br>Washington DC 20015 | | |
| Center for Practical Bioethics | Myra Christopher<br>Kathleen M. Foley Chair in Pain and Palliative care | 1111 Main Street - 5th Floor<br>Kansas City, MO 64105 | | |
| Citizen Advocacy Center | David Swankin<br>President | 1400 16th Street NW<br>Suite 101<br>Washington, DC 20036 | | |
| CLAAD<br>(Center for Lawful Access & Abuse Deterrence) | Paul Scott O'Neill | 2009 N. 14th Street<br>Suite 414<br>Arlington, VA 22201 | | |
| Collegium Pharmaceuticals | Mike Heffernan | 400 Highland Corporate Drive<br>Cumberland, RI 02864 | | |

last updated January 2013

PCF Directory Page 4 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985567

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Compassion & Choices | Theresa Connor, JD<br>Director, Government Affairs | 1718 M Street, NW #237<br>Washington, DC 20036-4504 | | |
| | Kathryn Tucker<br>Director of Legal Affairs | PMB 415,<br>6312 S.W. Capitol Highway<br>Portland, OR 97201 | | |
| Covidien | Jack Kalavritinos<br>Director, Public Policy | 900 7th Street, NW<br>Suite 975<br>Washington, DC 20001 | | |
| DC Pediatric Palliative Care Collaboration | Susan K. Rogers, MS, BSN, RN, CHPN<br>Executive Director | 1537 30th Street, NW<br>Washington, DC 20007 | | |
| Eli Lilly & Company | Patrick Toalson<br>Director, Pain Medicine Advocacy & Professional Relations | Drop Code 4122<br>Indianapolis, IN 46285 | | |
| Endo Pharmaceuticals | Linda Kitlinski<br>Senior Director, Scientific Affairs | 100 Endo Boulevard<br>Chadds Ford, PA 19317 | | |
| | Brian Munroe<br>VP, Government Affairs | 499 South Capitol Street, SW<br>Suite 608-A<br>Washington, DC  20003 | | |
| | Greg Thomas<br>Senior Director, State Government Affairs | 100 Endo Boulevard<br>Chadds Fords, PA  19317 | | |
| | Cathy Trzaskawka (Traz)<br>Director, External Affairs | 100 Endo Boulevard<br>Chadds Ford, PA 19317 | | |
| Federation of State Medical Boards | Lisa Robin<br>Senior VP, Government Relations, Policy & Education | 1110 Vermont Avenue NW<br>Suite 1000<br>Washington, DC  20005 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP003985568

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Grünenthal USA, Inc. | Marta Sokolowska, PhD<br>Director, Center for Abuse Prevention & Evaluation | One Pluckemin Way<br>Bedminster, NJ 07921 | | |
| GW Pharmaceuticals | Alice Mead<br>Director, US Professional Relations | 4 Heather Way<br>Mill Valley, CA 94941 | | |
| Harm Reduction Coalition | Whitney Englander<br>Government Relations Manager | 22 West 27th Street, 5th Floor<br>New York, NY 10001 | | |
| | Ilisa Halpern Paul<br>Health Policy Associate | Drinker Biddle & Reath<br>1500 K Street, NW - Suite 1100<br>Washington, DC 20005 | | |
| | Sharon Stancliff, MD<br>Medical Director | 22 West 27th Street, 5th Floor<br>New York, NY 10001 | | |
| HDMA<br>(Healthcare Distribution Management Association) | Anita Ducca<br>Senior Director, Regulatory Affairs and Healthcare Policy | 901 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203 | | |
| | Kristen Freitas<br>Director, Federal Government Affairs | 901 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203 | | |
| | Jewelyn Wellborn Cosgrove<br>Manager, Federal Government Affairs | 901 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203 | | |
| Hematology/Oncology Pharmacy Association | Jeremy Scott, MA<br>Health Policy Associate | Drinker Biddle & Reath<br>1500 K Street, NW - Suite 1100<br>Washington, DC 20005 | | |

last updated January 2013      PCF Directory Page 6 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              PPLP003985569

