PSJ3

Exhibit 513

Message

| | |
|---|---|
| **From**: | Jonathan Keyserling [jkeyserling@nhpco.org] |
| **Sent**: | 2/27/2008 4:42:42 PM |
| **To**: | Rosen, Burt [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ROSENBU]; Melville, Scott [melville@hdmanet.org] |
| **CC**: | Munroe, Brian [Munroe.Brian@Endo.com] |
| **Subject**: | RE: Pain Coalition |
| **Attachments**: | 2008 Pain Care Forum Invoice.doc |

If you have any questions, please do not hesitate to drop me a note.

Jon.

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Wednesday, February 27, 2008 4:11 PM
**To:** Melville, Scott
**Cc:** Munroe, Brian; Jonathan Keyserling
**Subject:** RE: Pain Coalition

Jon,
Please send Scott an invoice. Scott, it is voluntary and up to $2k. We do not have a budget problem, but it does pay for meals and some minor expenses, printing etc. Brian, can you send Scott the guidelines?

**Burt Rosen**
**VP Federal Government Affairs**
**700 13th St. NW**
**Suite 525**
**Washington, DC 20005**
**Office: 202-508-0750**
**Cell:**

---

**From:** Melville, Scott [mailto:melville@hdmanet.org]
**Sent:** Wednesday, February 27, 2008 4:08 PM
**To:** Rosen, Burt
**Subject:** Pain Coalition

Burt -- Good call with the Pain Coalition last week.  We're pleased to be included.  How much and to whom am I to pay?  You sent me the agenda, but no invoice.

Also, where can we get a copy of the Washington State guidelines that were discussed on the call?

Thanks, again.

Scott

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004321196

........................................................................
Scott M. Melville
Senior Vice President, Government Affairs
Healthcare Distribution Management Association
(703) 885-0233
Fax: (703) 935-3200

melville@hdmanet.org
www.HealthcareDistribution.org


........................................................................

New Release!
*2007-2008 HDMA Factbook*
**Data Central: Supply Chain Research That *Delivers* Results**
Get your copy today!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004321197

# 2008 Pain Care Forum Invoice

***The goals of The Pain Care Forum are to:***

1) *Provide a forum for the exchange of information and ideas to further the general education of members regarding public policy issues surrounding the treatment of pain.*

2) *Provide a forum to coordinate and focus commitments to action regarding public policy issues that affect the treatment of pain.*

Membership in the Pain Care Forum is open to all organizational representatives that have a demonstrated ability and an interest in understanding and improving pain care public policy, and are approved for membership by a the Executive Committee.  The Pain Care Forum is committed to improving the understanding and knowledge of member organizations and to promoting coordinated actions on common interest public policy issues.  **To support the meetings and activities of the Pain Care Forum we request a voluntary minimum contribution to the Forum of $100.  We encourage corporations, capable of larger donations, to contribute at the $2,000 level.**

Name: _____

Title:_____

Organization: _____

Business Address: _____

Business Phone: _____

Business Fax_____

Business Email:_____

**Please remit payment to:**

**NHPCO, 1700 Diagonal Road, Suite 625**
**Alexandria, VA  22314**
**Attn: Pain Care Forum**
Tax ID # 54-1096334