PSJ3

Exhibit 514

**To:** Rosen, Burt[Burt.Rosen@pharma.com]
**From:** Shaw, Solana
**Sent:** Tue 1/10/2017 2:17:39 PM
**Subject:** FW: Please Remove HDA
PAIN CARE FORUM LISTS (2017-01).pdf

Thoughts?

**From:** Kelly, Patrick [mailto:pkelly@hda.org]
**Sent:** Tuesday, January 10, 2017 1:49 PM
**To:** Shaw, Solana <Solana.Shaw@pharma.com>
**Cc:** Ducca, Anita <aducca@hda.org>; Miller, Ruth <rmiller@hda.org>; Freitas, Kristen <kfreitas@hda.org>; Cosgrove, Jewelyn <jcosgrove@hda.org>
**Subject:** Please Remove HDA

Solana,

Please remove the Healthcare Distribution Alliance (HDA) from the list of PCF Participating Companies and Organizations as well as the HDA staff listed in the PCF Directory (Anita Ducca, Kristen Freitas, Ruth Miller and Jewelyn Cosgrove).

If possible we would like to remain on the email distribution list and participate in meetings if permitted.

Thank you. If you have any questions please email me or call me at (703) 885-0233.

Sincerely,

Patrick Kelly
Executive Vice President, Government Affairs
Healthcare Distribution Alliance


**Subject:** PAIN CARE FORUM 2017

Hello Everyone & Happy New Year –

Welcome to all our new participants. **Everyone, old and new, please take the time to review the information/reminders below, as well as the attached PCF Lists document which has the: 1 - Meetings Schedule; 2 - Participating Organizations list; and, 3 - Directory*.**

-Calendaring system notices are NOT sent out for these meetings. Reference the meetings schedule for dates, times, etc.
-**SCHEDULE:** Meeting times are EASTERN TIME, and are the **2nd Thursday of the month** unless otherwise noted. **(MONTHLY 10:30 to 11:30 A.M; QUARTERLY 12:00 noon to 2:00 P.M.)**
-**LOCATION: BOSTON SCIENTIFIC   1455 Pennsylvania Avenue, NW – 9th floor   Washington, DC 20004.** LOCAL MEMBERS ARE ENCOURAGED TO ATTEND IN PERSON.
-**TELEPHONE PARTICIPATION OPTION: 1-800-377-8846, passcode 10523781#.** This is the dial-in number EVERY MONTH unless otherwise noted. Telephone participation RSVPs are NOT NEEDED.

-Agendas are emailed to the group a few days prior to each meeting.  Send agenda item submissions to Solana Shaw or to Burt Rosen (burt.rosen@pharma.com) by close of business the Friday PRIOR to the next meeting.
**-RSVP: If you are attending in-person, an RSVP is requested & required every month. Regrets/telephone participation RSVPs are NOT NECESSARY.**

*Persons not listed on the directory have either not provided their complete information [title, postal address, contact numbers, etc.] or have asked to be on the email distribution only.*  To listed in the directory, email your *complete information* to *solana.shaw@pharma.com and you will be added in the next update.*

Feel free to email or call me with any questions/corrections/changes. *(The information in this message & the document provided is relative to the Pain Care Forum as a whole, <u>only</u>.  Any questions/issues regarding PCF subcommittees, workgroups and/or task forces should be directed to their respective coordinators.)*

Thank you,
Solana

**SOLANA SHAW**
PURDUE PHARMA L.P.  --  Federal Affairs/Washington DC Office
1001 Pennsylvania Avenue, NW - 13th floor, NORTH
Washington, DC 20004
(202) 508-0750 MAIN OFFICE
(202) 508-0189 DESK/DIRECT
███████████ MOBILE

CONFIDENTIAL

PPLPC018001397465