PSJ3

Exhibit 515

**To:** Micke Brown BSN RN[mbrown@painfoundation.org]; Buck, Joy[jbuck@hsc.wvu.edu]; Aaron Gilson[amgilson@wisc.edu]; Adam Chrisney[Adam.Chrisney@ppsv.com]; Adam Clark[adam.clark@laf.org]; Alfred Anderson[aanderson@medpainmanagement.com]; Andrea Best[andrea.best@abbott.com]; Andrew Bertagnolli[andrew.bertagnolli@kp.org]; Anita Ducca[aducca@hdmanet.org]; Ashley Myracle[ashley.myracle@rmpdc.org]; Ashli Douglas[adouglas@sjm.com]; Barbara Gordon[bgordon@ichelp.org]; Bennett, Pamela (Gov't Affairs)[Pamela.Bennett@pharma.com]; Brian Munroe[munroe.brian@endo.com]; Carlos Gomez[drcarlosgomez@gmail.com]; Caroline Schellhas[cmoody2@corus.jnj.com]; Catherine Underwood[cunderwood@amctec.com]; Chip Amoe[c.amoe@asawash.org]; Christy Torkildson[torkc@sbcglobal.net]; Claudia Campbell [campbecfun1@yahoo.com]; Courtney Snowden[csnowden@rabengroup.com]; Dara Mann[dara.mann@abbott.com]; Darrel C. Jodrey[djodrey@its.jnj.com]; David E. Joranson[joranson@wisc.edu]; David Graham[dgraham5@its.jnj.com]; David Swankin[davidswankin@cacenter.org]; David Weissman[dweissma@mcw.edu]; David Woodmansee[david.woodmansee@cancer.org]; Donna Kalauokalani[dkalauokalani@yahoo.com]; Elizabeth Ernst[elizabeth.ernst@boehringer-ingelheim.com]; Fritz Bittenbender[fbittenb@cephalon.com]; Gail Amalia B. Katz[gabkatz2000@yahoo.com]; Greg Thomas[thomas.gregory@endo.com]; Ilisa Halpern Paul[ipaul@gcd.com]; Jack Kalavritinos[jack.kalavritinos@covidien.com]; Janet McUlsky[janet.mculsky@pfizer.com]; Jason Grove[jason.grove@abbott.com]; Jeff Van Ness[jvanness@hdmanet.org]; Jerold Roschwalb[jroschwalb@msn.com]; Jerry Hall[jerry.hall@abbott.com]; Jim Broatch[jwbroatch@aol.com]; Jody Green[jody.green@rmpdc.org]; Joel Hochman[jfshmd@gmail.com]; Jon Ruais[jon.ruais@sjmneuro.com]; Jonathan Keyserling[jkeyserling@nhpco.org]; Judi Lund Person[jlundperson@nhpco.org]; Judy Lentz[judyl@hpna.org]; June Dahl PhD[jldahl@wisc.edu]; Justine Coffey[jcoffey@ashp.org]; Karina Tabor[Karina.Tabor@cancer.org]; Katherine Sharpe[ksharpe@cancer.org]; Kathleen Strauser[kstrauser@medicomus.com]; Kathryn Keller[kkellerpharmd@comcast.net]; Kathryn