PSJ3

Exhibit 516

Message

| | |
|---|---|
| **From**: | Rosen, Burt [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ROSENBU] |
| **Sent**: | 1/31/2008 3:03:11 PM |
| **To**: | Norton, Rita [RNorton@amerisourcebergen.com] |
| **Subject**: | RE: DEA's probe slowing Cardinal |
| **Attachments**: | PAIN CARE FORUM LISTS (02-2008).xls |

See you at 2. See attached. Sorry I forgot.

Burt Rosen
VP Federal Government Affairs
700 13th St. NW
Suite 525
Washington, DC 20005
Office: 202-508-0750
Cell:

-----Original Message-----
From: Norton, Rita [mailto:RNorton@amerisourcebergen.com]
Sent: Thursday, January 31, 2008 2:21 PM
To: Rosen, Burt
Subject: RE: DEA's probe slowing Cardinal

Great thanks Burt.  We will plan to be at your office at 2 unless we hear otherwise.  Look forward to it.
Rita
If you can email the membership list that I can share in advance that would be great. Thanks.

-----Original Message-----
From: Rosen, Burt [mailto:Burt.Rosen@pharma.com]
Sent: Thursday, January 31, 2008 2:18 PM
To: Norton, Rita
Subject: RE: DEA's probe slowing Cardinal

Rita,
That is fine with me. I have a luncheon to attend. How about 2 or 2:30?
Regards,
Burt


Burt Rosen
VP Federal Government Affairs
700 13th St. NW
Suite 525
Washington, DC 20005
Office: 202-508-0750
Cell:

-----Original Message-----
From: Norton, Rita [mailto:RNorton@amerisourcebergen.com]
Sent: Thursday, January 31, 2008 10:30 AM
To: Rosen, Burt
Subject: Re: DEA's probe slowing Cardinal

Burt, we would really appreciate it if we could meet with you on the 13th after 12 (lunch?) Chris Zimmerman, our VP of Regulatory and Security and Mike Kilpatric our VP of of Communications and Investor. They'd like to meet informally with you and talk about our issues and how to work with the Coalition. Very low key. Let me know what' works for you! Thanks, Rita
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Rosen, Burt <Burt.Rosen@pharma.com>
To: Norton, Rita
Sent: Wed Jan 30 14:05:25 2008
Subject: FW: DEA's probe slowing Cardinal

Just left you a voice message. Glad to get together if useful to you.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                           PPLP004301234

DEA's probe slowing Cardinal

DEA's probe slowing Cardinal
Jan 30, 2008   The Columbus Dispatch
By Mike Pramik

Jan. 30, 2008 (McClatchy-Tribune Regional News delivered by Newstex) --

The federal investigation into Cardinal Health's drug-distribution business will cause a drag on its future earnings, the company acknowledged yesterday as it reported lower profit from its second quarter.

This past fall, the U. S. Drug Enforcement Administration suspended three Cardinal Health distribution centers' authorization to dispense controlled substances in an investigation of the company's sales of the painkiller hydrocodone.

Cardinal Health said yesterday it will spend more than $30 million during the current fiscal year to better control distribution of the drugs.

"The anti-diversion issue has distracted us," Cardinal Chairman and Chief Executive R. Kerry Clark told analysts yesterday.

"We continue to engage in discussions with the DEA to resolve matters. "

The Dublin-based health-care services company said it expects to earn $3. 75 to $3. 85 per share for its fiscal year, which ends June 30, down from an earlier estimate of between $3. 95 and $4. 15 per share.

Cardinal Health posted lower profit yesterday for its second quarter compared with the year-ago period, but its share prices rose as its numbers beat Wall Street expectations.

Cardinal Health stock closed at $58. 77, up $2. 91.

Since November, the government has ordered Cardinal Health to stop distributing controlled substances from warehouses in Auburn, Wash. ; Lakeland, Fla. ; and Swedesboro, N. J.

Company spokesman Jim Mazzola said yesterday it's unclear whether the DEA will take action against other Cardinal Health distribution centers.

The federal agency said in November that Cardinal Health's Auburn operation distributed nearly 605,000 hydrocodone pills to Horen's Drug Store in Burlington, Wash. That was about 3 percent of the total hydrocodone pills that Cardinal distributed from that site from Jan. 1 to Sept. 30 of last year.

The DEA called businesses such as Horen's "rogue Internet pharmacies. "

Cardinal Health executives told analysts yesterday that the issue with the DEA wasn't the only negative news affecting the company's core business, which accounts for half its earnings before interest and taxes.

Other factors affecting the distribution business include its inability to raise prices for branded drugs, a lack of new generic drug introductions and uncertain profit margins for its distribution of Cardiolite, a drug used to detect coronary artery disease.

"We believe we need to make significant changes to (the drug-distribution division), and that is why we are taking the
(earnings) guidance down at this time," Clark said.

Clark also said that during the past nine months, the company has renewed contracts with its major pharmacy providers. It renewed pacts with Kmart, Kroger (NYSE:KR) and CVS (NYSE:CVS) in spring 2007, and yesterday it announced that it recently extended by three years a $16. 5 billion contract with Walgreens. (NYSE:WAG)

The Walgreens deal wasn't set to expire until this summer.

Analyst John Ransom with Raymond James & Associates said that Cardinal Health "most likely conceded some price" in agreeing to terms early.

mpramik@dispatch. com

Newstex ID: KRTB-0147-22646940

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP004301235

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004301236