# PSJ3

# Exhibit 517

Message

| | |
|---|---|
| **From**: | Rosen, Burt [/O=PURDUE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=1F792308A3514B9FB7647C557DE3CB18] |
| **Sent**: | 2/11/2016 3:58:39 PM |
| **To**: | Slone, Pete [Pete.Slone@McKesson.com] |
| **CC**: | Shaw, Solana [/O=PURDUE/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=3c759cc80ec54b509cff01e99b8388e6] |
| **Subject**: | RE: McKesson Request to Join Pain Care Forum |
| **Attachments**: | Pain Care Forum .doc; PAIN CARE FORUM INVOICE.doc |

Pete
You have been accepted into the PCF. See attached a charter document and the current directory. Solana,  I am having trouble finding the directory and schedule for 2016, so please send to Pete

There is also a form for the voluntary contribution.
Please let Solana or me know if you need more. She will need contact and how you wish to be listed in the directory and will write to you I am sure.

Regards
Burt


-----Original Message-----
From: Slone, Pete [mailto:Pete.Slone@McKesson.com]
Sent: Thursday, February 11, 2016 1:29 PM
To: Rosen, Burt
Subject: RE: McKesson Request to Join Pain Care Forum

Thanks for accommodating me today.  Much appreciated.  Let me know best ways to participate and support along the way.  Thanks Burt.  How's Nina's Dad doing?

Pete Slone
SVP, Public Affairs
Corporate Public Affairs

(202) 638-3833 office
(202) 744-3959 mobile

McKesson Corporation
601 Pennsylvania Avenue, NW
Suite 950 North
Washington, DC  20004
www.mckesson.com


-----Original Message-----
From: Rosen, Burt [mailto:Burt.Rosen@pharma.com]
Sent: Thursday, February 11, 2016 10:48 AM
To: Slone, Pete
Subject: Re: McKesson Request to Join Pain Care Forum

Now. He speaks at 11.

> On Feb 11, 2016, at 10:11 AM, Slone, Pete <Pete.Slone@McKesson.com> wrote:
>
> BSC at what time ?
>
> Sent from my iPhone
>
>> On Feb 11, 2016, at 5:27 AM, Rosen, Burt <Burt.Rosen@pharma.com> wrote:
>>
>> Do not see a problem. I cannot get this done before the meeting but not a problem to join us today.
>>
>>> On Feb 10, 2016, at 11:31 PM, Slone, Pete <Pete.Slone@McKesson.com> wrote:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

\>\>\>

\>\>\> Burt, as we discussed I believe that McKesson has some perspective to bring to the Forum as the largest pharmaceutical wholesale distributor in North America, as well as through our Technology Solutions businesses. Please consider this a formal request for membership on behalf of the company.  I would hope to join the meeting later today and become an active participant in the future.  Many thanks and please advise if there's anything further we need to do to effect McKesson's membership.

\>\>\>

\>\>\> Sent from my iPad

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER