# PSJ3 Exhibit 518

Message

| | |
|---|---|
| **From**: | Rosen, Burt [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ROSENBU] |
| **Sent**: | 1/11/2008 12:56:14 PM |
| **To**: | Seid, Stephen [/O=PURDUE/OU=PURDUE US/CN=SALES AND MARKETING - FIELD/CN=B4BEE2C8] |
| **Subject**: | RE: HDMA materials for Thursday's PCF meeting |

**HDMA presented and lots of interest was raised with the Pain Care Forum members. We have a follow up call scheduled for the 18th to see if we can develop some strategies.**

**Burt Rosen
VP Federal Government Affairs
700 13th St. NW
Suite 525
Washington, DC 20005
Office: 202-508-0750
Cell:**

---

**From:** Seid, Stephen
**Sent:** Friday, January 11, 2008 11:14 AM
**To:** Rosen, Burt
**Subject:** RE: HDMA materials for Thursday's PCF meeting
Burt

   HDMA and their members are very concerned about this. Dale Smith, the CEO of HD Smith, contacted me to discuss this prior to the holidays. I offered our support and insight on these issues. Many legitimate outlets are getting restricted supplies of CII's

*Steve Seid
National Accounts
 Trade Relations*

---

**From:** Rosen, Burt
**Sent:** Thursday, January 10, 2008 8:36 AM
**To:** Seid, Stephen
**Subject:** FW: HDMA materials for Thursday's PCF meeting
**HDMA is presenting today to a group called the Pain Care Forum which I chair. Have you seen this letter? It seems very onerous stating they must investigate unusual orders before shipping.**

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP004301330

**From:** Rosen, Burt
**Sent:** Wednesday, January 09, 2008 10:01 AM
**To:** Abrams, Robin; Bannon, Timothy; Graham, Aaron; Haddox, Dr. J. David; Heins, James; Must, Alan; Silbert, Richard W; Udell, Howard
**Subject:** FW: HDMA materials for Thursday's PCF meeting

fyi

**Burt Rosen**
**VP Federal Government Affairs**
**700 13th St. NW**
**Suite 525**
**Washington, DC 20005**
**Office: 202-508-0750**
**Cell:** ▌

---

**From:** Rosen, Burt
**Sent:** Wednesday, January 09, 2008 10:00 AM
**To:** Shaw, Solana; Aaron Gilson; Adam Chrisney; Adam Clark; Barry Eliot Cole; Bennett, Pamela (Gov't Affairs); Brad Gary; Brad Maruca; Brian Munroe; Caroline Moody; Christy Torkildson; Claudia Campbell ; Courtney Snowden; Cohen, Dan; David E. Joranson; David Swankin; David Woodmansee; Gail Amalia B. Katz; Heather Mullen; Ilisa Halpern Paul; Janet McUlsky; Jason Grove; Jeff Myers; Jennifer Connelly; Jerold Roschwalb; Jim Broatch; Jonathan Keyserling; Joy Buck; Judy Lentz; June Dahl PhD; Karina Tabor; Kathryn Tucker; Kristin Morris; Kristina Lunner; Lisa Robin; Mark Rasmussen; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; Michael Splaine; Michelle Lonchar; Micke A. Brown; Myra Christopher; Nancy Buermeyer; Ned Masin; Paul Arnstein; Penney Cowan ; Peter Slone; Rebecca Kirch; Robert Reder; Robert Saner; Robert Twillman; Scott M. Fishman; Stephen Porada; Steve LaPierre; Susan Rogers; Tamara Sloan Anderson; Theresa Doyle; William Rowe
**Cc:** 'Melville, Scott'
**Subject:** HDMA materials for Thursday's PCF meeting

**Scott Melville, SVP at HDMA will be presenting at the PCF meeting on Thursday. Here are some materials that he has provided.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        PPLP004301331