# PSJ3 Exhibit 519

FILED UNDER SEAL