# PSJ3 Exhibit 524

**To:** Pickett, Larry[LAP1957@pharma.com]
**From:** Rosen, Burt
**Sent:** Mon 11/24/2008 1:02:21 PM
**Subject:** FW: REMS Task Force Meeting

Fyi

**From:** Rosen, Burt
**Sent:** Monday, November 24, 2008 12:59 PM
**To:** Udell, Howard; Landau, Dr. Craig; Karen Becker
**Subject:** REMS Task Force Meeting

**Confidential Attorney Client Communication**

**The Pain Care Forum Task Force on REMS just had its first meeting.**
**Attending:**
**American Pain Foundation**
**Cephalon**
**Purdue**
**King**
**American Pain Society**
**Alpharma**
**American Society of Pain Educators**
**Covidian**
**Abbott**
**Pfizer**
**HDMA (wholesalers)**
**National Pain Foundation**
**American Cancer Society**
**Pain Care Coalition (Medicine)**
**American Pain Society**
**APhA**
**Pain & Policy Studies**

**An outline is being drafted that will identify the risks to be addressed, (i.e. opioid tolerance, dependency, safe storage, etc.), and to identify a single system to address the needs for a uniform REMS. The group has agreed to meet again in person to review a draft on December 1st. I will set up a quick call as I think we can do a lot to help frame the outline and to decide how much detail we want to give the group on suggestions for a single system.**

CONFIDENTIAL                                                                                                  PPLPC019000247205