PSJ3

Exhibit 526

**To:** Rosen, Burt[Burt.Rosen@pharma.com]
**From:** Landau, Dr. Craig
**Sent:** Fri 3/6/2009 1:55:09 PM
**Subject:** Re: RE; REMS mtg next week...

Thanks Burt. Appreciated.

---

**From:** Rosen, Burt
**To:** Landau, Dr. Craig
**Sent:** Fri Mar 06 13:49:10 2009
**Subject:** FW: RE; REMS mtg next week...

Craig,
I forgot to mention that the wholesalers are also part of the Pain Care Forum REMS Task Force through their trade group HDMA.
Regards

---

**From:** Rosen, Burt
**Sent:** Friday, March 06, 2009 1:39 PM
**To:** Landau, Dr. Craig
**Subject:** RE: RE; REMS mtg next week...

Craig,
In the meeting we had with companies, Purdue, Endo, Covidian, Abbott, King, Collegium, Roxnne and J&J ( and antitrust counsel) were represented either directly or through their consultants.
We signed a letter from Pain Care Forum organizations that was sent to FDA, along with Abbott, Endo, Collegium and 20 other organizations from pharmacy, medicine, patients, hospice, state medical boards and others. Also, we are participating with the Pain Care Forum REMS Task Force with additional companies Covidian, Roxanne, J&J, and Cephalon. It is possible that I am missing a company or two, but think that is it. The Task Force has also grown to many more than the 20 other organizations. That group has been contacted by Dr. Throckmorten and expects to meet with FDA. They are trying to come up with a specific proposal to offer to FDA.
Please let me know if you have additional questions.
Regards,
Burt

---

**From:** Landau, Dr. Craig
**Sent:** Friday, March 06, 2009 12:26 PM
**To:** Rosen, Burt
**Subject:** FW: RE; REMS mtg next week...
**Importance:** High

Do you feel comfortable with me providing this info?  If so, can you provide me with a list of

CONFIDENTIAL
PPLPC019000264208

companies under and under which coalition (group) they fall?  I can then extract and send to FDA.

*Craig Landau, MD*
*Chief Medical Officer*
*VP Clinical, Medical and Regulatory Affairs*
*Purdue Pharma LLP*
*Stamford, CT 06901-3431*
*Cell*
*Office*
*Email:*

**From:** Basham, Lisa [mailto:Lisa.Basham@fda.hhs.gov]
**Sent:** Friday, March 06, 2009 12:24 PM
**To:** Landau, Dr. Craig
**Subject:** RE: RE; REMS mtg next week...

Craig,  Can you tell me what companies are already working together on this effort?...just as an FYI for us?

**Lisa Basham, MS**
Regulatory Project Manager
Division of Anesthesia, Analgesia and Rheumatology Products
301-796-1175
email: lisa.basham@fda.hhs.gov

**From:** Landau, Dr. Craig [mailto:Dr.Craig.Landau@pharma.com]
**Sent:** Friday, March 06, 2009 12:22 PM
**To:** Basham, Lisa
**Subject:** RE: RE; REMS mtg next week...

Great.  Let me know when you can.  Have a nice weekend.

Craig

*Craig Landau, MD*
*Chief Medical Officer*
*VP Clinical, Medical and Regulatory Affairs*
*Purdue Pharma LLP*
*Stamford, CT 06901-3431*
*Cell*
*Office*
*Email:*

**From:** Basham, Lisa [mailto:Lisa.Basham@fda.hhs.gov]
**Sent:** Friday, March 06, 2009 12:21 PM
**To:** Landau, Dr. Craig
**Subject:** RE: RE; REMS mtg next week...

CONFIDENTIAL
PPLPC019000264209

As you can imagine, I am getting many requests of this nature. I am currently trying to get clearance to provide this information.

*Lisa Basham, MS*

Regulatory Project Manager
Division of Anesthesia, Analgesia and Rheumatology Products
301-796-1175
email: lisa.basham@fda.hhs.gov

---

**From:** Landau, Dr. Craig [mailto:                              ]
**Sent:** Wednesday, March 04, 2009 10:04 PM
**To:** Basham, Lisa
**Subject:** RE: RE; REMS mtg next week...
**Importance:** High

Lisa,

Purdue is eager to act on Dr. Jenkin's request for a sponsor to take the lead and organize a follow-up meeting on development of a "Class" REMS. A list of March 3rd meeting participants and companies would help to facilitate the process and minimize the risk that we'd inadvertently omit an individual or an organization from subsequent communications / meetings. Contact information, preferably email addresses would help to expedite the process.

Thanks and regards,

Craig

*Craig Landau, MD*
*Chief Medical Officer*
*VP Clinical, Medical and Regulatory Affairs*
*Purdue Pharma LLP*
*Stamford, CT 06901-3431*
*Cell*
*Office*
*Email:*

---

**From:** Basham, Lisa [mailto:Lisa.Basham@fda.hhs.gov]
**Sent:** Friday, February 27, 2009 3:04 PM
**To:** Landau, Dr. Craig
**Subject:** RE: RE; REMS mtg next week...

Yeah, you'll get it at the meeting. sorry. but it really will be just 3 short presentations and then discussion/questions.

*Lisa Basham, MS*

Regulatory Project Manager

Division of Anesthesia, Analgesia and Rheumatology Products
301-796-1175
email: lisa.basham@fda.hhs.gov

---

**From:** Landau, Dr. Craig [mailto:Dr.Craig.Landau@pharma.com]
**Sent:** Friday, February 27, 2009 2:50 PM
**To:** Basham, Lisa
**Cc:** Connelly, Beth
**Subject:** Re: RE; REMS mtg next week...

Lisa,

Thanks for the meeting earlier this week, and yes, we're both US citizens. We were wondering if it's safe to assume we won't be reciving an agenda?

Regards,

Craig

---

**From**: Basham, Lisa
**To**: Landau, Dr. Craig
**Cc**: Connelly, Beth
**Sent**: Fri Feb 27 14:46:48 2009
**Subject**: RE; REMS mtg next week...

Craig,

For security purposes....

Are you and David both US citizens?  If not, I'll need you to fill out a form to get clearance for the meeting.

*Lisa Basham, MS*

Regulatory Project Manager
Division of Anesthesia, Analgesia and Rheumatology Products
301-796-1175
email: lisa.basham@fda.hhs.gov