PSJ3

Exhibit 527

**To:**  Crowley, Jack[jack.crowley@pharma.com]; Abrams, Robin[Robin.Abrams@pharma.com]; Udell, Howard[udelllawoffice@pharma.com]
**Bcc:**  Jack.Crowley@pharma.com[Jack.Crowley@pharma.com]; Robin.Abrams@pharma.com[Robin.Abrams@pharma.com]
**From:**  Rosen, Burt
**Sent:**  Thur 9/18/2008 9:28:52 AM
**Subject:**  RE: Pain Care Forum September 18th Luncheon and meeting

**The wholesalers, HDMA, will be attending the luncheon. Let's see where it goes, and I will see if I can get the question asked.**

**Burt Rosen**
**VP Federal Government Affairs**
**700 13th St. NW**
**Suite 525**
**Washington, DC 20005**
**Office: 202-508-0750**
**Cell: 202-494-0437**

---

**From:** Crowley, Jack
**Sent:** Thursday, September 18, 2008 9:17 AM
**To:** Rosen, Burt; Abrams, Robin; Udell, Howard
**Subject:** Re: Pain Care Forum September 18th Luncheon and meeting

Hello Burt:

We should ask her about Suspicious Order Monitoring and specifically how wholesalers can be tasked by DEA with evaluating the legitimacy of prescriptions written for pain patients.

How does DEA suggest this be done by industry, in light of Hippa Laws and regulations?

Jack

---

**From**: Rosen, Burt
**To**: Abrams, Robin; Crowley, Jack; Udell, Howard
**Sent**: Thu Sep 18 09:01:56 2008
**Subject**: FW: Pain Care Forum September 18th Luncheon and meeting

**fyi, I have asked her to talk for 20 to 30 min and take questions. The call in # is in the attached agenda. Feel free to call in if you like. She will be first up about 12 or 12:15 after people arrive and grab a sandwitch.**

CONFIDENTIAL

**From:** Gallagher, Cathy A. [mailto:Cathy.A.Gallagher@usdoj.gov]
**Sent:** Tuesday, September 16, 2008 11:38 AM
**To:** Rosen, Burt
**Cc:** Lunner, Kristina; Shaw, Solana
**Subject:** RE: Pain Care Forum September 18th Luncheon and meeting

I look forward to seeing you all on Thursday.  Mark and I have not had much chance to talk about this since I have been out of the office on travel.  Is this an hour talk and are you looking for specific issues?  I can talk about the Diversion Control Program, its mission, the CSA and regulations and issues specific to physicians - multiple Rx, diversion of controlled substances and Data-waived requirements.  Just some ideas.

Cathy  202-307-7283

-----Original Message-----
**From:** Rosen, Burt [mailto:Burt.Rosen@pharma.com]
**Sent:** Friday, September 12, 2008 6:25 PM
**To:** Gallagher, Cathy A.
**Cc:** Lunner, Kristina; Shaw, Solana
**Subject:** FW: Pain Care Forum September 18th Luncheon and meeting

Cathy,
Many thanks for agreeing to speak on Thursday at the Pain Care Forum. The time and
location are below. We will see you there. Please call Solana or me at the #
below if we can assist in any way.
Regards,
Burt

**From:** Rosen, Burt
**Sent:** Friday, September 12, 2008 6:17 PM
**To:** Aaron Gilson; Adam Chrisney; Adam Clark; Barry Eliot Cole; Bennett, Pamela (Gov't Affairs); Bob
Rappaport; Bob Saner; Brad Gary; Brad Maruca; Brian Munroe; Carlos Gomez; Caroline Moody;
Christy Torkildson; Claudia Campbell ; Courtney Snowden; Dan Cohen; David E. Joranson; David
Swankin; David Woodmansee; Gail Amalia B. Katz; Ilisa Halpern Paul; 'Jack Kalavritinos'; 'James
Green'; Janet McUlsky; Jason E Grove; Jeff Myers; Jennifer Connelly; Jerold Roschwalb; Jim
Broatch; Jonathan Keyserling; Joy Buck; Judy Lentz; June Dahl; Karina Tabor; Kathryn Tucker;
'keysha brooks-coley'; 'Kim Tiller'; Kristina Lunner; 'lennie duensing'; Lisa Robin; Mark Rasmussen;
Mark W. Caverly; Marsha Stanton; Mary Bennett; Mary Pat Aardrup; 'Matt Brow'; 'Michael Mattoon';
Michael Splaine; Michelle Lonchar; Micke A. Brown (mbrown@painfoundation.org); Myra
Christopher; 'Nancy Beltramo'; Nancy Buermeyer; Ned Masin; 'Nicole Kelly'; Paul Arnstein; Penney
Cowan; Peter Slone; 'Peter VanPelt'; Rebecca Kirch; Robert Reder; Robert Twillman; Rosen, Burt;
Scott Fishman; 'scott melville'; Shaw, Solana; Stephen Porada; Steve LaPierre; Susan Rogers;
Tamara Sloan Anderson; Theresa Doyle; 'Tom Berry'; Will Rowe
**Subject:** FW: Pain Care Forum September 18th Luncheon and meeting

**All**

**On September 18th the Pain Care Forum will be meeting at 12 Noon in Bob Saner's conference room at 1501 M Street, NW, Suite 700. Our guest speaker will be,** Cathy Gallagher, Associate Section Chief, Liaison & Policy Section, Office of Diversion Control, DEA . **Lunch will be served and we will hear from our speaker at 12 Noon, with the above agenda items to follow.  Please RSVP to Solana Shaw at 202-508-0750 or** <u>solana.shaw@pharma.com</u>.

**Hope to see you there.**

**Burt**

CONFIDENTIAL

PPLPC018000239674