PSJ3

Exhibit 528

| | |
|---|---|
| From: | Cosgrove, Jewelyn <jcosgrove@hdmanet.org> |
| Sent: | Monday, January 26, 2015 4:08 PM |
| To: | Cosgrove, Jewelyn |
| Subject: | Federal Update - H.R. 471 |

**To: Federal Government Affairs Committee**

HDMA has been working for the past few weeks to identify additional supportive groups for the Ensuring Patient Access and Drug Enforcement Act of 2015. HDMA worked through the Pain Care Forum to encourage a group of sixteen patient and pharmacy groups to send a letter of support today to Congressmen Marino (R-Pa.), Blackburn (R-Tenn.), Welch (D-Vt.) and Chu (D-Calif.)  The letter expresses strong support for the legislation as a way to ensure patient needs are balanced with DEA enforcement actions. The letter is attached for your review.

Recent News Articles
Additionally, we wanted to pass along two articles on the introduction of the Ensuring Patient Access and Effective Drug Enforcement Act of 2015 (H.R. 471).

1. http://www.chaindrugreview.com/front-page/newsbreaks/pharmacy-groups-endorse-rx-drug-abuse-bill
2. http://www.drugstorenews.com/article/house-reintroduces-legislation-thwart-drug-diversion

Congressional Hearing
A reminder that tomorrow the House Energy and Commerce Committee will hold a hearing on the legislation at 10:15 am in 2322 Rayburn.

Witnesses have been announced:

- Ben D. Chlapek, Deputy Chief Central Jackson County Fire (Blue Springs, Missouri);
- John L. Eadie, Director, Prescription Drug Monitoring Program Center of Excellence, Brandeis University;
- Blaine L. Enderson, MD, Department of Surgery, University of Tennessee Medical Center;
- Nathan B. Fountain, MD, Professor of Neurology Director, F.E. Dreifuss Comprehensive Epilepsy Program (on behalf of Epilepsy Foundation); and,
- D. Linden Barber, Partner and Director, DEA Compliance Operations, Quarles & Brady.

Please let me know if you have any questions.

Thank you,

....................................................................
Jewelyn Cosgrove
Associate Director, Federal Government Affairs
Healthcare Distribution Management Association
(703) 885-0272
Fax: (703) 812-5282
www.HealthcareDistribution.org

Confidential

Anda_Opioids_MDL_0000098078