PSJ3
Exhibit 533

# STEVEN MILLS

## REDACTED

## PROFILE

- **Ten years of extensive knowledge encompassing the Walgreen Co. Pharmacy Operations.** Provides support that allows Walgreens to maximize profitability while maintaining the utmost standards of pharmaceutical and professional Integrity.
- **Outstanding communication, team building, and facilitation skills.** Adept at bridging communication between corporate enterprises while maintaining collaboration with vendor relationships.
- **An experienced Senior Analyst skilled at consistently delivering outstanding results.** History of adaptability and innovation in a continuously changing and fast-paced environment.
- **Exceptional attention to detail** and a keen eye to look past the obvious to identify critical underlying business issues and find workable solutions.

## CORE COMPETENCIES

- Microsoft SQL Server
- SQL Analysis and Design
- Pharmacy Drug Knowledge
- Results Driven

- Enterprise Data Warehouse
- Inventory Cost Reduction
- Process Optimization
- Detail Oriented

- Results DSS (MSS)
- Pharmacy Inventory Analysis
- Training and Development
- Highly Effective Communicator

## PROFESSIONAL EXPERIENCE

**WALGREEN CO**, Deerfield, IL

### Senior Business Analyst Pharmaceutical Integrity (2012-present)

Monitors compliance with Walgreens Good Faith Dispensing practices through utilization of a wide variety of analytic techniques. Unlocks visibility using data mining to understand the business need for improving and optimizing controlled substance distribution for the enterprise all the while diminishing patient diversion.

- **Provides ad-hoc analysis** for corporate leadership in order to identify sales/purchase trends that highlight potential problem areas.
- **Intricate knowledge of the Walgreen Co. Strategic Inventory Management System (SIMS).** Skilled at finding insight into enterprise inventory situations when product re-ordering becomes insufficient.
- **Creates SQL logic to identify areas of interest** where suspicious ordering and distribution of controls would leave the enterprise at risk of violation of federal and state laws.
- **Preform ad-hoc store visits to optimize the policy and procedures around Good Faith Dispensing.** Help provide direction to stores when they have concerns or issues filling controlled substance prescriptions.

**WALGREEN CO**, Deerfield, IL

### Pharmacy Inventory Specialist (2010-2012)

Primary point of contact for all Walgreen drug locations for monitoring in-stock levels of product in order to maintain a consistent level of high patient satisfaction. Built bridges with wholesalers to resolve any store ordering issues when product had limited availability.

- **Aided in inventory control of** $15 billion of pharmacy inventory across the Walgreen enterprise.
- **Managed pharmacy vendor catalogs** including troubleshooting any vendor issues by working with vendor directly.
- **Assisted retail and on-site locations** with inventory levels, purchasing, and returns reducing overall company spend by $80 million annually.

HIGHLY CONFIDENTIAL

*Steven Mills*                                                                                    **(Continued)**
*Page 2 of 2*

- **Established and maintained** professional relationships with Amerisource Bergen for purchasing and returning of product.
- **Project- Regional Inventory Optimization** compiled, managed, and resolved excess inventory in Markets 1 & 3 (approximately 65 Walgreen Retail Drug locations) by reducing dead or slow moving inventory totaling $150 thousand dollars in a 30 day trial period.
- **Developed and implemented** results driven ad-hoc presentations to Senior Management.

**WALGREEN CO**, Chicago, IL
*Senior Certified Pharmacy Technician*  (2006 – 2010)
- **Lead and coordinate pharmaceutical teams** in efforts to improve pharmacy management operations thereby increasing margin.
- **Developed performance plans** for pharmacy technicians in order to facilitate improved customer service and experience.
- **Executed regional certification process** for pharmacy technicians.

## EDUCATION

**PROJECT MANAGEMENT FUNDAMENTALS FOR BUSINESS USERS**, Deerfield, IL
Walgreens (2012)

**NORTHEASTERN ILLINOIS UNIVERSITY**, Chicago, IL
*Bachelor of Arts:* Communication Management (2008-2010)

**HARPER COLLEGE**, Palatine, IL
*Bachelor of Arts*: Communication (2005-2008)

## CERTIFICATIONS

➢  Certified Pharmacy Technician

HIGHLY CONFIDENTIAL