PSJ3

Exhibit 535

Message

**From**: Crawford, Kermit [kermit.crawford@walgreens.com]
**Sent**: 8/22/2013 8:36:48 PM
**To**: Greener, Chuck [chuck.greener@walgreens.com]
**Subject**: Fw: Analyst Report
**Attachments**: Management Meeting and Specialist Dinner Takeaways (Leerink Swann).pdf

Would like to discuss my response.
Thanks

---

**From:** Kaufmann, Mike
**Sent:** Thursday, August 22, 2013 7:54:14 PM
**To:** Crawford, Kermit
**Subject:** FW: Analyst Report

Kermit,

I hope you are well. It was good to see you the other day and I hope our admins have been able to get us a dinner date sometime in October. I look forward to catching up.

Please let me know if you hear whether there are any issues. I check in on how things are going every day and I review the service level reports and it looks like everything is going very well like we discussed last week at NACDS. My team talks with Jeff Foreman constantly (and he seems very happy with the service levels) and are working with him to clean up issues that are still out there related to old receivables. I am hoping I don't need your help but may need to call you in next few days if a few don't get cleaned up. I will let you know on these old ones and would appreciate it if you could keep the team focused on paying all of the invoices once we stop shipping. Thanks in advance for your help on this.

Finally, I have attached an analyst report that is very disappointing in relation to your CFO's comments related to us. If you look at page 9, he says that you switched your controlled drugs to ABC because we were having DEA issues in some of our distribution centers. As you know, we only had one shut down and that was long before you switched to ABC. We bailed you guys out when you had your issues and only asked you to switch the controlled drugs when we were told we were no longer your wholesaler as it made no sense for us to continue. I would appreciate it if you could speak with him on this topic as this is incorrect and unfair. I hope you don't mind me mentioning this but I have always appreciated our open dialogue and thought you would appreciate me bringing this to you.

Again, please let me know if any issues and I look forward to dinner …. Although I may ask you to buy.

Take care.

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

HIGHLY CONFIDENTIAL WAGMDL00746694