PSJ3

Exhibit 536

Message

| | |
|---|---|
| **From**: | Deloso, Michael (US - Atlanta) [mdeloso@deloitte.com] |
| **Sent**: | 4/17/2008 5:38:47 PM |
| **To**: | Justus, Shirlene [Shirlene.Justus@cardinal.com] |
| **Subject**: | FW: NACDS matls on anti-diversion |
| **Attachments**: | Anti-d Talking points for NACDS.doc; NACDS.ppt |

Can you print out for me? Thanks. I'll pick it up on my way to the comm/training guys. . .

Mike

**Michael Deloso**
Deloitte Consulting LLP

Tel: (or Direct:) +1 404 631 3642
Fax: +1 404 443 9410
Mobile: + 1 770 715 5557
mdeloso@deloitte.com
www.deloitte.com

---

**From:** Hartman, Mark [mailto:Mark.Hartman@cardinalhealth.com]
**Sent:** Thursday, April 17, 2008 11:18 AM
**To:** Deloso, Michael (US - Atlanta)
**Subject:** FW: NACDS matls on anti-diversion

---

**From:** LaNouette, Jill
**Sent:** Thursday, April 17, 2008 9:44 AM
**To:** Lawrence, Steve; Williams, Jay
**Cc:** Hartman, Mark; Falk, Steve; Fortier, Brett
**Subject:** NACDS matls on anti-diversion

# Redacted - Privileged

- Jill

---

This message is for the designated recipient only and may contain privileged, proprietary
or otherwise private information. If you have received it in error, please notify the
sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk -
Portuguese
Svenska: www.cardinalhealth.com/legal/email

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message.

Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. [v.E.1]

CONFIDENTIAL

CAH_MDL2804_02366803

# NACDS Conference

## Talking points – Anti-diversion

**CARDINAL HEALTH CONFIDENTIAL**
**FOR INTERNAL USE ONLY – DO NOT DISTRIBUTE**

April 17, 2008

**Background**
- Cardinal Health continues to take steps to fight the diversion of controlled substances, an issue that has received considerable attention and is one of the top issues facing all of us in the pharmaceutical industry. Over the past several months, we and others in the supply chain have been taking a close look at our practices at preventing diversion and determining if we are doing everything we can to stop it.

- In late 2007, the Drug Enforcement Administration (DEA) suspended our license to handle controlled substances at three of our 24 distribution centers: Auburn, Washington; Lakeland, Florida; and Swedesboro, New Jersey. We activated our business continuity plans and have continued to provide controlled substances to customers from other facilities in our network.

- In February we self-imposed a restriction on our sales of controlled substances to retail independent customers from our Stafford, Texas, facility after our reviews revealed areas that required tighter controls.

- Also in February we introduced an enhanced Suspicious Order Monitoring (SOM) program that flags and holds orders from retail independent pharmacies that warrant further inspection. It is based on electronic monitoring of orders and an improved education program to help our sales force "Know Your Customer." We are working around the clock to refine this program before it is expanded into other classes of trade.

- We are in regular communication with the DEA and are aligned with the DEA in ensuring that controlled substances are only getting to those with a legitimate prescription. We do not have a date when we expect to have our DEA licenses reissued and we cannot expect to until we and the DEA have complete confidence that we have the right controls in place, consistently, across the network.

**Talking Points regarding Retail Chains**
- We have an obligation to expand our SOM program to other classes of trade, including retail chains. We are beginning to have discussions with retail chains customers to determine how to do this in a collaborative way that minimizes the disruption to the legitimate need for medicines, while protecting the integrity of the pharmaceutical supply chain.

- We know that many retail chains have anti-diversion processes in place. Our goal is to understand our customers' processes, determine how and whether we can build on the processes in place at the chains, and otherwise work together to ensure that our Suspicious Order Monitoring program for retail chains does not interrupt legitimate business.

- We need to figure out with our customers 1) how to implement "Know Your Customer" training with our retail chain sales team when our representatives do not visit every chain store, and 2) how to set an appropriate electronic monitoring program. Through discussions with retail chain customers, we will get input and advice to help us meet our obligations.

- The expected timeline for retail chains is as follows:
  - April – May: Discussions and meetings with several retail chain customers
  - June: Pilot Suspicious Order Monitoring Program for retail chains
  - June-Aug: Communicate and educate our internal teams (sales, operations, QRA) and our customers on the Suspicious Order Monitoring Program for retail chains
  - July-August: Rollout Suspicious Order Monitoring program for retail chains

# The issue

- Diversion is serious and affects everyone in the pharmaceutical industry.
- DEA licenses were suspended at three Cardinal Health facilities. We self-imposed a restriction at a fourth facility relating to retail independent sales.
- Having regular communication with DEA. Both Cardinal Health and DEA need complete confidence the right controls are in place across the network before suspensions will be lifted.
- Introduced Suspicious Order Monitoring program for retail independent customers and will expand to all classes of trade.
  - Electronic monitoring
  - Enhanced "Know Your Customers" education



Company Confidential – For internal use only

CONFIDENTIAL

CAH_MDL2804_02366805

# What it means to retail chains?

- We need to collaborate on a Suspicious Order Monitoring program that minimizes disruption to legitimate needs for retail chain customers
- Goal is to understand and support our customers' processes and business while meeting our obligations
- Timeline:
  - April-May: Discussions with retail chains
  - June: Pilot Suspicious Order Monitoring program
  - July-August: Communicate and roll out across retail chains



CardinalHealth    Company Confidential – For internal use only

CONFIDENTIAL    CAH_MDL2804_02366806

# What you can do to help

- Help us understand your anti-diversion processes
- Let us know how we may build on your processes
- Work with us in determining how Cardinal Health can meet its obligation to implement Suspicious Order Monitoring without disrupting the legitimate supply chain
- Join us in fighting diversion and keeping pharmaceuticals out of the wrong hands



Company Confidential – For internal use only

CONFIDENTIAL

CAH_MDL2804_02366807