# PSJ3
# Exhibit 539A



**QRA Strategic Approach and Organizational Alignment**

**QRA Anti-Diversion MOA Training Day 1**

September 11th, 2012

*For internal use only; not to be distributed externally*
*© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.*

CardinalHealth
*Essential to care™*

1

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | 3 |
| 8:30 am | Overall Process | Linden Barber | |
| 9:30 am | Analytics | Nick Rausch | |
| 10:30 am | BREAK (15 mins) | | |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | |
| 11:45 am | Threshold Events (SOM) | Chris Forst | |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
*Essential to care™*

2



CONFIDENTIAL

DC00118617

**Strategy / MOA – Table of Contents**

CardinalHealth

| | |
|---|---|
| MOA Requirements | 5 |
| QRA Progress | 6 |
| QRA Framework | 7 |
| Organizational Structure | 9 |
| Q&A | 14 |
| Appendix | 15 |
| Key DEA anti-diversion assessment metrics | 16 |
| Top CAH oxycodone and hydrocodone customers | 17 |

Cardinal Health 2012          PRIVILEGED & CONFIDENTIAL — WORK PRODUCT PREPARED FOR COUNSEL

4

## Highlights of MOA Requirements

**CardinalHealth**

The Administrative Memorandum of Agreement (MOA) is applicable to Cardinal and all 28 Cardinal DEA registered distribution facilities. Obligations will be applicable for 5 years starting from May 14, 2012 unless DEA agrees in writing to an earlier termination

| | |
|---|---|
| **SOM** | • Maintain a compliance program designed to detect and prevent diversion of controlled substances per CSA and DEA regulations, as applicable |
| **Site Visits** | • Develop site visit procedures to ensure that that any customer placing orders of controlled substances that are known to be diverted, or should be known to be diverted, at the time of the orders that Cardinal knows or should know are suspicious in nature, circumstances, will receive a site visit or an anonymous site inspection (based on the totality of the circumstances)<br>– Within 20 days, i.e., by June 3, 2012 the site visit procedures should be executed in the state of Florida<br>– Within 120 days, i.e., by September 11, 2021, the site visit procedures should be implemented in all states |
| **Thresholds** | • Enhance QRA processes and practices, heightening thresholds establishing and re-setting. The enhanced processed and practices, applicable to all states including Florida, will require two-person concurrence for higher volume customers for specific drug classes |
| **Suspicious Orders** | • Report orders that are identified as suspicious to DEA Headquarters in a format mutually and reasonably agreed upon by DEA and Cardinal |
| **Large Volume Review** | • Create LV-TAC with a team of designated personnel to review and make decisions regarding higher-volume retail and chain pharmacy customers in all states including Florida |
| **Due Diligence** | • Enhance existing processes and practices for conducting due diligence on customers in all states including Florida |
| **Sales Reporting** | • Report to DEA (in the mutually agreed Electronic Data Interchange format) all sales transactions of controlled substances as well as tramadol needs to be provided to DEA headquarters by 15th of each month |
| **Lakeland Suspension** | • Suspend Lakeland distribution center from distributing controlled substances until May 15, 2014 |

Cardinal Health 2012        PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL     5

5



CONFIDENTIAL

DC00118620

**Key Concepts for DEA Compliance**



- Accept the Reality of DEA's Approach
  - High Volume = High Risk
  - DEA will continue to hold distributors responsible for their customers' conduct
- Ask the "Right" Question
  - Do the orders make sense from the wholesaler's perspective
  - If not, why not?
- Compliance requires a strong partnership between Sales, Operations and QRA
- Have a Story that Makes Sense

Cardinal Health 2012      PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL      *See Slide 22 in Appendix  **June 3rd – July 1st   7

7

CONFIDENTIAL



CONFIDENTIAL

DC00118622



CONFIDENTIAL

DC00118623

## New additions to our leadership team



| Todd Cameron | Ullrich Mayeski |
|---|---|
| *Vice President – Supply Chain Integrity* | *Director of Investigations* |

**Todd Cameron**

*Vice President – Supply Chain Integrity*

**Brief introduction**

- Todd has worked across multiple functions during his 20-year tenure at CAH
- Todd spent the past 10 years in Sales Operations where he was responsible for sales force compensation, training, sales tools and analytics, supporting retail independent, alternate care and hospital classes of trade

