# PSJ3

# Exhibit 539B

INTERNAL USE ONLY

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

48

DC00118662

**Overview of Presentation**

- Review current process and discuss points of concern
- Discuss site visits (pharmacist responsibilities)
  - Sales site visits
    - Proactive
    - Requested
  - QRA site visits
  - Evaluation of site visits by Pharmacist Team
- Discuss parameters for threshold adjustment for:
  - Oxycodone
  - Hydrocodone
- Review 13 selected drug families
- Questions

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.



49



CONFIDENTIAL

DC00118664



CONFIDENTIAL



CONFIDENTIAL

DC00118666



CONFIDENTIAL

DC00118667



CONFIDENTIAL



CONFIDENTIAL

DC00118669



CONFIDENTIAL

**INTERNAL USE ONLY**

**Pharmacist QRA – Site Visit Review**

- Initial review and recommendations are made by the pharmacist who is responsible for the customer.
  - Evaluate site visit
  - Make recommendation(s)
  - Prepare to discuss customer with Pharmacist Team
- Pharmacist Team
  - Discuss initial pharmacist's customer recommendations
  - Make final decision regarding:
    - Threshold(s)
    - Acquisition of more information
    - LV-TAC involvement
    - Termination

57

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**CardinalHealth**
*Essential to care™*

57



CONFIDENTIAL

DC00118672

INTERNAL USE ONLY

## Base Codes and Product Names of Selected 13 Drug Families

| Number | Base Code | Product Name |
|--------|-----------|--------------|
| 1 | 9143 | Oxycodone |
| 2 | 9193 | Hydrocodone |
| 3 | 2882 | Alprazolam |
| 4 | 9652 | Oxymorphone |
| 5 | 9150 | Hydromorphone |
| 6 | 5000 | Carisoprodol |
| 7 | 9250 | Methadone |
| 8 | 9801 | Fentanyl |
| 9 | 9300 | Morphine Sulfate |
| 10 | 2783 | Zolpidem Bitartrate (Hemi) |
| 11 | 2737 | Clonazepam |
| 12 | 1724 | Methylphenidate |
| 13 | 1100 | DL- Amphetamine Sulfate Monobasic |

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

CONFIDENTIAL

DC00118673

INTERNAL USE ONLY

**Threshold Events**

———————— Questions? ————————

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

60

CardinalHealth
Essential to care™

CONFIDENTIAL

DC00118674

INTERNAL USE ONLY

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
Essential to care™

61

DC00118675

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | ✓ |
| 1:00 pm | QRA Site Visits | Steve Morse | |
| 1:25 pm | Sales Site Visits | Aimee Veliz | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
*Essential to care™*

62

DC00118676





DC00118678



## Old Report Forms – Report of Investigation (110)

Report of Investigation

CardinalHealth

Date          03/21/12
To            File
From          Vincent Mostfaring
Subject       ABCAE, PC/Medicine Shoppe #1783          DEA #FT0440095
              Smyrna, GA

This pharmacy was visited on 03/21/12 By Vincent Mostfaring, CAH QRA/SCI. Met with Alex G. Pinkston IV, PIC/owner and Eric Terado, CAH PSC

**Findings**
- Practitioners identified by the owner as his top prescribers of CS medications, held current licenses and DEA registration numbers
- 70% of all scripts come from within the medical complex, including the hospital. The medical offices have a large base of orthopedic physicians – 11/Also a psychiatric hospital sends their patients to the pharmacy, as it is one block away and many of those patients pay cash or are on medical assistance programs.
- Location/Area – PIC is in a NE suburb of Atlanta/located on a busy 4 lane road in a v-shaped medical complex, with a hospital in the center/In business, residential area/in Cobb County.
- Sufficient quantities of non-controlled drugs were dispensed.
- 15% of all scripts are CS.
- 20% of CS are cash scripts/20% of C2 scripts are cash.
- 110 daily scripts.
- No evidence of internet or mail order business.
- Pharmacy has moderately sized front end
- Analysis of dispensing report revealed 12,262 oxycodone family pills dispensed on an average each month during the three month time period, pharmacy has cancer, auto accident and serious injury customers.
- PIC was thorough in his approach to due diligence and used the site visit as a learning tool

