# PSJ3

# Exhibit 543

Message

---

**From**:       Holohan, Pam [Pam.Holohan@cardinalhealth.com]
**Sent**:       9/25/2012 7:55:59 AM
**To**:         Martin, Barb [barb.martin@walgreens.com]; Murray Jr, Denman [denman.murray@walgreens.com]
**Subject**:    FW: Daily SOM Report
**Attachments**:  WAL_SOM_Report_75P_09-24.csv; WAL_SOM_Report_Held_09-24.csv


Good Morning,

Attached are the 75% report and the SOM Held Orders report as we previously discussed.  Please let me
know if you have any questions.

Thanks,
Pam

-----Original Message-----
From: Liu Olesiuk, Yingrui
Sent: Tuesday, September 25, 2012 7:28 AM
To: Holohan, Pam; Penn, Lisa
Cc: Rausch, Nicholas
Subject: Daily SOM Report

Attached please find the SOM report from 09-24.


Thanks,

Yingrui Liu Olesiuk

Advisor, Quality & Regulatory Affairs

direct:614.652.1953


---

This message is for the designated recipient only and may contain privileged, proprietary
or otherwise private information. If you have received it in error, please notify the sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL