PSJ3

Exhibit 544

Message

| | |
|---|---|
| **From:** | Mills, Steven [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE7D2F51-042A-4E84-BF1D-1445BAEAB90C] |
| **Sent:** | 10/8/2012 11:18:07 AM |
| **To:** | Murray Jr, Denman [denman.murray@walgreens.com] |
| **Subject:** | RE: Daily SOM Report |
| **Attachments:** | WAL_SOM_Report_Orders_ Held 10-7.xlsx; WAL_SOM_Report 10-7.xlsx |

Denny,

All of the stores on the SOM Report Orders Held, have been identified as the stores that lost their licenses.

The other two stores 07567 and 10267 are not on the list.

Thanks,

Steve Mills, CPhT
Pharmacy Inventory Specialist
Walgreen Co.
200 Wilmot Rd., MS #220B
Telephone: 847-315-2779
Fax: 847-315-3675

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

-----Original Message-----
From: Murray Jr, Denman
Sent: Monday, October 08, 2012 8:13 AM
To: Mills, Steven
Subject: FW: Daily SOM Report

See me when you get a chance.

Thank you,

Denny Murray, Pharm. D.
Director, Rx Inventory Management Drug Stores Walgreens
Phone: (847)315-2005
Cell: (224)723-4547

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

-----Original Message-----
From: Liu Olesiuk, Yingrui [mailto:yingrui.liuolesiuk@cardinalhealth.com]
Sent: Monday, October 08, 2012 7:27 AM
To: Penn, Lisa; Holohan, Pam; Murray Jr, Denman
Cc: Rausch, Nicholas
Subject: Daily SOM Report

Attached please find the SOM report from 10-07.

Thanks,

Yingrui Liu Olesiuk

CONFIDENTIAL  WAGMDL00107485

Advisor, Quality & Regulatory Affairs

direct:614.652.1953

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL

WAGMDL00107486