PSJ3

Exhibit 545

Message

| | |
|---|---|
| From: | Murray Jr, Denman [denman.murray@walgreens.com] |
| Sent: | 10/11/2012 8:19:17 AM |
| To: | Mills, Steven [steven.mills@walgreens.com] |
| Subject: | FW: Walgreens Stores - Oxycodone Usage |

Cut me out of this message, but forward Lisa's part to the appropriate RXS for the store. Send this and cc me-

Please help-

Cardinal is highlighting these stores as starting out the month on a high oxy order trend. If there is something special about these locations, please let me know so I can inform Cardinal. Once they hit 75% order threshold, Cardinal will begin reducing orders and reporting SOMs to the DEA. I would very much like to avoid that......


Thank you,

Denny Murray, Pharm. D.
Director, Rx Inventory Management Drug Stores
Walgreens
Phone: (847)315-2005
Cell: **REDACTED**

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**From:** Penn, Lisa [mailto:Lisa.Penn@cardinalhealth.com]
**Sent:** Thursday, October 11, 2012 8:16 AM
**To:** Murray Jr, Denman
**Cc:** Holohan, Pam
**Subject:** FW: Walgreens Stores - Oxycodone Usage

Hi Denny,
    Please see below for an updated table of stores within 60% of the threshold already this month. Let me know if you have any questions.


Thanks,
Lisa Penn
Director, Account Management - National Markets
Cardinal Health
7000 Cardinal Place, Dublin, OH 43017
614.553.3604 tel / [REDACTED] mobile
lisa.penn@cardinalhealth.com

**From:** Rausch, Nicholas
**Sent:** Wednesday, October 10, 2012 5:47 PM
**To:** Penn, Lisa
**Subject:** RE: Walgreens Stores - Oxycodone Usage

HIGHLY CONFIDENTIAL

WAGMDL00101696

Lisa,

Below is an updated table with stores within 60%+ of the threshold limit for Oxycodone.

| DEA Number | Store # | Name | Address | City | State | Ordered Dosage Unit Qty | SOM Limit |
|---|---|---|---|---|---|---|---|
| BW9838472 | 1990 | WALGREEN'S # 1990 | 2605 BARNA AVE | TITUSVILLE | FL | 18,500 | 25,000 |
| BW9960142 | 2074 | WALGREENS DRUG 02074 | 1202 N MAGNOLIA DR | TALLAHASSEE | FL | 17,700 | 28,000 |
| AW6020553 | 4303 | WALGREENS DRUG 04303 | 1106 CLEARLAKE RD. | COCOA | FL | 17,500 | 28,000 |
| AW0201032 | 3455 | WALGREENS DRUG 03455 | 2501 BROADWAY | RIVIERA BEACH | FL | 18,300 | 30,000 |

Thanks,

**Nicholas Rausch** | Director, Regulatory Management
Quality & Regulatory Affairs
Cardinal Health | 7000 Cardinal Place | Dublin, Ohio | 43017
direct: 614.757.3148 | fax: 614.652.8781

---

**From:** Penn, Lisa
**Sent:** Monday, October 08, 2012 9:46 AM
**To:** Rausch, Nicholas
**Cc:** Holohan, Pam
**Subject:** FW: Walgreens Stores - Oxycodone Usage

FYI, see below.

Thanks,
Lisa Penn
Director, Account Management - National Markets
Cardinal Health
7000 Cardinal Place, Dublin, OH 43017
614.553.3604 tel / **REDACTED**
lisa.penn@cardinalhealth.com

---

**From:** Murray Jr, Denman [mailto:denman.murray@walgreens.com]
**Sent:** Monday, October 08, 2012 9:19 AM
**To:** Penn, Lisa
**Subject:** FW: Walgreens Stores - Oxycodone Usage

Info on store 7733.

