# PSJ3 Exhibit 546

| From: | Wilkins, Brandon <Brandon.Wilkins@cardinalhealth.com> on behalf of Wilkins, Brandon <Brandon.Wilkins@cardinalhealth.com> |
|---|---|
| To: | Tom Nameth; Pete Ratycz |
| Sent: | 12/16/2013 2:17:29 PM |
| Subject: | 75% Report |

Gentlemen,
One store showed up on the report today.

| Date of Report | Chain_Name | DEA Number | Name | Base Code | Drug Family | Accrual | Limit | Percent within Threshold | New Update |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2013 | Discount Drug Mart | BD8316261 | DISCOUNT DRUG MART, INC. # 69 | 9143 | OXYCODONE HYDROCHLORIDE | 19700 | 25000 | 75%-85% | Y |

Thanks
Brandon

_____

**Brandon Wilkins** | Retail National Account Manager
Pharmaceutical Distribution
Cardinal Health | 7000 Cardinal Place | Dublin, OH 43017
Direct: 614.757.6244 | Fax: 614.652.7133
E-mail: brandon.wilkins@cardinalhealth.com

_____

This message is for the designated recipient only and may contain privileged, proprietary
or otherwise private information. If you have received it in error, please notify the sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DDM00056133