# PSJ3 Exhibit 549

Message

**From**: Colley, Richard [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=RICHARD.COLLEY]
**Sent**: 1/7/2008 5:33:04 PM
**To**: Mone, Michael [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MICHAEL.MONE]; McPherson, Carolyn [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=CAROLYN.MCPHERSON]; Hayden, Bill [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=BILL.HAYDEN]
**CC**: England, Marilyn [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MARILYN.ENGLAND]; Jooste, Garth [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=GARTH.JOOSTE]; Lawrence, Steve [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=STEVE.LAWRENCE]; DeGemmis, Thomas [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=THOMAS.DEGEMMIS]; Brantley, Eric [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=ERIC.BRANTLEY]; Cacciatore, Gary [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=GCACCIAT]
**Subject**: RE: Cost Less Purdy

Thanks for the information.

Richard Colley

Retail Sales Manager | Cardinal Health | Supply Chain Services | Pharmaceutical Division | 206-718-4548 | 253-833-9402 fax

_____

-----Original Message-----
From: Mone, Michael
Sent: Monday, January 07, 2008 9:30 AM
To: Colley, Richard; McPherson, Carolyn; Hayden, Bill
Cc: England, Marilyn; Jooste, Garth; Lawrence, Steve; DeGemmis, Thomas; Brantley, Eric; Cacciatore, Gary
Subject: RE: Cost Less Purdy

Mr. Colley:

Not to sound like a lawyer, but, it depends. As soon as the dendrite personnel get the site visit and assuming we can verify the account data, perhaps a couple of days, the rate limiting step is the site visit, thereafter it becomes a short turn around time with the QRA team.

Steve Lawrence is cc'd by Eric Brantley of the accounts who have hit their threshold, so Steve is information central.

In the new world order of phase two, there is planning around building in an early warning system when an account gets close to the threshold where the sales team will be notified and they will complete with the account the questionnaire to assess current needs. If justification for increases in the threshold can be validated then there will be an increase, subject to QRA review and in cases a QRA site visit to validate.

This process should reduce the instances in the future of customers hitting their order thresholds. The entire system will be customized to each account and to the quantities that it can professionally and legally justify.

Michael

-----Original Message-----
From: Colley, Richard
Sent: Monday, January 07, 2008 12:20 PM
To: Mone, Michael; McPherson, Carolyn; Hayden, Bill
Cc: England, Marilyn; Jooste, Garth; Lawrence, Steve; DeGemmis, Thomas; Brantley, Eric
Subject: RE: Cost Less Purdy

Mr. Mone:

How long does it take to complete this process? A couple days or maybe a week? Who notifies sales once a store has had product ordering suspended?

Thanks

Richard Colley

Retail Sales Manager  |  Cardinal Health  |  Supply Chain Services  |  Pharmaceutical Division  |  206-718-4548  |  253-833-9402 fax

_____


-----Original Message-----
From: Mone, Michael
Sent: Monday, January 07, 2008 8:24 AM
To: Colley, Richard; McPherson, Carolyn; Hayden, Bill
Cc: England, Marilyn; Jooste, Garth; Lawrence, Steve; DeGemmis, Thomas; Brantley, Eric
Subject: RE: Cost Less Purdy

Mr. Colley:

My understanding is that the process has not changed substantially at this point such that Steve Lawrence or someone from his group will contact the account to advise of the visit.  The customer is aware of the QRA decision by fax [January 4] that there will be a site visit.  We sent this out to keep the customer informed that the situation is working to resolution.

I received notification from Dendrite this morning that the account has been added to their list for site visit.

Dendrite will be conducting surveys until the QRA team is at full capacity, however, some validations will be completed by QRA team members.

Michael

-----Original Message-----
From: Colley, Richard
Sent: Monday, January 07, 2008 11:03 AM
To: McPherson, Carolyn; Hayden, Bill
Cc: England, Marilyn; Jooste, Garth; Mone, Michael; Lawrence, Steve; DeGemmis, Thomas
Subject: RE: Cost Less Purdy
Importance: High

Carolyn,

We need to understand what the next steps are with this account.  When will the consultant do the site visit and who is the consultant?  Is it a CAH PBC or Dendrite?  Also, is someone from your team calling the customer this AM to explain the situation?  The point of contact at the store is ▮▮▮▮▮▮

Richard Colley

Retail Sales Manager  |  Cardinal Health  |  Supply Chain Services  |  Pharmaceutical Division  |  206-718-4548  |  253-833-9402 fax

_____


-----Original Message-----
From: McPherson, Carolyn
Sent: Friday, January 04, 2008 3:38 PM
To: Hayden, Bill
Cc: England, Marilyn; Colley, Richard; Jooste, Garth; Mone, Michael; Lawrence, Steve; DeGemmis, Thomas
Subject: RE: Cost Less Purdy

Bill - This customer had a blocked order which is currently under investigation.  I know that the team working on this will be contacting the customer shortly with some questions and a consultant will be conducting a site visit as well.  Until the investigation is completed, the customer will not be able to order Oxycodone.

