# PSJ3 Exhibit 550

Message

| | |
|---|---|
| **From**: | Mone, Michael [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MICHAEL.MONE] |
| **Sent**: | 1/7/2008 6:35:31 PM |
| **To**: | Romano, Anthony [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=ANTHONY.ROMANO] |
| **CC**: | Reardon, Steve [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=STEVE.REARDON]; McPherson, Carolyn [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=CAROLYN.MCPHERSON]; Cacciatore, Gary [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=GCACCIAT] |
| **Subject**: | Your questions |

Mr. Romano:

Your email of the second posed questions for which I would like to provide some answers at least to the best possible:

What is the process for a new customer?

The Know your Customer training established the process for obtaining new customer information. This information [obtained on the Questionnaire] is evaluated by QRA and we are specifically looking for information that the principals in the new customer organization are not prior bad actors and what their historical purchases are from their prior wholesaler, if any to properly classify the account.

What information is needed initially to make sure they are loaded in the right bucket?

See above

Once they are loaded and their purchases exceed the current bucket and fall into the next bucket, what are the next steps – Questionnaire to the customer?

The customer will hit the threshold and then we will send a questionnaire to evaluate what changes in the business operation would justify an increase in purchases that exceed 2 standard deviations from the norm for their class. When the total sales figures cause the account to move into another category, their thresholds will adjust accordingly. Ultimately each customer will have a threshold that meets their current needs that can be validated. Changes in needs for controlled substances will be validated through the process

What is timeframe for the questionnaire to be received back, who needs to be contacted, etc?

5 days and the contact is Eric Brantley

The DEA reviews the purchases monthly, what if something occurs the beginning of the month – ie. New pain clinic opens up in town, and they exceed the bucket on February 1st, do they have to wait until March 1st to be loaded into the next bucket.

No, this is a description of a change that would hit a trigger and we would evaluate and adjust accordingly. The future program is likely to involve an "early warning system" that would allow us to be proactive with customers about to hit their thresholds where we can evaluate and adjust based upon verification and validity before an order that could otherwise be justified is blocked.

I hope that this helps

Michael


Michael A. Moné, BS, JD, FAPhA
VP Anti-Diversion & Sr. Regulatory Counsel
Cardinal Health
7000 Cardinal Place
Dublin OH 43017
614-757-5104 [voice]

614-757-5826 [fax]

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_02740939