PSJ3

Exhibit 551

Message
_____

| | |
|---|---|
| **From**: | Gross, Adam [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=ADAM.GROSS] |
| **Sent**: | 2/8/2008 1:14:33 PM |
| **To**: | Taylor, Jody [Jody.Taylor@cardinalhealth.com] |
| **CC**: | Malone, Amy [Amy.Malone@cardinalhealth.com]; McPherson, Carolyn [Carolyn.McPherson@cardinalhealth.com]; Reardon, Steve [Steve.Reardon@cardinalhealth.com]; Mone, Michael [Michael.Mone@cardinalhealth.com] |
| **Subject**: | RE: Anti-Diversion discussion to include Walgreens' loss prevention group |
| **Attachments**: | 2008-02-08 Items with Base Codes.xls |


Jody,

Here is the list you requested.  Let me know if you need anything else.

Thanks,

Adam

-----Original Message-----
From: Taylor, Jody
Sent: Thursday, February 07, 2008 7:34 PM
To: Gross, Adam
Cc: Malone, Amy; McPherson, Carolyn; Reardon, Steve; Mone, Michael
Subject: FW: Anti-Diversion discussion to include Walgreens' loss prevention group

Adam:  Carolyn needs a query for Walgreens.  She needs a list of all products that have a DEA Base Code.
Give her the following:
Vendor #
Vendor Name
NDC
CIN
DEA BASE Code
Item Desc
Activity Status
Only give non retired items.

Let me know if you think you can have it to her by the end of the day Friday, or if you think you need
more time based on your workload.

Carolyn:  I assumed that you need both active and inactive items because there could still be some
inventory on some discontinued items.  Let us know your thoughts regarding item status.  Jody

Jody Taylor
Database Services Manager
HSCS Inventory Management
7000 Cardinal Place
Dublin, Ohio 43017
Phone: 614-757-5231
Fax: 614-757-6231
e-mail: jody.taylor@cardinal.com


-----Original Message-----
From: McPherson, Carolyn
Sent: Thursday, February 07, 2008 6:42 PM
To: Taylor, Jody
Cc: Reardon, Steve; Mone, Michael
Subject: FW: Anti-Diversion discussion to include Walgreens' loss prevention group

Jody - in order to get data on usage from Walgreens, we need to provide them a list of all drugs we have
base codes assigned to so they can determine volumes of those families of drugs so we can set appropriate
thresholds for the DEA limiter program.

Can we have someone produce a spreadsheet of all our products (and CINs) with NDC numbers and assigned
base codes for all items we have a base code assigned to so we can provide to Walgreens?

Please let me know the timing on this effort

Thanks for your help.

CONFIDENTIAL

Carolyn

Carolyn McPherson
Director, Quality & Regulatory Affairs
Supply Chain Services
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017
Office: 614-757-7169
Cell: 614-893-5280
Fax: 614-652-7486

-----Original Message-----
From: Hartman, Mark
Sent: Thursday, February 07, 2008 4:52 PM
To: Lawrence, Steve; Reardon, Steve; McPherson, Carolyn
Cc: Mone, Michael
Subject: RE: Anti-Diversion discussion to include Walgreens' loss prevention group

I assume Steve is talking about the 1012 families of drugs.  Who can best provide these numbers?
Thx-Mark

-----Original Message-----
From: Lawrence, Steve
Sent: Thursday, February 07, 2008 8:38 AM
To: Hartman, Mark
Subject: Fw: Anti-Diversion discussion to include Walgreens' loss prevention group

Mark,

I am going to need the NDC's by families. For the chains.

Steve


----- Original Message -----
From: Kogeler, Danielle
To: Lawrence, Steve; Pohl, David; Sherman, Joe
Cc: Rymiszewski, Phil; Carey, Meg
Sent: Thu Feb 07 08:27:05 2008
Subject: RE: Anti-Diversion discussion to include Walgreens' loss prevention group

Good Morning Everyone,

I spoke to Azra this week and there are a few additional questions that she would like to have answered:

*       What format will the daily "80% of threshold" report be in?  Excel, Word, PDF?
*       Can the thresholds be set based on their specific ordering patterns?  They feel strongly that
their ordering patterns are different than those of other stores
*       Can a store's threshold ever be adjusted down? (Potentially as a result of snowbird customers
heading south for the winter)

She has also requested their last 12 months of control drug purchase history so that they have the same
data that we are using for a baseline.  Is there an item list available that I can use to pull this
information?

Thanks for your help and have a good day!

Danielle


_____
From: Lawrence, Steve
Sent: Monday, February 04, 2008 1:50 PM
To: Pohl, David; Kogeler, Danielle; Sherman, Joe
Cc: Rymiszewski, Phil
Subject: RE: Anti-Diversion discussion to include Walgreens' loss prevention group

After talking with QRA they would like to know as much as possible, even if we have to sign a
confidentiality agreement with them.

_____
From:  Pohl, David

CAH_MDL2804_00803438

Sent:   Monday, February 04, 2008 12:31 PM
To:     Kogeler, Danielle; Sherman, Joe; Lawrence, Steve
Cc:     Rymiszewski, Phil
Subject:        RE: Anti-Diversion discussion to include Walgreens' loss prevention group

FYI — I would suggest that we look at having a discussion (on the next call) about a confidentiality
agreement between CAH and WAGS regarding their loss prevention.  I believe the DEA will look favorably on
situations where companies work together to prevent/address diversion.

Steve — your thoughts on how we approach this?  Same situation as we discussed with CVS on Friday.  Do
Mone/Hartman have a QRA to QRA approach in line to address this?

_____
From: Kogeler, Danielle
Sent: Monday, February 04, 2008 12:10 PM
To: Pohl, David
Subject: RE: Anti-Diversion discussion to include Walgreens' loss prevention group

Thanks David.

In talking to Azra this morning she said that their loss prevention group guards quite closely exactly
what they do to monitor their stores (they feel it's proprietary) so the conversation will most likely be
more "what else should we consider" vs "what are you doing"

Safe travels
Danielle

                                                                    CAH_MDL2804_00803439