PSJ3

Exhibit 552

Message

| | |
|---|---|
| **From**: | Squires, Alvey [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=ALVEY.SQUIRES] |
| **Sent**: | 4/16/2008 9:09:18 PM |
| **To**: | Mone, Michael [Michael.Mone@cardinalhealth.com]; DeGemmis, Thomas [Thomas.DeGemmis@cardinalhealth.com]; Lawrence, Steve [Steve.Lawrence@cardinalhealth.com]; Hartman, Mark [Mark.Hartman@cardinalhealth.com] |
| **CC**: | Lilje, Erik [Erik.Lilje@cardinalhealth.com]; Ambrose, Michael [Michael.Ambrose@cardinalhealth.com]; Jacobson, Allen [Allen.Jacobson@cardinalhealth.com]; Hayden, Bill [Bill.Hayden@cardinalhealth.com] |
| **Subject**: | Fw: MCK and Limiters |
| **Importance**: | High |

```
Please review the attached E Mail regarding McKesson
Thanks
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Bourque, Joe <Joe.Bourque@cardinalhealth.com>
To: Lilje, Erik <Erik.Lilje@cardinalhealth.com>
CC: Sutherland, Eric <Eric.Sutherland@cardinalhealth.com>; Smilowitz, Harvey
<Harvey.Smilowitz@cardinalhealth.com>; Grant, Andy <Andy.Grant@cardinalhealth.com>; Squires, Alvey
<Alvey.Squires@cardinalhealth.com>; Neil, Jimmy <Jimmy.Neil@cardinalhealth.com>; Plourd, Paul
<Paul.Plourd@cardinalhealth.com>; Apperti, Al <Al.Apperti@cardinalhealth.com>; Schmidt, Sandro
<Sandro.Schmidt@cardinalhealth.com>
Sent: Wed Apr 16 16:59:32 2008
Subject: RE: MCK and Limiters

Erik,

We can confirm that McKesson is now offering their customers some type of "threshold" program that alerts
the customer both on the ordering system when placing the order and also on the invoice, when approaching
their monthly usage limits.  Paul Plourd was able to briefly review some McKesson collateral material
detailing their SOM efforts while in a prospect's site today.  He did not see that any specific % was
mentioned.  Customers may also appeal for an adjustment on certain items thorough their sales
consultants.

We will attempt to gather additional details on their program, but I thought that you would like to have
this information right away.

Thanks, Joe B.

Joe Bourque
Director of Sales

800.388.9000 Ext. 206
978.532.8206 dir.
978-857-1990 cell


_____
From: Bourque, Joe
Sent: Wednesday, April 16, 2008 10:41 AM
To: Plourd, Paul; Apperti, Al; Schmidt, Sandro
Subject: FW: MCK and Limiters

Guys,

Can you please review this message from Erik Lilje and respond to the best of your knowledge.  Perhaps
you could check with some of the PBC's who have McKesson accounts to see if this is in fact their policy
(or an option).

Thanks, Joe

Joe Bourque
Director of Sales

800.388.9000 Ext. 206
978.532.8206 dir.
```

978-857-1990 cell

_____

From: Lilje, Erik
Sent: Tuesday, April 15, 2008 7:06 PM
To: Neil, Jimmy; Grant, Andy; Bourque, Joe; Sutherland, Eric; Smilowitz, Harvey
Cc: Gates, Stephen
Subject: MCK and Limiters

We are getting reports MCK will call customers (if they desire) at 85% of threshold and send them a survey so that they get out in front of a surpise held order.

You guys hearing this at all???

 << OLE Object: Picture (Metafile) >>
Erik Lilje
Director Of Sales-Mid Atlantic Region
Retail & Alternate Care
Office: 800-645-0641 Ext. 5087
Cell: 336-327-2837

CONFIDENTIAL

CAH_MDL2804_00834983