PSJ3

Exhibit 553

Message

| | |
|---|---|
| **From**: | Avergun, Jodi [/O=CWT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JAVERGUN] |
| **Sent**: | 5/20/2008 10:44:46 PM |
| **To**: | 'Cote, Larry P.' [Larry.P.Cote@usdoj.gov] |
| **CC**: | 'Carney, John J.' [jcarney@bakerlaw.com]; 'Falk, Steve' [Steve.Falk@cardinalhealth.com] |
| **Subject**: | Settlement Offer in Matter of Cardinal Health |
| **Attachments**: | Letter to Cote.pdf; Now and Then.pdf; Training Update.pdf; Medication Safety Website.pdf; Organization Charts.pdf |

Larry, I have attached a letter outlining the parameters of a settlement into which Cardinal is prepared to enter with the DEA to resolve the pending matters. In addition, I have included pdf files of certain documents that illustrate some of the points made in the letter. We would appreciate it if you would consider this offer seriously and share this letter with the appropriate decision makers at the DEA.

You will receive hard copies of these documents by federal express tomorrow.

Jodi Avergun
Special Counsel
Cadwalader, Wickersham & Taft, LLP
1201 F. Street N.W.,
Washington, DC 20004
+1 202-862-2456 (office)