PSJ3

Exhibit 554



HIGHLY CONFIDENTIAL
CAH_MDL2804_02508252





HIGHLY CONFIDENTIAL

CAH_MDL2804_02508254



HIGHLY CONFIDENTIAL

CAH_MDL2804_02508255