PSJ3

Exhibit 556

| | |
|---|---|
| **From:** | Deloso, Michael (US - Atlanta) |
| **To:** | Sopher, Scott (US - Atlanta); Breggar, Michael (US - Philadelphia); Burgess, Skylar (US - Columbus) |
| **Sent:** | 4/17/2008 9:18:03 AM |
| **Subject:** | FW:MCK and Limiters |

FYI--looks like the "early warning system" we've been talking about at Cardinal is becoming a reality at McK. I'm trying to find out more about how and for who McK is doing this. Has anyone heard about McK's plan?

Skylar--this may help us set the stage for crawl, walk, run with the statistics. He's done the historical look and will do that for the new sets of customers (crawl); we need to figure out how to improve the statistics to be more customer specific without the troubles of the current thresholds around end-of-month and seasonality (walk); and we need to give him the point on the horizon which includes predictive modeling (run).

MIke

Michael Deloso
Deloitte Consulting LLP
Tel: (or Direct:) +1 404 631 3642
Fax: +1 404 443 9410
Mobile: + 1 770 715 5557
mdeloso@deloitte.com
www.deloitte.com

-----Original Message-----
From: Hartman, Mark [mailto:Mark.Hartman@cardinalhealth.com]
Sent: Thursday, April 17, 2008 8:53 AM
To: Mone, Michael; Kuntz, George; Falk, Steve
Cc: Deloso, Michael (US - Atlanta)
Subject: FW: MCK and Limiters
Importance: High

Michael,
I think we have a conf call today with a customer where we'll hear first
hand the offer McK is making.
The decision to look at risk profiling within the retail independent
class may not be very far away.
Mark

-----Original Message-----
From: Squires, Alvey
Sent: Wednesday, April 16, 2008 5:09 PM
To: Mone, Michael; DeGemmis, Thomas; Lawrence, Steve; Hartman, Mark
Cc: Lilje, Erik; Ambrose, Michael; Jacobson, Allen; Hayden, Bill
Subject: Fw: MCK and Limiters
Importance: High

Please review the attached E Mail regarding McKesson
Thanks
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Bourque, Joe <Joe.Bourque@cardinalhealth.com>
To: Lilje, Erik <Erik.Lilje@cardinalhealth.com>
CC: Sutherland, Eric <Eric.Sutherland@cardinalhealth.com>; Smilowitz,
Harvey <Harvey.Smilowitz@cardinalhealth.com>; Grant, Andy
<Andy.Grant@cardinalhealth.com>; Squires, Alvey
<Alvey.Squires@cardinalhealth.com>; Neil, Jimmy
<Jimmy.Neil@cardinalhealth.com>; Plourd, Paul

CONFIDENTIAL
DC00164693

&lt;Paul.Plourd@cardinalhealth.com&gt;; Apperti, Al
&lt;Al.Apperti@cardinalhealth.com&gt;; Schmidt, Sandro
&lt;Sandro.Schmidt@cardinalhealth.com&gt;
Sent: Wed Apr 16 16:59:32 2008
Subject: RE: MCK and Limiters

Erik,
We can confirm that McKesson is now offering their customers some type of "threshold" program that alerts the customer both on the ordering system when placing the order and also on the invoice, when approaching their monthly usage limits. Paul Plourd was able to briefly review some McKesson collateral material detailing their SOM efforts while in a prospect's site today. He did not see that any specific % was mentioned. Customers may also appeal for an adjustment on certain items thorough their sales consultants.

We will attempt to gather additional details on their program, but I thought that you would like to have this information right away.

Thanks, Joe B.

Joe Bourque
Director of Sales
800.388.9000 Ext. 206
978.532.8206 dir.
978-857-1990 cell

---

From: Bourque, Joe
Sent: Wednesday, April 16, 2008 10:41 AM
To: Plourd, Paul; Apperti, Al; Schmidt, Sandro
Subject: FW: MCK and Limiters

Guys,
Can you please review this message from Erik Lilje and respond to the best of your knowledge. Perhaps you could check with some of the PBC's who have McKesson accounts to see if this is in fact their policy (or an option).

Thanks, Joe

Joe Bourque
Director of Sales
800.388.9000 Ext. 206
978.532.8206 dir.
978-857-1990 cell

---

From: Lilje, Erik
Sent: Tuesday, April 15, 2008 7:06 PM
To: Neil, Jimmy; Grant, Andy; Bourque, Joe; Sutherland, Eric; Smilowitz, Harvey
Cc: Gates, Stephen
Subject: MCK and Limiters

We are getting reports MCK will call customers (if they desire) at 85% of threshold and send them a survey so that they get out in front of a surpise held order.

You guys hearing this at all???

&lt;&lt; OLE Object: Picture (Metafile) &gt;&gt;
Erik Lilje

CONFIDENTIAL
DC00164694

Director Of Sales-Mid Atlantic Region
Retail & Alternate Care
Office: 800-645-0641 Ext. 5087
Cell: 336-327-2837

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese Svenska: www.cardinalhealth.com/legal/email

About Deloitte
Deloitte refers to one or more of Deloitte Touche Tohmatsu, a Swiss Verein, and its network of member firms, each of which is a legally separate and independent entity. Please see www.deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu and its member firms. Please see www.deloitte.com/us/about for a detailed description of the legal structure of Deloitte LLP and its subsidiaries. [v.l.1]