PSJ3

Exhibit 565

Message

| From: | Stukel, Raymond [raymond.stukel@walgreens.com] |
|---|---|
| Sent: | 10/11/2012 9:21:58 PM |
| To: | Murray Jr, Denman [denman.murray@walgreens.com]; Provost, Kristie [kristie.provost@walgreens.com] |
| Subject: | RE: CSR Version Summary 100812.pptx |
| Attachments: | CSR Version Summary 100912.pptx |

Sounds good — attached is a final version where I kept slide #4 and deleted #5.

Ray

**From:** Murray Jr, Denman
**Sent:** Tuesday, October 09, 2012 1:42 PM
**To:** Stukel, Raymond; Provost, Kristie
**Subject:** RE: CSR Version Summary 100812.pptx

I like it! Last slide is perfect and I prefer slide #4 v. #5.

Thank you,

Denny Murray, Pharm. D.
Director, Rx Inventory Management Drug Stores
Walgreens
Phone: (847)315-2005
Cell: **REDACTED**

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**From:** Stukel, Raymond
**Sent:** Tuesday, October 09, 2012 1:27 PM
**To:** Murray Jr, Denman; Provost, Kristie
**Subject:** RE: CSR Version Summary 100812.pptx

Hi Denny & Kristie-

I took a shot at modifying the bottom half of slide #4 to focus more on the '75% warning' and I also tweaked the graphic on the last slide to highlight the warning. The attached deck has two versions of slide #4 for comparison, but let me know if neither of these work and you'd like me to try something else.

Thanks.

Ray

**From:** Murray Jr, Denman
**Sent:** Tuesday, October 09, 2012 10:06 AM
**To:** Stukel, Raymond

**Cc:** Provost, Kristie
**Subject:** RE: CSR Version Summary 100812.pptx

Ray,

I just wonder if we need to make a bigger deal about flagging the stores at 75% so that an investigation can be done and we can avoid cutting/reducing orders and subsequently not have to report a SOM to the DEA.

For example slide #4- under warning level: 75% is called out, but should we say that this is adjustable?? Slide #6 is pretty busy and informative, so I don't think we can add to it, but never is it mentioned that stores will be flagged when their ceiling is at 75%.

Thank you,

Denny Murray, Pharm. D.
Director, Rx Inventory Management Drug Stores
Walgreens
Phone: (847)315-2005
Cell: **REDACTED**

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**From:** Stukel, Raymond
**Sent:** Monday, October 08, 2012 4:59 PM
**To:** Murray Jr, Denman
**Cc:** Provost, Kristie
**Subject:** CSR Version Summary 100812.pptx

Hi Denny-

I've put together the attached slides to describe the CSR process - Kristie has also reviewed these slides. Please let me know if you have additional updates/suggestions and I'll update the slides accordingly to finalize.

Thanks.

Ray

HIGHLY CONFIDENTIAL