PSJ3

Exhibit 566



# Status Report to CAH Sr. Management: SOM Enhancements and QRA 20-Day and 120-Day Plans to Effectively Address 2012 MOA

May 31, 2012

HIGHLY CONFIDENTIAL　　CAH_MDL2804_02289063

## Topics to be Covered



- Highlights of Cardinal Obligations required by the 2012 MOA effective May 14, 2012

- Overview of QRA enhanced processes and practices to effectively address the MOA

- A 20-day plan to prepare for the investigation of pharmacies subjective to controlled substance diversion in the state of Florida commencing on June 3rd, 2012

- A 120-day plan to prepare for the investigation of pharmacies subjective to controlled substance diversion in all states commencing on September 11th, 2012

- Major Changes to the Program

- Major Risks and Challenges

Cardinal Health 2012      PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL      2

HIGHLY CONFIDENTIAL      CAH_MDL2804_02289064

# Highlights of MOA Requirements



The Administrative Memorandum of Agreement (MOA) is applicable to Cardinal and all 28 Cardinal DEA registered distribution facilities. Obligations will be applicable for 5 years starting from May 14, 2012 unless DEA agrees in writing to an earlier termination

| | |
|---|---|
| **SOM** | • Maintain a compliance program designed to detect and prevent diversion of controlled substances per CSA and DEA regulations, as applicable |
| **Site Visits** | • Develop site visit procedures to ensure that any customer who places suspicious orders will receive a site visit or an anonymous site inspection (based on he totality of the circumstances)<br>– Within 20 days, i.e., by June 3, 2012 the site visit procedures should be executed in the state of Florida<br>– Within 120 days, i.e., by September 11, 2021, the site visit procedures should be implemented in all states |
| **Thresholds** | • Enhance QRA processes and practices, heightening thresholds establishing and re-setting. The enhanced processed and practices, applicable to all states including Florida, will require two-person concurrence for higher volume customers for specific drug classes |
| **Suspicious Orders** | • Report orders that are identified as suspicious to DEA Headquarters in a format mutually and reasonably agreed upon by DEA and Cardinal |
| **Large Volume Review** | • Create LV-TAC with a team of designated personnel to review and make decisions regarding higher-volume retail and chain pharmacy customers in all states including Florida |
| **Due Diligence** | • Enhance existing processes and practices for conducting due diligence on customers in all states including Florida |
| **Sales Reporting** | • Report to DEA (in the mutually agreed Electronic Data Interchange format) all sales transactions of controlled substances as well as tramadol needs to be provided to DEA headquarters by 15th of each month |
| **Lakeland Suspension** | • Suspend Lakeland distribution center from distributing controlled substances until May 15, 2014 |

Cardinal Health 2012      PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL      3

HIGHLY CONFIDENTIAL      CAH_MDL2804_02289065



HIGHLY CONFIDENTIAL                                                                                           CAH_MDL2804_02289066



HIGHLY CONFIDENTIAL CAH_MDL2804_02289067



HIGHLY CONFIDENTIAL CAH_MDL2804_02289068

# Major Changes to the Program to Meet New Regulatory Expectations

**CardinalHealth**

### Before

- Primary focus on retail independent customers
- Equal emphasis on all controlled substance drug families
- Focus on suspicious customers
- Significant reliance on Chain Customers to investigate and address SOM events
- Reliance on internal expertise (Pharmacists)
- Limited engagement from sales group
- Limited interaction with upstream business partners and large downstream business partners
- Single decision making process for most decisions (SOM Team)
- Limited checks and balances
- Heavy workload at the end of the month

### Enhancements

- Equal focus for retail independent and chain customers
- Heavy emphasis on highly diverted controlled substance drug families
- More focus on suspicious orders
- Comprehensive review of chain events (Data + Visits)
- Reliance on internal and external expertise (Pharmacists + DEA Antidiversion)
- Full engagement from sales group
- Routine interactions with upstream business partners and large downstream business partners
- Escalating decision making process for high risk/critical decisions
- Additional checks and balances
- Workload more evenly distributed

Cardinal Health 2012  PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL  7

HIGHLY CONFIDENTIAL
CAH_MDL2804_02289069

# Additional Workload



- **Ambulatory Care**
- **Project Tracy**
- **Chains**
- **Safeway**
- **Serving Wags as primary for C2s in FL**

Cardinal Health 2012 — PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL — 8

HIGHLY CONFIDENTIAL

CAH_MDL2804_02289070



# Challenges and Risks



- **High volume customers with more than 3% of their prescriptions being for a highly diverted drug family**
  - *DEA reacts to volume, high volume = diversion*
  - *Customer practices can change over time*
  - *A bullet proof file may not be enough to avoid action*
- **System still relies on judgment**
  - *Need more conservative approach for high volume customers*
- **Opportunity to obtain consistent feedback from the agency is limited**
  - *Clarity in the regulations to ensure compliance with agency expectations*
  - *Need to finds way to open the lines of communications*

Cardinal Health 2012　　PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL　　10

HIGHLY CONFIDENTIAL　　　　CAH_MDL2804_02289072



HIGHLY CONFIDENTIAL  CAH_MDL2804_02289073



HIGHLY CONFIDENTIAL CAH_MDL2804_02289074

# New Approach Needed for High Volume Customers



- **Options**
  - *Increase due diligence of customer*
    - Monthly independent 3rd party review charged to customer
    - Unannounced sales visit
    - Customer will be terminated if any deficiencies are found
  - *Reduced customer thresholds*
    - Can only source controlled substances from Cardinal
    - Assurances and periodic review of account to ensure compliance with requirements
  - *Allow customer to exit contract within 30 days*

Cardinal Health 2012          PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL          13

HIGHLY CONFIDENTIAL                                          CAH_MDL2804_02289075

# The Bottom Line



- **Agency collaboration and clear regulations are needed to ensure industry compliance**
- **No system or program is bullet proof in this current regulatory environment.**
  - *Contingency Planning is critical*
- **Our enhanced program primary objective is risk mitigation**

Cardinal Health 2012 — PRIVILEGED & CONFIDENTIAL— WORK PRODUCT PREPARED FOR COUNSEL — 14

HIGHLY CONFIDENTIAL — CAH_MDL2804_02289076