# PSJ3

# Exhibit 568

Message

| | |
|---|---|
| From: | Murray, Denman [denman.murray@walgreens.com] |
| Sent: | 3/13/2013 10:08:00 AM |
| To: | Mills, Steven [steven.mills@walgreens.com] |
| Subject: | FW: Walgreens Threshold Limits |
| Attachments: | Walgreens Perrysburg SOM Threshold Limits_Mar 4 2013.xls |

Be Well,
Denny

Denny Murray, Pharm D
Director Rx Supply Chain  Retail/WSP/WIRS
Walgreen Co.
200 Wilmot Road, MS#220B
Deerfield, IL 60015
p  847-315-2005
f  847-315-3675
m  REDACTED

Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Penn, Lisa [mailto:Lisa.Penn@cardinalhealth.com]
**Sent:** Monday, March 04, 2013 3:16 PM
**To:** Murray, Denman; Polster, Tasha
**Cc:** Corwin, Kraig; Holohan, Pam
**Subject:** FW: Walgreens Threshold Limits

Hi Tasha and Denny,
   Please see below and attached.  Let me know if you have any questions...


Thanks!
Lisa Penn
Director, Account Management - National Markets
Cardinal Health
7000 Cardinal Place, Dublin, OH 43017
614.553.3604 tel / REDACTED
lisa.penn@cardinalhealth.com

**From:** Rausch, Nicholas
**Sent:** Monday, March 04, 2013 4:00 PM
**To:** Penn, Lisa
**Cc:** Cameron, Todd
**Subject:** Walgreens Threshold Limits

CONFIDENTIAL

WAGMDL00102642

Lisa,

During one of conference calls with Denny and Tasha last week, they had asked us to send the list of threshold limits for each store.  Attached is the threshold limits that we implemented this past weekend for all Walgreens stores serviced from their Perrysburg DC.  I have included all CII drug families and the threshold limit that is in our system as of this morning.  These values are dynamic and can change as we continue to evaluate the stores.

Please feel free to share this with Walgreens as appropriate.

Thanks,

**Nicholas Rausch** | Director, Regulatory Management
Quality & Regulatory Affairs
Cardinal Health | 7000 Cardinal Place | Dublin, Ohio | 43017
direct: 614.757.3148 | fax: 614.652.8781

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL

WAGMDL00102643