# PSJ3

# Exhibit 569

**Message**

**From:** Rausch, Nicholas [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=NICHOLAS.RAUSCH]
**Sent:** 1/21/2013 6:35:16 PM
**To:** Holohan, Pam [/O=CAH/OU=Cardinal Health/cn=Recipients/cn=Pam.Holohan]
**Subject:** RE:

Pam,



We do currently send a report of all stores who reached 75% of their accrual. It's titled "WAL_SOM_75P_[date]" and is attached to the daily email sent to Walgreens. This has all stores who are within 75% to 100% of their accrual. We can modify the report as requested by Walgreens.

Thanks, Nick

---

**From:** Holohan, Pam
**Sent:** Monday, January 21, 2013 12:21 PM
**To:** Rausch, Nicholas
**Subject:** FW:

Nick,

Could you give me a brief description on how we account for the number of business days in a month or does it matter? Can we send Walgreens a report showing stores that have reached 75% of their monthly accrual?

Thanks,
Pam

---

**From:** Mills, Steven [mailto:steven.mills@walgreens.com]
**Sent:** Friday, January 18, 2013 3:37 PM
**To:** Holohan, Pam
**Cc:** Murray, Denman; Polster, Tasha
**Subject:** RE:

Hey Pam,

Did Cardinal took into account that January has 5 order weeks in the stores monthly accrual?

Is this a new reporting process Cardinal will be implementing going forward? Will you be sending me every store that hits the monthly accrual or is there anyway Walgreens could receive a report from Cardinal to identify when stores are at 75% of their monthly accrual to help us prevent an SOM from occurring?

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015

p. 847-315-2914
f. 847-315-3675


Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Holohan, Pam [mailto:Pam.Holohan@cardinalhealth.com]
**Sent:** Friday, January 18, 2013 1:32 PM
**To:** Mills, Steven
**Subject:** FW: ▮

Hi Steve,

The information below is for ▮

Thanks,
Pam

**From:** Hughes, Molly
**Sent:** Friday, January 18, 2013 1:15 PM
**To:** Holohan, Pam
**Subject:** ▮

Hi Pam,

▮

After review of available information, I have determined that a threshold adjustment is not warranted, and the customer's threshold will remain at ▮

If something has changed within the customer's business model, please let me know and I will review all additional information to determine whether a threshold increase is warranted.  Please be aware that supplying additional information does not automatically warrant an increase in threshold.

Best,

**Molly Hughes**
Sr Specialist, Quality Assurance|QRA
Cardinal Health Inc.
7000 Cardinal Place, Dublin, OH 43017

CONFIDENTIAL                                                                                                                         CAH_MDL2804_00783521

614.757.2196
molly.hughes@cardinalhealth.com

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL

CAH_MDL2804_00783522