PSJ3

Exhibit 570

Message

**From:** Rausch, Nicholas [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=NICHOLAS.RAUSCH]
**Sent:** 1/21/2013 9:34:47 PM
**To:** Mills, Steven [steven.mills@walgreens.com]
**Subject:** RE: Maximum Allowable Quantity Question

Steve,

[redacted]

Thanks,

Nicholas Rausch | Director, Regulatory Management
Quality & Regulatory Affairs
Cardinal Health | 7000 Cardinal Place | Dublin, Ohio | 43017
direct: 614.757.3148 | fax: 614.652.8781

---

**From:** Mills, Steven [mailto:steven.mills@walgreens.com]
**Sent:** Monday, January 21, 2013 2:37 PM
**To:** Rausch, Nicholas
**Subject:** RE: Maximum Allowable Quantity Question

Nick,

Thanks for all of this great information. In regards to store 10181, I can certainly find out from the store why they had an increase in purchases for the month of January, but is the store currently at or approaching [redacted] for the Amphetamine family? Also when does the new monthly accrual begin for this store?

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Rausch, Nicholas [mailto:Nicholas.Rausch@cardinalhealth.com]
**Sent:** Monday, January 21, 2013 12:47 PM
**To:** Mills, Steven
**Subject:** RE: Maximum Allowable Quantity Question

Steve,

For months where we expect higher demand due to the layout of the month, we increase threshold limits across the board by a factor. Overall, the monthly layout impacts a very few number of stores because our threshold limits are not generally so tight that they won't accommodate one additional day of demand, even a high demand day. We generally make adjustments for months that have five Mondays and Tuesdays (or five Tuesdays and Wednesdays) because two higher order days is more likely to create events. This is when a factor (i.e. threshold limit multiplied by 1.07), derived from our analytics of demand patterns, is applied to account for the layout. We can dig deeper on our end, but I believe the increase in held orders is directly due to our implementation of the secondary threshold limits (except CII products for Florida stores).

We do currently send a report of all stores who reached 75% of their accrual. It's titled "WAL_SOM_75P_[date]" and is attached to the daily email sent. This has all stores who are within 75% to 100% of their accrual. We can modify the report if you would like logic or additional fields.

Store #10181 orders of [redacted] Are there underlying factors that would warrant an increase to the threshold limit? If so, and it makes sense, we can increase the limit and accommodate the demand.

Thanks,

**Nicholas Rausch** | Director, Regulatory Management
Quality & Regulatory Affairs
Cardinal Health | 7000 Cardinal Place | Dublin, Ohio | 43017
direct: 614.757.3148 | fax: 614.652.8781

---

**From:** Mills, Steven [mailto:steven.mills@walgreens.com]
**Sent:** Monday, January 21, 2013 12:34 PM
**To:** Rausch, Nicholas
**Subject:** Maximum Allowable Quantity Question

Good Morning Nick,

I reached out to Pam last week in order to get clarification on the January ordering review process as I have seen an increase in the number of flagged orders. Just looking at the calendar for the month of January there are 5 order weeks. Did Cardinal take the 5 order weeks into consideration?

Also, is there anyway Cardinal can produce a report that could show stores who are approaching the monthly allotment? If we could see store who are at 75% of the maximum allotment, then Walgreens could be more proactive as far as stopping a store from creating an order to Cardinal, that order being canceled, and reported to the DEA as suspicious. Just a thought let me know what can be done.

One last question, store 10181 didn't receive any ADD or ADHD medication as per the invoice "pending regulatory review" could you let me know if the store hit their maximum allowable quantity or has Cardinal decided not to ship these types of medication to the store?

Be Well,
Steve

**Steven Mills, CPhT**
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL                                                                                                                                   CAH_MDL2804_00783527