# PSJ3
# Exhibit 572

# QRA
# Suspicious Order Monitoring
# Cardinal Health - Walgreens

April 2012



CAH_MDL2804_00865998

## DEA Activities – Timeline

- OTSC hearing process; somewhat expedited
- Questions:
    - What did CAH know?
    - What should CAH have known?
    - When should CAH have known?
    - Did CAH do what was expected?
        - In the absence of regulations clearly articulating the standard
    - Is CAH's registration inconsistent with the public interest?
    - The primary barrier to CAH knowing is:



3

CAH_MDL2804_00865999

# Suspicious Order Monitoring

- Program components:
  - Know Your Customer [KYC]

  - Electronic Order Monitoring

  - Education and Training

  - Communication

  - Auditing

CardinalHealth

CAH_MDL2804_00866000

# Identification of Stores for Review

*Cardinal Health's Suspicious Order Monitoring (SOM) program utilizes both prospective and retrospective mechanisms to identify stores that warrant additional review.*

|  | Prospective Electronic Monitoring | Retrospective Advanced Analytics |
|---|---|---|
| Overview | All controlled substance orders, by DEA registrant and drug family, are monitored as they are submitted by each WAG store in a calendar month.  When an order causes the accrual to exceed the store's corresponding threshold limit, the order line is held and routed to a member of Cardinal Health's Quality & Regulatory Affairs (QRA) department for review. | The application of analytics holistically assesses a store's buying pattern based on shipments made historically for both controlled substance and non-controlled substance products.  This historical analysis of purchases utilizes advanced analytical techniques, including linear regression, logistic regression, and control charts. |
| Frequency | Real-time, as orders are submitted | On a quarterly basis |
| Type of Stores Identified | Stores that, in a statistically significant way, buy higher quantities of a drug family than other WAG stores.  This type of monitoring is specific to a drug family and generally detects sudden increases, or spikes, in the purchase of a particular product (or set of products). | Stores that have buying patterns that vary, in a statistically significant way, from other WAG stores.  Generally, these stores will purchase a higher % of controlled substance products, purchase higher quantities of a particular product or set of products, and/or have significant variation or spikes in their order pattern for controlled substance products. |

Stores identified for review exhibit controlled substance buying patterns that differ from other WAG stores in a statistically significant way.  Th underlying reasons for the variation may be legitimate; however, it is critical that we can demonstrate that we have completed the appropriate level of due diligence for these stores.



CAH_MDL2804_00866001

# Stores to Review



CAH_MDL2804_00866002



# Oxycodone Distribution – Walgreens Warehouse to Retail Store





Company Confidential – For internal use only

7

CONFIDENTIAL

# Walgreens # 10959



CardinalHealth          Company Confidential – For internal use only

# Duane Reade #14407



CONFIDENTIAL

CAH_MDL2804_00866006

# Communication Process

***Execution of this process is time sensitive and must provide meaningful information.***



Comprehensive review of dispensing patterns and practices includes:
1. Top prescribers;
2. Patient zip codes;
3. Pharmacists at the location;
4. Number of prescriptions dispensed per day;
5. Percent controlled substances to non-controlled substances;
6. Draw area for the pharmacy;
7. Percent transactions which are cash.

Confidential & Privileged

10

# Questionnaire

- Initial Questionnaire to obtain baseline information about the pharmacy – top controlled substance volume dispensers – highest scrutiny

- Survey Questionnaire to obtain information to support changes in order patterns

- Site Survey Questionnaire to obtain information to support the statements made in the aforementioned and to eliminate the "if you had only visited you would have seen…."



Company Confidential – For internal use only

11

CONFIDENTIAL

CAH_MDL2804_00866008

# DEA Considerations

- In two Administrative Investigation Warrants (AIW) issued by DEA, the agency compares National and State pharmacy sales averages with the sales averages of our top 4 customers in each State.

- This comparison is not valid and not framed using the appropriate context since only the top **four** Cardinal customers were used in DEA's calculations to compare National and State averages.

- Also, the Agency did not take into consideration the variability and range of their own ARCOS data when making the comparison

- The purpose of this evaluation is to determine how Cardinal Health's distribution of Oxycodone compares with National and State averages when the same statistical parameters are used.



CardinalHealth

CONFIDENTIAL

CAH_MDL2804_00866009

# Comparison of Cardinal Health to National Industry Averages

- 2010 Analysis:  Cardinal Health sold **12% less** Oxycodone dosage units per month/pharmacy when compared with DEA 2010 ARCOS Data for US Pharmacies

- 2011 Analysis:  Cardinal Health sold **6% less** Oxycodone dosage units per month/pharmacy when compared with DEA  2010 ARCOS Data for US Pharmacies



**Monthly Average**



CAH_MDL2804_00866010

# Comparison of Cardinal Health to Florida State Industry Averages

- 2010 Analysis:  Cardinal Health sold **49% less** Oxycodone dosage units per month/pharmacy when compared with DEA ARCOS 2010 Data for Florida Pharmacies

- 2011 Analysis:  Cardinal Health sold **45% less** Oxycodone dosage units per month/pharmacy when compared with DEA ARCOS 2010 Data for Florida Pharmacies



**FL Monthly Average**



CAH_MDL2804_00866011