PSJ3

Exhibit 573

Message

| | |
|---|---|
| **From:** | Mills, Steven [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-MILLS, STEVEN P. ( SPMILLS )813] |
| **Sent:** | 2/5/2013 10:02:25 AM |
| **To:** | Bringedahl, Ben [ben.bringedahl@walgreens.com] |
| **Subject:** | FW: Walgreen Co. |
| **Attachments:** | District 37 Hydrocodone 10-325 Purchases.xlsx |

Good Morning Ben,

Cardinal has contacted me with regards to store 05315. Cardinal will no longer send any orders to store 05315 for Hydrocodone 10/325MG tablets. If store 05315 creates any future orders to Cardinal, these orders will be cancelled and Cardinal will fax the DEA the order as suspicious. We would like to avoid the store from being reported to the DEA, can you inform the store not to place an orders to Cardinal for this item.

I would also like to bring to your attention store 05315 has purchased more Hydrocodone 10/325MG then the rest of your district over the last 13 weeks. I do understand this location does a high volume of prescriptions, however I believe there could be an opportunity to review the GFD policy. Please see the attachment to get a better understanding of my concerns.

Let me know if you have any questions.

Thanks


Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Cook, Alan
**Sent:** Monday, February 04, 2013 3:14 PM
**To:** Holohan, Pam
**Cc:** Justus, Shirlene
**Subject:** Walgreen Co.

HIGHLY CONFIDENTIAL

WAGMDL00246239

DEA # **AW2724551** has reached its maximum accrual limit for **Hydrocodone** for this accrual period. The following drug orders from Order # **9371681 & 9383166** have been cut, reported as suspicious to the DEA, and will not be shipped:
- Both 10-325mg orders were too large and would put the accrual past the allowable 15%

After review of available information, I have determined that a threshold adjustment is not warranted, and the customer's threshold will remain at **7,000**.
If something has changed within the customer's business model, please let me know and I will review all additional information to determine whether a threshold increase is warranted. Please be aware that supplying additional information does not automatically warrant an increase in threshold.


**Alan Cook**
Sr. Quality Assurance Data Analyst
Cardinal Health
PH: 614-553-4437

***Please note that I have fully transitioned to a new role within Cardinal. For all MEDICAL INVENTORY related inquiries, please reach out to Tanya Chamberlain, Tammy Castle or Jansen Plesich.***

___

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

WAGMDL00246240

HIGHLY CONFIDENTIAL