PSJ3

Exhibit 575

# Search Results Report

| | |
|---|---|
| Summary | 1 document (selected by user) from search [Any: [boockholdt]][Stemmed] in [All fields] (filtered by custodian Michael.Mone) |
| Report Date | 02/11/2012 2:30 PM EST |
| Generated By | brenda.cleveland |
| Case Name | Lakeland sandbox |
| PDF Directory | D:\CW\V66\data\esadb\dataStore_case_267583655_92602359\fileManager\0.14.167.6\jobRun_2042 |
| Input File | input_urn |
| Total email message count | 1 |
| Total loose file count | 0 |
| Total email message failed count | 0 |
| Total file conversion failed count | 0 |

Resp. Exh. 16, Doc. No. 12-32, 4 Pages

1

Page 1 of 4

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00000695

Document ID: 0.7.172.393639

| | |
|---|---|
| From: | Boockholdt, Barbara J. <barbara.j.boockholdt@usdoj.gov> |
| To: | Mone, Michael </o=cah/ou=cardinal health/cn=recipients/cn=michael.mone> |
| Cc: | Hartman, Mark (Corp) </o=cah/ou=cardinal health/cn=recipients/cn=mark.hartman>; Langston, Susan C. <susan.c.langston@usdoj.gov> |
| Bcc: | |
| Subject: | RE: Request for Additional Files |
| Date: | Thu Mar 12 2009 15:25:21 EDT |
| Attachments: | |

Thanks, Michael. I'm glad we have the same count on the thumb drives! I had planned to send them to you next week, but I guess I'll wait for the last one to come in and send them all at once.

Thanks for the explanation. Are you planning to send any of the emails from the chain stores?

Barbara J. Boockholdt, Section Chief
Office of Diversion Control
Regulatory Section
202-307-7669 - desk
202-307-8101 - fax
202-427-0755 - cell

-----Original Message-----
From: Mone, Michael [mailto:Michael.Mone@cardinalhealth.com]
Sent: Thursday, March 12, 2009 1:57 PM
To: Boockholdt, Barbara J.
Cc: Hartman, Mark (Corp); Langston, Susan C.
Subject: RE: Request for Additional Files


Thanks Barbara:


I will have Nick begin to get these together. The written memo to you in the overnight package addressed some of the Auburn customers that are chain accounts where the process is substantively different in that we work directly with the Loss Prevention/Pharmacy Operations departments of the chain customers. Our due diligence has been the evaluation of the chain's internal anti-diversion activities and their SOP's related to anti-diversion. We continue to apply the same parameters to "identify, block and report" suspicious orders of controlled substances notwithstanding that they are chains, but the information we have documented are emails with the customer about the threshold events and not the classic 7 page questionnaire that is applicable to the community independent customers and others.


Fred Meyer is part of Kroger; and Hi-School is a small regional chain, the others are straightforward large chains. Walgreens and CVS have sophisticated internal analytics that are proprietary and so are not available to us other than the demonstrations we have had with their systems that have reduced our

Resp. Exh. 16, Doc. No. 12-32, 4 Pages

2
Page 2 of 4

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00000696

concerns about their ability to address issues of concern inside their operations. We have spent the majority of our time focused on the community independent customers as we believe that on par they pose the greatest risk for the diversion of controlled substances given the relative lack of oversight in their operations.

Once completed we will send you the thumb drive, you owe me three of them, but I'm not counting! I'll pick them up when we next meet.

Michael

---

From: Boockholdt, Barbara J. [mailto:Barbara.J.Boockholdt@usdoj.gov]
Sent: Thursday, March 12, 2009 11:26 AM
To: Mone, Michael
Cc: Hartman, Mark (Corp); Langston, Susan C.
Subject: Request for Additional Files


Michael, as a follow up to several of the recent site visits, we would like to review some additional due diligence files. They are:

Pharmacies:

Value Meds, Paintsville, KY, DEA #BV7526176
Family Discount Pharmacy, Mt. Gay, WV, DEA #BF0660565
James Drug Store, Denham Springs, LA, DEA #BJ3906003
Pharmacy Operations of New York, Inc., Niagara Falls, NY, DEA #FP0285761
FedRx, San Diego, CA, DEA #BF3654539
New Phnom Pich Pharmacy, Long Beach, CA, DEA #BN4660595
Seattle Meds, Seattle, WA, DEA #FS0520230
Fred Meyer, Vancouver, WA, DEA #AR8371495
Walgreen, Federal Way, WA, DEA #BW8963236
K-Mart, Coeur d'Alene, ID, DEA #BK2445016
Bolger Pharmacy, dba Hi-School Pharmacy, Estacada, OR, DEA #BB3358909

Pharmacies previously received, but file may not have been complete:

K-Mart, Vancouver, WA, DEA #BK8665145, appears incomplete
Hoagland Pharmacy, Bellingham, WA, DEA #BH6619540, appears incomplete

Physicians:

Loeb, Mary A., MD, Talkeetna, AK, DEA #BL8700026
Sudderth, Stephen D., MD, Vicksburg, MS, DEA #BS4066622

Resp. Exh. 16, Doc. No. 12-32, 4 Pages

3
Page 3 of 4

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00000697

If due diligence visits have not yet been conducted on any of the registrants listed, please indicate that they have not.  I think the reason for some of the requests is that, while they were previously requested, they were not provided, but we were not made aware that there was no file yet.

Susan and I are available to discuss any issues today before 1:30pm, or early next week, if that is better for you.

Barbara J. Boockholdt, Section Chief
Office of Diversion Control
Regulatory Section
202-307-7669 - desk
202-307-8101 - fax
202-427-0755 - cell

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese
Svenska: www.cardinalhealth.com/legal/email

Resp. Exh. 16, Doc. No. 12-32, 4 Pages

4
Page 4 of 4

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00000698