# PSJ3
# Exhibit 576

July 1, 2009

## Wholesale Supply Agreement

This letter will confirm the agreement ("**Agreement**") between Cardinal Health 110, Inc., Cardinal Health 411, Inc., and with respect to the sale of Merchandise to the PR Pharmacies (as defined below) Borschow Hospital & Medical Supplies, Inc., ("**Cardinal**") and CVS Pharmacy Inc. ("**CVS**") under which CVS will purchase certain pharmaceutical and other products from Cardinal on the following terms and conditions:



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000030817



2  CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL  CVS-MDLT1-000030818



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030819



4                                              CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL                                                          CVS-MDLT1-000030820



5  CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030821**



HIGHLY CONF



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030823



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030824



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY C



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFID



HIGHLY CON -000030831



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030832**



HIGHLY CON

HIGHLY

0834

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030835



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030836



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030837



HIGHL0030838



CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030839

**Section 28.**   _Authorized Signatories_.

All signatories to this Agreement represent that they are authorized by their respective companies to execute and deliver this Agreement on behalf of their respective companies, and to bind such companies to the terms herein.

Accepted and Agreed to by:

Cardinal Health 110, Inc.

By: _____

Its: CEO, Pharmaceutical

Date: 7/1/09

Cardinal Health 411, Inc.

By: _____

Its: CEO, Pharmaceutical

Date: 7/1/09

Borschow   Hospital   &   Medical Supplies, Inc.

By: _____

Its: CEO, Pharmaceutical

Date: 7/1/09

CVS Pharmacy, Inc.

By: _____

Its: SVP Pharmacy Purchasing and Pharmaceutical Relations

Date: 7/1/09

24                   CVS Cardinal Wholesaler Agreement 7-1-09.doc

And with respect to Section 4(e) only:

CVS Caremark Corporation,

By: _____

Its: _____SVP Finance, Controller & Chief Acctg. Officer_____

Date: _____7/1/09_____

CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                **CVS-MDLT1-000030841**

*Section 1(a) Disclosure Schedule*



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030842

Total DC List



CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030843**

*Section 1(c) Disclosure Schedule*



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030844

*Section 2(a) Disclosure Schedule*



**HIGHLY CONFIDENTIAL**                                                **CVS-MDLT1-000030845**



**HIGHLY CONFIDENTIAL**                                                                                    **CVS-MDLT1-000030846**



31                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                                           **CVS-MDLT1-000030847**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030848



33                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL                                    CVS-MDLT1-000030849



34                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL                                        CVS-MDLT1-000030850



35                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030852



CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030853

*Section 2(c) Disclosure Schedule*



**HIGHLY CONFIDENTIAL**                                                                    **CVS-MDLT1-000030854**

<u>**Section 2(e) Disclosure Schedule**</u>

Cardinal Health 110, Inc.

By: _Mike Kauf_____

Name: _Mike Kaufmann_____

Title: _CEO, Pharmaceutical_____

Date: _7/1/09_____

CVS Pharmacy, Inc.
and its affiliates

By: _Matthew J. L_____

Name: _Matthew J. Leonard_____

Title: _SVP, Pharmacy Purchasing and Pharmaceutical Relations_

Date: _7/1/09_____

39     CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000030855**

_Section 3(a) Disclosure Schedule_



**HIGHLY CONFIDENTIAL**



41                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000030857**

*Section 3(b) Disclosure Schedule*



CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030858



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030859

*Section 3(d) Disclosure Schedule*



CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030860



**HIGHLY CONFIDENTIAL**                                                          **CVS-MDLT1-000030861**



**HIGHLY CONFIDENTIAL**

47                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                                                    **CVS-MDLT1-000030863**



48          CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030864**

*Section 6(b) Disclosure Schedule*



HIGHLY CONFIDENTIAL          CVS-MDLT1-000030865

<u>*Section 6(d) Disclosure Schedule*</u>

Employee Funding



CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL                                                      **CVS-MDLT1-000030866**

*Section 7(a) Disclosure Schedule*

CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030867



52          CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                                                        **CVS-MDLT1-000030868**



CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030869**

CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL  CVS-MDLT1-000030870

*Section 9 Disclosure Schedule*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030871**



56        CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030873**

*Section 10(a) Disclosure Schedule*

HIGHLY CONFIDENTIAL



CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030875**



CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                                                                **CVS-MDLT1-000030876**



**HIGHLY CONFIDENTIAL**



62          CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL          CVS-MDLT1-000030878



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030882



67                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL                    CVS-MDLT1-000030883



CVS Cardinal Wholesaler Agreement 7-1-09.doc

HIGHLY CONFIDENTIAL                                                    CVS-MDLT1-000030884



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030886**



71      CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030887**



CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030888**



73                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                                                           **CVS-MDLT1-000030889**



74                    CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030890**

<u>**Section 20 Disclosure Schedule**</u>

**Insurance**



CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                                                    **CVS-MDLT1-000030891**