# PSJ3
# Exhibit 577

January 1, 2004

## Wholesale Supply Agreement

This letter will confirm the agreement (**"Agreement"**) between Cardinal Health*
(**"Cardinal"**) and CVS Pharmacy Inc. (**"CVS"**) under which CVS will purchase certain
pharmaceutical and other products from Cardinal on the following terms and conditions:



1                                    CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030892**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030893**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030894**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030895



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030896



**HIGHLY CONFIDENTIAL**



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030898



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030900



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030901



11         CVS_Cardinal_Wholesaler_Agreement_Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



13                    CVS_Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**                                                    **CVS-MDLT1-000030904**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030905



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030906



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030907



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030910

Cardinal Health*

By: _____

Its: GROUP PRESIDENT

Date: MAY 17, 2004

CVS Pharmacy, INC.

By: _____

Its: VP Pharmacy Merchandising

Date: June 1, 2004

And with respect to Section 4(e) only:

CVS CORPORATION

By: _____

_____

20  CVS  Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030911



21 CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030912



22                    CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL                                        CVS-MDLT1-000030913



23                    CVS  Cardinal Wholesaler Agreement Final 5/12/04 Executed.doc

HIGHLY CONFIDENTIAL                                      CVS-MDLT1-000030914



CVS  Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL                                                                 CVS-MDLT1-000030915

Section 2(b) Disclosure Schedule

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030916



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030917**

**HIGHLY CONFIDENTIAL**



CVS_Cardinal_Wholesaler_Agreement_Final_5.12.04_Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030919



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030920



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030921



CVS  Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030922



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030923

CVS  Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030924



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030925



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030926



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030927





37

CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030928

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030929**

CVS-Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030930

CVS Cardinal Wholesaler Agreement Final 5 12 04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030931



**HIGHLY CONFIDENTIAL**



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030933



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030934

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030935



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030936

Cardinal Computer Services



46

CVS  Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030937**



47

CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030939**



49

CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030940**

*CVS Authorized Repack Portfolio.*



**CVS-MDLT1-000030941**



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030942**



CVS-Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030943



53

CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030944

*Section 7(a) Disclosure Schedule*



**HIGHLY CONFIDENTIAL**

_**Unit Quantity Package Size Substitution.**_



55                    CVS: Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000030946**

CVS_Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030947



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030948



**CVS-MDLT1-000030949**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030950



CVS-Cardinal Wholesaler Agreement Final 5-12-04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030951

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030952**

CVS  Cardinal Wholesaler Agreement Final 5 12 04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030953**



CVS_Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**                                             **CVS-MDLT1-000030954**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030956



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030957



HIGHLY CONFIDENTIAL



CVS_Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030959



69                    CVS  Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000030960**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030961



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030962



72          CVS  Cardinal Wholesaler Agreement Final 3.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030963**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030964



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030966



CVS  Cardinal Wholesaler Agreement Final 5 12 04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030967

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030968**



CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030969



79

CVS: Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030970