# PSJ3
# Exhibit 578

*CONFIDENTIAL AND PRIVILEGED ATTORNEY CLIENT DOCUMENT*

# EVALUATION OF SUSPICIOUS ORDERS MONITORING SYSTEM FOR



**BY**



April 6, 2012

*CONFIDENTIAL and PROPRIETARY*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000125302**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125303



4

The Drug & Chemical ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000125304**



The **Drug & Chemical** ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

**HIGHLY CONFIDENTIAL**



6

The Drug & Chemical ADVISORY GROUP, LLC • 4911 Heversham Ct.• Fairfax, VA 22032 • 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000125306



7


■ 4911 Heversham Ct.■ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*



8

The Drug & Chemical ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL



9


The Drug & Chemical ADVISORY GROUP LLC • 4911 Heversham Ct.• Fairfax, VA 22032 • 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

**HIGHLY CONFIDENTIAL**



10

 • 4911 Heversham Ct.• Fairfax, VA 22032 • 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000125310



11

The **Drug & Chemical** ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000125311



12

The **Drug & Chemical** ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL



13


4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000125313



The **Drug & Chemical** ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*



15

The **Drug & Chemical** ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

HIGHLY CONFIDENTIAL

CVS-MDLT1-000125315



16

The Drug & Chemical ADVISORY GROUP, LLC ▪ 4911 Heversham Ct.▪ Fairfax, VA 22032 ▪ 703.569.8740
*CONFIDENTIAL and PROPRIETARY*

**HIGHLY CONFIDENTIAL**



17

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000125317**