# PSJ3 Exhibit 579

## Rausch, Nicholas

**From:** Dunham, Jennifer
**Sent:** Wednesday, February 04, 2009 8:59 AM
**To:** Rausch, Nicholas; Mone, Michael
**Cc:** Forst, Christopher
**Subject:** RE: CVS in Pompano Beach Florida

Nick,
Thank you for the detail. We have forwarded the information to CVS. They have already asked their LP department to review.

Have a great day!
Jen

Jennifer Dunham
Manager, Retail National Accounts
Health Care Supply Chain Services
**Cardinal Health**
Direct: 614-553-3616
Email: jennifer.dunham@cardinalhealth.com

---

**From:** Rausch, Nicholas
**Sent:** Wednesday, February 04, 2009 8:58 AM
**To:** Dunham, Jennifer; Mone, Michael
**Cc:** Forst, Christopher
**Subject:** RE: CVS in Pompano Beach Florida

Jennifer,

We have not restricted the account from purchasing controlled substances while being reviewed by CVS. The order accrual just reset to zero on the first of the month and the store can order their normal amount to service existing customers. With that said, we did not increase the threshold limit last month and orders will be held if their ordered quantity for this month surpasses the existing limit.

Thanks.

Nicholas Rausch
Manager, Regulatory Management
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017
614-757-3148 tel
614-652-8781 fax

---

**From:** Dunham, Jennifer
**Sent:** Tuesday, February 03, 2009 3:40 PM
**To:** Mone, Michael
**Cc:** Rausch, Nicholas; Forst, Christopher
**Subject:** RE: CVS in Pompano Beach Florida

Michael,
We have CVS researching the history on this store. We are not holding any orders pending this review, are we?

CONFIDENTIAL                                                                 CAH_MDL2804_00251459

Thank you!
Jennifer

Jennifer Dunham
Manager, Retail National Accounts
Health Care Supply Chain Services
**Cardinal Health**
Direct: 614-553-3616
Email: jennifer.dunham@cardinalhealth.com

**From:** Mone, Michael
**Sent:** Friday, January 30, 2009 11:54 AM
**To:** Dunham, Jennifer
**Subject:** RE: CVS in Pompano Beach Florida

BC5290250  #3287

**From:** Dunham, Jennifer
**Sent:** Friday, January 30, 2009 11:29 AM
**To:** Mone, Michael
**Cc:** Rausch, Nicholas; Forst, Christopher
**Subject:** RE: CVS in Pompano Beach Florida

Michael,
Do we have a store number, account number or DEA number on this location? I know they have sent me several stores to pull sales on lately. I would like to see if it may be a store they are already investigating.

Thank you!

Jennifer Dunham
Manager, Retail National Accounts
Health Care Supply Chain Services
**Cardinal Health**
Direct: 614-553-3616
Email: jennifer.dunham@cardinalhealth.com

**From:** Mone, Michael
**Sent:** Friday, January 30, 2009 11:27 AM
**To:** Dunham, Jennifer
**Cc:** Rausch, Nicholas; Forst, Christopher
**Subject:** CVS in Pompano Beach Florida

Jennifer:

I think it appropriate to inform CVS loss prevention to investigate the utilization of oxycodone at the CVS on 850 W Sample Rd in Pompano Beach Florida. The utilization of oxycodone products does appear to vary with a greater range of variance than that which would be normal.

Thanks in advance

Michael

Michael A. Moné, BS, JD, FAPhA
VP Anti-Diversion & Sr. Regulatory Counsel
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017
614-757-5104 (voice)

614-652-9653 (fax)

CONFIDENTIAL

CAH_MDL2804_00251461