PSJ3

Exhibit 581



# Suspicious Order Monitoring (SOM) Program: CVS Chain Review

Gilberto Quintero, SVP, Quality & Regulatory Affairs (QRA)
Michael A. Mone, VP, Supply Chain Integrity

[DateTime]

**CardinalHealth**
*Essential to care™*

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CONFIDENTIAL                                                                                        CAH_MDL2804_00868921

# Agenda

- **Program Overview**
  - Suspicious Order Monitoring (SOM) program
    - Know Your Customer (KYC)
    - Electronic monitoring
- **CVS SOM Summary**
  - Review threshold event (held order) process
  - Discuss the value of active communication
- **Analytics - Macro Observations**
  - Analysis of controlled substance distribution
  - Key insights and trends
- **Store Specific Discussion**

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care

CONFIDENTIAL

CAH_MDL2804_00868922

# SOM Program Overview

**Know Your Customer** – *Collection of customer specific information that allows for an appropriate assessment and validation, as well as accurate peer comparison.*

**Electronic Monitoring** -- *Systemic process prior to order fulfillment to ensure ordered quantity is not unusual.*

- Accrues allocated quantities for each DEA registrant – by drug family (grouping of equivalent products)
  - Imbedded in order system
  - Accrues dosage unit quantities
  - Operates on a calendar month
    - accrual reset to zero on first day of new month
- Threshold (quantity) limits exist for each DEA registrant, drug family combination
  - Created at a segment level and then customized for individual customers
- Orders are held ("threshold event") when a customer's allocated accrual exceeds the threshold limit
  - Business process is initiated for each threshold event
- At the conclusion of the business process, the held order can be released, cut, or cut and reported to the DEA and state agency(s) as suspicious
  - Threshold limit may also be increased or decreased

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care

CONFIDENTIAL					CAH_MDL2804_00868923

## SOM Program – CVS Stores

- **CVS stores created 468 SOM events in 2010** – *see graph*
- **65% of SOM events were within the following three drug families:**
  - Amphetamine
  - Lisdexamfetamine
  - Oxycodone
- **90% of SOM events were resolved with the order being released**
- **6% of SOM events were confirmed order entry errors**
  - Time/cost savings



SOM Events per Month

CardinalHealth
*Essential to care*

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

## Buying Patterns – Active Communication

*Variations in a buying patterns, that are not known in advance, create SOM events. With active communication, these variations can be accounted for and SOM events prevented.*




© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
*Essential to care*



CONFIDENTIAL

CAH_MDL2804_00868926

# Controlled Substance Distribution

- *Controlled substance purchases are concentrated primarily in Schedule II products.*

- *Oxycodone products account for 14% of all transactions and 42% of all controlled substance transactions.*

- *Oxycodone distribution has increased by 14% during the first 10 months of 2010 when compared to the first 10 months of 2009.*







Controlled Substance Distribution per Month and Drug Family (high volume drug families)

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care

CONFIDENTIAL                                                                                             CAH_MDL2804_00868927

# Oxycodone Drug Family – Micro Analysis

*Oxycodone purchases have increased in 2010 by 14% while the number of CVS stores purchasing Oxycodone has increased by 2%. Several CVS stores buy quantities of Oxycodone products that vary from other CVS stores in a statistically significant way.*




Cardinal Health — Essential to care

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CONFIDENTIAL CAH_MDL2804_00868928

# Controlled Substance Distribution by State

*Controlled substance distribution varies by region and there are areas of significant variation that warrants additional scrutiny, especially if they are located in areas where intelligence indicates that DEA and states are aggressive.*





CardinalHealth
*Essential to care*

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# CVS Pharmacy # 1136

CVS Pharmacy #1136 (DEA # BC5274636), located in Homestead, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 537% above CVS store monthly average of 8,300
- **Rapid rate of growth**
  - 57% increase in the quantity purchased in November 2010 compared to previous three months
- **Changing and unbalanced product mix**
  - 65% of purchases in November 2010 are for controlled substances – compared to 41% in November 2009



CardinalHealth

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CONFIDENTIAL

CAH_MDL2804_00868930

# CVS Pharmacy # 0174

CVS Pharmacy #0174 (DEA # BC5289926), located in Daytona, Beach has exhibited an abnormal buying pattern, specifically with their purchases of **Hydrocodone** products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 6,977% above CVS store monthly average of 700
- **Rapid rate of growth**
  - 147% increase in the quantity purchased in recent three months compared to the preceding three months
- **Unbalanced product mix**
  - 60%+ of purchases are for controlled substances
  - CVS stores infrequently purchases Hydrocodone products



Distribution per Month (by Dosage Quantity)

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care

CONFIDENTIAL

CAH_MDL2804_00868931

# CVS Pharmacy # 2848

CVS Pharmacy #2848 (DEA # BF7368308), located in Pompano Beach, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - 2010 monthly average is 453% above CVS store monthly average of 8,300
- **Unbalanced product mix**
  - 70%+ of purchases are for controlled substance products
  - Oxycodone products account for 55% of all purchases



Distribution per Month (by Dosage Quantity)

Dea Base Description
※ OXYCODONE HYDROCHLORIDE

CardinalHealth
Essential to care

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CONFIDENTIAL

CAH_MDL2804_00868932

## CVS Pharmacy # 3639

CVS Pharmacy #3639 (DEA # BC5277808), located in Bushnell, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 244% above CVS store monthly average of 8,300
- **Unbalanced product mix**
  - 56% of purchases are for controlled substances
  - 25% of purchases are for Oxycodone products



CardinalHealth
Essential to care

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CONFIDENTIAL

CAH_MDL2804_00868933

# CVS Pharmacy # 2732

CVS Pharmacy #2732 (DEA # BJ7499456), located in Hollywood, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 429% above CVS store monthly average of 8,300
- **Unbalanced product mix**
  - 50%+ of purchases are for controlled substances
  - 32% of purchases are for Oxycodone products



Distribution per Month (by Dosage Quantity)

Dea Base Description
※ OXYCODONE HYDROCHLORIDE

CardinalHealth
Essential to care

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CONFIDENTIAL

CAH_MDL2804_00868934

