PSJ3

Exhibit 582



Suspicious Order Monitoring (SOM) Program: **CVS Stores for Review**

February 28, 2010

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
*Essential to care™*

CONFIDENTIAL

CAH_MDL2804_02188524



# Macro Insights

2   © Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CAH_MDL2804_02188525

# Controlled Substance Distribution



© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CAH_MDL2804_02188526

# Hydrocodone Distribution

- **Increased distribution**
  - Distribution of Hydrocodone products across the National Account **increased by 217% in January 2011** when compared to the preceding three months
  - Number of stores purchasing Hydrocodone products increased by 17%
- **Sharpest increase evident within the state of Indiana**
- **DSD distribution only**
  - No Brokerage transactions



Hydrocodone Distribution -- All Stores

Measure Names
⊠ Shipped Dosage Unit Quantity
⊠ Unique Stores

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CONFIDENTIAL

CAH_MDL2804_02188527



CAH_MDL2804_02188528

# CVS Pharmacy # 5109

CVS Pharmacy #5109 (DEA # BC5288457), located in Juno Beach, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - January 2011 Oxycodone quantity is 828% above CVS store monthly average of 8,450 dosage units
- **Rapid rate of growth**
  - 44% increase in the Oxycodone quantity purchased in recent three months compared to preceding three months
- **Unbalanced product mix**
  - 50% to 60% of all monthly purchases are for Oxycodone products



© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188529

# CVS Pharmacy # 5146

CVS Pharmacy #5146 (DEA # BH8740183), located in New Port Richey, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - January 2011 Oxycodone quantity is 732% above CVS store monthly average of 8,450 dosage units
- **Unbalanced product mix**
  - 50% to 60% of all monthly purchases are for Oxycodone products



**Distribution per Month (by Dosage Unit Quantity)**
BH8740183 - OXYCODONE HYDROCHLORIDE

Drug Family
※ OXYCODONE HYDROCHLORIDE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
*Essential to care*™

CAH_MDL2804_02188530

# CVS Pharmacy # 2065

CVS Pharmacy #2065 (DEA # FR1262930), located in Wakefield, Rhode Island has exhibited an abnormal buying pattern, specifically with their purchases of Amphetamine products.

- **High quantity when compared to other CVS stores**
  - Average monthly quantity purchased during the past three months is 807% above CVS store monthly average of 2,500 dosage units



Distribution per Month (by Dosage Unit Quantity)
FR1262930 - DL-AMPHETAMINE SULFATE MONOBASIC

Drug Family
☒ DL-AMPHETAMINE SULFATE MONOBASIC

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188531

# CVS Pharmacy # 6133

CVS Pharmacy #6133 (DEA # FO1803748), located in Middletown, Ohio has exhibited an abnormal buying pattern, specifically with their purchases of Hydrocodone products.

- **High quantity when compared to other CVS stores**
  - January 2011 Hydrocodone quantity is 3,800% above CVS store monthly average of 850 dosage units
- **Rapid rate of growth**
  - 33,000% increase in the Hydrocodone quantity purchased in January 2011 when compared to the previous two months



**Distribution per Month (by Dosage Unit Quantity)**
FO1803748 - HYDROCODONE BITARTRATE

Drug Family
※ HYDROCODONE BITARTRATE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
*Essential to care*

CAH_MDL2804_02188532

# CVS Pharmacy # 8529

CVS Pharmacy #8529 (DEA # AC2553471), located in Rockford, Illinois has exhibited an abnormal buying pattern, specifically with their purchases of Hydrocodone products.

- **High quantity when compared to other CVS stores**
  - January 2011 Hydrocodone quantity is 3,900% above CVS store monthly average of 850 dosage units
- **Rapid rate of growth**
  - 4,600% increase in the Hydrocodone quantity purchased in January 2011 compared to preceding three months



Distribution per Month (by Dosage Unit Quantity)
AC2553471 - HYDROCODONE BITARTRATE

Drug Family
▨ HYDROCODONE BITARTRATE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CONFIDENTIAL

# CVS Pharmacy # 6538

CVS Pharmacy #6538 (DEA # AH5435323), located in Knox, Indiana has exhibited an abnormal buying pattern, specifically with their purchases of Methadone products.

