PSJ3

Exhibit 583

| | |
|---|---|
| **From:** | Hug, Jennifer |
| **To:** | Swedyk, Maranda; Forst, Christopher |
| **Cc:** | Mone, Michael |
| **Subject:** | FW: CVS 850 & CVS 219 - LP Research |
| **Date:** | Monday, February 15, 2010 2:34:00 PM |
| **Attachments:** | RE CVS #850 (DEA BC5274395).msg |
| | RE CVS #0219 (BC5289055).msg |
| **Importance:** | High |

Maranda,
I wanted to forward to you the information from CVS's LP department, in reference to the 2 SOM
Events attached.  Please let me know if you have any additional concerns.

Thank you!
Jen

Jennifer Hug
Manager, Retail National Accounts
Health Care Supply Chain Services
**Cardinal Health**
Direct: 614-553-3616
Email: jennifer.hug@cardinalhealth.com

**From:** Spinard, Jason E. [mailto:JESpinard@cvs.com]
**Sent:** Monday, February 15, 2010 1:15 PM
**To:** Hug, Jennifer
**Subject:** RE: CVS 850 & CVS 219 - LP Research

Jen, from LP:

   Store 850 and 219 are ok.  They are comfortable with the levels.

Jason

**From:** Hug, Jennifer [mailto:jennifer.hug@cardinalhealth.com]
**Sent:** Wednesday, January 27, 2010 3:43 PM
**To:** Spinard, Jason E.
**Subject:** CVS 850 & CVS 219 - LP Research
**Importance:** High

Jason,
Can you please have your LP department look into the ordering habits of the two stores below?  We
have seen a huge jump in Oxycodone purchases from both.  Please see the detail for each store:

1)  CVS 850 – I spoke to Nick at this pharmacy.  He stated there was a pain clinic down the road
    which is causing scripts to increase significantly.  Here are a couple of examples of increases:
     a.  Oxycodone 15mg 100 – Oct, 30 units; Nov, 60 units; Dec, 35 units; Jan, 165 units
     b.  Oxycodone 30mg 100 – Oct, 40 units; Nov, 70 units; Dec, 90 units; Jan, 205 units

2)  CVS 219 – I spoke to Nick at the pharmacy.  He stated that there are an increasing number of
    patients from pain clinics, but they are only filling for local clinics.  Please see examples:
     a.  Oxycodone 30mg 100 –  Jan, 160 units; Dec, 320 units;
     b.  Oxycodone 30mg 100 IR – Jan, 480 units; Dec, 640 units; 520 units; 680 units

CardHe-001367

CONFIDENTIAL

Thank you for any guidance you can give us on the continued increases we are seeing for this class of drugs!

Jen

Jennifer Hug
Manager, Retail National Accounts
Healthcare Supply Chain Services
**Cardinal Health**
Direct: 614-553-3616
Fax: 614-652-7316
Cell: 614-778-9424
Email: jennifer.hug@cardinalhealth.com

---

This message is for the designated recipient only and may contain privileged, proprietary
or otherwise private information. If you have received it in error, please notify the sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk – Deutsch – Espanol – Francais – Italiano – Japanese – Nederlands – Norsk – Portuguese
Svenska: www.cardinalhealth.com/legal/email

CardHe-001368

CAH_MDL_PRIORPROD_DEA12_00011837