# PSJ3 Exhibit 584



CVS/pharmacy

January 6, 2011

**E-Mail and Express Mail**

Paul Farley, Vice President
National Accounts
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017

RE:  Cardinal Concerns About CVS # 0174, 1136, 2732, 2848 and 3639

Dear Paul:

CVS Caremark appreciates you meeting with us on December 2, 2010, and sharing your concerns about controlled substance purchases by several CVS pharmacies.

Since our meeting, CVS has undertaken actions to address your concerns about those specific pharmacies and to address suspicious ordering and dispensing generally.  CVS has distributed guidelines that reinforce the company's position that pharmacists use their professional judgment when determining whether to fill prescriptions.  The guidelines identify inappropriate prescription-seeking behavior and advise pharmacists how to minimize risk of dispensing for other than legitimate prescriptions.

CVS representatives also met with Drug Enforcement Administration and Florida Department of Health investigators regarding dispensing issues in Florida.

Teams of CVS Pharmacy Supervisors and Regional Loss Prevention Managers visited the following Florida pharmacies:  CVS # 0174 (Daytona Beach), CVS # 1136 (Homestead), CVS # 2732 (Hollywood), CVS # 2848 (Pompano Beach) and CVS # 3639 (Bushnell).  The teams interviewed pharmacy staff, reviewed controlled substance ordering, receiving and dispensing procedures, controlled substance records and reports, and security.  The teams also audited certain drugs.

The teams found no evidence of controlled substance diversion or significant losses.  CVS is confident that pharmacists and their staffs at these pharmacies understand how to minimize the risk of dispensing controlled substances, particularly opioids for pain management, for non-legitimate purposes.

CONFIDENTIAL                                                                                            CAH_MDL_PRIORPROD_DEA12_00011853

CVS is comfortable with Cardinal continuing to ship controlled substances to these pharmacies and look forward to continuing to work with you to address matters of mutual concern. Please let me know if you still have concerns about these pharmacies or if you have concerns about others.

Sincerely,

Brian E. Whalen
Director, Pharmacy Merchandising


cc:   Michael A. Mone – Cardinal Health
      Karen O. Gibbs – CVS Caremark
      Larry K. Houck – CVS Caremark

CardHe-001638

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00011854