PSJ3

Exhibit 585

| | |
|---|---|
| **From:** | Riggs, Diane |
| **Sent:** | Monday, February 05, 2007 8:14 PM |
| **To:** | Tributino, Jared |
| **Subject:** | FW: CVS # 219 - Oxycodone ER |

Hello Jared,
Acct 47900 is in need of Oxycodone and will be sending a blank to your attention. They system is showing that they have not yet reached limiters on all of the generics for 20mg & 40mg. Could you please see that substitution is over ridden and they are sent what generic you have available to fill their orders?
Your help is greatly appreciated.

```
Diane Riggs
Cardinal Health
Dublin, Ohio
National Accounts
Retail & Alternate Care
PH: (614) 757-7993
FX: (614) 757-8993
diane.riggs@cardinal.com
```

**From:** Aubin, Christine M. [mailto:CMAubin@cvs.com]
**Sent:** Monday, February 05, 2007 10:23 AM
**To:** Riggs, Diane
**Cc:** Jumes, Dean G.; Penn, Lisa
**Subject:** CVS # 219 - Oxycodone ER

Hi Diane.

Paras at CVS # 219 (Clearwater, FL) needs the following meds to fill scripts during the month of February. Since, the store has already met their maximum allocation quantity, please override the allocation limiter and fill the following orders:

- Oxycodone ER 20mg - 8 bottles
- Oxycodone ER 40mg - 10 bottles

Per the pharmacist, his customers prefer Watson since the pills are smaller. So, the pharmacist requests that you fill the order with Watson. If you do not have enough, please fill the remainder of the order with Teva.

Your confirmation will be appreciated. Also, who should they send the form to?

Thanks, Christine.

3/17/2008

FOIA Confidential Treatment Requested by Cardinal
CONFIDENTIAL

ECAH_002_001090998
CAH_MDL_PRIORPROD_DEA07_00159466