PSJ3

Exhibit 586

## CVS 219
## Threshold Changes

| Drug Base Code | Date | Prior Threshold | New Threshold | Comments |
|---|---|---|---|---|
| 9143 | 11/25/2009 | 112,000 | 118,000 | GROWTH ADJUSTMENT CONSISTENT WITH INDUSTRY |
| 9143 | 03/25/2010 | 118,000 | 140,000 | CVS LOSS PREVENTION HAS INVESTIGATED & INDICATED DISPENSING IS APPROPRIA |
| 9143 | 04/27/2010 | 140,000 | 148,000 | MINOR ADJUSTMENT - NO EVIDENCE OF DIVERSION |
| 9143 | 09/17/2010 | 148,000 | 235,000 | ADJUSTED BASED ON RECENT PURCHASES-APPROVED BY MAM |
| 9143 | 11/24/2010 | 235,000 | 319,000 | MASS UPLOAD PROCESS |
| 9143 | 11/03/2011 | 319,000 | 75,001 | FACILITATE INVESTIGATION (CUSTOMER, DEA, CAH |

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00004383