PSJ3

Exhibit 587

**To:** Shallenberger, Brian[Brian.Shallenberger@cardinalhealth.com]
**Cc:** Dunham, Jennifer[Jennifer.Dunham@cardinalhealth.com]; Thomas, Angie (Dublin)[Angie.Thomas@cardinalhealth.com]
**From:** Rausch, Nicholas
**Sent:** Wed 8/13/2008 1:10:51 PM
**Subject:** RE: CVS & Walgreens

Brian,

Thanks for forwarding this information. This is exactly what I was looking for. For the time being, there is no imminent plan to include Brokerage as part of our SOM program. We will develop a process to monitor Brokerage sales, but will not have the threshold (held orders) process as we do with other customer segments.

If you have any questions about Brokerage & SOM, please feel free to give me a call to discuss.

Thanks again,
Nick

---

**From:** Shallenberger, Brian
**Sent:** Wednesday, August 13, 2008 8:55 AM
**To:** Rausch, Nicholas
**Cc:** Dunham, Jennifer; Thomas, Angie (Dublin)
**Subject:** FW: CVS & Walgreens

Nicholas,

Attached are the DEA numbers for the 8 CVS warehouses that we service out of Brokerage. Currently, Brokerage only sells to CVS & Kroger warehouses, so I don't have access to the Walgreens info. I have copied Angie Thomas on this email, hopefully she can point you in the right direction regarding Walgreens information.

I had just reached out to Steve Reardon last week concerning any Suspicious Order Monitoring requirements for Brokerage, asking if we needed to do anything related to suspicious orders monitoring. Let me know what specific monitoring may be required.

Thanks, Brian

---

**From:** Conley, Mark
**Sent:** Wednesday, August 13, 2008 8:51 AM
**To:** Shallenberger, Brian
**Subject:** RE: CVS & Walgreens

Brian,

Here you go....

Regards,

Mark Conley
Rep II, Customer Order Management
Pharmaceutical Brokerage
Cardinal Health
PH: 614-757-5643
FX: 614-757-6643
EMAIL: mark.conley@cardinalhealth.com

---

**From:** Shallenberger, Brian
**Sent:** Wednesday, August 13, 2008 8:47 AM

**To:** Conley, Mark
**Subject:** FW: CVS & Walgreens

Mark – Can you send me the CVS DEA numbers by warehouse?

Thanks, Brian

---

**From:** Rausch, Nicholas
**Sent:** Tuesday, August 12, 2008 5:01 PM
**To:** Shallenberger, Brian
**Cc:** Dunham, Jennifer
**Subject:** CVS & Walgreens

Brian,

I work in Quality & Regulatory Affairs and in the process of reviewing CVS & Walgreens for purposes of incorporating them into our Suspicious Order Monitoring program. I spoke with Jennifer Dunham and she directed me to you. Specifically, I wanted to know if Cardinal sold direct to CVS warehouses? If so, do you have the DEA Numbers of the CVS warehouses we sell to?

Also, I found several Walgreen's warehouse DEA Numbers. Do you have a complete list you could forward?

Thanks for your help.

Nicholas Rausch
Manager, Regulatory Management
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017
614-757-3148 tel
614-652-8781 fax

CONFIDENTIAL

CAH_MDL2804_00670930