PSJ3

Exhibit 588



# Request For Change

**Purpose:** The Request for Change (RFC) provides a detailed description of the proposed change, analyzes the impact to systems, assesses the business impact if the change occurs, and documents the required approvals for the change.

| **Type** <br> (If "Other" is selected, explain in the change description field below) | Software | [FORMCHECKBOX] | Data | [FORMCHECKBOX] | Hardware | [FORMCHECKBOX] | Environmental | [FORMCHECKBOX] | Other | [FORMCHECKBOX] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Network | [FORMCHECKBOX] | Operating System | [FORMCHECKBOX] | Telecommunication | | | | | [FORMCHECKBOX] |

| **IDENTIFICATION** | |
|---|---|
| **Change Request Title** | **ID Number** |
| CVS First Pass | RFC #48 |
| **Change Request Initiator** | **Change Request Facilitator** |
| Michael Mone | Rich Holter |
| **Production build/deployment date** | **Date Submitted** |
| 10/01/2008 | 9/23/2008 |

| **Category** | Normal | [FORMCHECKBOX] | Expedited | [FORMCHECKBOX] | Emergency | [FORMCHECKBOX] |
|---|---|---|---|---|---|---|

[ FILENAME \p ]    Page [ PAGE ] of [ NUMPAGES ]

CONFIDENTIAL                                                                                                          CAH_MDL2804_00825841



# Request For Change

| Classification | Enhancement | [FORMCHECKBOX] | Error Correction | [FORMCHECKBOX] | Growth | [FORMCHECKBOX] |
|---|---|---|---|---|---|---|
| | Rollback | [FORMCHECKBOX] | Support | [FORMCHECKBOX] | Upgrade | [FORMCHECKBOX] |
| Is this system validated or are there regulatory implications? | Yes | [FORMCHECKBOX] | No | [FORMCHECKBOX] | If yes, RM&C approval is required | |
| Will this change use or extend non-standard products or architectures? | Yes | [FORMCHECKBOX] | No | [FORMCHECKBOX] | If yes, Enterprise Architecture approval is required | |

CONFIDENTIAL                                                                                                     CAH_MDL2804_00825842



**Request For Change**

### CHANGE DESCRIPTION

Cardinal Health(CAH) offers a service to our CVS customer called "First Pass", this service involves filling out of stocks items at their CVS warehouse from our CAH Distrack warehouses and directly shipping this product to the individual CVS pharmacies.

The CVS warehouse purchases their products through CAH Brokerage business segment. Brokerage will ship product from their various warehouses locations to a central CVS warehouse. CVS warehouse receives orders from their individual CVS pharmacies and fill these orders through product available at their CVS warehouse. Occasionally, the CVS warehouse will be out of stock and will not be able to fill a CVS pharmacy's order(s). When this occurs the CVS warehouse will create an order in CAH's Distrack business segment for the product that is out of stock at their CVS warehouse. This product is filled from the closest Distrack warehouse and shipped directly to the CVS pharmacy.

Within the current solution of the Suspicious Order Monitoring application, the monthly accruals for the CVS stores would be updated to reflect the ordered and shipped product from CAH Distrack to the CVS pharmacies. The QRA team has asked for a change to the existing SOM application to not include these orders when updating the monthly order intent or allocated accruals. Additionally, the QRA team would like a new set of accruals to reflect First Pass orders and to have visibility to these accruals.

### RECOMMENDED SOLUTION

Make a change to the existing SOM application to not include CVS First Pass orders when updating the order intent and allocated accrual fields. Additionally, create new field(s) to store shipped quantity for First Pass orders. Change the appropriate screens and reports to display the new "First Pass" accruals.

CONFIDENTIAL                                                                                                    CAH_MDL2804_00825843



## Request For Change

### ASSUMPTIONS, BENEFITS, COSTS, & RISKS (TO BE COMPLETED BY TECHNICAL LEAD)

< High impact and high probability risks should be included below. If applicable, update the Risk & Response Log template based on the risks below. The business partner(s) and/or technical team(s) should be consulted to provide the appropriate information based on the sections below. >

| Factor | Business Description | Technical Description |
|---|---|---|
| Assumptions | All CVS – "First Pass" orders will have "FPASS" somewhere in the Purchase Order Number field<br><br>There will be a lag time when the CVS "First Pass" orders will be allocated and not added to the CVS "First Pass" accruals until shipping confirmation. | |
| RFC Benefits | Will not accumulate CVS First Pass orders to the CAH suspicious order monitoring application | |
| RFC Cost | Cost will include all expenses for Requirements through Deployment. |                       Est. of<br>                      Hours   Extended<br>Requirements     60    3,180<br>Design                  20    1,060<br>Development     60    3,180<br>Testing Unit        40    2,120<br>Testing System    40    2,120<br>Deployment       4      212<br>**Total Hrs & Dollars**  **224**  **11,872** |
| RFC Risk of Implementing the Change | Adds a degree of difficulty to the auditing process of the SOM application. | . |
| RFC Risk of NOT Implementing the Change | Within the SOM we may incorrectly add to a CVS customer's accrual for CVS – "First Pass" orders | N/A |

