PSJ3

Exhibit 591

# Corporate Security & Regulatory Affairs Walgreens Update

## Chris Zimmerman, Chief Compliance Officer



Meeting of the Audit & Corporate Responsibility Committee
August 7, 2013



# Walgreens (WAG) Impact to CSRA

- 8,000+ additional retail pharmacy locations

- 200% increase in DEA Schedule 2 order forms

- 50% increase in DC inventory

- 50% increase in all controlled substance orders (C3-5)

- 50% increase to the Order Monitoring Program

- 50% increase in daily store deliveries



# CSRA Focus

- Due Diligence & Account Set-Up

- Order Monitoring Program (OMP)

- Diversion Control Program

- Security Concerns

- Business Continuity

3



# CSRA Walgreens Onboarding

❑  **Due Diligence & Account Set-Up**

- DEA Notification of the transition of Walgreens Business to ABC (addendum A).

- Review of Walgreens prior DEA issues from 2009 up to and including June 2013 Memorandum of Agreement and $80 million fine.

- Verify 8,000+ State License & DEA Registration for each WAG location  (e.g., schedules, address).

- Coordinate vault/cage expansions with DEA and ABDC Engineering/Operations including DEA pre-approval and final inspection.

- Closely monitor internal DC compliance via weekly reports.

4



# Order Monitoring Program (OMP)

☐ **Account Set-Up for OMP**

- April 2013 – Pre-implementation meeting in Chicago with WAG Pharmaceutical Integrity Team to discuss respective programs.

- May 2013 – Follow-up meeting in Chicago with WAG Team for discussion of OMP thresholds and OMP strategy.

- Baseline due diligence information provided by WAG to assist in setting proper customer size for each individual location.

- Analysis of dispensing data provided by WAG to identify potential high risk locations.

- Ongoing bi-weekly conference call with WAG Team to discuss issues and/or concerns that may arise during the onboarding process.



# CSRA OMP Process for Walgreens

- All WAG pharmacies are subject to the same due diligence and monitoring processes as all other ABDC customers – No Special Treatment.

- Orders transmitted by WAG first have to pass through WAG's internal Order Monitoring process.

- CSRA OMP Manager reviews all WAG controlled substance orders to insure compliance by ABC Corporate and DC OMP Teams.

- Orders of interest will trigger a telephone call to the WAG Pharmaceutical Integrity Team to discuss the site's dispensing history/patterns.

- A monthly review of WAG purchase quantities of high risk controlled substances is conducted in order to identify spikes and/or other variations in ordering patterns.



# CSRA Diversion Control Program Walgreens

- In July 2013, CSRA & WAG conducted thirteen (13) joint visits to potentially high risk WAG locations throughout the state of Florida.

- Joint visits will continue at WAG locations nationwide.

- CSRA has contracted Pharma Compliance Group to conduct 200+ surveillance visits to determine the presence of "red flags" normally associated with drug diversion.

- CSRA Investigators will conduct all on-site WAG investigations.

- Bi-weekly calls with WAG Pharmaceutical Integrity Team to discuss any issues.

- CSRA has extended an offer to the WAG Integrity Team to assist in training endeavors for WAG associates.

7



# Security Concerns

❑ Due to the increase in security risk and potential investigations arising from:

- ▪ The additional 8,000+ Walgreen Pharmacy sites

- ▪ The 50% increase in inbound freight

- ▪ The 50% increase in of outbound shipments

- ▪ The significant increase in high $$ outbound line-haul loads

- ▪ The potential increase in associate related incidents due to the increased staffing levels

❑ CSRA will monitor and add investigative resources as needed.

❑ CSRA conducts monthly conference calls with the WAG Security Team.

8



# CSRA Business Continuity Program

- ❑ Modify the ABDC Business Continuity Program (BCP) to accommodate the Walgreens business:
  - ▪ Evaluate the "Alternate Distribution Center" (ADC) capabilities
  - ▪ Modify the "Customer Move" process to support the ADC capabilities
  - ▪ Develop a process for BCP communications between ABDC and Walgreens
  - ▪ Develop testing

- ❑ CSRA is working with ABDC and WAG on a comprehensive BCP playbook for WAG locations.



9

# Addendum A

