PSJ3

Exhibit 593

| | |
|---|---|
| **From:** | "Tomkiewicz, Joseph" <JTomkiewicz@amerisourcebergen.com> |
| **Sent:** | Fri, 15 Feb 2013 11:10:54 -0500 (EST) |
| **To:** | "Mays, Steve" <SMays@amerisourcebergen.com>; "Zimmerman, Chris"<CZimmerman@amerisourcebergen.com>; "Zenk, Heather"<HZenk@amerisourcebergen.com> |
| **Cc:** | "Hazewski, Edward" <EHazewski@amerisourcebergen.com>; "Ross, Paul"<PRoss@amerisourcebergen.com>; "Madsen, Greg" <GMadsen@amerisourcebergen.com> |
| **Subject:** | RE: 9:00 AM |
| **Attachments:** | 20130214_C2_Oxy List by ABC Serviced Store.xlsx |

---

Steve,

So noted.

Thanks,
**Joe Tomkiewicz**
**Diversion Control Program Manager**
**AmerisourceBergen Corporation**
**Corporate Security & Regulatory Affairs**
**1001 West Taylor Road**
**Romeoville, IL 60446**
**815.221.3612**

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

---

**From:** Mays, Steve
**Sent:** Friday, February 15, 2013 10:00 AM
**To:** Tomkiewicz, Joseph; Zimmerman, Chris; Zenk, Heather
**Cc:** Hazewski, Edward; Ross, Paul; Madsen, Greg
**Subject:** RE: 9:00 AM

Joe,
Let's flag the stores that are above the "Small" thresholds for oxycodone, oxy 30, and those above 20% oxy 30. That would be a good starting point for getting additional data from Walgreen's.

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

---

**From:** Tomkiewicz, Joseph
**Sent:** Friday, February 15, 2013 9:37 AM
**To:** Zimmerman, Chris; Zenk, Heather

**Cc:** Mays, Steve; Hazewski, Edward; Ross, Paul; Madsen, Greg
**Subject:** RE: 9:00 AM

Attached is the spreadsheet, updated with a tab called Average Oxycodone Usage. It's sorted by store, with average tablets per month and sorted by 30mg usage. Currently, there are 116 stores that purchase more than 4,000 tablets of 30mg per month. I've also included the percentage of 30mg to all oxycodone; for comparison, ABC's national average for this same time period was 9.7%. Once this number starts to climb above twice that, say 20% or so, I start to get concerned.

Thanks,
Joe Tomkiewicz
Diversion Control Program Manager
AmerisourceBergen Corporation
**Corporate Security & Regulatory Affairs**
**1001 West Taylor Road**
**Romeoville, IL 60446**
**815.221.3612**

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Zimmerman, Chris
**Sent:** Thursday, February 14, 2013 7:22 PM
**To:** Tomkiewicz, Joseph; Zenk, Heather
**Cc:** Mays, Steve; Hazewski, Edward; Ross, Paul; Madsen, Greg
**Subject:** Fwd: 9:00 AM

Thanks Joe, I appreciate you running These numbers tonight.

Sent from my iPhone
  Begin forwarded message:

       **From:** "Tomkiewicz, Joseph" <JTomkiewicz@amerisourcebergen.com>
**Date:** February 14, 2013, 7:47:26 PM EST
**To:** "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com>, "Mays, Steve"
       <SMays@amerisourcebergen.com>, "Hazewski, Edward" <EHazewski@amerisourcebergen.com>
**Cc:** "Ross, Paul" <PRoss@amerisourcebergen.com>, "Madsen, Greg" <GMadsen@amerisourcebergen.com>,
       "Martin, Eric" <EMartin@amerisourcebergen.com>
**Subject:** RE: 9:00 AM

And here's the top families only.

Thanks,
Joe Tomkiewicz
Diversion Control Program Manager
AmerisourceBergen Corporation
**Corporate Security & Regulatory Affairs**
**1001 West Taylor Road**
**Romeoville, IL 60446**
**815.221.3612**

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Zimmerman, Chris

**Sent:** Thursday, February 14, 2013 6:08 PM
**To:** Mays, Steve; Hazewski, Edward
**Cc:** Tomkiewicz, Joseph; Ross, Paul; Madsen, Greg; Martin, Eric
**Subject:** 9:00 AM

Ed/Steve:  We need to meet at 9AM in my office. I'll fill you in.

Joe, Eric Martin and Greg should be calling you now to see if you can run me some information.

Joe/Paul, if you are available we can conference you in.

Thanks,

Chris Zimmerman
Vice President, Corporate Security & Regulatory Affairs
Chief Compliance Officer