PSJ3

Exhibit 596

| | |
|---|---|
| **From:** | "Guttman, Tim" <TGuttman@amerisourcebergen.com> |
| **Sent:** | Wed, 10 Apr 2013 18:04:43 -0400 (EDT) |
| **To:** | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> |
| **Subject:** | RE: March 2013 CSRA Monthly Summary Final |

Perfect – thanks Chris!

Tim

**From:** Zimmerman, Chris
**Sent:** Wednesday, April 10, 2013 5:53 PM
**To:** Guttman, Tim
**Cc:** Mays, Steve; Hazewski, Edward
**Subject:** RE: March 2013 CSRA Monthly Summary Final

That is not a problem at all.  We will break out the WAG information separate:  # of orders reviewed; # of orders reported; # of locations inspected, etc.

Chris

**From:** Guttman, Tim
**Sent:** Wednesday, April 10, 2013 5:50 PM
**To:** Zimmerman, Chris
**Subject:** RE: March 2013 CSRA Monthly Summary Final

Maybe just 1x per month --- on your report (probably too many during the month).

Make sense?

I'd just be curious – each month

Tim

**From:** Zimmerman, Chris
**Sent:** Wednesday, April 10, 2013 2:08 PM
**To:** Guttman, Tim
**Subject:** RE: March 2013 CSRA Monthly Summary Final

Do you want to be included in the "us" you reference below?

-----Original Message-----
From: Guttman, Tim
Sent: Wednesday, April 10, 2013 1:25 PM
To: Zimmerman, Chris
Subject: RE: March 2013 CSRA Monthly Summary Final

OK -- thanks Chris.

I'm assuming that you will **let us know** when WAG orders are sent to the DEA -- right?

Tim

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00277369

-----Original Message-----
From: Zimmerman, Chris
Sent: Wednesday, April 10, 2013 1:20 PM
To: Guttman, Tim
Subject: RE: March 2013 CSRA Monthly Summary Final

We are treating WAG locations as any other pharmacy.  Thresholds are based upon the $$ of Rx purchases.  Most of WAG locations will be set as "small."  In addition, ABC's Diversion Control / OMP (order monitoring program) Team (Steve, Ed and Joe) met with WAG's Diversion/OMP Team in WAG's HQ in Chicago last Friday to discuss each other's program.

WAG has the ability to set internal thresholds prior to the orders being sent to ABC.  The goal would be for WAG to police their own orders and block any order to ABC that would exceed ABC's threshold thus triggering a suspicious order being sent to DEA from ABC.

ABC's OMP Team and WAG OMP Teams will be working closely together to limit the number of reports and immediately address issues as they arise.

Chris

-----Original Message-----
From: Guttman, Tim
Sent: Wednesday, April 10, 2013 12:57 PM
To: Zimmerman, Chris
Subject: Re: March 2013 CSRA Monthly Summary Final

Chris

Do we have thresholds established for the WAG locations?   Is this based on history?

good report -- plenty going on.

Tim

Sent from my iPad

On Apr 10, 2013, at 12:30 PM, "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> wrote:


Tim, please find CSRA's Monthly Summary Report for March 2013 attached, along with March's Compliance Incident Report.

Let me know if you have any questions or need any additional information regarding any of the issues listed on either report.

Thanks,

Chris
<March 2013 Compliance Incident Report Summary 030413.doc> <March 2013 CSRA Monthly Summary Final.docx>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00277370