PSJ3 Exhibit 603

Message

| | |
|---|---|
| **From**: | Guerreiro, Marcelino A. [MGuerreiro@amerisourcebergen.com] |
| **Sent**: | 8/1/2014 1:55:19 PM |
| **To**: | Polster, Natasha [tasha.polster@walgreens.com]; Stahmann, Eric [eric.stahmann@walgreens.com]; Daugherty, Patricia [patricia.daugherty@walgreens.com]; Dymon, Christopher [christopher.dymon@walgreens.com]; Bratton, Edward [edward.bratton@walgreens.com] |
| **CC**: | May, David [DMay@amerisourcebergen.com]; Hartman, Sharon [SHartman@amerisourcebergen.com]; Garcia, Elizabeth [EGarcia@amerisourcebergen.com]; Kreutzer, Kevin [KKreutzer@amerisourcebergen.com]; Martin, Eric [EMartin@amerisourcebergen.com]; St. John, Kimberly [kstjohn@amerisourcebergen.com] |
| **Subject**: | Weekly OMP Statistics |
| **Attachments**: | OMP Activity Analysis, Weekly, WAG, 2014.xlsx |

Good afternoon,

Here is the updated OMP activity report which includes this week's detail and breakdown.

**Marcelino Guerreiro**
AmerisourceBergen
Diversion Control Specialist
Corporate Security & Regulatory Compliance

1300 Morris Drive
Chesterbrook, PA, 19087

Work: 856.559.6030
Mobile: 856.535.5929

amerisourcebergen.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmissions shall not constitute the waiver of the attorney-client and/or any other privilege.

CONFIDENTIAL

WAGMDL00047401