PSJ3

Exhibit 604

Message

| | |
|---|---|
| From: | Bratton, Edward [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-BRATTON, EDWARD J. (EJB4E7BB377] |
| Sent: | 8/5/2014 9:33:12 AM |
| To: | Leners, Nick [nicholas.leners@walgreens.com] |
| Subject: | FW: Weekly OMP Statistics |
| Attachments: | OMP Activity Analysis, Weekly, WAG, 2014.xlsx |

Edward Bratton
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015
Office: 847-315-2689
Cell: REDACTED



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Guerreiro, Marcelino A. [mailto:MGuerreiro@amerisourcebergen.com]
**Sent:** Friday, August 01, 2014 1:55 PM
**To:** Polster, Natasha; Stahmann, Eric; Daugherty, Patricia; Dymon, Christopher; Bratton, Edward
**Cc:** May, David; Hartman, Sharon; Garcia, Elizabeth; Kreutzer, Kevin; Martin, Eric; St. John, Kimberly
**Subject:** Weekly OMP Statistics

Good afternoon,

Here is the updated OMP activity report which includes this week's detail and breakdown.

Marcelino Guerreiro
AmerisourceBergen
Diversion Control Specialist
Corporate Security & Regulatory Compliance

1300 Morris Drive
Chesterbrook, PA, 19087

Work: 856.559.6030
Mobile: REDACTED

amerisourcebergen.com

CONFIDENTIAL

WAGMDL00015414

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmissions shall not constitute the waiver of the attorney-client and/or any other privilege.

CONFIDENTIAL

WAGMDL00015415