PSJ3

Exhibit 605

Message

| | |
|---|---|
| **From**: | Guerreiro, Marcelino A. [MGuerreiro@amerisourcebergen.com] |
| **Sent**: | 11/14/2014 8:29:22 AM |
| **To**: | Polster, Natasha [tasha.polster@walgreens.com]; Stahmann, Eric [eric.stahmann@walgreens.com]; Daugherty, Patricia [patricia.daugherty@walgreens.com]; Dymon, Christopher [christopher.dymon@walgreens.com]; Bratton, Edward [edward.bratton@walgreens.com]; Leners, Nick [nicholas.leners@walgreens.com] |
| **CC**: | Hazewski, Edward [EHazewski@amerisourcebergen.com]; May, David [DMay@amerisourcebergen.com]; Hartman, Sharon [SHartman@amerisourcebergen.com]; Garcia, Elizabeth [EGarcia@amerisourcebergen.com]; Kreutzer, Kevin [KKreutzer@amerisourcebergen.com]; Martin, Eric [EMartin@amerisourcebergen.com]; St. John, Kimberly [kstjohn@amerisourcebergen.com] |
| **Subject**: | Weekly OMP Statistics |
| **Attachments**: | OMP Activity Analysis, Weekly, Walgreens, 2014.xlsx |

Good morning everyone,

Here is the updated OMP activity report which includes this week's detail and breakdown.

Have a great day!


# Marcelino Guerreiro
AmerisourceBergen
Diversion Control Specialist
Corporate Security & Regulatory Compliance

1300 Morris Drive
Chesterbrook, PA, 19087

Work: 856.559.6030

amerisourcebergen.com

CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it.  Unintended transmissions shall not constitute the waiver of the attorney-client and/or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.