# PSJ3 Exhibit 607

# FILED UNDER SEAL