PSJ3

Exhibit 608

| | |
|---|---|
| **From**: | Walker, Donald [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=743A9CA9] |
| **Sent**: | 3/31/2008 11:34:48 PM |
| **To**: | Julian, Paul [paul.julian@mckesson.com] |
| **CC**: | Scofield, Cathy [catherine.scofield@mckesson.com]; Figueroa, John [john.figueroa@mckesson.com]; Walchirk, Mark [mark.walchirk@mckesson.com] |
| **Subject**: | Controlled Substance Monitoring Program review |

Paul: We are in the process of implementing our new enhanced program to monitor controlled substance sales. The customer communications centers around a letter from John and Mark which will accompany an information packet mailed to customers which describes the program. The respective sales teams will then follow-up with customers as required. We have begun the process of bringing the systems solution on line with the roll out complete by the end of May. By design we intend to get this communication in the hands of our customers before any public announcement is made on the settlement emphasizing that this is an enhancement to existing processes.

The attached is the final version of the letter and packet. This has been reviewed and approved by legal, John and Mark. As the final step we need your review and approval. The timeline is to get the packet to the printers this week which will allow for mailings next week.

If you have questions or comments please advise.

Don

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                                    MCKMDL00543554