# PSJ3

# Exhibit 611

FILED UNDER SEAL