PSJ3
Exhibit 612

**M<sup>C</sup>KESSON**
*Empowering Healthcare*

# <u>Threshold Change Form</u>

Immediate Change Request Y/<u>N</u>Y      Anticipated Effective Date:<u>12/15/08</u>

Date:<u>12/15/08</u>

Customer Name:   <u>CVS</u>
Address:         <u>5301, 5302, 5305, 5307</u>
                 ⎯⎯
                 ⎯⎯
DEA number:<u>    </u>
Customer Account number:<u>many</u>

<u>Provide Economost number, Description, NDC or Base Code      Change in selling unit or percentage</u>
1. CS requested:<u>9193</u>                    Increase amount<u>30%</u>
2. CS requested:<u>     </u>                    Increase amount<u>     </u>
3. CS requested:<u>     </u>                    Increase amount<u>     </u>
4. CS requested:<u>     </u>                    Increase amount<u>     </u>
5. CS requested:<u>     </u>                    Increase amount<u>     </u>

Reason for change (attach supporting documentation):
National adjustment due to the vast number of increases needed during a shortage and demand shift, per Don Walker and the DRA team.

<u>McKesson use only</u>
1. Date of last site visit/observation.<u>     </u>
2. Questionnaire and Declaration on file?           Date:<u>     </u>
3. Permanent or Temporary threshold change?perm
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.  various
2.
3.
4.
5.

Denied By:  <u>     </u>                          Date:  <u>     </u>

**Approved by:**

DCM <u>     </u>                                 Date:  <u>     </u>

Sales <u>     </u>                               Date:  <u>     </u>

Threshold Change Form 12-15-2008.doc

MCK 000511

Confidential Material Exempt
From Disclosure Under FOIA

**MᶜKESSON**
*Empowering Healthcare*

Regulatory <u>dg</u>                                           Date: <u>12-15-08</u>

Threshold Change Form 12-15-2008.doc

MCK 000512

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                    MCKMDL00000514

**Kramer, Jake**

| | |
|---|---|
| **From:** | Gustin, Dave |
| **Sent:** | Wednesday, December 17, 2008 8:10 AM |
| **To:** | #PGDCM |
| **Cc:** | de Gutierrez-Mahoney, Bill; Oriente, Michael; Jonas, Tracy |
| **Subject:** | FW: could you do me a favor. |
| **Attachments:** | Threshold Change Form.doc |

All;
On Nov 28 I was sent requests by Michael for over 200 Thresholds to get 30% increases for various National accts. The attached TCR form covers all RNA increases made that date. Please sign and file. This is not routine but I was the only DRA on and so my time was spent making the changes and I may have missed some email's to the DCs.  Include a copy of this email along with the TCR in the file. Thanks for your patience and understanding.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Bishop, Micheal
**Sent:** Wednesday, December 17, 2008 9:56 AM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

Dave



Threshold Change
Form.doc (64 ...

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

1

MCK 000513

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000515

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

**From:** Gustin, Dave
**Sent:** Wednesday, December 17, 2008 8:49 AM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

Yep....11/28

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 5:16 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

This is the Thanksgiving increases?

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

MCK 000514

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER          MCKMDL00000516

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 3:01 PM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

I just need a TCR from you signed and dated the 30th. I will use it for the 30% increases I made for the RNAs that day after you emailed me all those reports.  Thx

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 4:00 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

I am...meeting for next 30

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

3

MCK 000515

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000517

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 2:59 PM
**To:** Bishop, Micheal
**Subject:** could you do me a favor.

Are you in today?

Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information.  Any unauthorized review, use, disclosure or distribution
is prohibited.  If you are not the intended recipient, please contact the sender
by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

4

MCK 000516

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER          MCKMDL00000518

## MCKESSON
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>11/28/2008</u>

Date:<u>11/28/2008</u>

Customer Name:  <u>Various RNA Customers - See attachment</u>
Address:                _____   <i>CVS 5307</i>
                             _____
                             _____

DEA number:_____
Customer Account number:<u>See attachment</u>

<u>Provide Economost number, Description, NDC or Base Code</u>     <u>Change in selling unit or percentage</u>
1.  CS requested:<u>Various</u>                    Increase amount<u>30% increase</u>
2.  CS requested:_____                     Increase amount_____
3.  CS requested:_____                     Increase amount_____
4.  CS requested:_____                     Increase amount_____
5.  CS requested:_____                     Increase amount_____

Reason for change (attach supporting documentation):
Increase due to Thanksgiving holiday - 30% increase

<u>McKesson use only</u>
   1.  Date of last site visit/observation._____
   2.  Questionnaire and Declaration on file?          Date:_____
   3.  Permanent or Temporary threshold change?perm
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.   various
   2.
   3.
   4.
   5.

