PSJ3
Exhibit 613

FILED UNDER SEAL