# PSJ3

# Exhibit 614

FILED UNDER SEAL