# PSJ3 Exhibit 615

FILED UNDER SEAL