PSJ3

Exhibit 616

# FILED UNDER SEAL