PSJ3
Exhibit 617

FILED UNDER SEAL