# PSJ3
# Exhibit 618

FILED UNDER SEAL