PSJ3

Exhibit 619

FILED UNDER SEAL