PSJ3 Exhibit 620

FILED UNDER SEAL