# PSJ3
# Exhibit 621

## FW: CSMP: Threshold Report

From:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>

To:

"(mbover@riteaid.com)" <mbover@riteaid.com>, "Allen, Judy" <judy.allen@mckesson.com>, Andy Palmer <apalmer@riteaid.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Bissler, Ed" <ed.bissler@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>, Owen P McMahon <omcmahon@riteaid.com>, "Scott Jacobson (sjacobson@riteaid.com)" <sjacobson@riteaid.com>

Date:

Fri, 17 Oct 2008 14:45:12 +0000

Attachments:

Rite Aid, 80%+ (101708).xls (15.87 kB)

---

Andy,

Please see the Rite Aid CSMP report for today. We will change the threshold for 3 of the stores listed based on our agreement with Rite Aid. Please review the remainder of the lines and let us know how you would like us to handle.

Thank you,

**Melissa Evangelista**
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.5455 Work Phone
972.446.5493 Fax
214.995.8854 Cell
melissa.evangelista@mckesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00628193