PSJ3

Exhibit 622

FILED UNDER SEAL