# PSJ3 Exhibit 623

FILED UNDER SEAL