PSJ3

Exhibit 624

# FILED UNDER SEAL