PSJ3

Exhibit 625

FILED UNDER SEAL