PSJ3

Exhibit 626

# FILED UNDER SEAL