PSJ3

Exhibit 627

# FILED UNDER SEAL