PSJ3

Exhibit 628

FILED UNDER SEAL