PSJ3

Exhibit 629

# FILED UNDER SEAL