# PSJ3

# Exhibit 633

HBC_MDL00079214

| Home DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|
| 8772 | 431 | BG4328793 | 784587 | GIANT EAGLE #0002 | 9143 | OXYCODONE | 14400 | 9400 | 65.28 |
| 8772 | 431 | BG0531079 | 784637 | GIANT EAGLE #0008 | 9143 | OXYCODONE | 20000 | 14201 | 71.01 |
| 8772 | 431 | AG1484170 | 784660 | GIANT EAGLE #0014 | 1100 | AMPHETAMINE | 6000 | 4470 | 74.5 |
| 8772 | 431 | BG1914680 | 790287 | GIANT EAGLE #0016 | 9143 | OXYCODONE | 20800 | 15100 | 72.6 |
| 8772 | 431 | AG2489474 | 784728 | GIANT EAGLE #0018 | 9143 | OXYCODONE | 19300 | 13600 | 70.47 |
| 8772 | 431 | BG1695951 | 784959 | GIANT EAGLE #0019 | 9143 | OXYCODONE | 18700 | 12200 | 65.24 |
| 8772 | 431 | AG1237898 | 784686 | GIANT EAGLE #0025 | 9143 | OXYCODONE | 14600 | 9200 | 63.01 |
| 8772 | 431 | BG0818104 | 784769 | GIANT EAGLE #0039 | 9143 | OXYCODONE | 22000 | 13200 | 60 |
| 8772 | 431 | BG6304783 | 960659 | GIANT EAGLE #0045 | 9143 | OXYCODONE | 12100 | 8800 | 72.73 |
| 8772 | 431 | BG0131920 | 784702 | GIANT EAGLE #0060 | 9143 | OXYCODONE | 29000 | 19903 | 68.63 |
| 8772 | 431 | AG1053456 | 784835 | GIANT EAGLE #0067 | 9143 | OXYCODONE | 19000 | 12400 | 65.26 |
| 8772 | 431 | AG2599340 | 784868 | GIANT EAGLE #0072 | 9143 | OXYCODONE | 23000 | 14400 | 62.61 |
| 8772 | 431 | AG9111143 | 784892 | GIANT EAGLE #0078 | 9143 | OXYCODONE | 20000 | 14718 | 73.59 |
| 8772 | 431 | BG1458288 | 785063 | GIANT EAGLE #0079 | 9143 | OXYCODONE | 10000 | 6300 | 63 |
| 8772 | 431 | BG7697735 | 640221 | GIANT EAGLE #0203 | 9143 | OXYCODONE | 8000 | 4900 | 61.25 |
| 8772 | 431 | BG8523955 | 406535 | GIANT EAGLE #0208 | 9143 | OXYCODONE | 8000 | 5400 | 67.5 |
| 8772 | 431 | BG6555417 | 201298 | GIANT EAGLE #0216 | 9143 | OXYCODONE | 11000 | 7000 | 63.64 |
| 8772 | 431 | BG5859054 | 213862 | GIANT EAGLE #0220 | 9143 | OXYCODONE | 9700 | 8200 | 84.54 |
| 8772 | 431 | BG1622415 | 784975 | GIANT EAGLE #0483 | 9143 | OXYCODONE | 15000 | 9200 | 61.33 |
| 8772 | 431 | BG1969128 | 785006 | GIANT EAGLE #0488 | 9143 | OXYCODONE | 19500 | 13902 | 71.29 |
| 8772 | 431 | BG1335985 | 785055 | GIANT EAGLE #0495 | 2285 | PHENOBARBITAL | 5000 | 3000 | 60 |
| 8772 | 431 | BG6945870 | 875804 | GIANT EAGLE #1216 | 9143 | OXYCODONE | 8000 | 5000 | 62.5 |
| 8772 | 431 | BG8262343 | 97427 | GIANT EAGLE #1217 | 9143 | OXYCODONE | 22300 | 17600 | 78.92 |
| 8772 | 431 | FG1067532 | 552150 | GIANT EAGLE #1238 | 9143 | OXYCODONE | 8000 | 5100 | 63.75 |
| 8772 | 431 | BG4676245 | 785139 | GIANT EAGLE #1435 | 9143 | OXYCODONE | 8000 | 5804 | 72.55 |
| 8772 | 431 | BG7190755 | 14386 | GIANT EAGLE #1618 | 9143 | OXYCODONE | 8000 | 5000 | 62.5 |
| 8120 | 431 | BG7616634 | 247440 | GIANT EAGLE #1841 | 9143 | OXYCODONE | 13000 | 8600 | 66.15 |
| 8772 | 431 | BG2826076 | 789255 | GIANT EAGLE #2404 | 9143 | OXYCODONE | 12000 | 7300 | 60.83 |
| 8772 | 431 | BG2807975 | 789735 | GIANT EAGLE #2406 | 9143 | OXYCODONE | 9000 | 5700 | 63.33 |
| 8772 | 431 | BG0812998 | 784934 | GIANT EAGLE #2408 | 9143 | OXYCODONE | 17000 | 12500 | 73.53 |
| 8772 | 431 | BG2600915 | 789750 | GIANT EAGLE #2409 | 9143 | OXYCODONE | 19000 | 13801 | 72.64 |
