# PSJ3 Exhibit 635

| | |
|---|---|
| **From:** | Medina, Sarah |
| **Sent:** | Thu, 18 Jul 2013 11:02:11 -0400 |
| **To:** | Anthony, Adrienne;Garofalo, Angela;'bill.rumcik@gianteagle.com';Cook, Sabrina;'darren.evans@gianteagle.com';'fred.bencivengo@gianteagle.com';Carlson, Gregory;'joseph.millward@gianteagle.com';'matthew.niskach@gianteagle.com';'todd.roahrig@gianteagle.com';Patel, Tracy |
| **Subject:** | Giant Eagle CSMP |
| **Attachments:** | Giant Eagle CSMP 07.18.13.xlsx |

Please see attached.

Thanks,

Sarah Medina
Business Process Specialist, **RNA** Support Solutions
McKesson Corporation

1220 Senlac Drive
Carrollton, TX 75006

972-446-4242 Lan
916-267-6197 Fax
Sarah.Medina@mckesson.com
www.McKesson.com

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

CONFIDENTIAL