# PSJ3
# Exhibit 636

**From:**        Cook, Sabrina
**Sent:**         Wed, 26 Jun 2013 10:45:26 -0400
**To:**           Anthony, Adrienne;Garofalo, Angela;Rumcik, Bill;Carlson, Gregory;Evans,
Darren;Bencivengo, Fred;Millward, Joseph;Niskach, Matthew;Patel, Tracy;Roahrig, Todd
**Subject:**     Giant Eagle CSMP - 06/26/2013
**Attachments:**     CSMP Giant Eagle Threshold Report 062613.xlsx


Team:

Please see below CSMP report.  Thanks.



**Sabrina Cook**
**Account Manager/RNA Support Solutions**


**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended
recipients and may contain confidential and/or privileged information.  Any unauthorized review, use,
disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail, delete this message and destroy all copies thereof.

HBC_MDL00136237