PSJ3

Exhibit 637

| | |
|---|---|
| **From:** | Brooke Leverett |
| **To:** | Miranda Johnson |
| **CC:** | Chad Ducote |
| **Sent:** | 11/3/2015 1:40:46 PM |
| **Subject:** | RE: 405 Report |
| **Attachments:** | CSMP Report: Follow-Up with Account Manager |

Miranda,

Attached is the McKesson daily report that is sent.

**Brooke Leverett Divisional Sr. Mgr Compliance, Safety & AP**
Phone (c) 602-820-7620 (w) 479-204-3533
brooke.patterson@walmart.com
**Save money. Live better.**

---

**From:** Miranda Johnson
**Sent:** Tuesday, November 03, 2015 5:23 AM
**To:** Brooke Leverett
**Cc:** Chad Ducote
**Subject:** RE: 405 Report

What is the McKesson report recap? I'm just familiar with the 405 report.

Thanks,
Miranda Johnson, JD
**Director, Controlled Substances**
**Health and Wellness Practice Compliance**
Office: 479-273-4124  Alt: 336-298-7571
Miranda.Burris@walmart.com

Walmart ☼ Compliance
*The Right Way - Every Day!*

---

**From:** Brooke Leverett
**Sent:** Friday, October 30, 2015 11:28 AM
**To:** Miranda Johnson
**Cc:** Chad Ducote
**Subject:** 405 Report

Miranda,

Now that the SOM process has been rolled out to the DC's, is there a need for the 405 and McKesson report recaps each month?

Thanks,
**Brooke Leverett Divisional Sr. Mgr Compliance, Safety & AP**
Phone (c) 602-820-7620 (w) 479-204-3533
brooke.patterson@walmart.com
**Save money. Live better.**

CONFIDENTIAL                                                                                                        WMT_MDL_000004478

