# PSJ3
# Exhibit 638

Document Cannot be Viewed

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632584