PSJ3

Exhibit 640

## Operations Committee Meeting
## September 29th, 2010
## Minutes

| | |
|---|---|
| Kim Bloom | Tracy Paonessa |
| Jerry Cazzell | Pete Starfas |
| Mike Cochrane | Bill Versosky |
| Pat Cochrane | Pat Williams |
| Jeff Daum | Brian Witte |
| Dan Dorsey | |
| Marc Falkin | |
| George Fields | |
| Dominic Floro | |

New Business:

[redacted]

[redacted]

[redacted]

[redacted]

Confidential Anda_Opioids_MDL_0000079520

**Control Questionnaire Process** – Kim told the group that she has seen the final version and liked the flow of it. However, she said we need to decide if we're going to send to all customers. She asked if anyone had ideas about how to streamline with customers. Pat added that we need to give the customers time to respond. Brian asked Kim to set up a meeting on this topic soon.

Pat C. told the group that the table for different rankings and limits is ready. He said Mike has tested it and we need to decide how many rankings there's going to be. He said if a customer has no history with us, they may not get turned on to anything. Pat said the ranking is just to set the internal baseline. Brian suggested that we keep it simple. Pat said we still have some work to do on the questionnaire. He added that Mike and Al need to get on this. Pat said we probably need to talk about increases…do we want to entertain increases? He said when customers reach their limit, they think they can just send an email and we will give them an increase. He said if it's the end of the month, it is what it is. He added that we need to talk about Bartell. If they are at 18,000 at the end of the month, we aren't going to do anything more. There was some discussion about some issues that had come up and it was mentioned that we haven't formally let everyone know what the process is to get an increase…there are no guidelines. Kim asked if we should go to Corporate Bartell and have them fill out the questionnaire for their stores? All said, sure. Pat added that, for chains like Bartell's, we shouldn't make a blanket decision. Bill said that before we do anything, we should find out what's going on from Corporate. Pat said that Bartell is buying Oxy from us and that's it. Pat said we've done a lot of fixes rather than increases. He said managers need to put a little logic into this. A meeting will be scheduled on this topic on Friday.

**Sales Manager/RepTraining** – Brian told the group that we're contemplating Sales Rep and Sales Manager training. He said the managers need to have some training before we begin training the reps. We would like to have Sales Manager training completed prior to the kick off of the call center project. The sales rep training would be better to wait until after the project is complete as the new system should help up to pin point where the training is most needed.



Confidential

Anda_Opioids_MDL_0000079522





**New Holiday in 2011** – Brian told the group that Watson will observe an additional holiday next year, Martin Luther King Day, on January 17th. He said it will be handled the same way as Presidents' Day. He asked everyone to make sure their people know about it.


The date of the next Operations Committee Meeting will be announced.

Confidential

Anda_Opioids_MDL_0000079524