PSJ3

Exhibit 641

| | |
|---|---|
| **From:** | Schultz, Emily <Emily.Schultz@Andanet.com> |
| **Sent:** | Thursday, January 12, 2012 10:00 PM |
| **To:** | Cupp, Donna |
| **Cc:** | Mooney, Debra |
| **Subject:** | RE: Account # 341368 |

Done. Thanks

Thank you,
Emily Schultz
Mgr, Regulatory Compliance
954-217-4579- phone
954-217-4606- fax

**From:** Donna J Cupp
**Sent:** Wednesday, January 11, 2012 3:18 PM
**To:** Emily Schultz
**Subject:** Account # 341368

Hi Emily.  Can you see if we can increase the Oxycodone limits for this Rite Aid customer by 3000 units to fill a CII form we have for them?


Thank You,

Donna Cupp
DEA Coordinator-Anda Ohio
(614)497-5888
Fax(614)497-5876

Confidential Anda_Opioids_MDL_0000137355