PSJ3

Exhibit 642

| | |
|---|---|
| **From:** | Schultz, Emily <Emily.Schultz@Andanet.com> |
| **Sent:** | Tuesday, January 17, 2012 1:55 PM |
| **To:** | Cupp, Donna |
| **Cc:** | Mooney, Debra |
| **Subject:** | RE: Account # 342075 |

Done. Thanks

Thank you,
Emily Schultz
Mgr, Regulatory Compliance
954-217-4579- phone
954-217-4606- fax

---

**From:** Donna J Cupp
**Sent:** Monday, January 16, 2012 3:19 PM
**To:** Emily Schultz
**Subject:** Account # 342075

Hi Emily.  Can you see if we can increase this customers oxycodone limit by 1,100 units to fill a CII we have for them?

Rite Aid #5277- Account # 342075


Thank You,

Donna Cupp
DEA Coordinator-Anda Ohio
(614)497-5888
Fax(614)497-5876

Confidential                                                                                              Anda_Opioids_MDL_0000137328