PSJ3

Exhibit 643

| | |
|---|---|
| **From:** | Harrington, Leslie <Leslie.Harrington@Andanet.com> |
| **Sent:** | Monday, July 30, 2012 9:40 PM |
| **To:** | Brown, Robert (Andanet); Versosky, William |
| **Cc:** | Cochrane, Michael |
| **Subject:** | RE: Rite-Aid Call |

Maybe add in number 5, "mutually agreed upon thresholds" and note the questions would be for consideration of any limit increase for any given month.

Leslie Harrington
Director, National Accounts

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74261
Cell 954-658-2622
Fax 954-217-4137
leslie.harrington@andanet.com



**From:** Robert Brown
**Sent:** Monday, July 30, 2012 2:04 PM
**To:** Leslie A Harrington; William F Versosky
**Cc:** Michael Cochrane
**Subject:** Rite-Aid Call

Per our discussion earlier today, please see the following items regarding products that Rite-Aid shall exclusively purchase from Anda:

1. Rite-Aid and Anda shall identify product (s) that Rite-Aid shall purchase exclusively from Anda and Rite-Aid shall provide Anda with a forecast of the total annual usage of the identified products per month by individual store location which Anda shall confirm in writing.
2. Rite-Aid shall submit a letter to all Rite-Aid stores with a copy to Anda, notifying them that the identified products shall be purchased exclusively from Anda as well as the product thresholds for each store
3. If in any month, Anda is unable to provide the quantities established in the forecast, Rite-Aid may obtain only those quantities necessary to fulfill the forecast and not exceed any individual or total threshold for the identified products, including all amounts purchased from Anda. In such event, Rite-Aid shall provide Anda with the name of the alternate supplier and the amount purchased by Rite-Aid from that supplier.
4. Prior to Anda beginning shipment of the identified product, Rite-Aid shall provide Anda with individual store dispensing data from the most recent quarter listing all products dispensed with the number of dispensed units in descending order beginning with the largest dispensed item, as well as the number of prescriptions fulfilled for each item. Thereafter Rite-Aid shall provide this information to Anda following the close of each quarter. Rite-Aid shall also provide to Anda any and all updates or revisions to the SOPs and/or other procedures previously provided to Anda that Rite-Aid utilizes to ensure that prescriptions are filled for products to be utilized only for legitimate medical purposes and in the normal course of professional practice.
5. In the event that a Rite-Aid store exceeds its threshold in any month, Anda may request and Rite-Aid shall provide additional information relating to the reasons that caused the store to exceed its threshold.

Confidential                                                                                                                                                                  Anda_Opioids_MDL_0000090782

Please let me know if you have any questions or comments.

**Robert Brown**
Director of Compliance

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74390
robert.brown@andanet.com



2

Confidential

Anda_Opioids_MDL_0000090783