PSJ3

Exhibit 644

| | |
|---|---|
| **From:** | Mangus, Vicki <vicki.mangus@andanet.com> |
| **Sent:** | Wednesday, March 27, 2013 1:42 PM |
| **To:** | Shefferman, Elizabeth; Leon-Laurent, Christine; Saintlouis, Kay-Tania |
| **Cc:** | Brown, Robert (Andanet); Solis, Sabrina; Versosky, William |
| **Subject:** | FW: Walgreens Store # 07831 - Acct#95588 - Increase Oxycodone limit? |

Ladies:

Please direct your team as instructed by Wags below ☺ THANKS!

Vic



**Vicki J. Mangus**
**Director, National Accounts**

2915 Weston Road
Weston, Florida 33331
TF. 1-800-331-ANDA (2632) x 74471
Office. 954-217-4471
Cell. 954-295-4104
vicki.mangus@andanet.com



---

**From:** Murray, Denman [mailto:denman.murray@walgreens.com]
**Sent:** Wednesday, March 27, 2013 9:13 AM
**To:** Vicki Mangus
**Subject:** FW: Walgreens Store # 07831 - Acct#95588 - Increase Oxycodone limit?



I'm going to push this with Tasha- your folks should not be bothered directly by the store.   If a limit needs to be raised, that opportunity should be discussed between our respective integrity teams.

Until Tasha returns from spring break- please ask your customer service teams to direct stores with similar inquiries to their pharmacy supervisors or Wag Rx Integrity team.



Be Well,
Denny

**Denny Murray, Pharm D**
**Director Rx Supply Chain  Retail/WSP/WIRS**
Walgreen Co.
200 Wilmot Road, MS#220B
Deerfield, IL 60015

1

p   847-315-2005
f    847-315-3675
m  224-723-4547

Every day I help people get, stay and live well.

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Vicki Mangus [mailto:vicki.mangus@andanet.com]
**Sent:** Tuesday, March 26, 2013 5:40 PM
**To:** Murray, Denman
**Cc:** Robert Brown
**Subject:** FW: Walgreens Store # 07831 - Acct#95588 - Increase Oxycodone limit?

Denny:

Need your input on this one my dear ☺

Thanks!

Vic



**Vicki J. Mangus**
**Director, National Accounts**

2915 Weston Road
Weston, Florida 33331
TF. 1-800-331-ANDA (2632) x 74471
Office. 954-217-4471
Cell. 954-295-4104
vicki.mangus@andanet.com



**From:** Shaeen Suraj-Persad
**Sent:** Tuesday, March 26, 2013 12:52 PM
**To:** Vicki Mangus
**Cc:** Elizabeth A Shefferman
**Subject:** Walgreens Store # 07831 - Acct#95588 - Increase Oxycodone limit?

Hi Vicki,

As I mentioned earlier, Josie from Walgreens store #07831, account # 95588 called this morning to inquire about her oxycodone limit. She currently has reached her limit of 6000 pills for this month and is asking if there is any way she could increase her limits, as she is located near two hospitals and would be in need of more.

2

Please advise if this could be done for her store?

Thank You,
**Shaeen Suraj-Persad**
National Accounts Representative, Sr.

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74256
Direct 954-217-4256
Fax 1-877-399-6851
shaeen.suraj-persad@andanet.com



3