PSJ3

Exhibit 645

| | |
|---|---|
| **From:** | Mangus, Vicki <vicki.mangus@andanet.com> |
| **Sent:** | Friday, May 10, 2013 12:17 AM |
| **To:** | rxinventory (rxinventory@walgreens.com); Tasha.Polster@walgreens.com; Dymon, Christopher (christopher.dymon@walgreens.com) |
| **Cc:** | Murray, Denman (denman.murray@walgreens.com); Price, Jeffrey (jeffrey.price@walgreens.com); jacquie.pham@walgreens.com; Brown, Robert (Andanet); Versosky, William; Shefferman, Elizabeth; Plummer, Shaeen |
| **Subject:** | FW: Anda Walgreens Control Report as of 05/08/2013 |
| **Attachments:** | 05092013_AndaWalgreensControlReport.xlsx; FLORIDA_CII_LIMITS_-_IT_FINAL_0405131(1).xlsx; Limits_Boston_IT_File(Revised Limits).xlsx; WALGREENS REQUEST FOR LIMIT INCREASE.docx |
| **Importance:** | High |

Team RxIntegrity:

Ok, I think we found a way to assist with the managing of limits on a daily basis ….

On the attached spreadsheet, there are 2 tabs at the bottom of the report:

1. How close the stores are to reaching their limits (%)

2. Which stores have already hit their monthly threshold (also denoted on the chart below) …. These obviously need to be addressed ASAP.

| Account # | Name | DEA# | Store # | Drug Family | Monthly Limit | Qty | Available |
|---|---|---|---|---|---|---|---|
| 94010 | WALGREEN CO | BW7609564 | 06149 | METHADON | 1000 | 1000 | 0 |
| 461776 | WALGREENS #11808 | FW2202101 | 11808 | OXYCODON | 2500 | 2500 | 0 |
| 155725 | WALGREENS # 12130 | FW3659440 | 12130 | OXYCODON | 2000 | 2000 | 0 |
| 93613 | HAPPY HARRY'S INC. | BH9875115 | 11006 | LISDEXAMFETAMIN | 1000 | 1000 | 0 |
| 95618 | WALGREEN EASTERN CO., INC. | BW9532068 | 09177 | HYDROMOR | 1000 | 1000 | 0 |
| 844266 | HAPPY HARRY'S INC | FH0606927 | 11080 | LISDEXAMFETAMIN | 1000 | 1000 | 0 |

Also remember that you can compare the specific store level NDC limits Robert provided in the past couple of days for all 1,100ish stores we service …. If there are deltas between our limits that need to be addressed, we're committed to addressing limit increases ASAP …. Robert also provided a template form that you guys could send the stores to assist with that process …. I've attached all 3 of those files too ….

Let me know what your thoughts are on the report …. We want to assist in any way possible so that your stores, & ultimately your patients, receive the prescription medication they need !!

Thanks for continuing to partner with us!

Confidential

Anda_Opioids_MDL_0000566449