PSJ3 Exhibit 646

| From: | Solis, Sabrina <sabrina.solis@andanet.com> |
|---|---|
| Sent: | Friday, May 17, 2013 8:02 PM |
| To: | Brown, Robert (Andanet) |
| Subject: | RE: Anda Walgreens Control Report as of 05/16/2013 |

Nothing needed changed

**Sabrina Solis**

Sr. DEA Compliance Analyst

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74317
sabrina.solis@andanet.com



---

**From:** Robert Brown
**Sent:** Friday, May 17, 2013 12:46 PM
**To:** Sabrina A Solis
**Subject:** Fw: Anda Walgreens Control Report as of 05/16/2013

---

**From**: Dymon, Christopher [mailto:christopher.dymon@walgreens.com]
**Sent**: Friday, May 17, 2013 12:26 PM
**To**: Robert Brown
**Subject**: RE: Anda Walgreens Control Report as of 05/16/2013

Hi Robert,

The limit is fine for 11808 based on trend and the excel sheet.  They did have a bump in sale for April which puts them over which we can monitor.

| Store Number | Drug Family | 3 Month Average Sales | 6 Month Average Sales | April Sales | 3 Month Sales Average + 20% Buffer | Current Monthly Limit |
|---|---|---|---|---|---|---|
| 11808 | Oxycodone | 1939 | 2185 | 2696 | 2326.8 | 2500 |

**Be Well,**
**Chris**

**Christopher Dymon, PharmD**
Manager - Pharmaceutical Integrity
Walgreen Co.

1

200 Wilmot Road, MS 2161
Deerfield, IL 60015
P: 847-315-2693
F: 847-368-6349

**From:** Robert Brown [mailto:robert.brown@andanet.com]
**Sent:** Friday, May 17, 2013 10:56 AM
**To:** Dymon, Christopher
**Cc:** Sabrina A Solis
**Subject:** RE: Anda Walgreens Control Report as of 05/16/2013

According to the data that we received, Store 11808 dispensed slightly over 2,000 dosage units of Oxycodone in both March and April and we rounded the limit to 2,500. Can you provide additional data that shows the increased dispensed amounts of Oxycodone for that location? We are reviewing the other stores and products and will adjust accordingly. Thank you.

**From:** Dymon, Christopher [mailto:christopher.dymon@walgreens.com]
**Sent:** Thursday, May 16, 2013 4:14 PM
**To:** Robert Brown
**Subject:** RE: Anda Walgreens Control Report as of 05/16/2013

Hi Robert,

Updated limits are below. We had sent information on store 11808 previously.

| Drug Family | 3 Month Average Sales | 6 Month Average Sales | April Sales | 3 Month Sales Average + 20% Buffer | Current Monthly Limit | Recommended Allocation Limit |
|---|---|---|---|---|---|---|
| Hydromorphone | 1238 | 1393 | 1596 | 1485.6 | 1000 | 2000 |
| Amphetamines | 2301 | 1675 | 2828 | 2761.2 | 3000 | 3000 |
| Oxycodone | 5837 | 6864 | 2112 | 7004.4 | 2500 | 7000 |

**Be Well,**
**Chris**

**Christopher Dymon, PharmD**
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road, MS 2161
Deerfield, IL 60015
P: 847-315-2693
F: 847-368-6349

**From:** Shaeen Suraj-Persad [mailto:shaeen.suraj-persad@andanet.com]
**Sent:** Thursday, May 16, 2013 9:39 AM
**To:** rxinventory; Polster, Tasha; Dymon, Christopher
**Cc:** Vicki Mangus; Elizabeth A Shefferman; Murray, Denman; Price, Jeffrey; Pham, Jacquie
**Subject:** Anda Walgreens Control Report as of 05/16/2013

Good Morning,

Confidential                                                                                                                                              Anda_Opioids_MDL_0000419489

Please see the attached detailed Walgreens Control report as of 05/16/2013

Below, shows the stores who have hit their monthly threshold on specific drug families for this month.

| Account # | Name | DEA# | Store # | Drug family | Monthly Limit | Qty | Available |
|---|---|---|---|---|---|---|---|
| 461776 | WALGREENS #11808 | FW2202101 | 11808 | OXYCODON | 2500 | 2500 | 0 |
| 154940 | WALGREEN EASTERN CO.INC#11726 | FW3589314 | 11726 | AMPHETAM | 3000 | 3000 | 0 |
| 155928 | MOHEGAN PHARMACY | FM3125627 | 11577 | OXYCODON | 2500 | 2500 | 0 |
| 844269 | WALGREENS #11947 | FW0542072 | 11947 | HYDROMOR | 1000 | 1000 | 0 |

Thank You,
**Shaeen Suraj-Persad**
Sr. National Accounts Representative

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74256
Direct 954-217-4256
Fax 1-877-399-6851
shaeen.suraj-persad@andanet.com



3