PSJ3

Exhibit 647

| | |
|---|---|
| From: | CN=Al Paonessa III/OU=Anda/O=Andrx |
| Sent: | Saturday, August 9, 2008 12:06 AM |
| To: | Kerrane, Peter <peter.kerrane@credit-suisse.com> |
| Cc: | Al.Paonessa3@Andanet.com; Stacey.Cirillo@watson.com; Brian.Witte@Andanet.com; Jang, Saurabh <saurabh.jang@credit-suisse.com>; Lai, Stephanie <stephanie.lai@credit-suisse.com> |
| Subject: | Re: Cardinal CII questions |

Is there an absolute cap on what increase the customer can get above the 5,000 dosage unit, per chemical, per month? We do not have a SOP with an "absolute" number. Each increase is based on each individual account.
Does Anda visit some portion of the customers that sell controls but do not go over the 5,000 dosage unit, per chemical, per month? We only visit accounts that ask for an increase and the data they send us still does not support an increase. If the customers still presses us for an increase we will visit the account for further review. Does every customer that wants an increase above 5,000 dosage unit get an in person visit?  No, if the history with the account and the data we request supports the increase, then we don't make a visit. If not, how does Anda decide which customers get an in person visit that are getting an increase? We decide based on history and the dispensed data the customer submits.
In the guidelines, it says "customers may be asked to complete a questionnaire".  If a customer wants an increase, why wouldn't they always fill out a questionnaire? In most cases we request a questionnaire, but if the increase is small and the history supports it, then we do not always ask for a questionnaire to be completed.
In the guidelines, it says "in some instances, . . . customers may be asked to submit dispensed report for 1 to 3 months".  In our call, I thought your client said 3 to 6 months.  Which is more accurate? 1 to 3 months is more accurate. We look at the customers last 3-6 months of purchases from Anda/VIP when considering an increase. We may have misspoke or there was a mis-understanding.  Also, why is it only in some instances?  Again, based on the previous history with the account. What determines when Anda asks its customers to provide dispensed reports? Usually, when a customer is buying a disproportionate of controls versus non-controls and requests an increase. Due to CSOS, we have a number of accounts that only buy C2's from us which skews the ratio. Then we ask for a dispensed report.


Albert Paonessa III
Anda, Inc.
EVP/COO
954-217-4500, ext. 4778

-----"Kerrane, Peter" <peter.kerrane@credit-suisse.com> wrote: -----

To: Al.Paonessa3@Andanet.com
From: "Kerrane, Peter" <peter.kerrane@credit-suisse.com>
Date: 08/08/2008 04:58PM
cc: Stacey.Cirillo@watson.com, Brian.Witte@Andanet.com, "Jang, Saurabh" <saurabh.jang@credit-suisse.com>, "Lai, Stephanie" <stephanie.lai@credit-suisse.com>
Subject: Cardinal CII questions

Al,

We received the following questions from Cardinal regarding the CIIs.  Would you please review them and let us know how we should respond.  Thanks.

Is there an absolute cap on what increase the customer can get above the 5,000 dosage unit, per chemical, per month?
Does Anda visit some portion of the customers that sell controls but do not go over the 5,000 dosage unit, per chemical, per month?  Does every customer that wants an increase above 5,000 dosage unit get an in person visit?  If not, how does Anda decide which customers get an in person visit that are getting an increase?
In the guidelines, it says "customers may be asked to complete a questionnaire".  If a customer wants an increase, why wouldn't they always fill out a questionnaire?
In the guidelines, it says "in some instances, . . . customers may be asked to submit dispensed report for 1 to 3 months".  In our call, I thought your client said 3 to 6 months.  Which is more accurate?  Also, why is it only in some instances?  What determines when Anda asks its customers to provide dispensed reports?

Regards,

_____

Peter Kerrane
Vice President
Mergers & Acquisitions

Credit Suisse
Eleven Madison Avenue
New York, NY 10017
Tel: (212) 538-0285
Fax: (212) 322-2990
Mob: (917) 566-3848

_____

===============================================================================Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
===============================================================================