PSJ3

Exhibit 648

| | |
|---|---|
| **From:** | Cochrane, Michael <Michael.Cochrane@Andanet.com> |
| **Sent:** | Tuesday, September 11, 2012 2:31 PM |
| **To:** | Paonessa, Albert |
| **Subject:** | Example |
| **Attachments:** | Calculation Example.xlsx |

This is the description of McKesson's Controlled Substance Monitoring Program(CSMP) from Rite Aid as well as a spreadsheet calculating what a store could increase to in one calendar year if they started with 1000 dosage units of a specific controlled substance chemical.

Controlled Substance Purchasing Limits
- McKesson Controlled Substance Monitoring Program (CSMP)
    - Establishes thresholds for purchases of controlled substances
    - Based on individual pharmacy's movement history
    - Established per calendar month
    - Individual Base Code
        - "Active Ingredient"
        - All strengths/dosage forms/combinations
            - Liquids, tablets, topicals, Oxy/APAP combo, etc.
    - Based on the highest month's movement in the last 12 months
        - Highest number of units purchased in a calendar month
        - Plus 15% for CIII-V and 50% for CIIs

Thanks
Mike

1

Anda_Opioids_MDL_0000085935

| Product | Jan | Feb | Mar | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocodone | 1000 | 1500 | 2250 | 3375 | 5063 | 7594 | 11391 | 17086 | 25629 | 38443 | 57665 | 86498 |