# PSJ3 Exhibit 650

| | |
|---|---|
| **From:** | Albert Paonessa </o=mail/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=apaonessa3> on behalf of Albert Paonessa |
| **Sent:** | Thursday, September 06, 2012 1:32 PM |
| **To:** | chall@riteaid.com |
| **Subject:** | Anda/Rite Aid compliance meeting |

Chris,

As always, great to see you and your team in Denver. Per our conversation, I'd like to fly up and meet with you and your compliance team possibly before the end of September. I'll be bringing my Exec Director of Compliance, Michael Cochrane, and our Director of Compliance, Robert Brown.

The goal of the meeting is to have open discussion as to what the DEA expects of Anda from a due diligence perspective. We also have a lot of information that your compliance team may not be aware of. For example, a number of your stores have already been reviewed by the DEA at the Anda Ohio facility. Our having your SOP's and detailed dispensing information satisfied the DEA in this particular review. They also were very vocal stressing that a Rite Aid is no different than Bob's Pharmacy down the street. I need to have the EXACT same due diligence information on both.

In addition, we'd like to discuss the McKesson metrics they use for "automatically" increasing your Oxy limits. We would like to review this policy with you as we are confident that this calculation is flawed and you will have an issue with a store before you actually realize there is an issue.

Please let me know dates what works for you and we will do what we need to do to make it work. In the long run I know we want the same compliance standards and we also know that with Anda working with your vendors we will bring you added profit using our services with C2's.

Thanks Chris.

Al

Confidential                                                                                                                                                     Anda_Opioids_MDL_0000726927