# PSJ3
# Exhibit 651

## P.J. Little

From:    Dan Howard
Sent:    Thu 9/27/2007 2:00 PM (GMT -4)
To:      'P.J. Little'
Cc:
Bcc:
Subject: RE: Potentially Suspicious Oxycodone Purchases

PJ,

You are correct.  Notice the Y Axis label in the chart.  That's a lot of pills!

Dan

———

**From:** P.J. Little [mailto:plittle@hdsmith.com]
**Sent:** Thursday, September 27, 2007 1:57 PM
**To:** 'Dan Howard'
**Subject:** RE: Potentially Suspicious Oxycodone Purchases

Dan,

I have answered my own question.  These are 100 count bottles of 30mg tabs oxycodone so I assume
your count is by bottle.  We'll let you know about the report.

P.J. Little
Corporate Security
Compliance Coordinator
H. D. Smith
Corporate Office
3063 Fiat Avenue
Springfield, IL 62703
217-753-1688 ext. 8218
217-467-8282(Fax)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

_____

**From:** Dan Howard [mailto:Dan.Howard@hdsmith.com]
**Sent:** Thursday, September 27, 2007 12:47 PM
**To:** 'P.J. Little'
**Subject:** FW: Potentially Suspicious Oxycodone Purchases

PJ,

George asked me to forward this file to you.

Thanks,

Dan

_____

**From:** Dan Howard [mailto:Dan.Howard@hdsmith.com]
**Sent:** Thursday, September 27, 2007 10:45 AM
**To:** 'geuson@hdsmith.com'; 'Tom Twitty'
**Subject:** Potentially Suspicious Oxycodone Purchases

George, Tom,

I felt the need to look into our Oxycodone sales due to the propensity for its abuse in South Florida (per DEA website) and because of our high sales of the drug relative to overall volume.

It isn't feasible for me to analyze all customers and strengths of Oxy so I chose to look at our fastest moving SKU (30 MG Tabs, 1485366) and identified the 10 customers who account for 80% of the last year's sales.  The attached Excel worksheet charts the monthly sales of these 10 customers from June of 06 to September of 07.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

The ones that look *potentially* suspicious to me are accounts 361, 362, 353, and 55.

Because the approach and analysis is so subjective I would like to get your opinion(s) on whether I should report this to DEA as potentially suspicious.  I don't want to draw unnecessary scrutiny from a regulatory agency but I want to make sure we're covered in the event one of these accounts is found to be doing something illegal.

Thoughts please?

Thanks,

Dan

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER