PSJ3

Exhibit 652

## George Euson

| | |
|---|---|
| From: | Dan Howard |
| Sent: | Thu 9/27/2007 10:44 AM (GMT -4) |
| To: | geuson@hdsmith.com; 'Tom Twitty' |
| Cc: | |
| Bcc: | |
| Subject: | Potentially Suspicious Oxycodone Purchases |
| Attachments: | Oxy Purchases.xls |

George, Tom,

I felt the need to look into our Oxycodone sales due to the propensity for its abuse in South Florida (per DEA website) and because of our high sales of the drug relative to overall volume.

It isn't feasible for me to analyze all customers and strengths of Oxy so I chose to look at our fastest moving SKU (30 MG Tabs, 1485366) and identified the 10 customers who account for 80% of the last year's sales. The attached Excel worksheet charts the monthly sales of these 10 customers from June of 06 to September of 07.

The ones that look *potentially* suspicious to me are accounts 361, 362, 343, and 55.

Because the approach and analysis is so subjective I would like to get your opinion(s) on whether I should report this to DEA as potentially suspicious. I don't want to draw unnecessary scrutiny from a regulatory agency but I want to make sure we're covered in the event one of these accounts is found to be doing something illegal.

Thoughts please?

Thanks,

Dan