PSJ3

Exhibit 654



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
HDS_MDL_00218623



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00218624