PSJ3

Exhibit 656

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. I7-13-340710

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Any and all written and electronic records and correspondence regarding the sale(s) and purchase(s) of controlled substances between the dates of Beginning of Business 2/1/11 and Close of Business 2/5/13 to include purchase orders, sales invoices, packing slips, shipping documents, receiving documents, powers of attorney, courier identification and records. Also provide all standard operating procedures relating to controlled substances and ordering systems, controlled substance ordering thresholds, and system and written procedures for overriding or editing of controlled substance ordering thresholds by any WALGREENS CORPORATION component.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00am. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ATTESTED COPY**

Signature: _____

James Geldhof
Diversion Program Manager

Issued this 4th day of Feb 2013

FORM DEA-79

CONFIDENTIAL

WAGMDL00493694

## Public Law 513-91st Congress
## 2nd Session
## H.R. 18583
## AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493695

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I,_____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _____ (business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date  Signature

_____  _____

CONFIDENTIAL

WAGMDL00493696