PSJ3

Exhibit 663

Message
---

| | |
|---|---|
| **From**: | Kazemi, Kian L [Kian.Kazemi@covidien.com] |
| **Sent**: | 2/19/2013 4:06:11 AM |
| **To**: | Williams, Jane L [Jane.Williams@covidien.com]; Kaczmarek, Walt [Walt.Kaczmarek@covidien.com]; Collier, Ginger L [Ginger.Collier@covidien.com]; Montgomery, Marc [Marc.Montgomery@Covidien.com] |
| **Subject**: | FW: Walgreens and DEA Issues with Perrysburg, OH Distribution Center |

Once I receive the order(s), I will do some calculations to see how the higher cash terms, the NLC fee, and the 10% third party contract fee impacts our profitability.  This is getting too big (especially if the California facility falls in the future, which I would be the DEA is going there as well) to not address with Walgreens.

Kian Kazemi
Director, Retail National Accounts
Specialty Generics
Mallinckrodt/Covidien
675 McDonnell Blvd.
Hazelwood, MO  63042

Office:  480-419-3528
Mobile:  480-231-3054

Kian.Kazemi@covidien.com<mailto:Kian.Kazemi@covidien.com>

www.covidien.com<http://www.covidien.com/>

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.

From: Kazemi, Kian L
Sent: Monday, February 18, 2013 8:30 PM
To: Harper, Karen; Buist, Jennifer M; Tetzlaff, Gail S; Spaulding, Eileen L.; Dodson, Heather
Cc: Williams, Jane L; Collier, Ginger L; Montgomery, Marc; Romer, Peter M; Becker, Steven A; Bullerdick, Jennifer M; Longenecker, Jacob; Dunehew, Ryan R; Vorderstrasse, Kevin; Kaczmarek, Walt
Subject: Walgreens and DEA Issues with Perrysburg, OH Distribution Center

Hi to All,

I had a phone call today with Walgreens personnel, and they informed me that they expect to not be able to distribute C2 SKUs out of their Perrysburg, OH distribution center at some point in the near future.  It seems they were served with subpoenas by the DEA several weeks ago, and based upon the way the whole process is going, they expect to get the same verdict as they did with their Florida distribution center.  In order to be proactive in this situation, they want to immediately move their direct C2 purchases to Cardinal and ANDA.  They would like to be able to have Cardinal and ANDA place stocking orders (obviously, we can only ship the SKUs we can ship, so the hydromorphones will be hard to get for example; can we move the Walgreens allocations to Cardinal, knowing that Cardinal cannot sequester the inventory for Walgreens?) by Wednesday of this week, and to have delivery into the Cardinal and ANDA DCs by Monday or Tuesday of next week.  Walgreens will be sending us on Tuesday a listing of what they expect Cardinal and ANDA to be ordering each week moving forward.  The initial orders will most likely be for 2 weeks supply in order to get inventory levels up to the necessary levels.  As soon as I receive that information, I will forward it on to all parties.

If we have any questions, concerns, etc., we should reach out to Bill Groth, David Reiter and Chris McHugh.  Their email addresses are as follows:
bill.groth@walgreens.com<mailto:bill.groth@walgreens.com>,
david.reiter@walgreens.com<mailto:david.reiter@walgreens.com>, and
chris.mchugh@walgreens.com<mailto:chris.mchugh@walgreens.com>.  This is a very important situation for Walgreens, and so they asked us to put all hands on deck.  Thus, I thank you all in advance for the assistance you provide to make this transition go smoothly.  I am traveling in the afternoon on Tuesday, and have asked Walgreens to copy Jane on all communications.  That way we can make sure all items are forwarded in a timely manner.  I will be in St. Louis on Wednesday, so we can also meet personally if needed.

Some additional background on the situation:  this DC services 5600 of the 8000 Walgreens stores, making it the biggest from a C2 distribution standpoint; 90% of the volume is expected to go through Cardinal, with the remaining 10% going through ANDA; the Cardinal DCs in the Northeast cannot handle the extra volume, that is why ANDA has been brought in to help.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                MNK-T1_0005639179

Please let me know if you have any question or concerns.  Thank you.

Kian Kazemi
Director, Retail National Accounts
Specialty Generics
Mallinckrodt/Covidien
675 McDonnell Blvd.
Hazelwood, MO  63042

Office:   480-419-3528
Mobile:   480-231-3054

Kian.Kazemi@covidien.com<mailto:Kian.Kazemi@covidien.com>

www.covidien.com<http://www.covidien.com/>

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0005639180