PSJ3

Exhibit 666

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

From: Crowley, Jack
To: Walker, Donald
Sent: 3/8/2012 3:41:33 PM
Subject: RE: ▓▓▓▓▓

Understood.

From: Walker, Donald [mailto:Donald.Walker@McKesson.com]
Sent: Thursday, March 08, 2012 3:39 PM
To: Crowley, Jack
Subject: RE: ▓▓▓▓▓

We will continue to focus on verbal

From: Crowley, Jack [mailto:Jack.Crowley@pharma.com]
Sent: Thursday, March 08, 2012 11:51 AM
To: Walker, Donald
Subject: FW: ▓▓▓▓▓

Hello Don:

Here is an example of how we can help, even though this particular doctor doesn't write much OxyContin any longer.

Tom asked me for information on this doctor during our meeting.

That Tom will be familiar with the pharmacy, plus the notes that this doctor prescribes a lot of Norco for worker's comp patients – hopefully will be helpful for Tom's evaluations.

Most of the time we do a lot of this communication verbally.

Best regards,

Jack


From: Crowley, Jack
Sent: Thursday, March 08, 2012 2:29 PM
To: 'McDonald, Tom'
Subject: RE: ▓▓▓▓▓

Excerpts from Note from April 7, 2010 - when the original OxyContin formulation was on the market. (Please bear in mind that these come from a field sales rep).

.........description of ▓▓▓▓▓ patient population and his use of B&B Pharmacy (B&B Pharmacy, Gemmel Phcy Inc, 10244 Rosecrans Avenue, Bellflower, CA 90706). Apparently ▓▓▓▓▓ has a fair number of workman's comp patients.

"Dr. ▓▓▓▓▓ is a pain management/ORS with offices in ▓▓▓▓▓, who uses this pharmacy daily for his workers comp patients. He is the Number One prescriber in my territory. He utilizes all strengths of OxyContin and is not a physician of concern. However, his nurse has mentioned that they send almost all of their worker's comp cases to B&B because the pharmacy helps process the authorizations."

I seem to recall that we had conversations about B&B at our OMS Committee meetings.

I'll keep digging.

P0000376

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469431

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No. CR-11-922(A)-DDP

Best regards,

Jack

---

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Thursday, March 08, 2012 1:41 PM
**To:** Crowley, Jack
**Subject:** RE: ▓▓▓▓▓

Jack,
My mistake, it is ▓▓▓▓▓. Anything you can provide would be greatly appreciated.

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell 562-577-7699
fax 562-463-2251

MMRG

Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Thursday, March 08, 2012 10:26 AM
**To:** McDonald, Tom
**Subject:** ▓▓▓▓▓

Hello Tom:

It was great to see you on Tuesday in Westlake and spend extra time with you at dinner. I am sorry for the snafu that resulted in us being late for the meeting.

▓▓▓▓▓ DEA registration expired on June 30, 2011. His DEA number is ▓▓▓▓▓. We have access to a DEA database with the names of the registrants. I obtained Dr. ▓▓▓▓▓ number from that database and the IMS database. They are the same-- ▓▓▓▓▓

No Purdue sales representatives call on ▓▓▓▓▓ in Los Angeles, California.

If the doctor's name is ▓▓▓▓▓ Purdue has been calling on him for years. Attached is D▓▓▓▓▓ prescription history - and the prescribing data fo▓▓▓▓▓ for the last six months.

It seems as though he writes a lot of Norco.

P0000377

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469432

In 2010, Betsy asked about another ▮▮▮▮▮ California. His first name was ▮▮▮▮▮

I can get the call notes on Dr ▮▮▮▮▮ and comments from the sales representative if you'd like.

Please let me know what more you need.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000378

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469433



Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000379

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469434

| From: | Crowley, Jack </o=purdue/ou=purdue us/cn=manufacturing recipients/cn=crowleyj> on belhaf of de Gutierrez-Mahoney, Bill <bill.mahoney@mckesson.com> |
|---|---|
| To: | Adams, Elizabeth </o=purdue/ou=purdue us/cn=recipients/cn=adamse2> |
| Cc: | |
| Bcc: | |
| Subject: | FW: CSMP-Order Monitoring MCK-Purdue |
| Date: | Thu Apr 22 2010 10:28:04 EDT |
| Attachments: | |

When: Thursday, April 22, 2010 2:00 PM-3:00 PM (GMT-05:00) Eastern Time (US & Canada).

Where: 1-877-684-9625  passcode 486342

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~* ;

-----Original Appointment-----
From: de Gutierrez-Mahoney, Bill [mailto:Bill.Mahoney@McKesson.com]
Sent: Friday, April 09, 2010 8:30 AM
To: de Gutierrez-Mahoney, Bill; Crowley, Jack; McDonald, Tom; Oriente, Michael; Gustin, Dave; Bauza, Luis
Subject: CSMP-Order Monitoring MCK-Purdue
When: Thursday, April 22, 2010 2:00 PM-3:00 PM (GMT-05:00) Eastern Time (US & Canada).
Where: 1-877-684-9625 passcode 486342

Guys--

Looking forward to sharing intelligence on customers, and ideas and methods on interpreting and acting on the info we're seeing. I will compile additional info on the pharmacies identified by Jack (i.e. Huntington, Better Value, and BB Pharmacy Gemmel) so we'll all have some background on the customers in other regions. Please send additional candidtes for sharing and discussion--I will put them into an agenda.

Jack--
I can't see your calendar, so I'm shooting in the dark....please let us know if this time works for you.

Th

Confidential: Produced by Purdue Pharma L.P. in response to Subpoena in a Criminal Case, U.S. v. Mikaelian, No CR-11-922(A)-DDP

P0000380

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004469435