# PSJ3
# Exhibit 670

June 17, 1996


Mr. John Hammond
Director of Industry Affairs
National Wholesale Druggists' Association
1821 Michael Faraday Drive, Suite 400
Reston, VA  22090-5348

Dear John:

Enclosed you will find our DIANA Competition submission for our new product OxyContin™ Tablets.  We appreciate the assistance the active NWDA members gave us in the marketing of this product.

Regards,

THE PURDUE FREDERICK COMPANY


Guerdon R. Green
Executive Director
National Accounts and Trade Relations

GRG:kjg

cc: Mr. Jim Lang

7801227922
PDD1701421278

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER