PSJ3

Exhibit 671

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3

    IN RE:  NATIONAL PRESCRIPTION |MDL No. 2804
 4                                |
    OPIATE LITIGATION             |Case No. 1:17-MD-2804
 5                                |
                                  |Hon. Dan A. Polster
 6  APPLIES TO ALL CASES          |

 7
                            - - -
 8
                    Friday, May 31, 2019
 9
                            - - -
10

11          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

12                  CONFIDENTIALITY REVIEW

13                          - - -

14

15

16          VIDEOTAPED DEPOSITION of MELANIE ROSENBLATT,

       M.D., held at Morgan Lewis & Bockius LLP, 200 South

17     Biscayne Boulevard, Suite 5300, Miami, Florida,

       commencing at 9:26 a.m., on the above date,

18     before Susan D. Wasilewski, Registered

       Professional Reporter, Certified Realtime

19     Reporter and Certified Realtime Captioner.

20

21
                            - - -
22
                  GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24

25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      Q.   Okay.  And you have served as one of those

 2   key opinion leaders that have been compensated by

 3   the pharmaceutical companies to come and speak?

 4      A.   That's correct.

 5      Q.   Okay.  And let's just go through it quickly

 6   so I understand.  So the first time you served as a

 7   key opinion leader was for Alpha Pharma in 2004 to

 8   2006?

 9      A.   Yes.

10      Q.   I think we talked about that earlier; is

11   that right?

12      A.   Yes.

13      Q.   And Alpha Pharma -- Alpha Pharma

14   manufactured an opioid product?

15      A.   Yes.

16      Q.   Okay.  And did you have a contract to serve

17   as a key opinion leader for Alpha Pharma?

18      A.   I don't think the contract spelled it out

19   that way.

20           MS. COATES:  Objection.

21      A.   I think I had a contract to participate as a

22   consultant.

23      Q.   Okay.  And generally, how were you paid for

24   that consulting arrangement?

25      A.   To the best of my recollection, I was paid
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    $750 per lecture.

 2       Q.   Okay.  And did you give numerous lectures?

 3       A.   Yes.

 4       Q.   How many, in that time period?

 5       A.   I don't remember.

 6       Q.   Less than 20?

 7       A.   Yes.

 8       Q.   More than 10?

 9       A.   Maybe.

10       Q.   Okay.  It also lists a "National Sales

11    Meeting."  Did you attend a national sales meeting

12    for Alpha Pharma in 2005?

13       A.   Yes.  I was their speaker for the national

14    sales meeting.

15       Q.   Okay.  What did -- what topic did you speak

16    on?

17       A.   I -- I don't recall specifically.  I would

18    imagine it was to present the new sales slide deck.

19       Q.   Sales for what product?

20       A.   Kadian.

21       Q.   Okay.  Who drafted the slide deck for that

22    presentation?

23       A.   As far as I know, it was internal from the

24    Alpharma team.

25       Q.   Generally, when you serve as a key opinion
```

```
 1    leader and you're talking about a product, is the

 2    slide deck or presentation drafted by the

 3    pharmaceutical company?

 4         A.    Yes.

 5         Q.    Okay.  Is it always?

 6         A.    All of the ones that I have given are, yes.

 7         Q.    Okay.  You don't participate in the writing

 8    of the content, correct?

 9         A.    Correct.

10         Q.    Okay.  Where was that national sales meeting

11    in 2005 where you were speaking about Kadian?

12         A.    I don't remember.

13         Q.    Did you -- did the pharmaceutical company

14    pay for your travel to that national sales meeting?

15         A.    Yes.

16         Q.    Did the pharmaceutical company, Alpha

17    Pharma, pay for your travel to any of these

18    lectures?

19         A.    Yes.

20         Q.    While you were at the national sales

21    meeting, did they pay for your meals and hotel room?

22         A.    Yes.

23         Q.    Let's take Medtronic.  You served as a key

24    opinion leader for Medtronic from 2005 to 2008; is

25    that right?
```