# EXHIBIT 31

# Reardon, Steve

**From:** Reardon, Steve
**Sent:** Friday, January 27, 2006 12:01 PM
**To:** 'Deborah.Y.Butcher@usdoj.gov'
**Subject:** RKR Holdings, Inc

Deborah,

Please be advised that we have stopped shipping controlled substances to RKR HOLDINGS INC, DBA MEDICHEM RX, DEA BR9174878.

Steve

**Stephen J. Reardon**
**Vice President**
**Quality & Regulatory Affairs**
**Cardinal Health**
**7000 Cardinal Place**
**Dublin, Ohio 43017**
**Tel     614-757-7101**
**Fax    614-652-4264**
**Cell    614-668-2044**
**steve.reardon@cardinal.com**

1

CONFIDENTIAL                                          CAH_MDL2804_02102247

# Reardon, Steve

| | |
|---|---|
| **From:** | Reardon, Steve |
| **Sent:** | Monday, January 09, 2006 10:06 AM |
| **To:** | 'Deborah.Y.Butcher@usdoj.gov' |
| **Subject:** | Medipharm-Rx |

Deborah,

As a follow up our telephone conversation, please be advised that we visited Medipharm-Rx on December 13, 2005 and that controlled substance sales to the account were stopped on January 3, 2006.

Steve

**Stephen J. Reardon**
**Vice President**
**Quality & Regulatory Affairs**
**Cardinal Health**
**7000 Cardinal Place**
**Dublin, Ohio 43017**
**Tel     614-757-7101**
**Fax    614-652-4264**
**Cell    614-668-2044**
**steve.reardon@cardinal.com**

1

CONFIDENTIAL

CAH_MDL2804_02102246