# EXHIBIT 34

DEA - HOUSTON

S

CONFIDENTIAL

## Suspicious Orders

Title 21 CFR 1301.74(b)

Requires registrant to design & operate a system to disclose suspicious orders of controlled substances to the DEA

⚡ The requirement is to report suspicious orders, <u>not</u> suspicious sales after the fact.

*Handwritten notes:*
- Want better info - scrub for truly suspicious
- Know your customer

## Suspicious Orders

➢ Suspicious orders include:
  1. Unusual size
  2. Deviations from a normal pattern
  3. Unusual frequency

➢ Each controlled substance distributor must define their own parameters for a suspicious order.

➢ Suspicious order monitoring programs must evolve with the demands of fighting the constantly changing illicit drug market.

*Handwritten notes:*
- exceeding a set threshold
  - not necessarily suspicious

## Suspicious Orders

The responsibility for making the decision to ship rests with the supplier.

★ Registrants who routinely report suspicious orders yet fill these orders, with reason to believe they are destined for the illicit market, are failing to maintain effective controls against diversion.

*Handwritten notes:*
★ looking for a pattern

CONFIDENTIAL        CAH_MDL2804_02102713

1

## SAMHSA
## 2005 National Survey on Drug Use

6.4 million persons aged twelve and older admitted to using prescription drugs for non-medical reasons

- 4.7 million used narcotic pain relievers
- 1.8 million used tranquilizers
- 1.1 million used stimulants
- 272,000 used sedatives

## SAMSHA
## 2005 National Survey on Drug Use

The illicit drug categories with the larges number of recent initiates:

1. Non-medical use of pain relievers
2. Marijuana
3. Non-medical use of tranquilizers
4. Inhalants
5. Cocaine

## FURTHER INFORMATION

- Michael Mapes
  - Michael.r.mapes@usdoj.gov
  - 202-307-7438

- Kyle Wright
  - Kyle.j.wright@usdoj.gov
  - 202-658-7514

2

CONFIDENTIAL                                    CAH_MDL2804_02102714