# EXHIBIT 36

## Hammond, Tawney

| | |
|---|---|
| **From:** | Forst, Christopher |
| **Sent:** | Tuesday, May 04, 2010 1:56 PM |
| **Cc:** | Mone, Michael; McArtor, Roger; Emma, Douglas; Morse, Steve; GMB-QRA-Anti-Diversion; Swedyk, Maranda |
| **Subject:** | RE: order of interest DEA # BW8445466-Decision |

This appears to be an order entry error. This customer usually orders no more than 300 total units/month from this drug family. Thanks.

Chris

---
Christopher J. Forst, BSPha, MPA, FAPhA
Director, Supply Chain Integrity and Regulatory Operations

---

**From:** Hammond, Tawney
**Sent:** Tuesday, May 04, 2010 11:35 AM
**To:** Forst, Christopher; Swedyk, Maranda
**Cc:** Mone, Michael; McArtor, Roger; Emma, Douglas; Morse, Steve
**Subject:** FW: order of interest DEA # BW8445466

---

**From:** Brantley, Eric
**Sent:** Tuesday, May 04, 2010 11:10 AM
**To:** GMB-QRA-Anti-Diversion
**Subject:** order of interest DEA # BW8445466

Walgreens account # 551244. Order # 9629656. Ordered 13 bottles of Oxycodone HCL 15mg # 3534443. shipped 0

Eric Brantley
QRA Compliance Officer
Cardinal Health
HSCS-P Atlanta, GA
Phone 678-583-2538
FAX 614-652-4628

5/5/2010

CONFIDENTIAL

CAH_MDL2804_00586715