# EXHIBIT 44

## FW: Euclid family pharmacy

From:

"Moore, Andrew" <andrew.moore@mckesson.com>

To:

"Lumpkin, Joe" <joe.lumpkin@mckesson.com>

Cc:

"Kuczynski, John" <john.kuczynski@mckesson.com>, "Grayson, Kimberly" <kimberly.grayson@mckesson.com>, "Snider, Blaine" <blaine.snider@mckesson.com>

Date:

Fri, 20 Sep 2013 16:12:51 +0000

Hi Joe,
I'm following up to see what's the review status for Euclid.
Thanks
Andrew
**Andrew Moore**
Vice President & General Manager
McKesson Northeast Region

**From:** Lumpkin, Joe
**Sent:** Monday, September 16, 2013 3:31 PM
**To:** Grayson, Kimberly
**Cc:** Zwick, Joel; Kuczynski, John; Snider, Blaine; Nusser, Dale
**Subject:** RE: Euclid family pharmacy
Kim,
No, I am not going to increase their thresholds at this time, since I have not reviewed the data thoroughly that they provided and have other priorities ahead of them. Although I did a site visit about a month ago and they provided some data, it doesn't mean that there will be any increases, only that their account would be subject to review. I told them it would not happen for awhile and that they needed to be patient.
I believe that the only one they want raised is their Oxy threshold, since they are currently at 72% midway through the month. They have been very persistent in calling and emailing me and others.
Their thresholds will remain the same for now and I see no adjustments being made until the review process is complete.
Thanks,
Joe Lumpkin
Regional Director, Regulatory Affairs
McKesson Pharmaceutical, North East Region
10504 McKesson Dr.
Ruther Glen, VA 22546
804-448-4142 Ofc
804-683-4670 Cell
804-448-4573 Fax
**Confidentiality Notice:** *This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

Think before you print! - 1 Ton of paper = 3 Tons of wood = 24 trees

**From:** Grayson, Kimberly
**Sent:** Monday, September 16, 2013 1:40 PM
**To:** Lumpkin, Joe
**Cc:** Zwick, Joel; Kuczynski, John; Snider, Blaine; Nusser, Dale
**Subject:** RE: Euclid family pharmacy
Hi Joe,
After your visit to Euclid Family Pharmacy in Cleveland, were you able to issue a threshold increase?
Euclid Family Pharmacy: 667127

Thank You,
Kim Grayson
Retail Sales Manager
McKesson Pharmaceutical
412.728.8457
kimberly.grayson@mckesson.com

**From:** Zwick, Joel
**Sent:** Monday, September 16, 2013 1:35 PM
**To:** Kuczynski, John; Grayson, Kimberly; Snider, Blaine; Nusser, Dale
**Cc:** williams@yahoo.com
**Subject:** Euclid family pharmacy
John,
Tim @ Euclid family Pharmacy (667127) is concerned about his Oxycodone threshold. Joe Lumpkin visited his site about a month ago and Tim was expecting an answer if there would be an increase or not! Can you look into this?
Thanks,
Joel

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                       MCKMDL00596140