# EXHIBIT 45

**From:** Walker, Donald
**Sent:** Thursday, February 23, 2012 11:52 AM
**To:** barbara.j.boockholdt@usdoj.gov
**Cc:** Trugman, Ina; John A. Gilbert, Jr.
**Subject:** January 26 meeting Follow-up

Dear Ms. Boockholdt:

Thank you again for the opportunity to meet with us so that we could discuss our Controlled Substance Monitoring Program and other compliance actions we have taken to reduce potential for diversion. I wanted to provide you with some additional information on topics we discussed at our January 26th meeting.

Follow up items:

1. You indicated that DEA had received only two suspicious order reports from McKesson during the time since our May 2008 settlement agreement. I have attached a summary document that lists customers (registrants) that McKesson identified as suspicious and reported to DEA. I have also identified several potential customers that through our diligence we chose not to conduct business with due to regulatory concerns.

2. I did discover a breakdown in the electronic reporting process we mutually established as required under the Memorandum of Agreement. The error was caused by electronically omitted orders. In several cases there were no omitted orders to transmit to the DEA. We did notify the local office but did not send a transmission to DEA headquarters.

To remedy this McKesson will back-up the transmissions and provide written notifications to your office, the local DEA office and the area DPM. I have also asked my IT team to contact the DEA IT to validate the systemic notification process.

3. I have confirmed that McKesson transmits ARCOS reports monthly.
4. At the close of the meeting we reported to you the systems issue that resulted in archived CSOS C-II orders being released, filled and shipped. We have accounted for all product and either received a Form 222 from the customer or the product was returned to McKesson. We are in the process of conducting and compiling a detailed reconciliation, which when complete will be forwarded to Kyle Wright. We have verbally notified all field offices with responsibility for the impacted distribution centers, and in some instances have provided written notifications per their request.
5. As a result of our discussion, we initiated an updated review of all of chain drug pharmacies and worked with the appropriate representatives to reduce authorized purchase limits on Oxycodone similar to the actions we

1

Confidential / Exempt from FOIA.  Subject to FRE 408.                               MCK_WVA_000230

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement      MCK-AGMS-019-0008457
HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          MCKMDL00707092

took with independents. McKesson also significantly reduced our threshold limits on independent pharmacies in the Delaware, Maryland, New Jersey and New York areas aligning with what the Company had already done in Florida.

In the future, I plan to communicate with you as needed via email (per your suggestion) to update you on actions and activities associated with our controlled substance monitoring. These communications will supplement McKesson's suspicious order reporting.

On behalf of McKesson, I want to assure you that the Company is taking the concerns expressed by you and your colleagues at the meeting very seriously and have put numerous actions in place to address them.

Thank you for your time and please email or call me with any questions.

Don Walker

SVP Distribution Operations

McKesson Pharmaceutical

415-983-9060

2

Confidential / Exempt from FOIA.  Subject to FRE 408.

MCK_WVA_000231

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-019-0008458
MCKMDL00707093

| Ceased Selling Controls - Reported as Suspicious | | | | |
|---|---|---|---|---|
| Customer Name | DEA # | City | State | Date of Action (enter as mm/dd/yyyy) |
| D&S Pharmacy | FD0127995 | Woodhaven | MI | 04/14/2010 |
| Gwins Phcy | AG6027913 | Anderson | IN | 8/28/11 |
| Laabs Pharmacy | AL3934014 | Milwaukee | WI | 9/30/11 |
| Mykals Discount Phcy | FM1772739 | Detroit | MI | 01/28/2011 |
| Mykals Discount Phcy #2 | FM2299887 | Detroit | MI | 01/27/2011 |
| Sav Max Pharmacy | BS9578519 | Detroit | MI | 10/05/2010 |
| Six Mile Pharmacy | FS2233447 | Detroit | MI | Feb-'09 |
| The Medicine Shoppe | BR7456040 | Belton | MO | 3/1/08 |
| Rockville Pharmacy | FR1486340 | Rockville | MD | |
| Advanced Doctors Prescription Pharmacy | FA0408167 | San Antonio | TX | Aug-'08 |
| Generic Rx | FG1524657 | Ft. Lauderdale | FL | 11/7/11 |
| Live and Let Live | AL0210168 | Miami | FL | 11/7/11 |
| McGee's Pharmacy | BM7522837 | Baton Rouge | LA | Jul-'11 |
| Medical Plaza Pharmacy | AJ2074615 | North Charleston | SC | May-'10 |
| Medical Plaza Pharmacy of P | FM1239183 | Plantation | FL | 11/7/11 |
| Modern Drug of Bayou Le Batre | BM2472570 | Bayou Le Batre | AL | Feb-'09 |
| Rodgersville Discount Pharmacy | BR2913108 | Rodgersville | AL | Jul-'11 |
| Century Plaza | BC9434046 | Honolulu | HI | 3/27/09 |
| Drug Depot | FD2356245 | SoCal | CA | 8/1/11 |
| Estrella Pharmacy | BE9738026 | Phoenix | AZ | 9/30/11 |
| Express Pharmacy * | FE1766609 | Bakersfield | CA | 12/2/11 |
| NuCare | RN0272322 | SoCal | CA | 11/1/10 |
| Wellcare II | FW1294898 | Las Vegas | NV | 10/1/11 |
| Castle Hill Drugs, Inc | FC0861345 | Bronx | NY | 11/8/11 |
| Herndon Pharmacy & Medica | FH2358275 | Herndon | VA | 11/9/11 |
| Life Pharmacy | FL1001077 | New York | NY | 1/3/12 |
| Accokeek Pharmacy | BA6800216 | Accokeek | MD | 1/12/12 |
| Family Meds Pharmacy | FF1958719 | Waldorf | MD | 1/13/12 |
| Renaissance Pharmacy | FR0704040 | Claymont | DE | 2/9/09 |
| Northeast Pharmacy | FN0841418 | Philadelphia | PA | 1/8/00 |
| ATA Pharmacy | FA0689541 | Philadelphia | PA | |
| Just Here Pharmacy | FJ1209724 | Philadelphia | PA | |
| Lansdowne Pharmacy | FL0306414 | Lansdowne | VA | 7/15/08 |
| Rockville Pharmacy | FR1486340 | Rockville | MD | 3/10/10 |
| Castle Hill Drugs, Inc | FC0861345 | New York | NY | 11/8/12 |

* Customer corrected processes and we resumed selling controlled substances at minimum levels. Local office notified of this action.

Confidential / Exempt from FOIA. Subject to FRE 408.

MCK_WVA_000232

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-019-0008459
MCKMDL00707094