# EXHIBIT 46

**To:** Wright, Kyle J.[Kyle.J.Wright@usdoj.gov]
**From:** Walker, Donald
**Sent:** Wed 2/11/2009 2:42:55 PM
**Subject:** RE: Suspicious Order

Thanks Kyle. I will direct to Maureen going forward. Did the listing of closed registrants meet your needs?

Don

---

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Wednesday, February 11, 2009 4:35 AM
**To:** Walker, Donald
**Cc:** O'Keefe, Maureen E.
**Subject:** RE: Suspicious Order

Don

This is to acknowledge receipt of your two Suspicious Order notifications. I have forwarded same to the Pharmaceutical Investigations Section (ODP), specifically Staff Coordinator Maureen O'Keefe. In the future, please contact her pertaining to all such notifications and actions.

*Kyle J. Wright*
*Staff Coordinator*
*(202) 307-5492 - Office*
*(202) 373-4620 - Mobile*
*(202) 353-9529 - FAX*

*Mailing Address:*
*Drug Enforcement Administration*
*Regulatory Section (ODGR)*
*8701 Morrissette Drive*
*Springfield, VA 22152*

*Physical Address:*
*600 Army Navy Drive*
*Alexandria, VA 22202*

-----Original Message-----
**From:** Walker, Donald [mailto:Donald.Walker@McKesson.com]
**Sent:** Friday, February 06, 2009 2:08 PM
**To:** Wright, Kyle J.
**Cc:** jgilbert@hpm.com; Trugman, Ina
**Subject:** Suspicious Order

Confidential / Exempt from FOIA. Subject to FRE 408.                                MCK_WVA_000163

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement       MCK-AGMS-019-0008390
HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                   MCKMDL00707025

As part of our diligence in Controlled Substance Monitoring Program (CSMP) we have identified a customer with a suspicious order pattern and have ceased selling all controlled substances effective today. This email is to back-up the electronic submission we will make to DEA. This customer recently converted their controlled drug purchases to McKesson after Qualitest ceased distribution.

Modern Drug
DEA # BM 2472570

Please contact me with any questions

Don Walker
SVP Distribution Operations

**Confidential / Exempt from FOIA.  Subject to FRE 408.**

**MCK_WVA_000164**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-019-0008391
MCKMDL00707026