# EXHIBIT 47

# DOCUMENT PRODUCED IN NATIVE FORMAT

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00533984

MCKMDL00533984

| Region | Reg DC | Customer Name | DEA # | State License # | City | State | Date of Action (enter as mm/dd/yyyy) | Action Taken | Local DEA Field Office Notification (enter contact information name/date) | Notes/Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| South | 8115 | 30+ Houston area pharmacies applied to Moore Medical/MMS to have accounts opened | n/a | n/a | Houston | TX | Dec-'10 | New Customer not accepted for control purchases | | stores were not opened; reported to Sharnett Latimore, Houston DPM |
| South | 8148 | A2Z Pharmacy | FA2436207 | 10927 | Charlotte | NC | 3/15/13 | Level 3 - Suspicious / Reported to DEA/control sales suspended | DI Mike Callan, DEA Greensboro, NC (336-547-4219) | also notified DI Jason Allen, DEA Atlanta; Barbara Heath Atlanta DPM (via letter); and Josh Kohler NC BOP |
| South | 8195 | Aberdeen Pharmacy | n/a | PH24789 | Boynton Beach | FL | Jul-'11 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| North East | 8813 | Accokeek Pharmacy | BA6800216 | | Accokeek | MD | 1/12/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ms Lindsey Malocu Diversion Investigator DEA Techworld Plaza 800 K St NW Suite 500 Washington, DC 20001 Letter sent 1/16/12 | Multiple scripts for Oxycodone 30mg from Dr Hampton Jackson in sequential order all paying cash. |
| North East | 8813 | Accokeek Pharmacy | BA6800216 | | Accokeek | MD | 1/12/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ms Lindsey Malocu Diversion Investigator Washington DC | Many scripts from Dr Hampton Jackson and high percentage of Oxycodone 30mg to Oxycodone purchases. Also many cash sales. |
| West | 8182 | Advanced Care Pharmacy | BA821192 | PHY46345 | Sacramento | CA | 5/1/10 | Threshold reduced | N/A | Customers to which controlled substance thresholds were reduced or supplies were discontinued due to business decision. |
| West | 8147 | Advanced Care Phcy | FA2327852 | PH02656 | Las Vegas | NV | 1/23/12 | New Customer not accepted for control purchases | Jayne Griffin/Las Vegas | Denied new customer application after vetting process. |
| South | 8115 | Advanced Doctors Prescription Pharmacy | FA0408167 | n/a | San Antonio | TX | Aug-'08 | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3; reported to DEA; raided by FBI days later;DEA expired |
| South | 8126 | After Hours | BA7400497 | | Jasper, AL | AL | 1/31/12 | LDMP reduction by ~25% | N/A | |
| South | 8149 | Algood Drugs (Bretthaven, Inc.) | FA1855925 | 4740 | Algood/Cookville | TN | 10/5/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Larry Lockhart | Customer had come to McKesson in September 2012 from ABC; high fills from Cookeville Pain Management; prior fills for docs in GA. |
| | | Arizona Pharmacy 1 | FA1983394 | S017425 | Surprise | AZ | 8/13/12 | New Customer not accepted for control purchases | Jeff Morgan/Phoenix | Regulatory review led McKesson to decline this application. |
| North East | 8176 | ATA Pharmacy | FA0689541 | | Philadelphia | PA | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3, closed account and was reported to DEA. Business remains open. |
| North East | 8176 | ATA Pharmacy | FA0689541 | | Philadelphia | PA | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3, closed account and was reported to DEA. Business remains open. |
| North East | 8120 | Beaverdam Pharmacy | FB3024471 | N/A | Beaverdam | VA | 2/19/13 | Level 3 - Termination of customer | Enrique Cancel, DEA Group Supervisor, Drug Enforcement Agency, Richmond District Office, 111 Greencourt Road Richmond, VA 23228 | • Out of State Scripts (Kentucky, Georgia, etc.) • Out of State practitioner's DEA licenses (Florida, Georgia) • Dispensing for Physicians with DEA licenses having expired • Not meetings the minimum requirements required of Good Pharmacy Practices • High Controls to standard Rx % • % of cash sales high • Practice types providing scripts, etc. |
| South | 8195 | Boynton Pharmacy | n/a | PH24540 | Boynton Beach | FL | Jul-'11 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8126 | C&R Pharmacy | FC2476047 | | Mobile, Al | AL | 1/31/12 | Constructive disengagement of secondary per VPGM | N/A | Pharmacy owned by pain management doctor disengaged after repeated requests for threshold increases; not prime for MCK community pharmacy model |
| South | 8195 | Cantonment Pharmacy | AC5573767 | n/a | Cantonment | FL | Jan-'09 | Other - explain in the commnents section | | discontinued because of ratio/low sales |
| North East | 8191 | Castle Hill Drugs, Inc | FC0861345 | | Bronx | NY | 11/8/11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Mr John Hennessy Diversion Investigator DEA Hartford R.O. 716 Brook St Suite 110 Rocky Hill, CT 06067    Letter sent 11/17/12 | Oxycodone 30mg percent to all oxycodone was above 90% |
| North East | 8191 | Castle Hill Drugs, Inc | FC0861345 | | New York | NY | 11/8/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Mr John Hennessey DEA Hartford RO Rocky Hill, CT | Dr Virey was high script count and Oxy30 mg was >90% of all Oxycodone |
| South | 8195 | Center City Pharmacy | BC9399949 | n/a | WPB | FL | Jul-'11 | Threshold reduced | | 83K-->30K; Florida HB 7095 |
| West | 8138 | Century Plaza | BC9434046 | PHY665 | Honolulu | HI | 3/27/09 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Linda Martin/Honolulu - Michael Lewis/ LA | Tier Three that we stopped supplying with controls and were reported to the DEA |
| North East | 8176 | City Pharmacy | AT1701172 | | Elkton | MD | 2/3/12 | Threshold reduced | | Reduced from 185,000 to 60,000 Oxycodone |
| North Central | 8164 | Community Drug Center | BC 8624997 | | Manchester | Ky | 4/30/12 | No control purchases by customer | On May 1,2012 I informed Diversion Program Manager Geldhof of the decision to no longer sell controls to this acct. I also email Shannon Allen at the State BOP | for CSMP reasons related to out-of-state scripts etc |
