# EXHIBIT 48

**Customer Name:**
**McKesson Sales Representative:**
**McKesson DC:**

**Questionnaire completed:**
**Affidavit signed:**
**Regulatory Review:**

**Approved:**
**Regional Director Regulatory Affairs**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# *Pharmacy Questionnaire*

The following information is to be completed by Pharmacy owner and McKesson Sales Representative during on-site evaluation.

☐ New Customer     ☐ Existing Customer – New Location

## I. *General Information & Licensing*

a. Pharmacy Name:
   DBA ___ (if name differs from Corporate name)

b. Pharmacy Address:

c. Phone: ___ Fax:

d. Pharmacy email address:

e. Pharmacy License (Include all states in which licensed)

| State | License # |
|---|---|
|  |  |
|  |  |
|  |  |

f. DEA Registration number:

   i. Does address on registration match pharmacy actual address?
      ☐ Yes  ☐ No

g. Pharmacist Licenses
   Pharmacist-in-charge (PIC)   (List all states pharmacists licensed)

Owner is PIC ☐

| Name | State | License # |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Pharmacists

| Name | State | License # |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## II. Ownership/Business History

a. Owner Information (complete only if owner differs from PIC)
   Owner(s) name: _____
   DBA:
   Address:
   Phone:

b. Ownership type:
   ☐ Sole Proprietor
   ☐ Corporation, if so State
   ☐ Partnership

c. Number of years owner has operated pharmacy

d. Owner operates additional pharmacies ☐ Yes ☐ No

| Pharmacy Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

e. History. Please provide explanation below for any Yes answers.

   i. Has pharmacy ever had DEA license suspended or revoked?
      ☐ Yes ☐ No
   ii. Has pharmacy ever had a state license suspended or revoked?
      ☐ Yes ☐ No
   iii. Has pharmacy owner ever had a DEA license suspended or revoked at this location or any other location?
      ☐ Yes ☐ No
   iv. Has any pharmacist ever had their state license suspended or revoked and/or been disciplined by any regulatory agency?
      ☐ Yes ☐ No
   v. Does the pharmacy have any other registration (wholesale, repackage)?
      ☐ Yes ☐ No
   vi. Does pharmacy ship into any states it is not licensed for?
      ☐ Yes ☐ No

vii. Has any previous wholesaler ceased shipping or restricted purchases of controlled substances?
☐ Yes ☐ No

Explanation:

### III. *Business Information*

a. List wholesale distributors used in last 24 months

| Wholesaler | Primary | Secondary |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

b. How does pharmacy receive business, please list percent %
Walk-in
Phone
Fax
Internet

c. Is the pharmacy affiliated with an Internet Website or have it's own site?
If yes, web address

d. Does pharmacy download and fill prescriptions from a website?
If yes, web address

e. Pain Management Clinics
   i. Does pharmacy provide direct service to or does it receive significant business from Pain Management Clinics?
   ☐ Yes ☐ No   If yes, %

| Name of Pain Management Clinics | Address | Prescribers Name |
|---|---|---|
|  |  |  |
|  |  |  |

    f.  Does pharmacy service nursing homes, Long Term Care or hospice facilities?
☐ Yes ☐ No

    g.  Is pharmacy located with in a medical center or clinic?
☐ Yes ☐ No

    h.  Is this a closed door pharmacy?
☐ Yes ☐ No

    i.  Does pharmacy regularly fill prescriptions written by out of state providers?
☐ Yes ☐ No

## IV. *Purchasing Information*

    a.  Total Estimated Monthly Purchases $

    b.  Purchase breakdown:
Rx % ___ (including listed chemicals and controlled substance)
Controlled Substance %
Listed chemical %
Non-Rx (OTC/HBA/DME) %

    c.  Prescriptions filled per day ___ per month

    d.  Method of payment to the pharmacy:
Private Insurance %
Medicare/Medicaid %
Cash %
Other %

## V. *Controlled Substance Purchases*

    a.  Estimate dose units (tablets/capsules) <u>dispensed per month</u> for each of the following Controlled Substances. Total of all brand and generic for the base items.
Hydrocodone ___        Phentermine
Oxycodone ___          Methadone
Alprazolan

    b.  If any of the above is greater than 5000 dose units please provide information to support purchase levels.

Explanation:

## VI. Physical Inspection

a. General description of pharmacy and surrounding area in which business is located, include condition of the pharmacy.

b. General description of pharmacy customers.

c. Does pharmacy have adequate security?

Photograph pharmacy outside and inside include front entrance, pharmacy interior, pharmacy counter.

McKesson Sales Representative                                Owner/Pharmacist
_____                                 _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                           MCKMDL00494353