# EXHIBIT 49

| | |
|---|---|
| **From**: | McDonald, Tom [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=TOM MCDONALD] |
| **Sent**: | 1/19/2011 7:03:27 PM |
| **To**: | Gustin, Dave [dave.gustin@mckesson.com]; Dominguez, Jeni [jeni.dominguez@mckesson.com]; Bohlinger, John [john.bohlinger@mckesson.com]; Boness, Matt [matt.boness@mckesson.com]; Clearwater, Bob [bob.clearwater@mckesson.com]; Duvall, Ron [ronnie.duvall@mckesson.com]; Falco, Duncan [duncan.falco@mckesson.com]; Glover, Jeffrey [jeffrey.glover@mckesson.com]; Harrop, Brett [brett.harrop@mckesson.com]; Hunley, Larry [larry.hunley@mckesson.com]; Kleinow, Todd [todd.kleinow@mckesson.com]; Kramer, Jake [jake.kramer@mckesson.com]; Schrick, Todd [todd.schrick@mckesson.com]; Vital, Ruben [ruben.vital@mckesson.com]; Escalante, Ed [ed.escalante@mckesson.com]; Marshall, JeffL [jeffl.marshall@mckesson.com]; Post, Mike [mike.post@mckesson.com]; McDonald, Tom [tom.mcdonald@mckesson.com] |
| **Subject**: | West Region Discussion Regarding ServiceFirst Customer Interaction in Support of CSMP |
| **Location**: | 877-684-9625 # pass 825255 |
| **Start**: | 1/25/2011 6:00:00 PM |
| **End**: | 1/25/2011 6:30:00 PM |
| **Show Time As**: | Busy |
| | |
| **Required Attendees**: | Gustin, Dave; Dominguez, Jeni; Bohlinger, John; Boness, Matt; Clearwater, Bob; Duvall, Ron; Falco, Duncan; Glover, Jeffrey; Harrop, Brett; Hunley, Larry; Kleinow, Todd; Kramer, Jake; Schrick, Todd; Vital, Ruben; Escalante, Ed; Marshall, JeffL; Post, Mike |

When: Tuesday, January 25, 2011 11:00 AM-11:30 AM (GMT-07:00) Mountain Time (US & Canada).
Where: 877-684-9625 # pass 825255

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Call topic; National expansion of the Service First Threshold Warning Report Calls


*       Discuss current status of SerrviceFirst (SF) related to customer contact
*       Our ongoing effort to standardize regulatory practices
*       Staffing involved with regulatory support
*       Training completed with the SF support team.
*       Regional differences related to CSMP customer communication.
*       Successes and learnings from previous rollouts of the North East, South East, and North Central Regions
*       The need for consistency in the CSMP program.
*       SF makes the fact finding call; they do not make any decisions regarding the increase. That still happens only after due diligence.

The SOP for SF has been made and distributed to the DRA team.

 <<CSMP Pilot Program SOP.pdf>>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                          MCKMDL00518329