PSJ3

Exhibit 677

Highly Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

-   -   -

|  |  |  |
|---|---|---|
| IN RE:  NATIONAL | : | HON. DAN A. |
| PRESCRIPTION OPIATE | : | POLSTER |
| LITIGATION | : | |
|  | : | |
| APPLIES TO ALL CASES | : | NO. |
|  | : | 1:17-MD-2804 |
|  | : | |

- HIGHLY CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

-   -   -

July 19, 2018

-   -   -

Videotaped deposition of
MICHAEL ORIENTE, taken pursuant to
notice, was held at the law offices of
Weitz & Luxenberg, 700 Broadway, New York
New York, beginning at 9:01 a.m., on the
above date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

-   -   -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 547

1    placed the order above their threshold,

2    true?

3            A.    Yes.

4            Q.    And so if pharmacy X,

5    Miller's Pharmacy on Main Street in

6    Cleveland, Ohio, breached their

7    threshold, you're getting ahold of

8    Miller's Pharmacy on Main Street in

9    Cleveland, Ohio, that ordered over their

10   threshold.  Right?

11           A.    Yes.

12           Q.    But if a big chain like CVS

13   breaches their threshold, the call went

14   to their corporate headquarters, their

15   regulatory department, their oversight

16   department.  Correct?

17           A.    Yes, I believe that's how it

18   worked.

19           Q.    So if a CVS store in Idaho

20   places an order above their threshold,

21   you are calling Providence, Rhode Island.

22   You are calling the corporate office with

23   respect to that Level 1 --

24                 MS. HENN:  Objection to

Page 548

1          form.

2    BY MR. KENNEDY:

3          Q.    -- to find out what's going

4    on in Idaho, correct?

5                MS. HENN:  Objection to

6                form.

7                THE WITNESS:  Right.

8                Because they had -- they perform

9                their own due diligence internal

10               regulatory review.

11   BY MR. KENNEDY:

12         Q.    Okay.  I'm going to write

13   that down.  I got a paper.

14               MS. ROZMAN:  We're going to

15               mark as MCK Oriente 574.

16               MR. KENNEDY:  I'm going to

17               put that up please.

18                  (Document marked for

19               identification as Exhibit

20               MCK-Oriente-574.)

21   BY MR. KENNEDY:

22         Q.    So these national chains,

23   the big customers, the CVS, they do their

24   own due diligence, they've got their own

Page 549

1    regulatory department, correct?

2          A.    Yes.

3          Q.    And CVS, now that's a

4    customer that you're doing over

5    $10 billion worth of business with,

6    right?

7                MS. HENN:  Objection to

8          form.

9                THE WITNESS:  Again, sir, I

10         don't know the exact dollar amount

11         that McKesson does with each

12         chain.

13   BY MR. KENNEDY:

14         Q.    Let me ask you, sir, real

15   simple question.

16               If you're going to rely upon

17   somebody like CVS to do the due

18   diligence, you want to make sure they are

19   doing a good job, don't you?

20         A.    We want to make sure they

21   are following the requirements

22   established for them, yes.

23         Q.    I mean that's -- you've got

24   to make sure.

Page 550

1        A.     Yeah, we -- yes.

2        Q.     Sir, in 2010, do you

3   understand CVS paid a $77 million penalty

4   in California, do you know that?

5        A.     In California, I was not

6   aware.  I knew they did in Florida have

7   some stores.  But I wasn't aware of

8   California.

9              MR. KENNEDY:  505, please.

10        5005.

11             MS. ROZMAN:  Identified as

12        MCK --

13             MR. KENNEDY:  5 -- yeah,

14        5005.

15             MS. ROZMAN:  MCK Oriente

16        535.

17             (Document marked for

18        identification as Exhibit

19        MCK-Oriente-535.)

20   BY MR. KENNEDY:

21        Q.    Here's -- this is from the

22   New York Times.  "CVS to pay penalty in

23   methamphetamine case," 2010, New York

24   Times.