PSJ3

Exhibit 678

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF OHIO

 3                       EASTERN DIVISION

 4

 5

 6   ****************************

 7   IN RE:

 8   NATIONAL PRESCRIPTION OPIATE    MDL NO. 2804
     LITIGATION
 9
     This document relates to:      Case No. 17-MD-2804
10
     All cases                      Hon. Dan A. Polster
11   ****************************

12            HIGHLY CONFIDENTIAL - SUBJECT

13           TO FURTHER CONFIDENTIALITY REVIEW

14               VIDEOTAPED DEPOSITION OF:

15                      RONALD LINK

16                      MOTLEY RICE

17                    55 Cedar Street

18                 Providence, Rhode Island

19            December 11, 2018      9:09 a.m.

20

21

22                  Darlene M. Coppola

23               Registered Merit Reporter

24              Certified Realtime Reporter
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.   It states, "SOM process will include

 2     store controlled substances, orders placed

 3     with CVS warehouses and outside vendors,

 4     Cardinal and McKesson," correct?

 5          A.   Correct.

 6          Q.   So we know from looking at this,

 7     July 8, 2013, that prospectively at least, the

 8     plan was at that time to include outside

 9     vendors, correct?

10          A.   Correct.

11          Q.   And up until that time, outside vendor

12     purchases by CVS pharmacies were not being

13     monitored by CVS; is that correct?

14          A.   Again, I was not -- I'm not aware --

15     I'm not aware that it wasn't.

16          Q.   At least according to the document,

17     that's what it indicates; is that right?

18          A.   Correct.

19          Q.   And these are the same stores that

20     were purchasing narcotics that were for sale

21     retail to the United States public; is that

22     correct?

23          A.   Correct.

24          Q.   And those included class 3 narcotics;
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      is that right?
 2          A.   Correct.
 3          Q.   And those also included class 2
 4      narcotics, correct?
 5          A.   Correct.
 6          Q.   So who, if anybody, was monitoring
 7      those purchases by CVS pharmacies and sales to
 8      the general public, to your knowledge, if
 9      anybody?
10          A.   I'm not aware of who would be
11      monitoring that.
12          Q.   So let's proceed to document 19B.
13
14              (Exhibit No. 19B marked for
15      identification.)
16
17      BY MR. BAKER:
18          Q.   This is an e-mail dated 8/22/14, from
19      Pamela Hinkle to a series of people within
20      CVS.
21              Do you see that?
22          A.   I do.
23          Q.   All right.  You see there where she
24      says that -- it says, "So we will be out of
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.   And so you really have no idea during
 2     the period of time that you were in charge of
 3     the suspicious order monitoring program and
 4     logistics just the extent to which these
 5     outside vendors were providing narcotics to
 6     CVS pharmacies; is that correct?
 7          A.   That is correct.
 8               MR. BAKER:  Let me show you
 9     Exhibit 51.
10
11          (Exhibit No. 51 marked for
12     identification.)
13
14     BY MR. BAKER:
15          Q.   Exhibit 51 is two pages.  The first
16     page is Bates 30892.  The second page is Bates
17     30995.
18               Do you see that?
19          A.   I do.
20          Q.   Okay.  This is a wholesale supply
21     agreement between CVS and Cardinal -- the
22     first page, or the first page of a wholesale
23     supply agreement between CVS and Cardinal
24     dated January 1, 2004, correct?
```