PSJ3

Exhibit 679

# Logistics Planning Update

| Dean Vanelli | Logistics Planning | July 08, 2013 |

|  | Actual | FCST | Variance | % Var FCST | LY | Variance | % Var LY |
|---|---|---|---|---|---|---|---|
| **July MTD (wk 30)** | | | | | | | |
| Volume | 263,000,939 | 265,149,218 | (2,148,279) | -0.81% | 262,248,424 | 752,515 | 0.29% |
| Payroll | 19,726,666 | 19,735,271 | (8,605) | -0.04% | 20,012,776 | (286,110) | -1.43% |
| CPP | 0.0750 | 0.0744 | 0.0006 | 0.77% | 0.0763 | (0.0013) | -1.71% |
| Hours | 892,762 | 883,957 | 8,805 | 1.00% | 915,891 | (23,129) | -2.53% |
| Through Put | 295 | 300 | (5) | -1.79% | 286 | 8 | 2.89% |
| **Year to Date (Jan - July)** | | | | | | | |
| Volume | 2,120,264,281 | 2,143,627,057 | (23,362,776) | -1.09% | 2,154,780,467 | (34,516,186) | -1.60% |
| Payroll | 149,549,265 | 151,167,315 | (1,618,050) | -1.07% | 155,128,663 | (5,579,398) | -3.60% |
| CPP | 0.0705 | 0.0705 | 0.0000 | 0.02% | 0.0720 | (0.0015) | -2.03% |
| Hours | 7,092,680 | 7,169,983 | (77,304) | -1.08% | 7,531,204 | (438,524) | -5.82% |
| Through Put | 299 | 299 | (0) | -0.01% | 286 | 13 | 4.48% |

**P&L / Forecast**
- July 2013 P&L Results (controllable lines)
    - Total P&L $732k Over Forecast
    - Delivery $804k Over Forecast
    - Warehouse Payroll $22k Over Forecast
    - Warehouse Expense $-93k Under Forecast (exclusive of payroll)
- Jan – July 2013 P&L Results (controllable lines)
    - Total P&L $-83k Under Budget
    - Delivery $-2.78m Under Budget
    - Warehouse Payroll $-330k Under Budget
    - Warehouse Expense $3.02m Over Budget (exclusive of payroll)

**Logistics Owns Sales Scorecard (July Preliminary against Forecast)**
- 2    CPP (0.0750 vs. 0.0744)
- 2    Throughput (295 vs.300)
- 3    Cube Per Route (2289 vs. 2280)
- 4    On Time Delivery (99.25% vs. 98.50%)
- 4    Assumed Receipts Gross Pick Accuracy (97.75% vs. 97.50%)
- 4    Front Store Service Level (99.70% vs. 99.50%)
- 1    FS DOS (114.3 DOS vs. 108.5 DOS)
- 4    Rx DOS (60.9 DOS vs. 61.6 DOS)
- 3    Sales (TBD)
- 2.88 July projected; assumes FS DOS score of 1
- 3.28 YTD projection

**Blue Chip Audits**
- All DCs have completed their initial Blue Chip Audit for 2013; audits to be completed twice a year
- Meetings set with each DC (many are already complete) to review audit observations, identify opportunities and develop corrective action plans
- Recap of Blue Chip results to be shared with Logistics Leadership by Mid-August

**CONFIDENTIAL**



CVS-MDLT1-000100362

CVS-MDLT1-000100362

- Gathered valuable feedback on audit to fine tune contents and identify process variation across the network

**SOP Standardization**
- Redesigning Logistics Intranet website to include enhanced Policy and Procedure page
- Cleaned up existing web page to separate SOP's from reference materials; SOPs and reference materials will have their own web page
- Reviewed with Logistics Leadership during Q2 Business Review Meeting
- Partnering with various network experts and internal resources to review and update SOP content
- Will set meeting with Logistics Leadership to review final web site design, content and to seek additional resources to complete comprehensive review of critical SOPs

**Enhanced Pharmacy Cold Chain**
- New SOPS, processes and supplies used to ship cold chain pharmacy items have been rolled out to all pharmacy distribution centers
- Revised trailer temperature settings based on enhanced cold chain shipment protocol
- Forecasted incremental supply spend in July forecast

**Store of the Future (Path Stores)**
- New item receipt/slotting in Lumberton is 94% complete; awaiting remaining items
- New item receipt/slotting in La Habra is 93% complete; awaiting remaining items
- New item receipt/slotting in Patterson is 88% complete; DC is on plan
- New store in Tulsa, OK is serviced by 3 DCs (NJ –SOF unique items, LA-healthy skin items and EN-normal servicing DC)
    - Damages experienced with heat sensitive items from NJ resulted in moving those 35 items into Ennis
    - DCs supported several unplanned shipments for its executive visit and day one opening to the public.
    - Expect to remove NJ from servicing Tulsa in the next week based on La Habra's receipt status
- Plans in place to support Store Operations change request to deliver layout order week prior to MSD rather than across week 2 of MSD
- Discussions underway regarding Store Operations ultimate request of a special delivery or special markings for SOF product
    - Provided cost to execute and awaiting response from Rich Molchan/Hank Casillas on funding
    - DCs can support either request - No actions will be taken until funding question is resolved
- 2014 store Path Store list is not finalized
- 2013 store list currently No sitting at 65 stores, but could change based on permitting or business decisions

**Downtown Delivery**
- Expanded cart pilot to 23 incremental stores in NYC and Philadelphia is still in progress
- Completed field visits to review pilot expansion
    - Visit highlighted opportunities in store selection as a handful of expansion stores have ability to receive full pallets through backdoor and would not realize full benefit of pilot
    - Partnered with field management and Store Operations to select replacement stores that require on-street front door delivery via hand truck and U-boat
- Completed DC cost analysis
    - $112.91/store/delivery for cart delivery
    - $5,871/store annualized (once a week store)
    - $11,743/store annualized (twice a week store)
    - Initial estimate of 30 hours/week store labor savings ($18,720 savings)
    - Suggests an EBIT favorable proposition of $12,849 for once a week delivery stores and $6,977 annually for twice a week delivery stores
- Waiting finalized Store Benefits Statement to complete business case and review with SCO Governance Team

**Suspicious Order Monitoring**
- Completed and approved SOM mathematical algorithm design
  - Controlled substance orders to pass through 14 algorithm tests
- Received algorithms in SAS code from AGI (consultants)
- IT currently building data feeds and technical infrastructure required to support SOM algorithms
- Received, reviewed and approved algorithms for listed chemicals
  - AGI to pass SAS coding and flow charts to IT by mid-week
- SOM process will include store controlled substance orders placed with CVS warehouses and outside vendors (Cardinal and McKesson), capture state specific requirements and store orders of DEA listed chemicals (PSE/E, acetone, iodine (known Meth precursors))
- Current project timeline
  - Finalize requirements – May 31st - Complete
  - IT build and test –September 20th
  - UAT and Training - October 25th
  - Roll out – November 18th

**Compliance**
- **Redacted - Privilege**

3