PSJ3

Exhibit 680

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
    *************************
 4
    IN RE:  NATIONAL           MDL No. 2804
 5  PRESCRIPTION OPIATE
    LITIGATION                 Case No.
 6                             1:17-MD-2804
    *************************
 7
    THIS DOCUMENT RELATES TO   Hon. Dan A. Polster
 8  ALL CASES
 9  *************************
10
11     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12              CONFIDENTIALITY REVIEW
13       VIDEOTAPED DEPOSITION OF CRAIG SCHIAVO
14
15            Thursday, January 17th, 2019
16                    8:06 a.m.
17
18     Held At:
19         Omni Hotel
20         One West Exchange Street
21         Providence, Rhode Island
22
23  REPORTED BY:
24  Maureen O'Connor Pollard, RMR, CLR, CSR
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.   In 2012, 2013, I don't recall.
 2   BY MR. ELSNER:
 3        Q.   Is it done today?
 4             MS. MILLER:  Same objection, and
 5   object to form.
 6        A.   I'm not familiar with the audit
 7   process and everything that is audited.
 8   BY MR. ELSNER:
 9        Q.   Okay.  It says on Page 8 of the
10   PowerPoint under "DEA Reporting Requirements" at
11   the very top, it says "CVS is obligated to
12   report orders determined to be Suspicious that
13   were placed to our Distribution Centers," and
14   "placed to our distribution centers" is
15   underlined and in bold, correct?
16        A.   I see that it is underlined, and it
17   appears that at least part of it is in bold.
18        Q.   Okay.  And then if you look down to
19   the third bolded item, it reads that "Orders
20   that are placed to an Outside Vendor that we
21   identify as an order deviating from the normal
22   size, frequency, and/or buying pattern and
23   deemed to not be for legitimate purposes or are
24   at the risk of being diverted are not required
```

Highly Confidential - Subject to Further Confidentiality Review

1    to be reported to the DEA."

2          Did I read that correctly?

3          MS. MILLER:  Object to form.

4    A.   That's what it says, but I don't know

5    how we would identify an order placed to an

6    outside vendor deviating from normal size,

7    frequency, but I don't believe that part of our

8    process monitoring specific orders to the OV

9    when they are placed.

10   BY MR. ELSNER:

11     Q.   So I guess my first question is, does

12   CVS have a system in place to monitor the orders

13   that are being placed by its pharmacies, whether

14   from the distribution center or to outside

15   vendors for controlled substances?

16         MS. MILLER:  Object to form.

17     A.   I know that CVS monitors orders of

18   controlled substances.

19   BY MR. ELSNER:

20     Q.   From its pharmacies?

21     A.   From its retail pharmacies.

22     Q.   Okay.  And it monitors them for

23   suspicious size, frequency, is that right?

24         MS. MILLER:  Object to form.