PSJ3

Exhibit 682

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF OHIO

 3                   EASTERN DIVISION

 4                      -  -  -

 5   IN RE: NATIONAL PRESCRIPTION

 6   OPIATE LITIGATION              Case No.

 7                                  1:17-MD-2804

 8   APPLIES TO ALL CASES           Hon. Dan A.

 9                                  Polster

10   Case No. 1:17-MD-2804

11                      -  -  -

12               January 9, 2019

13      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14               CONFIDENTIALITY REVIEW

15             Videotaped deposition of

16   SOPHIA NOVACK, held at 101 Park Avenue,

17   New York, New York, commencing at 9:37 a.m.,

18   on the above date, before Marie Foley, a

19   Registered Merit Reporter, Certified

20   Realtime Reporter and Notary Public.

21                      -  -  -

22            GOLKOW LITIGATION SERVICES

23       877.370.3377 ph | 917.591.5672 fax

24                Deps@golkow.com
```

```
 1      A.    That was --
 2            MR. LAVELLE:  Object to form.
 3            MS. CHARLES:  Object to form.
 4      A.    That was identified as needed
 5  for that store.  That was a prescriber
 6  that was prescribing out of that location.
 7            However, for that store at that
 8  time, we had deemed that it was needed for
 9  an increase for that location.
10            MR. SIMMER:  Move to strike
11     non-responsive.
12      Q.    My question was that volume that
13  you requested the increase from McKesson,
14  was that truly needed?
15            MR. LAVELLE:  Object to form.
16            MS. CHARLES:  Object to form.
17  BY MR. SIMMER:
18      Q.    You requested a 15 percent
19  increase, and the reason for it was
20  because of Dr. Harper.  It was right in
21  that exhibit.
22            Was that truly needed for Dr.
23  Harper's increased utilization?
24            MR. LAVELLE:  Object to form.
```

```
 1                MS. CHARLES:  Object to form.
 2        A.     That increase was needed for
 3   that location.  The information was that
 4   one of the prescribers is Dr. Harper.  So,
 5   we increased the threshold for that
 6   location for that store so that they can
 7   service the patients that are coming
 8   through.
 9        Q.     Ma'am, you're the one that
10   introduced this concept of something being
11   truly needed.
12               In the example we went through
13   earlier today in which numerous patients
14   died of overdoses, was that volume
15   increase that you requested truly needed,
16   yes or no?
17                MR. LAVELLE:  Object to form.
18        Objection; asked and answered.
19        A.     So, that increase was needed for
20   that location and the patients that they
21   were servicing.  Ultimately, those
22   prescriptions were dispensed by a
23   pharmacist for a patient that they deemed
24   had medical need.
```