# PSJ3 Exhibit 683

Highly Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION
 3    IN RE NATIONAL PRESCRIPTION   |   MDL No. 2804
                                    |
 4    OPIATE LITIGATION             |   Case No. 17-MD-2804
                                    |
 5    This Document Relates to:     |   Judge Dan Aaron Polster
                                    |
 6    The County of Summit, Ohio,   |
      et al., v.                    |
 7    Purdue Pharma L.P., et al.    |
      Case No. 17-op-45004          |
 8                                  |
      The County of Cuyahoga v.     |
 9    Purdue Pharma L.P., et al.    |
      Case No. 18-op-45090          |
10                                  |
      City of Cleveland, Ohio v.    |
11    Purdue Pharma L.P., et al.    |
      Case No. 18-op-45132          |
12                                  |
13
                     TUESDAY, JANUARY 22, 2019
14
                               - - -
15
            HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
16
                       CONFIDENTIALITY REVIEW
17
                               - - -
18
            Videotaped deposition of EMILY HALL, held at
19       Foley & Lardner LLP, One Biscayne Tower, 2
         Biscayne Boulevard, Suite 1900, Miami, Florida,
20       commencing at 9:15 a.m., on the above date,
         before Kelly J. Lawton, Registered Professional
21       Reporter, Licensed Court Reporter, Certified
         Court Reporter.
22                             - - -
23              GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Golkow Litigation Services                                    Page 1

```
 1    somebody -- if somebody ordered past their limit --
 2    let's say their limit is 5,000 units.  If a customer
 3    tried to order 6,000 units, is that a suspicious
 4    order?
 5        A.   A customer cannot order past their limit.
 6        Q.   Okay.  And if they attempt to order past
 7    their limit, what happens then?
 8        A.   They can't.
 9        Q.   Does that ever get reported in any system?
10        A.   No.
11        Q.   Does that order ever get referred to the DEA
12    as suspicious?
13        A.   Not that I'm aware of.
14        Q.   What is the purpose of the control limit?
15        A.   It's a comfort level for us to give them a
16    specific quantity for a family based on when we set
17    them up and we did the review on them.
18        Q.   Is the control limit mechanism in which Anda
19    can avoid shipping suspicious orders?
20             MS. KOSKI:  Object to form.
21             THE WITNESS:  Can you please clarify?
22    BY MR. STOLTZ:
23        Q.   Is the control limit purpose to avoid
24    shipping suspicious orders to customers?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      A.   Correct.

 2      Q.   Would that be a suspicious order?

 3           MS. KOSKI:  Object to form.

 4           THE WITNESS:  No.  The limit is set.  So they

 5      cannot go past that limit unless it's requested.

 6 BY MR. STOLTZ:

 7      Q.   Right.  I understand why the limit is set.

 8 The limit is set to prevent pharmacies from ordering

 9 more than their limit, correct?

10      A.   If they attempted -- if they had a 1,000

11 limit family and they attempted to order 100,000,

12 they would not be able to.

13      Q.   They would not be able to?

14      A.   They have a hard stop, yes.

15      Q.   And that would not be reported to the DEA?

16      A.   No.

17      Q.   I'm going to show you what's been marked as

18 Exhibit 7.

19           (Anda - Hall Exhibit 7 was marked for

20 identification.)

21           MR. STOLTZ:  Bates number 137399.

22 BY MR. STOLTZ:

23      Q.   Do you recognize this e-mail from Mary Barber

24 to you?
```