# PSJ3

# Exhibit 685



# American Pain Foundation
### A united voice of hope and power over pain.

Learn ■ Connect ■ Take Action ■ Donate ■ About APF

Sign up to receive our eNewsletter

Go

- **Pain Information**
- **Pain Resource Locator**
- **PainAid Online Support Group**
- **POP Action Network**
- **Exit Wounds – Military/ Veterans with Pain**
- **Newsroom**
- **En Español**
- **Contact Us**
- **Join Us**
- **If You Are In Crisis**

**Search** [search]  Go

## APF Launches Upgraded and Improved Website

Welcome to our NEW website! The upgrades to APF's website, Power Over Pain Action Network (POPAN) microsite and the new Exit Wounds/Military-Veterans microsite include easy to navigate categories: Learn, Connect, Take Action, Donate, and About.  Additionally, the Newsroom, Online Clinical Trials Resource Center, and Resource Locator sections are available.

All pages include integrated search features, easy email and print links, breadcrumbs (access back to previous pages visited) and bookmarking options.

Thank you to everyone who has given us feedback about our website over the years!  Your voices were heard.  APF will continue to add more content and web tools to ensure our members and visitors have the most up-to-date information and tools to learn about pain and advocate for effective pain management.  We encourage everyone to view these new, improved changes and utilize the resources available.

## APF Launches Exit Wounds Website



Exit Wounds is the companion website to the upcoming book, *Exit Wounds: A Survival Gudie to Pain Management for Returning Veterans and Their Families*.  Hundreds of thousands of troops are returning from the wars in Iraq and Afghanistan, many of them in acute pain and facing the possibility of a lifetime of chronic pain.  Written by a wounded Iraq war veteran in collaboration with pain management experts at the American Pain Foundation, *Exit Wounds* and its companion website, offer veterans and their families vital information for their pain journey.  Read an excerpt from the book or visit the website today.

## *Let's Talk Pain* Show Now Available

The *Let's Talk Pain* Coalition, in which APF is a founding member, has created a five-episode, Web-based series called the *Let's Talk Pain* Show. The series was created to help bridge the communication gap that can exist between a person with pain and their health care provider and increase understanding around pain and its management. Click here to view the *Let's Talk Pain* Show or visit the *Let's Talk Pain* Web site at www.letstalkpain.org.

Confidential

JAN-MS-00324305

Case: 1:17-md-02804-DAP  Doc #: 2375-18  Filed: 08/14/19  3 of 3.  PageID #: 389198

## APF Unveils New Booklet: Access Matters



If you have a hard time making sense of health insurance or if you struggle because you don't have adequate coverage, you're not alone. It's important to get organized and play an active role in managing your healthcare and related finances. As part of its commitment to improving access to timely pain management, APF is proud to unveil a new booklet, Access Matters: Making Sense of Health Coverage. This booklet provides general information about: various types of health insurance and programs, things to should consider when comparing health plans, how to protect and get the most from your coverage and resources and tips to advocate for your pain care.

## PainAid Upgrades Chat Room!

We have upgraded our PainAid online community chat rooms. You must register separately for new chats. If you have registered previously, you will be able to log in to discussion boards only. Your previous log in information will not work for the the new chat program. Please register to become a member and log in to future chats. Detailed registration information is available here. PainAid offers regularly scheduled real-time chats on a range of issues, moderated by PainAid staff and volunteers. Special topic chats are featured throughout the year. Please check the schedule for a list of current chats.

**Bookmark/Share This Page:** 



We comply with HONcode standards
for health trustworthy informatison
Verify here

Privacy Policies & Disclaimers | Webmaster

© 2002 - 2009 American Pain Foundation
201 North Charles Street, Suite 710, Baltimore, Maryland 21201-4111
A 501(c)(3) nonprofit organization
Combined Federal Campaign Designation Code: 22290



Confidential

JAN-MS-00324306