PSJ3

Exhibit 686

| | |
|---|---|
| From: | American Pain Foundation |
| To: | Kohn, Robyn [OMJUS] |
| Sent: | 5/11/2009 4:55:53 PM |
| Subject: | May Pain Monitor |

**PAIN MONITOR**
May 2009

Forward to a Friend
Having Trouble Viewing this Email? Click Here

*The Pain Monitor is a monthly electronic publication of the American Pain Foundation. We want to keep you abreast of recent media attention given to topics that are related to pain care or living with pain. Below are links to news articles, feature stories and timely information that have come to our attention. Please pass them along to others who might benefit. We encourage you to send any comments you may have to the authors or publishers directly. Every voice counts when working towards improving pain care in our nation.*

*THE NEWS*



**National Fibromyalgia Awareness Day is May 12th!**
Fibromyalgia is a chronic pain disorder that affects an estimated 6-10 million people in the United States, yet half might not know they have it. In recognition of Fibromyalgia Awareness Day, APF is launching new information, special chats on that day, and other awareness activities, as well as highlighting existing fibro spotlight activities and materials. Click here and join others across the country to raise awareness about fibromyalgia or find out if your pain might be caused by this disorder.

**FDA Will Require Additional Warning Labels on Over-the-Counter Pain Relievers and Fever Reducers**
APF applauds the U.S. Food and Drug Administration final ruling issued on April 29, 2009 that will require manufactures of over-the-counter pain relievers and fever reducers to revise their labeling within one year to include warnings about potential safety risks such as internal bleeding and liver damage, which can be associated with these medications.

**Some Chronic Pain Conditions Should Be Treated as Emergencies**
Pain needs to be taken seriously and severe pain is a medical emergency. Although chronic pain isn't considered an emergent situation, there are pain issues that require immediate treatment.

**Beating Back Pain**
Eighty percent of us have suffered from back pain at one point or another, and anyone who has knows how tough it can be to treat. Consumer Reports just surveyed more than 14,000 people who've suffered from lower back pain to find out which treatments are the most helpful.

**New Tool Differentiates Lower Back Pain Pathology**
Researchers have come up with an improved standardized test for quickly differentiating between neuropathic and non-neuropathic pain in the lower back.

**How to Release the Vise-Grip of Tension Headaches**
Doctors estimate 80% of the population will suffer from a tension headache at some point. They can last from 30 minutes to a week. Women appear to suffer from the headaches more often than men.

**question** — **What Is Pain? What Causes Pain?**
In medicine, pain relates to a sensation that hurts. If you feel pain it hurts and you feel discomfort, distress and perhaps agony, depending on the severity. It might be a throbbing or pulsating pain. The pain could have a pinching sensation, or a stabbing one. Only the person who is experiencing the pain can describe it properly. Pain is a very individual experience.

**Study Shows Anxiety Increases Pain Intensity, Disability**
British researchers writing in The Journal of Pain found that individuals with high levels of anxiety due to chronic pain exhibit more emotional distress and disability, but the use of pain coping strategies can mediate this effect.

**Chronic Ankle Pain May Be More Than Just A Sprain**
New information indicates tendon injuries may be the culprit.



**infant** — **Easy Way to Ease Infant Immunization Pain**
Changing the order in which a standard set of infant immunizations are given may be a simple way to minimize the pain and crying they cause.

**Repeated Virtual Reality Distraction Reduces Pain Perception**
Distraction through virtual-reality technology was found to reduce pain perceptions after repeated exposures in a University of Maryland study published in The Journal of Pain.

**Art Offers Relief to Women with Chronic Health Conditions**
Rural women with chronic health conditions often find relief by knitting, quilting and sewing, says an award-winning student researcher at Montana State University.

*INTERNATIONAL NEWS*

**scotland flag** — **Doctor to Champion Pain Sufferers**
A senior doctor has been appointed to spearhead efforts to improve care for the thousands of Scots who suffer from chronic pain.

*LEGISLATIVE UPDATE*

**Capitol Hill** — National Pain Care Policy Act, S. 660
The American Pain Foundation was recently made aware of a video created by a 19 year old college student in Southern California, Casey Mathews, whose mother has suffered from chronic pain for as long as he can remember. As part of a political science class project, Casey created a video and petition. The petition will be delivered to the U.S. Senate to encourage support and passage of the 2009 National Pain Care Policy Act, S. 660. Watch the video here and then sign the petition here.

