PSJ3 Exhibit 687

JAN-MS-00932379 (Native)

**CONTRIBUTIONS MEETING - September 24, 2009**

Call in # 888-627-7005
Passcode 269647

| # | Charitable Organization | Budget Area | Requested Amount | Most Recent Support | Proposed Donation | Focus for Giving Code | Proposed Donation | Background | Request Detail (if different from proposed donation) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Princeton Outreach Projects | Mercer | 15,000 | 15,000 | 10,000 | LCda | General operating support of two programs: Hunger Prevention and Homeless Prevention | 2009 support ($15,000) for their Food Financial & Advocacy Education Program. 2008 support ($15,000) of same program. | N/A |
| 2 | American Pain Foundation | Pain | 255,000 | 15,000 | 10,000 | TAgi | Funding to print, advertise and distribute book, "Exit Wounds: A Survival Guide to Pain Management for Returning Veterans and Their Families" | May 09: $15,000: Power Over Pain Summit $10,000; Pain Awareness Month $5,000 | N/A |
| 3 | MHA California | Mental Health | 30,000 | 25,000 | 10,000 | TAbi2 | Support efforts to make it easier for people to gain access to mental health services and medications with special emphasis on underserved populations. | 2007 Support for the ACCESS campaign - coalition of all mental health interests to educate policymakers at local and state level on value and need for mental health medications and services ($25,000); 2006 & 2005 - $25,000 to suport same program | N/A |
| 4 | NAMI Ohio | Mental Health | 15,000 | 15,000 | 10,000 | TAbi2 | Support of their project, "Working Together to Ensure Access to Mental Health Medications in Difficult Economic Times" | 2009: $15,000 - support for Project Partnership Phase II 2008: $15,000 support of same project | N/A |
| 5 | NAMI Westside LA | Mental Health | 200,000 | no prior support | 5,000 | TAbii | Production of documentary, "Harm to Self" | NAMI Westside is acting as fiscal agent for Mental Health & Hope, LLC. | N/A |

C:\Users\scluff\Downloads\[JAN-MS-00932379_Confidential.xlsx]7-9-2009