PSJ3

Exhibit 688

## 2010 Schedule for Additional Funding

| | Organization | Amount Given Over A One-Year Period | Amount Requested | Amount Initially Approved | Supplemental Donation | Revised Donation | Purpose of Donation |
|---|---|---|---|---|---|---|---|
| 1 | American Hospice Foundation, Inc. | N/A | 149,757 | 10,000 | 10,000 | 20,000 | Toward Improved Pain Assessment in Persons with Dementia - support the production and dissemination of a self-study toolkit, train-the-trainer manual, "Achieving Best Practices in Palliative Care for Dementia Residents: Steps for Success" |
| 2 | PEI Kids | 7,500 | 15,000 | 9,500 | 5,000 | 14,500 | Support of Comprehensive Juvenile Offenders Outreach program |
| 3 | Habitat for Humanity Raritan Valley | 20,000 | 35,000 | 25,000 | 10,000 | 35,000 | Partner with other J&J companies to sponsor a house in Lambertville, NJ |
| 4 | Middle Earth | 9,000 | 15,000 | 10,000 | 5,000 | 15,000 | Community Youth Center ($5,000) and Outreach Program ($10,000) |
| 5 | Catholic Charities | 20,000 | 40,000 | 25,000 | 5,000 | 30,000 | Support Partners in Recovery partial care program ($15,000), Support Transitional Residential and Supportive Housing services program ($15,000) |
| 6 | American Psychiatric Foundation | 380,000 | 200,000 | 100,000 | 35,000 | 135,000 | Support Typical or Troubled program ($100,000). Support Partnership for Workplace Mental Health program ($35,000) |
| 7 | NAMI National | 300,000 | 360,000 | 230,000 | 15,000 | 245,000 | NAMI Basics ($115,000), NAMI 2011 Campaign for a Better Tomorrow ($130,000) |
| 8 | Greater Trenton Behavioral Healthcare | 25,000 | 24,992 | 20,000 | 5,000 | 25,000 | Support Life Skills Learning Pilot Project |
| 9 | National Council for Community Behavioral Healthcare | 310,000 | 400,000 | 250,000 | 25,000 | 275,000 | Support Primary Care and Behavioral Healthcare Learning Community ($75,000), Behavioral Health Leadership Initiative ($100,000), and Policy Action Center $100,000) |
| | | | | | 115,000 | | |

C:\Users\scluff\Downloads\[JAN-MS-00938504_Confidential.xlsx]Reordered