PSJ3

Exhibit 689

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)



# Vision and Mission

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million <u>supported</u> and <u>supportive</u> members.

2

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# Vision and Mission

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million <u>supported</u> and <u>supportive</u> members.



5

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

JAN-MS-00925643 (Native)

# Advocacy

- **Pain Care Forum**:  A Principal leader of 62 member organization coalition committed to improving federal pain policy

- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates

- **Washington State Advocacy Focus**

- **Principal organization in the newly formed State Pain Policy Action Coalition**

- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**

7

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# Vision and Mission

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million <u>supported</u> and <u>supportive</u> members.



9

JAN-MS-00925643 (Native)

# Advocacy

- **Pain Care Forum**:  A Principal leader of 62 member organization coalition committed to improving federal pain policy
- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates
- **Washington State Advocacy Focus**
- **Principal organization in the newly formed State Pain Policy Action Coalition**
- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**

10

JAN-MS-00925643 (Native)

# Pain Care Forum

- 62 Member organizations representing patients, nurses, pharmacists, doctors, hospice, abuse community, pain education, medical ethics, and pain policy

- Task Forces: a) REMS, B) Acetaminophen, C) Legislative, D) IOM Task Force

  - Each with Action Sub-committees

- **REMS Task Force**: 35 organizations:

  - Created coordinated messaging to the FDA
  - Active presence at public meetings
  - Over 2,500 responses to the FDA Docket
    - APF Public Petition had over **4,000 submissions**
  - 4 sub-committees---Legislative, Congressional Strategy, Messaging, and Data Points

11

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

JAN-MS-00925643 (Native)

# 2 Million Member Means

1.  2 Million people help, information, and support from APF

2.  2 Million people are invited and engaged in Advocacy Actions

3.  2 Million people provide broad base of financial support

JAN-MS-00925643 (Native)

# Pain Care Forum

- 62 Member organizations representing patients, nurses, pharmacists, doctors, hospice, abuse community, pain education, medical ethics, and pain policy
- Task Forces: a) REMS, B) Acetaminophen, C) Legislative, D) IOM Task Force
  - Each with Action Sub-committees
- **REMS Task Force**: 35 organizations:
  - Created coordinated messaging to the FDA
  - Active presence at public meetings
  - Over 2,500 responses to the FDA Docket
    - APF Public Petition had over **4,000 submissions**
  - 4 sub-committees---Legislative, Congressional Strategy, Messaging, and Data Points

14

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# Vision and Mission

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million <u>supported</u> and <u>supportive</u> members.



16

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

17

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# Vision and Mission

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million <u>supported</u> and <u>supportive</u> members.



JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

20

JAN-MS-00925643 (Native)

# Advocacy

- **Pain Care Forum**:  A Principal leader of 62 member organization coalition committed to improving federal pain policy
- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates
- **Washington State Advocacy Focus**
- **Principal organization in the newly formed State Pain Policy Action Coalition**
- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**

21

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# Vision and Mission

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million <u>supported</u> and <u>supportive</u> members.



JAN-MS-00925643 (Native)

# Advocacy

- **Pain Care Forum**:  A Principal leader of 62 member organization coalition committed to improving federal pain policy
- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates
- **Washington State Advocacy Focus**
- **Principal organization in the newly formed State Pain Policy Action Coalition**
- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**

24

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

26

JAN-MS-00925643 (Native)

# Pain Care Forum

- 62 Member organizations representing patients, nurses, pharmacists, doctors, hospice, abuse community, pain education, medical ethics, and pain policy

- Task Forces: a) REMS, B) Acetaminophen, C) Legislative, D) IOM Task Force

  - Each with Action Sub-committees

- **REMS Task Force**: 35 organizations:

  - Created coordinated messaging to the FDA
  - Active presence at public meetings
  - Over 2,500 responses to the FDA Docket
    - APF Public Petition had over **4,000 submissions**
  - 4 sub-committees---Legislative, Congressional Strategy, Messaging, and Data Points

27

JAN-MS-00925643 (Native)

# 2 Million Member Means

1.  2 Million people help, information, and support from APF

2.  2 Million people are invited and engaged in Advocacy Actions

3.  2 Million people provide broad base of financial support

28

JAN-MS-00925643 (Native)



# 2012 to 2016
# STRATEGIC OBJECTIVES

- APF conducted an intense Strategic Planning Process in 2010 and articulated a focus on CAPACITY
- "Capacity" means:  2 million satisfied and engaged members
- 2 million members means:
  - Significantly greater ability to help people in pain
  - Significantly greater advocacy strength
  - Significantly greater and more diversified funding

29

29

JAN-MS-00925643 (Native)

# What Will It Take?

- A smart, scalable and cutting-edge campaign that engages large numbers and speaks directly to the population of people with pain and the public that….

