PSJ3

Exhibit 690



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       PPLP004081148

# Legal Terms and Conditions for Using this Program

- **I. COPYRIGHT AND TRADEMARK NOTICES**
  This Program is produced and owned by Purdue *Pharma* L.P. ("Purdue"). The entire content of this Program is fully protected under all applicable copyright and trademark laws. Further printing, copying, redistribution, or publication of any part of this Program is strictly prohibited unless expressly permitted by Purdue in writing.
- **II. RESTRICTIONS ON USING THE CONTENT OF THIS PROGRAM**
  Purdue makes no representations regarding the accuracy or the completeness of the content of this Program. You should not use the information contained herein for determining prescribing practices.
  While Purdue uses reasonable efforts to include accurate and up-to-date information herein, Purdue makes no warranties or representations as to its accuracy. Purdue assumes no liability or responsibility for any errors or omissions in the content of this Program.
- **III. LIMITATION OF LIABILITY**
  Purdue provides the contents of this Program for informational purposes and for your general interest only. By using the Program you hereby agree not to rely on any of the information contained herein. Under no circumstances shall Purdue be liable for your reliance on any such information nor shall Purdue be liable for damages of any kind, including, without limitation, any direct, incidental, special, consequential, indirect, or punitive damages that result from the use of, or the inability to use, the materials in this Program or even if Purdue or a Purdue-authorized representative has been advised of the possibility of such damages.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004081149

# Legal Terms and Conditions
# for Using this Program

- **III. LIMITATION OF LIABILITY (continued)**
  Applicable law may not allow the limitation or exclusion of liability or incidental or consequential damages, so the above limitation or exclusion may not apply to you. In no event shall Purdue's total liability to you for all damages, losses, and causes of action whether the cause of the action is in contract, tort (including, but not limited to, negligence) or otherwise exceed the amount paid by you, if any, for accessing this Program.

- **IV. DISCLAIMER OF WARRANTIES**
  THE MATERIALS IN THIS PROGRAM ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSABLE PURSUANT TO APPLICABLE LAW, PURDUE DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. PURDUE DOES NOT WARRANT THAT THE MATERIALS HEREIN WILL BE ERROR-FREE. PURDUE DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS IN THIS PROGRAM IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

# Legal Terms and Conditions for Using this Program

- Legal Terms and Conditions for Using this Program: Veterans and Pain Care
- This lecture guide and accompanying slides are provided as a professional service by Purdue Pharma L.P., One Stamford Forum, Stamford, Connecticut

© 2011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                          PPLP004081151

## Learning Objectives

- Recall at least two characteristics of the veteran population that may affect pain care or choice of therapy
- Identify primary care and specialty medical resources regarding pain care for veterans
- Understand how to apply Veterans Affairs (VA) guidelines regarding appropriate timing and need for pain consults and referrals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 PPLP004081152

# Veterans Have Significant Issues With Chronic Pain

- Reported by >50% of male Veterans Affairs (VA) patients in primary care
- Most frequent presenting complaint of returning Operation Iraqi Freedom (OIF)/Operation Enduring Freedom (OEF) veterans
- May prove even more prevalent and disabling in present generation of veterans
- Present in >90% of veterans with polytrauma
- Often occurs with cognitive impairment and mental health morbidity after combat trauma

Department of Veterans Affairs, Department of Defense. http://www.healthquality.va.gov/Chronic_Opioid_Therapy_COT.asp. Published May 2010. Accessed October 7, 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       PPLP004081153



Gironda RJ et al. *Pain Med*. 2006;7(4):339–343.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         PPLP004081154

# Combat Veterans May Have Distinct Pain Conditions and Comorbidities

- Traumatic Brain Injury[1]
  - Prevalent in 10% to 20% of OIF/OEF veterans
  - Linked to chronic pain syndromes, particularly headache
  - Even mild TBI is linked to changes in mental health, cognition, communication, social function, sensory processing, sleep
- Polytrauma[2]
  - Multisite and often multisystem injuries
  - Often multiple pain sites and types of pain
- Post-traumatic Stress Disorder[3]
  - Prevalent in 11% to 20% of OIF/OEF veterans
  - Linked to medical issues including chronic pain, depression, alcohol abuse

