PSJ3

Exhibit 691

**From:** Thomas, Greg
**To:** Anderson, Bret; Brassil, J P; Bingol, Demir
**Sent:** 1/7/2010 7:54:32 PM
**Subject:** RE: Treating Pain: Arming New Yorkers with Access

Yes

Greg Thomas
Senior Director, State Government Affairs
Endo Pharmaceuticals, Inc.
100 Endo Blvd.
Chadds Fords, PA 19317

**Material Redacted**

Fax: (484) 840-4107
email: thomas.greg@endo.com

*"If you don't define your future, someone else will."*

---

**From:** Anderson, Bret
**Sent:** Thursday, January 07, 2010 12:57 PM
**To:** Thomas, Greg; Brassil, J P; Bingol, Demir
**Subject:** RE: Treating Pain: Arming New Yorkers with Access

Greg

This is the one that we were going to send the DM's Brian Boccaccio and Joe Gaeta, right?

Thanks

Bret

---

**From:** Thomas, Greg
**Sent:** Thursday, January 07, 2010 11:37 AM
**To:** Anderson, Bret; Brassil, J P; Bingol, Demir
**Subject:** FW: Treating Pain: Arming New Yorkers with Access

Bret and JP:

Here is the invite for the program on 1/26/10 in Albany, NY. Please let me know if any of your team will be attending.

Thanks for your continued support!

Greg

Greg Thomas
Senior Director, State Government Affairs
Endo Pharmaceuticals, Inc.
100 Endo Blvd.
Chadds Fords, PA 19317

**Material Redacted**

Fax: (484) 840-4107
email: thomas.greg@endo.com

*"If you don't define your future, someone else will."*

---

**From:** Annette Eyer [mailto:aeyer@cullarigroup.com]
**Sent:** Wednesday, January 06, 2010 4:13 AM
**To:** Bingol, Demir; Thomas, Greg
**Cc:** 'Jenifer Wagner'
**Subject:** RE: Treating Pain: Arming New Yorkers with Access

Here is the actual flyer – please let me know the next steps
Annette Eyer
CULLARI COMMUNICATIONS GROUP
717.433.7109
aeyer@cullarigroup.com
www.cullarigroup.com

---

**From:** Bingol, Demir [mailto:Bingol.Demir@Endo.com]
**Sent:** Tuesday, January 05, 2010 9:52 AM
**To:** Thomas, Greg
**Cc:** Annette Eyer
**Subject:** RE: Treating Pain: Arming New Yorkers with Access

I think having our name on this is fine.  Will need Legal review.

**Demir Bingol**
Sr. Product Director, OPANA® Brand
Endo Pharmaceuticals
100 Endo Blvd.
Chadds Ford, PA 19317

Material Redacted

---

**From:** Thomas, Greg
**Sent:** Tuesday, January 05, 2010 12:32 PM
**To:** Bingol, Demir
**Cc:** Annette Eyer
**Subject:** FW: Treating Pain: Arming New Yorkers with Access
**Importance:** High

Demir:

Please see Annette's questions below related to having our logo or a statement related to Endo on the invite.  What are your thoughts?

Thanks,

Greg

Greg Thomas
Senior Director, State Government Affairs
Endo Pharmaceuticals, Inc.
100 Endo Blvd.
Chadds Fords, PA  19317

Material Redacted

Fax: (484) 840-4107
email: thomas.greg@endo.com

*"If you don't define your future, someone else will."*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-01412624

**From:** Annette Eyer [mailto:aeyer@cullarigroup.com]
**Sent:** Wednesday, January 06, 2010 3:27 AM
**To:** Thomas, Greg; 'Jenifer Wagner'; mgizzi@cullarigroup.com
**Subject:** FW: Treating Pain: Arming New Yorkers with Access
**Importance:** High

Greg – Here is a sample email that I would like to send out through constant contact – I wanted you to review it and also wanted to confirm if you would like Endo's logo on the invitation.  Would you like it to say something like "Program funded in part by Endo Pharmaceuticals"

Thanks
Annette

Annette Eyer
CULLARI COMMUNICATIONS GROUP
717.433.7109
aeyer@cullarigroup.com
www.cullarigroup.com

