# PSJ3 Exhibit 692

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
 5   -----------------------------x   MDL No. 2804
 6   IN RE: NATIONAL PRESCRIPTION  ) Case No.
 7   OPIATE LITIGATION             ) 1:17-MD-2804
 8   APPLIES TO ALL CASES          ) Hon. Dan A. Polster
 9   -----------------------------x
10         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                   CONFIDENTIALITY REVIEW
12
          VIDEOTAPED DEPOSITION OF ELIZABETH T. TATUM
13
                        WASHINGTON, D.C.
14
                   TUESDAY, DECEMBER 11, 2018
15
                          9:27 A.M.
16
17
18
19
20
21
22
23
24   Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     Lippe.
 2          Q    How do you spell Lippe?
 3          A    Lippe, L-I-P-P-E.
 4               Perry Fine.  Lynn Webster.  Scott
 5     Fishman.  Jerome Schofferman.
 6          Q    Did you say Jerome?
 7          A    Jerome.
 8          Q    And the last name was?
 9          A    Schofferman.
10               That's -- that's all I remember.
11          Q    Do you recall whether David Haddox was
12     on the board of the AAPM during the time frame
13     that you were employed at AAPM?
14          A    Yes, he was on the board.
15          Q    Do you recall the names of any other
16     persons who were on the board of directors at AAPM
17     during the time frame that you were at AAPM?
18          A    No.
19          Q    Can you tell me how a member of the AAPM
20     got a position on the board of directors?
21               MS. VICARI:  Objection to form.
22               THE WITNESS:  There was a nominating
23     committee, and then there was a vote by the
24     members.
```

Highly Confidential - Subject to Further Confidentiality Review

1  companies that are listed here, does this mean
2  that they provided funding to AAPM?
3           A     Yes.
4           Q     And does --
5           A     To support this specific program.
6           Q     And does the -- at the top where it says
7  "Four Star Diamond," does that mean that they
8  would have paid more money than the next line, the
9  diamond?
10          A     Yes.
11          Q     And do you recall what the distinction
12 was between the different levels that are set out
13 here?
14          A     No, I don't remember the dollar amount.
15          Q     If an entity provided funding for this
16 conference, do you know if there was a level --
17 another level that they wouldn't have appeared on
18 the brochure?
19          A     I don't remember.
20                MS. BAISCH:  All right.  I'm going to
21 take a break.
22                THE VIDEOGRAPHER:  The time is 12:23
23 p.m.  We're going off the record.
24                (Recess.)