# EXHIBIT 52

| From: | Walker, Donald [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=743A9CA9] |
|---|---|
| Sent: | 5/8/2007 12:04:24 AM |
| To: | Fragie, Jack [jack.fragie@mckesson.com]; Dolan, Anthony [anthony.dolan@mckesson.com]; Reins, Janelle [janelle.reins@mckesson.com]; Thompson, Sam [sam.thompson@mckesson.com]; Bissler, Ed [ed.bissler@mckesson.com]; Catton, Rex [rex.catton@mckesson.com]; McKenna, Ned [ned.mckenna@mckesson.com] |
| Subject: | Lifestyle Drugs |

Jack and RNA Team: I wanted to advise you of a new process we have put into place in all DC's to monitor "Lifestyle Drugs"  that are the focus of DEA related to internet pharmacies and other diversion. Beginning May 1 the DC's will get a report daily that identifies any customer/registrant who has purchased a monthly accumulative dosage quantity that exceeds 8000 dose units of any of the following generic base drugs

Hydrocodone
Oxycodone
Phentermine
Alprazolam

The new process will require that the first time a customer exceeds that dose unit level we conduct a due diligence to ascertain if the basis of the those order quantities is justified. We have run the complete report for April and as would be expected many RNA customers had purchases for one of more of those drugs which exceeded the 8000 dose units. The facilitate the due diligence we need to conduct I want to go to the headquarters of the respective customers and obtain conformation that their pharmacies are dispensing these drugs based on prescriptions they receive. This will avert every DC calling the individual pharmacy. DEA does not view Natl Chains as the issue but in order to fulfill our commitment to DEA we need to conduct the diligence

What  I would like to do is get on a call with all of you very soon and go over this process with you and then arrange contact with headquarters who can provide the affirmation we need for our records. I ma not sure if you have a regularly scheduled call within the next week, if not I need to schedule one- perhaps this Friday. This is a rapidly moving issue which was accelerated by the ABC suspension last week

Please let me know

Don

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00535364