# EXHIBIT 56

| | |
|---|---|
| **From:** | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> |
| **Sent:** | Mon, 7 Aug 2017 09:03:24 -0400 (EDT) |
| **To:** | "Ross, Paul" <PRoss@amerisourcebergen.com> |
| **Subject:** | Emailing: BOD CS TPs 8.10.17 (8.6.17) Final |
| **Attachments:** | BOD CS TPs 8.10.17 (8.6.17) Final.docx |

After more tweaks over the weekend.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                    ABDCMDL00273269

ABC's Diversion Control Program

Please let me provide you with a brief history of ABC's Diversion Control Program, especially in light of the current opioid epidemic facing the US and the implication from the media that Distributors are lacking controls.

The Controlled Substance Act (CSA), passed in 1970, is the statute establishing U.S. drug policy for the storage and distribution of controlled substances as stipulated in the Code of Federal Regulations and enforced by the Drug Enforcement Administration (DEA).

Primarily:

1) You must have a DEA Distributor Registration to distribute controlled substances;
2) You can only distribute controlled substances to a DEA registered location;
3) You must have adequate controls in place to prevent diversion: cages vaults, alarms, background checks, etc.; and
4) You must have a system to identify suspicious orders, and report those orders to DEA when discovered.
    - These requirements have gone unchanged for the past 45+ years as the CS Distribution Industry operations and technology has changed by leaps and bounds.

ABC and before the merger in 2001, Amerisource & Bergen Brunswig, have always had programs in place to prevent diversion and report suspicious orders. In fact one of my first tasks when I started at Bergen 28 years ago, was to review and report suspicious orders to DEA.

**In 1997** – ABC (Bergen) voluntarily working with DEA Field Offices and Washington DC, revamped its Order monitoring program to account for the individual pharmacies purchasing levels by volume.  Prior to 1997 all pharmacies were included in one peer group; so smaller pharmacies purchases were compared to the volume of large pharmacies.  (When ABC was formed in 2001- ABC adopted the Bergen system)

**In 2007** –working with DEA as the result of the suspension of our Orlando DEA Registration for sales practices to Internet Pharmacies, ABC enhanced its program once again by: 1) creating a Diversion Control Group; 2) developing a comprehensive customer due diligence process; 3) Creating individual peer groups to adequately compare pharmacies purchases to like pharmacies; and 4) completely changed the order monitoring process to include **holding** and **not shipping** any order that exceeded that pharmacies' peer group threshold.

ABC was the first company in the Industry to implement a SO Hold; which is now the standard in the Industry and a component for every distributor's SOM program.  Prior to our implementation of the SO hold, suspicious orders were reported after they had been shipped. Orders are shipped at night, so SO's would not be identified until the next day.

**In 2014** – ABC voluntarily (without participation or input from DEA, as DEA had stopped communicating with Industry at this point),  enhanced its Program once again, focusing on data analytics of the order monitoring process to better identify outliers; established a formalized documentation process; and added specialized Personnel; which brings me to introducing David May…Sharon & DEA Investigators

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00273270