# EXHIBIT 59

sent via facsimile

April 20, 2001

**CONFIDENTIAL**

Patricia Millier, Group Supervisor
Drug Enforcement Administration
Diversion Control
1880 Regal Row
Dallas, TX 75235

**In Re: Bergen Brunswig Drug Company, Dallas – Suspicious Order Reporting**

Dear Ms. Millier:

Pursuant to our telephone conversation on April 19, 2001, the parameters for the excessive purchase generated from our Dallas Distribution Center has been modified.   In the past, the monthly threshold for reporting suspicious customer orders to your office was 300 % or 3 times the normal monthly ordering pattern of the customer.  Per your instruction, I have changed the threshold limit to 600% or 6 times.  You will now be notified via fax when a customer of our Dallas Distribution Center places an order that exceeds their normal monthly ordering pattern by six times.

I will continue to work with you to ensure our suspicious order reporting system is satisfactory to your requirements.  If you have any questions or need any additional information, please do not hesitate to contact me directly at 714/385-4268.

Sincerely,


Greg Madsen
Risk Management Department
Bergen Brunswig Corporation