# EXHIBIT 60

**Divisional Possible Suspicious Control Order Monitoring**

Query GBCONT.SQ2 will be ran nightly after End-of-Day by DP to generate a Possible Suspicious Order report. Report will be forwarded to Operations Manager for review (eventually will be turned over to DEA Coordinator). GBCONT.SQ3 also runs every Sunday night to capture Friday's sales.

Each reported item will be reviewed for suspicious quantity. If an item is viewed to be a Possible Suspicious Quantity, the customer and item information will be forwarded to Eric Cherveny at CSRA for his review. After reviewing, each full report will be forwarded to our local DEA Agent and Eric Cherveny at CSRA for review.

Report criteria searches for tab/caps only:

All 'C2' 'C3' 'C4' 'C5'
AND size > 100
AND qty > 5
OR
All 'C2' 'C3' 'C4' 'C5'
AND size = 100
AND qty > 95

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

03/15 May. 17. 2007 3:53PM AmerisourceBergen Corp. Orlando CORP          No. 0619   P. 2

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO              4312
        CONNECTION TEL                    4073337056
        CONNECTION ID
        ST. TIME              03/15 12:59
        USAGE T               00'46
        PGS. SENT                4
        RESULT                OK
```

**2100 Directors Row, Orlando FL 32809**
PHONE : 407-856-6239
FAX: 407-856-8720

**AmeriSourceBergen
Corporation
Orlando Division**

# Fax

| To: Barbara Boggess | From: Greg Brown |
|---|---|
| Fax: 407-333-7056 | Pages: 4 |
| Phone: 407-333-7046 | Date: |
| Re: | CC: |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315975

May. 17. 2007  3:53PM    AmerisourceBergen Corp. Orlando                    No. 0619   P. 3

AmerisourceBergen                                                          CSRA Form 19

## Suspicious Order Reporting Cover Letter

### AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL 32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date: 3-15-07

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL 32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your ¬¬ncy.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                                    March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        ABDCMDL00315976

ABDCMDL00315977

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

No. 0619   P. 4

AmerisourceBergen Corp. Orlando

May. 17. 2007  3:53PM

```
                    Give to Greg Brown

QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . FLAQRY

FILE          LIBRARY      MEMBER      FORMAT
B25D0060      STARFIL046   B25D0060    CO
B25D004       STARFIL046   B25D004     CR

DATE . . . . . . . . 03/15/07
TIME . . . . . . . . 04:41:04

Possible Excessive Control Orders in Header File
```

03/15/07  04:41:04                                                                                          PAGE   1

| IC | "INBR" Item Number | Desc Name | ISTQ | IUST | IFCD | IUSQ | CAIQ ALLOC Qty | "CUNO" CUSTOMER NAME | CUST Number | CITY | DEA# | "CORD" Order Date | "CORT" Order Time |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| C3 | 288357 | DIDREX | 50 | MG | | TAB | 500 | 24 | 46-022392 | ALLSCRIPTS, INC GROUND | LIBERTYVILLE | RA0110065 | 107/03/14 | 12:21:56 |
| C3 | 288357 | DIDREX | 50 | MG | | TAB | 500 | 120 | 46-022392 | ALLSCRIPTS, INC GROUND | LIBERTYVILLE | RA0110065 | 107/03/14 | 12:21:56 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | | TAB | 100 | 72 | 46-005736 | BENAK, INC | TAMPA | BB8134570 | 107/03/14 | 19:54:10 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | | TAB | 500 | 8 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/14 | 7:55:20 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | | TAB | 500 | 6 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/14 | 17:00:29 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | | TAB | 100 | 48 | 46-007054 | HEPZIBAH, INC | TAMPA | BH8636598 | 107/03/14 | 18:23:17 |
| C4 | 206409 | LORAZEPAM | 0.5 | MG | | TAB | 500 | 6 | 46-020263 | HOPE HOSPICE | FORT MYERS | BHH627481 | 107/03/14 | 17:48:07 — E.C. |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | | TAB | 100 | 144 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/14 | 17:11:21 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | | TAB | 500 | 8 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/14 | 17:03:13 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | | TAB | 500 | 6 | 46-004077 | MAYHUGH'S DRUGS INC | GREEN COVE SPRING | AM4954384 | 107/03/14 | 17:05:52 |
| C4 | 638486 | CLONAZEPAM | 1 | MG | | TAB | 500 | 6 | 46-000299 | MIAMI BEHAVORIAL HLTH CTR | MIAMI | AA9172800 | 107/03/14 | 17:11:18 |
| C4 | 549931 | ALPRAZOLAM | 1 | MG | | TAB | 1000 | 24 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | | TAB | 500 | 60 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C4 | 527333 | TEMAZEPAM | 30 | MG | | CAP | 500 | 6 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | | TAB | 500 | 48 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C4 | 631994 | DIAZEPAM | 2 | MG | | TAB | 1000 | 6 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C4 | 633297 | DIAZEPAM | 5 | MG | | TAB | 1000 | 12 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C3 | 137428 | ACETAMIN/COD | 300/ | 60MG | | TAB | 500 | 6 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C3 | 396453 | ASCOMP W/CODE | S/F | A/F | | CAP | 500 | 6 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C4 | 267914 | CLONAZEPAM | 2 | MG | | TAB | 1000 | 6 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C4 | 792325 | DIAZEPAM | 10 | MG | | TAB | 1000 | 24 | 46-051011 | OPTIMA RX PHARMACY | TAMPA | BO8569521 | 107/03/14 | 12:52:51 |
| C2 | 650663 | METHADONE | 10 | MG | | TAB | 100 | 60 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/14 | 20:22:15 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | | TAB | 500 | 6 | 46-049124 | PHARMERICA, INC. | LONGWOOD | BP5703788 | 107/03/14 | 15:40:22 |
| C2 | 008370 | METHADONE HCL | 10 | MG | | TAB | 100 | 72 | 46-085308 | RAV-BAL, INC, DBA THE RXS | MADEIRA BEACH | BR9085514 | 107/03/14 | 19:47:08 |
| C2 | 008370 | METHADONE HCL | 10 | MG | | TAB | 100 | 3 | 46-085308 | RAV-BAL, INC, DBA THE RXS | MADEIRA BEACH | BR9085514 | 107/03/14 | 19:47:08 |
| C2 | 324196 | HYDROCOD/APAP | 7.5/ | 750 MG | | TAB | 500 | 4 | 46-132324 | REBEL DIST CORP/PED O/N | THOUSAND OAKS | RR0241050 | 107/03/13 | 19:36:09 |
| C2 | 324196 | HYDROCOD/APAP | 7.5/ | 750 MG | | TAB | 500 | 6 | 46-132324 | REBEL DIST CORP/PED O/N | THOUSAND OAKS | RR0241050 | 107/03/13 | 19:36:09 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | | TAB | 500 | 10 | 46-132324 | REBEL DIST CORP/PED O/N | THOUSAND OAKS | RR0241050 | 107/03/13 | 19:36:09 |
| C2 | 656157 | ENDOCET | 5/ | 325MG | | TAB | 100 | 12 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/14 | 18:19:19 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | | TAB | 100 | 14 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/14 | 18:19:19 |
| C2 | 505701 | METHADOSE | 40 | MG DSP | | TAB | 100 | 18 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/14 | 18:19:19 |
| C2 | 656157 | ENDOCET | 5/ | 325MG | | TAB | 100 | 48 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/14 | 18:19:19 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | | TAB | 100 | 312 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/14 | 18:19:19 |
| C2 | 505701 | METHADOSE | 40 | MG DSP | | TAB | 100 | 72 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/14 | 18:19:19 |
| C2 | 066098 | ENDOCET | 7.5/ | 500 MG | | TAB | 100 | 48 | 46-050815 | UNIVERSITY PAIN MANAGEMEN | TAMPA | BU9584891 | 107/03/14 | 19:54:59 |

* * *  E N D   O F   R E P O R T  * * *

OPTIMA —

*Possible Excessive Control Purchase Due To Low Volume Account was scheduled to be Closed on 4-1-07. Contacted ABC Corp AND WE Decided to Remove DEA Schedules effective today.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABCMDL00315978

AmerisourceBergen Corp. Orlando   May. 17. 2007  3:53PM   No. 0619   P. 5

03/19 May. 17. 2007 3:53PM  AmerisourceBergen Corp. Orlando  AMERISOURCEBERGEN CORP          No. 0619   P. 10
                                                                                                          P. 001

```
                        *********************
                        ***   TX REPORT   ***
                        *********************

            TRANSMISSION OK

            TX/RX NO            4322
            CONNECTION TEL                 4073337056
            CONNECTION ID
            ST. TIME            03/19 09:06
            USAGE T             00'48
            PGS. SENT           4
            RESULT              OK
```

**AMERISOURCEBERGEN**
2100 Directors Row
Orlando, Fl. 32809
Work 407.856.6239
Fax  407-856-8720
www.amerisourcebergen.com

# FAX

| To: | Barbara Boggess | From: |  |
| Fax: | 407-333-7056 | Pages: |  |
| Phone: | 407-333-7046 | Date: |  |
| Re: | Possible excessive purchases | cc: |  |

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          ABDCMDL00315979

AmerisourceBergen                                                           CSRA Form 19

## <u>Suspicious Order Reporting Cover Letter</u>

AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date: 12-19-07

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your ₃    y.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                                     March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   ABDCMDL00315980

ABDCMDL00315981

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

No. 0619  P. 12

May. 17. 2007  3:54PM    AmerisourceBergen Corp. Orlando

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . FLAQRY

FILE          LIBRARY      MEMBER      FORMAT
B25D0060      STARFIL046   B25D0060    CO
B25D004       STARFIL046   B25D004     CR

DATE . . . . . . . . 03/19/07
TIME . . . . . . . . 02:59:08
```

Possible Excessive Control Orders in Header File

ABDCMDL00315982

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

May. 17. 2007  3:54PM    AmerisourceBergen Corp. Orlando    No. 0619    P. 13

```
03/19/07  02:59:08                                                                                          PAGE   1

IC "INBR" Desc          ISTQ IUST   IFCD IUSQ      CAIQ   "CUNO"   CUST                 CITY          DEA#        "CORD"      "CORT"
    Item   Name                                    ALLOC  CUSTOMER NAME                                          Order       Order
    Number                                         Qty    Number                                                Date        Time

C2 620104 PERCOCET          5/ 325 MG TAB      100    60  46-000133 BAPTIST MED CTR PHMCY DRP JACKSONVILLE  AB0175047 107/03/16 13:44:05
C4 598250 ALPRAZOLAM        2 MG      TAB      500    48  46-005736 BENAK, INC            TAMPA         BB8134570 107/03/16  9:13:26
C4 598250 ALPRAZOLAM        2 MG      TAB      500    12  46-005736 BENAK, INC            TAMPA         BB8134570 107/03/16  9:13:26
C2 927362 OXYCODONE HCL    30 MG      TAB      100    48  46-005736 BENAK, INC            TAMPA         BB8134570 107/03/18 17:04:13
C2 698516 DILAUDID          4 MG      TAB      100    48  46-005736 BENAK, INC            TAMPA         BB8134570 107/03/18 17:04:13
C3 317471 HYDROCOD/APAP    10 /500MG TAB      500     6  46-006700 DISCOUNT MAIL MEDS LLC LAKELAND     BD8523335 107/03/16 16:52:31
C3 323365 HYDROCOD/APAP    10/ 325 MG TAB     500    10  46-006700 DISCOUNT MAIL MEDS LLC LAKELAND     BD8523335 107/03/16 16:52:31
C4 748520 LORAZEPAM       0.5 MG      TAB      500     6  46-072504 NAVAL HOSPITAL MAIN ACCT PENSACOLA BN4109927 107/03/16 15:21:47
C4 568774 ALPRAZOLAM     0.25 MG      TAB      500     6  46-072504 NAVAL HOSPITAL MAIN ACCT PENSACOLA BN4109927 107/03/16 15:21:47
C3 396162 VICODIN ES      7.5 MG      TAB      500     6  46-058966 NMHCRX MAIL ORDER     MIRAMAR       BN8116318 107/03/16 13:48:28
C3 137428 ACETAMIN/COD   300/ 60MG    TAB      500    24  46-045252 P.M.S.I.              TAMPA         BP8680779 107/03/16 15:17:25
C2 533703 OXYCONTIN       80 MG    CR TAB      100    48  46-045252 P.M.S.I.              TAMPA         BP8680779 107/03/16 17:28:10
C2 911103 OXYCODONE CR    40 MG      TAB      100    48  46-045252 P.M.S.I.              TAMPA         BP8680779 107/03/18 17:28:10
C3 137428 ACETAMIN/COD   300/ 60MG    TAB      500     3  46-045252 P.M.S.I.              TAMPA         BP8680779 107/03/16 15:17:25
C2 911026 OXYCODONE CR    20 MG      TAB      100    48  46-045252 P.M.S.I.              TAMPA         BP8680779 107/03/18 17:28:10
C4 549899 ALPRAZOLAM       2 MG      TAB      500    12  46-006197 PHARMCORE, INC        HALLANDALE    BP8246236 107/03/16 17:39:16
C3 499917 HYDROCOD/APAP    5/ 500 MG TAB      500     6  46-053934 PHARMERICA            SARASOTA      BP5691488 107/03/16 15:05:36
C3 323365 HYDROCOD/APAP   10/ 325 MG TAB      500    12  46-085308 RAV-BAL, INC, DBA THE RXS MADEIRA BEACH BR9085514 107/03/16 11:03:27
C3 237697 HYDROCOD/APAP   10/ 650    TAB      500    10  46-132324 REBEL DIST CORP/PED O/N THOUSAND OAKS RR0241050 107/03/15 17:16:08
C3 352791 HYDROCOD/APAP   10/ 325    TAB      100    96  46-132324 REBEL DIST CORP/PED O/N THOUSAND OAKS RR0241050 107/03/16 18:46:24
C3 352791 HYDROCOD/APAP   10/ 325    TAB      100     4  46-132324 REBEL DIST CORP/PED O/N THOUSAND OAKS RR0241050 107/03/16 18:46:24
C2 927362 OXYCODONE HCL   30 MG      TAB      100    17  46-026864 SUNRISE WHOLESALE, INC SUNRISE      RS0304117 107/03/18 16:21:59
C2 927362 OXYCODONE HCL   30 MG      TAB      100   216  46-026864 SUNRISE WHOLESALE, INC SUNRISE      RS0304117 107/03/18 16:21:59
C3 323365 HYDROCOD/APAP   10/ 325 MG TAB      500    10  46-026864 SUNRISE WHOLESALE, INC SUNRISE      RS0304117 107/03/17 15:12:20
C3 343261 HYDROCOD/APAP  7.5/ 650 MG TAB      500    10  46-026864 SUNRISE WHOLESALE, INC SUNRISE      RS0304117 107/03/17 15:12:20
C3 324196 HYDROCOD/APAP  7.5/ 750 MG TAB      500     6  46-026864 SUNRISE WHOLESALE, INC SUNRISE      RS0304117 107/03/17 15:12:20
C3 147780 HYDROCOD/APAP  7.5/ 500 MG TAB      500     6  46-026864 SUNRISE WHOLESALE, INC SUNRISE      RS0304117 107/03/17 15:12:20

* * *  E N D  O F  R E P O R T  * * *
```

