# EXHIBIT 64

# REDACTED

Completed e-Form: Contact Form (SC001 REV2005)                                            Page 1 of 2

## Contact Form (SC001 REV2005)

**Auto Mail**

**FROM:** abrown@amerisourcebergen.com   * required

**SUBJECT:** Contact Form (SC001 REV2005)

**DATE:** 02-09-2007   * required

**Division/Pharmacy Name**
**Company:** AmerisourceBergen
**City, State:** Corona, CA
**Contact Date and Time:** 2/9/07 at 10:13 a.m.
**Associate Name:** Alesia Brown   * required
**Type of Contact:** ☐ Visit  ☑ Phone  ☐ Mail  ☐ Fax  ☐ Other
**Contact With:** ☑ DEA  ☐ State  ☐ Other Regulatory
**Representative's Name:** Lisa Young
**Title:** DEA Diversion Investigator Supervisor
**Office Phone:** 951.328.6201
**Office Location:** Riverside Office

**Brief Report of Contact**
**Account Name:**

**Account Number:**

**Purpose of Contact:**
☐ Request for Information from division  ☑ Division requesting information from agency  ☐ Division requesting clarification of a 222 Blank  ☐ Division reporting suspicious order  ☐ Other

**Invoice Number:**

**Product:**

**Follow Up Required:**
○ No  ● Yes  * required

**Comments:**

file://C:\Documents and Settings\ab2971\Local Settings\Temporary Internet Files\OLK28\Contact Form (SC0...   5/1/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                ABDCMDL00398234

Completed e-Form: Contact Form (SC001 REV2005)                                                    Page 2 of 2



> Called DEA Supervisor Lisa Young regarding ▮▮▮▮▮ License has expired, they have been under investigation with the San Diego DEA office. San Diego DEA Office has provided a letter for ▮▮▮▮ allowing them an extension to order product, however, they will not renew their license. San Diego Office asked Corona to continue selling product to ▮▮▮▮ and provide information to their office as to their purchases.

*Copyright © 2002 AmerisourceBergen - All Rights Reserved*

file://C:\Documents and Settings\ab2971\Local Settings\Temporary Internet Files\OLK28\Contact Form (SC0...   5/1/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ABDCMDL00398235

Completed e-Form: Contact Form (SC001 REV2005)  Page 1 of 2

## Contact Form (SC001 REV2005)

**Auto Mail**
**FROM:** kbrizendine@amerisourcebergen.com  * required
**SUBJECT:** Contact Form (SC001 REV2005)
**DATE:** 02-02-07  * required

**Division/Pharmacy Name**
**Company:** Corona Division
**City, State:** Corona, CA
**Contact Date and Time:** 02/02/07
**Associate Name:** Kim Brizendine  * required
**Type of Contact:** ☒ Visit  ☑ Phone  ☒ Mail  ☒ Fax  ☑ Other
**Contact With:** ☑ DEA  ☐ State  ☐ Other Regulatory
**Representative's Name:** Theresa Garnett
**Title:** Diversion Investigator
**Office Phone:** 858-616-4256
**Office Location:** San Diego, CA

**Brief Report of Contact**
**Account Name:** Fallbrook Phcy Closed Door
**Account Number:** 012-148338
**Purpose of Contact:**
☒ Request for Information from division  ☑ Division requesting information from agency  ☒ Division requesting clarification of a 222 Blank  ☐ Division reporting suspicious order  ☐ Other
**Invoice Number:**
**Product:**

**Follow Up Required:**
⦿ No  ○ Yes  * required

**Comments:**

file://C:\Documents and Settings\ab2971\Local Settings\Temporary Internet Files\OLK28\Contact Form (SC0...  5/1/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00398236

Completed e-Form: Contact Form (SC001 REV2005)             Page 2 of 2



Fallbrook Phcy Closed Door (012-148338) DEA license BF4114764 expired on 09-30-06. DEA did not renew and pharmacy was on administrative hold.
Called Theresa to check status.
Theresa states that they have advised pharmacy that they may continue doing business until further action is taken pending further



Copyright © 2002 AmerisourceBergen - All Rights Reserved

file://C:\Documents and Settings\ab2971\Local Settings\Temporary Internet Files\OLK28\Contact Form (SC0... 5/1/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        ABDCMDL00398237