# **EXHIBIT 69**



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Training
P.O. Box 1475
Quantico, Virginia 22134-1475

JAN 1 4 2004

Mr. Steve Mays
Manager, Regulatory Affairs
Amerisource Bergen
P.O. Box 959
Valley Forge, Pennsylvania 19482

Dear Mr. Mays:

This letter is to confirm previous arrangements made by the Drug Enforcement Administration (DEA) Office of Training Class Coordinator Thomas Prevoznik for a tour of the Bergen Brunswig facility in Richmond, Virginia, by our Diversion Investigator Trainees. I appreciate your cooperation, and I am certain that the visit to your distribution plant will be a valuable learning experience for our students.

The visit to Bergen Brunswig is scheduled for Friday, February 27, 2004. Approximately 45 employees participating in the tour will be arriving by bus at approximately 2 p.m., and we will depart your facility at approximately 4 p.m. for the return trip to Quantico, Virginia.

Again, thank you for your cooperation and support of the DEA Office of Training. Mr. Prevoznik will be in contact with you regarding further arrangements. In the meantime, if you should have any questions, please do not hesitate to contact him at (703) 632-5217.

Sincerely,

John R. McCarty
Special Agent in Charge





**DRUG ENFORCEMENT ADMINISTRATION**

**Thomas W. Prevoznik**
Course Developer/Instructor
Diversion Operations Unit

DEA Training Academy    Telephone:    (703) 632-5217
P.O. Box 1475    Fax:    (703) 632-5258
Quantico, VA 22134-1475    E-mail: tprevoznik@dialup.usdoj.gov
Diversion website: www.deadiversion.usdoj.gov

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     ABDCMDL00315827