# EXHIBIT 74

**DOCUMENT PRODUCED IN NATIVE FORMAT**

**DOCUMENT PRODUCED IN NATIVE FORMAT**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                ABDCMDL00269266



# Drug Enforcement Administration Pharmaceutical Industry Conference

# Wholesale Distribution Diversion Control Program

# September 11, 2007

**Chris Zimmerman**
**Vice President - Corporate Security & Regulatory Affairs**
**AmerisourceBergen Corporation**

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.71(a)** - "All applicants and registrants shall provide **effective controls** and procedures to **guard against** theft and **diversion** of controlled substances."

Distributor Response: Develop policy to ….

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# HOW?

Distributors usually implement policies that mirror the Code of Federal Regulations' requirements:

**1301.72  - Physical Security Controls** – vault / cage construction and alarm system requirements – No Problem

**1304 – Records and Reports of Registrants** – information, maintenance, and inventory requirements – No Problem

**1305 – Orders For Schedule I & II Controlled Substances** – ordering, filling, executing, and endorsing DEA Forms 222 – No Problem

**1301.74 – Other Security Controls** – make a **good faith** inquiry; report **suspicious** orders; report **significant** losses – gray area

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.74(b)** - "The registrant shall design and operate a system to **disclose** to the registrant **suspicious orders** of controlled substances.  The registrant shall inform Field Diversion Office of the Administration in his area of suspicious orders **when discovered** by the registrant."

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Regulatory Responsibility

▶ Reporting suspicious orders to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls to prevent diversion.

▶ DEA cannot / will not tell a distributor:

  – if an order is or is not legitimate; and/or

  – if the distributor should or should not ship an order

▶ Distributor must make a "business" decision whether or not to ship the order.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# ABC's Diversion Control Program

▸ **"Know Your Customer" Due Diligence**

▸ **Order Monitoring Program (OMP)**

▸ **Investigations**

▸ **Education and Training**

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# New Customer Due Diligence

▸ "Know Your Customer" Due Diligence investigations completed on all new Retail and Wholesale Accounts.

    – Retail chain pharmacies are exempted.

▸ Included in New Account Setup Process

    – New Account Questionnaire

    – On-site visit includes photographs inside and out (or physical description of premises)

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# New Customer Due Diligence

▶ Monthly Sales Limits

 – All new accounts set at the lowest threshold level for DEA business type in ABC's Order Monitoring Program (OMP)

▶ "Do Not Ship" List

 – Customers to whom ABC has ceased distribution to due to suspicious activity

 – Other sources

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Order Monitoring Program (OMP)

▶ The Controlled Substances/Listed Chemicals Order Monitoring Program (OMP) was developed to identify suspicious orders and purchasing trends.

▶ Historically Controlled Substance / Listed Chemical order monitoring has been based on a **ship and report** process.

▶ ABC's OMP process is now based on: identify, capture, investigate, and report suspicious orders; all **prior to shipment**.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Customer Account Type and Size

▶ Each Customer is classified by "Customer Type," which represents how the customer is registered with DEA.

– Hospital/Clinic, Retail Pharmacy, Distributor, etc.

– This value is loaded using the NTIS Database synch process.

▶ Each customer is then categorized by "Customer Size" based upon average revenue relative to its peers in the same "Customer Type."

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Item Family and Threshold

▶ All controlled substance and listed chemical products are grouped into item "families" based upon the drug's active ingredient, which has a corresponding Generic Code Number (GCN).

▶ The OMP will combine all sales of items within the same GCN family (e.g., hydrocodone / vicodin; oxycodone / percocet; Alprazolam / Xanax), for each customer.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Item Family and Threshold

▶ Item threshold levels are established from accumulated monthly sales for all customers based on item family, DEA type, and customer size.

▶ A customer's threshold level is initially set by item family based on the customer's DEA type and customer size.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Order Processing

▶ A customer's incoming orders are accumulated by item family, and the total item family order quantity is applied to the predetermined Item family monthly threshold.

▶ If the order quantity falls below the Item family threshold, the order will process normally.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Order Processing

▶ If the order quantity goes over the item family threshold, the order will be placed into "OMP Review."

▶ All subsequent orders within the same item family will be rejected while an item within the same family is under review.

▶ Each distribution center (DC) is responsible for initial review of all orders in OMP Review.

– If the DC can determine the order is not suspicious, the DC will release the order.

– If the DC is unsure, the order will be flagged to be investigated by Corporate (CSRA).

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Order Processing

▶ All OMP orders that the DC released, as well as those flagged for CSRA Review, are sent to CSRA each morning.

▶ Based upon information available to CSRA, flagged orders will either be released or placed in "Investigate" status.

▶ All orders placed into Investigate status are electronically reported to DEA on a daily basis.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# OMP Order Processing

▶ CSRA conducts the investigation and will notify the distribution center of the final disposition of the order (release or cancel).

▶ CSRA will also determine if any permanent action needs to be taken with the customer.

– Customers who have legitimate needs will have their size or threshold levels increased.

– Customers with continued suspicious ordering patterns may have their ability to order control substances effected.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



## Order Monitoring Process
## (OMP)





Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Order Monitoring Program (OMP)

▶ A Distributor can't solely rely on computer systems and programs to prevent diversion.

▶ All employees have a role and responsibility in a successful Order Monitoring Program:

  – Sales

  – Procurement

  – Management (DC / HQ)

  – Order fillers

  – Customer service

  – IT

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Investigations

▶ Sources of Investigations
  – Order Monitoring Program (OMP)
  – Monthly Customer Product Mix Report
  – Notification by DEA
  – Notification by ABC DC

▶ Typical Investigation Process
  – One-year purchase history
  – On-site inspection
  – **CSRA Form 590c Retail Pharmacy Verification Checklist**

▶ Decision
  – Cease distribution of CS/LC to customer
  – Customer Sign applicable compliance agreement

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation



# Education and Training

▶ All appropriate associates are trained on ABC's Diversion Control Program

▶   ABC also holds training and educational courses for its customers and vendors regarding this subject matter.



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation





Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation