# **EXHIBIT 76**

AmerisourceBergen Corporation                                          CSRA I Form 590p

# PRACTITONER QUESTIONNAIRE

Servicing Distributions Center(s) _____

Name / Phone Number of BDM or Account Manager:_____

This questionnaire is to be completed by the Owner and Business Development Person during an on-site visit

1. Practitioner  Name: _____
   a. ABC Account number_____
   b. Practice's dba (doing business as), if any _____
   c. Has the Practitioner ever operated under a different name?
      i. Yes____     No____   If yes, provide the Name:
      _____

2. If existing ABC customer:
   a. Has been customer of ABC: Years_____ Months_____
   b. Customer's current ratio of CS to Non-CS invoice lines % _____
   c. Customer's total monthly dollar purchase volume w/ABC _____
   d. Is customer a Primary_____ or Secondary Account_____ with ABC?
   e. Does customer have Prime Vendor agreement?  Yes___   No___
   f. Is customer part of a Buying Group?
      Yes____    No____   If yes, provide the Name:_____

3. Practice Address:  _____
   a. City_____
   b. State_____
   c. Zip_____

4. Practice Phone Number: _____   Fax Number: _____

5. Practice Email Address: _____

6. Name of individual responsible for controlled substances (ordering, recordkeeping, handling, security, etc. _____

7. Is this Practice affiliated with any other Practice locations?
   Yes____     No____   If yes, provide the following:
   Name: _____
   Address: _____
   Phone Number: _____Fax Number:_____

   Note: If there are additional affiliates please attach an additional sheet with the information

8. Does Practitioner(s) have hospital privileges?
   Yes____     No____   If yes, list hospitals:
   _____
   _____
   _____

Corporate Security & Regulatory Affairs                           Created August 16, 2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00293362

AmerisourceBergen Corporation                                        CSRA I Form 590p

9. Ownership type: Check one
   a. Sole Proprietor ____        Corporation _____   Partnership ____
      i. Other _____ (describe)
   b. If corporation, state of incorporation _____
   c. If corporation, Chief Executive Officer _____

10. Owner(s) name: _____

    a. Owner's dba (doing business as), if any _____

11. Owner Business Address: _____

12. Owner Phone Number: _____ Fax Number: _____

13. Owner Email Address: _____

14. Number of years owner has operated Practice _____

15. Is the Owner a licensed physician?
    Yes____    No____

16. Physician's DEA registration #: _____

17. State Medical license # _____

18. State Controlled Substance license # if required _____

19. Has any Practitioner at the practice ever had a DEA registration or State license suspended or revoked?
    Yes____    No____   If yes, give details (when, why, etc.)
    _____
    _____

20. Has the Owner ever had a DEA registration or State license suspended or revoked?
    Yes____    No____   If so, give details (when, why, etc.)
    _____
    _____

21. Is the Practitioner a member of any professional associations (AMA, etc.)
    Yes____    No____   If yes, provide name(s) _____

22. Does the Practitioner have any other board certifications? (Pain Management, Bariatrics, etc.)
    Yes____    No____   If yes, give specifics _____

23. Does the Practitioner have any other licensure/registration? (buprenorphics, CSAT etc…)
    Yes____    No____   If so, provide copies.

24. Check the following manners of receiving business and provide what percentage of the total business it comprises:
    Walk-In            Yes____   No____      _____%
    Phone              Yes____   No____      _____%
    Fax                Yes____   No____      _____%
    Internet/Mail Order Yes____  No____      _____%

Corporate Security & Regulatory Affairs                        Created August 16, 2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00293363

AmerisourceBergen Corporation                                   CSRA I Form 590p

25. **Are prescriptions written by physicians located in the state in which the patient resides?**
    Yes____     No____

26. **How many controlled substance prescriptions are written daily_____;
    monthly_____?**

27. **How many controlled substance dosage units are dispensed daily_____;
    monthly_____?**

28. **Does the practitioner refer patients to specific pharmacies?**
    Yes_____     No_____ If Yes, provide names of Pharmacy(s):
    _____
    _____

29. **Check the following types of products and provide the approximate percentage of products you expect to purchase from AmerisourceBergen?**

    | HBA                   | Yes____ | No____ | _____% of total purchases |
    | OTC                   | Yes____ | No____ | _____% of total purchases |
    | Non-Controlled Rx     | Yes____ | No____ | _____% of total purchases |
    | Controlled Substances | Yes____ | No____ | _____% of total purchases |
    | Listed Chemicals      | Yes____ | No____ | _____% of total purchases |

30. **Check the following types of products and provide the approximate percentage of products you expect to purchase from other suppliers**

    | HBA                   | Yes____ | No____ | _____% of total purchases |
    | OTC                   | Yes____ | No____ | _____% of total purchases |
    | Non-Controlled Rx     | Yes____ | No____ | _____% of total purchases |
    | Controlled Substances | Yes____ | No____ | _____% of total purchases |
    | Listed Chemicals      | Yes____ | No____ | _____% of total purchases |

31. **Please provide a list of names of all suppliers you intend to continue to use**
    _____
    _____

32. **Please provide a list of names of all suppliers you have used within the last 24 months**_____
    _____

33. **Does the practice expect to order more than 3,000 dosage units (tabs/caps) of <u>Controlled Substances</u> a month?        Yes____ No ____        If yes, list controlled substances and quantity?** _____
    _____
    _____
    _____

34. **Does the Practice have a web site?**
    Yes____     No____     If yes, provide web address(es):
    _____

    Note: If no, you are required to notify us immediately upon establishing a web site.

Corporate Security & Regulatory Affairs                         Created August 16, 2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                ABDCMDL00293364

AmerisourceBergen Corporation                               CSRA I Form 590p

35. Is the Practice affiliated with a web site?
    Yes____    No____    If yes, provide web address(es):
    _____

    Note: If no, you are required to notify us immediately upon affiliating with a web site.

36. Check the following types of payments the Practice receives for products and provide the approximate percentage of total payments:

    | Private Insurance | Yes____ | No____ | _____% of revenue |
    |---|---|---|---|
    | Medicare/Medicaid | Yes____ | No____ | _____% of revenue |
    | Cash | Yes____ | No____ | _____% of revenue |
    | Other | Yes____ | No____ | _____% of revenue |

    If other, provide details _____

37. Attach and date photographs of Practice building (2 of inside, including counter area & 2 of outside-front and back of Practice).

<u>OTHER COMMENTS/OBSERVATIONS:</u>

I, as the Owner or [authorized representative or officer of the Owner], declare that I have completed this Practitioner Questionnaire and to the best of my knowledge and belief the information provided is true, correct and complete.

**WITNESS:**                                               **OWNER**:

**AMERISOURCEBERGEN**                         _____
**DRUG CORPORATION**                          **Name of Entity/Person**

_____               By: _____
**AmerisourceBergen Associate Signature**

_____               _____
**Full Name (Print)**                        **Name:**

_____               _____
**Title**                                    **Title:**

_____               _____
**Cell Phone Number**                        **Date:**

Corporate Security & Regulatory Affairs                    Created August 16, 2007