# EXHIBIT 84

AmerisourceBergen Corporation                                    CSRA I Form 590

# RETAIL PHARMACY QUESTIONNAIRE

**Servicing Distributions Center(s)** _____

**Name / Phone Number of BDM or Account Manager:** _____

**This questionnaire is to be completed by the Owner and Business Development Person during an on-site visit**

1. **Pharmacy Name:** _____
    a. ABC Account number_____
    b. Pharmacy's dba (doing business as), if any _____
    c. Has the pharmacy ever operated under a different name?
        i. Yes____   No____   If yes, provide the Name:
           _____

2. **If existing ABC customer:**
    a. Has been customer of ABC: Years_____ Months_____
    b. Customer's current ratio of CS to Non-CS invoice lines % _____
    c. Customer's total monthly dollar purchase volume w/ABC _____
    d. Is customer a Primary_____ or Secondary Account_____ with ABC?
    e. Does customer have Prime Vendor agreement?  Yes___   No___
    f. Is customer part of a Buying Group?
       Yes____   No____   If yes, provide the Name:_____

3. **Pharmacy Address:** _____
    a. City_____
    b. State_____
    c. Zip_____

4. **Pharmacy Phone Number:** _____ Fax Number: _____

5. **Pharmacy Email Address:** _____

6. **Name of pharmacist –in –charge as it appears on the license**
   _____

7. **Is this pharmacy affiliated with any other pharmacy?**
   Yes____   No____   If yes, provide the following:
   Name: _____
   Address: _____
   Phone Number: _____ Fax Number:_____

   Note: If there are additional affiliates please attach an additional sheet with the information

8. **Ownership type: Check one**
    a. Sole Proprietor ____   Corporation_____   Partnership____
       i. Other _____ (describe)
    b. If corporation, state of incorporation_____
    c. If corporation, Chief Executive Officer _____

9. **Owner(s) name:** _____

Corporate Security & Regulatory Affairs                          Revised June 30, 2007

AmerisourceBergen Corporation                                    CSRA I Form 590

    a.    Owner's dba (doing business as), if any _____

10. Owner Business Address: _____

11. Owner Phone Number: _____   Fax Number: _____

12. Owner Email Address: _____

13. Number of years owner has operated pharmacy _____

14. Is the Owner a licensed pharmacist?
    Yes____     No____

15. Pharmacy DEA registration #:    _____

16. State BOP license #_____

17. Has the Pharmacy ever had a DEA registration suspended or revoked?
    Yes____     No____     If so, give details (when, why, etc.)
    _____
    _____

18. Has the Owner ever had a DEA registration suspended or revoked?
    Yes____     No____     If so, give details (when, why, etc.)
    _____
    _____

19. Pharmacy NCPDP or NPI # _____

20. Is the pharmacy a member of any professional associations (NABP, NCPA, APHA, etc.)
    Yes____     No____     If yes, provide name(s) _____

21. Does the pharmacy have any other certifications? (VIPPS -Verified Internet Pharmacy Practice Sites™, etc.)
    Yes____     No____     If yes, give specifics _____

22. Does the pharmacy have any other licensure/registration (wholesale, repackager, etc…)?
    Yes____     No____       If so, provide copies.

23. What percentage of the following describes the pharmacy's business activities?
    _____% Retail
    _____% Long Term Care
    _____% Compounding
    _____% Infusion
    _____% Other (explain) _____

24. Check the following manners of receiving business and provide what percentage of the total business it comprises:
    Walk-In                 Yes____     No____     _____%
    Phone                   Yes____     No____     _____%
    Fax                     Yes____     No____     _____%
    Internet/Mail Order     Yes____     No____     _____%

AmerisourceBergen Corporation                                                      CSRA I Form 590

**25. Which state(s) does the pharmacy ship into (if any)?** _____
_____

**26. Is the pharmacy licensed for sales in all states it distributes to?**
    Yes____        No____

**27. Are prescriptions written by physicians located in the state in which the patient resides?**
    Yes____        No____

**28. How many prescriptions are filled daily_____; monthly_____?**

**29. Check the following types of products and provide the approximate percentage of products you expect to purchase from AmerisourceBergen?**

    HBA                        Yes____        No____        _____% of total purchases
    OTC                        Yes____        No____        _____% of total purchases
    Non-Controlled Rx          Yes____        No____        _____% of total purchases
    Controlled Substances      Yes____        No____        _____% of total purchases
    Listed Chemicals           Yes____        No____        _____% of total purchases

**30. Check the following types of products and provide the approximate percentage of products you expect to purchase from other suppliers**

    HBA                        Yes____        No____        _____% of total purchases
    OTC                        Yes____        No____        _____% of total purchases
    Non-Controlled Rx          Yes____        No____        _____% of total purchases
    Controlled Substances      Yes____        No____        _____% of total purchases
    Listed Chemicals           Yes____        No____        _____% of total purchases

**31. Please provide a list of names of all suppliers you intend to continue to use**
_____
_____

**32. Please provide a list of names of all suppliers you have used within the last 24 months**_____
_____

**33. Does the pharmacy expect to order more than 3,000 dosage units (tabs/caps) of <u>Phentermine</u> a month?        Yes____No ____        If so, how much and why? _____**
_____
_____

**34. Does the pharmacy expect to order more than 5,000 dosage units (tabs/caps) of <u>hydrocodone</u> combination products a month?   Yes___     No___   If so, how much and why?_____**
_____

**35. Does the pharmacy expect to order more than 5,000 dosage units (tabs/caps) of <u>Alprazolam</u> a month?        Yes___        No____        If so, how much and why?_____**
_____
_____

Corporate Security & Regulatory Affairs                                        Revised June 30, 2007

AmerisourceBergen Corporation                                                                 CSRA I Form 590

36. If reason for "Yes" answer to questions 33 & 34 is "Pain Management" clinics/physicians, please list each prescriber with their DEA Registration number (attach separate list if necessary) _____
_____
_____

37. Does the pharmacy have a web site?
    Yes____    No____    If yes, provide web address(es):
    _____

    Note: If no, you are required to notify us immediately upon establishing a web site.

38. Is the pharmacy affiliated with a web site?
    Yes____    No____    If yes, provide web address(es):
    _____

    Note: If no, you are required to notify us immediately upon affiliating with a web site.

39. Check the following types of payments the pharmacy receives for products and provide the approximate percentage of total payments:

    Private Insurance          Yes____    No____    _____% of revenue
    Medicare/Medicaid          Yes____    No____    _____% of revenue
    Cash                       Yes____    No____    _____% of revenue
    Other                      Yes____    No____    _____% of revenue

    If other, provide details _____

40. Attach and date photographs of pharmacy building (2 of inside, including counter area & 2 of outside-front and back of pharmacy).

**OTHER COMMENTS/OBSERVATIONS:**



I, as the Owner or [authorized representative or officer of the Owner], declare that I have completed this Retail Pharmacy Questionnaire and to the best of my knowledge and belief the information provided is true, correct and complete.

WITNESS:                                                    OWNER:

**AMERISOURCEBERGEN**                                       _____
**DRUG CORPORATION**                                        **Name of Entity/Person**

                                                            By: _____
_____
**AmerisourceBergen Associate Signature**

_____                      _____
**Full Name (Print)**                                       **Name:**

_____                      _____
**Title**                                                   **Title:**

_____                      _____
**Cell Phone Number**                                       **Date:**

Corporate Security & Regulatory Affairs                                    Revised June 30, 2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00360285