# EXHIBIT 85

RETAIL PHARMACY QUESTIONNAIRE

Servicing Distributions Center(s) _____

Name / Phone Number of BDM or Account Manager:_____

This questionnaire is to be completed by the Owner and Business Development Person during an on-site visit

1. Pharmacy Name: _____
    a.   ABC Account number_____
    b.   Pharmacy's dba (doing business as), if any _____
    c.   Has the pharmacy ever operated under a different name?
         Yes____ No____  If yes, provide the Name:
         _____

         **Mandatory – Form will not be processed unless "D" and "E" are answered:**

    d.   **Will ABC be this customer's primary wholesaler? Yes____ No ____**
    e.   **Has this customer signed a Prime Vendor agreement?  Yes___  No___**

2. Pharmacy Address: _____
    a.   City_____
    b.   State_____
    c.   Zip_____

3. Pharmacy Phone Number: _____ Fax Number: _____

4. Pharmacy Email Address: _____

5. Check one:
    ☐ Start-up business. Other suppliers _____
    ☐ Existing business adding or changing suppliers. Current/prior supplier(s) _____
       _____
       If changing supplier(s), why? _____
    ☐ Existing ABC Customer. Account # _____
    a.   Has been customer of ABC: Years_____ Months_____
    b.   Customer's current ratio of CS to Non-CS invoice lines % _____
    c.   Customer's total monthly dollar purchase volume w/ABC _____

6. Name of pharmacist –in –charge (PIC) as it appears on the license
    _____

7. PIC's state license number: _____

8. Has the PIC ever been sanctioned/disciplined in any state(s) where they are or have been licensed?
    Yes____     No____   If Yes, give details (when, why, etc.)
    _____
    _____
    _____

9. Is this pharmacy affiliated with any other pharmacy?
    Yes____     No____   If yes, provide the following:
    Name:_____
    Address: _____
    Phone Number: _____Fax Number:_____

    Note: If there are additional affiliates please attach an additional sheet with the information

Corporate Security & Regulatory Affairs          CSRA I Form 590      Revised August 10, 2010

10. Ownership type: Check one
    a. Sole Proprietor ____    Corporation_____    Partnership____
       Other _____ (describe)
    a. If corporation, state of incorporation_____
    b. If corporation, Chief Executive Officer _____

11. Owner(s) name: _____

    a. Owner's dba (doing business as), if any _____

12. Owner Business Address: _____

13. Owner Phone Number: _____  Fax Number: _____

14. Owner Email Address: _____

15. Number of years owner has operated pharmacy _____

16. Is the Owner a licensed pharmacist?
    Yes____    No____

17. Pharmacy DEA registration #:  _____

18. State BOP license #_____

19. Has a supplier ever suspended or ceased controlled substance sales to the pharmacy? ____Yes ____No
    If yes, why? _____

20. Has the Pharmacy ever had a DEA registration suspended or revoked?
    Yes____    No____    If so, give details (when, why, etc.)
    _____
    _____

21. Has the Owner, family member, or any employee of the pharmacy ever had a DEA registration suspended or revoked?
    Yes____    No____    If so, give details (when, why, etc.)
    _____
    _____

22. Does the pharmacy have any other licensure/registration (wholesale, repackager, etc…)?
    Yes____    No____    If so, provide copies.

23. Is the pharmacy a "specialty" pharmacy?
    Yes____    No____    If yes, describe_____

24. What percentage of the following describes the pharmacy's business activities?
    _____% Retail
    _____% Long Term Care
    _____% Compounding
    _____% Infusion
    _____% Other (explain) _____

25. Check the following manners of receiving business and provide what percentage of the total business it comprises:
    Walk-In              Yes____    No____    _____%
    Phone                Yes____    No____    _____%
    Fax                  Yes____    No____    _____%
    Internet/Mail Order  Yes____    No____    _____%

Corporate Security & Regulatory Affairs        CSRA I Form 590    Revised August 10, 2010

