# EXHIBIT 87



# Retail Pharmacy Questionnaire

**Form will not be processed unless all questions are completed**

Name of BDM or Account Manager:_____

Phone of BMD or Account Manager: _____

Office Use Only

Servicing Distributions Center(s) _____

This questionnaire is to be completed by the Owner and Business Development Manager during an on-site visit

1. Pharmacy Name: _____
   a. ABC Account number (Legacy)_____
   b. Pharmacy's dba (doing business as), if any _____
   c. Has the pharmacy ever operated under a different name?
      Yes____   No____   If yes, provide the Name: _____
   d. Will ABC be this customer's primary wholesaler? Yes____ No ____
   e. Has this customer signed a Prime Vendor agreement?  Yes____  No____
   f. Does this customer have a PVA or equivalent with any other wholesaler?
      Yes____  No____ If yes, name _____

2. Pharmacy Address: _____
   a. Street:
   b. City_____
   c. State_____
   d. Zip_____

3. Pharmacy Phone Number: _____  Fax Number: _____

4. Pharmacy Email Address: _____

5. Check one:
   ☐ Start-up business. Other suppliers _____
   ☐ Existing business adding or changing suppliers. _____
      Identify any secondary suppliers customer intends to utilize._____
      Identify prior suppliers _____
      Has a supplier ever suspended or ceased controlled substance sales to the pharmacy? ____Yes ____No
      If yes, why_____
   ☐ Existing ABC Customer. Account # _____

6. Name of pharmacist –in –charge (PIC) as it appears on the license
   _____

7. PIC's state license number: _____

8. Has the PIC ever been sanctioned/disciplined in any state(s) where they are or have been licensed?
   Yes____   No____   If Yes, give details (when, why, etc.)
   _____
   _____
   _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         ABDCMDL00282315



Retail Pharmacy Questionnaire

9. Is this pharmacy affiliated with any other pharmacy?
   Yes____  No____   If yes, provide the following:

   Name: _____
   Address: _____
   Phone Number: _____ Fax Number: _____

   Note: If there are additional affiliates please attach an additional sheet with the information

10. Ownership type: Check one
    a. Sole Proprietor ____    Corporation ____    Partnership ____  Other _____ (describe)
    b. If corporation, provide name of CEO _____

11. Owner(s) name: _____

12. Owner State of Residence: _____

13. Owner Phone Number: _____  Fax Number: _____

14. Owner Email Address: _____

15. Number of years owner has operated pharmacy _____

16. Is the Owner a licensed pharmacist?
    Yes____  No____

17. Pharmacy DEA registration #: _____

18. State BOP license # _____

19. Does pharmacy have a valid Self-Certification to sell scheduled listed chemical products? Yes____ No____

20. Has the Pharmacy ever had a DEA registration or State license/registration suspended or revoked? Yes____ No____
    If so, give details (when, why, etc.)
    _____
    _____

21. Has the Owner, family member, or any employee of the pharmacy ever had a DEA registration or State license/registration suspended or revoked?
    Yes____  No____   If so, give details (when, why, etc.)
    _____
    _____

22. Does the pharmacy have any other licensure/registration (wholesale, repackager, etc...)?
    Yes____  No____    If so, provide copies.

23. Check the following manners of receiving business and provide what percentage of the total business it comprises:

    Walk-In                         Yes____    No____    ____%
    Phone                           Yes____    No____    ____%
    Fax                             Yes____    No____    ____%
    Internet/Mail Order/E-Scribe Yes____    No____    ____%

24. Which state(s) does the pharmacy ship into (if any)? _____
    _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                  ABDCMDL00282316



Retail Pharmacy Questionnaire

---

25. Is the pharmacy licensed for sales in all states it distributes to?
    Yes____   No____

26. Are all prescriptions written by physicians located in the state in which the patient resides?
    Yes____   No____

27. Does the pharmacy have written policies and procedures regarding the filling of prescriptions?
    _____ Yes     _____ No   If yes, information may be required to be produced upon request
    a. How many prescriptions are filled daily_____; monthly_____?
    b. Percentage of prescriptions that are controlled substances_____%
    c. Verification process _____
    _____
    d. Does the pharmacy use the State Rx monitoring program? ____Yes ____No ____ N/A
    e. Does the pharmacy verify the physician's state license and/or DEA registration? ___ Yes ___ No
    f. Does the pharmacy engage in discussions with prescribing physicians? ___ Yes ____ No If yes, how documented? _____
    g. What is the pharmacy's procedure for reporting fraudulent Rx's? _____

28. Check the following types of products and provide the approximate percentage of products you expect to purchase from AmerisourceBergen?

    HBA/OTC                  Yes____    No_____% of total purchases
    Non-Controlled Rx        Yes____    No_____% of total purchases
    Controlled Substances    Yes____    No_____% of total purchases
    Listed Chemicals         Yes____    No_____% of total purchases

29. Anticipated or actual usage of certain controlled substances:

| Item | Monthly Usage Values in # of tabs | Average Tablets per Prescription | Average Days Supply per Prescription |
|---|---|---|---|
| Oxycodone Products |  |  |  |
| Oxycodone 30 mg IR |  |  |  |
| Hydrocodone |  |  |  |
| Alprazolam |  |  |  |
| Carisoprodol |  |  |  |

List top 5 prescribing physicians ranked by volume of prescriptions for OX or HY, whichever is greater:

| Name | DEA Registration | # Prescriptions Monthly | % to overall prescription volume |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

30. Does the pharmacy have a web site?
    Yes____   No____ If yes, provide web address(es):
    _____

    **Note: If no, you are required to notify us immediately upon establishing a web site.**

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                               ABDCMDL00282317

<065>



Retail Pharmacy Questionnaire

31. Will the pharmacy download and fill prescriptions on a per prescription fee basis from a website for dispensing?

    Yes____ No____    If yes, provide web address(es):
    _____

32. Check the following types of payments the pharmacy receives for products and provide the approximate percentage of total payments:

    | | | | |
    |---|---|---|---|
    | Private Insurance | Yes____ | No____ | _____% of revenue |
    | Medicare/Medicaid | Yes____ | No____ | _____% of revenue |
    | Cash | Yes____ | No____ | _____% of revenue |
    | Other | Yes____ | No____ | _____% of revenue |

    If other, provide details _____

33. Attach and date photographs of pharmacy building (2 of inside, including counter area & 2 of outside-front and back of pharmacy).

OTHER COMMENTS/OBSERVATIONS




I, as the Owner or [authorized representative or officer of the Owner], declare that I have completed this Retail Pharmacy Questionnaire and to the best of my knowledge and belief the information provided is true, correct and complete.

OWNER:
Name of Entity/Person
By: _____

_____
Name:

_____
Title:

_____
Date:

I, as the authorized AmerisourceBergen representative, declare that I have reviewed this Retail Pharmacy Questionnaire with the owner or [authorized representative or officer of Owner] and to the best of my knowledge and belief the information provided is true, correct and complete. **I therefore recommend opening this account.**

AMERISOURCEBERGEN ASSOCIATE:
Signature_____

_____
Full Name (Print)

_____
Title

_____
Cell Phone Number

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ABDCMDL00282318