# EXHIBIT 88



# Retail Pharmacy Questionnaire

**Form will not be processed unless all questions are completed**

*Office Use Only*

Name of BDM or Account Manager:_____

Phone of BMD or Account Manager: _____

Servicing Distributions Center(s) _____

This questionnaire is to be completed by the Owner and Business Development Manager during an on-site visit

1. Pharmacy Name: _____
    a. ABC Account number (Legacy)_____
    b. Pharmacy's dba (doing business as), if any _____
    c. Has the pharmacy ever operated under a different name?
        Yes\_\_\_\_ No\_\_\_\_ If yes, provide the Name:
        _____
    d. Will ABC be this customer's primary wholesaler? Yes\_\_\_\_ No \_\_\_\_
    e. Has this customer signed a Prime Vendor agreement? Yes\_\_\_ No\_\_\_
    f. Does this customer have a PVA or equivalent with any other wholesaler?
        Yes\_\_\_ No\_\_\_ If yes, name _____

2. Pharmacy Address: _____
    a. Street:
    b. City_____
    c. State_____
    d. Zip_____

3. Pharmacy Phone Number: _____ Fax Number: _____

4. Pharmacy Email Address: _____

5. Check one:
    ☐ Start-up business. Other suppliers _____
    ☐ Existing business adding or changing suppliers. _____
        Estimated monthly dollar volume _____
        Identify any secondary suppliers customer intends to
        utilize._____
        Identify prior suppliers _____
        Has a supplier ever suspended or ceased controlled substance sales to the pharmacy? \_\_\_\_Yes \_\_\_\_No
        If yes, why_____
    ☐ Existing ABC Customer. Account # _____

6. Name of pharmacist –in –charge (PIC) as it appears on the license
    _____

7. PIC's state license number: _____

8. Has the PIC ever been sanctioned/disciplined in any state(s) where they are or have been licensed?
    Yes\_\_\_\_ No\_\_\_\_ If Yes, give details (when, why, etc.)
    _____
    _____
    _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   ABDCMDL00301767



Retail Pharmacy Questionnaire

9. Is this pharmacy affiliated with any other pharmacy?
   Yes____   No____   If yes, provide the following:

   Name: _____
   Address: _____
   Phone Number: _____ Fax Number: _____

   Note: If there are additional affiliates please attach an additional sheet with the information

10. Ownership type: Check one
    a. Sole Proprietor ____   Corporation _____   Partnership _____ Other _____(describe)
    b. If corporation, provide name of CEO_____

11. Owner(s) name: _____

12. Owner State of Residence: _____

13. Owner Phone Number: _____  Fax Number: _____

14. Owner Email Address: _____

15. Number of years owner has operated pharmacy _____

16. Is the Owner a licensed pharmacist?
    Yes____   No____

17. Pharmacy DEA registration #: _____

18. State BOP license #_____

19. What is the pharmacy's Self-Certification number which is required to sell pseudoephedrine products?
    _____ (refer to: http://www.deadiversion.usdoj.gov/meth/index.html#sales)

20. Has the Pharmacy ever had a DEA registration or State license/registration suspended or revoked? Yes____ No____
    If so, give details (when, why, etc.)
    _____
    _____

21. Has the Owner, family member, or any employee of the pharmacy ever had a DEA registration or State license/registration suspended or revoked?
    Yes____   No____   If so, give details (when, why, etc.)
    _____
    _____

22. Does the pharmacy have any other licensure/registration (wholesale, repackager, etc…)?
    Yes____   No____     If so, provide copies.

23. Check the following manners of receiving business and provide what percentage of the total business it comprises:

    Walk-In                          Yes____    No____    ____%
    Phone                            Yes____    No____    ____%
    Fax                              Yes____    No____    ____%
    Internet/Mail Order/E-Scribe Yes____         No____    ____%

24. Which state(s) does the pharmacy ship into (if any)? _____
    _____



# Retail Pharmacy Questionnaire

25. Is the pharmacy licensed for sales in all states it distributes to?
    Yes____  No____

26. Are all prescriptions written by physicians located in the state in which the patient resides?
    Yes____  No____

27. Does the pharmacy have written policies and procedures regarding the filling of prescriptions?
    _____ Yes     _____ No   If yes, information may be required to be produced upon request
    a. How many prescriptions are filled daily_____; monthly_____?
    b. Percentage of prescriptions that are controlled substances_____%
    c. Verification process _____
    _____
    d. Does the pharmacy use the State Rx monitoring program? ____Yes ____No ____ N/A
    e. Does the pharmacy verify the physician's state license and/or DEA registration? ___ Yes ___ No
    f. Does the pharmacy engage in discussions with prescribing physicians? ___ Yes ____ No If yes, how documented? _____
    g. What is the pharmacy's procedure for reporting fraudulent Rx's? _____

28. Check the following types of products and provide the approximate percentage of products you expect to purchase from AmerisourceBergen?

    HBA/OTC                Yes____    No____ _____% of total purchases
    Non-Controlled Rx      Yes____    No____ _____% of total purchases
    Controlled Substances  Yes____    No____ _____% of total purchases
    Listed Chemicals       Yes____    No____ _____% of total purchases

29. Anticipated or actual usage of certain controlled substances:

| Item | Monthly Usage Values in # of tabs | Average Tablets per Prescription | Average Days Supply per Prescription |
|---|---|---|---|
| Oxycodone Products | | | |
| Oxycodone 30 mg IR | | | |
| Hydrocodone | | | |
| Alprazolam | | | |
| Carisoprodol | | | |

List top 5 prescribing physicians ranked by volume of prescriptions for OX or HY, whichever is greater:

| Name | DEA Registration | # Prescriptions Monthly | % to overall prescription volume |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

30. Does the pharmacy have a web site?
    Yes____    No____ If yes, provide web address(es):
    _____

    **Note: If no, you are required to notify us immediately upon establishing a web site.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL00301769



# Retail Pharmacy Questionnaire

31. Will the pharmacy download and fill prescriptions on a per prescription fee basis from a website for dispensing?

    Yes____   No____        If yes, provide web address(es):
    _____

32. Check the following types of payments the pharmacy receives for products and provide the approximate percentage of total payments:

    | | | | |
    |---|---|---|---|
    | Private Insurance | Yes____ | No____ | _____% of revenue |
    | Medicare/Medicaid | Yes____ | No____ | _____% of revenue |
    | Cash | Yes____ | No____ | _____% of revenue |
    | Other | Yes____ | No____ | _____% of revenue |

    If other, provide details _____

33. Attach and date photographs of pharmacy building (2 of inside, including counter area & 2 of outside-front and back of pharmacy).

OTHER COMMENTS/OBSERVATIONS




I, as the Owner or [authorized representative or officer of the Owner], declare that I have completed this Retail Pharmacy Questionnaire and to the best of my knowledge and belief the information provided is true, correct and complete.

OWNER:
Name of Entity/Person
By: _____

_____
Name:

_____
Title:

_____
Date:

I, as the authorized AmerisourceBergen representative, declare that I have reviewed this Retail Pharmacy Questionnaire with the owner or [authorized representative or officer of Owner] and to the best of my knowledge and belief the information provided is true, correct and complete.  **I therefore recommend opening this account.**

AMERISOURCEBERGEN ASSOCIATE:
Signature_____

_____
Full Name (Print)

_____
Title

_____
Cell Phone Number

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    ABDCMDL00301770