# EXHIBIT 89

# CSRA Form 590 Talking Points

Talking Points correspond to April 2015
version of the 590 Form

**Sales Associates:**

*Please use the following talking points to
answer customers' questions regarding CSRA Form 590.*

**Questions #1-10**: The information in Questions 1-10 is required for the "Know Your Customer" due-diligence component of AmerisourceBergen®'s Order Monitoring Program.

**Question #11**: One factor the Diversion Control team considers when evaluating a customer's ordering activities is primary class of trade, as this will influence a customer's ordering patterns and how their orders are monitored.

**Question #12**: One indicator of possible diversion is that a pharmacy is filling prescriptions for out-of-state patients. In conducting its risk assessment of a potential customer, it is critical for CSRA to know whether the customer has filled or intends to fill prescriptions for controlled substances or listed chemicals for out-of-state patients.

**Question #13**: One indicator of possible diversion is that the pharmacy is filling an unusually high number of prescriptions for controlled substances and/or is not utilizing the state's proprietary Prescription Drug Monitoring Program (PDMP). In conducting its risk assessment of a potential customer, it is critical for CSRA to know the customer's actual or intended percentage of controlled drug prescriptions filled on a monthly basis and whether he/she has used or intends to use the state's PDMP.

**Question #14**: One indicator of possible diversion is that a pharmacy is filling an unusually high percentage of prescriptions for controlled substances and listed chemicals versus non-contolled substances, over the counter medicine and health and beauty aids. In conducting its risk assessment of a potential customer, it is critical for CSRA to know the customer's actual or intended percentage of listed chemical and controlled drug prescriptions filled on a monthly basis versus all other products.

**Question 15A**: High-risk drug families indicated in Question 15A are more likely to be abused and diverted into illicit channels.  As a result, AmerisourceBergen maintains a focus on purchases of these items as part of the Order Monitoring Program.

**Question 15B**: Pharmacists have a legal responsibility to ensure that all prescriptions filled are written for a legitimate medical purpose. Monitoring physicians who prescribe a high amount of controlled substances is a responsibility of the pharmacy and an indirect responsibility of AmerisourceBergen.

**Question 16:** One indicator of possible diversion is that a pharmacy is accepting an unusually high percentage of cash payments for prescriptions of controlled substances and listed chemicals.  In conducting its risk assessment of a potential customer, it is critical for CSRA to know the customer's actual or intended percentage of cash payments for listed chemical and controlled drug prescriptions.

**Question 17**: The information in Question 17 is required for the "Know Your Customer" due-diligence component of AmerisourceBergen's Order Monitoring Program.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00302282