# EXHIBIT 90

# REDACTED

# EXHIBIT 90

# REDACTED

To:    Elizabeth Campbell                                                             January 21, 2014
        Assistant General Counsel
        AmerisourceBergen Corporation

From:  Michael Mapes
        CSRA Consultant

Copy:  Chris Zimmerman
        Steve Mays
        Ed Hazewski

                      Attorney/Client Privileged Communication

                                 Review of
                                [REDACTED]
                            Anchorage, Alaska
                            January 16, 2014

On January 16, 2014, Michael Mapes, DEA Consultant for AmerisourceBergen, visited [REDACTED] Anchorage, Alaska 99508. The purpose of the visit was to determine the level of compliance with controlled substance regulations and best practices at the pharmacy. [REDACTED] is a large volume purchaser of several controlled substance products from ABC. No prescriptions were checked as part of the review due to lack of a HIPAA agreement.

[REDACTED] is located in a medical building within the City of Anchorage, AK. The medical building also houses [REDACTED] Additionally there are several other medical practices in the area of [REDACTED] as well as 42 other pharmacies within five miles of zip code 99508.

[REDACTED] the General Manager of [REDACTED] provided the majority of the information concerning the pharmacy operations, along with [REDACTED] who is the PIC for [REDACTED] [REDACTED] employs three full time pharmacists, two part time pharmacists, along with fourteen pharmacy technicians.

[REDACTED] is open Monday - Friday from 9:00AM to 6:00PM and on Saturday from 10:00Am to 2:00PM. [REDACTED] fills approximately 8,200 prescriptions a month, of which approximately 3,100 are filled for controlled substances. [REDACTED] compounds to fill prescriptions for hormone replacement therapy.

                Michael Mapes, 6285 Lehman Drive, Colorado Springs, CO 80918
                [REDACTED].

███████ advised that ███████ fills many prescriptions for the ███████ ███████ oxycodone, hydrocodone, morphine, and methadone. They also fill a few prescriptions for fentanyl patches from the ███████.

███████ advised that they check the DEA registration of the prescribers for whom they fill prescriptions by checking the DEA registration verification website. Neither ███████ nor the PIC was aware that the DEA registration for the prescriber they listed on the ABC Form CSRA-590 as the top prescribing physician was not valid in all DEA schedules. ███████ advised that their pharmacy computer system, HBS does not have the capability of noting that a specific prescriber is not registered in all schedules with DEA.

When ███████ was asked to provide a copy of the policies and procedures regarding the filling of prescriptions described in the CSRA Form-590, question 27, he advised that ███████ has policies and procedures, but that he does not know where the policies and procedures are kept. The PIC ███████ also did not know the location of the policies and procedures. ███████ was asked to provide a copy of the policies and procedures when they were located.

Concerning the Alaska Prescription Drug Monitoring Program (PDMP), ███████ advised that ███████ provides data to the PDMP as required but that they do not check the PDMP prior to filling prescriptions for controlled substances. ███████ advised that they rely on the third party payers to monitor controlled substance use by patients. When asked what the pharmacy does to monitor controlled substance prescriptions paid for with cash, ███████ advised that cash prescriptions are closely scrutinized.

███████ advised that ███████ verifies prescriptions with the prescriber if something about the prescription seems unusual or different from the normal patterns of the prescriber. Any verification of a prescription is noted on the hard copy of the prescription.

In the case of a fraudulent prescription, ███████ notifies the prescriber of the situation. ███████ does not notify local law enforcement of fraudulent prescriptions because law enforcement is "not interested."

███████ advised that the ███████ uses pain contracts with their patients, performs drug testing, but does not limit their patients to specific pharmacies due to the difficulty of some pharmacies obtaining some controlled substances on a regular basis. ███████ does not have specific information about the pain contracts or the drug testing procedures.

Approximately 95% of ███████ prescriptions are filled and handed to the patient. In some instances prescriptions are sent to the patient via the USPS. When the prescription is mailed, the patient signature is required to acknowledge receipt of the prescription.

Michael Mapes, 6285 Lehman Drive, Colorado Springs, CO 80918
███████.

███████████ advised that when controlled substance orders are received from ABC, the orders are checked against the invoice and the receipt is noted on the invoice or packing list that is included with the shipment from ABC.  The orders received from ABC have been complete and accurate.  The orders for schedule II controlled substances are also received in the CSOS computer system by the RPh or technician who checks the order in at the pharmacy.  Each of the pharmacists and technicians who is authorized to check in CSOS orders has their individual CSOS digital certificates, which are never shared with others at ███████████

At the conclusion of the review, Michael Mapes recommended the following:

███████████ look more closely at the DEA registration numbers of prescribers for whom they fill controlled substance prescriptions.

███████████ update their policies and procedures and make them available to all of the pharmacists and technicians working at the store.

███████████ check the Alaska PDMP before filling prescriptions for controlled substances to see if the patients are filling prescriptions for like drugs at other pharmacies or are receiving prescriptions from more than one prescriber.

███████████ communicate more with the prescribers for whom they fill prescriptions to better understand the requirements that the prescribers have in their pain contracts for patients.

Michael Mapes, 6285 Lehman Drive, Colorado Springs, CO 80918
███████████████████████████████.