# EXHIBIT 94

| | |
|---|---|
| **From:** | "Cherveny, Eric" <ECherveny@amerisourcebergen.com> |
| **Sent:** | Mon, 5 Dec 2016 11:11:54 -0500 (EST) |
| **To:** | "Peguri, Maurizio" <mpeguri@amerisourcebergen.com> |
| **Cc:** | "May, David (dmay@amerisourcebergen.com)" <dmay@amerisourcebergen.com> |
| **Subject:** | RE: CSRA 590 Validation Projec |
| **Attachments:** | RE: CSRA 590 Validation Project (587 KB) |

Good morning, Moe.

Hope you had a nice weekend. Sorry, I should have refreshed these details in my previous e-mail. So, the CSRA Department maintains all customer due diligence documentation in a program called Lawtrac (LT). Within LT, we maintain matters for each customer investigation. Each matter contains all investigative materials for the each subject customer. The blue category identifies customers who currently have a LT matter assigned, but holds none of the supporting investigative documentation (590, photos, etc.). We believe at some point, the system purged many of these records, which we now have to re-establish. The red category identifies customers who have no LT matter assigned, and likewise, have no due diligence documentation. So, the two categories really only impacts CSRA and our own internal tasking and is not relevant to your part at all.

Regarding filtering out CPA customers, we can certainly do this, and we agree with this approach. I'll have our analyst break-out the CPA customers and send you an updated listing.

Let me know if you have any other questions. Thanks Moe!


Eric Cherveny
Director – Diversion Control
Corporate Security & Regulatory Affairs
AmerisourceBergen
610/727-7362
102-7362 (Global Extension)

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

---

**From:** Peguri, Maurizio
**Sent:** Monday, December 05, 2016 10:42 AM
**To:** Cherveny, Eric
**Subject:** RE: CSRA 590 Validation Project

Thanks for the response. One last question: what are the differences between the red and blue categories?

---

**From:** Cherveny, Eric
**Sent:** Friday, December 02, 2016 2:43 PM
**To:** Peguri, Maurizio
**Cc:** May, David
**Subject:** RE: CSRA 590 Validation Project

Hi, Moe. Below are responses to your question:

1. Exactly what needs to be validated and what forms or measures the SE's need to utilize.- Please provide specific direction on what needs to be completed
   Each customer on the list will need to have a completed CSRA Form 590 and photos completed (see attached). Once completed, the SE will forward the forms to Customer Maintenance (CM) with the e-mail annotated "590 Due Diligence Project." CM will then add the documentation to their system and forward to the CSRA OMP group. At that point, the Sales portion will be completed unless we need to clarify anything as part of the investigation. This may require some minor follow-up by the SE.

2. Is Health Systems doing their own thing or do I need to coordinate with them as well?
   Yes, Health system (HS) customers will be addressed separately after the CSP customers are completed. Since those customers are managed by the HS Sales group, we'll coordinate that project with that group. Your CSP team will not be

involved in that portion of the project.

3. What is the deadline for completion?
We would like this project to be completed as soon as possible, but we realize it will take some time. Keep in mind, my team is only comprised of five full time investigators, so we only have so much bandwidth to process the investigations that come to us. So, if you could provide a workable completion schedule, we'll respond with any questions and/or concerns. I think we would be happy if we could have this project completed by June 2017. We can discuss this further.

Keeping in mind, CPA comprises a fairly large percentage of these customers. So, we'll need to determine an approach for coordinating this project with them.

Moe, we really appreciate your assistance on this project. Please feel free to reach out to me or David with any additional questions or clarifications as we move forward and we'll be happy to discuss. Thank you.

Eric Cherveny
Director – Diversion Control
Corporate Security & Regulatory Affairs
AmerisourceBergen
610/727-7362
102-7362 (Global Extension)

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

**From:** Peguri, Maurizio
**Sent:** Friday, December 02, 2016 2:15 PM
**To:** Cherveny, Eric
**Subject:** RE: CSRA 590 Validation Project

Hi Eric,

I hope this finds you well. I need clarification on a few things:

1. Exactly what needs to be validated and what forms or measures the SE's need to utilize.- Please provide specific direction on what needs to be completed
2. Is Health Systems doing their own thing or do I need to coordinate with them as well?
3. What is the deadline for completion?

Thanks,

Moe

**From:** Cherveny, Eric
**Sent:** Friday, December 02, 2016 1:59 PM
**To:** Peguri, Maurizio
**Cc:** May, David; Hendrickson, Stephen
**Subject:** FW: CSRA 590 Validation Project

Good afternoon, Moe.

Per the below update from Steve Hendrickson, just following up to coordinate a plan for implementation of the CSRA 590 Validation Project. My understanding is you'll be leading this effort w/ support from Jeff Sharkey & Darian Mock. The original update e-mail is attached along with the master spreadsheet. A couple of focus areas:

1. Darian commented that it would be a good idea to include Rich Hazinski in this project since a sizable number of the impacted customers are CPA, and I agree w/ this. We'll probably want to tabulate those customers separately for coordination purposes w/ CPA.
2. Per coordination with Sheri France (Customer Maintenance), we determined it would be a good idea to instruct the Sales Executives to label their e-mail correspondence related to this project as "590 Validation Project." With the anticipated multitude of documentation that will be coming to CSRA through Customer Maintenance, this will help distinguish due diligence correspondence related to this project from other unrelated correspondence.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00140922

Let me know if you have any questions in the interim & looking forward to hearing back.  Thanks.

Eric Cherveny
Director – Diversion Control
Corporate Security & Regulatory Affairs
AmerisourceBergen
610/727-7362
102-7362 (Global Extension)

CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it.  Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

---

**From:** May, David
**Sent:** Monday, November 21, 2016 1:31 PM
**To:** Cherveny, Eric
**Subject:** FW: CSRA 590 Validation Project

fyi

**From:** Hendrickson, Stephen
**Sent:** Monday, November 21, 2016 1:14 PM
**To:** May, David
**Subject:** RE: CSRA 590 Validation Project

Please coordinate with Moe Peguri, and he will work with Jeff Sharkey and Darian Mock.

Steve

**From:** May, David
**Sent:** Wednesday, November 16, 2016 6:19 PM
**To:** Hendrickson, Stephen
**Subject:** CSRA 590 Validation Project

Steve,

It was good seeing you in Washington.  As I mentioned, I wanted to follow-up with you regarding the status of the 590 Validation Project.  At the conclusion of our conference call back on August 16th, I believe your team was going to work with Sales Operations to develop a schedule for the site visits and completion of the required 590 documentation for those customers where this was found to be lacking (see attached spreadsheet).  In turn, we were going to draft a Proof Points article to be sent to the field to explain the requirement.  Please let me know who on your team you would like CSRA to coordinate with to move this project forward.

Feel free to contact me or Eric Cherveny with any questions you may have regarding this issue.  Thanks David.

---

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to

the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00140924