# EXHIBIT 97

# REDACTED

*PSI 30b_ 503 - 001*



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# Written Response

## License ███████

## Prescription Supply, Inc.

2233 Tracy Road
Northwood, OH 43619
Wood County

# Wholesaler/Manufacturer
# Category Three
# Wholesale Distributor Inspection

# October 25, 2017



PSI - J. Schoen
**Exhibit
2**
207780-CAK        2/27/2019

*PSI 30b_ 503 - 002*

License [ ] - Prescription Supply, Inc.
## Written Response Required Details

### 23) Wholesale Facilities
9) The facility has a system in place to identify and report suspicious orders for drugs to the Ohio State Board of Phar...

 License [ ] - Prescription Supply, Inc.                    Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Kevin E. Flaharty
**Start** 10/20/2017 3:18 AM
**End** 10/20/2017 3:49 AM

### Organization

**Name**
Prescription Supply, Inc.

**License Number**
[ ]

**Responsible     Person**
Jacquelyn J. Harbauer

**License Type**
Wholesaler/Manufacturer

**Business Type**
Full Service

**Hours of Operation**

**Category**
Category Three

**DEA Number**
[ ]

### Contact

**Address**
2233 Tracy Road
Northwood, OH 43619
Wood County

**Primary Number**
(419) 661-6600

**Fax Number**
(419) 661-6617

**Website**

### Personnel

| Name | | Position     I.D. No. | Phone | Email |
|---|---|---|---|---|
| Jacquelyn J. Harbauer | | Responsible | (419) 661-6600 | jharbauer@prescriptionsupply.com |
| | | Person | | tschoen@prescriptionsupply.com |
| Thomas G. Shoen | | Manager | (419) 661-6600 x | *l* |
| | **Initials** | | 118 | |

License ▇▇▇▇ - Prescription Supply, Inc.

23) Wholesale Facilities

* 9) The facility has a system in place to identify and report suspicious orders for drugs to the Ohio State Board of Pharmacy. Written Response Required

 No

 Observation

 Observation 1:

An inspection was performed by Agents with the Ohio State Board of Pharmacy on May 22, 2017. During that inspection, Agents asked a Prescription Supply representative for their policies and procedures on reporting suspicious orders to the Ohio State Board of Pharmacy. Prescription Supply provided the Agents the following: Suspicious Order Monitoring Statement and Retail Pharmacy Questionnaire 2016.

However, Prescription Supply has not reported a suspicious drug order to the Ohio State Board of pharmacy during at least the years of 2014, 2015, 2016, and 2017. Therefore, it appears that Prescription Supply does not have a suspicious order reporting process compliant with rule 4729-9-16 (H)(1)(e)(i), which states, in part:

(H) Wholesale drug distributors shall establish and maintain inventories and records of all transactions regarding the receipt and distribution or other disposition of dangerous drugs.

(1) These records shall include, but shall not be limited to, the following information:

(e) A system shall be designed and operated to disclose orders for controlled substances and other dangerous drugs subject to abuse.

(i) The wholesaler shall inform the state board of pharmacy of suspicious orders for drugs when discovered. Suspicious orders are those which, in relation to the wholesaler's records as a whole, are of unusual size, unusual frequency, or deviate substantially from established buying patterns.

**Warning with Required Written Response for:**

1. Explain in detail how your policies and procedures for identifying and reporting suspicious orders meet the requirements of rule 4729-9-16(H).



2. Explain in detail why there have been no suspicious orders reported to the Board for years 2014, 2015, 2016, and 2017.

   **RESPONSE: We have not had any suspicious orders as we have received prior justifications/explanations for quantity changes/spikes/terminations.**

Observation 2:

*PSI 30b_ 503 - 004*

License ▮▮▮ - Prescription Supply, Inc.
A subsequent review of wholesale sale data reported to the Ohio State Board of Pharmacy for drugs containing Oxycodone 10mg and Oxycodone 30mg indicated many sales appeared to be of unusual size, unusual frequency, or that deviate substantially from established buying patterns, but were not reported to the Board of Pharmacy as suspicious orders. Specifically, we observed spikes in sales for specific months and sales that seem to steadily increase or spike and then abruptly stop. See referenced sales in the attached spreadsheet.

