# EXHIBIT 99

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al., Case No. 18-OP-45090* | Judge Dan Aaron Polster |

## DECLARATION OF DANIEL G. KARANT, R.Ph.

I, Daniel G. Karant, R.Ph., do hereby declare as follows:

1. I am a pharmacist licensed to practice in the State of Ohio, and am the Owner and Compounding Pharmacist of Karant Pharmacy Services Inc., d/b/a Medicine Shoppe #1065 (Buyer DEA Number BK5109930), located at 3300 Greenwich Road, Norton, Ohio 44203. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness would competently testify to them.

2. Among other associations, I am past-Chairman of the Ohio Pharmacists Association Emergency Preparedness Task Force and a current member of the Summit County Board of Health and the City of Norton City Council.

3. In 2018, the Ohio Pharmacists Association awarded me the Bowl of Hygeia, which "recognizes pharmacists who possess outstanding records of civic leadership in their communities and encourages pharmacists to take active roles in their communities."[1]

4. To help meet the needs of our customers and maintain the inventory of Medicine Shoppe #1065, we rely on wholesale distributors to supply medicines produced by

---

[1] APhA Foundation, *Bowl of Hygeia Award Program*, aphafoundation.org, https://www.aphafoundation.org/bowl-hygeia-award (last visited March 25, 2019).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

KARANT_OPIOID_MDL_000018

manufacturers. Over the years, we have utilized Prescription Supply Inc. ("Prescription Supply") of Northwood, Ohio as a secondary supplier in this regard.

5. Of the orders that Medicine Shoppe #1065 has placed with Prescription Supply, nearly the entirety were placed because our primary wholesaler did not have in stock the product we needed to provide to our customers.

6. I have reviewed the following nine orders placed by Medicine Shoppe #1065 to Prescription Supply:

| Date of Order | NDC/UPC Number | Order Quantity | Item Description | Item Size |
|---|---|---|---|---|
| 2/2/09 | 3746-0111-05 | 2 | HYDROCODONE/APAP 5/500   INTP | 500 |
| 4/9/09 | 0406-0554-01 | 12 | OXYCODONE 5 MG CAP MAL | 100 |
| 1/8/10 | 0406-8530-01 | 4 | OXYCODONE 30 MG TAB MAL | 100 |
| 5/4/12 | 00591-0349-05 | 2 | HYDROCODONE/APAP 5/500   WAT | 500 |
| 11/12/12 | 60951-0602-70 | 5 | ENDOCET 5/325 MG TAB END | 100 |
| 1/14/13 | 00228-2878-11 | 6 | OXYCODONE 15 MG TAB ACT | 100 |
| 3/18/13 | 00228-2878-11 | 5 | OXYCODONE 15 MG TAB ACT | 100 |
| 5/17/13 | 57664-0224-88 | 5 | OXYCODONE 30 MG TAB CAR | 100 |
| 12/04/14 | 10702-0018-01 | 5 | OXYCODONE 5 MG TAB KVK | 100 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

KARANT_OPIOID_MDL_000019

7. On the dates that Medicine Shoppe #1065 placed the orders identified in Paragraph 6 above, our primary wholesaler did not have those medications in stock. As a result, Medicine Shoppe #1065 placed each of these orders with Prescription Supply.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 29 day of March 2019 in Norton, Ohio.

Daniel G. Karant

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

KARANT_OPIOID_MDL_000020