# EXHIBIT 100

PSI-1012.5

# Prescription Supply Inc.

WHOLESALE DISTRIBUTORS

2233 Tracy Road • Northwood, Ohio 43619
Phone: (419) 661-6600
1-800-777-0761

March 25, 1996

Ms. Genora Massey
Drug Enforcement Agency
310 Lakeside Ave. Suite 395
Cleveland, OH  44113

Dear Ms. Massey:

Previous to this time, Prescription Supply, Inc's suspicious order monitoring system has been a manual one.  We are have recently completed the necessary updates to transfer this function to our computer system.

Prescription Supply, Inc's Suspicious Ordering Monitoring System (SOM) is designed to satisfy the Drug Enforcement Administrations' requirements that the wholesalers monitor orders from their customers and forward a report to your office.  This is patterned after the National Wholesale Drug Association (NWDA) SOM program.  This uses a base ingredient and scheduled item file that is periodically received through NWDA from the DEA ARCOS dictionary file.

I am enclosing reports from January and February, 1996 sales.  These variance reports incorporate 12 months sales history as the foundation to create a customer average comparison.

It is our intent to remain in full compliance with DEA regulations.  As Prescription Supply, Inc's Data Processing Manager, I would be happy to answer any questions concerning this report or additions you may have.  Please feel free to contact me at (419) 661-6600, extension 15.

Thank you for your time with this matter.

Sincerely,

Kirk J. Harbauer
Data Processing MIS



PSI - K. Harbauer
**Exhibit 1**
207780-CAK   2/27/2019

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI66568