# EXHIBIT 101

ON LINE SOLUTIONS, INC.  SUSPICIOUS ORDER MONITORING SYSTEM          PAGE   1
1623C FIFTH AVENUE
SAN RAFAEL, CA 94901              SYSTEM DOCUMENTATION              03/26/91
COPYRIGHT 1991
ALL RIGHTS RESERVED        INTRODUCTION AND TABLE OF CONTENTS

# T A B L E   O F   C O N T E N T S

|                                                          | Page |
|----------------------------------------------------------|------|
| INTRODUCTION                                             | 2    |
| LIST OF RPG PROGRAMS                                     | 2    |
| LIST OF CL PROGRAMS                                      | 3    |
| LIST OF SCREENS AND REPORTS                              | 4    |
| LIST OF REPORTS                                         | 4    |
| CONFIGURATION FILE MAINTENANCE                          | 5    |
| INSTALLATION INSTRUCTIONS FOR IBM AS/400                | 6    |
| MODIFICATIONS, SWITCH SETTINGS, DEA DICTIONARY LOAD     | 8    |

PSI - K. Harbauer
Exhibit
2
207780-CAK    2/27/2019

ON LINE SOLUTIONS, INC.     SUSPICIOUS ORDER MONITORING SYSTEM       PAGE    2

OPERATOR INSTRUCTIONS                   03/26/91

ALL RIGHTS RESERVED                      INTRODUCTION


The Suspicious Order Monitoring System (SOM) has three parts to the
Documentation:

- OPERATOR INSTRUCTIONS, which fully describes the functions and operations of
  the System.

- SYSTEM DOCUMENTATION (the document that you are reading), which describes
  the System functions necessary for installing and modifying the System.

- DATADASE DESCRIPTIONS, which describe the fields in all the Records.

The System Documentation consists of the following:

- List of Programs.

- List of Screens and Reports.

- SOM Configuration File Maintenance.

- Installation Instructions.

LIST OF PROGRAMS

- SM005B – Create Initial Configuration File.

- SM010W – Base Ingredient File Maintenance.

- SM020W – Scheduled Item File Maintenance.

- SM030W – Variance File Maintenance.

- SM040W – Configuration File Maintenance.

- SM050B – Create Item Master Work File.

- SM080B – Update/add to Scheduled Item File from DEA ARCOS Dictionary File.

- SM095B – Update/add to Base Ingredient File from DEA ARCOS Dictionary File.

- SM110B – Create Base Ingredients Report Work File (W/F).

- SM130B – Print Base Ingredients Report.

- SM140B – Create Scheduled Item Ingredient Report Work File (W/F).

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72520

OPERATOR INSTRUCTIONS                03/26/91

LIST OF PROGRAMS

LIST OF PROGRAMS (continued)

- SM160B – Print Scheduled Item Ingredient Report.

- SM210W – Enter End of Reporting Period Dates.

- SM230B – Create End of Reporting Period Work File (W/F).

- SM250B – Create new Customer/Base Code History File.

- SM270B – End of Reporting Period update of Customer Class/Base Summary File.

- SM340B – Print Suspicious Order Monitoring Variance and Detail Reports.

- SM350W – Enter Variance and Detail Report Options.

LIST OF CL PROGRAMS.

To the right of the CL Program Descriptions are the RPG programs called.

The following Programs can be called by keying the option on menu SMMENU:

1. SMCM     SOM Configuration Maintenance         SM040W

2. SMBM     Base Ingredient File Maintenance      SM010W

3. SMIM     Scheduled Item File Maintenance       SM020W

4. SMVM     Variance File Maintenance             SM030W

5. SMBING   Print Base Ingredients Report         SM110B, SM130B

6. SMSCHI   Print Scheduled Item Ingredient Report  SM140B, SM160B

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72521

ON LINE SOLUTIONS, INC.      SUSPICIOUS ORDER MONITORING SYSTEM            PAGE    4

                            OPERATOR INSTRUCTIONS                  03/26/91

                          LIST OF SCREENS and REPORTS

LIST OF CL PROGRAMS (continued).

- 7. SMDETL  Print Suspicious Order Monitoring      SM350W, SM340B
     SMENDR31  Variance and Detail Reports.
     SMDETLJQ

- 8. SMLOAD  Create Base Ingredient and Scheduled   SM050B, SM080B, SM095B
              Item Files from DEA ARCOS Dictionary
              File

- 9. SMENDR  End of Reporting Period Update of      SM210W, SM230B,SM250B
     SMENDRJO  Customer/Base Code History File       SM270B, SM340B
     SMENDR31  Customer Class/Base Summary File

The following Programs are part of Installation and not on a menu:
     1. SMGNRT  Create files and programs

     2. SMCRTE  Create various SOM Files.           SM005B

LIST OF SCREENS

The Source and Load Member Names for the Screens have the same first five
characters as the Programs Names, with an E in the 6th position. The first
Format Name has the same first 5 characters, with an F in the 6th position.

- SM010E - SM010F - Base Ingredient File Maintenance.

- SM020E - SM020F - Scheduled Item File Maintenance.

- SM030E - SM030F - Variance File Maintenance.

- SM040E - SM040F - SOM Configuration File Maintenance.

- SM210E - SM210F - End of Reporting Period Date.

- SM350E - SM350F - SOM Variance and Detach Report Options.

LIST OF REPORTS

- SM130B - Base Ingredients Report

- SM160B - Scheduled Item Ingredient Report

- SM340B - Suspicious Order Monitoring Variance Report and
            Suspicious Order Monitoring Detail Report.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72522

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM          PAGE 5

OPERATOR INSTRUCTIONS                03/26/91

SOM CONFIGURATION FILE MAINTENANCE

```
                  1         2         3         4         5         6         7         8
|     12345678901234567890123456789012345678901234567890123456789012345678901234567890 |
| 1   SM040F                  CONFIGURATION FILE MAINTENANCE                        SOM |
| 2                                                                                     |
| 3                                                                                     |
| 4                                                                                     |
| 5            WHOLESALER NAME/LOC              _____        |
| 6                                                                                     |
| 7            WHOLESALER DEA NO.               _____                               |
| 8                                                                                     |
| 9                                                                                     |
|10                                                                                     |
|11                                                                                     |
|12                                                                                     |
|13                                                                                     |
|14                                                                                     |
|15                                                                                     |
|16                                                                                     |
|17                                                                                     |
|18                                                                                     |
|19                                                                                     |
|20                                                                                     |
|21                                                                                     |
|22                                                                                     |
|23                                                                                     |
|24              F6 No Update                                                           |
|                                                                                       |
|_____|
```

The SOM Configuration File contains the information used by the SOM System that
can be changed for your installation.

To perform SOM Configuration Maintenance, key SMCM or select Option 1 from Menu
SMMENU and press Enter.

Key in your NAME/LOCATION, and DEA NO.; press Enter to update.

Cmd6 - Do not update this record.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72523

Copy Tape file using QTape as

File Name from TAP02 to 50MFL
                          Kirkwa

file will be created with 2 members 1st blank

2ND TAPE03 has Data then
              assim
cpy 50MFL   to FSMDEADI  from member
    Kirk                          TAPE03

Call SmloAD

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72524

OPERATOR INSTRUCTIONS                    03/27/91

SOM INSTALLATION  AS400

INSTALLATION - AS400
_____

To install the SOM System , do the following:

1. **Create Library**
   CRTLIB OLSSM TEXT(Suspicious Order Monitoring System)

2. **Restore objects**
   RSTOBJ OBJ(QDDSSRC QRPGSRC QCLSRC QMNUSRC) SAVLIB(XXXXXX) DEV(DDDDD) +
   MBROPT(*ALL) ALWOBJDIF(*ALL) RSTLIB(CCCCCC)
   Where SAVLIB is the OLS name for your library, DEV is your device name
   RSTLIB is the library you want to restore it to either OLSSM or some
   other library.

3. **Create CL program SMGNRT.**

4. **Create all programs and files:**
   CALL SMGNRT

5. **Create the Configuration File:**
   CALL SMCRTE

6. **CALL SMCM - SOM Configuration Maintenance. (Page 5.)**

7. **Copy the DEA ARCOS Dictionary file supplied by the DEA to the ols file**
   **FSMDEADI:**
   CPYF FROMFILE(DEAFILE) TOFILE(FSMDEADI)

8. **CALL SMLOAD which creates the Base Ingredient and Scheduled Item**
   Files from the DEA ARCOS Dictionary File and your Item Master File. (Page 7)

9. **CALL SMBING which prints the Base Ingredient Report. (Page 6 SOM**
   Operator Instructions)

10. **CALL SMSCHI which prints the Scheduled Item Ingredient Report.**
    Review the second section with the ERRORS heading for errors.  You may need
    to change some of the data in your Item Master File or add information to
    the Scheduled Item File through maintenance. (Page 7 SOM Operator
    Instructions)

11. **CALL SMENDR which creates the Customer/Base Code History File and**
    Customer Class/ Base Code Summary File. It also prints the Variance and
    Detail Reports (Pages 8 and 9 SOM Operator Instructions). (See page 8 of
    these instructions for further information.)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72525

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE    7

OPERATOR INSTRUCTIONS                03/26/91

SOM INSTALLATION  SYSTEM 38

## INSTALLATION - SYSTEM 38

To install the SOM System, do the following:

1. Create Library:
   CRTLIB OLSSM TEXT(Suspicious Order Monitoring System)

2. Create Files in the Library for Programs:
   CRTPF FILE(QDDSSRC.OLSSM) RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)
   CRTPF FILE(QRPGSRC.OLSSM) RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)
   CRTPF FILE(QFMTSRC.OLSSM) RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)
   CRTPF FILE(QCLSRC.OLSSM)  RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)

3. Copy CL program SMCOPY from Diskette to Library:
   CPYFRMDKT FROMFILE(QDKT) TOFILE(QCLSRC.OLSSM) FROMLABEL(SMCOPY)
            FROMLOC(*S1) MBROPT(*REPLACE)

4. Create CL program SMCOPY:
   CRTCLPGM PGM(SMCOPY.OLSSM) SRCFILE(QCLSRC.OLSSM) SRCMBR(*PGM)

5. Copy all programs from Diskette to Library:
   SMCOPY

6. Create all programs:
   CRTCLPGM PGM(SMGNRT.OLSMM) SRCFILE(QCLSRC.OLSSM) SRCMBR(*PGM)
   SMGNRT

7. Run program SMCRTE which creates the initial SOM files.

8. Run program SMCM - SOM Configuration Maintenance. (Page 4.)

9. Run program SMLOAD which creates the Base Ingredient and Scheduled Item
   Files from the DEA ARCOS Dictionary File and your Item Master File. (Page
   7)

