# EXHIBIT 103

# REDACTED

# Redacted

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER PSI 0001400