# EXHIBIT 105

Produced in Native Format

HIGHLY CONFIDENTIAL

WMT_MDL_000043808

| Tracking ID | Worked by | Allegation / Incident Type | Facility | City State | DC | Order Type | Order Date | Drug Type |
|---|---|---|---|---|---|---|---|---|
| 33396632 | Abernathy, Jeffrey | Suspicious Order Monitoring | 2266-US | STRONGSVILLE, OH | 6045-US | System | 6/14/2016 | Controlled |
| 33396674 | Abernathy, Jeffrey | Suspicious Order Monitoring | 2316-US | NORTH OLMSTED, OH | 6045-US | System | 6/14/2016 | Controlled |
| 34870749 | Holland, Lisa | Suspicious Order Monitoring | 2316-US | NORTH OLMSTED, OH | 6045-US | Manual | 8/22/2017 | Controlled |

| Tracking ID | NDC # | Item # | Controlled Drug | Non-Controlled Drug | Pack Size | Threshold | Order Quantity | Weekly Quantity |
|---|---|---|---|---|---|---|---|---|
| 33396632 | | 550091721 | HYDRO/APAP 5/325MG | | | 10 | 12 | 0 |
| 33396674 | | 550091721 | HYDRO/APAP 5/325MG | | | 10 | 12 | 0 |
| 34870749 | 00603-3890-21 | 550091721 | HYDRO/APAP 5/325MG | | 100 | 10 | 12 | 12 |

| Tracking ID | Order History Notes | Store Profile Notes | McKesson Data Notes | Additional Store Associate interview Notes if Applicable | Disposition |
|---|---|---|---|---|---|
| 33396632 | Change of traited item when store realigned from 28 to 49 | | | | HO Confirm |
| 33396674 | Change of traited item when store realigned from 28 to 86 | | | | HO Confirm |
| 34870749 | Store received 21 items over the past 4 weeks for a weekly average of 5 items.  Store received 0 items last week, has received 0 items this week and is requesting an additional 12 items. | | | | Approved |

| Tracking ID | Date Closed | Date Received | Logistics Resolution | Resolution | Additional Evaluation Notes | Attachment | Date of Associate Interview | Date of DEA Notification |
|---|---|---|---|---|---|---|---|---|
| 33396632 | 6/14/2016 | 6/14/2016 | Appropriate Order | | | | | |
| 33396674 | 6/14/2016 | 6/14/2016 | Appropriate Order | | | | | |
| 34870749 | 8/22/2017 | 8/22/2017 | Appropriate Order | | | | 8/22/2017 | |

| Tracking ID | Date of Internal Notification | Have you recently seen an increase in volume?  If so, why? | MHWD Feedback Date | MHWD Feedback Notes (if applicable) | Order Dosage Units | Prescriber(s) |
|---|---|---|---|---|---|---|
| 33396632 | | | | | 0 | |
| 33396674 | | | | | 0 | |
| 34870749 | | Kim:  Completely out.  "Manual Order Only" for the past 5 months. Script volume has not changed recently.  I have asked replenishment to review the ordering process for this item.<br> Robert:  I let Robert know that they have been ordering the wrong NDC and that is why the system is telling them that they need to order manually.  I provided him with the correct NDC and he said that this is not the preferred brand and that the replenishment team needs to change it.  They always run out over the weekend. | | | 1200 | |

| Tracking ID | Reason Code | Remediation End Date | Remediation Order Dosage Units | Remediation Order Limit | Remediation Plan Notes | Summary | Updated Threshold |
|---|---|---|---|---|---|---|---|
| 33396632 | Inventory / Market Change | | 0 | | | HYDRO/APAP 5/325MG | |
| 33396674 | Inventory / Market Change | | 0 | | | HYDRO/APAP 5/325MG | |
| 34870749 | Order Evaluated - Approved by HO | | 0 | | | HYDRO/APAP 5/325MG | |