# EXHIBIT 106

# REDACTED

Produced in Native Format

HIGHLY CONFIDENTIAL

WMT_MDL_000043807

| Tracking ID | Status | Facility | City State | DC | NDC # | Active Ingredient | Units | Order Quantity | Shipping Status | Additional Evaluation Notes | 30 day total percentile: All Store | 30 day total percentile: All Stores - Notes | 30 day total percentile: Class of Service | 30 day total percentile: Class of Service - Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35682664 | Closed | 2266-US | | 6045-US | 00406-3332-01 | HYDROMORPHONE HYDROCHLORIDE | MG/1 | 1 | Release - All Red Flags Cleared | Wait time- 00 Minutes | Red - 99% | | Red - 99% | |
| 35708393 | Closed | 2266-US | | 6045-US | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | MG/1 | 1 | Release - All Red Flags Cleared | wait time- 01 minutes. | Red - 99 | | Red - 99 | |
| 35778400 | Closed | 2266-US | | 6045-US | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | MG/1 | 1 | Release - All Red Flags Cleared | | Red - 98 | | Red - 98 | |
| 35527942 | Closed | 5082-US | | 6045-US | 00406-9025-76 | Fentanyl | MG/HR | 2 | Release - All Red Flags Cleared | Store would like the order to be shipped. 8 refusals to fill in the last 6 months. | Red - 99% ordered less. | | Red - 99% ordered less. | |

| Tracking ID | 30 Days dispensed quantity vs doses ordered 30 days | 30 Days dispensed quantity vs doses ordered 30 days Concern Notes | 60 + Miles Dr Percent | 60+ Miles Dr Percent Notes | 60+ Miles Dr RX Percent | 60+ Miles Patient Percent | 60+ Miles Patient Percent Notes | 60+ Miles Patient RX Percent | Avg Dispensed per RX | Avg Dispensed per RX Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 35682664 | Within Appropriate Range | This is appropriate. | 0 | | 0 | 0 | | 0 | Drug Name<br>Total Dispensed<br>Total RXs<br>Avg Disp Qty<br><br>HYDROmorphone 2MG TAB<br>792<br>10<br>79 | This is a normal dispensed quantity per RX |
| 35708393 | Within Appropriate Range | Within appropriate range.<br>Current on hand: 158<br>pending rx's: no rx's currently pending.<br>replenishment on? yes<br>They do have a regular patient that gets #90 and they are coming due for a refill in the next 5 days.<br>There is also a patient they filled #222 tablets for in early Jan.  This patient may come back.  They don't see anything currently pending for that person though.<br>Rph does want the order. | 0 | | 0 | 0 | | 0 | Drug Name<br>Total Dispensed<br>Total RXs<br>Avg Disp Qty<br><br>HYDROmorphone 2MG TAB<br>792<br>10<br>79 | average dispensed per rx is appropriate. |
| 35778400 | Within Appropriate Range | On hand: 0 tablets | 0 | | 0 | 0 | | 0 | Drug Name<br>Total Dispensed<br>Total RXs<br>Avg Disp Qty<br><br>HYDROmorphone 2MG TAB<br>1,040<br>11<br>95 | Within appropriate range |
| 35527942 | Within Appropriate Range | Within appropriate range.<br>Current on hand: 2 boxes of this ndc and 2 patches of anotherndc<br>pending rx's: no pending rx's<br>replenishment on? NO, manual order only in connexus<br>This pharmacy has 2 patients on this medication and their fill dates are lined up with each other. In early January one of them had to wait to get their order... so the Rph is ordering to have enough for both patients at the same time at the beginning of FEB. | 0 | | 0 | 0 | | 0 | Drug Name<br>Total Dispensed<br>Total RXs<br>Avg Disp Qty<br><br>FENTANYL 12MCG/HR DIS<br>55<br>6<br>9<br><br>FENTANYL 25MCG/HR PAT<br>148<br>16<br>9<br><br>FENTANYL 50MCG/HR DIS<br>5<br>1<br>5<br><br>FENTANYL 75MCG/HR DIS<br>82<br>11 | average dispensed per rx is appropriate. |

| Tracking ID | CS Percentage year over year trend | CS Percentage year over year trend Notes | Dispensing Trend | Dispensing Trend Notes | Doses dispensed last 30 Days | Doses Dispensed last 30 days Notes | Insurance Distribution - Cash Notes | Insurance Distribution - Discount Card Notes | Manual Order? | Manual Order Notes | 30 Days dispensed quantity vs doses ordered 30 day |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35682664 | Decreasing | | Steady | | 90 | | | | No | Replenishment: Off<br>On-hands: 0 tablets<br>Reason for Manual Order: This order was placed for a patient that is waiting on this order with a prescription for a quantity of 30 tablets.<br>this store has dispensed 0 tablets for this medication in the last 30 days. | -210 |
| 35708393 | Decreasing | | Steady | | 90 | | | | No | Do you need this order? YES | -310 |
| 35778400 | Decreasing | | Increasing | November, December, February: 1 rx/ 90 dosage units    January: 3 rx's/ 312 dosage units<br>All fills are for regular patients, in January store had 1 new patient fill 42 tablets 01/03/18 and 01/08/18, patient filled again on 03/01/18 | 258 | | | | No | | -142 |
| 35527942 | Decreasing | | Decreasing | | 30 | | | | No | Do you need this order? | -55 |

