# EXHIBIT 107

| | |
|---|---|
| **From:** | Phyllis Harris |
| **To:** | Miranda Johnson |
| **CC:** | George Chapman; Tim Koch - t0koch; James Langman |
| **Sent:** | 11/11/2014 8:58:35 PM |
| **Subject:** | RE: Suspicious Order Monitoring Update |
| **Attachments:** | ATT85838 |

Good catch on store 2. Thanks for your diligence!

Phyllis

Phyllis P. Harris
**SVP & Chief Compliance Officer**
*Walmart US*

*Compliance*
*The Right Way- Every Day*
508 SW 8th Street
Bentonville, AR 72716-0505
*Save Money. Live Better.*
(479) 204-8117

---

**From:** Miranda Johnson
**Sent:** Tuesday, November 11, 2014 8:43 AM
**To:** Phyllis Harris
**Cc:** George Chapman; Tim Koch - t0koch; James Langman
**Subject:** Suspicious Order Monitoring Update

Phyllis,

Per your request, here is the first bi-weekly SOM update.
- Reddwerks solution still on track for 1/21/15 pilot in DC 6045.

- Store Profile in Archer – Phase I on track for completion by end of FYE15.
    - A majority of the current controlled substance items in Archer are already available in a Store Profile format.
    - Mock-up of Refusal to Fill form will be reviewed this week.
    - Beginning requirements of SOM evaluation tracking next week.

- Statistical Order Evaluation System:
    - Met with ISD to discuss options.
    - ISD will review current internal systems to see if our needs can be met with an existing system. If not, they will assist in an RFP for an external vendor (i.e. Buzzeo).
    - Expect to have the review of current systems complete in the next 7-10 days.

- Suspicious Order report made to the DEA on 11/7/14.
    - Store 0002 – Harrison, AR placed a manual order of 30,000 pills of Tramadol 50 mg, which was an unusual size for that store/item.
    - Order was cancelled and after evaluation, determined to be suspicious.
    - Remediation plans:
        - Global Investigations opened an investigation on the facility to check for diversion. Investigation completed and no diversion identified.
        - Operations is re-training on the obligation to carefully review controlled substance prescriptions prior to filling, the refusal to fill process, and limiting manual orders of controlled substances. Re-training to be completed by COB Friday.

Please let me know if you have any questions or would like additional detail on any of these items.

Thanks,
**Miranda Johnson, JD**
**Director, Controlled Substances**
**Health and Wellness Practice Compliance**
Office: 479-273-4124 Cell: 479-644-5873
<Miranda.Burris@walmart.com>

**Walmart ⁎ Compliance**
*The Right Way - Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

Health & Wellness Practice Compliance is committed to ensuring compliance with laws and regulations applicable to the practice of health care professions, the **Right Way, Every Day!** ⁎