# **EXHIBIT 108**

## Order Alerts

- Cleared by HO Logistics (2,357)
- Cleared by Practice Compliance (9)
- Reported to DEA (9)



## Suspicious Orders



CONFIDENTIAL WMT_MDL_000047661