# EXHIBIT 109

# REDACTED

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 1/15/2018 2:31:18 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
          Little Rock District Office
          (501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 3724 | 1/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | | |
| 7087 | 1/14/2018 | 200 | 00406-8330-01 | Morphine Sulfate | | |
| 5763 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1259 | 1/14/2018 | 200 | 66993-0599-02 | Amphetamine-Dextroamphetamine | | |
| 3291 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 3364 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 3796 | 1/14/2018 | 200 | 00406-8330-01 | Morphine Sulfate | | |
| 5731 | 1/14/2018 | 100 | 00406-1010-01 | OXYMORPHONE HYDROCHLORIDE | | |
| 203 | 1/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 3492 | 1/14/2018 | 200 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 451 | 1/14/2018 | 100 | 00781-2684-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2766 | 1/14/2018 | 200 | 00406-5771-01 | METHADONE HYDROCHLORIDE | | |
| 4182 | 1/14/2018 | 10 | 00406-9050-76 | Fentanyl | | |
| 2958 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 4420 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2436 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | | |
| 5092 | 1/14/2018 | 15 | 47781-0427-47 | Fentanyl | | |
| 3146 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 5290 | 1/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 5290 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 3370 | 1/14/2018 | 100 | 00406-1860-01 | METHYLPHENIDATE HYDROCHLORIDE | | |
| 6176 | 1/14/2018 | 200 | 00555-0974-02 | Amphetamine-Dextroamphetamine | | |
| 3462 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 3803 | 1/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 4132 | 1/14/2018 | 15 | 00406-9075-76 | Fentanyl | | |
| 4472 | 1/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate | | |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 6879 | 1/14/2018 | 200 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 282 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate |
| 4644 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4644 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5082 | 1/14/2018 | 10 | 00406-9025-76 | Fentanyl |
| 3352 | 1/14/2018 | 100 | 00406-1810-01 | METHYLPHENIDATE HYDROCHLORIDE |
| 3803 | 1/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4458 | 1/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |
| 4583 | 1/14/2018 | 200 | 42858-0802-01 | Morphine Sulfate |
| 176 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2170 | 1/14/2018 | 30 | 00406-8003-30 | Morphine Sulfate |
| 2225 | 1/14/2018 | 30 | 00406-8003-30 | Morphine Sulfate |
| 2282 | 1/14/2018 | 100 | 00591-2716-01 | METHYLPHENIDATE HYDROCHLORIDE |
| 2291 | 1/14/2018 | 300 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE |
| 3013 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3168 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate |
| 3168 | 1/14/2018 | 200 | 00406-8380-01 | Morphine Sulfate |
| 4376 | 1/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 4611 | 1/14/2018 | 400 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5692 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate |
| 6732 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 6953 | 1/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 6960 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1313 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4115 | 1/14/2018 | 300 | 00406-8380-01 | Morphine Sulfate |
| 443 | 1/14/2018 | 200 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 452 | 1/14/2018 | 100 | 00228-3060-11 | Amphetamine-Dextroamphetamine |
| 504 | 1/14/2018 | 100 | 00406-8380-01 | Morphine Sulfate |

| | | | | |
|---|---|---|---|---|
| 7156 | 1/14/2018 | 100 | 42858-0802-01 | Morphine Sulfate |
| 1308 | 1/14/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 234 | 1/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 234 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate |
| 2405 | 1/14/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 27 | 1/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 27 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 247 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 573 | 1/14/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate |
| 59 | 1/14/2018 | 100 | 00406-8320-01 | Morphine Sulfate |
| 9 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1265 | 1/14/2018 | 100 | 00406-1840-01 | METHYLPHENIDATE HYDROCHLORIDE |
| 237 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1291 | 1/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4679 | 1/14/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 661 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate |
| 773 | 1/14/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate |
| 1017 | 1/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2712 | 1/14/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 344 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4440 | 1/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |
| 1044 | 1/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4423 | 1/14/2018 | 300 | 00406-8959-01 | Dextroamphetamine Sulfate |
| 5807 | 1/14/2018 | 200 | 42858-0003-01 | OXYCODONE HYDROCHLORIDE |
| 880 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2873 | 1/14/2018 | 30 | 00591-2717-30 | METHYLPHENIDATE HYDROCHLORIDE |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 3094 | 1/14/2018 | 100 | 00406-8958-01 | Dextroamphetamine Sulfate |
| 3094 | 1/14/2018 | 100 | 00406-8961-01 | Dextroamphetamine Sulfate |
| 4494 | 1/14/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 616 | 1/14/2018 | 100 | 00406-8315-01 | Morphine Sulfate |
| 948 | 1/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate |
| 1605 | 1/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3502 | 1/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 1552 | 1/14/2018 | 100 | 00781-2684-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1614 | 1/14/2018 | 15 | 00591-3214-72 | Fentanyl |
| 2397 | 1/14/2018 | 200 | 00406-5771-01 | METHADONE HYDROCHLORIDE |
| 4468 | 1/14/2018 | 800 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5290 | 1/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 564 | 1/14/2018 | 30 | 00591-2718-30 | METHYLPHENIDATE HYDROCHLORIDE |
| 5774 | 1/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |

