# EXHIBIT 110

| | |
|---|---|
| **From:** | Susanne Hiland |
| **To:** | Brian Richard; Matthew Lunde - mwlunde; George Chapman; Tim Harris; Greg Beam |
| **CC:** | Brandon Worth |
| **Sent:** | 7/25/2012 2:40:16 PM |
| **Subject:** | CS POA |
| **Attachments:** | CS Order Exception Response.vsd |

For sake of our discussion this afternoon here is an outline of the proceeds and changes we have made in the controlled substance program.

1. Implement CS Order Exception Review (see attached flow chart)
2. MD will have Exception Review process to follow
3. Emergency order process revised to reduce order exceptions outside of scheduled fulfillment day and require MD review and RD approval
4. POM 1316 updated to require mandatory sign up in states where allowed and mandatory use with all Oxy 30mg prescriptions
5. CS Toolkit developed



CS Order Exception Response.vsd

What am I missing? Looks simple on paper. Many of the details are embedded in the flow chart and toolkit though. I

Also, Paul has asked for the documents ahead of time for review. Probably need to get those over soon. Will we have another version of the toolkit or should I just send what I have?

Thanks,
**Susanne Hiland, PharmD, CHC, Senior Director**
HW Professional Relations and Quality Improvement
Office: 479-204-9188 Fax: 479-277-9679
susanne.hiland@wal-mart.com

Wal-Mart Health and Wellness Division
702 SW 8th Street
Bentonville, AR 72716-0430
Save Money. Live Better.

## Controlled Substance Order Exception Response

