# EXHIBIT 115

| Walgreens | DISTRIBUTION CENTER JUPITER, FL | DATE ISSUED: 12/4/2009 |
|---|---|---|
| | | REVISIONS: 04/02/2012 |
| POLICY & PROCEDURE **CUSTOMER AUTHENTICATION** | APPROVED BY: Distribution Center Operations Manager Sharon Horkott, CDR | Owner or Corporate Contact: License Specialist , 300 Wilmot Road, Deerfield, IL (847-527-4612) and CII Manager |
| | REVIEW: Annually in May | |

1. **PURPOSE**
    a. The purpose of this document is to define the Standard Operating Procedure for customer authentication (VAWD).

2. **SCOPE**
    a. The procedure covers order processing

3. **TOOLS**
    a. AS/400

4. **PROCESS**

    a. Do not ship prescription drugs or controlled substances to non-Walgreen entities.
        i. AS/400 will not accept non-Walgreen orders.

    b. Prior to shipping prescription drugs or controlled substances, confirm that each pharmacy has a valid permit from the State Board of Pharmacy and an active registration with the Drug Enforcement Administration.
        i. AS/400 matches license numbers to customer database.

    c. Before servicing a new Walgreens pharmacy appropriate inventory levels have been determined:

        i. Projected prescription volume
        ii. Operating area
        iii. Prospective patient population

    d. Subsequent orders for controlled substances are regularly and systematically reviewed to ensure that such orders are consistent with and reasonable for that particular pharmacy's book of business.

    e. Orders which may fall outside the usual and customary scope for that particular pharmacy are automatically reduced, identified via an exception report and subject to additional review.

        1. Licensing – See VAWD licensing Policies/Procedures.

Page 1 of 1

CONFIDENTIAL

WAG00001802

WAGFLDEA00001746

CONFIDENTIAL