# EXHIBIT 120



# DEA Update
# Market Leadership Meeting

Tasha Polster

Director, Pharmaceutical Integrity

January 2012

Proprietary & Confidential, Property of Walgreen Co.

HIGHLY CONFIDENTIAL

WAGMDL00049753



# The New HOT Topic



Proprietary & Confidential, Property of Walgreen Co.

2

HIGHLY CONFIDENTIAL

WAGMDL00049754



# Florida Pill Mill Busts





Proprietary & Confidential, Property of Walgreen Co.

3

WAGMDL00049755

HIGHLY CONFIDENTIAL



# Leading Cause of Death - Prescription Drugs



Proprietary & Confidential, Property of Walgreen Co.

4

WAGMDL00049756

HIGHLY CONFIDENTIAL



# Title 21 Code of Federal Regulations

*Section 1306.04 Purpose of issue of prescription.*

*(a) A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his professional practice. The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, **but a corresponding responsibility rests with the pharmacist who fills the prescription**. An order purporting to be a prescription issued not in the usual course of professional treatment or in legitimate and authorized research is not a prescription within the meaning and intent of section 309 of the Act (21 U.S.C. 829) and the person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.*

Proprietary & Confidential, Property of Walgreen Co.

5

WAGMDL00049757

HIGHLY CONFIDENTIAL



# Timeline of Events

| Pre-August 2010 | • Steady increase in FL pill mills<br>• Prescribers dispensing medications |
|---|---|
| October 2010 | • Change in Florida legislation restricts prescriber dispensing to only 72 hour supply of pain medications |
| October 10-March 11 | • Dramatic increase in the number of opioid pain medications prescriptions seen at retail stores |
| July 2011 | • Florida law amended to prohibit practitioners from dispensing C2-3, except in very limited instances |

of Walgreen Co.

6

HIGHLY CONFIDENTIAL



# Timeline 2012

| | |
|---|---|
| **April 2012** | • Administrative Inspection Warrants were served on 6 stores and the Jupiter DC |
| **May –June 2012** | • 8 stores voluntarily removed all C-II products, Xanax and Soma<br>• Re-launch of Good Faith Dispensing Policy |
| **September 2012** | • ISO was issued for the Jupiter DC |
| **November 2012** | • Order to Show Cause issued to 3 of the original Florida pharmacies |

Walgreen Co.

7

HIGHLY CONFIDENTIAL

WAGMDL00049759



# Timeline

| | |
|---|---|
| **December 2012** | • Target Drug GFD pilot begins in FL and Vegas |
| **January 2013** | • Sanction prescriber pilot begins NJ and PA |
| **February 2013** | • DEA administrative hearing begins |

Proprietary & Confidential, Property of Walgreen Co.

8

WAGMDL00049760

HIGHLY CONFIDENTIAL



# Operational Steps Taken

- In June, we re-launched our Good Faith Dispensing Policy across the Chain

- Pilots
  - ➢ Target Drug Good Faith Dispensing in FL and NV
  - ➢ Prescriber Sanctioning  in NJ and PA
    - – 8 prescribers total

- Invalid Prescriber DEA removal from IC+

Proprietary & Confidential, Property of Walgreen Co.

HIGHLY CONFIDENTIAL

WAGMDL00049761

# Reporting Tools

Proprietary & Confidential, Property of Walgreen Co.



HIGHLY CONFIDENTIAL



# Expired DEA CAP Override

| Rx # | Store | Sold Date | Campaign ID | DEA # | Prescriber First Name | Prescriber Last Name | Drug | RPH | Consult Completed Date | Comments | Sold? |
|------|-------|-----------|-------------|-------|----------------------|---------------------|------|-----|------------------------|----------|-------|
| 1491441 | Xxxx | 12/28/2012 | Doctor Suspension | XX1234567 | First | Last | OXYCODONE 30MG IMMEDIATE REL TABS | EXW | 12/28/12 7:20 PM | Consultation Completed: | YES |
| 1900255 | Xxxx | 12/26/2012 | Doctor Suspension | XX1234567 | First | Last | CONTOUR TEST STRIPS 100'S | NAH | 12/26/12 1:33 PM | Consultation Completed: | YES |
| 3002349 | Xxxx | 12/26/2012 | Doctor Suspension | XX1234567 | First | Last | VIT D 50,000 IU D2 (ERGO) CAPS (RX) | ERL | 12/26/12 12:01 PM | Consultation Completed: | YES |
| 3017623 | xxxx | 12/26/2012 | Doctor Suspension | XX1234567 | First | Last | OMEPRAZOLE 20MG CAPSULES | ERL | 12/26/12 12:01 PM | Consultation Completed: | YES |

