# EXHIBIT 121

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3

       -------------------------  )
 4     IN RE: NATIONAL            ) MDL No. 2804
       PRESCRIPTION OPIATE        )
 5     LITIGATION                 ) Case No.
       -------------------------  ) 1:17-MD-2804
 6                                )
       THIS DOCUMENT RELATES TO   ) Hon. Dan A. Polster
 7     ALL CASES                  )
       -------------------------  )
 8
 9                   HIGHLY CONFIDENTIAL
             SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
10
11       The videotaped deposition of PATRICIA DAUGHERTY,
12    called by the Plaintiffs for examination, taken
13    pursuant to the Federal Rules of Civil Procedure of
14    the United States District Courts pertaining to the
15    taking of depositions, taken before CORINNE T.
16    MARUT, C.S.R. No. 84-1968, Registered Professional
17    Reporter and a Certified Shorthand Reporter of the
18    State of Illinois, at the offices of Bartlit Beck
19    Herman Palenchar & Scott, Suite 600, 54 West
20    Hubbard Street, Chicago, Illinois, on
21    November 15, 2018, commencing at 9:08 a.m.
22
23                 GOLKOW LITIGATION SERVICES
               877.370.3377 ph | 917.591.5672 fax
24                     deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   Initiatives around 2000, 2003, 2000, something like

 2   that.

 3        Q.   So, from 1999 until you started at

 4   Walgreens Health Initiatives in around 2002 you

 5   worked as a pharmacist?

 6        A.   Yes.

 7        Q.   Is that right?

 8             Do you have to be licensed to be a

 9   pharmacist in Illinois?

10        A.   Yes.

11        Q.   Is that true all over the country?

12        A.   You have to be licensed in the state

13   that you're practicing, yes.

14        Q.   Do you have to take an exam to become a

15   licensed pharmacist?

16        A.   Yes.

17        Q.   What does a pharmacist do, just as a

18   general matter?

19        A.   So, a pharmacist reviews prescriptions,

20   dispenses prescriptions to a patient.

21        Q.   Did you ever work anywhere else as a

22   pharmacist besides Walgreens?

23        A.   No.

24        Q.   You spent a number of years working at
```

1  various PBMs, is that right?

2       A.    Yes.

3       Q.    What is a PBM, just from your

4  perspective?

5       A.    A PBM is a pharmacy benefits manager.

6  So, we manage prescription insurance essentially.

7       Q.    At a certain point you came back to work

8  at Walgreens after working at a PBM, is that right?

9       A.    Yes.

10      Q.    Was that in January of 2013?

11      A.    Yes.

12      Q.    In your words, what does the group that

13  you work at in Walgreens do, the Pharmaceutical

14  Integrity group?

15      A.    Our team manages flagged orders, reviews

16  orders for approval if a store requests additional

17  product.  We oversee our CSO KPI tool.  We manage

18  our DEA 106 submissions to the DEA and work with

19  our pharmacies.  We also oversee the Naloxone

20  program, the Safe Med Disposal program and we

21  respond to DEA subpoenas.

22      Q.    We'll break that down a little bit, but

23  the first question I have for you about what you

24  just said is:  Since you've been working in

```
 1    Pharmaceutical Integrity at Walgreens, have you

 2    received training on Walgreens' policies and

 3    procedures that have helped you do your job?

 4         A.    Yes.

 5         Q.    Is the training that you receive at

 6    Walgreens ongoing today?

 7         A.    Yes.

 8         Q.    Have you received training on Walgreens'

 9    policies with respect to order monitoring?

10         A.    Yes.

11         Q.    Does that include training on Walgreens'

12    policies with respect to suspicious order

13    monitoring?

14         A.    Yes.

15         Q.    You were asked questions today about

16    whether you had a training manual or a training

17    package.  Do you remember those questions?

18         A.    Yes.

19         Q.    Did you receive the information that you

20    needed to do your job when you started in

21    Pharmaceutical Integrity in 2013?

22         A.    Yes.

23         Q.    Do the policies and procedures that you

24    follow at Walgreens in Pharmaceutical Integrity, do
```

```
 1   those policies and procedures change over time for
 2   a variety of reasons?
 3        A.   Yes.
 4        Q.   I want you to turn back, please, to
 5   Exhibit 14.  Do you have it?
 6        A.   Yes.
 7        Q.   Exhibit 14 is the e-mail, it's a chain
 8   that ends with an e-mail from you to Tasha Polster
 9   and it attaches a document called Settlement and
10   Memorandum of Agreement.  Correct?
11        A.   Yes.
12        Q.   I believe you testified that as part of
13   your job in the time frame of this e-mail, it's
14   dated June 12, 2013, that you reviewed parts of
15   this memorandum and agreement, is that right?
16        A.   Yes.
17        Q.   Which parts did you review as a part of
18   your job in roughly in the 2013 time frame?
19        A.   So, primarily if you flip to after
20   page 13, it's called "Addendum:  Prospective
21   Compliance"; and it relates to Walgreens Integrity
22   Department responding to the DEA within two
23   business days.  It talks about forming an
24   Rx Integrity team, and then it goes on into the
```

