# EXHIBIT 122

P-WAG-1649

## Contact

www.linkedin.com/in/tashapolster (LinkedIn)

## Top Skills

Pharmacy Operations
Pharmacists
Pharmaceuticals

## Certifications

The Strategy of Leadership
Certificate of Completion in Executive Presence for Women

## Publications

US Patent: Method and apparatus for therapeutic interchange.

## Patents

Method and Apparatus for Medication Prescription Consultation

# Tasha Polster

Vice President, Pharmacy Quality, Compliance and Patient Safety
Greater Chicago Area

## Summary

An accomplished and dedicated PHARMACY EXECUTIVE with a proven background in implementation of strategic initiatives. Demonstrated ability to apply excellent analytical, interpersonal, and organizational skills in delivering the full spectrum of pharmaceutical care, development of national policies, and people development. Outstanding leadership and communication skills with the ability to motivate/mentor staff and interact easily with leadership, clients, government / regulatory agencies and contemporaries. Focused on delivering the highest quality service through responsiveness, assurance/confidence, empathy, and professionalism on every interaction. Knowledgeable of billing procedures for private insurers, government agencies and numerous patient assistance programs, patient safety, compliance across pharmacy and retail stores nationally.

## Experience

**Walgreens**
Vice President, Pharmacy Quality Compliance and Patient Safety
March 2017 - Present
Deerfield, IL

**Walgreens**
Senior Director, Pharmaceutical Integrity and Pharmacovigilance
January 2015 - Present
Deerfield, IL

Creates the overall strategy for the Pharmaceutical Integrity and Pharmacovigilance Groups including developing system solutions and managing projects. On behalf of the Walgreens' Patient Safety Organization develops recommends and implements programs designed to improve quality and the delivery of healthcare for United States pharmacy retail operations and Central Pharmacy Operations. Point of contact for ARQH (Agency for Healthcare Research and Quality. Assures that pharmacy policies

EXHIBIT
Walgreens
Polster 4
1-23-19



P-WAG-1649

and procedures are followed in order to fully comply with government and regulatory requirements.

### Walgreens
Sr Director Pharmaceutical Integrity & 3rd Party Operations
March 2014 - Present
Deerfield, IL

Responsible for Creating the overall strategy for the Pharmaceutical Integrity Group including developing system solutions and managing projects as well as creating the processes for Third Party Operations to enable the attainment of legal and ethical requirements of pharmacy to increase efficiency/ profitability and improve overall pharmacy operations for handling third party prescriptions. Oversees the design, development, implementation, and maintenance of contracted Third Party Prescription Programs and all State Medicaid programs. Produces the strategy to mitigate risk in both Rx Integrity and Third Party Operations to minimize loss of Company assets.

### Walgreens
Director, Pharmaceutical Integrity
November 2012 - Present

### Walgreens
7 years 10 months

Director, Pharmacy Operations Optimization
January 2007 - October 2012 (5 years 10 months)
Deerfield, IL

Provide leadership, direction, and day-to-day oversight of processes, procedures, training, implementation, and optimization of strategic initiatives for all retail pharmacies nationwide. Translate major strategic and retail pharmacy operational initiatives into deployable and early adoption models based upon assessments of training needs, operational requirements/impact, change management requirements, customer inconvenience avoidance, data/telecommunications changes, and operational disruptions.

Offer expertise and operational insight into pharmacy remodels, designs, and layouts to ensure targeted fiscal and operational objectives. Direct the creation of metrics for retail pharmacy operations and assess/measure performance to identify performance trends, implement optimal best practices from favorable trends and/or eliminate practices that create waste and/or add

P-WAG-1649



costs. Ensure ongoing operational compliance as well as business and fiscal impact analyses for existing and acquired retail pharmacies.

Lead the development and deployment of training, new and recurrent, for Pharmacists and Pharmacy Technicians based upon operational changes, pharmacy acquisitions, and regulatory requirements. Oversee and collaborate in the development and deployment of communications impacting pharmacy team members such as policy changes, payroll processes, new/revised procedures, benefits, and general operating guidelines and provisions. Key liaison with and between various operating departments and store operations providing leadership, direction, coaching, and discipline.

Manager, Pharmacy Operating Systems
January 2005 - January 2007 (2 years 1 month)
Deerfield, IL

Responsible for the strategic integration of pharmacy projects or internal systems into the pharmacy operations of stores nationwide. Managed the design, development and implementation of projects and systems. Acted as a liaison between Store Operations and Pharmacy Operations, often acting as Pharmacy Operations representative at store operations meetings.

• Integration of Market Scheduling and Store Scheduling- Allowed schedules entered at store level to populate the market schedule for pharmacists enabling the Market Schedulers (MS) to become more efficient in handling vacation schedules.  Now an MS can schedule for multiple districts instead of just one, allowing corporate to decrease the number of MS across the chain by 25%
• Salaried Pharmacist Exception Logs (SELS)-  This enhancement populates the salary logs of pharmacists from Market Scheduling, reducing the time it takes to do payroll and decreases the number of errors when an employee forgets to document a vacation or sick day
• Coordination of disaster relief during Hurricane Katrina- Worked to move prescription images across states lines, once the states had been declared disaster zones.  Pharmacists in other states were then able to do work for the states of Louisiana and Mississippi to help with the volume of work at the stores that were able to remain open during the disaster

Walgreens
21 years 1 month
Pharmacy Supervisor

P-WAG-1649



January 1997 - January 2003 (6 years 1 month)
Chicago, IL

Responsible for the overall operation of pharmacy departments within the assigned district. Responsible for improving prescription sales, profits and the professional image of the pharmacy departments in the community. Responsible for ensuring that all records and documents required by DEA and state Board of Pharmacy regulations are maintained accurately and in compliance with their specifications in each store in assigned district. Audited stores regularly to verify that DEA regulations were being followed. Responsible for ensuring the guidelines of authorized Company policies, programs, procedures, budgets, laws, and good business ethics were followed. Districts included:

- Chicago North D9
- Chicago West Suburban D102
- Opened the Kansas City Market (also supervised existing stores in Wichita, KS)

Pharmacy Manager
January 1991 - January 1997 (6 years 1 month)
St. Louis, MO and Oklahoma City, OK

Opened the OKC market as a pharmacy market leader, hiring and training all new pharmacists in the district. Responsible for pharmacist scheduling across the district. Responsible for the overall operation and management of the pharmacy department in a 24 hour store. In St Louis, ran a high volume non-24 hour store averaging 550 prescriptions per day.

Staff Pharmacist
January 1989 - January 1991 (2 years 1 month)
Colorado Springs, CO and St. Louis, MO

Pharmacy Intern
January 1986 - January 1989 (3 years 1 month)
Longmont, CO

Front Cashier, Cosmetician, Pharmacy Technician
January 1982 - January 1986 (4 years 1 month)
Littleton, CO

## Education







University of Colorado at Boulder
Bachelor of Science (B.S.), Pharmacy · (1984 - 1989)

P-WAG-1649