# EXHIBIT 123

## Contact

www.linkedin.com/in/edwardbratton
(LinkedIn)

# Edward Bratton

Manager of Pharmaceutical Integrity - Southern Operation at Walgreens
Deerfield, Illinois

## Experience

**Walgreens**
10 years 9 months

*Manager of Pharmaceutical Integrity - Southern Operation*
February 2013 - Present
Deerfield, IL

Responsible for managing, creating, and maintaining controlled substance dispensing, monitoring and reporting programs. Develops, recommends and implements programs, procedures and techniques which will identify and minimize loss of Company assets and ensure the safety, compliance and security of the ordering and dispensing of controlled substances. Responsible for investigating and reporting potential violations of laws, regulations or Company policy applicable to controlled substances to the appropriate business units and Director, Pharmaceutical Integrity.

*Quality and Analytics Supervisor*
2010 - February 2013 (3 years 2 months)
Orlando, Fl

*Quality Analyst*
2008 - August 2010 (2 years 8 months)



Page 1 of 1