# EXHIBIT 124

P-WAG-1620

## Contact

www.linkedin.com/in/padaugherty (LinkedIn)
www.naddi.org (Company)
www.nhcaa.org (Company)

## Top Skills

Strategic Planning
Medicare
Healthcare Management

# Patricia Daugherty

Pharmaceutical Integrity at Walgreens
Greater Chicago Area

## Summary

Health and Wellness professional with broad experience across health care management spectrum including extensive PBM experience, community practice pharmacy, specialty pharmacy, long term care pharmacy. Developer of proven audit and compliance model and strategies for decreasing pharmacy costs for organizations and payers while driving long-term effects in creating a quality pharmacy network.  Decade of experience managing teams of healthcare professionals including pharmacists and certified pharmacy technicians in the innovation and successful execution of advanced pharmacy audit and pharmacy compliance programs. Particular expertise in management of pharmacy network processes, Medicare Part D and Fraud, Waste and Abuse programs, long term care pharmacy, formulary and prior authorization, and specialty pharmacy.  Dedicated to mentoring future professionals as demonstrated by 10 years of experience managing, teaching, and mentoring healthcare practitioners.

## Experience

**Walgreens**
Manager, Pharmaceutical Integrity
January 2013 - Present
Deerfield, Illinois

**Catamaran**
Director, Network Audit and Compliance
June 2012 - January 2013 (8 months)
Bannockburn, Illinois

**Catalyst Rx**
Director, Network Audit and Compliance
June 2011 - May 2012 (1 year)
Deerfield

Page 1 of 2

EXHIBIT
Walgreens
Daugherty 1
11-15-18

P-WAG-1620

**Walgreens Health Initiatives**
9 years 6 months

Network Audit and Compliance Manager
January 2005 - June 2011 (6 years 6 months)

Clinical Operations Pharmacy Manager
2002 - 2005 (4 years)

## Education

Midwestern University (IL)
PharmD, Pharmacy · (1996 - 1999)