# EXHIBIT 125

P-WAG-1271

# Eric Stahmann

Manager Pharmaceutical Integrity
Deerfield, Illinois

## Contact

www.linkedin.com/in/eric-stahmann-08380922 (LinkedIn)

## Top Skills

Pharmacy Benefit Management
Medicare Part D
Pharmaceutical Industry

## Certifications

Loss Prevention Certified

## Experience

**Walgreens**
Manager Pharmaceutical Integrity
February 2013 - Present
Deerfield, IL


EXHIBIT 1
WIT: Walgreens Stahmann
DATE: 10-16-18
C. Campbell, RDR CRR CSR #13921

- Responsible for managing, creating, and maintaining controlled substance dispensing, monitoring and reporting programs.
- Develops, recommends and implements programs, procedures and techniques which will identify and minimize loss of Company assets and ensure the safety, compliance and security of the ordering and dispensing of controlled substances.
- Responsible for investigating and reporting potential violations of laws, regulations or Company policy applicable to controlled substances to the appropriate business units and Director, Pharmaceutical Integrity.
- Recommends and implements programs designed to enhance and improve the ordering and dispensing of controlled substances (i.e. process and policy initiatives). Ensures Company-wide awareness and adequate understanding of the functions and responsibilities of the Pharmaceutical Distribution and Dispensing Integrity Group.
- Develops and maintains an interactive and collaborative working relationship with government, law enforcement, and industry organizations (e.g., DEA, FDA, State Boards of Pharmacy, NRF, RILA, National Association of Drug Diversion Investigators) to drive industry leading solutions to pharmaceutical diversion.
- Collaborates with other departments (e.g., Legal, Government Affairs, Logistics, Loss Prevention, IT, etc.) in order to meet the needs of the department and the Company's objectives.
- Collaborates at all levels of management concerning required compliance and audit reviews and initiatives to ensure adherence to federal, state, and local laws and regulations.
- Coordinates unique investigations involving controlled substance ordering and dispensing, which may involve highly sensitive and /or extremely confidential information.
- Develops innovative programs to identify and analyze areas that address drug diversion and regulatory compliance.

P-WAG-1271

• Develops appropriate metrics to identify suspicious controlled substance acquisition, inventory or utilization.

Walgreens
6 years 9 months

Project Manager - Pharmacy Loss Prevention
June 2012 - February 2013 (9 months)
Deerfield, IL

• Compile and interpret data for internal pharmacy theft cases and for statistical purposes to monitor diversion
• Conduct detailed analysis of corporate business documents and reports for pharmacy shrink
• Maintains effective knowledge of pharmacy systems and work flow
• Intimate work with statistical software and data bases including but not limited to Access, Excel, Oracle, WebSDL, IC+, SIMS, EDW, Mobius, and Business Objects.
• Identify methods and solutions to reduce or eliminate pharmacy shrink
• Provide insight and strategy for risk assessments of new corporate projects, pilots and programs.
• Assist and advise HCLP management with current investigational requirements, data mining and exception reporting utilizing various systems, primarily pharmacy, electronic medical records, point-of-sale and Loss Prevention tools in order to identify internal employee theft, fraud, shrink/loss, compliance and policy issues.
• Perform as HCLP liaison for internal LP, AP, Planning & Analytics, HCLP Training and Communication, Audit and Compliance areas, as well as, a representative for all other corporate departments affected by HCLP.
• Facilitate activities and projects for HCLP Team leads and analysts to proactively support District Loss Prevention Manager investigations across the country with data requests and content expert advice as it pertains to compliance, fraud, waste and abuse within the Walgreens Family of Companies. Such activities include developing recommendations and protocol for leads.
• Serve as the subject matter expert on all systems, applications and initiatives related to inventory movement and associated functions that can cause and/or monitor pharmacy/health care shrink. Examples would include, but are not limited to: point-of-sale systems, inventory management, cash management, prescription monitoring and processing, internal theft, DEA requirements, corporate programs, regulatory issues and operation policies.

P-WAG-1271

Sr. Analyst/Investigator
June 2006 - June 2012 (6 years 1 month)

## Education

Loyola University of Chicago
Bachelor's, Biology · (1995 - 2002)

Loyola University of Chicago
Masters, Criminal Justice/Law · (1994 - 2002)