# EXHIBIT 126

# Steven Mills

Senior Business Analyst at Walgreens

## Experience

**Walgreens**
Senior Business Analyst
December 2012 - Present

- Monitors compliance with Walgreen's dispensing practice through utilization of a wide variety of analytic techniques.

- Unlocks visibility using data mining to understand the business need for improving and optimizing distribution for the enterprise all the while diminishing diversion.

**Walgreens**
Inventory Specialist
June 2010 – December 2012 (2 years)

- Assisted retail and on-site locations with appropriate inventory levels through purchases and returns.
- Managed pharmacy vendor catalogs and troubleshoot vendor issues.
- Maintained vendor relationships by developing and implementing key enterprise strategies.

**Walgreens**
Pharmacy Technician
March 2006 – June 2010 (4 years)

- Led and coordinated pharmaceutical teams in efforts to improve pharmacy management operations thereby increasing margins.
- Developed performance plans for pharmacy technicians in order to facilitate improved customer service and experience.
- Executed regional certification process for developing pharmacy technicians.



### Contact

https://www.linkedin.com/in/steven-mills-70b3478b
(LinkedIn)

### Top Skills

Inventory Management

Pharmaceutical Industry

Benefit Cost Analysis

Page 1 of 2

EXHIBIT 1
WIT: Walgreens Mills
DATE: 1P-8-18
C. Campbell, RDR CRR CSR #13921

P-GEN-0079



### Education

Northeastern Illinois University
Bachelor's, Communication Management (2005 - 2008)