# EXHIBIT 127

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3

   --------------------------     )
 4 IN RE: NATIONAL                ) MDL No. 2804
   PRESCRIPTION OPIATE            )
 5 LITIGATION                     ) Case No.
   --------------------------     ) 1:17-MD-2804
 6                                )
   THIS DOCUMENT RELATES TO       ) Hon. Dan A. Polster
 7 ALL CASES                      )
   --------------------------     )
 8
 9                   HIGHLY CONFIDENTIAL
10         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12                  VIDEOTAPED DEPOSITION OF
13                       JOHN MERRITELLO
14                      January 18, 2019
15
16                       Chicago, Illinois
17
18
19
20
21
22              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                    deps@golkow.com
24
```


Highly Confidential - Subject to Further Confidentiality Review

1  there is two different models that are running that

2  would have to -- that an order would be run through

3  before it's distributed, correct?

4     MR. BENSINGER:  Objection; mischaracterization.

5  BY MR. SHKOLNIK:

6     Q.    I'll rephrase it.

7     A.    Thanks.

8     Q.    At this point in 2013 when 5.5 is

9  initiated, when an order is placed, before it's

10  received in the store, there is going to be two

11  analyses applied to the order.  One is the

12  tolerance and one is the ceiling limit.  Am I

13  correct?

14     MR. BENSINGER:  Same objection.  You can

15  answer.

16  BY THE WITNESS:

17     A.    Before the order is placed, before it

18  becomes an order, and if it's a suggested order,

19  which means it's generated by the system, it will

20  take into account the ceiling value and then if

21  the -- and I'm going to use the term "user," but

22  let's say it's the pharmacist or whoever in the

23  pharmacy, operator, alters the suggested quantity

24  or has created a manual order, that would be

Highly Confidential - Subject to Further Confidentiality Review

 1   subject then to the tolerance and, again, before it
 2   transmits to the ceiling.
 3           Does that make sense?
 4   BY MR. SHKOLNIK:
 5       Q.   Yes, yes.
 6       A.   Okay.
 7       Q.   So, now as a result of the 5.5, the
 8   distribution center never gets an order if it
 9   exceeds either tolerance or ceiling or both,
10   irrespective if it's a computer-generated one or a
11   manual one?
12       A.   If an order is -- will not be generated,
13   an automated order, if it's generated, will not
14   exceed the ceiling limit and if the user enters a
15   quantity which pushes the -- that above the
16   ceiling, they get zero.
17           If there was an order for, say, two
18   bottles and that was below the ceiling but the user
19   went and put in three, they get zero.  Never goes
20   out.
21       Q.   That became in effect in 2013?
22       A.   With this.
23       Q.   5.5?
24       MR. BENSINGER:  Objection; misstatement.

Highly Confidential - Subject to Further Confidentiality Review

1        MR. SHKOLNIK:  I'll rephrase it.

2    BY MR. SHKOLNIK:

3        Q.   Did that go into effect as part of 5.5,

4    whatever date 5.5 became effective?

5        MR. BENSINGER:  Objection; foundation.

6    BY THE WITNESS:

7        A.   That's how the ceiling works.  If the

8    store forces a quantity -- when I say "force."  If

9    a store manipulates a suggested quantity or enters

10   a quantity that's above the ceiling, no order is

11   placed.  Zero.  Whether there was one already there

12   for some number of packages and the additional

13   packages the store is requesting brings it over,

14   they get zero.

15   BY MR. SHKOLNIK:

16       Q.   Wasn't there a period of time where the

17   computer would reduce it to either the ceiling or

18   the tolerance level or both and let the order

19   proceed?

20       A.   Ceiling does not work that way.  I'm not

21   the expert on tolerance, but I believe tolerance

22   would have -- there was a time when the tolerance

23   would actually adjust the order and then send it.

24       Q.   So, when you put in the ceiling