# EXHIBIT 128

# EXHIBIT 364

Message

| | |
|---|---|
| **From**: | Martin, Barbara A. [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C9231617-8687-44FF-94D0-828504B9FAEB] |
| **Sent**: | 2/8/2012 12:09:33 PM |
| **To**: | Murray Jr, Denman D. [denman.murray@walgreens.com] |
| **Subject**: | suspicious order monitoring process |
| **Attachments**: | Suspicious Order Monitoring Process.docx |

Denny,
I believe the attached document is what you are looking for

Thanks
Barb


Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #220B
Telephone: 847-315-3044
Fax: 847-914-3675

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

CONFIDENTIAL

WAGMDL00325129

## Suspicious Order Monitoring Process

Current Process

- System reviews by store and drug all Controlled Substances (2-5) and Pseudoephedrine products.
- Monitors sales history, manual adjustments to inventory on hand and changes to system suggested order quantity
- Orders quantities can be systematically decreased if the quantity ordered exceeds thresholds of order frequency or quantity without supporting sales increases
- Original project design was to prevent the DCs from filling any potential suspicious order and to capture the data to identify stores with potentially suspicious activity for Loss Prevention team to investigate

Enhancements

- More robust reporting and consolidation of data to make it easier for Loss Prevention to identify stores with potentially suspicious ordering activity, monitor the activity, take action and record results
- System will look at 52 weeks of sales to account for more seasonality
- System will identify stores that had order quantity decreased and then placed order to vendor
- Finished requirements and currently in early build phase expect to pilot in May 2012

Ad Hoc Additional Reporting

- Identify by store percent of control drugs filled in relationship to total script volume
- Monitor control drugs purchases (warehouse and vendor) to identify stores with higher than district average purchases

HIGHLY CONFIDENTIAL