# EXHIBIT 133

FILE
DEA-PERRYSBURG DC



Melanie Soliva/Corp/Walgreens
04/03/2007 03:36 PM

To James VanOverbake/Corp/Walgreens@Walgreens
cc Dwayne Pinon/Corp/Walgreens@Walgreens, Ed Choroski/Corp/Walgreens@Walgreens, Irene Lerin/Corp/Walgreens@Walgreens, Kevin
bcc
Subject DEA Suspicious Controlled Drug Report

History: This message has been forwarded.

Hi James,
    Like what was mentioned, the report is modified to comply with the latest DEA reporting requirements. Below is how the Stores-Avg-Order is
calculated and how the store's excess orders are reported. We believe this is in compliance with the appendix E-3 formula of the DEA.
This covers all Walgreen warehouses that distributes CII-Drug.

    We plan to implement the modified calculation for 03/2007 reporting which is this week. Likewise, let us know if we need to increase the retention period in Mobius. Let us know if you have further concerns on implementing the report this week.

    As for the CD, we're still working on transmitting the data from mainframe to a shared-drive and encrypting the data. Will let you know on its availability.
As for now, report can be accessed in Mobius



Please see attached report samples.      CD500XXX.zip

    CII-Drug Reporting Computation

1. The **Stores-Avg-Order** per item / per whse is calculated by using the
   total-warehouse-order-count / number of stores serviced.
   This is based on 13-months data, i.e. the last 12 months plus the current month reporting period.
      Example. For the reporting month of 12/2006,
            Data covers 12/2005 to 12/2006

2. The **Stores-Avg-Order** computed from #1 is multiplied by factor 3 to calculate for the **Purchase-Limit**.

3. A store with ordered-quantity in excess of the purchase-limit will be reported
    3.1  For violation in 2 months in a row within the last 6 months. 2 months are shown in the report
    3.2  For violation in excess of 2 months, but within the last 6-month period. All months with violation are shown in the report.
    3.3  2 months of violation but not consecutive are not reported.

Thank You!
Melanie Soliva
(847) 914-8590

CONFIDENTIAL

WAGMDL00400357