# EXHIBIT 138



**Barb Martin/Corp/Walgreens**
09/08/2010 10:31 AM

To: Dan Coughlin/LOG/Walgreens@Walgreens, Dwayne Pinon/Corp/Walgreens@Walgreens
cc:
bcc:
Subject: Re: Mt. Vernon DEA Audit

Process to cut orders was sent chainwide last night

Thanks

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-914-3044
Fax: 847-914-3383

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED
Dan Coughlin/LOG/Walgreens



**Dan Coughlin/LOG/Walgreens**
09/08/2010 09:57 AM

To: bill.bush@walgreens.com, brian.prost@walgreens.com, walter.wegner@walgreens.com, Maurya Gill/LOG/Walgreens@Walgreens
cc: randy.lewis@walgreens.com, Dwayne Pinon/Corp/Walgreens@Walgreens, James VanOverbake/Corp/Walgreens@Walgreens, Ed Svihra/Corp/Walgreens@Walgreens, Barb Martin/Corp/Walgreens@Walgreens
Subject: Mt. Vernon DEA Audit

Great news that the DEA just completed their on site review of Mt. Vernon and came away without any issues or citing of the operation. Per your call, the review and recap went well for the procedures, inventory and operation surrounding control drugs handled through our DC. Nice work Mt. Vernon team!

Dwayne - the on site agents did request that we stop sending them the Suspicious Control Drug disc and information. They stated that we could keep if it we wanted it, but to stop sending it to them.

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387641