# EXHIBIT 147

| | |
|---|---|
| **From:** | Martin, Barbara A. </O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C9231617-8687-44FF-94D0-828504B9FAEB> |
| **Sent:** | Tuesday, January 11, 2011 5:20 PM |
| **To:** | Atwell, Kristine R. <kristine.atwell@walgreens.com> |
| **Subject:** | Re: High Quantity Stores 682971 |

last 13 weeks of sales history
that's what sims uses to look at suggested order qty

Thanks

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-315-3044
Fax: 847-914-3109

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**Kristine Atwell/LOG/Walgreens**

01/11/2011 11:17 AM

|   |   |
|---|---|
| To | Barb Martin/Corp/Walgreens@Walgreens |

CONFIDENTIAL

WAG00000869

WAGFLDEA00000852
CONFIDENTIAL

cc

Subject    Re: High Quantity Stores 682971[Link]

Is the weekly average based over an entire year or month?

Kristine Atwell
CII Function Manager
Jupiter Plaza
561-493-7770
561-493-7725 fax

CONFIDENTIAL

WAG00000870

WAGFLDEA00000853
CONFIDENTIAL

**Barb Martin/Corp/Walgreens**

01/11/2011 11:24 AM

|  |  |
|--|--|
| To | Kristine Atwell/LOG/Walgreens@Walgreens |
| cc |  |
| Subject | Re: High Quantity Stores 682971[Link] |

Hi Kristine,

average  weekly sales 36,200 equals 362 bottles per week

I have no idea where these stores are getting this type of volume
The last pharmacy I was manager at did about 525 rxs/day and we sold about 500 tabs a month (5 bottles)

CONFIDENTIAL

WAG00000871

WAGFLDEA00000854

CONFIDENTIAL

Thanks
Barb

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-315-3044
Fax: 847-914-3109

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed
 by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that
 any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**Kristine Atwell/LOG/Walgreens**

01/11/2011 09:12 AM

|  |  |
|---|---|
| To | Barb Martin/Corp/Walgreens@Walgreens |
| cc | |

CONFIDENTIAL

CONFIDENTIAL

WAG00000872

WAGFLDEA00000855

Subject    Re: High Quantity Stores 682971[Link]

Can you see if the system is up today to check the item movement for #3836?

Kristine Atwell
CII Function Manager
Jupiter Plaza
561-493-7770
561-493-7725 fax

CONFIDENTIAL

WAG00000873

WAGFLDEA00000856

CONFIDENTIAL

**Barb Martin/Corp/Walgreens**
01/10/2011 03:55 PM

|  |  |
|--|--|
| To | Kristine Atwell/LOG/Walgreens@Walgreens |
| cc |  |
| Subject | Re: High Quantity Stores 682971[Link] |

Terry Collins is the district pharmacy supervisor
His cell is
(813) 732-7365

He may be able to shed some light on the subject

CONFIDENTIAL

WAG00000874

WAGFLDEA00000857
CONFIDENTIAL

Thanks
Barb

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-315-3044
Fax: 847-914-3109

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by
 applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any
dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**Kristine Atwell/LOG/Walgreens**
01/10/2011 02:29 PM

| | |
|---|---|
| To | Barb Martin/Corp/Walgreens@Walgreens |
| cc | |
| Subject | Re: High Quantity Stores 682971[Link] |

CONFIDENTIAL

WAG00000875

WAGFLDEA00000858
CONFIDENTIAL



I ran a query to see how many bottles we have sent to store #3836 and we have shipped them 3271 bottles between 12/1/10 and 1/10/11. I don't know how they can even house this many
bottle to be honest. How do we go about checking the validity of these orders?

Kristine Atwell
CII Function Manager
Jupiter Plaza
561-493-7770
561-493-7725 fax

**Barb Martin/Corp/Walgreens**
01/10/2011 02:40 PM

To    Kristine Atwell/LOG/Walgreens@Walgreens

CONFIDENTIAL    WAG00000876

WAGFLDEA00000859
CONFIDENTIAL

cc

Subject     Re: High Quantity Stores 682971[Link]

Hi Kristine

I am able to look at store item movement if this helps.  You can contact the store for more information if necessary
These sales are quite high compared other non-Florida stores.

St 7298 sells about 22,000 tabs of 682971 every week
that translates to 220 bottles per week so 450 bottles is a little more than a 2 week supply.

St 3836 system was down

St 5018 sells about 13,500 tabs of 682971 every week
that translates to 135 bottles per week

CONFIDENTIAL

CONFIDENTIAL

WAG00000877

WAGFLDEA00000860

Thanks
Barb

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-315-3044
Fax: 847-914-3109

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by
 applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any
 dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**Kristine Atwell/LOG/Walgreens**

01/10/2011 12:23 PM

|  | To | Barb Martin/Corp/Walgreens@Walgreens |

cc

CONFIDENTIAL

WAG00000878

WAGFLDEA00000861
CONFIDENTIAL

        Subject        High Quantity Stores 682971

I have several stores that are ordering huge quantities of 682971 on a regular basis.  This is creating an issue in maintaining enough 222 forms to fill all of the orders because a new 222
form is generated for every 128 bottles of this WIC that are ordered.  For example, when they order 450 bottles, there will be 4 -
 222 forms printed to accomodate this one item order.

I feel that the store needs to justify the large quantity.

Three stores that come to mind are #7298, #3836 and #5018.

What are your thoughts on this matter?


Kristine Atwell
CII Function Manager
Jupiter Plaza
561-493-7770
561-493-7725 fax

CONFIDENTIAL

WAG00000879

WAGFLDEA00000862

CONFIDENTIAL