# **EXHIBIT 148**

| | | |
|---|---|---|
| **Shannon Wedekind/East/OPS/Walgreens**<br>07/10/2010 11:19 AM | To | Angela Parlato <panthra111@yahoo.com> |
| | cc | |
| | bcc | |
| | Subject | re: oxycodone 30 mg |

You are doing the right things. Just use sound professional judgement as always.

Thanks,
Shannon



Shannon D. Wedekind
Pharmacy Supervisor
Orlando North - D170
7003 Presidents Drive, Suite 250
Orlando, FL 32809
407.859.6197 ext 235
Shannon.Wedekind@walgreens.com

Angela Parlato <panthra111@yahoo.com>



| | | |
|---|---|---|
| **Angela Parlato**<br><panthra111@yahoo.com><br>07/08/2010 09:57 PM | To | Shannon Wedekind <Shannon.Wedekind@walgreens.com> |
| | cc | Mollie.Joiner@walgreens.com |
| | Subject | re: oxycodone 30 mg |

Hello Mr. Shannon,

I have had a growing concern about oxycodone 30 mg prescriptions at my pharmacy.  It is thru mutual discussion and agreement on procedures that Brandon and I will fill scripts for patients from pain clinics from out of the area.  Most of these patients have the same combination of rx's: oxycodone 15, oxycodone 30, and alprazolam 2 mg.  Many of these patients are from Tennessee and travel once monthly to south Florida to these pain clinics. Most are large quantities (i.e 180, 240) and most, but not all are cash paying.

Brandon and I have agreed that we will only fill if they produce a drivers license matching name on rx, write down the diagnosis of patient on rx, and verify rx with Dr office.  Every week I increase my order of oxy30 and every week I run out as more and more people are coming. I have caught a total of 7 fraudulent rx's from 3 different patients (in the last 2 months), the last patient was arrested and had a bail set at $50,000. I have called the Ocala police, the Marion county sheriffs office here as well as the Broward sheriffs office, the DEA, and to be quite honest, no one really seems to take my reports that seriously (except for this last week when the fake rx man was arrested).  They promise to come and interview me and look at the data I have collected, but thus far no follow up. The bottom line is I want to make sure I am covering myself so no one thinks I (or Brandon) are doing anything unethical or illegal.

This past week the warehouse called me to inquire about the growing orders of oxy 30 I have been placing, and said that it is a "red flag" of sorts when a store orders more than 30 bottles per order.  I ordered 55 this week and have no doubt I will sell them all before my next order comes in.

In summary, I am asking for your guidance as a pharmacist and as my district manager if we are adhering to Walgreen's policies and legal, ethical, and professional practices.

CONFIDENTIAL

WAG00000460

WAGFLDEA00000459

CONFIDENTIAL

Sincerely,
Angela Parlato, RPH, PharmD
Pharmacy Manager #1724

CONFIDENTIAL

WAG00000461

WAGFLDEA00000460

CONFIDENTIAL