# **EXHIBIT 150**

Message

| | |
|---|---|
| From: | Mills, Steven [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-MILLS, STEVEN P. ( SPMILLS )813] |
| Sent: | 12/6/2012 9:27:13 AM |
| To: | Mcqueen, Stephen [stephen.mcqueen@walgreens.com] |
| Subject: | FW: Controlled Substance Order Quantity Override Form |

Stephen,

In order to process this request  I require additional information of the top 5 MD's prescribing Hydrocodone 10/650MG.

Information I'm looking for:

- MD's DEA's Number/Address/Phone Number
- MD's Scope of Practice
- MD's affiliation with Hospitals or Independent groups

Additionally, I would like to see the 3rd party VS. Cash sales for Hydrocodone 10/650MG.  You may want to work with the DLPM to pull this report.

If you have any questions, let me know.

Thanks

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2779
f. 847-315-3675


-----Original Message-----
From: Gehrand, Katie On Behalf Of rxinventory
Sent: Wednesday, December 05, 2012 8:10 AM
To: Mills, Steven
Subject: FW: Controlled Substance Order Quantity Override Form

Steve,

Can you look at this one?

Be Well,
Katie

Katie Gehrand, CPhT
Pharmacy Inventory Specalist
Walgreens Co.
200 Wilmot Road MS#220B
Deerfield, IL 60015
p.847-315-3376
f.847-315-3675


-----Original Message-----
From: stephen.mcqueen@walgreens.com [mailto:stephen.mcqueen@walgreens.com]
Sent: Tuesday, December 04, 2012 11:02 PM
To: rxinventory
Cc: Mcqueen, Stephen
Subject: Controlled Substance Order Quantity Override Form

DistrictNumber:  328

DM Email Address:  brian.keimach@walgreens.com

HIGHLY CONFIDENTIAL

DLP Email Address:  jim.nickols@walgreens.com

Store:  10329

Address:  901 S.5th Street

CityStateZip:  Hartsville, SC 29550

DEA:  FW1156632

Pharmacy Manager:  Charles (Edwin) Boyd

Pharmacy Supervisor:  Stephen McQueen

NDC:  00591-0503-01

WIC:  672664

Drug Name Strength:  Hydrocodone/APAP 10/650 MG

Package Size:  100 count bottle

Order Quantity Needed:  90 x 100 count (2 week supply)

Reason:  Other

If you selected Other please enter reason here:  High volume medication of choice by MD

Provide a detailed explanation of this request including Rx sales history 13 week item movement current on hand count inventory adjustments etc:  52 week item movement reports were analyzed by DLPS and RXS and were found to be consistent with no spikes. Numerous scripts were audited. All were found to be legitimate with proper DOS, appropriate time between fills (monthly), minimal cash pay, majority third party. No multiple pharmacy use, single prescriber writing scripts. This medication is the doctor's group drug of choice for treating patients suffering from both acute and long term pain conditions. My DLPS and myself both agree nothing looks out of the ordinary with respect to the dispensing of this medication from the staff at 10329.

Form Submitted On:  12/4/2012 23:01:55

HIGHLY CONFIDENTIAL

WAGMDL00107163