# EXHIBIT 151

```
ORPO317        QPADEV001Q           MARTINB              10:56:25        8/25/09
                                ORDER ITEM DETAIL                     SUSPICIOUS ORDER

Store Number          : 05646                    Order : 145510 R
District Number       : 00194                    Line:     72 Sale Cat RX
Cntrl Drug :                                     Creation Date:    8/22/09
Dept Number : 015                                Release Date :    8/23/09
Item Number           : 524435                   Delivery Date:    8/25/09
Product Identifier    : 34580272162              Suggested Qty:          3
Planogram Link Nbr    : 40000524435              Order Qty    :          3
Item Description      : CETIRIZINE-D 12 HOUR TAB (PER)+2 Adjusted Qty :   0
==============================================================================
Adjusted User             :                      ORIGINAL-USER QPGMR
Adjusted Date             :                            DATE  8/23/09
Tolerance Limit           :      5                     TIME  2:31:47
Avg Ordering Frequency    :   .115
Curr Ordering Frequency   :  1.000
Sub Inventory Adjustment:  Yes
Suspicious Reason Code    : T - Exceeds Tolerance Limit


F3=Exit
```



EXHIBIT
Walgreens
Martin 2
1-25-19

P-WAG-02090

WAGMDL00674550

HIGHLY CONFIDENTIAL