# EXHIBIT 155

# Target Drug Good Faith Dispensing Checklist

## Steps for Technician to Complete

**Patient Name:**            **Rx #**            **Date:**

**Please select drug & provide strength (tablets/capsules only):**

Oxycodone_____ Hydromorphone_____ Methadone_____ Other (optional - district specific)_____

| | Check boxes that apply to assist the pharmacist in determining if the prescription should be filled. Attach checklist to hard copy of Rx. | Yes | No |
|---|---|---|---|
| 1 | Valid government photo ID copied and attached to hard copy of Rx. For eRx, attach copy at pick- up. ID is optional for Hospice, oncology, bedside delivery, sickle cell patients, and patients <u>known</u> to the pharmacy staff, unless it is required by state regulations. | ☐ | ☐ |
| 2 | No prior GFD refusal for **this** exact prescription in patient comments in IC+ profile. If so, prescription must not be dispensed. | ☐ | ☐ |
| 3 | Patient has received this prescription from Walgreens before. | ☐ | ☐ |
| 4 | This prescription is from the same prescriber for the same medication as the previous fill. | ☐ | ☐ |
| 5 | 3rd Party Insurance is billed (If cash or a cash discount card, use caution). | ☐ | ☐ |
| 6 | Patient does not appear intoxicated or under the influence of illicit drugs. | ☐ | ☐ |

I attest, I have used the Target Drug Good Faith Dispensing Checklist validation procedures to validate the information above:

Technician Initials:_____

## Steps for Pharmacist to Complete

| | | Yes | No |
|---|---|---|---|
| 7 | If available in your state, PDMP has been reviewed. Prescription is being filled on time. If your state regulates early refills of controlled substance prescriptions, follow your state's regulations. | ☐ | ☐ |
| 8 | Patient and/or prescriber address is within geographical proximity to pharmacy; any variances can be reasonably explained. | ☐ | ☐ |
| 9 | Chronic prescription use can be explained and is supported by documentation (ICD 10 code or diagnosis consistent with chronic pain condition). | ☐ | ☐ |
| 10 | Per CDC recommendation, naloxone was offered to the patient in case of an emergency for Prescriptions ≥ 50 Morphine Milligram Equivalents (MME). *Please refer to the Internal Patient Talking Points #10-16 | ☐ | ☐ |

| MME Calculator Quick Reference Guide ||||
|---|---|---|---|
| Codeine - 330mg/day = 49.5 MME | Fentanyl Patch- 20mcg/hour = 48 MME | Hydrocodone - 50mg/day = 50 MME | Hydromorphone - 12mg/day = 48 MME |
| Methadone up to 20mg/day = 80MME | Morphine - 50mg/day = 50 MME | Oxycodone - 33mg/day = 49.5 MME | Oxymorphone - 16mg/day = 48 MME |
| Tapentadol - 125mg/day = 50 MME | Tramadol - 400mg/day = 40 MME | | |

**Refer to Opioid Dosage Calculator and CDC handout "Calculating Total Daily Dose of Opioids for Safer Dosage"**

**If in your professional judgment a call to the prescriber's clinical staff is warranted, document conversation in notes section. If no call is required, complete this form with your signature.**

*(For Hospice, oncology, and sickle cell patients only: RPh may fill the prescription without verification provided the elements of Good Faith Dispensing are met.)*

**Notes:**

I attest that I have used the Target Drug Good Faith Dispensing Checklist validation procedures and my professional judgment to review this prescription and I have:

Dispensed: ☐    Pharmacist signature _____

Refused: ☐    (RPh must inform patient of refusal and make a copy of the Rx for the refusal file folder)

Proprietary & Confidential. This Checklist and the information contained herein is a Trade Secret of Walgreen Co.

CONFIDENTIAL          WAGMDL00000360