# EXHIBIT 157



**Douglas Healy**/East/OPS/Walgreens
11/18/2011 08:05 AM

To tomas.fernandez@exchange.walgreens.com
cc
bcc
Subject Fw: Dr. Stark meeting.

Tomas,
I met with Dr. Stark last week along with a pharmacy manager of mine, Pat Paquette. The highlights of the meeting are below and I was going to send out to my district after running it by Dr. Stark.

After the meeting, Pat still does not feel comfortable filling Dr. Stark's scripts for the following reasons:
1. He prescribes multiple controlled substances for each patient. At the meeting we shared with him documentation that drugs causing sedation should not be used together, or if they are, used sparingly. His reply was that "I treat patients, not protocols or recommendations." He also stated "I read somewhere that higher doses of Oxycodone cause hyper-excitability in about 1/2 of patients. However, I cannot find the document that was in." In other words, he has no documentation for his prescribing practices. He normally prescribes 180 tabs of immediate release Oxycodone, 180 Xanax 2mg and a muscle relaxer - Soma
2. The pain controlled substances prescribed, are immediate release. Notice I offered him some long acting alternatives in my email below....There is NO ACKNOWLEDGEMENT of this in his reply.
2. If you look at his license on the Fl license verification website, his specialty is PEDIATRICS. If we received a script from a currently practicing pediatrician for 180 tablets of Oxycodone, though a legal script, it would most likely be turned away because it's not in his/her scope of practice. Why should we treat a former pediatrician any differently. Futher, if questioned by law enforcement, what defense could we give for filling scripts from a pediatrician practicing pain management?

Regarding, his "slander" statement below. Is it slander to simply say, "I will not fill scripts from this doctor."??

I'll respond to Dr. Stark below. Maybe we could talk on Monday about what I can/can't should/shouldn't say. I'm on vacation today.

Thanks Tomas...I appreciate your help.

Douglas Healy
Pharmacy Supervisor
Melbourne

Have YOU given a flu shot today?

----- Forwarded by Douglas Healy/East/OPS/Walgreens on 11/18/2011 08:42 AM -----



**Charles Stark**
<dickstarkster@gmail.com>
11/14/2011 01:08 PM

To Douglas.Healy@walgreens.com
cc
Subject Re: Dr. Stark meeting.

Doug,

I think your email reflects what we discussed quite well. In paragraph 6 you mention I wean patients off pain meds. I really wean **all** of my patients down to minimal doses appropriate for their multivariate needs to achieve pain levels that warn of possible worsening of their fundamental physical defects. The goal is always to enable a reasonable life pattern with residual pain. Some patients require more pain control. That is a fact and exact mean dosages make little sense in the front line clinic scene. I know that many of my patients are overdosed and I am weaning them to appropriate dosages. I am tolerant of their resistance to do so and

CONFIDENTIAL

WAG00000764

WAGFLDEA00000763

CONFIDENTIAL

will eventually discharge some for refusal to seek a healthier status. I am willing to share my data on discharges for illicit drug usage and for 'doctor shopping' if anyone is interested.

Regarding Pat, I do not have good feelings about his reaction to our meeting. Today, 14Nov2011, he has dismissed my patients rudely; "I will not fill Dr. Stark's prescriptions." audible to others waiting for service. He has caused one patient to seek care for another physician. He told another, "I don't care what was said at the Thursday meeting, I will not fill this doctor's prescriptions". The patients in the quotes have agreed to testify about the slander in court. **Many** other patients will testify similarly.

I want to work with any pharmacist who can cite data addressing errors in judgement in my prescription. I am aware of much literature but certainly not all and I am quite open to revising my multivariate needs for particular dosages I write. Pat refuses to work rationally with me and I believe his slander is not acceptable and is certainly not a reasonable response to our Thur meeting. I would like a reasonable settlement to this problem. I do not want to mount a slander suit.

Please Help!

