# EXHIBIT 158



"Pharmacy Manager 12885"
<rxm.12885@store.walgreens.com>
09/18/2011 12:37 PM

To <Jackie.Donovan@walgreens.com>
cc "rxm 12885" <rxm.12885@store.walgreens.com>
bcc
Subject Question/advice--sorry long read:)

Good Morning Jackie,

I wanted to talk to you about the whole oxycodone situation and to let you know what we do here.

1) When filling any oxycodone medication we call and verify them as well as get a diagnosis, the purpose of this is to try and make sure that none of the rx's are fake to the best of our ability.

2) Also we rarely just fill oxycodone by itself. We ask for any other rx's that the md wrote for them and we verify with the md what scripts they gave them. (ie, long acting medication, anti-imflammtory,etc..) we don't just want to be filling just the oxy's (we understand there may be a few exceptions, but for the most part we make sure it is with some kind of therapy). If you are on a pain management regimen then we fell you should also have other medications to go with your treatment.

3) We also only fill for those that live in the area. (Palm Harbor, Oldsmar, Trinity, Clearwater, etc. )We also recommend that if you live in a different area to try a establish yourself with a pharmacy so that you are not driving around. We also do not take from certain md offices, as they have not been helpful or forthcoming with information that we ask. However we will fill for other md's that have done everything that we ask for.

The biggest thing or complaint I get is #3. Not filling for brandton, tampa, springhill etc.. See I don't like to lie like alot of other stores and say we don't have. I tell them the true I am nice about it and they seem to understand until they "can't get" anywhere and then they call and complain that we would not fill their rx's (usually with a different story of course). I am sorry if you are getting calls on behalf of my store, that is something extra that I don't really want to put on you. But I figure that way they know and they won't come and bother us again next month. It will better help me control the situation so as it does not get out of control, but also be able to serve and help the patients that do come in
and need the medication as well.

Both you and I know that I can't be the only one from tampa to brandon to pasco, etc. to have this in stock. I also understand that with this medication complaints are going to happen. I just wanted you to understand of what we do here so that if people call you about us you have a better understand (If they haven't already).

Also if you see something that we are doing wrong please let me know so that we can correct. I do not want to do anything that will effect myself, my staff or walgreens, but I also understand that I also have to help service the patients.

If what we are doing is good then please let me know or if you have any other advice that my help I am open to ideas.

Sorry again for the long read. Just wanted to explain how we handle the oxy. situation in florida here. All seems to work well just that I have seen some complaints coming in, regarding #3. (I think from despirate people, which I don't feel it is my responabailty to fill for all of florida).

Thanks and have a great day,
Fred

CONFIDENTIAL

WAG00000401

WAGFLDEA00000401

CONFIDENTIAL