# EXHIBIT 159

**From:** Pharmacy Manager 05857
**To:** Amy Spiehs
**Sent:** Friday, August 26, 2011 4:41 PM
**Subject:** RE: OXY

Hi Amy,
I just turned down a oxy rx from tampa MD, the guy walked out saying "I hope you guys get robbed"

Hong 5857

CONFIDENTIAL

CONFIDENTIAL

WAG00000444

WAGFLDEA00000443