# EXHIBIT 160

# REDACTED

# INCIDENT REPORT
## AKRON POLICE DEPARTMENT

I certify that this is an official copy of the original report
Certified by:

### INCIDENT

| REPORT NO. | TYPE | REPORT DATE/TIME | OCCURRED FROM | OCCURRED TO | REPORTED BY |
|---|---|---|---|---|---|
| 09-021444 | Offense | 07/28/2009 22:03 | 07/28/2009 20:57 | 07/28/2009 20:57 | 1282 CETUCKER |

| INCIDENT ADDRESS | DISTRICT | CLEARANCE | CLEARANCE DATE | CLEARED BY |
|---|---|---|---|---|
| 302 S Canton Rd, Akron, OH 44312 | 4 | F - Arrest - Adult | 07/28/2009 | 1282 CETUCKER |

### VICTIM NO. 1

| VICTIM NAME | PERSON TYPE | LINKED TO REPORTERS | LINKED TO OFFENSES |
|---|---|---|---|
| State of Ohio | Government Agency | No. 1 | Nos. 1, 2 |

| LINKED TO SUSPECTS (RELATION TO SUSPECT) | LINKED TO PROPERTY |
|---|---|
| Nos. 1 - Not Applicable, 2 - Not Applicable | Nos. 1, 2 |

### REPORTER NO. 1

| REPORTER NAME | PERSON TYPE | DOB | RACE | SEX | AGE | ADDRESS |
|---|---|---|---|---|---|---|
| Nathan Goik | Individual | /1981 | White | Male | 28 | 302 S Canton Rd, Akron, OH 44312 |

| PHONE | EMPLOYER | EMP ADDRESS | EMP PHONE | HOURS WORKED |
|---|---|---|---|---|
| 330-733-4237 | Walgreen's | 302 S Canton Rd, Akron, OH 44312 | 330-733-4237 | varies |

| JOB TITLE | LINKED TO VICTIMS |
|---|---|
| Pharmacist | No. 1 |

### OFFENSE NO. 1

| OFFENSE CODE & DESCRIPTION | HATE BIAS | CRIMINAL ACTIVITY |
|---|---|---|
| 2925.22 - Deception to Obtain a Dangerous Drug | Completed | B - Buying / Receiving |

| SYNOPSIS / HOW COMMITTED | LOCATION TYPE | LINKED TO VICTIMS | LINKED TO PROPERTY |
|---|---|---|---|
| possessed forged Rx | 33 - Drugstore | No. 1 | No. 1 |

### OFFENSE NO. 2

| OFFENSE CODE & DESCRIPTION | HATE BIAS | SYNOPSIS / HOW COMMITTED |
|---|---|---|
| 2925.23 - Illegal Processing of Drug Documents | Completed | Possessed forged prescription |

| LOCATION TYPE | LINKED TO VICTIMS | LINKED TO PROPERTY |
|---|---|---|
| 33 - Drugstore | No. 1 | Nos. 1, 2 |

### SUSPECT/ARRESTEE NO. 1

| SUSPECT/ARRESTEE NAME | PERSON TYPE | ARREST STATUS | SSN | DOB | RACE | SEX | AGE | HEIGHT |
|---|---|---|---|---|---|---|---|---|
| Dusty L Richards | Individual | Arrest Made | **** | /1988 | White | Male | 21 | 6'-01" |

| WEIGHT | ADDRESS | PHONE | RESIDENT STATUS | MARITAL STATUS | HAIR COLOR | EYE COLOR | SPEECH |
|---|---|---|---|---|---|---|---|
| 155 | Akron, OH 44319 | 330-644-3769 | Resident | Single | Brown | Green | Normal |

| HAND USE | DRUG USAGE | ALCOHOL USAGE | EMPLOYER | EMP ADDRESS | DRIV LIC NO. | DL STATE |
|---|---|---|---|---|---|---|
| Unknown | Suspected Drug User | Unknown | Arby's | Massillon Rd, Akron, OH | SX225222 | OH |

| SUSPECTED OF USING | WEAPON/FORCE USED | ARRESTEE ARMED WITH | LINKED TO VICTIMS (RELATION OF VICTIM) |
|---|---|---|---|
| D - Drugs | 99 - None | 99 - None | No. 1 - Not Applicable |

| LINKED TO PROPERTY |
|---|
| Nos. 1, 2 |

| ARREST NO. | OFFENSE NO/CODE | ARREST TYPE | ARREST DATE/TIME | ARREST BY | COUNTS |
|---|---|---|---|---|---|
| 09-CRA-09141 | 1 - 2925.22 | Crime In Progress | 07/28/2009 20:57 | 1282 | 1 |
| 09-CRA-09141 | 2 - 2925.23 | Crime In Progress | 07/28/2009 20:57 | 1282 | 1 |

