# EXHIBIT 162

# REDACTED

Message

**From:** RXM 04776 [RXM.04776@store.walgreens.com]
**Sent:** 4/13/2017 1:44:51 PM
**To:** pleonard@akronohio.gov
**Subject:** Dr. Lisy

Detective Leonard,

███████████████████████████████ rd Akron OH 44319 is prescribed Adderall, oxycodone, oxymorphone, soma, tramadol, and alprazolam by Dr. Todd Lisy.

I also wanted to note her husband, ███████████████ /1966), passed away ███ /2017.  He was taking gabapentin, oxymorphone, Adderall, and oxycodone all prescribed by Dr. Lisy.

The quantity and combination of medications does not seem appropriate to me.

Thank you for looking into this for me.  Let me know what you find out.

Thank you,

███████████

CONFIDENTIAL
AKRON_000367619