# EXHIBIT 166

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3

    --------------------------    )
 4  IN RE: NATIONAL               ) MDL No. 2804
    PRESCRIPTION OPIATE           )
 5  LITIGATION                    ) Case No.
    --------------------------    ) 1:17-MD-2804
 6                                )
    THIS DOCUMENT RELATES TO      ) Hon. Dan A. Polster
 7  ALL CASES                     )
    --------------------------    )
 8
 9                 HIGHLY CONFIDENTIAL
10       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12                VIDEOTAPED DEPOSITION OF
13                     MARK NICASTRO
14                    December 6, 2018
15
16                  Indianapolis, Indiana
17
18
19
20
21
22            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

```
 1   process for you, right?
 2        A.   It was a daylight process, day shift
 3   process.
 4        Q.   You didn't get orders overnight and have
 5   to fill them overnight?
 6        A.   No.  No, we only filled control drugs on
 7   one shift in an eight-hour period.
 8        Q.   Okay.  And that was during the day?
 9        A.   Yes.
10        Q.   And you were fulfilling orders from a
11   thousand-odd stores in the Indianapolis
12   distribution center, right?
13        A.   Per week, yes.
14        Q.   Per week.  Well, every day, right?
15        MR. HYNES:  Objection.
16   BY THE WITNESS:
17        A.   No, it was a thousand stores -- a little
18   over a thousand stores in total.
19   BY MR. DeROCHE:
20        Q.   In total that you were servicing?
21        A.   Correct.
22        Q.   Right.  And how many folks worked in the
23   control cage at the distribution center in
24   Indianapolis?
```

```
 1        A.    Approximately eight.
 2        Q.    And so you had eight of these pickers
 3   and packers at any one time, is that correct?
 4        A.    Yes.
 5        Q.    Did they all work every day or were
 6   there three or four and you spread out the shifts?
 7        A.    No.  We only ran that department on one
 8   shift, day shift, and those eight folks were our
 9   controlled substance pickers and packers and
10   checkers.
11        Q.    Okay.  And in 2008 when you came in, how
12   long had those folks been working for CVS that were
13   working in that position?
14        MR. HYNES:  Objection to form.
15   BY THE WITNESS:
16        A.    I can't tell you the -- all their
17   seniority dates at that point.  What I can tell you
18   is most of those folks were more tenured
19   associates.  And even today I still have one -- two
20   associates in that department that are still there
21   today from when I came in in 2008.
22   BY MR. DeROCHE:
23        Q.    And, so, the process that they followed
24   when they were picking these controlled substances
```

1  that you were then going to ship to Somerset, what
2  was the actual process that they followed?
3         Why don't you explain that to me.  I'm
4  talking about 2008.
5    A.   They would -- they would go through and
6  pick the orders and they would review the orders
7  for anything of unusual size.
8         These were our experts.  They were in
9  the cage every single day.  They picked these
10 orders every single day.  And they are going to be
11 the best -- have the most knowledge as to whether
12 an order seems unusual size or pattern.
13   Q.   For a particular store, in other words,
14 they had to have a knowledge of what the store had
15 ordered in the past for these thousand stores?
16   A.   They had a general knowledge of how many
17 bottles they would pick for any particular store.
18   Q.   I mean, you have a wide range of
19 controlled substances that would go to your stores,
20 wouldn't you?
21   A.   It's a small number of items that we
22 have in our control cage.
23   Q.   I'm not talking about the items.  I'm
24 talking about the range of the number of orders

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. DeROCHE:
 2        Q.    Were the pickers and packers provided
 3   any kind of training, specific training, as to
 4   suspicious order monitoring and how to flag orders?
 5        MR. HYNES:  Objection; asked and answered --
 6   BY MR. DeROCHE:
 7        Q.    That you can recall.
 8        MR. HYNES:  -- by Mr. Elsner.  Go ahead.
 9   BY THE WITNESS:
10        A.    We -- they were trained when they went
11   into the department by the pharmacy supervisor or
12   manager as to what to look for and then with the
13   other experienced pickers in that area.
14              So, if we had a new person go in, they
15   would, you know, learn from their -- from the --
16   what we showed them from the pharmacy supervisor or
17   manager and then from the rest of the team that was
18   in there.
19              Again, it was a very small team of, you
20   know, tenured folks that knew the process.
21   BY MR. DeROCHE:
22        Q.    Was there any kind of quality control
23   that was undertaken with respect specifically to
24   the suspicious order monitoring activities of the
```