# EXHIBIT 169



## VIPERx PDMR - High Priority

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

**Area:** 1

*Tuesday, May 15, 2012*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074775**

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074776**

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074777**



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

RLPM   Farrell, Donna

| Source | Store | A | R | D | Name | Flg | DEA | GCN | DC | OV | OV # | Tot Ship | TI | TO | Rtn | Disp | CC | CC# | OADJ | OADJ# | Growth | Growth% | Growth$ | #PDMR | # IIP | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HPPDMR | 2503 | 2 | 31 | 6 | HYDROCODON-ACETAMINOPHN 10-325 | 3 | 3 | 70330 | 2500 | 0 | 0 | 2500 | 0 | 0 | 0 | 1366 | -553 | 4 | 1500 | 3 | 1134 | 45% | $765 | 2 | 1 | 671 | |

**HIGHLY CONFIDENTIAL**                                                        **CVS-MDLT1-000074778**



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000074779**



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074780**



January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN

| Source | Store | A | R | D | Name | Flg | DEA | GCN | DC | OV | OV # | Tot Ship | TI | TO | Rtn | Disp | CC | CC# | OADJ | OADJ# | Growth | Growth% | Growth$ | #PDMR | # HP | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HPPDMR | 3634 | 2 | 31 | 1 | HYDROCODONE BT-IBU 7.5-200 TAB | 3 | 3 | 63101 | 300 | 1200 | 8 | 1500 | 0 | 0 | 0 | 746 | -419 | 6 | 0 | 0 | 754 | 50% | $2,224 | 1 | 1 | | |

RLPM          Lomanto, Colleen

**HIGHLY CONFIDENTIAL**                                          **CVS-MDLT1-000074781**

*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074782**



*January 29th - April 28th - VIPERx High Risk Categories: 1,2, 3,4, 8  P - By GCN*

Tuesday, May 15, 2012

Page 9 of 67

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074783**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074784**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074785



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074786



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074787



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074788



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074789



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074790



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074791**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074792**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074793



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074794



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074795



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074796



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074797



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074798**



**HIGHLY CONFIDENTIAL**                                    CVS-MDLT1-000074799



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074801



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074803



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074804



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074806



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074807



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074808**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074809



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074810



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074811



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074812**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074813**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074814**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074815**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074816**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074817**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074818



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074819**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074820



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074821**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074822**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074823**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074824



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074825



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074826



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074827**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074828**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000074829



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074830**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074831



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074832



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074833



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074834



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074835



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074836**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074837



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000074838**



**HIGHLY CONFIDENTIAL**  CVS-MDLT1-000074839



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074840



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000074841