# EXHIBIT 174

# Suspicious Order Monitoring for PSE/Control Drugs

Summary of Key Concepts and Procedures

August 27, 2010

1

**CONFIDENTIAL**

**CVS-MDLT1-000075300**


## CVS Suspicious Order Monitoring

☐ CVS has implemented several policies and procedures to identify and investigate potential suspicious orders:

- Stores are limited in how much PSE/EPH/Control Drugs may be ordered
- An Inventory Review Report has been developed to identify potential excessive orders
- DC RX and Loss Prevention have been tasked with review and investigation of potential suspicious orders from the DC to the stores

2

**CVS-MDLT1-000075301**

## Purpose of Inventory Review Report (IRR)

CVS has created a IRR for PSE/EPH and for Controlled drugs to:

☐ Assist in detection of potential suspicious orders

☐ Prevent diversion of PSE/EPH/Control Drug Products

☐ Proactive approach to detect or debunk PSE/EPH/Control Drug theft

*"CVS does not provide drugs to third party clients and or independent operators. CVS has placed limits on all PSE/EPH and Control Drug orders"*

3

**CONFIDENTIAL**

**CVS-MDLT1-000075302**

## What is a PSE IRR

- ☐ Report based on 4 formulas used to determine potential suspicious orders
  - Current order deviation from 6 month avg
  - Current order deviation from 12 month avg
  - Deviation of current order from historic ordering behavior
  - Deviation of current order from previous 2 months and months 11 and 12 (4 month average)

4

**CVS-MDLT1-000075303**

## What is a Control Drug IRR

- Report based on 6 formulas used to determine potential suspicious orders
  - Current order deviation from 6 month avg
  - Current order deviation from projected order based on historical average
  - Detects if GNC is subject to frequent ordering
  - Detects an increasing trend in ordering behavior
  - Detects if GNC has been ordered in past 2 months
  - Determines if GNC order is less than or equal to 6 month maximum

5

CONFIDENTIAL

CVS-MDLT1-000075304

## PSE/Control Drug IRR Review

- ☐ MTD – Month To Date
- ☐ LAG – last month orders are LAG 1.  One year ago is LAG 12.  (Control Drug IRR uses 6 month LAG)
- ☐ PSE/EPH quantity is represented in grams (not by item)
- ☐ Control Drug quantity is represented by individual item

6

CVS-MDLT1-000075305

## Responsibilities

- □ DC RX – Review Report (IRR) Daily and determine whether variances are within acceptable ranges
- □ Communicate variances that require additional review to the Viper Analyst
- □ Viper Analyst determines if report warrants further investigation and communicates decision to DC RX
- □ DC RX files information with DC copy of IRR
  - ■ Determination of suspicious order - Director of Logistics Loss Prevention notifies DEA and conducts investigation; no further shipments of the product to the store until the matter is resolved
  - ■ No suspicious order - Attach documentation to IRR report and file

7

CVS-MDLT1-000075306

## What to consider when determining if a PSE/EPH order is potentially suspicious

- ☐ Was there a "Peak Til" or "Push"? – DC RX will have this information
- ☐ Is it allergy season?
- ☐ What is the stores inventory levels?
- ☐ How many actual grams were ordered?
  - ■ Although there are formulas, it doesn't take much to flag a low volume store order.
  - ■ Ex. There are 3.6 grams of PSE in Clariton D 30 ct.  A store order of 6 boxes would result in 21.60 grams just for that one item order

8

CVS-MDLT1-000075307

What to consider when determining if a Control
Drug order is potentially suspicious

- Control Drugs are not commonly "Pushed" as a sale item
- Control Drugs do not have a "Seasonal" increase in most cases
- How many items does the store have on the IRR
- If more than one item on IRR, are the items in the same category (pain, anxiety, etc)

9

CVS-MDLT1-000075308

## FAQ

- ☐ Why is the DC responsible to review suspicious orders?
  - The DC as a separate DEA registrant is responsible for products shipped from the facility
  - DEA regulations require all distributors to report suspicious orders
  - Therefore the DC must review the orders of PSE/EPH/Control Drugs and initiate an investigation because the DC is the entity that picks and distributes the product.

10

CONFIDENTIAL

## FAQ continued

- ☐ Can the DC RX Supervisor supply item order information?
  - ■ Yes -- The DC RX team will first forward the info to the Viper Analyst to determine whether there is a legitimate reason for the order.  Further investigation should include a review of the list if items ordered.  Control Drugs are already broken down by item

11

CVS-MDLT1-000075310

## FAQ continued

- How long does the Viper Analyst have to follow up with the DC RX Dept?
  - It is the policy that the decision as to whether to conduct an investigation thus triggering a report to DEA be made on the same day as the variance is flagged.
  - The DC should hold the order or request a return of the order from the store if a determination is made that the order was not for a legitimate reasons.
  - Future shipments to the store of this product should be held until the matter is investigated and resolved.

12

CVS-MDLT1-000075311

## FAQ continued

☐ Why can't we have one set standard for initiating an investigation?

  ▪ There are several factors that can attribute to a store ordering high qty of PSE and/or Control Drugs. (Local competitor closes, vendor coupons for specific items, etc)

  ▪ Variance must be investigated to determine whether the order is excessive or outside the norm for that store and stores of similar size

13

**CONFIDENTIAL**