# EXHIBIT 175

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5    ------------------------------) MDL No. 2804

 6    IN RE:  NATIONAL PRESCRIPTION )

 7    OPIATE LITIGATION             )

 8    ------------------------------) Case No. 17-md-2804

 9    THIS DOCUMENT RELATES TO:     )

10    ALL CASES                     )

11    ------------------------------) Hon. Dan A. Polster

12

13                    HIGHLY CONFIDENTIAL

14       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16                  VIDEOTAPED DEPOSITION OF

17                     KELLY JAMES BAKER

18

19                     January 24, 2019

20

21                    Indianapolis, Indiana

22

23

24
```

1  staff you had and the system that you were given,

2  right?

3     A.   Correct.

4        MR. ELSNER:  Okay.  I -- I don't think I have

5  any other questions.  I pass the witness.

6              EXAMINATION

7  BY MR. CLARK:

8     Q.   Mr. Baker, I just have a couple of very

9  brief clarification questions.

10       Is that all right?

11    A.   Sure.  Sure, sure.

12    Q.   Do you remember today being shown a number

13 of e-mails where you identified for more senior

14 officials at CVS certain areas of improvement that you

15 had identified in the SOM practices and procedures?

16    A.   Yes.

17    Q.   I gather you understood it was an open

18 environment where you could readily raise such issues,

19 correct?

20       MR. ELSNER:  Objection.

21 BY THE WITNESS:

22    A.   Oh, yeah, yeah.

23 BY MR. CLARK:

24    Q.   Was there ever a time when you felt you

Highly Confidential - Subject to Further Confidentiality Review

1  did not have the resources or time to complete your
2  job?
3     A.    That's kind of -- I think we had the
4  resources I needed to do my job.  Time, that's --
5  that's hard to answer that because I -- you know,
6  sometimes I could get done early, sometimes I could
7  get done later.  If the reports -- the internet were
8  slow, your report would come in, say, 15 minutes
9  instead of two minutes, that kind of stuff, so.
10           I wouldn't say I didn't have enough time.
11 It just took time.  You know, sometimes it was longer
12 than others a bit.
13    Q.    You were always able to perform your job
14 then?
15    A.    Correct, yeah, I always left the day able
16 to sleep at night.
17    Q.    And I think, moving to another topic,
18 there were a number of times today when you were
19 testifying about the staffing of the SOM team after
20 Mr. Burtner's leaving CVS.
21           Do you remember that?
22    A.    Correct.
23    Q.    And I think a couple of times you
24 testified that it was you and Shauna Helfrich who were