# EXHIBIT 176

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

             FOR THE NORTHERN DISTRICT OF OHIO

 2                   EASTERN DIVISION

 3

     *************************

 4

     IN RE:  NATIONAL            MDL No. 2804

 5   PRESCRIPTION OPIATE

     LITIGATION                  Case No.

 6                               1:17-MD-2804

     *************************

 7

     THIS DOCUMENT RELATES TO    Hon. Dan A. Polster

 8   ALL CASES

 9   *************************

10

11       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

12               CONFIDENTIALITY REVIEW

13     VIDEOTAPED DEPOSITION OF DEAN A. VANELLI

14

15           Wednesday, January 16th, 2019

16                   8:03 a.m.

17

18       Held At:

19           Omni Hotel

20           One West Exchange Street

21           Providence, Rhode Island

22

23   REPORTED BY:

24   Maureen O'Connor Pollard, RMR, CLR, CSR
```

Highly Confidential - Subject to Further Confidentiality Review

 1    believe, to Mr. Nicastro again addressing the

 2    staffing issue, correct?

 3         A.   I see that e-mail that I sent to

 4    Mr. Nicastro on the 16th of July, '13.

 5         Q.   You ask "Has Aaron's job been posted?"

 6              Do you know, had Aaron left by that

 7    point?

 8         A.   I don't -- I cannot state if Aaron had

 9    left or given notice that he had planned to

10    leave.

11         Q.   You state "I did speak to Andy about

12    staffing and suggested to replace Aaron, add two

13    analysts (like Kelly) and six clerical staff."

14              Who is Andy?

15         A.   I believe I was referring to Andy

16    Koropoulis who was the operations manager of the

17    Indianapolis distribution center who reported in

18    to Mark.

19         Q.   Do you know if two analysts and six

20    clerical staff were added to the SOM team in

21    Indianapolis at any point in time after this

22    e-mail?

23         A.   I do not recall that two analysts or

24    six clerical staff were added.  I recall that we

Highly Confidential - Subject to Further Confidentiality Review

```
 1    had -- as we discussed earlier, we had

 2    interviewed for some positions, we back-trained

 3    and pulled in a former employee, former

 4    pharmacist employee to come in and work on the

 5    process, as well as hired third-party DEA

 6    consultants to assist.

 7         Q.   Who was that person that was brought

 8    in, the former pharmacist?

 9         A.   Gary Millikan.  He was a pharmacist,

10    and he ran the pharmacy operation in

11    Indianapolis for a period of time.  I don't know

12    how long.

13              (Whereupon, CVS-Vanelli-39 was marked

14              for identification.)

15    BY MR. DEROCHE:

16         Q.   I show you what we marked as

17    Exhibit 39.  This is a letter from yourself to

18    Matthew Murphy at Pharma Compliance Group, is

19    that correct?

20         A.   Appears so by looking at the heading,

21    yes.

22         Q.   Appears to be a letter agreement that

23    you sent to engage Pharma Compliance Group to

24    perform some services for CVS, correct?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         A.    That is what I see.

 2         Q.    Is this the group that you referred to

 3    in terms of coming in and providing some SOM

 4    staffing as needed?

 5         A.    Yes.

 6         Q.    How many folks do you know were

 7    assigned by Pharma to CVS to provide the

 8    staffing you needed?

 9         A.    How many folks?  I could recall

10    probably maybe three.  I don't know the exact

11    number.

12         Q.    Do you know what training they were

13    provided with respect to the SOM system that was

14    currently in place in Indianapolis?

15         A.    Other than being former DEA agents,

16    I'm not aware of training that they were

17    provided prior to coming in to assist in the

18    facility.

19         Q.    Did you ever see them do their work?

20         A.    I did not.  It occurred in

21    Indianapolis, and I was in Rhode Island.

22         Q.    Do you know as former DEA agents if

23    they had performed SOM analysis in the past?

24         A.    I do not know.  Do not recall.
```