# EXHIBIT 178

# REDACTED



HIGHLY CONFIDENTIAL CVS-MDLT1-000125136

HIGHLY CONFIDENTIAL

CVS-MDLT1-000125137



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125138



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125139



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125140



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125141



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125142



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125143



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125144



HIGHLY CONFIDENTIAL
CVS-MDLT1-000125145



HIGHLY CONFIDENTIAL CVS-MDLT1-000125146



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125147



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125148



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125149



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000125151

**HIGHLY CONFIDENTIAL**                                                          **CVS-MDLT1-000125152**