# EXHIBIT 180

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5     ------------------------------x

 6     IN RE: NATIONAL PRESCRIPTION   ) Case No.

 7     OPIATE LITIGATION              ) 1:17-MD-2804

 8     APPLIES TO ALL CASES           ) Hon. Dan A. Polster

 9     ------------------------------x

10

11        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

12                  CONFIDENTIALITY REVIEW

           VIDEOTAPED DEPOSITION OF PAMELA HINKLE

13

                       WASHINGTON, D.C.

14

                  THURSDAY, JANUARY 24, 2019

15

                         9:06 A.M.

16

17

18

19

20

21

22

23

24    Reported by: Leslie A. Todd
```

| | |
|---|---|
| 1 | position has been senior manager of logistics, |
| 2 | quality and compliance.  Is that right? |
| 3 |     A    Yes, sir. |
| 4 |     Q    What are your duties in that position? |
| 5 |     A    I support the distribution centers when |
| 6 | any of the government agencies visits that they |
| 7 | should have.  I work with the distribution centers |
| 8 | around remodels.  If they should be doing a |
| 9 | remodel in their pharmacies, what that would |
| 10 | involve.  I meet with government agencies as |
| 11 | needed.  Specific to new buildings, when we |
| 12 | construct new buildings and getting those |
| 13 | approvals, working with those government agencies. |
| 14 |     Q    Since your promotion to senior manager |
| 15 | of logistics, quality and compliance in 2008, what |
| 16 | involvement have you had in that position with the |
| 17 | suspicious order monitoring program as it relates |
| 18 | to controlled substances distributed by CVS |
| 19 | distribution centers to CVS pharmacies? |
| 20 |     A    I had oversight. |
| 21 |     Q    What does that mean? |
| 22 |     A    I had oversight to reviews for |
| 23 | suspicious order monitoring. |
| 24 |     Q    Okay.  Could you go into more detail |