# EXHIBIT 181

## CONTROLLED DRUG ABOVE AVERAGE ORDER MONITORING LOG

| DATE | STORE NUMBER | ITEM NUMBER | QTY ORDERED | QTY PICKED | TITLE AND NAME OF STORE CONTACT | REASON | ASSOCIATE INITIALS | MGR/LEAD INITIALS |
|---|---|---|---|---|---|---|---|---|
| 12/31/13 | 1526 | 88258 | 61 | 50 | N/A | EXCESSIVE ORDR | VEG | SR6 |
| 12/31/13 | 7369 | 88258 | 61 | 50 | " | " " | VE | SR6 |
| 12/31/13 | 3383 | 88258 | 60 | 50 | " | " " | VE | SR6 |
| 1/1/13 | 4036 | 88258 | 52 | 50 | NA | " " | KM | SB |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0024037

REVISED 6/2001

D.C. 10 DEA # 0236073

## CONTROLLED DRUG ABOVE AVERAGE ORDER MONITORING LOG

| DATE | STORE NUMBER | ITEM NUMBER | QTY ORDERED | QTY PICKED | TITLE AND NAME OF STORE CONTACT | REASON | ASSOCIATE INITIALS | MGR/LEAD INITIALS |
|---|---|---|---|---|---|---|---|---|
| 12/27/13 | 11425 | 128406 | 5 | 5 | s/w- PIC/Therese-yes | appeared exc. | DOL | OR |
| 12/27/13 | 1444 | 107988 | 17 | 4 | s/w- PIC/Brian (credit 13) | appeared exc. | DOL | OR |
| 12/27/13 | 1328 | 128406 | 9 | 6 | s/w- PIC/Brandon (credit 3) | appeared exc. | DOL | OR |
| 12/27/13 | 11807 | 107988 | 12 | 12 | s/w- PIC/ Angie -yes | appeared exc. | DOL | OR |
| 12/27/13 | 3741 | 88258 | 115 | 50 | ~~excessive~~ | " " | VF | TR |
| 12/27/13 | 11271 | 88258 | 60 | 50 | N/A | " " | VF | OR |
| ~~12/27/13~~ | ~~602924~~ | ~~660924~~ | | | | | | |
| 12/30/13 | 2760 | 0108317 | 12 | 10 | NA | excessive order | J7B | JRB |
| 12/30/13 | 2274 | 0601279 | 15 | 10 | N/A | " " | J7B | JRB |
| 12/30/13 | 4326 | 88258 | 75 | 50 | | | BA | JRB |
| 12/30/13 | 4234 | 88258 | 60 | 50 | " | " | KFY | JRB |
| 12/30/13 | 4977 | 108317 | 11 | 10 | " | " | KFY | JRB |
| 12/30/13 | 3915 | 603690 | 75 | 50 | | | BA3 | /M/ |
| 12/30/13 | 11335 | 107988 | 13 | 5 | S/w-Tech/Shell PIC/DONNA | appeared exc. | VLF | DAC |
| 12/30/13 | 11636 | 107988 | 17 | 8 | S/w- PIC/ Ryan | appeared exc. | VLF | DAC |
| 12/30/13 | 1379 | 88258 | 60 | 50 | N/A | exc. order | SFW | DAC |
| 12/31/13 | 11571 | 107988 | 16 | 16 | s/w- PIC/Cheryl -yes | appeared exc. | ISS | DAC |
| 12/31/13 | 11572 | 107988 | 15 | 4 | s/w- PIC/Brent - | appeared exc | ISS | DAC |
| 12/31/13 | 11686 | 107988 | 17 | 17 | ILA s/w-PIC | appeared exc | ISS | DAC |
| 12/31/13 | 11836 | 107988 | 16 | 5 | s/w Lawrence only wants 5 | " " | ISS | /M/ |

REVISED 6/2001

D.C. 10 DEA # 0236073

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0024038