# EXHIBIT 182

**To:** Christopher Belli[cbelli@riteaid.com]; Janet M Hart[jhart@riteaid.com]; Andrea Bucher[abucher@riteaid.com]
**Cc:** Marian L. Wood[mwood@riteaid.com]
**From:** Marian L. Wood
**Sent:** 2012-05-01T08:15:10-04:00
**Importance:** Normal
**Received:** 2012-05-01T08:15:10-04:00
Threshold Log. 2012.xls

Above Threshold April 2012

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                        Rite_Aid_OMDL_0015876

This document produced in native format only

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0015877

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 1/3/2012 | 11285 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 50 | 3 | S/W PIC JAMES, ONLY WANTED 3 |
| 1/3/2012 | 4185 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 44 | 24 | AUTO REPLEN |
| 1/3/2012 | 3702 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 56 | 24 | AUTO REPLEN |
| 1/3/2012 | 3702 | 602939 | ALEVE-D C/S 120MG CAP 10CT | 50 | 24 | AUTO REPLEN |
| 1/3/2012 | 10665 | 602732 | ADVIL C/S 30MG CAP 40 CT | 32 | 24 | AUTO REPLEN |
| 1/4/2012 | 4799 | 602732 | ADVIL C/S 30MG CAP 40 CT | 40 | 24 | AUTO REPLEN |
| 1/4/2012 | 1352 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 27 | 24 | AUTO REPLEN |
| 1/4/2012 | 11831 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 25 | 24 | AUTO REPLEN |
| 1/4/2012 | 11571 | 87445 | C3A HYDROMET SYR 5MG/5ML 16OZ | 14 | 4 | S/W PIC TAMMY ONLY WANTED 4 |
| 1/4/2012 | 11581 | 87445 | C3A HYDROMET SYR 5MG/5ML 16OZ | 12 | 12 | S/W PIC SHEILA, WANTED ALL 12 |
| 1/4/2012 | 3870 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 44 | 24 | S/W PIC PATRICIA, ONLY WANTED 24 |
| 1/4/2012 | 4664 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 1/4/2012 | 839 | 602732 | ADVIL C/S 30MG CAP 40 CT | 27 | 24 | AUTO REPLEN |
| 1/4/2012 | 3729 | 602732 | ADVIL C/S 30MG CAP 40 CT | 30 | 24 | AUTO REPLEN |
| 1/5/2012 | 757 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 67 | 50 | AUTO REPLEN |
| 1/5/2012 | 2558 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 12 | S/W TECH SARAH |
| 1/5/2012 | 947 | 602939 | ALEVE-D C/S 120MG CAP 10CT | 31 | 24 | AUTO REPLEN |
| 1/5/2012 | 3626 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 42 | 24 | AUTO REPLEN |
| 1/5/2012 | 947 | 602732 | ADVIL C/S 30MG CAP 40 CT | 32 | 24 | AUTO REPLEN |
| 1/5/2012 | 947 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 64 | 24 | AUTO REPLEN |
| 1/5/2012 | 3530 | 86204 | C3A HYDROCDN/AP 7.5/500 100 TAB | 52 | 50 | AUTO REPLEN |
| 1/5/2012 | 966 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 46 | 24 | AUTO REPLEN |
| 1/5/2012 | 7878 | 602732 | ADVIL C/S 30MG CAP 40 CT | 33 | 24 | AUTO REPLEN |
| 1/5/2012 | 3667 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 1/5/2012 | 4706 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 25 | 25 | S/W PIC GILLIAN, WANTED ALL 25 |
| 1/6/2012 | 3498 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 32 | 24 | AUTO REPLEN |
| 1/8/2012 | 3871 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 1/9/2012 | 408 | 88258 | TRAMADOL HCL 50MG TAB 100 | 100 | 80 | STORE ALLOWED EXCEPTION UP TO 80 |
| 1/9/2012 | 7736 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 1/9/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 60 | 50 | S/W PIC FRANK, WANTED ALL 50 |
| 1/9/2012 | 4825 | 88258 | TRAMADOL HCL 50MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 1/9/2012 | 11255 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 15 | 15 | S/W PIC SCOTT, WANTED ALL 15 |
| 1/9/2012 | 294 | 603492 | ALLEGRA D 24 HR 10 CT | 27 | 24 | AUTO REPLEN |
| 1/9/2012 | 1514 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 30 | 30 | S/W PIC JENNIFER, WANTED ALL 30 |
