# EXHIBIT 183

Highly Confidential - Subject to Further Confidentiality Review

```
  1              IN THE UNITED STATES DISTRICT COURT
  2               FOR THE NORTHERN DISTRICT OF OHIO
  3                         EASTERN DIVISION
  4                             -  -  -
  5
      IN RE:  NATIONAL                :    MDL NO. 2804
  6   PRESCRIPTION OPIATE             :
      LITIGATION                      :
  7                                   :
      ------------------------------------------------------
  8   THIS DOCUMENT RELATES TO        :    CASE NO.
      ALL CASES                       :    1:17-MD-2804
  9                                   :
                                      :    Hon. Dan A.
 10                                   :    Polster
 11                             -  -  -
 12                        January 22, 2019
 13                             -  -  -
             HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 14                     CONFIDENTIALITY REVIEW
 15
 16              Videotaped deposition of ANDREW
      PALMER, RPh taken pursuant to notice, was held at
 17   the law offices of Morgan, Lewis & Bockius LLP,
      1701 Market Street, Philadelphia, Pennsylvania,
 18   beginning at 9:40 a.m., on the above date, before
      Ann Marie Mitchell, a Federally Approved
 19   Certified Realtime Reporter, Registered Diplomate
      Reporter, Registered Merit Reporter and Notary
 20   Public.
 21                             -  -  -
 22
                    GOLKOW LITIGATION SERVICES
 23             877.370.3377 ph| 917.591.5672
                        deps@golkow.com
 24
```

Highly Confidential - Subject to Further Confidentiality Review

1    be -- these key performance indicators could be
2    used to detect policy violations of different
3    sorts or nature.
4                And what do you mean by that?
5         A.    So there are lots of policies
6    relative to things you can or cannot do at the
7    cash register, price modifies, voids, things like
8    that.
9                So, you know, an example there
10   would be -- let's say you had a cashier that was
11   sweethearting merchandise to a customer, meaning
12   basically not charging them for it.  They could
13   be doing that by voiding certain items in the
14   transaction.  And utilizing NaviStor, you could
15   see that maybe you had a particular cashier at a
16   particular store voiding lots of merchandise,
17   which would allow you to look into that and say,
18   okay, we might have an issue here.
19        Q.    Now, in the context of the DEA's
20   concerns about controlled drug diversion, how
21   were these key performance indicators used?
22        A.    So that's really NaviScript.  And
23   it evolved.  So NaviScript got better and better
24   and better as we added more KPIs and, you know,

Highly Confidential - Subject to Further Confidentiality Review

```
 1   improved it.
 2             But key performance indicators,
 3   like cycle counts down, order adjustments, DSD
 4   orders through telestock, you know, these are all
 5   examples of KPIs that could be indicative of drug
 6   losses at a store.
 7        Q.   Again, I think you're talking
 8   about shrinkage, though.  Right?
 9             MR. LAVELLE:  Object to form.
10             THE WITNESS:  It is shrinkage,
11        but it's certainly also drug diversion,
12        which is what you asked.
13   BY MR. SIMMER:
14        Q.   Well, let me go through that and
15   make sure I understand.
16             You said cycle counts down.
17             How does that key performance
18   indicator indicate potential diversion?
19        A.   Okay.  So in the pharmacy like
20   the front end, there is an inventory -- PI, a
21   perpetual inventory system.  So the system should
22   know exactly how much of a given product -- and
23   this is true in the front end or the pharmacy --
24   how much of a given product that store has.  So a
```