# EXHIBIT 184



# Anatomy of a Pharmacy Case

## Presented By

### Director Pharmacy Loss Prevention

## Andy Palmer

ANATOMY

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# STORE 1924 - AKRON, OHIO
# 5/4/07 – 6/9/07



- LPM – BRIAN STIMMEL

- PDM – PATTY MENDENHALL

- DIV 2 DATA MINER – CATHY KRUG

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Phase 1 – Initial Detection

- Data miner Cathy Krug comes across store 1924 during a routine review of Division 2 NaviScript KPI's

- The data indicates possible inventory issues at this location involving controlled substances.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# NaviScript Data - 1924

- Cycle count down HT – CS % cycle count down  - 37.93%
- 5th highest in Division
- 2nd highest in Region
- DC Orders Adj Qty HT-CS % DC Orders Adj  -   17.95%
- 19th highest in Division
- 4th highest in Region



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037819





Rite Aid Corporation (Partition) - NaviStor System

File Edit Administration Maintenance Analysis Reports Messaging Inquiry Modules Accessories Window Help

KPI Summary Report - SUMMARY 5 Division (MATT F MILES) From 02/04/2007 To 04/28/2007

AvgW High AvgM Low High/Low 10 Reset ECS ALL 1.0000 KPI ORG Rank Score AECS Total O/T Send

Requested By: apalmer
Date: 06/28/2007 13:38:42

KPI Summary Report SUMMARY
5 Division (MATT F MILES)
From 02/04/2007 To 04/28/2007

Cycle Count
Down HT _Cs %
Cycle Count #

| 6 Company | 5 Division | 4 Region | 3 LPM | 2 District | Total ID | 1 Store | Value |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 55 | 5503 | 5503 | | 4436 | 100.00% |
| | | 51 | 5102 | 5102 | | 2444 | 57.89% |
| | | | 5107 | 5107 | | 263 | 44.64% |
| | | 52 | 5205 | 5205 | | 2437 | 38.58% |
| | | 55 | 5503 | 5503 | | 4543 | 38.36% |
| | | 52 | 5203 | 5203 | | 1924 | 37.93% |
| | | 51 | 5107 | 5107 | | 1353 | 30.95% |
| | | 55 | 5507 | 5507 | | 3037 | 30.54% |
| | | 52 | 5204 | 5204 | | 1635 | 30.53% |
| | | 51 | 5103 | 5103 | | 1002 | 27.82% |
| | | 55 | 5503 | 5503 | | 4345 | 25.00% |
| | | 52 | 5208 | 5208 | | 1496 | 24.70% |
| | | 53 | 5305 | 5305 | | 4507 | 24.48% |
| | | 52 | 5207 | 5207 | | 4986 | 24.29% |
| | | 51 | 5109 | 5109 | | 4419 | 23.56% |
| | | 52 | 5203 | 5203 | | 3151 | 23.30% |
| | | 51 | 5104 | 5104 | | 2480 | 22.64% |
| | | 55 | 5503 | 5503 | | 4366 | 22.22% |
| | | 53 | 5304 | 5304 | | 7733 | 21.89% |
| | | 52 | 5205 | 5205 | | 3167 | 20.83% |
| | | | 5201 | 5201 | | 1803 | 20.65% |
| | | 55 | 5505 | 5505 | | 2339 | 20.45% |
| | | 51 | 5102 | 5102 | | 1694 | 20.00% |
| | | 55 | 5507 | 5507 | | 2359 | 20.00% |
| | | | 5503 | 5503 | | 4445 | 19.54% |
| | | 51 | 5110 | 5110 | | 7781 | 19.32% |
| | | | 5103 | 5103 | | 1013 | 19.26% |
| | | 52 | 5207 | 5207 | | 1187 | 19.23% |
| | | 55 | 5507 | 5507 | | 3365 | 18.97% |
| | | 53 | 5302 | 5302 | | 4502 | 18.56% |

Ready

Start | Rite Aid Corporation (...

