# EXHIBIT 186

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                       -  -  -
 5
    IN RE:  NATIONAL           :   HON. DAN A.
 6  PRESCRIPTION OPIATE        :   POLSTER
    LITIGATION                 :
 7                             :
    APPLIES TO ALL CASES       :   NO.
 8                             :   1:17-MD-2804
                               :
 9
              - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                       -  -  -
12
                  January 15, 2019
13
                       -  -  -
14
15           Videotaped deposition of
    KEITH FROST taken pursuant to notice, was
16  held at the offices of Morgan Lewis
    Bockius, 1701 Market Street,
17  Philadelphia, Pennsylvania beginning at
    9:30 a.m., on the above date, before
18  Michelle L. Gray, a Registered
    Professional Reporter, Certified
19  Shorthand Reporter, Certified Realtime
    Reporter, and Notary Public.
20
                       -  -  -
21
22         GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672
23             deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

1             is that what you said?
2    BY MR. CLUFF:
3          Q.    An excessive ordering
4    pattern in your experience as a manager
5    from 2003 to 2014, did you believe that
6    was suspicious?
7                MR. LAVELLE:  Object to
8          form.
9                THE WITNESS:  Well, we
10         didn't have an instance, what you
11         just said.
12   BY MR. CLUFF:
13         Q.    What do you mean you didn't
14   have that instance?
15         A.    You said as a manager, based
16   on my experience, would excessive
17   ordering be suspicious.  Well, we didn't
18   have that pattern of excessive ordering.
19   And as a matter of fact, when we had the
20   DEA audit back in 2012, they were real
21   happy with our excessive ordering
22   monitoring system.  They walked through
23   the whole cage because they spent all day
24   there looking at how we picked all of our

1   pick list IDs, all of our postings, our
2   control logs, how we audited 100 percent
3   of our totes.  And they were very, very
4   happy with the way we had our controls in
5   place, and they wished other places did
6   the same thing we did.
7            And they didn't see -- we
8   showed them the phone logs.  They said
9   you know, this is fine, you're keeping
10  track of anything.  And nothing looked
11  out of place to them.  That was the
12  second of four audits they had of our
13  facility.
14       Q.    When that DEA audit
15  occurred, did you tell them that you had
16  never reported a suspicious order from
17  the Perryman center?
18       A.    I don't recall that.
19            MR. CLUFF:  Let's take a
20       little bit of a break.
21            THE WITNESS:  Sure.
22            MR. CLUFF:  Maybe just five,
23       ten minutes.
24            THE VIDEOGRAPHER:  Off the