# EXHIBIT 188



# License Look Up

3/25/2019 12:43 PM

## ADOLPH   HARPER

| | |
|---|---|
| Status | Inactive |
| Sub-Status | Board Action |
| Board | Medical Board |
| License Type | Doctor of Medicine (MD) |
| License Number | 35.044503 |
| License Issue Date | 02/14/1980 |
| License Expiration Date | 10/01/2012 |
| License Effective Date | 10/02/2010 |
| City | COPLEY |
| State | OH |
| Country | |
| Board Action | Yes |

Board Action Details 05/22/2012: VOLUNTARY SURRENDER - Permanent revocation authorized by physician in lieu of formal disciplinary proceedings pursuant to Sections 4731.22(B)(3), 4731.22(B)(6), 4731.22(B)(19), and 4731.22(B)(24), Ohio Revised Code. Effective 5/22/12.

Supervised By:

Current date & time: 3/25/2019 12:43 PM



EXHIBIT
WJK
21
Leonard 3-27-19

**Disclaimer:** The Joint Commission and NCQA consider on-line status information as fulfilling the primary source verification requirement for verification of licensure in compliance with their respective credentialing standards.

Page 1 of 2