# EXHIBIT 189

# REDACTED

## RE: 3182 Oxy Threshold

From:

Sophia Lai <slai@riteaid.com>

To:

"Oriente, Michael" <michael.oriente@mckesson.com>, "Smith, Jenna L" <jenna.smith@mckesson.com>, "Gustin, Dave" <dave.gustin@mckesson.com>, "Ryan T. Duval" <rduval@riteaid.com>

Cc:

Mary Menegay <mmenegay@riteaid.com>

Date:

Mon, 31 Oct 2011 19:29:36 +0000

---

I agree, we ran a report and checked his DEA number and saw the same thing. We have the PDM reviewing a checklist to visit the clinic. No increases at this time.
Thanks.

---

**From:** Oriente, Michael [mailto:Michael.Oriente@McKesson.com]
**Sent:** Monday, October 31, 2011 3:04 PM
**To:** Nichols, Jenna; Sophia Lai; Gustin, Dave; Ryan T. Duval
**Subject:** RE: 3182 Oxy Threshold

The Dr listed for the threshold review may be an issue that you may want to do additional due diligence on. He is an Ob/Gyn not a Pain Management Specialist. I am going to deny this additional increase.

### Dr. Adolph Harper, MD
#### Obstetrician & Gynecologist
http://www.vitals.com/ratings/Dr_Adolph_Harper.html
**Vitals Comments for Dr. Adolph Harper**

October 20, 2011

**RUDE & UNPROFESSIONAL STAFF!!!**
I think Dr. Harper is a very good doctor, BUT. his daughters/staff is very, very rude and unprofessional..Iam looking 4 another doctor because of them.. soon he will be out of business because of them, everyone that go's to the office say that they are rude. i do like Dr. harper but not his staff is so slow, and it take atlease 2 to 3 hour of waiting time..i wish i could have rated the COURTESY&PROFESSIONALISM lower because they don't deserve that 1 star!! It needs 2 be a rating lower then poor

---

September 23, 2011

**N/A**
No one is filling his prescriptions! What is going on?!! We have to pay a co pay now and everyone at the office is rude and act as if we are a pain in there a** some of us are very sick and not just drug addicts!!!!!!!!! The staff slams the doorr in are face and wont even pick up the telephone!! I am beyond upset! They send us on a chase but what they don't know is that there years of treating patients like dirt will come back. I don't knoq how they managed to stay in business like that

---

July 15, 2011

**DRUG DEALER!!!**
YOUNG PEOPLE ARE DYING BECAUSE THIS MAN WILL GIVE PAIN PILLS AND XANAX TO ANYONE! PLEASE SOMEONE STEP IN BEFORE ANOTHER LIFE IS LOST, HE HAS SET UP LEGAL STREET PHARMACY ON ROMIG ROAD, SERIOUSLY, JONATHAN IS DEAD, AND THERE WILL BE MORE!

---

July 06, 2011

gives my daughter any pills she wants as long as he can be a pervert once a month and check her, in trouble with drug board , he will get you addicted to any pills , he is not a doctor he is a drug dealer with his own daughters as accessories

---

See more reviews for Dr. Harper

Read more: http://www.vitals.com/ratings/Dr_Adolph_Harper.html#ixzz1cO03hYUR

*Michael P. Oriente*
Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone:
Cell:
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Nichols, Jenna
**Sent:** Wednesday, October 26, 2011 1:06 PM
**To:** Sophia Lai; Gustin, Dave; Ryan T. Duval

**Cc:** Oriente, Michael
**Subject:** RE: 3182 Oxy Threshold
Ok, thanks Sophia!
**Jenna Nichols**
Account Manager, RNA Support Solutions
**McKesson Corporation**
1220 Senlac Drive
Carrollton, TX 75006
972.446.4842 Office
972.446.5493 Fax
972.505.0364 Cell
jenna.nichols@mckesson.com
www.mckesson.com

**From:** Sophia Lai [mailto:slai@riteaid.com]
**Sent:** Wednesday, October 26, 2011 11:13 AM
**To:** Gustin, Dave; Nichols, Jenna; Ryan T. Duval
**Cc:** Oriente, Michael
**Subject:** RE: 3182 Oxy Threshold
Please hold off, we have certain procedures we need the PDM to verify prior to a second increase. I will follow up and let you know if we need to increase the threshold.
Thanks!

