# EXHIBIT 191

| | |
|---|---|
| From: | Millward, Joseph |
| Sent: | Tue, 19 Nov 2013 11:20:07 -0500 |
| To: | Roahrig, Todd |
| Cc: | Millward, Joseph;Chunderlik, George;Voelker, Kayla |
| Subject: | RE: Daily HBC Suspicious Purchasing Report - 11/13/13 |

My first concern is to verify that the orders are supported by the business need and not a result of diversion. Thank you for the information. Since the average utilization of the chain is low, they will continue to flag every day the report runs.

-----Original Message-----
From: Roahrig, Todd
Sent: Monday, November 18, 2013 10:17 AM
To: Millward, Joseph
Subject: RE: Daily HBC Suspicious Purchasing Report - 11/13/13

Joe - I discussed with Tony at Bridgeville - he will provide some names of the clinics and MDs using the buprenex. He said there are several around there and with proximity to 79, they are very busy.

They do scrutinize these when filling and have/continue to call the clinics on any questionable ones and turn some away.

He said Rite Aid is also one of the nearby pharmacies to these clinics that carries a lot as well.


-----Original Message-----
From: Millward, Joseph
Sent: Thursday, November 14, 2013 5:43 PM
To: Roahrig, Todd; Weekley, Robert
Cc: Bencivengo, Fred; Carlson, Gregory; Chunderlik, George; Voelker, Kayla
Subject: FW: Daily HBC Suspicious Purchasing Report - 11/13/13

Todd and Bobby,

Can you please check with the two stores listed on the attached spreadsheet to see if the increase in ordering is legitimate? Below are some questions to ask.
Thank you,

Joe

Please respond to these questions in regards to your request for an increase in narcotic order points. The adjustment in order points will be based on this data.


1. Has your store experienced an overall increase in prescription volume compared to last year? If so, what is the % increase?

2. Has your pharmacy had an acquisition within the last year? no

3. Has a new physician practice opened in your geographic location within the last year?

4. Do you have a patient or multiple patients that require these drugs ?

5. Is your pharmacy located near a hospital or facility that specializes in these drugs?

6. Other reasons that may justify raising the monthly ordering controlled substance ordering threshold?

-----Original Message-----
From: Kayla.Voelker@gianteagle.com [mailto:Kayla.Voelker@gianteagle.com]
Sent: Thursday, November 14, 2013 8:50 AM
To: Mollica, Anthony; Hughes, Nathan; Carlson, Gregory; Voyten, Shawn; Voelker, Kayla; Millward, Joseph; Cornwell, James; Chunderlik, George
Subject: Daily HBC Suspicious Purchasing Report - 11/13/13

We have had 2 pharmacies exceed the purchasing thresholds for certain controlled products so far this month.

Wednesday, November 13, 2013

This report was generated on November 14, 2013 at 8:49:13 AM.

Kayla Voelker | Analyst, Pharmacy Operations | Kayla.Voelker@gianteagle.com | x23766

CONFIDENTIAL

HBC_MDL00132865