# EXHIBIT 192

| | |
|---|---|
| From: | Roahrig, Todd |
| Sent: | Mon, 25 Nov 2013 13:04:01 -0500 |
| To: | Millward, Joseph |
| Subject: | FW: Daily HBC Suspicious Purchasing Report - 11/13/13 |

Joe - here's at least the 4 clinics/mds around Bridgeville... Tony will continue to do his due diligence on these

-----Original Message-----
From: 2401, Pharmacy Team Leader (0641)
Sent: Monday, November 25, 2013 1:02 PM
To: Roahrig, Todd
Subject: RE: Daily HBC Suspicious Purchasing Report - 11/13/13

hutton healthcare services, llc on 600 washington ave, suite 100 bridgeville (412)257-5900

south hills recovery 850 boyce rd. suite 2 bridgeville 724-960-1140

freedom healthcare 316 station st. suite 100 bridgeville 412-221-1091

dr. leonard merkow 1363 washington pike bridgeville 412-277-4335

there are more---this is the info. that I saved to send


From: Roahrig, Todd
Sent: Monday, November 18, 2013 10:13 AM
To: 2401, Pharmacy Team Leader (0641)
Subject: FW: Daily HBC Suspicious Purchasing Report - 11/13/13

Tony - give me some of the clinics names and numbers and other info as discussed

-----Original Message-----
From: Millward, Joseph
Sent: Thursday, November 14, 2013 5:43 PM
To: Roahrig, Todd; Weekley, Robert
Cc: Bencivengo, Fred; Carlson, Gregory; Chunderlik, George; Voelker, Kayla
Subject: FW: Daily HBC Suspicious Purchasing Report - 11/13/13

Todd and Bobby,

Can you please check with the two stores listed on the attached spreadsheet to see if the increase in ordering is legitimate? Below are some questions to ask.
Thank you,

Joe

Please respond to these questions in regards to your request for an increase in narcotic order points. The adjustment in order points will be based on this data.


1. Has your store experienced an overall increase in prescription volume compared to last year? If so, what is the % increase?

2. Has your pharmacy had an acquisition within the last year? no

3. Has a new physician practice opened in your geographic location within the last year?

4. Do you have a patient or multiple patients that require these drugs ?

5. Is your pharmacy located near a hospital or facility that specializes in these drugs ?

6. Other reasons that may justify raising the monthly ordering controlled substance ordering threshold?

-----Original Message-----
From: Kayla.Voelker@gianteagle.com [mailto:Kayla.Voelker@gianteagle.com]
Sent: Thursday, November 14, 2013 8:50 AM
To: Mollica, Anthony; Hughes, Nathan; Carlson, Gregory; Voyten, Shawn; Voelker, Kayla; Millward, Joseph; Cornwell, James; Chunderlik, George
Subject: Daily HBC Suspicious Purchasing Report - 11/13/13

We have had 2 pharmacies exceed the purchasing thresholds for certain controlled products so far this month.

Wednesday, November 13, 2013

This report was generated on November 14, 2013 at 8:49:13 AM.

Kayla Voelker | Analyst, Pharmacy Operations | Kayla.Voelker@gianteagle.com | x23766

CONFIDENTIAL

HBC_MDL00094600