# EXHIBIT 197

**Standard Operating Procedure**

*Document Version 1.4*

| HBC Service Co. – Washington, PA | |
|---|---|
| **Pharmacy Hand-Off to Courier** | **EFFECTIVE DATE: 05/12/11** |
| | **FILE NAME: SOP Pharmacy Hand-Off to Courier 1.0** |
| | **PAGE: 1 of 2** |

### 1.0 PURPOSE

1.1  The following procedure applies to the Pharmacy Hand-Off to Courier transporting HBC Rx to McKesson.

### 2.0 TOOLS and EQUIPMENT

2.1  The following list details all tools and equipment for the Pharmacy Hand-Off to Courier process.

2.2  Bill of Lading – Details how many totes and for what stores are on the selected outbound pallets. 3 copies of each of the 5 routes (15 pages total) should be printed, 1 – HBC in-house copy, 2 – courier's copy, 3 – McKesson copy.

2.3  Pen – to have courier driver sign in-house copy to verify that the product count is correct.

### 3.0 PROCEDURE

3.1  Courier arrives at HBC pharmacy to pick up selected pallets of totes to be shipped to McKesson.

3.2  Supervisor locks truck into Door 50 with trailer restraint, puts plate into trailer and lets the driver into the building.

3.3  Supervisor provides 3 copies of BOL to courier driver.

3.4  Pallets are brought from pharmacy room to Door 50 by HBC TM.

CONFIDENTIAL                                                HBC_MDL00189086

**Standard Operating Procedure**

*Document Version 1.4*

---

3.5 Prior to loading each pallets totes are counted to verify that the correct amount of totes for that route are on the pallet.

3.6 If there are any discrepancies:

    3.6.1 Totes are counted again
    3.6.2 If discrepancy still exists, the pallet is set to the side until other pallets are loaded. Totes may have been placed on another routes pallet.
    3.6.3 If pallet count does not equal after all pallets have been loaded, a check of the pharmacy room is completed to see if the missing tote(s) were not palletized.
    3.6.4 If pallet count does not equal check Route sheet to make sure that it was correctly filled out.
    3.6.5 If totes cannot be found in pharmacy room, BOL must be noted that there was a discrepancy with the HBC BOL count and the actual count at the point of loading. This must be noted on all 3 BOL's.
    3.6.6 An email must be generated and sent by the pharmacy support staff indicating that there was a discrepancy. Must go to building manager, Shift managers, and Greg Carlson.

3.7 BOL's, all 3 copies, are signed by HBC supervisor and the courier driver.

3.8 Courier's trailer door is sealed with a numbered seal or locked with a padlock before leaving Door 50.

3.9 Door 50's trailer restraint is unlocked and the courier is walked and let out of the man door.

---