# EXHIBIT 198

**Standard Operating Procedure**

*Document Version 1.4*

| HBC Service Co. – Washington, PA | |
|---|---|
| **Pharmacy Palletizing** | **EFFECTIVE DATE: 05/12/11** |
| | **FILE NAME: SOP Pharmacy Palletizing – shipping preparation 1.0** |
| | **PAGE: 1 of 2** |

## 1.0 PURPOSE

1.1 The following procedure applies to the Pharmacy Palletizing – shipping preparation process.

## 2.0 TOOLS and EQUIPMENT

2.1 The following list details all tools and equipment for the Pharmacy Palletizing process.

2.2 Pallet jack to move pallets of totes.

2.3 Handheld scan gun.

2.4 Blue bar coded scan labels.

2.5 Route Sheets – used to verify the tote counts.

## 3.0 PROCEDURE

3.1 Once the totes have been palletized by the narcotics cage selector the HBC support staff TM, pulls the full pallet of totes out of the narcotics cage and replaces it with an empty pallet.

3.2 HBC support staff TM will palletize white carton label on the totes to a blue scan LPN. 1blue LPN per tote.

    3.2.1 Log into RF gun

**Standard Operating Procedure**

*Document Version 1.4*

---

    3.2.2  Choose options 4, then 2, then 1 to begin palletizing
    3.2.3  Scan blue bar code label, then scan the carton labels
    3.2.4  To assign the carton labels to the blue scan label hit 'CTRL-E'

3.3    All totes must be palletized on the pallet with the blue scan labels prior to loading the scan bars onto the virtual truck

3.4    Once all cartons are palletized. The HBC support staff TM will scan each blue scan bar code and load the totes onto the truck virtually.

3.5    After the virtual truck is loaded – a route sheet will be placed onto the pallet to show what route it is assigned to.

    3.5.1  Log in to RF gun
    3.5.2  Choose options 4, then 1, then 1 to begin loading
    3.5.3  Scan each blue bar code label to load
    3.5.4  Scan to virtual TRL 950
    3.5.5  Use check digit 123, and choose R or L
    3.5.6  Once all blue scan bars have been loaded log off RF gun

3.6    The HBC support staff TM will then complete a route sheet for that pallet. The route sheet will indicate how many totes are on the route and the number for each store.

3.7    After the route sheet is completed, is should be printed in triplicate.

CONFIDENTIAL    HBC_MDL00189089