# EXHIBIT 199

126

1      A.    Well, they had me explain my
2   entire background, my experience.  And then they
3   made a determination amongst themselves as to
4   whether or not my experience and expertise would
5   actually be good enough for the case to be an
6   expert or not.
7      Q.    But in terms of your approach to
8   this engagement, what you did and how you built
9   your report, did you propose that to the law
10  firm, or did the law firm propose that to you?
11           MR. KOBRIN:  Object to form.
12     A.    How I did my report?
13     Q.    Well, how you went about your work
14  in this case, right?  Obviously you weren't
15  involved in the case to begin with, so you
16  didn't know what information there was out
17  there, right?
18     A.    Oh, correct.  Yes.
19     Q.    So they provided you with
20  information?
21     A.    A lot of information, yes.
22     Q.    How much information would you say
23  you've reviewed in page count, if you could
24  estimate?
25     A.    I can't tell you how many

[5/29/2019] Greimel052919

```
                                                           127
 1    thousands of pages.  They give me all the --
 2    basically everything in the back here,
 3    everything in the back.  It's full depositions,
 4    two-day depositions, and, you know, video
 5    depositions, and then all the different manuals
 6    and -- you know, the stuff that's listed in the
 7    back.  There's a lot of records.
 8             Q.    And you're referring to, I
 9    believe, Appendix B to Exhibit 2 of your
10    deposition?
11             A.    Correct.
12             Q.    That's the list of the materials
13    that you relied upon in forming your report?
14             A.    Correct.
15             Q.    Section 2, "Documents Produced in
16    This Litigation," the first item there is called
17    the "Diversion Investigators Manual."
18                   You reviewed that in preparation
19    for your report, right?
20             A.    Correct.
21                   MR. KOBRIN:  Object to form.
22             Q.    Is that the first time that you
23    reviewed that "Diversion Investigators Manual"?
24             A.    I've seen the manual before.
25             Q.    When you say "seen" it, you mean
```

[5/29/2019] Greimel052919