# EXHIBIT 201

```
 1                 UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3
     IN RE:  NATIONAL PRESCRIPTION      Case No. 1:17-MD-2804
 4   OPIATE LITIGATION                  MDL NO. 2804
                                        Hon. Dan A. Polster
 5   APPLIES TO ALL CASES
 6
     _ _ _ _ _ _ _ _ _ _ _ _ _ /
 7
 8        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                    CONFIDENTIALITY REVIEW
 9
          VIDEOTAPED
10   DEPOSITION OF: RICHARD CHAPMAN
11   DATE:          December 18, 2018
12   TIME:          9:37 a.m. to 3:04 p.m.
13
     PLACE:         201 North Franklin Street
14                  Suite 3400
                    Tampa, Florida
15
16   PURSUANT TO:   Notice by counsel for
                    Plaintiffs for purposes of
17                  discovery, use at trial
                    or such other purposes
18                  as are permitted under
                    the Ohio Rules
19                  of Civil Procedure
20   BEFORE:        LISA A. SIMONS-CLARK, RMR, CRR
                    Notary Public, State of
21                  Florida at Large
22
23
24
25
```

```
 1      Q.   Do you understand the question?
 2      A.   I -- I do.
 3      Q.   Okay.  Can you give me an answer?
 4           MS. McENROE:  Can you ask something a little
 5      bit more specific?
 6           MR. PIFKO:  Well, I'd like to hear his answer.
 7           THE WITNESS:  I guess the first thing that I
 8      would say is Rite-Aid is a closed system.
 9      Rite-Aid shipped only to its own -- our
10      distribution centers only shipped to Rite-Aid
11      stores.
12           So as a part of that, in terms of ensuring
13      there was no diversion, we -- we knew both the
14      from and the -- you know, the origination and the
15      destination of every shipment was a Rite-Aid
16      location; and in terms of the quantity of those
17      orders, there were a variety of controls.
18           The orders were created not by a human.  They
19      were system created based on actual sales at a
20      store, actual scripts that were filled and product
21      that was consumed at a store.
22           So there wasn't a -- there wasn't a capability
23      of someone just to place an unusually large order
24      as a human to try to divert product.  Pharmacists
25      were able to modify those orders, but there was
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    substances, do you understand how an order was placed

 2    at a particular pharmacy location at a store to a

 3    distribution center?

 4           MS. McENROE:  Objection to form.

 5           THE WITNESS:  My understanding is that for all

 6        pharmacy products, it was a computerized ordering

 7        system.  They created an order based on the demand

 8        for that item and the on-hand balance in -- in the

 9        store; and the demand obviously is a function of

10        the sales or the -- and the use -- in the instance

11        of a pharmaceutical product, of its consumption

12        when filling scripts.

13           So it was a computerized algorithm that took

14        into account the on-hand balance and the rate of

15        sale for that product to calculate an efficient

16        order quantity.

17    BY MR. PIFKO:

18        Q.  Okay.  So there's a computer system at a

19    particular pharmacy location in the store.  Yes?

20        A.  Well, there's --

21           MS. McENROE:  Objection to form.

22           THE WITNESS:  I'm sorry.  There's a mainframe

23        that actually -- you know, the computer was not --

24        did not reside at a -- at an individual store,

25        so --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    identification.)
 2    BY MR. PIFKO:
 3        Q.   For the record, Exhibit 2 is a multipage
 4    E-mail, Bates labeled Rite_Aid_OMDL_0038075 to 77.
 5    Take a moment to review that, and let me know when
 6    you're done.
 7        A.   Okay.  Okay.
 8        Q.   All right.  So this -- have you seen this
 9    before?
10        A.   I have.
11        Q.   When was the last time you saw this?
12        A.   Yesterday.
13        Q.   And before seeing it yesterday, when was the
14    last time you saw it?
15        A.   2013.
16        Q.   All right.  The subject line of this series of
17    E-mails is Suspicious Order Monitoring Project.
18    Actually, it says 5046 - Suspicious Order Monitoring
19    Project.  Do you see that?
20        A.   I do.
21        Q.   What is the Suspicious Order Monitoring
22    Project?
23        A.   It was a project that was conceptualized to --
24    from the distribution center's perspective to replace
25    the manual activities that I mentioned to you, whereby
```

Highly Confidential - Subject to Further Confidentiality Review

1  we used -- we had a threshold and adjusted orders down

2  if they exceeded that threshold and then went through a

3  series of manual steps to record that action and report

4  it back to the corporate office.

5       It also included -- the -- the project that

6  was envisioned would have also included -- you know,

7  there's some reporting and monitoring activities that

8  took place in our loss prevention department that would

9  have been -- that were done as a separate -- you know,

10 in a separate process.

11      So it would have folded all of those processes

12 together so there would have been one place that

13 managed this, all of this activity and the reporting of

14 it; but from our perspective, the key to it was that it

15 was going to automate what was then a manual process.

16    Q.  So at the second -- so beginning on the second

17 page here -- well, there's an E-mail from you to

18 Chris Belli dated June 12th, 2013.  Do you see that?

19    A.  I do.

20    Q.  It says, Chris - Per our conversation, and

21 then you're forwarding something from Marcia.  Do you

22 see that?

23    A.  Yeah.

24    Q.  Who's Marcia, do you know?

25    A.  She was in our IT department, so she was