**PSJ14 Janssen Opp Exh 1 – PPLPC051000272272**



# Noramco World Wide Narcotics Franchise

Overview prepared for the sale of Noramco World Wide Narcotics Franchise global product portfolio including Noramco Wilmington, Tasmanian Alkaloids, and Athens Technical Center



October 2015

Confidential

CONFIDENTIAL

PPLPC051000272272
PPLPC051000272272

# Presenters



### Matthew Martin — General Manager

- 32+ Years of industry experience
- Joined Noramco in 2006
- Experience includes CFO, CIO, VP Marketing and Business Unit Leader for several J&J Pharma, Supply Chain and Med Device Companies

### Anthony Ambrosini — WW Controller

- 26 years of industry experience
- Joined Noramco in 2006
- Experience includes Centocor biologics, Nabisco, Avon, and General Chemical

### Bill Grubb — Group Product Director

- 24 years of industry experience
- Joined Noramco in 1997
- Experience includes development, regulatory, operations, and commercial with J&J and GlaxoSmithKline

CONFIDENTIAL

# Important Notice



Management believes the information provided in this presentation on the narcotic active pharmaceutical ingredients business and related manufacturing operations (the "Business") conducted by Noramco, Inc. ("Noramco") and Tasmanian Alkaloids Pty. Ltd. is accurate and reliable as of the date of this presentation unless another date is indicated.  However, neither Noramco nor any of its affiliates in the Johnson & Johnson Family of Companies make any representation or warranty, express or implied, as to the accuracy or completeness of such information.  Only those agreements, representations and warranties contained in a definitive written purchase agreement between Noramco and the successful bidder shall have any legal effect.  Prospective purchasers are expected to conduct their own due diligence investigation and analysis, and not rely on the information and description of the Business provided herein.  In addition, this presentation contains forward-looking statements and information. <u>Neither Noramco nor its affiliates make any representation or warranty, express or implied, as to the accuracy or completeness of such forward-looking statements and information in this presentation. The audience should not rely upon any forward-looking statement or information in this presentation because Noramco and its affiliates give no assurance such statements or information will be realized.  Each potential purchaser is expected by Noramco to do its own analysis as to the future prospects of the Business.</u>

CONFIDENTIAL                                                                PPLPC051000272274
PPLPC051000272272



## Agenda

| | | |
|---|---|---|
| ▪ Opportunity and Strategic Rationale | Matthew Martin | *4* |
| ▪ Market and Commercial Overview | Bill Grubb | *12* |
| ▪ Manufacturing and Supply Chain | Bill Grubb | *26* |
| ▪ Pipeline | Bill Grubb | *39* |
| ▪ R&D Agricultural and Chemical | Matthew and Bill | *45* |
| ▪ Key Financials | Anthony Ambrosini | *58* |
| ▪ Human Resources | Matthew Martin | *62* |
| ▪ Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

# Strategic Rationale For Seller



Johnson & Johnson is exploring the sale of the Global Narcotics business for the following reasons:

- J&J strategy **no longer includes narcotic analgesics**

- J&J Pharma **supply chain is focused on manufacturing internal products**

- Allows J&J to **focus on producing novel pharmaceuticals**

By focusing on this business from the field to the customer formulation we believe a purchaser can enhance the Noramco value proposition.

CONFIDENTIAL

# Opportunity For Purchaser



Acquire the **#1 supplier of Narcotic APIs** in the United States, the world's largest market

Gain a **global presence** with marketing authorizations filed in 30+ countries

Inherit a **strong pipeline** of new products and filed customer product opportunities

Become a **key supplier** to the world's largest multi-source generics

Acquire fully integrated **facilities and personnel** and **external supply network**



*Wilmington, Delaware*
*Active Pharmaceutical Ingredients*



*Westbury, Tasmania*
*Extraction, Ag R&D*



*Athens, Georgia Building 6*
*Small Scale Manufacture + R&D*

CONFIDENTIAL

# Noramco Global Product Portfolio



| Noramco Family of Active Ingredients | Representative Brand Drug Product | Indication | Net Trade Sales* 2014 in USD MM |
|---|---|---|---|
| Oxycodone | Oxycontin®, Percocet®, Roxicodone® | Pain | $94 |
| Hydrocodone | Vicodin®, Lortab® | Pain | 52 |
| Buprenorphine | Bu-trans®, Norspan® Suboxone®, Subutex® | Pain or addiction | 20 |
| Morphine | MS Contin®, Embeda® | Pain | 20 |
| Codeine | Laudanon® | Pain | 18 |
| Hydromorphone | Dilaudid®, Exalgo® | Pain | 9 |
| Naloxone | Narcan®, Evzio® | Overdose or abuse | 2 |
| Other / Intermediates | | ADHD and Pain | 23 |
| Narcotic Raw Materials | | | 20 |
| **Global 2014 Net Trade Sales value** | | | **$258** |

*Net Trade Sales reflect internal data and are unaudited*

CONFIDENTIAL

# Locations and Functions Included in Transaction





**WILMINGTON, Delaware**

Manufacturing
Quality
Sales & Customer Service
Finance
Manufacturing Plant Support

**Schaffhausen, Switzerland**
*No Dedicated Building*

Sales & Customer Service
CMO Technical Support
R&D and Regulatory
Program Managers

**ATHENS, Georgia**
*Building 6*

Manufacturing
Customer Technical Support
R&D and Regulatory
Program Management
Manufacturing Plant Support

**Tasmania, Australia**

Growing and Extraction
Ag and Chemical R&D
Field Staff
Plant & Technical Support
NRM Sales & Customer Service

CONFIDENTIAL

# 483 Full Time Equivalents Support the Franchise (455 direct and 28 shared with J&J*)





**WILMINGTON, Delaware**

**197 FTEs + 13 Shared**

Manufacturing
Quality
Sales & Customer Service
Finance
Manufacturing Plant Support

**Schaffhausen, Switzerland**
*No Dedicated Building*

**24 FTEs + 7 Shared**

Sales & Customer Service
CMO Technical Support
R&D and Regulatory
Program Managers

**ATHENS, Georgia**
*Building 6*

**38 FTEs + 4 Shared**

Manufacturing
Customer Technical Support
R&D and Regulatory
Program Management
Manufacturing Plant Support

**Tasmania, Australia**

**196 FTEs + 4 Shared**

Growing and Extraction
Ag and Chemical R&D
Field Staff
Plant & Technical Support
NRM Sales & Customer Service

\*  The 28 shared resources are leveraged with J&J and are required to operate the business.
2 employees located in UK included within Schaffhausen headcount.
The shared resources <u>are</u> included with Cost of Goods.

CONFIDENTIAL

# Products to Be Transferred to Purchaser
## *Transition Supply Agreements are Anticipated*


NORAMCO INC

**Core Products**

| Wilmington | Tasmania | Athens | CMO/Geel/Other |
|---|---|---|---|
| Oxycodone HCl | CPS-Codeine | Hydromorphone HCl | Buprenorphine Base |
| Hydrocodone Bitartrate | CPS-Oripavine | Buprenorphine Base | Buprenorphine HCl |
| Morphine sulfate | CPS-Thebaine | Buprenorphine HCl | Codeine Phosphate API |
| Codeine Phosphate | CPS-Morphine | Methylphenidate HCl | Naloxone HCl |
| Oxymorphone HCl | | Tapentadol HCl | Naltrexone Base |
| | | | Naltrexone HCl |
| | | | Dronabinol |

**Intermediates**

| Wilmington | Tasmania | Athens | CMO/Geel/Other |
|---|---|---|---|
| T-3028 for Tapentadol | | Hydrocodone Intermediates | Noroxymorphone |
| Technical Oxymorphone | | Technical Oripavine | Intermediate 5 for Buprenorphine |
| Technical Thebaine | | | T-424 for Fentanyl |
| | | | T-2955 for Tapentadol |

