**PSJ14 Janssen Opp Exh 2 – JAN-MS-03117079**

**Index**

| Tab | Document | Date |
|---|---|---|
| 1. | Project Groundhog Summary Legal Entity Overview | 11/2015 |
| 2. | Tasmanian Alkaloids Company Statement | 4/22/2015 |
| 3. | Worldwide Narcotics Franchise and Allied Business Organization | 12/2015 |
| 4. | Janssen Pharmaceuticals, Inc. and SK Groundhog Holdings, L.P. Amended and Restated Stock and Asset Purchase Agreement | 6/30/2016 |
| 5. | Seller Disclosure Letter for Janssen Pharmaceuticals, Inc. and SK Groundhog Holdings, L.P. Amended and Restated Stock and Asset Purchase Agreement | 6/30/2016 |



Confidential

Confidential

JAN-MS-03117080

Confidential

# Project Groundhog
# Summary Legal Entity Overview

November 2015

CONFIDENTIAL

CONFIDENTIAL

JAN-MS-03117081

# Groundhog Business

- The Groundhog Business is comprised of:
    - Noramco, Inc., a Georgia corporation
    - Tasmanian Alkaloids Pty. Ltd., an Australian company
    - Certain non-US assets held by Johnson & Johnson affiliates
- Noramco, Inc. currently holds assets in Wilmington, DE and Athens, GA. Certain non-Groundhog assets held by Noramco, Inc. will be transferred out of the legal entity prior to closing.

CONFIDENTIAL

CONFIDENTIAL

JAN-MS-03117082

Confidential

# Noramco, Inc.
# Legal Structure



Note: For simplicity, intermediate entities between Johnson & Johnson and the depicted entities have been omitted in these slides.

**CONFIDENTIAL**

CONFIDENTIAL

Confidential

JAN-MS-03117083

# Tasmanian Alkaloids Pty. Ltd.
# Legal Structure



**CONFIDENTIAL**

CONFIDENTIAL

Confidential

JAN-MS-03117085

Confidential



JAN-MS-03117086

| Inquiries | 1300 300 630 |
|---|---|
| Issue date | 22 Apr 15 |

# Company Statement

**Extract of particulars - s346A(1) *Corporations Act 2001***

CORPORATE KEY: 48528573

### Check this statement carefully

You are legally obligated to ensure that all your company details listed on this company statement are complete and correct. This is required under s346C (1) and/or s346B and s346C (2) of the *Corporations Act 2001*.

You must check this statement carefully and inform ASIC of any changes or corrections immediately, **Do not return this statement.** You must notify ASIC within 28 days after the date of change, and within 28 days after the date of issue of your annual company statement. Late lodgement of changes will result in late fees. These requirements do not apply to the **Additional company information.**

| ACN | 009 502 283 |
|---|---|
| FOR | TASMANIAN ALKALOIDS PTY. LTD. |

**REVIEW DATE:  21 April 15**

## You must notify ASIC of any changes to company details — Do not return this statement

 www.asic.gov.au
Use your Corporate Key to log in.

 Use **Form 484** to make changes to company details or if any information is missing or incomplete.
Use **Form 492** to amend any incorrect information that you have previously lodged with us.

 Phone if you've already notified ASIC of changes but they are not shown correctly in this statement.
Ph: 1300 300 630

 Use your agent.

## Company statement

These are the current company details held by ASIC. You must check this statement carefully and inform ASIC of any changes or corrections immediately. Late fees apply. **Do not return this statement.**

| 1 | Registered office |
|---|---|
| | 160 BIRRALEE ROAD WESTBURY TAS 7303 |

| 2 | Principal place of business |
|---|---|
| | 160 BIRRALEE ROAD WESTBURY TAS 7303 |

| 3 | Ultimate holding company |
|---|---|
| | JOHNSON AND JOHNSON |
| | Place of Incorporation: NEW JERSEY, USA |

| 4 | Officeholders |
|---|---|

| Name: | BARRY JOHN FELLOWS |
|---|---|
| Born: | LAUNCESTON TAS |
| Date of birth: | 30/03/1953 |
| Address: | 26 DELAMERE CRESCENT TREVALLYN TAS 7250 |
| Office(s) held: | SECRETARY, APPOINTED 28/06/2009 |

