**PSJ14 Janssen Opp Exh 3 – PPLPC037000007677**

**To:** Frimmel, Agi[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=FrimmelA]
**From:** Reder, Robert
**Sent:** Thur 3/1/2001 1:29:53 PM
**Subject:** FW: Russ Portenoy

Agi,

Call NIDA and see if you can figure out what this April 10 conference is.


Robert F. Reder, MD
Vice President, Medical Affairs and Worldwide Drug Safety
Purdue
201 Tresser Blvd.
Stamford, CT 06901-3431
203-588-7220
dr.robert.reder@pharma.com
203-588-6296 (fax)


-----Original Message-----
**From:** Goldenheim, Paul
**Sent:** Thursday, March 01, 2001 9:45 AM
**To:** Udell, Howard; Friedman, Michael; Sackler, Dr Richard; Reder, Robert; Haddox, Dr. J. David
**Subject:** Russ Portenoy

I had a nice conversation with Russ today:

1. He wrote a letter to the NYT in response – obviously not published.
2. He said that Janssen called and has called others to try to help deal with this media blitz and protect the pain movement.
3. Re Rx monitoring – thinks it is okay if properly done and if law enforcement is educated. He is opposed to numbered Rxs (I am now of the view that we should not discuss this or offer it – let this bubble up locally if desired) and special pads. Apparently there is pending legislation in NY that will create special Rx pads and he is fearful that this is triplicates (in single) all over again.
4. He feels that our conference idea is a good one and will help address his major concern about any monitoring program – education of law enforcement.
5. He feels docs are comfortable with some kind of monitoring as long as law enforcement is educated and does not overreact and understands what good medicine is.


He also mentioned a NIDA conference on 4/10 that will include Rx monitoring – Robert please get the info and circulate. Thanks.

Paul Goldenheim
paul.goldenheim@pharma.com