**PSJ14 Janssen Opp Exh 9 – JAN-MS-02108736**

| | |
|---|---|
| **From:** | Vorsanger, Gary J. [JANUS] |
| **To:** | Ritchie, Bruce [JANUS] |
| **Sent:** | 1/27/2006 7:39:51 PM |
| **Subject:** | RE: Abuse data |

Are there antioxidants in Duragesic? :)
GJV

### Gary J Vorsanger, PhD., M.D.
Senior Director, Clinical Development
PriCara, a Unit of Ortho-McNeil, Inc.
1000 Rt 202 South
Box 300
Raritan, NJ 08869
( (908) 927-5469
email: gvorsang@janus.jnj.com

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Janssen Medical Affairs, L.L.C can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
**From:** Ritchie, Bruce [JANUS]
**Sent:** Friday, January 27, 2006 12:59 PM
**To:** Vorsanger, Gary J. [JANUS]
**Cc:** Pass, David [OMPUS]; Thomas, Jeri [OMPUS]; Large, John [JOI]
**Subject:** RE: Abuse data

Very interesting - anyone for tea?

Bruce

JUST WINNING ................ISN'T ENOUGH!

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Janssen Pharmaceutica can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
**From:** Vorsanger, Gary J. [JANUS]
**Sent:** Thursday, January 26, 2006 4:12 PM
**To:** Ritchie, Bruce [JANUS]
**Subject:** FW: Abuse data
**Importance:** High

For the Third Bruce.

BR: Take a look at this mention that Jack Henningfield from Pinney (of the Pinney Report) just sent me.

Thanks,

GJV

### Gary J Vorsanger, PhD., M.D.
Senior Director, Clinical Development
PriCara, a Unit of Ortho-McNeil, Inc.
1000 Rt 202 South
Box 300
Raritan, NJ 08869
( (908) 927-5469
email: gvorsang@janus.jnj.com

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Janssen Medical Affairs, L.L.C can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
**From:** Vorsanger, Gary J. [JANUS]
**Sent:** Wednesday, January 25, 2006 6:39 PM
**To:** Moskovitz, Bruce [JANUS]; Williamson, Bruce [JOI]
**Subject:** Abuse data
**Importance:** High

Bruce M and W:

Some new information on Mylan's patch. This information was sent to us from Pinney Associates and was extracted from the Web. All identifying information was removed. Clearly, this does not represent a scientific assessment or controlled study. But it does support our contention in the Citizen's Petition that the Mylan patch will be cut:

> I understand that 2 or even 1 mg of fent is a lot. But when brewing
> tea, if you only leave the patch in for 30 minutes in hot water there's
> no way it's gonna release all of the fent that's supposed to release
> over 72 hours. So i was wondering if you could do the whole patch for
> like 30 minutes and then reuse it again another time. And if a single
> 2.4mg fent patch is even enough to make a decent brew strength tea.

You're talking about stuff that's pretty much impossible to figure out exactly. I mean, a patch that's meant to release it's fent over a 72 hour period, when stuck to a 98.6 degree body...It might only take 30 seconds to release the same amount into a cup of boiling water!! After all, people with fevers, which is a raise in temp of just a few degrees, report a drastic increase in a patch's effects.
But--you can re-use the Mylan patches...
I had the 100 mcg Mylan patches a while back. I'd take 3 of 'em, cut each one up into six pieces and toss 'em into a tea kettle, with two times the amount required for one cup of tea. (not neccessarily a measured "cup"...) I learned to let it boil and steep just long enough so the water evaporated down to a single cup. (Usually about 20-30 minutes)
After preparing that cup, I'd refill the kettle with the proper amount of water, with the patch portions still in there, and let it all sit until the next day. Then I'd heat the kettle, starting the entire process all over again.

**Gary J Vorsanger, PhD., M.D.**
Senior Director, Clinical Development
PriCara, a Unit of Ortho-McNeil, Inc.
1000 Rt 202 South
Box 300
Raritan, NJ 08869
( (908) 927-5469
email: gvorsang@janus.jnj.com
**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Janssen Medical Affairs, L.L.C can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
**From:** Moskovitz, Bruce [JANUS]
**Sent:** Wednesday, January 25, 2006 5:09 PM
**To:** Williamson, Bruce [JOI]
**Cc:** Gary Vorsanger
**Subject:** RE: Matrix Abuse Data?

Bruce: To follow-up the concern we expressed in the Citizens Petition that matrix patches have greater potential for diversion and abuse, we contracted with the Benziger-Dupont group to monitor for these signals. Perhaps owing to the "newness" of the matrix patch on the market or to start-up issues for BD, the data available through the end of 2005 did not signal any increase in diversion or abuse for the

Confidential
JAN-MS-02108737

matrix patch; the association with BD was discontinued.

Gary Vorsanger and his group concluded negotiations with the Denver Poison Control Center to institute a RADARS-like surveillance program for Duragesic (and our other pain products). RADARS (Researched Abuse, Diversion, Diversion, and Addiction-Related Surveillance) was the successful surveillance program Purdue instituted following the concerns about abuse of OxyContin. The program encompasses a Key Informant Network, Police Surveillance, Methadone Clinics, and the Poison Control Center. Until the full program gets underway, we will have an "interim" program for Duragesic. Unfortunately, I'm not aware of significant data that would differentiate matrix from reservoir yet.

I copied Gary who may wish to add to this.

Bruce L. Moskovitz, MD
Therapeutic Area Head, Analgesia and GI
PriCara, Unit of Ortho-McNeil, Inc.
(908) 927-3305

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that PriCara can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
**From: Williamson, Bruce [JOI]**
**Sent:** Wednesday, January 25, 2006 3:29 PM
**To:** Moskovitz, Bruce [JANUS]
**Subject:** Matrix Abuse Data?

Hi Bruce,

Happy New Year.

Hope all is well. Bruce we are fortunate to have Duragesic still on the market and growing here in Canada but the Generics are knocking at the door. To this end I was wondering if you have, or could provide me with any direction as to where I might find data on the abuse and/or diversion of Matrix patches in the states since the launch of the first generic?

Let me know if you could help in any way.

Bruce Williamson
Business Unit Director, Pain Management
Janssen-Ortho