**PSJ14 Janssen Opp Exh 10 – JAN-MS-02209558**

| | |
|---|---|
| **From:** | Bailey, J. Elise |
| **To:** | DeLemos, Byron P [OMJUS]; Dart, Richard |
| **CC:** | Vorsanger, Gary [OMJUS]; Holmes, Becky; Nicholson, Susan [OMJUS]; Khashab, Mohammed [OMJUS]; Jachetta, Matt; Biondi, Dr. David [OMJUS]; Beyers, Karen [OMJUS]; Moskovitz, Bruce [OMJUS]; Crowley, Cynthia [OMJUS] |
| **Sent:** | 11/30/2009 9:35:40 PM |
| **Subject:** | RE: RADARSR monthly Nucynta call |

Byron,

We are happy to discuss the methodology further if need be. Please keep us informed as to how we can help you.

In the meantime, am I right to assume from your email below that the December 28th call is canceled as well? Or shall we wait until closer to that date to decide?

Elise

---

**From:** DeLemos, Byron P [OMJUS] [mailto:BDelemo1@its.jnj.com]
**Sent:** Monday, November 30, 2009 10:45 AM
**To:** Bailey, J. Elise; Dart, Richard
**Cc:** Vorsanger, Gary [OMJUS]; Holmes, Becky; Bailey, J. Elise; Nicholson, Susan [OMJUS]; Khashab, Mohammed [OMJUS]; Jachetta, Matt; Biondi, Dr. David [OMJUS]; Beyers, Karen [OMJUS]; Moskovitz, Bruce [OMJUS]; Crowley, Cynthia [OMJUS]
**Subject:** RE: RADARSR monthly Nucynta call

Hi Rick and Elise –

I am cancelling the teleconference for today.

As you remember, our initial thinking was that an analysis of RADARS monthly Nucynta PCC data would be useful as a tool to assess misuse and abuse early in the period after launch. However, methodologically, this has turned out to be more difficult that initially envisioned. After a number of discussions both internally and with RADARS, we are not comfortable that the analysis approach we have come up with will accomplish our aims, provide added value, and not produce misleading signals.

So, we will wait (and look forward to!) for the first full quarterly RADARS report in January.

Thank for your patience.

…Byron

**Byron P. DeLemos, MD**

Associate Director, Clinical Development

Ortho-McNeil Janssen Scientific Affairs, LLC

Tel: 908-218-6508

Fax: 908-218-1286

Please note new email address: bdelemo1@its.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If

you have received this e-mail transmission in error, please reply to the sender, so that Ortho-McNeil Janssen Scientific Affairs, LLC can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Appointment-----
**From:** Crowley, Cynthia [OMJUS] **On Behalf Of** DeLemos, Byron P [OMJUS]
**Sent:** Tuesday, June 16, 2009 9:09 AM
**To:** DeLemos, Byron P [OMJUS]; Vorsanger, Gary [OMJUS]; 'becky.speas@rmpdc.org'; 'Bailey, Elise'; 'Richard.Dart@rmpdc.org'; Nicholson, Susan [OMJUS]; Khashab, Mohammed [OMJUS]; 'Jachetta, Matt'; Biondi, Dr. David [OMJUS]; Beyers, Karen [OMJUS]
**Cc:** 'Bailey, J. Elise'
**Subject:** RADARS® monthly Nucynta call
**When:** Monday, November 30, 2009 2:00 PM-3:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Dial [REDACTED: PRIVACY] / Host: Byron

Susan and Mohammed added to call/ Meeting name changed

Dial [REDACTED: PRIVACY]

Code: [REDACTED: PRIVACY]

Host: Byron

The Denver Health email system has made the following annotations
---------------------------------------------------------------------
CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
---------------------------------------------------------------------