**PSJ14 Janssen Opp Exh 11 – Vorsanger Dep (dep not cited in appendices)**

Highly Confidential - Subject to Further Confidentiality Review

Page 420

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : | HON. DAN A. POLSTER |
| APPLIES TO ALL CASES | : : : | NO. 1:17-MD-2804 |

- HIGHLY CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

VOLUME II

- - -

December 6, 2018

- - -

    Continued videotaped deposition of GARY J. VORSANGER, Ph.D., M.D., taken pursuant to notice, was held at the law offices of Drinker Biddle & Reath, 105 College Road East, Princeton, New Jersey, beginning at 9:20 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 541

1    the plan.
2        A.   Right.
3        Q.   And if you'll turn to
4    page -- unfortunately it doesn't have
5    pages. But if you flip to, it looks like
6    it's about seven pages from the end, and
7    you'll see there's a slide that says,
8    "Active surveillance."
9        A.   With the three bullets on
10   it?
11       Q.   Yes.
12       A.   Okay.
13       Q.   Okay. The first of those is
14   RADARS, correct?
15       A.   Yes.
16       Q.   And you said that that was a
17   surveillance resource that the company
18   incorporated into the plan when it became
19   available from Denver Health; is that
20   correct?
21       A.   That's correct.
22       Q.   And if you'll turn -- that
23   was around what time, what year?
24       A.   Around 2006.

Page 542

1        Q.   And I think as we saw in the
2    earlier slide deck, RADARS had been
3    maintained earlier as a proprietary
4    service that was operated by Purdue?
5        A.   Yes.
6        Q.   When you incorporated RADARS
7    into the system, did you -- did you
8    purchase the earlier data that RADARS had
9    collected?
10       A.   Yes. When we started doing
11   surveillance with RADARS for Duragesic I
12   was interested in finding out what
13   information, what was available, around
14   the fentanyl products that were done
15   prior to us starting our subscription.
16   So we did have information that we did
17   purchase from them.
18       Q.   And if you'll take a look at
19   the next few slides. Well, let's start
20   with the next slide actually. The one
21   that says, "Active surveillance RADARS."
22       A.   Yes.
23       Q.   Let me make an attempt here
24   to put it on the screen.

Page 543

1             This lists the various
2    elements of the RADARS system. Can you
3    give a brief explanation of what those
4    are?
5        A.   So the key informant network
6    was a network I believe that was
7    developed by Dr. Ted Cicero. And these
8    were individuals who worked with people
9    who abused products and they were gaining
10   information about specific products in
11   the form of a survey questionnaire. And
12   those were -- those data were brought in
13   and analyzed as part of one of the
14   components of the RADARS system.
15            The second one was a law
16   enforcement network run by Dr. Inciardi.
17   And I believe this was information
18   collected from individuals working in law
19   enforcement capacities from what they may
20   have heard about drug seizures, heard
21   other -- in areas where law enforcement
22   became aware of different types of opioid
23   analgesics and other medications that may
24   have been gotten involved because of

Page 544

1    illegal-type activities.
2             The AATOD, the American
3    Association For Treatment of Opioid
4    Dependence looked at individuals coming
5    in, I believe, on methadone maintenance,
6    and having an understanding of those
7    types -- of that type of activity and
8    what are the -- what are the medications
9    that those individuals may have been
10   using and abusing, and the poison control
11   network was part of the U.S. poison
12   control network.
13       Q.   All right. If you can turn
14   to the next few slides.
15       A.   By the way, we have one more
16   that was -- that may have been added
17   later, which is the college survey.
18   College survey.
19       Q.   Can you explain what that
20   is?
21       A.   The college survey, I think,
22   looked at the use of medications by
23   college students, not for whom the drugs
24   were prescribed. So for recreational

Highly Confidential - Subject to Further Confidentiality Review

Page 673

1  professional. And work with groups like
2  the NFL."
3        That's the National Football
4  League, correct?
5     A.  Yes.
6     Q.  -- "to destigmatize pain
7  treatment and better understand abuse."
8        Do you see that?
9     A.  Yes.
10    Q.  Do you know if there was a
11 focus on athletes for pain management?
12    A.  I don't recall.
13    Q.  Who would know that?
14    A.  I don't know. I don't
15 know -- I don't know if there are
16 minutes, et cetera. I think -- I don't
17 know.
18    Q.  Okay. Do you know if there
19 was any work done with the NFL to
20 destigmatize pain treatment?
21    A.  No, I think this was
22 aspirational.
23    Q.  I don't know how I'm going
24 to get you here. If you go to Page 37,

Page 674

1  and then there's a native -- okay, you
2  found it. That logo. Turn the page, go
3  to the next one. And it says Meeting
4  Number 2, October 12th of 2011.
5     A.  Excuse me.
6     Q.  So this appears to be a
7  second meeting of the group. Do you see
8  that?
9     A.  Yes.
10    Q.  And is it your memory that
11 there was more than one meeting of the
12 group?
13    A.  I remember a second meeting
14 which comes to mind now as I'm looking at
15 it.
16    Q.  Okay. And it says, "Welcome
17 new members and expanded communities."
18 Do you see that, Bob, Scott, Pam and
19 Phyllis?
20    A.  Yes.
21    Q.  Do you know who they are, do
22 you remember?
23    A.  I'm not certain.
24    Q.  And at the bottom of that

Page 675

1  page it says, "Explored private and
2  public funding sources." Do you have any
3  recollection that that was done?
4     A.  I don't know. I don't have
5  a recollection of whether that was done.
6     Q.  If you turn the page, and
7  I'm looking for media outreach
8  initiatives which is maybe two pages on.
9  Reaching out to youth. Reach early,
10 elementary school level, via respected
11 channels, for example coaches. Deliver a
12 practical message. Pain is your body
13 telling you something important.
14       Do you see that?
15    A.  On the next page, I'm sorry.
16    Q.  Do you see it?
17    A.  Yes.
18    Q.  Do you agree with that, that
19 pain is your body telling you something
20 important?
21    A.  Yes.
22    Q.  If you go a couple of more
23 pages to where you see at the top, "Pain
24 policy, advocacy sub-team platform," at

Page 676

1  the top.
2     A.  Yes.
3     Q.  And the bullet point says,
4  "Chronic pain is the number one public
5  health problem."
6        Do you see that?
7     A.  Yes.
8     Q.  Do you agree with that?
9     A.  I don't know if it's the
10 number one public health problem. It's
11 certainly an important public health
12 problem.
13    Q.  Okay. It says, "The
14 priority area of focus. An epidemic of
15 pain versus an epidemic of addiction."
16       Do you see that?
17    A.  Yes.
18    Q.  Do you agree that there is
19 an epidemic of addiction in the United
20 States?
21    A.  I think there's an epidemic
22 of abuse. And I -- there may be people
23 who are addicted, I'm not sure. I'd have
24 to think a little bit about that.