**PSJ14 Janssen Opp Exh 12 – JAN-MS-02102511**

## SUBSCRIPTION SERVICES AGREEMENT



Confidential