**PSJ14 Janssen Opp Exh 13 – JAN-MS-01461235**

# SUBSCRIPTION SERVICES AGREEMENT



1