**PSJ14 Janssen Opp Exh 14 – JAN-MS-02668294**

## SUBSCRIPTION SERVICES AGREEMENT



Confidential