**PSJ14 Janssen Opp Exh 15 – JAN-MS-02279158**

File

## SUBSCRIPTION SERVICES AGREEMENT



Confidential