**PSJ14 Janssen Opp Exh 16 – JAN-MS-01437956**

## SUBSCRIPTION SERVICES AGREEMENT



Confidential

JAN-MS-01437956

JAN-MS-01437956