**PSJ14 Janssen Opp Exh 17 – JAN-MS-02320051**

# ANALGESIA TACTICAL PLAN
# US MEDICAL AFFAIRS

# MARCH 2014

Transforming minds,
**bringing hope**
for a meaningful life.

*ONE TEAM Making the Difference for Patients WORLDWIDE*



# NUCYNTA® ER/NUCYNTA® 2014 BP
## Strategic Imperatives & Strategic Drivers

Transforming minds, **bringing hope** for a meaningful life.

## GROW within targeted universe

- Drive **awareness** and **educate** on appropriate use to increase product **adoption**
- Improve **effectiveness** of PAIN FORCE and Inside Sales Team
- Continue **patient savings** program
- **Enhance peer-to-peer education** content & vehicle
- Evolve commercial presence to **deliver greater local impact**
- **Supplement selling efforts** with focused non-personal tactics
- Capitalize on **specific payer channels** in **select geographies**

## PROTECT access to our products

- **Increase payer engagement** in anticipation of market events
- Explore **alternate** distribution **channels**
- **Engage external stakeholders** to improve product access at pharmacy
- **Support HCP and pharmacy partnership** to help patients get prescriptions filled
- Anticipate and address **policy** changes to enable appropriate access to medications

## COMMUNICATE differentiating evidence

- Support **regulatory and compliance** requirements
- **Strengthen insights and scientific exchange** through external engagement
- **Enhance value prop** by generating and disseminating clinical and economic data

| $7.4MM (83%) | $1.4MM (17%) | $5.0MM |
|---|---|---|

## $8.8MM Total BMEs (100%)

Approval Attribute

DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval. Company Proprietary Information is not to be shared or distributed beyond the original distribution.

# OUR PARTNERS



External

Internal

*All interactions in accordance with *Guidance Document on the Promotion of FDA-Regulated Products and the Dissemination of Scientific Information* (dated 09/10/2012)



Company Proprietary.  Information is not to be shared or distributed beyond the original distribution.

# FDA POST MARKETING REQUIREMENTS

Transforming minds,
**bringing hope**
for a meaningful life.

**BACKGROUND:** FDA requested  NDA holders of branded LAOs to conduct  4 PMR Observational studies (abuse/misuse and diversion) and 1 clinical study (hyperalgesia).

**OBJECTIVE:** Dr. Shopping Study: To define and validate "doctor/pharmacy shopping" as outcomes suggestive of abuse, misuse  and/or addiction
Hyperalgesia:   To assess the risk/benefit (hyperalgesia) of long term treatment in patients with chronic pain, especially patients with poor response to opioid treatment

**DESIGN:** Dr. Shopping:  A retrospective cohort study to assess incidence of Dr. Shopping from databases and medical records.
Hyperalagesia: 27-week multicenter, randomized, double-blind, placebo-controlled study.

**TIME & COST:** See Next Slides

**LIMITATIONS:** Challenges working in a consortium environment  with decision making/



DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

4

# Analgesia PMR Studies & Advisory Board Meeting Budget Information



# FDA PMR Studies Estimated Costs

Transforming minds,
bringing hope

| Study Number | Number of Subjects | Total Costs*/ Janssen Costs (based on 9 sponsors dividing costs)** | Campbell Alliance Project Management Costs | Other (Total Costs/Janssen Costs) |
|---|---|---|---|---|
| 1a) Estimate the incidence of misuse, abuse, addiction, overdose and death associated with long term use of opioids for chronic pain | ~10,000 (~5K/subject) | 50M*/ 5.5M** | ~600K/year x 4 years | • Advisors: 1.2M / 150K<br>• Meetings: 1.28M /160K (~6 meetings/year over 4 years)<br>• Filing Fees: TBD<br>• Publications: 600K /75 |
| 1b) Evaluate and quantify other risk factors for misuse, abuse, addiction, overdose and death associated with long term use of opioids for chronic pain | Claims Database review | 1M* /111K** | | |
| 2) Develop and validate measures of opioid related adverse events used to design PMR 1 | NA | 8M*/900K** | | |
| 3) Validate coded medical terminologies used to identify opioid related adverse events used to design PMR 1 | ~10,000 charts | 10M* /1.11 M** | | |
| 4) Define and validate "doctor/pharmacy" shopping as outcomes suggestive of misuse, abuse and addition. | --- | --- | | |
| 4a) Claims Database review | NA | 1M* /112 K** | | |
| 4b) Subject Survey | ~15,000 | 4M* /450K ** | | |
| 5) Clinical trial to estimate the serious risk for the development of hyperalgesia | 2,000 (~40K/subject) | 80M* /9 M** | | |
| Total | | 154M*/ 17.2M** | 2.4M*/270K** | 3.1M*/ 350K** |

