**PSJ14 Janssen Opp Exh 18 – JAN-MS-02305199**

| | |
|---|---|
| **From:** | Moskovitz, Bruce [OMJUS] |
| **To:** | Vorsanger, Gary [OMJUS] |
| **Sent:** | 8/6/2007 3:12:06 PM |
| **Subject:** | RE: WV opioid info request |

Product specific data are purchased by the company and are proprietary; I agree with your assessment.
It would appear that decisions on generic data (e.g., total opioids) are the concern and decision of RADARS; why are they even seeking our input.

Bruce L. Moskovitz, MD
Therapeutic Area Head, Analgesia and GI
Ortho-McNeil Janssen Scientific Affairs
1000 US Rt 202 S, Room 3204
Raritan, NJ 08869
( (908) 927-3305
*: bmoskovi@omjus.jnj.com
Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Ortho-McNeil Janssen can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
From: Vorsanger, Gary [OMJUS]
Sent: Monday, August 06, 2007 10:33 AM
To: Moskovitz, Bruce [OMJUS]
Subject: FW: WV opioid info request
Importance: High

Bruce,

To summarize the email below, RADARS wants to release data to the WV Poison Control Center. I would not recommend allowing product specific data, but "general data" for the category might be acceptable.

Your thoughts?

Thanks,

Gary

-----Original Message-----
From: Dart, Richard [mailto:Richard.Dart@rmpdc.org]
Sent: Monday, August 06, 2007 9:00 AM
To: Vorsanger, Gary [OMJUS]
Cc: Bailey, J. Elise
Subject: WV opioid info request

Gary,

Fate is forcing us to address the issue of data release again. The groups that would like RADARS information keeps increasing. I writing to you because in some ways these requests are similar to the issue as "the map", although they are different as well.

On Friday, we received a request from WV, one of our participating poison centers. They request comparative data among opioids between their state and other states. They would use this information for public information, which would indicate that it may well end up in a WV newspaper or two.

We are attempting to redirect their interest to Total Opioids, rather than individual drug substances. Attached please find two spreadsheets showing the rank of WV compared to other states. It doesn't look too strange and supports their concern, so I would like to release this to them.

Product specific information we can withhold for obvious reasons, but it is difficult to explain to requestors why generic level data that doesn't name anyone's product should not be available. As I'm sure you will realize, it becomes untenable for RADARS System to claim it is the appropriate system to perform surveillance and then refuse to release even high level data to

investigators.

Another issue we would like to discuss with you is a request from The National Drug Intelligence Center about deaths reported to RADARS.

Finally, I presume you are aware of the CSAT meeting later this month on fentanyl?

Rick

Confidential
JAN-MS-02305200