**PSJ14 Janssen Opp Exh 20 – JAN-MS-00615319**

# DURAGESIC®

## 2001 Business Plan

## August 2000

# Agenda

- Market Overview
- Lessons Learned
- SWOT
- Key Issues
- 2001 Business Objectives
- Strategies/Key Tactics
- Medical Affairs Update
- Market Research Overview
- Business Imperatives
- Forecast & PME Requirements
- Summary

# DURAGESIC® Vision

*DURAGESIC® will be the first choice*

*of chronic pain patients*

*for around-the-clock opioid therapy*

# LA Opioid TRx Trend



# DURAGESIC®
# Diagnosis Trends



* Top 3 diags in "all other" include post-op pain, chronic pain syndrome and neuropathic pain

Source: IMS - National Disease and Therapeutic Index (NDTI)

# Chronic Pain Xponent Market
# All Specialties, Deciles 0-9
# $1.03B

Case 1:11-md-02048-DAP Doc #: 2389-20 Filed: 08/14/19 7 of 53. PageID #: 193006



CP 94's

15%

13%

5%

67%

**Legend:**
- 0-71
- 80-81
- 90-94
- Mail Order, Defaults, Outflow

**April 2000 Deciling**

Case: 1:17-md-02804-DAP Doc #: 2389-60 Filed: 08/14/19 8 of 53. PageID #: 393607

# Share of Dollars
# MAT April 2000



| | **6.0** | **6.1** | **7.0** | **7.1** | **8.0** | **8.1** | **9.0** | **9.1** | **9.2** | **9.3** | **9.4** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DURAGESIC | 27% | 28% | 29% | 29% | 29% | 30% | 28% | 29% | 28% | 26% | 18% |
| OxyContin | 38% | 40% | 41% | 43% | 44% | 46% | 48% | 48% | 50% | 52% | 62% |

### DOLLAR DIFFERENCE (MM)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAT 1/00 | 1 | 2 | 2 | 3 | 6 | 11 | 7 | 10 | 14 | 27 | **143** |
| MAT 4/00 | 2 | 3 | 4 | 5 | 8 | 14 | 10 | 12 | 18 | 31 | **168** |

# Janssen versus Purdue Sales Force Alignments

## DURAGESIC®

| | |
|---|---|
| 275 OB (ACX, **DRG**) | 275 |
| HSR (ACX, **DRG**, SPX) | 109 |
| ElderCare (RIS, **DRG**, ACX) | 85 |
| OrthoBiotech (PRO, **DRG**) | 242 |

## OxyContin

| | |
|---|---|
| Purdue * (**OXY**, MSC) | 700 |
| Abbott (Anzemet, Ultrane, **OXY**) | 109 |

*Purdue currently expanding by 100-150 reps in anticipation of Palladone launch

# Chronic Pain Market Share of Contacts



**Legend:**
- Oxycontin
- Percocet
- All Other (Kadian/Oramorph)
- DURAGESIC
- MS Contin

Source: IMS - IPS

# DURAGESIC® Versus OxyContin PME Spend/ Contacts



Sources: IMS - Integrated Promotional Services(IPS) & Scott Levin - Physician Meeting & Event Audit  (PMEA)

# DURAGESIC® Promotion Response Curve
# Pain Specialists



Analysis based on deciles 6 to 9 pain specialists

* -  The data does suggest that for decile 9 pain specialists, frequency levels of 24 or 25 still bring in incremental value

# Frequency Versus NRx Change
## (Decile 9 Physicians)

Case 1:17-md-02804-DAP Doc # 2389-206 Filed 06/14/19 13 of 53 PageID # 393618

| Previous Quarter Calls | Current Quarter Calls | Previous NRx/ MD | Current NRx/ Mo | NRx Diff (0%) |
|---|---|---|---|---|
| 0 | 0 | 11.4 | 11.3 | (1.0) |
| 0 | 1, 2 | 10.7 | 11.2 | 5.0 |
| 0 | 3, 4 | 11.1 | 12.3 | 10.4 |
| 1, 2 | 0 | 10.7 | 10.4 | (2.8) |
| 1, 2 | 1, 2 | 11.7 | 11.9 | 1.8 |
| 1, 2 | 3, 4 | 11.6 | 13.3 | 14.3 |
| 3, 4 | 0 | 13.0 | 12.5 | (3.7) |
| 3, 4 | 1, 2 | 12.7 | 13.2 | 4.2 |
| 3, 4 | 3, 4 | 18.4 | 21.1 | 14.5 |

