**PSJ14 Janssen Opp Exh 21 – JAN-OH-00000004 (This is a database produced in native format. If the Court would like access, it will be arranged.)**