**PSJ14 Janssen Opp Exh 25 – JAN-MS-00576727**



WORK ORDER # 6724



Highly Confidential - Attorneys' Eyes Only

JAN-MS-00576727