**PSJ14 Janssen Opp Exh 26 – JAN-MS-00660589**

| | |
|---|---|
| **From:** | Mello, Stephanie [JANUS] |
| **To:** | Johnson, Johnette [JANUS] |
| **CC:** | Demiro, Frank [OMPUS]; Burns, Kanitha [OMPUS]; Lin, David [OMPUS]; Yap, Patricia [OMPUS] |
| **Sent:** | 1/15/2013 3:04:57 PM |
| **Subject:** | FW: Extended Team Meeting |
| **Attachments:** | Extended Team Meeting_1-15-13.pptx |

Hi Johnette,

I am home sick again today.  I spoke with Frank and he will cover my 1:20-1:30 review of the training calendar.

Please let me know if you have any questions.

Thanks,

Stephanie

**From:** Johnson, Johnette [JANUS]
**Sent:** Monday, January 14, 2013 10:45 AM
**To:** Lin, David [OMPUS]; Mello, Stephanie [JANUS]; Burns, Kanitha [OMPUS]
**Cc:** Yap, Patricia [OMPUS]
**Subject:** Extended Team Meeting

David, Stephanie, and Kanitha,
Please find attached the draft presentation for tomorrow's Extended Team meeting at 1pm.  The proposed agenda is as follows:

| | | |
|---|---|---|
| 1:00 – 1:05 | Introductions | All |
| 1:05 – 1:20 | Pain Sales Force Update | David |
| 1:20 – 1:30 | Training and Sales Meetings | Stephanie |
| 1:30 – 2:00 | 2013 Key Tactics | Kanitha |

If you can let me know of any suggested changes, that would be great.  Thanks so much!

Best regards,
Johnette

---

**Johnette Johnson**
Product Director, Internal Medicine Marketing



1000 Route 202 South
Raritan, NJ 08869
**Work:** 908-927-6017
**Mobile:** 617-803-1943
**Email:** jjohns07@its.jnj.com



Confidential

JAN-MS-00660588



# Extended Team Meeting

January 15, 2013

# Agenda

| Time | Topic | Presenter |
|------|-------|-----------|
| 1:00 – 1:05 | Introductions | All |
| 1:05 – 1:20 | Pain Sales Force Update | David |
| 1:20 – 1:30 | Training and Sales Meetings | Stephanie |
| 1:30 – 2:00 | 2013 Key Tactics | Kanitha |





**David W. providing updated version**

# 2012 Full Year Performance

- **NUCYNTA/NUCYNTA ER YTD NTS:  <u>$185.2MM ACT vs. $179.3MM NU</u>**

  - NUCYNTA YTD NTS:  $124.4MM ACT vs. $121.1MM NU

  - NUCYNTA ER YTD NTS:  $60.8MM ACT vs. $58.2MM NU

- YTD **Nucynta ER TRx** volume is 261,168 which is **<u>5.0% favorable</u>** to the YTD NU forecast.

- YTD **Nucynta TRx** volume is 860,753 which is **<u>1.6% favorable</u>** to the YTD NU forecast.




3

# NUCYNTA® ER / NUCYNTA®
# 2013 Business Plan Strategic Cascade

## *Key Insights*

In habitual prescribing market, trial and adoption requires promotional intensity

Prescribers position NUCYNTA® ER for earlier LAO use

Cost and access perceptions trump worthy clinical profile

## *Strategic Choices*


Leverage Points


Positioning & Messaging


Value Proposition


Marketing Mix

## *Key Business Questions*

How do we **leverage sales & marketing resources** to grow NUCYNTA® ER disproportionately within a focused strategic customer base?

How will potential **legislative / policy events** affect overall pain market growth? Does this vary by region?

What is the potential impact of **generic Opana ER and OxyContin** entrants in LAO market?

How do we demonstrate NUCYNTA® ER's **value proposition** beyond current clinical trial data?


NUCYNTA ER
tapentadol extended-release tablets


NUCYNTA
tapentadol

DRAFT – Subject to Legal, HCC, and Regulatory Review & Approval.
Company Proprietary Information is not to be shared or distributed beyond the original distribution.

