**PSJ14 Janssen Opp Exh 28 – JAN-MS-00289532**

**From:** Yap, Patricia [OMPUS]
**To:** Biancani, Elizabeth [PGSMUS]
**Sent:** 1/26/2012 4:26:24 AM
**Subject:** RE: Guang Yang---OPANA ER 10 Top

Great overnight progress

tricia

**From:** Biancani, Elizabeth [PGSMUS]
**Sent:** Wednesday, January 25, 2012 6:07 AM
**To:** Yap, Patricia [OMPUS]
**Subject:** RE: Guang Yang---OPANA ER 10 Top

Sure thing.

As an FYI..
I have heard back from 6/7 RBDs and have reached out to 9/10 Sales Reps.
We currently have two field visits scheduled:
1/26: Guang Yang in Cleveland, OH—Kanitha Burns
2/15: Syed Akhar-Zaidi in Solon, OH—me or Lisa F.

I am in Marketing Excellence training today and Thursday but I will be checking email during breaks.

Have a good day,
Lisa

**From:** Yap, Patricia [OMPUS]
**Sent:** Tuesday, January 24, 2012 11:23 PM
**Cc:** Biancani, Elizabeth [PGSMUS]
**Subject:** Re: Guang Yang---OPANA ER 10 Top

Lisa,

Thanks for the attention to detail.

tricia

On Jan 24, 2012, at 5:50 PM, "Burns, Kanitha [OMPUS]" <KBurns1@its.jnj.com> wrote:

Lisa,

Thank you for all the hard work that you did on arranging for this visit with one of the high OPANA prescribers. It was a lot of effort to coordinate with everyone. You also made extra effort to get background information ahead of the trip as well. Nice job.

Thank you

Kanitha



Confidential

JAN-MS-00289532

**From:** Biancani, Elizabeth [PGSMUS]
**Sent:** Tuesday, January 24, 2012 9:20 AM
**To:** Burns, Kanitha [OMPUS]
**Subject:** RE: Guang Yang---OPANA ER 10 Top

Hi Kanitha,
I spoke with Karen.
The lunch is scheduled for 11am. She can pick you up from the airport but suggests you get in by 10am.
On CTO there is one non-stop flight but it is early! Depart 6:25-8:09am, depart at 5pm and get in a 7pm.

Karen mentioned she could take you on 1 or two other calls as well if there is time.

Let me know and I can introduce you to her to iron out details.

---

**From:** Burns, Kanitha [OMPUS]
**Sent:** Monday, January 23, 2012 8:32 PM
**To:** Biancani, Elizabeth [PGSMUS]
**Cc:** Yap, Patricia [OMPUS]; Lin, David [OMPUS]; Lowman, Paul [OMPUS]; Kuntz, Ron [OMP]; Ferguson, Lisa [JAN]; Demiro, Frank [OMPUS]; Lazzaro, Dominic [OMPUS]
**Subject:** Re: Guang Yang---OPANA ER 10 Top

Lisa

I should be able to do it especially if it's in and out same day. Let's talk tomorrow.

Kanitha

On Jan 23, 2012, at 7:26 PM, "Biancani, Elizabeth [PGSMUS]" <ebianca1@its.jnj.com> wrote:

Hi,
Is anyone able to make it out to Cleveland, OH on Thursday?
I am in Marketing Excellence training on Wed-Thurs of this week.

==Guang Yang has written 558 Opana ER TRx in the past 13 weeks a==nd represents 3,159 LAO TRx. He has not written any NUC ER TRx in the past 13 weeks!

If Thursday does not work, Lisa, could you let me know when you plan on heading out there? Would it be possible to piggyback on your trip?

Thanks!
Lisa

---

**From:** Arthur, Karen [JAN]
**Sent:** Monday, January 23, 2012 6:57 PM
**To:** Biancani, Elizabeth [PGSMUS]
**Subject:** Re: Guang Yang

Hi Elizabeth,
You can all me tomorrow at 9:00. I have lunch with Dr. Yang this Thursday, unsure if you could make it that quick?
Talk to you tomorrow,
Karen

Confidential

JAN-MS-00289533

Sent from my iPad

On Jan 23, 2012, at 6:54 PM, "Biancani, Elizabeth [PGSMUS]" <ebianca1@its.jnj.com> wrote:

Hi Karen,
I am a Product Manager on the NUCYNTA and NUCYNTA ER brand team.

I understand that you call on Guang Yang and was hoping to coordinate a sales ride with you to visit this HCP.

Do you have 10 minutes to talk sometime tomorrow, Tuesday the 24th between 9-10am EST, 2-3pm or after 5pm EST? Let me know the best time and phone number to reach you.

Thanks,
Lisa


**Lisa Biancani**
**Product Manager, NUCYNTA**
Janssen Pharmaceuticals, Inc.
1000 US Highway 202
Raritan, NJ 08869
Office: (908) 927-2611
ebianca1@its.jnj.com

Confidential
JAN-MS-00289534