**PSJ14 Janssen Opp Exh 29 – Applegate Dep (dep not cited in appendices)**

Page 189

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
 3                      EASTERN DIVISION
 4
                   ~~~~~~~~~~~~~~~~~~~~
 5
 6     IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
        OPIATE LITIGATION
 7                                    Case No. 17-md-2804
 8                                         Judge Dan Aaron
        This document relates to:         Polster
 9
10     County of Cuyahoga v. Purdue
       Pharma L.P., et al.
11     Case No. 17-OP-45004
12     City of Cleveland, Ohio v. Purdue
       Pharma L.P., et al.
13     Case No. 18-OP-45132
14     The County of Summit, Ohio, et al.
       v. Purdue Pharma L.P., et al.
15     Case No. 1:18-OP-45909
16                 ~~~~~~~~~~~~~~~~~~~~
17                        Volume 2
             Continued videotaped deposition of
18                  MARY APPLEGATE, M.D.
19
                       March 28, 2019
20                       9:01 a.m.
21
22                       Taken at:
                 Sheraton at Capitol Square
23                  75 East State Street
                       Columbus, Ohio
24
25          Renee L. Pellegrino, RPR, CLR
```

Page 331

1  you see it says, "Drugs under consideration"?
2       A.   Yes.
3       Q.   And under that, under Subsection B,
4  it's analgesics.
5            Do you see that?
6       A.   Yes.
7       Q.   If you go down to the last sentence
8  that's on this page, it says, "Dr. Wilker also
9  asked about addiction potential because the drug
10 is C2, and according to the clinical
11 presentation, has fewer side effects than
12 traditional opioids."
13           Do you see that?
14      A.   Yes.
15      Q.   Do you see that based on the context
16 of this paragraph, they're talking about an
17 opioid called Nucynta?
18      A.   Yes.
19      Q.   If you go on to the second page
20 there, you'll see it says, "The manufacturer's
21 representative said there is potential for
22 addiction but Nucynta has less opioid activity
23 than traditional opioids."
24           Do you see where I've read that
25 from?

Page 332

1     A.    I do.
2     Q.    So in this instance we've got a
3 manufacturer that has a representative there
4 that is commenting on the safety profile of its
5 drug, Nucynta, fair?
6     A.    Yes.
7     Q.    And this manufacturer's
8 representative is saying that while there's
9 potential for addiction, that Nucynta has less
10 opioid activity than traditional opioids; is
11 that fair?
12     A.    That is what this states.
13     Q.    And based upon that, it's leaving
14 the conclusion that it's a safer alternative
15 than other opioids?
16         MR. DOVE:  Objection to form.
17         MS. LINN:  You can --
18     A.    That is what's indicated in this
19 paragraph.
20     Q.    If you wouldn't mind going to
21 Exhibit 9 now.  Exhibit 9 is a later meeting,
22 it's approximately two years later, June 29th of
23 2011.
24         Do you see that?
25     A.    Yes.

Page 333

1  Q. And if you go to the second page, 2
2  of 6, under "Analgesic Agents Opioids" -- do you
3  see that heading?
4  A. Yes.
5  Q. You'll see here two years later
6  Dr. Hunter said he is in favor of Nucynta based
7  on the potential for less diversion. The
8  committee voted 7 to 1 in favor of the preferred
9  status for Nucynta.
10     Do you see that?
11 A. I do.
12 Q. So here two years prior to this you
13 see a manufacturer representative for Nucynta,
14 which would be Ortho Janssen McNeil, lobbying on
15 behalf of Nucynta, correct?
16     MS. O'GORMAN: Objection.
17     MS. LINN: You can answer.
18 A. Yes, it appears so.
19 Q. And two years later there's a
20 placement of Nucynta on the preferred drug list;
21 is that fair?
22 A. Yes.
23 Q. You can set that to the side.
24     I'm going to put in front of you
25 what I'm marking as Exhibit 34, which is the

Page 334

1  label that was in place at the time for Nucynta
2  of the 2009 meeting.  You'll see that on the
3  front page of Exhibit 34, on the bottom
4  right-hand side, it says, "Revised 03/2009."
5              -    -    -    -    -
6            (Thereupon, Applegate Deposition
7            Exhibit 34, Nucynta Label, was
8            marked for purposes of
9            identification.)
10             -    -    -    -    -
11      Q.    Do you see that?
12      A.    Yes.
13      Q.    And you recall that when we looked
14  at Exhibit 10, that that meeting was October 7th
15  of 2009, correct?
16      A.    Correct.
17      Q.    So it appears that this would be the
18  label that was in place at the time of that
19  meeting, fair?
20      A.    Yes.
21      Q.    And if you go to page 5 of this,
22  you'll see that there's a section that says,
23  "Misuse and Abuse."
24            Do you see that?
25      A.    I do.

Page 335

1  Q. And here it says that Tapentadol,
2  which is the generic name for Nucynta, that
3  Tapentadol is a new opioid agonist and is a
4  Schedule 2 controlled substance. Such drugs are
5  sought by drug abusers and people with addiction
6  disorders. Diversion of Schedule 2 products is
7  an act subject to criminal penalty.
8      Do you see that?
9  A. Yes.
10 Q. Further, it says, "Nucynta can be
11 abused in a manner similar to other opioid
12 agonists, illegal or illicit."
13     Do you see that?
14 A. Yes.
15 Q. It doesn't say anything about this
16 being a different kind of opioid that's not
17 subject to abuse, does it?
18 A. It does not.
19 Q. Going further into the label, on
20 page 12, under Subsection 9, at the very bottom,
21 it again repeats a similar sentence, "Nucynta
22 contains Tapentadol, a new opioid agonist, and
23 is a Schedule 2 controlled substance," and it
24 says, "Nucynta has an abuse potential similar to
25 hydromorphone, can be abused and is subject to

Page 336

1  criminal diversion."
2         Do you see that?
3     A.   I do.
4     Q.   Are you familiar with what
5  hydromorphone is?
6     A.   Yes.
7     Q.   And is that Dilaudid?
8     A.   Yes.
9     Q.   Dilaudid is a substance that
10 everyone is aware now can be abused, correct?
11    A.   Yes.
12    Q.   But here you've got a manufacturer
13 telling you that the abuse potential for this
14 particular drug was less, correct?
15         MS. O'GORMAN:  Objection.
16         MR. DOVE:  Object to the form.
17    A.   That's correct.
18    Q.   And they were coming to the meetings
19 in an attempt to be placed on a preferred
20 formulary, fair?
21         MS. O'GORMAN:  Objection.
22         MR. DOVE:  Object to the form.
23    A.   That's correct.
24    Q.   And these are the same manufacturers
25 and industry components that are not funding