**PSJ14 Janssen Opp Exh 36 – JAN00008227**



**Confidential**                                                                                                                                      **JAN00008227**



Confidential                    JAN00008228



**Confidential**

JAN00008229



Confidential

JAN00008230



Confidential JAN00008231



Confidential



Confidential        JAN00008233

## Direct Selling Assumptions 2011

|  | PAIN | AI/GI | CVI | COBI | SCG |
|---|---|---|---|---|---|
| Target Audience | ~ 26 K<br><br>Pain Spec, Hi vol PCPs, Rheum, Neuro, ORS, mid levels<br>(non retail excluding CVI accounts) | ~ 24 K<br><br>PCPs Midlevels | 2,600 hospital accounts<br>(127 hospital systems)<br><br>75,000 contacts<br>(ORS, EM, PCP, mid-levels) | ~ 3.5 K ONCs<br><br>GO, HEM, HO, ON, SO, OMO, RO, ASO and all Mid-Levels assoc w/ Onc | Key regional & national accounts |
| # reps | 459 | 474 | 334 | 162 |  |
| Portfolio | NUC<br>ELM | LEV, ACI<br>REMI, NUC | DORI, NUC<br>LEV IV,<br>BIOPATCH | PROCRIT, DOXIL<br>NUC |  |



Proprietary & Confidential
Draft only – pending NCC/Legal/Regulatory  Review

8

8

JAN00008234



## 2010 OE-PBP BME's – Total NUCYNTA®

|  | 2009 ACT | 2010 OE | 2011 PBP | 2012 PBP |
|---|---|---|---|---|
| Nucynta IR | 39.2 | 22.2 | 22.2 | 22.2 |
| Nucynta ER | 1.5 | 13.8 | 21.8 | 21.8 |
| **Total** | **40.6** | **36.0** | **44.0** | **44.0** |

Propietary & Confidential
Draft only – pending HCC/Legal/Regulatory Review

9

**Confidential**                                                                                                      **JAN00008235**



SD Clutter
    Current clutter between ED & PE
        Lilly - 36 hr therapeutic window.
        Pfizer will actively add to clutter – use us for both; Faster acting longer lasting
    Habitual prescribing of PDE5s and SSRIs
        Become second line therapy
        As the pie grows a greater utility of non-indicated medication
        SSRI PRN use / cost
Life Style
    Risk/benefit may not warrant Rx
        Referrals to specialists (not a PCP responsibility)
    Reimbursement issue
    Patient/Physician Population Apathy
        Target Seg. don't go to Dr.
        Cheap, private, online options
        Private condition; private soln
    Persistency challenges
"First to Market": Define the market with highest standards and optimize first! mover position
    n=12,000
    Broaden awareness as "mainstream" prevalent and treatable condition
    First to Market lets us prime market according to our standards
    Set PRO outcome measures (partner)
    Equal opportunity category
    Huge buzz factor if harnessed correctly

Establish excellence in PE patient management
    Treatment expectations
    Capitalize on patient motivation to self assess appropriately / privately
    Improve physician dialogue and diagnosis tools to differentiate from ED and allow DPX become treatment foundation
Product Attributes ( "one minute wonder"; SSRI halo; Black box)
Clinical Data Gaps (Concomitant use with PDE5 and SSRIs; Depressed patients; LT safety)
Internal comfort level with Brand / category message
Opportunity cost assoc w/product position
COGS + pricing model?
Lack of perceived medical legitimacy
    Disease state understanding; "in your head"
    Lack of a comorbid link
    Managed Care coverage

Net, through internal and external analysis we have identified 4 key areas for focus in 2004

Sales for optimization : captures all of the changes to the organization and opportunity to leverage and grow

10

JAN00008236



**Confidential**

**JAN00008237**



Confidential



Confidential

JAN00008239

## NUCYNTA Media Campaign

- Amplified campaign across various stakeholders for both NUCYNTA and tapentadol ER.
- Objective: To increase awareness and broaden reach among prescribers and payors
- Target Audiences:
  - PCP, Pain Specialists, PM&R, ORS, Oncologists, Rheum,  Neurologists, Pharmacy and Payors



