**PSJ14 Janssen Opp Exh 37 – JAN-MS-00010801**



Confidential

JAN-MS-00010801

## Objectives:

- Review and gain alignment on 2012 tactics that support identified strategic imperatives

- Identify areas of opportunity for further exploration

- Align on timing and roles/responsibility of tactical execution



2

Confidential



Confidential

JAN-MS-00010803



Confidential



- Strength mix relatively even among top specialties
- Mix is consistent over the first 9 weeks post-launch
- NP/PA's are skewing slightly higher toward the 50mg at a higher rate (29%) than Pain specialists (24%) or PCP's (26%)

Confidential

JAN-MS-00010805



Confidential



- Strength mix relatively even among top specialties
- Mix is consistent over the first 9 weeks post-launch
- NP/PA's are skewing slightly higher toward the 50mg at a higher rate (29%) than Pain specialists (24%) or PCP's (26%)

7

JAN-MS-00010807



Can we add any detail about the customers interviewed?  Ex.

-They wrote NUC in past # of weeks

-Saw a rep, didn't see a rep

-PCPs/ specialists, etc.

Next slide should be a "so here's what we're going to do…'

8



David, Here are the unedited notes from our 7/5 meeting:

•Increase prescriber base
•Productivity
•Large SOV
•Access (payer, stocking, policy)
•Generate additional evidence vs oxy
•NP/PA
•Make clinical evidence matter
•Proactively manage product supply


On this slide, list your CSF

What are the things that really matter, that will make or break the brand this year

Orient around growth, should be limited in number. If you have more than 3-5, make sure you challenge the thinking. Are you being selective enough

CSFs can be defined as the

      Strengths that need to be maintained or exploited (frequently aligned with opportunities)

      Weaknesses that need to be corrected in order to implement the strategy (frequently aligned with threats)

9





Confidential

JAN-MS-00010811



An example of this slide filled out can be found in back up.

**Example Strategic Imperative:**


**Example Strategic Driver:** Drive brand choice with HCPs for target patients with ADHD with comorbid conditions. Goal: Acquire 22% of new start patients

12



Confidential

JAN-MS-00010813



Confidential

JAN-MS-00010814



15

Confidential

JAN-MS-00010815



Confidential

JAN-MS-00010816



Confidential

JAN-MS-00010817



Confidential



Confidential

JAN-MS-00010819

## Our digital strategy enables integration across channels



- Centralized Database
  - Customer centric vantage point
  - Optimize channels

- Professional Relationship Management
  - Closed-loop communications
  - Customized communications based on segmentation data

janssen | PHARMACEUTICAL COMPANIES OF Johnson&Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

20

20

Confidential

JAN-MS-00010820



Confidential

JAN-MS-00010821



Confidential

JAN-MS-00010822

## Message Development/Execution

**Establish NUCYNTA as new standard in moderate-severe pain management**

- **Strategic Drivers:**
  - Competitively differentiate vs. current standard of care (oxy)
  - Leverage significant  SOV to accelerate penetration/productivity with target HCPs & sites of care (institutions, LTC)
  - Deploy differential resourcing to drive local market opportunities

- **2012 Key Tactics**

| Tactics | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| iPAD Asset Updates (NUCYNTA & NUCYNTA ER) | √ | | √ | |
| Branded Leave-Behind Resources | √ | √ | √ | √ |
| NUCYNTA & NUCYNTA ER Dosing Education | √ | √ | √ | √ |
| NUCYNTA / NUCYNTA ER Switch Reprint Carrier | | √ | | |
| DPN Indication – Assets, Leave-Behind, Reprint Carrier | | | √ | √ |



SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

23

23

JAN-MS-00010823

## Promotional Medical Education

Establish NUCYNTA as new standard in moderate-severe pain management

- **Strategic Driver:**
  - Execute leading-edge on-label, peer-to-peer education options to complement personal promotion
  - Deploy differential resourcing to drive local market opportunities

- **2012 Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Meeting Direct Virtual Speaker Programs | √ | √ | √ | √ |
| Live Speaker Programs | √ | √ | √ | √ |
| Regional Speaker Programs (Hot Spot) | √ | | √ | |
| Speaker Direct | | √ | √ | √ |
| Attendee Newschannel | √ | √ | √ | √ |
| Key Congress/ Product Theaters | √ | √ | √ | √ |

janssen PHARMACEUTICAL COMPANIES OF Johnson&Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA.  INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

