**PSJ14 Janssen Opp Exh 42 – Cartwright Dep (dep not cited in appendices)**

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE NORTHERN DISTRICT OF OHIO

 3                         EASTERN DIVISION

 4    - - - - - - - - - - - - - - - - x

 5    IN RE:  NATIONAL                :   HON. DAN A.

      PRESCRIPTION OPIATE                 POLSTER

 6    LITIGATION                      :   MDL NO. 2804

 7    APPLIES TO ALL CASES            :   NO. 1:17-MD-2804

 8    - - - - - - - - - - - - - - - - x

 9

10                       HIGHLY CONFIDENTIAL

11        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

12

13                            -  -  -

14                       January, 17, 2019

15                            -  -  -

16

17            Videotaped deposition of CARLA CARTWRIGHT,

18    taken pursuant to notice, held at the law offices of

19    O'Melveny & Myers, LLP, 1625 Eye Street, N.W.,

20    Washington, D.C., beginning at 9:14 a.m., before

21    Misty Klapper, Registered Merit Reporter, Certified

22    Realtime Reporter and Notary Public in and for the

23    District of Columbia.

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            Healthcare Organizations.  And I -- this is
 2            the -- I assume the organization you were
 3            trying to refer to earlier?
 4                    A.   It is.
 5                    Q.   And informally I'm going to
 6            refer to this organization as JCAHO.
 7                    A.   I will do the same.
 8                    Q.   That's -- that's perfect.  Yeah.
 9            I just wanted to make sure you understood what
10            I was referring to.
11                    A.   Um-hmm (affirmative).
12                    Q.   What is JCAHO?
13                    A.   So it's an accreditation
14            organization for, you know, all kinds of
15            hospitals, and they provide guidelines and
16            best practices in addition.
17                    Q.   Has J&J participated in any
18            lobbying efforts or governmental affairs
19            activities related to JCAHO's pain standards
20            for hospital accreditation?
21                    A.   So it's my understanding that we
22            received a request from them to help support
23            development of the monograph and that we did
24            so.
```

```
 1          Q.   And when was this request
 2     received?
 3          A.   I believe -- you know, at this
 4     moment it's not coming to me.  I'll let you
 5     know if I can pull up --
 6          Q.   Okay.
 7          A.   -- that date.
 8          Q.   Are there -- who were the
 9     individuals involved with this effort?
10          A.   They were individuals from our
11     medical affairs group.
12          Q.   Do you know the names of any
13     Janssen employees specifically?
14          A.   I believe Bruce Moskovitz and
15     Gary Vorsanger may have been involved in this
16     as well.
17          Q.   Okay.  You said it was a -- a
18     request to support the development of a
19     monograph.
20               Did that monograph have a title
21     or a name?
22          A.   I don't know the specific title.
23     I believe there was an initial monograph and
24     then a few years later a -- a follow-on.
```

Highly Confidential - Subject to Further Confidentiality Review

1     Q.  Okay. And what specifically did
2  that monograph address?
3     A.  I — I think it was related to
4  pain management specifically.
5     Q.  I understand you didn't — you
6  don't remember the date.
7        Is this a recent effort or was
8  this earlier?
9     A.  I — I'm thinking early 2000s —
10    Q.  Okay.
11    A.  — but don't recall the exact
12  year.
13    Q.  It predated your joining J&J,
14  though; is that correct?
15    A.  Yes.
16    Q.  Okay.
17    A.  That's my understanding.
18    Q.  We're going to —
19       MR. ACKERMAN: Do we have a
20  stapler in here?
21       MR. GALIN: There's probably one
22  in the back left corner of that.
23       MR. ACKERMAN: So there are a
24  set of documents that were produced by Janssen

Highly Confidential-Subject to Further Confidentiality Review

```
1     as a family, and I want to make sure I keep

2     them together, hopefully in the right order,

3     so —

4              MR. GALIN: It seems like

5     there's a political joke to be made here.

6              MR. ACKERMAN: We will mark that

7     as the next exhibit.

8              (Thereupon, J&J-Cartwright

9         Deposition Exhibit Number 8 was marked

10          for identification.)

