**THIS EXHIBIT WILL BE MANUALLY UPLOADED**
**PSJ14 Janssen Opp Exh 46 – MDL_RWJF_0000005**