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE<br>CELL (C)<br>FAX (F) |
|---|---|---|---|---|
| Horizon Pharma | Marsha Stanton, PhD, RN<br>Executive Director, Advocacy & External Affairs | 4400 Sunfield Avenue<br>Long Beach, CA 90808 | | |
| Hospice and Palliative Nurses Association | Joy Buck, RN, PhD | WV University School of Medicine<br>Eastern Division<br>2500 Foundation Way<br>Martinsburg, WV 25401 | | |
| | Sally Welsh<br>CEO | One Penn Center West<br>Suite 229<br>Pittsburgh, PA 15276 | | |
| Inflexxion, Inc. | Kevin L. Zacharoff, MD, FACPE, FACIP, FAAP<br>Director, Medical Affairs | 320 Needham Street<br>Suite 100<br>Newton, MA 02464 | | |
| International Association for Pain and Chemical Dependency | Kathleen Strauser | Highwater Partners Inc.<br>1808 Wrightfield Avenue<br>Yardley, PA 19067 | | |
| Interstitial Cystitis Association | Barbara Gordon<br>Executive Director | 100 Park Avenue<br>Suite 108A<br>Rockville, MD 20850 | | |
| Johnson & Johnson | J. Michael Hall | Madison Associates, LLC<br>316 Pennsylvania Ave, SE<br>Suite 404<br>Washington, DC 20003 | | |
| | Darrel C. Jodrey<br>Executive Director, Federal Affairs | 1350 I (Eye) Street, NW<br>Suite 1210<br>Washington, DC 20005 | | |
| | Alyson Lewis | Madison Associates, LLC<br>316 Pennsylvania Ave, SE<br>Suite 404<br>Washington, DC 20003 | | |

last updated January 2013

PCF Directory Page 7 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985570

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| (Johnson & Johnson, continued) | Malcolm Monaghan<br>Director, Health Policy & Strategy | 1000 Rte 202<br>Raritan, NJ 08869 | | |
| | Kristin Recchiuti<br>Director Medical Affairs, Advocacy<br>(McNeil Consumer Healthcare) | 7050 Camphill Road, MB#270<br>Fort Washington, PA 19034 | | |
| Medical Pain Management (Clinic) | Alfred Anderson, MD<br>Medical Director | 5775 Wayzata Boulevard, #110<br>Minneapolis, MN 55416 | | |
| Medtronic, Inc. | Rosemary Garza<br>Associate Director, Government Affairs | 950 F Street, NW<br>Suite 500<br>Washington, DC 20004 | | |
| National Association of Chain Drug Stores | Chrissy Kopple<br>VP, Media Relations | 1776 Wilson Boulevard<br>Suite 200<br>Arlington, VA 22209 | | |
| National Community Pharmacists Association | Ronna B. Hauser, PharmD<br>VP, Policy and Regulatory Affairs | 100 Daingerfield Road<br>Alexandria, VA 22314-2888 | | |
| National Fibromyalgia & Chronic Pain Association | Janet Favero Chambers<br>President | 31 Federal Avenue<br>Logan, UT 84321 | | |
| National Hospice & Palliative Care Organization | Jonathan Keyserling<br>VP, Public Policy & Counsel | 1731 King Street, Suite 100<br>Alexandria, VA 22314 | | |
| | Judi Lund Person<br>VP, Compliance & Regulatory Leadership | 1731 King Street, Suite 100<br>Alexandria, VA 22314 | | |

last updated January 2013

PCF Directory Page 8 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985571

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| The Neuropathy Association | Natacha Pires<br>Director, Medical and Public Affairs | 60 East 42nd Street, Suite 942<br>New York, NY 10165-0930 | | |
| | Tina Tockarshewsky<br>President and CEO | 60 East 42nd Street, Suite 942<br>New York, NY 10165-0930 | | |
| Odyssey HealthCare of Northern California | Christy Torkildson, RN, PHN, MSN | 49 Cuenca Court<br>San Ramon, CA 94583 | | |
| Oncology Nursing Society | Alec Stone, MA, MPA<br>Health Policy Director | 750 First Street, NE #716<br>Washington, DC 20002-4241 | | |
| Pain & Policy Studies Group | Aaron Gilson, PhD<br>Director, US Policy Research | University of Wisconsin Carbone Cancer Center<br>6152 Medical Sciences Center<br>1300 University Avenue<br>Madison, WI 53706 | | |
| | David E. Joranson<br>Senior Scientist | University of Wisconsin Carbone Cancer Center<br>6152 Medical Sciences Center<br>1300 University Avenue<br>Madison, WI 53706 | | |
| Pain Care Coalition | Adam Chrisney<br>Sr. Legislative Director | Powers, Pyles, Sutter & Verville<br>1501 M Street, NW - Suite 700<br>Washington, DC 20005 | | |
| | Robert J. Saner<br>Washington Counsel | Powers, Pyles, Sutter & Verville<br>1501 M Street, NW - Suite 700<br>Washington, DC 20005 | | |
| Pain Treatment Topics | Stewart B. Leavitt, MA, PhD<br>Executive Director | 202 Shermer Road<br>Glenview, IL 60025 | | |