Tucker[ktucker@compassionandchoices.org]; Kevin L. Zacharoff[kzacharoff@inflexxion.com]; Keysha Brooks-Coley[keysha.brooks-coley@cancer.org]; Kristina Lunner[klunner@aphanet.org]; Leslie Greenberg[lgreenberg@ons.org]; Licy Do Canto[ldocanto@rabengroup.com]; Lisa Robin[lrobin@fsmb.org]; Malcolm Monaghan[MMonagh4@its.jnj.com]; Marcia Lee Taylor[marcialee_taylor@drugfree.org]; Marcie Bough[mbough@aphanet.org]; Marsha Stanton[marsha.stanton@kingpharm.com]; Mary Bennett MFA[mbennett@painfoundation.org]; Mary Pat Aardrup[mpaardrup@yahoo.com]; Mayssa Sultan MPA L.Ac.[msultan@painfoundation.org]; Meredith Smith[meredith.smith@abbott.com]; Michael Mattoon[michael.mattoon@bsci.com]; Michael Splaine[michael.splaine@alz.org]; Michelle Martin[mmartin@rabengroup.com]; Mike Heffernan[mheffernan@collegiumpharma.com]; Myra Christopher[mchristopher@practicalbioethics.org]; Nicole Kelly[nicolekelly@verizon.net]; Patrick Coyne[user479069@aol.com]; Patrick Plues[pplues@cephalon.com]; Paul Arnstein[pmarnstein@partners.org]; Paul Scott O'Neill[pso@dcbalaw.com]; Penney Cowan [pcowan@pacbell.net]; Peter Slone[peter.b.slone@medtronic.com]; Peter VanPelt[pvanpelt@aphanet.org]; Philip Saigh Jr.[psaigh@connect2amc.com]; Rebecca Kirch[rkirch@cancer.org]; Regina Kaurich[gina@nadona.org]; Robert Saner[robert.saner@ppsv.com]; Robert Twillman[rtwillma@kumc.edu]; Robyn Kohn[RKohn@its.jnj.com]; Ronna Hauser[ronna.hauser@ncpanet.org]; Rosemary Garza[rosemary.garza@medtronic.com]; Scott M. Fishman[smfishman@ucdavis.edu]; Scott Melville[melville@hdmanet.org]; Shaw, Solana[Solana.Shaw@pharma.com]; Stacey Beckhardt[sbeckhar@cephalon.com]; Stephen Porada[sp@paineducators.org]; Steve LaPierre[Steve.LaPierre@bsci.com]; Stewart Leavitt[stew202@comcast.net]; Susan Nicholson[SNicho10@its.jnj.com]; Susan Rogers[susan.k.rogers@verizon.net]; Tamara Sloan[tamara@valinet.com]; Tiller, Kimberley[Kimberley.Tiller@pharma.com]; Timothy Byrne[Byrne.Timothy@endo.com]; Valerie Volpe[valerie_volpe@merck.com]; Wade Delk[wdelk@goAMP.com]; Will Rowe[wrowe@painfoundation.org]
**From:** Rosen, Burt
**Sent:** Tue 7/13/2010 12:33:54 PM
**Subject:** RE: Follow up letter to Dr. McLellan