**Previous Roles with CAH**

- Todd started in Marketing and has worked in Information Technology and Purchasing in addition to Sales Operations

**Ullrich Mayeski**

*Director of Investigations*

**Brief introduction**

- Ullrich has been part of QRA during his 4-year tenure at CAH
- He has overseen successful implementation of QRA policies/procedures in 10 Distribution Centers (DC)

**Previous Roles with CAH**

- Ullrich's previous role involved conducting regulatory compliance assessments and identifying deficiencies in practices/procedures at DCs

**Previous Work Experience**

- Ullrich worked with DEA for 4 years, where he conducted investigations into violations of the Controlled Substances Act
- He also acted as an attorney with Bauch & Michaels, LLC for over a year

10

CONFIDENTIAL



CONFIDENTIAL

DC00118625

**Supply Chain Integrity Key Roles, Responsibilities and Expectations (Page 1 of 2)**

CardinalHealth

| | |
|---|---|
| **Vice President** | • Manage relationships with large upstream and downstream partners (e.g., Purdue, CVS, Wal-Mart, Safeway, LV-TAC) |
| | • Oversee daily operations of the Supply Chain Integrity (SCI) group |
| | • Develop and maintain strategic relationship with regulatory agencies |
| | • Sponsor enhancements to processes and procedures to effectively and efficiently achieve SOM compliance |
| | • Act as customer liaison to key internal stakeholders (e.g., Sales, Legal and Operations) |
| | • Provide directions to Directors of Supply Chain Integrity organization |
| **Directors** | • Lead, direct, and review quality of work |
| | • Accountable for the performance of the group directed by this person |
| | • Ensure SOM compliance within the group headed by this person |
| | • Support VP of Supply Chain Integrity to continuously enhance processes and procedures |
| **Ops&SOMC Group** | • Serve as Director of Operations and SOM Compliance to Todd Cameron, VP of Supply Chain Integrity |
| | • Assist in daily operations and strategic planning of SCI |
| | • Provide comprehensive analytics support to SCI |
| | • Liaise with sales force to leverage enterprise customer knowledge, advocate SOM compliance and help align sales force approach/incentive |
| | • Perform periodic internal auditing of process execution and outputs |
| | • Oversee the Customer Case Group (see 3a for responsibilities and expectations of this group) |
| **Customer Care Group** | • Focus on smaller volume and lower risk customers |
| | • Help customers understand regulations around anti-diversion and provide proper level of information about CAH's anti-diversion policy |
| | • Provide full coverage of the customer base including chain, retail independent, hospitals, AM Care, SPS/SPD, and brokerage |
| | • Dedicated person to manage chain customers |

Cardinal Health 2012       PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL       12

12

DC00118626



CONFIDENTIAL

DC00118627



CONFIDENTIAL

DC00118628



Appendix

Cardinal Health 2012 PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL 15

CONFIDENTIAL

DC00118629

**Key metrics commonly used by the DEA to assess risk of diversion** CardinalHealth

| | |
|---|---|
| ▪ Volume of controlled substances relative to number of prescriptions filled | ▪ Mix within Oxycodone, Hydrocodone, and Alprazolam families (e.g., Oxycodone IR 15mg/30mg compared to oxycodone combination products) |
| ▪ Controlled to non-controlled ratio based upon dosage units purchased by pharmacy from ALL sources (e.g., CAH & Other wholesalers) | ▪ Disproportionate increase in orders for drugs of concern relative to increase in orders for other drugs (controlled & non-controlled) that CAH sells to that pharmacy |

Cardinal Health 2012        PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL        16

16

DC00118630

Top-50 Oxy Customers of Retail Independent and Chain in July 2012

CardinalHealth

Note:-
* Top-50 selected among only retail independent and chain customers;  ** All customer types included in this ranking;
*** Per day prescription volume has been calculated assuming 5 days per week and 5 weeks a month

DEA present in both July and May Top-50 RI & C Oxy Lists
DEA present in both Oxy and Hydro Top-50 RI & C Lists

Cardinal Health 2012                    PRIVILEGED & CONFIDENTIAL -- WORK PRODUCT PREPARED FOR COUNSEL                    17