**Investigator's Assessment**

X Re-evaluate after 12 or more months
O Re-evaluate after 3 months
O Re-evaluate immediately

For internal use only; not to be distribute
© Copyright 2012, Cardinal Health. All ri
ESSENTIAL TO CARE are trademarks (

Version 1/17/12

CardinalHealth
Essential to care™

**New Combined Report Form - 110**







CONFIDENTIAL

DC00118682



**PMO Tracking: Suspicious Orders**
**Site Visit Justifications**

| | | |
|---|---|---|
| **QRA** | 1. | for QRA-a suspicious order event and the customer's threshold is restricted |
| | 2. | for QRA-requested by QRA Pharmacist |
| | 3. | for QRA-requested by LVTAC |
| | 4. | for QRA-requested by QRA Analyst |
| **Sales** | 5. | for Sales-a suspicious order event and the customer's threshold is restricted |
| | 6. | for Sales-requested by QRA Pharmacist |
| | 7. | for Sales-requested by LVTAC |
| | 8. | for Sales-requested by QRA Analyst |
| **Kinray** | 9. | for Kinray-a suspicious order event and the customer's threshold is restricted |
| | 10. | for Kinray Sales-requested by QRA Pharmacist |
| | 11. | for Kinray Sales-requested by LVTAC |
| | 12. | for Kinray Sales-requested by QRA Analyst |
| **DIK Drug** | 13. | for DIK Drug Sales-a suspicious order event and the customer's threshold is restricted |
| | 14. | for DIK Drug Sales-requested by QRA Pharmacist |
| | 15. | for DIK Drug Sales-requested by LVTAC |
| | 16. | for DIK Drug Sales-requested by QRA Analyst |
| | 17. | for Other (Detailed comment required) |

Note:- "Comment Field" to be a mandatory field (if possible) for ALL the selections

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

INTERNAL USE ONLY

## Email Notification

Hello,

This is the ADC application informing you about a site visit request for the following customer:

BR5172084
RALPH DRUGS
15 MCDOUGAL ST
BROOKLYN
NY
11233

The justification for this visit is: FOR QRA-REQUESTED BY QRA PHARMACIST

Additional comments (if any) are:

Customer did not provide adequate explanation for increases for buprenorphine since June. At least 3 requests have been ignored and customer has stated that he will not provide more information (content manager sept. 6.) Until site visit is completed, all orders over static threshold will be cancelled and reported as suspicious.

Please coordinate with other QRA members to schedule this site visit.

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

**INTERNAL USE ONLY**

**QRA Site Visit**

———————————————— Questions? ————————————————

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

71

**CardinalHealth**
Essential to care™

CONFIDENTIAL

DC00118685

**Table of Contents**

| Time | Description | Presenter | Page |
|---|---|---|---|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | ✓ |
| 1:00 pm | QRA Site Visits | Steve Morse | ✓ |
| 1:25 pm | **Sales Site Visits** | **Aimee Veliz** | |
| 1:45 pm | Report Writing | Gary Cacciatore | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth

72

**Sales Site Visit - Background**

- Why are we requesting Sales Site visits?
  - To obtain customer information to help assess whether an order placed by the customer is likely to be diverted
    - If a customer places a suspicious order, the pharmacist may <u>hold</u> future orders for some or all controlled substances until a site visit survey is conducted unless a current survey is already stored in Content manager
    - Current site visits are defined as completed within 90 days or less from the date the order was placed
  - To leverage Sales Force's customer knowledge and geographic presence to enhance customer due diligence
    - The Sales force will help conduct surveillance site visits
    - The Sales Ops team (led by Patrick Dudley) will notify the Independent or Acute Care sales team to conduct site visits for PD Cardinal Health customers (chains included) located in their assigned geographic territory
    - Kinray, Dik Drugs and Borschow will coordinate their own site visit requests

73    *For internal use only; not to be distributed externally*
*© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and*
*ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.*

**Cardinal**Health
*Essential to care™*

CONFIDENTIAL                    DC00118687

**INTERNAL USE ONLY**

**Sales Site Visit - Background**

......................................................................................................................