Thank you,

Denny Murray, Pharm. D.
Director, Rx Inventory Management Drug Stores
Walgreens
Phone: (847)315-2005
Cell: **REDACTED**

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not

WAGMDL00101697

HIGHLY CONFIDENTIAL

the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**From:** Collins, Terence
**Sent:** Saturday, October 06, 2012 3:34 PM
**To:** Murray Jr, Denman
**Cc:** Moothedan, Auggie
**Subject:** RE: Walgreens Stores - Oxycodone Usage

The store is located in the same city and is located in between 3 hospitals. Two of the hospitals have maternity and majority of the maternity discharges are for Percocet. Many of the stores in the area are experiencing difficulty with getting products for this clientele. There is also a relatively high number of pain management physician that are prescribing Percocet. The overall single entity oxycodone ordering and dispensing has decreased over the last 45 day since this new pharmacy manager has taken over this location. The number of single entity and combined oxycodone product with be closely monitored the store manager and pharmacy manager.

**From:** Murray Jr, Denman
**Sent:** Friday, October 05, 2012 5:18 PM
**To:** Wedekind, Shannon; Collins, Terence; Philip, Jeenu; Littlefield, Manuel; Christopoulos, Chris
**Cc:** Gubbins, Terry
**Subject:** FW: Walgreens Stores - Oxycodone Usage

Please help-

Cardinal is highlighting these stores as starting out the month on a high oxy order trend. If there is something special about these locations, please let me know so I can inform Cardinal.

Thank you,

Denny Murray, Pharm. D.
Director, Rx Inventory Management Drug Stores
Walgreens
Phone: (847)315-2005
Cell: **REDACTED**


This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**From:** Penn, Lisa [mailto:Lisa.Penn@cardinalhealth.com]
**Sent:** Friday, October 05, 2012 3:43 PM
**To:** Murray Jr, Denman
**Cc:** Holohan, Pam; Corwin, Kraig
**Subject:** FW: Walgreens Stores - Oxycodone Usage

Hi Denny,
        See below from Nick. These stores won't appear on the daily report until they reach 75% of the threshold, but we thought you should see them now. It is very early in the month and we are already seeing Oxycodone accrual greater than 40%. Take a look and let me know your thoughts......

HIGHLY CONFIDENTIAL

WAGMDL00101698

Thanks,
Lisa Penn
Director, Account Management - National Markets
Cardinal Health
7000 Cardinal Place, Dublin, OH 43017
614.553.3604 tel / **REDACTED**
lisa.penn@cardinalhealth.com

---

**From:** Rausch, Nicholas
**Sent:** Friday, October 05, 2012 2:51 PM
**To:** Penn, Lisa
**Cc:** Cameron, Todd
**Subject:** Walgreens Stores

Lisa,

Below are the stores that I referenced during our meeting today. The Oxycodone accrual for these stores is currently greater than 40% of the threshold limit 4 ½ days into the month. I've included the threshold limit in the below table and please communicate to Walgreens as you see appropriate. Once the stores reach the limit, orders will be held and reported to DEA.

| DEA Number | Store # | Name | Address | City | State | Ordered Dosage Unit Qty |
|---|---|---|---|---|---|---|
| BW9960142 | 2074 | WALGREENS DRUG 02074 | 1202 N MAGNOLIA DR | TALLAHASSEE | FL | 17,700 |
| BW7367471 | 5496 | WALGREENS DRUG 05496 | 801 S.E. 17TH ST. | OCALA | FL | 12,700 |
| BW2996835 | 9475 | WALGREENS DRUG 09475 | 10624 GIBSONTON DR. | RIVERVIEW | FL | 11,500 |
| FW0411001 | 7733 | WALGREENS DRUG 07733 | 7305 SPRING HILL DR | SPRING HILL | FL | 10,500 |
| FW2322600 | 13450 | WALGREENS DRUG 13450 | 8018 NORMANDY BLVD | JACKSONVILLE | FL | 10,400 |

Thanks,

---

Nicholas Rausch | Director, Regulatory Management
Quality & Regulatory Affairs
Cardinal Health | 7000 Cardinal Place | Dublin, Ohio | 43017
direct: 614.757.3148 | fax: 614.652.8781

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email