Carolyn McPherson
Director, Quality & Regulatory Affairs
Supply Chain Services
Cardinal Health

7000 Cardinal Place
Dublin, OH 43017
Office: 614-757-7169
Cell: 614-893-5280
Fax: 614-652-7486

-----Original Message-----
From: Hayden, Bill
Sent: Friday, January 04, 2008 5:36 PM
To: McPherson, Carolyn; Mone, Michael; Lawrence, Steve; DeGemmis, Thomas
Cc: England, Marilyn; Colley, Richard; Jooste, Garth
Subject: FW: Cost Less Purdy

Carolyn,

Not sure who to go to on this one but this is an urgent situation and any help or explanation would be greatly appreciated. We need to respond today if at all possible.

Thanks


Bill J. Hayden
Vice President of Sales
Retail/Alternate Care
West Area

Cardinal Health Supply Chain Services
Pharmaceutical
O 661.295.6184
C 805.746.0141

-----Original Message-----
From: England, Marilyn
Sent: Friday, January 04, 2008 2:29 PM
To: Hayden, Bill
Subject: Fw: Cost Less Purdy

Bill
This is an emerg situation and looking for your help per garth and rich
Rcd no oxycontin since day 1
1-2-08 rcd a small qty
Today Vault is holding 3 orders w oxycontin and oxycodone for me because limiters are zero
Please can you help and don't know who
Carolyn below is
------------------------
Marilyn England
Pharmacy Business Consultant
Cardinal Health Seattle Division
253-740-7694 Cell


-----Original Message-----
From: Maher, Blaise <Blaise.Maher@cardinalhealth.com>
To: McPherson, Carolyn <Carolyn.McPherson@cardinalhealth.com>
CC: Colley, Richard <Richard.Colley@cardinalhealth.com>; Thomas, Troy <Troy.Thomas@cardinalhealth.com>; England, Marilyn <Marilyn.England@cardinalhealth.com>; Hogue, Jon <Jon.Hogue@cardinalhealth.com>; Wall, Jefferson <Jefferson.Wall@cardinalhealth.com>; Almanza, Ysidro "Trey" <Trey.Almanza@cardinalhealth.com>
Sent: Fri Jan 04 13:03:09 2008
Subject: RE: Cost Less Purdy

Carolyn,
Please review this account. They are getting limited on all Oxycontins even though we are into a new month.

014261 Purdy Cost Less       DEA # BP0414259

Thanks
Blaise

_____
From: Thomas, Troy

```
Sent: Friday, January 04, 2008 8:22 AM
To: England, Marilyn; Hogue, Jon; Wall, Jefferson; Almanza, Ysidro "Trey"; Maher, Blaise
Cc: Colley, Richard
Subject: RE: Cost Less Purdy

This blank has not been entered yet. However I noticed blank 077098106 did not ship the Oxycontin.

Troy

_____
From: England, Marilyn
Sent: Friday, January 04, 2008 8:08 AM
To: Hogue, Jon; Thomas, Troy; Wall, Jefferson; Almanza, Ysidro "Trey"; Maher, Blaise
Cc: Colley, Richard
Subject: RE: Cost Less Purdy
Importance: High

Please could someone tell me if we filled the Oxycontin on this blank
I was suppose to resond to this customer yesterday

Marilyn England
Pharmacy Business Consultant
Cardinal Health-Supply Chain Services
Pharmaceutical Division
Seattle
253-740-7694

        -----Original Message-----
        From:   England, Marilyn
        Sent:   Wednesday, January 02, 2008 6:20 PM
        To:     Wall, Jefferson; Almanza, Ysidro "Trey"; Maher, Blaise
        Cc:     Colley, Richard
        Subject:        Cost Less Purdy
        Importance:     High

        Hi guys
        Please can you help us.  Cost Less Purdy 14261 has been ordering Oxycontin (brand) in all strengths and we have been zeroing up until today. Looking in order history, it looks like we have filled Oxycontin on a few different blanks as of today.

        Please can you check the blank below that was given to the driver today (you should get tomorrow) and let me know if we can fill this Oxycontin for them or what the issue is (maybe the limiters).  Dont know what happened up until today but the customer needs this product desperately
            Blank #077098109 1-2-08
            Thanks Mar


        Marilyn England
        Pharmacy Business Consultant
        Cardinal Health-Supply Chain Services
        Pharmaceutical Division
        Seattle
        253-740-7694
```