- **High quantity when compared to other CVS stores**
  - Recent three monthly average of Methadone quantity is 2,500% above CVS store monthly average of 1,400 dosage units
- **Unbalanced Product Mix**
  - Oxycodone and Methadone products account for approximately 50% of all products purchased



Distribution per Month (by Dosage Unit Quantity)
AH5435323 - METHADONE HYDROCHLORIDE

Drug Family
※ METHADONE HYDROCHLORIDE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188534

# CVS Pharmacy # 3992

CVS Pharmacy #3992(DEA # BR4285955), located in Westerville, Ohio has exhibited an abnormal buying pattern, specifically with their purchases of Buprenorphine products.

- **High quantity when compared to other CVS stores**
  - January 2011 Buprenorphine quantity is 3,300% above CVS store monthly average of 200 dosage units

- **Rapid rate of growth**
  - 246% increase in the Buprenorphine quantity purchased in recent three months compared to preceding three months



© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188535

# CVS Pharmacy # 6548

CVS Pharmacy #6548 (DEA # AH2701692), located in Indianapolis, Indiana has exhibited an abnormal buying pattern, specifically with their purchases of Clonazepam products.

- **High quantity when compared to other CVS stores**
  - January 2011 Clonazepam quantity is 3,300% above CVS store monthly average of 230 dosage units
- **Infrequently purchased product**
  - Only purchased product during 3 of the past 13 months



© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188536

# CVS Pharmacy # 5183

CVS Pharmacy #5183 (DEA # BC6175613), located in Panama City, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Tramadol products.

- **High quantity when compared to other CVS stores**
  - January 2011 quantity purchased is 4,150% above CVS store monthly average of 285 dosage units



© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188537



Updates

The following slides provide updated data specific to customers previously identified as exhibiting abnormal buying patterns. The content has not changed – only graphs with updated purchase history.

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

15

CAH_MDL2804_02188538

# CVS Pharmacy # 1136

CVS Pharmacy #1136 (DEA # BC5274636), located in Homestead, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 537% above CVS store monthly average of 8,300
- **Rapid rate of growth**
  - 57% increase in the quantity purchased in November 2010 compared to previous three months
- **Changing and unbalanced product mix**
  - 65% of purchases in November 2010 are for controlled substances – compared to 41% in November 2009



Distribution per Month (by Dosage Unit Quantity)
BC527-636 - OXYCODONE HYDROCHLORIDE

Drug Family
OXYCODONE HYDROCHLORIDE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188539

# Updated -- CVS Pharmacy # 0174

CVS Pharmacy #0174 (DEA # BC5289926), located in Daytona, Beach has exhibited an abnormal buying pattern, specifically with their purchases of Hydrocodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 6,977% above CVS store monthly average of 700
- **Rapid rate of growth**
  - 147% increase in the quantity purchased in recent three months compared to the preceding three months
- **Unbalanced product mix**
  - 60%+ of purchases are for controlled substances
  - CVS stores infrequently purchases Hydrocodone products



Distribution per Month (by Dosage Unit Quantity)
BC5289926 - HYDROCODONE BITARTRATE

Drug Family
⊠ HYDROCODONE BITARTRATE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CONFIDENTIAL

# CVS Pharmacy # 2848

CVS Pharmacy #2848 (DEA # BF7368308), located in Pompano Beach, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - 2010 monthly average is 453% above CVS store monthly average of 8,300
- **Unbalanced product mix**
  - 70%+ of purchases are for controlled substance products
  - Oxycodone products account for 55% of all purchases



Distribution per Month (by Dosage Unit Quantity)
BF7368308 - OXYCODONE HYDROCHLORIDE

Drug Family
☒ OXYCODONE HYDROCHLORIDE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

CAH_MDL2804_02188541

# CVS Pharmacy # 3639

CVS Pharmacy #3639 (DEA # BC5277808), located in Bushnell, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 244% above CVS store monthly average of 8,300
- **Unbalanced product mix**
  - 56% of purchases are for controlled substances
  - 25% of purchases are for Oxycodone products



© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

# CVS Pharmacy # 2732

CVS Pharmacy #2732 (DEA # BJ7499456), located in Hollywood, Florida has exhibited an abnormal buying pattern, specifically with their purchases of Oxycodone products.

- **High quantity when compared to other CVS stores**
  - November 2010 quantity is 429% above CVS store monthly average of 8,300
- **Unbalanced product mix**
  - 50%+ of purchases are for controlled substances
  - 32% of purchases are for Oxycodone products



Distribution per Month (by Dosage Unit Quantity)
BJ7499456 - OXYCODONE HYDROCHLORIDE

Drug Family
⊠ OXYCODONE HYDROCHLORIDE

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health
*Essential to care™*

CAH_MDL2804_02188543