| Requirement ID | Requirements Description |
|---|---|
| R 1.0 | Only orders placed by CVS customers will be considered as possible CVS - "First Pass" orders |
| R 1.1 | Only orders placed by CVS customers through the EDI order channel will be considered as possible CVS – "First Pass" orders |
| R 1.2 | Only orders placed by CVS customers through the EDI order channel with the text "FPASS" somewhere within the P.O. number will be considered as CVS – "First Pass" orders |
| R 2.0 | All non-CVS customer orders will not be considered CVS – "First Pass" orders |
| R 2.1 | All orders placed by non-EDI order channels will not be considered CVS – "First Pass" orders |

CONFIDENTIAL        CAH_MDL2804_00825844



# Request For Change

| | |
|---|---|
| R 2.2 | All orders placed by CVS customer's through the EDI order channel without the text "FPASS" somewhere within the P.O. number will not be considered CVS – "First Pass" orders |
| R 3.0 | All non CVS – "First Pass" order will add to the monthly order intent accumulator |
| R 3.1 | All non CVS - "First Pass" orders will add to the monthly allocated accumulator |
| R 3.2 | All CVS – "First Pass" orders will update a new monthly accumulator for First Pass accruals |
| R 3.3 | All CVS – "First Pass" orders will update the new accumulator with shipped information |
| R 4.0 | CVS – "First Pass" accruals will not be considered when limiting an order |
| R 5.0 | A report will be created on CVS – "First Pass" orders for QRA. |
| R 5.1 | CVS-"First Pass" accruals will only be displayed within the Accruals and Threshold maintenance screen. |
| R 5.2 | CVS – "First Pass" accruals will not be a field that is available for maintenance |
| R 6.0 | CVS – "First Pass" accruals **will only** be updated during Shipping Confirmation |

| AREA IMPACTS ( TO BE COMPLETED BY THE TECHNICAL LEAD) | | | |
|---|---|---|---|
| **Impacted Areas** | **Impact** | **Impacted Area Contact** | **Notification Date** |
| Support Distrack | Distrack Run Team will provide support for New program/process. | Don Atkins | 9/23/2008 |
| Testing | Security & Control project team need to verify that only sales data for all divisions is captured for the daily feed. | David Lagrou | 9/23/2008 |
| Process | Distrack Build Team will need to provide resources to fulfill this request | Chris Hirsch | 9/23/2008 |
| Business Process Flow | n/a | n/a | n/a |
| Other | n/a | n/a | (Add rows as needed) |

| SOFTWARE APPLICATION/SYSTEM INTERDEPENDENCIES & IMPACTS | | | | |
|---|---|---|---|---|
| **Impacted Systems** | **Impact Type** | **Impact Description** | **Impacted Area Contact(s)** | **Notification Date** |
| Distrack(Run) | Direct | New process to support | Don Atkins | 9/23/2008 |
| SOM solution owner | Direct | New process to support | Laura Carr | 9/23/2008 |
| Regulatory | Direct | Fulfill DEA requirement | Steve Reardon | 9/23/2008 |

CONFIDENTIAL                                                                                                  CAH_MDL2804_00825845



## Request For Change

---

### SOFTWARE APPLICATION/SYSTEM INTERDEPENDENCIES & IMPACTS

| Impacted Systems | Impact Type | Impact Description | Impacted Area Contact(s) | Notification Date |
|---|---|---|---|---|
|  |  |  |  |  |

**\*Direct Impact-** The proposed change requires an impacted system to be modified. Example: A file format was changed requiring all of the applications receiving this file to be modified.
**\*\*Indirect Impact-** The impacted system does not require any modifications, but may be impacted indirectly by the proposed change.  Example: The values of a file were changed which will not require any code changes in the interfacing systems. Interfacing systems may wait to participate in testing to ensure processes occur as expected.

### SPECIFIC FUNCTIONALITY TESTING
NONE

### OTHER RELEVANT INFORMATION
**Items of Interest**
None
**Alternative Solutions**
NONE

### CHANGE APPROVAL

| Name | Role | Date | Approved |
|---|---|---|---|
| Jeff Autrey | Business Product Owner |  |  |
| George Kuntz | EIT Solution Owner |  |  |
| None | RM&C (required if validated/regulatory box is checked yes) |  |  |
| None | EA (required if architecture box is checked yes) |  |  |
| Michael Mone | Requestor/QRA |  |  |
| David Lagrou | Project Manager |  |  |
| Laura Carr | Distrack Application Manger |  |  |

CONFIDENTIAL                                                       CAH_MDL2804_00825846