Denied By: _____                               Date: _____

**Approved by:**

DCM _____                                      Date: _____

Sales _____                                    Date: _____

Regulatory <u>dg</u>                           Date: <u>11/28/08</u>
Threshold Change Form.doc

MCK 000517

Confidential Material Exempt
From Disclosure Under FOIA

**Kramer, Jake**

| | |
|---|---|
| **From:** | Gustin, Dave |
| **Sent:** | Wednesday, December 17, 2008 8:10 AM |
| **To:** | #PGDCM |
| **Cc:** | de Gutierrez-Mahoney, Bill; Oriente, Michael; Jonas, Tracy |
| **Subject:** | FW: could you do me a favor. |

**Attachments:** Threshold Change Form.doc

All;
On Nov 28 I was sent requests by Michael for over 200 Thresholds to get 30% increases for various
National accts. The attached TCR form covers all RNA increases made that date. Please sign and file.
This is not routine but I was the only DRA on and so my time was spent making the changes and I may
have missed some email's to the DCs.  Include a copy of this email along with the TCR in the file.
Thanks for your patience and understanding.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use
of the intended recipient(s) and may contain confidential and privileged information.  Any
unauthorized review, use, disclosure or distribution is prohibited.  If you are not the
intended recipient, please contact the sender by reply e-mail and destroy all copies of the
original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Bishop, Micheal
**Sent:** Wednesday, December 17, 2008 9:56 AM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

Dave



Threshold Change
Form.doc (64 ...

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

1

MCK 000518

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000520

·**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Gustin, Dave
**Sent:** Wednesday, December 17, 2008 8:49 AM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

Yep....11/28

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 5:16 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

This is the Thanksgiving increases?

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

2

MCK 000519

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000521

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 3:01 PM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

I just need a TCR from you signed and dated the 30th. I will use it for the 30% increases I made for the RNAs that day after you emailed me all those reports.  Thx

```
Confidentiality Notice: This e-mail message, including any attachments, is for the sole
use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender by reply e-mail and
destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834
```

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 4:00 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

I am...meeting for next 30

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

3

MCK 000520

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000522

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 2:59 PM
**To:** Bishop, Micheal
**Subject:** could you do me a favor.

Are you in today?

Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information.  Any unauthorized review, use, disclosure or distribution
is prohibited.  If you are not the intended recipient, please contact the sender
by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

4

MCK 000521

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000523

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/NY          Anticipated Effective Date: <u>11/28/2008</u>

Date: <u>11/28/2008</u>

Customer Name:  <u>Various RNA Customers - See attachment</u>
Address:                   _____
                               _____
                               _____

DEA number: _____
Customer Account number: <u>See attachment</u>

Provide Economost number, Description, NDC or Base Code ____ <u>Change in selling unit or percentage</u>

1.  CS requested: <u>Various</u>                    Increase amount <u>30% increase</u>
2.  CS requested: _____                    Increase amount _____
3.  CS requested: _____                    Increase amount _____
4.  CS requested: _____                    Increase amount _____
5.  CS requested: _____                    Increase amount _____

Reason for change (attach supporting documentation):
Increase due to Thanksgiving holiday - 30% increase

<u>McKesson use only</u>
1.  Date of last site visit/observation. _____
2.  Questionnaire and Declaration on file?                    Date: _____
3.  Permanent or Temporary threshold change? perm
4.  Has threshold been changed on the same product within the last three months?

Current Threshold
1.  various
2.
3.
4.
5.

Denied By:  _____                                          Date: _____

**Approved by:**

DCM _____                                                Date: _____

Sales _____                                              Date: _____

Regulatory dg                              Date: <u>11/28/08</u>

Threshold Change Form.doc

MCK 000522

Confidential Material Exempt
From Disclosure Under FOIA

**MCKESSON**
*Empowering Healthcare*

# <u>Threshold Change Form</u>

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>12/15/08</u>

Date:<u>12/15/08</u>

Customer Name:    <u>CVS</u>
Address:             _____
                    _____
                    _____
DEA number:<u>_____</u>
Customer Account number:<u>many</u>

<u>Provide Economost number, Description, NDC or Base Code</u>     <u>Change in selling unit or percentage</u>
1.  CS requested:<u>9193</u>                  Increase amount<u>30%</u>
2.  CS requested:<u>_____</u>                  Increase amount<u>_____</u>
3.  CS requested:<u>_____</u>                  Increase amount<u>_____</u>
4.  CS requested:<u>_____</u>                  Increase amount<u>_____</u>
5.  CS requested:<u>_____</u>                  Increase amount<u>_____</u>

Reason for change (attach supporting documentation):
National adjustment due to the vast number of increases needed during a shortage and demand shift, per Don Walker and the DRA team.