| 8772 | 431 | BG2600915 | 789750 | GIANT EAGLE #2409 | 9250 | METHADONE | 5000 | 3200 | 64 |
| 8772 | 431 | BG7754701 | 679199 | GIANT EAGLE #2410 | 9143 | OXYCODONE | 8800 | 6100 | 69.32 |
| 8772 | 431 | BG2828880 | 790113 | GIANT EAGLE #2414 | 9143 | OXYCODONE | 9000 | 6300 | 70 |
| 8772 | 431 | BG1771763 | 790204 | GIANT EAGLE #2431 | 9143 | OXYCODONE | 8000 | 6300 | 78.75 |
| 8772 | 431 | BG3352476 | 790220 | GIANT EAGLE #2440 | 9143 | OXYCODONE | 12100 | 9800 | 80.99 |
| 8772 | 431 | BG4445121 | 790337 | GIANT EAGLE #2480/0075 | 9143 | OXYCODONE | 10000 | 7500 | 75 |
| 8772 | 431 | BG6662678 | 866709 | GIANT EAGLE #4008 | 9143 | OXYCODONE | 9800 | 8700 | 88.78 |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9144 | OXYCODONE 30MG (SUBSET OF 9143 FOR ANALY | 4000 | 2500 | 62.5 |
| 8772 | 431 | BG5859066 | 425133 | GIANT EAGLE #4016 | 9143 | OXYCODONE | 8800 | 6600 | 75 |
| 8772 | 431 | BG1108516 | 796094 | GIANT EAGLE #4028/4038 | 1100 | AMPHETAMINE | 5000 | 3700 | 74 |
| 8772 | 431 | BG7543209 | 49673 | GIANT EAGLE #4030 | 9143 | OXYCODONE | 15000 | 10100 | 67.33 |
| 8772 | 431 | BG1090012 | 796425 | GIANT EAGLE #4056 | 9143 | OXYCODONE | 13000 | 8400 | 64.62 |
| 8772 | 431 | BG3099036 | 796961 | GIANT EAGLE #4077 | 9143 | OXYCODONE | 9700 | 6300 | 64.95 |
| 8772 | 431 | BG3112101 | 785121 | GIANT EAGLE #4093 | 9143 | OXYCODONE | 8000 | 5000 | 62.5 |
| 8772 | 431 | AS8084268 | 797019 | GIANT EAGLE #4095 | 9143 | OXYCODONE | 21000 | 13100 | 62.38 |
| 8772 | 431 | BG9629405 | 667702 | GIANT EAGLE #4152 | 9143 | OXYCODONE | 12800 | 7700 | 60.16 |
| 8772 | 431 | FG1616284 | 86753 | GIANT EAGLE #4601 | 9143 | OXYCODONE | 14500 | 8900 | 61.38 |
| 8772 | 431 | BG6957180 | 274254 | GIANT EAGLE #4706 | 9143 | OXYCODONE | 8000 | 5900 | 73.75 |
| 8772 | 431 | BG2576809 | 784595 | GIANT EAGLE #5103 | 9143 | OXYCODONE | 8000 | 4900 | 61.25 |
| 8772 | 431 | FG1154638 | 812287 | GIANT EAGLE #5817 | 9143 | OXYCODONE | 11000 | 7200 | 65.45 |
| 8772 | 431 | FG0138873 | 996663 | GIANT EAGLE #5878 | 9143 | OXYCODONE | 12400 | 9400 | 75.81 |
| 8772 | 431 | BG6220898 | 36065 | GIANT EAGLE #6301 | 9143 | OXYCODONE | 8000 | 6200 | 77.5 |
| 8772 | 431 | BG6644074 | 631613 | GIANT EAGLE #6375 | 9143 | OXYCODONE | 14000 | 8400 | 60 |
| 8772 | 431 | BG6784450 | 778330 | GIANT EAGLE #6376 | 9143 | OXYCODONE | 10000 | 6200 | 62 |
| 8772 | 431 | BG6805482 | 907885 | GIANT EAGLE #6377 | 9143 | OXYCODONE | 13200 | 8900 | 67.42 |
| 8772 | 431 | BG6670524 | 904095 | GIANT EAGLE #6381 | 9143 | OXYCODONE | 8000 | 7700 | 96.25 |
| 8164 | 431 | BG8616332 | 598016 | GIANT EAGLE #6508 | 9143 | OXYCODONE | 13000 | 8900 | 68.46 |
| 8164 | 431 | BG8616332 | 598016 | GIANT EAGLE #6508 | 9144 | OXYCODONE 30MG (SUBSET OF 9143 FOR ANALY | 2000 | 1400 | 70 |
| 8164 | 431 | BG8616293 | 394287 | GIANT EAGLE #6512 | 9143 | OXYCODONE | 8000 | 6300 | 78.75 |
| 8164 | 431 | FG0896362 | 141756 | GIANT EAGLE #6517 | 9143 | OXYCODONE | 9000 | 6300 | 70 |
| 8164 | 431 | BG8616279 | 358501 | GIANT EAGLE #6523 | 9143 | OXYCODONE | 11000 | 7100 | 64.55 |