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|---|
| 8149 | 8149 | 227 | | 100289 | WAL-MART 0024 | 2737 | CLONAZEPAM | 5000 | 4600 | 92 |
| 8131 | 8131 | 227 | | 105122 | WAL-MART 0869 | 2737 | CLONAZEPAM | 2000 | 2000 | 100 |
| 8149 | 8149 | 227 | | 100362 | WAL-MART 0036 | 2882 | ALPRAZOLAM | 8000 | 7400 | 92.5 |
| 8149 | 8149 | 227 | | 100362 | WAL-MART 0036 | 9752 | TRAMADOL | 5500 | 5230 | 95.09 |
| 8183 | 8183 | 227 | | 102038 | WAL-MART 0317 | 9752 | TRAMADOL | 15500 | 14700 | 94.84 |
| 8149 | 8149 | 227 | | 446260 | WAL-MART 0071 | 2737 | CLONAZEPAM | 5000 | 4960 | 99.2 |
| 8165 | 8165 | 227 | | 102285 | WAL-MART 0388 | 2782 | PREGABALIN | 5000 | 4860 | 97.2 |
| 8149 | 8149 | 227 | | 100636 | WAL-MART 0074 | 9804 | CODEINE COMBINATION PRODUCT | 7000 | 6500 | 92.86 |
| 8166 | 8166 | 227 | | 104034 | WAL-MART 0751 | 2882 | ALPRAZOLAM | 8000 | 7500 | 93.75 |
| 8166 | 8166 | 227 | | 104034 | WAL-MART 0751 | 9752 | TRAMADOL | 5500 | 5030 | 91.45 |
| 8165 | 8165 | 227 | | 100107 | WAL-MART 0002 | 2737 | CLONAZEPAM | 5000 | 4600 | 92 |
| 8144 | 8144 | 227 | | 128165 | WAL-MART 1451 | 9752 | TRAMADOL | 11000 | 10000 | 90.91 |
| 8183 | 8183 | 227 | | 152181 | WAL-MART 1395 | 9752 | TRAMADOL | 14000 | 13000 | 92.86 |
| 8144 | 8144 | 227 | | 153296 | WAL-MART 1602 | 9752 | TRAMADOL | 10000 | 10000 | 100 |
| 8144 | 8144 | 227 | | 445213 | WAL-MART 1955 | 9752 | TRAMADOL | 14000 | 13000 | 92.86 |
| 8149 | 8149 | 227 | | 527903 | WAL-MART 0128 | 2737 | CLONAZEPAM | 5000 | 4600 | 92 |
| 8182 | 8182 | 227 | | 807271 | WAL-MART 2277 | 9250 | METHADONE | 5000 | 4600 | 92 |
| 8110 | 8110 | 227 | | 444075 | WAL-MART 1868 | 2783 | ZOLPIDEM | 5000 | 4500 | 90 |
| 8120 | 8120 | 227 | | 109520 | WAL-MART 1302 | 2737 | CLONAZEPAM | 5000 | 5000 | 100 |
| 8120 | 8120 | 227 | | 569657 | WAL-MART 1344 | 2737 | CLONAZEPAM | 5000 | 4690 | 93.8 |
| 8191 | 8191 | 227 | | 854570 | WAL-MART 2232 | 2737 | CLONAZEPAM | 5000 | 5000 | 100 |
| 8126 | 8126 | 227 | | 153536 | WAL-MART 0433 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14998 | 99.99 |
| 8164 | 8164 | 227 | | 150961 | WAL-MART 1448 | 2737 | CLONAZEPAM | 5000 | 4560 | 91.2 |
| 8165 | 8165 | 227 | | 415919 | WAL-MART 0136 | 9804 | CODEINE COMBINATION PRODUCT | 5000 | 5000 | 100 |
| 8164 | 8164 | 227 | | 152033 | WAL-MART 1564 | 2737 | CLONAZEPAM | 5000 | 4600 | 92 |
| 8772 | 8772 | 227 | | 160440 | WAL-MART 1812 | 2737 | CLONAZEPAM | 5000 | 4500 | 90 |
| 8772 | 8772 | 227 | | 160440 | WAL-MART 1812 | 8112 | PSEUDOEPHEDRINE (L1) | 25000 | 24800 | 99.2 |
| 8183 | 8183 | 227 | | 445312 | WAL-MART 0017 | 9752 | TRAMADOL | 5500 | 5500 | 100 |
| 8148 | 8148 | 227 | | 108035 | WAL-MART 1146 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14995 | 99.97 |
| 8148 | 8148 | 227 | | 108357 | WAL-MART 1179 | 2737 | CLONAZEPAM | 5000 | 4600 | 92 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8120 | 8120 | 227 | | 108464 | WAL-MART 1191 | 2737 | CLONAZEPAM | 5000 | 4920 | 98.4 |
| 8148 | 8148 | 227 | | 108969 | WAL-MART 1242 | 2737 | CLONAZEPAM | 5000 | 4500 | 90 |
| 8195 | 8195 | 227 | | 103788 | WAL-MART 0697 | 9144 | OXYCODONE 30MG (SUBSET OF 9143) | 2500 | 2300 | 92 |
| 8120 | 8120 | 227 | | 415703 | WAL-MART 1850 | 2737 | CLONAZEPAM | 5000 | 4900 | 98 |
| 8155 | 8155 | 227 | | 721084 | WAL-MART 2255 | 2737 | CLONAZEPAM | 5000 | 5000 | 100 |
| 8120 | 8120 | 227 | | 155903 | WAL-MART 1674 | 2782 | PREGABALIN | 5000 | 4680 | 93.6 |
| 8195 | 8195 | 227 | | 718734 | WAL-MART 2114 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14992 | 99.95 |
| 8195 | 8195 | 227 | | 718734 | WAL-MART 2114 | 8113 | EPHEDRINE (L1) | 3000 | 2880 | 96 |
| 8195 | 8195 | 227 | | 109470 | WAL-MART 1297 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14993 | 99.95 |
| 8115 | 8115 | 227 | | 154054 | WAL-MART 0543 | 2882 | ALPRAZOLAM | 8000 | 7720 | 96.5 |