| North Central | 8164 | Community Drug Center | BC 8624997 | | Manchester | Ky | 5/18/2012 | Other - explain in the commnents section | On May 18,2012 I informed Diversion Program Manager Geldhof of the decision to resume selling controls to this acct. I also email Shannon Allen at the State BOP | commitment of the customer to meet our requirements for proper diligence and restraint |
| South | 8126 | Cooley Drugs | AC9808683 | | Waynesboro, MS | MS | 1/31/12 | Constructive disengagement of secondary per VPGM | N/A | erratic customer behavior led to disengagement |

| Region | Code | Pharmacy | ID1 | ID2 | City | State | Date | Action | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| South | 8195 | Country Value Pharmacy | FC2238752 | PH24840 | Boca Raton | FL | 4/6/2011 | Other - explain in the commnents section | | MMS--discontinued because of mix/low sales; had been mentioned by Tampa DEA group when they audited DC; DO made Ops visit and we decided to close shortly thereafter; DEA later subpoenaed sales records |
| North East | 8813 | Crain Towers Pharmacy | BC8361343 | | Baltimore | MD | 2/3/12 | Threshold reduced | | Reduced from 69,600 to 40,000 Oxycodone |
| West | 8170 | CVS 8826B | BC3942693 | Y004466 | Bullhead City | Az | 2/9/12 | Threshold reduced | Jeff Morgan/Phoenix | Threshold reduced on oxycodone. |
| West | 8170 | CVS 9274B | AC0571011 | Y004498 | Tucson | Az | 2/9/12 | Threshold reduced | Jeff Morgan/Phoenix | Threshold reduced on oxycodone. |
| West | 8170 | CVS 9309B | FA1666974 | Y005183 | Fort Mohave | Az | 2/9/12 | Threshold reduced | Jeff Morgan/Phoenix | Threshold reduced on oxycodone. |
| North Central | 8132 | D&S Pharmacy | FD0127995 | 5301008571 | Woodhaven | Mi. | 04/14/2010 | Level 3 - Termination of customer | Information not available | level 3hydrocodone threshold, ultimately customer closed due to lack of confidence in their processes. |
| West | 8131 | Dale's Phcy | FO0152758 | 45000003 | Ft Lupton | CO | 2/20/12 | Level 3 - Lowered threshold | Dan McCormick 2-20-12 | Based on due diligence we reduced the threshold on oxycodone and the oxycodone 30mg subset. |
| West | 8131 | Dale's Phcy | FO0152758 | 45000003 | Ft Lupton | CO | 3/16/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Dan McCormick 3-19-12 | All controlled substance shipments are suspended. Call made to the local DEA in Denver and a letter was drafted and sent 3-19-12. |
| West | 8170 | Desert Sky Phcy | FD1234323 | Y005103 | Peoria | AZ | 2/15/12 | New Customer not accepted for control purchases | Jeff Morgan/Phoenix | Customer noted that they were cut off from controlled substance purchases by their previous wholesaler. We did not pick them up as a controlled substance customer. |
| West | 8147 | DOLCRX Pharmacy | FD2280624 | PH02657 | Las Vegas | NV | 12/14/11 | Threshold reduced | N/A | Based on site visit and re-evaluation, customer's thresholds were reduced to below baseline amounts on oxycodone, hydrocodone, and codeine |
| North East | 8813 | Drug City Pharmacy | AD2366183 | | Baltimore | MD | 2/3/12 | Threshold reduced | | Reducececd from 272,000 to 60,000 Oxycodone |
| West | 8147 | Drug Depot | FD2356245 | 50418 | Santa Ana | CA | 8/1/11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Michael Lewis/ LA | Tier Three that we stopped supplying with controls and were reported to the DEA |
| West | 8170 | Eagle Phcy #1 | FE2412334 | Y005337 | Glendale | AZ | 2/15/12 | New Customer not accepted for control purchases | Jeff Morgan/Phoenix | Customer noted that they were cut off from controlled substance purchases by their previous wholesaler. We did not pick them up as a controlled substance customer. |
| West | 8170 | Eagle Phcy #2 | FP1538113 | Y005161 | Phoenix | AZ | 2/15/12 | New Customer not accepted for control purchases | Jeff Morgan/Phoenix | Customer noted that they were cut off from controlled substance purchases by their previous wholesaler. We did not pick them up as a controlled substance customer. |
| North Central | 8164 | East Main Phcy | na | na | Columbus | oh | 3/1/09 | New Customer not accepted for control purchases | Reported to the Columbus office, Jeff Conners, summer of 2009 | Declined to take on business after a visit and internet search produced a less than comfortable feeling that the owner was dedicated to diversion prevention and clean processes. |
| North Central | 8183 | Eastside Discount Pharmacy | BE3814541 | | Poplar Bluff | Mo | 8/6/12 | No control purchases by customer | On Nov 8th,2012 I informed Diversion Program Manager Collier of the decision to stop selling controls to this acct. | For CSMP reasons related to Pain Clinic. |
| West | 8170 | Estrella Pharmacy | BE9738026 | Y004419 | Phoenix | AZ | 9/30/11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Called and left a message with Mike Grafton/Phoenix | Customer was servicing a pain clinic in the same building. |
| West | 8147 | Express Pharmacy | FE1766609 | 50150 | Bakersfield | CA | 12/14/11 | Other - explain in the commnents section | Rachel Aranas/Fresno | After initial review and report to the DEA as suspicious, customer made adjustments to their practice and created a internal policy for review of suspicious prescriptions, patients and doctors. Customer was reinstated with full privileges but at a lower threshold level for hydrocodone. |
| West | 8147 | Express Pharmacy | FE1766609 | 50150 | Bakersfield | CA | 12/2/11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Rachel Aranas/Fresno | Reported to local DEA office with a follow up letter. |
| South | 8195 | Express Pharmacy | FM1147342 | PH23590 | Tampa | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North East | 8813 | Family Meds Pharmacy | FF1958719 | | Waldorf | MD | 1/13/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ms Lindsey Malocu Diversion Investigator DEA Techworld Plaza 800 K St NW Suite 500 Washington, DC 20001 Letter sent 1/16/12 | Same owner as Accokeek Pharmacy |