*POWER OVER PAIN ACTION NETWORK*

**POPlogo** — **Oregon State Leaders represent APF at the Pain Society of Oregon's 10th Annual Conference**
State leaders, Linda and Dan O'Neal hosted a booth for APF at this event, distributing information and raising awareness about the undertreatment of pain to the many practitioners and patients who attended this two-day meeting. Jennifer Wagner, LPN, BS, a state leader for Oregon and former Executive Director of the Pain Society of Oregon gave the morning keynote address at the conference about ten years of pain management.

**New State Leader Doesn't Hesitate to Take Action**
Hats off to New York State Leader, Denise Coleman, who was welcomed into the Power Over Pain Action Network in April. Denise has already accepted an assignment to speak about self-advocacy, "Celebrate Life: Living Healthy with Sickle Cell Disease," at the Sickle Cell Thalassemia Patients Network's free public forum on May 16th in Brooklyn, NY.

**Alliance Diversity Project**
APF is looking for organizations representing various minority groups to become involved in efforts towards improving pain management. If you know of, or are connected to any organizations you think may be interested, please contact Larrissa Scruggs at lscruggs@painfoundation.org.

*The following provides a correction to the March submission regarding the State of Massachusetts:*

**Massachusetts Adopts Policies to Improve Assessment and Treatment of Pain with Guidance of Power Over Pain Action Network State Leader**
Through state leader Cindy Steinberg's and the Massachusetts Pain Initiative's tireless efforts, the Massachusetts Boards of Registration in Nursing, Physician Assistants, Pharmacy and Dentistry all recently issued Rulings or Policies on the Management of Pain to ensure patient access to appropriate, effective pain assessment and management. Additionally, the Massachusetts Pain Initiative has developed a roll out plan in conjunction with the state Boards to include communication of the Rulings to licensees through professional association newsletters, web sites and publications and continuing education training programs in pain management for healthcare professionals offered around the state by pain management professionals.

*The <u>Power Over Pain Action Network</u> is a project of the American Pain Foundation designed to get the word out about the under treatment of pain and its consequences to the 76.5 million Americans in pain.*

---

**SPOTLIGHT ON PAIN**

*Cancer Pain*

<u>Sleep Ills Make Cancer Pain Worse</u>
Cancer patients having trouble sleeping reported having significantly more fatigue, pain and depressed mood than those who slept well, U.S. researchers said.

*Caregivers* and *End of Life*

<u>Pain Requires Meticulous Attention in Intensive Care Units</u>
Two reviews address the challenges of evaluating and managing pain in critically ill patients.

*Fibromyalgia*

<u>Addiction Medication May Relieve Fibromyalgia Symptoms</u>
A low dose of naltrexone, a drug commonly used to treat alcoholism and drug addiction, is effective in relieving pain and fatigue in some patients with fibromyalgia, researchers from Stanford University School of Medicine have found.

*Military/Veterans*



**NEW! Exit Wounds for Veterans: A Survival Guide to Pain Management for Returning Veterans and Their Families**
by Derek McGinnis, APF Military/Veterans Initiative Advocate, will be available in Fall, 2009. Please <u>read Derek's story</u>.

<u>TBI Screens Need to Get Specific</u>
Inexact post-deployment questions about service members' health are leading to incorrect diagnoses of mild traumatic brain injury, resulting in troops sometimes receiving the wrong medications and inappropriate treatment while other maladies go untreated.

*Shingles/PHN*

<u>Intrathecal Medication Therapy Effective for Painful Post-Herpetic Neuralgia Caused by Shingles</u>
Every year, 200,000 patients in the U.S. develop shingles. The pain from shingles can be excruciating, and the cause might not be immediately evident. Research investigates the efficacy of a surgical pump to deliver medication to patients with post-herpetic neuralgia.

<u>Oxycodone May Reduce Shingles Pain</u>
Small study finds painkiller offered relief, but constipation was problem for some. The side effects of pain medications can be managed.

*Yoga*

<u>Yoga for Pain Management</u>
Living with chronic pain, can be a cause of constant discomfort, with an attack on your reserves of strength, energy, and feelings of well-being. Using Yoga techniques for pain management can help you lead a happier and fuller life. The best techniques for pain management are Yoga breathing, relaxation, and meditation.

---

*SCIENCE & MEDICINE*

## Preventive Drugs Reduce Severity of Menstrual Migraine
Preventive eletriptan (Relpax) and sumatriptan (Imitrex) may reduce the severity and duration of menstrual migraine, researchers here said.

## Pregabalin Effective in Restless Legs Syndrome
Symptoms of restless legs syndrome abated significantly in patients taking pregabalin (Lyrica), with almost complete normalization of sleep patterns, a researcher said here.