  - Goes OUTSIDE THE BOX
  - Allows their voice to be heard
  - Visibly shows the state of pain care in America
  - Is highly scalable
  - Creates a simple and dynamic resource/support locator (e.g., local support groups)

30

JAN-MS-00925643 (Native)

## So What is "It?"

*The Pain Project*

**www.painproject.org**

*Powered by the APF*

*"The answer to reaching out to and engaging 2 million people."*

JAN-MS-00925643 (Native)



# Core Elements

1. Dynamic "state of care map:"  Interactive blog + mapping software interface allowing anyone to report on barriers that impede access and visibly displays state by state crisis facing PWPs

2. Dynamic "support map:"  Interactive blog, combined with social media (FB, Twitter, Meetups) establishing an interactive portal to connect with local supports

3. Linkage to APF Educational and Support Services utilizing newly established APF Constituent Management Capacity

4. Action oriented engagement: blogs, petitions, story telling, issue advocacy

5. Full engagement of APF Action Network at local levels

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

34

JAN-MS-00925643 (Native)

# 2 Million Member Means

1. 2 Million people help, information, and support from APF

2. 2 Million people are invited and engaged in Advocacy Actions

3. 2 Million people provide broad base of financial support

JAN-MS-00925643 (Native)

# Advocacy

- **Pain Care Forum**:  A Principal leader of 62 member organization coalition committed to improving federal pain policy
- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates
- **Washington State Advocacy Focus**
- **Principal organization in the newly formed State Pain Policy Action Coalition**
- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**

36

JAN-MS-00925643 (Native)

# Pain Care Forum

- 62 Member organizations representing patients, nurses, pharmacists, doctors, hospice, abuse community, pain education, medical ethics, and pain policy
- Task Forces: a) REMS, B) Acetaminophen, C) Legislative, D) IOM Task Force
  - Each with Action Sub-committees
- **REMS Task Force**: 35 organizations:
  - Created coordinated messaging to the FDA
  - Active presence at public meetings
  - Over 2,500 responses to the FDA Docket
    - APF Public Petition had over **4,000 submissions**
  - 4 sub-committees---Legislative, Congressional Strategy, Messaging, and Data Points

JAN-MS-00925643 (Native)

# Advocacy

- **Pain Care Forum**:  A Principal leader of 62 member organization coalition committed to improving federal pain policy
- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates
- **Washington State Advocacy Focus**
- **Principal organization in the newly formed State Pain Policy Action Coalition**
- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**

38

JAN-MS-00925643 (Native)

# Pain Care Forum

- 62 Member organizations representing patients, nurses, pharmacists, doctors, hospice, abuse community, pain education, medical ethics, and pain policy
- Task Forces: a) REMS, B) Acetaminophen, C) Legislative, D) IOM Task Force
  - Each with Action Sub-committees
- **REMS Task Force**: 35 organizations:
  - Created coordinated messaging to the FDA
  - Active presence at public meetings
  - Over 2,500 responses to the FDA Docket
    - APF Public Petition had over **4,000 submissions**
  - 4 sub-committees---Legislative, Congressional Strategy, Messaging, and Data Points

39

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# Principal Educational Efforts

- **Website**: Thousands of pages of educational and support information
- **Publications**: *Treatment Options, Exit Wounds, Is Fibro the Cause, Pain Resource Guide, Bill of Rights, Describa Su Dolor, Pain and Travel Guide, Pain Policy Guide,* a dozen other
- *Pain Community News* and *Pain Monitor*
- *PainSAFE*
- *NIPC*
- *Med Ed*
- *Community Events*
- *Pain Awareness Month Activities*

JAN-MS-00925643 (Native)

# Educational Initiatives (cont)

- "Spotlights On…" Breakthrough Cancer Pain, on Shingles, Military and Veterans Pain, Back Pain, Pain In Older Adults (2012), Migraine Pain (2012)

42

JAN-MS-00925643 (Native)

## TODAY

- For its dimension, our educational, support and advocacy work is positive, helpful and effective
- BUT……the dimensions of the problems to be solved and the numbers of people who need our help far exceed the methods we are employing to achieve success
- Doing business as usual will not produce the results needed to fulfill our vision
- There are at least 2 million potential members out there: How do we reach them and engage them in our mission?



43

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

# 2012 to 2016
## STRATEGIC OBJECTIVES

- APF conducted an intense Strategic Planning Process in 2010 and articulated a focus on CAPACITY
- "Capacity" means:  2 million satisfied and engaged members
- 2 million members means:
  - Significantly greater ability to help people in pain
  - Significantly greater advocacy strength
  - Significantly greater and more diversified funding



45

JAN-MS-00925643 (Native)

# What Will It Take?

- A smart, scalable and cutting-edge campaign that engages large numbers and speaks directly to the population of people with pain and the public that….
  - Goes OUTSIDE THE BOX
  - Allows their voice to be heard
  - Visibly shows the state of pain care in America
  - Is highly scalable
  - Creates a simple and dynamic resource/support locator (e.g., local support groups)

46

46

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)



## Core Elements

1. Dynamic "state of care map:"  Interactive blog + mapping software interface allowing anyone to report on barriers that impede access and visibly displays state by state crisis facing PWPs

2. Dynamic "support map:"  Interactive blog, combined with social media (FB, Twitter, Meetups) establishing an interactive portal to connect with local supports

3. Linkage to APF Educational and Support Services utilizing newly established APF Constituent Management Capacity

4. Action oriented engagement: blogs, petitions, story telling, issue advocacy

5. Full engagement of APF Action Network at local levels

48

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

## Benefits

- A major engagement mechanism to attract and retain members
- A major resource for issue data including numbers,  types of issues, potential advocates and spokespersons
- A major capacity to "get personal and local"
- A major resource for advocacy planning and actions
- Visible place to show the specific policy initiatives of the SPPAC
- Portal to connect each Action Network leader to potential "troops" in their states

50

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

## Outcomes

- A large-scale MOVEMENT to change pain care and policy
- Stakeholder engagement in a way we never have before = an engine for rapid and sustained membership growth
- Leveraging of grassroots, bottom up energy to build the movement, through FB, Twitter, Meetups, etc.
- Integration of core capacities of the APF (e.g., Action Network, CMS, Education and Support Services)
- A public "Storefront" for PWPs to be heard and find support

52

JAN-MS-00925643 (Native)



JAN-MS-00925643 (Native)