1. Nampiaparampil DE. *JAMA*. 2008;300(6):711–719.
2. Clark ME et al. *Pain Med*. 2009;10(3):447–455.
3. US Department of Veterans Affairs. http://www.ptsd.va.gov. Updated June 15, 2010. Accessed October 13, 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      PPLP004081155

# Prevalence of Chronic Pain, PTSD, and PPCS (Polytrauma) in Combat Veterans



PPCS=Persistent Postconcussive Symptoms; PTSD=Post traumatic Stress Disorder

Lew HL et al. *Am J Phys Med Rehabil.* 2010;89:437–445.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Mental and Cultural Issues That May Affect Pain Care

- Cultural adjustments to civilian life
    - Changes in self and support network during service
    - Acceptance of wounds and needed modifications of lifestyle
    - Lack of civilian understanding, camaraderie, adrenaline rush, mission, structure
- Changing attitude toward pain (stop and treat pain vs. "push through" it)
- Tendency toward self medication
- Emotional wounds of war
    - Post traumatic stress disorder
    - Depression
    - Anxiety
    - Grief
    - Survivor guilt

McGinnis D et al. *Exit Wounds: a Survival Guide to Pain Management for Returning Veterans and Their Families.* Washington, DC: Waterford Life Sciences; 2009.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004081157

# VHA Has National Pain Management Strategy Objectives to Guide Pain Care

- National scope[1]
  - 23.4 million living US veterans
  - $93 billion VA budget in 2009, $40 billion for health care
- National objectives including the following:[2]
  - Timely and consistent assessment, treatment, outcomes monitoring
  - Inclusion of patients and family in pain care
  - Interdisciplinary, multi-modal approach
- Local resources[1]
  - 153 medical centers, at least one per state
  - >1400 sites of care
- Facility locator: http://www2.va.gov/directory/guide/home.asp?isflash=1

VHA = Veterans Health Administration

1. US Department of Veterans Affairs. www1.va.gov/opa/publications/factsheets.asp. Published January 2009. Accessed October 7, 2010.
2. Department of Veterans Affairs, Veterans Health Administration. VHA directive 2009-053. http://www1.va.gov/PAINMANAGEMENT/docs/VHA09PainDirective.pdf. Published October 28, 2009. Accessed October 7, 2010.

# VA Offers Medical Pain Care Resources in a "Stepped" System

**Primary Care Provider** → 

- Co-management and collaboration
- Physical medicine rehabilitation
- Polytrauma teams
- Pain specialists

→ 

- Pain Rehabilitation Programs Accredited by CARF*
- Advanced Pain Medicine Diagnostics

| Primary Care | Secondary Consultation | Tertiary Interdisciplinary Care |

*CARF=Commission on Accreditation of Rehabilitation Facilities

US Department of Veterans Affairs, Veterans Health Administration. VHA directive 2009-053. http://www1.va.gov/PAINMANAGEMENT/docs/VHA09PainDirective.pdf. Published October 28, 2009. Accessed October 7, 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004081159

# VA/DoD Clinical Practice Guideline: Assessment in the Pain Patient

| Comprehensive Assessment[1] |
|---|
| Pain history and results of previous treatments |
| Impact of pain on family, work, life |
| Review of previous diagnostic studies |
| Additional consultations and referrals |
| Coexisting illnesses and treatments and effect on pain |
| Significant psychological, social or behavioral factors that may affect treatment |
| Family history of chronic pain |
| Collateral or family involvement |

| Symptom Attributes[1] |
|---|
| Duration of symptoms |
| Onset and triggers |
| Location/radiation |
| Co-morbidity |
| Previous episodes |
| Intensity and impact |
| Previous treatment and medications |
| Patient perception of symptom |

Pain assessment should be conducted regularly and consistently considering pain as the "5th Vital Sign"[2]