---

**From:** American Pain Foundation [mailto:aeyer@cullarigroup.com]
**Sent:** Tuesday, January 05, 2010 8:58 AM
**To:** aeyer@cullarigroup.com
**Subject:** Treating Pain: Arming New Yorkers with Access

# American Pain Foundation
## Power Over Pain Action Network

### Treating Low Back Pain: Arming New Yorkers with Access

Military and Veterans Pain Care



**Featured Article**

Exit Wounds: A Survival Guide to Pain Management for Returning Veterans and Their Families today!

by Derek McGinnis, Iraq War Veteran *with* Stephen R. Braun

Dear Annette,

The American Pain Foundation
invites you to attend an informational
briefing on
*Treating Pain: Arming New Yorkers with Access*

**Tuesday, January 26, 2010**

11:30 a.m. - 1:30 p.m.

The Fort Orange Club
110 Washington Avenue

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                          ENDO-OPIOID_MDL-01412625

Hundreds of thousands of troops are returning from the wars in Iraq and Afghanistan, many of them in acute pain and facing the possibility of a lifetime of chronic pain. Written by a wounded Iraq war veteran in collaboration with pain management experts at the American Pain Foundation, Exit Wounds and its companion website offer veterans and their families need-to-know information.

Derek McGinnis is a veteran of the war in Iraq where he served in the Navy as a Corpsman until he was wounded in November of 2004 in Fallujah. He was employed as a Program Support Assistant at the VA in Palo Alto California prior to becoming the Amputee Advocate for the Amputee Coalition of America. He has a BS in Health Care Administration, is pursing a Masters Degree in Social Work, and is a competitive athlete. He lives with his wife and two sons in Waterford, California.

Albany, NY 12210

*Understanding the Clinical Challenge of Treating Low Back Pain*
**Dr. Charles E. Argoff,** Professor of Neurology, Albany Medical College Director, Comprehensive Pain Center, Albany Medical Center, Albany, New York

**Patient Perspective: Accessing Pain Care**
**Denise Coleman,** New York Resident, Power over Pain Action Network Leader

**Special Issues: Military and Veterans Pain Care**
*Patricia Bruckenthal, PhD, RN, ANP-C, Gold Star Mother*

*Clinical Associate Professor, Stony Brook University School of Nursing
New York Resident, Power over Pain Action Network Leader*

**Derek McGinnis Story**
Author of Exit Wounds, A Survival Guide to Pain Management for Returning Veterans and Their Families

**Low Back Pain/Policy Regulatory Issues and Opportunities in New York**
**Will Rowe, CEO,** *American Pain Foundation*

Please RSVP to Annette Eyer, aeyer@cullarigroup.com or 717.433.7109

### Who Suffers from Chronic Low Back Pain?

Chronic low back pain is among the most common chronic pain syndromes, affecting men and women equally. If left untreated, it can cause unnecessary suffering and upset a person's life at home and on the job. The good news is that a wide range of treatment options are readily available to successfully reduce or manage this type of pain.

Chronic low back pain frequently affects people in their prime working years and, as a result, it is the single largest cause of lost work days and lost income. It also accounts for more than 25 percent of all workers' compensation claims, with a great cost to society. Additionally, while studies show that many sufferers do not seek medical attention, chronic low back pain remains a primary reason for hospital and physician office visits.

http://www.stoppain.org/pain_medicine/content/chronicpain/lowbackpain.asp

---

**Forward email**
Safe Unsubscribe
This email was sent to aeyer@cullarigroup.com by aeyer@cullarigroup.com.
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
American Pain Foundation | 201 North Charles Street | Baltimore | MD | 21201

Email Marketing by 

**THIS IS A TEST EMAIL ONLY.**
This email was sent by the author for the sole purpose of testing a draft message. If you believe you have received the message in error, please contact the author by replying to this message. Constant Contact takes reports of abuse very seriously: if you

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-01412626

wish to report abuse, please forward this message to abuse@constantcontact.com.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.125/2600 - Release Date: 01/04/10 19:35:00


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.432 / Virus Database: 270.14.125/2600 - Release Date: 01/04/10 19:35:00

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              ENDO-OPIOID_MDL-01412627