03/16 May. 17. 2007 3:53PM 556  AmerisourceBergen Corp. Orlando ORP          No. 0619   P.  6/1

```
            ***********************
            ***   TX REPORT   ***
            ***********************

   TRANSMISSION OK

   TX/RX NO            4319
   CONNECTION TEL              4073337056
   CONNECTION ID
   ST. TIME            03/16 12:51
   USAGE T             00'47
   PGS. SENT           4
   RESULT              OK
```

**2100 Directors Row, Orlando FL 32809**
PHONE : **407-856-6239**
FAX: **407-856-8720**

**AmeriSourceBergen
Corporation
Orlando Division**

# Fax

| | | | |
|---|---|---|---|
| **To:** Barbara Boggess | | **From:** Greg Brown | |
| **Fax:** 407-333-7056 | | **Pages:** 4 | |
| **Phone:** 407-333-7096 | | **Date:** 3-16-07 | |
| **Re:** | | **CC:** | |

☐ **Urgent**   ☑ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315983

.·May. 17. 2007  3:53PM    AmerisourceBergen Corp. Orlando          No. 0619  P. 7

AmerisourceBergen                                                    CSRA Form 19

## Suspicious Order Reporting Cover Letter

**AmerisourceBergen – Orlando Division**
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date: 3-16-07

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                              March 2002·

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                            ABDCMDL00315984

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315985

May. 17. 2007  3:53PM  AmerisourceBergen Corp. Orlando

No. 0619    P. 8

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . FLAQRY

FILE           LIBRARY       MEMBER       FORMAT
B25D0060       STARFIL046    B25D0060     CO
B25D004        STARFIL046    B25D004      CR

DATE . . . . . . . . 03/16/07
TIME . . . . . . . . 04:49:10
```

Possible Excessive Control Orders in Header File

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

03/16/07  04:49:10                                                                                                          PAGE    1

| IC | "INBR" Item Number | Desc Name | ISTQ | IUST | IFCD | IUSQ | CAIQ ALLOC Qty | "CUNO" CUSTOMER Number | CUST NAME | CITY | DEA# | "CORD" Order Date | "CORT" Order Time |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/15 | 16:46:25 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 | 46-004622 | EXTENDED CARE PHARMACY, I | PALATKA | BE6465472 | 107/03/15 | 18:40:01 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 48 | 46-006593 | GULF COAST PHARMACY/DBA | PORT CHARLOTTE | BD8465709 | 107/03/15 | 18:45:10 |
| C4 | 549099 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46-001727 | HEALTHWISE PHARMACY INC | TAMPA | BH428309 | 107/03/15 | 16:28:04 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 12 | 46-009076 | IZZ AND SONS INC | MIAMI | BI5793395 | 107/03/15 | 17:41:01 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/15 | 17:34:13 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/15 | 17:16:48 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 48 | 46-084863 | KINGS PHARMACY | TAMPA | BK9199349 | 107/03/15 | 17:49:53 |
| C4 | 255604 | FLURAZEPAM | 30 | MG | CAP | 500 | 7 | 46-005264 | L & M PHY DBA EXPRESS CAR | BOCA RATON | BL7994329 | 107/03/15 | 19:25:32 |
| C2 | 711604 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 24 | 46-092569 | LEE MEMORIAL HOSP PHCY | FORT MYERS | AL0175732 | 107/03/14 | 11:18:05 |
| C2 | 711604 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 24 | 46-092569 | LEE MEMORIAL HOSP PHCY | FORT MYERS | AL0175732 | 107/03/15 | 11:18:05 |
| C4 | 275370 | ALPRAZOLAM | 0.5 | MG | TAB | 500 | 12 | 46-095265 | NAVAL HOSPITAL JACKSONVIL | JACKSONVILLE | BN4154427 | 107/03/15 | 14:43:28 |
| C4 | 392807 | PHENOBARB | 30 | MG | TAB | 1000 | 6 | 46-095265 | NAVAL HOSPITAL JACKSONVIL | JACKSONVILLE | BN4154427 | 107/03/15 | 14:43:28 |
| C2 | 910500 | OXYCODONE CR | 80 | MG | TAB | 100 | 48 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/15 | 18:42:19 |
| C2 | 911382 | OXYCODONE CR | 10 | MG | TAB | 100 | 48 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/15 | 18:41:19 |
| C3 | 343261 | HYDROCOD/APAP | 7.5/ | 650 MG | TAB | 100 | 7 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/15 | 16:50:53 |
| C2 | 674895 | OXYCONTIN | 20 | MG | TAB | 100 | 18 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/15 | 18:41:19 |
| C2 | 438287 | OXYCODONE HCL | 5 | MG | TAB | 100 | 60 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/15 | 18:38:22 |
| C4 | 549931 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 11 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/15 | 16:50:53 |
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 48 | 46-043695 | PHARMERICA, INC. | LARGO | BP5704324 | 107/03/15 | 12:57:12 |
| C4 | 642918 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 500 | 10 | 46-132324 | REBEL DIST CORP/FED O/N | THOUSAND OAKS | RR0241050 | 107/03/15 | 17:16:08 |
| C4 | 642918 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 500 | 10 | 46-132324 | REBEL DIST CORP/FED O/N | THOUSAND OAKS | RR0241050 | 107/03/15 | 12:58:47 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:58:55 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:58:55 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:58:55 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:58:55 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:58:55 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:40:01 |
| C2 | 910669 | ENDOCET | 10/ | 325MG | TAB | 100 | 22 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:40:01 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 24 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:40:01 |
| C2 | 910669 | ENDOCET | 10/ | 325MG | TAB | 100 | 48 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 17:40:01 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/15 | 19:54:31 |
| C4 | 669844 | AMBIEN | 10 | MG | TAB | 500 | 6 | 46-072215 | WALGREENS MAIL SERVICE | ORLANDO | BW8910879 | 107/03/15 | 16:11:30 |

* * *  E N D  O F  R E P O R T  * * *

ABDCMDL00315986

03/20 May. 17. 2007 3:54PM 856 AmerisourceBergen Corp. Orlando CORP                    No. 0619    P. 14

```
                    ********************
                    ***  TX REPORT  ***
                    ********************

         TRANSMISSION OK

         TX/RX NO              4335
         CONNECTION TEL                  4073337056
         CONNECTION ID
         ST. TIME              03/20 09:54
         USAGE T               00'44
         PGS. SENT             4
         RESULT                OK
```

**AMERISOURCEBERGEN**
2100 Directors Row
Orlando, Fl. 32809
Work 407.856.6239
Fax  407-856-8720
www.amerisourcebergen.com

# FAX

| To: | Barbara Boggess | From: | |
| Fax: | 407-333-7056 | Pages: | |
| Phone: | 407-333-7046 | Date: | |
| Re: | Possible excessive purchases | cc: | |

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315987

May. 17. 2007  3:54PM   AmerisourceBergen Corp. Orlando        No. 0619   P. 15

AmerisourceBergen                                                CSRA Form 19

## Suspicious Order Reporting Cover Letter

### AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date:      3-20-07

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your
\[...\].

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                          March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ABDCMDL00315988

ABDCMDL00315989

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

No. 0619    P. 16

AmerisourceBergen Corp. Orlando

May. 17. 2007  3:54PM

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . . FLAQRY

FILE            LIBRARY       MEMBER        FORMAT
B25D0060        STARFIL046    B25D0060      CO
B25D004         STARFIL046    B25D004       CR

DATE . . . . . . . . 03/20/07
TIME . . . . . . . . 03:52:46
```

Possible Excessive Control Orders in Header File

ABDCMDL00315990

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

```
03/20/07  03:52:46                                                                                                    PAGE    1

IC "INBR" Desc           ISTQ IUST      IPCD TUSQ     CAIQ    "CONO" CUST                          CITY            DBA#       "CORD"     "CORT"
   Item    Name                                       ALLOC   CUSTOMER NAME                                                   Order      Order
   Number                                             Qty     Number                                                         Date       Time

C4 748549 LORAZEPAM          1 MG        TAB    500      8     46-022392 ALLSCRIPTS, INC GROUND     LIBERTYVILLE    RA0110065  107/03/19 12:50:43
C4 748537 LORAZEPAM          1 MG        TAB    100     15     46-022392 ALLSCRIPTS, INC GROUND     LIBERTYVILLE    RA0110065  107/03/19 12:43:21
C2 620104 PERCOCET         5/ 325 MG     TAB    100      4     46-000133 BAPTIST MED CTR PHMCY DEP  JACKSONVILLE    AB0175047  107/03/16 13:44:05
C2 620104 PERCOCET         5/ 325 MG     TAB    100     28     46-000133 BAPTIST MED CTR PHMCY DEP  JACKSONVILLE    AB0175047  107/03/16 13:44:05
C2 620104 PERCOCET         5/ 325 MG     TAB    100     28     46-000133 BAPTIST MED CTR PHMCY DEP  JACKSONVILLE    AB0175047  107/03/16 13:44:05
C2 927362 OXYCODONE HCL     30 MG        TAB    100     12     46-005736 BENAK, INC                 TAMPA           BB8134570  107/03/19 20:10:09
C2 927362 OXYCODONE HCL     30 MG        TAB    100     72     46-005736 BENAK, INC                 TAMPA           BB8134570  107/03/19 20:10:09
C2 650663 METHADONE         10 MG        TAB    100     80     46-005736 BENAK, INC                 TAMPA           BB8134570  107/03/19 20:10:09
C4 275370 ALPRAZOLAM       0.5 MG        TAB    500      8     46-095117 BRANCH MEDICAL CLINIC MAY  MAYPORT NAVAL STA BN4389183 107/03/19 12:11:49
C2 911103 OXYCODONE CR      40 MG        TAB    100     48     46-020156 COSTCO #357 BDI            JACKSONVILLE    BC7039680  107/03/19 21:56:18
C2 911103 OXYCODONE CR      40 MG        TAB    100     12     46-020156 COSTCO #357 BDI            JACKSONVILLE    BC7039680  107/03/19 21:56:18
C3 323365 HYDROCOD/APAP    10/ 325 MG    TAB    500      6     46-006700 DISCOUNT MAIL MEDS LLC     LAKELAND        BD8523335  107/03/19 16:59:38
C2 650663 METHADONE         10 MG        TAB    100     50     46-006593 GULF COAST PHARMACY/DBA    FORT CHARLOTTE  BE8465709  107/03/19 19:11:41
C2 927362 OXYCODONE HCL     30 MG        TAB    100     72     46-000729 J & H STORES INC           FORT LAUDERDALE BJ3675456  107/03/19 16:43:28
C2 927362 OXYCODONE HCL     30 MG        TAB    100     48     46-084863 KINGS PHARMACY             TAMPA           BK9199349  107/03/19 18:41:44
C4 082347 PROPOX NAP/AP    100/ 650 OR   TAB   1000      7     46-095265 NAVAL HOSPITAL JACKSONVIL  JACKSONVILLE    BN4154427  107/03/19 14:02:01
C3 497933 HYDROCOD/APAP     5/ 500 MG    TAB    500      6     46-095265 NAVAL HOSPITAL JACKSONVIL  JACKSONVILLE    BN4154427  107/03/19 14:02:01
C4 739797 DIAZEPAM          5 MG         TAB    500     10     46-095265 NAVAL HOSPITAL JACKSONVIL  JACKSONVILLE    BN4154427  107/03/19 14:02:01
C3 131037 HYDROCOD/APAP   7.5/ 500 MG    TAB    100     48     46-072504 NAVAL HOSPITAL MAIN ACCT   PENSACOLA       BN4109927  107/03/19 14:29:39
C2 678490 OXYCONTIN         40 MG        TAB    100     48     46-045252 P.M.S.I.                   TAMPA           BP8680779  107/03/19 20:20:34
C3 499317 HYDROCOD/APAP     5/ 500 MG    TAB    500     10     46-049114 PHARMERICA, INC.           LONGWOOD        BP5703788  107/03/19 18:14:40
C4 801308 LORAZEPAM        0.5 MG        TAB   1000     18     46-043695 PHARMERICA, INC.           LARGO           BP5704324  107/03/19 14:57:42
C2 927362 OXYCODONE HCL     30 MG        TAB    100      8     46-026864 SUNRISE WHOLESALE, INC     SUNRISE         RS0304117  107/03/19 17:55:26
C2 927362 OXYCODONE HCL     30 MG        TAB    100    192     46-026864 SUNRISE WHOLESALE, INC     SUNRISE         RS0304117  107/03/19 17:55:26
C4 549899 ALPRAZOLAM        2 MG         TAB    500      9     46-026864 SUNRISE WHOLESALE, INC     SUNRISE         RS0304117  107/03/19 16:53:45
C3 237697 HYDROCOD/APAP    10/ 650       TAB    500      6     46-026864 SUNRISE WHOLESALE, INC     SUNRISE         RS0304117  107/03/19 16:53:45
C3 317471 HYDROCOD/APAP    10 /500MG     TAB    500      7     46-026864 SUNRISE WHOLESALE, INC     SUNRISE         RS0304117  107/03/19 16:56:17
C2 927362 OXYCODONE HCL     30 MG        TAB    100      4     46-007385 WEAVER PHARMACY INC        NORTH FORT MYERS BW8769892 107/03/19 17:33:19
C2 927362 OXYCODONE HCL     30 MG        TAB    100     96     46-007385 WEAVER PHARMACY INC        NORTH FORT MYERS BW8769892 107/03/19 17:33:19

* * *  E N D  O F  R E P O R T  * * *
```