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00169951

26. Which state(s) does the pharmacy ship into (if any)? _____
    _____

27. Is the pharmacy licensed for sales in all states it distributes to?
    Yes____    No____

28. Are all prescriptions written by physicians located in the state in which the patient resides?
    Yes____    No____

29. Does the pharmacy have written policies and procedures regarding the filling of prescriptions?
    _____ Yes    _____ No  If yes, attach pertinent sections.
    a. How many prescriptions are filled daily_____; monthly_____?
    b. Percentage of prescriptions that are controlled substances_____%
    c. Verification process _____
    _____
    d. Does the pharmacy use the State Rx monitoring program? ____Yes ____No ____ N/A
    e. Does the pharmacy verify the physician's state license and/or DEA registration? ___ Yes ___ No
    f. Does the pharmacy engage in discussions with prescribing physicians? ___ Yes ____ No If yes, how documented? _____
    g. What is the pharmacy's procedure for reporting fraudulent Rx's?
    _____

30. Check the following types of products and provide the approximate percentage of products you expect to purchase from AmerisourceBergen?

    HBA/OTC                 Yes____    No____    _____% of total purchases
    Non-Controlled Rx       Yes____    No____    _____% of total purchases
    Controlled Substances   Yes____    No____    _____% of total purchases
    Listed Chemicals        Yes____    No____    _____% of total purchases

31. Anticipated or actual usage of certain controlled substances:

| Item | Monthly Usage | Average Tablets per Prescription | Average Days Supply per Prescription |
|---|---|---|---|
| Oxycodone Combination Products | | | |
| Hydrocodone Combination Products | | | |
| Methadone | | | |
| Alprazolam | | | |
| Promenth w/Codeine | (1 pint bottles) | N/A | |

List high prescribing physicians and their DEA registrations for the above products. Attach an additional sheet if necessary: _____
_____
_____

32. Does the pharmacy have a web site?
    Yes____    No____ If yes, provide web address(es):
    _____

    **Note: If no, you are required to notify us immediately upon establishing a web site.**

Corporate Security & Regulatory Affairs        CSRA I Form 590     Revised August 10, 2010

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00169952

33. Is the pharmacy affiliated with a web site?
    Yes____    No____ If yes, provide web address(es):
    _____
    **Note: If no, you are required to notify us immediately upon affiliating with a web site.**

34. Will the pharmacy download and fill prescriptions on a per prescription fee basis from a website for dispensing?
    Yes____    No____    If yes, provide web address(es):
    _____

35. Check the following types of payments the pharmacy receives for products and provide the approximate percentage of total payments:

    | | | | |
    |---|---|---|---|
    | Private Insurance | Yes____ | No____ | _____% of revenue |
    | Medicare/Medicaid | Yes____ | No____ | _____% of revenue |
    | Cash | Yes____ | No____ | _____% of revenue |
    | Other | Yes____ | No____ | _____% of revenue |

    If other, provide details _____

36. Attach and date photographs of pharmacy building (2 of inside, including counter area & 2 of outside-front and back of pharmacy).

OTHER COMMENTS/OBSERVATIONS:



I, as the Owner or [authorized representative or officer of the Owner], declare that I have completed this Retail Pharmacy Questionnaire and to the best of my knowledge and belief the information provided is true, correct and complete.

OWNER:
Name of Entity/Person
By: _____

_____
Name:
_____
Title:
_____
Date:

I, as the authorized AmerisourceBergen representative, declare that I have reviewed this Retail Pharmacy Questionnaire with the owner or [authorized representative or officer of Owner] and to the best of my knowledge and belief the information provided is true, correct and complete. **I therefore recommend opening this account.**

| AMERISOURCEBERGEN ASSOCIATE: | AMERISOURCEBERGEN REGIONAL VP |
|---|---|
| Signature_____ | Signature _____ |
| _____ | _____ |
| Full Name (Print) | Full Name (Print) |
| _____ | _____ |
| Title | |
| _____ | |
| Cell Phone Number | |

Corporate Security & Regulatory Affairs      **CSRA I Form 590**      Revised August 10, 2010

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ABDCMDL00169953