**Warning with Required Written Response for:**

1. Please explain the rationale for **EACH** of the monthly sales noted in attached spreadsheet, including but not limited to:

   Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?

   For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.

   Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.

1. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:

   Was the cessation of sales due to you identifying the sale as a suspicious order?

   Did the customer cease sales on their own?

   Was there some other explanation for the stoppage?

## 33) Inspection Affirmation

### 1) Inspection Affirmation

Observation

This inspection report is being emailed to you to respond to items surrounding suspicious orders. Please note, that a written response is required from you within five (5) business days and should be sent to writtenresponse@pharmacy.ohio.gov with a copy of this inspection report.

If you have any questions, please contact Agent David Gonzalez at (937) 538-0774 or by email at David.Gonzalez@pharmacy.ohio.gov

## Summary

Written Response Required

Reviewed by Jacquelyn J. Harbauer

(Signature)

Prescription Supply Sales

| Pharmacy | City | DEA# | Drug | Sale Comments (Month-Year and numbers are dosage units) |
|----------|------|------|------|---------------------------------------------------------|
|          |      |      |      |                                                         |

## WRITTEN RESPONSES FOR EACH PHARMACY ARE BOLDED BELOW

1. Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?

   **Pharmacy submitted reasons for increase due to increase in patients**

2. For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.

   **Not Applicable**

2. Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.

   **Not suspicious as explanation provided prior to increase.**

4. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:

   a  Was the cessation of sales due to you identifying the sale as a suspicious order?

   b  Did the customer cease sales on their own?

   c  Was there some other explanation for the stoppage?

   **Not Applicable**

PSI0000011

██████████████

1.  Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?  **Pharmacy submitted reason for increase due to projected shortage as defined by manufacturer's representative and an increase in patients due to additional doctors moving into the building.  (See attached ██████ )**

2.  For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.
    **Not Applicable**

3.  Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.
    **Not suspicious as explanation provided prior to increase.**

4.  In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
    d   Was the cessation of sales due to you identifying the sale as a suspicious order?
    e   Did the customer cease sales on their own?
    f   Was there some other explanation for the stoppage?
    **Not Applicable**

██████████████

1.  Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?  **Pharmacy submitted reasons for increase due to shortage by its primary supplier, Cardinal Health.  (See ██████████ )**

2.  For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.
    **Not Applicable**

3.  Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.
    **Not suspicious as explanation provided prior to increase.**

4.  In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
    g   Was the cessation of sales due to you identifying the sale as a suspicious order?
    h   Did the customer cease sales on their own?
    i   Was there some other explanation for the stoppage?
    **Not Applicable**



1. Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order? **There was no spike in sales in October, 2017** ▮▮▮

2. For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage. ▮▮▮ **Last order was on August 9, 2017.  There was no order and therefore no spike in October 2017.**

3. Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders. **There was no spike in sales in October, 2017** ▮▮▮

4. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
    j  Was the cessation of sales due to you identifying the sale as a suspicious order?
    k  Did the customer cease sales on their own?
    l  Was there some other explanation for the stoppage?
    **Customer stopped buying** ▮▮▮

**NOTE: On your data base, Thomas G. Schoen's name is misspelled.  Also, Thomas is our President.**

PSI0000013

PSI 30b_ 503 - 008

PSI 30b_ 503 - 009



Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 010

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 011

Prescription Supply, Inc.    Purchase Recap

PSI 30b_ 503 - 012

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 013

Prescription Supply, Inc. — Purchase Recap.