10. Run program SMBING which prints the Base Ingredient Report. (Page 6 SOM
    Operator Instructions)

11. Run program SMSCHI which prints the Scheduled Item Ingredient Report.
    Review the second section with the ERRORS heading for errors.  You may need
    to change some of the data in your Item Master File or add information to
    the Scheduled Item File through maintenance. (Page 7 SOM Operator
    Instructions)

12. Run program SMENDR which creates the Customer/Base Code History File and
    Customer Class/ Base Code Summary File. It also prints the Variance and
    Detail Reports (Pages 8 and 9 SOM Operator Instructions). (See page 7 of
    these instructions for further information.)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72526

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM      PAGE   8

OPERATOR INSTRUCTIONS                    03/26/91

LOADING DEA ARCOS DICTIONARY AND MODIFICATIONS


LOADING DEA ARCOS DICTIONARY
————————————————————

    You must request a copy of the DEA ARCOS Dictionary File from the NWDA.You
    will need to create the Base Ingredient and Scheduled Item Files from the
    DEA ARCOS Dictionary File which is on tape. This program may be run
    periodically when the NWDA has a new version of the tape. It is our
    understanding that you must request the tape from NWDA; it will not be sent
    automatically. It will replace the data in the Base Ingredient and
    Scheduled Item files. The program used is SMLOAD or Option 8 on SMMENU.

MODIFICATIONS
————————————————————

    In several programs we do a comparison based on the assumption that the
    ARCOS code is = Y. If your ARCOS code in your Item Master File is something
    other than a Y (i.e. A) you must modify the following programs:  SM130B,
    SM160B and SM340B.

    The following programs use the Customer Master File: SM230B, SM250B, SM340B

    In the CL  of program SMENDRJQ there are three SWITCH STATEMENTS you must
    be aware of. This program calls program SM340B which prints the SOM
    Variance and Detail Reports. The first switch should not be changed. It is
    set up to automatically print both the Variance and Detail Reports. The
    second and third switches are asterisked off. If the second is used then the
    12 month history on the Variance Report will be printed. If the third one is
    used then only Customers and Base Codes with CUSTOMER AVERAGE or CUSTOMER
    MONTH > REPORT LEVEL on the Variance Report will be printed. This program
    may only be run once per Reporting Period. Refer to page 7 of the SOM
    Operator Instructions for further information. Option 9 on SMMENU will also
    initiate this job.

    In several programs we use the record code IRSTAI for the Item Master and
    CRSTAC for the Customer Master.  We make the assumption that this is an 'A'
    for active records.  If this is not the case for your files, you must move
    'A' into the field before the comparison is made.  This occurs in SM050B,
    SM140B and SM340B.


SOM/SMSYSD

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72527

PSI-F013.10

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING              PAGE 1
1623C FIFTH AVENUE
SAN RAFAEL, CA 94901          OPERATOR INSTRUCTIONS                 03/26/91
COPYRIGHT 1990
ALL RIGHTS RESERVED        INTRODUCTION AND TABLE OF CONTENTS

### T A B L E   O F   C O N T E N T S

| | Page |
|---|---|
| INTRODUCTION | 2 |
| BASE INGREDIENT FILE MAINTENANCE | 3 |
| SCHEDULED ITEM FILE MAINTENANCE | 4 |
| VARIANCE FILE MAINTENANCE | 5 |
| BASE INGREDIENT REPORT | 6 |
| SCHEDULED ITEM INGREDIENT REPORT | 7 |
| END OF REPORTING PERIOD | 8 |
| SOM VARIANCE REPORT | 10 |
| SOM DETAIL REPORT | 11 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72528

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM         PAGE    2

OPERATOR INSTRUCTIONS                    03/26/91

INTRODUCTION

The Suspicious Order Monitoring System (SOM) is designed to satisfy the DEA's
requirements that wholesalers monitor orders from their customers and send reports
to the DEA. It is patterned after the NWDA SOM program.

These Operator Instructions describe how to perform the above functions. The
System Documentation for the Suspicious Order Monitoring System has technical
information for the Data Processing Department to install, maintain, and modify
the System.

The Suspicious Order Monitoring System has the following functions:

  - Prints the SOM Variance Report, which shows all customers whose average monthly
    usage or current monthly usage of a base ingredient exceeds the average monthly
    usage times a variance factor for all customers in the same customer class. One
    copy of this report is sent to the DEA at the end of each reporting period (i.e
    monthly), another copy is saved for 24 months.

  - Prints the SOM Detail Report, which shows invoice detail by base ingredient for
    each customer. This is a backup report to the SOM Variance Report; it is sent
    to the DEA upon request, and should be saved for 24 months.

  - Accepts the DEA ARCOS Dictionary File that contains Items, Base Ingredients,
    and Gram Weight. In addition, it maintains base ingredients and scheduled item
    ingredients.

  - Updates a 12 month history of Customer/Base Code usage.

All programs are written in RPG/400.  We furnish all Source Code for the
programs.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72529

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM          PAGE   3

OPERATOR INSTRUCTIONS                    03/26/91

BASE INGREDIENT FILE MAINTENANCE

```
|           1         2         3         4         5         6         7         8 |
| 12345678901234567890123456789012345678901234567890123456789012345678901234567890 |
| 1   SM010F              BASE INGREDIENT FILE MAINTENANCE                     SOM |
| 2                                                                                |
| 3                                                                                |
| 4                                                                                |
| 5               BASE CODE              ____                                      |
| 6                                                                                |
| 7               INGREDIENT NAME        _____              |
| 8                                                                                |
| 9               STATUS                 _ (  - Active                             |
|10                                         D - Delete)                            |
|11                                                                                |
|12                                                                                |
|13                                                                                |
|14                                                                                |
|15                                                                                |
|16                                                                                |
|17                                                                                |
|18                                                                                |
|19                                                                                |
|20                                                                                |
|21                                                                                |
|22                                                                                |
|23                                                                                |
|24  F3 EOJ            F6 No Update                       F9  Add                  |
|                                                                                  |
|_____|
```

To perform Maintenance on the Base Ingredient File, key SMBM or select Option 2 on
SMMENU and press Enter.

An example of the Base Ingredient File Maintenance Screen is displayed above.  If
maintaining a current Base Ingredient, key the BASE CODE and press Enter.  Change
the desired information and press Enter to continue or F3 to End the job. To add
record, key the BASE CODE and press F9.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72530

ON LINE SOLUTIONS, INC.     SUSPICIOUS ORDER MONITORING SYSTEM            PAGE    4

                           OPERATOR INSTRUCTIONS                 03/26/91

                        SCHEDULED ITEM FILE MAINTENANCE

```
             1        2        3        4        5        6        7        8
   |  12345678901234567890123456789012345678901234567890123456789012345678901234567890  |
   | 1    SM020F               SCHEDULED ITEM FILE MAINTENANCE                      SOM  |
   | 2                                                                                  |
   | 3                                                                                  |
   | 4                                                                                  |
   | 5               ITEM NO.                                                           |
   | 6               BASE CODE            ____                                          |
   | 7                                                                                  |
   | 8               GRAM WEIGHT          _____  (999999.99999)                  |
   | 9                                                                                  |
   |10               STATUS             _ (  - Active                                   |
   |11                                       D - Delete)                                |
   |12                                                                                  |
   |13                                                                                  |
   |14                                                                                  |
   |15                                                                                  |
   |16                                                                                  |
   |17                                                                                  |
   |18                                                                                  |
   |19                                                                                  |
   |20                                                                                  |
   |21                                                                                  |
   |22                                                                                  |
   |23                                                                                  |
   |24  F3 EOJ            F6 No Update                          F9  Add                 |
   |                                                                                    |
   |_____|
```

To perform Maintenance on the Scheduled Item File, key SMIM or select Option 3 on
SMMENU and press Enter.

An example of the Scheduled Item File Maintenance Screen is displayed above.  If
maintaining a current Item No., key the ITEM NO. and the BASE CODE and press Enter.
Change the desired information and press Enter to continue or F3 to End the job.
To add a record, key ITEM NO. and BASE CODE and press F9.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72531

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE   5

OPERATOR INSTRUCTIONS                    03/26/91

VARIANCE FILE MAINTENANCE

```
|          1         2         3         4         5         6         7         8 |
| 12345678901234567890123456789012345678901234567890123456789012345678901234567890 |
| 1   SM030F                  VARIANCE FILE MAINTENANCE                         SOM |
| 2                                                                                |
| 3                                                                                |
| 4                                                                                |
| 5   ITEMS AFFECTED                     _____  (ALL   - All Items                  |
| 6                                              NONAR - Non ARCOS                  |
| 7                                              ARCOS - ARCOS                      |
| 8                                              BXXXX - Base Code)                 |
| 9                                                                                |
|10   CUSTOMER CLASS                        _   (A - All Customers                  |
|11                                              H - Hospitals                      |
|12                                              R - Retail Pharmacies              |
|13                                              P - Physicians                     |
|14                                              D - Distributors                   |
|15                                              C - Clinics)                        |
|16                                                                                |
|17   END OF REPORTING PERIOD PERCENT VARIANCE ____  (9999)                         |
|18                                                                                |
|19   ORDER PROCESSING REPORT PERCENT VARIANCE ____  (9999)                         |
|20                                                                                |
|21   STATUS                                _   ( - Active,                         |
|22                                              D - Delete)                         |
|23                                                                                |
|24  F3 EOJ            F6 No Update                      F9  Add                    |
|                                                                                  |
|_____|
```

To perform Maintenance on the Variance File, key SMVM or select Option 4 on
SMMENU and press Enter.