| Tracking ID | Additional Store Associate interview Notes if Applicable | Allegation / Incident Type | Amount ordered for active ingredient within past 30 days | Associate Name | BRTF counts | Company Average 60+ Miles Patient Percent | Company Average Insurance Distribution - cash | Company Average Insurance Distribution - Discount Card | Company Avg 60+ Miles Dr Percent | Controlled Drug | Create Date/Time | CS Percent Trend | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35682664 | The pharmacist wants this order. | Suspicious Order Monitoring SOM 2 | 0 | Jenny | 4 | Company Average is 3% | Company Average is 10.44% | Company Average is 9.56% | Company Average is 9% | HYDROMORPHONER 32MG TAB | 2/14/18 9:26 PM | | 02/15/18 |
| 35708393 | Store would like the order to be shipped. | Suspicious Order Monitoring SOM 2 | 0 | josh | 4 | Company Average is 3% | Company Average is 10.44% | Company Average is 9.56% | Company Average is 9% | HYDROmorphone 2MG TAB | 2/20/18 9 01 PM | | 02/21/18 |
| 35778400 | | Suspicious Order Monitoring SOM 2 | 0 | Jenny | 4 | Company Average is 3% | Company Average is 10.44% | Company Average is 9.56% | Company Average is 9% | HYDROmorphone 2MG TAB | 3/5/18 9:40 AM | | 03/05/18 |
| 35527942 | Store would like the order to be shipped. | Suspicious Order Monitoring SOM 2 | 0 | Kyle Rush | 40 | Company Average is 3% | Company Average is 10.44% | Company Average is 9.56% | Company Average is 9% | FENTANYL 25MCG/HR PAT | 1/14/18 10:19 PM | | 01/15/18 |

| Tracking ID | Date of Associate Interview | Date Received | Days Open | Days Since Latest Notification | DEA | Dosage Units dispensed percentile | Dose Strength | Doses thirty day | Doses this order | GPI Drug Class Code | Individual order size index | Insurance Distribution - Discount Card | Insurance Distribution - Cash | Item # | McKesson bottles ordered | McKesson doses per bottle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35682664 | 02/15/18 | 02/14/18 | 1 | 0-15 Days | | NA | 32 | 300 | 100 | '65100035' | Red - 10 | 0.00% | 0.00% | | 0 | 0 |
| 35708393 | 02/21/18 | 02/20/18 | 1 | 0-15 Days | | | 2 | 400 | 100 | '65100035' | Green | 0.00% | 0.00% | | 0 | 0 |
| 35778400 | 03/05/18 | 03/05/18 | 0 | 0-15 Days | | | 2 | 400 | 100 | '65100035' | Green | 0.00% | 0.00% | | 0 | 0 |
| 35527942 | 01/15/18 | 01/14/18 | 1 | 0-15 Days | | 70.00% | 0.025 | 85 | 10 | '65100025' | Green | 0.00% | 5.88% | 551101261 | 0 | 0 |

| Tracking ID | McKesson Notes | Order Date | Order Number | Order Srength total vs. previous largest order total - Notes | Order Strength total vs. previous largest order total | Order Type | Red Flags NOT cleared | Referred to Global Investigations | Relative 30 day order size index | RTF | RX Count Percentile | RX History Metrics |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35682664 | we have visibility to CII orders through our system, so no data needed. | 2/14/2018 | 604502266021418 | | Yellow | | | No | Red - 8.3 | FYE 2016 - 0 / FYE 2017 - 0 / FYE 2018 - 0 / FYE 2019 - 0 | 60.00% | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 8.5% |
| 35708393 | we have visibility to CII orders through our system, so no data needed | 2/20/2018 | 604502266022018 | | Green | | | No | Red - 8.3 | FYE 2016 - 0 / FYE 2017 - 0 / FYE 2018 - 0 / FYE 2019 - 0 | 60.00% | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 8.5% |
| 35778400 | Managers have visibility to CII orders through our system, so no data needed. | 3/5/2018 | 604502266030518 | | Green | | | No | Red - 8.3 | FYE 2016 - 0 / FYE 2017 - 0 / FYE 2018 - 0 / FYE 2019 - 0 | 60.00% | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 8.5% |
| 35527942 | we have visibility to CII orders through our system, so no data needed | 1/14/2018 | 604505082011318 | | Green | | | No | Red - 8.8 | FYE 2016 - 0 / FYE 2017 - 0 / FYE 2018 - 0 / FYE 2019 - 0 | 50.00% | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 10.9% |

| Tracking ID | RX History Metrics - Most Recent | SOM Algorithm Score | SOM Related Incidents -AI | Store Associate Position | Store CS Percent - Time of Review | Summary | Type of Order | Why was this order placed in addition to your replenishment order? | Worked by |
|---|---|---|---|---|---|---|---|---|---|
| 35682664 | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 8.5% | 0.9639908 | | Staff Pharmacist | 9.24% | HYDROMORPHONE HYDROCHLORIDE | Manual | | Thongthai, Todd |
| 35708393 | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 8.5% | 0.9688904 | | pic | 9.24% | HYDROMORPHONE HYDROCHLORIDE | Manual | | Bohl, Carrie |
| 35778400 | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 8.5% | 0.9681259 | | Staff Pharmacist | 9.24% | HYDROMORPHONE HYDROCHLORIDE | System | | Gerton, Andrew |
| 35527942 | Q2 FY19 - Dosage Units Dispensed Percentile - % / RX Count Percentile - % - CS Percent - 10.9% | 0.257679 | | PIC | 10.17% | Fentanyl | Manual | | Bohl, Carrie |