CONFIDENTIAL

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 2/15/2018 2:31:13 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
          Little Rock District Office
          (501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 1489 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2536 | 2/14/2018 | 200 | 00406-1010-01 | OXYMORPHONE HYDROCHLORIDE | | |
| 3652 | 2/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | | |
| 3893 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1713 | 2/14/2018 | 30 | 00406-8003-30 | Morphine Sulfate | | |
| 1876 | 2/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate | | |
| 2516 | 2/14/2018 | 300 | 42858-0001-01 | OXYCODONE HYDROCHLORIDE | | |
| 2786 | 2/14/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | | |
| 5835 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1635 | 2/14/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1799 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2452 | 2/14/2018 | 30 | 00591-2718-30 | METHYLPHENIDATE HYDROCHLORIDE | | |
| 1082 | 2/14/2018 | 5 | 47781-0427-47 | Fentanyl | | |
| 1605 | 2/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | | |
| 4333 | 2/14/2018 | 1,500 | 00555-0974-02 | Amphetamine-Dextroamphetamine | | |
| 4333 | 2/14/2018 | 100 | 66993-0597-02 | Amphetamine-Dextroamphetamine | | |
| 4333 | 2/14/2018 | 100 | 66993-0599-02 | Amphetamine-Dextroamphetamine | | |
| 686 | 2/14/2018 | 100 | 00406-8958-01 | Dextroamphetamine Sulfate | | |
| 3317 | 2/14/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | | |
| 3605 | 2/14/2018 | 100 | 00054-0235-25 | Morphine Sulfate | | |
| 4148 | 2/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 7177 | 2/14/2018 | 100 | 00406-8958-01 | Dextroamphetamine Sulfate | | |
| 1314 | 2/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1438 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 2266 | 2/14/2018 | 100 | 00406-3332-01 | HYDROMORPHONE HYDROCHLORIDE |
| 3364 | 2/14/2018 | 10 | 00406-9025-76 | Fentanyl |
| 3328 | 2/14/2018 | 10 | 00406-9050-76 | Fentanyl |
| 3197 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3250 | 2/14/2018 | 300 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3434 | 2/14/2018 | 100 | 00406-8330-01 | Morphine Sulfate |
| 3893 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2065 | 2/14/2018 | 10 | 00406-9075-76 | Fentanyl |
| 5851 | 2/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 7179 | 2/14/2018 | 120 | 00591-2717-30 | METHYLPHENIDATE HYDROCHLORIDE |
| 7179 | 2/14/2018 | 23 | 62175-0490-64 | Hydrocodone Polistirex |
| 1701 | 2/14/2018 | 30 | 00591-3214-72 | Fentanyl |
| 4648 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5907 | 2/14/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 609 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 765 | 2/14/2018 | 200 | 00406-1830-01 | METHYLPHENIDATE HYDROCHLORIDE |
| 1940 | 2/14/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2131 | 2/14/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 21 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5341 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 69 | 2/14/2018 | 300 | 00406-8962-01 | Dextroamphetamine Sulfate |
| 801 | 2/14/2018 | 100 | 00406-8961-01 | Dextroamphetamine Sulfate |
| 86 | 2/14/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1967 | 2/14/2018 | 200 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2600 | 2/14/2018 | 100 | 00406-8380-01 | Morphine Sulfate |
| 2865 | 2/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 2832 | 2/14/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| 297 | 2/14/2018 | 100 | 00406-8380-01 | Morphine Sulfate | |
| 3826 | 2/14/2018 | 10 | 47781-0428-47 | Fentanyl | |
| 641 | 2/14/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | |
| 641 | 2/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | |
| 202 | 2/14/2018 | 100 | 66993-0599-02 | Amphetamine-Dextroamphetamine | |
| 2688 | 2/14/2018 | 100 | 00054-0235-25 | Morphine Sulfate | |
| 371 | 2/14/2018 | 100 | 00093-5550-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | |
| 523 | 2/14/2018 | 200 | 00591-2716-01 | METHYLPHENIDATE HYDROCHLORIDE | |
| 6300 | 2/14/2018 | 100 | 00406-1820-01 | METHYLPHENIDATE HYDROCHLORIDE | |
| 1329 | 2/14/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | |
| 2689 | 2/14/2018 | 100 | 00406-1144-01 | METHYLPHENIDATE HYDROCHLORIDE | |
| 3050 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | |
| 1429 | 2/14/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | |
| 3750 | 2/14/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | |
| 415 | 2/14/2018 | 10 | 00591-3212-72 | Fentanyl | |
| 2803 | 2/14/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | |
| 5094 | 2/14/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | |
| 5353 | 2/14/2018 | 200 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | |

CONFIDENTIAL

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 2/21/2018 2:33:52 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
          Little Rock District Office
          (501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 7004 | 2/20/2018 | 200 | 00406-8961-01 | Dextroamphetamine Sulfate | | |
| 7004 | 2/20/2018 | 100 | 00406-8962-01 | Dextroamphetamine Sulfate | | |
| 2646 | 2/20/2018 | 100 | 00406-8315-01 | Morphine Sulfate | | |
| 7179 | 2/20/2018 | 100 | 00406-0512-01 | OXYCODONE HYDROCHLORIDE | | |
| 7179 | 2/20/2018 | 23 | 62175-0490-64 | Hydrocodone Polistirex | | |
| 7179 | 2/20/2018 | 200 | 00406-0523-01 | OXYCODONE HYDROCHLORIDE | | |
| 4579 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1198 | 2/20/2018 | 100 | 00406-8315-01 | Morphine Sulfate | | |
| 3391 | 2/20/2018 | 100 | 00406-8330-01 | Morphine Sulfate | | |
| 68 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 278 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2463 | 2/20/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 3225 | 2/20/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 6178 | 2/20/2018 | 100 | 00406-5771-01 | METHADONE HYDROCHLORIDE | | |
| 3384 | 2/20/2018 | 5 | 47781-0426-47 | Fentanyl | | |
| 5832 | 2/20/2018 | 100 | 00406-8959-01 | Dextroamphetamine Sulfate | | |
| 3614 | 2/20/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 5367 | 2/20/2018 | 200 | 00406-8315-01 | Morphine Sulfate | | |
| 725 | 2/20/2018 | 10 | 47781-0424-47 | Fentanyl | | |
| 4118 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1363 | 2/20/2018 | 10 | 00406-9050-76 | Fentanyl | | |
| 1363 | 2/20/2018 | 10 | 47781-0426-47 | Fentanyl | | |
| 2794 | 2/20/2018 | 10 | 00591-3198-72 | Fentanyl | | |
| 754 | 2/20/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 5417 | 2/20/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |

| | | | | |
|---|---|---|---|---|
| 1033 | 2/20/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 2209 | 2/20/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |
| 2266 | 2/20/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |
| 2628 | 2/20/2018 | 30 | 00406-9075-76 | Fentanyl |
| 1661 | 2/20/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 5262 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2944 | 2/20/2018 | 100 | 00555-0972-02 | Amphetamine-Dextroamphetamine |
| 2886 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3803 | 2/20/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 4330 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5262 | 2/20/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 5262 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3990 | 2/20/2018 | 100 | 00406-8380-01 | Morphine Sulfate |
| 4619 | 2/20/2018 | 10 | 47781-0426-47 | Fentanyl |
| 5790 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2599 | 2/20/2018 | 10 | 00406-9025-76 | Fentanyl |
| 2599 | 2/20/2018 | 15 | 00406-9075-76 | Fentanyl |
| 4112 | 2/20/2018 | 10 | 00406-9075-76 | Fentanyl |
| 1974 | 2/20/2018 | 100 | 27808-0091-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2046 | 2/20/2018 | 200 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |
| 4615 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5076 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1514 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2516 | 2/20/2018 | 200 | 00054-0235-25 | Morphine Sulfate |
| 2326 | 2/20/2018 | 300 | 00054-0235-25 | Morphine Sulfate |
| 3280 | 2/20/2018 | 100 | 00406-8380-01 | Morphine Sulfate |
| 401 | 2/20/2018 | 300 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 2687 | 2/20/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 2772 | 2/20/2018 | 100 | 00406-5771-01 | METHADONE HYDROCHLORIDE |
| 3425 | 2/20/2018 | 100 | 00781-2684-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3505 | 2/20/2018 | 200 | 00406-8330-01 | Morphine Sulfate |
| 1703 | 2/20/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2009 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2009 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 2357 | 2/20/2018 | 300 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4215 | 2/20/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5382 | 2/20/2018 | 100 | 00406-8315-01 | Morphine Sulfate |
| 3022 | 2/20/2018 | 100 | 00406-8390-01 | Morphine Sulfate |
| 3050 | 2/20/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 3050 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5828 | 2/20/2018 | 300 | 00406-8380-01 | Morphine Sulfate |
| 1072 | 2/20/2018 | 400 | 00406-5771-01 | METHADONE HYDROCHLORIDE |
| 2626 | 2/20/2018 | 100 | 43386-0860-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 889 | 2/20/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE |
| 1385 | 2/20/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1385 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1385 | 2/20/2018 | 300 | 00406-5755-01 | METHADONE HYDROCHLORIDE |
| 2397 | 2/20/2018 | 100 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |
| 2472 | 2/20/2018 | 100 | 00093-5552-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 5432 | 2/20/2018 | 20 | 00591-3198-72 | Fentanyl |
| 546 | 2/20/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 7326 | 2/20/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE |

CONFIDENTIAL
WMT_MDL_000005601

| | |
|---|---|
| **From:** | HW CS Compliance |
| **To:** | Controlled Substances Compliance |
| **CC:** | Roxy Reed |
| **Sent:** | 3/6/2018 4:58:33 PM |
| **Subject:** | 6045 DEA SOM reports |
| **Attachments:** | DEA_SOM_Report_6045.doc |

Fax to:   Office of Diversion Control
          Little Rock District Office
          (501) 217-6597

## SUSPICIOUS ORDER REPORT

Dear Office of Diversion Control:

Pursuant to our understanding and interpretation of the court decision in *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,* dated June 30, 2017, and as set forth more fully in our letter to you dated November 30, 2017, attached is a list of orders that Walmart's electronic Suspicious Order Monitoring (SOM) system has identified. As you will note from the list, Walmart's reviewed reporting process results in a much larger number of orders being reported to you. We will review these orders and will not ship any for which red flags cannot be resolved.

As previously state, we welcome the opportunity to discuss at your convenience whether DEA's interpretation of the *Masters* decision is consistent with ours, and to ensure that Walmart's SOM system meets DEA regulations. We look forward to hearing from you.

Please feel free to contact me if you have any other questions concerning this report.

Sincerely,
Miranda Johnson, JD
Director of Controlled Substances
702 SW 8th Street
Bentonville, AR 72716-0230
Phone 479-273-4124
Miranda.Burris@walmart.com

DEA_SOM_Report_6045

| Store # | Order Date | Doses this order | NDC # | Active Ingredient | City State | DEA |
|---|---|---|---|---|---|---|
| 3785 | 3/5/2018 | 30 | 27808-0082-01 | Morphine Sulfate | | |
| 2266 | 3/5/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 769 | 3/5/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 5993 | 3/5/2018 | 100 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 3267 | 3/5/2018 | 200 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2626 | 3/5/2018 | 100 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 718 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 2781 | 3/5/2018 | 100 | 00406-8315-01 | Morphine Sulfate | | |
| 7246 | 3/5/2018 | 100 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 300 | 3/5/2018 | 100 | 00406-1830-01 | METHYLPHENIDATE HYDROCHLORIDE | | |
| 943 | 3/5/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 3418 | 3/5/2018 | 100 | 27808-0092-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 5236 | 3/5/2018 | 100 | 00093-5562-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1479 | 3/5/2018 | 200 | 00406-3244-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 5692 | 3/5/2018 | 300 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 290 | 3/5/2018 | 400 | 00406-5771-01 | METHADONE HYDROCHLORIDE | | |
| 458 | 3/5/2018 | 200 | 00406-5771-01 | METHADONE HYDROCHLORIDE | | |
| 2587 | 3/5/2018 | 200 | 00406-3249-01 | HYDROMORPHONE HYDROCHLORIDE | | |
| 5044 | 3/5/2018 | 200 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 5463 | 3/5/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 641 | 3/5/2018 | 100 | 00054-0235-25 | Morphine Sulfate | | |
| 7181 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1890 | 3/5/2018 | 100 | 00093-5551-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1542 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE | | |
| 1790 | 3/5/2018 | 100 | 00406-5771-01 | METHADONE HYDROCHLORIDE | | |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 5064 | 3/5/2018 | 100 | 00093-5554-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 1510 | 3/5/2018 | 200 | 00555-0974-02 | Amphetamine-Dextroamphetamine |
| 1537 | 3/5/2018 | 100 | 27808-0093-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 4611 | 3/5/2018 | 200 | 00781-2685-01 | DEXMETHYLPHENIDATE HYDROCHLORIDE |
| 986 | 3/5/2018 | 200 | 00406-3243-01 | HYDROMORPHONE HYDROCHLORIDE |
| 812 | 3/5/2018 | 100 | 00406-0512-01 | OXYCODONE HYDROCHLORIDE |