- Each week RxIntegrity gets a report showing CAP overrides
- We need documentation back from the RXS that they discussed with the pharmacist
- We should not be dispensing any controls and for the example of Dr Pogue his medical license was revoked, so non-control rx's are not valid either

Proprietary & Confidential, Property of Walgreen Co.

11

HIGHLY CONFIDENTIAL

WAGMDL00049763



# Customer Service in Regard to GFD Policy

- Intentionally written with grey areas
- Intended to be used as a guideline
- Does not replace sound professional judgment

Proprietary & Confidential, Property of Walgreen Co.

12

WAGMDL00049764

HIGHLY CONFIDENTIAL

# Suspicious Order Monitoring

Proprietary & Confidential, Property of Walgreen Co.



WAGMDL00049765

HIGHLY CONFIDENTIAL



# **Suspicious Order Monitoring**

How normal and expected transactions are identified:

- Accumulation of Receipts over time period - The system accumulates the amount of each controlled substance over the last six weeks.

- Ceiling Limit - Data mining is done across Walgreens retail pharmacies to determine the maximum amount that a pharmacy should be allowed to receive in a rolling six week time period, based on statistical linear regression. The analysis compares like pharmacies across the country based on script volume and determines by drug what would represent unusual quantities.

Proprietary & Confidential, Property of Walgreen Co.

HIGHLY CONFIDENTIAL

WAGMDL00049766



# SOM as it Applies to Cardinal

- Cardinal will limit the <u>entire family</u> of a drug based on monthly purchases
  - example: HC/APAP, Hydromet, Tussionex is all grouped into one

- Orders they flag (ie; your invoice says "Restricted Due to DEA Regulations") are reported immediately to the DEA

- Cardinal has our sales history by store for the past year, so they can monitor any orders that deviate from the norm

- Anything they deem as suspicious gets cut

Proprietary & Confidential, Property of Walgreen Co.

15

WAGMDL00049767

HIGHLY CONFIDENTIAL



# All Receipts Count Toward Rolling 6-weeks

- Warehouse
- Interstore – should not be doing this
- Vendor

Proprietary & Confidential, Property of Walgreen Co.

16

WAGMDL00049768

HIGHLY CONFIDENTIAL



# Best Practices For Ordering

- Review all Controlled Substance receipts <u>before</u> posting
    - Adjust the shipped quantity to "0" if you did not receive
    - Post as short when appropriate

- On-hands
    - Do not falsely increase/decrease on-hands
    - Do not increase/decrease suggested orders
    - Do not manually inflate your orders

Proprietary & Confidential, Property of Walgreen Co.

17

WAGMDL00049769

HIGHLY CONFIDENTIAL

# Industry Efforts

Proprietary & Confidential, Property of Walgreen Co.

**Walgreens**

HIGHLY CONFIDENTIAL

WAGMDL00049770



# Industry Work

- American Pharmaceutical Association (APhA)
- American Academy of Pain Medicine (AAPM)
- American Medical Association (AMA)
- National Association of Chain Drug Stores (NACDS)
- National Association of Boards of Pharmacy (NABP)

Proprietary & Confidential, Property of Walgreen Co.

WAGMDL00049771

HIGHLY CONFIDENTIAL



# Task Forces and Committee Meetings

- • If you or your Supervisors are asked to participate
  - Yes, we need your help!

- • Contact us before agreeing to participate
  - • Tasha Polster or Al Cater
  - • We will ensure that you are fully versed or have additional corporate support

- • This team work will ensure we continue to build relationships with state agencies and remain a leader in the industry

Proprietary & Confidential, Property of Walgreen Co.

20

WAGMDL00049772

HIGHLY CONFIDENTIAL