```
 1   rest of the document.
 2        Q.   Did you walk through this addendum to
 3   the 2013 memorandum and agreement with others on
 4   your team at the time?
 5        A.   Yes.
 6        Q.   Who did you discuss this addendum to the
 7   memorandum of agreement with at your job?
 8        A.   Eric Stahmann, Ed Bratton and Tasha
 9   Polster.
10        Q.   Was Pharmaceutical Integrity, the group
11   that you're in today, was it already up and running
12   at this time in June of 2013 when this settlement
13   was entered?
14        A.   Yes.
15        Q.   As far as you know, did your team in
16   Pharmaceutical Integrity make sure to do all the
17   things that are laid out in the addendum to the
18   memorandum of agreement that's marked as
19   Exhibit 14?
20        A.   Yes.  We reviewed each item and made
21   sure that we were following each item in this
22   "Addendum:  Prospective Compliance."
23        Q.   Briefly, how do Walgreens pharmacies
24   place orders for controlled substances?
```

```
 1        A.    So, our SIMS system actually suggests
 2   orders and places the orders on the store's behalf.
 3   Should the store want to place an additional order
 4   on top of the suggested order, they have to go
 5   through our ceiling to determine whether the item
 6   either is over that -- that particular pharmacy's
 7   ceiling or over their tolerance on a daily basis
 8   and if, for example, it is, they have to request
 9   the order directly to our team for approval.
10        Q.    What systems are in place to make sure
11   pharmacies don't order more controlled substances
12   than they need?  You mentioned a ceiling.  Is that
13   something that you have previously referred to
14   today as the CSO KPI tool?
15        A.    Yeah, the CSO KPI tool has a ceiling for
16   each item for each pharmacy as well as a tolerance
17   meaning how much they can order per order, so per
18   instance, and if the store places an order over and
19   above their tolerance or their ceiling, the order
20   is canceled.
21        Q.    What is the difference between a store's
22   tolerance and a store's ceiling limit?
23        A.    So, the ceiling is the most they can
24   order in a rolling six-week period and the
```

```
 1   tolerance is what the amount they can order per

 2   order, per instance.

 3        Q.   Am I understanding you correctly, are

 4   there limits for both ceiling and tolerance?

 5        A.   Yes.

 6        Q.   For every store?

 7        A.   Yes.  And they're calculated daily for

 8   each store for each item.

 9        Q.   Are the limits for ceiling and tolerance

10   the same for every Walgreens pharmacy?

11        A.   No, they vary.

12        Q.   Are the limits for ceiling and tolerance

13   the same for an individual pharmacy from one day to

14   the next?

15        A.   They're different every day.

16        Q.   If a pharmacy wants more than the

17   suggested order that they get from the SIMS system,

18   I believe you just touched on this.  Does a store

19   have to go through your team to go above the

20   suggested order?