Dick Stark

On Sat, Nov 12, 2011 at 10:50 AM, <Douglas.Healy@walgreens.com> wrote:

> Dr. Stark,
> Here's a draft of the email I intend to send to the district. I have copied Pat on it as he sat in the meeting as well. I hit the points as I have them down in my notes. Please review to make sure I have represented you and your statements correctly and not misrepresented anything. If I have, it was not done so intentionally.
>
> Please feel free to make additions/subtractions/suggestions to below.
>
> Also, I did a review of our prices on several pain meds. You will see that there are several long acting drugs that are comparable or even cheaper than immediate release Oxycodone.

| Drug | Quantity | Patient Price |
|---|---|---|
| Oxycodone 30mg immediate release | 240 | $316.58 |
| Oxycodone 15mg immediate release | 240 | $200.98 |
| Fentanyl 50mcg patch | 10 | $253.99 |
| Fentanyl 75mcg patch | 10 | $323.99 |
| Oxymorphone ER 7.5mg tab (Opana ER generic) | 60 | $173.99 |
| Oxymorphone ER 15mg tab (Opana ER generic) | 60 | $284.99 |
| Morphine sulfate ER 100mg (MS Contin generic) | 60 | $239.99 |
| Morphine sulfate ER 200mg (MS Contin generic) | 60 | $152.39 |
| Oxycontin 20mg | 60 | $269.99 |
| Avinza 30mg | 30 | $175.79 |
| Avinza 60mg | 30 | $282.29 |
| Kadian 50mg | 30 | $301.49 |

*******
All,

CONFIDENTIAL

CONFIDENTIAL

WAG00000765

WAGFLDEA00000764

I know many of you are getting scripts for pain management from Dr. Stark. Pat Paquette and I met with Dr. Stark Thursday morning and discussed his policies and procedures at this clinic. Here are some of the notes from that meeting.

Dr. Stark performs a thorough pre-screening of all his patients. This includes a review of all surgical reports, all diagnostic reports, medication history, and progress notes from previous physicians who have treated pain. Additionally, his office performs a background check on patients using the Clerk of Courts for Brevard county and the Florida Arrests website for the purpose of screening out individuals who have a past charge of dealing drugs. He also utilizes the new PDMP system.

His patients are given random urine analysis twice a year to check for medication compliance. This urine analysis checks for metabolites as well as the active ingredient to ensure patients haven't taken a tablet before the visit.

We also discussed the use of other sedating medications (Benzodiazepines and muscle relaxers) along with higher doses of pain meds. Pat and I stated from an RPHs perspective, current guidelines recommend against the use of sedating meds with chronic opiod therapy. Dr. Stark is aware of the recommendations (as well as the number of deaths caused by BZDs and oxycodone) but reports that following the recommendations is not always possible with patients as many have other underlying conditions that also need to be treated (examples given included anxiety or nerve hyper-excitability caused by higher doses of oxycodone.)

In addition to medication, his office also employs psychotherapy and bio-feedback for his patients. His patients also are coached on varying exercises to help reduce pain and the reliance on mediation.

Dr. Stark states he is constantly working towards weaning his patients off the pain meds and has also discharged many patients from his office due to improper medication usage, dr. shopping or flat out lying to him.

In the end, he wants RPhs to give him a chance and try him out. If you have questions or issues with him/his scripts or a specific patient, he is more than happy to meet with you personally to address your concerns and work together for the best patient outcome. He welcomes phone calls or he stated you may email him directly at DICKSTARKSTER@GMAIL.COM with questions/comments and he will respond.

Thanks.


Douglas Healy
Pharmacy Supervisor
Melbourne

Have YOU given a flu shot today?


--
Charles R. Stark, M.D., BCIA[-EEG
321.298.3399
dickstarkster@gmail.com
Skype: dickstark
www.LifeEnrichNow.com

CONFIDENTIAL

CONFIDENTIAL

WAG00000766

WAGFLDEA00000765