**** = denotes redacted information

Incident Report - Akron PD - October 9, 2018 02:36:30 PM   Report #09-021444
Official Copy - Redacted Version [2282876]   Page 2 of 2

Case: 1:17-md-02804-DAP  Doc #: 2386-10  Filed: 08/14/19  3 of 3.  PageID #: 392493

## SUSPECT/ARRESTEE NO. 2

| SUSPECT/ARRESTEE NAME | PERSON TYPE | ARREST STATUS | SSN | DOB | RACE | SEX | AGE | HEIGHT |
|---|---|---|---|---|---|---|---|---|
| Tierra R Ward | Individual | Arrest Made | **** | /1990 | White | Female | 19 | 5'-08" |

| WEIGHT | ADDRESS | RESIDENT STATUS | MARITAL STATUS | HAIR COLOR | EYE COLOR | SPEECH | HAND USE |
|---|---|---|---|---|---|---|---|
| 125 | Akron, OH 44312 | Resident | Single | Brown | Brown | Normal | Unknown |

| DRUG USAGE | ALCOHOL USAGE | EMPLOYER | DRIV LIC NO. | DL STATE | SUSPECTED OF USING | WEAPON/FORCE USED |
|---|---|---|---|---|---|---|
| Suspected Drug User | Unknown | none | SV677652 | OH | D - Drugs | 99 - None |

| ARRESTEE ARMED WITH | LINKED TO VICTIMS (RELATION OF VICTIM) | LINKED TO PROPERTY |
|---|---|---|
| 99 - None | No. 1 - Not Applicable | Nos. 1, 2 |

| ARREST NO. | OFFENSE NO/CODE | ARREST TYPE | ARREST DATE/TIME | ARREST BY | COUNTS |
|---|---|---|---|---|---|
| 09-CRA-09140 | 1 - 2925.22 | Crime In Progress | 07/28/2009 20:57 | 1282 | 1 |
| 09-CRA-09140 | 2 - 2925.23 | Crime In Progress | 07/28/2009 20:57 | 1282 | 1 |

## PROPERTY NO. 1

| PROPERTY CLASS | PROPERTY TYPE | VALUE | LOSS CODE | DESCRIPTION |
|---|---|---|---|---|
| Article | 07 - Other Documents | Unknown | 3 - Counterfeited / Forged | forged prescriptions |

| QTY | LINKED TO VICTIMS | LINKED TO OFFENSES | LINKED TO SUSPECTS |
|---|---|---|---|
| 2 | No. 1 | Nos. 1, 2 | Nos. 1, 2 |

## PROPERTY NO. 2

| PROPERTY CLASS | PROPERTY TYPE | VALUE | LOSS CODE | DESCRIPTION |
|---|---|---|---|---|
| Article | 07 - Other Documents | Unknown | 5 - Stolen, etc. | possessed forged prescriptions |

| QTY | LINKED TO VICTIMS | LINKED TO OFFENSES | LINKED TO SUSPECTS |
|---|---|---|---|
| 2 | No. 1 | No. 2 | Nos. 1, 2 |

## NARRATIVE

**OFFICER NARRATIVE**

The Pharmacist from Walgreen's, Nathan Goik, reported that two individuals had tried to pass two forged prescriptions, one for Xanax and the other for Percocet. He stated that both suspects, Dusty Richards and Tierra Ward walked up to the counter to present the prescription. It was in Ward's name and she provided her insurance card to him. Upon receiving the prescription, Goik was suspicious of the prescriptions. Goik contacted the Dr. on the prescription to verify if it was legitimate or not. Dr. Ghoubrial advised him that he had not written either prescription. The Pharmacist contacted Akron Police. When I arrived on scene, both suspects were seated in the pharmacy waiting area. Ward was read MIranda at 2043. Richards was read Miranda at 2120.

## ADMINISTRATIVE

| DB NOTIFIED | STATUS | SIGNED BY | APPROVED BY |
|---|---|---|---|
| No | Validated | 1282 CETUCKER | 864 GWEBB |

**** = denotes redacted information