| 1/9/2012 | 2010 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 1/9/2012 | 4205 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 30 | 24 | AUTO REPLEN |
| 1/9/2012 | 934 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 28 | 24 | AUTO REPLEN |
| 1/9/2012 | 2463 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 27 | 24 | AUTO REPLEN |
| 1/9/2012 | 407 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 32 | 24 | AUTO REPLEN |
| 1/9/2012 | 11412 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 16 | 16 | S/W PIC TERESA, WANTED ALL 16 |
| 1/10/2012 | 2309 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 53 | 50 | AUTO REPLEN |
| 1/10/2012 | 3919 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 79 | 50 | S/W PIC DAVID HE WANTED ALL 50 |
| 1/10/2012 | 3948 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 21 | 21 | S/W PIC BRAD, WANTED ALL 21 |
| 1/10/2012 | 11629 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 12 | 12 | S/W PIC DALE, HE WANTED ALL 12 |
| 1/10/2012 | 2389 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 11 | 7 | S/W PIC DAVE, ONLY WANTED 7 |
| 1/10/2012 | 1635 | 88258 | TRAMADOL HCL 50MG TAB 100 | 57 | 50 | AUTO REPLEN |
| 1/10/2012 | 4814 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 14 | 14 | S/W PIC JESSICA, WANTED ALL 14 |
| 1/10/2012 | 11308 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 12 | 9 | S/W PIC MARK, ONLY WANTED 9 |
| 1/10/2012 | 4705 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 1/11/2012 | 4363 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 19 | 15 | S/W PIC SYED, ONLY WANTED 15 |
| 1/11/2012 | 11574 | 87445 | C3A HYDROMET SYR 5MG/5ML 16OZ | 16 | 4 | S/W PIC, ONLY WANTED 4 |

| Date | | | Description | | | Notes |
|---|---|---|---|---|---|---|
| 1/11/2012 | 3151 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 10 | 5 | S/W JIM, ONLY WANTED 5 |
| 1/11/2012 | 3345 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 40 | 40 | S/W PIC TABITHA, WANTED ALL 40 |
| 1/11/2012 | 11267 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 28 | 8 | S/W PIC CATHY, ONLY WANTED 8 |
| 1/12/2012 | 4068 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 15 | 10 | AUTO REPLEN |
| 1/12/2012 | 4832 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 53 | 50 | AUTO REPLEN |
| 1/12/2012 | 947 | 602940 | ALEVE-D C/S 120MG CAP 20CT | 40 | 24 | AUTO REPLEN |
| 1/13/2012 | 4806 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 15 | 10 | S/W PIC SHALEE, ONLY WANTED 10 |
| 1/16/2012 | 3234 | 88258 | TRAMADOL HCL 50MG TAB 100 | 62 | 50 | AUTO REPLEN |
| 1/16/2012 | 4780 | 601667 | CLARITIN D 24HR 240MG TAB 10CT | 35 | 24 | AUTO REPLEN |
| 1/16/2012 | 3559 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 16 | 16 | S/W PIC JOHN, WANTED ALL 16 |
| 1/16/2012 | 1661 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 32 | 24 | AUTO REPLEN |
| 1/17/2012 | 11194 | 88258 | TRAMADOL HCL 50MG TAB 100 | 56 | 50 | AUTO REPLEN |
| 1/17/2012 | 1688 | 86204 | C3A HYDROCDN/AP 7.5/500 100 TAB | 73 | 50 | S/W PIC HEATHER, WANTS ALL 50 |
| 1/17/2012 | 4512 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 16 | 6 | S/W PIC ISAIAH, ONLY WANTED 6 |
| 1/17/2012 | 3906 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 22 | 12 | S/W PIC SHANAE, ONLY WANTED 12 |
| 1/17/2012 | 7738 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 14 | 14 | S/W PIC VINAY, WANTED ALL 14 |
| 1/17/2012 | 4185 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 1/18/2012 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 72 | 50 | AUTO REPLEN |
| 1/18/2012 | 3246 | 88258 | TRAMADOL HCL 50MG TAB 100 | 58 | 50 | AUTO REPLEN |