| 6 Company | 5 Division | 4 Region | 3 LPM | 2 District | Total ID | 1 Store | DC Orders Adj. QTY HT _Cs % DC Orders Adj Value |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 51 | 5107 | 5107 | | 1448 | 100.00% |
| | | | | | | 2545 | 100.00% |
| | | | | | | 3508 | 50.00% |
| | | | 5103 | 5103 | | 1655 | 42.86% |
| | | | 5109 | 5109 | | 264 | 38.46% |
| | | | 5103 | 5103 | | 1289 | 38.10% |
| | | 52 | 5205 | 5205 | | 2418 | 33.33% |
| | | 51 | 5104 | 5104 | | 733 | 30.77% |
| | | | 5103 | 5103 | | 3423 | 27.59% |
| | | | 5106 | 5106 | | 3395 | 26.67% |
| | | | 5105 | 5105 | | 1849 | 26.29% |
| | | 52 | 5205 | 5205 | | 3136 | 25.00% |
| | | | | | | 2398 | 24.14% |
| | | 53 | 5301 | 5301 | | 1609 | 22.22% |
| | | 51 | 5105 | 5105 | | 1343 | 21.93% |
| | | 52 | 5204 | 5204 | | 3057 | 21.15% |
| | | | 5201 | 5201 | | 4784 | 21.05% |
| | | 55 | 5504 | 5504 | | 4338 | 20.30% |
| | | 51 | 5108 | 5108 | | 245 | 20.29% |
| | | 52 | 5207 | 5207 | | 2629 | 19.77% |
| | | 53 | 5301 | 5301 | | 4363 | 18.76% |
| | | 52 | 5208 | 5208 | | 2382 | 18.46% |
| | | 51 | 5105 | 5105 | | 1396 | 18.18% |
| | | | 5103 | 5103 | | 1748 | 18.18% |
| | | 52 | 5203 | 5203 | | 1924 | 17.95% |
| | | 51 | 5107 | 5107 | | 3525 | 17.95% |
| | | 53 | 5307 | 5307 | | 3253 | 17.48% |
| | | | 5301 | 5301 | | 3967 | 17.37% |
| | | 52 | 5201 | 5201 | | 3195 | 17.07% |
| | | 51 | 5105 | 5105 | | 3587 | 16.94% |

# 3 PRIMARY KPI'S REFLECTIVE OF INVENTORY LOSSES

- Cycle Counts Down
- DC Order Adjustments
- McKesson Ordering (Esp via Telestock)
- One or more may be an issue at a location
- Any of the above can indicate that the store is experiencing a loss of product and said loss is being compensated for within the replenishment system

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Video Clip 1

- Cathy and Andy on NaviScript inventory and replenishment



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PHASE 2 – DETAILED RESEARCH

- Cathy utilizes filtering and sorting functionalities within NaviScript to research the cycle counts and DC order adjustments in greater detail

- A pattern indicates particular drugs as issues and a particular ID associated with the majority of the activity

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Rite Aid Corporation (Partition) - NaviStor System

File Edit Administration Maintenance Analysis Reports Messaging Inquiry Modules Accessories Window Help

Supporting Detail

Zoom : Span | Sort Plus | Filter Plus | Transactions | Print Lines/Tender | Org | Cancel | Send | Case Mgmt | Measure - Num/Denom
100 | Sort | Filter | Summary

4 Region 52 NICORA JOHN A
3 LPM 5203 RICHARD B STIMMEL
2 District 5203 POPA DON A

Rite Aid Corporation (Partition)
1 Store 1924 - RA DISCOUNT PHARMACY
: Orders Adj. QTY HT _Cs % DC Orders Adj -