**From:** Gustin, Dave [mailto:Dave.Gustin@mckesson.com]
**Sent:** Wednesday, October 26, 2011 11:20 AM
**To:** Nichols, Jenna; Ryan T. Duval
**Cc:** Sophia Lai; Oriente, Michael
**Subject:** RE: 3182 Oxy Threshold
Actually it was less than 40 days ago. I got the month wrong. But it still is an issue as we consider 90 days the least amount of time between increases for just "business growth" and even then the increases should be nominal Let me know if this is truly needed.

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Nichols, Jenna
**Sent:** Wednesday, October 26, 2011 11:16 AM
**To:** Ryan T. Duval
**Cc:** Sophia Lai; Oriente, Michael; Gustin, Dave
**Subject:** RE: 3182 Oxy Threshold
Ryan & Sophia,
This store received an increase on the oxycodone base code of 4000 doses 10 days ago. After another 15% increase, this will result in a 33% increase in the same month. I just wanted to bring this to your attention before approving the additional 15%.
Please confirm if you feel the additional 15% increase is warranted.
Thank you,
**Jenna Nichols**
Account Manager, RNA Support Solutions
**McKesson Corporation**
1220 Senlac Drive
Carrollton, TX 75006
972.446.4842 Office
972.446.5493 Fax
972.505.0364 Cell
jenna.nichols@mckesson.com
www.mckesson.com

**From:** Ryan T. Duval [mailto:rduval@riteaid.com]
**Sent:** Wednesday, October 26, 2011 7:10 AM
**To:** Nichols, Jenna
**Subject:** FW: 3182 Oxy Threshold
Dr. Adolph Harper. DEA :AH9159004. I do not know the name of the practice
**Ryan Duval** | Pharmacy Profit Protection Analyst
Pharmacy Loss Prevention | Rite Aid Corporation
rduval@riteaid.com | 717.761.2633 ext. 5018

**From:** Ryan T. Duval
**Sent:** Tuesday, October 25, 2011 1:59 PM
**To:** Mary Menegay
**Subject:** FW: 3182 Oxy Threshold
Mary,
Could you provide the name of the prescribing physician and the clinic?
Thanks
**Ryan Duval** | Pharmacy Profit Protection Analyst
Pharmacy Loss Prevention | Rite Aid Corporation
rduval@riteaid.com | 717.761.2633 ext. 5018

**From:** Nichols, Jenna [mailto:Jenna.Nichols@mckesson.com]
**Sent:** Tuesday, October 25, 2011 1:58 PM

**To:** Ryan T. Duval
**Cc:** Oriente, Michael
**Subject:** RE: 3182 Oxy Threshold

Ryan,

Can you provide the name of the prescribing physician and the clinic, please?

Thanks so much,

**Jenna Nichols**
Account Manager, RNA Support Solutions
**McKesson Corporation**
1220 Senlac Drive
Carrollton, TX 75006
972.446.4842 Office
972.446.5493 Fax
972.505.0364 Cell
jenna.nichols@mckesson.com
www.mckesson.com

---

**From:** Ryan T. Duval [mailto:rduval@riteaid.com]
**Sent:** Tuesday, October 25, 2011 7:14 AM
**To:** Nichols, Jenna
**Subject:** FW: 3182 Oxy Threshold

Jenna,

Could you increase store 3182 by 15%.

Thanks

**Ryan Duval** | Pharmacy Profit Protection Analyst
Pharmacy Loss Prevention | Rite Aid Corporation
rduval@riteaid.com | 717.761.2633 ext. 5018

**From:** Mary Menegay
**Sent:** Monday, October 24, 2011 4:18 PM
**To:** Ryan T. Duval
**Subject:** 3182 Oxy Threshold

Can I get a 15% bump in the Oxy limit at store 3182. They have increased activity from a local pain mgmt. doctor. Thanks!

*Mary Menegay R. Ph.*
*Pharmacy District Manager*
*3010 Whipple Ave NW*
*Canton, Ohio 44718*
*(330) 477-1077*

---

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

---

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

---

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

---

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.