**Pipeline**

| Wilmington | Tasmania | Athens | CMO/Geel/Other |
|---|---|---|---|
| Amphetamine Aspartate | | Fentanyl in USA | Methylnaltrexone Bromide (Validation) |
| Amphetamine Sulfate | | | Oxycodone HCl (Validation) |
| Dextroamphetamine Saccarate | | | Cannabidiol |
| Dextroamphetamine Sulfate | | | |

CONFIDENTIAL

PPLPC051000272281
PPLPC051000272272

# Noramco's Offering





Direct Access to Narcotic Raw Material

Secure focused manufacturing network

Comprehensive global product support

*From Our Fields to Your Formulations*

CONFIDENTIAL



## Agenda

| | | |
|---|---|---|
| Opportunity and Strategic Rationale | Matthew Martin | *4* |
| Market and Commercial Overview | Bill Grubb | *12* |
| Manufacturing and Supply Chain | Bill Grubb | *26* |
| Pipeline | Bill Grubb | *39* |
| R&D Agricultural and Chemical | Matthew and Bill | *45* |
| Key Financials | Anthony Ambrosini | *58* |
| Human Resources | Matthew Martin | *62* |
| Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

PPLPC051000272283
PPLPC051000272272



# The Noramco Story

**Our Start…**

- Johnson & Johnson formed Noramco **36 years ago** for **security of supply for Tylenol® with Codeine**

- In the **mid-80s, J&J acquired Tasmanian Alkaloids**, to secure another piece of the value chain

- Noramco since **developed processes for** and registered **a dozen APIs**




CONFIDENTIAL                                                                                    PPLPC051000272284
                                                                                                PPLPC051000272272



# The Noramco Story

**Our Focus…**

■ C-II Controlled Substances: People, Processes, Procedures

■ **Exceptional support**.  Over 45 chemists and analysts dedicated to **assisting customers** to bring their products to market and developing new products

■ Compliance.  **Exemplary** FDA, DEA, and EPA compliance **records**





CONFIDENTIAL

# The Noramco Story



**Today...**

- The largest narcotic API supplier in U.S.
- Focused expansion of synthetic controlled substances for ADD/ADHD
- Rapidly growing ROW footprint for sales and manufacturing
- Exceptional compliance record
- Recognized for superior customer and technical service



CONFIDENTIAL

# Franchise Strategy



- Leverage our vertical integration to deliver the best cost, highest quality, controlled substance APIs
  - Codeine from Tasman poppy
  - Partner with best-cost technology focused manufacturers

- Enter new markets for existing products
  - Target closed markets by supplying API to customers
  - Strategic countries and regions of interest for existing portfolio

- Maintain a leadership position in agricultural R&D
  - Increase alkaloid content to generate capacity and lower costs
  - Breeding programs to assure robust and stable crops



- Participate in growth through partnerships

*Focus. Execute. Deliver.*

CONFIDENTIAL                                                    PPLPC051000272287
                                                                PPLPC051000272272

# Narcotics US & Global Volume Drivers



- API volume growth linked to expanded use of analgesics driven by aging population and OUS expanded access

- API volume growth linked to generics of Branded drugs, new delivery systems & abuse prevention claims

- No revolutionary new narcotic NRM /API but new uses found
  - Naloxone as a combination for abuse deterrent
  - Methylnaltrexone for constipation
  - Naltrexone for weight loss, drug addiction

- Buprenorphine showing global growth for drug abuse and pain

CONFIDENTIAL

# Over 80% of Noramco's Sales are via Long-Term Supply Agreements



Noramco has long-term agreements and/or majority controlled substance share with <u>all</u> 7 of the top US generic companies

Typical supply agreement terms

- Covers multiple controlled substance products (4 or more)

- Agreements are for more than 80% of customer's volume

- Terms are for 3 to 5 years minimum with rolling renewals

*Note: Existing agreements are not a guarantee of future business or renewal, purchaser must assess value*

CONFIDENTIAL

# Key Narcotics Markets are Fully or Partially Closed To the Import of Controlled Substance Narcotics





■ **Fully or Partially Closed Markets**

API must be produced in fully closed markets, including the US
(the world's largest market)

CONFIDENTIAL

# Ten Markets Account for 90% of Global Consumption of Narcotic API's



**Key Narcotics Consumption by Region**



**Global Narcotics Consumption by Volume**



*Source: IMS and INCB 2014*
*Narcotic APIs includes some narcotic derived API (Naltrexone, Naloxone, etc.)*

■ **Closed markets** (fully or partially)
*Narcotic APIs must be manufactured in Closed Markets. Exports are allowed but often have restrictions.*

□ **Open Markets**
*Imports allowed but are highly regulated.*

CONFIDENTIAL



# North America is 47% of Global Consumption and is The Key Controlled Substance Market



Global Consumption of Narcotic Controlled Substance



North America consumes:

- 82% of the worlds Oxycodone
- 99% of the Hydrocodone
- 99% of the Oxymorphone
- 79% of the Hydromorphone
- 66% of the Buprenorphine
- 61% of the Morphine
- 14% of the Codeine

*Source:  IMS  FY 2014*
*Includes OXY, HBT, CPH, PMS, OMH, HMH, NLX, NTX, BUP.*
*Excludes synthetics and ADHD/ADD drugs*

CONFIDENTIAL

# Noramco Has Steadily Gained US Market Share





**Source for Share:  IMS sales data,**
**Source for Noramco US sales:  unaudited company financials**

Confidential

22

CONFIDENTIAL

PPLPC051000272293
PPLPC051000272272

# Competitive Landscape

## Noramco Has A Focused API Portfolio Backed By Secure Internal Supply Of Narcotic Raw Material



|  | **Focus Area** | **Narcotic Raw Material Capability** | **Primary Markets** |
|---|---|---|---|
| **Noramco** | API Supplier to Largest Generics | Major Supplier | Global NRM and API |
| **Mallinckrodt** | Branded dosage | No | Primarily US |
| **Rhodes Tech** | Internally focused API for Purdue | No | Primarily US |
| **J. Matthey** | CRO and CMO and FDF | Limited | Global |
| **Francopia** | Brand and Generic API | Yes | Primarily OUS |
| **Siegfried** | CMO and FDF | No | Global |
| **Cambrex** | CMO and Generic API | No | Global |
| **Alcaliber** | NRM supplier limited API | Yes | OUS |
| **Others** | Sun, Aspen, AMRI | Varies | Varies |

CONFIDENTIAL

PPLPC051000272294

PPLPC051000272272

# Narcotics Global Trends And Future



**Global Market _Past_**

- Codeine and Morphine primarily used for analgesics OUS

- Enforcement reduced market size by ~2% per year from 2011 to end of 2014, appears to be stabilizing

- Stronger analgesics (Oxycodone, Hydromorphone, Oxymorphone) reformulated for Extended Release presentations

**Global Market _Future Trends_**

- Aging population and increasing wealth increase analgesic demand

- Stronger analgesics in Abuse Deterrent presentations will gain more acceptance in new markets

- US Multinationals will continue to expand pain franchises OUS with Generics and Branded Generics

CONFIDENTIAL

# Pain Finished Dose Sales Are Projected To Increase To $57 To $65 Billion By 2018





Today Pain Is The Number One Therapy Area For Generics Both In Value And Volume In Pharmerging Markets

CONFIDENTIAL



## Agenda

| | | |
|---|---|---|
| ▪ Opportunity and Strategic Rationale | Matthew Martin | *4* |
| ▪ Market and Commercial Overview | Bill Grubb | *12* |
| ▪ Manufacturing and Supply Chain | Bill Grubb | *26* |
| ▪ Pipeline | Bill Grubb | *39* |
| ▪ R&D Agricultural and Chemical | Matthew and Bill | *45* |
| ▪ Key Financials | Anthony Ambrosini | *58* |
| ▪ Human Resources | Matthew Martin | *62* |
| ▪ Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL                                                            PPLPC051000272297
PPLPC051000272272