**These details continue on the next page**

Page 1 of

**CONFIDENTIAL**

Confidential

## Company statement continued

Name:            IAN GEOFFRY JONES
Born:            MELBOURNE VIC
Date of birth:   02/05/1959
Address:         26 ELLIOTT STREET ASCOT VALE VIC 3032
Office(s) held:  DIRECTOR, APPOINTED 28/06/2009

Name:            MATTHEW MARTIN
Born:            STIRLING UNITED KINGDOM
Date of birth:   27/04/1950
Address:         278 THOMPSON MILL ROAD NEW HOPE PA UNITED STATES
Office(s) held:  DIRECTOR, APPOINTED 28/06/2009

Name:            COLIN PETER RALPH
Born:            BURNIE TAS
Date of birth:   28/07/1971
Address:         5 ST JAMES CLOSE LAUNCESTON TAS 7250
Office(s) held:  DIRECTOR, APPOINTED 21/08/2013

Name:            DOUGLAS WILLIAM BLACKABY
Born:            HOBART TAS
Date of birth:   08/11/1966
Address:         17 BRONTE COURT RIVERSIDE TAS 7250
Office(s) held:  DIRECTOR, APPOINTED 21/08/2013

Name:            STEFAN JOZEF BOUCKAERT
Born:            OOSTENDE BELGIUM
Date of birth:   07/06/1967
Address:         BURGSTRAAT 79 B-9070 DESTELBERGEN BELGIUM
Office(s) held:  DIRECTOR, APPOINTED 27/11/2014

**5  Company share structure**

| Share class | Shares description | Number issued | Total amount paid on these shares | Total amount unpaid on these shares |
|---|---|---|---|---|
| ORD | ORDINARY SHARES | 6,801,625 | $6,801,625.00 | $0.00 |

**6  Members**

Name:     JOHNSON & JOHNSON PTY LTD ACN 000 023 709
Address:  JOHNSON & JOHNSON PTY LTD LEVEL 3 1 BAY STREET ULTIMO NSW 2007

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| ORD | 1 | Yes | Yes |

Name:     PENTA PTY. LIMITED ACN 009 538 710
Address:  BIRRALEE ROAD WESTBURY TAS 7303

| Share class | Total number held | Fully paid | Beneficially held |
|---|---|---|---|
| ORD | 6,801,624 | Yes | Yes |

These details continue on the next page

TASMANIAN ALKALOIDS PTY. LTD.  ACN  009 502 283                                   Page 2 of

**CONFIDENTIAL**

## Company statement continued

> You must notify ASIC within 28 days of the date of change, and within 28 days of the issue date of the annual company statement. Late lodgement of changes will result in late fees.

## End of company statement

This concludes the information to which the company must respond (if incorrect) under s346C of the *Corporations Act 2001*.

CONFIDENTIAL

Confidential

Confidential

JAN-MS-03117090

3

Confidential

JAN-MS-03117091

3

MIX
Paper from
responsible sources
FSC
www.fsc.org
FSC® C014366

Confidential

JAN-MS-03117092

Confidential





# Worldwide Narcotics Franchise and Allied Business Organization

**December 2015**

CONFIDENTIAL

JAN-MS-03117093

Confidential



## *Worldwide Narcotics Franchise / Allied Business*



**Head, Global Commercial Strategy Organization**
Raritan, NJ

**General Manager**
WWNF Narcotics Franchise
Titusville, NJ

| VP, Global Sales & Business Development Wilmington, DE | Managing Director Tasmania, Australia | Agricultural R&D Director Tasmania, Australia | Senior Director, Global R&D Implementation Athens, GA | WW Franchise Controller Wilmington, DE |

**CONFIDENTIAL**

JAN-MS-03117094



Confidential

JAN-MS-03117095

Confidential

# *Worldwide Narcotics Franchise / Allied Business*



**CONFIDENTIAL**

JAN-MS-03117096

Confidential

# Worldwide Narcotics Franchise / Allied Business



**Director, Agricultural R&D**
Tasmania, Australia

- **Scientist Ag R&D**
  Tasmania, Australia

- **Senior Scientist**
  Tasmania, Australia
  - **2 Scientist**
    Tasmania, Australia
  - **Sr. Scientist**
    Tasmania, Australia
  - **Ag Research Technician**
    Tasmania, Australia
  - **Scientist 1, R & D**
    Tasmania, Australia