Total – 160M / 18M

# FDA  PMR Timelines

Transforming minds,
**bringing hope**
for a meaningful life.

| FDA Timelines | | | |
|---|---|---|---|
| Study | Final Protocol Submission to FDA | Study Completion | Final Report Submission to FDA |
| 1 | 8/20/2014 | 01/2018 | 06/2018 |
| 2 | 08/2014 | 08/2015 | 11/2015 |
| 3 | | | |
| 4 | | | |
| 5 | 8/2014 | 8/2016 | 2/2017 |



# Estimated Cost Breakdown

Transforming minds,
**bringing hope**
for a meaningful life.

| Estimated Total Costs By Year | | | | | |
|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 |
| Study 1 a/b | 200K | 800K | 21 M | 20 M | 8 M |
| Study 2 | 8 M | 15 M | | | |
| Study 3 | | | | | |
| Study 4 | | | | | |
| Study 5 | 2M | 25M | 25M | 20M | 8M |
| Campbell | 600K | 600K | 600K | 600K | 300K |
| Other | 1.25K | 1.4 M | 150K | 150K | 150K |
| Total | 110M*/1.2M* | 50M*/6M** | 47M*/5.2M** | 41M*/4.6M** | 1.65M*/2M** |

*Total Costs
** Janssen Costs (Based on total divided among 9 NDA Holders



# FMRI STUDY

Transforming minds,
**bringing hope**
for a meaningful life.

**BACKGROUND:**

Tapentadol is a opioid with dual action mechanism of both opioid-mu receptor and norepinephrine modulations. fMRI is an idea tool to assess the brain activity changes caused by the treatment of Tapentadol.

**OBJECTIVE:**

- Correlation of brain activity changes and the pain relief efficacy of Tapentadol ER in chronic low back pain patients.
- Assessing the brain activity in the region related to mood changes and psychological behavior between the treatment of Tapentadol ER and placebo.

**DESIGN**

- This is a pilot phase IV study with randomized, double blind, placebo control, repeated dose treatment design to assess the correlation of brain activity changes and the pain relief efficacy of Tapentadol ER vs. placebo in chronic low back pain patients.

**TIME & COST:**

Study completion: Sept. 2015
- CSR: Dec. 2015
- Cost: $200K for 2014 and $300K for 2015.

**LIMITATIONS:**

This study will assess the BOLD signal using fMRI to indirectly measure the brain activity changes. BOLD signal comes with other false positive signals.



PHARMACEUTICAL COMPANIES OF Johnson&Johnson

DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

# ABUSE DATA-RESEARCHED ABUSE, DIVERSION AND ADDICTION-RELATED SURVEILLANCE (RADARS) SYSTEM

Transforming minds,
**bringing hope**
for a meaningful life.

**BACKGROUND:**

The RADARS System measures rates of prescription opioid abuse and diversion throughout the US.  The RADARS System is composed of several programs : drug diversion, survey of key informants' patients, poison control centers, opioid treatment centers, and college survey

**OBJECTIVE:**

Monitor the abuse, misuse and diversion profile of tapentadol

**DESIGN**

Collects the data through surveys

Rates are calculated by population (per 100,000 population) and by Unique Recipients of

Dispensed Drugs (per 1,000 URDD).

**TIME & COST:**

Quarterly reports
- $ 1.2 million/year

**LIMITATIONS:**

inherent limitations of data analysis in some of the RADARS programs



DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

# ABUSE NATIONAL ADDICTIONS VIGILANCE INTERVENTION AND PREVENTION PROGRAM (NAVIPPRO®)

Transforming minds,
**bringing hope**
for a meaningful life.

**BACKGROUND:**

The NAVIPPRO surveillance report for presents data from the Addiction Severity Index Multimedia Version (ASI-MV®), Comprehensive Health Assessment for Teens (CHAT®), and the Web Informed Services (WIS®) Internet Monitoring archive.