# DURAGESIC® Quadrant Analysis:
# PCP's and Anesthesiologists (non-malignant)

- DURAGESIC's higher scores are on more important attributes:
  - Efficacy
  - Dosing
  - Quality of life and patient outcomes
  - Patient preference and compliance
- DURAGESIC's lower scores are on less important attributes:
  - Safety and side effects
  - Cost
  - Regulatory issues and concerns
- This is an ideal pattern of attribute scores

# DURAGESIC® Competitive Advantages

- Reduces pain the most
- Patient satisfaction with pain relief
- Patients able to regain functionality
- Patients able to enjoy life despite chronic pain
- Overall efficacy in treating chronic pain
- Patients think about their pain less
- Low incidence of constipation (low importance)

These advantages are the basis of our message!



# Key Findings:  Reaction to Print Executions

- **Key message:**  3-days continuous pain relief
- **Benefits:**
  - Convenience
  - Thinking less about the pain
  - Freedom
  - Living a normal life
- **Overwhelmingly positive preference for the patch vs. pills**

# **Lessons Learned**

- Key customer segments currently under-developed
  - Decile 9.3 and 9.4
  - Oncology
- DURAGESIC® promotionally responsive
  - Resourcing against highest RX'ers pays off
  - Progress made in reach/frequency, but substantial upside remains due to fragmented selling time
- DURAGESIC is perceived as a superior LA opioid by target physicians
- DTC will work to drive consumers
  - Unmet needs
  - Lack of understanding
  - High degree of dissatisfaction with current therapies
- Need non-malignant pain data (lower back, OA/RA)

# SWOT

## Strengths

- Patent life - 2004+
- Patch technology
- Low abuse potential
- Only 72 hour product
- Patient preferred
- Perceived as superior product

## Weaknesses

- Resources
- Fragmented selling time
- Limited clinical data
- Niched product
- Pipeline
- Perceived to be more expensive

## Opportunities

- Overall pain market growing
- Pain still under-treated
- Opioid acceptance for non-malignant pain
- Greater consumer involvement in management of pain
- Line extensions

## Threats

- New competitive entries
- Alternative technology
- State medical boards
- Government intervention/ cost control
- Treatment protocol guidelines

# DURAGESIC® Key Issues

- Not competitively resourced
- We need more consistent reach and frequency against 9.3/9.4
- Patients/caregivers are unaware of options
- Non-malignant market is the growth opportunity
  – DURAGESIC data is non-existent
- Product development (current putup and line extensions) is essential to maximizing revenue stream
- Established segments (oncology, geriatrics) are vulnerable

# 2001 Business Objectives

## Qualitative

Competitive share of voice in 9.3/9.4's

Drive patients to request DURAGESIC® in DTC offerings

Broad based dissemination of results of FEN US71/72

Submit claim for patient satisfaction

Recapture market leadership in oncology

Initiate 12.5mcg trials

## Quantitative

$550 MM
23.9% December NRx

# DURAGESIC® Key Strategies

- Competitive S.O.V. with 9.3/9.4 prescribers
- Expand DURAGESIC use in non-malignant pain
- Position DURAGESIC as 1st opioid choice for chronic A.T.C. pain
- Generate awareness and call to action among patients/caregivers
- Protect established segments (oncology, geriatrics)
- Maximize life cycle opportunities

# Competitive SOV with 9.3/9.4

## <u>Tactics</u>

- Regional Ad Boards
- Coupon Program
- Incentive to increase compensation
- Home Office Visits
- Physician Locator Network
- TVG
- Journal Ads

# Expand DURAGESIC® Use in Non-Malignant Pain

## Tactics

- Medical Education
  - FEN 71/72 Information Dissemination
  - Direct Mail
  - Dinner Meetings
  - Spin-Offs
    - FEN 71/72
    - Reg Adv Board
    - Symposia
      - APS
      - AAPM

## Tactics

- DTC Advertising
- Down-Scheduling
- Website Enhancement
- Physician Initiated Trials
- MCO Budget Impact Model

# Position DURAGESIC® as 1ˢᵗ Opioid Choice for Chronic A.T.C. Pain

## Tactics

- Physician Locator
- Targeting Around-The-Clock Opioid Use
- Coupon Programs
- DTC Advertising
- Regional Ad Boards

## Tactics

- Home Office Visits
- Speaker Programs
- 12.5 Clinical Trials
- MCO Budget Impact Model

# Generate Awareness and Call To Action Among Patients/Caregivers

## Tactics

- DTC Advertising
  - DTP in Office/Pharmacy
  - Website Enhancement
  - Physician Locator
  - Loyalty Program
- Patient Education Pieces
- Pharmacy Center (Health Resources)