4

# 2013 NUCYNTA® ER & NUCYNTA® STRATEGY

## Key Business Questions

| How do we leverage sales & marketing resources to grow NUCYNTA® ER disproportionately within a focused strategic customer base? | How will potential legislative / policy events affect overall pain market growth?  Does this vary by region? | What is the potential impact of generic Opana ER and OxyContin entrants in LAO market? | How do we demonstrate NUCYNTA® ER's value proposition beyond current clinical trial data? |

## Strategic Imperatives & Strategic Drivers

| Establish NUCYNTA® ER as first choice LAO | Capitalize on and maintain favorable access | Generate & disseminate differentiating clinical and economic data |
|---|---|---|
| • Enhance brand **awareness** at the point of prescribing<br><br>• Build, educate, and equip **best-in-class PAIN FORCE** to win in targeted accounts<br><br>• **Customize marketing tactics and channels** to gain new writers and increase productivity<br><br>• Enhance **Speaker Program** platform and delivery vehicle | • Strengthen **dissemination of value proposition**<br><br>• Provide **instant patient benefit verification** at point of care<br><br>• Enhance **integration of access message**<br><br>• Improve convenience and accessibility to **patient savings** programs<br><br>• Anticipate and address **policy** changes to enable  appropriate access to medications | • **Generate data** on comparative effectiveness , efficiency and abuse<br><br>• Strengthen data content for **proactive dissemination**<br><br>• Establish scientific and clinical **presence** for NUCYNTA® ER in DPN treatment<br><br>• Effectively utilize **MIR  process**<br><br>• Enhance **data dissemination** efficiency by leveraging digital Med Info delivery platform |

# Our business model has evolved to drive focus against key specialty audiences

### from 2012

- Pain part of Internal Medicine business unit

- National deployment included pain targets (specialists & PCP), but driven by XARELTO

- Portfolio inclusive of several launch assets (CV, Pain, Metabolics)

- Incentive heavily weighted towards XARELTO launches

### to 2013

- Pain now part of CNS business unit

- Laser focus on key Pain markets and targets (specialist focus, select PCPs, NPs & PAs)

- Focused on key pain markets with opportunity for disproportionate growth

- Incentive 100% focus on NUCYNTA ER & NUCYNTA




6

# The Janssen PAIN organization resides within the CNS business unit






# Specialized Pain Force Dedicated to Promoting NUCYNTA ER / NUCYNTA

**PAIN FORCE**



NSD ✓*Hired*

**7 District Managers** ✓*All Hired*

**77 Representatives** ✓*73 Hired*

- Focused Coverage of High Prescribers within Targeted Markets

- Enhanced Resources to Maximize Access Messaging & Provider Support

- NUCYNTA ER Growth is Priority




NUCYNTA® ER ℂ
tapentadol extended-release tablets

NUCYNTA® ℂ
tapentadol

8

# PAIN SPECIALIST – 2013



tapentadol extended-release tablets          tapentadol

# NUCYNTA® ER/NUCYNTA® Customers *(4Q12)* fall into 3 categories

## 4Q 2012 CUSTOMERS

## 1Q 2013:  3 GROUPS of CUSTOMERS

**NUC Targets**
*(~46k targets)*

**NUC Targets
Transitioning to Pain Team**

*(~7k targets)*

**NUC Opt In Targets**

*(~6k targets)*

**NUC Non Targets**

*(~23k targets)*





# Retail Team direction in 1Q2013 to support NUCYNTA® ER/NUCYNTA® customers

| CUSTOMERS | JANUARY | FEBRUARY | MARCH |
|---|---|---|---|
| **1** **NUC Targets Transitioning to Pain Team** *(~7k targets)* | • Active promotion of NUC ER/NUC (2 calls/mo.) | • Transition customers to new Pain Representatives | |
| **2** **NUC Opt In Targets** *(~6k targets)* | • Opt in customers to NUC ER/NUC non-personal program<br>• Drop print materials | | |
| **3** **NUC Non Targets** *(~23k targets)* | • **NO ACTION NEEDED from Retail Team**<br>• Letter mailed to HCPs from home office<br> – NUCYNTA® 800# for HCP resources<br> – Opt in BRC for NUCYNTA® non-personal program | | |