NUCYNTA®
tapentadol

Proprietary & Confidential
Draft only – pending NCD/Legal/Regulatory  Review

14

14

**Confidential**                                                                                 **JAN00008240**



Confidential                                                                    JAN00008241



Confidential                                                                                                                    JAN00008242



Confidential

JAN00008243

## NUCYNTA®
## Key Market Research Spend ($2.3MM IR/ER)

| Strategic Objectives | MR Spend | IR Spend | ER Spend |
|---|---|---|---|
| **Elevate definition of pain mgt success** | • **Consumer/Patient focused**<br>• **New stakeholder research** | $145k<br>$100k | $75k<br>$50k |
| **Drive favorable and competitive access** | • **Managed care – prescriber**<br>• **Competitive response / other** | <br>$50k | $50k<br>$100k |
| **Accelerate trial and adoption** | • **Message alignment, User study**<br>• **Message refinement, creative refresh**<br>• **Awareness/tracking**<br>• **SFE tracking** | $150k<br><br>$140k<br><br>$275k<br>$200k | $265k<br><br>$190k<br><br>$275k<br>$200k |
| **Strengthen differentiation through new & compelling evidence** | | | |

NUCYNTA® tapentadol

18

SD Clutter
  Current clutter between ED & PE
      Lilly - 36 hr therapeutic window.
      Pfizer will actively add to clutter – use us for both; Faster acting longer lasting
  Habitual prescribing of PDE5s and SSRIs
      Become second line therapy
      As the pie grows a greater utility of non-indicated medication
      SSRI PRN use / cost
Life Style
  Risk/benefit may not warrant Rx
      Referrals to specialists (not a PCP responsibility)
  Reimbursement issue
  Patient/Physician Population Apathy
      Target Seg. don't go to Dr.
      Cheap, private, online options
      Private condition; private soln
  Persistency challenges
"First to Market": Define the market with highest standards and optimize first mover position
  n=12,000
  Broaden awareness as "mainstream" prevalent and treatable condition
      First to Market lets us prime market according to our standards
  Set PRO outcome measures (partner)
  Equal opportunity category
  Huge buzz factor if harnessed correctly

Establish excellence in PE patient management
  Treatment expectations
      Capitalize on patient motivation to self assess appropriately / privately
      Improve physician dialogue and diagnosis tools to differentiate from ED and allow DPX become treatment foundation
Product Attributes ( "one minute wonder"; SSRI halo; Black box)
Clinical Data Gaps (Concomitant use with PDE5 and SSRIs; Depressed patients; LT safety)
  Internal comfort level with Brand / category message
  Opportunity to cost assoc w/product position
  COGS + pricing model?
Lack of perceived medical legitimacy
      Disease state understanding; "in your head"
      Lack of a comorbid link
      Managed Care coverage

Net, through internal and external analysis we have identified 4 key areas for focus in 2004

Sales for optimization : captures all of the changes to the organization and opportunity to leverage and grow

18

JAN00008244

# Backup

NUCYNTA®
tapentadol

Proprietary & Confidential
Draft only – pending NCC/Legal/Regulatory Review

19

Confidential

JAN00008245

## Key Prescriber Insights: NUCYNTA®

| | Drivers | Barriers | Key Learnings |
|---|---|---|---|
| Primary Care | - Comparable efficacy to gold standard, Oxy IR<br>- GI tolerability<br>- Low perceived addiction and/or abuse  potential | - Low awareness<br>- Cost/access issues<br>- No meaningful translation of MOA<br>- Low recognition/concern re: GI side effects w/ SAOs | Low awareness inhibiting trial and use where comfort & familiarity are key drivers. No recognition of need for dual pathway treatment in acute pain.  **Need to drive awareness and trial in LBP patient** |
| Pain Specialists | - Recognize huge unmet need in pain management; greater willingness to trial<br>- Pain management experts; understand and appreciate dual MOA | - Cost/access not as big an issue; prior auths can be rate-limiting<br>- Using Nucynta in more difficult to treat chronic pain<br>- Efficacy questionable in refractory pain patients | Most conclude dual pathway MOA provides a more comprehensive pain approach as well as opioid-sparing effects.  Need to assure use in appropriate patient types. |
| Orthopedists | - Effective post-op pain relief<br>- GI tolerability | - Relevance of MOA<br>- Cost/access not big issues for post-op pain patients, unless hospital will not stock | MOA not important; focus should be on GI tolerability allowing dose to efficacy in post-op patients. |