24

24

Confidential

JAN-MS-00010824



# Media

Establish NUCYNTA as new standard in moderate-severe pain management

- **Strategic Driver:**
  - Grow brand awareness thru print/online media

- **2012 Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Unbranded and Branded Paid Search | √ | √ | √ | √ |
| Banner Ads – Primary Care & Pain Specialists | √ | √ | √ | √ |
| WebMD infosite and E-mails | √ | √ | √ | √ |
| Medi-Script Rx Pad Advertising | √ | √ | √ | √ |
| Specialty Print Media | √ | √ | √ | √ |

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

25



Confidential

JAN-MS-00010826



Confidential

JAN-MS-00010827



Confidential

JAN-MS-00010828



Confidential

JAN-MS-00010829



Confidential

JAN-MS-00010830



Confidential

JAN-MS-00010831

# Payer/Access

Drive broad and competitive access and availability

- **Strategic Drivers:**
  - Secure preferred formulary access in targeted Commercial and Part D accounts
  - Accelerate regional pull through of national formularies
  - Provide patient savings programs to address cost misperceptions
- **2012 Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Co-Pay Assistance Programs | √ | √ | √ | √ |
| Addition of foreign language materials | √ | | | |
| Alternate delivery vehicles | | | √ | |
| Managed Care Field Resources | √ | √ | √ | √ |
| Epocrates MHC Alerts | √ | √ | √ | √ |
| Medicare Part D Pull Through | | √ | √ | √ |
| SCG Value Prop iPad and Updates | √ | √ | √ | |

janssen  PHARMACEUTICAL COMPANIES OF Johnson & Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

32

32

JAN-MS-00010832



## Institutions

Drive broad and competitive access and availability

- **Strategic Drivers:**
  - —Obtain hospital stocking,& formulary access
- **2012 Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Increase promotional prominence of NUCYNTA | √ | | | |
| iPAD Refresh for NUCYNTA | | √ | | |
| Formulary Communication Tools | √ | √ | √ | √ |
| Quality/Disease State Campaign:  Optimizing Pain Management in the Institutional Setting | √ | √ | √ | √ |
| Burden of Pain Slide Deck / Discussion Guide | √ | | | |
| Joint Commission Resources Toolkit | √ | | | |
| Joint Commission Resources Textbook | | | √ | |
| Prescribe Responsibly QualitySolutions360.com | √ | √ | √ | √ |

Janssen PHARMACEUTICAL COMPANIES OF Johnson&Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA.  INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

33

33

Confidential

JAN-MS-00010833



**Trade & Pharmacy**

Drive broad and competitive access and availability

- **Strategic Drivers:**
  - Ensure widespread pharmacy stocking of all dose strengths

- **2012 Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Pharmacy Locator "App" on iPAD | √ | | | |
| Update Business Review Sell Sheet | | √ | | √ |
| Update Business Review Slide Deck | | √ | | √ |
| Pharmacy Leave-behind | | √ | √ | √ |
| Pharmacy e-blast MHC Alerts | √ | √ | √ | √ |
| Field Pharmacy Stocking Report | √ | √ | √ | |

Confidential

JAN-MS-00010834



Confidential

JAN-MS-00010835



Confidential

JAN-MS-00010836



Confidential

JAN-MS-00010837



**Demonstrate industry leadership in advocacy for HCP & patient access**

Advocate for
Responsible Prescribing

**National Pain Policy Platform**
  **- Regional Pull-Through**

Patient Advocacy
  - Under-Treatment of Pain

38

Confidential

JAN-MS-00010838



Confidential

JAN-MS-00010839

# Policy/Advocacy

Demonstrate industry leadership in advocacy for HCP & patient access

- **Strategic Drivers:**
  - Advocate for responsible prescribing through non-branded tools & programs
  - Collaborate with key patient advocacy organizations to advance awareness of under -treatment of pain
  - Develop national pain policy platform to align local efforts of HPADs and SGA
  - Influence development of quality measures in pain
- **2012 Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Develop and communicate National Policy Platform | | | √ | √ |
| Expand policy programs for local and national needs | √ | √ | √ | √ |
| Align and execute Advocacy and PR initiatives | | √ | √ | √ |



SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

40

40

JAN-MS-00010840

## Public Relations

Demonstrate industry leadership in advocacy for HCP & patient access

- • **Strategic Drivers:**
  - – Shift/change discussion to between patients living with pain (Acute/chronic) and their HCP
  - – Advocate for responsible prescribing through non-branded tools & programs
  - – Collaborate with key patient advocacy organizations to advance awareness of under -treatment of pain

- • **Key Tactics**

| Tactic | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Multi-faceted initiatives designed to differentiate NUCYNTA/ER from other opioids (data, surveys, white paper, assessment tool, etc,...) | √ | √ | √ | √ |
| Strengthen Relationships With Key Third-Parties and Patients Through the *Let's Talk Pain* Coalition |  | √ | √ | √ |
| Amplify HECOR Data Via Media Outreach |  |  | √ | √ |



janssen PHARMACEUTICAL COMPANIES OF Johnson&Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