11             THE WITNESS: Thank you.

12             BY MR. ACKERMAN:

13      Q.   Ms. Cartwright, the court

14    reporter has handed you what is marked as

15    Exhibit Number 8. It is a multi-page document

16    with Bates numbers JAN-MS-00654707 through

17    -711. I'll note that two of the documents

18    that were attachments to this E-mail were

19    produced to us in native form, and so we've

20    included the slip sheet and the native files

21    in this document.

22             Take a moment to review the

23    document. Let me know when you've had a

24    chance to review it.
```

1      MR. ACKERMAN: Counsel, I would
2  note that the page at 654708 is noted to be
3  withheld as not responsive. I don't know
4  whether that's because it was -- I -- I don't
5  know why that is, but I'd ask you to look into
6  that.
7      MR. GALIN: I don't know why
8  that is either, but I will look into it as
9  well.
10     MR. ACKERMAN: Okay. Thank you.
11     MR. GALIN: I'm just not -- I
12  just want to make sure I'm -- oh, okay.
13     BY MR. ACKERMAN:
14  Q.  Have you reviewed it?
15  A.  At a high level, yes.
16  Q.  Okay. Sure.
17     Have you seen this document
18  before?
19  A.  I believe I've seen parts of
20  this document.
21  Q.  Okay. Which parts of the
22  document have you seen?
23  A.  I believe I've seen the last
24  page, 654711.

```
 1         Q.   Okay. Is this -- if you turn
 2    back to the first page, the subject matter of
 3    this E-mail says, JCAHO pain management, Jean
 4    Gillespie.
 5              Is this E-mail referring to the
 6    pain management project that you testified to
 7    earlier?
 8         A.   I believe so, yes.
 9         Q.   Okay. And the E-mail says or
10    appears to ask Gary Vorsanger to take the lead
11    on the project.
12              Did -- did Gary Vorsanger, in
13    fact, take the lead on this -- this project?
14         A.   I believe that's the case.
15         Q.   Okay. Did Janssen provide any
16    financial support to JCAHO in connection with
17    the drafting or promotion of its pain
18    management standards?
19         A.   It's my understanding that we
20    did provide funding.
21         Q.   Okay. When?
22         A.   So in preparing, I think it was
23    a little difficult for us to determine exactly
24    when and -- and over what time period, but I
```

```
1        believe in the early 2000s.
2             Q.   Okay. And approximate -- or do
3        you know how much funding was provided?
4             A.   I believe it was 50,000, but I'm
5        not sure if that was just -- just that or --
6        or maybe there was another time period
7        involved, too.
8             Q.   Okay. Was the 50,000 in a
9        single payment or in multiple payments?
10            A.   That I do not know.
11            Q.   Okay. Do you know -- okay.
12                 Other than Mr. Moskovitz and
13       Mr. Vorsanger, was anyone else at J&J involved
14       in this JCAHO pain management effort?
15            A.   I believe some others who, you
16       know, might have reported to them or been --
17       you know, others in -- in medical affairs may
18       have had some involvement in, you know,
19       providing scientific input.
20            Q.   Okay. Specifically, do you know
21       who?
22            A.   I do not.
23            Q.   All right. Why did J&J become
24       involved in increasing awareness of the JCAHO
```

Highly Confidential - Subject to Further Confidentiality Review

```
1      guidelines in pain -- pain management?
2          A.   Well, I believe that we feel
3      like it's important to ensure that people who
4      are suffering from pain have adequate access
5      to appropriate treatments and that education
6      is -- is a -- you know, a good thing in --
7      in -- in the different product areas and
8      disease areas where we work.
9              And so it would not be, you
10     know, atypical for us to provide funding or,
11     you know, want to have a seat at the table
12     when something like this was sort of being
13     discussed and -- and proposed.
14         Q.   When you say adequate access to
15     appropriate treatments, does that include the
16     prescribing of Janssen -- or J&J's opioid
17     products?
18         A.   Well, it could, depending on the
19     decision of the appropriate, you know, medical
20     professional.
21         Q.   Okay. Did the JCAHO guidelines
22     in pain management -- strike that. Okay.
23             Let's move on to the next topic,
24     which is 25(f). And this is lobbying efforts
```