last updated January 2013

PCF Directory Page 9 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## PAIN CARE FORUM
### Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Pfizer | Janet McUlsky<br>Senior Director, Worldwide Alliance Development | 325 7th St., NW - Suite 1200<br>Washington, DC 20004 | | |
| PhRMA<br>(Pharmaceutical Research & Manufacturers of America) | Sharon Brigner, MS, RN<br>Deputy Vice President, State Government Affairs | 950 F Street, NW - Suite 300<br>Washington, DC 20004 | | |
| Purdue Pharma LP | Pamela Bennett<br>Executive Director, Advocacy | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | | |
| | Jennifer G. Erensen, MPH<br>Associate Director, Health Policy | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | | |
| | J. David Haddox, DDS, MD<br>VP, Health Policy | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | | |
| | Burt Rosen<br>VP, Federal Government Affairs | 1301 K Street, NW<br>Suite 1050 East<br>Washington, DC 20005 | | |
| | Kim Tiller, RN, MPH<br>Assistant Director, Healthcare Alliance Development | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | | |
| RADARS System | Jody L. Green, PhD<br>Associate Research Director | Rocky Mountain Poison & Drug Center<br>777 Bannock Street, MC 0180<br>Denver, CO 80204 | | |
| | Luke Poppish<br>Research Projects Coordinator | Rocky Mountain Poison & Drug Center<br>777 Bannock Street, MC 0180<br>Denver, CO 80204 | | |

last updated January 2013

PCF Directory Page 10 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985573

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Reflex Sympathetic Dystrophy Syndrome Association | Jim Broatch<br>Executive Director | P.O. Box 502<br>Milford, CT 06460 | | |
| RNRx | Windy Carson-Smith<br>CEO | Carson Company, LLC<br>1937 11th Street, NW<br>Washington, DC 20001 | | |
| St. Jude Medical | Ashli Douglas<br>Senior Director, Government Affairs | One Massachusetts Avenue, NW<br>Suite 330<br>Washington, DC 20001 | | |
| | Kim Elting<br>General Counsel, VP Human Resources & Health Policy<br>Nueromodulation Division | 6901 Preston Road<br>Plano, TX 75024 | | |
| Teva Pharmaceuticals | Stacey Beckhardt<br>Associate Director, Advocacy Relations/Government & Public Affairs | 41 Moores Road<br>PO Box 4011<br>Frazer, PA 19355 | | |
| | Robert Falb<br>Director, Government & Public Affairs | 25 Massachusetts Avenue, NW<br>Suite 440<br>Washington, DC 20001 | | |
| | Kathy Sapp<br>Senior Manager, Advocacy & Education Development, Professional Affairs, Medical Affairs | 901 East 104th Street<br>Suite 900<br>Kansas City, MO 64131 | | |
| The Parntership at Drugfree.org | Marcia Lee Taylor<br>SVP, Government Affairs | 16 Webster Street<br>Winchester, MA 01890 | | |

last updated January 2013

PCF Directory Page 11 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985574

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| US Pain Foundation | Dee Delezene Browers, MSCP, NCC, LPC<br>Director of Volunteers, Pain Ambassadors | PO Box 2182<br>Shelton, CT 06484 | | |
| | Paul Gileno<br>President/Founder | PO Box 2182<br>Shelton, CT 06484 | | |
| Virginia Cancer Pain Initiative | Patrick Coyne, RN, MSN, CS, CHPH, FAAN | 19544 Sterling Creek Lane<br>Rockville, VA 21346 | | |
| Wisconsin Pain Initiative | June Dahl<br>Co-founder/Advisor | 1300 University Avenue, #4720<br>Madison, WI 53706 | | |

last updated January 2013

PCF Directory Page 12 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003985575