No intent to offend anyone.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004023440

Suspicious orders are when an organization orders an unexpected volume of controlled substances. HDMA has notified me that they are looking at this and will make a recommendation. DEA has in some cases required this.

---

**From:** Micke Brown BSN RN [mailto:mbrown@painfoundation.org]
**Sent:** Tuesday, July 13, 2010 12:24 PM
**To:** Buck, Joy; Rosen, Burt; Aaron Gilson; Adam Chrisney; Adam Clark; Alfred Anderson; Andrea Best; Andrew Bertagnolli; Anita Ducca; Ashley Myracle; Ashli Douglas; Barbara Gordon; Bennett, Pamela (Gov't Affairs); Brian Munroe; Carlos Gomez; Caroline Schellhas; Catherine Underwood; Chip Amoe; Christy Torkildson; Claudia Campbell ; Courtney Snowden; Dara Mann; Darrel C. Jodrey; David E. Joranson; David Graham; David Swankin; David Weissman; David Woodmansee; Donna Kalauokalani; Elizabeth Ernst; Fritz Bittenbender; Gail Amalia B. Katz; Greg Thomas; Ilisa Halpern Paul; Jack Kalavritinos; Janet McUlsky; Jason Grove; Jeff Van Ness; Jerold Roschwalb; Jerry Hall; Jim Broatch; Jody Green; Joel Hochman; Jon Ruais; Jonathan Keyserling; Judi Lund Person; Judy Lentz; June Dahl PhD; Justine Coffey; Karina Tabor; Katherine Sharpe; Kathleen Strauser; Kathryn Keller; Kathryn Tucker; Kevin L. Zacharoff; Keysha Brooks-Coley; Kristina Lunner; Leslie Greenberg; Licy Do Canto; Lisa Robin; Malcolm Monaghan; Marcia Lee Taylor; Marcie Bough; Marsha Stanton; Mary Bennett MFA; Mary Pat Aardrup; Mayssa Sultan MPA L.Ac.; Meredith Smith; Michael Mattoon; Michael Splaine; Michelle Martin; Mike Heffernan; Myra Christopher; Nicole Kelly; Patrick Coyne; Patrick Plues; Paul Arnstein; Paul Scott O'Neill; Penney Cowan ; Peter Slone; Peter VanPelt; Philip Saigh Jr.; Rebecca Kirch; Regina Kaurich; Robert Saner; Robert Twillman; Robyn Kohn; Ronna Hauser; Rosemary Garza; Scott M. Fishman; Scott Melville; Shaw, Solana; Stacey Beckhardt; Stephen Porada; Steve LaPierre; Stewart Leavitt; Susan Nicholson; Susan Rogers; Tamara Sloan; Tiller, Kimberley; Timothy Byrne; Valerie Volpe; Wade Delk; Will Rowe
**Subject:** RE: Follow up letter to Dr. McLellan

I, too, have concerns that this letter is omitting other critical voices, so made some recommended adjustments. There is one comment that I feel should be addressed, for sake of clarity.

*Micke*

---

**From:** Buck, Joy [mailto:jbuck@hsc.wvu.edu]
**Sent:** Tuesday, July 13, 2010 11:54 AM
**To:** 'Rosen, Burt'; Aaron Gilson; Adam Chrisney; Adam Clark; Alfred Anderson; Andrea Best; Andrew Bertagnolli; Anita Ducca; Ashley Myracle; Ashli Douglas; Barbara Gordon; Bennett, Pamela (Gov't Affairs); Brian Munroe; Carlos Gomez; Caroline Schellhas; Catherine Underwood; Chip Amoe; Christy Torkildson; Claudia Campbell ; Courtney Snowden; Dara Mann; Darrel C. Jodrey; David E. Joranson; David Graham; David Swankin; David Weissman; David Woodmansee; Donna Kalauokalani; Elizabeth Ernst; Fritz Bittenbender; Gail Amalia B. Katz; Greg Thomas; Ilisa Halpern Paul; Jack Kalavritinos; Janet McUlsky; Jason Grove; Jeff Van Ness; Jerold Roschwalb; Jerry Hall; Jim Broatch; Jody Green; Joel Hochman; Jon Ruais; Jonathan Keyserling; Judi Lund Person; Judy Lentz; June Dahl PhD; Justine Coffey; Karina Tabor; Katherine Sharpe; Kathleen Strauser; Kathryn Keller; Kathryn Tucker; Kevin L. Zacharoff; Keysha Brooks-Coley; Kristina Lunner; Leslie Greenberg; Licy Do Canto; Lisa Robin; Malcolm Monaghan; Marcia Lee Taylor; Marcie Bough; Marsha Stanton; Mary Bennett MFA; Mary Pat Aardrup; Mayssa Sultan MPA L.Ac.; Meredith Smith; Michael Mattoon; Michael Splaine; Michelle Martin; Micke Brown BSN RN; Mike Heffernan; Myra Christopher; Nicole Kelly; Patrick Coyne; Patrick Plues; Paul Arnstein; Paul Scott O'Neill; Penney Cowan ; Peter Slone; Peter VanPelt; Philip Saigh Jr.; Rebecca Kirch; Regina Kaurich; Robert Saner; Robert Twillman; Robyn Kohn; Ronna Hauser; Rosemary Garza; Scott M. Fishman; Scott Melville; Shaw, Solana; Stacey Beckhardt; Stephen Porada; Steve LaPierre; Stewart Leavitt; Susan Nicholson; Susan Rogers; Tamara Sloan; Tiller, Kimberley;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                         PPLP004023441