CONFIDENTIAL

## Top-50 Hydro Customers of Retail Independent and Chain in July 2012

CardinalHealth

**Top-50 Hydro Customers of Retail Independent and Chain in July 2012**

| S. No.* | Ranking** | Distribution Center ID | DEA Num | Name | Address | State | City | Zip | May2012 All Hydro DU | July2012 All Hydro DU | % DIff. Between May and July All Hydro DU | Prescription Volume*** (DU per Day) | 1st Date of Visit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 10 | BA6133814 | ARROWHEAD REGIONAL MEDICAL, CT | HOSPITAL PHARMACY OUTPATIENT | CA | COLTON | 92324 | 194775 | 173623 | -11% | 1980 | 1/3/2011 |
| 2 | 3 | 34 | BC8480825 | COUNTY OF SACRAMENTO PRIMARY | CARE CENTER PHARMACY | CA | SACRAMENTO | 95828 | 132167 | 113391 | 2% | 1440 | 2/10/2012 |
| 3 | 7 | 34 | BC9301660 | CRYSTAL MEDICAL CENTER | PHARMACY, INC | CA | ORO HILLS | 95666 | 10765 | 89481 | 7% | 755 | 6/30/2012 |
| 4 | 8 | 16 | BA8857266 | ADVANCED PHARMACY SERVICES | 899 SOUTH LOOP WEST | TX | HOUSTON | 77054 | 117603 | 88173 | -24% | 1980 | 12/14/2011 |
| 5 | 6 | 11 | FS1274661 | SAV-RITE PHARMACY, LLC | 113 MAIN STREET | KY | CORBIN | 40701 | 87860 | 85593 | -13% | 990 | 6/30/2012 |
| 6 | 19 | 9 | FM0001550 | NISCOR NATIONAL PHARMACY SERV DIS CORP | 616 NORTHINDY MOUNTAIN DRIVE | TN | FRANKLIN | 37067 | 64849 | 78447 | 58% | 1147 | 12/15/2011 |
| 7 | 12 | 8 | BF5660849 | COLLEGE PHARMACY INC | 613 ROUTE 119 | NV | MOUNT GAY | 25637 | 84683 | 76609 | -13% | 990 | 1/4/2012 |
| 8 | 14 | 9 | AK137839 | SKILLED CARE PHARMACY INC | 6125 HI-TEK COURT | OH | MASON | 45049 | 34562 | 70745 | 105% | 1626 | 5/16/2012 |
| 9 | 15 | 34 | BT1360594 | THE PHARMACY AT CARES | 1300 21ST STREET | CA | SACRAMENTO | 95811 | 84660 | 70030 | -17% | 500 | 6/26/2012 |
| 10 | 16 | 9 | BR4478038 | FRANCIS DRS | 325 S. BROWNS LANE/MARK | PA | AVALON | 15202 | 73536 | 68869 | -11% | 1980 | 2/10/2012 |
| 11 | 17 | 10 | AQ1079741 | UNIVERSITY MEDICAL CENTER OF | OUTPATIENT SERVICE PHARMACY | NV | LAS VEGAS | 89102 | 43362 | 68115 | 67% | 980 | 12/15/2011 |
| 12 | 39 | 8 | BB9478423 | HART CO FAMILY PHARMACY | 134 UNION STREET | VA | MARION | 24354 | 49458 | 65463 | 33% | 785.7 | 1/30/2012 |
| 13 | 20 | 34 | FC1267135 | CONSONUS PHARMACY SERVICES CA NORTH | 2549 EDGEMONT ROAD | CA | VACAVILLE | 95688 | 31603 | 59672 | 107% | | |
| 14 | 22 | 14 | FS9829766 | OLD FAULKNT DRUG STORE, INC | 400 SOUTH FLORES AVENUE | TX | DEVINPORT | 95961 | 33080 | 58400 | 2% | 450 | 12/15/2011 |