– How does a Sales Site Visits differ from a QRA Site visits?

- The Report/Form consists of one page and includes only six questions
- The questions are designed to identify obvious signs of diversion
  *Example*:
  - Do you see long waiting lines in the pharmacy?
  - Are the customers <u>not</u> congruent with the demographics of the area?
- This type of visits is considered surveillance or observational visits
  - Investigators (in this case, the sales force) are not required to interview staff or customers/patients, or to announce themselves as Cardinal Health employees
- The sales force (investigators) will answer survey questions based on their observations at that time of the visit
- The sales force will assess customers' likelihood of diversion based on their observations in comparison to other similar pharmacies in the same or similar neighborhood

74    For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.



74

DC00118688



CONFIDENTIAL

CONFIDENTIAL

DC00118690



CONFIDENTIAL

INTERNAL
USE
ONLY

## Exceptions

........................................................................................................................................................

  – Site visits for the following customers will be completed by
     QRA Investigators (reactive)

   • Dik Drugs* *(until Sales training can be completed)*

   • Closed door pharmacies

   • In-patient hospital pharmacies

78  For internal use only; not to be distributed externally
    © Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
    ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**CardinalHealth**
*Essential to care™*

78

DC00118692

INTERNAL USE ONLY

**Sales Site Visit**

———————— Questions? ————————

79  For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

CONFIDENTIAL

DC00118693

**Table of Contents**

| Time | Description | Presenter | Page |
|---|---|---|---|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | ✓ |
| 1:00 pm | QRA Site Visits | Steve Morse | ✓ |
| 1:25 pm | Sales Site Visits | Aimee Veliz | ✓ |
| 1:45 pm | **Report Writing** | **Gary Cacciatore** | |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth

80

**Document Creation Rules**

- <u>Think</u> Before You Write
  - Assume that what you say will become public and will be taken out of context
  - How would you feel if what you wrote appeared tomorrow in the *New York Times?*
- Stick to the Facts
  - Do not go outside your particular expertise
  - Do not speculate or assume
- Write Clearly and Completely
  - Label documents as drafts

81   For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
*Essential to care™*

81

                                                                                      DC00118695

**Document Creation Rules (cont.)**

- Avoid Inflammatory or Flip Language
  - Avoid puns, jokes, or off color comments
  - Avoid sarcasm, irony and humor
  - Consider how words may be used out of context
  - Avoid "hot button" and legal "buzz" words
    - Fraud, Misrepresentation, Criminal, Breach, Negligent, Liability, Reckless
  - Avoid words that could suggest a guilt complex
    - "Original, no copies"
    - "For your eyes only"
    - "Destroy after reading"
    - "Don't put this in writing"

82   For internal use only; not to be distributed externally
     © Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
     ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**CardinalHealth**
Essential to care™

82

DC00118696

**Cardinal (Common sense) Rules**

- Prepare all responses and written communications (specific to an issue) on the assumption that:
  - They will be used against us in an administrative or legal proceeding
  - They may be publicly disclosed and appear in the press
  - Our competitors will read them
  - Our CEO and/or Senior management will review them
- Don't hesitate to seek Corporate assistance early in the process

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.



**Make Sure Facts are Relevant**

- Two employees were observed smoking at the front door of the store. There was a small pick-up truck that was parked in the lot with two individuals. They appeared disheveled and one of them was extremely over weight. They were dressed in worn out clothing and one of them appeared to be impaired. A third overweight individual came out of the store and somehow fit into the vehicle. They left the area without any further incident.

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

84



CONFIDENTIAL

DC00118698

**Make Sure Facts are Relevant**

- Unemployment is high in Philadelphia and many of the unemployed just "hang out" during the day.
- "There was a female in the pharmacy observed making a money transfer. She was dressed provocatively and had tattoos on her chest, arms and leg. . . ."
- Observed in the parking lot were the scattered contents of a women's purse or wallet. Also found in the parking lot were, a few magnetic garment tags, indicating a recent theft, either from the pharmacy or a nearby store.