<u>McKesson use only</u>
1.  Date of last site visit/observation._____
2.  Questionnaire and Declaration on file?                Date:_____
3.  Permanent or Temporary threshold change?perm
4.  Has threshold been changed on the same product within the last three months?

Current Threshold
1.    various
2.
3.
4.
5.

Denied By: _____                        Date: _____

**Approved by:**

DCM _____                              Date: _____

Sales _____                            Date: _____

Threshold Change Form05_20_08.doc

MCK 000523

Confidential Material Exempt
From Disclosure Under FOIA

**M$^c$KESSON**
*Empowering Healthcare*

Regulatory dg

Date: <u>12-15-08</u>

Threshold Change Form05_20_08.doc

Confidential Material Exempt
From Disclosure Under FOIA

MCK 000524

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**MᴄKESSON**
*Empowering Healthcare*

# __Threshold Change Form__

Immediate Change Request Y/N<u>Y</u>       Anticipated Effective Date:<u>11-25-08</u>

Date:<u>11-26-08</u>

Customer Name:   <u>FM0755299      442358</u>      <u>CVS PHCY 5302A</u>
Address:        _____
                _____
                _____
DEA number:_____
Customer Account number:_____

| Provide Economost number, Description, NDC or Base Code | Change in selling unit or percentage |
|---|---|
| 1. CS requested:<u>9300</u> | Increase amount<u>30%</u> |
| 2. CS requested:_____ | Increase amount_____ |
| 3. CS requested:_____ | Increase amount_____ |
| 4. CS requested:_____ | Increase amount_____ |
| 5. CS requested:_____ | Increase amount_____ |

Reason for change (attach supporting documentation):
Per the agreement between CVS and McKesson approved by Don Walker on Sept 25 to temporarily withhold threshold monitoring until CVS analyzed requested data.

<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?          Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                        Date: _____

**Approved by:**

DCM <u>Jake Kramer</u>                    Date: <u>November 26, 2008</u>

Sales _____                            Date: _____
Threshold Change FormCVS11-25-08.doc

MCK 000525

Confidential Material Exempt
From Disclosure Under FOIA

# McKESSON
*Empowering Healthcare*

Regulatory <u>Tracy Jonas</u>                                             Date: <u>November 26, 2008</u>

Threshold Change FormCVS11-25-08.doc

MCK 000526

Confidential Material Exempt
From Disclosure Under FOIA

**McKESSON**

*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N**Y**          Anticipated Effective Date:<u>11-25-08</u>

Date:<u>11-25-08</u>

Customer Name:    <u>CVS Phcy 5301A</u>
Address:               <u>1311 Grand Ave</u>
                             <u>Billings, MT 59102</u>

DEA number:<u>FM0755364</u>
Customer Account number:<u>170206</u>

<u>Provide Economost number, Description, NDC or Base Code</u>        <u>Change in selling unit or percentage</u>
1. CS requested:<u>See list</u>                          Increase amount<u>30%</u>
2. CS requested:<u>_____</u>                            Increase amount<u>_____</u>
3. CS requested:<u>_____</u>                            Increase amount<u>_____</u>
4. CS requested:<u>_____</u>                            Increase amount<u>_____</u>
5. CS requested:<u>_____</u>                            Increase amount<u>_____</u>

Reason for change (attach supporting documentation):
Per the agreement between CVS and McKesson approved by Don Walker on Sept 25 to temporarily
withhold threshold monitoring until CVS analyzed requested data.

<u>McKesson use only</u>
1. Date of last site visit/observation.<u>_____</u>
2. Questionnaire and Declaration on file?                    Date:<u>_____</u>
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: <u>_____</u>                                          Date: <u>_____</u>

**Approved by:**

DCM <u>Jake Kramer</u>                                      Date: <u>11/25/08</u>

Sales <u>_____</u>                                               Date: <u>_____</u>

Threshold Change FormCVS11-25-08 (2).doc

MCK 000527

Confidential Material Exempt
From Disclosure Under FOIA

Regulatory <u>Tracy Jonas</u>

**MⅭKESSON**
*Empowering Healthcare*
Date: <u>November 25, 2008</u>

Threshold Change FormCVS11-25-08 (2).doc

MCK 000528

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000530