| 8164 | 8164 | 227 | | 103747 | WAL-MART 0689 | 2737 | CLONAZEPAM | 5000 | 5000 | 100 |
| 8195 | 8195 | 227 | | 52167 | WAL-MART 1408 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14975 | 99.83 |
| 8165 | 8165 | 227 | | 101436 | WAL-MART 0220 | 9804 | CODEINE COMBINATION PRODUCT | 5000 | 5000 | 100 |
| 8165 | 8165 | 227 | | 105445 | WAL-MART 0900 | 2882 | ALPRAZOLAM | 8000 | 8000 | 100 |
| 8165 | 8165 | 227 | | 107292 | WAL-MART 1078 | 9752 | TRAMADOL | 5500 | 5000 | 90.91 |
| 8144 | 8144 | 227 | | 567578 | WAL-MART 2062 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14986 | 99.91 |
| 8132 | 8132 | 227 | | 153957 | WAL-MART 1611 | 2882 | ALPRAZOLAM | 8000 | 7860 | 98.25 |
| 8149 | 8149 | 227 | | 413021 | WAL-MART 2587 | 2737 | CLONAZEPAM | 5000 | 4500 | 90 |
| 8164 | 8164 | 227 | | 108365 | WAL-MART 1180 | 2885 | LORAZEPAM | 5000 | 4500 | 90 |
| 8164 | 8164 | 227 | | 108365 | WAL-MART 1180 | 2882 | ALPRAZOLAM | 8000 | 8000 | 100 |
| 8164 | 8164 | 227 | | 108365 | WAL-MART 1180 | 9752 | TRAMADOL | 5500 | 5500 | 100 |
| 8164 | 8164 | 227 | | 987016 | WAL-MART 2605 | 8112 | PSEUDOEPHEDRINE (L1) | 15000 | 14996 | 99.97 |
| 8144 | 8144 | 227 | | 189649 | WAL-MART 2728 | 9752 | TRAMADOL | 16500 | 15700 | 95.15 |
| 8148 | 8148 | 227 | | 427181 | WAL-MART 2928 | 2737 | CLONAZEPAM | 5000 | 4500 | 90 |
| 8152 | 8152 | 227 | | 525628 | WAL-MART 2957 | 2737 | CLONAZEPAM | 5000 | 4500 | 90 |
| 8131 | 8131 | 227 | | 91825 | WAL-MART 5137 | 2737 | CLONAZEPAM | 1000 | 1000 | 100 |
| 8772 | 8772 | 227 | | 223415 | WAL-MART 3262 | 2737 | CLONAZEPAM | 5000 | 4560 | 91.2 |
| 8126 | 8126 | 227 | | 131794 | WAL-MART 3528 | 2737 | CLONAZEPAM | 5000 | 4800 | 96 |
| 8115 | 8115 | 227 | | 486048 | WAL-MART 3279 | 9752 | TRAMADOL | 5500 | 5500 | 100 |
| 8147 | 8147 | 227 | | 954619 | WAL-MART 3477 | 9144 | OXYCODONE 30MG (SUBSET OF 9143) | 4000 | 4000 | 100 |
| 8131 | 8131 | 227 | | 194501 | WAL-MART 5051 | 8113 | EPHEDRINE (L1) | 3000 | 2700 | 90 |
| 8132 | 8132 | 227 | | 153247 | WAL-MART 1592 | 2737 | CLONAZEPAM | 5000 | 4700 | 94 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8147 | 8147 | 227 | | 5433 | WAL-MART 2708 | 9144 | OXYCODONE 30MG (SUBSET OF 9143) | 4000 | 4000 | 100 |
| 8131 | 8131 | 227 | | 951743 | WAL-MART 5232 | 2737 | CLONAZEPAM | 1000 | 1000 | 100 |
| 8155 | 8155 | 227 | | 576924 | WAL-MART 5450 | 2782 | PREGABALIN | 5000 | 4950 | 99 |
| 8144 | 8144 | 227 | | 345414 | WAL-MART 3725 | 9752 | TRAMADOL | 5500 | 5300 | 96.36 |
| 8144 | 8144 | 227 | | 442571 | WAL-MART 3434 | 9752 | TRAMADOL | 13000 | 12000 | 92.31 |
| 8164 | 8164 | 227 | | 151191 | WAL-MART 1450 | 2737 | CLONAZEPAM | 5000 | 4780 | 95.6 |
| 8126 | 8126 | 227 | | 310406 | WAL-MART 4580 NH | 2737 | CLONAZEPAM | 5000 | 5000 | 100 |
| 8144 | 8144 | 227 | | 945547 | WAL-MART 4641 | 9752 | TRAMADOL | 8500 | 8000 | 94.12 |
| 8147 | 8147 | 227 | | 466931 | WAL-MART 5658 | 9193 | HYDROCODONE | 10000 | 9100 | 91 |
| 8182 | 8182 | 227 | | 692292 | WAL-MART 5864 | 2783 | ZOLPIDEM | 5000 | 5000 | 100 |
| 8182 | 8182 | 227 | | 692292 | WAL-MART 5864 | 9752 | TRAMADOL | 5500 | 5500 | 100 |
| 8147 | 8147 | 227 | | 957996 | WAL-MART 3086 | 9144 | OXYCODONE 30MG (SUBSET OF 9143) | 4000 | 3700 | 92.5 |
| 8182 | 8182 | 227 | | 88839 | WAL-MART 5848 | 9150 | HYDROMORPHONE | 500 | 500 | 100 |
| 8120 | 8120 | 227 | | 843260 | WAL-MART 3211 NH | 1724 | METHYLPHENIDATE | 1000 | 949 | 94.9 |
| 8164 | 8164 | 227 | | 934009 | WAL-MART 5804 NH | 2737 | CLONAZEPAM | 1000 | 1000 | 100 |
| 8147 | 8147 | 227 | | 39773 | WAL-MART 4392 | 9193 | HYDROCODONE | 9000 | 8800 | 97.78 |
| 8115 | 8115 | 227 | | 622683 | WAL-MART 6590 NH | 1205 | LISDEXAMFETAMINE | 5000 | 5000 | 100 |
| 8182 | 8182 | 227 | | 152137 | WAL-MART 5632 | 9144 | OXYCODONE 30MG (SUBSET OF 9143) | 4000 | 3700 | 92.5 |
| 8182 | 8182 | 227 | | 152137 | WAL-MART 5632 | 9250 | METHADONE | 5000 | 4600 | 92 |