| North East | 8813 | Family Meds Pharmacy | FF1958719 | | Waldorf | MD | 1/13/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ms Lindsey Malocu Diversion Investigator Washington DC | Same owner as Accokeek Pharmacy |
| West | 8147 | Family Pharmacy | FF1382542 | MP00628 | Pahrump | NV | 7/27/12 | Other - explain in the commnents section | Jayne Griffin/Las Vegas | After additional regulatory review, customer was reinstated for all base codes with the exception of hydrocodone and oxycodone.  Customer will not be supplied with either of those basecodes. |
| West | 8147 | Family Pharmacy | FF1382542 | MP00628 | Pahrump | NV | 5/18/12 | No control purchases by customer | Jayne Griffin/Las Vegas | All controlled substance shipments are suspended. Call made to the local DEA in Las Vegas and a letter was drafted and sent 5-18-12. |
| West | 8147 | Family Pharmacy | FF1382542 | MP00628 | Pahrump | NV | 12/7/11 | Threshold reduced | Jayne Griffin/Las Vegas | Based on site visit and regulatory review, customer's thresholds were reduced significantly on oxycodone, hydrocodone |
| West | 8147 | Farmacia Del Pueblo | N/A | PH02238 | Las Vegas | NV | 2/15/12 | New Customer not accepted for control purchases | Jayne Griffin/Las Vegas | New customer application denied due to regulatory review. |
| West | 8182 | Fruitvale Pharmacy | FF1706956 | PHY50064 | Fruitvale | CA | 8/10/12 | New Customer not accepted for control purchases | Penny Korte/Sacramento Field Office | Review of practice, data, RSM discussion led MCK not to open |

| Region | | Name | | | City | State | Date | Status | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| South | 8195 | G&H Pharmacy | n/a | PH21246 | Pinellas Park | FL | 10/31/2011 | New Customer not accepted for control purchases | | RSM scrutiny led DC not to open account related to other investigations |
| South | 8195 | Garden Drugs | BJ3675456 | PH261 | Ft. Lauderdale | FL | 1/4/2012 | Threshold reduced | | multiple visits--Mahoney, Cox, S. Miller, Klimek 180K-->90K-->45K; Florida HB 7095 |
| South | 8195 | Generic Depot | n/a | PH15122 | Pembroke Pines | FL | 10/31/2010 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8195 | Generic Depot #2 | n/a | PH15730 | Pembroke Pines | FL | 10/31/2010 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8195 | Generic Rx | FG1524657 | PH24161 | Ft. Lauderdale | FL | 11/7/2011 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Barbara McGrath, Miami DPM | Reported to local DEA office with a follow up letter. |
| South | 8126 | Greene's Super Drug | BG9623489 | | Lanett, AL | AL | 1/31/12 | Disengagement with customer after DEA request of records from pharmacy for KY patient scripts from GA | N/A | Disengagement with customer after DEA request of records from pharmacy for KY patient scripts from GA |
| North Central | 8164 | Gwins Phcy | AG6027913 | 60000869A | Anderson | In | 8/28/11 | Level 3 - Lowered threshold | na | Reduced the thresholds of Gwinn's pharmacy, eventually cut them off from controls purchasing pending review |
| South | 8126 | H & J Pharmacy | BH9091276 | n/a | Pinson | AL | Jun-'08 | Customer terminated due to legal action / criminal action | | when pharmacist indicted for trading drugs for sex, GM closed account down |
| South | 8195 | Habana Hospital Pharmacy | AH0202226 | PH1515 | Tampa | FL | 2/3/2012 | Threshold reduced | N/A | |
| South | 8195 | Habana Hospital Pharmacy | AH0202226 | PH1515 | Tampa | FL | 8/29/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Susan Langston/Miami; Roberta Goralcyk | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 8/29/12. |
| North East | 8813 | Herndon Pharmacy & Medical Supply | FH2358275 | | Herndon | VA | 11/9/11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ms Lindsey Malocu Diversion Investigator DEA Techworld Plaza 800 K St NW Suite 500 Washington, DC 20001 Letter sent 11/17/11 | A high percentage of control scripts, 90% of Pharmacy's,  were coming from one Dr Salerian in NW Washington DC. |
| North East | 8813 | Herndon Pharmacy & Medical Supply | FH2358275 | | Herndon | VA | 11/9/11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ms Lindsey Malocu Diversion Investigator Washington DC | Dr Salerian was high script count, Oxycodone 30mg was >80% and many patients from WV. |
| West | 8147 | Huntridge Phcy | FP0071188 | PH02165 | Las Vegas | NV | 2/27/12 | New Customer not accepted for control purchases | Jayne Griffin/Las Vegas | New customer application denied due to regulatory review. |
| North East | 8813 | Joppa Road Pharmacy | BJ9328849 | | Baltimore | MD | 2/8/12 | Threshold reduced | | Reduced from 70,000 to 40,000 Oxycodone |
| North East | 8176 | Just Here Pharmacy | FJ1209724 | | Philadelphia | PA | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3, closed account and was reported to DEA. Business remains open. |
| North East | 8176 | Just Here Pharmacy | FJ1209724 | | Philadelphia | PA | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3, closed account and was reported to DEA. Business remains open. |
| South | 8195 | Kezit Discount Pharmacy | FK2258374 | PH24905 | North Miami | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Susan Langston 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Miami and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North Central | 8183 | Kneibert Clinic Pharmacy | AK3819402 | | Poplar Bluff | Mo | 8/6/12 | No control purchases by customer | On Nov 8th,2012 I informed Diversion Program Manager Collier of the decision to stop selling controls to this acct. | For CSMP reasons related to Pain clinic. |
| South | 8195 | La Milagrosa Phamacy & Discount | FL0914108 | PH23736 | Miami | FL | 3/6/2012 | Other - explain in the commnents section | Susan Langston, Miami Acting DPM | Reported to DEA/control sales suspended.  Reported to local DEA office with a follow up letter.  Received confirmation from Gayle Lane. |