## Low-Dose Naltrexone Eases Pain and Fatigue of Fibromyalgia
Low doses of the anti-addiction medication naltrexone may ease fibromyalgia symptoms, according to a small pilot study.

---

*RESOURCES*

## May Is Ehlers-Danlos Syndrome Awareness Month
Ehlers-Danlos Syndrome (EDS) is a heterogeneous group of heritable disorders of connective tissue involving collagen mutations characterized by variable hypermobility issues, skin extensibility and tissue fragility. All types of EDS are under-diagnosed. The lack of adequate diagnosis negatively impacts quality medical care. With improved awareness we can enable sufferers to receive proper care, reducing injury and premature death. To learn more about how you can become involved, please visit the Ehlers-Danlos Syndrome Network C.A.R.E.S. website.

---

*WEBSITE OF THE MONTH*

European Pain Network

## European Pain Network
The European Pain Network combats the inequality in the treatment of pain across Europe and strives to represent and actively support people with pain, raise awareness of their needs and campaign to improve their lives. The website includes a pain manifesto and charter, latest news, map of pain, contacts and links, and special reports.

---

*EN ESPAÑOL*

spine universe

## SpineUniverse en Español: Mantener una Columna Vertebral Sana

Aquí encontrará una gran cantidad de artículos sobre cinco afecciones básicas de la columna vertebral: enfermedad de disco degenerativa, hernia de disco, ciática, esteosis espinal y espondilolistesis. Si sufre dolor de espalda u otros síntomas relacionados con estas afecciones, los artículos le permitirán comprender mejor su dolor y las opciones de tratamieto. SpineUniverse ofrece información sobre síntomas comunes a medicamentos específicos para cada afección.

SpineUniverse offers a wealth of information about basic problems of the spine: degenerative disc disease, herniated discs, sciatica, spinal stenosis, spondylolisthesis and more. Articles about conditions and treatment options are included and there is a "Find a Specialist" online database on the website. The information includes common symptoms to specific medicines for each condition.

---

*VOICES OF PEOPLE WITH PAIN*

## PainAid Online Support

Join our vibrant community and share discussion and your personal stories with others affected by pain. Here you will find: Conference Rooms (regularly scheduled chats on a range of issues); Discussion Boards (threaded message boards on a

broad range of topics); and Ask the Expert feature (pose questions to licensed healthcare professionals). PainAid is staffed by highly qualified volunteers with a range of backgrounds, all of whom either live with chronic pain or care for people who do. Visit PainAid!

Be sure to check out the VOICES section of our website!  New personal stories are added weekly!

---

EVENTS

May 16, 2009
Pain Connection Professional Training
Chronic Pain & Your Practice: Making the Invisible Visible
Silver Spring, MD

May 28-31, 2009
1st International Course on Pain Medicine
Granada, Spain

June 2-3, 2009
2009 Annual Heartland Regional Conference on Aging
Lincoln, NE

June 7-11, 2009
8th International Symposium on Pediatric Pain
Acapulco, Mexico

July 19-22, 2009
Integrative Pain Medicine: Conventional, Complementary and Alternative
Approaches to Relieving Pain and Suffering
San Francisco, California

July 31, 2009
4th Annual Promoting Excellence in Pain Management and Palliative Care for Social Workers
Duarte, CA

October 1-2, 2009
Pharmacy Pain Summit
Edwardsville, IL

October 23-25, 2009
Alliance of State Pain Initiatives 20th Annual Meeting:
Bridging the Gaps in Pain Care
San Francisco, CA

---

*Thank you to our medical/science editor, Peter J. Vicente Ph.D., ABPP.*

---

Share with us how you'd like to get involved and ways you might be able to contribute your voice and skills to our joint efforts by completing our online Advocacy Survey. We welcome your participation and look forward to working with you!

The American Pain Foundation is an independent, nonprofit organization that relies upon private donations to fund its programs, services, and distribution of educational materials. There are millions of people who live with unrelieved chronic pain. If you can help, please make a donation to the American Pain Foundation. For other ways you can support APF's work, please visit our website at www.painfoundation.org.

To make sure you continue to receive our newsletters and alerts, please add editor@painfoundation.org to your address book or approved sender list.

SUBSCRIBE|UNSUBSCRIBE

Privacy Policies & Disclaimers

© 2002 - 2006 American Pain Foundation
201 North Charles Street, Suite 710, Baltimore, Maryland 21201-4111
A 501(c)3 nonprofit organization.
Please contact the Webmaster with questions or comments about this site.

Forward this message to a friend | Change your email preferences

Powered by Convio



Confidential
JAN-MS-00927594