VA=Veterans Administration; DoD=Department of Defense

1. US Department of Veterans Affairs, Department of Defense. http://www.healthquality.va.gov/Chronic_Opioid_Therapy_COT.asp. Published May 2010. Accessed October 7, 2010.
2. US Department of Veterans Affairs, Veterans Health Administration. VHA directive 2009-053. http://www1.va.gov/PAINMANAGEMENT/docs/VHA09PainDirective.pdf. Published October 28, 2009. Accessed October 7, 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# VA Recommendations for Specialist Referral/Consult

- Advanced pain provider/interdisciplinary pain clinic or program under these conditions:
  - Complex pain conditions or polytrauma
  - Significant medical comorbidities
  - Management requirements beyond the comfort of PCP
- Substance use disorder specialist
  - Refer if behavior suggests addiction
  - Consult if risk or recurrent abuse
- Behavioral health specialty for these conditions:
  - Psychosocial problems or comorbidities
  - Psychiatric disorders/emotional instability
  - Suicide risk
- Neurologist for significant headache
- Occupational health specialist as appropriate

Department of Veterans Affairs, Department of Defense. http://www.healthquality.va.gov/Chronic_Opioid_Therapy_COT.asp. Published May 2010. Accessed October 7, 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004081161

# Veterans Benefits That May Assist in Pain Care

- Medical care
- Caregiver financial support
- Home and care adaptation
- Community-based counseling
  - Assistance with medical referrals
  - Specialized counseling on topics such as readjustment, marriage and family counseling, grief, employment, and alcohol/drug abuse counseling
- Vocational rehabilitation

McGinnis D et al. *Exit Wounds: a Survival Guide to Pain Management for Returning Veterans and Their Families.* Washington, DC: Waterford Life Sciences; 2009.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP004081162

## Case Study: JS

- JS, a 25-yo male Army veteran, was stationed in Iraq
- Presents with chronic back pain and headaches
- Reports difficulty sleeping at night, fatigue and lethargy during the day
- Since his return, JS has been "let go" from two civilian jobs due to absenteeism
- Spouse complains that JS is irritable and moody
- He has no visible injuries from combat



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        PPLP004081163

# Veterans and Pain Care: Summary

- Veterans have a high prevalence of pain and a high prevalence of pain comorbidities[1]
- Veterans may have distinct conditions including TBI, polytrauma, and PTSD, that affect pain care[1]
- Veterans Affairs provides comprehensive pain services and information about pain management[2]
- Veterans may be referred to VA facilities for comprehensive service at any time[2]
- Veterans presenting at community sites may require appropriate referrals for comprehensive care[1]

1. Department of Veterans Affairs, Department of Defense. http://www.healthquality.va.gov/Chronic_Opioid_Therapy_COT.asp. Published May 2010. Accessed October 7, 2010.
2. US Department of Veterans Affairs, Veterans Health Administration. VHA directive 2009-053. http://www1.va.gov/PAINMANAGEMENT/docs/VHA09PainDirective.pdf. Published October 28, 2009. Accessed October 7, 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PPLP004081164

# Key Resources for Veterans and Their Clinicians

- Key VA publications on pain:
  - http://www.healthquality.va.gov/Chronic_Opioid_Therapy_COT.asp
  - http://www1.va.gov/PAINMANAGEMENT/docs/VHA09PainDirective.pdf
- Key web sites for VA information and benefits:
  - http://www.va.gov/ or http://www.va.gov/PAINMANAGEMENT
  - http://www.healthquality.va.gov
  - http://www.vba.va.gov/VBA
- VA phone numbers:
  - Benefits: 1-800-827-1000
  - Health Care: 1-877-222-VETS (8387)
- Selected advocacy sites:
  - http://remind.org
  - http://www.amputee-coalition.org/
  - http://www.painfoundation.org/learn/programs/military-veterans/
- Patient education memoir:
  - McGinnis D et al. *Exit Wounds: a Survival Guide to Pain Management for Returning Veterans and Their Families.* Washington, DC: Waterford Life Sciences; 2009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　PPLP004081165