P. 17    No. 0619    AmerisourceBergen Corp. Orlando    May. 17. 2007  3:54PM

03/21 May. 17. 2007 3:54PM 356 AmerisourceBergen Corp. Orlando ORP          No. 0619    P. 18

```
                        ********************
                        ***  TX REPORT  ***
                        ********************

        TRANSMISSION OK

        TX/RX NO              4341
        CONNECTION TEL                    4073337056
        CONNECTION ID
        ST. TIME             03/21 07:00
        USAGE T              00'43
        PGS. SENT            4
        RESULT               OK
```

**AMERISOURCEBERGEN**
2100 Directors Row
Orlando, Fl. 32809
Work 407.856.6239
Fax  407-856-8720
www.amerisourcebergen.com

# FAX

| To: | Barbara Boggess | | |
|-----|-----------------|---|---|
| Fax: | 407-333-7056 | | |
| Phone: | 407-333-7046 | | |
| Re: | Possible excessive purchases | cc: | |

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315991

May. 17. 2007  3:54PM    AmerisourceBergen Corp. Orlando                    No. 0619  P. 19

AmerisourceBergen                                                                CSRA Form 19

## Suspicious Order Reporting Cover Letter

### AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date: 3-21-07

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                                        March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        ABDCMDL00315992

ABDCMDL00315993

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . FLAQRY

FILE          LIBRARY       MEMBER        FORMAT
B25D0060      STARFIL046    B25D0060      CO
B25D004       STARFIL046    B25D004       CR

DATE . . . . . . . . 03/21/07
TIME . . . . . . . . 03:13:10
```

Possible Excessive Control Orders in Header File

ABDCMDL00315994

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

```
03/21/07  03:13:10                                                                                          PAGE    1

IC "INBR"  Desc        ISTQ IUST   IFCD IUSQ    CAIQ    "CUNO"   CUST                     CITY            DEA#      "CORD"  "CORT"
   Item    Name                                 ALLOC   CUSTOMER NAME                                              Order   Order
   Number                                       Qty     Number                                                    Date    Time

C4 275321  ALPRAZOLAM    0.5 MG      TAB   100    48   46-070128 APSC REG HOSP EGLIN SGL   EGLIN AFB      AU5320798 107/03/20 16:24:41
C4 642520  ADIPEX P     37.5 MG      TAB   100    48   46-022392 ALLSCRIPTS, INC GROUND    LIBERTYVILLE   RA0110065 107/03/20 13:25:54
C4 642520  ADIPEX P     37.5 MG      TAB   100    12   46-022392 ALLSCRIPTS, INC GROUND    LIBERTYVILLE   RA0110065 107/03/20 13:25:54
C2 927355  OXYCODONE HCL  15 MG      TAB   100    48   46-005736 BENAK, INC                TAMPA          BB8134570 107/03/20 18:58:19
C2 927362  OXYCODONE HCL  30 MG      TAB   100    12   46-005736 BENAK, INC                TAMPA          BB8134570 107/03/20 18:58:19
C2 927362  OXYCODONE HCL  30 MG      TAB   100    72   46-005736 BENAK, INC                TAMPA          BB8134570 107/03/20 18:58:19
C3 317471  HYDROCOD/APAP  10 /500MG  TAB   500     7   46-006700 DISCOUNT MAIL MEDS LLC    LAKELAND       BD8523335 107/03/20 16:36:44
C3 323365  HYDROCOD/APAP  10/ 325 MG TAB   500     8   46-006700 DISCOUNT MAIL MEDS LLC    LAKELAND       BD8523335 107/03/20 16:36:44
C3 237697  HYDROCOD/APAP  10/ 650    TAB   500     8   46-001727 HEALTHWISE PHARMACY INC   TAMPA          BH4285309 107/03/20 16:39:50
C2 927362  OXYCODONE HCL  30 MG      TAB   100   144   46-000729 J & H STORES INC          FORT LAUDERDALE BJ36754456 107/03/20 16:18:54
C2 927362  OXYCODONE HCL  30 MG      TAB   100    48   46-121335 KABS PHARMACY             SARASOTA       BK9855997 107/03/20 18:16:02
C2 927362  OXYCODONE HCL  30 MG      TAB   100    48   46-076406 KABS PHARMACY             TAMPA          BK7456052 107/03/20 17:47:54
C2 381897  OXYCOD/APAP    5/ 325 MG  TAB   100    24   46-095265 NAVAL HOSPITAL JACKSONVIL JACKSONVILLE   BN4154427 107/03/19 14:18:44
C2 381897  OXYCOD/APAP    5/ 325 MG  TAB   100    48   46-095265 NAVAL HOSPITAL JACKSONVIL JACKSONVILLE   BN4154427 107/03/19 14:18:44
C4 669844  AMBIEN        10 MG       TAB   500     7   46-058966 NMHCRX MAIL ORDER         MIRAMAR        BN8116318 107/03/20 16:28:05
C4 598441  ALPRAZOLAM    0.5 MG      TAB  1000     6   46-045252 P.M.S.I.                  TAMPA          BP8680779 107/03/20 17:02:37
C2 381897  OXYCOD/APAP    5/ 325 MG  TAB   100    60   46-043695 PHARMERICA, INC.          LARGO          BP5704324 107/03/20 13:52:44
C2 927355  OXYCODONE HCL  15 MG      TAB   100    72   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C2 927355  OXYCODONE HCL  15 MG      TAB   100     8   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C2 927362  OXYCODONE HCL  30 MG      TAB   100    12   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C2 702725  METHADONE DSK  40 MG      TAB   100    50   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C2 650515  ROXICET      5MG/ 325MG   TAB   500     8   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C2 927355  OXYCODONE HCL  15 MG      TAB   100    12   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C2 927362  OXYCODONE HCL  30 MG      TAB   100   192   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 17:53:39
C4 549899  ALPRAZOLAM     2 MG       TAB   500    10   46-026864 SUNRISE WHOLESALE, INC    SUNRISE        RS0304117 107/03/20 14:10:40

* * *  E N D   O F   R E P O R T  * * *
```

May. 17. 2007  3:54PM    AmerisourceBergen Corp. Orlando          No. 0619    P. 22
07. 07:30 FAX 407 856 8720       AMERISOURCEBERGEN CORP                    @001

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

     TRANSMISSION OK

     TX/RX NO              4359
     CONNECTION TEL                    4073337056
     CONNECTION ID
     ST. TIME             03/22 07:34
     USAGE T              00'44
     PGS. SENT            4
     RESULT               OK
```

**AMERISOURCEBERGEN**
2100 Directors Row
Orlando, Fl. 32809
Work 407.856.6239
Fax  407-856-8720
www.amerisourcebergen.com

# FAX

| To: | Barbara Boggess |
|-----|-----------------|
| Fax: | 407-333-7056 |
| Phone: | 407-333-7046 |
| Re: | Possible excessive purchases |

cc:

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315995

May. 17. 2007  3:54PM    AmerisourceBergen Corp. Orlando              No. 0619   P. 23

eBergen                                                        CSRA Form 19

## Suspicious Order Reporting Cover Letter

AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL 32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

3-22-07

oggess
ersion Investigator
rcement Administration
ational Parkway, suite 424
, FL 32746

ara:

ed document(s) contain order quantities which may be considered suspicious or excessive by your

mation is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

her information is needed, please do not hesitate to contact me.

own
Manager

ecurity & Regulatory Affairs                                        March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          ABDCMDL00315996

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . FLAQRY

FILE          LIBRARY       MEMBER        FORMAT
B25D0060      STARFIL046    B25D0060      CO
B25D004       STARFIL046    B25D004       CR

DATE . . . . . . . . 03/22/07
TIME . . . . . . . . 03:56:57
```

Possible Excessive Control Orders in Header File

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315997

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315998

May. 17. 2007  3:55PM          AmerisourceBergen Corp. Orlando

No. 0619    P. 25

| IC | "INBR" Item Number | | ISTQ IUST | IFCD IUSQ | CAIQ ALLOC Qty | "CUNO" CUSTOMER Number | CUST NAME | CITY | DEA# | "CORD" Order Date | "( O: T. |
|----|------|------|-----------|-----------|------|------|------|------|------|------|------|
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG TAB | 500 | 8 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/21 | 17:06:30 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG TAB | 500 | 8 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/21 | 17:06:30 |
| C4 | 076174 | PROPOX NAP/AP | 100/ 650 WH TAB | 1000 | 6 | 46-020495 | FLORIDA HEALTH CARE PLAN | HOLLY HILL | BF3946526 | 107/03/21 | 15:20:13 |
| C2 | 650648 | METHADONE | 5 MG TAB | 100 | 90 | 46-008433 | HOSPICE OF MARION COUNTY | OCALA | BH6334750 | 107/03/21 | 22:34:27 |
| C2 | 927362 | OXYCODONE HCL | 30 MG TAB | 100 | 144 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/21 | 16:24:34 |
| C4 | 549980 | ALPRAZOLAM | 0.5 MG TAB | 500 | 8 | 46-000299 | MIAMI BEHAVORIAL HLTH CTR | MIAMI | AA9172800 | 107/03/21 | 16:59:33 |
| C4 | 549949 | ALPRAZOLAM | 1 MG TAB | 500 | 6 | 46-000299 | MIAMI BEHAVORIAL HLTH CTR | MIAMI | AA9172800 | 107/03/21 | 16:59:33 |
| C4 | 635613 | CLONAZEPAM | 0.5 MG TAB | 500 | 8 | 46-000299 | MIAMI BEHAVORIAL HLTH CTR | MIAMI | AA9172800 | 107/03/21 | 16:59:33 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG TAB | 500 | 48 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/21 | 16:54:35 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG TAB | 500 | 6 | 46-044495 | PHARMERICA | POMPANO BEACH | BP5682958 | 107/03/21 | 17:24:29 |
| C4 | 549980 | ALPRAZOLAM | 0.5 MG TAB | 500 | 6 | 46-043695 | PHARMERICA, INC. | LARGO | BP5704324 | 107/03/21 | 18:09:27 |

* * * E N D  O F  R E P O R T * * *

03/23 May. 17. 2007 3:55PM 356 Amerisourcebergen Corp. Orlando CORP No. 0613 P. 26

Case 1:17-md-02804-DAP Doc #: 2379-10 Filed: 08/14/19 27 of 68. PageID #: 390163

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              4365
CONNECTION TEL                    4073337056
CONNECTION ID
ST. TIME             03/23 08:06
USAGE T              00'42
PGS. SENT            4
RESULT               OK
```

**AMERISOURCEBERGEN**
2100 Directors Row
Orlando, Fl. 32809
Work 407.856.6239
Fax  407-856-8720
www.amerisourcebergen.com

# FAX

| To: | Barbara Boggess | | From: | |
| Fax: | 407-333-7056 | | Pages: | |
| Phone: | 407-333-7046 | | Date: 3-23-07 | |
| Re: | Possible excessive purchases | | cc: | |

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315999

. May. 17. 2007  3:55PM    AmerisourceBergen Corp. Orlando         No. 0619    P. 27

AmerisourceBergen                                                          CSRA Form 19

## <u>Suspicious Order Reporting Cover Letter</u>

### AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date:  **3-23-07**

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your a~ ~ ~/.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                              March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        ABDCMDL00316000

ABDCMDL00316001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

No. 0619   P. 28

AmerisourceBergen Corp. Orlando

May. 17. 2007  3:55PM

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . FLAQRY

FILE          LIBRARY       MEMBER        FORMAT
B25D0060      STARFIL046    B25D0060      CO
B25D004       STARFIL046    B25D004       CR