Run Date: 10-26-17



Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 015

21

Prescription Supply, Inc — Purchase Recap

Run Date: 10-26-17



PSI 30b_ 503 - 016

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 017

Prescription Supply, Inc.    Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 018



Prescription Supply, Inc. - Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 019

Prescription Supply Inc. — Purchase Recap

Run Date: 10-26-17

026

PSI 30b_ 503 - 020

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 – 021

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 022

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 023

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

0030

PSI 30b_ 503 - 024

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 025

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 026

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 027

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

34

PSI 30b_ 503 - 028

Prescription Supply, Inc. — Purchase Recap

PSI 30b_ 503 - 029

Prescription Supply, Inc. -- Purchase Recap

PSI 30b_503 - 030

Prescription Supply, Inc. — Purchase Recap

PSI 30b_ 503 - 031

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 032

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

PSI/30b_503 - 033

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 034

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 035

041

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 036

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 037

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 038

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 040

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 041

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

048

PSI 30b_ 503 - 042

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 043

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

PSI 30b_503 – 044

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 045

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI/30b_ 503 - 046

52

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 047

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17



PSI 30b_ 503 – 048

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 049

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 050

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 051

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 052

0058

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 053

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 054

060

Prescription Supply, Inc. — Purchase Recap

PSI 30b_ 503 - 055

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

PSI 30b_503 - 056

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

PSI 30b_ 503 - 057

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

PSI0000064

PSI 30b_ 503 - 058

PSI 30b_ 503 - 059

PSI0000065

PSI 30b_ 503 - 060

Run Date: 10-20-1

PSI0000066

PSI 30b_ 503 - 061



PSI0000067

PSI 30b_ 503 - 062



Prescription Supply, Inc. – Purchase Recap

Run Date: 10-20-17

PSI0000068

PSI 30b_ 503 - 063

PSI 30b_ 503 - 064

Prescription Supply, Inc. – Purchase Recap          Run Date: 10-20-17

PSI 30b_ 503 - 065



Prescription Supply, Inc. – Purchase Recap

Run Date: 10-20-17

PSI 30b_ 503 - 066

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-20-17

PSI0000072

PSI 30b_ 503 - 067

Prescription Supply, Inc. -- Purchase Recap                    Run Date: 10-20-17



PSI0000073



PSI 30b_ 503 - 068

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-20-17

PSI 30b_ 503 - 069

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

NOTICE OF INSPECTION
OF CONTROLLED PREMISES

DEA USE ONLY
FILE NUMBER

| NAME OF INDIVIDUAL James Schoen | TITLE Controlled Substance Mgr. |
|---|---|
| NAME OF CONTROLLED PREMISES Prescription Supply Inc. | |
| NUMBER AND STREET 2233 Tracy Road | DATE 7/24/02 |
| CITY AND STATE Northwood, Ohio | ZIP CODE 43619 | TIME (initial inspection) |

## STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

## ACKNOWLEDGEMENT AND CONSENT

I, James Schoen , have been advised of the above Statement of Rights
(Name)

by DEA Diversion Investigator - Angie Francis , who
(Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In addition, I hereby certify that I am the Controlled Substance Manager
(President)  (Manager)  (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

(Signature)

(Date) 7/24/02

WITNESSES:

(signed)

(date) 7/24/02

(signed)

(date) 7/24/02

* See Reverse

DEA Form - 82
June 1982

Previous edition dated 2/74 is Obsolete.