An example of the Variance File Maintenance Screen is displayed above. If maintain-
ing a current Variance, key the ITEMS AFFECTED and the CUSTOMER CLASS and press
Enter.  Change the desired information and press Enter to continue or F3 to End
the job. To add a record, key the ITEMS AFFECTED and CUSTOMER CLASS and press F9.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72532

PSI-1013.15

ON LINE SOLUTIONS, INC.          SUSPICIOUS ORDER MONITORING SYSTEM                    PAGE    6

OPERATOR INSTRUCTIONS          03/26/91

BASE INGREDIENT REPORT EXAMPLE

| 12/10/87 SM130B | | BASE INGREDIENTS REPORT | | | | | | PAGE 1 |
|---|---|---|---|---|---|---|---|---|
| | | ABC WHOLESALE DRUG | | | PB389782 | | | |
| BASE | | ITEM | | SCHOL | | | | GRAM |
| CODE | BASE INGREDIENT NAME | NO. | NDC NO. | ARCOS | ITEM DESCRIPTION | | | WEIGHT |
| 1121 | D-AMPHETAMINE SULFATE DIBASIC | 140228 | 00477-5432-01 | 2 | OBETROL TAB 10MG | | | .18345 |
| 1228 | BENZPHETAMINE HYDROCHLORIDE | 140236 | 00477-5433-01 | 2 | OBETROL TAB 20MG | 001801 | | .36690 |
| 1280 | D-METHAMPHETAMINE HYDROCHLORIDE | 156034 | 00009-0024-01 | 3 | DIDREX TAB 25MG | 002401 | | 2.16950 |
| 1530 | PEMOLINE | 153791 | 00074-6025-13 | 3 | DIDREX TAB 50MG | 655908 | | 3.75000 |
| 1603 | CIETHYLPROPION HYDROCHLORIDE | 140277 | 00089-0351-10 | 4 | TEPANIL TAB 25MG | 035110 | | 2.12300 |
| 1605 | MAZINDOL | 140749 | 00078-0071-05 | 4 | SANOREX TAB 1MG | 007105 | | .10000 |
| | | 140731 | 00078-0066-05 | 4 | SANOREX TAB 2MG | 006605 | | .20000 |
| 1640 | PHENTERMINE | 212217 | 00093-0009-01 | 4 | ADIPEX-P TAB | | | 3.00000 |
| | | 146373 | 00018-0904-84 | 4 | IONAMINE 15 CAP | 090384 | | 6.00000 |
| | | 146381 | 00018-0904-71 | 4 | IONAMINE 30 CAP | 090471 | | 3.00000 |
| | | 146399 | 00018-0904-84 | 4 | IONAMINE 30 CAP | 090484 | | 12.00000 |
| 2135 | APROBARBITAL | 126474 | 00004-1000-28 | 0 | GANTANOL SUSP | 100228 | | 3.78541 |

An example of the Base Ingredient Report is shown above. It is in sequence by Base
Code and Item Description/Size. To run the report, key SMBING or select Option 5
on Menu SMMENU and press Enter.

For each Base Code printed is the Ingredient Name and a list of the Items
containing that Ingredient as well as the NDC No. and Gram Weight for that
Item.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72533

PSI-I013.16

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM          PAGE   7

OPERATOR INSTRUCTIONS                    03/26/91

SCHEDULED ITEM INGREDIENT REPORT EXAMPLE

| 12/10/87  SM160P | | SCHEDULED ITEM INGREDIENT REPORT | | | PAGE 1 | | |
| | | ABC WHOLESALE DRUG | | Pb389782 | | | |
| ITEM NO. | NDC NO. | SCHDL ARCOS ITEM DESCRIPTION | | BASE CODE | BASE INGREDIENT NAME | GRAM WEIGH |
| VENDOR NO.   105 | | ABBOTT LABS     **C2** | | | | |
| 138578 | 00074-5763-16 | 5 | CALCIDRINE SYRUP | 576316 | 9062 | CODEINE SULFATE | .754? |
| 153791 | 00074-6088-13 | 4 | CYLERT CHEW 37.5MG | 608813 | 1530 | PEMOLINE | 3.750? |
| 143396 | 00074-6025-13 | 4 | CYLERT TAB 18.75MG | 602513 | 1530 | PEMOLINE | 1.875? |
| 148320 | 00074-6401-01 | 3 | GEMONIL TAB 100MG | 640101 | 2255 | METHARBITAL | 10.000? |
| VENDOR NO.   133 | | AMERICAN THERAPEUTICS | | | | |
| 194514 | 00904-0571-40 | 3 | ACETAMINOPHEN W/COD  #2 | MAJ | 9062 | CODEINE SULFATE | 5.525? |
| VENDOR NO.   220 | | BRISTOL LABORATORIES | | | | |
| 216374 | 00015-5660-40 | 5 | NALDECON-CX ADULT LIQ | 566040 | 9062 | CODEINE SULFATE | .174? |
| VENDOR NO.   230 | | BURROUGHS-WELLCOME CO. | | | | |
| 138974 | 00081-0025-96 | 5 | ACTIFED-C COUGH SYRUP | 002596 | 9062 | CODEINE SULFATE | .697? |
| 200527 | 00081-0220-55 | 3 | EMPIRIN W/COD 15MG #3 | 022055 | 9062 | CODEINE SULFATE | 2.216? |

An example of the Scheduled Item Ingredient Report is shown above.  To run the
report, key SMSCHI or select Option 6 from Menu SMMENU and press Enter.

This report is in sequence by Vendor No., Item Description/Size and Base Code.
Items that are not in error will print first with those in error printing last.  An
Item in error is described as follows:  Scheduled Item with an incorrect NDC No.,
Non-Scheduled Item with a Base Code or a Scheduled Item with no Item Master record.
The Gram Weight for each Item is also printed.

When you review the 'ERRORS' section of this report you must determine what the
errors mean. Whe you get the error 'SCHEDULED ITEM WITH WRONG NDC NO.' check the
NDC. No. in your Item Master File. If you have determined that it is correct, check
the DEA Dictionary File. There is a possibilty that it may not be included in this
file.  If this is the case you may add it to your Scheduled Item File through
maintenance.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72534

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM    PAGE    8

OPERATOR INSTRUCTIONS                           03/26/91

MONTHLY UPDATE

```
|             1         2         3         4         5         6         7         8 |
| 12345678901234567890123456789012345678901234567890123456789012345678901234567890 |
| 1  SM210F              ENTER END OF REPORTING PERIOD DATES                    SOM |
| 2                                                                                |
| 3                                                                                |
| 4                                                                                |
| 5           BEGINNING DATE  _____     (mmddyy)                                  |
| 6                                                                                |
| 7           ENDING DATE     _____     (mmddyy)                                  |
| 8                                                                                |
| 9                                                                                |
|10                                                                                |
|11                                                                                |
|12                                                                                |
|13                                                                                |
|14                                                                                |
|15                                                                                |
|16                                                                                |
|17                                                                                |
|18                                                                                |
|19                                                                                |
|20                                                                                |
|21                                                                                |
|22                                                                                |
|23                                                                                |
|24              F6 Cancel                                                         |
|                                                                                  |
|_____|
```

Run this program once for each Reporting Period, after the Controlled Item
Transaction File has been verified. If you are using the OLS Advanced Inventory
System, this should be done after ARCOS Reporting (program OVAS) has been run.
As a result of SMENDR the Customer/Base Code History File and the Customer
Class/Base Summary Files are updated, and the SOM Variance Report and SOM
Detail Reports are printed. There are several Switch Settings in program SMENDR
which are described further on page 7 of the SOM System Documentation.

When you first install the SOM you may want to begin your history starting with a
previous month. For example, it is now March 31, 1991. You want to retain your
history all the way back to April 30, 1990. In order to do this you must restore
your data for that month, and process the End of Reporting Period with a date of
04/30/90 by running procedure SMENDR. You will then continue on consecutively with
each month following these same steps. You MUST process the months in sequence.

To perform the monthly update key, SMENDR or select Option 9 on SMMENU and press
Enter.  Key the DATEs in mmyydd format and press Enter to update and execute the



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72535

PSI-F013.18

OPERATOR INSTRUCTIONS                03/26/91

MONTHLY UPDATE


Job.  If BEGINNING DATE is not keyed, the first day of the ENDING DATE month and
year is assumed. (i.e. ENDING DATE = 043087, BEGINNING DATE is assumed to be
040187).

Cmd6 - Cancel the job and do no update the record.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72536

PSI-F013.19

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM         PAGE    10

OPERATOR INSTRUCTIONS                                03/26/91

SUSPICIOUS ORDER MONITORING VARIANCE REPORT

| USE CODE | SM340B BASE INGREDIENT NAME | | CLASS AVERAGE | VARIANCE | REPORT LEVEL | CUST. AVERAGE | CUST. AVERAGE |
|---|---|---|---|---|---|---|---|
| | SUSPICIOUS ORDER MONITORING VARIANCE REPORT REPORTING PERIOD  7/01/87 to 7/31/87 SCHEDULE 2 & 3 - ARCOS ABC WHOLESALE DRUG      123456 | | | | | | PAGE |
| 000175 | A.A.R.P. PHARMACY SERVICE   AC6915687 3198 EAST CARSON STREET       CLASS - | | | | | | |
| | LAKEWOOD          CA     90712 | | | | | | |
| 2315 | SECOBARBITAL | | 14.92973 | 300% | 44.789 | 45.770 | 45.77000 |
| 9230 | MEPERIDINE HYDROCHLORIDE | | 6.10193 | 300% | 18.305 | 21.787 | 21.78750 |
| 000430 | R.I.L. DRUG, LTD. #130      AR2597435 4758 LANKERSHEIM BLVD.       CLASS - | | | | | | |
| | NO. HOLLYWOOD     CA     91602 | | | | | | |
| 9150 | DIHYDROMORPHINONE HYDROCHLORI | | .51833 | 300% | 1.554 | 2.127 | 2.12760 |
| 9300 | MORPHINE SULFATE | | 1.70528 | 300% | 5.115 | 6.768 | 6.76800 |
| 003602 | ALOHA DRUGS                 BA0775847 5047 W. EL SEGUNDO BLVD.   CLASS | | | | | | |
| | HAWTHORNE         CA     90251 | | | | | | |

An example of the Suspicious Order Monitoring Variance Report is shown above. The following page shows an example of the Suspicious Order Monitoring Detail Report. Both reports will automatically run when procedure SMENDR is initiated. However, you will most likely want to run the reports with several different parameters. To run the reports, key SMDETL or select Option 7 on Menu SMMENU and press Enter.