21        A.   If the -- if the order that they want,

22   if they want more than exceeds their ceiling or

23   their tolerance, they have to go through our team,

24   yes, for approval.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      Q.    What is good faith dispensing?
 2      A.    So, our good faith dispensing defines
 3   the pharmacist's responsibility, corresponding
 4   responsibility, to determine whether a prescription
 5   is legitimate.
 6      Q.    Is good faith dispensing, is that a
 7   policy that's specific to Walgreens?
 8      A.    As far as I know, yes.
 9      Q.    Do Walgreens' pharmacists receive
10   training on the Walgreens Good Faith Dispensing
11   policy?
12      A.    Yes.
13      Q.    How often?
14      A.    Every year.
15      Q.    What is Target Drug Good Faith
16   Dispensing?
17      A.    So, Target Drug Good Faith Dispensing
18   includes select drugs where pharmacists have to
19   document and follow a checklist each time they fill
20   a prescription for a target drug.
21      Q.    Do Walgreens pharmacists receive
22   training on the Target Drug Good Faith Dispensing
23   policy as well?
24      A.    Yes.
```

1  Q. Have you received training on both of
2  those policies?
3  A. Yes.
4  Q. How do you communicate those policies,
5  the Good Faith Dispensing policy and the Target
6  Drug Good Faith Dispensing policy, to the
7  pharmacists at Walgreens?
8  A. We communicate it through our online
9  learning tool as well as through various
10 communications --
11 Q. Do those --
12 A. -- to our pharmacies.
13 Q. Do those communications come from the
14 Pharmaceutical Integrity group?
15 A. Yes.
16 Q. If a pharmacist isn't comfortable
17 filling a prescription, are they required to fill
18 it for any reason?
19 A. No.
20 Q. If a pharmacist isn't comfortable
21 filling a prescription, does Walgreens have a
22 policy about what they're supposed to do?
23 A. They have the right to refuse the
24 prescription if they don't believe the prescription

1  to be legitimate.

2  Q. Does Walgreens issue blanket refusal to
3  fill orders with respect to doctors?

4  A. No, we do not.

5  Q. You got some questions today about DEA
6  subpoenas. Do you remember those questions?

7  A. Yes.

8  Q. You said that part of your job is
9  responding to subpoenas from the DEA. What kinds
10 of subpoenas did you mean?

11 A. Primarily prescription subpoenas or
12 subpoenas for hard copy prescriptions
13 documentation.

14 Q. How do you respond to those requests
15 from the DEA?

16 A. So, our team pulls the data and
17 typically either e-mails it back encrypted or
18 sometimes if they're paper copies, they will FedEx
19 them.

20 Q. Does your team take requests from the
21 DEA seriously?

22 A. Yes.

23 Q. Does that -- is that true no matter what
24 kind of a request it is?

Highly Confidential - Subject to Further Confidentiality Review

```
 1      A.    Yes.
 2      Q.    Do you do your best to respond to any
 3   requests from the DEA fully and completely?
 4      A.    Yes.
 5      Q.    Do you do your best to cooperate with
 6   the DEA?
 7      A.    Yes.
 8      Q.    Has it always been the case while you've
 9   been at Walgreens?
10      A.    Yes.
11      Q.    I want to ask you some questions about
12   your time as a pharmacist at Walgreens.  I believe
13   you said you were a pharmacist from 1999 to 2002
14   after pharmacy school, is that right?
15      A.    Yes.
16      Q.    When you were a pharmacist at Walgreens
17   in the '99 to 2002 time frame, did you have a
18   professional responsibility to make sure that
19   prescriptions that you filled were only for
20   legitimate medical purposes?
21      A.    Yes.
22      Q.    If you couldn't confirm for yourself
23   that a prescription was legitimate, would you fill
24   it?
```

```
 1      A.    No.
 2      Q.    You mentioned when I asked you what
 3  Pharmaceutical Integrity does, the group that you
 4  work for today, you mentioned something about med
 5  take-back or med kiosks.  Did I hear that
 6  correctly?
 7      A.    Yes.
 8      Q.    What is -- what were you referring to?
 9      A.    So, in select stores around the country,
10  Walgreens has a drug take-back kiosk, so patients
11  and customers can bring their medications and
12  dispose of them safely in the kiosk.
13      Q.    Can someone come to a Walgreens pharmacy
14  and with expired medication or any kind of
15  medication that they are bringing in that they
16  haven't just received from the pharmacist and hand
17  it over to a pharmacist?
18      A.    No.  They have to actually place it in
19  the kiosk.
20      Q.    Do you know why that is?
21      A.    That's according to law is my
22  understanding.
23      Q.    Do you know how many medication
24  take-back kiosks Walgreens has at its pharmacies
```

```
 1   around the country?
 2       A.    I think we're about 1,080 right now,
 3   roughly.
 4       Q.    Is that changing over time?
 5       A.    Yes, that's increasing over time.
 6       Q.    You also mentioned something about
 7   Naloxone when I asked you what your group does
 8   today.  What were you referring to?
 9       A.    So, several years ago, as states started
10   allowing our pharmacies to dispense Naloxone
11   without a prescription, based on the state
12   regulations state by state we would implement our
13   Naloxone program to allow our pharmacists to
14   dispense to a customer asking for Naloxone without
15   a physician's prescription.
16             We would dispense it under a standing
17   order or under the pharmacist NPI, so via their
18   pharmacist prescriptive authority per the state.
19       Q.    Do you know how many states allow
20   Walgreens to dispense Naloxone without a
21   prescription?
22       A.    I think we're at 48 today.
23       MS. SWIFT:  I do not have any other questions.
24
```