| 1/18/2012 | 10637 | 600951 | C3 ANDROGEL 1% GEL PCKT 5GMX30 | 330 | 330 | S/W PIC ANTHONY, WANTED ALL 330 (11 BOXES) |
| 1/18/2012 | 10487 | 88258 | TRAMADOL HCL 50MG TAB 100 | 54 | 50 | AUTO REPLEN |
| 1/19/2012 | 1470 | 88258 | TRAMADOL HCL 50MG TAB 100 | 68 | 50 | AUTO REPLEN |
| 1/19/2012 | 2259 | 89266 | BUTAL/APAP/CAFF 50 MG TAB 100 | 30 | 30 | S/W PIC TERRY, WANTED ALL 30 |
| 1/19/2012 | 11543 | 87445 | C3A HYDROMET SYR 5MG/5ML 16OZ | 20 | 10 | S/W PIC ANNA, ONLY WANTED 10 |
| 1/20/2012 | 4567 | 89283 | C3A HYDRO/APAP 10/325MG100STAB | 65 | 50 | S/W PIC MARK, WANTED ALL 50 |
| 1/20/2012 | 11126 | 603492 | ALLEGRA D 24 HR 10 CT | 26 | 24 | AUTO REPLEN |
| 1/20/2012 | 2575 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 48 | 48 | S/W PIC JOHN, WANTED ALL 48 |
| 1/20/2012 | 3870 | 88782 | Q-TAPP DM ELIXIR 118ML | 50 | 50 | S/W PIC PATRICIA, WANTED ALL 50 |
| 1/20/2012 | 4424 | 88258 | TRAMADOL HCL 50MG TAB 100 | 60 | 50 | AUTO REPLEN |
| 1/20/2012 | 4424 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 1/22/2012 | 3715 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 29 | 24 | AUTO REPLEN |
| 1/22/2012 | 3715 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 35 | 24 | AUTO REPLEN |
| 1/22/2012 | 2693 | 88258 | TRAMADOL HCL 50MG TAB 100 | 62 | 50 | AUTO REPLEN |
| 1/23/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 52 | 50 | AUTO REPLEN |
| 1/23/2012 | 1212 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 52 | 52 | S/W PIC ALICIA, WANTED ALL 50 |
| 1/23/2012 | 407 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 32 | 24 | AUTO REPLEN |
| 1/24/2012 | 968 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 11 | 11 | S/W PIC JEFF, WANTED ALL 11 |
| 1/24/2012 | 1743 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 31 | 31 | S/W PIC EMILY, WANTED ALL 31 |
| 1/24/2012 | 3702 | 603490 | ALLEGRA D 12 HR 10 CT | 42 | 24 | AUTO REPLEN |
| 1/24/2012 | 1379 | 89250 | C3A HYDRO/APAP 5/500MG TAB 500 | 11 | 10 | AUTO REPLEN |
| 1/25/2012 | 1072 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 24 | 24 | S/W PIC LOUIE, WANTED ALL 24 |
| 1/25/2012 | 4510 | 600951 | C3 ANDROGEL 1% GEL PCKT 5GMX30 | 300 | 300 | S/W PIC MIRAL, WANTED ALL 10 BOXES (300) |
| 1/25/2012 | 11271 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 19 | 14 | S/W PIC MARGARET, ONLY WANTED 14 |
| 1/25/2012 | 11611 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 23 | 10 | S/W PIC CRYSTAL, ONLY WANTED 10 |
| 1/26/2012 | 11344 | 87445 | C3A HYDROMET SYR 5MG/5ML 16OZ | 12 | 12 | S/W PIC JUSTIN, WANTED ALL 12 |
| 1/26/2012 | 11499 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 15 | 15 | S/W PIC MIKE, WANTED ALL 15 |
| 1/26/2012 | 11665 | 602922 | MUCINEX D 60 MG TABLET 18CT | 28 | 24 | AUTO REPLEN |
| 1/26/2012 | 3110 | 89939 | SUDAFED 30 MG TAB 24CT | 36 | 24 | AUTO REPLEN |
| 1/26/2012 | 3626 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 1/27/2012 | 2274 | 89250 | C3A HYDRO/APAP 5/500MG TAB 500 | 68 | 10 | AUTO REPLEN |
| 1/27/2012 | 11297 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 33 | 24 | S/W PIC RYAN, ONLY WANTED 24 |

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 2/1/2012 | 11269 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 26 | 26 | S/W PIC BOB, WANTED ALL 26 |
| 2/1/2012 | 4964 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 30 | 24 | AUTO REPLEN |
| 2/1/2012 | 2496 | 603973 | ALLEGRA D 24 HR 180MG 15CT | 30 | 24 | AUTO REPLEN |
| 2/1/2012 | 11656 | 603973 | ALLEGRA D 24 HR 180MG 15CT | 30 | 24 | AUTO REPLEN |
| 2/2/2012 | 4295 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 33 | 24 | AUTO REPLEN |
| 2/2/2012 | 10474 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 56 | 50 | AUTO REPLEN |