From: 02/04/2007
To: 04/28/2007

| | | Drug Information | | | | | | | | Order Adjustment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord Date | Exp Dlvy | NDC | GCN | DEA | B/G | Theft | Pk Sz | Pk AWP | O/H Units | Sug Pks | Final Pks | Final AWP | User |
| 04/02/07 | 04/05/07 | 24542131 | 00871 | 4 | 2 | A | 100.00 | 513.93 | 166.00 | 0.00 | 1.00 | 513.93 | RXPHFK |
| 02/26/07 | 03/01/07 | 24552131 | 25457 | 4 | 2 | | 100.00 | 386.09 | 171.00 | 0.00 | 1.00 | 386.09 | RXPHFK |
| 04/16/07 | 04/19/07 | 378401001 | 13840 | 4 | 1 | | 100.00 | 73.45 | 100.00 | 0.00 | 1.00 | 73.45 | RXPHFK |
| 04/16/07 | 04/19/07 | 59762371901 | 14260 | 4 | 1 | A | 100.00 | 61.67 | 68.00 | 0.00 | 1.00 | 61.67 | RXPHFK |
| 02/19/07 | 02/22/07 | 59762372001 | 14261 | 4 | 1 | A | 100.00 | 74.29 | 572.00 | 0.00 | 3.00 | 222.87 | RXPHFK |
| 03/19/07 | 03/22/07 | 59762372001 | 14261 | 4 | 1 | A | 100.00 | 74.29 | 395.00 | 2.00 | 5.00 | 371.45 | RXPHFK |
| 04/16/07 | 04/19/07 | 59762372001 | 14261 | 4 | 1 | A | 100.00 | 74.29 | 615.00 | 0.00 | 4.00 | 297.16 | RXPHFK |
| 04/23/07 | 04/26/07 | 59762372001 | 14261 | 4 | 1 | A | 100.00 | 74.29 | 445.00 | 3.00 | 5.00 | 371.45 | RXPHFK |
| 02/19/07 | 02/22/07 | 59762372103 | 14262 | 4 | 1 | A | 500.00 | 481.81 | 731.00 | 0.00 | 1.00 | 481.81 | RXPHFK |
| 03/19/07 | 03/22/07 | 59762372103 | 14262 | 4 | 1 | A | 500.00 | 481.81 | 507.00 | 0.00 | 1.00 | 481.81 | RXPHFK |
| 04/02/07 | 04/05/07 | 59762372103 | 14262 | 4 | 1 | A | 500.00 | 481.81 | 635.00 | 0.00 | 1.00 | 481.81 | RXPHFK |
| 04/16/07 | 04/19/07 | 59762372103 | 14262 | 4 | 1 | A | 500.00 | 481.81 | 959.00 | 0.00 | 1.00 | 481.81 | RXPHFK |
| 03/19/07 | 03/22/07 | 59762372201 | 14263 | 4 | 1 | A | 100.00 | 169.36 | 216.00 | 1.00 | 2.00 | 338.72 | RXPHFK |
| 03/26/07 | 03/29/07 | 59762372201 | 14263 | 4 | 1 | A | 100.00 | 169.36 | 296.00 | 1.00 | 3.00 | 508.08 | RXPHFK |
| 04/16/07 | 04/19/07 | 59762372201 | 14263 | 4 | 1 | A | 100.00 | 169.36 | 426.00 | 0.00 | 3.00 | 508.08 | RXPHFK |
| 04/23/07 | 04/26/07 | 59762372201 | 14263 | 4 | 1 | A | 100.00 | 169.36 | 296.00 | 3.00 | 5.00 | 846.80 | RXPHFK |
| 02/19/07 | 02/22/07 | 93083301 | 17471 | 4 | 1 | | 100.00 | 85.50 | 488.00 | 0.00 | 3.00 | 256.50 | RXPHFK |
| | | | | | | | **3300.00** | | **7086.00** | | **41.00** | | |
| | | | | | | | | **4022.48** | | **10.00** | | **6683.49** | |

**Count:** 17

#37 - DC Order Adjust - AWP -- HT _Cs - repl_adj_aw  Page 1 of 1  Date: 06/25/2007 11:19:17

Ready

Start | Rite Aid Corporation (...



Rite Aid Corporation (Partition) - NaviStor System

File Edit Administration Maintenance Analysis Reports Messaging Inquiry Modules Accessories Window Help

Supporting Detail

Zoom : Span | Sort Plus | Filter Plus | Transactions | Print Lines/Tender | Org | Cancel | Send | Case Mgmt | Measure - Num/Denom
100 | Sort | Filter | Summary

4 Region 52 NICORA JOHN A — Rite Aid Corporation (Partition) — From: 02/04/2007
3 LPM 5203 RICHARD B STIMMEL — 1 Store 1924 - RA DISCOUNT PHARMACY — To: 04/28/2007
2 District 5203 POPA DON A — : Orders Adj. QTY HT _Cs % DC Orders Adj -