# Fully Integrated Supply Chain Provides Security





Rolling 12  months      6 to 12 months

## Generally Field to Formulation is 2 years

CONFIDENTIAL

# Narcotic Raw Material Is A Critical Foundation In A Complex Supply Chain





- Tasmanian Alkaloids produces over 40% of the world's supply of Narcotic Raw Materials

- Tasmanian Alkaloids has the highest content poppies for key alkaloids

- Many APIs may be made via different routes of synthesis

INCB report issued March 2015 notes that Tasmania produces 77% of the World thebaine

CONFIDENTIAL                                   PPLPC051000272299
PPLPC051000272272

# Noramco Manufacturing Network





**Janssen Geel, Belgium**

Buprenorphine Base
Buprenorphine HCl
*Transferring to CMOs*

**WILMINGTON, Delaware**

Oxycodone HCl
Hydrocodone
Oxymorphone
Codeine
Morphine
*Amphetamine Salts validating*

**Third Party Manufacture**

Buprenorphine Inter.
Tasman Codeine
Naloxone HCl
Naltrexone Base and HCl
Noroxymorphone
*Methylnaltrexone (Validating)*
*Oxycodone (Validating)*

**Janssen ATHENS, Georgia**

Buprenorphine Base
Buprenorphine HCl
Fentanyl
Hydromorphone HCl
Methylphenidate HCl
Tapentadol

**Tasmania, Australia**

CPS – Thebaine
CPS – Oripavine
CPS – Codeine (Tasman™)

*Note:  This is a summary, not intended to show all office relationships*

CONFIDENTIAL                                                                PPLPC051000272300
PPLPC051000272272

# Excellent Compliance: Quality



## Tasmania
- Most recent FDA inspection was February 2013
- **No Form 483** was issued

## Wilmington
- Most recent FDA inspection was November 2014
- **No Form 483** was issued
- Over 5 years since the last inspection in which a From 483 was issued

## Athens Total Site
- Most Recent FDA inspection was February 2014
- **No Form 483** was issued
- There has never been a Form 483 related to any part of API or intermediate manufacturing in Athens

Noramco and Tasmanian Alkaloids host customer audits by the world's largest brand and multisource generics routinely

CONFIDENTIAL

PPLPC051000272301
PPLPC051000272272



# Excellent Compliance: DEA

<u>Wilmington</u>

- Most recent DEA inspection was July and August 2015
- 5 week inspection with zero observations based on the review of prior three years of transactions

<u>Athens </u>(total site)

- July 2015 DEA inspection of Importer registration zero observations
- Most recent manufacturing inspection was 2013

CONFIDENTIAL

PPLPC051000272302
PPLPC051000272272

# Noramco, Wilmington, DE





**750+ tons per year Finished API and Intermediates**



**Key Products % by Kgs produced**

**People Total 197**
177 Supply Chain Personnel
• 24 hrs x 7 days
• Non-Union Site

20 Off-Site Business Personnel
• Sales, Customer Service, Finance, Logistics

**Capabilities**
• Over 750,000 Kg/year produced
• GMP chemical processing
• DEA secure manufacturing
• Multiple Vaults
• Hydrogenation Chemistry
• 1,100 to 10,500 L Reactors
• Multiple dryer technologies
• Milling & Custom Packaging

**Regulatory Profile**
• FDA, EDQM, DEA, EPA, OSHA, Health Canada, Homeland Security
• Multiple customer audits monthly
• Active US Foreign Trade Zone

**Facility Size:**
• 81,000 sq ft.
• 140 m3 reactor capacity

**Other:**
• Approximately 30 minutes from Philadelphia Airport
• Located on Wilmington, DE waterfront

Confidential                                            32

PPLPC051000272303
PPLPC051000272272

# Wilmington API Volume Growth 2006-2019



CONFIDENTIAL

PPLPC051000272304
PPLPC051000272272

# Recent Wilmington Investments Provide Capacity And Support Growth



- ▪ Hydrogenation capacity          Complete
      Doubled capacity for Oxycodone and Oxymorphone

- ▪ Drying capacity
      New 2000L dryer          Complete
      New 1000L dryer          Complete

- ▪ Milling capacity          *Completion 2016*
      $14 MM expansion

- • Focused Factory          *In progress 2015 / 2016*
      Hydrocodone, Codeine, Morphine

These investments **provide capacity** and room for expansion

CONFIDENTIAL                                    PPLPC051000272305
PPLPC051000272272

# Tasmanian Alkaloids, Westbury, Tasmania





**People:  200 Total**
- Site 24 hrs x 7 days

**Capabilities**
- 300 tons per annum extraction capacity
- Modern Drying and Packaging
- Spent biomass Solvent Removal

**Regulatory Profile**

- FDA, TGA, PMDA, Health Canada, EDQM, DEA, INCB, Australian Federal and State Government Authorities

### 300 tons per year



Technical Thebaine 6%

CPS Oripavine 3%

CPS Thebaine 73%

CPS Codeine 18%

**% by Volume Produced**

**Key Products**

- Concentrate of Poppy Straw (CPS) Thebaine, Codeine, & Oripavine
- Technical Thebaine
- Poppy Seed (Raw Agricultural Commodity)

**Facility Size:** 128,718 sq.ft.
148 m3 reactor capacity

**Delivery Model**






|  | TasAlk | Contracted |
|---|---|---|
| Ag R&D | ○ | |
| Growing | | ○ |
| Harvesting | | ○ |
| Agriculture Advising | ○ | |
| Extraction | ○ | |
| Distribution | | ○ |

CONFIDENTIAL

# Security of Supply: Raw Material From Tasmanian Alkaloids to Noramco





Poppies growing in the field          Poppies in Flower          Green Poppies





Ready for Harvest          Harvesting



Receiving the Poppies          Looking Like a Good Harvest!          Reserves for the Future

CONFIDENTIAL

# Tasmanian Alkaloids Recent Investment of $27 MM Increased Capacity by 50%



- 300 tons per annum capacity at Tasmanian Alkaloids
- 3rd party contract extractor <u>demonstrated and qualified</u>
  - Utilize contract extraction above 300 tons  (no capital expenditure)
  - Annual increase in poppy content will boost capacity



Demand Driven Narcotic Raw Material Requirements
*2015 Strategic Capacity Model*

CONFIDENTIAL

# Noramco's Established External Manufacturing Network

- Efficient access to specialized equipment and technology
- Access to closed markets



CONFIDENTIAL



## Agenda

| | | |
|---|---|---|
| ▪ Opportunity and Strategic Rationale | Matthew Martin | *4* |
| ▪ Market and Commercial Overview | Bill Grubb | *12* |
| ▪ Manufacturing and Supply Chain | Bill Grubb | *26* |
| ▪ Pipeline | Bill Grubb | *39* |
| ▪ R&D Agricultural and Chemical | Matthew and Bill | *45* |
| ▪ Key Financials | Anthony Ambrosini | *58* |
| ▪ Human Resources | Matthew Martin | *62* |
| ▪ Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

# Noramco Growth Drivers and Upside





* ADF = Abuse Deterrent Drug Formulations

CONFIDENTIAL

# Growth in Noramco Share is Possible

Growth in share supported by contracts with key finished dose providers*

- Completed qualifications (oxymorphone)
- Customer qualifications that are in-progress (hydromorphone)
- Capitalizing on key brand to generic switches (Oxycontin)