- **Ag R&D Operations Manager**
  Tasmania, Australia

- **Scientist**
  Tasmania, Australia
  - **Ag R&D Research Assistant**
    Tasmania, Australia

**CONFIDENTIAL**

JAN-MS-03117097

Confidential



*Worldwide Narcotics Franchise / Allied Business*



**CONFIDENTIAL**

JAN-MS-03117098

Confidential

*Worldwide Narcotics Franchise / Allied Business*



```
                        ┌─────────────────────────┐
                        │ Sr. Director, Global R&D │
                        │   and Implementation     │
                        │       Athens, GA         │
                        └─────────────────────────┘
                                    │
                        ┌─────────────────────────┐
                        │ Director, Scientific     │
                        │ Affairs AU               │
                        │ Tasmania, Australia      │
                        └─────────────────────────┘
```

| Analytical Services Manager Tasmania, Australia | AS Staff Scientist Tasmania, Australia | Laboratory Chemist Tasmania, Australia | Chemical R&D Manager Tasmania, Australia |

Tech Services Group Leader
Tasmania, Australia

2 Tech Services Sr. Scientist
Tasmania, Australia

2 AS Sr. Scientist
Tasmania, Australia

AS Scientist
Tasmania, Australia

3 CRD Senior Scientist
Tasmania, Australia

CRD Scientist
Tasmania, Australia

Sr. CRD Engineer
Tasmania, Australia

**CONFIDENTIAL**

Confidential



## Worldwide Narcotics Franchise / Allied Business

**Sr. Director, Global R&D and Implementation**
Athens, GA

**Director, Scientific Affairs US**
Athens, GA

- **Principal I&T Scientist—Process** Athens, GA
- **Principal I&T Scientist—Analytical** Athens, GA
- **Analytical Services Manager** Athens, GA
- **Staff R&D Engineer** Athens, GA
- **Process R&D Manager** Athens, GA

Under Analytical Services Manager:
- Analytical Tech Specialist, Athens, GA
- Associate Analytical Scientist, Athens, GA
- Reference Standards Program Lead, Athens, GA
  - Analytical Services Coordinator, Athens, GA
  - Analytical Scientist, Athens, GA
- Staff Analytical Scientist, Wilmington, DE
- 2 Analytical Scientist, Athens, GA
- Staff Analytical Scientist, Athens, GA
- 3 Sr. Analytical Scientist, Athens, GA

Under Process R&D Manager:
- 2 Staff Process Scientist, Athens, GA
- 2 Sr. Process Scientist, Wilmington, DE
- SSPF Chemistry Specialist, Athens, GA
- Sr. Process Scientist, Athens, GA
- 2 Process Scientist, Athens, GA
- Principle Scientist Process, Athens, GA

**CONFIDENTIAL**

Confidential



*Worldwide Narcotics Franchise / Allied Business*

**CONFIDENTIAL**

JAN-MS-03117101

Confidential



*Worldwide Narcotics Franchise / Allied Business*

**CONFIDENTIAL**

JAN-MS-03117102

Confidential



*Worldwide Narcotics Franchise / Allied Business*

**CONFIDENTIAL**

JAN-MS-03117103

Confidential

JAN-MS-03117104



4

Confidential

4

JAN-MS-03117106

EXECUTION VERSION

---

AMENDED AND RESTATED

STOCK AND ASSET PURCHASE AGREEMENT

between

JANSSEN PHARMACEUTICALS, INC.

and

SK GROUNDHOG HOLDINGS, L.P.

Dated as of June 30, 2016

---

1002100287v12
DB1/ 88193201.9

**CONFIDENTIAL**

Pages JAN-MS-03117108-3117220

Filed Under Seal

109

1002100287v6
1002100287v12

**CONFIDENTIAL**

JAN-MS-03117221

Confidential

JAN-MS-03117222

5

Confidential

JAN-MS-03117223

5

Confidential

JAN-MS-03117224

Final Version

SELLER DISCLOSURE LETTER

TO THE

AMENDED AND RESTATED

STOCK AND ASSET PURCHASE AGREEMENT

BETWEEN

JANSSEN PHARMACEUTICALS, INC.

and

SK GROUNDHOG HOLDINGS, L.P.

Dated as of June 30, 2016

1001786159v15

**CONFIDENTIAL**

Confidential

JAN-MS-03117225

Pages JAN-MS-03117226-3117316

Filed Under Seal