**OBJECTIVE:**

Monitor the abuse, misuse and diversion profile of tapentadol

**DESIGN**

Collects the data through surveys and internet monitoring
Rates are calculated  per 100,000 prescriptions, 100 ASI-MV assessments and per 100
prescription opioid abusers assessed. Internet monitoring posts are analyzed qualitatively
as well as quantitatively

**TIME & COST:**

3 reports/year
• $ 1.0 million/year

**LIMITATIONS:**

Limited data collection



DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

# Abuse Publication Plan

Transforming minds,

| Title | Status | Est. Pub Submission Timeline |
|---|---|---|
| Drug Diversion Analyses of RADARS database (RADARS® System Drug Diversion and Street Rx) - publication to examine diversion and street price of TAP. | 1st draft = April 2014 | 3Q'2014 |
| Abuse of Long-Acting Opioid Analgesics: Focus on Tapentadol | Draft 2 complete 7/2013; On Hold | *TBD* |
| WHO Paper: Tapentadol Clinical Profile and Abuse Risk | On Hold | Internal Use |
| Comprehensive Review efficacy-tolerability-abuse data | Planning Stage/On Hold | TBD |
| Assessing abuse potential of new analgesic medications following market release: An evaluation of Internet discussion of tapentadol abuse (WIS) | Complete | 12/2013 |
| Tapentadol abuse potential: A post-marketing evaluation using a sample of individuals evaluated for substance abuse treatment (ASI-IV) | Complete | 12/20/13 |
| Tamper-Resistant Properties of Tapentadol Extended-Release Tablets: In Vitro Laboratory Analyses | complete | Submitted: 9/2013/ Accepted:  2/2014 |



DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

12

Transforming minds,
**bringing hope**
for a meaningful life.

# Dose Conversion



# NUCYNTA ER DOSE CONVERSION REVIEW ARTICLE

**Transforming minds, bringing hope** for a meaningful life.

**BACKGROUND:**
- Lack of data on how to convert patients from other opioids to Nucynta ER
- Absence of robust conversion data led third-parties to make widely varying assumptions and recommendations

**OBJECTIVE:**
- To identify and collate available information on patient experience when directly converted to Nucynta ER from Morphine or Oxycondone
- To publish credible source of information on direct conversion to Nucynta ER
- Use as a commercial material to provide to customer

**DESIGN:**
- Review article  in development in collaboration with JSA, GMA, CDT, and GRT (poster at International Conference on Opioids in June, manuscript submission in July)
- Utilize Grunenthal (KF-43 & KF-45) and Janssen cancer trial (02) data

**TIME & COST:**

| Timing – 2013-2014 | | | | | Budget (est*) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Kick-off | 1st Draft | PRC Review | Submit to J | Pub (final) | 2013 | 2014 | 2015 | Total |
| 3/2013 | 9/2013 | 2/2014 | TBD | TBD | $50,000 (from pubs) | | | $50,000 |

**LIMITATIONS:**
- No data converting from hydrocodone
- Existing data from secondary analyses
- Lack of US data



PHARMACEUTICAL COMPANIES OF Johnson&Johnson

DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

14

# NUCYNTA ER DOSE CONVERSION

Transforming minds,
**bringing hope**
for a meaningful life.

- FDA requested an sNDA to support dose conversion recommendations (3/23/2014)

- Discussions in progress to discuss funding for sNDA

- Costs = ~1M



Transforming minds,
**bringing hope**
for a meaningful life.

# Cognition/Mood/Withdraw



# COGNITION/MOOD/WITHDRAWAL PUBLICATIONS PLAN 2014

Transforming minds,
**bringing hope**
for a meaningful life.

| Title | Status | Est. Pub Submission Timeline |
|-------|--------|------------------------------|
| Hypothesis testing of the Potential Differences in Withdrawal, Tolerance and Abuse of Tapentadol Compared to Pure Mu Opioid Agonists: Does Noradrenergic Activity Play a Role? | 2/6/14: In development | Q3'2014 |
| Review the available clinical and nonclincial  evidence for short or long term AE's of opioids on cognition and discuss the need for studies/methods to better assess the extent to which effects on cognition may be clinically significant | Kick-off: 2/21/14 | *Q4'2014* |
| Short and long term adverse effects of opioid agonsim on mood and the potential for serotonergic and noradrenergic activity to mitigate the effects | Kick-off: 2/21/14 | Q4'2014 |



PHARMACEUTICAL COMPANIES OF Johnson-Johnson

DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

# Scientific, Clinical Presence & Customer Insight



**Transforming minds,
bringing hope**
for a meaningful life.

## Scheduling change options for Tapentadol

**BACKGROUND:** **Tap scheduling was based on pharmacology, preclinical and clinical data.  Real world data consistently showing  low rates of abuse, misuse and diversion of tap. It is of interest to get a feedback from the experts in the field on scheduling change options for Tap**

**OBJECTIVE:**
- **Review and assess findings of the previous tap Abuse Liability Ad Board Meeting (2010)**
- **Evaluate tap abuse liability and related studies conducted over the last four years;**
- **Identify potential data gaps and future studies  in order to revise the tap 8-Factor Analysis**

**DESIGN**
- **6-8 KOL with expertise in opioid pharmacotherapy; abuse,  and scheduling**
- **Janssen representatives to present tap data**
- **Interactive Forum representative/Nat Katz to moderate**
- **Final report generated  outlining the meeting to be developed by Interactive Forum**

**TIME & COST:**
- **September 2014**
- **$106,708**

**LIMITATIONS:**
- NA





PHARMACEUTICAL COMPANIES
OF Johnson&Johnson

DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

Transforming minds,
**bringing hope**
for a meaningful life.