# Protect Established Segments (Oncology, Geriatrics)

## Tactics

- Dual Coverage of Office-based Oncologists
- Appropriate Compensation Studies in ElderCare/OBI
- Home Office Visits
- Palladone/ Dilaudid SR Blocking Strategy
- TVG for 9.3/9.4
- Coupon Program for 9.3/9.4

# **Maximize Life Cycle Opportunities**

## **Tactics**

- Down-Scheduling
- Patent Protection
- Matrix Development
- Pediatric Extension
- 12.5mcg/hr strength

# Medical Development Clinical Trials

- Active trials
  - FEN-71:  DURAGESIC$^{®}$ vs. OxyContin in chronic non-malignant pain
    - 1° endpoint:  patient preference
    - Top-line results 1Q01
  - FEN-72:  DURAGESIC vs. Percocet in chronic low back pain
    - 1° endpoint:  patient preference
    - Top-line results 2Q01

# Medical Development
# 12.5 Clinical Trials

- Osteoarthritis (vs. a short-acting opioid)
  - Strategic objective:  position DURAGESIC® as first-line opioid for chronic pain requiring opioid analgesics
  - Efficacy (global treatment assessment); AE profile; Outcomes measures (satisfaction, QoL)
  - Timing
    - Initiate 2Q01 (pending data from FEN-71)
    - Complete analysis 4Q02; report 1Q03

# Medical Development
# 12.5 Clinical Trials

- Low back pain, vs. OxyContin
  - Strategic objective:  position DURAGESIC® as preferred long-acting opioid for chronic low back pain
  - Efficacy (preference); AE profile; Outcomes measures
  - Timing
    - Initiate 1Q01
    - Complete analysis 2Q02; report 3Q02

# Medical Development
# 12.5 Clinical Trials

- 25 vs. 12.5µg/hr patch, non-malignant pain
  - Strategic objective:  establish 12.5 µg/hr patch as first-line long-acting opioid
  - Compare rates of discontinuation for AE, overall AE profile
  - Study design:  Randomization to 25 or 12.5 µg/hr patch
  - Timing
    - Initiate 4Q01 (At time of NDA submission)
    - Complete analysis 1Q03; report 2Q03

# Medical Development 12.5 Clinical Trials

| Study (sample size) | Total study costs ($M) | 2001 ($M) | 2002+ ($M) |
|---|---|---|---|
| Osteoarthritis (244) | $3.8 – 4 | $1.4 | $2.5 |
| Low back pain (244) | $3.4 – 3.5 | $1.5 | $1.9 |
| 25 vs. 12.5 $\mu$g/hr (800) | $4.4 | $0.6 | $3.8 |
| Total | | $3.50 | $8.20 |

# **Medical Services**

- Expand DURAGESIC® use in chronic non-malignant pain
  - Chronic pain guideline presentations
  - Chronic pain CME/ACPE; 2Q01 - $10,000
  - Clinical presentation --  managed care/LTC accounts -- stress patient satisfaction, caregiver implications
- Maximize life cycle opportunities
  - Hospice/Eldercare presentation 2Q01
  - DURAGESIC *Medication Use Evaluation* 3Q01

# **Medical Services**

- DTC generate awareness
  - Regional Pharm.D. to meet proactively with key customers -- alert them of DTC campaign -- review purpose and strategy 4Q00/1Q01

# 2001 Analgesia Outcomes Research Plan

Scope of the Problem:

- Lack of data in chronic non-malignant pain
- OxyContin has extensive data in non-malignant pain
  - Label claim for improved QoL, sleep, and mood
- (Mis)perception that DURAGESIC® is more expensive than OxyContin
- Propoxyphene dominates nursing homes

# Outcomes Research Must Address Issues of Key Customer Segments



Case: 1:17-md-02804-DAP Doc #: 2389-20 Filed: 08/14/19 38 of 53. PageID #: 393637

# Relevant Outcomes to the Chronic Pain Market

**Satisfaction**

- treatment
- home
- work

**Quality of Life**

- social
- recreational
- sleep

**Functioning**

- physical
- mental

**Pain Symptoms**

# "Satisfaction" as an Outcome

DURAGESIC® Effectiveness Trial

Objective: Obtain a DDMAC claim
   for DURAGESIC demonstrating better
   satisfaction over OxyContin

Secondary: Pain interference on
   activities of daily living (QoL)

Timing: Preliminary Results - November 2001

# Patients Able to Regain Functionality

Worker's Compensation Study

Objective: Demonstrate that DURAGESIC® patients are able to return to work sooner than patients on other long-acting opioids