NUCYNTA® ER ℂ
tapentadol extended-release tablets

NUCYNTA® ℂ
tapentadol

11

# "One-Stop-Shop" Resource Center for HCPs



### In-Bound Calls from HCPs
- Brand resources
- Ability to transfer to Janssen Med Info

**Call Center** *(Toll-Free#)*

### Fulfillment Center
- Pick-pack-ship printed material
- Ability to print on demand




# Representatives

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | **January 2013** | | |

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | **New Year's Day** | Quintiles Requirements | Quintiles Requirements **National Call-DM's & Reps** | Janssen Core Curriculum Requirements **District Meetings with Field Trainers** | |
| | 7 **Janssen Core Curriculum Requirements** | 8 **Janssen Core Curriculum Requirements** | 9 **Janssen Core Curriculum Requirements** | 10 **Janssen Core Curriculum Requirements** | 11 **Nucynta®/Nucynta®ER Courses** **Immersion Call #1** **Topic: Brand Heritage** | |
| | 14 **Nucynta®/Nucynta®ER Courses** | 15 **Nucynta®/Nucynta®ER Courses** **MASTERY ASSESSMENT (1/2)** | 16 **Nucynta®/Nucynta®ER Courses** | 17 **Nucynta®/Nucynta®ER Courses** **MASTERY ASSESSMENT (2/2)** **Nucynta® Ask the Experts Call** | 18 **Nucynta®/Nucynta®ER Courses** **Immersion Call #2** **Topic: KOL Specialty Perspectives** | |
| | 21 **Nucynta®/Nucynta®ER Courses** | 22 **Field Time** | 23 **Field Time** | 24 **Field Time** **Nucynta®ER Ask the Experts Call** | 25 **Virtual Training** **Immersion Call #3** **Topic: Core Message/Assets** | |
| | | | *Retail Transition to New Pain Representatives* | | | |
| | 28 **FIELD READINESS CERTIFICATION** **Field Time** | 29 **Field Time** | 30 **Field Time** | 31 **Field Time** | | |
| | | | *Retail Transition to New Pain Representatives* | | | |

 

# Representatives

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | **February 2013** | | | | | |
| S | M | T | W | T | F | S |
| | | | | | 1 | |
| | | | | | **Virtual Training** | |
| | | | | | **Immersion Call #4** | |
| | | | | | **Topic: Market Access** | |
| 3 | 4 | 5 | 6 | 7 | 8 | |
| | **Field Time** | | | | | |
| | *Nucynta®ER/Nucynta® Promotion-Learn & Explore Territory/Customers* | | | | | |
| 10 | 11 | 12 | 13 | 14 | 15 | |
| | **Field Time** | | | | | |
| | *Nucynta®ER/Nucynta® Promotion-Learn & Explore Territory/Customers* | | | | | |
| 17 | 18 | 19 | 20 | 21 | 22 | |
| | **Travel Day** | | | | | |
| | | **NATIONAL MEETING** | | | | |
| | | *Pain Speciality Training* | | | | |
| 24 | 25 | 26 | 27 | 28 | | |
| | **Field** | | | | | |
| | | | | | | |




# New and Innovative Investment Choices



# Instant Benefit Verification
*Coverage and Co-Pay Information at the Point of Care*

- Quick and easy online portal

- Prior authorization assistance

- Status Monitoring for Exceptions and Appeals

*Instant Benefit Verification on NUCYNTA.com*

*Sample leave behind piece*








# Instant Benefit Verification

*Coverage and Co-Pay Information at the Point of Care*

- Quick and easy online portal
- Prior authorization assistance
- Status Monitoring for Exceptions and Appeals

***Instant Benefit Verification on NUCYNTA.com***

***Co-Pay >$25 prompts Savings Card Pop Up***

Submit

NUCYNTA® ER tapentadol extended-release tablets NUCYNTA® tapentadol

# New, Customized Approach to the Integration of Managed Care Messaging









# Peer-to-Peer Programs – What's New?



### *Speaker e-Portal*

- Online training portal
- Latest approved presentations
- Speaker FAQs, one-page "refreshers" and additional training documents

### *Interactive Presentation Builder (IPB)*

- Custom presentations built by speakers
- User-friendly drag-and-drop functionality







NUCYNTA® ER ⓒ
tapentadol extended-release tablets

NUCYNTA® ⓒ
tapentadol

19

# Multiple Delivery Vehicle for Peer-to-Peer Speaker Programs



### LIVE PROGRAMS
- Streamlined deck with option of IPB
- Roundtable format for subset of live programs
- NP/PA programs



### VIRTUAL PROGRAMS
- Meeting Direct Virtual Programs
- Speaker Direct for Low-See / No-See HCPs



### PULL-THROUGH VEHICLES
- Speaker NewsChannel
- Attendee NewsChannel
- Target NewsChannel




# Utilize BIOMM to optimize and customize HCP communications

**BIOMM**

**B**ehavioral

**I**nsights *to*

**O**ptimize

**M**arketing

**M**ix

*Three Components*

1. **Data Integration/Visualization**

2. **Advanced Analytics**

3. **Customer-Centric Communications**





# BIOMM Data Sources

*Integrating 20 data sources across 5 sales/mktg channels*



- Prescriptions
- Response rates
  *(opt-in, engagement)*

- Sales Calls
- eRep

Success Metrics

Personal

- Call Plan
- Specialty
- Deciles
- Propensity Scores
- MR Segmentation
- Local Mkt Access