NUCYNTA® tapentadol

*Proprietary & Confidential*
*Draft only – pending NCC/Legal/Regulatory  Review*

20

Confidential

JAN00008246



2/26/10 King announced resubmission of Remoxy to FDA in 4Q10 (delayed from mid 2010).  New launch estimate 2-3Q11.

21

## 2011 Strengths

- NME including ER TRF at launch
- Dual MOA, MU/NRI, provide opioid sparing effects
- Significantly better GI tolerability and low rates of pruritus
- Low discontinuation and higher global patient satisfaction rates
- Robust clinical data- efficacy across multiple pain models, including neuropathic pain
  - Proven efficacy vs gold standard comparator
  - Long term safety data
- Large SOV w/personal selling
- Diverse company w/large resources
- Low drug/drug interactions
- Core Pain Specialist KOL's



Proprietary & Confidential
Draft only – pending HCC/Legal/Regulatory Review

22

## 2011 Weaknesses

- Serotonin syndrome and SSRI labeling
- Maximum dose limits ability to convert from competitors
- Relative contribution of norepinephrine vs. mu-opioid benefit has not been quantified and relation to efficacy in NP is tangential
- Alcohol contraindication
- Higher rates of headaches (CNS)
- Underdevelopment of current (Pain) KOL base in certain specialties (PCP, ONC, RHEUM)
- Sales force inexperience in severe, chronic pain



Proprietary & Confidential
Draft only – pending HCC/Legal/Regulatory Review

23

**Confidential**

## 2011 Opportunities

- Assess abuse and diversion from launch
- Opioid of choice in patients w/neuropathic symptoms
- Generate data for better patient outcomes and MRU
- Prospectively prove superiority (efficacy and tolerability)
- Advocacy, Employers and Quality Organizations have growing influence
- REMs could increase comfort of HCPs to Rx LAO CIIs
- Contract for preferred placement in MCOs
- Channel specific approach for managed care
- Oxycontin fatigue w/payers/Purdue irresponsibility
- Opportunity in elderly (dissatisfied w/current tx) especially in OA
- Large portion of chronic pain is mixed
- Engage patients
- Terms & conditions of oxy contract are up for negotiation
- Non face-to-face selling



Proprietary & Confidential
Draft only – pending NCC/Legal/Regulatory Review

24

JAN00008250

## 2011 Threats

- Low brand awareness
- Confusion between tramadol and tapentadol
- Level of education in large segment of audience do not appreciate benefit
- Access block by competitors in key plans
- Oxycontin TRF, promoting something new
- Possible new managed care tiering structure
- Reduced SOV due to noise in market around TRF and REMs methodology
- Purdue pre-positioning NUCYNTA ER trial negatively
- Very low penetration across all specialties
- Pharmacy stocking



*Proprietary & Confidential*
*Draft only – pending NCC/Legal/Regulatory Review*

25



2/26/10 King announced resubmission of Remoxy to FDA in 4Q10 (delayed from mid 2010).  New launch estimate 2-3Q11.

26



Confidential



Confidential



### 2010 OE-PBP BME's – TOTAL NUCYNTA

|  | 2009 ACT | 2010 OE | 2011 PBP | 2012 PBP |
|---|---|---|---|---|
| Nucynta IR | 39.2 | 22.2 | 22.2 | 22.2 |
| Nucynta ER | 1.5 | 13.8 | 21.8 | 21.8 |
| **Total** | **40.6** | **36.0** | **44.0** | **44.0** |

Proprietary & Confidential
Draft only – pending NCC/Legal/Regulatory Review

2
9



Confidential

JAN00008256



Confidential



Confidential

JAN00008258



Confidential

JAN00008259



Confidential

JAN00008260



Confidential

JAN00008261



**Confidential**                                                                                                          JAN00008262