41

41

JAN-MS-00010841



Strengthen differentiation &
value through new &
compelling evidence

**Generate date to support:**
- **Superior Effectiveness**
- **Filing Data Gaps/Label Enhancements**
- **Lower Abuse Potential**
- **Special Population**
- **MOA Differentiation**
- **Lower Real-World Resource Utilization**

**Engage External Community in
Strengthening Differentiation & Value**



janssen | PHARMACEUTICAL COMPANIES of Johnson&Johnson | SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION | 42

42

Confidential

JAN-MS-00010842



An example of this slide filled out can be found in back up.

**Example Strategic Imperative:**

**Example Strategic Driver:** Drive brand choice with HCPs for target patients with ADHD with comorbid conditions. Goal: Acquire 22% of new start patients

43

JAN-MS-00010843



Confidential

JAN-MS-00010844



Confidential

JAN-MS-00010845



JAN-MS-00010846



Confidential

JAN-MS-00010847

## Key Themes for 2012

- Establishing  NUCYNTA & NUCYNTA ER As A New Standard
  - Competitive Differentiation
  - Leverage Share of Voice
  - Grow Brand Awareness
- Driving Access & Availability
  - Tier 2 – Commercial & Part D
  - Institutional Influence
  - Ensuring Pharmacy Stocking
- Industry Leadership in Advocacy
  - Pain Policy
  - Regional Influence / Pull Through
  - Patient Advocacy



48

48



An example of this slide filled out can be found in back up.

**Example Strategic Imperative:**


**Example Strategic Driver:** Drive brand choice with HCPs for target patients with ADHD with comorbid conditions. Goal: Acquire 22% of new start patients

49



Confidential

JAN-MS-00010850

## Hospital influence will increase



- Capitalize on Institutional presence
- Demonstrate value beyond cost of therapy
- Leverage Janssen portfolio

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

11

51



Confidential

JAN-MS-00010852



53

Confidential

JAN-MS-00010853



Confidential

JAN-MS-00010854

## Agenda

- Review Workshop Key Take-Aways / Key Topics to Address
- Review Budget Line Items
- Map tactical calendar
- Discuss what the road show deck should look like (i.e. how much detail, etc.)



55

Confidential

## Business Plan Workshop – Key Topics

- Training
  - Specialty backgrounds
  - Pain Treatment Protocols
  - Conversion (Nucynta to NUC ER or other opioid to NUC ER)
- Change in Behavior
  - Uncover the patient profile – Training
  - Call Openers -> Dialogue     Training & iPAD
  - Ensure knowledge/mastery of pain types and treatment protocols – Training
- Appropriate Dosing & Titration
  - Awareness of dosing options – Training & Leave Behind
  - When & How achieve optimal dose – Training & Leave Behind
    - Eg Trigger Point within call continuum

  Demonstrate therapeutic range used in clinical trials – Training Leave behind & iPAD



SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

56

56

JAN-MS-00010856

## Business Plan Workshop – Key Topics

- Staff – Is this a stakeholder we have covered?
- NP & PA as a clearly identified specialty of growth
  - Separate NP from PA (neither are midlevels!)
- Forecast Workshops
  - The Model – how we constructed the forecast
  - Up to Date Performance & Communication of Outlook (latest thinking)
- Pricing Strategy
  - What is it and how does it impact the forecast
- Field Reporting & Incentive Compensation
  - JBI, IM, / Institutional weighting

- Field Reported Need – more ways to characterize the efficacy data

Janssen  PHARMACEUTICAL COMPANIES OF Johnson&Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

57

57

JAN-MS-00010857

## Team Objectives

- Ensure we have a cohesive, integrated marketing plan that will impact ALL key stakeholders.  Make strategic choices and prioritize top opportunities.
- Understand how we plan to reach specific segments in our target universe
- Develop an integrated marketing plan that allows us to get smarter with each tactic we roll out
- Understand how each tactic will fit into 2012 plan
- Make key tactical "choices"
- Affirm / refine 2012 strategy & ensure all tactics are aligned with strategy
- Align around strategic / tactical tradeoffs
- Identify biggest opportunities & ensure appropriate investment in tactics to support them



SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

58

58

JAN-MS-00010858

## Tactical Mapping

| Audience | Personal Promotion | Peer to Peer | Non-Personal Digital | Media | PR | Regional | Medical | HECOR |
|---|---|---|---|---|---|---|---|---|
| Physician | | | | | | | | |
| NP/PA | | | | | | | | |
| Pharmacy | | | | | | | | |
| Hospital | | | | | | | | |
| Commercial Payers | | | | | | | | |
| Medicare Part D | | | | | | | | |
| Long Term Care | | | | | | | | |
| Advocacy | | | | | | | | |
| Patients | | | | | | | | |
| Field Engagement | | | | | | | | |
| Internal Communication | | | | | | | | |

Janssen  PHARMACEUTICAL COMPANIES of Johnson & Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

59

59

Confidential JAN-MS-00010860



Optional slide

Confidential

JAN-MS-00010861



Confidential



## Media

Establish NUCYNTA as new standard in moderate-severe pain management

**Key Channel**                                                 **Budget**

### Objectives

- Ensure all target audiences receive consistent monthly exposure to NUCYNTA® ER messages while maintaining focus of key brand objectives
- Communicate key messages to build confidence and loyalty among audiences
- Maintain competitive share of voice among target audiences

### Media Plan Parameters

- Print
  - January – June: "Powerful Pain Management"
  - 4 page insert + 3.5 Pages BW
  - Pain Specialists + Neurologists

- Online
  - January – June
  - Various banner ads
  - Primary Care, Pain Specialists

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

63

Confidential

JAN-MS-00010863



Confidential

JAN-MS-00010864



## Trade & Retail Pharmacy

Drive broad and competitive access and availability

**Representative Delivered Tactics**

• Update Business Review Sell Sheet – NUCYNTA ER

• Update Business Review Slide Deck – Trade Directors

• Pharmacy Locator "App" on iPAD

**Non-Personal Tactics**

• e-Pharma – Formulary Win Updates (eg CVS Caremark Formulary Flash – 220K e-blast)

• Integrachain Pharmacy Data – Field Stocking Reports

• DPN – Product Profile Insert – Pharmacy Times / US Pharmacist

• DPN – Disease State Insert – Pharmacy Times / US Pharmacist

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

65

Confidential

JAN-MS-00010865



### Institutional

Drive broad and competitive access and availability

**Institutional Promotional Strategy**

- Shift focus back to NUCYNTA as primary product – Drive Order Set / Protocols & Utilization
- NUCYNTA ER stocking, formulary adoption & opportunistic utilization where appropriate

**Institutional Promotional Tactics**

- NUCYNTA iPAD Cycle 1 update
- NUCYNTA campaign refresh
- Formulary Communication Tools – Flashcards, Grids, etc.

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

66

Confidential

JAN-MS-00010866



## Promotional Platform

Establish NUCYNTA as new standard in moderate-severe pain management

**Key Channel**                                                                  **Budget**

**NUCYNTA ER**
- iPAD Cycle 1 Update
- iPAD Cycle 2 Update
- Branded Waiting Room Patient Flyer
- Patient Brochure
- REMS Program Update

**NUCYNTA**
- iPAD Cycle 1 Update
- NUCYNTA Campaign Refresh

**NUCYNTA  & NUCYNTA ER**
- Savings Card Program Update
- NUCYNTA & NUCYNTA ER Dosing Brochure
- NUCYNTA & NUCYNTA ER Switch Study Reprint

janssen PHARMACEUTICAL COMPANIES OF Johnson&Johnson

SENSITIVE AND CONFIDENTIAL FINANCIAL DATA. INFORMATION IS NOT TO BE SHARED OR DISTRIBUTED BEYOND THE ORIGINAL DISTRIBUTION

67

**67**

JAN-MS-00010867



Confidential

JAN-MS-00010868



Confidential

JAN-MS-00010869



Confidential

JAN-MS-00010870



Confidential

JAN-MS-00010871

## NUCYNTA® ER Speaker Direct Speaker



**Speaker Direct:**

- Live videoconference series for hard to see/ no see HCPs

- Customers select a speaker of their choice and a time that is convenient for them

- Simple registration

- Auto-confirmation and reminder messages

72

Confidential

JAN-MS-00010872

## NUCYNTA® ER Meeting Direct



**Meeting Direct:**

- Live and archived videoconference series where HCPs register for a pre-determined day and time virtual program

- Customers receive on-label, promotional medical education

- Representatives invite customers

- Simple registration

- Auto-confirmation and reminder messages

73

73

JAN-MS-00010873



Confidential

JAN-MS-00010874



Confidential



Confidential

JAN-MS-00010876



Confidential

JAN-MS-00010877



Confidential

JAN-MS-00010878



Confidential

JAN-MS-00010879



Confidential

JAN-MS-00010880



81

Confidential



Confidential

JAN-MS-00010882



Confidential

JAN-MS-00010883



Confidential

JAN-MS-00010884



Confidential

JAN-MS-00010885