Timothy Byrne; Valerie Volpe; Wade Delk; Will Rowe
**Subject:** RE: Follow up letter to Dr. McLellan

Burt,

I made some revisions to reflect Judy's (and my) serious concerns about the invisibility of HPNA and nurses in this process. Thank you for including the language. Once the changes have been made, I am certain that Judy will be happy to sign on to the letter on behalf of HPNA.

Thanks.

Joy

I approve of this and you are more than welcome to send to Burt indicating that you and I have spoken and I agree with your changes feeling that my "caveat" has been met in this version.

Judy


Dr. Joy Buck, APRN, PhD
Associate Professor
West Virginia University
School of Nursing, Department of Health Promotion/Risk Reduction
Adjunct Associate Professor
College of Medicine, Department of Family Medicine, Eastern Division
2500 Foundation Way
Martinsburg, West Virginia 25401
304-264-9202 extension 6314
304-264-9042 (fax)
jbuck@hsc.wvu.edu

**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Tuesday, July 13, 2010 11:05 AM
**To:** Rosen, Burt; Aaron Gilson; Adam Chrisney; Adam Clark; Alfred Anderson; Andrea Best; Andrew Bertagnolli; Anita Ducca; Ashley Myracle; Ashli Douglas; Barbara Gordon; Bennett, Pamela (Gov't Affairs); Brian Munroe; Carlos Gomez; Caroline Schellhas; Catherine Underwood; Chip Amoe; Christy Torkildson; Claudia Campbell ; Courtney Snowden; Dara Mann; Darrel C. Jodrey; David E. Joranson; David Graham; David Swankin; David Weissman; David Woodmansee; Donna Kalauokalani; Elizabeth Ernst; Fritz Bittenbender; Gail Amalia B. Katz; Greg Thomas; Ilisa Halpern Paul; Jack Kalavritinos; Janet McUlsky; Jason Grove; Jeff Van Ness; Jerold Roschwalb; Jerry Hall; Jim Broatch; Jody Green; Joel Hochman; Jon Ruais; Jonathan Keyserling; Buck, Joy; Judi Lund Person; Judy Lentz; June Dahl PhD; Justine Coffey; Karina Tabor; Katherine Sharpe; Kathleen Strauser; Kathryn Keller; Kathryn Tucker; Kevin L. Zacharoff; Keysha Brooks-Coley; Kristina Lunner; Leslie Greenberg; Licy Do Canto; Lisa Robin; Malcolm Monaghan; Marcia Lee Taylor; Marcie Bough; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; Mayssa Sultan; Meredith Smith; Michael Mattoon; Michael Splaine; Michelle Martin; Micke A. Brown; Mike Heffernan; Myra Christopher; Nicole Kelly; Patrick Coyne; Patrick Plues; Paul Arnstein; Paul Scott O'Neill; Penney Cowan ; Peter Slone; Peter VanPelt; Philip Saigh Jr.; Rebecca Kirch; Regina Kaurich; Robert Saner; Robert Twillman; Robyn Kohn; Ronna Hauser; Rosemary Garza; Scott M. Fishman; Scott Melville; Shaw, Solana; Stacey Beckhardt; Stephen Porada; Steve LaPierre; Stewart Leavitt; Susan Nicholson; Susan Rogers; Tamara Sloan; Tiller, Kimberley; Timothy Byrne; Valerie Volpe; Wade Delk; William Rowe
**Subject:** RE: Follow up letter to Dr. McLellan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          PPLP004023442