| 15 | 23 | 10 | FS2553417 | SPECIALISTS PHARMACY | 15901 NE AVENUE | LA | SHREVEPORT | 71101 | 62505 | 55800 | -9% | 125 | 6/15/2012 |
| 16 | 26 | 14 | AG3855426 | CAMPUS DISCOUNT DRUG | 2423 50th4 | TX | LUBBOCK | 79413 | 52539 | 58940 | -19% | +950 | 12/15/2011 |
| 17 | 25 | 9 | BN1668730 | NETWORK HEALTHCARE OF FRANKLIN | 140 SOUTHEAST PARKWAY SUITE170 | TN | FRANKLIN | 37064 | 74648 | 58463 | -20% | 1980 | 12/14/2011 |
| 18 | 26 | 9 | BA6313675 | AMP HARMONIC | 1921 TENNESSEE AVENUE NORTH4 | TN | PARSONS | 38363 | 43789 | 58859 | 34% | 1980 | 12/14/2011 |
| 19 | 27 | 16 | FO1312770 | FAMILY RX PHARMACY, LLC | 3310 OAK STREET | OK | OKLAHOMA CITY | 73054 | 35556 | 55090 | 5% | | 6/25/2011 |
| 20 | 29 | 11 | BM7051454 | MID RX DIRECT | 1306 STEPHENS ROAD | MI | WARREN | 48089 | 54589 | 57868 | 6% | | 2/7/2012 |
| 21 | 38 | 9 | BX8575643 | KING PHARMACY, INC | 909 MORTON BLVD | KY | HAZARD | 41701 | 54498 | 57500 | 6% | | 1/24/2012 |
| 22 | 32 | 14 | AW9362362 | M&L PHARMACY INC | 817 E AUSTIN | TX | NACOGDOCHES | 75965 | 43400 | 55751 | 33% | 624 | 12/15/2011 |
| 23 | 33 | 16 | BV3465517 | SCOTT & WHITE PHARMACY, COM | 1400 SOUTH 801ST STREET | TX | TEMPLE | 76508 | 55362 | 55453 | 41% | | 3/9/2009 |
| 24 | 34 | 16 | BB9700425 | ULTER PHARMACY | 113 T.H. MILES AVE SUITE 1 | TN | TULSA | 96863 | 53525 | 54401 | 4% | 475 | 12/15/2011 |
| 25 | 35 | 13 | BF9564289 | FAMILY HEALTHC7R PHCY, INC | 107 W PATTERSON | AR | KALAMAZOO | 49007 | 48258 | 52673 | 7% | | 12/15/2009 |
| 26 | 36 | 17 | AW2620560 | WESTVIEW PHARMACY | 3090 NORTH CINCINNATI AVE | OK | TULSA | 74006 | 51800 | 52531 | +9% | | 8/26/2008 |
| 27 | 37 | 26 | BM9525364 | MED CORP PHARMACY | 701 S. MAIN STREET | SC | DARLINGTON | 29530 | 55899 | 52390 | -6% | | 8/25/2011 |
| 28 | 38 | 9 | AN6754746 | PRUD HPHARMACY INC | 2508 JACKSON AVE | WV | POINT PLEASANT | 25550 | 51564 | 52556 | -1.7% | | 6/30/2012 |
| 29 | 39 | 34 | BR2360425 | LAKE PHARMACY | 13250 LAKE SHORE DR | CA | CLEARLAKE | 85403 | 74540 | 52513 | -34% | 100 | 6/25/2012 |
| 30 | 40 | 33 | FS2053475 | LOS ANGELES COUNTY + USC MEDICAL CENTER | 1299 NORTH STATE STREET | CA | LOS ANGELES | 90033 | 74590 | 51400 | +32% | 1980 | 12/14/2011 |
| 31 | 42 | 10 | FS9414395 | NEW THEN DRUG STORE, LLC | 10100 GOODNING ROAD WEST | MS | MCCOMB | 39648 | 47486 | 51454 | 7% | | 6/25/2009 |
| 32 | 43 | 9 | BS1058435 | STAR MED DRUGS LLC | 489 N SIGNED ST | TN | NEW TAZEWELL | 37834 | 37836 | 50712 | 42% | | 2/9/2011 |