85

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.



CONFIDENTIAL

DC00118699

**Avoid Racial Statements**

- This is a 12 year old stand-alone store located along a moderately busy road surrounded by most low income Hispanic and elderly residents in a residential and commercial section.
- Heavy Hispanic traffic appeared to come from a large apartment complex behind the store.

86  For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.



86

DC00118700

**Report Writing**

———————————— Questions? ————————————

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

87

**CardinalHealth**
Essential to care™

CONFIDENTIAL

DC00118701

INTERNAL USE ONLY

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | ✓ |
| 1:00 pm | QRA Site Visits | Steve Morse | ✓ |
| 1:25 pm | Sales Site Visits | Aimee Veliz | ✓ |
| 1:45 pm | Report Writing | Gary Cacciatore | ✓ |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

88

DC00118702

INTERNAL USE ONLY

**Review Process & LVTAC Recommendations**

————————————— Questions? —————————————

For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

89

CardinalHealth
Essential to care™

CONFIDENTIAL

DC00118703

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | ✓ |
| 1:00 pm | QRA Site Visits | Steve Morse | ✓ |
| 1:25 pm | Sales Site Visits | Aimee Veliz | ✓ |
| 1:45 pm | Report Writing | Gary Cacciatore | ✓ |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | ✓ |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | |
| 3:30 pm | Summary / Conclusion | Craig Morford | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health

90

 DC00118704

Borschow

- Purchased by Cardinal Health in 2008 to expand presence outside continental US
- Traditional distribution model
  - Largest pharmaceutical products and medical distributor in Puerto Rico
- SOM program managed by Borschow
- SOM program accrues grams versus dosage units

| Summary Facts | |
|---|---|
| Business Model | Pharmaceutical and medical product distribution |
| Location | Puerto Rico |
| 2012 CS Customers | Approx. 850 |
| Top Selling Drug Family | Clonazepam |
| Primary Customer Base | Retail Independent and national chain stores |
| Corporate QRA SOM role | Oversight |
| SOM system | Borschow order fulfillment system (plans to integrate into ADC) |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

91

CONFIDENTIAL

DC00118705

**ParMed**

- Telemarketing business model
  - Sales process in which customers are contacted by phone (vs. "field reps" who contact customers in-person)
  - Cost effective method to sell to geographically dispersed/small volume customers
  - Limited product line (generics)
- Restricted distribution
  - No Oxycodone 15/30mg sales to Florida or Hydrocodone sales to Texas
- Static threshold limit model
  - Order quantity adjusted to ship to limit

| Summary Facts | |
| --- | --- |
| Business Model | Telemarketing of generics |
| Location | Niagara Falls, NY |
| 2012 CS Customers | Approx. 1,100 |
| Top Selling Drug Family | Hydrocodone |
| Primary Customer Base | Retail Independents |
| Corporate QRA SOM role | Active management |
| SOM system | ADC |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
*Essential to care™*

92

92



**SPD**

- Launched in 2010 after the acquisition of P4
  - Strategy of Specialty Solutions is to fit between components of healthcare delivery
  - Consulting, GPO, Analytics, Clinical Pathways, Technology Solutions
- Specialty Distribution
  - Distribution of pharmaceuticals that treat complicated disease states (oncology)
- Controlled substances are generally administered versus dispensed

| Summary Facts | |
|---|---|
| Business Model | Specialty pharmaceutical distribution |
| Location | LaVergne, TN |
| 2012 CS Customers | 25 |
| Top Selling Drug Family | Lorazepam |
| Primary Customer Base | Practitioners |
| Corporate QRA SOM role | Active management |
| SOM system | SPD order fulfillment (AS400) |

93

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
Essential to care™

CONFIDENTIAL

DC00118707

**INTERNAL USE ONLY**

## Kinray

- Purchased by Cardinal Health in 2010 to expand footprint in region and deepen Independent customer base
- Traditional distribution model
  - Distribute pharmaceutical and OTC products
  - Distribute front-end products
- Service concentrated geographical area
  - Twice per day delivery
  - Customers run lean inventory due to confined space
- Overlap between Cardinal PD and Kinray customers

| Summary Facts | |
|---|---|
| Business Model | Pharmaceutical distribution |
| Location | Whitestone, NY |
| 2012 CS Customers | Approx. 2,000 |
| Top Selling Drug Family | Oxycodone |
| Primary Customer Base | Retail Independents |
| Corporate QRA SOM role | Active  management |
| SOM system | ADC |