| North Central | 8144 | Laabs Pharmacy | DEA#AL3934014 | na | Milwaulkee | wi | 9/30/11 | Threshold frozen pending review | Laurie Kaufman 9-30/11 | DEA conducted a Raid.  Upon our review of available iformation we froze (cut off) any purchases by Laabs of any controlled drugs pending review.  Customer subsequently went out of business. |
| South | 8195 | Lambright Pharmacy | n/a | FL0745870 | Tampa | FL | 10/31/2008 | | | discontinued because of ratio/low sales |
| West | 8147 | Lam's Phcy | BD9670058 | PH00650 | Las Vegas | NV | 8/31/09 | New Customer not accepted for control purchases | Jayne Griffin/Las Vegas | Change of ownership and site visit prompted decision to avoid a business relationship with this entity. No orders ever shipped. Entity reported to the DEA. |
| North East | 8813 | Lansdowne Pharmacy | FL0306414 | | Lansdowne | VA | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3, closed account and was reported to DEA. Pharmacist has his Pharmacy license pulled by State of Virginia. |
| North East | 8813 | Lansdowne Pharmacy | FL0306414 | | Lansdowne | VA | 7/15/08 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Edna C Hollerran-Naughton DEA Washington, DC | Level 3, closed account and was reported to DEA. Pharmacist has his Pharmacy license pulled by State of Virginia. |
| North East | 8191 | Levin's Pharmacy | BL3478624 | NY021509 | Oceanside | NY | 3/6/12 | New Customer not accepted for control purchases | N/A | Customer controls stopped by Kinday/Cardinal |
| North East | 8176 | Life Pharmacy | FL1001077 | | New York | NY | 1/3/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Mr Joseph Brown Diversion Investigator DEA 211 South Boulevard Ave Maple Shade, NJ 08052                Letter sent 1/4/2012 | Three doctors were 50% of the control scripts and not in the same borough as the store.                Dr Schiller Desgroties, Dr Tomasito Virey and Dr Dante Cubangbang |
| North East | 8176 | Life Pharmacy | FL1001077 | | New York | NY | 1/3/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Joseph R. Brown Diversion Investigator DEA        211 South Boulevard Ave Maple Shade, NJ 08052 | Three doctors were 50% of the control scripts and not in the same borough as the store.                Dr Schiller Desgroties, Dr Tomasito Virey and Dr Dante Cubangbang |
| South | 8195 | Live and Let Live | AL0210168 | PH841 | Miami | FL | 11/7/2011 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Barbara McGrath, Miami DPM | Reported to local DEA office with a follow up letter. |
| West | 8147 | Loma Linda Phcy | BL1312999 | PH44306 | Loma Linda | CA | 4/16/12 | New Customer not accepted for control purchases | Ron Crabtree, Inland Empire GS | New customer application denied due to regulatory review. |

| Region | | Name | | | City | State | Date | Status | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| North Central | 8164 | Lonsingers | BL2466717 | RTP020636650 | Danville | Oh | 6/3/11 | Threshold reduced | Reported to the Columbus office, Jeff Conners, 7/27/11 | Reduced the threshold and got a commitment from the owner to limit fills to the county in which he resides. |
| South | 8195 | Lutz Pharmacy | FL1811656 | PH24384 | Lutz | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North East | 8176 | Manor Pharmacy | AM8423080 | | New Castle | DE | 2/3/12 | Threshold reduced | | Reduced from 177,400 to 60,000 Oxycodone |
| South | 8115 | McGee's Pharmacy | BM7522837 | n/a | Baton Rouge | LA | Jul-'11 | Other - explain in the commnents section | | MMS--discontinued because of mix/low sales; erratic owner behavior |
| South | 8148 | Medical Plaza Pharmacy | AJ2074615 | n/a | North Charleston | SC | May-'10 | Level 3 - Pending investigation | | when we detected that he was filling for Florida docs, we questioned and warned that we would be reporting to DEA; he closed and sold out to CVS immediately thereafter |
| South | 8195 | Medical Plaza Pharmacy | FM1239183 | PH23782 | Ft. Lauderdale | FL | 7/31/2011 | Threshold reduced | | 40K-->15K; multiple visits Mahoney, Cox--received DEA subpoena May-'11; Florida HB 7095 |
| South | 8195 | Medical Plaza Pharmacy of Plantation | FM1239183 | PH23782 | Plantation | FL | 11/7/2011 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Barbara McGrath, Miami DPM | Reported to local DEA office with a follow up letter. |
| North Central | 8183 | Medicine and Healthcare | BM8854653 | | Ellisville | Mo | 5/23/12 | No control purchases by customer | On May 23,2012 I informed Diversion Program Manager Collier of the decision to stop selling controls to this acct. | for CSMP reasons related to out-of-state scripts etc |
| South | 8148 | Medicine Center Pharmacy | BM5868267 | n/a | Atlanta | GA | Sep-'10 | No control purchases by customer | | discontinued because of ratio/low sales |
| South | 8195 | Medicine Shoppe Tampa | FN0840303 | PH23296 | Tampa | FL | 11/20/2011 | Threshold reduced | N/A | During visit customer remarked that with advent of PDMP, he didn't need as much oxycodone |
| South | 8126 | Mike's Pharmacy | AM7415587 | | Tracy City, TN | TN | 1/31/12 | Constructive disengagement of secondary per VPGM | N/A | |
| South | 8126 | Modern Drug of Bayou Le Batre | BM2472570 | n/a | Bayou Le Batre | AL | Feb-'09 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Pat Millier, Birmingham Group Supervisor | Level 3; reported to DEA; filling for Houston docs-- DEA expired |
| North Central | 8132 | Mykals Discount Phcy | FM1772739 | 5301009264 | Detroit | Mi | 01/28/2011 | Customer terminated due to legal action / criminal action | na | closed due to DEA raid. |
| North Central | 8132 | Mykals Discount Phcy #2 | FM2299887 | 5301009423 | Detroit | Mi | 01/27/2011 | Customer terminated due to legal action / criminal action | na | closed due to DEA raid. |
| North East | 8176 | Northeast Pharmacy | FN0841418 | | Philadelphia | PA | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 2, Dr Werther was reported to DEA. Dr and Pharmacist arrested 20 months later |