DATE . . . . . . . . 03/23/07
TIME . . . . . . . . 03:13:28
```

Possible Excessive Control Orders in Header File

ABDCMDL0316002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

03/23/07   03:13:28                                                                                                          PAGE   1

| IC | "INBR" Item Number | Desc Name | ISTQ IUST | IPCD IUSQ | CAIQ ALLOC Qty | "CUNO" CUSTOMER Number | CUST CUSTOMER NAME | CITY | DEA# | "CORD" Order Date | "CORT" Order Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C2 | 381897 | OXYCOD/APAP | 5/ 325 MG | TAB | 100 | 120 | 46-070128 | AFSC REG HOSP EGLIN SGL | EGLIN AFB | AU5320798 | 107/03/22 | 21:21:20 |
| C4 | 691394 | DIETHYLPROP | 75 MG | TAB | 100 | 96 | 46-022376 | ALLSCRIPTS-INC PRO PED/GR | LIBERTYVILLE | RA0110065 | 107/03/22 | 12:03:38 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 8 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/22 | 16:54:54 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 7 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/22 | 16:54:54 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 12 | 46-001727 | HEALTHWISE PHARMACY INC | TAMPA | BH4285309 | 107/03/22 | 16:52:08 |
| C2 | 650648 | METHADONE | 5 MG | TAB | 100 | 90 | 46-008433 | HOSPICE OF MARION COUNTY | OCALA | BH6334750 | 107/03/21 | 12:34:27 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 144 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/22 | 16:24:05 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 10 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/22 | 17:15:54 |
| C4 | 669844 | AMBIEN | 10 MG | TAB | 500 | 6 | 46-045252 | P.M.S.I. | TAMPA | BP8680779 | 107/03/22 | 5:39:11 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG | TAB | 500 | 6 | 46-044495 | PHARMERICA | POMPANO BEACH | BP5682958 | 207/03/22 | 17:08:40 |
| C2 | 299185 | OXYCODONE HCL | 5MG/ 5ML | SOL | 500 | 7 | 46-026997 | PSS WORLD MEDICAL INC O/N | WEST COLUMBIA | RP0330097 | 107/03/22 | 14:41:59 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 96 | 46-085308 | RAV-BAL, INC, DBA THE RXS | MADEIRA BEACH | BR9085514 | 107/03/22 | 18:24:19 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 216 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/22 | 17:45:19 |
| C4 | 669844 | AMBIEN | 10 MG | TAB | 500 | 8 | 46-072215 | WALGREENS MAIL SERVICE | ORLANDO | BW8910879 | 107/03/22 | 17:04:14 |

* * * E N D  O F  R E P O R T * * *

29   P.   No. 0619      AmerisourceBergen Corp. Orlando      May. 17. 2007   3:55PM

04/03 May. 17. 2007 F. 3:55PM 856 AmerisourceBergen Corp. Orlando CORP No. 0619 P. 1

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4449
CONNECTION TEL                    4073337056
CONNECTION ID
ST. TIME              04/03 13:40
USAGE T               01'08
PGS. SENT             6
RESULT                OK
```

**AMERISOURCEBERGEN**
2100 Directors Row
Orlando, Fl. 32809
Work 407.856.6239
Fax  407-856-8720
www.amerisourcebergen.com

# FAX

| To:    | Barbara Boggess         |      |
|--------|-------------------------|------|
| Fax:   | 407-333-7056            |      |
| Phone: | 407-333-7046            |      |
| Re:    | Possible excessive purchases | cc: |

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316003

AmerisourceBergen                                                                          CSRA Form 19

## Suspicious Order Reporting Cover Letter

AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL 32809
Phone# 407-856-6239

DEA Registration Number: RA0210409

Date: 4-3-07

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL 32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your ency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Gregory Brown
Operations Manager
Ext. 6639

Corporate Security & Regulatory Affairs                                                   March 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                       ABDCMDL00316004

ABDCMDL00316005

No. 0619   P. 32

May. 17. 2007  3:55PM   AmerisourceBergen Corp. Orlando

Header Page

Give to Greg Brown

```
QUERY NAME . . . . . GBCONT.SQ
LIBRARY NAME . . . . . FLAQRY

FILE            LIBRARY       MEMBER       FORMAT
B25D0060        STARFIL046    B25D0060     CO
B25D004         STARFIL046    B25D004      CR

DATE . . . . . . . . . 03/27/07
TIME . . . . . . . . . 04:32:46
```

Possible Excessive Control Orders in Header File

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL0316006

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

03/26/07  02:20:40                                                                                                          PAGE   1

| IC | "INBR" Item Number | Desc Name | ISTQ | IUST | IFCD | IUSQ | CAIQ ALLOC Qty | "CUNO" CUSTOMER Number | CUST NAME | CITY | DEA# | "CORD" Order Date | "CORT" Order Time |
|----|--------|--------|------|------|------|------|------|--------|------|------|------|------|------|
| C4 | 542840 | LORAZEPAM | 1 | MG | TAB | 100 | 72 | 46-070128 | AFSC REG HOSP EGLIN SGL | EGLIN AFB | AU5320798 | 107/03/23 | 15:40:23 |
| C4 | 598441 | ALPRAZOLAM | 0.5 | MG | TAB | 1000 | 12 | 46-022392 | ALLSCRIPTS, INC GROUND | LIBERTYVILLE | RA0110065 | 107/03/23 | 15:19:23 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46-005736 | BENAK, INC | TAMPA | BB8134570 | 107/03/23 | 22:10:02 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 8 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD852333S | 107/03/23 | 16:52:04 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 7 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD852333S | 107/03/23 | 16:52:04 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 | 46-004622 | EXTENDED  CARE PHARMACY, I | PALATKA | BE6665472 | 107/03/25 | 17:27:35 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 12 | 46-004622 | EXTENDED  CARE PHARMACY, I | PALATKA | BE6665472 | 107/03/25 | 17:27:35 |
| C2 | 911103 | OXYCODONE CR | 40 | MG | TAB | 100 | 96 | 46-020263 | HOPE HOSPICE | FORT MYERS | BH3627481 | 107/03/23 | 21:50:31 |
| C2 | 438287 | OXYCODONE HCL | 5 | MG | TAB | 100 | 72 | 46-020263 | HOPE HOSPICE | FORT MYERS | BH3627481 | 107/03/23 | 21:50:31 |
| C2 | 911026 | OXYCODONE CR | 20 | MG | TAB | 100 | 96 | 46-020263 | HOPE HOSPICE | FORT MYERS | BH3627481 | 107/03/23 | 21:50:31 |
| C2 | 911382 | OXYCODONE CR | 10 | MG | TAB | 100 | 96 | 46-020263 | HOPE HOSPICE | FORT MYERS | BH3627481 | 107/03/23 | 21:50:31 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/24 | 12:38:42 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46-000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 107/03/24 | 12:38:32 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/23 | 17:29:36 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/23 | 12:44:59 |

* * * E N D  O F  R E P O R T * * *

May. 17. 2007  3:55PM   AmerisourceBergen Corp. Orlando                          No. 0619   P. 33

ABDCMDL00316007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

```
03/27/07  04:32:46                                                                                                              PAGE   1

IC "INBR"  Desc         ISTQ IUST   IFCD IUSQ      CAIQ    "CUNO"   CUST                          CITY           DEA#        "CORD"    "CORT"
   Item    Name                                    ALLOC   CUSTOMER NAME                                                     Order     Order
   Number                                          Qty     Number                                                           Date      Time

C3 288357  DIDREX         50 MG      TAB    500      24    46-022392 ALLSCRIPTS, INC GROUND        LIBERTYVILLE   RA0110065   107/03/26 13:58:06
C4 599795  ALPRAZOLAM      1 MG      TAB   1000      12    46-022392 ALLSCRIPTS, INC GROUND        LIBERTYVILLE   RA0110065   107/03/26 12:23:54
C2 650663  METHADONE      10 MG      TAB    100      60    46-005736 BENAK, INC                    TAMPA          BB8134570   107/03/26 20:22:05
C4 792325  DIAZEPAM       10 MG      TAB   1000      12    46-005736 BENAK, INC                    TAMPA          BB8134570   107/03/26 15:14:56
C3 323325  HYDROCOD/APAP  10/ 325 MG TAB    500      12    46-006700 DISCOUNT MAIL MEDS LLC        LAKELAND       BD8523335   107/03/26 17:20:59
C3 317471  HYDROCOD/APAP  10 /500MG  TAB    500       9    46-006700 DISCOUNT MAIL MEDS LLC        LAKELAND       BD8523335   107/03/26 17:14:40
C3 323365  HYDROCOD/APAP  10/ 325 MG TAB    500      10    46-006700 DISCOUNT MAIL MEDS LLC        LAKELAND       BD8523335   107/03/26 17:06:07
C4 549980  ALPRAZOLAM    0.5 MG      TAB    500       6    46-001727 HEALTHWISE PHARMACY INC       TAMPA          BH4285309   107/03/26 16:29:32
C4 275370  ALPRAZOLAM    0.5 MG      TAB    500      12    46-095265 NAVAL HOSPITAL JACKSONVIL     JACKSONVILLE   BN4154427   107/03/26 12:04:30
C4 739797  DIAZEPAM        5 MG      TAB    500       6    46-095265 NAVAL HOSPITAL JACKSONVIL     JACKSONVILLE   BN4154427   107/03/26 12:04:30
C3 497933  HYDROCOD/APAP   5/ 500 MG TAB    500       6    46-095265 NAVAL HOSPITAL JACKSONVIL     JACKSONVILLE   BN4154427   107/03/26 12:04:30
C4 082347  PROPOX NAP/AP 100/ 650 OR TAB   1000       7    46-095265 NAVAL HOSPITAL JACKSONVIL     JACKSONVILLE   BN4154427   107/03/26 12:04:30
C4 739797  DIAZEPAM        5 MG      TAB    500      18    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C3 317471  HYDROCOD/APAP  10 /500MG  TAB    500      24    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C4 801993  LORAZEPAM       1 MG      TAB   1000       6    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C3 499917  HYDROCOD/APAP   5/ 500 MG TAB    500      12    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C3 147780  HYDROCOD/APAP 7.5/ 500 MG TAB    500      24    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C4 291575  XANAX           1 MG      TAB    500       7    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C3 237697  HYDROCOD/APAP  10/ 650    TAB    500      12    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C4 267880  CLONAZEPAM      1 MG      TAB   1000       8    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C4 099556  VALIUM         10 MG      TAB    500       9    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C4 669844  AMBIEN         10 MG      TAB    500      27    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:54:04
C3 499917  HYDROCOD/APAP   5/ 500 MG TAB    500      36    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C3 499917  HYDROCOD/APAP   5/ 500 MG TAB    500      10    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C3 317471  HYDROCOD/APAP  10 /500MG  TAB    500      11    46-045252 P.M.S.I.                      TAMPA          BP8680779   107/03/26 16:59:57
C4 568774  ALPRAZOLAM   0.25 MG      TAB    500       6    46-043695 PHARMERICA, INC.              LARGO          BP5704324   107/03/26 18:11:39
C2 381921  OXYCOD/APAP     5/ 325 MG TAB    500       6    46-090019 RXPERTS PHARMACY-TAMPA        TAMPA          BR9176935   107/03/26 11:57:15
C4 549899  ALPRAZOLAM      2 MG      TAB    500       7    46-026864 SUNRISE WHOLESALE, INC        SUNRISE        RS0304117   107/03/26 10:43:46
C3 237697  HYDROCOD/APAP  10/ 650    TAB    500       6    46-026864 SUNRISE WHOLESALE, INC        SUNRISE        RS0304117   107/03/26 13:14:25
C4 598250  ALPRAZOLAM      2 MG      TAB    500       8    46-007385 WEAVER PHARMACY INC           NORTH FORT MYERS  BW8769892   107/03/26 17:58:50

* * *  E N D   O F   R E P O R T  * * *
```