PSI0000075

PSI 30b_ 503 - 070

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION OF CONTROLLED PREMISES | DEA USE ONLY |
| --- | --- |
| | FILE NUMBER |

| NAME OF INDIVIDUAL Tim Schoen | TITLE C2 Clerk |
| --- | --- |
| NAME OF CONTROLLED PREMISES PRESCRIPTION SUPPLY INC. | |
| NUMBER AND STREET 2233 TRACY ROAD | DATE 9-18-08 |
| CITY AND STATE Northwood, Ohio | ZIP CODE 43619 | TIME (initial inspection) 9:26 AM |

## STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

## ACKNOWLEDGMENT AND CONSENT

I, ___Tim Schoen___, have been advised of the above Statement of Rights
            (Name)

by DEA ___Diversion Investigator Sandra White-Hope___, who
            (Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In addition, I hereby certify that I am the ___C2 Clerk    Tim Schoen___
                                                          (President) (Manager) (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

___(Signature)___

___9-18-08___
(Date)

WITNESSES:

___(signed)___  ___9-18-08___
                (date)

___(signed)___  ___9/18/08___
                (date)

* See Reverse

FORM DEA-82 (11-01) *Previous editions are obsolete*

*PSI 30b_ 503 - 071*

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION OF CONTROLLED PREMISES | DEA USE ONLY |
|---|---|
| | FILE NUMBER |

| NAME OF INDIVIDUAL | | TITLE | |
|---|---|---|---|
| NAME OF CONTROLLED PREMISES Prescription Supply Inc. | | | DEA REGISTRATION NO. |
| NUMBER AND STREET 2233 Tracy Road | | | DATE $5/11/13$ |
| CITY AND STATE Northwood, Ohio | | ZIP CODE 43619 | TIME (initial inspection) $5:4 \cdot 2$ am |

## STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.

2. You have the right to refuse to consent to this inspection.

3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.

4. You shall be presented with a copy of this Notice of Inspection.

5. You may withdraw your consent at any time during the course of the inspection.

## ACKNOWLEDGMENT AND CONSENT

I, *Jim Schnepf* , have been advised of the above Statement of Rights
(Name)

by DEA Diversion Investigator Paula Albert , who
(Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In

addition, I hereby certify that I am the *C. S. Manager* *C. Clark*
(President) (Manager) (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

(Signature)

$9-11-13$
(Date)

WITNESSES:

D/I Paula Albert
(signed)
$9/11/13$
(date)

D/I Jason Smith
(signed)
$9/11/13$
(date)

* See Reverse

FORM DEA-82 (11-01) *Previous editions are obsolete*

PSI0000077

*PSI 30b_ 503 - 072*

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION
OF CONTROLLED PREMISES | DEA USE ONLY
FILE NUMBER |

| NAME OF INDIVIDUAL | | TITLE | |
|---|---|---|---|
| NAME OF CONTROLLED PREMISES &
Prescription Supply Inc | | $V./^{3}$ | DEA REGISTRATION NO. |
| NUMBER AND STREET
2233 Tracy Road | | | DATE |
| CITY AND STATE
Northwood, OH | | ZIP CODE
43619 | TIME (Initial inspection) |

## STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.

2. You have the right to refuse to consent to this inspection.

3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.

4. You shall be presented with a copy of this Notice of Inspection.

5. You may withdraw your consent at any time during the course of the inspection.

## ACKNOWLEDGMENT AND CONSENT

I, _____, have been advised of the above Statement of Rights
          (Name)
by DEA   Diversion Investigator Jason Smith                                              , who-
          *(Title and Name)*

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In

addition, I hereby certify that I am the _____
                                          $V./^{3}$ *(President) (Manager) (Owner)*

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

(Signature) _____

WITNESSES:                                 (Date) _____

Wayne Groves
*(signed)*                                 (date) _____

Jason Smith
*(signed)*                                 (date) _____

* See Reverse

FORM DEA-82 (11-01) *Previous editions are obsolete*

*PSI 30b_ 503 - 073*

# Prescription Supply Inc.
*Pharmaceutical Wholesale Distributor*
*2233 Tracy Road  Northwood, Ohio  43619*

April, 2014



PSI0000079

*PSI 30b_ 503 - 074*

PSI0000080

*PSI 30b_ 503 - 075*

PSI0000081

PSI 30b_ 503 - 076

PSI0000082

PSI 30b_ 503 - 077



PSI0000083