The SOM VARIANCE and DETAIL REPORT OPTIONS Screen allows entry of several options. 1st Option determines which report will print.  You may print B=BOTH, V=VARIANCE only or D=DETAIL only. If the second Option is blank, 12 month history for each Base Code for each Customer is not printed on the Variance Report, if Y=YES then history is printed. If the 3rd Option is blank then all Base Codes for all Customers are printed, if Y=YES then only BASE CODES with CUSTOMER AVERAGE or CUSTOMER MONTH > REPORT LEVEL are printed.

One copy of the report with Option 2 and 3 = Blanks should be sent to the DEA. A second copy, possibly with Option 2 = Y and Option 3 = Blanks should be retained for your records.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72537

PSI-1013.20

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE    11

OPERATOR INSTRUCTIONS                    03/26/91

SUSPICIOUS ORDER MONITORING DETAIL REPORT

```
9/29/87   SM340B                      SUSPICIOUS ORDER  MONITORING DETAIL REPORT                          PAGE
                                         REPORTING PERIOD  7/01/87 TO 7/31/87
                                           ABC WHOLESALE DRUG          123456
 INVOICE     INVOICE    NARCOTIC      ITEM                  SCHDL                                                            EXT
 DATE        NUMBER     BLANK NO.      NO.      NDC NO.     ARCOS  ITEM DESCRIPTION                    GRAMS    QTY            (

   000175             A.A.R.P. PHARMACY SERVICE  AC6915687
                      3198 EAST CARSON STREET    CLASS
                      LAKEWOOD         CA  90712
 2315  SECOBARBITAL
 7/22/87  881089     871117506       152884   00206-0640-02  2A   100 SE SECONAL 1.5GR PUL 240 064002C  9.154     3          27.
 7/22/87  881089     871117506       152942   00206-0666-02  2A   100 TU TUINAL #GR PUL #304   066602C  9.154     2          18.
                                                                                           BASE CODE TOTAL             45.
 9230  MEPERIDINE HYDROCHLORIDE
 7/22/87  881089     871117506       141358   02403-0337-04  2A   100 DE DEMEROL TAB 100MG     D591C  8.715     1           8.
 7/22/87  881089     871117506       141333   02403-0335-04  2A   100 DE DEMEROL TAB 50MG      D131C  4.357     3          13.
                                                                                           BASE CODE TOTAL             21.

   000430             R.I.L. DRUG, LTD. #130    AR2597435
                      4758 LANKERSHIM BLVD.     CLASS
                      NO. HOLLYWOOD    CA  91602

 9150  DIHYDROMOPHINONE HYDROCHLORIDE
 7/07/87  866873     870070297       139543   04410-1022-02  2A   100 DI DILAUDID TAB 2MG       C  .177     2             .
 7/27/87  885065     870070311       139576   04410-1024-02  2A   100 DI DILAUDID TAB 4MG       C  .354     2             .
 7/07/87  866873     870070297       139576   04410-1024-02  2A   M  RI RITALIN HYD TAB 10MG    C  8.648     1           1.
```

The SOM Variance Report shown on the previous page, is in sequence by
Non-Arcos/ARCOS, Customer Class, Customer No., and Base Code. CLASS AVERAGE is =
average usage for this Customer Class for this month.  VARIANCE = DEA supplied %.
REPORT LEVEL = CLASS AVERAGE x VARIANCE. CUST.AVERAGE = Average Usage in grams for
this customer for the past 1 to 12 months, depending on how long the CUStomer has
bought the BASE CODE or how long the SOM has been installed. CUST. MONTH = Current
Months usage in grams for this customer. IND is displayed as ** if  CUST.  MONTH >
REPORT LEVEL or CUST. AVERAGE > REPORT LEVEL.

An example of the Suspicious Order Monitoring Detail Report is shown above.  To run
the report key SMDETL or select Option 7 from Menu SMMENU and press Enter.

The SOM Detail Report is in sequence by Non-Arcos/ARCOS, Customer No., and Base
Code. This report shows the detail for each Customer and each Base Code, including
INVOICE DATE, INVOICE NUMBER, NARCOTIC BLANK NO., ITEM NO., NDC NO., SCHeDuLe ARCOS
ITEM DESCRIPTION, GRAMS, QTY and EXTENDED GRAMS = GRAMS x QTY.  There is a TOTAL
for each BASE CODE within CUSTOMER NO.

If Option 3 is blank on the SOM VARIANCE and DETAIL REPORT OPTIONS Screen, print
all Customers and Base Codes. If = Y, print only Customers and Base Codes with
IND on SOM Variance Report.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72538

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM              PAGE    12

OPERATOR INSTRUCTIONS                    03/26/91

SOM/SMOPIN

PSI-1015.22

ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                        ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                       PRESCRIPTION SUPPLY, INC. INDEX

                  D A T A B A S E    D E S C R I P T I O N        PAGE

     FSMDEADI     PF     DEA ARCOS DICTIONARY FILE                  1

     FSMBASEI     PF     BASE INGREDIENT FILE                       2

     FSMITEMS     PF     SCHEDULED ITEM FILE                        3

     FSMCONFG     PF     SOM CONFIGURATION FILE                     4

     FSMVRNCE     PF     VARIANCE FILE                              5

     FSMCUBAH     PF     CUSTOMER/BASE CODE HISTORY FILE            6

     FSMCCLBC     PF     CUSTOMER CLASS/BASE SUMMARY FILE           8

     FSMWK010     PF     ITEM MASTER WORK FILE                     10

     FSMWK110     PF     BASE INGREDIENT REPORT WORK FILE          11

     FSMWK120     PF     SCHEDULED ITEM REPORT WORK FILE           12

     GOVCNTRL     PF     CONTROLLED ITEMS TRANSACTION FILE         13

     FSMWK310     PF     END OF REPORTING PERIOD WORK FILE         15

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72540

PSI-1013.23

ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                       ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

 27/91                            PRESCRIPTION SUPPLY, INC.

                D A T A B A S E    D E S C R I P T I O N   PAGE   1

PHYSICAL FILE      FSMDEADI          DEA ARCOS DICTIONARY FILE
LOGICAL FILE       FSMWKDEA          DEA DICTIONARY FILE
     KEY FIELDS
     DBCODE
LOGICAL FILE       FSMWSDEA          DEA DICTIONARY FILE
     KEY FIELDS
     DNDCNO

            DATA          REFER.
  FROM  TO LGTH  T D  NAME  FIELD     FIELD DESCRIPTION          SEQ. NO.

    1   11  11   A   DNDCNO          NDC NO.                         3
   12   13   2   A   DITTYP          Item Type                       4
   14   43  30   A   DDESCR          Description                     5
   44   52   9   S 3 DPKGQT          Package Quantity                6
   53   57   5   A   DPKMEA          Package Measure                 7
   58   61   4   A   DBCODE          Base Code                       8
   62   99  38   A   DBNAME          Base Ingredient Name            9

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72541

PSI-I013.24

```
ON LINE SOLUTIONS, INC.               COPYRIGHT 1991
1623C FIFTH AVENUE                   ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901      SUSPICIOUS ORDER MONITORING SYSTEM

   27/91                      PRESCRIPTION SUPPLY, INC.

              D A T A B A S E     D E S C R I P T I O N  PAGE   2

PHYSICAL FILE      FSMBASEI            BASE INGREDIENT FILE
      KEY FIELDS
      BBCODE

              DATA          REFER.
   FROM   TO LGTH   T D   NAME   FIELD     FIELD DESCRIPTION          SEQ. NO.

    1    1   1    A    BRSTAT           Record Status                    4
                                           A-Active                      5
                                           D-Delete                      6
    2    5   4    A    BBCODE           Base Code                        7
    6   43  38    A    BBNAME           Base Ingredient Name             8
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72542

```
ON LINE SOLUTIONS, INC.               COPYRIGHT 1991
1623C FIFTH AVENUE                  ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901        SUSPICIOUS ORDER MONITORING SYSTEM

   27/91                          PRESCRIPTION SUPPLY, INC.

                 D A T A B A S E    D E S C R I P T I O N  PAGE   3

PHYSICAL FILE         FSMITEMS            SCHEDULED ITEM FILE
     KEY FIELDS
      SITNBR
      SBCODE


            DATA          REFER.
 FROM   TO LGTH   T D  NAME  FIELD      FIELD DESCRIPTION        SEQ. NO.

   1    1    1    A   SRSTAT         Record Status                    5
                                       A-Active                      6
                                       D-Delete                      7
   2    7    6    S 0 SITNBR ITNBR   Item No.                         8
   8   11    4    A   SBCODE         Base Code                       10
  12   22   11    S 5 SGRAMW         Gram Weight                     11
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72543

```
ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                        ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                          PRESCRIPTION SUPPLY, INC.

                    D A T A B A S E    D E S C R I P T I O N  PAGE   4

PHYSICAL FILE       FSMCONFG            SOM CONFIGURATION FILE


            DATA            REFER.
  FROM  TO  LGTH  T D  NAME  FIELD     FIELD DESCRIPTION         SEQ. NO.
    1    1    1   A   CRCODE           Record Code-C                 3
    2   31   30   A   CWNAME           Wholesaler Name/Location      4
   32   40    9   A   CWDEAN           Wholesaler DEA No.            5
   41   46    6   S 0 CBDATE           Begin. Of Report Period       6
                                       0-Assume 1st day of month of  7
                                       End of Reporting Period (mmddyy) 8
   47   52    6   S 0 CEDATE           End Of Reporting Period       9
                                         (mmddyy)                   10
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72544

PSI-1013.27

ON LINE SOLUTIONS, INC.                   COPYRIGHT 1991
1623C FIFTH AVENUE                       ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901            SUSPICIOUS ORDER MONITORING SYSTEM

 27/91                            PRESCRIPTION SUPPLY, INC.

            D A T A B A S E    D E S C R I P T I O N  PAGE   5

PHYSICAL FILE      FSMVRNCE            VARIANCE FILE
     KEY FIELDS
     RITEMS
     RCUCLS


          DATA            REFER.
 FROM  TO LGTH  T D  NAME  FIELD    FIELD DESCRIPTION          SEQ. NO.

   1   1   1    A  RRSTAT           Record Status                  4
                                    A-Active                       5
                                    D-Delete                       6
   2   6   5    A  RITEMS           Items Affected                 7
                                    ALL    - All ITems             8
                                    NONAR  - Non ARCOS             9
                                    ARCOS  - ARCOS                10
                                    BXXXX  - Base Code            11
   7   7   1    A  RCUCLS           Customer Class                12
                                    A - All Customer Classes      13
                                    H - Hospitals                 14
                                    R - Retail Pharmacies         15
                                    P - Physicians                16
                                    D - Distributors              17
                                    C - Clinics and Nursing Homes 18
   8  11   4   S 0 RPRCNT           EOP Percent  Variance         19
                                    Used for End of Reporting      20
                                    Period Report Level           21
  12  15   4   S 0 RPRCOP           Order Percent Variance        22
                                    Used for Order Processing      23
                                    Report Level                  24

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72545

PSI-2013.28

```
ON LINE SOLUTIONS, INC.                COPYRIGHT 1991
1623C FIFTH AVENUE                    ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                          PRESCRIPTION SUPPLY, INC.