| 2/2/2012 | 1615 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 2/2/2012 | 11488 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 18 | 18 | S/W PIC ANGELA, WANTED ALL 18 |
| 2/2/2012 | 11484 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 22 | S/W PIC DEBORAH, WANTED ALL 22 |
| 2/2/2012 | 173 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 18 | 10 | S/W PIC TEREWSA, ONLY WANTED 10 |
| 2/2/2012 | 3208 | 603973 | ALLEGRA D 24 HR 180MG 15CT | 32 | 24 | AUTO REPLEN |
| 2/2/2012 | 1482 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 27 | 24 | AUTO REPLEN |
| 2/3/2012 | 4948 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 12 | 10 | AUTO REPLEN |
| 2/6/2012 | 3715 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 2/6/2012 | 1825 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 54 | 50 | AUTO REPLEN |
| 2/6/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 56 | 50 | AUTO REPLEN |
| 2/6/2012 | 1212 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 54 | 50 | AUTO REPLEN |
| 2/6/2012 | 3626 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 2/7/2012 | 3919 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 48 | 48 | S/W PIC DAVID, WANTED ALL 48 |
| 2/7/2012 | 11235 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 24 | 12 | S/W PIC LISA, ONLY WANTED 12 |
| 2/7/2012 | 11235 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 11 | 11 | S/W PIC LISA, WANTED ALL 11 |
| 2/7/2012 | 11241 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 30 | 30 | S/W PIC SANFORD, WANTED ALL 30 |
| 2/7/2012 | 1635 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 11 | 10 | AUTO REPLEN |
| 2/8/2012 | 10474 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 55 | 50 | AUTO REPLEN |
| 2/8/2012 | 2790 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 44 | 24 | AUTO REPLEN |
| 2/8/2012 | 3706 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 2/9/2012 | 1982 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 2/9/2012 | 4309 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 14 | 10 | AUTO REPLEN |
| 2/9/2012 | 4330 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 2/9/2012 | 2010 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 2/9/2012 | 3757 | 88258 | TRAMADOL HCL 50MG TAB 100 | 70 | 50 | AUTO REPLEN |
| 2/10/2012 | 11254 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 18 | 18 | S/W PIC TOYA, WANTED ALL 18 |
| 2/10/2012 | 11389 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 16 | 16 | S/W TIFFANY, WANTED ALL 16 |
| 2/10/2012 | 4239 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 2/14/2012 | 3948 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 20 | 20 | S/W PIC ROSLYN WANTED ALL 20 |
| 2/15/2012 | 4858 | 88782 | Q-TAPP DM ELIXIR 118ML | 20 | 20 | S/W PIC HANK, WANTED ALL 20 |
| 2/15/2012 | 10474 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 60 | 50 | AUTO REPLEN |
| 2/16/2012 | 3757 | 88258 | TRAMADOL HCL 50MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 2/17/2012 | 4706 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 22 | S/W PIC GILLIAN, WANTED ALL 22 |
| 2/17/2012 | 11263 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 25 | 25 | S/W PIC TERESA, WANTED ALL 25 |
| 2/17/2012 | 3700 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 12 | 10 | AUTO REPLEN |
| 2/20/2012 | 11275 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 22 | S/W PIC JAY, WANTED ALL 22 |
| 2/21/2012 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 70 | 50 | AUTO REPLEN |
| 2/21/2012 | 2389 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 17 | 15 | EXCEPTION FOR 15 ONLY |
| 2/22/2012 | 4295 | 603973 | ALLEGRA D 24 HR 180MG 15CT | 37 | 24 | AUTO REPLEN |