| | | Drug Information | | | | | | | | Order Adjustment Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord Date | Exp Dlvy | NDC | GCN | DEA | B/G | Theft | Pk Sz | Pk AWP | O/H Units | Sug Pks | Final Pks | Final AWP | User |
| 02/19/07 | 02/22/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 3291.00 | 5.00 | 7.00 | 689.01 | RXPHFK |
| 02/26/07 | 03/01/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 4590.00 | 2.00 | 4.00 | 393.72 | RXPHFK |
| 03/12/07 | 03/15/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 2657.00 | 6.00 | 8.00 | 787.44 | RXTKLS3 |
| 03/19/07 | 03/22/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 5288.00 | 1.00 | 3.00 | 295.29 | RXPHFK |
| 03/26/07 | 03/29/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 4755.00 | 2.00 | 5.00 | 492.15 | RXPHFK |
| 04/02/07 | 04/05/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 4221.00 | 3.00 | 5.00 | 492.15 | RXPHFK |
| 04/09/07 | 04/12/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 3862.00 | 4.00 | 5.00 | 492.15 | RXPMKA2 |
| 04/16/07 | 04/19/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 4632.00 | 3.00 | 6.00 | 590.58 | RXPHFK |
| 04/23/07 | 04/26/07 | 406035705 | 70331 | 3 | 1 | X | 500.00 | 98.43 | 6056.00 | 0.00 | 4.00 | 393.72 | RXPHFK |
| 02/26/07 | 03/01/07 | 406036005 | 70335 | 3 | 1 | X | 500.00 | 177.75 | 606.00 | 1.00 | 2.00 | 355.50 | RXPHFK |
| 03/12/07 | 03/15/07 | 406036005 | 70335 | 3 | 1 | X | 500.00 | 177.75 | 665.00 | 1.00 | 2.00 | 355.50 | RXTKLS3 |
| 03/19/07 | 03/22/07 | 406036005 | 70335 | 3 | 1 | X | 500.00 | 177.75 | 1415.00 | 0.00 | 1.00 | 177.75 | RXPHFK |
| 04/02/07 | 04/05/07 | 406036005 | 70335 | 3 | 1 | X | 500.00 | 177.75 | 990.00 | 0.00 | 1.00 | 177.75 | RXPHFK |
| 04/16/07 | 04/19/07 | 406036005 | 70335 | 3 | 1 | X | 500.00 | 177.75 | 1090.00 | 0.00 | 2.00 | 355.50 | RXPHFK |
| 04/23/07 | 04/26/07 | 406036005 | 70335 | 3 | 1 | X | 500.00 | 177.75 | 1830.00 | 0.00 | 2.00 | 355.50 | RXPHFK |
| 04/02/07 | 04/05/07 | 406036201 | 70363 | 3 | 1 | | 100.00 | 61.17 | 162.00 | 0.00 | 2.00 | 122.34 | RXTKLS3 |
| 04/16/07 | 04/19/07 | 406036301 | 70334 | 3 | 1 | X | 100.00 | 53.27 | 320.00 | 0.00 | 1.00 | 53.27 | RXPHFK |
| 04/16/07 | 04/19/07 | 406036701 | 70330 | 3 | 1 | X | 100.00 | 70.25 | 455.00 | 0.00 | 2.00 | 140.50 | RXPHFK |
| 04/02/07 | 04/05/07 | 472103016 | 13973 | 3 | 1 | | 473.00 | 23.00 | 489.00 | 0.00 | 1.00 | 23.00 | RXTKLS3 |
| 04/16/07 | 04/19/07 | 58177088107 | 52893 | 3 | 1 | | 473.00 | 43.43 | 722.50 | 0.00 | 1.00 | 43.43 | RXPHFK |
| 03/26/07 | 03/29/07 | 93035001 | 70136 | 3 | 1 | F | 100.00 | 63.87 | 179.00 | 1.00 | 4.00 | 255.48 | RXPHFK |
| | | | | | | | 8846.00 | | 48275.50 | | 68.00 | | |
| | | | | | | | | 2267.36 | | 29.00 | | 7041.73 | |

Count: 21

# 37 - DC Order Adjust - AWP -- HT _Cs - repl_adj_aw — Page 2 of 2 — Date: 06/25/2007 11:56:14

Ready

Start | Rite Aid Corporation (...