* Existing contracts are not a guarantee of future business

CONFIDENTIAL

# Customer NDA Product Launches
# Where Noramco Supplies API



| Noramco API | Methylnaltrexone | Buprenorphine HCl | Naltrexone HCl | Oxycodone NME |
|---|---|---|---|---|
| **Company** | Confidential | Confidential (two) | Confidential | Confidential |
| **Product** | Relistor | Sub-Q NDA Formulations | Contrave® | NKTR-181 Peg-Oxy |
| **Indication** | Opioid-Induced Constipation (OIC) | Opioid Addiction | Obesity | NME: Pegylated Oxycodone |
| **Status** | Submitted NDA June 23, 2015 | Commercial and & Ph II NDA | Partnering to resolve formulation issues | Enrolling Ph III complete by YE 2012 |
| **Expected Noramco Commercial Approval** | 1H 2017 | *Confidential* ercial, d 2016 to 2018 | Commercial, Noramco potential in 2017/18 | 1H 2018 |
| **Notes** | Long-term supply agreement  for supply of >75% of Methylnaltrexone. Supplying 1.8tons in next 18 months | Several NDA and NDA, 505(b)2 opportunities not listed | FDA agreed in Oct to a faster path to resubmitting NDA; enrolling in last clinical ahead of schedule | Noramco selected as second source, development agreement drafted.  Post approval submission |



Higher Probability

CONFIDENTIAL

# New Offering (Pipeline) from Noramco



| Noramco API | Cannabinoid Family | Amphetamines | Fentanyl |
|---|---|---|---|
| **Company** | Confidential | Confidential | Confidential |
| **Product** | Epidiolex® and Sativex® and their generics | Generics of Adderall®, Dexedrine® | Generics of Duragesic®, Actiq® |
| **Indication** | CNS, Seizure, Pain | ADHD | Pain |
| **Status** | Clinical material using Noramco IP. Purchase Order in hand | Q1 2016 Filing Launch 2017/2018 | Filing submitted Feb 2015, assessing customer interest with samples |
| **Market Comment** | *Confidential* Estimate 10 to 50 tons | Current US Market ~26 tons, growing at 11% | US Market ~1,200kg |

CONFIDENTIAL

# Working With Innovators Assures Noramco Participates In ADF* Launches



| Product | Active | ADF Means | Noramco | Status |
|---------|--------|-----------|---------|--------|
| Oxycodone | Antagonist (NIC) | 100% | Commercial |
| Morphine | Antagonist (NTX) | 100% | Commercial |
| Hydromorphone | Mechanical | 100% | Commercial |
| Tapentadol | Mechanical | 100% | Commercial |
| Oxymorphone | Mechanical | 80% | Commercial |
| Oxycodone | Antagonist (NTX) | 100% | Commercial |
| Oxycodone | Mechanical | 10% | Commercial |
| Oxycodone | Mechanical | Mallinckrodt | Commercial |
| Hydrocodone | Mechanical | 100% | Commercial |
| Hydrocodone | Antagonist (NTX) | 100% | Development |
| Oxycodone | Mechanical | 100% | Development |
| NME: Peg-OXY | Biochemical | In Progress | Development |
| NME: Prodrug | Enzymatic | In Progress | Development |
| Codeine | Mechanical | **100%** | Filed |
| Hydromorphone | Antagonist (NLX) | 100% | Filed |
| Oxycodone | Mechanical | 100% | Filed |
| Oxycodone | Antagonist (NLX) | 10% | Filed |
| Morphine | Mechanical | 90% | Filed |

*Confidential*

- Noramco is the sole supplier to the vast majority of commercial and ADF formulations

- Included in filings because we could meet requirements nobody else could (or would)

*ADF= Abuse Deterrent Drug Formulations

CONFIDENTIAL



## Agenda

| | | |
|---|---|---|
| Opportunity and Strategic Rationale | Matthew Martin | *4* |
| Market and Commercial Overview | Bill Grubb | *12* |
| Manufacturing and Supply Chain | Bill Grubb | *26* |
| Pipeline | Bill Grubb | *39* |
| R&D Agricultural and Chemical | Matthew and Bill | *45* |
| Key Financials | Anthony Ambrosini | *58* |
| Human Resources | Matthew Martin | *62* |
| Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

PPLPC051000272316

PPLPC051000272272

# Creating A Sustainable Competitive Advantage
# And Achieving The Lowest Cost



### Cost Drivers of API

### Value Creation by:

Narcotic Raw Material Cost

Volume (Economy of Scale)

Agricultural R&D

Complexity (#Steps)

Conversion Efficiency

Chemical R&D

Ultra High Purity (ppm)

CONFIDENTIAL

PPLPC051000272317

PPLPC051000272272

# Creating A Sustainable Competitive Advantage And Achieving The Lowest Cost



**All are important but....**

### Cost Drivers of API

### Value Creation by:



Narcotic Raw Material Cost

Volume (Economy of Scale)

Agricultural R&D

Complexity (#Steps)

Conversion Efficiency

Ultra High Purity (ppm)

Chemical R&D

CONFIDENTIAL

PPLPC051000272318

PPLPC051000272272

# The Value of Agricultural Research





- Narcotic raw material is the single biggest contributor to API costs

- Tasmanian Alkaloids has increased the alkaloid content by 300% over the last 15 years

- INCB data validate that these increases are unparalleled in the industry

CONFIDENTIAL

# Current Ag R&D Objectives



▪ Increased yield (alkaloids per ha)

▪ Reduced processing costs (reduce crop: straw ratio, capsule characteristics)

▪ Increased crop production efficiency to reduce the gap between average and maximum crop yields

▪ Risk management of raw material supply (new production regions e.g. Victoria)

CONFIDENTIAL

# Tasmanian Alkaloids R&D - Three Areas of Work



- Plant Breeding and Improvement
  - On-going core activity that has delivered results

- Agronomy
  - Translating Agricultural R&D to the field
  - Leveraging Field Staff

- Biotechnology
  - Transformational innovation area

CONFIDENTIAL

PPLPC051000272321
PPLPC051000272272

# Plant Improvement – In Tasmania



## Description
Ongoing conventional plant breeding program to improve the alkaloid content and productivity

## Objective
Release new varieties with 5% increase per year relative to previous year

## Desired Outcomes
Increased Thebaine and Codeine yields per ha

Improved growth characteristics (*e.g.*, constant height, dwarf varieties, etc)

Production of thebaine and codeine lines with differential herbicide resistance (decreased field and factory production costs)

Development of seedless or sterile varieties (increased straw/crop ratio)

CONFIDENTIAL                                                                   PPLPC051000272322
                                                                               PPLPC051000272272

# Agronomic Research



## Description
Increase poppy plant production efficiency and alkaloid yield production through optimisation of crop husbandry (*i.e.,* R&D translated to the real world with field staff)

## Objectives
Introduction of new technologies to increase crop production efficiency and decrease field and processing costs

## Desired Outcomes
Reduction in gap between average and best yields

Increase yields per ha

Increase disease resistance

Improve growth characteristics



CONFIDENTIAL

# Biotechnology – In Tasmania



## Description
Develop poppy polyploids for commercial crop production using targeted mutagenesis and gene regulation

## Objectives
Increase efficiency of alkaloid production

## Desired Outcomes
Increase Thebaine and Codeine alkaloid content from current level by 20% in the near term and 50%+ long-term

Development of seedless or sterile commercial varieties

Provide new parent material for conventional breeding

CONFIDENTIAL                                                                              PPLPC051000272324
PPLPC051000272272

# Creating A Sustainable Competitive Advantage
# And Achieving The Lowest Cost



All are important but....