# fMRI

**BACKGROUND:**
Tapentadol is a opioid with dual action mechanism of both opioid-mu receptor and norepinephrine modulations. fMRI is an idea tool to assess the brain activity changes caused by the treatment of Tapentadol.

**OBJECTIVE:**
- Correlation of brain activity changes and the pain relief efficacy of Tapentadol ER in chronic low back pain patients.
- Assessing the brain activity in the region related to mood changes and psychological behavior between the treatment of Tapentadol ER and placebo.

**DESIGN**
- This is a pilot phase IV study with randomized, double blind, placebo control, repeated dose treatment design to assess the correlation of brain activity changes and the pain relief efficacy and mood changes after the treatment of Tapentadol ER vs. placebo in chronic low back pain patients.

**TIME & COST:**
- $100 K

**LIMITATIONS:**
This study will assess the BOLD signal using fMRI to indirectly measure the brain activity changes. BOLD signal comes with other false positive signals.



PHARMACEUTICAL COMPANIES OF Johnson&Johnson    DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

Transforming minds,
**bringing hope**
for a meaningful life.

# NURSE PRACTITIONER AD BOARD

**BACKGROUND:** **Nurse Practitioners are playing an increasingly important role in the field of pain management.  The MA team would like to develop relationships and engage these external partners by identifying how MA can support  and enhance their clinical practice.**

**OBJECTIVE:**
- **Evaluate current and future clinical practice and unmet needs for pain management**
- **Identify knowledge gaps in the current literature and new data analyses and studies that could be used to fill those gaps**
- **Discuss how knowledge on new products is obtained and evaluate opportunities for disseminating scientific information.**

**DESIGN**
- **8-10 Nurse Practitioners identified as Key Opinion Leaders in the area of pain management**
- **Janssen representatives to present Nucynta/Nucynta ER data**
- **Interactive Forum representative to moderate**
- **Final report generated  outlining the meeting to be developed by Interactive Forum**

**TIME & COST:**
- **Q2'2014**
- **$93K**

**LIMITATIONS:** **No precedent for identifying NP Leaders**



DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

Transforming minds,
**bringing hope**
for a meaningful life.

# QUALITY MEASURES AD BOARD

**BACKGROUND:**

- There is a need  to better patient outcomes  and define quality measures  in the area of pain management/opioid therapy.

**OBJECTIVE:**

- Discuss Janssen's stance on quality measures and obtain input towards the design of these measures
- Identify strategies on how  identified  quality measures can be endorsed by the public

**DESIGN**

- 8-10 Expert Advisors to participate;  Expertise may be  in managed care; Health Outcomes and HCPs
- Moderater TBD
- Final report to be generated by vendor

**TIME & COST:**

- Q4'2014
- ~$100K

**LIMITATIONS:**

- Limited work in the field of quality measures for opioid therapies



PHARMACEUTICAL COMPANIES OF Johnson-Johnson  DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

Transforming minds,
**bringing hope**
for a meaningful life.

# Medical Congresses



# Poster Presentation

Transforming minds,
**bringing hope**
for a meaningful life.

| Title | Submission Date | Congress/Date |
|---|---|---|
| RADARS Street Rx - Drug Diversion 1 - Street Price Lower than Sched II Opiods | Dec 2014 | CPDD College on Problems of Drug Depend/ June 2014 |
| RADARS Street Rx - Drug Diversion 2 - Role of TAP-ER in Illicit Mkt | Nov 2013 | American Pain Society/ April  2014 |
| RADARS Street Rx - Drug Diversion 3 | July 2014 | Pain Week/Sept 2014 |
| Opioid Withdrawal & Dependency | TBD | Pain Week/Sept 2014 |
| Opioid - Cognition (short and long-term effects, pre-clin data) | | |
| Opioid - Mood | | |
| Osteoporosis | | |
| Inflexxions Data 1 | ASI-IV/WIS | Pain Week/Set 2014 |
| Integrated Risk Benefit | Jan 2014 | AMCP Acad Mngd Care Pharm/ April 2014 |
| NNT-Effic of Analgesics | Jan 2014 | AMCP Acad Mngd Care Pharm / April 2014 |



24