Timing: Preliminary results -- July 2001

Quality of Life Data at University of Utah

Objective: Show a significant increase in physical functioning in patients taking DURAGESIC

Timing: Preliminary results -- May 2001

# Linking Key Business Plan Issues and Messages to Outcomes Research in 2001

Patient Satisfaction with Pain Relief

- DURAGESIC® Effectiveness Trial ($800,000)
- Satisfaction Survey in MCOs
- Satisfaction Survey in LTC (assisted living)
- FEN-71/72 subanalyses
- 12.5 mcg outcomes component to Phase IIIb studies

Patients Able to Enjoy Life

- Depression-Pain study

Patients Able to Regain Functionality

- Disability/Worker's Compensation study
- University of Utah/TOPS retrospective study

Addressing the Misperception that DURAGESIC is More Expensive than OxyContin

- Cost-Utility Model
- DURAGESIC Cost Calculator
- Replicate Medi-Cal study in other Medicaid states and MCOs
- Fecal Impaction study

Increase Opioid Acceptance for Non-malignant Pain

- Aberrant Drug-Taking Behavior Checklist

Address Undertreatment of Pain

- Use of validated FLACC in hospice customers

Budget: $1,782,500

# Market Research

| Program | Objectives | Timing |
|---|---|---|
| Competitive Assessment: OxyContin & Palladone | Monitor competitive detail activity, message delivery, and usage | 1Q 01 (Palladone) 1Q, 3Q 01 (Oxy) |
| Usage & Awareness and Tracking Survey with Perceptual Mapping | Ongoing tracking of market knowledge, attitudes, and practices of short- and long-acting opioids in chronic pain | 4Q 01 |
| Post-Launch Usage & Awareness Survey for DTC Print Ads | Quarterly post-launch tracking of attitudes and practices | 1Q – 4Q 01 |
| Post-Launch Qualitative MD Assessment of Patient Rxn to DTC Print Ads and Professional Programs | Potential refinement of DTC promotional programs and print ads; identification of gaps | 2Q 01 |
| Development of 2nd DTC Print Ads | Qualitative and quantitative tip-in studies:  qualified, nonqualified, and caregivers | 3Q – 4Q 01 |
| Internet Unmet Needs and Usage: Patients and Physicians | Assess patient and physician usage and needs on the internet for chronic pain management | 2Q 01 |

**Continued…**

# Market Research

| Program | Objectives | Timing |
|---|---|---|
| Focus Groups with Targeted Physician Specialities:  Positioning and Message Effectiveness | Assess effectiveness of positioning strategy and identify gaps in promotional message among PCPs and specialists | 2Q 01 |
| 12.5 Opportunity Assessment – Positioning Strategy | Identify optimal global positioning strategy of 12.5ug DURAGESIC patch through quant study | 2 – 3Q 01 |
| Hospice and Long-Term Care Opportunity Assessment | Assess needs of hospice segment and long-term care and perceptions and usage of DURAGESIC | 2 – 3Q 01 |
| Multilaminate Opportunity Assessment | Assess potential business opportunity of multilaminate patch | 1 – 2Q 01 |
| Oncology Focus Groups | Reassess DURAGESIC usage and perceptions in treating malignant pain and assess usage of Palladone | 2Q 01 |
| Rep/Doc Study – DURAGESIC® | Assess detail activity and message delivery by Janssen/OBI/Eldercare | 2Q 01 |
| Best Practices Survey | Evaluate rep efficiency in details and message delivery | 2Q 01 |
| Convention Research - Surveys | Assumes four separate surveys | 1 – 4Q 01 |

# Business Imperatives

- Resources need to be invested and targeted to match OxyContin S.O.V. among high prescribers

- Define treatment options for non-malignant pain

- Successful execution of DTC initiative

- Protect DURAGESIC® business in established segments (oncology, geriatrics)

- Data available at launch of 12.5

- Launch mentality

# DURAGESIC®
# 2001 Business Plan

# Forecast &
# PME Requirements

# DURAGESIC®:
# 2001 Business Plan Forecast

| DOWNSIDE | BASE CASE | UPSIDE |
|---|---|---|
| **$485 MM** | **$550 MM** | **$633 MM** |

## DOWNSIDE

### $485 MM

### ASSUMPTIONS:

- No DURAGESIC DTC Advertising
- PF Launches DTC
- Continued S.O.V. Deficit
- No Primary Calls
- Oncology Share Loss to Palladone

## BASE CASE

### $550 MM

### ASSUMPTIONS:

- DTC Q1
- 275 SF Primary
- 500 SF Secondary
- Market Maintain 30% Growth Rate
- Share Stable in Oncology