Demographics

Non-Personal

- eMail
- Direct Mail
- Digital Recruiting
- Mobile Alerts
- eDetails
- Media buys

Peer-to-peer

Access Redemptions

- Meeting Direct
- Live Speaker Programs
- News Channel

- Savings Cards
- Vouchers

NUCYNTA® ER ⓒ
tapentadol extended-release tablets

NUCYNTA® ⓒ
tapentadol

# Visualization tool enables tracking across all channels



## Capabilities

- View activity across all sales & marketing channels and TRx

- Filter by any demographic, writing behavior or call plan

- Track goals integrating all channels

- React quickly

- Execute pilot programs


NUCYNTA® ER ℂ
tapentadol extended-release tablets


NUCYNTA® ℂ
tapentadol

# Advanced Analytics recommends optimal combination of tactics for each HCP

## *Key Recommendations*

- Channels and tactics
  - Writers vs. non-writers
  - Targeted HCP vs non-called on
- Importance of combination sequencing
- Propensity score for each HCP per tactic and combination of tactics

NUCYNTA ER CII
tapentadol extended-release tablets

NUCYNTA CII
tapentadol





# Utilize BIOMM to optimize and customize HCP communications

**BIOMM**

**B**ehavioral

**I**nsights *to*

**O**ptimize

**M**arketing

**M**ix

*Examples of Individualized Sequenced Tactics*



**"Targeted Writer"**
1. Rx Pad Ad
2. Sales Call
3. Virtual Speaker Program



**"Non-Targeted Writer"**
1. eRep Outbound
2. QuantiaMD
3. Virtual Speaker Program





# BACK-UP

 

# PAIN SPECIALIST – 2013
## Northeast - 71301



| | | |
|---|---|---|
| | 7130101 | Boston, MA |
| | 7130102 | New Haven, CT |
| | 7130103 | Rochester, NY |
| | 7130104 | Bronx, NY |
| | 7130105 | New York, NY |
| | 7130106 | Long Island |
| | 7130107 | North Jersey |
| | 7130108 | Central Jersey |
| | 7130109 | Philadelphia, PA |
| | 7130110 | Harrisburg, PA |
| | 7130111 | Pittsburgh, PA |

NUCYNTA ER ℂ
tapentadol extended-release tablets

NUCYNTA ℂ
tapentadol

## PAIN SPECIALIST – 2013
### MID ATLANTIC - 71302





# PAIN SPECIALIST – 2013
## Southeast - 71303

| | | |
|---|---|---|
| | 7130301 | Atlanta E, GA |
| | 7130302 | Atlanta W, GA |
| | 7130303 | Columbus, GA |
| | 7130304 | Jacksonville, FL |
| | 7130305 | Orlando, FL |
| | 7130306 | West Palm Beach, FL |
| | 7130307 | Miami, FL |
| | 7130308 | Fort Myers, FL |
| | 7130309 | Tampa, FL |
| | 7130310 | Saint Petersburg, FL |
| | 7130311 | Pensacola, FL |

NUCYNTA ER
tapentadol extended-release tablets

NUCYNTA
tapentadol

29

# PAIN SPECIALIST – 2013
## CENTRAL - 71304





# PAIN SPECIALIST – 2013
## MIDWEST - 71305

| | |
|---|---|
| 7130501 | Evansville, IN |
| 7130502 | Louisville, KY |
| 7130503 | St. Louis, MO |
| 7130504 | Little Rock, AR |
| 7130505 | Knoxville, TN |
| 7130506 | Nashville, TN |
| 7130507 | Memphis, TN |
| 7130508 | Birmingham, AL |
| 7130509 | Mississippi |
| 7130510 | New Orleans, LA |

NUCYNTA ER ℂ
tapentadol extended-release tablets

NUCYNTA ℂ
tapentadol



# PAIN SPECIALIST – 2013
## WEST - 71307



| | | |
|---|---|---|
| | 7130701 | Salt Lake City, UT |
| | 7130702 | Seattle, WA |
| | 7130703 | Portland, OR |
| | 7130704 | San Francisco, CA |
| | 7130705 | Sacramento, CA |
| | 7130706 | Modesto, CA |
| | 7130707 | Bakersfield, CA |
| | 7130708 | Los Angeles, CA |
| | 7130709 | Torrance, CA |
| | 7130710 | Loma Linda, CA |
| | 7130711 | San Diego, CA |