# Backup

NUCYNTA ©
tapentadol

Proprietary & Confidential
Draft only – pending NCC/Legal/Regulatory Review

37

Confidential



Confidential  JAN00008264



Confidential

JAN00008265



Confidential                                                    JAN00008266



**Confidential**

JAN00008267



Confidential

JAN00008268

## 2010 OE-PBP BME's – TOTAL NUCYNTA

| | FY October Est | | OE | | | | FY |
|---|---|---|---|---|---|---|---|
| | IR | ER | Total | | IR | ER | 2011 BP |
| Direct to Consumer/Patient | - | - | - | | - | | - |
| Conventions & Exhibits | 1,310 | 550 | 1,860 | | 600 | 900 | 1,500 |
| Samples | - | | - | | | | - |
| Med Ed (non CME) | 4,895 | 2,787 | 7,682 | | 4,000 | 6,500 | 10,500 |
| Ad Boards | - | - | - | | - | - | - |
| Speaker Programs | 4,895 | 2,787 | 7,682 | | 4,000 | 6,500 | 10,500 |
| Premiums | - | | - | | - | | - |
| Other professional | - | - | - | | - | - | - |
| Sales Force Support | 2,233 | 3,392 | 5,624 | | 1,500 | 2,392 | 3,892 |
| Sales Force Support | 2,233 | 3,392 | 5,624 | | 1,500 | 2,392 | 3,892 |
| Reprints/Promotional Literature/Sales Aids | | | - | | - | - | - |
| Internet/Digital | 1,648 | 1,633 | 3,281 | | 1,650 | 2,000 | 3,650 |
| Internet- Professional | 1,648 | 1,633 | 3,281 | | 1,000 | 1,600 | 2,600 |
| Internet- Consumer | | | - | | 650 | 400 | 1,050 |
| Professional Creative | 385 | 580 | 965 | | 350 | 404 | 754 |
| Physician Advertising | 385 | 580 | 965 | | 350 | 404 | 754 |
| Non-Personal | - | - | - | | - | - | - |
| Printing | 659 | 501 | 1,159 | | 400 | 711 | 1,111 |
| Freight | - | - | - | | 100 | 100 | 200 |
| Coupons/Vouchers | 3,800 | | 3,800 | | 5,700 | 1,300 | 7,000 |
| Managed Care/Payer | 8 | 699 | 707 | | 600 | 700 | 1,300 |
| Other | 1,912 | 1,494 | 3,406 | | 1,100 | 1,494 | 2,594 |
| Public Relations | 500 | 400 | 900 | | 500 | 400 | 900 |
| All Other | 1,412 | 1,094 | 2,506 | | 600 | 1,094 | 1,694 |
| Media | | | | | 1,000 | 2,500 | 3,500 |
| Agency | 5,339 | 2,177 | 7,516 | | 5,200 | 2,800 | 8,000 |
| Management Fees | 512 | 180 | 692 | | 200 | 300 | 500 |
| Creative Fees | 4,827 | 1,997 | 6,824 | | 5,000 | 2,500 | 7,500 |
| Total | 22,188 | 13,811 | 36,000 | | 22,200 | 21,801 | 44,001 |

**NUCYNTA®**
tapentadol

*Proprietary & Confidential*
*Draft only – pending NCC/Legal/Regulatory Review*

43

43

JAN00008269

## 2010 OE-PBP Scenarios – NUCYNTA ER

| ER Spend Scenarios | 2010 OE $'s | | 2011 PBP $'s | | 2010 OE % Change | 2011 PBP % Change |
|---|---|---|---|---|---|---|
| Launch - Oct '10 | $ | 13.8 | $ | 21.8 | | |
| Launch - Jan '11 | $ | 11.0 | $ | 21.8 | -20% | 0% |
| Launch - Apr ' 11 | $ | 11.0 | $ | 19.6 | -20% | -10% |
| Launch - July ' 11 | $ | 11.0 | $ | 18.5 | -20% | -15% |

**2010 - All Scenarios
$4.5M shift of execution costs

**2011:
Jan Launch - Remains Flat
Apr Launch - Shift of 10% to 2012
July Launch - Shift of 15% to 2012

NUCYNTA
tapentadol

*Proprietary & Confidential
Draft only – pending NCD/Legal/Regulatory Review*

44

44

## Vision

NUCYNTA® redefines pain management success

NUCYNTA®
tapentadol

Proprietary & Confidential
Draft only – pending NCD/Legal/Regulatory Review

45

45

## Positioning

For patients with moderate to severe pain, NUCYNTA® is the only broad coverage analgesic that provides superior outcomes.