Groups signing on so far are:
Inflexxion, Inc.
Hospice and Palliative Care Nurses Association
American Pain Foundation
Endo Pharmaceuticals
Pain Treatment Topics
National Foundation for the Treatment of Pain
Purdue Pharma

Please let me know if you wish to co-sign the letter.
Many thanks

---

**From:** Rosen, Burt
**Sent:** Monday, July 12, 2010 10:52 AM
**To:** 'Aaron Gilson'; 'Adam Chrisney'; 'Adam Clark'; 'Alfred Anderson'; 'Andrea Best'; 'Andrew Bertagnolli'; 'Anita Ducca'; 'Ashley Myracle'; 'Ashli Douglas'; 'Barbara Gordon'; Bennett, Pamela (Gov't Affairs); 'Brian Munroe'; 'Carlos Gomez'; 'Caroline Schellhas'; 'Catherine Underwood'; 'Chip Amoe'; 'Christy Torkildson'; 'Claudia Campbell '; 'Courtney Snowden'; 'Dara Mann'; 'Darrel C. Jodrey'; 'David E. Joranson'; 'David Graham'; 'David Swankin'; 'David Weissman'; 'David Woodmansee'; 'Donna Kalauokalani'; 'Elizabeth Ernst'; 'Fritz Bittenbender'; 'Gail Amalia B. Katz'; 'Greg Thomas'; 'Ilisa Halpern Paul'; 'Jack Kalavritinos'; 'Janet McUlsky'; 'Jason Grove'; 'Jeff Van Ness'; 'Jerold Roschwalb'; 'Jerry Hall'; 'Jim Broatch'; 'Jody Green'; 'Joel Hochman'; 'Jon Ruais'; 'Jonathan Keyserling'; 'Joy Buck'; 'Judi Lund Person'; 'Judy Lentz'; 'June Dahl PhD'; 'Justine Coffey'; 'Karina Tabor'; 'Katherine Sharpe'; 'Kathleen Strauser'; 'Kathryn Keller'; 'Kathryn Tucker'; 'Kevin L. Zacharoff'; 'Keysha Brooks-Coley'; 'Kristina Lunner'; 'Leslie Greenberg'; 'Licy Do Canto'; 'Lisa Robin'; 'Malcolm Monaghan'; 'Marcia Lee Taylor'; 'Marcie Bough'; 'Marsha Stanton'; 'Mary Bennett'; 'Mary Pat Aardrup'; 'Mayssa Sultan'; 'Meredith Smith'; 'Michael Mattoon'; 'Michael Splaine'; 'Michelle Martin'; 'Micke A. Brown'; 'Mike Heffernan'; 'Myra Christopher'; 'Nicole Kelly'; 'Patrick Coyne'; 'Patrick Plues'; 'Paul Arnstein'; 'Paul Scott O'Neill'; 'Penney Cowan '; 'Peter Slone'; 'Peter VanPelt'; 'Philip Saigh Jr.'; 'Rebecca Kirch'; 'Regina Kaurich'; 'Robert Saner'; 'Robert Twillman'; 'Robyn Kohn'; 'Ronna Hauser'; 'Rosemary Garza'; Rosen, Burt; 'Scott M. Fishman'; 'Scott Melville'; Shaw, Solana; 'Stacey Beckhardt'; 'Stephen Porada'; 'Steve LaPierre'; 'Stewart Leavitt'; 'Susan Nicholson'; 'Susan Rogers'; 'Tamara Sloan'; Tiller, Kimberley; 'Timothy Byrne'; 'Valerie Volpe'; 'Wade Delk'; 'William Rowe'
**Subject:** Follow up letter to Dr. McLellan

At the PCF meeting Dr. McLellan suggested a follow up letter to him as a way to set up a process for continued collaboration. Would you like to sign on to the attached letter? Please be conscious of the difficulty in editing with 50 plus people, so only if necessary.
For those who wish to sign, please let me know by Friday.
Many thanks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004023443