| 33 | 44 | 9 | FT9344015 | TRI-MED PHARMACY | 768 WEST MAIN STREET | TN | HENDERSONVILLE | 37075 | 35664 | 48863 | 36% | | |
| 34 | 45 | 14 | BX8124517 | EXPRESS SCRIPTS | 46049 HAVELEY RD | KS | ST LOUIS | 63634 | 83852 | 48726 | -21% | | |
| 35 | 46 | 8 | BD1753640 | DIAMOND PHARMACY SERVICE | 645 KOLTER DRIVE | PA | INDIANA | 15301 | 24304 | 48783 | +10% | | 5/21/2008 |
| 36 | 48 | 10 | FT1557246 | FALCON PHARMACY, LLC | 1130 BLACK TIE SALOON MED SUITE 100 | LA | LAFAYETTE | 70508 | 53800 | 48300 | 0% | 75 | 12/15/2011 |
| 37 | 59 | 34 | BE7460540 | SAFEWAY PHARMACY #1746 | 10635 FOLSOM BLVD | CA | RANCHO CORDOVA | 95539 | 50375 | 48505 | -7% | | |
| 38 | 51 | 34 | BT4126719 | SAFEWAY PHARMACY #2070 | 1801 H STREET | CA | SACRAMENTO | 95814 | 49663 | 29556 | 10% | | |
| 39 | 52 | 16 | BB9363511 | DRUG WAREHOUSE | 1086 N SCLOUPISON AVE | TX | SHREVEVILLE | 74604 | 49855 | 48263 | 9% | 400 | 1/31/2012 |
| 40 | 54 | 34 | FT0451570 | FAMILY HEALTHCARE NETWORK PHARMACY | 1130 NO. POPLAR AVENUE | CA | PORTERVILLE | 93257 | 57546 | 47500 | -12% | | 6/30/2012 |
| 41 | 55 | 34 | BC6361534 | SCOTT & WHITE PHARMACY-CANYON CREEK | 912 CANYON CREEK DRIVE | TX | TEMPLE | 76502 | 35840 | 47461 | 35% | | 3/9/2009 |
| 42 | 56 | 17 | BM9138550 | PRISTON PHARMACY | 3023 N CENTRAL | KS | WICHITA | 67203 | 51529 | 46854 | -6% | | 3/19/2011 |
| 43 | 57 | 33 | BC6473273 | CONSONUS PHARMACY SERVICES, LLC | 41804 ENTERPRISE ALLWAY | OR | MONTAGUE | 97229 | 17846 | 46149 | 179% | | |
| 44 | 58 | 9 | AM7445762 | NHG'S PHARMACY | 36248 LN | TN | TRACY CITY | 37387 | 23490 | 45700 | 95% | | 1/5/2012 |
| 45 | 59 | 8 | FL5570412 | PRESCRIPTION CENTER INC | 510 FALLS STREET | NY | NIAGARA FALLS | 14301 | 50463 | 45571 | -9% | 500 | 12/15/2011 |
| 46 | 61 | 9 | BH0011368 | HOMETOWN PHARMACY, INC | 130 HIGHWAY 19 | KY | VIRGIE | 41598 | 41489 | 45055 | 8% | | 5/26/2008 |
| 47 | 61 | 27 | BG3047041 | COUCH PHARMACY ON SHERIDAN | 444 SOUTH SHERIDAN | OK | TULSA | 74112 | 46790 | 45183 | -3% | 950 | 1/19/2012 |
| 48 | 62 | 27 | BC6609449 | CLAREMORE COMPOUNDING CENTER | 1313 NORTH LYNN ROAD BLVD | OK | CLAREMORE | 74018 | 41360 | 44400 | 7% | | 1/29/2012 |
| 49 | 63 | 34 | BP6017847 | PACIFIC WEST PHARMACY, INC | 6780 PACIFIC STREET | CA | ROCKLIN | 95677 | 64968 | 44583 | -31% | | |
| 50 | 64 | 9 | BM9340003 | NISCO HEALTH SOLUTIONS OF | 614 NISCO HEALTH SOLUTIONS | OH | COLUMBUS | 43230 | 16190 | 43585 | 136% | | |