94

*For internal use only; not to be distributed externally.*
*© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.*

94

DC00118708

INTERNAL USE ONLY

**Dik Drugs**

- Purchased by Cardinal Health in 2012 to expand footprint in region and deepen Independent customer base
- Traditional distribution model
  - Distribute pharmaceutical and OTC products
  - Operate home health business
- Service relatively small geographical area
- Overlap between Cardinal PD and Dik Drug customers
  - Limited system integration
- Plans to move distribution capabilities to Aurora DC
  - Complete SOM integration

| Summary Facts | |
|---|---|
| Business Model | Pharmaceutical distribution and home health |
| Location | Chicago, Illinois |
| 2012 CS Customers | Approx. 400 |
| Top Selling Drug Family | Hydrocodone |
| Primary Customer Base | Retail Independents |
| Corporate QRA SOM role | Oversight |
| SOM system | Dik Drug order fulfillment system |

95  For internal use only; not to be distributed externally.
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

CardinalHealth
Essential to care™

CONFIDENTIAL

DC00118709

INTERNAL USE ONLY

## Overview of SOM Functions by Business Unit

| QRA Function | Borschow | ParMed | SPD | Kinray | Dik Drugs |
|---|---|---|---|---|---|
| Corporate QRA Role | Oversight | Actively Manage | Actively Manage | Actively Manage | Oversight |
| Suspicious Order Reporting | Borschow | Corporate QRA | Corporate QRA | Corporate QRA | Dik Drugs / Corporate QRA |
| Held Order Resolution System | Borschow order system | ADC | SPD Distrack | ADC | Dik Drug AS400 system |
| New Customer Review | Borschow | Corporate QRA | Corporate QRA | Corporate QRA | Dik Drugs |
| Existing Customer Due Diligence | Paper copies maintained on-site | Content Manager | Content Manager | Content Manager | Paper copies maintained on-site |
| QRA Site Visits | Borschow and Corporate QRA | Corporate QRA | Corporate QRA | Corporate QRA | Corporate QRA |
| Sales Site Visits | Borschow Sales team | Cardinal Health PD Sales team | TBD | Cardinal Health & Kinray PD Sales team | Cardinal Health & Dik Drug Sales team |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**CardinalHealth**
Essential to care™

96

CONFIDENTIAL

DC00118710

**INTERNAL USE ONLY**

**Impact to Specific Business Units**

————————————— Questions? —————————————

97

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
*Essential to care*

97

DC00118711

## Table of Contents

| Time | Description | Presenter | Page |
|------|-------------|-----------|------|
| 8:00 am | Strategy / MOA | Gilberto Quintero | ✓ |
| 8:30 am | Overall Process | Linden Barber | ✓ |
| 9:30 am | Analytics | Nick Rausch | ✓ |
| 10:30 am | BREAK (15 mins) | | ✓ |
| 10:45 am | System Enhancements (ADC & Distrack) | Karl Kill | ✓ |
| 11:45 am | Threshold Events (SOM) | Chris Forst | ✓ |
| 12:30 pm | LUNCH (30 mins) | | ✓ |
| 1:00 pm | QRA Site Visits | Steve Morse | ✓ |
| 1:25 pm | Sales Site Visits | Aimee Veliz | ✓ |
| 1:45 pm | Report Writing | Gary Cacciatore | ✓ |
| 2:00 pm | Review Process & LVTAC Recommendations | Linden Barber | ✓ |
| 3:00 pm | Impact to Specific Business Units | Nick Rausch | ✓ |
| **3:30 pm** | **Summary / Conclusion** | **Craig Morford** | |

For internal use only; not to be distributed externally
© Copyright 2012, Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and
ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health.

**Cardinal**Health
*Essential to care™*

98

DC00118712