| North East | 8176 | Northeast Pharmacy | FN0841418 | | Philadelphia | PA | 1/8/00 | Level 3 - Suspicious / Reported to DEA/control sales suspended | DEA Agent Stephen Dougherty | Level 2, Dr Werther was reported to DEA. Dr and Pharmacist arrested 20 months later. Account closed. |
| West | 8147 | NuCare | RN0272322 | 3995 | Orange | CA | 11/1/10 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Michael Lewis/ LA | Tier Three that we stopped supplying with controls and were reported to the DEA |
| North East | 8176 | Olde Philly Pharmacy | BO9638113 | | Philadelphia | PA | 2/3/12 | Threshold reduced | | Reduced from 73,500 to 40,000 Oxycodone |
| West | 8147 | Pathways | FC1878113 | ph02590 | SoCal | NV | 2/16/11 | No control purchases by customer | Jayne Griffin/Las Vegas | Customers to which controlled substance thresholds were reduced or supplies were discontinued due to business decision. |
| North East | 8176 | Pharmacy of America | FP1390397 | | Philadelphia | PA | 2/3/12 | Threshold reduced | | Reduced from 104,400 to 40,000 Oxycodone |
| West | 8131 | Platte Valley Phcy | FP0340353 | 690 | Brighton | CO | 5/21/12 | No control purchases by customer | Dan McCormick | All controlled substance shipments are suspended. Reveived a call from the local DEA investigator alerting us that this account had surrendered their DEA license. |
| South | 8195 | PRX/Borinquen | BP4710403 | PH13731 | Miami | FL | 2/3/2012 | Threshold reduced | N/A | |
| North Central | 8144 | Rand Phcy | na | na | Des Plaines | IL | 2008/09 | New Customer not accepted for control purchases | na | IL was a prospect in 2008/2009 and we chose not to do business with them based on information about another pharmacy the owner had in Salt Lake City called Roots Pharmacy |
| South | 8115 | Rayford Pharmacy | FR2384559 | n/a | Houston | TX | Mar-'11 | Other - explain in the commnents section | | MMS--discontinued because of mix/low sales |
| West | 170 | Red Mountain Phcy | FR1381362 | Y005142 | Mesa | AZ | 6/19/12 | New Customer not accepted for control purchases | Jeff Morgan/Phoenix | Customer application denied based on regulatory review. |
| South | 8195 | Red Parrot Distribution | | 22:20190 | Tampa | FL | 10/31/2011 | New Customer not accepted for control purchases | N/A | |
| North East | 8176 | Renaissance Pharmacy | FR0704040 | | Claymont | DE | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 3, closed account and was reported to DEA and arrested 15 months later |
| North East | 8176 | Renaissance Pharmacy | FR0704040 | | Claymont | DE | 2/9/09 | Level 3 - Suspicious / Reported to DEA/control sales suspended | DEA Agent Phillip Reed | Level 3, closed account after visiting and seeing that many scripts coming from Dr Wong. Customer was reported to DEA and arrested 15 months later |
| South | 8195 | Robert's Drug Store | n/a | PH18895 | Miami | FL | 4/30/2011 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8195 | Robert's Drug Store #2 | n/a | PH17042 | Miami | FL | 4/30/2011 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8195 | Robert's Drug Store #3 | n/a | PH17820 | Miami | FL | 4/30/2011 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8195 | Robert's Drug Store #4 | n/a | PH21474 | Miami | FL | 4/30/2011 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |

| Region | Acct | Pharmacy | DEA # | State # | City | State | Date | Action | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| North East | 8813 | Rockville Pharmacy | FR1486340 | | Rockville | MD | | Level 3 - Suspicious / Reported to DEA/control sales suspended | | Level 2, reduced account, then closed account and reported Dr Ziscovici to DEA. Dr was arrested and had License pulled by State Medical Board of Virginia. |
| North East | 8813 | Rockville Pharmacy | FR1486340 | | Rockville | MD | 3/10/10 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Walter Staples Group Supervisor Washington DC | Level 2, reduced account, then closed account and reported Dr Ziscovici to DEA. Dr was arrested and had License pulled by State Medical Board of Virginia. |
| South | 8126 | Rodgersville Discount Pharmacy | BR2913108 | n/a | Rodgersville | AL | Jul-'11 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Pat Millier, Birmingham Group Supervisor | Level 3; reported to DEA; filling for Florida docs--still open |
| South | 8195 | Royal Rx Pharmacy Inc | BR8806614 | PH20046 | Tampa | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North East | 8772 | Rx BlueStar | BR9624847 | PP481538 | Evan City | PA | 4/1/11 | New Customer not accepted for control purchases | n/a | We declined to sign up as a Closed Door Pharmacy |
| South | 8195 | Sample Square Pharmacy | FN1282968 | PH23936 | Pompano Beach | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Susan Langston 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Miami and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North Central | 8132 | Sav Max Pharmacy | BS9578519 | 5301008294 | Detroit | Mi | 10/05/2010 | Level 3 - Termination of customer | na | level 3 lowered oxycodone and hydrocodone, ultimately customer closed due to lack of confidence in their processes |
| South | 8195 | Scripts R Us Pharmacy | n/a | PH24176 | Titusville | FL | 11/30/2010 | New Customer not accepted for control purchases | | review of practice, data, RSM discussion led MCK not to open |
| South | 8195 | Seven Hills Pharmacy | FL0164638 | PH22497 | Sping Hill | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North Central | 8132 | Six Mile Pharmacy | FS2233447 | na | Detroit | mi | 2/282009 | Level 3 - Termination of customer | Mr. Wayne Groves 2/9/11 | Michigan BOP seized materials and attempted action but the license remained valid. Decision was made to end our association for general poor practices on the customer's part. |
| North East | 8176 | Squire Pharmacy | BS7624249 | | Springfield | PA | 10/7/08 | No control purchases by customer | Ms Julianne Dunphy DEA Philadelphia | DEA pulled their control license. Still a customer just no controls. |