ABDCMDL00316008

03/28/07  03:23:12                                                                                                                    PAGE    1

| IC | "INER" Item Number | Desc Name | ISTQ IUST | IFCD IUSQ | CAIQ ALLOC Qty | "CUNO" CUSTOMER Number | CUST CUSTOMER NAME | CITY | DBA# | "CORD" Order Date | "CORT" Order Time |
|----|----|----|----|----|----|----|----|----|----|----|----|
| C3 | 288357 | DIDREX | 50 MG | TAB | 500 | 120 | 46-022392 | ALLSCRIPTS, INC GROUND | LIBERTYVILLE | RA0110065 | 107/03/27 | 11:31:08 |
| C3 | 288357 | DIDREX | 50 MG | TAB | 500 | 120 | 46-022392 | ALLSCRIPTS, INC GROUND | LIBERTYVILLE | RA0110065 | 107/03/27 | 11:31:08 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46-006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 107/03/27 | 16:42:44 |
| C2 | 656165 | ENDOCET | 5/ 325MG | TAB | 500 | 6 | 46-004622 | EXTENDED CARE PHARMACY, I | PALATKA | BH6665472 | 107/03/27 | 22:46:53 |
| C2 | 650663 | METHADONE | 10 MG | TAB | 100 | 100 | 46-004077 | MAYHUGH'S DRUGS INC | GREEN COVE SPRING | AM4954384 | 107/03/27 | 14:33:20 |
| C2 | 237697 | HYDROCOD/APAP | 10/ 650 | TAB | 500 | 6 | 46-004077 | MAYHUGH'S DRUGS INC | GREEN COVE SPRING | AM4954384 | 107/03/27 | 18:07:41 |
| C2 | 650994 | ROXICET ORAL | | SOL | 500 | 10 | 46-095265 | NAVAL HOSPITAL JACKSONVIL | JACKSONVILLE | BN4154427 | 107/03/26 | 11:25:52 |
| C2 | 381897 | OXYCOD/APAP | 5/ 325 MG | TAB | 100 | 72 | 46-095265 | NAVAL HOSPITAL JACKSONVIL | JACKSONVILLE | BN4154427 | 107/03/26 | 13:43:52 |
| C2 | 008370 | METHADONE HCL | 10 MG | TAB | 100 | 72 | 46-085308 | RAV-BAL, INC, DBA THE RXS | MADEIRA BEACH | BR9085514 | 107/03/27 | 19:07:04 |
| C2 | 650663 | METHADONE | 10 MG | TAB | 100 | 100 | 46-085308 | RAV-BAL, INC, DBA THE RXS | MADEIRA BEACH | BR9085514 | 107/03/27 | 19:07:04 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG | TAB | 500 | 6 | 46-090019 | RXPERTS PHARMACY-TAMPA | TAMPA | BR9176935 | 107/03/26 | 11:57:15 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 120 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/27 | 18:05:37 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 10 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/27 | 16:57:37 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46-026864 | SUNRISE WHOLESALE, INC | SUNRISE | RS0304117 | 107/03/27 | 9:52:36 |

* * *  E N D  O F  R E P O R T  * * *

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Mays, Steve**

| | |
|---|---|
| **From:** | Brown, Greg |
| **ent:** | Thursday, May 17, 2007 3:40 PM |
| **o:** | Mays, Steve |
| **Subject:** | FW: Possible Excessive Order Quantities |
| **Attachments:** | Poss Excessive Purchase Rpt033007.xls; Poss Excessive Purchase Rpt040207.xls; Poss Excessive Purchase Rpt040307.xls |

**From:** Brown, Greg
**Sent:** Tuesday, April 03, 2007 2:45 PM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Possible Excessive Order Quantities

    

Poss Excessive          Poss Excessive          Poss Excessive
Purchase Rpt033...    Purchase Rpt040...    Purchase Rpt040...

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
 )0 International Parkway, suite 424
 eathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Inv Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 598250 | ALPRAZOLAM | 2 MG | TAB | 500 | 72 | 46785036 | 46022392 | ALLSCRIPTS, INC GROUND | PC5 | LIBERTYVILLE | RA0110065 | 1070330 |
| C4 | 599795 | ALPRAZOLAM | 1 MG | TAB | 1000 | 24 | 46785036 | 46022392 | ALLSCRIPTS, INC GROUND | PC5 | LIBERTYVILLE | RA0110065 | 1070330 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 96 | 46786330 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070330 |
| C3 | 497933 | HYDROCOD/APAP | 5/ 500 MG | TAB | 500 | 6 | 46784918 | 46095117 | BRANCH MEDICAL CLINIC MAYPORT | | MAYPORT NAVAL STA | BN4389183 | 1070330 |
| C4 | 658989 | PROPOX NAP/AP | 100/ 650 PK | TAB | 500 | 9 | 46784918 | 46095117 | BRANCH MEDICAL CLINIC MAYPORT | | MAYPORT NAVAL STA | BN4389183 | 1070330 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46782613 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070330 |
| C4 | 076174 | PROPOX NAP/AP | 100/ 650 WH | TAB | 1000 | 6 | 46786790 | 46020495 | FLORIDA HEALTH CARE PLAN | | HOLLY HILL | BF3946526 | 1070330 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 144 | 46785883 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070330 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG | TAB | 500 | 6 | 46786050 | 46007047 | JUPITER DRUGS | RX | JUPITER | BJ5504243 | 1070330 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 72 | 46786346 | 46132050 | KABS PHARMACY #3 | | TAMPA | FK0112906 | 1070330 |
| C2 | 381897 | OXYCOD/APAP | 5/ 325 MG | TAB | 100 | 72 | 46787111 | 46072504 | NAVAL HOSPITAL MAIN ACCT | | PENSACOLA | BN4109927 | 1070330 |
| C4 | 748549 | LORAZEPAM | 1 MG | TAB | 500 | 6 | 46784756 | 46072504 | NAVAL HOSPITAL MAIN ACCT | | PENSACOLA | BN4109927 | 1070330 |
| C4 | 598250 | ALPRAZOLAM | 2 MG | TAB | 500 | 6 | 46785925 | 46095190 | NAVAL MEDICAL CLINIC | | KEY WEST | AN4242943 | 1070330 |
| C4 | 010381 | DARVOCET-N | 100 | TAB | 500 | 13 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C3 | 137479 | ACETAMIN/COD | 300/ 30MG | TAB | 1000 | 12 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C3 | 237697 | HYDROCOD/APAP | 10/ 650 | TAB | 500 | 9 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C4 | 663286 | PROPOX NAP/AP | 100/ 650 PK | TAB | 1000 | 36 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C4 | 663286 | PROPOX NAP/AP | 100/ 650 PK | TAB | 1000 | 7 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C4 | 663286 | PROPOX NAP/AP | 100/ 650 PK | TAB | 1000 | 24 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C3 | 759019 | NORCO | 10/ 325MG | TAB | 100 | 60 | 46786224 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070330 |
| C2 | 381897 | OXYCOD/APAP | 5/ 325 MG | TAB | 100 | 60 | 46786445 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070330 |
| C4 | 642918 | PROPOX NAP/AP | 100/ 650 PK | TAB | 500 | 7 | 46784707 | 46121319 | PSS WORLD MEDICAL IN PEDIG PC0 | | WEST COLUMBIA | RP0330097 | 1070330 |
| C4 | 527333 | TEMAZEPAM | 30 MG | CAP | 500 | 6 | 46785066 | 46007450 | SOUTH POINT PHARMACY | | MIAMI | BS8770427 | 1070330 |
| C4 | 669844 | AMBIEN | 10 MG | TAB | 500 | 9 | 46786949 | 46072215 | WALGREENS MAIL SERVICE | | ORLANDO | BW8910879 | 1070330 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316010

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316011

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Inv Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 625194 | DIETHYLPROP | 25 | MG | TAB | 100 | 72 | 46788344 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD | PC0 | LIBERTYVILLE | RA0110065 | 1070402 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 12 | 46789710 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070402 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 24 | 46789710 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070402 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 24 | 46789710 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070402 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46789711 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070402 |
| C4 | 458984 | PHENOBARB | 32.4 | MG | TAB | 1000 | 12 | 46790041 | 46030346 | CHILDREN & FAMILIES PHCY | | ORLANDO | BC5812551 | 1070402 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46789588 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070402 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 8 | 46789588 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070402 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46789243 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070402 |
| C4 | 082347 | PROPOX NAP/AP | 100/ | 650 OR | TAB | 1000 | 6 | 46789195 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070402 |
| C4 | 082347 | PROPOX NAP/AP | 100/ | 650 OR | TAB | 1000 | 12 | 46789195 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070402 |
| C4 | 267740 | CLONAZEPAM | 0.5 | MG | TAB | 1000 | 7 | 46789195 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070402 |
| C4 | 549972 | ALPRAZOLAM | 0.5 | MG | TAB | 1000 | 12 | 46789195 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070402 |
| C4 | 568774 | ALPRAZOLAM | 0.25 | MG | TAB | 500 | 11 | 46789194 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070402 |
| C4 | 801993 | LORAZEPAM | 1 | MG | TAB | 1000 | 7 | 46789195 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070402 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 48 | 46789602 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070402 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 8 | 46789602 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070402 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 100 | 46789603 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070402 |
| C2 | 505701 | METHADOSE | 40 | MG DSP | TAB | 100 | 60 | 46789042 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070402 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 11 | 46789039 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070402 |
| C2 | 650515 | ROXICET | 5MG/ | 325MG | TAB | 500 | 6 | 46789042 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070402 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 264 | 46789042 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070402 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 72 | 46789042 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070402 |
| C4 | 739797 | DIAZEPAM | 5 | MG | TAB | 500 | 6 | 46788043 | 46072728 | USAF HURLBURT FIELD | | HURLBURT FIELD | B94416207 | 1070402 |

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316012

| Schedule | Item# | Description | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 598441 | ALPRAZOLAM | 0.5 MG | TAB | 1000 | 9 | 46790956 | 46022392 | ALLSCRIPTS, INC GROUND | PC5 | LIBERTYVILLE | RA0110065 | 1070403 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 8 | 46792213 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070403 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 9 | 46792213 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070403 |
| C3 | 237697 | HYDROCOD/APAP | 10/ 650 | TAB | 500 | 7 | 46790966 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070403 |
| C4 | 549931 | ALPRAZOLAM | 1 MG | TAB | 1000 | 8 | 46792316 | 46001727 | HEALTHWISE PHARMACY INC | | TAMPA | BH4285309 | 1070403 |
| C4 | 206409 | LORAZEPAM | 0.5 MG | TAB | 500 | 6 | 46792447 | 46126540 | INTEGRITY PHARMACY SERVICES | | LARGO | FI0064294 | 1070403 |
| C2 | 650515 | ROXICET | 5MG/ 325MG | TAB | 500 | 10 | 46791064 | 46009076 | IZZ AND SONS INC | | MIAMI | BI5793395 | 1070403 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 8 | 46791842 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070403 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 144 | 46791845 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070403 |
| C2 | 650663 | METHADONE | 10 MG | TAB | 100 | 70 | 46792402 | 46050476 | LONG, AARON E MD ALL CARE | | BRADENTON | BL8851950 | 1070403 |
| C4 | 275297 | ALPRAZOLAM | 0.25 MG | TAB | 500 | 12 | 46790831 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070403 |
| C4 | 275370 | ALPRAZOLAM | 0.5 MG | TAB | 500 | 12 | 46790831 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070403 |
| C4 | 428656 | TEMAZEPAM | 30 MG | CAP | 500 | 6 | 46790831 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070403 |
| C3 | 497933 | HYDROCOD/APAP | 5/ 500 MG | TAB | 500 | 12 | 46790831 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070403 |
| C4 | 832428 | CLONAZEPAM | 1 MG | TAB | 500 | 6 | 46790831 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070403 |
| C4 | 669844 | AMBIEN | 10 MG | TAB | 500 | 7 | 46791810 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070403 |
| C4 | 669844 | AMBIEN | 10 MG | TAB | 500 | 14 | 46792222 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070403 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 12 | 46791889 | 46006197 | PHARMCORE, INC | | HALLANDALE | BP8246236 | 1070403 |
| C3 | 499917 | HYDROCOD/APAP | 5/ 500 MG | TAB | 500 | 36 | 46792456 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070403 |
| C4 | 568774 | ALPRAZOLAM | 0.25 MG | TAB | 500 | 16 | 46792456 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070403 |
| C4 | 663286 | PROPOX NAP/AP | 100/ 650 PK | TAB | 1000 | 6 | 46792456 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070403 |
| C4 | 663286 | PROPOX NAP/AP | 100/ 650 PK | TAB | 1000 | 12 | 46792456 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070403 |
| C4 | 506774 | TEMAZEPAM | 15 MG | CAP | 500 | 6 | 46790997 | 46007450 | SOUTH POINT PHARMACY | | MIAMI | BS8770427 | 1070403 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 144 | 46793123 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070403 |

**Mays, Steve**

| | |
|---|---|
| **From:** | Brown, Greg |
| **ent:** | Thursday, May 17, 2007 3:40 PM |
| **):** | Mays, Steve |
| **Subject:** | FW: Report 040407 |

**Attachments:** gbdownld1.xls

---

**From:** Brown, Greg
**Sent:** Wednesday, April 04, 2007 10:25 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 040407

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

.. any further information is needed, please do not hesitate to contact me.