                    D A T A B A S E     D E S C R I P T I O N   PAGE   6

PHYSICAL FILE       FSMCUBAH              CUSTOMER/BASE CODE HISTORY FILE
LOGICAL FILE        FSMCUBCL              CUSTOMER/BASE CODE HISTORY FILE
      KEY FIELDS
      HARCOS
      HCUCLS
      HCUSNR
      HBCODE
LOGICAL FILE        FSMWKBAH              CUSTOMER/BASE CODE HISTORY FILE
      KEY FIELDS
      HCUSNR
      HARCOS
      HBCODE
```

|      |     | DATA |     |   |        | REFER. |                                   |          |
| FROM | TO  | LGTH | T D |   | NAME   | FIELD  | FIELD DESCRIPTION                 | SEQ. NO. |
|------|-----|------|-----|---|--------|--------|-----------------------------------|----------|
| 1    | 1   | 1    | A   |   | HRCODE |        | Record Code - H                   | 4        |
| 2    | 8   | 7    | S   | 0 | HCUSNR | CUSNR  | Customer No.                      | 5        |
| 9    | 9   | 1    | A   |   | HARCOS |        | ARCOS Code                        | 7        |
|      |     |      |     |   |        |        | Y - Item on ARCOS Report          | 8        |
|      |     |      |     |   |        |        | - Item not on ARCOS Report        | 9        |
| 0    | 13  | 4    | A   |   | HBCODE |        | Base Code                         | 10       |
| 4    | 14  | 1    | A   |   | HCUCLS |        | Customer Class                    | 11       |
|      |     |      |     |   |        |        | H - Hospitals                     | 12       |
|      |     |      |     |   |        |        | R - Retail Pharmacies             | 13       |
|      |     |      |     |   |        |        | P - Physicians                    | 14       |
|      |     |      |     |   |        |        | D - Distributors                  | 15       |
|      |     |      |     |   |        |        | C - Clinics and Nursing Homes     | 16       |
| 15   | 22  | 15   | P   | 5 | HMU1   |        | Monthly Usage in Grams            | 17       |
|      |     |      |     |   |        |        | 13 - 15 digit fields. Customer    | 18       |
|      |     |      |     |   |        |        | record - Monthly usage in grams   | 19       |
|      |     |      |     |   |        |        | for previous 12 months and Current| 20       |
|      |     |      |     |   |        |        | month. Current is HMU,13; 12th prev| 21      |
|      |     |      |     |   |        |        | for previous 12 months and Current| 22       |
|      |     |      |     |   |        |        | month. Current is HMU,13; 12th    | 23       |
|      |     |      |     |   |        |        | previous is HMU,1.                | 24       |
| 23   | 30  | 15   | P   | 5 | HMU2   |        |                                   | 25       |
| 31   | 38  | 15   | P   | 5 | HMU3   |        |                                   | 26       |
| 39   | 46  | 15   | P   | 5 | HMU4   |        |                                   | 27       |
| 47   | 54  | 15   | P   | 5 | HMU5   |        |                                   | 28       |
| 55   | 62  | 15   | P   | 5 | HMU6   |        |                                   | 29       |
| 63   | 70  | 15   | P   | 5 | HMU7   |        |                                   | 30       |
| 71   | 78  | 15   | P   | 5 | HMU8   |        |                                   | 31       |
| 79   | 86  | 15   | P   | 5 | HMU9   |        |                                   | 32       |
| 87   | 94  | 15   | P   | 5 | HMU10  |        |                                   | 33       |
| 95   | 102 | 15   | P   | 5 | HMU11  |        |                                   | 34       |
| 03   | 110 | 15   | P   | 5 | HMU12  |        |                                   | 35       |
| 1    | 118 | 15   | P   | 5 | HMU13  |        |                                   | 36       |
| 119  | 121 | 5    | P   | 0 | HMO1   |        | No. of Times Shipped              | 37       |
|      |     |      |     |   |        |        | 13 - 15 digit fields. If Customer | 38       |

PSI72546

PSI-1013.29

ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                       ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

   27/91                          PRESCRIPTION SUPPLY, INC.

              D A T A B A S E      D E S C R I P T I O N  PAGE    7

PHYSICAL FILE        FSMCUBAH              CUSTOMER/BASE CODE HISTORY FILE

              DATA                REFER.
 FROM   TO  LGTH  T D   NAME    FIELD    FIELD DESCRIPTION        SEQ. NO.

                                         record, no. of times Customer has      39
                                         been shipped this Base Code for         40
                                         last 12 months and Current month.       41
                                         Current is HMO,13 and 12th previous     42
                                         is HMO,1.                               43
  122  124   5   P 0  HMO2                                                        44
  125  127   5   P 0  HMO3                                                        45
  128  130   5   P 0  HMO4                                                        46
  131  133   5   P 0  HMO5                                                        47
  134  136   5   P 0  HMO6                                                        48
  137  139   5   P 0  HMO7                                                        49
  140  142   5   P 0  HMO8                                                        50
  143  145   5   P 0  HMO9                                                        51
  146  148   5   P 0  HMO10                                                       52
  149  151   5   P 0  HMO11                                                       53
  152  154   5   P 0  HMO12                                                       54
    5  157   5   P 0  HMO13                                                       55
                                                                                 56

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72547

PSI-1013.30

ON LINE SOLUTIONS, INC.          COPYRIGHT 1991
1623C FIFTH AVENUE          ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901     SUSPICIOUS ORDER MONITORING SYSTEM

27/91                PRESCRIPTION SUPPLY, INC.

D A T A B A S E     D E S C R I P T I O N  PAGE  8

PHYSICAL FILE     FSMCCLBC      CUSTOMER CLASS/BASE SUMMARY FILE
    KEY FIELDS
      GCUCLS
      GARCOS
      GBCODE

| FROM | TO | DATA LGTH | T | D | NAME | REFER. FIELD | FIELD DESCRIPTION | SEQ. NO. |
|------|----|-----------|---|---|------|--------------|-------------------|----------|
| 1 | 1 | 1 | A | | GRCODE | | Record Code - H | 4 |
| 2 | 2 | 1 | A | | GCUCLS | | Customer Class | 5 |
| | | | | | | | H - Hospitals | 6 |
| | | | | | | | R - Retail Pharmacies | 7 |
| | | | | | | | P - Physicians | 8 |
| | | | | | | | D - Distributors | 9 |
| | | | | | | | C - Clinics and Nursing Homes | 10 |
| 3 | 3 | 1 | A | | GARCOS | | ARCOS Code | 11 |
| | | | | | | | Y - Item on ARCOS Report | 12 |
| | | | | | | | - Item not on ARCOS Report | 13 |
| 4 | 7 | 4 | A | | GBCODE | | Base Code | 14 |
| 8 | 15 | 15 | P | 5 | GMU1 | | Gram Summary Cust Class | 15 |
| | | | | | | | 13 - 15 digit fields. Summary | 16 |
| | | | | | | | record for this Customer Class. | 17 |
| | | | | | | | Current is GMU,13; 12th previous | 18 |
| | | | | | | | is GMU,1. Sum in grams for all | 19 |
| | | | | | | | Customers in this class who bought | 20 |
| | | | | | | | this month. = class average | 21 |
| 16 | 23 | 15 | P | 5 | GMU2 | | | 22 |
| 24 | 31 | 15 | P | 5 | GMU3 | | | 23 |
| 32 | 39 | 15 | P | 5 | GMU4 | | | 24 |
| 40 | 47 | 15 | P | 5 | GMU5 | | | 25 |
| 48 | 55 | 15 | P | 5 | GMU6 | | | 26 |
| 56 | 63 | 15 | P | 5 | GMU7 | | | 27 |
| 64 | 71 | 15 | P | 5 | GMU8 | | | 28 |
| 72 | 79 | 15 | P | 5 | GMU9 | | | 29 |
| 80 | 87 | 15 | P | 5 | GMU10 | | | 30 |
| 88 | 95 | 15 | P | 5 | GMU11 | | | 31 |
| 96 | 103 | 15 | P | 5 | GMU12 | | | 32 |
| 104 | 111 | 15 | P | 5 | GMU13 | | | 33 |
| 112 | 114 | 5 | P | 0 | GMO1 | | No. of Cust.  Shp. Mnth | 34 |
| | | | | | | | 13 - 5 digit fields. No. of | 35 |
| | | | | | | | Customers who have been shipped | 36 |
| | | | | | | | for previous 12 months and current | 37 |
| | | | | | | | month. Current is GMO,13; 12th | 38 |
| | | | | | | | previous is GMO,1. | 39 |
| 115 | 117 | 5 | P | 0 | GMO2 | | | 40 |
| 118 | 120 | 5 | P | 0 | GMO3 | | | 41 |
| 1 | 123 | 5 | P | 0 | GMO4 | | | 42 |
| 124 | 126 | 5 | P | 0 | GMO5 | | | 43 |
| 127 | 129 | 5 | P | 0 | GMO6 | | | 44 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                        ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

   27/91                           PRESCRIPTION SUPPLY, INC.

              D A T A B A S E    D E S C R I P T I O N  PAGE   9

PHYSICAL FILE        FSMCCLBC               CUSTOMER CLASS/BASE SUMMARY FILE

           DATA            REFER.
   FROM  TO LGTH  T D  NAME  FIELD     FIELD DESCRIPTION          SEQ. NO.
   130  132   5   P 0  GMO7                                          45
   133  135   5   P 0  GMO8                                          46
   136  138   5   P 0  GMO9                                          47
   139  141   5   P 0  GMO10                                         48
   142  144   5   P 0  GMO11                                         49
   145  147   5   P 0  GMO12                                         50
   148  150   5   P 0  GMO13                                         51

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72549

ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                      ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

27/91                         PRESCRIPTION SUPPLY, INC.

                    D A T A B A S E    D E S C R I P T I O N   PAGE   10

PHYSICAL FILE        FSMWK010              ITEM MASTER WORK FILE
LOGICAL FILE         FSMWS010              ITEM MASTER WORK FILE
       KEY FIELDS
       WNDCNO

            DATA              REFER.
  FROM   TO LGTH  T D   NAME  FIELD    FIELD DESCRIPTION          SEQ. NO.

    1    6   6   S 0 WITNBR ITNBR   Item No.                              4
                                   Right justified                      6
    7   17  11    A   WNDCNO        NDC No.                              7
                                   Right justified                      8

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72550

```
ON LINE SOLUTIONS, INC.              COPYRIGHT 1991
1623C FIFTH AVENUE                 ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901        SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                          PRESCRIPTION SUPPLY, INC.