| 2/22/2012 | 4439 | 88258 | TRAMADOL HCL 50MG TAB 100 | 61 | 50 | AUTO REPLEN |
| 2/23/2012 | 2259 | 89266 | BUTAL/APAP/CAFF 50 MG TAB 100 | 45 | 25 | S/W PIC ONLY WANTED 25 |
| 2/23/2012 | 7892 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 50 | 50 | S/W PIC JOAN, WANTED ALL 50 |
| 2/24/2012 | 4977 | 89283 | C3A HYDRO/APAP 10/325MG100STAB | 56 | 50 | AUTO REPLEN |
| 2/24/2012 | 4594 | 601663 | ALAVERT D 12 HR 120MG TAB12CT | 48 | 24 | AUTO REPLEN |

| Date | Num1 | Num2 | Description | Qty1 | Qty2 | Type |
|---|---|---|---|---|---|---|
| 2/27/2012 | 10437 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 62 | 50 | AUTO REPLEN |
| 2/29/2012 | 4363 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 2/29/2012 | 3344 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 62 | 50 | AUTO REPLEN |
| 2/29/2012 | 3246 | 88258 | TRAMADOL HCL 50MG TAB 100 | 54 | 50 | AUTO REPLEN |
| 2/29/2012 | 4431 | 88258 | TRAMADOL HCL 50MG TAB 100 | 72 | 50 | AUTO REPLEN |
| 2/29/2012 | 4855 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 50 | 24 | AUTO REPLEN |

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 3/2/2012 | 4594 | 601663 | ALAVERT D 12 HR 120MG TAB12CT | 60 | 24 | AUTO REPLEN |
| 3/2/2012 | 3757 | 88258 | TRAMADOL HCL 50MG TAB 100 | 72 | 50 | AUTO REPLEN |
| 3/2/2012 | 1745 | 600951 | C3 ANDROGEL 1% GEL PCKT 5GMX30 | 360 | 360 | S/W PIC MARK, WANTED ALL 12 BOXES |
| 3/4/2012 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 120 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 3/5/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 64 | 50 | AUTO REPLEN |
| 3/5/2012 | 336 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 51 | 50 | AUTO REPLEN |
| 3/6/2012 | 2309 | 88258 | TRAMADOL HCL 50MG TAB 100 | 60 | 50 | AUTO REPLEN |
| 3/6/2012 | 7817 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 40 | 20 | S/W PIC ROXANNE, ONLY WANTED 20 |
| 3/6/2012 | 11351 | 601276 | C3 TESTIM 1% GEL 5GM 50MG | 360(12 BOXES) | 120 | S/W PIC HETAL, ONLY WANTED 120 (4 BOXES) |
| 3/6/2012 | 11506 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 40 | 40 | S/W PIC RHONDA, WANTED ALL 40 |
| 3/7/2012 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 77 | 50 | AUTO REPLEN |
| 3/7/2012 | 10474 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 68 | 50 | AUTO REPLEN |
| 3/8/2012 | 11480 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 17 | 17 | S/W PIC LINDSEY, WANTED ALL 17 |
| 3/8/2012 | 2259 | 89266 | BUTAL/APAP/CAFF 50 MG TAB 100 | 65 | 40 | S/W PIC BRIDGETTE, ONLY WANTED 40 |
| 3/8/2012 | 4409 | 89634 | C3A HYDROCOD/AP 7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 3/8/2012 | 4309 | 89634 | C3A HYDROCOD/AP 7.5/750MG 500 TAB | 12 | 10 | AUTO REPLEN |
| 3/8/2012 | 4439 | 89634 | C3A HYDROCOD/AP 7.5/750MG 500 TAB | 11 | 10 | AUTO REPLEN |
| 3/9/2012 | 1612 | 603813 | BRONKAID CAPLET 60CT | 25 | 24 | AUTO REPLEN |
| 3/9/2012 | 11315 | 88258 | TRAMADOL HCL 50MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 3/12/2012 | 408 | 88258 | TRAMADOL HCL 50MG TAB 100 | 80 | 50 | AUTO REPLEN |
| 3/14/2012 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 65 | 50 | AUTO REPLEN |
| 3/15/2012 | 3626 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 3/15/2012 | 10429 | 602922 | MUCINEX D 60 MG TABLET 18CT | 26 | 24 | AUTO REPLEN |
| 3/18/2012 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 117 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 3/19/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 85 | 50 | AUTO REPLEN |
| 3/20/2012 | 11235 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 10 | S/W PIC LISA, ONLY WANTED 10 |