Rite Aid Corporation (Partition) - NaviStor System

File Edit Administration Maintenance Analysis Reports Messaging Inquiry Modules Accessories Window Help

Supporting Detail

Zoom : Span | Sort Plus | Filter Plus | Transactions | Print Lines/Tender | Org | Cancel | Send | Case Mgmt | Measure - Num/Denom
100 | Sort | Filter | Summary

| | | | | | |
|---|---|---|---|---|---|
| 4 Region | 52 | NICORA JOHN A | Rite Aid Corporation (Partition) | From: | 02/04/2007 |
| 3 LPM | 5203 | RICHARD B STIMMEL | 1 Store 1924 - RA DISCOUNT PHARMACY | To: | 04/28/2007 |
| 2 District | 5203 | POPA DON A | ycle Count Down HT _Cs % Cycle Count # - ( | | |

| | | | Drug Information | | | | | | | Units | | Packs | | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Date | User ID | NDC | DEA | GCN | B/G | Theft | Pk Sz | Pk AWP | CC Adj | Beg O/H | CC Adj | End O/H | CC Adj |
| Cycle Count | 02/04/07 | RXPHFK N | 406035705 | 3 | 70331 | 1 | X | 500.00 | 98.43 | -2823.00 | 9.65 | -5.65 | 4.00 | -555.74 |
| Cycle Count | 03/29/07 | RXPHFK N | 406035705 | 3 | 70331 | 1 | X | 500.00 | 98.43 | -351.00 | 6.50 | -0.70 | 5.80 | -69.10 |
| Cycle Count | 03/06/07 | RXPHFK N | 406035801 | 3 | 70339 | 1 | X | 100.00 | 42.84 | -1.00 | 2.41 | -0.01 | 2.40 | -0.43 |
| Cycle Count | 02/26/07 | RXPHFK N | 406036005 | 3 | 70335 | 1 | X | 500.00 | 177.75 | -211.00 | 1.21 | -0.42 | 0.79 | -75.01 |
| Cycle Count | 03/29/07 | RXPHFK N | 406036005 | 3 | 70335 | 1 | X | 500.00 | 177.75 | -400.00 | 2.90 | -0.80 | 2.10 | -142.20 |
| Cycle Count | 03/06/07 | RXPHFK N | 406036101 | 3 | 70332 | 1 | X | 100.00 | 53.20 | -18.00 | 0.96 | -0.18 | 0.78 | -9.58 |
| Cycle Count | 03/06/07 | RXPHFK N | 406036201 | 3 | 70363 | 1 | | 100.00 | 61.17 | -8.00 | 1.82 | -0.08 | 1.74 | -4.89 |
| Cycle Count | 03/06/07 | RXPHFK N | 406036301 | 3 | 70334 | 1 | X | 100.00 | 53.27 | -16.00 | 2.04 | -0.16 | 1.88 | -8.52 |
| Cycle Count | 03/06/07 | RXPHFK N | 406036501 | 3 | 12486 | 1 | X | 100.00 | 54.20 | -1.00 | 0.26 | -0.01 | 0.25 | -0.54 |
| Cycle Count | 03/06/07 | RXPHFK N | 406036701 | 3 | 70330 | 1 | X | 100.00 | 70.25 | -23.00 | 1.06 | -0.23 | 0.83 | -16.16 |
| Cycle Count | 03/06/07 | RXPHFK N | 62037052401 | 3 | 63101 | 1 | | 100.00 | 114.65 | -2.00 | 1.54 | -0.02 | 1.52 | -2.29 |
| Cycle Count | 04/28/07 | RXPHFK N | 68453013416 | 3 | 25753 | 2 | | 473.00 | 112.59 | -473.00 | 1.00 | -1.00 | 0.00 | -112.59 |
| Cycle Count | 03/06/07 | RXPHFK N | 74194914 | 3 | 70331 | 2 | X | 100.00 | 107.60 | -4.00 | 1.16 | -0.04 | 1.12 | -4.30 |
| Cycle Count | 03/06/07 | RXPHFK N | 74227414 | 3 | 70363 | 2 | | 100.00 | 140.49 | -3.00 | 0.55 | -0.03 | 0.52 | -4.21 |
| | | | | | | | | 3373.00 | | -4334.00 | | -9.33 | | -1005.57 |
| | | | | | | | | | 1362.62 | | 33.06 | | 23.73 | |

Count: 14

# 36 - Neg Cycle Count - AWP -- HT _Cs - tran_extenc Page 1 of 1 Date: 06/25/2007 11:27:53

Ready

Start | Rite Aid Corporation (...