CONFIDENTIAL

PPLPC051000272325
PPLPC051000272272

# Chemical and Analytical R&D Summary



- Tasmanian, Australia
  - Extraction improvements and development on all poppy varieties
  - Extraction support and process troubleshooting (including external API's)

- Athens, Georgia and Wilmington, Delaware
  - Customer support and specialized customer samples
  - Plant support for Noramco manufactured API's and US external intermediates
  - Development and improvements of new and existing API's + reference standards

- Schaffhausen, Switzerland
  - Development and improvement of API and intermediate processes
  - Production Support of all externally manufactured API's

- Global Functions Located Across Sites:
  - Regulatory Affairs and Technical Services

CONFIDENTIAL

# Summary of Key Chemical R&D Contributions



Developed and **commercialized 10+ APIs** in 6 years

**Cost of goods improvements** for core products
(oxycodone, hydrocodone, codeine, morphine, Nals, and Bup)

– 2015 is a transition year for customers to new Oxycodone and Codeine processes
– Full-year benefit to COGS in 2016 for >75% of Oxycodone volume and >50% of Codeine

Fully filed **dual-sourced Nal-family** via thebaine **or** oripavine

R&D has adapted our products **to secure business**
- Inclusion in ADF forms by low level impurity control
- New filed particle sizes for sophisticated ER formulations

CONFIDENTIAL

# Schaffhausen Business and Technical Operations



World Wide Narcotics Franchise Schaffhausen:

- Manages virtual OUS Supply Chain with products representing 50% of NF product portfolio, approx 15 SKUs

- Owns and maintains IP of the Naltrexone family APIs including regulatory filings

- Profits from Swiss tax benefits

- Very experienced and productive R&D center for WWNF

- Developing a commercial process for the new API Cannabidiol

- Overall HC of 30 (8 within JSC)

CONFIDENTIAL                                                    PPLPC051000272328
                                                                PPLPC051000272272



## Agenda

| | | |
|---|---|---|
| Opportunity and Strategic Rationale | Matthew Martin | *4* |
| Market and Commercial Overview | Bill Grubb | *12* |
| Manufacturing and Supply Chain | Bill Grubb | *26* |
| Pipeline | Bill Grubb | *39* |
| R&D Agricultural and Chemical | Matthew and Bill | *45* |
| Key Financials | Anthony Ambrosini | *58* |
| Human Resources | Matthew Martin | *62* |
| Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

# 2010 – 2015 Noramco Sales
# ($MM, Unaudited)





| | | | | | |
|---|---|---|---|---|---|
| Core % Growth | +26.5% | +0.5% | (0.7%) | +13.6% | +3.6% |
| Total % Growth | +27.5% | (2.4%) | (0.8%) | +3.2% | +0.8% |

- Core Business sales continues to grow due to increase in market share

- Total Noramco sales 5-year CAGR of **+5.1%** (Core Business is +8.3%)

CONFIDENTIAL

# Noramco Core API sales have increased in a declining market (Unaudited)





* Total Market Volume includes IMS sales actuals through June 2015 in markets accounting for >92% of Noramco Sales

CONFIDENTIAL

PPLPC051000272331

PPLPC051000272272

# WW Narcotics: Supply Chain Impacts to 2015 Sales





**WWNF 5 Year Sales (Unaudited)**
*2015 Supply Chain Impacts*

**Customer Demand Exceeds Supply by $17mm**

Supply issues example:

25% of Oxycodone produced this year has been reprocessed

Impact: 2015 US Sales would be 6 to 10% higher without Supply Issues

CONFIDENTIAL

# 2010 – 2015 Noramco Financial Metrics ($MM, Unaudited)



| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 LT |
|---|---|---|---|---|---|---|
| **Revenue** | $ 202 | $ 258 | $ 252 | $ 250 | $ 258 | $ 260 |
| Cost of Products Sold | (138) | (172) | (176) | (180) | (180) | (188) |
| **Gross Profit** | $ 64 | $ 86 | $ 76 | $ 69 | $ 78 | $ 71 |
| *GP %* | 32% | 33% | 30% | 28% | 30% | 28% |
| | | | | | | |
| SG&A | 12 | 11 | 14 | 17 | 15 | 14 |
| R&D | 11 | 9 | 11 | 12 | 14 | 14 |
| **Total Operating Expense** | $ 23 | $ 20 | $ 25 | $ 29 | $ 29 | $ 28 |
| *Expense % to Sales* | 11% | 8% | 10% | 12% | 11% | 11% |
| | | | | | | |
| Other Expense/(Income) | 1 | 1 | 2 | (2) | (1) | (1) |
| | | | | | | |
| **Operating Income** | $ 40 | $ 65 | $ 49 | $ 42 | $ 50 | $ 45 |
| *Operating Margin %* | 20% | 25% | 19% | 17% | 19% | 17% |
| | | | | | | |
| Depreciation | 19 | 18 | 16 | 15 | 16 | 16 |
| Amortization | - | - | - | - | - | - |
| **EBITDA** | $ 59 | $ 83 | $ 65 | $ 58 | $ 66 | $ 61 |
| *% to Sales* | 29% | 32% | 26% | 23% | 25% | 23% |
| | | | | | | |
| **Financial Metrics** | | | | | | |
| Cash Flow | $ 28 | $ 21 | $ (2) | $ (14) | $ 2 | $ 20 |
| Inventory | $ 120 | $ 122 | $ 154 | $ 203 | $ 223 | $ 229 |
| Capital Spend | $ 15 | $ 21 | $ 20 | $ 25 | $ 23 | $ 19 |

Note: The 2013 and 2014 financial information above excludes inventory reserves of $19MM and $11MM, respectively, where that inventory is expected to be sold through in 2016 or beyond.

CONFIDENTIAL

PPLPC051000272333

PPLPC051000272272



## Agenda

| | | |
|---|---|---|
| Opportunity and Strategic Rationale | Matthew Martin | *4* |
| Market and Commercial Overview | Bill Grubb | *12* |
| Manufacturing and Supply Chain | Bill Grubb | *26* |
| Pipeline | Bill Grubb | *39* |
| R&D Agricultural and Chemical | Matthew and Bill | *45* |
| Key Financials | Anthony Ambrosini | *58* |
| Human Resources | Matthew Martin | *62* |
| Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

# Noramco Organization





CONFIDENTIAL

# 483 Full Time Equivalents Support the Franchise (455 direct and 28 shared with J&J*)





**WILMINGTON, Delaware**

**197 FTEs + 13 Shared**

Manufacturing Services
Sales & Customer Service
Finance
Manufacturing Plant Support

**Schaffhausen, Switzerland**
*No Dedicated Building*

**24 FTEs + 7 Shared**

Sales & Customer Service
CMO Technical Support
Regulatory
Program Managers
R&D (Analytical / Chemical)

**ATHENS, Georgia**
*Building 6*

**38 FTEs + 4 Shared**

Manufacturing
US API Testing Hub
Customer Technical Support
R&D (Analytical / Chemical)
Regulatory Hub
Program Management
Manufacturing Plant Support

**Tasmania, Australia**

**196 FTEs + 4 Shared**

Growing and Extraction
Ag R&D
R&D (Analytical / Chemical)
Field Staff
Plant & Technical Support
NRM Sales & Customer Service

\*  The 28 shared resources are leveraged with J&J and are required to operate the business.
   2 employees located in UK included within Schaffhausen headcount.
   The shared resources <u>are</u> included with Cost of Goods.

# Human Resources Considerations



- Transfer of 455 FTE to buyer

- Maintain comparable level of compensation for at least two years

- J&J has implemented retention bonuses to key employees to ensure business continuity

CONFIDENTIAL



## Agenda

| | | |
|---|---|---|
| ▪ Opportunity and Strategic Rationale | Matthew Martin | *4* |
| ▪ Market and Commercial Overview | Bill Grubb | *12* |
| ▪ Manufacturing and Supply Chain | Bill Grubb | *26* |
| ▪ Pipeline | Bill Grubb | *39* |
| ▪ R&D Agricultural and Chemical | Matthew and Bill | *45* |
| ▪ Key Financials | Anthony Ambrosini | *58* |
| ▪ Human Resources | Matthew Martin | *62* |
| ▪ Deal Structure and Timelines | Barry Fitzsimons | *66* |

CONFIDENTIAL

PPLPC051000272338
PPLPC051000272272

# Deal Process



- After management presentation, process letter for preliminary bid sent to you describing
  - Cash consideration for business
  - Source of financing and need for audited financials
  - Indication of level of review and approval within organization prior to submission of preliminary bid
- Data room access based on preliminary bid
- Submission of final binding bids
- Contract negotiations

CONFIDENTIAL

PPLPC051000272339

PPLPC051000272272



Thank You !