## UPSIDE

### $633 MM

### ASSUMPTIONS:

- Competitive SOV
- DTC Drives Market Growth Acceleration
- Successful Blocking of Palladone Launch
- Oncology Share Growth

# DURAGESIC®

# 2001 Business Plan Forecast Assumptions

## % TRx Share - (Avg. Annual Share)

|                 | 1999  | 2000 YTD | 2000* | 2001* |
|-----------------|-------|----------|-------|-------|
| DURAGESIC       | 23.4% | 21.3%    | 21.0% | 22.5% |
| MORPHINE SULFATE| 2.5%  | 3.3%     | 3.2%  | 3.4%  |
| MS-CONTIN       | 11.2% | 7.6%     | 6.4%  | 4.1%  |
| OXYCONTIN       | 43.8% | 48.6%    | 48.9% | 50.5% |
| PERCOCET        | 15.9% | 16.3%    | 17.9% | 17.0% |
| TOTAL OTHERS    | 3.2%  | 2.9%     | 2.6%  | 2.5%  |

*Projected

# DURAGESIC® PME Requirement

Overall PME requirement = $62  MM

|                      | **1998** | **1999** | **2000** | **2001*** | **2002*** |
|----------------------|----------|----------|----------|-----------|-----------|
| Net Trade Sales (MM) | 244.6    | 324.7    | 400      | 550       | 691.3     |
| PME Requirement      | 14.6     | 24.8     | 32.4     | 62        | 70.0      |
| % of Net Trade Sales | 6%       | 8%       | 8%       | 11%       | 10%       |

*Projected

# DURAGESIC® Allocations



**OTHER**
Med
-Symposia
-TVG
-Dinner Meetings
-Experts Meetings
-Publication/ Promotion

**DTC**
-Media
-Agency
-P.R.
-Fulfillment
-Call Center

**SALES FORCE(S)**
-775 OB
-107 HSR
-185 EC
-285 OBI

$11.65mm (18.5%)

$25.9 mm (42.0%)

$24.45 mm (39.5%)

# DURAGESIC® PME 2000 vs 2001 by Major Line Item

| Description | PME ($K) | PME (%) | PME ($K) | PME (%) |
|---|---|---|---|---|
| Journal Advertising | 1,321 | 4% | 2,250 | 4% |
| Non-Media Advertising | 458 | 1% | 500 | 1% |
| Agency Fees | 1,585 | 5% | 3,200 | 5% |
| Sales Training/Incentives | 4,075 | 13% | 2,000 | 3% |
| Sales Aids/Promotion | 3,832 | 12% | 6,200 | 10% |
| Medical Education | 9,062 | 28% | 13,650 | 22% |
| National/Scientific Exhibits | 330 | 1% | 500 | 1% |
| Public Relations | 709 | 2% | 1,500 | 2% |
| DTP/DTC | 6,000 | 19% | 23,200 | 37% |
| Regional | 3,865 | 12% | 6,300 | 10% |
| Other | 1,155 | 4% | 2,700 | 4% |
| | | | | |
| TOTAL PMEs | $32,392 | 100% | $62,000 | 100% |

# Field Support Budgets

| Field Team | FTEs* | Grants ($) | Entertainment ($) | Access |
|---|---|---|---|---|
| • 275 OB | 141 | .45 | .825 | .990 |
| • HSR | 38 | | .428 | .385 |
| • 500 Gold | 110 | .32 | 1.000 | 1.200 |
| • ElderCare | 25 | | .185 | .333 |
| • SAM/ SADS/ KAISER | - | | .040 | .096 |
| TOTAL | 314 | .77 | $2.478 | $3.004 |

**\* Based on percentage of presentations**

# DURAGESIC® Key Events Map

| Short Term | Intermediate Term | Long Term |
|---|---|---|
| 6 - 12 Months | 9 - 24 Months | 18 + Months to Patent Expiration |
| Targeting | DTC | 12.5 |
| Frequency | Clinical Trials | Matrix |
| Calls | - 71 | Patent Extension |
| Message | - 72 | |
| Education (Rep) | - Outcomes | |
| Education (Phys) | - EMRP | |
| | - Phase IIIB | |
| |    - 12.5mcg | |

Oncology/Geriatrics
- Coverage
- Palladone

Down-Scheduling

← **L & A** →

# **Summary**

- Foundation for success is in place
- DURAGESIC® must "Resource our Resources"
- DTC offers significant upside potential
- Marketing, Sales, and Clinical are aligned around priorities and objectives
- Launch Mentality