Because:

1. Dual MOA, (MU/NRI) provide opioid-sparing benefits
2. Unsurpassed efficacy, established in the most prevalent pain conditions
3. Superior tolerability, leading to fewer discontinuations



Proprietary & Confidential
Draft only – pending NCD/Legal/Regulatory Review

46

46

Confidential

## Market Fundamentals

- Pain Market Dynamics:
  - CII market had variable growth in 2009 with the short acting market up 8.3%, and the long acting market down 1.5% vs. Prior year; Recent trends indicate return to growth in LAO market
  - SAO $1.1 B (NSP $ volume) market, with 49.7MM TRx (97% generic)
  - LAO $5.5 B market, with 21MM TRx (62% generic)
  - Habitual and complacent prescribing patterns and high level of skepticism of new introductions
- Changing Market Dynamics:
  - Percocet (Oxycodone + APAP) accounts for 73% of SAO market volume, and it continues to maintain share in a growing market
  - Volume decline in the LAO market is driven by a number of factors including economic impacts, greater awareness of LAO abuse potential and potential impact of a class wide REMS program
  - Trend toward LAO- TRF formulations (75% of NDA filings TRF) may dictate future "cost of entry"
- Treatment Dynamics:
  - PCPs, Pain Specialists and Orthopedic Surgeons account for over 50% TRx volume and 75% DOT for both SAO and LAO markets
  - Back/Neck Patients dominate both acute and chronic pain types (37%, 77%)
- Payor landscape: Commercial (60%); Part D (21%) Medicaid (11%) Cash (8%)



Proprietary & Confidential
Draft only – pending HCC/Legal/Regulatory Review

47

47

**JAN00008273**



Confidential

## Unique Policies Surrounding CIIs Affect Many Stakeholders

- Prescribers
  - Triplicates and e-prescribing oversight complicate prescription forms
  - Fear of DEA investigations and mandatory reporting of addicts
  - LAO-specific REMS training and education
- Patients
  - Regulations and media create opioid stigma and non-compliance
  - Quantity limits lead to frequent HCP and Pharmacy visits
- Federal/State Government
  - State Prescription Drug Monitoring Programs are costly to implement
  - DEA approved certification and monitoring for CII e-prescribing
  - FDA oversight of LAO REMS requirements
- Pharmacies
  - 222 forms complicate ordering process
  - Storage regulations (lockers) limit inventory options



*Proprietary & Confidential*
*Draft only – pending NCC/Legal/Regulatory Review*

49

E-prescribing—systems must be backed up daily, requires DEA approved certification and ongoing monitoring

49

**Confidential**                                                                                   **JAN00008275**



Confidential

JAN00008276



Confidential

JAN00008277



## SAO Market Overview

Market size: 53.2mm TRx (2010 OE est), 7% growth vs py

**Est 79% acute, 21% chronic TRx**

**Est 80% 20-64 yo, 20% 65+ yo**

**Average persistency of 1.9 months**

**% NSP $ by channel:**
Retail 88%
LTC 3%
Hospital 3%
Clinics 2%
Federal 1%
Mail order 1%

**% TRx by payor type:**
C3P 48%
Cash 12%
Medicaid 9%
Medicare 17%
Work Comp 2%
Other 13%

**% by DDD (units) class of trade:**
Hospital 34%
VA/DoD 30%
LTC 21%
Clinics 7%
Retail 3%
Misc 4%

**% by dispensed TRx:**
Retail 92%
LTC 8%
Mail order <1%

NUCYNTA® tapentadol

52



Confidential                                                   JAN00008279



Confidential

JAN00008280