**Note:-**

* Top-50 selected among only retail independent and chain customers. ** All customer types included in this ranking.  ☐ DEA present in both July and May Top-50 RI & C Hydro Lists

*** Per day prescription volume has been calculated assuming 5 days per week and 4 weeks a month  ☐ DEA present in both Oxy and Hydro Top-50 RI & C Lists

Cardinal Health 2012                    PRIVILEGED & CONFIDENTIAL — WORK PRODUCT PREPARED FOR COUNSEL                    18

CONFIDENTIAL

DC00118632

**Table of Contents**

CardinalHealth

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | |
| 9:30 am | Analytics | Nick Rausch | |
| 10:30 am | BREAK (15 mins) | | |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | |
| 11:45 am | Threshold Events (SOM) | Chris Forst | |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

Cardinal Health 2012     PRIVILEGED & CONFIDENTIAL — WORK PRODUCT PREPARED FOR COUNSEL     19

19

DC00118633

**Overall Process**

Questions?

20

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

CONFIDENTIAL

**INTERNAL USE ONLY**

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| **9:30 am** | **Analytics** | **Nick Rausch** | |
| 10:30 am | BREAK (15 mins) | | |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | |
| 11:45 am | Threshold Events (SOM) | Chris Forst | |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
*Essential to care™*

21

DC00118635



CONFIDENTIAL

DC00118636

**INTERNAL USE ONLY**

**Early Dialogue**

- Process to notify customers and sales teams that a customer is approaching a threshold limit
  - Generally initiated when customer's accrual exceeds 75% of corresponding threshold limit
- Intended to facilitate dialogue and inquiry prior to orders being held
  - Proactive versus reactive approach
  - Managed in ADC
- Traditionally focused to Retail Chains, Hospitals and LTC customers
- Emails are triggered to specific sales contacts
  - Sales initiates follow-up review in consultation with QRA

23   For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**CardinalHealth**
Essential to care™

23

DC00118637

**Sales Alert Concept**

- Independent Sales teams will be notified when a customer's accrual exceeds 50% and/or 75% of the corresponding threshold limit
  - Logic will be applied to determine the relevancy of the alert (i.e. if customer reaches 50% within the last 5 days of the accrual cycle, a notification is not likely to occur)
  - Scope includes Independent, LTC and Infusion customers
- Notifications will be loaded (daily) to WinWatcher (CRM application)
- Sales teams follow-up as appropriate
  - Proactively complete a site visit if one has not been completed within previous 90 days
  - Collect KYC information specific to buying patterns

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

24

**CardinalHealth**
Essential to care™

24

DC00118638



CONFIDENTIAL

**Overview of Electronic Monitoring: Relevance of Threshold Limits**

- Suspicious Order Monitoring (SOM) electronic monitoring prospectively (prior to order fulfillment) accrues submitted orders
  - Distribution Center and DEA #
  - Aggregate dosage units ordered for each drug family
  - Threshold limit set for each customer and drug family
  - Calendar month cycle
  - Captures ordered, allocated, Q/C, and shipped
  - Allocated accrual triggers held orders
- When a customer's accrual exceeds the corresponding threshold limit, the order is held and routed to QRA
  - Order will appear in ADC

26   For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
Essential to care™

26



CONFIDENTIAL

DC00118641



**Threshold Limit Methodology: Revised Concept**

- New methodology aligns threshold limit to total monthly prescription volume
  - Total prescription volume includes controlled and non-controlled substances
- The more prescriptions that a store fills, the higher their threshold limit can be
- Rational, defensible basis for threshold limit

28

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

28

DC00118642



CONFIDENTIAL

DC00118643



CONFIDENTIAL

DC00118644



CONFIDENTIAL

DC00118645

**Threshold Survey**

- Customers are instructed to complete threshold event survey when orders are held
- Survey now asks the pharmacy to specify prescriptions per day
- Incorporate information into order and customer assessment



For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

32

32

DC00118646

**Analytics**

Questions?

33   For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**CardinalHealth**
Essential to care™

33

CONFIDENTIAL

**Table of Contents**

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | |
| 11:45 am | Threshold Events (SOM) | Chris Forst | |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health

34

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | **System Enhancements (ADC & Distrack)** | Karl Kill | |
| 11:45 am | Threshold Events (SOM) | Chris Forst | |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
Essential to care™

35

DC00118649



**Purpose:**
>   Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**
- Column Definition:
  - All deliverables in progress should be shown in this listing.
  - Note: Each major phase should have a header row. See Phase X on the example.
  - Workstream – key deliverables being tracked in the project
  - Status – Color status based on the definitions
  - % Comp – Progress to date on the deliverable
  - Finish Date – Projected finish date for the deliverable. As dates change, the previous date should have a line through it.
  - EAC Hours – Total estimated hours at completion
  - Baseline Hours – Original estimate of hours
  - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
  - Green – Deliverable is on or ahead of schedule based on the Milestone Date. EAC is less than the Baseline hours or no more than 10% over.
  - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date. EAC is between 11% and 25% over the original Baseline hours.
  - Red – Deliverable exceeds 10 business days from the original Milestone Date. EAC is between greater than 25% over the original Baseline hours.
  - Blue – Task is complete
  - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**
- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**
- Should be generated in Excel and copied in as a bitmap.