| South | 8126 | Stacey Drugs | BS8485282 | | Foley, AL | AL | 1/31/12 | Constructive disengagement of secondary per VPGM | N/A | |
| North East | 8176 | Stanton Discount Pharmacy | AS6054972 | | Stanton | DE | 2/3/12 | Threshold reduced | | Reduced from 102,500 to 40,000 Oxycodone |
| South | 8195 | Sunrise Pharmacy | BA9106320 | n/a | Sunrise | FL | 7/31/2011 | Threshold reduced | | 75K-->30K; Florida HB 7095 |
| North East | 8120 | Super Aid Pharmacy | BS9352131 | N/A | Rich Creek | VA | 2/19/13 | No control purchases by customer | Enrique Cancel, DEA Group Supervisor, Drug Enforcement Agency, Richmond District Office, 111 Greencourt Road Richmond, VA 23228 | • Manufacturer denying charge backs due to high volumes and multiple distributors<br>• High Controls to standard Rx %<br>• Other WD cutting off for high percentages of controls<br>• % of cash sales high<br>• Does not meet the minimum requirements required of Good Pharmacy Practices<br>• Practice types providing scripts, etc.<br>• Litigation<br>  o Dispensing for physician who has a consent decree with the Board of Pharmacy<br>  o PIC/Owner - Fined and had to undergo a comprehensive physical and mental exam. This was the result of fraudulent prescriptions PIC wrote.<br>• Other WD cutting them. |
| South | 8195 | Tampa Express | FT1900895 | n/a | Tampa | FL | 5/31/2011 | Other - explain in the commnents section | | MMS--discontinued because of mix/low sales |
| North Central | 8132 | Taylor Discount Pharmacy | FT0126183 | | Taylor | Mi | 1/30/13 | No control purchases by customer | On 2/5/13 I informed Diversion Program Manager Geldhof of the decision to no longer sell controls to this acct. I also emailed Michael Wissel at the State BOP | For CSMP reasons related to internal processes. |
| South | 8195 | The Medicine Shop Trinity | FG0536132 | PH22864 | Trinity | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North Central | 8183 | The Medicine Shoppe | BR7456040 | 2001019642 | Belton | MO | 3/1/08 | Other - explain in the commnents section | On Feb 20, 2008 I spoke to Joe Myer local dea who directed you to talk to Judy Williams group supervisor for the Kansas city dea division | This was when a pharmacist was filling scripts for patients at a nursing home that had passed away and charging it to the insurance company.It was in the hands of the DEA already, we cut off their controls right away and then closed the acct. |
| North Central | 8183 | The Medicine Shoppe | BH 4603406 | | Eureka | Mo | 5/23/12 | No control purchases by customer | n May 23,2012 I informed Diversion Program Manager Collier of the decision to stop selling controls to this acct. | for CSMP reasons related to out-of-state scripts etc |
| South | 8195 | The Right Pill | FT1368910 | PH24018 | Pompano Beach | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Susan Langston 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Miami and a letter was drafted and sent to Miami Acting DPM 3/21/12. |

| Region | Acct # | Name | DEA # | State Lic | City | State | Date | Action | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| South | 8195 | The Right Pill Boca | FT1738371 | PH24257 | Boca Raton | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Susan Langston 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Miami and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| North Central | 8132 | Total Care | FT1187500 | 5301009018 | Oak Park | Mi. | 07/14/2011 | Customer terminated due to legal action / criminal action | local office discussed this with the DC on or around 7/14/2011 | closed due to DEA investigation |
| North Central | 8132 | United Pharmacy I | FU 1799468 | | Garden City | Mi | 8/28/12 | No control purchases by customer | On August 28 2012 I informed Diversion Program Manager Geldhof of the decision to no longer sell controls to this acct. I also emailed Michael Wissel at the State BOP | For CSMP reasons related to fraud. |
| North Central | 8132 | United Pharmacy II | FU2195964 | | Dearborn | Mi | 8/28/12 | No control purchases by customer | On August 28 2012 I informed Diversion Program Manager Geldhof of the decision to no longer sell controls to this acct. I also emailed Michael Wissel at the State BOP | For CSMP reasons related to fraud. |
| West | 8147 | Valley West Med Phcy | FV0713013 | 48957 | Alhambra | CA | 9/4/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Marlon Whitfield, Los Angeles GS/9/4/12 | All controlled substance shipments are suspended. Call made to the local DEA in Los Angeles and a letter was drafted and sent 9-5-12. |
| South | 8195 | Valrico Pharmacy | FJ1284241 | PH23823 | Brandon | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| South | 8195 | Value Rx, LLC | FV1979244 | PH24382 | Brandon | FL | 3/21/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Roberta Goralczyk 3/21/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 3/21/12. |
| West | 8147 | Vernon Central Phcy | BV3992799 | PH20017 | Los Angeles | CA | 4/16/12 | Other - explain in the commnents section | Marlon Whitfield, Los Angeles GS | Threshold for promethazine with codeine was reach. Physician's Assistant was noteworthy on volume per month. Customer did not receive and increase and PA was reported to the DEA. |
| North East | 8176 | Verree Pharmacy | BV1068546 | | Philadelphia | PA | 2/3/12 | Threshold reduced | | Reduced from 109,300 to 70,000 Oxycodone |
| South | 8195 | VH Pharmacy | AV6332441 | PH6012 | Miami | FL | 12/20/2011 | Threshold reduced | N/A | |
| West | 8147 | Wellcare II | FW1294898 | PH02288 | Las Vegas | NV | 10/1/11 | Other - explain in the commnents section | Jayne Griffin/Las Vegas | Thresholds capped. Customer terminated business relationship and went to competitor. |
| West | 8147 | Westcliff Compounding Phcy | FW2500432 | PHY50599 | Newport Beach | CA | 7/20/12 | New Customer not accepted for control purchases | Mike Lewis | Customer application denied based on regulatory review. |