Sincerely,

AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



gbdownld1.xls (23
KB)

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316014

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 341596 | PROPOX NAP/AP | 100/ 650 PK | TAB | 100 | 60 | 46793301 | 46070128 | AFSC REG HOSP EGLIN SGL | | EGLIN AFB | AU5320798 | 1070404 |
| C4 | 275370 | ALPRAZOLAM | 0.5 MG | TAB | 500 | 6 | 46793511 | 46095117 | BRANCH MEDICAL CLINIC MAYPORT | | MAYPORT NAVAL STA | BN4389183 | 1070404 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 7 | 46795010 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070404 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 6 | 46795010 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070404 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ 500 MG | TAB | 500 | 6 | 46793636 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070404 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46793636 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070404 |
| C4 | 076174 | PROPOX NAP/AP | 100/ 650 WH | TAB | 1000 | 6 | 46795700 | 46020495 | FLORIDA HEALTH CARE PLAN | | HOLLY HILL | BF3946526 | 1070404 |
| C2 | 979361 | OXYCODONE HCL | 80 MG ER | TAB | 100 | 96 | 46794883 | 46020263 | HOPE HOSPICE | | FORT MYERS | BH3627481 | 1070404 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 6 | 46793751 | 46009076 | IZZ AND SONS INC | | MIAMI | BI5793395 | 1070404 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 7 | 46794626 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070404 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 144 | 46794627 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070404 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46793304 | 46070854 | JAY PHARMACY INC | | JAY | AJ0192586 | 1070404 |
| C2 | 650994 | ROXICET ORAL | | SOL | | 10 | 46795997 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070404 |
| C4 | 833703 | LORAZEPAM | 0.5 MG | TAB | 500 | 6 | 46793506 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070404 |
| C2 | 381897 | OXYCOD/APAP | 5/ 325 MG | TAB | 100 | 60 | 46795281 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070404 |
| C3 | 499917 | HYDROCOD/APAP | 5/ 500 MG | TAB | 500 | 8 | 46795760 | 46049114 | PHARMERICA, INC. | | LONGWOOD | BP5703788 | 1070404 |
| C3 | 499917 | HYDROCOD/APAP | 5/ 500 MG | TAB | 500 | 12 | 46795270 | 46043695 | PHARMERICA, INC. | | LARGO | BP5704324 | 1070404 |
| C2 | 927355 | OXYCODONE HCL | 15 MG | TAB | 100 | 96 | 46794990 | 46085308 | RAV-BAL, INC, DBA THE RXSHOP | | MADEIRA BEACH | BR9085514 | 1070404 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 96 | 46794990 | 46085308 | RAV-BAL, INC, DBA THE RXSHOP | | MADEIRA BEACH | BR9085514 | 1070404 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 10 | 46794424 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070404 |
| C2 | 702725 | METHADONE DSK | 40 MG | TAB | 100 | 80 | 46794426 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070404 |

**Mays, Steve**

| | |
|---|---|
| From: | Brown, Greg |
| Sent: | Thursday, May 17, 2007 3:40 PM |
| To: | Mays, Steve |
| Subject: | FW: Report 040407 |
| Attachments: | Poss Excessive Purchase Rpt040507.xls; Poss Excessive Purchase Rpt040607.xls |

---

**From:** Brown, Greg
**Sent:** Monday, April 09, 2007 8:57 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** RE: Report 040407

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409

 

Poss Excessive    Poss Excessive
Purchase Rpt040...  Purchase Rpt040...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316015

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2 | 381897 | OXYCOD/APAP | 5/ 325 MG | TAB | 100 | 120 | 46798752 | 46070128 | AFSC REG HOSP EGLIN SGL | EGLIN AFB | AU5320798 | 1070405 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 96 | 46798017 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070405 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 7 | 46797887 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070405 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 6 | 46797991 | 46001727 | HEALTHWISE PHARMACY INC | TAMPA | BH4285309 | 1070405 |
| C4 | 635813 | CLONAZEPAM | 0.5 MG | TAB | 500 | 6 | 46798113 | 46126540 | INTEGRITY PHARMACY SERVICES | LARGO | FI0064294 | 1070405 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | TAB | 500 | 7 | 46797571 | 46000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 1070405 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG | TAB | 500 | 6 | 46798037 | 46036335 | KINDRED PHCY SVS ST.PETERSBURG | SAINT PETERSBURG | BK9135321 | 1070405 |
| C3 | 237697 | HYDROCOD/APAP | 10/ 650 | TAB | 500 | 8 | 46796509 | 46004077 | MAYHUGH'S DRUGS INC | GREEN COVE SPRING | AM4954384 | 1070405 |
| C4 | 549949 | ALPRAZOLAM | 1 MG | TAB | 500 | 6 | 46797069 | 46000299 | MIAMI BEHAVORIAL HLTH CTR, INC | MIAMI | AA9172800 | 1070405 |
| C4 | 635813 | CLONAZEPAM | 0.5 MG | TAB | 500 | 6 | 46797069 | 46000299 | MIAMI BEHAVORIAL HLTH CTR, INC | MIAMI | AA9172800 | 1070405 |
| C4 | 638486 | CLONAZEPAM | 1 MG | TAB | 500 | 6 | 46797069 | 46000299 | MIAMI BEHAVORIAL HLTH CTR, INC | MIAMI | AA9172800 | 1070405 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 12 | 46797872 | 46085308 | RAV-BAL, INC, DBA THE RXSHOP | MADEIRA BEACH | BR9085514 | 1070405 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG | TAB | 500 | 12 | 46797852 | 46043802 | RX CARE PHCY | DADE CITY | BR8482399 | 1070405 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 8 | 46797374 | 46026864 | SUNRISE WHOLESALE, INC        PC5 | SUNRISE | RS0304117 | 1070405 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316016

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Desctiption | | | | Qty | Inv# | Cust# | Customer Name | City | DEA# | Inv Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 147780 | HYDROCOD/APAP | 7.5/ 500 MG | TAB | 500 | 24 | 46799234 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | LIBERTYVILLE | RA0110065 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 120 | 46799234 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | LIBERTYVILLE | RA0110065 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 132 | 46799234 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | LIBERTYVILLE | RA0110065 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46799234 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | LIBERTYVILLE | RA0110065 | 1070406 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 18 | 46799234 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | LIBERTYVILLE | RA0110065 | 1070406 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 6 | 46799234 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | LIBERTYVILLE | RA0110065 | 1070406 |
| C4 | 598250 | ALPRAZOLAM | 2 MG | TAB | 500 | 18 | 46799230 | 46022392 | ALLSCRIPTS, INC GROUND      PC5 | LIBERTYVILLE | RA0110065 | 1070406 |
| C4 | 598250 | ALPRAZOLAM | 2 MG | TAB | 500 | 48 | 46799230 | 46022392 | ALLSCRIPTS, INC GROUND      PC5 | LIBERTYVILLE | RA0110065 | 1070406 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 72 | 46800510 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 6 | 46800378 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070406 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 9 | 46800378 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 12 | 46799239 | 46004622 | EXTENDED CARE PHARMACY, INC | PALATKA | BE6665472 | 1070406 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 96 | 46800031 | 46000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 1070406 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 120 | 46800522 | 46132050 | KABS PHARMACY #3 | TAMPA | FK0112906 | 1070406 |
| C4 | 598250 | ALPRAZOLAM | 2 MG | TAB | 500 | 6 | 46800064 | 46095190 | NAVAL MEDICAL CLINIC | KEY WEST | AN4242943 | 1070406 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ 500 MG | TAB | 500 | 6 | 46800394 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ 500 MG | TAB | 500 | 12 | 46800394 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ 500 MG | TAB | 500 | 12 | 46800394 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 36 | 46800394 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 7 | 46800394 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 12 | 46800393 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 12 | 46800393 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C3 | 396162 | VICODIN ES | 7.5 MG | TAB | 500 | 12 | 46800391 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C4 | 598441 | ALPRAZOLAM | 0.5 MG | TAB | 1000 | 10 | 46800391 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070406 |
| C2 | 381921 | OXYCOD/APAP | 5/ 325 MG | TAB | 500 | 6 | 46799749 | 46044495 | PHARMERICA | POMPANO BEACH | BP5682958 | 1070406 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 120 | 46799840 | 46026864 | SUNRISE WHOLESALE, INC    PC5 | SUNRISE | RS0304117 | 1070406 |
| C4 | 669844 | AMBIEN | 10 MG | TAB | 500 | 6 | 46801112 | 46072215 | WALGREENS MAIL SERVICE | ORLANDO | BW8910879 | 1070406 |
| C2 | 337196 | CONCERTA | 54 MG ER | TAB | 100 | 144 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 337196 | CONCERTA | 54 MG ER | TAB | 100 | 240 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 337196 | CONCERTA | 54 MG ER | TAB | 100 | 144 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 461850 | CONCERTA | 27 MG ER | TAB | 100 | 72 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 461850 | CONCERTA | 27 MG ER | TAB | 100 | 240 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 932566 | CONCERTA | 18 MG ER | TAB | 100 | 72 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 932566 | CONCERTA | 18 MG ER | TAB | 100 | 408 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 932756 | CONCERTA | 36 MG ER | TAB | 100 | 456 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 932756 | CONCERTA | 36 MG ER | TAB | 100 | 576 | 46801111 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070406 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | TAB | 100 | 96 | 46800308 | 46007385 | WEAVER PHARMACY INC | NORTH FORT MYERS | BW8769892 | 1070406 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABCMDL00316017

**Mays, Steve**

| | |
|---|---|
| From: | Brown, Greg |
| nt: | Thursday, May 17, 2007 3:41 PM |
| : | Mays, Steve |
| Subject: | FW: Report 040707 |
| Attachments: | Poss Excessive Purchase Rpt040907 & 040707.xls |

---

**From:** Brown, Greg
**Sent:** Monday, April 09, 2007 11:00 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 040707

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

 iis information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

 ii any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt040...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316018

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316019

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Order Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 047631 | HYDROCOD/APAP | 5/ | 325MG | TAB | 100 | 96 | 46801329 | 46132324 | REBEL DIST CORP/PED O/N | PC0 | THOUSAND OAKS | RR0241050 | 1070407 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46802037 | 46022384 | ALLSCRIPTS, INC PED O/N | PC0 | LIBERTYVILLE | RA0110065 | 1070409 |
| C4 | 599795 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 10 | 46802037 | 46022384 | ALLSCRIPTS, INC PED O/N | PC0 | LIBERTYVILLE | RA0110065 | 1070409 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 60 | 46803601 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070409 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 72 | 46803601 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070409 |
| C3 | 500456 | HYDROCOD/APAP | 10/ | 650 MG | TAB | 100 | 60 | 46802320 | 46020156 | COSTCO #357 EDI | | JACKSONVILLE | BC7039680 | 1070409 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 8 | 46803476 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070409 |
| C4 | 599795 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 6 | 46802221 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070409 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46803152 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070409 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46803153 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070409 |
| C4 | 267880 | CLONAZEPAM | 1 | MG | TAB | 1000 | 7 | 46803495 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070409 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 8 | 46802973 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070409 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 8 | 46802973 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070409 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 8 | 46802973 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070409 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 264 | 46802974 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070409 |

**Mays, Steve**

From:                    Brown, Greg
Sent:                    Thursday, May 17, 2007 3:41 PM
To:                      Mays, Steve
Subject:                 FW: Report 041007

Attachments:             Poss Excessive Purchase Rpt041007.xls

---

**From:** Brown, Greg
**Sent:** Tuesday, April 10, 2007 10:51 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 041007

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt041...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    ABDCMDL00316020

# AmerisourceBergen - Orlando
### Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | | QTY | Invoice# | Cust# | Customer Name | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 549931 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 36 | 46806180 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070410 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 60 | 46806181 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070410 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 72 | 46806181 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070410 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 9 | 46806059 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070410 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 10 | 46806059 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070410 |
| C3 | 642280 | ACETAMINOPHEN V | 30 | MG | TAB | 1000 | 6 | 46805962 | 46072306 | FAMILY HEALTH CTRS-PHS SW PCNC | FORT MYERS | AL1749792 | 1070410 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46805689 | 46000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 1070410 |
| C3 | 137479 | ACETAMIN/COD | 300/ | 30MG | TAB | 1000 | 18 | 46805587 | 46033050 | MASTERS MEDICAL, INC | DAVIE | RM0348094 | 1070410 |
| C4 | 428649 | TEMAZEPAM | 15 | MG | CAP | 500 | 6 | 46804677 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | JACKSONVILLE | BN4154427 | 1070410 |
| C3 | 497933 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 12 | 46804677 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | JACKSONVILLE | BN4154427 | 1070410 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 11 | 46806072 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070410 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 60 | 46806072 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070410 |
| C4 | 549931 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 9 | 46806072 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070410 |
| C4 | 669857 | AMBIEN | 5 | MG | TAB | 500 | 6 | 46806072 | 46045252 | P.M.S.I. | TAMPA | BP8680779 | 1070410 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 10 | 46805151 | 46004143 | PHARMACY ONE INC | MIAMI | BP7204833 | 1070410 |
| C4 | 433476 | LUNESTA | 3 | MG | TAB | 100 | 72 | 46805633 | 46005959 | PROCARE PHCY BENEFIT MGR, INC | MIRAMAR | BP8185096 | 1070410 |
| C4 | 642918 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 500 | 7 | 46804425 | 46121319 | PSS WORLD MEDICAL IN PEDIG PC0 | WEST COLUMBIA | RP0330097 | 1070410 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 18 | 46805489 | 46026864 | SUNRISE WHOLESALE, INC    PC5 | SUNRISE | RS0304117 | 1070410 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 6 | 46805976 | 46007385 | WEAVER PHARMACY INC | NORTH FORT MYERS | BW8769892 | 1070410 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ | 750 MG | TAB | 500 | 6 | 46805976 | 46007385 | WEAVER PHARMACY INC | NORTH FORT MYERS | BW8769892 | 1070410 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABCMDL00316021

**ABC Confidential**

**Mays, Steve**

| | |
|---|---|
| **From:** | Brown, Greg |
| **Sent:** | Thursday, May 17, 2007 3:41 PM |
| **To:** | Mays, Steve |
| **Subject:** | FW: Report 041107 |
| | |
| **Attachments:** | Poss Excessive Purchase Rpt041107.xls |

---

**From:** Brown, Greg
**Sent:** Wednesday, April 11, 2007 9:20 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 041107

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

   This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409


Poss Excessive
Purchase Rpt041...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316022