                D A T A B A S E    D E S C R I P T I O N  PAGE  11

PHYSICAL FILE      FSMWK110          BASE INGREDIENT REPORT WORK FILE
LOGICAL FILE       FSMWS110          BASE INGREDIENT REPORT WORK FILE
     KEY FIELDS
     WBCODE
     WDESCR
     WDSIZE


           DATA            REFER.
 FROM  TO LGTH   T D  NAME  FIELD    FIELD DESCRIPTION          SEQ. NO.

    1    4    4   A   WBCODE          Base Code                      4
    5   10    6   S 0 WITNBR ITNBR   Item No.                       5
   11   23   13   A   WNDCNO          NDC No.                        7
   24   24    1   S 0 WITTYP          Item Type                      8
                                     2,3,4,5 - schedule 2,3,4,5     9
   25   25    1   A   WARCOS          ARCOS Code                    10
                                     Y - Item on ARCOS Report      11
                                       - Item not on ARCOS Report  12
   26   65   40   A   WDESCR          Description                   13
   66   75   10   A   WDSIZE          Size                          14
   76   80    5   A   WUNMSR          Unit of Measure               15
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72551

```
ON LINE SOLUTIONS, INC.                        COPYRIGHT 1991
1623C FIFTH AVENUE                             ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901                   SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                               PRESCRIPTION SUPPLY, INC.

                         D A T A B A S E     D E S C R I P T I O N   PAGE  12

PHYSICAL FILE            FSMWK120              SCHEDULED ITEM REPORT WORK FILE
LOGICAL FILE             FSMWS120              SCHEDULED ITEM REPORT WORK FILE
      KEY FIELDS
      WVNDNO
      WDESCR
      WDSIZE
      WBCODE
LOGICAL FILE             FSMWS122              SCHEDULED ITEM REPORT WORK FILE
      KEY FIELDS
      WVNDNO
      WDESCR
      WDSIZE
      WBCODE

              DATA                 REFER.
  FROM   TO LGTH   T D   NAME      FIELD   FIELD DESCRIPTION                SEQ. NO.

   1    6    6   S 0 WVNDNO VNDNO  Vendor No.                                       4
   7   12    6   S 0 WITNBR ITNBR  Item No.                                         6
  13   25   13   A   WNDCNO        NDC No.                                          8
  26   26    1   S 0 WITTYP        Item Type                                        9
                                   2,3,4,5 - schedule 2,3,4,5                      10
  .7   27    1   A   WARCOS        ARCOS Code                                      11
                                   Y - Item on ARCOS Report                        12
                                     - Item not on ARCOS Report                    13
  28   67   40   A   WDESCR        Description                                     14
  68   77   10   A   WDSIZE        Size                                            15
  78   82    5   A   WUNMSR        Unit of Measure                                 16
  83   86    4   A   WBCODE        Base Code                                       17
  87   97   11   S 5 WGRAMW        Gram Weight                                     18
  98   98    1   A   WFLAGI        Error Flag                                      19
                                     - Item OK                                     20
                                   1 - Scheduled Item w/o Item Master              21
                                   2 - Scheduled Item w/o Base Code                22
                                   3 - Non-Scheduled Item w Base Code              23
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72552

ON LINE SOLUTIONS, INC.                    COPYRIGHT 1991
1623C FIFTH AVENUE                        ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901          SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                              PRESCRIPTION SUPPLY, INC.

              D A T A B A S E    D E S C R I P T I O N  PAGE  13

PHYSICAL FILE      GOVCNTRL              CONTROLLED ITEMS TRANSACTION FILE
       KEY FIELDS
       GDIVSN
       GITNBR
       GTRDTE
       GTRNNO
       GTRNSQ
       GARCTR
LOGICAL FILE       GOVCNTIC              CONTROLLED ITEMS TRANSACTION FILE
       KEY FIELDS
       GITNBR
       GCUVNN


            DATA          REFER.
 FROM  TO LGTH  T D  NAME  FIELD     FIELD DESCRIPTION           SEQ. NO.

   1   2   2   S 0  GDIVSN          Division No.                      5
   3   8   6   S 0  GITNBR ITNBR    Item Number                       6
                                    Right Justified                   8
   9  15   7   S 0  GTRDTE          Transaction Date                  9
                                      (CYYMMDD)                      10
                                    If GARCTR is D, Next ARCOS Report- 11
                                      ing Date                       12
  16  22   7   S 0  GTRNNO          Transaction No.                  13
                                    If Transaction Code (GARCTR) is  14
                                      Receipt (P), Purchase Order No. 15
                                    If GARCTR is Sale (S) or Credit   16
                                      Memo (C), Invoice No.          17
                                    IF GARCTR is D, Transaction Date  18
                                      keyed on Controlled Items -    19
                                      Change/Add Transaction Screen  20
                                    If GARCTR is E, 9999999          21
                                    If GARCTR not E,P,S, or C, Transac- 22
                                      tion Date (STRDTE) from Inventory 23
                                      Transaction File or Stock Count 24
                                      Report Date (CSCDTE) from Stock 25
                                      Count Report File              26
  23  28   6   S 0  GTRNSQ          Transaction Sequence             27
                                    If Transaction Code (GARCTR) is  28
                                      Receipt (P), Sequence No. on   29
                                      Purchase Order                 30
                                    If GARCTR is Sale (S) or Credit   31
                                      Memo (C), Sequence No. on Invoice 32
                                    If GARCTR is D, Deleted Record No. 33
                                    If GARCTR is E, 999999.          34
                                    If GARCTR not E,P,S, or C, Transac- 35
                                      tion Time (STRTME) from Inventory 36
                                      Transaction File or Stock Count 37
                                      Time (CCTTME) from Stock Count 38
                                      Report File                    39

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72553

PSI-F013.36

ON LINE SOLUTIONS, INC.
1623C FIFTH AVENUE
SAN RAFAEL, CA 94901

COPYRIGHT 1991
ALL RIGHTS RESERVED
SUSPICIOUS ORDER MONITORING SYSTEM

27/91                              PRESCRIPTION SUPPLY, INC.

                    D A T A B A S E    D E S C R I P T I O N  PAGE  14

PHYSICAL FILE        GOVCNTRL           CONTROLLED ITEMS TRANSACTION FILE


|      |    | DATA |     |        | REFER. |                          |      |
| FROM | TO | LGTH | T D | NAME   | FIELD  | FIELD DESCRIPTION         | SEQ. NO. |
|------|----|------|-----|--------|--------|---------------------------|------|
| 29   | 29 | 1    | A   | GARCTR |        | Transaction Code          | 40   |
|      |    |      |     |        |        | A - Adjustment (non-ARCOS Item) | 41 |
|      |    |      |     |        |        | B - Stock Count (non-ARCOS Item) | 42 |
|      |    |      |     |        |        | C - Credit Memo - Return from | 43 |
|      |    |      |     |        |        |     Customer - will be Receipt | 44 |
|      |    |      |     |        |        |     (P) for ARCOS Transaction | 45 |
|      |    |      |     |        |        | E - End of Month Inventory. | 46 |
|      |    |      |     |        |        |     Automatically added.  | 47   |
|      |    |      |     |        |        | F - Order Forms           | 48   |
|      |    |      |     |        |        | G - Government Supplied   | 49   |
|      |    |      |     |        |        | P - Receipt from Vendor   | 50   |
|      |    |      |     |        |        | R - Return to Vendor      | 51   |
|      |    |      |     |        |        | S - Sale, Disbursement, or | 52  |
|      |    |      |     |        |        |     Transfer              | 53   |
|      |    |      |     |        |        | T - Theft                 | 54   |
|      |    |      |     |        |        | V - Unsolicited return    | 55   |
|      |    |      |     |        |        | X - Lost in transit       | 56   |
|      |    |      |     |        |        | Y - Destroyed             | 57   |
|      |    |      |     |        |        | Z - Receipt by Government or | 58 |
|      |    |      |     |        |        |     seizures              | 59   |
| 30   | 30 | 1    | A   | GDELCI |        | Delete Record             | 60   |
|      |    |      |     |        |        | D - Delete Record from prior | 61 |
|      |    |      |     |        |        |     ARCOS Submission. Record | 62 |
|      |    |      |     |        |        |     No. is in GTRNSQ      | 63   |
| 31   | 34 | 7    | P 0 | GQTYTR |        | Transaction Quantity      | 64   |
|      |    |      |     |        |        | in inventory units        | 65   |
| 35   | 42 | 8    | S 0 | GCUVNN |        | Customer/Vendor No.       | 66   |
|      |    |      |     |        |        | If Transaction Code (GARCTR) is | 67 |
|      |    |      |     |        |        | Receipt (P) or Return to Vendor | 68 |
|      |    |      |     |        |        | (R), Vendor No.           | 69   |
|      |    |      |     |        |        | If GARCTR is Sale (S) or Credit | 70 |
|      |    |      |     |        |        | Memo (C), Customer No.    | 71   |
| 43   | 51 | 9    | A   | GNARCN |        | Narcotic Blank No.        | 72   |
|      |    |      |     |        |        | Required for Schedule 2 Items | 73 |
|      |    |      |     |        |        | with GARCTR = C, P or S.  | 74   |
| 52   | 56 | 5    | S 0 | GRCDSQ |        | Sub Record Seq. No.       | 75   |
|      |    |      |     |        |        | Submitted Record Sequence No. | 76 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72554

```
ON LINE SOLUTIONS, INC.              COPYRIGHT 1991
1623C FIFTH AVENUE                   ALL RIGHTS RESERVED
SAN RAFAEL, CA 94901         SUSPICIOUS ORDER MONITORING SYSTEM

  27/91                           PRESCRIPTION SUPPLY, INC.