| 3/20/2012 | 3344 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 61 | 50 | AUTO REPLEN |
| 3/21/2012 | 4637 | 89636 | C3A HYDROCOD/AP 10/500 MG TAB 100 | 50 | 20 | S/W PIC KIKE, SHE ONLY WANTED 20 |
| 3/22/2012 | 1615 | 88258 | TRAMADOL HCL 50MG TAB 100 | 59 | 50 | AUTO REPLEN |
| 3/22/2012 | 1615 | 89634 | C3A HYDROCOD/AP 7.5/750MG 500 TAB | 13 | 10 | AUTO REPLEN |
| 3/22/2012 | 4832 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 62 | 50 | S/W PIC BRAD, WANTED ALL ALLOWED |
| 3/22/2012 | 7852 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 65 | 50 | S/W PIC JUAN, WANTED ALL ALLOWED |
| 3/22/2012 | 4439 | 89634 | C3A HYDROCOD/AP 7.5/750MG 500 TAB | 12 | 10 | AUTO REPLEN |
| 3/25/2012 | 3715 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 25 | 24 | AUTO REPLEN |
| 3/25/2012 | 3715 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 43 | 24 | AUTO REPLEN |
| 3/28/2012 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 72 | 50 | AUTO REPLEN |
| 3/28/2012 | 949 | 89575 | C4 BUTORPHANOL 10/MG ML 2.5ML | 30 | 30 | S/W PIC COREY, WANTED ALL 30 |
| 3/28/2012 | 4363 | 89634 | C3A HYDROCOD/AP 7.5/750MG 500 TAB | 12 | 10 | AUTO REPLEN |
| 3/28/2012 | 4295 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 27 | 24 | AUTO REPLEN |
| 3/29/2012 | 7892 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 49 | 49 | S/W PIC CHRIS, WANTED ALL 49 |
| 3/30/2012 | 11257 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 27 | 27 | S/W PIC WARREN, WANTED ALL 27 |

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 4/1/2012 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 116 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 4/1/2012 | 3715 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 28 | 24 | AUTO REPLEN |
| 4/1/2012 | 3715 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 30 | 24 | AUTO REPLEN |
| 4/2/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 90 | 50 | AUTO REPLEN |
| 4/3/2012 | 4512 | 104276 | C4-ALPRAZOLAM 2 MG TAB 100 | 28 | 3 | S/W PIC NANCY, SHE ONLY WANTED 3 |
| 4/3/2012 | 3922 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 88 | 50 | AUTO REPLEN |
| 4/4/2012 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 72 | 50 | AUTO REPLEN |
| 4/4/2012 | 2319 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 4/5/2012 | 7890 | 89636 | C3A HYDROCOD/AP 10/500MG100TAB | 64 | 50 | AUTO REPLEN |
| 4/5/2012 | 10651 | 601276 | C3 TESTIM 1% GEL 5GM 50MG | 270 | 270 | S/W PIC MARK, WANTED ALL 270 |
| 4/6/2012 | 4964 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 4/9/2012 | 2690 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 35 | 24 | AUTO REPLEN |
| 4/9/2012 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 126 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 4/9/2012 | 4897 | 66957 | C5 CHERATUS-AC SYP 10/5ML473ML | 21 | 2 | S/W PIC THURMAN, ONLY WANTED 2 |
| 4/9/2012 | 3676 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 33 | 24 | AUTO REPLEN |
| 4/9/2012 | 11196 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 25 | 24 | AUTO REPLEN |
| 4/10/2012 | 1581 | 88258 | TRAMADOL HCL 50MG TAB 100 | 54 | 50 | AUTO REPLEN |
| 4/10/2012 | 2309 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 12 | 10 | AUTO REPLEN |
| 4/10/2012 | 3919 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 98 | 50 | S/W PIC ANDREW, HE NEEDS MORE THAN WE ALLOW |
| 4/10/2012 | 11628 | 89277 | C3A HYDROCOD/AP 10/650MG100TAB | 35 | 35 | S/W PIC AMAD, HE WANTED ALL 35 |
| 4/10/2012 | 10665 | 602732 | ADVIL C/S 30MG CAP 40 CT | 28 | 24 | AUTO REPLEN |
| 4/10/2012 | 3095 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 16 | 10 | AUTO REPLEN |
| 4/10/2012 | 3729 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 25 | 24 | AUTO REPLEN |