Rite Aid Corporation (Partition) - NaviStor System

File Edit Administration Maintenance Analysis Reports Messaging Inquiry Modules Accessories Window Help

**Supporting Detail**

Zoom : Span | Sort Plus | Filter Plus | Transactions | Sort | Filter | Summary | Print Lines/Tender | Org | Cancel | Send | Case Mgmt | Measure - Num/Denom

100

| | | | | |
|---|---|---|---|---|
| 4 Region | 52 | NICORA JOHN A | Rite Aid Corporation (Partition) | From: 02/04/2007 |
| 3 LPM | 5203 | RICHARD B STIMMEL | 1 Store 1924 - RA DISCOUNT PHARMACY | To: 04/28/2007 |
| 2 District | 5203 | POPA DON A | ycle Count Down HT _Cs % Cycle Count # - ( | |

| | | | | Drug Information | | | | | | Units | Packs | | | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Date | User ID | | NDC | DEA | GCN | B/G | Theft | Pk Sz | Pk AWP | CC Adj | Beg O/H | CC Adj | End O/H | CC Adj |

| Activity | Date | User ID | | NDC | DEA | GCN | B/G | Theft | Pk Sz | Pk AWP | Units CC Adj | Packs Beg O/H | Packs CC Adj | Packs End O/H | AWP CC Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cycle Count | 02/25/07 | RXPHFK | N | 172392670 | 4 | 14222 | 1 | | 500.00 | 99.75 | -28.00 | 0.08 | -0.06 | 0.02 | -5.59 |
| Cycle Count | 04/28/07 | RXPHFK | N | 24540131 | 4 | 00870 | 2 | A | 100.00 | 513.93 | -25.00 | 1.75 | -0.25 | 1.50 | -128.48 |
| Cycle Count | 04/28/07 | RXPHFK | N | 24542131 | 4 | 00871 | 2 | A | 100.00 | 513.93 | -101.00 | 1.41 | -1.01 | 0.40 | -519.07 |
| Cycle Count | 04/28/07 | RXPHFK | N | 24552131 | 4 | 25457 | 2 | | 100.00 | 386.09 | -17.00 | 1.92 | -0.17 | 1.75 | -65.64 |
| Cycle Count | 02/10/07 | RXPHFK | N | 378004001 | 4 | 14093 | 1 | | 100.00 | 159.71 | -50.00 | 0.50 | -0.50 | 0.00 | -79.86 |
| Cycle Count | 04/28/07 | RXPHFK | N | 52152003902 | 4 | 13996 | 1 | | 100.00 | 43.85 | -65.00 | 0.77 | -0.65 | 0.12 | -28.50 |
| Cycle Count | 04/28/07 | RXPHFK | N | 555036402 | 4 | 13996 | 1 | | 100.00 | 42.90 | -70.00 | 3.80 | -0.70 | 3.10 | -30.03 |
| Cycle Count | 04/21/07 | RXPHFK | N | 57844000901 | 4 | 20713 | 2 | | 100.00 | 194.98 | -31.00 | 1.21 | -0.31 | 0.90 | -60.44 |
| Cycle Count | 04/28/07 | RXPHFK | N | 591024010 | 4 | 14160 | 1 | A | 1000.00 | 640.00 | -24.00 | 0.57 | -0.02 | 0.55 | -15.36 |
| Cycle Count | 04/28/07 | RXPHFK | N | 591024110 | 4 | 14161 | 1 | A | 1000.00 | 843.20 | -266.00 | 0.78 | -0.27 | 0.51 | -224.29 |
| Cycle Count | 02/24/07 | RXPHFK | N | 59762372001 | 4 | 14261 | 1 | A | 100.00 | 74.29 | -342.00 | 8.72 | -3.42 | 5.30 | -254.07 |
| Cycle Count | 04/28/07 | RXPHFK | N | 59762372001 | 4 | 14261 | 1 | A | 100.00 | 74.29 | -155.00 | 4.45 | -1.55 | 2.90 | -115.15 |
| Cycle Count | 02/14/07 | RXPHFK | N | 59762372103 | 4 | 14262 | 1 | A | 500.00 | 481.81 | -500.00 | 1.46 | -1.00 | 0.46 | -481.81 |
| Cycle Count | 04/28/07 | RXPHFK | N | 64455006401 | 4 | 14161 | 2 | A | 100.00 | 173.06 | -30.00 | 1.50 | -0.30 | 1.20 | -51.92 |
| Cycle Count | 04/28/07 | RXPHFK | N | 9002901 | 4 | 14260 | 2 | A | 100.00 | 124.86 | -65.00 | 1.85 | -0.65 | 1.20 | -81.16 |
| Cycle Count | 04/28/07 | RXPHFK | N | 9005501 | 4 | 14261 | 2 | A | 100.00 | 155.56 | -20.00 | 1.50 | -0.20 | 1.30 | -31.11 |
| Cycle Count | 02/14/07 | RXPHFK | N | 9009001 | 4 | 14262 | 2 | A | 100.00 | 207.56 | -225.00 | 2.50 | -2.25 | 0.25 | -467.01 |
| Cycle Count | 04/28/07 | RXPHFK | N | 93083201 | 4 | 17470 | 1 | | 100.00 | 74.90 | -30.00 | 3.90 | -0.30 | 3.60 | -22.47 |
| | | | | | | | | | **4400.00** | | **-2044.00** | | **-13.61** | | **-2661.96** |
| | | | | | | | | | | **4804.67** | | **38.67** | | **25.06** | |