CONFIDENTIAL

PPLPC051000272340
PPLPC051000272272

# Noramco 2010 – 2015 Capital Spend





CONFIDENTIAL                                                              PPLPC051000272341
                                                                                PPLPC051000272272

# Increased Capacity Wilmington: $14 MM Expansion Underway





April 29, 2015

July 23, 2015

- Fully approved and in progress

- Warehouse vault and office occupancy Nov 2015

- Milling on-line Q1 2016
  - Doubles the milling capacity of all products (currently a bottleneck)

CONFIDENTIAL

# Global Regulatory Portfolio



| Current Dossiers | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Product | Mfg. Site | USA | Canada | EDQM CEP | Japan | Australia | New Zealand | EU/ROW |
| Amphetamines (4 DMFs) | WT | * | | | | | | |
| Buprenorphine Base | Tas Alk | T | T | T | T | | | T |
| | Geel | N | N | N | * | J | J | J |
| | AT | N | | | | | | |
| Buprenorphine HCl | Geel | N | | N | | N | | J |
| | AT | N | * | | | | | |
| Codeine Phosphate (classic) | Tas Alk | | | T | | | | T |
| | WT | N | | | | | | |
| Codeine Phosphate (Tasman) | WT | N | | | | | | |
| | Aesica | | | N | | | | N |
| Dronabinol | Cilag | C | | | | | | |
| Fentanyl Base | AT | N | * | | | | | |
| Hydrocodone Bitartrate (nHBT) | AT/WT | N | N | | | | | |
| Hydromorphone HCl | AT | N | N | N | | N | N | J |
| Iron Sucrose | Cilag | C | | | | | | C |
| Methylnaltrexone Br | Cilag | C | | | | | | |
| Methylphenidate HCl (current) | AT | N | N | J | J | J | J | J |
| Methylphenidate HCl (one-step) | AT | * | * | * | | | | |
| Morphine Sulfate | WT | N | N | | | | | |
| Naloxone HCl | Cil/Aesica | C | C | C | | | | Closed |
| Naltrexone Base | Cil/Aesica | C | | | | | | * |
| Naltrexone HCl | Cilag | C | | C | | | | C |
| Oxycodone HCl (nOXY/OXY3) | AT/WT | N | N | N | | N | N | N |
| Oxycodone HCl (OXY3) | Aesica | | | N | | | | |
| Oxymorphone Base | WT/AT | N (IND) | | | | | | |
| Oxymorphone HCl | WT | N | | | | | | |
| Purified Oxycodone Base | WT | N | * | | | | | |

*In-process
N=DMFs held by Noramco
J=DMFs held by J&J
T=DMFs held by TasAlk
C=DMFs held by Cilag

CONFIDENTIAL

# Noramco Product Strategy Summary





Leveraging Narcotic Raw Materials from Tasmania

Controlled Substance Agonist or Antagonist

Sustainable Competitive Advantage

CONFIDENTIAL

# Current Facilities and Offices



|  | Personnel Supporting Business |
|---|---|
| **USA** | |
| Wilmington DE Manufacturing Site | 174 |
| Leased Office Space Wilmington | 21 |
| Athens GA Research and Office Space | 56 |
| **Switzerland** | |
| Office and Laboratory Space | 30 |
| **Tasmania** | |
| Westbury Manufacturing Site | 200 |
| **UK** | |
| 2 Home Based Offices | 2 |
| | ~483 Total |

CONFIDENTIAL

# Many Investments to Assure Noramco in New Launches



CONFIDENTIAL
PPLPC051000272346
PPLPC051000272272

# The Nal-Family





**Also Not Shown….**
Naltrexol (Orexigen)     Naloxanazine (Motac)
Naloxol (Nektar)     Nalfurafene (Acologix)     Morphine-6-glucuronide (CENES)

Confidential

CONFIDENTIAL

PPLPC051000272347
PPLPC051000272272

# The <u>Value</u> of Chemical R&D



## Oxycodone API

- Conversion efficiency increased by 10%
- Overall right-first-time in production increased by 5%
- Plant occupancy reduced by 25%

Standard costs **reduced by 7%** from 2013 to 2015

## Tasman Codeine API

- Reduced manufacturing steps by 60%
- Eliminated reliance on Turkey
- Leveraged Tasmanian Alkaloids

Standard costs **reduced by 36%** from 2013 to 2015

77

CONFIDENTIAL



# Groundhog: Supplemental Information

October 21, 2015



CONFIDENTIAL

PPLPC051000272349
PPLPC051000272272

# Important Notice



Management believes the information provided in this presentation on the narcotic active pharmaceutical ingredients business and related manufacturing operations (the "Business") conducted by Noramco, Inc. ("Noramco") and Tasmanian Alkaloids Pty. Ltd. is accurate and reliable as of the date of this presentation unless another date is indicated.  However, neither Noramco nor any of its affiliates in the Johnson & Johnson Family of Companies make any representation or warranty, express or implied, as to the accuracy or completeness of such information.  Only those agreements, representations and warranties contained in a definitive written purchase agreement between Noramco and the successful bidder shall have any legal effect.  Prospective purchasers are expected to conduct their own due diligence investigation and analysis, and not rely on the information and description of the Business provided herein.  In addition, this presentation contains forward-looking statements and information. Neither Noramco nor its affiliates make any representation or warranty, express or implied, as to the accuracy or completeness of such forward-looking statements and information in this presentation. The audience should not rely upon any forward-looking statement or information in this presentation because Noramco and its affiliates give no assurance such statements or information will be realized.  Each potential purchaser is expected by Noramco to do its own analysis as to the future prospects of the Business.

CONFIDENTIAL                                                                            PPLPC051000272350

PPLPC051000272272

# Supplemental Content



- Financial
  - Detail 1: Product Revenue Split by Geography by Product Family
  - Detail 2: Materials Supplied to J&J Affiliates
  - Detail 3: Inventory By Product and Region
  - Detail 4: SG&A Detail by Year
  - Detail 5: Value of Improvements to Oxycodone and Codeine

- Scope of Sale Information
  - Detail 6: Product Transitions Needed and Draft Timeline
  - Detail 7: Volumes For Capacity Analysis
  - Detail 8: Headcount by Function by Site

- Tasmanian Alkaloids Information:
  - Detail 9: Tasmania land area grown split by TasAlk and GSK
  - Detail 10: Alkaloid content detail for thebaine and codeine