36



**Purpose:**
>    Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to
>    its target dates.

**Guidelines:**
- Column Definition:
  - All deliverables in progress should be shown in this listing.
  - Note: Each major phase should have a header row.  See Phase X on the example.
  - Workstream – key deliverables being tracked in the project
  - Status – Color status based on the definitions
  - % Comp – Progress to date on the deliverable
  - Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
  - EAC Hours – Total estimated hours at completion
  - Baseline Hours – Original estimate of hours
  - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
  - Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
  - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
  - Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
  - Blue – Task is complete
  - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**
- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**
- Should be generated in Excel and copied in as a bitmap.

37

DC00118651



**Purpose:**

   Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**

   • Column Definition:
      ▪ All deliverables in progress should be shown in this listing.
      ▪ Note: Each major phase should have a header row.  See Phase X on the example.
      ▪ Workstream – key deliverables being tracked in the project
      ▪ Status – Color status based on the definitions
      ▪ % Comp – Progress to date on the deliverable
      ▪ Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
      ▪ EAC Hours – Total estimated hours at completion
      ▪ Baseline Hours – Original estimate of hours
      ▪ Comments – Information on the status of a deliverable, required if the status color is yellow or red

   • Colorization Criteria
      ▪ Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
      ▪ Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
      ▪ Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
      ▪ Blue – Task is complete
      ▪ Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**

   ▪ Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
   ▪ Sort table by Finish Date

**Source:**

   ▪ Should be generated in Excel and copied in as a bitmap.

38

DC00118652



**Purpose:**
> Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**
- Column Definition:
  - All deliverables in progress should be shown in this listing.
  - Note: Each major phase should have a header row.  See Phase X on the example.
  - Workstream – key deliverables being tracked in the project
  - Status – Color status based on the definitions
  - % Comp – Progress to date on the deliverable
  - Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
  - EAC Hours – Total estimated hours at completion
  - Baseline Hours – Original estimate of hours
  - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
  - Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
  - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
  - Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
  - Blue – Task is complete
  - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**
- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**
- Should be generated in Excel and copied in as a bitmap.

CONFIDENTIAL

DC00118653



**Purpose:**

Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**

- Column Definition:
  - All deliverables in progress should be shown in this listing.
  - Note: Each major phase should have a header row.  See Phase X on the example.
  - Workstream – key deliverables being tracked in the project
  - Status – Color status based on the definitions
  - % Comp – Progress to date on the deliverable
  - Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
  - EAC Hours – Total estimated hours at completion
  - Baseline Hours – Original estimate of hours
  - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
  - Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
  - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
  - Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
  - Blue – Task is complete
  - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**

- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**

- Should be generated in Excel and copied in as a bitmap.

40

CONFIDENTIAL



**Purpose:**

Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**

- Column Definition:
  - All deliverables in progress should be shown in this listing.
  - Note: Each major phase should have a header row.  See Phase X on the example.
  - Workstream – key deliverables being tracked in the project
  - Status – Color status based on the definitions
  - % Comp – Progress to date on the deliverable
  - Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
  - EAC Hours – Total estimated hours at completion
  - Baseline Hours – Original estimate of hours
  - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
  - Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
  - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
  - Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
  - Blue – Task is complete
  - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**

- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**

- Should be generated in Excel and copied in as a bitmap.

41

DC00118655



**Purpose:**

Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**

- Column Definition:
  - All deliverables in progress should be shown in this listing.
  - Note: Each major phase should have a header row.  See Phase X on the example.
  - Workstream – key deliverables being tracked in the project
  - Status – Color status based on the definitions
  - % Comp – Progress to date on the deliverable
  - Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
  - EAC Hours – Total estimated hours at completion
  - Baseline Hours – Original estimate of hours
  - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
  - Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
  - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
  - Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
  - Blue – Task is complete
  - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**

- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**

- Should be generated in Excel and copied in as a bitmap.

DC00118656



**Purpose:**

   Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.