| West | 8182 | Westside Plaza Phcy | BW7566170 | PHY45161 | Modesto | CA | 8/1/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Penny Korte/Sacramento Field Office | All controlled substance shipments are suspended. Call made to the local DEA in Sacramento and a letter was drafted and sent 8-1-12. |
| West | 8147 | WhiteCross | BB8426264 | PH00503 | Las Vegas | NV | 7/1/10 | New Customer not accepted for control purchases | Jayne Griffin/Las Vegas | Customer was denied service after initial review of business. Reported to the DEA. |
| South | 8195 | Winn-Dixie Pharmacy #2273 | BW6090017 | PH16245 | Casselberry | FL | 4/23/2012 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Susan Langston 4/23/12 | All controlled substance shipments are suspended. Call made to the local DEA in Tampa and a letter was drafted and sent to Miami Acting DPM 4/23/12. |
| North East | 8120 | Woodbridge Pharmacy | FW2202517 | N/A | Woodbridge | VA | 1/16/13 | Level 3 - Termination of customer | Ms. Linda Staller, Diversion Program Investigator, Richmond District Office 111 Greencourt Road Richmond, VA 23228 | Manufacturer denying charge backs due to high volumes and multiple distributors • Not meetings the minimum requirements required of Good Pharmacy Practices • High Controls to standard Rx % |
| West | 8170 | Xpress Care Phcy #4 | FX2412322 | 5332 | Phoenix | AZ | 6/19/12 | New Customer not accepted for control purchases | Jeff Morgan/Phoenix | Customer application denied based on regulatory review. |
| South | 8165 | Raney Drug | BR8526886 | 11412 | Idabell | OK | 9/1/09 | | N/A | Customer closed account due to McKesson not increasing hydro threshold requests. |
| South | 8115 | Med-Rite | BM7421251 | | Houston | TX | 10/24/12 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Ltr sent to DPM Latimore dated 10/12/12 | |
| South | 8115 | Super Script Pharmacy | FS2256356 | 27097 | Houston | TX | 10/1/11 | Other - explain in the commnents section | | Customer was terminated because of small order volume with mostly controls. |
| South | 8149 | Lanning Discount | FL1826671 | 1819 | Lawrenceburg | TN | 8/10/12 | Other - explain in the commnents section | | Low volume acct we could no longer support their business model as well as sole purchases of controls from McKesson. |
| South | 8149 | Dale Hollow | FD2546197 | 3817 | Celina | TN | 8/23/12 | Threshold reduced | | Low volume acct that no longer supported oxy, alprazolam and hydro. |
| South | 8149 | TCR Reduction prometh and codiene (see TCR approved by DRA 07/31/12) | Various | | Various | | 7/31/12 | Threshold reduced | | Prometh and codiene decreases after review of previous season purchases for 204 accts. |
| South | 8149 | Dale Hollow | FD2546197 | 3817 | Celina | TN | 10/31/12 | Other - explain in the commnents section | | Low volume acct we could no longer support their business model as well as high % of control purchases. |
| South | 8149 | Clay County Express | FC2576796 | 4868 | Celina | TN | 10/31/12 | Other - explain in the commnents section | | Low volume account we could no longer support their business model as well as high % of control purchases. |

| Region | | Name | DEA # | Acct # | City | State | Date | Action | Contact | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| South | 8149 | Marion Discount | AM722176 | AR09385 | Marion | AR | 10/31/12 | Other - explain in the commnents section | | Low volume acct we could no longer support their business model as well as high % of control purchases. |
| South | 8149 | The Prescription Shop | ? | 00609/01.1 | Carthage | MS | 2/25/13 | Other - explain in the commnents section | | Low volume acct; purchases from McKesson were as secondary acct; we could no longer support their business model as well as high % of control purchases. |
| South | 8149 | Bradley Drug | AB3470426 | 912 | Nashville | TN | 10/26/12 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy. |
| South | 8149 | Bulk TCR Reduction (see TCR approved by DRA 07/31/12) | Various | | | | 7/31/12 | Threshold reduced | | 50% reduction in all thresholds for 8 accts; RSM's working to move accts over to primary. |
| South | 8149 | TCR cut off controls (see TCR appr by DRA 07/31/12) | Various | | | | 7/31/12 | Other - explain in the commnents section | | Controls cut off of 9 low volume accts and/or where McKesson is secondary acct with no plan to move over to primary. |
| South | 8149 | Plaza Pharmacy | BS3914214 | 119 | Nashville | TN | 2/6/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30 and alprazolam. |
| South | 8149 | The Wellness Pharmacy | BT7485166 | 3712 | Antioch | TN | 1/25/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30, hydro and alprazolam. |
| South | 8149 | Southside Drug | AS5549134 | 1150 | Springfield | TN | 2/6/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30, hydro and alprazolam. |
| South | 8149 | Professional Arts Pharmacy | BP4271677 | 3010 | Hermitage | TN | 1/25/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy, hydro and alprazolam. |
| South | 8149 | Springfield Drugs | AS6964135 | 1148 | Springfield | TN | 1/25/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30 and alprazolam. |
| South | 8149 | Pharmacare Prescriptions | BP6944044 | 3598 | Mt. Juliet | TN | 1/25/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30. |
| South | 8149 | Greenbriar Pharmacy | BG9638137 | 4225 | Greenbriar | TN | 1/25/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30. |
| South | 8149 | Bradley Drug | AB3470426 | 912 | Nashville | TN | 1/25/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for alprazolam. |
| South | 8149 | Bulk oxy 30 reduction (see TCR approved by DRA 2/8/13) | Various | | | | 2/14/13 | Threshold reduced | | Reviewed 4 mo purchase history and set threshold accordingly for oxy 30 for 178 accts. |