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 275321 | ALPRAZOLAM | 0.5 | MG | TAB | 100 | 60 | 46807140 | 46070128 | AFSC REG HOSP EGLIN SGL | | EGLIN AFB | AU5320798 | 1070411 |
| C4 | 341596 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 100 | 60 | 46807140 | 46070128 | AFSC REG HOSP EGLIN SGL | | EGLIN AFB | AU5320798 | 1070411 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 12 | 46807238 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070411 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46808517 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070411 |
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 PK | TAB | 100 | 60 | 46809832 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070411 |
| C4 | 669844 | AMBIEN | 10 | MG | TAB | 500 | 12 | 46808918 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070411 |
| C4 | 801993 | LORAZEPAM | 1 | MG | TAB | 1000 | 7 | 46808921 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070411 |
| C2 | 650515 | ROXICET | 5MG/ | 325MG | TAB | 500 | 6 | 46807929 | 46004143 | PHARMACY ONE INC | | MIAMI | BP7204833 | 1070411 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 12 | 46808565 | 46006197 | PHARMCORE, INC | | HALLANDALE | BP8246236 | 1070411 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 8 | 46809598 | 46049114 | PHARMERICA, INC. | | LONGWOOD | BP5703788 | 1070411 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 9 | 46808308 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070411 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 10 | 46808308 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070411 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 10 | 46808308 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070411 |
| C2 | 927355 | OXYCODONE HCL | 15 | MG | TAB | 100 | 96 | 46808310 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070411 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 192 | 46808310 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070411 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46809647 | 46050906 | VANDANA, INC DBA DISCOUNT RX | | SANFORD | BV9473985 | 1070411 |
| C4 | 669844 | AMBIEN | 10 | MG | TAB | 500 | 6 | 46809695 | 46072215 | WALGREENS MAIL SERVICE | | ORLANDO | BW8910879 | 1070411 |
| C4 | 669857 | AMBIEN | 5 | MG | TAB | 500 | 6 | 46807022 | 46072215 | WALGREENS MAIL SERVICE | | ORLANDO | BW8910879 | 1070411 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316023

## Mays, Steve

| | |
|---|---|
| **From:** | Brown, Greg |
| **Sent:** | Thursday, May 17, 2007 3:41 PM |
| **To:** | Mays, Steve |
| **Subject:** | FW: Report 041207 |
| | |
| **Attachments:** | Poss Excessive Purchase Rpt041207.xls |

---

**From:** Brown, Greg
**Sent:** Thursday, April 12, 2007 7:36 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 041207

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL 32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL 32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt041...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316024

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 663286 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 1000 | 6 | 46810273 | 46070094 | A & E PHARMACY | | PENSACOLA | AA0161430 | 1070412 |
| C2 | 008363 | METHADONE HCL | 5 | MG | TAB | 100 | 84 | 46812282 | 46008433 | HOSPICE OF MARION COUNTY INC | | OCALA | BH6334750 | 1070412 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 90 | 46812282 | 46008433 | HOSPICE OF MARION COUNTY INC | | OCALA | BH6334750 | 1070412 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46811150 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070412 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46811830 | 46121335 | KABS PHARMACY | | SARASOTA | BK9855997 | 1070412 |
| C4 | 635813 | CLONAZEPAM | 0.5 | MG | TAB | 500 | 6 | 46810645 | 46000299 | MIAMI BEHAVORIAL HLTH CTR, INC | | MIAMI | AA9172800 | 1070412 |
| C4 | 099556 | VALIUM | 10 | MG | TAB | 500 | 10 | 46811516 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070412 |
| C3 | 137428 | ACETAMIN/COD | 300/ | 60MG | TAB | 500 | 18 | 46811516 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070412 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ | 750 MG | TAB | 500 | 18 | 46811515 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070412 |
| C2 | 381921 | OXYCD/APAP | 5/ | 325 MG | TAB | 500 | 6 | 46810871 | 46044495 | PHARMERICA | | POMPANO BEACH | BP5682958 | 1070412 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 192 | 46810976 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070412 |
| C2 | 381921 | OXYCOD/APAP | 5/ | 325 MG | TAB | 500 | 6 | 46810354 | 46063966 | TARARA PHCY. | | MIAMI | AC4530920 | 1070412 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316025

**Mays, Steve**

| | |
|---|---|
| ⁻rom: | Brown, Greg |
| nt: | Thursday, May 17, 2007 3:41 PM |
| : | Mays, Steve |
| **Subject:** | FW: Report 041307 |
| **Attachments:** | Poss Excessive Purchase Rpt041307.xls |

---

**From:** Brown, Greg
**Sent:** Friday, April 13, 2007 8:44 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 041307

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

.is information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

ii any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt041...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316026

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABCMDL00316027

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 12 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 12 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 24 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 24 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 312 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C4 | 319806 | LORAZEPAM | 2 | MG | TAB | 500 | 12 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C4 | 324196 | HYDROCOD/APAP | 7.5/ | 750 MG | TAB | 500 | 24 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C4 | 739839 | DIAZEPAM | 10 | MG | TAB | 500 | 24 | 46813000 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070413 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 72 | 46812997 | 46022392 | ALLSCRIPTS, INC GROUND | PC5 | LIBERTYVILLE | RA0110065 | 1070413 |
| C2 | 650382 | MORPHINE SULFAT | 20 | MG/5ML | SOL | 500 | 8 | 46814573 | 46026930 | BEE RIDGE PHARMACY | | SARASOTA | BS9839424 | 1070413 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 72 | 46814341 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070413 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46814218 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070413 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 6 | 46814218 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070413 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 6 | 46812803 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070413 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46813872 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070413 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46813872 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070413 |
| C2 | 381921 | OXYCD/APAP | 5/ | 325 MG | TAB | 500 | 6 | 46814358 | 46036335 | KINDRED PHCY SVS ST.PETERSBURG | | SAINT PETERSBURG | BK9135321 | 1070413 |
| C3 | 137479 | ACETAMIN/COD | 300/ | 30MG | TAB | 1000 | 96 | 46813778 | 46033050 | MASTERS MEDICAL, INC | | DAVIE | RM0348094 | 1070413 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 100 | 46812814 | 46004077 | MAYHUGH'S DRUGS INC | | GREEN COVE SPRING | AM4954384 | 1070413 |
| C4 | 748520 | LORAZEPAM | 0.5 | MG | TAB | 500 | 6 | 46812736 | 46072504 | NAVAL HOSPITAL MAIN ACCT | | PENSACOLA | BN4109927 | 1070413 |
| C4 | 748549 | LORAZEPAM | 1 | MG | TAB | 500 | 6 | 46812736 | 46072504 | NAVAL HOSPITAL MAIN ACCT | | PENSACOLA | BN4109927 | 1070413 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 120 | 46815111 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070413 |
| C4 | 669844 | AMBIEN | 10 | MG | TAB | 500 | 9 | 46814961 | 46072215 | WALGREENS MAIL SERVICE | | ORLANDO | BW8910879 | 1070413 |
| C2 | 337196 | CONCERTA | 54 | MG ER | TAB | 100 | 96 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 337196 | CONCERTA | 54 | MG ER | TAB | 100 | 720 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 72 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 96 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 144 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 72 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 932566 | CONCERTA | 18 | MG ER | TAB | 100 | 192 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 932566 | CONCERTA | 18 | MG ER | TAB | 100 | 216 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 552 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 360 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 120 | 46814960 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070413 |

**Mays, Steve**

| | |
|---|---|
| **From:** | Brown, Greg |
| **nt:** | Thursday, May 17, 2007 3:42 PM |
| **:** | Mays, Steve |
| **Subject:** | FW: Report 041807 |
| **Attachments:** | Poss Excessive Purchase Rpt041607.xls; Poss Excessive Purchase Rpt041707.xls; Poss Excessive Purchase Rpt041807.xls |

---

**From:** Brown, Greg
**Sent:** Wednesday, April 18, 2007 11:08 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 041807

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL 32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

is information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409

    

Poss Excessive        Poss Excessive        Poss Excessive
Purchase Rpt041...   Purchase Rpt041...   Purchase Rpt041...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316028

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316029

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 10 | 46817537 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070416 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 12 | 46816440 | 46009076 | IZZ AND SONS INC | | MIAMI | BI5793395 | 1070416 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46815829 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070416 |
| C4 | 568774 | ALPRAZOLAM | 0.25 | MG | TAB | 500 | 9 | 46817168 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070416 |
| C4 | 267740 | CLONAZEPAM | 0.5 | MG | TAB | 1000 | 10 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 36 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 12 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 6 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 12 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 7 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 60 | 46817553 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C4 | 739797 | DIAZEPAM | 5 | MG | TAB | 500 | 31 | 46817552 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070416 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 216 | 46817031 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070416 |

# AmerisourceBergen - Orlando
### Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABCMDL00316030

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 | 46819074 | 46070094 | A & E PHARMACY | PENSACOLA | AA0161430 | 1070417 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 48 | 46820466 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070417 |
| C4 | 598250 | ALPRAZOLAM | 2 | MG | TAB | 500 | 12 | 46820466 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070417 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 72 | 46820467 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070417 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 12 | 46820330 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070417 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 12 | 46820330 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070417 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 12 | 46818869 | 46004622 | EXTENDED CARE PHARMACY, INC | PALATKA | BE6665472 | 1070417 |
| C4 | 076174 | PROPOX NAP/AP | 100/ | 650 WH | TAB | 1000 | 6 | 46820950 | 46020495 | FLORIDA HEALTH CARE PLAN | HOLLY HILL | BF3946526 | 1070417 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 8 | 46820432 | 46001727 | HEALTHWISE PHARMACY INC | TAMPA | BH4285309 | 1070417 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ | 750 MG | TAB | 500 | 6 | 46820432 | 46001727 | HEALTHWISE PHARMACY INC | TAMPA | BH4285309 | 1070417 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 8 | 46820432 | 46001727 | HEALTHWISE PHARMACY INC | TAMPA | BH4285309 | 1070417 |
| C4 | 549980 | ALPRAZOLAM | 0.5 | MG | TAB | 500 | 6 | 46820432 | 46001727 | HEALTHWISE PHARMACY INC | TAMPA | BH4285309 | 1070417 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46819956 | 46000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 1070417 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 6 | 46818941 | 46070698 | KINDRED PHCY SVS JACKSONVILLE | JACKSONVILLE | BK9135319 | 1070417 |
| C2 | 650663 | METHADONE | 10 | MG | TAB | 100 | 100 | 46820524 | 46050476 | LONG, AARON E MD ALL CARE | BRADENTON | BL8851950 | 1070417 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 72 | 46820524 | 46050476 | LONG, AARON E MD ALL CARE | BRADENTON | BL8851950 | 1070417 |
| C4 | 275370 | ALPRAZOLAM | 0.5 | MG | TAB | 500 | 12 | 46818953 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | JACKSONVILLE | BN4154427 | 1070417 |
| C3 | 497933 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 | 46818953 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | JACKSONVILLE | BN4154427 | 1070417 |
| C4 | 739797 | DIAZEPAM | 5 | MG | TAB | 500 | 10 | 46818953 | 46095265 | NAVAL HOSPITAL JACKSONVILLE | JACKSONVILLE | BN4154427 | 1070417 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 | 46821013 | 46049114 | PHARMERICA, INC. | LONGWOOD | BP5703788 | 1070417 |
| C4 | 506774 | TEMAZEPAM | 15 | MG | CAP | 500 | 12 | 46820580 | 46043695 | PHARMERICA, INC. | LARGO | BP5704324 | 1070417 |
| C4 | 635813 | CLONAZEPAM | 0.5 | MG | TAB | 500 | 7 | 46820580 | 46043695 | PHARMERICA, INC. | LARGO | BP5704324 | 1070417 |
| C4 | 801308 | LORAZEPAM | 0.5 | MG | TAB | 1000 | 6 | 46821013 | 46049114 | PHARMERICA, INC. | LONGWOOD | BP5703788 | 1070417 |
| C4 | 801308 | LORAZEPAM | 0.5 | MG | TAB | 1000 | 28 | 46820580 | 46043695 | PHARMERICA, INC. | LARGO | BP5704324 | 1070417 |
| C4 | 801993 | LORAZEPAM | 1 | MG | TAB | 1000 | 6 | 46820580 | 46043695 | PHARMERICA, INC. | LARGO | BP5704324 | 1070417 |
| C4 | 599795 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 6 | 46820235 | 46007385 | WEAVER PHARMACY INC | NORTH FORT MYERS | BW8769892 | 1070417 |