              D A T A B A S E    D E S C R I P T I O N   PAGE   15

PHYSICAL FILE      FSMWK310              END OF REPORTING PERIOD WORK FILE
LOGICAL FILE       FSMWS310              END OF REPORTING PERIOD WORK FILE
    KEY FIELDS
    WCUSNR
    WARCOS
    WBCODE
LOGICAL FILE       FSMWS311              END OF REPORTING PERIOD WORK FILE
    KEY FIELDS
    WARCOS
    WCUCLS
    WCUSNR
    WBCODE
```

|      |    | DATA |   |   |        | REFER. |                          |          |
|------|----|------|---|---|--------|--------|--------------------------|----------|
| FROM | TO | LGTH | T | D | NAME   | FIELD  | FIELD DESCRIPTION        | SEQ. NO. |
| 1    | 1  | 1    | A |   | WRCODI |        | Record Code              | 4        |
|      |    |      |   |   |        |        | 1 - Canceled Record      | 5        |
|      |    |      |   |   |        |        | 2 - Active Record        | 6        |
| 2    | 7  | 6    | S | 0 | WITNBR | ITNBR  | Item No.                 | 7        |
| 8    | 8  | 1    | S | 0 | WITTYP |        | Item Type                | 9        |
| 9    | 9  | 1    | A |   | WARCOS |        | ARCOS Code               | 10       |
| 10   | 20 | 11   | A |   | WNDCNO |        | NDC No.                  | 11       |
| 21   | 25 | 5    | S | 0 | WQTYTA |        | Transaction Qty          | 12       |
| 26   | 32 | 7    | S | 0 | WCUSNR | CUSNR  |                          | 13       |
| 33   | 38 | 6    | A |   | WLANK1 |        |                          | 14       |
| 39   | 39 | 1    | A |   | WTRCDA |        | Transaction Code         | 15       |
|      |    |      |   |   |        |        | S - Sale, Disbursement or| 16       |
|      |    |      |   |   |        |        |     Transfer             | 17       |
|      |    |      |   |   |        |        | P - Credit (if Cust. No. non 0) | 18 |
| 40   | 45 | 6    | S | 0 | WTRDTA |        | Transaction Date         | 19       |
|      |    |      |   |   |        |        | (mmddyy)                 | 20       |
| 46   | 54 | 9    | A |   | WLANK2 |        |                          | 21       |
| 55   | 63 | 9    | A |   | WNARCA |        |                          | 22       |
| 64   | 69 | 6    | S | 0 | WTRNNO |        | Invoice No.              | 23       |
| 70   | 70 | 1    | A |   | WCUCLS |        | Customer Class           | 24       |
|      |    |      |   |   |        |        | H - Hospitals            | 25       |
|      |    |      |   |   |        |        | R - Retail Pharmacies    | 26       |
|      |    |      |   |   |        |        | P - Physicians           | 27       |
|      |    |      |   |   |        |        | D - Distributors         | 28       |
|      |    |      |   |   |        |        | C - Clinics and Nursing Homes | 29  |
| 71   | 74 | 4    | A |   | WBCODE |        | Base Code                | 30       |
| 75   | 85 | 11   | S | 5 | WGRAMW |        | Gram Weight              | 31       |
|      |    |      |   |   |        |        |                          | 32       |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72555

ON LINE SOLUTIONS, INC.   SUSPICIOUS ORDER MONITORING SYSTEM          PAGE   1
1623C FIFTH AVENUE
SAN RAFAEL, CA 94901          SYSTEM DOCUMENTATION                    03/26/91
COPYRIGHT 1991
ALL RIGHTS RESERVED        INTRODUCTION AND TABLE OF CONTENTS

T A B L E   O F   C O N T E N T S

|                                                          | Page |
|----------------------------------------------------------|------|
| INTRODUCTION                                             | 2    |
| LIST OF RPG PROGRAMS                                     | 2    |
| LIST OF CL PROGRAMS                                      | 3    |
| LIST OF SCREENS AND REPORTS                              | 4    |
| LIST OF REPORTS                                          | 4    |
| CONFIGURATION FILE MAINTENANCE                           | 5    |
| INSTALLATION INSTRUCTIONS FOR IBM AS/400                 | 6    |
| MODIFICATIONS, SWITCH SETTINGS, DEA DICTIONARY LOAD      | 8    |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72519

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE    2

OPERATOR INSTRUCTIONS                03/26/91

ALL RIGHTS RESERVED                    INTRODUCTION

The Suspicious Order Monitoring System (SOM) has three parts to the
Documentation:

  - OPERATOR INSTRUCTIONS, which fully describes the functions and operations of
    the System.

  - SYSTEM DOCUMENTATION (the document that you are reading), which describes
    the System functions necessary for installing and modifying the System.

  - DATADASE DESCRIPTIONS, which describe the fields in all the Records.

The System Documentation consists of the following:

  - List of Programs.

  - List of Screens and Reports.

  - SOM Configuration File Maintenance.

  - Installation Instructions.

LIST OF PROGRAMS

  - SM005B – Create Initial Configuration File.

  - SM010W – Base Ingredient File Maintenance.

  - SM020W – Scheduled Item File Maintenance.

  - SM030W – Variance File Maintenance.

  - SM040W – Configuration File Maintenance.

  - SM050B – Create Item Master Work File.

  - SM080B – Update/add to Scheduled Item File from DEA ARCOS Dictionary File.

  - SM095B – Update/add to Base Ingredient File from DEA ARCOS Dictionary File.

  - SM110B – Create Base Ingredients Report Work File (W/F).

  - SM130B – Print Base Ingredients Report.

  - SM140B – Create Scheduled Item Ingredient Report Work File (W/F).

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72520

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM          PAGE   3

OPERATOR INSTRUCTIONS                    03/26/91

LIST OF PROGRAMS

LIST OF PROGRAMS (continued)

- SM160B - Print Scheduled Item Ingredient Report.

- SM210W - Enter End of Reporting Period Dates.

- SM230B - Create End of Reporting Period Work File (W/F).

- SM250B - Create new Customer/Base Code History File.

- SM270B - End of Reporting Period update of Customer Class/Base Summary File.

- SM340B - Print Suspicious Order Monitoring Variance and Detail Reports.

- SM350W - Enter Variance and Detail Report Options.

LIST OF CL PROGRAMS.

To the right of the CL Program Descriptions are the RPG programs called.

The following Programs can be called by keying the option on menu SMMENU:

1.  SMCM    SOM Configuration Maintenance       SM040W

2.  SMBM    Base Ingredient File Maintenance    SM010W

3.  SMIM    Scheduled Item File Maintenance     SM020W

4.  SMVM    Variance File Maintenance           SM030W

5.  SMBING  Print Base Ingredients Report       SM110B, SM130B

6.  SMSCHI  Print Scheduled Item Ingredient Report  SM140B, SM160B

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72521

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE    4

OPERATOR INSTRUCTIONS                    03/26/91

LIST OF SCREENS and REPORTS

LIST OF CL PROGRAMS (continued).

- 7. SMDETL   Print Suspicious Order Monitoring      SM350W, SM340B
    SMENDR31   Variance and Detail Reports.
    SMDETLJQ

- 8. SMLOAD   Create Base Ingredient and Scheduled    SM050B, SM080B, SM095B
             Item Files from DEA ARCOS Dictionary
             File

- 9. SMENDR   End of Reporting Period Update of       SM210W, SM230B,SM250B
    SMENDRJQ   Customer/Base Code History File         SM270B, SM340B
    SMENDR31   Customer Class/Base Summary File

The following Programs are part of Installation and not on a menu:
    1. SMGNRT   Create files and programs

    2. SMCRTE   Create various SOM Files.              SM005B

LIST OF SCREENS

The Source and Load Member Names for the Screens have the same first five
characters as the Programs Names, with an E in the 6th position. The first
Format Name has the same first 5 characters, with an F in the 6th position.

- SM010E - SM010F - Base Ingredient File Maintenance.

- SM020E - SM020F - Scheduled Item File Maintenance.

- SM030E - SM030F - Variance File Maintenance.

- SM040E - SM040F - SOM Configuration File Maintenance.

- SM210E - SM210F - End of Reporting Period Date.

- SM350E - SM350F - SOM Variance and Detach Report Options.


LIST OF REPORTS

    - SM130B - Base Ingredients Report

    - SM160B - Scheduled Item Ingredient Report

    - SM340B - Suspicious Order Monitoring Variance Report and
               Suspicious Order Monitoring Detail Report.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72522

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE   5

OPERATOR INSTRUCTIONS                    03/26/91

SOM CONFIGURATION FILE MAINTENANCE