| 4/10/2012 | 274 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 58 | 50 | AUTO REPLEN |
| 4/11/2012 | 3345 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 37 | 37 | S/W PIC RENEE, WANTED ALL 37 |
| 4/11/2012 | 4366 | 89634 | C3A HYDROCOD/AP7.5/750MG 500 TAB | 12 | 10 | AUTO REPLEN |
| 4/11/2012 | 4464 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 27 | 24 | AUTO REPLEN |
| 4/11/2012 | 4295 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 27 | 24 | AUTO REPLEN |
| 4/12/2012 | 10474 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 92 | 50 | AUTO REPLEN |
| 4/13/2012 | 11263 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 17 | 17 | S/W PIC FESIKAE, WANTED ALL 17 |
| 4/13/2012 | 11254 | 603729 | C3 ANDROGEL 1.62% GEL PUMP 75 | 15 | 15 | S/W PIC WARREN, WANTED ALL 15 |
| 4/13/2012 | 3700 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 13 | 10 | AUTO REPLEN |
| 4/13/2012 | 1577 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 62 | 50 | AUTO REPLEN |
| 4/13/2012 | 11389 | 602196 | RA LORATA-D 24HR 240MG TB 15CT | 29 | 24 | AUTO REPLEN |
| 4/16/2012 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 78 | 50 | S/W PIC FRAN, EXPLAINED 50 LIMIT |
| 4/16/2012 | 10606 | 601665 | CLARITIN D-12HRTB20CT 5MG120MG | 26 | 24 | AUTO REPLEN |
| 4/16/2012 | 3362 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 71 | 50 | AUTO REPLEN |
| 4/16/2012 | 4574 | 104411 | C5 APAP/COD ELIX 120/12MG 473M | 10 | 10 | S/W PIC JIM, WANTED ALL 10 |
| 4/17/2012 | 4185 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 4/18/2012 | 11271 | 601276 | C3 TESTIM 1% GEL 5GM 50MG | 270(9BX) | 120(4BX) | S/W PIC MARGARET, ONLY WANTED 120 (4 BOXES) |
| 4/19/2012 | 4309 | 88258 | TRAMADOL HCL 50MG TAB 100 | 65 | 50 | AUTO REPLEN |
| 4/19/2012 | 7892 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 70 | 50 | AUTO REPLEN |
| 4/20/2012 | 4977 | 89283 | C3A HYDRO/APAP 10/325MG100STAB | 60 | 50 | AUTO REPLEN |
| 4/20/2012 | 4706 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 22 | S/W PIC DILETEP, WANTED ALL 22 |
| 4/23/2012 | 1936 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 59 | 50 | AUTO REPLEN |
| 4/23/2012 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 107 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 4/23/2012 | 11826 | 603490 | ALLEGRA D 12 HR 10 CT | 25 | 24 | AUTO REPLEN |
| 4/23/2012 | 408 | 88258 | TRAMADOL HCL 50MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 4/23/2012 | 407 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 4/24/2012 | 3702 | 603480 | C3 TESTOSTERONE CYP 200MG/ML 1 | 43 | 0 | S/W PIC DOROTHY, DID NOT WANT ANY |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 4/24/2012 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 75 | 50 | AUTO REPLEN |
| 4/24/2012 | 3246 | 88258 | TRAMADOL HCL 50MG TAB 100 | 54 | 50 | AUTO REPLEN |
| 4/25/2012 | 949 | 89575 | C4 BUTORPHANOL 10/MG ML 2.5ML | 36 | 36 | S/W PIC DAN, HE WANTED ALL 36 |
| 4/25/2012 | 4964 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 30 | 24 | AUTO REPLEN |
| 4/28/2012 | 2690 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 27 | 24 | AUTO REPLEN |
| 4/29/2012 | 1127 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 33 | 24 | AUTO REPLEN |
| 4/29/2012 | 3828 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 32 | 24 | AUTO REPLEN |
| 4/29/2012 | 11404 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 27 | 24 | AUTO REPLEN |
| 4/30/2012 | 4962 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 27 | 24 | AUTO REPLEN |

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 5/1/2012 | 277 | 88258 | TRAMADOL HCL 50MG TAB 100 | 59 | 50 | AUTO REPLEN |