**Count:** 18

**# 36 - Neg Cycle Count - AWP -- HT _Cs - tran_extenc** **Page 1 of 1** **Date: 06/25/2007 11:28:54**

Ready

Start | Rite Aid Corporation (...

# Phase 2 – Detailed Research

- Cathy prepares a Pharmacy Inventory Spreadsheet utilizing data from the Replenishment system as well as NaviScript to try to determine what products may be missing and quantify the shortages

Rite_Aid_OMDL_0037829

# PHARMACY INVENTORY SPREADSHEET

## Pharmacy Inventory Spreadsheet

### All Entry is to be done in UNITS (tablets)

| KPI | Cycle Count Down HT & Cs % Cycle Count |  |
| KPI | DC Orders Adj HT & Cs % DC Orders Adj Q |  |
| RGN | 52 | **Begining** | 2/4/2007 |
| LPM | Stimmel | **Ending Date** | 4/28/2007 |
| STR | 1924 | **Length of** | 12 weeks |

*****NOTE: Click on the column headings to get notes on where to find the data.*

| NDC | Drug Description | Weekly Avg | Recommended O/H | Beg O/H | DC Orders | DSD Orders | Transfer In | Transfer Out | Total Dispensed | Expected O/H | Current O/H from Drug | Diff Qty | How much more/ less O/H than | Total CC Down | Order Adj | TeleStock Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 186504031 | Nexium 40mg Capsule | 332 | 1,328 | 756 | 3,810 | 240 | 0 | 0 | 3,990 | 816 | 690 | -126 | 0.519578313 | -126 | 0 | 240 |
| | | | | | | | | | | | | | | | | |
| 406035705 | Hydrocodone APAP 5/500 Tablet | 2,164 | 8,656 | 5,158 | 30,000 | 0 | 0 | 0 | 25,969 | 9,189 | 6,015 | -3,174 | 0.694893715 | -3,174 | 10,500 | 0 |
| | | | | | | | | | | | | | | | | |
| 59762372001 | Alprazolam 0.5mg Tablet | 211 | 844 | 624 | 2,400 | 300 | 0 | 0 | 2,537 | 787 | 445 | -342 | 0.527251185 | -342 | 1,600 | 300 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037830

# PHASE 3 – FIELD NOTIFICATION

- 5/04/2007 – Cathy creates a case in NaviCase for store 1924 based on her research and notifies LPM Stimmel
- Case provides detailed information regarding the potential losses and the ID's associated with the activities
- Case also instructs LPM to work with PDM and to request DUR (Drug Utilization Review) reports from Janet Hart

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PHASE 4 - INVESTIGATION

- 5/9/2007 – LPM Stimmel and PDM Mendenhall order DUR reports from Janet Hart for period May 1, 2006 to May 1, 2007 after a review and discussion of  the case.