CONFIDENTIAL

# Detail 1: Revenue by Product by Region
## ($mm, Un-audited)



NORAMCO INC

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 LT | CAGR |
|---|---|---|---|---|---|---|---|
| **North America API Sales** | | | | | | | |
| Oxycodone | $ 61 | $ 86 | $ 82 | $ 93 | $ 94 | $ 94 | |
| Hydrocodone | 36 | 40 | 41 | 34 | 52 | 38 | |
| Morphine  Sulfate | 16 | 15 | 19 | 18 | 20 | 20 | |
| Codeine Phosphate | 9 | 13 | 10 | 11 | 13 | 16 | |
| Buprenorphine HCl | 1 | 3 | 4 | 4 | 6 | 11 | |
| Hydromoprhone | 2 | 3 | 7 | 6 | 9 | 7 | |
| Oxymorphone | - | - | 1 | 2 | 4 | 7 | |
| Other | 15 | 11 | 11 | 14 | 13 | 19 | |
| **Total N.A. API Sales** | **$ 140** | **$ 171** | **$ 174** | **$ 182** | **$ 210** | **$ 212** | **8.6%** |
| *Growth vs Previous Yr* | *0.1%* | *22.2%* | *1.4%* | *5.1%* | *15.2%* | *1.0%* | |
| | | | | | | | |
| **ROW API Sales** | | | | | | | |
| Codeine Phosphate | $ 7 | $ 11 | $ 11 | $ 4 | $ 5 | $ 5 | |
| Buprenorphine Base | 14 | 16 | 14 | 12 | 14 | 15 | |
| Other | 3 | 9 | 10 | 9 | 6 | 12 | |
| **Total ROW API Sales** | **$ 24** | **$ 36** | **$ 35** | **$ 25** | **$ 25** | **$ 32** | **6.0%** |
| *Growth vs Previous Yr* | *14.3%* | *51.7%* | *-4.1%* | *-28.4%* | *1.5%* | *26.6%* | |
| | | | | | | | |
| **Narcotic Raw Material Sales** | | | | | | | |
| Narcotic Raw Material | $ 25 | $ 33 | $ 24 | $ 24 | $ 22 | $ 16 | |
| White Seed | 13 | 17 | 19 | 19 | - | - | |
| **Total Narcotic Raw Material** | **$ 38** | **$ 50** | **$ 43** | **$ 43** | **$ 22** | **$ 16** | **-16.1%** |
| *Growth vs Previous Yr* | *42.2%* | *31.4%* | *-14.4%* | *-1.4%* | *-47.2%* | *-28.8%* | |
| | | | | | | | |
| **Total Narcotic Sales** | **$ 202** | **$ 258** | **$ 252** | **$ 250** | **$ 258** | **$ 260** | **5.1%** |
| *Growth vs Previous Yr* | *7.7%* | *27.4%* | *-2.5%* | *-0.7%* | *3.2%* | *0.9%* | |
| | | | | | | | |
| **Total Core Sales** (Exclude NRM & Seed) | **$ 164** | **$ 208** | **$ 208** | **$ 207** | **$ 235** | **$ 244** | **8.3%** |
| *Growth vs Previous Yr* | *2.5%* | *26.5%* | *0.4%* | *-0.5%* | *13.5%* | *3.7%* | |

CONFIDENTIAL

PPLPC051000272352

PPLPC051000272272

# Detail 2: Products to J&J Affiliates
## (Kilograms, Un-Audited)



> Affiliates sales are ~8% by volume of total sales.
>
> Total Volume for 2015:
> ~177,000kg to 3[rd] Parties (no J&J)
> ~15,000kg to Affiliates and Future 3[rd] Party

## Volume (Kg) to J&J Affiliates → Future Trade Sales

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 LT |
|---|---|---|---|---|---|---|
| Codeine Phosphate | 3,000 | 2,975 | 9,174 | 9,433 | 8,930 | 7,178 |
| Hydromorphone HCl | 621 | 519 | 617 | 671 | 522 | 592 |
| Tapentadol HCl | 0 | 7,198 | 11,692 | 11,903 | 6,133 | 7,318 |
| Fentanyl |  |  |  | 4 | 13 | 5 |
| **Total Volume (kg)** | **3,621** | **10,692** | **21,483** | **22,011** | **15,598** | **15,093** |

<u>Note</u>: Historical sales revenue shown elsewhere do not reflect affiliate sales.

CONFIDENTIAL

PPLPC051000272353

PPLPC051000272272

# Detail 3: Inventory By Product and Region ($mm, Un-Audited)



| Noramco US Inventory | 2014 Actual |
|---|---|
| Thebaine | $ 17.1 |
| Oxycodone | $ 15.1 |
| Morphine Sulfate | $ 11.3 |
| Hydrocodone | $ 10.7 |
| Buprenorphine | $ 8.1 |
| Codeine Phosphate | $ 7.0 |
| Oxymorphone | $ 4.2 |
| Hydromorphone | $ 3.2 |
| Other | $ 5.7 |
| **Total Noramco US Inventory** | **$ 82.5** |
| | |
| **Tasmanian Alkaloids Inventory** | |
| Narcotic Raw Material | $ 56.0 |
| Buprenorphine | $ 7.1 |
| **Total Tasmania Alk Inventory** | **$ 63.0** |
| | |
| **Schaffhausen/CMO Inventory** | |
| Buprenorphine | $ 25.1 |
| Codeine Phosphate | $ 13.6 |
| Noroxymorphone | $ 11.7 |
| Naloxone | $ 11.3 |
| Naltrexone | $ 4.3 |
| Methylnaltrexone | $ 1.2 |
| Other | $ 8.1 |
| **Total Schaffhausen/CMO Inventory** | **$ 75.2** |
| | |
| **Geel Inventory** | |
| Buprenorphine | $ 2.7 |
| **Total Geel Inventory** | **$ 2.7** |
| | |
| **Total 2014 Inventory** | **$ 223.4** |

← Buprenorphine held per safety stock clause in contract.  Will be depleted in 2017

← Includes build for new products launching

← Includes duplicate inventory at CMO due to Cilag site exit

CONFIDENTIAL

# Detail 4: SG&A Overview
# ($mm, Un-audited)



*Currency: $USD Million*

| SG&A Overview | 2013 | 2014 | 2015 LT |
|---|---|---|---|
| - Selling & Marketing | 5 | 5 | 5 |
| - Distribution | 2 | 2 | 2 |
| - Regulatory Affairs | 1 | 1 | 1 |
| - Legal | 5 | 3 | 2 |
| - Admin | 4 | 4 | 4 |
| **Total SG&A** | $ 17 | $ 15 | $ 14 |
| | | | |
| **Out of Ordinary Expense** | | | |
| - PF Legal Expenses | (4) | (2) | (1) |
| | | | |
| **Total Adjusted SG&A** | $ 13 | $ 13 | $ 13 |

CONFIDENTIAL

PPLPC051000272355

PPLPC051000272272

# Detail 5: Improvements in Profitability



## Oxycodone API ("OXY 3")

If all volume were OXY 3 in 2015 then GP would improve from 59% to 63%.

From 2013 to 2015:

- Conversion efficiency increased by 10%

- Overall right-first-time in production increased by 5%

- Plant occupancy reduced by 25%

## Tasman Codeine API

If all volume were Tasman in 2015 then GP would improve from -9% to +33%.

From 2013 to 2015:

- Reduced manufacturing steps by 60%

- Eliminated reliance on Turkey

- Leverages Tasmanian Alkaloids

CONFIDENTIAL

# Detail 6: API Transfer for Transition Services Agreement



**DRAFT, Subject to Change**

| | 2017 | | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | | 2023 | | 2024 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 | H1 | H2 |

**Athens, Georgia Products**

| Hydromorphone HCl (Athens to Wilmington) | Tech Transfer → Customer Transitions |
| Buprenorphine Base and HCl (Athens to CMO) | Tech Transfer → Customer Transitions |
| Tapentadol (Athens to CMO) | Tech Transfer → Customer Transitions |
| Methylphenidate 1 Step (Athens to Wilmington) | Tech Transfer → Customer Transitions |
| Hydrocodone Intermediates (**Complete** in Wilmington) | → Customer Transitions |
| Fentanyl API (B6 to CMO or buy) | Tech Transfer → Customer Transitions |

**Geel, Belgium Products**

| Buprenorphine Base (Geel to CMO, **In Progress**) | → Customer Transitions |
| Buprenorphine HCl (Geel to CMO) | → Customer Transitions |

**Schauffhausen Switzerland Products**

| Dronabinol (Schaffhausen to CMO, **In-progress**) | Tech Transfer → Customer Transitic |

Legend:
Buyer: Transfer, Validate, and Stability
Buyer: Samples Available of Validated Filed API
Customer: Validate, Stability, File