**Guidelines:**

- Column Definition:
    - All deliverables in progress should be shown in this listing.
    - Note: Each major phase should have a header row.  See Phase X on the example.
    - Workstream – key deliverables being tracked in the project
    - Status – Color status based on the definitions
    - % Comp – Progress to date on the deliverable
    - Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
    - EAC Hours – Total estimated hours at completion
    - Baseline Hours – Original estimate of hours
    - Comments – Information on the status of a deliverable, required if the status color is yellow or red
- Colorization Criteria
    - Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
    - Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
    - Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
    - Blue – Task is complete
    - Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.

**Tips:**

- Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
- Sort table by Finish Date

**Source:**

- Should be generated in Excel and copied in as a bitmap.

43

CONFIDENTIAL



**Purpose:**
　　Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to
　　its target dates.
**Guidelines:**
　　• Column Definition:
　　　　▪ All deliverables in progress should be shown in this listing.
　　　　▪ Note: Each major phase should have a header row.  See Phase X on the example.
　　　　▪ Workstream – key deliverables being tracked in the project
　　　　▪ Status – Color status based on the definitions
　　　　▪ % Comp – Progress to date on the deliverable
　　　　▪ Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a
　　　　　line through it.
　　　　▪ EAC Hours – Total estimated hours at completion
　　　　▪ Baseline Hours – Original estimate of hours
　　　　▪ Comments – Information on the status of a deliverable, required if the status color is yellow or red
　　• Colorization Criteria
　　　　▪ Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the
　　　　　Baseline hours or no more than 10% over.
　　　　▪ Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between
　　　　　11% and 25% over the original Baseline hours.
　　　　▪ Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater
　　　　　than 25% over the original Baseline hours.
　　　　▪ Blue – Task is complete
　　　　▪ Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.
**Tips:**
　　• Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
　　　　▪ Sort table by Finish Date
**Source:**
　　　　▪ Should be generated in Excel and copied in as a bitmap.

44



**Purpose:**
    Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to
    its target dates.
**Guidelines:**
    • Column Definition:
        ▪ All deliverables in progress should be shown in this listing.
        ▪ Note: Each major phase should have a header row.  See Phase X on the example.
        ▪ Workstream – key deliverables being tracked in the project
        ▪ Status – Color status based on the definitions
        ▪ % Comp – Progress to date on the deliverable
        ▪ Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a
          line through it.
        ▪ EAC Hours – Total estimated hours at completion
        ▪ Baseline Hours – Original estimate of hours
        ▪ Comments – Information on the status of a deliverable, required if the status color is yellow or red
    • Colorization Criteria
        ▪ Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the
          Baseline hours or no more than 10% over.
        ▪ Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between
          11% and 25% over the original Baseline hours.
        ▪ Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater
          than 25% over the original Baseline hours.
        ▪ Blue – Task is complete
        ▪ Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.
**Tips:**
    ▪ Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
    ▪ Sort table by Finish Date
**Source:**
    ▪ Should be generated in Excel and copied in as a bitmap.

45

DC00118659



**Purpose:**
   Present the key deliverables and milestones in the status report to provide insight on how the project is tracking to its target dates.
**Guidelines:**
   • Column Definition:
      ▪ All deliverables in progress should be shown in this listing.
      ▪ Note: Each major phase should have a header row.  See Phase X on the example.
      ▪ Workstream – key deliverables being tracked in the project
      ▪ Status – Color status based on the definitions
      ▪ % Comp – Progress to date on the deliverable
      ▪ Finish Date – Projected finish date for the deliverable.  As dates change, the previous date should have a line through it.
      ▪ EAC Hours – Total estimated hours at completion
      ▪ Baseline Hours – Original estimate of hours
      ▪ Comments – Information on the status of a deliverable, required if the status color is yellow or red
   • Colorization Criteria
      ▪ Green – Deliverable is on or ahead of schedule based on the Milestone Date.  EAC is less than the Baseline hours or no more than 10% over.
      ▪ Yellow – Deliverable is within 1 to 10 business days from the original Milestone Date.  EAC is between 11% and 25% over the original Baseline hours.
      ▪ Red – Deliverable exceeds 10 business days from the original Milestone Date.  EAC is between greater than 25% over the original Baseline hours.
      ▪ Blue – Task is complete
      ▪ Place the word 'Red', 'Yellow', etc. respectively in the status column when displaying a color.
**Tips:**
   • Once the deliverable or milestone is complete, show it for 1 week, then remove it from the list.
   ▪ Sort table by Finish Date
**Source:**
   ▪ Should be generated in Excel and copied in as a bitmap.

46

DC00118660



CONFIDENTIAL

DC00118661