| west | 8182 | High Street Pharmacy | FH0605507 | 48720 | Oakland | CA | 4/18/13 | Level 3 - Termination of customer | Rica Rachut/Oakland Field Office | All controlled substance shipments are suspended. Call made to the local DEA in Oakland and a letter was drafted and sent 4-18-13. |
| South | 8165 | SMA Pharmacy #20 | FS0794291 | Unk | Mansfield | TX | 4/25/13 | Level 3 - Termination of customer | DPM Lisa Sullivan/Dallas FD | DEA notified McKesson that the customer surrendered registration |
| South | 8165 | SMA Pharmacy #10 | FS0794277 | Unk | Dallas | TX | 4/25/13 | Other - explain in the commnents section | DPM Lisa Sullivan/Dallas FD | DEA notified McKesson that customer had surrendered their registration at the SMA #20 store, thus all of their accounts were suspended while due diligence was conducted |
| South | 8165 | SMA Pharmacy | FS0040927 | Unk | Mansfield | TX | 4/25/13 | Other - explain in the commnents section | DPM Lisa Sullivan/Dallas FD | DEA notified McKesson that customer had surrendered their registration at the SMA #20 store, thus all of their accounts were suspended while due diligence was conducted |
| South | 8165 | Wynnewood Village Pharmacy | FW2061240 | Unk | Dallas | TX | 4/25/13 | Other - explain in the commnents section | DPM Lisa Sullivan/Dallas FD | DEA notified McKesson that customer had surrendered their registration at the SMA #20 store, thus all of their accounts were suspended while due diligence was conducted |
| South | 8165 | A&C Discount Pharmacy | FA1592650 | Unk | Cedar Hill | TX | 4/25/13 | Other - explain in the commnents section | DPM Lisa Sullivan/Dallas FD | DEA notified McKesson that customer had surrendered their registration at the SMA #20 store, thus all of their accounts were suspended while due diligence was conducted |
| South | 8149 | Allied Health Sterling | FA2204989 | Unk | Melbourne | AR | 4/25/13 | Level 3 - Lowered threshold | NA | DC approval to lower threshold due to non-use. |
| North Central | 8132 | LA PHCY 1298 | FL3613913 | Unk | DEARBORN | Mi | 5/1/13 | Level 3 - Termination of customer | On May 1 2013 I informed Diversion Program Manager Geldhof of the decision to no longer sell controls to this acct. I also emailed Michael Wissel at the State BOP | For CSMP reasons related to fraud. |
| North Central | 8132 | UNITED PHARMACY 1098 | FU3205805 | unk | Ann Arbor | Mi | 5/1/13 | Level 3 - Termination of customer | On May 1 2013 I informed Diversion Program Manager Geldhof of the decision to no longer sell controls to this acct. I also emailed Michael Wissel at the State BOP | For CSMP reasons related to fraud. |
| West | 8147 | City Centre Pharmacy | FC3463116 | PH02854 | Las Vegas | NV | 5/10/13 | Level 3 - Termination of customer | Jayne Griffin/Las Vegas | All controlled substance shipments are suspended. Call made to the local DEA in Las Vegas and a letter was drafted and sent 5-18-12. |
| South | 8165 | Bailey, James/WC INT | AB7193597 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Farish, Kent/WARREN | AF2168551 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Hill, Riley/WC 256 | AH3180902 | Unk | Broken Arrow | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Mizell, James/Intern | AM5568108 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Roman, Vincent/WC | AR2602301 | Unk | Jenks | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Burghart, Francine | BB2424391 | Unk | Sand Springs | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Brown, Terry/WC ST | BB4828705 | Unk | Stillwater | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Dutton-Gaddis, Jone | BD3285497 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Fincher, Stephen/WC | BF2905810 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Hauger, Robert/WC | BH4103381 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |

| Region | Code | Name | ID | Unk | City | State | Date | Status | Contact | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| South | 8165 | Haas, Frances/WC | BH5035729 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Herbel, Randall/WC | BH5460263 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Khouw, Andrew/End | BK1202833 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Reinking, Richard/WC | BR1328865 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Coulter, Michele/WC | BS4679722 | Unk | Tulsa | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| South | 8165 | Barnes, Sharon/WC | BB5471747 | Unk | Owasso | OK | 5/2/13 | Threshold reduced | NA | DRA lowering of threshold due to non-use. |
| North East | 8176 | Costco #329 | BC8164597 | unk | Ocean | NJ | 4/4/13 | Level 3 - Suspicious / Reported to DEA/control sales suspended | Mr Joseph Fontana Diversion Investigator DEA 211 South Boulevard Ave Maple Shade, NJ 08052 | All controlled substance shipments are suspended. Letter was drafted and sent 4-5-13. Customer had ordered a months supply on first day of the month of oxy 30mg. |
| North East | 8176 | Costco #329 | BC8164597 | unk | Ocean | NJ | 4/12/13 | Threshold reduced | Mr Joseph Fontana Diversion Investigator DEA 211 South Boulevard Ave Maple Shade, NJ 08052 | Customer had thresholds reduced by53% on Oxy 30mg.  DRA met with Costco Reg Mgt to review doctors they were filling scripts for. |
| South | 8195 | Palm Plaza Pharmacy HM | FB2465323 | unk | Tampa | FL | 5/15/13 | Threshold reduced | NA | DC lowering of threshold due to non-use |
| South | 8195 | Rx to You Pharmacy | FR2785105 | unk | Stuart | FL | 5/15/13 | Threshold reduced | NA | DC lowering of threshold due to non-use |
| South | 8195 | The Drug Shoppe Inc | BT8461167 | unk | Tampa | FL | 5/15/13 | Threshold reduced | NA | DC lowering of threshold due to non-use |
| North Central | 8164 | Pharma 1 | na | unk | Columbus | Oh | 4/3/12 | New Customer not accepted for control purchases | Reported to the Columbus office, Jeff Conners, 4/12 | Declined to take on business after a visit and internet search produced a less than comfortable feeling that the owner was dedicated to diversion prevention and clean processes. |