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C4 | 275321 | ALPRAZOLAM | 0.5 | MG | TAB | 100 | 60 | 46821476 | 46070128 | AFSC REG HOSP EGLIN SGL | | EGLIN AFB | AU5320798 | 1070418 |
| C4 | 341596 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 100 | 60 | 46821476 | 46070128 | AFSC REG HOSP EGLIN SGL | | EGLIN AFB | AU5320798 | 1070418 |
| C4 | 691394 | DIETHYLPROPION H | 75 | MG | TAB | 100 | 97 | 46821805 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070418 |
| C4 | 691394 | DIETHYLPROPION H | 75 | MG | TAB | 100 | 120 | 46821805 | 46022376 | ALLSCRIPTS-INC PRO PED/GRD PC0 | | LIBERTYVILLE | RA0110065 | 1070418 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46823378 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070418 |
| C3 | 500456 | HYDROCOD/APAP | 10/ | 650 MG | TAB | 100 | 60 | 46821834 | 46020156 | COSTCO #357 EDI | | JACKSONVILLE | BC7039680 | 1070418 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 8 | 46823230 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070418 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 9 | 46823230 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070418 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46822817 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070418 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 120 | 46823391 | 46132050 | KABS PHARMACY #3 | | TAMPA | FK0112906 | 1070418 |
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 60 | 46824194 | 46095206 | NAVAL HOSPITAL JACKSONVILLE | | JACKSONVILLE | BN4154427 | 1070418 |
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 72 | 46824176 | 46072504 | NAVAL HOSPITAL MAIN ACCT | | PENSACOLA | BN4109927 | 1070418 |
| C3 | 137479 | ACETAMIN/COD | 300/ | 30MG | TAB | 1000 | 12 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 6 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 36 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 24 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 10 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 11 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 48 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C4 | 549931 | ALPRAZOLAM | 1 | MG | TAB | 1000 | 6 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 591701 | LORTAB | 7.5/ | 500MG | TAB | 500 | 6 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C4 | 663286 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 1000 | 36 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C4 | 663286 | PROPOX NAP/AP | 100/ | 650 PK | TAB | 1000 | 12 | 46823250 | 46045252 | P.M.S.I. | | TAMPA | BP8680779 | 1070418 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 7 | 46823607 | 46053934 | PHARMERICA | | SARASOTA | BP5691488 | 1070418 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46823207 | 46085308 | RAV-BAL, INC, DBA THE RXSHOP | | MADEIRA BEACH | BR9085514 | 1070418 |
| C3 | 237697 | HYDROCOD/APAP | 10/ | 650 | TAB | 500 | 9 | 46822580 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070418 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 10 | 46822579 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070418 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 10 | 46822582 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070418 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46822580 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070418 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABCDCMDL00316031

## Mays, Steve

| | |
|---|---|
| **From:** | Brown, Greg |
| **nt:** | Thursday, May 17, 2007 3:42 PM |
| **:** | Mays, Steve |
| **Subject:** | FW: Report 041907 |
| **Attachments:** | Poss Excessive Purchase Rpt041907.xls |

---

**From:** Brown, Greg
**Sent:** Thursday, April 19, 2007 8:27 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 041907

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

is information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

n any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt041...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316032

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316033

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46825918 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070419 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 7 | 46825918 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070419 |
| C4 | 638486 | CLONAZEPAM | 1 | MG | TAB | 500 | 8 | 46825056 | 46000299 | MIAMI BEHAVORIAL HLTH CTR, INC | MIAMI | AA9172800 | 1070419 |
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 60 | 46826147 | 46043695 | PHARMERICA, INC. | LARGO | BP5704324 | 1070419 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46825901 | 46085308 | RAV-BAL, INC, DBA THE RXSHOP | MADEIRA BEACH | BR9085514 | 1070419 |

**Mays, Steve**

| | |
|---|---|
| From: | Brown, Greg |
| nt: | Thursday, May 17, 2007 3:42 PM |
| : | Mays, Steve |
| Subject: | FW: Report 042007 |
| Attachments: | Poss Excessive Purchase Rpt042007.xls |

**From:** Brown, Greg
**Sent:** Friday, April 20, 2007 8:23 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 042007

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL  32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

is information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

if any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL  32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt042...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316034

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 84 46829280 | 46070128 | AFSC REG HOSP EGLIN SGL | EGLIN AFB | AU5320798 | 1070420 |
| C3 | 591701 | LORTAB | 7.5/ | 500MG | TAB | 500 | 6 46826859 | 46022384 | ALLSCRIPTS, INC PED O/N    PC0 | LIBERTYVILLE | RA0110065 | 1070420 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 46828602 | 46005736 | BENAK, INC | TAMPA | BB8134570 | 1070420 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 6 46828475 | 46006700 | DISCOUNT MAIL MEDS LLC | LAKELAND | BD8523335 | 1070420 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 46827216 | 46004622 | EXTENDED CARE PHARMACY, INC | PALATKA | BE6665472 | 1070420 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 46828130 | 46000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 1070420 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 46828132 | 46000729 | J & H STORES INC | FORT LAUDERDALE | BJ3675456 | 1070420 |
| C4 | 748549 | LORAZEPAM | 1 | MG | TAB | 500 | 6 46826953 | 46072504 | NAVAL HOSPITAL MAIN ACCT | PENSACOLA | BN4109927 | 1070420 |
| C4 | 549972 | ALPRAZOLAM | 0.5 | MG | TAB | 1000 | 10 46828091 | 46058966 | NMHCRX MAIL ORDER | MIRAMAR | BN8116318 | 1070420 |
| C2 | 381921 | OXYCOD/APAP | 5/ | 325 MG | TAB | 500 | 6 46827854 | 46044495 | PHARMERICA | POMPANO BEACH | BP5682958 | 1070420 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 6 46829066 | 46049114 | PHARMERICA, INC. | LONGWOOD | BP5703788 | 1070420 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 46829066 | 46049114 | PHARMERICA, INC. | LONGWOOD | BP5703788 | 1070420 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 46827946 | 46026864 | SUNRISE WHOLESALE, INC    PC5 | SUNRISE | RS0304117 | 1070420 |
| C4 | 573966 | AMBIEN | 10 | MG | TAB | 100 | 96 46826795 | 46072215 | WALGREENS MAIL SERVICE | ORLANDO | BW8910879 | 1070420 |
| C2 | 337196 | CONCERTA | 54 | MG ER | TAB | 100 | 144 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |
| C2 | 337196 | CONCERTA | 54 | MG ER | TAB | 100 | 672 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 144 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 216 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |
| C2 | 932566 | CONCERTA | 18 | MG ER | TAB | 100 | 432 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 264 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 1032 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | JUPITER | RW0277752 | 1070420 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316035

**Zimmerman, Chris**

| | |
|---|---|
| From: | Zimmerman, Chris |
| Sent: | Saturday, April 28, 2007 1:10 PM |
| To: | Swartz, Debbie; Chou, John |
| Cc: | Knepley, Rita; Zimmerman, Chris |
| Subject: | FW: Report 042007 |
| | |
| Attachments: | Poss Excessive Purchase Rpt042007.xls |

# Privileged

| | |
|---|---|
| From: | Mays, Steve |
| Sent: | Friday, April 27, 2007 10:27 PM |
| To: | Zimmerman, Chris |
| Cc: | Cherveny, Eric |
| Subject: | FW: Report 042007 |

# Privileged

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL 32746

Dear Barbara:

attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL 32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt042..

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316036

# Amerisource gen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C2 | 381897 | OXYCOD/APAP | 5/ | 325 MG | TAB | 100 | 84 | 46829280 | 46070128 | AFSC REG HOSP EGLIN SGL | | EGLIN AFB | AU5320798 | 1070420 |
| C3 | 591701 | LORTAB | 7.5/ | 500MG | TAB | 500 | 6 | 46826859 | 46022384 | ALLSCRIPTS, INC PED O/N | PC0 | LIBERTYVILLE | RA0110065 | 1070420 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46828602 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070420 |
| C3 | 323365 | HYDROCOD/APAP | 10/ | 325 MG | TAB | 500 | 6 | 46828475 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070420 |
| C3 | 317471 | HYDROCOD/APAP | 10 | /500MG | TAB | 500 | 6 | 46827216 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070420 |
| C4 | 549899 | ALPRAZOLAM | 2 | MG | TAB | 500 | 6 | 46828130 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070420 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 144 | 46828132 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070420 |
| C4 | 748549 | LORAZEPAM | 1 | MG | TAB | 500 | 6 | 46826953 | 46072504 | NAVAL HOSPITAL MAIN ACCT | | PENSACOLA | BN4109927 | 1070420 |
| C4 | 549972 | ALPRAZOLAM | 0.5 | MG | TAB | 1000 | 10 | 46828091 | 46058966 | NMHCRX MAIL ORDER | | MIRAMAR | BN8116318 | 1070420 |
| C2 | 381921 | OXYCOD/APAP | 5/ | 325 MG | TAB | 500 | 6 | 46827854 | 46044495 | PHARMERICA | | POMPANO BEACH | BP5682958 | 1070420 |
| C3 | 147780 | HYDROCOD/APAP | 7.5/ | 500 MG | TAB | 500 | 6 | 46829066 | 46049114 | PHARMERICA, INC. | | LONGWOOD | BP5703788 | 1070420 |
| C3 | 499917 | HYDROCOD/APAP | 5/ | 500 MG | TAB | 500 | 6 | 46829066 | 46049114 | PHARMERICA, INC. | | LONGWOOD | BP5703788 | 1070420 |
| C2 | 927362 | OXYCODONE HCL | 30 | MG | TAB | 100 | 96 | 46827946 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070420 |
| C4 | 573966 | AMBIEN | 10 | MG | TAB | 100 | 96 | 46826795 | 46072215 | WALGREENS MAIL SERVICE | | ORLANDO | BW8910879 | 1070420 |
| C2 | 337196 | CONCERTA | 54 | MG ER | TAB | 100 | 144 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |
| C2 | 337196 | CONCERTA | 54 | MG ER | TAB | 100 | 672 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 144 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |
| C2 | 461850 | CONCERTA | 27 | MG ER | TAB | 100 | 216 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |
| C2 | 932566 | CONCERTA | 18 | MG ER | TAB | 100 | 432 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 264 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |
| C2 | 932756 | CONCERTA | 36 | MG ER | TAB | 100 | 1032 | 46829151 | 46050591 | WALGREENS WHS-JUPITER 014 PCNC | | JUPITER | RW0277752 | 1070420 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316037

**Divisional Possible Suspicious Control Order Monitoring**

Query GBCONT.SQ2 will be ran nightly after End-of-Day by DP to generate a Possible Suspicious Order report.  Report will be forwarded to Operations Manager for review (eventually will be turned over to DEA Coordinator).  GBCONT.SQ3 also runs every Sunday night to capture Friday's sales.

Each reported item will be reviewed for suspicious quantity.  If an item is viewed to be a Possible Suspicious Quantity, the customer and item information will be forwarded to Eric Cherveny at CSRA for his review.  After reviewing, each full report will be forwarded to our local DEA Agent and Eric Cherveny at CSRA for review.

Report criteria searches for tab/caps only:

All 'C2' 'C3' 'C4' 'C5'
AND size > 100
AND qty > 5
OR
All 'C2' 'C3' 'C4' 'C5'
AND size = 100
AND qty > 95

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Mays, Steve**

| | |
|---|---|
| **From:** | Brown, Greg |
| **Sent:** | Thursday, May 17, 2007 3:42 PM |
| **To:** | Mays, Steve |
| **Subject:** | FW: Report 042307 |
| **Attachments:** | Poss Excessive Purchase Rpt042307.xls |

**From:** Brown, Greg
**Sent:** Monday, April 23, 2007 8:03 AM
**To:** 'Boggess, Barbara'
**Cc:** Cherveny, Eric
**Subject:** Report 042307

Barbara Boggess
DEA Diversion Investigator
Drug Enforcement Administration
300 International Parkway, suite 424
Heathrow, FL 32746

Dear Barbara:

The attached document(s) contain order quantities which may be considered suspicious or excessive by your agency.

This information is provided in accordance with 21 CFR 1301.74(b) for your information and/or action.

If any further information is needed, please do not hesitate to contact me.

Sincerely,

Greg Brown
AmerisourceBergen – Orlando Division
2100 Directors Row
Orlando, FL 32809
Phone# 407-856-6239
DEA Registration Number: RA0210409



Poss Excessive
Purchase Rpt042...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316039

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# AmerisourceBergen - Orlando
## Possible Excessive Control Purchase Report

| Schedule | Item# | Description | | | | QTY | Inv# | Cust# | Customer Name | | City | DEA# | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 6 | 46829451 | 46007385 | WEAVER PHARMACY INC | | NORTH FORT MYERS | BW8769892 | 1070421 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | | TAB | 100 | 96 | 46831869 | 46005736 | BENAK, INC | | TAMPA | BB8134570 | 1070423 |
| C3 | 317471 | HYDROCOD/APAP | 10 /500MG | TAB | 500 | 8 | 46831744 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070423 |
| C3 | 323365 | HYDROCOD/APAP | 10/ 325 MG | TAB | 500 | 7 | 46831744 | 46006700 | DISCOUNT MAIL MEDS LLC | | LAKELAND | BD8523335 | 1070423 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 6 | 46830543 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070423 |
| C3 | 324196 | HYDROCOD/APAP | 5/ 500 MG | TAB | 500 | 8 | 46830543 | 46004622 | EXTENDED CARE PHARMACY, INC | | PALATKA | BE6665472 | 1070423 |
| C3 | 324196 | HYDROCOD/APAP | 7.5/ 750 MG | TAB | 500 | 6 | 46831841 | 46001727 | HEALTHWISE PHARMACY INC | | TAMPA | BH4285309 | 1070423 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | | TAB | 500 | 6 | 46831406 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070423 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | | TAB | 100 | 144 | 46831407 | 46000729 | J & H STORES INC | | FORT LAUDERDALE | BJ3675456 | 1070423 |
| C2 | 505701 | METHADOSE | 40 MG DSP | TAB | 100 | 72 | 46831215 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070423 |
| C4 | 549899 | ALPRAZOLAM | 2 MG | | TAB | 500 | 10 | 46831214 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070423 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | | TAB | 100 | 312 | 46831215 | 46026864 | SUNRISE WHOLESALE, INC | PC5 | SUNRISE | RS0304117 | 1070423 |
| C2 | 927362 | OXYCODONE HCL | 30 MG | | TAB | 100 | 96 | 46831650 | 46007385 | WEAVER PHARMACY INC | | NORTH FORT MYERS | BW8769892 | 1070423 |

ABDCMDL00316040