```
                1         2         3         4         5         6         7         8  |
| 12345678901234567890123456789012345678901234567890123456789012345678901234567890 |
| 1  SM040F                CONFIGURATION FILE MAINTENANCE                         SOM |
| 2                                                                                 |
| 3                                                                                 |
| 4                                                                                 |
| 5              WHOLESALER NAME/LOC          _____           |
| 6                                                                                 |
| 7              WHOLESALER DEA NO.           _____                             |
| 8                                                                                 |
| 9                                                                                 |
|10                                                                                 |
|11                                                                                 |
|12                                                                                 |
|13                                                                                 |
|14                                                                                 |
|15                                                                                 |
|16                                                                                 |
|17                                                                                 |
|18                                                                                 |
|19                                                                                 |
|20                                                                                 |
|21                                                                                 |
|22                                                                                 |
|23                                                                                 |
|24              F6 No Update                                                       |
|                                                                                   |
|_____|
```

The SOM Configuration File contains the information used by the SOM System that
can be changed for your installation.

To perform SOM Configuration Maintenance, key SMCM or select Option 1 from Menu
SMMENU and press Enter.

Key in your NAME/LOCATION, and DEA NO.; press Enter to update.

Cmd6 - Do not update this record.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72523

Copy TAPe file using QTAPe AS
file NAme from TAPO2 TO BOMFL KIRKWR

file will Be created with 2 members 1st Blank

2ND TAPED3 HAS DATA theN assm
cpy from TAPED3 to FSMDEADI SOMFL KIRK

CAll SMloAD

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM      PAGE   6

OPERATOR INSTRUCTIONS                    03/27/91

SOM INSTALLATION   AS400

*[handwritten: { file Rxs, not select / { file label mismatch ]*

*[handwritten: ( ? ]*

*[handwritten: SAVLIB ( RXS ) ]*

## INSTALLATION - AS400

To install the SOM System , do the following:

1. Create Library
   CRTLIB OLSSM TEXT(Suspicious Order Monitoring System)

2. Restore objects
   RSTOBJ OBJ(QDDSSRC QRPGSRC QCLSRC QMNUSRC) SAVLIB(XXXXXX) DEV(DDDDD) +
   MBROPT(*ALL) ALWOBJDIF(*ALL) RSTLIB(CCCCCC) *[handwritten: (Rxs)]*
   Where SAVLIB is the OLS name for your library, DEV is your device name
   RSTLIB is the library you want to restore it to either OLSSM or some
   other library.

3. Create CL program SMGNRT.

4. Create all programs and files:
   CALL SMGNRT

5. Create the Configuration File:
   CALL SMCRTE

6. CALL SMCM - SOM Configuration Maintenance. (Page 5.)

7. Copy the DEA ARCOS Dictionary file supplied by the DEA to the ols file
   FSMDEADI: *[handwritten: 7/17]*
   CPYF FROMFILE(DEAFILE) TOFILE(FSMDEADI)

8. CALL SMLOAD which creates the Base Ingredient and Scheduled Item
   Files from the DEA ARCOS Dictionary File and your Item Master File. (Page 7)
   *[handwritten: (SBMJOB) F4]*

9. CALL SMBING which prints the Base Ingredient Report. (Page 6 SOM
   Operator Instructions)

10. CALL SMSCHI which prints the Scheduled Item Ingredient Report.
    Review the second section with the ERRORS heading for errors.  You may need
    to change some of the data in your Item Master File or add information to
    the Scheduled Item File through maintenance. (Page 7 SOM Operator
    Instructions)

11. CALL SMENDR which creates the Customer/Base Code History File and
    Customer Class/ Base Code Summary File. It also prints the Variance and
    Detail Reports (Pages 8 and 9 SOM Operator Instructions). (See page 8 of
    these instructions for further information.)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM      PAGE    7

OPERATOR INSTRUCTIONS                    03/26/91

SOM INSTALLATION  SYSTEM 38


INSTALLATION - SYSTEM 38
─────────────────────────

To install the SOM System, do the following:

1. Create Library:
   CRTLIB OLSSM TEXT(Suspicious Order Monitoring System)

2. Create Files in the Library for Programs:
   CRTPF FILE(QDDSSRC.OLSSM) RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)
   CRTPF FILE(QRPGSRC.OLSSM) RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)
   CRTPF FILE(QFMTSRC.OLSSM) RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)
   CRTPF FILE(QCLSRC.OLSSM)  RCDLEN(92) FILETYP(*SRC) MAXMBRS(*NOMAX)

3. Copy CL program SMCOPY from Diskette to Library:
   CPYFRMDKT FROMFILE(QDKT) TOFILE(QCLSRC.OLSSM) FROMLABEL(SMCOPY)
          FROMLOC(*S1) MBROPT(*REPLACE)

4. Create CL program SMCOPY:
   CRTCLPGM PGM(SMCOPY.OLSSM) SRCFILE(QCLSRC.OLSSM) SRCMBR(*PGM)

5. Copy all programs from Diskette to Library:
   SMCOPY

6. Create all programs:
   CRTCLPGM PGM(SMGNRT.OLSMM) SRCFILE(QCLSRC.OLSSM) SRCMBR(*PGM)
   SMGNRT

7. Run program SMCRTE which creates the initial SOM files.

8. Run program SMCM - SOM Configuration Maintenance. (Page 4.)

9. Run program SMLOAD which creates the Base Ingredient and Scheduled Item
   Files from the DEA ARCOS Dictionary File and your Item Master File. (Page
   7)

10. Run program SMBING which prints the Base Ingredient Report. (Page 6 SOM
    Operator Instructions)

11. Run program SMSCHI which prints the Scheduled Item Ingredient Report.
    Review the second section with the ERRORS heading for errors.  You may need
    to change some of the data in your Item Master File or add information to
    the Scheduled Item File through maintenance. (Page 7 SOM Operator
    Instructions)

12. Run program SMENDR which creates the Customer/Base Code History File and
    Customer Class/ Base Code Summary File. It also prints the Variance and
    Detail Reports (Pages 8 and 9 SOM Operator Instructions). (See page 7 of
    these instructions for further information.)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PSI72526

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM          PAGE    8

                              OPERATOR INSTRUCTIONS                    03/26/91

                    LOADING DEA ARCOS DICTIONARY AND MODIFICATIONS


LOADING DEA ARCOS DICTIONARY
_____

    You must request a copy of the DEA ARCOS Dictionary File from the NWDA.You
    will need to create the Base Ingredient and Scheduled Item Files from the
    DEA ARCOS Dictionary File which is on tape. This program may be run
    periodically when the NWDA has a new version of the tape. It is our
    understanding that you must request the tape from NWDA; it will not be sent
    automatically. It will replace the data in the Base Ingredient and
    Scheduled Item files. The program used is SMLOAD or Option 8 on SMMENU.

MODIFICATIONS
_____

    In several programs we do a comparison based on the assumption that the
    ARCOS code is = Y. If your ARCOS code in your Item Master File is something
    other than a Y (i.e. A) you must modify the following programs:  SM130B,
    SM160B and SM340B.

    The following programs use the Customer Master File: SM230B, SM250B, SM340B

    In the CL  of program SMENDRJQ there are three SWITCH STATEMENTS you must
    be aware of. This program calls program SM340B which prints the SOM
    Variance and Detail Reports. The first switch should not be changed. It is
    set up to automatically print both the Variance and Detail Reports. The
    second and third switches are asterisked off. If the second is used then the
    12 month history on the Variance Report will be printed. If the third one is
    used then only Customers and Base Codes with CUSTOMER AVERAGE or CUSTOMER
    MONTH > REPORT LEVEL on the Variance Report will be printed. This program
    may only be run once per Reporting Period. Refer to page 7 of the SOM
    Operator Instructions for further information. Option 9 on SMMENU will also
    initiate this job.

    In several programs we use the record code IRSTAI for the Item Master and
    CRSTAC for the Customer Master.  We make the assumption that this is an 'A'
    for active records.  If this is not the case for your files, you must move
    'A' into the field before the comparison is made.  This occurs in SM050B,
    SM140B and SM340B.


SOM/SMSYSD

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72527

ON LINE SOLUTIONS, INC.     SUSPICIOUS ORDER MONITORING                   PAGE 1
1623C FIFTH AVENUE
SAN RAFAEL, CA 94901            OPERATOR INSTRUCTIONS                     03/26/91
COPYRIGHT 1990
ALL RIGHTS RESERVED        INTRODUCTION AND TABLE OF CONTENTS

# T A B L E   O F   C O N T E N T S

|                                       | Page |
|---------------------------------------|------|
| INTRODUCTION                          | 2    |
| BASE INGREDIENT FILE MAINTENANCE      | 3    |
| SCHEDULED ITEM FILE MAINTENANCE       | 4    |
| VARIANCE FILE MAINTENANCE             | 5    |
| BASE INGREDIENT REPORT                | 6    |
| SCHEDULED ITEM INGREDIENT REPORT      | 7    |
| END OF REPORTING PERIOD               | 8    |
| SOM VARIANCE REPORT                   | 10   |
| SOM DETAIL REPORT                     | 11   |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  PSI72528

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE    2

OPERATOR INSTRUCTIONS                 03/26/91

INTRODUCTION

The Suspicious Order Monitoring System (SOM) is designed to satisfy the DEA's
requirements that wholesalers monitor orders from their customers and send reports
to the DEA. It is patterned after the NWDA SOM program.

These Operator Instructions describe how to perform the above functions. The
System Documentation for the Suspicious Order Monitoring System has technical
information for the Data Processing Department to install, maintain, and modify
the System.

The Suspicious Order Monitoring System has the following functions:

- Prints the SOM Variance Report, which shows all customers whose average monthly
  usage or current monthly usage of a base ingredient exceeds the average monthly
  usage times a variance factor for all customers in the same customer class. One
  copy of this report is sent to the DEA at the end of each reporting period (i.e
  monthly), another copy is saved for 24 months.

- Prints the SOM Detail Report, which shows invoice detail by base ingredient for
  each customer. This is a backup report to the SOM Variance Report; it is sent
  to the DEA upon request, and should be saved for 24 months.

- Accepts the DEA ARCOS Dictionary File that contains Items, Base Ingredients,
  and Gram Weight. In addition, it maintains base ingredients and scheduled item
  ingredients.

- Updates a 12 month history of Customer/Base Code usage.

All programs are written in RPG/400.  We furnish all Source Code for the
programs.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDERPSI72529

ON LINE SOLUTIONS, INC.    SUSPICIOUS ORDER MONITORING SYSTEM        PAGE   3

OPERATOR INSTRUCTIONS                    03/26/91

BASE INGREDIENT FILE MAINTENANCE

```
|              1         2         3         4         5         6         7         8 |
| 12345678901234567890123456789012345678901234567890123456789012345678901234567890 |
| 1   SM010F              BASE INGREDIENT FILE MAINTENANCE                       SOM |
| 2                                                                                 |
| 3                                                                                 |
| 4                                                                                 |
| 5             BASE CODE              ____                                         |
| 6                                                                                 |
| 7           INGREDIENT NAME       _____                         |
| 8                                                                                 |
| 9             STATUS            _ ( – Active                                       |
|10                                 D – Delete)                                     |
|11                                                                                 |
|12                                                                                 |
|13                                                                                 |
|14                                                                                 |
|15                                                                                 |
|16                                                                                 |
|17                                                                                 |
|18                                                                                 |
|19                                                                                 |
|20                                                                                 |
|21                                                                                 |
|22                                                                                 |
|23                                                                                 |
|24  F3 EOJ          F6 No Update              F9  Add                              |
|                                                                                   |
|_____|
```

To perform Maintenance on the Base Ingredient File, key SMBM or select Option 2 on SMMENU and press Enter.

An example of the Base Ingredient File Maintenance Screen is displayed above.  If maintaining a current Base Ingredient, key the BASE CODE and press Enter.  Change the desired information and press Enter to continue or F3 to End the job.  To add record, key the BASE CODE and press F9.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PSI72530