Rite_Aid_OMDL_0037832

# PHASE 4 - INVESTIGATION

- 5/28/2007 – After DUR reports were received and reconciliations performed, the following losses were confirmed.
- Hydrocodone/Apap 5/500 – 4,527 units
- Hydrocodone/Apap 7.5/500 – 1,967 units
- Alprazolam 0.5mg – 522 units
- Alprazolam 1mg    - 617 units
- Ambien 10mg        - 210 units
- Physical counts were obtained at the location for further monitoring

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PHASE 4 - INVESTIGATION

- 5/28/2007 - Suspected loss form submitted by PDM
- 6 cameras in place in the Rx area covering everything but sink area
- Counts being done pre-opening every other day by LPM Stimmel and PDM Mendenhall
- State board notified for cooperative effort

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PHASE 4 - INVESTIGATION

- 5/30/2007 – Morning counts (pre-opening) done with state board agent present indicate a loss of 54 Hydrocodone/Apap 5/500 has occurred since the 28th and a review of will call reveals 3 prescription vials with product missing from will call – the paperwork is present but Rx bottles containing medication missing. All 3 are for the same patient and for controlled dru



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Phase 4 - Investigation

- 6/3/2007 – LPM Stimmel pulls video and reviews
- Video does not show any concealment of drugs but does show suspicious behavior from the pharmacist whose ID's were associated with the activities
- Behavior includes Rph removing will call bags hidden under checkout and placing Rx containers into an Rx bag but placing the paperwork into the will call bags

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# CCTV Clip 1

- This clip will show the suspect tampering with prescriptions in and around will call.



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PHASE 4 - INVESTIGATION



- LPM Stimmel and PDM Mendenhall learn that our suspect is close friends with the patient whose prescriptions were being tampered with in will call. They also learn that this patient may have a history of drug abuse issues.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Phase 4 - Investigation

LPM Stimmel contacts Director, Pharmacy LP Andy Palmer with a request to review the patient profiles associated with activity. Palmer grants permission as pursuant to an active investigation.

A review of the profiles reveals that the suspects friend is on all of the same medications missing from this location

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037839

# Phase 4 – Investigation React and Adjust

- 6/3/2007 -LPM Stimmel adds 2 more cameras to his set up to try and better capture activity around the will call area and by the Rx door and get a view of the Hydrocodones near Rx Counter



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PLAY VIDEO

- Bill Miller discussing CCTV



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037841

# PHASE 4 - INVESTIGATION

- 6/4/2007 – PDM and LPM take more early morning pre-opening counts. Three new losses discovered on the following drugs.
- Hydrocodone 5/500 - 33
- Hydrocodone 7.5/500 - 43
- And Alprazolam 1mg - 22



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Phase 4 - Investigation

- PDM Mendenhall reviews the daily pharmacy reports and notices that no prescriptions have been filled at this location for Alprazolam 1 mg within the timeframe they became missing

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Phase 4 – Investigation

- PDM Mendenhall and LPM Stimmel review the CCTV footage together and notice the suspect appear to fill a prescription for the Alprazolam 1 mg but Mendenhall notices that the monograph and label print out immediately and no QA appears to occur. Mendenhall concludes from the video that the suspect merely printed a label from a previous script and does not appear to properly and accurately count the tablets out.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037844

# CCTV Clip 2

- This clip will show the suspect doing a label reprint on the Alprazolam and placing tablets into a vial using the reprinted label.



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# CCTV Clip 3

- This clip shows the "Pick up" of the relabeled prescription vials by our suspects accomplice.



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037846

# PHASE 4 – INVESTIGATION

- 6/5/2007 – A meeting with state board agent to discuss the case details and view the video is arranged. A decision is reached to mutually interview the suspect pharmacist at the location on 6/9/2007



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037847

# PHASE 5 - RESOLUTION

- 6/9/2007 – LPM Stimmel interviews the suspect pharmacist with state board agent present.
- The suspect when confronted with the evidence admits to the theft of controlled drugs by printing extra labels on his friends medications and filling and labeling vials with those drugs. He then removed those filled vials from the store himself or handed them off to her on occasion.
- The suspect pharmacist signs a statement to that effect and a civil internal loss report and declares his willingness to repay Rite Aid.
- Suspect pharmacist is then removed from the location and terminated. State board agent arranges for an arrest warrant.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# PHASE 6 — FINAL DOCUMENTATION

- A Form 106 is prepared by the PDM, approved by Janet Hart and submitted to the DEA as a loss due to employee theft.

- LPM Stimmel updates his case in NaviCase and closes the case.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Notes Summary:

No speaker notes are contained in this presentation.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0037851