CONFIDENTIAL

# Detail 7: Strategic Volumes Projection Used for Capacity Modeling (Tons)

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| Oxycodone HCl API | 54 | 55 | 56 | 58 | 59 | 60 |
| Hydrocodone Bitrate API | 32 | 33 | 34 | 35 | 36 | 38 |
| Buprenorphine Base and HCl | 1.9 | 2.0 | 2.3 | 2.6 | 2.9 | 3.2 |
| Hydromorphone API (w/ J&J) | 3.0 | 3.3 | 3.5 | 3.5 | 3.5 | 3.6 |
| Oxymorphone HCl API | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 | 1.5 |
| Tasman Codeine API Worldwide (w/ J&J) | 58 | 64 | 66 | 77 | 76 | 76 |
| Morphine Sulfate API | 21 | 17 | 15 | 15 | 15 | 15 |
| Methylphenidate HCl (excludes J&J) | 5 | 6 | 8 | 10 | 11 | 11 |
| Naloxone HCl API | 3.3 | 3.8 | 4.8 | 4.8 | 4.8 | 4.8 |
| Naltrexone Base and HCl API | 1.5 | 2.0 | 2.9 | 3.9 | 4.5 | 5.0 |
| Amphetamines API | 1.5 | 4.9 | 6.6 | 9.9 | 12.3 | 12.0 |
| Methylnaltrexone Bromide API | 3.3 | 6.6 | 8.0 | 8.5 | 8.5 | 9.0 |
| Noroxymorphone Intermediate | 2.4 | 2.4 | 2.5 | 2.5 | 2.5 | 2.5 |
| Other (Intermediates, Small Volume APIs) | 13 | 12 | 10 | 8 | 8 | 8 |
| Trade Sales of Narcotic Raw Material (CPS-T, C, O) | 112 | 131 | 135 | 138 | 140 | 141 |

Please Note: These are strategic volume forecasts including Pipeline Products and **are not a guarantee of future business**.
.

CONFIDENTIAL

PPLPC051000272358

PPLPC051000272272

# Detail 8: Headcount Summary by Site



|  | Wilmington | Tasmania | Athens | Cilag | Shared | Total |
|---|---|---|---|---|---|---|
|  | **197** | **196** | **38** | **24** | **28** | **483** |
| **Manufacturing** | **139** | **131** | **1** | **1** | **7** | **279** |
| Operations (Ops, Utilities, Shipping) | 93 | 77 |  |  |  |  |
| Field Staff |  | 17 |  |  |  |  |
| Maintenance and Tech Ops | 27 | 20 | 1 |  |  |  |
| Engineering | 5 | 8 |  |  |  |  |
| DEA + Security | 4 | 5 |  |  | 1 |  |
| EHS | 6 | 4 |  |  | 3 |  |
| Planning and Procurement | 4 |  |  | 1 | 3 |  |
| **Compliance** | **34** | **21** | **3** | **3** | **12** | **73** |
| Quality | 34 | 20 |  |  |  |  |
| Regulatory |  | 1 | 3 | 3 |  |  |
| **Scientific and Technical Support** | **4** | **28** | **32** | **15** | **0** | **79** |
| Research & Innovation (Ag, Chemical, etc) |  | 12 | 3 | 4 |  |  |
| Factory Support, Customer, and R&D | 4 | 16 | 29 | 11 |  |  |
| **Sales, Marketing, Customer Service** | **8** | **3** | **2** | **5** | **0** | **18** |
| **Administrative** | **11.5** | **13** | **0** | **0** | **9** | **33.5** |
| Finance | 7 | 6 |  |  | 2 |  |
| IT | 2 | 4 |  |  | 3 |  |
| HR | 1 | 2 |  |  | 1 |  |
| General Management | 1 | 1 |  |  | 1 |  |
| Legal | 0.5 |  |  |  | 2 |  |

Please Note: **There will invariably be movement of headcount before closing**, additionally definitions being used are intended to give potential purchasers a relative idea of the proportions of personal in various locations and functions, **often personnel perform more than one function**.

CONFIDENTIAL                                                                 PPLPC051000272359
PPLPC051000272272

# Detail 9: Tasmanian Alkaloids Growing Area





**Tasmanian Alkaloids Growing Area**

| | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Morphine Area | 3580 | 1400 | 0 | 0 | 0 |
| Tasman Codeine Area | 355 | 2150 | 1950 | 2960 | 4385 |
| Oripavine Area | 1340 | 2340 | 8250 | 5590 | 3255 |
| Thebaine Area | 4640 | 6270 | 7170 | 6770 | 2940 |

CONFIDENTIAL                                                                 PPLPC051000272360

PPLPC051000272272

# Detail 10: Content of Alkaloids Overtime



## % Thebaine in Crop



## % Codeine in Crop



CONFIDENTIAL

Project Groundhog

**Key Financial Metrics**

*Currency: Million USD*

| | 2013 Actual | 2014 Actual | 2015 LT |
|---|---|---|---|
| *Net Income* | $ 30 | $ 37 | $ 30 |
| *Depreciation/Amortization* | $ 16 | $ 16 | $ 16 |
| *Capital Expenditures* | $ 25 | $ 23 | $ 19 |
| *Year End Inventory* | $ 203 | $ 223 | $ 229 |
| *AR Days* | 54 | 53 | 60* |
| *AP Days* | 48 | 60 | 60* |

**Note:**
- 2015 AR Days of 60 reflects contractual payment terms for majority of customers.
- 2015 AP Days of 60 is in-line with standard JNJ policy.



# Groundhog – Supplemental Tax and Financial Information



October 30, 2015

Confidential

# Important Notice



Management believes the information provided in this presentation on the narcotic active pharmaceutical ingredients business and related manufacturing operations (the "Business") conducted by Noramco, Inc. ("Noramco") and Tasmanian Alkaloids Pty. Ltd. is accurate and reliable as of the date of this presentation unless another date is indicated.  However, neither Noramco nor any of its affiliates in the Johnson & Johnson Family of Companies make any representation or warranty, express or implied, as to the accuracy or completeness of such information.  Only those agreements, representations and warranties contained in a definitive written purchase agreement between Noramco and the successful bidder shall have any legal effect.  Prospective purchasers are expected to conduct their own due diligence investigation and analysis, and not rely on the information and description of the Business provided herein.  In addition, this presentation contains forward-looking statements and information. Neither Noramco nor its affiliates make any representation or warranty, express or implied, as to the accuracy or completeness of such forward-looking statements and information in this presentation. The audience should not rely upon any forward-looking statement or information in this presentation because Noramco and its affiliates give no assurance such statements or information will be realized.  Each potential purchaser is expected by Noramco to do its own analysis as to the future prospects of the Business.

CONFIDENTIAL                                                                        PPLPC051000272364
                                                                                    PPLPC051000272272

# Supplemental Content



- Detail 1:  Additional Tax Information - Tax Step Up

- Detail 2:  Finance Schedule - Cash Flow Reconciliation

CONFIDENTIAL

PPLPC051000272365
PPLPC051000272272

# Detail 1:  Additional Tax Information - Tax Step Up



- Johnson & Johnson intends that the buyer join it in executing a Section 338 (h)(10) election under the Internal Revenue Code in relation to the sale of the U.S. corporation included in the transaction.

- Additional information regarding the tax basis will be provided in the next round of the process.

CONFIDENTIAL

PPLPC051000272366
PPLPC051000272272

# Detail 2:  Finance Schedule - Cash Flow Reconciliation
## ($mm, Un-audited)



NORAMCO INC

| | 2013 Actual | 2014 Actual | 2015 LT |
|---|---|---|---|
| WWNF J&J Net Income | $  30 | $  37 | $  30 |
| Plus: Depreciation/Amortization | 16 | 16 | 16 |
| (Inc) / Dec - AR | 16 | (14) | (0) |
| (Inc) / Dec - Other Assets Liabilities | (2) | 6 | 0 |
| (Inc) / Dec - Inventory | (49) | (20) | (7) |
| **Operating Cash Flow** | $  11 | $  25 | $  39 |
| Capital Expenditures | (25) | (23) | (19) |
| **Free Cash Flow** | $  (14) | $  2 | $  20 |

**Notes:**
- Accounts Payable are included in Other Assets Liabilities.
- Free Cash Flow impacted by increase of inventory from 2013 - 2015
  - Inventory increase related to transition from JNJ manufacturing sites to contract manufacturing
    sites and introduction of new products.

CONFIDENTIAL
PPLPC051000272367
PPLPC051000272272