**PSJ14 Janssen Opp Exh 47 – MDL_RWJF_0000010**

Additional award documents may be in
materials in PIMS for this funding ID.

MDL_RWJF_0000010

## INDEX TO PRINCIPAL DOCUMENTS

The numbers assigned to each section refers to the tab under which the related documentation is filed. A mark in the box preceding any one section indicates that documentation appears in the folder on the subject outlined. Miscellaneous documentation is contained on the left side of the folder in reverse chronological order by date.

_____ 1.  Grant Summary

_____ 2.  Grant Results Report

_____ 3.  Final Grantee Financial and Narrative Reports (letters of request. transmittal, and acknowledgement; follow-up   correspondence)

_____ 4.  Interim Grantee Financial and Narrative Report (letters of request, transmittal, and acknowledgement; follow-up correspondence; and grantee progress reports)

_____ 5. Grant Sign-off Sheet

_____ 6.  Grant Award Letter (includes Grant Letter Information Sheet and Treasurer's Payment Letter)

_____ 7  Final Board Precis

_____ 8.  New Releases and Related Press Coverage

_____ 9.  Request for Project Support and General Conditions of Grant Form (includes Amendment Form(s); expenditure responsibility forms; and correspondence concerning change(s) in organization, project director, and/or address)

_____ 10. Tax Papers (all documentation and correspondence, including "reliance letter")

_____ 11. Proposal (proposal appendices and supplements, and CVs of project personnel)

_____ 12. Budget (final budget, revisions and correspondence)

_____ 13. Consultant reports, letters of project support, site visit reports

MDL_RWJF_0000010

**Grant Summary**
ID# 043940

**Awarded 02/26/02  - Active**

**University of Wisconsin-Madison Medical School (Madison,WI)**

| | |
|---|---|
| **Program:** | (EOL)Targeted End-of-Life Projects Initiative |
| **Project Title:** | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| **Project Director:** | June L. Dahl Ph.D. (608-262-0978) |
| **Duration:** | 24 Months: 03/01/02 to 02/29/04 |
| **Team:** | HC/PMT - End of Life |

| | | | |
|---|---|---|---|
| **Funding Class:** | NP Implementation | **Award Amount:** | 421,800 |
| **New/Renewal:** | New | **Actual Amount:** | 421,800 |
| | | **Program Indicator:** | In Program |
| **Funding Type:** | N/A | **Precis Checked In:** | No |
| **Request Type:** | Solicited | | |
| **Funding Category:** | Targeted | | |
| **Goals:** | CHR(100%) | | |
| **Interventions:** | Svc Dem(100%) | | |

| | | | |
|---|---|---|---|
| **Board Date:** | 04/02 | **Board Class:** B | **Board Page:** |
| **PO:** | Larkin, Michelle A. | | |
| **SO:** | Miller, Doriane C. | | |
| **PA:** | Stives, Jeanne | | |
| **FA:** | Kounelias, Sophia | | |

**GIS Summary**

This grant supports the development and implementation of a systematic approach to enhance cancer pain relief efforts through collaborations with the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS). A liaison at AACPI will facilitate the collaboration by: (1) creating a communication system to share information between all levels of each organization; (2) providing assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers; (3) establishing collaborative programs and projects; and (4) developing a media strategy to increase the awareness of the goals and objectives of AACPI and ACS as well as highlight their collaboration.

02/28/02 08 21 18 summary rw

**Grant Summary** (Continued)
**ID# 043940**

**Health Service Category**

| | |
|---|---|
| Continuum of Care: | End Of Life |
| | Treatment |
| Health Care Reform: | State |
| Health Conditions: | Cancer |
| Hlth and Hlth Care Fields: | Quality of care |

**Demographics**

| | |
|---|---|
| Age: | 65 & over - Aging/Elderly/Senior |
| | Citizens |
| | N/A |
| Geographic Region: | N/A |
| Major City: | Unknown, N/A or N/S |
| Race/Ethnicity: | N/A |
| Segment: | N/A |
| Sex: | N/A |
| State: | Unknown, N/A or N/S |
| Urban/Rural Continuum: | Unknown, N/A or N/S |

02/28/02 08 21 18 summary rw

MDL_RWJF_0000010

Route 1 & College Road East P O Box 2316
Princeton New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www rwjf org



Robert Wood Johnson Foundation

July 10, 2007

Janice H Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI 53706-1494

Dear Ms. Kalvin.

I am writing in reference to your Robert Wood Johnson Foundation grant. We have received your revised financial report for the period of March 1, 2005 through February 28, 2006 and are issuing a payment for the grant identified below.

| | |
|---|---|
| I D | 043940 - Targeted End-of-Life Projects Initiative |
| Amount: | $421,800 |
| Purpose | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| Project Information | Grant Period March 1, 2002 through December 31, 2006 |
| | Project Director: June L Dahl, Ph D , 608-262-0978 (jldahl@facstaff.wisc.edu) |

Your final financial report indicates that, as of December 31, 2006, you have had cumulative expenditures of $421,800 The Foundation has remitted payments to date totaling $417,125, leaving you a cash deficit of $4,675 Enclosed with this letter is our final payment in the amount of $4,675

This completes your financial reporting obligations for this grant and your grant is now closed. We are glad we were able to work with you in this important endeavor toward improving health and health care for all Americans

Sincerely,

Ashley Ranji
Grants Administrator

AR : st
Enclosure
cc: June L. Dahl, Ph.D.
   Michelle A. Larkin, R.N., M S.



THE UNIVERSITY *of*
# WISCONSIN
M A D I S O N

## OFFICE OF RESEARCH AND SPONSORED PROGRAMS

October 3, 2006

Betty A. Dixon
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J  08543-2316

In reply, please refer to
UW Acct No. 133-ER82

RE: Grant # 043940

Dear Ms. Dixon:

Enclosed is the annual financial report on the above-referenced grant for the period March 1, 2005 through February 28, 2006 under the direction of June Dahl in the Department of Pharmacology at the University of Wisconsin-Madison.

Thank you for your support of this project.  If you have any questions regarding this report, please contact me at 608/262-9028.

Sincerely,

Mary C. Koscielniak
Accountant

Enclosure
Cc:  June Dahl - Pharmacology
     Marty Skemp - Pharmacology
     Medical School Fiscal Office
     File

21 N. Park Street, Suite 6401
Madison, WI  53715-1218

Phone 608/262-3822
Fax 608/262-5111
http://www.rsp.wisc.edu

MDL_RWJF_0000010

**FINANCIAL REPORT**
The Robert Wood Johnson Foundation
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax. (609) 627-6416

043940  National initiative to promote improved cancer pain management through collaboration
with the American Cancer Society
EOL Targeted End-of-Life Projects Initiative
University of Wisconsin School of Medicine and Public Health
Budget Period:  03/01/2005 to 02/28/2006
Project Period·  03/01/2002 to 06/30/2006

| | | |
|---|---|---|
| Project Director: | June L. Dahl | 608-262-0978 |
| Financial Officer: | Charles L. Hoffman | 608-262-0253 |
| Program Officer: | Michelle A. Larkin | |
| Senior Officer: | Rosemary Gibson | |
| Grants Administrator: | Betty A. Dixon | |
| Grants Administrative Assistant· | Marybeth Tamayo | |

Budget for Year:  4
Revised: 02/23/2006 Marybeth Tamayo

UW Account Number: 133-ER82

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/05-08/05 | Period 2 09/05-02/06 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 8,883 | 4,370.40 | 4,509.39 | 8,879 79 | 3.21 |
| Init/ACS Coordinator | 13,215 | 8,634.38 | 4,578 50 | 13,212.88 | 2.12 |
| Communications Manager | 5,990 | 2,948.40 | 2,050.99 | 4,999.39 | 990 61 |
| Grant Manager | 6,623 | 3,257.84 | 3,361.47 | 6,619.31 | 3.69 |
| Personnel Subtotal | 34,711 | 19,211.02 | 14,500.35 | 33,711.37 | 999.63 |
| | | | | | |
| **OFFICE OPERATIONS** | | | | | |
| Supplies | 2,000 | 353.28 | 1,140.68 | 1,493.96 | 506.04 |
| Printing | - | | | | |
| Telepone | 400 | 282.52 | 10.97 | ~~293.49~~ 394 (funding) | 106 51 |
| Postage | 50 | 2.32 | 51.51 | 53.83 | (3.83) |
| Equipment less than $5,000 | 2,915 | 960.20 | 1,955.00 | 2,915.20 | (0.20) |
| Travel | 6,000 | 2,626.29 | 781.86 | 3,408.15 | 2,591.85 |
| OFFICE OPERATIONS TOTAL | 11,365 | 4,224.61 | 3,940.02 | 8,164.63 | 3,200.37 |
| | | | | | |
| **CONSULTANT/CONTRACTUAL** | | | | | |
| Cons/Contrct Subtotal | 2,622 | 1,688.75 | 933.22 | 2,621.97 | 0.03 |
| INDIRECT COSTS | 2,622 | 1,688.75 | 933.22 | 2,621.97 | 0.03 |
| | 4,383 | 2,261.19 | 1,743 62 | 4,004.81 | 378.19 |
| | | | | | |
| Grand Total | 53,081 | 27,385.57 | 21,117.21 | ~~48,502.78~~ 48,503 (funding) 7/6/07 | 4,578.22 |

7/6/07

Charles L. Hoffman, Administrative Officer

7/6/2007

**FINANCIAL REPORT**
The Robert Wood Johnson Foundation
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

**043940** National initiative to promote improved cancer pain management through collaboration with the American Cancer Society
EOL Targeted End-of-Life Projects Initiative
**University of Wisconsin School of Medicine and Public Health**
Budget Period: 03/01/2005 to 02/28/2006
Project Period: 03/01/2002 to 12/31/2006

Budget for Period: 4    Reporting Periods: 1 to 1
Revised: 07/06/2007 Stephen Theisen

Project Director : June L Dahl — 608-262-0978
Financial Officer: Janice H Kalvin — 608-262-0252

Grants Administrative Assistant: Francine Belardo
Grants Administrator: Ashley Ranji
Senior Officer: Rosemary Gibson
Program Officer: Michelle A Larkin

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/05-02/06 | Total | Variance | Pct |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 8,880 | 8,880 | 8,880 | | 100 |
| Init/ACS Coordinator | 13,213 | 13,213 | 13,213 | | 100 |
| Communications Manager | 4,999 | 4,999 | 4,999 | | 100 |
| Grant Manager | 6,619 | 6,619 | 6,619 | | 100 |
| **PERSONNEL TOTAL** | **33,711** | **33,711** | **33,711** | | **100** |
| **OFFICE OPERATIONS** | | | | | |
| Supplies | 1,494 | 1,494 | 1,494 | | 100 |
| Printing | | 0 | | | |
| Telephone | 293 | 294 | 294 | -1 | 100 |
| Postage | 55 | 54 | 54 | 1 | 98 |
| Equipment Less Than $5000 | 2,915 | 2,915 | 2,915 | | 100 |
| Travel | 3,408 | 3,408 | 3,408 | | 100 |
| **OFFICE OPERATIONS TOTAL** | **8,165** | **8,165** | **8,165** | | **100** |
| **CONSULTANT/CONTRACTUAL** | 2,622 | 2,622 | 2,622 | | 100 |
| **CONSULTANT/CONTRACTUAL TOTAL** | **2,622** | **2,622** | **2,622** | | **100** |
| **INDIRECT COSTS** | 4,005 | 4,005 | 4,005 | | 100 |
| **INDIRECT COSTS TOTAL** | **4,005** | **4,005** | **4,005** | | **100** |
| **Grand Total** | **48,503** | **48,503** | **48,503** | **0** | |

7/6/2007 - 10 33:05AM budget

## Theisen, Stephen

| | |
|---|---|
| **From:** | Shelly McCollough [samccoll@rsp.wisc.edu] |
| **Sent:** | Monday, June 25, 2007 5:51 PM |
| **To:** | Theisen, Stephen |
| **Cc:** | Rauen, Thomas |
| **Subject:** | Re: FW: 43940 National Initiative to Promote Improved CancerPain Management |
| **Attachments:** | 20070625161642755.pdf |

Stephen,

The original report we submitted was never modified.  I have attached the original report that was submitted to RWJ in October.  Please have our account modified to reflect the correct expenditure total for this report.

Thanks,
~Shelly

Shelly A. McCollough
Accountant - Journey
University of Wisconsin-Madison
Research & Sponsored Programs
21 North Park Street, Suite 6401
Madison, WI  53715-1218
Phone 608/262-0250
Fax 608/262-5111


>>> "Theisen, Stephen" <stheisen@rwjf.org> 6/25/2007 3:59 PM >>>
Ms. McCollough-

Good afternoon!  I was following up on the below e-mail.

Thanks and I hope you are having a nice day.

Stephen Theisen
Grants Administrator

Robert Wood Johnson Foundation
Route 1 and College Road East  Princeton, NJ 08543
Tel  609 627-6044  www.rwjf.org
Fax  609-419-8311
Email  stheisen@rwjf org


---

**From:** Theisen, Stephen
**Sent:** Wednesday, June 06, 2007 9:20 AM
**To:** 'samccoll@rsp.wisc.edu'
**Subject:** FW: 43940 National Initiative to Promote Improved Cancer Pain Management

Ms. Mcollough-

I have been working with Tom Rauen on your question on grant id# 43940. My original message is below, when I sent it to you, I had the wrong e-mail address.

If you have any questions, please feel free to call or e-mail me.

6/26/2007

MDL_RWJF_0000010



Sincerely,

Stephen Theisen
Grants Administrator

Robert Wood Johnson Foundation
Route 1 and College Road East Princeton, NJ 08543
Tel. 609 627-6044  www.rwjf org
Fax  609-419-8311
Email: stheisen@rwjf org

---

**From:** Theisen, Stephen
**Sent:** Tuesday, June 05, 2007 2:16 PM
**To:** 'samccoll@rfp.wisc.edu'
**Cc:** Rauen, Thomas
**Subject:** 43940 National Initiative to Promote Improved Cancer Pain Management

Ms. McCollough-

I have been working with Tom Rauen on your question on grant id# 43940.  I am attaching the expense report for the period of 3/1/05 - 2/28/06 reflecting the expenses reported that are in question.  If there is a discrepancy, please submit a revised report stating that the previous report is incorrect and that you are requesting approval of the revised expenditure report.

If you have any questions, please feel free to call or e-mail me.

Thank you and I hope you are having a nice day.

Stephen Theisen
Grants Administrator

Robert Wood Johnson Foundation
Route 1 and College Road East Princeton, NJ 08543
Tel. 609 627-6044  www.rwjf.org
Fax  609-419-8311
Email. stheisen@rwjf org

6/26/2007

Case: 1:17-md-02804-DAR  Doc #: 2391-3  Filed:  08/15/19  12 of 267.  PageID #: 395026



University of Wisconsin
**SCHOOL OF MEDICINE
AND PUBLIC HEALTH**

Department of Pharmacology

*To: C.F.*

*EOL
1/3*

SEE SURPLUS FOR
GRANT PRODUCT

March 21, 2007

Ashley Ranji
Grants Administrator
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

RE: Grant #043940

Dear Ms. Ranji,

Enclosed please find the Alliance of State Pain Initiatives' (ASPI), formerly the
American Alliance of Cancer Pain Initiatives (AACPI), final progress report for the grant
entitled *Making Pain Relief a Reality through National Visibility and Partnership with
the American Cancer Society*. If you have any questions regarding this request, please
contact Marty Skemp Brown at mmskemp@wisc.edu or 608-265-9173.

We thank you for your support of this project and our efforts to improve pain
management through collaboration with the American Cancer Society.

Sincerely,

*June L. Dahl*

June L. Dahl, PhD
Principal Investigator

Cc:  Michelle Larkin, RWJF

---

MDL_RWJF_0000010

University of Wisconsin
**SCHOOL OF MEDICINE
AND PUBLIC HEALTH**

Department of Pharmacology

March 21, 2007

# FINAL NARRATIVE REPORT
*Making Pain Relief a Reality through National Visibility and Partnership with the American Cancer Society*
**RWJ Grant ID #043940**
March 1, 2002– June 30, 2006
**Grant Total: $421,800**

Contact:

June L. Dahl, PhD
Principal Investigator
University of Wisconsin-Madison
School of Medicine and Public Health
1300 University Avenue, Room 4720
Madison, WI  53706
(608) 265-4012
jldahl@wisc.edu

MDL_RWJF_0000010

1. **What measurable goals did you set for this project and what indicators did you use to measure your performance? To what extent has your project achieved these goals and levels of performance?**

The goal of this project was to promote improvements in the management of cancer pain through collaborations between the Alliance of State Pain Initiatives (ASPI), formerly the American Alliance of Cancer Pain Initiatives (AACPI), and the American Cancer Society (ACS). We proposed: 1) to develop and implement specific strategies to maximize the potential for collaboration between the two organizations and individual State Pain Initiatives (SPIs) based in part on recommendations that emerged from a planning meeting held in February 2001 and 2) to develop and implement a comprehensive strategy to use the media to increase awareness of the goals and objectives of the ASPI and the positive collaborative programs of the ASPI, individual SPIs and the ACS.

The ACS and the ASPI are logical allies in the movement to diminish the burden that pain places on cancer survivors; there are many ways in which the unique strengths of the two organizations complement one another. The State Pain Initiatives bring expertise about pain control, access to health care professionals and a passion for providing relief of suffering. The ACS can bring in-kind services, fund-raising expertise, an understanding of how to set up and conduct meetings as well as advocacy expertise.

*Goal One:  Develop and implement specific strategies to maximize the potential for collaboration between the two organizations and individual State Pain Initiatives (SPIs) based in part on recommendations that emerged from a planning meeting held in February 2001*

Collaborations became a reality when the Board of Directors of the American Cancer Society articulated a Quality of Life Goal for 2015 and adopted a nationwide objective for pain management as part of its revised strategic plan. The Board's stated goal was "to provide appropriate care for the control of pain based upon an appropriate care plan using uniform standards of care for 90% of cancer survivors." While that phraseology may be difficult to understand, it did mean that the ACS had made pain management a priority within its quality of life goal and that was a major step forward. The strategic plan for Achieving the ACS Nationwide Pain Management Objective, developed in August 2000, identified nine broad areas of action to reduce the burden of pain for cancer survivors and their families. The plan provided specific recommendations to reduce that burden through collaboration with the SPIs (**Appendix A**). In February 2001, through the generous support of the Robert Wood Johnson Foundation, the ASPI convened a meeting with ACS representatives to discuss already successful models of ACS-ASPI collaboration and to set the stage for future collaborations between the two organizations.

**In June 2002, the ASPI and ACS officially launched a program to build a National/Divisional/State Partnership between the ASPI/SPIs and the ACS for the purpose of utilizing the unique strengths of each organization to reduce the burden of pain for cancer survivors and their families (Appendix B).** A National Partnership

2

Planning Meeting held in Atlanta, GA on May 9-10, 2002 recommended the creation of a
National Task Force to oversee the activities and progress of the Partnership Plan and
evaluate its accomplishments.  An Executive Team made up of Pat Schifflet and Venus
Chapman from the National Home Office of the ACS in Atlanta and Mary Bennett and
June Dahl from the ASPI created a Partnership Work Plan and began to implement that
plan in the Fall of 2002 **(Appendix C).**  Mary Bennett was named the ASPI's official
Liaison to the ACS.

Unfortunately, there was significant restructuring of the National Home Office of the
ACS shortly thereafter.  There were resignations and reassignments of key personnel that
prevented continued work on the components of the Partnership Work Plan. Pat
Schifflet's move to the Centers for Disease Control was particularly devastating because
of her intimate knowledge of the ACS infrastructure and her contacts with key divisional
personnel.  While the National Home Office retained pain as a priority within the quality
of life arena, no individual was named to replace Pat Shifflet so no one at ACS was
assigned responsibility for the Partnership Work Plan.

Nevertheless, the ASPI continued its partnerships at the state and divisional levels and
nurtured collaborations between SPIs and the ACS as is described below.  In June 2004,
an ACS/ASPI Field Council was formed to provide a vehicle for continued
communication and collaboration among state and Divisional ACS staff who had made
pain management a priority in their work in spite of the lack of leadership from the
National Home Office. While the Field Advisory Council is no longer operative, it did
hold regular conference calls and face-to-face meetings in 2005 and 2006.  We were told
that the Council gave ACS staff with a passion for the pain issue a sorely lacking forum
for collegiality. The Council created opportunities for the ACS staff to connect not only
with each other, but also with those involved with State Pain Initiatives. One ACS staff
member told us:

> "together, we worked through the best mechanisms for how to garner more
> support for the issue from within ACS, and we DID IT! I can't tell you the number
> of times in the past six years that I left national ACS meetings heartsick and
> discouraged believing that ACS national would just never get how important this
> issue is. Because of the Alliance and its support of the Field Advisory Council,
> pain is not only on the radar screen, it is a national metric. While it seems that the
> scorecard is the sole focus (that is discussed below) and, honestly, for a while it
> will be, we have our foot in the door and I am certain this will eventually spread
> to include all the factors important to improving pain care. I also believe there are
> many positives for which we need to give the Alliance (and obviously the Robert
> Wood Johnson Foundation that funded this effort) huge credit. **My simplistic
> understanding of the grant's intent was to find ways to bring ACS to the
> table on pain. The Alliance accomplished that in spades."**

In the past year, the focus of ACS activity in the Quality of Life arena has moved to the
National Government Relations Department (NGRD) in Washington, DC.  Building on
the Cancer Pain Management Advocacy Toolkit produced by the Society in 2003,

3

Rebecca Kirch and David Woodmansee of the NGRD, have been working with the Society's National Home Office in Atlanta and many staff in ACS divisions across the country, along with external partners like the ASPI to make cancer pain control a priority area for ACS advocacy action in the states. As a beginning, the Society partnered with the Lance Armstrong Foundation and Susan G. Komen Breast Cancer Foundation in funding a three-year grant to the Pain & Policy Studies Group at the University of Wisconsin (PPSG) to produce three annual Pain Policy Progress Report Cards, the first of which was released in September 2006 to coincide with Pain Awareness Month.

This report card evaluates pain policies in all 50 states and DC, applying 16 criteria to identify policy language that can either enhance or impede patient pain relief and grading each state between A and F depending on their policies' degree of balance. This evaluation provides a useful baseline for the ACS to measure progress. In August 2006, the ACS Quality of Life Ends committee decided to make pain control a new 2015 objective; in November 2006, the National Board of Directors approved a new Pain Control Nationwide Objective geared to improve state pain policy and practice across the nation. **Their specific goal is to improve state pain policy and practice across the nation as reflected by the grades on the PPSG Report Card**. The new goal is for all 50 states and DC to get a "B" or higher by 2015 and for ten of those states to get an "A." In the Society's view, receiving an "A" grade will require more than just fixing the policy; they must also work together to ensure balanced policies are *applied* to help fix the problem by influencing pain practice and care. This obviously represents a change in focus from the components of the program launched in June 2002 which involved a partnership among the ASPI/SPIs and the ACS.

In spite of the change in focus of the ACS at the national level, there continue to be very productive interactions at the state and Divisional level.

> ➢ ACS Divisions have continued to provide staff support for several State Pain Initiatives including Northern California, Connecticut, Massachusetts, New Hampshire, New Jersey, New York, Texas and Vermont. Staff of the Great West Division supported the establishment of an Initiative in Montana and sparked activity in Wyoming. ACS also provided in-kind support to the Initiatives in North and South Carolina as well as Florida. The South Atlantic Division provided $5,000 grants to each of the State Pain Initiatives in that geographic region. For several years, the Pennsylvania Division provided funding for staff services to the Pennsylvania Pain Initiative; that support ended in the summer of 2006.
> ➢ For years, several states within the various Divisions of the ACS have taken the lead, both independently and collaboratively through their involvement with their SPI to develop their state's Cancer Control Plan.

4

- Many ACS staff participated in meetings held by the ASPI.  For example, as summarized below, ACS staff members were well represented at two Advocacy Training Programs and a Fund-Raising Training Session sponsored by the ASPI.
- A large number of ACS staff members have attended the Annual Meetings of the ASPI.  They have participated in workshops on building and sustaining State Pain Initiatives and integrating pain and palliative care into State Cancer Control Plans.
- The ASPI/ACS National Pain Field Council held quarterly conference calls and also in-person meetings at the ASPI national meetings in St. Louis in June 2005 and again in Phoenix in June 2006. The Field Council strengthened the collaboration between the two organizations by providing a venue for ACS staff who are coordinating a State Pain Initiative to come together to share successes, address challenges, and strategize effective ways to build and sustain partnerships. **There has been no other forum that brings ACS staff together to dialog on any issues.**
- The ACS NHO has provided unrestricted educational grants in the amount of $15,000 in each of the past three years to support the national meeting of the ASPI.
- The ASPI provided funding, technical support and faculty for the ACS Texas Cancer Pain Initiative for planning the Texas Pain Summit held in September 2006.
- ASPI staff provided technical support to Divisions, to individual State Pain Initiatives that are housed within the ACS, as well as to the National Government Relations Department.  As discussed below, this support included the provision of analysis and advice about policy issues, editorial comment about documents being prepared by the ACS, as well as assistance with working with the media.
- Site visits by ASPI staff were made to New York, the District of Columbia, New Hampshire, the Carolinas and Arizona.
- The ACS released *Cancer Facts and Figures 2007* which features a special section on cancer-related pain.  The PI provided feedback on several drafts of the document that was under development during much of 2006.

In spite of the lack of a formal collaborative agreement, SPIs within some ACS Divisions have been very active and effective in providing patient and healthcare professional education on cancer pain and disseminating materials, participating in practice change programs, producing a pain pocket tool guide for practitioners, hosting statewide pain summits, creating task forces and advisory councils in the state, pressing for pain control to be part of state Cancer Control Plans, testifying at pain related hearings, and advocating to improve state pain policies while also preventing harmful ones from gaining traction.  The States have not waited for direction from the National Home Office to initiate critical action steps.

*Goal Two. Develop and implement a comprehensive strategy to use the media to increase awareness of the goals and objectives of the ASPI and the positive collaborative programs of the ASPI, individual SPIs and the ACS.*

5

There have also been significant accomplishments within the framework of the second major goal directed at enhancing media and public relations activities. Only the highlights are listed here, but tangible examples of the work are provided in **Appendix D**.

➢ Provided media outreach tool kits to SPI volunteers and ACS staff that included template news releases, talking points, and sample letters-to-the-editor to capitalize on the following national media events and opportunities:
   - Release of the Pain and Policy Studies Group state pain policy evaluation and report cards in 2003 and 2006.
   - Recognition of September Pain Awareness Month
   - Release of the Federation of State Medical Boards' *Model Policy for the Use of Controlled Substances for the Treatment of Pain*
   - Release of new *Clinical Practice Guidelines for the Management of Cancer Pain in Adults and Children* by the American Pain Society

➢ Issued a national news release regarding the ASPI's endorsement of new *Clinical Practice Guidelines for the Management of Cancer Pain in Adults and Children*, published by the American Pain Society in 2005.

➢ Provided SPI volunteers and ACS staff with key messages and talking points to incorporate in media outreach products.

➢ Assisted ACS staff in developing a message platform on prescription pain medicine abuse and cancer pain management for use by ACS communications and government relations staff.

➢ Sponsored media trainings in 2004, 2005, and 2006 that provided resources and hands-on training to 185 SPI volunteers and ACS staff to raise awareness of the pain problem.

2. **Did the project encounter internal or external challenges? How were they addressed? Was there something RWJF could have done to assist you?**

Most of the activities that were outlined in the Partnership Work Plan **(Appendix C)** were not completed because of the resignation of a key member of the Executive Team charged with implementation of the Work Plan and the reorganization of the National Home Office. For example, we were unable to bring the CEOs from all of the Divisions together in order to assure that symptom control was included in every Division's strategic plan. We were not able to work to assure that every ACS staff member and volunteer received basic information about the prevalence and impact of pain in persons with cancer. However, the Advocacy Tool Kit was created and distributed to advocacy staff; as outlined above, Matt Bromley was able to accomplish a great deal in the public policy arena. But it was not possible to address the other strategies because of the change in staffing priorities at the National Home Office. The ASPI determined to use other strategies as described above to assure continued collaboration with the ACS.

6

3.  **Have there been other sources of support?**

    **None specifically directed toward achieving the goals of the project.**

4.  **What lessons did you learn from undertaking this project?**

    The challenges involved in achieving the goals of this project have been outlined above. Because of significant organizational changes at the ACS National Home Office and the loss of key individuals, pain and palliative care have not been priorities for any specific department or individual since the initial year of the project. But in the fall of 2005, under the leadership of Rebecca Kirch, Associate Director of Policy, pain emerged as a major priority for the National Government Relations Department. She is committed to working with staff at the National Home Office to encourage them to make pain and palliative care a priority in their work. She has also made collaboration with the ASPI a personal priority. Her energy and commitment to the issue bode well for future collaborations. However, in November of 2006, The National Board of Directors of ACS articulated a new goal that is specifically directed at improving state grades on the PPSG report card. That new pain control objective provides major opportunities and challenges for collaborations between the ACS, State Pain Initiatives and the ASPI.

    We have learned how difficult it is to have a productive collaboration with a very large organization with an ever changing organizational structure as well as changing priorities.

5.  **What impact do you think the project has had to date? Who can be contacted a few years from now to follow up on the project?**

    We sincerely believe the project has brought and kept ACS "at the table." Although ACS has shifted its priorities and is now focused very specifically on advocacy issues, we believe that the importance of pain management is recognized within the organization and that future champions will broaden the scope of its involvement. This project has helped to make pain management a priority among many staff and volunteers who work at the Divisional and state level. It has increased their awareness and passion to continue to work in the area even without specific direction from the National Home Office. Contact the PI for follow up.

6.  **What are the post-grant plans for the project if it does not conclude with the grant?**

    ASPI and the State Pain Initiatives will continue to work with ACS at many levels. We plan in particular to implement model programs that build upon the information that emerges from the PPSG's analysis of state laws and regulations. The NGRD has indicated its interest in working with us to ensure we use the knowledge obtained to influence clinical practice. Our ability to continue a productive collaboration with ACS at any level will be dependent on our ability to generate funding to support our efforts. We can not generate any concrete plans unless we can identify a resource base.

7

7. **With a perspective on the entire project, what have been its key publications and national/regional communications activities? Did the project meet its communications goals?**

The key publications for the project are the monthly electronic newsletter and website. The ASPI's E-Newsletter is distributed to 1,009 State Pain Initiative participants, and leaders in health care practice, policy and research, including 47 American Cancer Society national office staff and division leaders who were added to the recipient list during the life of the grant. Visits to the project's website nearly doubled from an average of 6,775 visits per month in the first year of the grant, to an average of 12,660 visits per month during the final year of the grant period.

The electronic newsletter and website have helped accomplish the project's communications goal of increasing awareness of the ASPI and the collaborative programs of the ASPI, the individual State Pain Initiatives and the American Cancer Society.

8

MDL_RWJF_0000010

Route 1 & College Road East  P O Box 16
Princeton, New Jersey 08543 2316
Tel  877 843 RWJF (7953)
www rwjf org

*EOL*

April 19, 2007

June L  Dahl, Ph.D
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI  53706-1510

**Robert Wood Johnson Foundation**

**SEE SURPLUS FOR
GRANT PRODUCT**

Dear Dr. Dahl.

I am writing in reference to your Robert Wood Johnson Foundation grant identified below.  We have received your final narrative report. Having previously acknowledged receipt of your final financial report, we are issuing a payment for this grant which has now been completed

| | |
|---|---|
| I.D.: | 043940 - Targeted End-of-Life Projects Initiative |
| Amount. | $421,800 |
| Purpose | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| Project Information | Grant Period. March 1, 2002 through December 31, 2006 |
| | Project Director: June L Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc edu) |

A copy of the narrative report has been forwarded to your program officer, who will contact you directly with any questions or comments.  The Foundation engages writers to produce Grants Results reports on most of its recently closed grants and national programs.  Details on your expected participation are located at *www rwjf org/files/publications/RWJF_EndGrantSummaries pdf*

Your final financial report indicates that, as of December 31, 2006, you have had cumulative expenditures of $417,125.  The Foundation has remitted payments to date totaling $393,132, leaving you a cash deficit of $23,993  Enclosed with a copy of this letter to Janice H. Kalvin is our final payment in the amount of $23,993

This completes your financial reporting obligations for this grant  We are glad we were able to work with you in this important endeavor toward improving health and health care for all Americans

Sincerely,

*Thomas Rauen*

Thomas Rauen
Program Financial Manager

TR . tjr
Enclosure
cc: Janice H. Kalvin
    Michelle A. Larkin, R.N., M S.

University of Wisconsin
SCHOOL OF MEDICINE
AND PUBLIC HEALTH

Department of Pharmacology

**RECEIVED by:**

**MAR 2 6 2007**

March 21, 2007

Ashley Ranji
Grants Administrator
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

RE: Grant #043940

Dear Ms. Ranji,

Enclosed please find the Alliance of State Pain Initiatives' (ASPI), formerly the
American Alliance of Cancer Pain Initiatives (AACPI), final progress report for the grant
entitled *Making Pain Relief a Reality through National Visibility and Partnership with
the American Cancer Society*. If you have any questions regarding this request, please
contact Marty Skemp Brown at mmskemp@wisc.edu or 608-265-9173.

We thank you for your support of this project and our efforts to improve pain
management through collaboration with the American Cancer Society.

Sincerely,

June L. Dahl

June L. Dahl, PhD
Principal Investigator

Reviewed (TR 4-18-07

Cc:  Michelle Larkin, RWJF

University of Wisconsin
SCHOOL OF MEDICINE
AND PUBLIC HEALTH

Department of Pharmacology

**RECEIVED by:**

MAR 2 6 2007

_____

March 21, 2007

**FINAL NARRATIVE REPORT**
*Making Pain Relief a Reality through National Visibility and Partnership with the American Cancer Society*
**RWJ Grant ID #043940**
March 1, 2002– June 30, 2006
**Grant Total**:  **$421,800**

Contact:

June L. Dahl, PhD
Principal Investigator
University of Wisconsin-Madison
School of Medicine and Public Health
1300 University Avenue, Room 4720
Madison, WI  53706
(608) 265-4012
jldahl@wisc.edu

1. **What measurable goals did you set for this project and what indicators did you use to measure your performance? To what extent has your project achieved these goals and levels of performance?**

The goal of this project was to promote improvements in the management of cancer pain through collaborations between the Alliance of State Pain Initiatives (ASPI), formerly the American Alliance of Cancer Pain Initiatives (AACPI), and the American Cancer Society (ACS). We proposed: 1) to develop and implement specific strategies to maximize the potential for collaboration between the two organizations and individual State Pain Initiatives (SPIs) based in part on recommendations that emerged from a planning meeting held in February 2001 and 2) to develop and implement a comprehensive strategy to use the media to increase awareness of the goals and objectives of the ASPI and the positive collaborative programs of the ASPI, individual SPIs and the ACS.

The ACS and the ASPI are logical allies in the movement to diminish the burden that pain places on cancer survivors; there are many ways in which the unique strengths of the two organizations complement one another. The State Pain Initiatives bring expertise about pain control, access to health care professionals and a passion for providing relief of suffering. The ACS can bring in-kind services, fund-raising expertise, an understanding of how to set up and conduct meetings as well as advocacy expertise.

*Goal One: Develop and implement specific strategies to maximize the potential for collaboration between the two organizations and individual State Pain Initiatives (SPIs) based in part on recommendations that emerged from a planning meeting held in February 2001*

Collaborations became a reality when the Board of Directors of the American Cancer Society articulated a Quality of Life Goal for 2015 and adopted a nationwide objective for pain management as part of its revised strategic plan. The Board's stated goal was "to provide appropriate care for the control of pain based upon an appropriate care plan using uniform standards of care for 90% of cancer survivors." While that phraseology may be difficult to understand, it did mean that the ACS had made pain management a priority within its quality of life goal and that was a major step forward. The strategic plan for Achieving the ACS Nationwide Pain Management Objective, developed in August 2000, identified nine broad areas of action to reduce the burden of pain for cancer survivors and their families. The plan provided specific recommendations to reduce that burden through collaboration with the SPIs **(Appendix A)**. In February 2001, through the generous support of the Robert Wood Johnson Foundation, the ASPI convened a meeting with ACS representatives to discuss already successful models of ACS-ASPI collaboration and to set the stage for future collaborations between the two organizations.

**In June 2002, the ASPI and ACS officially launched a program to build a National/Divisional/State Partnership between the ASPI/SPIs and the ACS for the purpose of utilizing the unique strengths of each organization to reduce the burden of pain for cancer survivors and their families (Appendix B)**. A National Partnership

2

Planning Meeting held in Atlanta, GA on May 9-10, 2002 recommended the creation of a National Task Force to oversee the activities and progress of the Partnership Plan and evaluate its accomplishments. An Executive Team made up of Pat Schifflet and Venus Chapman from the National Home Office of the ACS in Atlanta and Mary Bennett and June Dahl from the ASPI created a Partnership Work Plan and began to implement that plan in the Fall of 2002 (**Appendix C**). Mary Bennett was named the ASPI's official Liaison to the ACS.

Unfortunately, there was significant restructuring of the National Home Office of the ACS shortly thereafter. There were resignations and reassignments of key personnel that prevented continued work on the components of the Partnership Work Plan. Pat Schifflet's move to the Centers for Disease Control was particularly devastating because of her intimate knowledge of the ACS infrastructure and her contacts with key divisional personnel. While the National Home Office retained pain as a priority within the quality of life arena, no individual was named to replace Pat Shifflet so no one at ACS was assigned responsibility for the Partnership Work Plan.

Nevertheless, the ASPI continued its partnerships at the state and divisional levels and nurtured collaborations between SPIs and the ACS as is described below. In June 2004, an ACS/ASPI Field Council was formed to provide a vehicle for continued communication and collaboration among state and Divisional ACS staff who had made pain management a priority in their work in spite of the lack of leadership from the National Home Office. While the Field Advisory Council is no longer operative, it did hold regular conference calls and face-to-face meetings in 2005 and 2006. We were told that the Council gave ACS staff with a passion for the pain issue a sorely lacking forum for collegiality. The Council created opportunities for the ACS staff to connect not only with each other, but also with those involved with State Pain Initiatives. One ACS staff member told us:

> "together, we worked through the best mechanisms for how to garner more support for the issue from within ACS, and we DID IT! I can't tell you the number of times in the past six years that I left national ACS meetings heartsick and discouraged believing that ACS national would just never get how important this issue is. Because of the Alliance and its support of the Field Advisory Council, pain is not only on the radar screen, it is a national metric. While it seems that the scorecard is the sole focus (that is discussed below) and, honestly, for a while it will be, we have our foot in the door and I am certain this will eventually spread to include all the factors important to improving pain care. I also believe there are many positives for which we need to give the Alliance (and obviously the Robert Wood Johnson Foundation that funded this effort) huge credit. **My simplistic understanding of the grant's intent was to find ways to bring ACS to the table on pain. The Alliance accomplished that in spades."**

In the past year, the focus of ACS activity in the Quality of Life arena has moved to the National Government Relations Department (NGRD) in Washington, DC. Building on the Cancer Pain Management Advocacy Toolkit produced by the Society in 2003,

3

MDL_RWJF_0000010

Rebecca Kirch and David Woodmansee of the NGRD, have been working with the Society's National Home Office in Atlanta and many staff in ACS divisions across the country, along with external partners like the ASPI to make cancer pain control a priority area for ACS advocacy action in the states. As a beginning, the Society partnered with the Lance Armstrong Foundation and Susan G. Komen Breast Cancer Foundation in funding a three-year grant to the Pain & Policy Studies Group at the University of Wisconsin (PPSG) to produce three annual Pain Policy Progress Report Cards, the first of which was released in September 2006 to coincide with Pain Awareness Month.

This report card evaluates pain policies in all 50 states and DC, applying 16 criteria to identify policy language that can either enhance or impede patient pain relief and grading each state between A and F depending on their policies' degree of balance.  This evaluation provides a useful baseline for the ACS to measure progress.  In August 2006, the ACS Quality of Life Ends committee decided to make pain control a new 2015 objective; in November 2006, the National Board of Directors approved a new Pain Control Nationwide Objective geared to improve state pain policy and practice across the nation. **Their specific goal is to improve state pain policy and practice across the nation as reflected by the grades on the PPSG Report Card**.  The new goal is for all 50 states and DC to get a "B" or higher by 2015 and for ten of those states to get an "A." In the Society's view, receiving an "A" grade will require more than just fixing the policy; they must also work together to ensure balanced policies are *applied* to help fix the problem by influencing pain practice and care.  This obviously represents a change in focus from the components of the program launched in June 2002 which involved a partnership among the ASPI/SPIs and the ACS.

In spite of the change in focus of the ACS at the national level, there continue to be very productive interactions at the state and Divisional level.

➤ ACS Divisions have continued to provide staff support for several State Pain Initiatives including Northern California, Connecticut, Massachusetts, New Hampshire, New Jersey, New York, Texas and Vermont.  Staff of the Great West Division supported the establishment of an Initiative in Montana and sparked activity in Wyoming. ACS also provided in-kind support to the Initiatives in North and South Carolina as well as Florida.  The South Atlantic Division provided $5,000 grants to each of the State Pain Initiatives in that geographic region.  For several years, the Pennsylvania Division provided funding for staff services to the Pennsylvania Pain Initiative; that support ended in the summer of 2006.
➤ For years, several states within the various Divisions of the ACS have taken the lead, both independently and collaboratively through their involvement with their SPI to develop their state's Cancer Control Plan.

4

- Many ACS staff participated in meetings held by the ASPI. For example, as summarized below, ACS staff members were well represented at two Advocacy Training Programs and a Fund-Raising Training Session sponsored by the ASPI.
- A large number of ACS staff members have attended the Annual Meetings of the ASPI. They have participated in workshops on building and sustaining State Pain Initiatives and integrating pain and palliative care into State Cancer Control Plans.
- The ASPI/ACS National Pain Field Council held quarterly conference calls and also in-person meetings at the ASPI national meetings in St. Louis in June 2005 and again in Phoenix in June 2006. The Field Council strengthened the collaboration between the two organizations by providing a venue for ACS staff who are coordinating a State Pain Initiative to come together to share successes, address challenges, and strategize effective ways to build and sustain partnerships. **There has been no other forum that brings ACS staff together to dialog on any issues.**
- The ACS NHO has provided unrestricted educational grants in the amount of $15,000 in each of the past three years to support the national meeting of the ASPI.
- The ASPI provided funding, technical support and faculty for the ACS Texas Cancer Pain Initiative for planning the Texas Pain Summit held in September 2006.
- ASPI staff provided technical support to Divisions, to individual State Pain Initiatives that are housed within the ACS, as well as to the National Government Relations Department. As discussed below, this support included the provision of analysis and advice about policy issues, editorial comment about documents being prepared by the ACS, as well as assistance with working with the media.
- Site visits by ASPI staff were made to New York, the District of Columbia, New Hampshire, the Carolinas and Arizona.
- The ACS released *Cancer Facts and Figures 2007* which features a special section on cancer-related pain. The PI provided feedback on several drafts of the document that was under development during much of 2006.

In spite of the lack of a formal collaborative agreement, SPIs within some ACS Divisions have been very active and effective in providing patient and healthcare professional education on cancer pain and disseminating materials, participating in practice change programs, producing a pain pocket tool guide for practitioners, hosting statewide pain summits, creating task forces and advisory councils in the state, pressing for pain control to be part of state Cancer Control Plans, testifying at pain related hearings, and advocating to improve state pain policies while also preventing harmful ones from gaining traction. The States have not waited for direction from the National Home Office to initiate critical action steps.

*Goal Two: Develop and implement a comprehensive strategy to use the media to increase awareness of the goals and objectives of the ASPI and the positive collaborative programs of the ASPI, individual SPIs and the ACS*

5

There have also been significant accomplishments within the framework of the second major goal directed at enhancing media and public relations activities.  Only the highlights are listed here, but tangible examples of the work are provided in **Appendix D**.

➢ Provided media outreach tool kits to SPI volunteers and ACS staff that included template news releases, talking points, and sample letters-to-the-editor to capitalize on the following national media events and opportunities:
  - Release of the Pain and Policy Studies Group state pain policy evaluation and report cards in 2003 and 2006.
  - Recognition of September Pain Awareness Month
  - Release of the Federation of State Medical Boards' *Model Policy for the Use of Controlled Substances for the Treatment of Pain*
  - Release of new *Clinical Practice Guidelines for the Management of Cancer Pain in Adults and Children* by the American Pain Society

➢ Issued a national news release regarding the ASPI's endorsement of new *Clinical Practice Guidelines for the Management of Cancer Pain in Adults and Children*, published by the American Pain Society in 2005.

➢ Provided SPI volunteers and ACS staff with key messages and talking points to incorporate in media outreach products.

➢ Assisted ACS staff in developing a message platform on prescription pain medicine abuse and cancer pain management for use by ACS communications and government relations staff.

➢ Sponsored media trainings in 2004, 2005, and 2006 that provided resources and hands-on training to 185 SPI volunteers and ACS staff to raise awareness of the pain problem.

**2. Did the project encounter internal or external challenges? How were they addressed? Was there something RWJF could have done to assist you?**

Most of the activities that were outlined in the Partnership Work Plan **(Appendix C)** were not completed because of the resignation of a key member of the Executive Team charged with implementation of the Work Plan and the reorganization of the National Home Office.  For example, we were unable to bring the CEOs from all of the Divisions together in order to assure that symptom control was included in every Division's strategic plan. We were not able to work to assure that every ACS staff member and volunteer received basic information about the prevalence and impact of pain in persons with cancer. However, the Advocacy Tool Kit was created and distributed to advocacy staff; as outlined above, Matt Bromley was able to accomplish a great deal in the public policy arena. But it was not possible to address the other strategies because of the change in staffing priorities at the National Home Office. The ASPI determined to use other strategies as described above to assure continued collaboration with the ACS.

6

3. **Have there been other sources of support?**

   **None specifically directed toward achieving the goals of the project.**

4. **What lessons did you learn from undertaking this project?**

   The challenges involved in achieving the goals of this project have been outlined above. Because of significant organizational changes at the ACS National Home Office and the loss of key individuals, pain and palliative care have not been priorities for any specific department or individual since the initial year of the project.  But in the fall of 2005, under the leadership of Rebecca Kirch, Associate Director of Policy, pain emerged as a major priority for the National Government Relations Department.  She is committed to working with staff at the National Home Office to encourage them to make pain and palliative care a priority in their work.  She has also made collaboration with the ASPI a personal priority.  Her energy and commitment to the issue bode well for future collaborations.  However, in November of 2006, The National Board of Directors of ACS articulated a new goal that is specifically directed at improving state grades on the PPSG report card.  That new pain control objective provides major opportunities and challenges for collaborations between the ACS, State Pain Initiatives and the ASPI.

   We have learned how difficult it is to have a productive collaboration with a very large organization with an ever changing organizational structure as well as changing priorities.

5. **What impact do you think the project has had to date? Who can be contacted a few years from now to follow up on the project?**

   We sincerely believe the project has brought and kept ACS "at the table."  Although ACS has shifted its priorities and is now focused very specifically on advocacy issues, we believe that the importance of pain management is recognized within the organization and that future champions will broaden the scope of its involvement.  This project has helped to make pain management a priority among many staff and volunteers who work at the Divisional and state level.  It has increased their awareness and passion to continue to work in the area even without specific direction from the National Home Office.  Contact the PI for follow up.

6. **What are the post-grant plans for the project if it does not conclude with the grant?**

   ASPI and the State Pain Initiatives will continue to work with ACS at many levels.  We plan in particular to implement model programs that build upon the information that emerges from the PPSG's analysis of state laws and regulations.  The NGRD has indicated its interest in working with us to ensure we use the knowledge obtained to influence clinical practice.  Our ability to continue a productive collaboration with ACS at any level will be dependent on our ability to generate funding to support our efforts.  We can not generate any concrete plans unless we can identify a resource base.

7

7. **With a perspective on the entire project, what have been its key publications and national/regional communications activities? Did the project meet its communications goals?**

The key publications for the project are the monthly electronic newsletter and website. The ASPI's E-Newsletter is distributed to 1,009 State Pain Initiative participants, and leaders in health care practice, policy and research, including  47 American Cancer Society national office staff and division leaders who were added to the recipient list during the life of the grant.  Visits to the project's website nearly doubled from an average of 6,775 visits per month in the first year of the grant, to an average of 12,660 visits per month during the final year of the grant period.

The electronic newsletter and website have helped accomplish the project's communications goal of increasing awareness of the ASPI and the collaborative programs of the ASPI, the individual State Pain Initiatives and the American Cancer Society.

8

College Road East
Princeton New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www.rwjf.org



Robert Wood Johnson Foundation

March 19, 2007

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI 53706-1494

Dear Ms. Kalvin:

I am writing in reference to your Robert Wood Johnson Foundation grant. We have received your final financial report for the grant identified below. We look forward to receiving your final narrative report by March 30, 2007.

| I.D.: | 043940 - Targeted End-of-Life Projects Initiative |
|---|---|
| Amount: | $421,800 |
| Purpose: | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| Project Information. | Grant Period: March 1, 2002 through December 31, 2006 |
| | Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

Your final financial report indicates that, as of December 31, 2006, you have had cumulative expenditures of $417,125. The Foundation has remitted payments to date totaling $393,132, leaving you a cash deficit of $23,993. Once your final narrative report is received, we will release your final payment

Sincerely,

A. Ranji

Ashley Ranji
Grants Administrator

AR: ar
cc: June L Dahl, Ph.D.
    Michelle A. Larkin, R.N., M.S.



THE UNIVERSITY
*of*
**WISCONSIN**
MADISON

**RECEIVED by:**
~~MAR~~ 5 2007

## OFFICE OF RESEARCH AND SPONSORED PROGRAMS 2007

February 22, 2007

FEB 27 2007

~~Betty A. Dixon~~ A. Ranji
Grants Administrator
Robert Wood Johnson Foundation
P.O. Box 2316
Princeton, NJ  08543

In reply, please refer to
UW Acct #133-ER82

RE:  Grant # 43940

Dear Ms. Dixon:

Enclosed is the final Financial Report on the above-referenced grant award for the period July 1, 2006 through December 31, 2006 under the direction of June Dahl in the Department of Pharmacology at the University of Wisconsin - Madison.  As the report indicates this award has been spent in full.

 If you have any questions please call me at (608) 262-0250.

Thank you for your support of this project.

Sincerely,

Shelly A McCollough
Accountant

Enclosure

Cc:    June Dahl - Pharmacology
       Marty Skemp - Pharmacology
       Med School Fiscal Svcs
       File

21 N. Park Street, Suite 6401
Madison, WI  53715-1218

Phone 608/262-3822
Fax 608/262-5111
http://www.rsp.wisc.edu

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone  (609) 452-8701 Fax  (609) 452-9564
**FINAL REPORT**
**UW Account #133-ER82**

**43940**  National initiative to promote improved cancer pain management through collaboration with the American Cancer Society

Project Director  June L  Dahl
Fiscal Officer  Robert C  Andresen (608-262-2896)
Program Officer  Michelle A  Larkin
Senior Officer  Rosemary Gibson
Grants Administrator  Karen O  Rowden
Grants Administrative Assistant  Lol Johnston-Domer
Communications Officer  Paul Tarini

**Grantee: University of Wisconsin/School of Medicine and Public Health**
**Budget Period:**    03/01/2006 to 12/31/2006
**Grant Period:**    03/01/2002 - 12/31/2006

**Budget for Period:  5**          **Reporting Periods: 1 to 2**
Revised: 10/30/2006 Lola Johnston-Domer

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/06 - 06/06 | Period 2 07/06 - 12/06 | Total | Variance | Pct. |
|---|---|---|---|---|---|---|
| **PERSONNEL** | | | | - | - | |
| Principal Investigator | 5,602 00 | 2,986 75 | 2,615 37 | 5,602 12 | (0 12) | 0% |
| ACS Liason | 1,357 00 | - | 1,356 59 | 1,356 59 | 0 41 | 0% |
| Initiatives Coordinator | 8,154 00 | 8,154 54 | - | 8,154 54 | (0 54) | 0% |
| Grant Manager | 2,456 00 | 2,226 44 | 228 80 | 2,455 24 | 0 76 | 0% |
|    **Personnel Subtotal** | 17,569 00 | 13,367 73 | 4,200 76 | 17,568 49 | 0 51 | 0% |
| | | | | | | |
| **OTHER DIRECT  COSTS** | | | | | | |
| Supplies | 177 00 | 143 39 | 35 77 | 179 16 | (2 16) | -1% |
| Telephone | 37 00 | 36 50 | - | 36 50 | 0 50 | 1% |
| Postage | 4 00 | 3 84 | - | 3 84 | 0 16 | 4% |
| Travel | 186 00 | 186 00 | - | 186 00 | - | 0% |
|    **OTHER DIRECT COSTS** | 404 00 | 369 73 | 35 77 | 405 50 | (1 50) | 0% |
| | | | | | | |
| **INDIRECT COSTS** | 1,618 00 | 1,236 37 | 380 64 | 1,617 01 | 0 99 | 0% |
| | | | | | | |
| **Grand Total** | **19,591.00** | **14,973.83** | **4,617.17** | **19,591.00** | **-** | **0%** |

AMR
3/16/07

*for* Barbara J. Keenan
Robert C  Andresen
Assistant Director, Post Award Services

**FINANCIAL REPORT**

**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

---

**043940** National initiative to promote improved cancer pain management through collaboration with the American Cancer Society
**EOL** Targeted End-of-Life Projects Initiative
**University of Wisconsin School of Medicine and Public Health**
**Budget Period:** 03/01/2006 to 12/31/2006
**Project Period:** 03/01/2002 to 12/31/2006

**Budget for Period.** 5     **Reporting Periods.** 1 to 2
**Revised:** 03/15/2007 Francine Belardo

| | |
|---|---|
| Project Director : | June L  Dahl          608-262-0978 |
| Financial Officer: | Janice H  Kalvin     608-262-0252 |
| Program Officer: | Michelle A  Larkin |
| Senior Officer: | Rosemary Gibson |
| Grants Administrator: | Ashley Ranji |
| Grants Administrative Assistant: | Francine Belardo |

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/06-06/06 | Period 2 07/06-12/06 | Total | Variance | Pct |
|---|---|---|---|---|---|---|
| **PERSONNEL** | | | | | | |
| Principal Investigator | 5,602 | 2,987 | 2,615 | 5,602 | | 100 |
| ACS Liaison | 1,357 | | 1,357 | 1,357 | | 100 |
| Initiatives Coordinator | 8,154 | 8,155 | 0 | 8,155 | -1 | 100 |
| Grant Manager | 2,456 | 2,226 | 229 | 2,455 | 1 | 100 |
| **PERSONNEL TOTAL** | **17,569** | **13,368** | **4,201** | **17,569** | | **100** |
| | | | | | | |
| **OTHER DIRECT COSTS** | | | | | | |
| Supplies | 177 | 143 | 36 | 179 | -2 | 101 |
| Telephone | 37 | 36 | 0 | 36 | 1 | 97 |
| Postage | 4 | 4 | 0 | 4 | | 100 |
| Travel | 186 | 186 | | 186 | | 100 |
| **OTHER DIRECT COSTS TOTAL** | **404** | **369** | **36** | **405** | **-1** | **100** |
| | | | | | | |
| **INDIRECT COSTS** | 1,618 | 1,236 | 381 | 1,617 | 1 | 100 |
| **INDIRECT COSTS TOTAL** | **1,618** | **1,236** | **381** | **1,617** | **1** | **100** |
| **Grand Total** | **19,591** | **14,973** | **4,618** | **19,591** | **0** | |

MDL_RWJF_0000010

43940 1/3

EOL



UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL

April 29, 2004


Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ 08543-2316


RE: Grant #043940

Dear Ms. Kounelias,

Enclosed please find the progress report and budget revision for year two of the grant entitled *Making Pain Relief A Reality Through National Visibility and Partnership With the American Cancer Society*. The budget report includes the approved year three extension. The carry over is a reflection of support from other funds to various line items in year two. An explanation of year three activities in included in the progress report.

If you have any questions regarding this request, please contact Marty Skemp Brown at mmskemp@wisc.edu or 608-265-9173.

Thank you for your consideration of this request and your continued support of our efforts to improve pain management through collaboration with the American Cancer Society.

Sincerely,

June L. Dahl, PhD
Principal Investigator


Cc: Mary Koscielniak. RSP
   Michelle Larkin, RWJF


---

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

**ANNUAL GRANT REPORT: YEAR TWO**
March 1, 2003 – February 28, 2004

**MAKING CANCER PAIN RELIEF A REALITY
THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE
AMERICAN CANCER SOCIETY**

GRANT # 043940

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI 53706
(608) 265-4014

MDL_RWJF_0000010

**1. What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?**

The overall goal of this grant is to improve cancer pain management by building the collaboration between the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS). To achieve this goal, we:

- Highlighted the collaboration at the 13th Annual Meeting of the AACPI held from June 12-14, 2003 in Pasadena, CA. ACS staff and volunteers comprised the largest delegation from any of the organizations with which AACPI collaborates.
- Susan Richter, RN, MA Vice President for Patient Services, New England Division American Cancer Society, received the AACPI Distinguished Service Award in recognition of her outstanding commitment to the AACPI/ACS collaboration and pain management improvement efforts.
- A workshop focused on the successes of the collaboration was moderated by Mary Bennett, MFA; Susan Richter, Jennifer Strickland, PharmD, BCPS, President, Florida Pain Initiative, Letitia Thompson, Senior Vice President of Systems, Mid-South Division American Cancer Society served as faculty.
- Worked with the Eastern Division of the American Cancer Society to plan for the AACPI's 15th Annual Meeting, which will be held June 17-19, 2004 in New Brunswick, New Jersey. The National Home Office (NHO) of the ACS has given $15,000 to support this meeting. ACS will be recognized as a primary collaborator at the luncheon meeting on June 18th. Throughout the meeting, various presentations will again illustrate successful examples of the collaboration on a state/divisional level.
- Promoted the ACS/AACPI collaboration at a number of national meetings: the American Society of Pain Management Nurses, the Association of Oncology Social Workers, the Intercultural Cultural Council, the Initiative to Improve Palliative Care for African Americans, Native American/Alaska Natives Cancer Survivors & Thrivers, the Oncology Nursing Society and Rallying Points.

Continued to provide consultation and resources to enable the ACS Divisions to engage in programs to improve the management of pain

- Provided these consultation and resources to 38 states.
- Made site visits to 21 states to facilitate the building of the collaboration.
- Provided specific assistance with the planning, facilitation and follow-up from meetings of key stakeholders involved in Initiative revitalization in seven states (Northern California, District of Columbia, Kentucky, Mississippi, New York, Tennessee and Washington-Alaska).
- Planned a meeting of ASC staff from Divisions and local units who are working in collaboration with their State Cancer Pain Initiatives (CPIs) that is to be held April 22-23, 2004. Goals of the meeting are to: strengthen the ACS/AACPI collaboration, launch an ACS/CPI Pain Advisory Field Council; and provide a venue for ACS staff who are coordinating/supporting a State Pain Initiative to: share successes and resources, problem solve challenges, strategize effective ways to build and sustain partnership efforts,

2

MDL_RWJF_0000010

identify methods to support and encourage other pain management improvement efforts by other ACS Divisions.
- Promoted inclusion of pain management in State Comprehensive Cancer Control Plans. Assessed existing cancer control plans for inclusion of pain assessment and management. Provided links between state initiatives and their state control plan committees. Encouraged state initiatives and ACS to include pain assessment and management in plans.

Engaged in dialog with key staff at the ACS National Home Office.

- Met with Dr. Jerome Yates of the ACS to develop a better understanding of how we might work together. As a result of this contact, Dr. Yates provided $20,000 for a research study in Virginia (a collaboration of the Virginia Cancer Pain Initiative and other organizations) to evaluate the impact of a new Prescription Monitoring System on pain management practices.
- Continued to work with Bonnie Teschendorf, PhD, Director, Quality of Life (QOL) Science, who provides education and resources to ACS/Pain Initiatives about current concepts in QOL.  In addition, ACS/Pain Initiatives are using the resource she previously created for writing goals, objectives and meaningful outcomes and strategies for the improvement of pain management.
- Monitored teleconference calls/training sessions moderated by Venus Chapman of the NHO.
- Continued to work with the ACS national government relations staff to provide resources for advocacy efforts at both the state and federal level that involve pain management.

Created and began implementation of a strategic plan to leverage the commitment of the ACS National Board to promote the partnership to improve pain management.

- Developed a plan with Dr. Reginal Ho, Past-President of ACS National Board to promote the continuation of pain as an ACS national priority.  The plan includes: meeting individually (or via phone) with ACS national leadership to discuss this issue; requesting prominent representatives of AACPI/CPIs to advocate with ACS National Board members and ACS/NHO staff; requesting state/division ACS/CPI collaborators educate their National Board members about  the importance of the issue and about the exemplary work that has been accomplished as a result of the AACPI/ACS collaboration; encouraging the development of an ACS National Board Committee to oversee, evaluate and advocate for the activities  and progress of the collaboration at the national level. (The ACS National Board and National Home Office will complete their prioritization process by June, 2004.  At that time, the impact of our efforts in this area will become evident.  This is critical to building and sustaining these efforts as it has implications for funding and other resource allocations.  Model Projects have been developed for duplication by Pain Initiatives, but are dependent on the availability of funds.)

3

**2. What, if any, proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.**

We proposed to develop a national public awareness plan that would include media outreach resources for ACS Divisions, an increase in cancer pain management topics for the Radio News Service of the ACS, public service announcements, and patient-focused brochures/pamphlets. It is unlikely that a comprehensive national public awareness campaign on cancer pain issues will be accomplished under this project because of the extraordinary costs involved. Therefore, we have shifted our focus from a national public awareness campaign to state based campaigns through the *Power Over Pain* public awareness project, which the AACPI co-sponsors with the American Pain Foundation. The State Pain Initiatives involved in this project have successfully worked with their respective ACS states/divisions to increase public awareness of pain management issues.

In addition, because of the reorganization of the ACS National Home Office, we were unable to implement the strategic action plan, which was outlined in the year one progress report. That plan has been under development for two years.

*Year Three Plans:* We are establishing an ACS/CPI Pain Advisory Field Council to provide an information link to pain initiatives, ACS Divisions, the National Home Office(NHO) of the ACS and the AACPI to encourage the duplication and development of programs (public awareness, quality improvement, regulatory reform) in the states. A mentor program will be developed in which members of the Advisory Field Council will pair with Division staff and others to begin/rebuild Initiatives in states in which they are currently inactive. An advocacy program is being developed in which members of the Advisory Council of the AACPI will contact members of the Board of Directors of the American Cancer Society to assure that quality of life with pain management, as a major goal will remain a focus of the national organization. We will simultaneously develop an advocacy network to work to assure that pain management is a priority within the Strategic Plans of all of the ACS Divisions.

**3. Is there anything else you want to tell RWJF?**

The involvement of many ACS Divisions in efforts to promote more effective pain management through work with state pain initiatives is a strong indication of the success of the collaboration. At the same time, there has not been the staff commitment within the National Home Office to promote pain relief efforts by Divisions that are not currently involved. Nevertheless, the AACPI/ACS collaboration has been critical to the current success of the state pain initiative movement.

**4. What was produced during the reporting period?**

4

# Year Two Budget Report
# & Budget Narrative

### For

## Making Pain Relief A Reality
## Through National Visibility and Partnership
## With the American Cancer Society
### #043940

A proposal to the Robert Wood Johnson Foundation

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

April 2004

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Line Item Budget Summary** ........................................................................ 3

**Line Item Budget - Project Year Two** ...................................................... 4

**Budget Narrative - Project Year Two** ...................................................... 5

   **I. PERSONNEL** ..................................................................................... 5

   **II. OTHER DIRECT COSTS** ............................................................... 6

     Office Operations: ................................................................................. 6

     Project Staff Travel: ............................................................................. 6

   **III. INDIRECT COSTS** ........................................................................ 6

**Line Item Budget – Project Year Three** ................................................... 7

**Budget Narrative - Project Year Three** ................................................... 8

   **I. PERSONNEL** ..................................................................................... 8

   **II. OTHER DIRECT COSTS** ............................................................... 8

     Office Operations: ................................................................................. 8

     Project Staff Travel: ............................................................................. 9

   **III. INDIRECT COSTS** ........................................................................ 9

   **IV. Consultant/Contractual Agreements** ............................................. 9

2

**The Robert Wood Johnson Foundation**

**The Robert Wood Johnson Foundation**

**Line Item Budget Summary**

March 1, 2002– February 28, 2005

### I. Personnel

| Name | Position | *Request Year 1* | *Request Year 2* | *Request Year 3* |
|---|---|---|---|---|
| June Dahl | Principal Investigator | $8,314 | $8,608 | $17,476 |
| Matt Bromley | Media/PR Director | $13,171 | $20,652 | $0 |
| Lisa Lindner White | Communications | $0 | $14,678 | $12,815 |
| Mary Bennett | ACS Liaison | $70,677 | $72,674 | $14,754 |
| | Initiatives Coordinator | $0 | $0 | $0 |
| Marty Skemp Brown | Grant Manager | $5,503 | $5,963 | $12,128 |
| TBA | Project Assistant | $0 | $0 | $32,936 |
| TBA | Student Assistant | $4,720 | $1,595 | $6,005 |
| *Fringe benefits included* | | **$102,385** | **$124,170** | **$96,114** |

### II. Other Direct costs

| | *Year 1* | *Year 2* | *Year 3* |
|---|---|---|---|
| **Office Operations** | | | |
| *Supplies* | $667 | $2,796 | $3,433 |
| *Printing* | $65 | $212 | $5,723 |
| *Telephone* | $791 | $1,120 | $3,677 |
| *Postage* | $34 | $60 | $2,306 |
| *Service Contracts* | $0 | $0 | |
| **Communications** | $18 | $1,190 | |
| **Software** | $0 | $0 | |
| **Equipment less than $5000** | $1,536 | $2,282 | $4,500 |
| **Travel** | $7,652 | $13,089 | $8,109 |
| **Subtotals** | **$10,764** | **$20,749** | **$27,748** |

| | | | |
|---|---|---|---|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual Agreements** | **$0** | **$0** | **$5,040** |
| **V. Indirect Costs** | **$10,183** | **$13,043** | **$11,602** |
| **TOTALS** | **$123,334** | **$157,963** | **$140,503** |

**Three Year Grant Total**       **$421,800**

3

MDL_RWJF_0000010

# Line Item Budget - Project Year Two

Grant Period: (from 03/01/2002 to 02/28/2004)
Budget Period: (from 03/01/2003 to 02/28/2004)

## I. Personnel

| Name | Position | Approved Amount | Revision Request | Proposed Budget |
|------|----------|----------------:|-----------------:|----------------:|
| June Dahl | Principal Investigator (5%)* | $8,878 | ($270) | $8,608 |
| Matt Bromley | Media/PR Director (50%)* | $20,187 | $465 | $20,652 |
| Lisa Lindner | Communications (30%)* | $16,274 | ($1,596) | $14,678 |
| Mary Bennett | ACS Liaison (100%)* | $72,848 | ($174) | $72,674 |
| | Initiatives Coordinator* | $0 | $0 | $0 |
| Marty Skemp | Grant Manager (10%)* | $6,161 | ($198) | $5,963 |
| TBA | Project Assistant (70%)* | $0 | $0 | $0 |
| TBA | Student Assistant** | $1,563 | $32 | $1,595 |
| Fringe benefits (33%*, 2.0%**) | | | | |
| | **Subtotals** | **$125,911** | **($1,741)** | **$124,170** |

## II. Other Direct costs
## Office Operations

| | Approved Amount | Revision Request | Proposed Budget |
|------|----------------:|-----------------:|----------------:|
| *Supplies* | $3,000 | ($204) | $2,796 |
| *Printing* | $212 | $0 | $212 |
| *Telephone* | $2,500 | ($1,380) | $1,120 |
| *Postage* | $0 | $60 | $60 |
| *Service Contracts* | $0 | $0 | $0 |
| **Communications** | $0 | $1,190 | $1,190 |
| **Software** | $0 | $0 | $0 |
| **Equipment Less than $5000** | $2,474 | ($192) | $2,282 |
| **Travel** | $15,000 | ($1,911) | $13,089 |
| **Subtotals** | **$23,186** | **($2,437)** | **$20,749** |

| | Approved Amount | Revision Request | Proposed Budget |
|------|----------------:|-----------------:|----------------:|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual** | **$0** | **$0** | **$0** |
| **V. Indirect Costs (9%)** | **$13,420** | **($377)** | **$13,043** |
| **Totals Year 2** | **$162,517** | **($4,554)** | **$157,963** |

4

MDL_RWJF_0000010

# Budget Narrative - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2005)
Budget Period:  (from 03/01/2004 to 02/28/2005)

## I. PERSONNEL

Salaries are increased by 1% over adjusted year one salaries.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society.  The overall goal is to use the strengths of the state cancer pain initiatives to facilitate the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with special emphasis on pain management. She will review and edit materials and serve as a participant for any conferences needed to facilitate the goals of the proposal.  As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe for Years Two and Three.

Mary Bennett, TBA, 100%
Work in collaboration with staff in the National Office of the American Cancer Society (ACS) to create and implement a national strategic plan for collaboration between the ACS, the American Alliance of Cancer Pain Initiatives (AACPI) and its member state initiatives. The objective of such collaboration is to facilitate achievement of the ACS's 2015 Goal to improve the quality of life for persons with cancer, with special emphasis on pain management.  This person will subsequently work with ACS staff and AACPI to create measurable objectives for evaluating the success of the collaboration as determined by reduction of the burden that pain places on cancer survivors. We request 100% of her salary in Year Two and 20% in Year Three.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for Year Two and 20% in Year Three.

Communications, Lisa White, BA, 30%
Ms. Lindner maintains a communication system related to all AACPI projects including email, list serves, and a web site.  She also maintains a comprehensive database, and maintains multiple E-Newsletters which highlight collaborative activities between CPIs and ACS. Ms. Lindner will also assist Mr. Bromley in communication activities. We request 30% of her salary in Years Two and Three.

Student, TBA, 25%
The student assistant will assist the team grant team members in general office duties including reception, filing, mailing and mailings. We request 35% of a student position in Year Three.

5

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $6,472 | 33% | $2,136 |
| Media/PR | $15,528 | 33% | $5,124 |
| Communications | $11,036 | 33% | $3,642 |
| ACS Liaison | $54,642 | 33% | $18,032 |
| Grant Manager | $4,483 | 33% | $1,480 |
| Student Assistant | $1,556 | 2.5% | $39 |
| | | **Total Fringe** | **$30,453** |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – We spent $2,796 on supplies in Year Two and request the remaining $204 be allocated to Year Three travel.

*Printing* – We spent $212 on printing in Year Two.

*Telephone* – We spent $1,120 on phone service in Year Two and request that of the reaming $1,380, $60 be allocated to postage in Year Two and $1,320 be allocated to Year Three travel.

*Postage* – We spent $60 on postage in Year Two. Since we did not have any money budgeted for postage, we ask that $60 from the telephone budget be allocated to cover this cost.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. Many of the trips taken in Year Two were covered by other sources. We spent $13,089 on travel for the ACS Liaison to meet with ACS and Initiative representative for consultation. We request that the remaining $1,911 be carried over to Year Three travel.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% for a total of $13,043.

MDL_RWJF_0000010

**The Robert Wood Johnson Foundation**

**Line Item Budget – Project Year Three**

Grant Period:  (from 03/01/2002 to 02/28/2005)

Budget Period:  (from 03/01/2004 to 02/28/2005)

**I. Personnel**

| Name | Position | *Approved* | *Revision Request* | *Proposed Budget* |
|------|----------|-----------|--------------------|-------------------|
| June Dahl | Principal Investigator (10%)* | $17,476 | $0 | $17,476 |
| Mary Bennett | ACS Liaison (20%)* | $14,754 | $0 | $14,754 |
| Lisa White | Communications (30%) | $12,815 | $0 | $12,815 |
| Marty Skemp | Grant Manager (20%)* | $12,128 | $0 | $12,128 |
| TBA | Project Assistant (70%)* | $32,936 | $0 | $32,936 |
| TBA | Student Assistant (35%)** | $4,264 | $1,741 | $6,005 |
| Fringe benefits (33.5%*, 2.5%**) | | | | |
| | **Subtotals** | **$94,373** | **$1,741** | **$96,114** |

**II. Other Direct costs**

**Office Operations**

| | | | | |
|------|----------|-----------|--------------------|-------------------|
| *Supplies* | | $3,433 | $0 | $3,433 |
| *Printing* | | $5,723 | $0 | $5,723 |
| *Telephone* | | $3,677 | $0 | $3,677 |
| *Postage* | | $2,306 | $0 | $2,306 |
| *Service Contracts* | | $500 | ($500) | $0 |
| **Communications** | | $0 | $0 | $0 |
| **Software** | | $0 | $0 | $0 |
| **Equipment Less than $5000** | | $4,500 | $0 | $4,500 |
| **Travel** | | $5,172 | $2,937 | $8,109 |
| **Subtotals** | | **$25,311** | **$2,437** | **$27,748** |

| | | | | |
|------|----------|-----------|--------------------|-------------------|
| **III. Equipment** | | **$0** | **$0** | **$0** |
| **IV. Consultant/Contractual** | | **$5,040** | **$0** | **$5,040** |
| **V. Indirect Costs (9%)** | | **$11,225** | **$377** | **$11,602** |
| **Totals Year 3** | | **$135,949** | **$4,554** | **$140,503** |

7

## Budget Narrative - Project Year Three

Grant Period:  (from 03/01/2002 to 02/28/2005)
Budget Period:  (from 03/01/2004 to 02/28/2005)

## I. PERSONNEL

Salaries are increased by 1% over adjusted year one salaries.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $13,091 | 33.5% | $4,385 |
| Communications | $9,599 | 33.5% | $3,216 |
| ACS Liaison | $11,052 | 33.5% | $3,702 |
| Grant Manager | $9,085 | 33.5% | $3,043 |
| Project Assistant | $24,764 | 33.5% | $8,172 |
| Student Assistant | $5,859 | 2.5% | $146 |
| | | **Total Fringe** | **$22,664** |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – No changes are requested to the $3,433 budget for general office supplies.

*Printing* – No changes are requested to the $5,723 printing budget for Year Three. This money will be used to print materials for meetings with ACS representatives and for publications related to the AACPI/ACS collaboration.

*Telephone* – No changes are requested to the $3,677 budget for phone service and toll charges.

*Postage* – No changes are requested for postage in Year Three. The $2,306 budgeted will cover costs of mailing correspondence and materials related to the AACPI/ACS collaboration.

*Service Contracts* – We request that the $500 budgeted for service contracts be reallocated to travel in Year Three.

MDL_RWJF_0000010

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. We ask that the $1,741 from Year Two personnel as well as the $500 from Year Three service contracts be allocated to ACS Liaison travel for a total of $8,109 in Year Three. This money will support travel to the ACS National Home Office as well as travel to meetings of ACS Division representatives.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% for a total of $11,602.

## IV. Consultant/Contractual Agreements

No changes are requested to the $5,040 budgeted in contracts to cover the costs of information technology consultation to maintain communications.

MDL_RWJF_0000010

#043940

EOL 1/4

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel  877 843 RWJF (7953)
www rwjf org

Robert Wood Johnson Foundation

September 26, 2006

June L. Dahl, Ph.D
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Dear Dr  Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant identified below.

| | |
|---|---|
| I.D. | 043940 - Targeted End-of-Life Projects Initiative |
| Amount | $421,800 |
| Purpose. | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| Project Information: | Grant Period  March 1, 2002 through June 30, 2006 |
| | Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff wisc.edu) |

We have reviewed and approved your extension request for the period July 1, 2006 through December 31, 2006.  Enclosed is a copy of your financial reporting form with your approved budget of $15,013 for use when reporting expenditures.  Your final financial and narrative reports are due on January 31, 2007.

Your annual financial and narrative reports were due July 31, 2006  Please submit these reports to us by October 10, 2006.

If you need further assistance, please contact me at 609-627-7695.

Sincerely,

Betty A Dixon

Betty A. Dixon
Grants Administrator

BAD : bad
Enclosure
cc: Janice H  Kalvin
Michelle A. Larkin, RN, MS.

**FINANCIAL REPORT**

The Robert Wood Johnson Foundation
P.O. Box 2316
Princeton, NJ 08543-2316
Phone:(609) 452-8701 Fax.(609) 627-6416

**043940** National initiative to promote improved cancer pain management through collaboration with the American Cancer Society
**EOL** Targeted End-of-Life Projects Initiative
**University of Wisconsin School of Medicine and Public Health**
**Budget Period:** 03/01/2006 to 12/31/2006
**Project Period:** 03/01/2002 to 12/31/2006

| | |
|---|---|
| **Project Director :** | June L  Dahl | 608-262-0978 |
| **Financial Officer:** | Janice H  Kalvin | 608-262-0252 |
| **Program Officer:** | Michelle A  Larkin |
| **Senior Officer:** | Rosemary Gibson |
| **Grants Administrative Assistant:** | Marybeth Tamayo |
| **Grants Administrator:** | Betty A  Dixon |

**Budget for Period:** 5     **Reporting Periods:** 1 to 2
**Revised:** 09/27/2006 Marybeth Tamayo

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/06-06/06 | Period 2 07/06-12/06 |
|---|---|---|---|
| **PERSONNEL** | | | |
| Principal Investigator | 2,987 | | |
| Initiatives Coordinator | 8,080 | | |
| Grant Manager | 2,228 | | |
| **PERSONNEL TOTAL** | **13,295** | | |
| | | | |
| **OTHER DIRECT COSTS** | | | |
| Telephone | 200 | | |
| Travel | 278 | | |
| **OTHER DIRECT COSTS TOTAL** | **478** | | |
| | | | |
| **INDIRECT COSTS** | 1,240 | | |
| **INDIRECT COSTS TOTAL** | **1,240** | | |
| **Grand Total** | **15,013** | | |

9/27/2006 - 10:14 25AM budget

MDL_RWJF_0000010



Route 1 & College Road East P O Box 2
Princeton, New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www.rwjf org

EOL



Robert Wood Johnson Foundation

February 22, 2006

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Dear Dr. Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant identified below.

| | |
|---|---|
| I.D. | 043940 - Targeted End-of-Life Projects Initiative |
| Amount: | $421,800 |
| Purpose: | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| Project Dates. | March 1, 2002 through February 28, 2006 |
| | Project Director: June L Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

We have reviewed and approved your extension request for the period March 1, 2006 through June 30, 2006. Enclosed is a copy of your financial reporting form with your approved budget of $15,013 for use when reporting expenditures

If your cumulative expenditures and extension budget exceed the total award amount, you will need to reduce and resubmit both your extension budget and budget narrative. Your annual financial and narrative reports will now be due on March 31, 2006. Your final financial and narrative reports are due on July 31, 2006.

After reviewing your proposed Year 4 budget revision request, we are approving your budget for the period March 1, 2005 through February 28, 2006 Enclosed is a revised financial reporting form reflecting your approved budget of $53,081. This form should be used when reporting expenditures for this period.

If you need further assistance, please contact me at 609-627-7695.

Sincerely,

Betty A. Dixon
Grants Administrator

BAD : bad
Enclosure
cc: Janice H. Kalvin
    Michelle A. Larkin, R.N., M S

FINANCIAL REPORT
The Robert Wood Johnson Foundation
P.O. Box 2316
Princeton, NJ 08543-2316
Phone:(609) 452-8701 Fax:(609) 627-6416

**043940** National initiative to promote improved cancer pain management through collaboration with the American Cancer Society
**EOL** Targeted End-of-Life Projects Initiative
**University of Wisconsin School of Medicine and Public Health**
**Budget Period:** 03/01/2006 to 06/30/2006
**Project Period:** 03/01/2002 to 06/30/2006

| | |
|---|---|
| Project Director : | June L. Dahl      608-262-0978 |
| Financial Officer: | Janice H. Kalvin   608-263-7057 |
| Program Officer: | Michelle A. Larkin |
| Senior Officer: | Rosemary Gibson |
| Grants Administrative Assistant: | Marybeth Tamayo |
| Grants Administrator: | Betty A. Dixon |

**Budget for Period: 5**

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/06-06/06 |
|---|---|---|
| **PERSONNEL** | | |
| Principal Investigator | 2,987 | |
| Initiatives Coordinator | 8,080 | |
| Grant Manager | 2,228 | |
|    PERSONNEL TOTAL | **13,295** | |
| | | |
| **OTHER DIRECT COSTS** | | |
| Telephone | 200 | |
| Travel | 278 | |
|    OTHER DIRECT COSTS TOTAL | **478** | |
| | | |
| **INDIRECT COSTS** | 1,240 | |
|    INDIRECT COSTS TOTAL | **1,240** | |
| **Grand Total** | **15,013** | |

2/23/2006 - 11 03 13AM budget

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone:(609) 452-8701 Fax:(609) 627-6416

043940 National initiative to promote improved cancer pain management through collaboration with the American Cancer Society
**EOL Targeted End-of-Life Projects Initiative**
**University of Wisconsin School of Medicine and Public Health**
**Budget Period:** 03/01/2005 to 02/28/2006
**Project Period:** 03/01/2002 to 06/30/2006

**Budget for Period:** 4
**Revised:** 02/23/2006 Marybeth Tamayo

| | |
|---|---|
| **Project Director :** | June L. Dahl                    608-262-0978 |
| **Financial Officer:** | Janice H. Kalvin                 608-263-7057 |
| **Program Officer:** | Michelle A Larkin |
| **Senior Officer:** | Rosemary Gibson |
| **Grants Administrator:** | Betty A. Dixon |
| **Grants Administrative Assistant:** | Marybeth Tamayo |

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/05-08/05 | Period 2 09/05-02/06 |
|---|---|---|---|
| **PERSONNEL** | | | |
| Principal Investigator | 8,883 | 6,642 | |
| Init/ACS Coordinator | 13,215 | 13,215 | |
| Communications Manager | 5,990 | 4,476 | |
| Grant Manager | 6,623 | 4,952 | |
| **PERSONNEL TOTAL** | **34,711** | **29,285** | |
| | | | |
| **OFFICE OPERATIONS** | | | |
| Supplies | 2,000 | 1,142 | |
| Printing | | 0 | |
| Telephone | 400 | 281 | |
| Postage | 50 | 23 | |
| Equipment Less Than $5000 | 2,915 | 2,915 | |
| Travel | 6,000 | 4,003 | |
| **OFFICE OPERATIONS TOTAL** | **11,365** | **8,364** | |
| | | | |
| **CONSULTANT/CONTRACTUAL** | 2,622 | 2,622 | |
| **CONSULTANT/CONTRACTUAL TOTAL** | **2,622** | **2,622** | |
| | | | |
| **INDIRECT COSTS** | 4,383 | 3,557 | |
| **INDIRECT COSTS TOTAL** | **4,383** | **3,557** | |
| | | | |
| **Grand Total** | **53,081** | **43,828** | |

2/23/2006 - 11:02:33AM budget



**UNIVERSITY OF
WISCONSIN-MADISON
MEDICAL SCHOOL**

December 16, 2005



Ms. Michelle A. Larkin, RN, MS
Project Officer
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Dear Ms. Larkin,

Enclosed please find a request for budget revision and no-cost extension of grant
#043940, *Making Pain Relief a Reality Through National Visibility and Partnerships
With the American Cancer Society.* We request $16,893 be carried over from Year Four
to Year Five (4 months). This extension would result in a grant end date of June 30, 2006.

As required, you will receive an annual progress and budget report for Year Four, March
1, 2005 – February 28, 2006 in April.

We look forward to the opportunity to continue this important area of work with the
assistance of the Foundation and thank you for all of your support.

If you have any questions regarding this request, please contact Marty Skemp Brown,
Grants Manager at 608-265-9173 or mmskemp@wisc.edu.

Sincerely,

June L. Dahl, PhD
Principal Investigator

cc:    Wendy Jensen, UW-RSP
       Betty Dixon, RWJF

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

# LINE ITEM BUDGET AND BUDGET NARRATIVE

# BUDGET REVISION

### MARCH 1, 2005 – FEBRUARY 28, 2006

# & REQUEST FOR EXTENSION

### MARCH 1, 2006 – JUNE 30, 2006

#### For

# MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

### GRANT #043940

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

December 2005

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Projected Line Item Budget Summary-Year Four** ............................................................ **3**

**Budget Narrative** ........................................................................................................... **4**

    **I. PERSONNEL** ........................................................................................................ **4**

    **II. OTHER DIRECT COSTS** ................................................................................ **5**
        Office Operations: ............................................................................................... 5
        Equipment Less Than $5,000 .............................................................................. 5
        Project Staff Travel ............................................................................................. 5

    **III. CONSULTANTS/CONTRACTUAL AGREEMENTS** ................................ **5**

    **IV. INDIRECT COSTS** ........................................................................................ **6**

**Proposed Line Item Budget Summary-Year Five (4 mos)** ........................................ **7**

**Budget Narrative** ........................................................................................................... **8**

    **I. PERSONNEL** ........................................................................................................ **8**

    **II. OTHER DIRECT COSTS** ................................................................................ **8**
        Office Operations: ............................................................................................... 8
        Project Staff Travel: ............................................................................................ 8

    **III. Contracts/Consultants** ..................................................................................... **8**

    **IV. INDIRECT COSTS** ........................................................................................ **8**

2

MDL_RWJF_0000010

**The Robert Wood Johnson Foundation**
**Projected Line Item Budget Summary-Year Four**

March 1, 2005– February 28, 2006

| I. Personnel | | | Approved Budget | Requested Change | Proposed Budget Year 3 | Expenses to Date (12/1/05) |
|---|---|---|---|---|---|---|
| Name | Position | % Time | | | | |
| June Dahl | Principal Investigator | 5% | $11,828 | ($2,945) | $8,883 | $6,642 |
| Mary Bennett | Initiative/ACS Liaison | 20% | $20,016 | ($6,801) | $13,215 | $13,215 |
| Lisa White | Comm Manager | 10% | $7,255 | ($1,265) | $5,990 | $4,476 |
| Marty Skemp Brown | Grant Manager | 10% | $8,817 | ($2,194) | $6,623 | $4,952 |
| | Fringe benefits 33/34% **Subtotal** | | **$47,916** | **($13,205)** | **$34,711** | **$29,285** |

**II. Other Direct costs**
**Office Operations**

| | Approved Budget | Requested Change | Proposed Budget | Expenses to Date |
|---|---|---|---|---|
| *Supplies* | $2,000 | $0 | $2,000 | $1,142 |
| *Printing* | $300 | ($300) | $0 | $0 |
| *Telephone* | $600 | ($200) | $400 | $281 |
| *Postage* | $400 | ($350) | $50 | $23 |
| | **$3,300** | **($850)** | **$2,450** | **$1,446** |

| | Approved Budget | Requested Change | Proposed Budget | Expenses to Date |
|---|---|---|---|---|
| **Equipment Less than $5000** | **$2,450** | **$465** | **$2,915** | **$2,915** |
| **Travel** | **$7,953** | **($1,953)** | **$6,000** | **$4,003** |
| **III.  Contracts/Consultants** | **$2,577** | **$45** | **$2,622** | **$2,622** |
| **IV.  Indirect Costs** | **$5,778** | **($1,395)** | **$4,383** | **$3,557** |
| **TOTAL YEAR FOUR** | **$69,974** | **($16,893)** | **$53,081** | **$43,828** |

BAD
2/22/06

3

## Budget Narrative

Grant Period:  (from 3/01/2002 to 6/30/2006)
Budget Period:  (from 3/01/2005 to 2/28/2006)

## I. PERSONNEL

Biographical sketches of key personnel follow.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl oversees the design and implementation of the major components of the proposal.
She provides regular consultation to other members of the Project Team as they develop and
implement a strategic plan to enhance collaboration with the American Cancer Society.  The
overall goal is to use the strengths of the State Cancer Pain Initiatives to facilitate the
achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with
special emphasis on pain management. As Principal Investigator she is responsible for
ongoing communication with other national organizations, the Advisory Council of the
American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request
5% of Dr. Dahl's salary and fringe in Years Four and Five.

Mary Bennett, TBA, 20%/40%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council
to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office
(NHO) of the ACS and the AACPI to encourage the duplication and development of
programs (public awareness, quality improvement, regulatory reform) in the states.  A mentor
program will be developed in which members of the Advisory Field Council will pair with
Division staff and others to begin/rebuild Initiatives in states in which they are currently
inactive.  An advocacy program is being developed in which members of the Advisory
Council of the AACPI will contact members of the Board of Directors of the American
Cancer Society to assure that quality of life with pain management, as a major goal will
remain a focus of the national organization.  With the departure of Ms. Bennett in November
2005, we expect to have a new Initiative/ACS Liaison on boarding March 2006 to carry on
these duties. We request 20% of Ms Bennett's salary through November 2005 and 40% of the
Initiative/ACS Liaison's and fringe in Year Five (4 mos).

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals
are being met. Team members report their progress to Ms. Skemp Brown and she produces
viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the
allocation of grant funds as well as the annual grant report and budget revision to the
Foundation. We request 10% of her salary and fringe for Years Three and Four.

Communications, Lisa White, BA, 10%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and
maintains multiple E-Newsletters which highlight collaborative activities between CPIs and
ACS. We 10% of her salary in Year Four.

4

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. The fringe benefit rate increased from 33% to 34% on July 1, 2005.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $6,643 | 33/34% | $2,240 |
| ACS Liaison | $9,888 | 33/34% | $3,327 |
| Communications Manager | $4,482 | 33/34% | $1,508 |
| Grant Manager | $4,952 | 33/34% | $1,671 |
| | | | $8,746 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved supply budget for Year Three is $2,000. We expect to spend this entire about by the end of this budget period.

*Printing* - The approved printing budget is $300.  Printing has been covered by other sources in Year Four and will continue to be covered by other sources. We request $45 be allocated to contracts in Year Four, $115 be allocated to equipment in Year Four, $90 be allocated to salary in Year Five and $50 be allocated to travel in Year Five.

*Telephone* - The approved telephone budget is $600. We expect to spend a total of $400 in Year Four. We request the remaining $200 be allocated to Year Five phone expenses.

*Postage* - The total approved postage budget is $400. We expect to spend a total of $50 on postage in Year Four and the remaining $350 be allocated to equipment in Year Four.

**Equipment Less Than $5,000**

The approved equipment budget for equipment less than $5,000 each was $4,450 to cover a photocopier lease. We have spent a total of $2,915 that includes the copier lease in addition to a $1,500 buyout purchase of the copier in October. We request the $350 be allocated from postage, and $115 be allocated from printing to cover the overage of $465.

**Project Staff Travel**

A total of $7,953 is budgeted for travel in Year Four.  We expect to spend a total of $6,000 and ask that of the remaining $1,953 be allocated to travel in Year Five.

## III. CONSULTANTS/CONTRACTUAL AGREEMENTS

A total of $2,577 is allocated for contracts and subcontracts in Year Four. We have spent a total of $2,622 on technical assistance, Annual Survey analysis and ACS consultation in Year Four. We request the $45 overage come from the printing budget.

5

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II, and III for a total of $4,383.  We request the remaining $1,395 be allocated to Indirect Costs in Year Five.

6

MDL_RWJF_0000010

**The Robert Wood Johnson Foundation**
**Proposed Line Item Budget Summary-Year Five (4 mos)**
March 1, 2006– June 30, 2006

| I. Personnel Name | Position | % Time | *Proposed Budget* |
|---|---|---|---|
| June Dahl | Principal Investigator* (4 mos) | 5% | $2,987 |
| TBA | Init/ACS Coordinator* (4 mos) | 40% | $8,080 |
| Marty Skemp Brown | Grant Manager* (4 mos) | 10% | $2,228 |
| | Fringe benefits 34%* **Subtotal** | | **$13,295** |

**II. Other Direct costs**
**Office Operations**

| | |
|---|---|
| *Supplies* | $0 |
| *Printing* | $0 |
| *Telephone* | $200 |
| *Postage* | $0 |
| | $278 |

**Travel**                                                          ~~$196~~

**III. Contracts/Consultants**                              **$0**

**V. Indirect Costs (9%)**                                    **$1,240**

**TOTAL YEAR FIVE**                                          **$15,013**

7

**Budget Narrative**

Grant Period:  (from 3/01/2002 to 6/30/2006)
Budget Period:  (from 3/01/2005 to 6/30/2006)

## I. PERSONNEL

See position descriptions above

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|-------|--------|-------------|---------|
| Principal Investigator | $2,229 | 34.0% | $758 |
| Init/ACS Coordinator | $6,030 | 34.0% | $2,050 |
| Grant Manager | $1,663 | 34.0% | $565 |
| | Total Fringe | | $3,373 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other supplies. Supplies will be covered by other sources in Year Five.

*Printing* – Printing will be covered by other sources in Year Five.

*Telephone* - The requested telephone budget is $200. This includes the cost of rental and usage and voicemail charges for two lines in Year Five.

*Postage* - Printing will be covered by other sources in Year Five.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. We request a total of $278 towards the ACS Liaison travel to attend joint meetings between the ACS and AACPI, most likely in conjunction with the Annual Meeting of the AACPI in June 2006.

## III. Contracts/Consultants

We do not request funds for equipment in this period.

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $1,240.

8

MDL_RWJF_0000010



THE
ROBERT WOOD
JOHNSON
FOUNDATION.

June 28, 2005

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Acknowledgement of Annual Financial and Narrative
           Reports/Budget Revision Approved

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

We have received your annual narrative report and have forwarded a copy of this report to
Michelle A. Larkin, R.N., M.S. for her review. If she has any questions or comments, she
will contact you directly.

After reviewing your budget revision request, we are approving your budget for the period
March 1, 2005, through February 28, 2006. Enclosed is a revised financial reporting form
reflecting your approved budget of $68,095. This form should be used when reporting
expenditures for this period.

Cumulative expenditures as of February 28, 2005, have been $353,706.  The Foundation has
made payments to date totaling $393,132 leaving you a cash balance of $39,426.  Due to
the amount of your cash balance, an additional payment will not be forwarded now.
Enclosed for your convenience is a copy of your financial reporting form for the period
March 1, 2005, through February 28, 2006, reflecting your approved budget of $68,095.
Please use this form when reporting expenditures.

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701
Internet: http //www.rwjf org
e-mail: mail@rwjf.org

MDL_RWJF_0000010

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosure

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin, R.N., M.S.

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

| | | |
|---|---|---|
| **043940** for [EOL] | **Project Director :** | June L Dahl    608-262-0978 |
| National initiative to promote improved cancer pain management through collaboration with the American Cancer Society | **Financial Officer:** | Janice H Kalvin    608-263-7057 |
| **University of Wisconsin-Madison Medical School** | **Senior Officer:** | Rosemary Gibson |
| **Budget Period:** 03/01/2005 to 02/28/2006 | **Program Officer:** | Michelle A Larkin |
| **Project Period:** 03/01/2002 to 02/28/2006 | **Grants Administrator:** | Sophia Kounelias |
| | **Grants Administrative Assistant:** | Rebecca E Kamer |

**Budget for Period: 4**

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/05-08/05 | Period 2 09/05-02/06 | | | |
|---|---|---|---|---|---|---|
| **PERSONNEL** | | | | | | |
| Principal Investigator | 8,939 | | | | | |
| Init/ACS Coordinator | 22,688 | | | | | |
| Communications Manager | 5,911 | | | | | |
| Grant Manager | 6,664 | | | | | |
|    **Category Total** | **44,202** | | | | | |
| **OFFICE OPERATIONS** | | | | | | |
| Supplies | 1,407 | | | | | |
| Printing | 300 | | | | | |
| Telephone | 600 | | | | | |
| Postage | 400 | | | | | |
| Equipment Less Than $5000 | 2,450 | | | | | |
| Travel | 7,953 | | | | | |
|    **Category Total** | **13,110** | | | | | |
| **CONSULTANT/CONTRACTUAL** | 5,159 | | | | | |
|    **Category Total** | **5,159** | | | | | |
| **INDIRECT COSTS** | 5,624 | | | | | |
|    **Category Total** | **5,624** | | | | | |
| | | | | | | |
| ***Grand Total*** | **68,095** | | | 0 | 68,095 | 0 |

7/6/2005 – 2.14:55PM budget




UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**

April 29, 2005


Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316


RE: Grant #043940

Dear Ms. Kounelias,

Enclosed please find the progress report and budget report and revision for Year Three of the grant entitled *Making Pain Relief A Reality Through National Visibility and Partnership With the American Cancer Society*. If you have any questions regarding this request, please contact Marty Skemp Brown at mmskemp@wisc.edu or 608-265-9173.

Thank you for your consideration of this request and your continued support of our efforts to improve pain management through collaboration with the American Cancer Society.

Sincerely,

June L. Dahl, PhD
Principal Investigator


Cc: Amy Wilson, RSP
    Michelle Larkin, RWJF

---

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

MDL_RWJF_0000010

# ANNUAL GRANT REPORT: YEAR THREE
### March 1, 2004 – February 28, 2005

# MAKING CANCER PAIN RELIEF A REALITY
# THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE
# AMERICAN CANCER SOCIETY

## GRANT # 043940

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI  53706
(608) 265-4014

MDL_RWJF_0000010

1. **What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?**

The overall goal of this grant is to improve cancer pain management by building the collaboration between the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS). To achieve this goal, we:

**1) Continued to provide consultation and resources to encourage ACS Divisions to engage in programs to improve the management of pain.**

- AACPI provided consultation via phone, email and site visits, presented at meetings and provided material resources to 13 ACS Divisions
- At this time, 16 Pain Initiatives are formally affiliated with the ACS
- ACS provides full or part-time paid staff for seven Pain Initiatives (CT, FL, MA, NH, NJ, NY and VT)
- An additional 11 ACS staff members provide support to their Pain Initiatives (AL, AR, NC, DC, KY, LA, MD, MS, TN, TX and UT) as part of their other activities
- ACS media and public relations staff provided outreach services to six Pain Initiatives (MS, VT, CT, FL, LA, PA) for activities related to the *Power Over Pain* public awareness campaign and September Pain Awareness month
- In total, ACS is working in collaboration with a total of 32 out of 43 states with Pain Initiatives

**2) Held Strategic Meetings**

- **AACPI/ACS Partnerships in Action to Improve Pain Management,** April 23-24, 2004, Atlanta, GA. Organized by AACPI, hosted by ACS National Home Office (NHO). Participants included: 21 representatives from ACS staff who work in states/divisions with a Pain Initiative, ten ACS NHO staff, two ACS National Government Relations staff and three AACPI staff. The goal of this meeting was to strengthen the ACS/AACPI Partnership to Improve Pain Management by forming the ACS/CPI National Pain Field Council which provides a venue for ACS staff who are coordinating/supporting a State Pain Initiative along with ACS NHO and AACPI representatives to:  share successes, problem solve challenges, increase knowledge of resources, strategize effective ways to build and sustain partnership efforts, identify methods to support and encourage other ACS pain management improvement efforts.
**Meeting evaluation** – excellent (1-5, 4.8).

- **AACPI/ACS National Pain Field Council Meeting,** June 17, 2004, New Brunswick, NJ. The Council consists of eight members representing ACS/AACPI from states/divisions and national representation and coordination. The Council created two working Committees, Communications & Marketing and Resource & System Integration. The 2nd Annual Meeting of the National Pain Field Council is planned for June 9, 2005, in St. Louis, before the 16th Annual Meeting of the AACPI.

2

**3) Facilitated the work of the National Pain Field Council**
The council met monthly via conference calls. Accomplishments include:
- Provided internal support for ACS/CPI staff in the development and expansion of Pain Initiatives and pain improvement activities
- Provided resources for Divisions-available as a web link (available on the AACPI internal website)
- ACS created a pain website with development advice from the Field Council
- Created templates for action to be utilized by other Divisions/Pain Initiatives

**4) Advocated for Pain as a Priority – ACS National Home Office**

- AACPI Advisory Council members, the National Pain Field Council and the ACS Liaison advocated for pain to be a priority in the National ACS re-prioritization process.  Quality of Life, which includes Pain Management, was identified as one of the four primary "leadership areas."  It is difficult at this time to determine the impact of this prioritization.  There is great concern that in spite of our efforts, there will be a verbal commitment, but a lack of commitment of staff and resources.
- AACPI/ACS Liaison maintains a working relationship with Bonnie Teschendorf, PhD Director, Quality of Life Science and Trends.  Dr. Teschendorf has been identified by Harmon Erye, MD, as the liaison with AACPI and the Pain Community.

**5) Involved ACS in AACPI's Annual Meetings**

- **15th Annual Meeting of the AACPI**
The Eastern Division of the American Cancer Society hosted the 15th Annual Meeting of the AACPI Meeting, which was held June 17-19, 2004 in New Brunswick, NJ. ACS NHO supported the meeting as a Platinum level sponsor, providing $15,000 to support the meeting. ACS was recognized as a primary collaborator at the luncheon meeting on June 18th. Throughout the meeting, various presentations highlighted successful examples of the collaboration on a state/divisional level.
- **16th Annual Meeting of AACPI**
ACS/NHO committed to support the meeting as a Platinum level sponsor, providing $15,000. ACS NHO offered each Division support for registration and hotel expenses for one person to attend the meeting. As with last year, we expect a large number of registrants from ACS Division/State staff.

**6) Promoted inclusion of pain assessment and management in State Comprehensive Cancer Control Plans**
AACPI Staff assessed existing cancer control plans for inclusion of pain assessment and management; created and distributed a State Cancer Control Plans resource guide for State Cancer Pain Initiatives; provided links between State Pain Initiatives and their state control plan committees; encouraged State Initiatives and ACS to include pain

3

MDL_RWJF_0000010

assessment and management in plans; and participated in a Comprehensive Cancer Control Leadership Institute meeting.

**2. What, if any, proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.**

There continues to be significant challenges in working the National Home Office (NHO) of the ACS.  Since the most recent re-prioritization process has not been completed it is difficult to determine if ACS NHO will continue to work with the AACPI and to dedicate resources and staff to its commitment to improving the management of cancer pain.  In addition, primary ACS staff positions have not yet been filled; until they are, we are limited in our ability to accomplish our goals specific to NHO.  AACPI staff will work to develop relationships and follow up on identified strategies when a full complement of staff is on board at the National Home Office.

**3.  Is there anything else you want to tell RWJF?**

As this report reflects, there have been significant challenges to working with ACS NHO and their culture of on-going transitions.  In spite of this and the fact we have not been successful at engaging all ACS Divisions, it is critical to note that on a State/Divisional level, ACS continues to be the leading collaborator for Pain Initiatives in terms of housing, staff and in-kind services.

**4. What was produced during the reporting period?**

N/A

4

## The Robert Wood Johnson Foundation
## Proposed Line Item Budget Summary-Year Four
### March 1, 2005– February 28, 2006

**I. Personnel**

| Name | Position | % Time | Approved Budget | Requested Change | Proposed Budget |
|---|---|---|---|---|---|
| June Dahl | Principal Investigator* | 5% | $11,828 | ($2,889) | $8,939 |
| Mary Bennett | Init/ACS Coordinator* | 30% | $20,016 | $2,672 | $22,688 |
| Lisa White | Communications Manager* | 10% | $7,255 | ($1,344) | $5,911 |
| Marty Skemp Brown | Grant Manager* | 10% | $8,817 | ($2,153) | $6,664 |
| Fringe benefits 33% / 34% | | **Subtotal** | **$47,916** | **($3,714)** | **$44,202** |

**II. Other Direct costs**
**Office Operations**

| | | | | | |
|---|---|---|---|---|---|
| *Supplies* | | | $2,000 | ($593) | $1,407 |
| *Printing* | | | $300 | $0 | $300 |
| *Telephone* | | | $600 | $0 | $600 |
| *Postage* | | | $400 | $0 | $400 |
| | | | $3,300 | $0 | $2,707 |

| | Approved Budget | Requested Change | Proposed Budget |
|---|---|---|---|
| **Equipment Less than $5000** | **$2,450** | **$0** | **$2,450** |
| **Travel** | **$7,953** | **$0** | **$7,953** |
| **III. Contracts/Consultants** | **$2,577** | **$2,582** | **$5,159** |
| **V. Indirect Costs (9%)** | **$5,778** | **($154)** | **$5,622** |
| **TOTAL YEAR FOUR** | **$69,974** | **($1,879)** | **$68,095** |

SKW
6/21/05

7

## Budget Narrative

Grant Period:  (from 3/01/2002 to 2/28/2006)
Budget Period:  (from 3/01/2005 to 2/28/2006)

## I. PERSONNEL

Salaries reflect a 3% increase as of July 1, 2005.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl oversees the design and implementation of the major components of the proposal.
She provides regular consultation to other members of the Project Team as they develop and
implement a strategic plan to enhance collaboration with the American Cancer Society.  The
overall goal is to use the strengths of the state cancer pain initiatives to facilitate the
achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with
special emphasis on pain management. As Principal Investigator she is responsible for
ongoing communication with other national organizations, the Board of Directors of the
American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request
5% of Dr. Dahl's salary and fringe in Year Four.

Mary Bennett, TBA, 30%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council
to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office
(NHO) of the ACS and the AACPI to encourage the duplication and development of
programs (public awareness, quality improvement, regulatory reform) in the states.  A mentor
program will be developed in which members of the Advisory Field Council will pair with
Division staff and others to begin/rebuild Initiatives in states in which they are currently
inactive.  An advocacy program is being developed in which members of the Advisory
Council of the AACPI will contact members of the Board of Directors of the American
Cancer Society to assure that quality of life with pain management, as a major goal will
remain a focus of the national organization.  We request 20% of Ms. Bennett's salary and
fringe in Year Four. The remainder of Ms. Bennett's salary for these activities is covered by
other sources.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals
are being met. Team members report their progress to Ms. Skemp Brown and she produces
viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the
allocation of grant funds as well as the annual grant report and budget revision to the
Foundation. We request 10% of her salary and fringe for Year Four.

Communications, Lisa White, BA, 10%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and
maintains multiple E-Newsletters which highlight collaborative activities between CPIs and
ACS. We request 10% of her salary and fringe in Year Four.

8

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. Fringe benefits will increase from 33% to 34% as of July 1, 2005.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $8,849 | 33% / 34% | $2,979 |
| Init/ACS Coordinator | $14,975 | 33% / 34% | $5,041 |
| Communications Manager | $5,428 | 33% / 34% | $1,827 |
| Grant Manager | $6,597 | 33% / 34% | $2,220 |
| | Total Fringe | | $12,067 |

# II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved requested supply budget was $2,000.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other supplies. We ask that $593 of this be reallocated to cover supplies costs in Year Three, leaving a Year Four budget of $1,407.

*Printing* - The approved printing budget is $300 to cover the cots of printing materials related to the ACS/AACPI collaboration.

*Telephone* - The approved telephone budget is $600. This includes the cost of yearly rental and usage and voicemail charges for two lines.

*Postage* - The requested postage budget is $400 to cover the cost of mailings to ACS and AACPI collaborators.

**Equipment Less than $5,000**

We request $2,450 for the continued lease of a photocopier in Year Four.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. We request a total of $7,953 for the ACS Liaison and other AACPI and ACS staff to attend joint meetings between the ACS and AACPI to facilitate collaboration between the organizations. This includes travel to meetings of the National Pain Field Council.

# III. Contracts/Consultants

The approved budget for contracts/consultants is $2,577. We request an additional $2,582 to be reallocated from personnel to cover the costs of an information technology consultation to maintain communications.

9

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $5,622.

MDL_RWJF_0000010

**The Robert Wood Johnson Foundation**
**Projected Line Item Budget Summary-Year Three**
March 1, 2004– February 28, 2005

| I. Personnel | | | *Approved Budget* | *Requested Change* | *Proposed Budget* | |
|---|---|---|---|---|---|---|
| Name | Position | *% Time* | | | *Year 3* | |
| June Dahl | Principal Investigator* | 10% | $14,788 | $0 | $14,788 | |
| Mary Bennett | ACS Liaison* | 20% | $14,754 | $0 | $14,754 | |
| Lisa White | Comm Manager* | 30% | $14,840 | $1,488 | $16,328 | ↑ |
| Marty Skemp Brown | Grant Manager* | 10% | $6,357 | $0 | $6,357 | |
| | Fringe benefits 33%* **Subtotal** | | **$50,738** | **$1,488** | **$52,227** | |
| **II. Other Direct costs** | | | | | | |
| **Office Operations** | | | | | | |
| | *Supplies* | | $2,500 | $593 | $3,093 | ↑ |
| | *Printing* | | $0 | $0 | $0 | |
| | *Telephone* | | $600 | ($184) | $416 | ↓ |
| | *Postage* | | ($10) | $7 | ($3) | |
| **Equipment Less than $5000** | | | **$2,415** | **$0** | **$2,415** | |
| **Travel** | | | **$6,000** | **($201)** | **$5,799** | ↓ |
| **III. Contracts/Consultants** | | | **$2,463** | **$21** | **$2,484** | ↑ |
| **IV. Indirect Costs** | | | **$5,824** | **$154** | **$5,978** | ↑ |
| **TOTAL YEAR THREE** | | | **$70,530** | **$1,879** | **$72,409** | |

*5 4h*
*6/27/05*

*This year complete - do not change.*
*Use as backup for minor Revision.*

3

MDL_RWJF_0000010

## Budget Narrative

Grant Period:  (from 3/01/2002 to 2/28/2006)
Budget Period:  (from 3/01/2004 to 2/28/2005)

## I. PERSONNEL

Biographical sketches of key personnel follow.

Principal Investigator, June L. Dahl, PhD, 10%
Dr. Dahl oversees the design and implementation of the major components of the proposal.
She provides regular consultation to other members of the Project Team as they develop and
implement a strategic plan to enhance collaboration with the American Cancer Society.  The
overall goal is to use the strengths of the State Cancer Pain Initiatives to facilitate the
achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with
special emphasis on pain management. As Principal Investigator she is responsible for
ongoing communication with other national organizations, the Advisory Council of the
American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request
10% of Dr. Dahl's salary and fringe in Year Three, and 5% in Year Four.

Mary Bennett, TBA, 20%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council
to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office
(NHO) of the ACS and the AACPI to encourage the duplication and development of
programs (public awareness, quality improvement, regulatory reform) in the states.  A mentor
program will be developed in which members of the Advisory Field Council will pair with
Division staff and others to begin/rebuild Initiatives in states in which they are currently
inactive.  An advocacy program is being developed in which members of the Advisory
Council of the AACPI will contact members of the Board of Directors of the American
Cancer Society to assure that quality of life with pain management, as a major goal will
remain a focus of the national organization.  We request 20% of Ms. Bennett's salary and
fringe in Year Three and 30% in Year Four. The remainder of Ms. Bennett's salary for these
activities is covered by other sources.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals
are being met. Team members report their progress to Ms. Skemp Brown and she produces
viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the
allocation of grant funds as well as the annual grant report and budget revision to the
Foundation. We request 10% of her salary and fringe for Years Three and Four.

Communications, Lisa White, BA, 30%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and
maintains multiple E-Newsletters which highlight collaborative activities between CPIs and
ACS. We request 30% of her salary in Year Three and 10% in Year Four. Ms. White's salary
was slightly higher than projected due to a promotion and salary increase. We request this
additional $1,488 be reallocated from the following categories: $177 from Year Three
telephone; $180 from Year Three travel; and $1,131 from Year Four personnel.

4

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $11,119 | 33.0% | $3,669 |
| ACS Liaison | $11,093 | 33.0% | $3,661 |
| Communications Manager | $12,227 | 33.0% | $4,101 |
| Grant Manager | $4,779 | 33.0% | $1,577 |
| | | | $13,008 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved supply budget for Year Three was $2,500. We spent a total of $3,093 on supplies including a computer and software upgrade and general office supplies. We request that $593 be allocated from Year Four's budget to cover this expenditure.

*Printing* - Printing was covered by other sources in Year Three.

*Telephone* - The approved telephone budget was $600. We spent a total of $416 in Year Three. We request that of the remaining $184, $7 be allocated to postage and $177 be allocated to personnel.

*Postage* - The total approved postage budget was ($10). A total of $7 was spent on postage leaving a balance of ($3).

**Equipment Less Than $5,000**

The approved equipment budget for equipment less than $5,000 each was $2,415 to cover a photocopier lease.

**Project Staff Travel**

A total of $6,00 was budgeted for travel in Year Three.  We spent a total of $5,799 on the Initiative Outreach Coordinator's travel to meet with local, regional and national American Cancer Society (ACS) representatives in various states to facilitate collaboration with State Pain Initiatives, as well as staff travel to an ACS meeting in Atlanta. We ask that of the remaining $201, $180 be allocated to personnel and $21 be allocated to Consultants/Contracts.

## III. CONSULTANTS/CONTRACTUAL AGREEMENTS

A total of $2,463 was allocated for contracts and subcontracts in Year Three. We spent a total of $2,484 on technical assistance, Annual Survey analysis and ACS consultation in Year Three. We request $21 be allocated from travel to cover this expenditure.

5

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I and II, for a total of $5,978.

6

MDL_RWJF_0000010



# THE
# ROBERT WOOD
# JOHNSON
# FOUNDATION®

$\frac{1}{4}$

FOL

May 13, 2005

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Acceptance of Annual Financial Report / No Payment

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

Cumulative expenditures as of February 28, 2005, have been $353,706.  The Foundation has
made payments to date totaling $393,132 leaving you a cash balance of $39,426.  Due to
the amount of your cash balance, an additional payment will not be forwarded now.
Enclosed for your convenience is a copy of your financial reporting form for the period
March 1, 2005, through February 28, 2006, reflecting your approved budget of $69,973.
Please use this form when reporting expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK

cc:  June L. Dahl, Ph.D.
     Michelle A. Larkin, R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701
Internet: http://www.rwjf.org
e-mail  mail@rwjf.org

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                    **Page:   1**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK   PA: REW   PO: MAL                    **Payee:** *University of Wisconsin-Madison Medical*
                                                     *School*
**Project Director:** June L. Dahl (608-262-0978)          **ID Number:** 043940 for [EOL]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)    **Budget Period:** Mar-01-2005 to Feb-28-2006
                                                **Project Period:** Mar-01-2002 to Feb-28-2006

**Budget for Year : 4**
**Revised:** Dec-16-2004                    **EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/05-08/05 | Period 2 09/05-02/06 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL |  |  |  |  |  |  |  |  |  |  |
| Principal Investigator | 11,828 |  |  |  |  |  |  |  |  |  |
| Init/ACS Coordinator | 20,016 |  |  |  |  |  |  |  |  |  |
| Communications Manager | 7,255 |  |  |  |  |  |  |  |  |  |
| Grant Manager | 8,817 |  |  |  |  |  |  |  |  |  |
| Personnel Subtotal | 47,916 |  |  |  |  |  |  |  |  |  |
| OFFICE OPERATIONS |  |  |  |  |  |  |  |  |  |  |
| Supplies | 2,000 |  |  |  |  |  |  |  |  |  |
| Printing | 300 |  |  |  |  |  |  |  |  |  |
| Telephone | 600 |  |  |  |  |  |  |  |  |  |
| Postage | 400 |  |  |  |  |  |  |  |  |  |
| Equipment Less Than $5000 | 2,450 |  |  |  |  |  |  |  |  |  |
| Travel | 7,953 |  |  |  |  |  |  |  |  |  |
| Office Ops Subtotal | 13,703 |  |  |  |  |  |  |  |  |  |
| CONSULTANT/CONTRACTUAL | 2,577 |  |  |  |  |  |  |  |  |  |
| INDIRECT COSTS | 5,777 |  |  |  |  |  |  |  |  |  |
| **Grand Total** | **69,973** |  |  |  |  |  |  |  |  |  |

**FINANCIAL REPORT**

**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701 Fax: (609) 452-9564

**UW Account #133-ER82**

| | |
|---|---|
| **Grantee:** | **University of Wisconsin-Madison** |
| Grant Number: | 043940 |
| Budget Period: | Mar-01-2004 through Feb-28-2005 |
| Grant Period: | Mar-01-2002 through Feb-28-2006 |

Project Director:  June L. Dahl
Fiscal Officer:  Mark E. Inman (608-262-5415)

**Budget for Year:  3**
Revised:  Dec-16-2004

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Total | Variance |
|---|---|---|---|---|---|
| PERSONNEL | | | | | |
| Principal Investigator | 14,788 | 8,685 | 6,103.26 | 14,788.26 | (0.26) |
| ACS Liaison | 14,754 | 7,377 | 7,377.12 | 14,754.12 | (0.12) |
| Communications | 14,840 | 8,040 | 8,288.30 | 16,328.30 | (1,488.30) |
| Grant Manager | 6,356 | 3,107 | 3,249.72 | 6,356.72 | (0.72) |
| Personnel Subtotal | 50,738 | 27,209 | 25,018.40 | 52,227.40 | (1,489.40) |
| | | | | | |
| OTHER DIRECT COSTS | | | | | |
| Supplies | 2,500 | 2,643 | 449.70 | 3,092.70 | (592.70) |
| Printing | - | - | - | - | - |
| Telepone | 600 | 98 | 317.65 | 415.65 | 184.35 |
| Postage | (10) | (10) | 6.71 | (3.29) | (6.71) |
| Equipment less than $5,000 | 2,415 | 1,263 | 1,152.24 | 2,415.24 | (0.24) |
| Travel | 6,000 | 5,242 | 557.31 | 5,799.31 | 200.69 |
| Other Direct Subtotal | 11,505 | 9,236 | 2,483.61 | 11,719.61 | (214.61) |
| CONSULTANT/CONTRACTUAL | 2,463 | 1,705 | 778.75 | | |
| Cons/Contrct Subtotal | 2,463 | 1,705 | 778.75 | 2,483.75 | (20.75) |
| INDIRECT COSTS | 5,824 | 3,433 | 2,545.25 | 5,978.25 | (154.25) |
| | | | | | |
| **Grand Total** | **70,530** | **41,583** | **30,826.01** | **72,409.01** | **(1,879.01)** |

SHC
5/12/05

Mark E. Inman, Administrative Officer

MDL_RWJF_0000010



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

April 27, 2005

RECEIVED by:

MAY - 3 2005

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J   08543-2316

In reply, please refer to
UW Acct No. 133-ER82

RE: Grant # 043940

Dear Ms. Kounelias:

Enclosed is the annual financial report on the above-referenced grant for
Year 3 period September 1, 2004 through February 28, 2005, 2005 under the
direction of June Dahl in the Department of Pharmacology at the University of
Wisconsin-Madison.

Thank you for your support of this project.  If you have any questions regarding
this report, please contact me at 608/262-6951.

Sincerely,

*Amy L. Wilson*

Amy L. Wilson
Accountant

Enclosure
Cc:  Dahl, June – Pharmacology
     Skemp, Marty – Pharmacology
     Medical School Fiscal Services
     File

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

MDL_RWJF_0000010



# THE
# ROBERT WOOD
# JOHNSON
## FOUNDATION®

$\frac{1}{4}$

E OL

December 8, 2004

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Transmittal of Next Payment

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the Targeted End-of-Life Project Initiatives.

In reviewing your recent financial report, we note that cumulative expenditures as of August 31, 2004, have been $322,880. The Foundation has made payments to date totaling $379,620 leaving you a cash balance as of August 31, 2004, of $56,740. Enclosed with this letter is our check for $13,512. This check equals your next payment less your cash balance. Also enclosed is your financial reporting form for your use when reporting expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosures

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701
Internet: http://www.rwjf.org
e-mail: mail@rwjf.org

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                          **Page:  1**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL                          Payee: *University of Wisconsin-Madison Medical*
                                                          *School*
Project Director: June L. Dahl (608-262-0978)          ID Number: 043940 for [EOL]
Fiscal  Officer : Janice H. Kalvin (608-263-7057)   Budget Period: Mar-01-2004 to Feb-28-2005
                                                    Project Period: Mar-01-2002 to Feb-28-2005

Budget for Year : 3
Revised: May-21-2004                          **EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 17,475 | 8,685 | | | | | | | | |
| ACS Liaison | 14,754 | 7,377 | | | | | | | | |
| Communications | 12,815 | 8,040 | | | | | | | | |
| Grant Manager | 12,128 | 3,107 | | | | | | | | |
| Project Assistant | 32,936 | 0 | | | | | | | | |
| Student Assistant | 6,005 | 0 | | | | | | | | |
| Personnel Subtotal | 96,113 | 27,209 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,433 | 2,643 | | | | | | | | |
| Printing | 5,723 | 0 | | | | | | | | |
| Telephone | 3,677 | 98 | | | | | | | | |
| Postage | 2,306 | -10 | | | | | | | | |
| Equipment less than $5000 | 4,500 | 1,263 | | | | | | | | |
| Travel | 8,109 | 5,242 | | | | | | | | |
| Other Direct Subtotal | 27,748 | 9,236 | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 5,040 | 1,705 | | | | | | | | |
| Cons/Contrct Subtotal | 5,040 | 1,705 | | | | | | | | |
| INDIRECT COSTS | 11,602 | 3,433 | | | | | | | | |
| **Grand Total** | **140,503** | **41,583** | | | | | | | | |

MDL_RWJF_0000010



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

November 24, 2004

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J   08543-2316

                              In reply, please refer to
                              UW Acct No. 133-ER82

          RE: Grant # 043940

Dear Ms. Kounelias:

Enclosed is the semi-annual financial report on the above-referenced grant
for Year 3 period March 1, 2004 through August 31, 2004 under the direction
of June Dahl in the Department of Pharmacology at the University of
Wisconsin-Madison.

Thank you for your support of this project.  If you have any questions regarding
this report, please contact me at 608/262-6951.

                              Sincerely,

                              *Amy L. Wilson*

                              Amy L. Wilson
                              Accountant

Enclosure
Cc:  Dahl, June – Pharmacology
     Skemp, Marty – Pharmacology
     Medical School Fiscal Services
     File

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701 Fax: (609) 452-9564

**UW Account #133-ER82**

Project Director:  June L. Dahl
Fiscal Officer:  Mark E. Inman (608-262-5415)

**Budget for Year: 3**
Revised:  May-21-2004

| Grantee: | **University of Wisconsin-Madison** |
|---|---|
| Grant Number: | 043940 |
| Budget Period: | Mar-01-2004 through Aug-31-2004 |
| Grant Period: | Mar-01-2002 through Feb-28-2005 |

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Total | Variance |
|---|---|---|---|---|---|
| PERSONNEL | | | | | |
| Principal Investigator | 17,475.00 | 8,685.49 | | 8,685.49 | 8,789.51 |
| ACS Liaison | 14,754.00 | 7,376.59 | | 7,376.59 | 7,377.41 |
| Communications | 12,815.00 | 8,040.17 | | 8,040.17 | 4,774.83 |
| Grant Manager | 12,128.00 | 3,106.54 | | 3,106.54 | 9,021.46 |
| Project Assistant | 32,936.00 | - | | - | 32,936.00 |
| Student Assistant | 6,005.00 | - | | - | 6,005.00 |
| Personnel Subtotal | 96,113.00 | 27,208.79 | - | 27,208.79 | 68,904.21 |
| | | | | - | |
| OTHER DIRECT COSTS | | | | | |
| Supplies | 3,433.00 | 2,643.22 | | 2,643.22 | 789.78 |
| Printing | 5,723.00 | - | | - | 5,723.00 |
| Telepone | 3,677.00 | 97.80 | | 97.80 | 3,579.20 |
| Postage | 2,306.00 | (10.42) | | (10.42) | 2,316.42 |
| Equipment less than $5,000 | 4,500.00 | 1,262.56 | | 1,262.56 | 3,237.44 |
| Travel | 8,109.00 | 5,242.21 | | 5,242.21 | 2,866.79 |
| Other Direct Subtotal | 27,748.00 | 9,235.37 | - | 9,235.37 | 18,512.63 |
| CONSULTANT/CONTRACTUAL | 5,040.00 | 1,705.00 | | | |
| Cons/Contrct Subtotal | 5,040.00 | 1,705.00 | | 1,705.00 | 3,335.00 |
| INDIRECT COSTS | 11,602.00 | 3,433.41 | | | |
| **Grand Total** | **140,503.00** | **41,582.57** | **-** | **41,582.57** | **98,920.43** |

SKK
12/7/04

Mark E. Inman, Administrative Officer



THE
ROBERT WOOD
JOHNSON
FOUNDATION.

December 8, 2004

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Transmittal of Next Payment

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

In reviewing your recent financial report, we note that cumulative expenditures as of
August 31, 2004, have been $322,880.  The Foundation has made payments to date totaling
$379,620 leaving you a cash balance as of August 31, 2004, of $56,740. Enclosed with this
letter is our check for $13,512.  This check equals your next payment less your cash
balance.  Also enclosed is your financial reporting form for your use when reporting
expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosures

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

Route 1 and College Road East      Post Office Box 2316      Princeton, New Jersey 08543-2316      (609) 452-8701
Internet: http.//www.rwjf.org
e-mail. mail@rwjf org

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                        Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

**FA:** SXK  **PA:** REW  **PO:** MAL                          **Payee:** *University of Wisconsin-Madison Medical*
*School*
**Project Director:** June L. Dahl (608-262-0978)          **ID Number:** 043940 for [**EOL**]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)     **Budget Period:** Mar-01-2004 to Feb-28-2005
                                                          **Project Period:** Mar-01-2002 to Feb-28-2005

**Budget for Year : 3**
**Revised:** May-21-2004                      EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 17,475 | 8,685 | | | | | | | | |
| ACS Liaison | 14,754 | 7,377 | | | | | | | | |
| Communications | 12,815 | 8,040 | | | | | | | | |
| Grant Manager | 12,128 | 3,107 | | | | | | | | |
| Project Assistant | 32,936 | 0 | | | | | | | | |
| Student Assistant | 6,005 | 0 | | | | | | | | |
| Personnel Subtotal | 96,113 | 27,209 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,433 | 2,643 | | | | | | | | |
| Printing | 5,723 | 0 | | | | | | | | |
| Telephone | 3,677 | 98 | | | | | | | | |
| Postage | 2,306 | -10 | | | | | | | | |
| Equipment less than $5000 | 4,500 | 1,263 | | | | | | | | |
| Travel | 8,109 | 5,242 | | | | | | | | |
| Other Direct Subtotal | 27,748 | 9,236 | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 5,040 | 1,705 | | | | | | | | |
| Cons/Contrct Subtotal | 5,040 | 1,705 | | | | | | | | |
| INDIRECT COSTS | 11,602 | 3,433 | | | | | | | | |
| **Grand Total** | **140,503** | **41,583** | | | | | | | | |

MDL_RWJF_0000010



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

November 24, 2004


Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J  08543-2316

                    In reply, please refer to
                    UW Acct No. 133-ER82

       RE: Grant # 043940


Dear Ms. Kounelias:

Enclosed is the semi-annual financial report on the above-referenced grant
for Year 3 period March 1, 2004 through August 31, 2004 under the direction
of June Dahl in the Department of Pharmacology at the University of
Wisconsin-Madison.

Thank you for your support of this project.  If you have any questions regarding
this report, please contact me at 608/262-6951.

                    Sincerely,

                    *Amy L. Wilson*

                    Amy L. Wilson
                    Accountant


Enclosure
Cc:  Dahl, June – Pharmacology
     Skemp, Marty – Pharmacology
     Medical School Fiscal Services
     File

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax: (609) 452-9564

**UW Account #133-ER82**

Project Director:  June L. Dahl
Fiscal Officer:  Mark E. Inman (608-262-5415)

Grantee:  **University of Wisconsin-Madison**
Grant Number:   043940
Budget Period:  Mar-01-2004 through Aug-31-2004
Grant Period:   Mar-01-2002 through Feb-28-2005

**Budget for Year:  3**
Revised:  May-21-2004

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 17,475.00 | 8,685.49 | | 8,685.49 | 8,789.51 |
| ACS Liaison | 14,754.00 | 7,376.59 | | 7,376.59 | 7,377.41 |
| Communications | 12,815.00 | 8,040.17 | | 8,040.17 | 4,774.83 |
| Grant Manager | 12,128.00 | 3,106.54 | | 3,106.54 | 9,021.46 |
| Project Assistant | 32,936.00 | - | | - | 32,936.00 |
| Student Assistant | 6,005.00 | - | | - | 6,005.00 |
| Personnel Subtotal | 96,113.00 | 27,208.79 | - | 27,208.79 | 68,904.21 |
| | | | | - | - |
| **OTHER DIRECT COSTS** | | | | | |
| Supplies | 3,433.00 | 2,643.22 | | 2,643.22 | 789.78 |
| Printing | 5,723.00 | - | | - | 5,723.00 |
| Telepone | 3,677.00 | 97.80 | | 97.80 | 3,579.20 |
| Postage | 2,306.00 | (10.42) | | (10.42) | 2,316.42 |
| Equipment less than $5,000 | 4,500.00 | 1,262.56 | | 1,262.56 | 3,237.44 |
| Travel | 8,109.00 | 5,242.21 | | 5,242.21 | 2,866.79 |
| Other Direct Subtotal | 27,748.00 | 9,235.37 | - | 9,235.37 | 18,512.63 |
| CONSULTANT/CONTRACTUAL | 5,040.00 | 1,705.00 | | | |
| Cons/Contrct Subtotal | 5,040.00 | 1,705.00 | | 1,705.00 | 3,335.00 |
| INDIRECT COSTS | 11,602.00 | 3,433.41 | | | |
| **Grand Total** | **140,503.00** | **41,582.57** | **-** | **41,582.57** | **98,920.43** |

SKK
12/7/04

Mark E. Inman, Administrative Officer

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                        **Page:  1**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

**FA:** SXK  **PA:** REW  **PO:** MAL                          **Payee:** *University of Wisconsin-Madison Medical*
                                                                      *School*
**Project Director:** June L. Dahl (608-262-0978)        **ID Number:** 043940 for [EOL]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)     **Budget Period:** Mar-01-2004 to Feb-28-2005
                                                      **Project Period:** Mar-01-2002 to Feb-28-2005

**Budget for Year : 3**
**Revised:** May-21-2004                         **EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 17,475 | 8,685 | | | | | | 8,685 | 8,790 | 50 |
| ACS Liaison | 14,754 | 7,377 | | | | | | 7,377 | 7,377 | 50 |
| Communications | 12,815 | 8,040 | | | | | | 8,040 | 4,775 | 63 |
| Grant Manager | 12,128 | 3,107 | | | | | | 3,107 | 9,021 | 26 |
| Project Assistant | 32,936 | 0 | | | | | | | 32,936 | 0 |
| Student Assistant | 6,005 | 0 | | | | | | | 6,005 | 0 |
| Personnel Subtotal | 96,113 | 27,209 | | | | | | 27,209 | 68,904 | 28 |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,433 | 2,643 | | | | | | 2,643 | 790 | 77 |
| Printing | 5,723 | 0 | | | | | | | 5,723 | 0 |
| Telephone | 3,677 | 98 | | | | | | 98 | 3,579 | 3 |
| Postage | 2,306 | -10 | | | | | | -10 | 2,316 | 0 |
| Equipment less than $5000 | 4,500 | 1,263 | | | | | | 1,263 | 3,237 | 28 |
| Travel | 8,109 | 5,242 | | | | | | 5,242 | 2,867 | 65 |
| Other Direct Subtotal | 27,748 | 9,236 | | | | | | 9,236 | 18,512 | 33 |
| CONSULTANT/CONTRACTUAL | 5,040 | 1,705 | | | | | | 1,705 | 3,335 | 34 |
| Cons/Contrct Subtotal | 5,040 | 1,705 | | | | | | 1,705 | 3,335 | 34 |
| INDIRECT COSTS | 11,602 | 3,433 | | | | | | 3,433 | 8,169 | 30 |
| **Grand Total** | **140,503** | **41,583** | | | | | | **41,583** | **98,920** | **30** |

4
EOL



# THE
# ROBERT WOOD
# JOHNSON
## FOUNDATION®

April 9, 2004

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
400 A.W. Paterson Building, Room 440
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Acceptance of Annual Financial Report / No Payment

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

In reviewing your annual financial report, we note that cumulative expenditures as of
February 29, 2004, have been $281,297. The Foundation has made payments to date totaling
$379,620 leaving you a cash balance of $98,323. Due to the amount of your cash balance,
an additional payment will not be forwarded now. Enclosed for your convenience is a copy
of your financial reporting form for the period March 1, 2004, through February 28, 2005,
reflecting your approved budget of $135,949. Please use this form when reporting
expenditures.

We look forward to receiving your annual narrative report by April 22, 2004. If I can
assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosure

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701
Internet: http://www.rwjf.org
e-mail: mail@rwjf.org

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                         Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK   PA: REW   PO: MAL                          Grantee: *University of Wisconsin-Madison Medical*
                                                              *School*
Project Director: June L. Dahl (608-262-0978)       Grant Number: 043940 for [EOL]
Fiscal  Officer : Janice H. Kalvin (608-263-7057)   Budget Period: Mar-01-2004 to Feb-28-2005
                                                     Grant Period: Mar-01-2002 to Feb-28-2005

Budget for Year : 3
Revised:                                      EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 17,476 | | | | | | | | |
| ACS Liaison | 14,754 | | | | | | | | |
| Communications | 12,815 | | | | | | | | |
| Grant Manager | 12,128 | | | | | | | | |
| Project Assistant | 32,936 | | | | | | | | |
| Student Assistant | 4,264 | | | | | | | | |
| Personnel Subtotal | 94,373 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | |
| Supplies | 3,433 | | | | | | | | |
| Printing | 5,723 | | | | | | | | |
| Telephone | 3,677 | | | | | | | | |
| Postage | 2,306 | | | | | | | | |
| Service Agreement(s) | 500 | | | | | | | | |
| Equipment less than $5000 | 4,500 | | | | | | | | |
| Travel | 5,172 | | | | | | | | |
| Other Direct Subtotal | 25,311 | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 5,040 | | | | | | | | |
| Cons/Contrct Subtotal | 5,040 | | | | | | | | |
| INDIRECT COSTS | 11,225 | | | | | | | | |
| **Grand Total** | **135,949** | | | | | | | | |



**RECEIVED by:**
APR - 5 2004

**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

March 31, 2004

Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J   08543-2316

In reply, please refer to
UW Acct No. 133-ER82

RE: Grant # 043940

Dear Ms. Kounelias:

Enclosed is the annual financial report on the above-referenced grant for the period September 1, 2003 through February 29, 2004 under the direction of June Dahl in the Department of Pharmacology at the University of Wisconsin-Madison.

Thank you for your support of this project.  If you have any questions regarding this report, please contact me at 608/262-9028.

Sincerely,

Mary C. Koscielniak
Accountant

Enclosure
Cc:  Dahl, June - Pharmacology
     Skemp, Mary - Pharmacology
     Medical School Fiscal Services
     File

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

MDL_RWJF_0000010

# FINANCIAL REPORT

**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone. (609) 452-8701  Fax: (609) 452-9564

**UW Account #133-ER82**

FA: SXK   PA: JMS   PO: MAL

Project Director:  June L. Dahl (608-262-0978)
Fiscal Officer:  Robert C. Andresen (608-262-2896)

Budget for Year:  2
Revised:  March-24-2004

| Grantee: | **University of Wisconsin-Madison** |
|---|---|
| Grant Number: | 043940 for (EOL) |
| Budget Period: | Mar-01-2003 to Feb-28-2004 |
| Grant Period: | Mar-01-2002 to Feb-29-2004 |

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 8,878.00 | 4,298.64 | 4,309.44 | 8,608.08 | 269.92 |
| Media/PR Director | 20,187.00 | 5,752.98 | 14,899.09 | 20,652.07 | (465.07) |
| Communications Manager | 16,274.00 | 9,192.15 | 5,486.25 | 14,678.40 | 1,595.60 |
| ACS Liaison | 72,848.00 | 36,291.63 | 36,382.81 | 72,674.44 | 173.56 |
| Grant Manager | 6,161.00 | 2,977.60 | 2,985.08 | 5,962.68 | 198.32 |
| Student Assistant | 1,563.00 | 1,595.32 | - | 1,595.32 | (32.32) |
| Personnel Subtotal | 125,911.00 | 60,108.32 | 64,062.67 | 124,170.99 | 1,740.01 |
| **OTHER DIRECT COSTS** | | | | | |
| Supplies | 3,000.00 | 1,467.50 | 1,328.99 | 2,796.49 | 203.51 |
| Printing | 212.00 | 193.73 | 17.90 | 211.63 | 0.37 |
| Telephone | 2,500.00 | 396.79 | 723.12 | 1,119.91 | 1,380.09 |
| Postage | - | - | 60.41 | 60.41 | (60.41) |
| Communications/Mrkting | - | 679.18 | 511.29 | 1,190.47 | (1,190.47) |
| Equipment less than $5000 | 2,474.00 | 1,321.59 | 960.20 | 2,281.79 | 192.21 |
| Travel | 15,000.00 | 8,603.23 | 4,485.67 | 13,088.90 | 1,911.10 |
| Other Direct Subtotal | 23,186.00 | 12,662.02 | 8,087.58 | 20,749.60 | 2,436.40 |
| INDIRECT COSTS | 13,420.00 | 6,549.29 | 6,493.49 | 13,042.78 | 377.22 |
| **Grand Total** | **162,517.00** | **79,319.63** | **78,643.74** | **157,963.37** | **4,553.63** |

Mark E. Inman, Administrative Officer



THE
ROBERT WOOD
JOHNSON
FOUNDATION®

December 15, 2003

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
400 A.W. Paterson Building, Room 440
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Transmittal of Next Payment

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

In reviewing your recent financial report, we note that cumulative expenditures as of
August 31, 2003, have been $202,653.  The Foundation has made payments to date totaling
$272,566 leaving you a cash balance as of August 31, 2003, of $69,913. Enclosed with this
letter is our check for $107,054.  This check equals your next payment less your cash
balance.  Also enclosed is your financial reporting form for your use when reporting
expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosures

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701

Internet. http //www.rwjf.org
e-mail. mail@rwjf.org

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                        Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK   PA: REW   PO: MAL                          Grantee: *University of Wisconsin-Madison Medical*
                                                              *School*
**Project Director:** June L. Dahl (608-262-0978)      **Grant Number:** 043940 for [EOL]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)   **Budget Period:** Mar-01-2003 to Feb-29-2004
                                                        **Grant Period:** Mar-01-2002 to Feb-29-2004

**Budget for Year :** 2
**Revised:** Jun-24-2003                               **EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 8,878 | 4,299 | | | | | | | |
| Media/PR Director | 29,702 | 5,753 | | | | | | | |
| Communications Manager | 16,274 | 9,192 | | | | | | | |
| ACS Liaison | 74,948 | 36,292 | | | | | | | |
| Grant Manager | 6,161 | 2,978 | | | | | | | |
| Project Assistant-LTE | 32,936 | 0 | | | | | | | |
| Student Assistant | 5,177 | 1,595 | | | | | | | |
| Personnel Subtotal | 174,076 | 60,109 | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | |
| Supplies | 5,833 | 1,467 | | | | | | | |
| Printing | 5,935 | 194 | | | | | | | |
| Telephone | 6,177 | 397 | | | | | | | |
| Postage | 2,306 | 0 | | | | | | | |
| Service Agreement(s) | 500 | 0 | | | | | | | |
| Communications/Mrkting | 2,982 | 679 | | | | | | | |
| Software | 600 | 0 | | | | | | | |
| Equipment under $5,000 | 9,364 | 1,322 | | | | | | | |
| Travel | 41,848 | 8,603 | | | | | | | |
| Other Direct Subtotal | 75,545 | 12,662 | | | | | | | |
| CONSULTANT/CONTRACTUAL | 24,200 | 0 | | | | | | | |
| Cons/Contrct Subtotal | 24,200 | | | | | | | | |
| INDIRECT COSTS | 24,645 | 6,549 | | | | | | | |

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                   Page:   2
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK   PA: REW   PO: MAL                          Grantee: *University of Wisconsin-Madison Medical*
                                                              *School*
Project Director: June L. Dahl (608-262-0978)        Grant Number: 043940 for [EOL]
Fiscal  Officer : Janice H. Kalvin (608-263-7057)    Budget Period: Mar-01-2003 to Feb-29-2004
                                                     Grant Period: Mar-01-2002 to Feb-29-2004

Budget for Year : 2
Revised: Jun-24-2003                        EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|------|------------------------|----------------------|----------------------|----------|----------|----------|----------|-------|----------|
| **Grand Total** | 298,466 | 79,320 | | | | | | | |



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

December 2, 2003

RECEIVED by:

DEC - 8 2003

Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J   08543-2316

In reply, please refer to
UW Acct No. 133-ER82

        RE: Grant  # 043940

Dear Ms. Kounelias:

Enclosed is the interim financial report on the above-referenced grant for
the period March 1, 2003 through August 31, 2003 under the direction of June
Dahl in the Department of Pharmacology at the University of Wisconsin-
Madison.

Thank you for your support of this project.  If you have any questions
regarding this report, please contact me at 608/262-9028.

                    Sincerely,

                    *Mary C Koscielniak*

                    Mary C Koscielniak
                    Accountant

Enclosure
Cc:  Dahl, June - Pharmacology
     Skemp, Mary - Pharmacology
     Medical School Fiscal Services
     File

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax: (609) 452-9564

**UW Account #133-ER82**

FA: SXK   PA: JMS   PO: MAL

Project Director:  June L. Dahl (608-262-0978)
Fiscal Officer  Robert C. Andresen (608-262-2896)

**Grantee:**      **University of Wisconsin-Madison**
Grant Number:  043940 for (EOL)
Budget Period:  Mar-01-2003 to Feb-28-2004
Grant Period:  Mar-01-2002 to Feb-29-2004

**Budget for Year:  2**
Revised:  Jun-24-2003

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 8,878.00 | 4,298.64 | | 4,298.64 | 4,579.36 |
| Media/PR Director | 29,702.00 | 5,752.98 | | 5,752 98 | 23,949.02 |
| Communications Manager | 16,274.00 | 9,192.15 | | 9,192 15 | 7,081.85 |
| ACS Liaison | 74,948.00 | 36,291.63 | | 36,291.63 | 38,656.37 |
| Grant Manager | 6,161.00 | 2,977.60 | | 2,977.60 | 3,183.40 |
| Project Assistant-LTE | 32,936.00 | - | | - | 32,936.00 |
| Student Assistant | 5,177.00 | 1,595.32 | | 1,595.32 | 3,581 68 |
| Personnel Subtotal | 174,076.00 | 60,108 32 | | 60,108 32 | 113,967.68 |
| **OTHER DIRECT COSTS** | | | | | |
| Supplies | 5,833.00 | 1,467.50 | | 1,467.50 | 4,365.50 |
| Printing | 5,935.00 | 193.73 | | 193 73 | 5,741.27 |
| Telephone | 6,177.00 | 396.79 | | 396 79 | 5,780 21 |
| Postage | 2,306.00 | - | | - | 2,306.00 |
| Service Agreement(s) | 500.00 | - | | - | 500.00 |
| Communications/Mrkting | 2,982.00 | 679.18 | | 679 18 | 2,302.82 |
| Software | 600.00 | - | | - | 600.00 |
| Equipment less than $5000 | 9,364.00 | 1,321.59 | | 1,321.59 | 8,042.41 |
| Travel | 41,848.00 | 8,603.23 | | 8,603 23 | 33,244.77 |
| Other Direct Subtotal | 75,545.00 | 12,662.02 | | 12,662.02 | 62,882.98 |
| CONSULTANT/CONTRACTUAL | 24,200.00 | - | | - | 24,200.00 |
| Cons/Contrct Subtotal | 24,200.00 | - | | - | 24,200 00 |
| INDIRECT COSTS | 24,645.00 | 6,549 29 | | 6,549 29 | 18,095.71 |
| **Grand Total** | **298,466.00** | **79,319.63** | **-** | **79,319.63** | **219,146.37** |

SXK
12/12/03

Mark E  Inman, Administrative Officer



# THE ROBERT WOOD JOHNSON FOUNDATION

June 25, 2003

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #043940 - Acknowledgement of Annual Narrative
Report/Approval of Revisions

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of the Targeted End-of-Life Project Initiatives.

We have received your annual narrative report and have forwarded a copy of this report to Michelle A. Larkin R.N., M.S. for her review. If she has any questions or comments, she will contact you directly.

We have reviewed your budget revision requests for Years 1 and 2 and approved them both. The revised budget amounts are $123,333 and $298,466, respectively.

Cumulative expenditures as of February 28, 2003, have been $123,333.  The Foundation has made payments to date totaling $156,251 leaving you a cash balance of $32,918.  Enclosed with a copy of this letter to Janice H. Kalvin is our check for $116,315.  This amount will equal your first payment under your Year 2 budget less the above-mentioned cash balance.  Also enclosed for your convenience is a copy of your financial reporting form for the period March 1, 2003, through February 29, 2004, reflecting your approved budget of $298,466.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Financial Analyst

/JPW
Enclosure

cc:  Janice H. Kalvin
     Michelle A. Larkin R.N., M.S.

*Office of the Vice President and Treasurer*

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                   Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

**FA: SXK  PA: JMS  PO: MAL**                         **Grantee:** *University of Wisconsin-Madison Medical School*

**Project Director:** June L. Dahl (608-262-0978)         **Grant Number:** 043940 for [EOL]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)      **Budget Period:** Mar-01-2003 to Feb-29-2004
                                                           **Grant Period:** Mar-01-2002 to Feb-29-2004

**Budget for Year : 2**
**Revised:** Jun-24-2003                    **EXPENDITURES**

| I | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 8,878 | | | | | | | | | |
| Media/PR Director | 29,702 | | | | | | | | | |
| Communications Manager | 16,274 | | | | | | | | | |
| ACS Liaison | 74,948 | | | | | | | | | |
| Grant Manager | 6,161 | | | | | | | | | |
| Project Assistant-LTE | 32,936 | | | | | | | | | |
| Student Assistant | 5,177 | | | | | | | | | |
| Personnel Subtotal | 174,076 | | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 5,833 | | | | | | | | | |
| Printing | 5,935 | | | | | | | | | |
| Telephone | 6,177 | | | | | | | | | |
| Postage | 2,306 | | | | | | | | | |
| Service Agreement(s) | 500 | | | | | | | | | |
| Communications/Mrktng | 2,982 | | | | | | | | | |
| Software | 600 | | | | | | | | | |
| Equipment under $5,000 | 9,364 | | | | | | | | | |
| Travel | 41,848 | | | | | | | | | |
| Other Direct Subtotal | 75,545 | | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 24,200 | | | | | | | | | |
| Cons/Contrct Subtotal | 24,200 | | | | | | | | | |
| INDIRECT COSTS | 24,645 | | | | | | | | | |

**FINANCIAL REPORT**
The Robert Wood Johnson Foundation                                    Page:  2
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: JMS  PO: MAL                          Grantee: *University of Wisconsin-Madison Medical*
                                                            *School*
Project Director: June L. Dahl (608-262-0978)      Grant Number: 043940 for [EOL]
Fiscal  Officer : Janice H. Kalvin (608-263-7057)  Budget Period: Mar-01-2003 to Feb-29-2004
                                                   Grant Period: Mar-01-2002 to Feb-29-2004

Budget for Year : 2
Revised: Jun-24-2003                        EXPENDITURES

| I | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | 298,466 | | | | | | | | | |



UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**

April 23, 2003

Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

APR 2 4 2003

RE: Grant #043940

Dear Ms. Kounelias,

Enclosed please find the annual progress report, budget report and revision request, and
bibliography for the period March 1, 2002 – February 28, 2003.

Thank you for your support of this project.  If you have any questions regarding this
report please contact Marty Skemp, Grants Manager at 608-265-9173 or
mmskemp@wisc.edu.

Sincerely,

June L. Dahl, PhD
Principal Investigator

Enclosure

Cc:    Mary Koscielniak, UW Accounting

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

MDL_RWJF_0000010

# LINE ITEM BUDGET AND BUDGET NARRATIVE
# YEAR ONE – ANNUAL REPORT & REVISION

For

## MAKING PAIN RELIEF A REALITY
## THROUGH NATIONAL VISIBILITY AND PARTNERSHIP
## WITH THE AMERICAN CANCER SOCIETY

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

April 2003

- 1 -

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Line Item Budget Summary** ............................................................................ 3

**Line Item Budget - Project Year One** .............................................................. 4

**Budget Narrative - Project Year One** .............................................................. 5

   **I. PERSONNEL** ............................................................................................. 5

   **II. OTHER DIRECT COSTS** .......................................................................... 6
      Office Operations: ......................................................................................... 6
      Software: ....................................................................................................... 7
      Equipment Less Than $5,000: ...................................................................... 7
      Project Staff Travel: ..................................................................................... 7

   **III. INDIRECT COSTS** ................................................................................. 7

**Line Item Budget - Project Year Two** ............................................................. 8

**Budget Narrative - Project Year Two** ............................................................. 9

   **I. PERSONNEL** ............................................................................................. 9

   **II. OTHER DIRECT COSTS** ........................................................................ 10
      Office Operations: ....................................................................................... 10
      Project Staff Travel: ................................................................................... 10

   **III. INDIRECT COSTS** ............................................................................... 10

   **IV. Consultant/Contractual Agreements** ...................................................... 10

2

MDL_RWJF_0000010

## The Robert Wood Johnson Foundation
## Line Item Budget Summary
March 1, 2002– February 28, 2004

**I. Personnel**

| Name | Position | Request Year 1 | Request Year 2 |
|---|---|---|---|
| June Dahl | Principal Investigator | $8,314 | $8,878 |
| Matt Bromley | Media/PR Director | $13,171 | $29,702 |
| Lisa Lindner | Communications | $0 | $16,274 |
| Mary Bennett | ACS Liaison | $70,677 | $74,948 |
| | Initiatives Coordinator | $0 | $0 |
| Marty Skemp | Grant Manager | $5,503 | $6,161 |
| TBA | Project Assistant | $0 | $32,936 |
| TBA | Student Assistant | $4,720 | $5,177 |
| *Fringe benefits included* | | **$102,385** | **$174,076** |

| **II. Other Direct costs** | *Year 1* | *Year 2* |
|---|---|---|
| **Office Operations** | | |
| *Supplies* | $667 | $5,833 |
| *Printing* | $65 | $5,935 |
| *Telephone* | $791 | $6,177 |
| *Postage* | $34 | $2,306 |
| *Service Contracts* | $0 | $500 |
| **Communications** | $18 | $2,982 |
| **Software** | $0 | $600 |
| **Equipment less than $5000** | $1,536 | $9,364 |
| **Travel** | $7,652 | $41,848 |
| **Subtotals** | **$10,764.3** | **$75,545** |

| **III. Equipment** | **$0** | **$0** |
|---|---|---|

| **IV. Consultant/ Contractual Agreements** | **$0** | **$24,200** |
|---|---|---|

| **V. Indirect Costs** | **$10,183** | **$24,645** |
|---|---|---|

| **TOTALS** | **$123,334** | **$298,466** |
|---|---|---|

## Two Year Grant Total            $421,800

3

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget - Project Year One

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2002 to 02/28/2003)

### I. Personnel

| Name | Position | Approved Amount | Revision Request | Proposed Budget | Expenses Incurred |
|---|---|---|---|---|---|
| June Dahl | Principal Investigator* | $8,108 | $206 | $8,314 | $8,314 |
| Matt Bromley | Media/PR Director* | $10,982 | $2,189 | $13,171 | $13,171 |
| Mary Bennett | ACS Liaison* | $68,640 | $2,037 | $70,677 | $70,677 |
| TBA | Initiatives Coordinator* | $13,856 | ($13,856) | $0 | $0 |
| Marty Skemp | Grant Manager* | $5,177 | $326 | $5,503 | $5,503 |
| TBA | Project Assistant-LTE** | $22,500 | ($22,500) | $0 | $0 |
| TBA | Student Assistant*** | $5,075 | ($355) | $4,720 | $4,720 |
| | **Subtotals** | **$134,338** | **($31,952)** | **$102,385** | **$102,385** |

Fringe benefits 32%*  , 17.5%**, 1.5%***

| II. Other Direct costs | Approved Amount | Revision Request | Proposed Budget | Expenses Incurred |
|---|---|---|---|---|
| **Office Operations** | | | | |
| *Supplies* | $3,500 | ($2,833) | $667 | $667 |
| *Printing* | $3,000 | ($2,935) | $65 | $65 |
| *Telephone* | $3,384 | ($2,593) | $791 | $791 |
| *Postage* | $1,170 | ($1,136) | $34 | $34 |
| *Service Contracts* | $350 | ($350) | $0 | $0 |
| **Communications** | $1,500 | ($1,482) | $18 | $18 |
| **Software** | $300 | ($300) | $0 | $0 |
| **Equipment less than $5000** | $8,400 | ($6,864) | $1,536 | $1,536 |
| **Travel** | $24,750 | ($17,098) | $7,652 | $7,652 |
| **Subtotals** | **$46,354** | **($35,590)** | **$10,764** | **$10,764** |
| | | | | |
| **III. Indirect Costs (9%)** | **$16,262** | **($6,079)** | **$10,183** | **$10,183** |
| | | | | |
| **Totals Year 1** | **$196,954** | **($73,621)** | **$123,333** | **$123,334** |

4

## Budget Narrative - Project Year One

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2002 to 02/28/2003)

## I. PERSONNEL

<u>Principal Investigator, June L. Dahl, PhD, 5%</u>
Dr. Dahl will oversee the design and implementation of the major components of the
proposal.  She will provide regular consultation to other members of the Project Team as they
develop and implement a strategic plan to enhance collaboration with the American Cancer
Society.  The overall goal is to use the strengths of the state cancer pain initiatives to facilitate
the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer,
with special emphasis on pain management. She will review and edit materials and serve as a
participant for any conferences needed to facilitate the goals of the proposal.  As Principal
Investigator she will assume responsibility for ongoing communication with other national
organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and
individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe benefits, for a
total of $8,108.

<u>Media/PR Director, Matt Bromley, BA, 20%</u>
Mr. Bromley will work with Initiative representatives and staff at the American Cancer
Society national office to develop media and public relations strategies to raise public
awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to
develop and disseminate communications resources for Initiatives and ACS division/regional
volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis
of national and state policies related to the treatment of cancer pain.  We request $10,982 to
cover 20% of Mr. Bromley's salary and fringe benefits in Year One.

<u>ACS Liaison, Mary Bennett, MFA, 100%</u>
Ms. Bennett assumed the role of ACS Liaison. She will work in collaboration with staff in the
National Office of the American Cancer Society (ACS) to create and implement a national
strategic plan for collaboration between the ACS, the American Alliance of Cancer Pain
Initiatives (AACPI) and its member state initiatives.  The objective of such collaboration is to
facilitate achievement of the ACS's 2015 Goal to improve the quality of life for persons with
cancer, with special emphasis on pain management.  This person will subsequently work with
ACS staff and AACPI to create measurable objectives for evaluating the success of the
collaboration as determined by reduction of the burden that pain places on cancer survivors.
We request $68,640 for salary in Year One.

<u>Initiatives Coordinator</u>
This position was eliminated as various staff take over the role of Initiative Coordinator by
providing services and projects for State Pain Initiatives and the collaboration with ACS

<u>Grants Manager, Marty Skemp, MBA 10%</u>
The Grants Manager will work directly with all project team members to assure that project
goals are met. Team members will report their progress to Ms. Skemp and she will produce
viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual
grant report and budget revision to the Foundation. We request 10% of her salary and fringe
for year one.

5

MDL_RWJF_0000010

Project Assistant, TBA, 100%

The Project Assistant will work directly with the ACS Liaison and the Media/PR Director to facilitate communications with other project personnel, assist with the day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain files, and facilitate the development of materials for the educational missions of this proposal. This person will assist staff in development of conference materials, plan and coordinate conference calls and meetings, and arrange travel and correspondence. The program assistant will also serve as liaison to the University for financial and contractual concerns.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $6,275 | 32.5% | $2,039 |
| Media/PR Director | $9,940 | 32.5% | $3,231 |
| ACS Liaison | $53,341 | 32.5% | $17,336 |
| Initiatives Coordinator | $0 | 32.5% | $0 |
| Grant Manager | $4,153 | 32.5% | $1,350 |
| Project Assistant-LTE | $0 | 18.0% | $0 |
| Student Assistant | $4,627 | 2.0% | $93 |
| | **Total Fringe** | | **$24,049** |

## II. OTHER DIRECT COSTS

Due to the delay in some grant activities limited amounts were spent in year one. We request that the remaining funds be allocated to those same categories in year two.

**Office Operations:**

*Supplies* - The approved supply budget was $3,500. A total of $667 was spent on supplies in year one. We ask that the remaining $2,833 be allocated to supplies in year two.

*Printing* - The approved printing budget was $3,000. A total of $65 was spent in year one. We ask that the remaining $2,935 be allocated to printing in year two.

*Telephone* - The approved telephone budget was $3,384. A total of $791 was spent in year one. We ask that the remaining $2,593 be allocated to telephone expenses in year two.

*Postage* - The approved postage budget was $1,170. A total of $34 was spent in year one. We ask that the remaining $1,136 be allocated to postage in year two.

6

**Software:**

The approved software budget was $300. We request that this amount be allocated to year 2 to cover software and software upgrade expenses.

**Equipment Less Than $5,000:**

The approved equipment budget for equipment was $8,400. We spent $1,536 in year one. We request that the remaining $6,864 be allocated to year two to cover the cost of:

- new PCs for the ACS Liaison and the Project Assistant

- monthly rental charge for photocopy machine

- a new printer to be shared by the Media/PR Director, ACS Liaison and Project Assistant

- a scanner.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 was approved.

*ACS Liaison travel-* A total of $19,800 was approved for the ACS Liaison and one AACPI staff to attend 10 meetings with ACS staff at the ACS National Office or other location when appropriate and ACS/AACPI events/conferences. A total of $7,652 was spent in year one. We ask that the remaining $12,148 be allocated to this same category in year two.

*Media/PR travel* - The total budget approved was $4,950 to support costs of travel, lodging, ground transportation and meals for the Media/PR Director to make 5 site visits to Initiatives needing support in the area of media or public relations, or to other pertinent meetings. Nothing was spent in this category. We ask that the total amount be allocated to year two.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $10,183.

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

**I. Personnel**

| Name | Position | *Approved Amount* | *Revision Request* | *Request Total* |
|---|---|---|---|---|
| June Dahl | Principal Investigator (5%)* | $8,514 | $364 | $ 8,878 |
| Matt Bromley | Media/PR Director (50%)* | $28,829 | $873 | $29,702 |
| Lisa Lindner | Communications (30%)* | $0 | $16,274 | $16,274 |
| Mary Bennett | ACS Liaison (100%)* | $72,072 | $2,876 | $74,948 |
| | Initiatives Coordinator* | $7,275 | ($7,275) | $0 |
| Marty Skemp | Grant Manager (10%)* | $5,436 | $725 | $6,161 |
| TBA | Project Assistant (70%)* | $23,625 | $9,311 | $32,936 |
| TBA | Student Assistant** | $5,075 | $102 | $5,177 |
| Fringe benefits (33%*, 2.0%**) | | | | |
| | **Subtotals** | **$150,826** | **$23,250** | **$174,076** |

**II. Other Direct costs**
**Office Operations**

| | *Approved Amount* | *Revision Request* | *Request Total* |
|---|---|---|---|
| *Supplies* | $3000 | $2,833 | $5,833 |
| *Printing* | $3000 | $2,935 | $5,935 |
| *Telephone* | $3,584 | $2,593 | $6,177 |
| *Postage* | $1,170 | $1,136 | $2,306 |
| *Service Contracts* | $150 | $350 | $500 |
| **Communications** | $1,500 | $1,482 | $2,982 |
| **Software** | $300 | $300 | $600 |
| **Equipment Less than $5000** | $0 | $9,364 | $9,364 |
| **Travel** | $24,750 | $17,098 | $41,848 |
| **Subtotals** | **$37,454** | **$38,091** | **$75,545** |

| | *Approved Amount* | *Revision Request* | *Request Total* |
|---|---|---|---|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual** | **$18,000** | **$6,200** | **$24,200** |
| **V. Indirect Costs (9%)** | **$18,566** | **$6,079** | **$24,645** |
| **Totals Year 2** | **$224,846** | **$73,620** | **$298,466** |

8

## Budget Narrative - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

## I. PERSONNEL

Salaries are increased by 3% over adjusted year one salaries.

Media/PR Director, Matt Bromley, BA, 50%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues.  Part of this strategy will include the services of a private communications firm to carry out a national media campaign involving the release of the revised Guidelines for the Treatment of Cancer Pain.  Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain.  We request $ 28,829 to cover 50% of Mr. Bromley's salary and fringe benefits in Year Two.

Communications, Lisa Lindner, BA, 30%
Ms. Lindner maintains a communication system related to all AACPI projects including email, list serves, and a web site.  She also maintains a comprehensive database, and maintains multiple E-Newsletters which highlight collaborative activities between CPIs and ACS. Ms. Lindner will assist Mr. Bromley in communication activities

Project Assistant, TBA, 100%
In year two we propose to hire a Project Assistant as described on page 5. This will be a staff position (not LTE).

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $6,675 | 33% | $2,203 |
| Media/PR Director | $22,332 | 33% | $7,370 |
| Communications | $12,236 | 33% | $4,038 |
| ACS Liaison | $56,352 | 33% | $18,596 |
| Grant Manager | $4,632 | 33% | $1,529 |
| Project Assistant | $24,764 | 33% | $8,172 |
| Student Assistant | $5,075 | 2% | $102 |
| | | **Total Fringe** | **$42,010** |

9

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved supply budget is $3,000. We ask that $2,833 be carried over from year one for a total budget of $5,833.

*Printing* - The printing budget is $3,000. We request a carry over of $2,935 from year one for a total of $5,935.

*Telephone* - The approved budget is $3,584. We request a carry over of $2,593 from year one for a total of $6,177.

*Postage* - The approved postage budget is $1,170. We request a carry over from year one for a total of $2,306.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. The approved travel budget is $24,750. We request a carry over of $17,098 from year one for a total of $41,848.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% rate of budget categories I, II and IV for a total of $24,645. This reflects a carry over of $6,079 from year one.

## IV. Consultant/Contractual Agreements

The approved budget for consultant/contractual agreements is $18,000. We request a carryover of $6,200 from year one (salary category). This amount will be used to cover the following areas:

*Home From Communications*

Home Front Communications will produce and distribute a national video media release. The Media/PR Director will work closely with Home Front Communications to assure that all content is pertinent to the Cancer Pain Initiative movement. The Media Director will also use this video media release to assure that the AACPI and individual Initiatives capitalize on the potential exposure that results from this project. Specifics are outlined in the grant proposal.

10

MDL_RWJF_0000010

**ANNUAL GRANT REPORT: YEAR ONE**
March 1, 2002 – February 28, 2003

**MAKING CANCER PAIN RELIEF A REALITY
THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE
AMERICAN CANCER SOCIETY**

GRANT # 043940

APR 2 4 2003

NANCIAL MONITORING

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI 53706
(608) 265-4014

MDL_RWJF_0000010

**1. What measurable goals did you set for this project, and what indicators are you using to measure your performance? To what extent has your project achieved these goals and levels of performance to date?**

The overall goal of this grant is to improve cancer pain management by building collaborations between the AACPI and the American Cancer Society (ACS). In our work to achieve this goal, we:

- **Convened a meeting of ACS and AACPI leaders to develop recommendations to serve as the foundation for the national partnership and a strategic plan.** AACPI and ACS leaders developed recommendations in Atlanta, May 9-10, 2002.

- **Created a national Partnership Agreement.** A team made up of AACPI and ACS representatives created a national Partnership Agreement and strategic plan based on the recommendations developed at the May meeting in Atlanta.

- **Launched the Partnership at the AACPI's Annual Meeting, June 13, 2002.** The Annual Meeting of the AACPI highlighted many aspects if the collaboration between ACS and the State Initiatives. Forty-six ACS staff and volunteers attended the meeting, three times the number that attended the previous year.

- **Created and began implementation of a strategic action plan.** We specifically:

  *Engaged ACS leadership at the national and divisional levels so as to assure their investment in the goals of the Partnership Agreement.* Representatives of the AACPI presented to the ACS planners October 23, 2002 in Atlanta.

  *Engaged ACS Divisions and States in the goals of the Partnership Agreement.* Provided consultation to ACS and State Initiatives via resource materials, site visits, presentations and trainings, meeting planning and facilitation, conference calls and communications. The Massachusetts Pain Initiative is a good example of how the partnership has revitalized a CPI. The Florida Pain Initiative has provided a model for successful ACS/CPI collaboration through their development and implementation of a 3-year strategic plan. The New England Division of ACS continues to be a role model of collaboration by successfully implementing the AACPI's Practice Change Programs in three states (CT, VT, and MA). The NE Division promoted the ACS' *CareCast on Cancer Pain* – a live online discussion among cancer survivors on cancer pain issues. A hotlink to *CareCast* was provided via the AACPI's website.

  *Distributed copies of the supplement to ACS' journal* Cancer Practice, *titled Issues in Cancer Pain Management: Models of Success to over 100 leaders in the State Cancer Pain Initiative movement.* This supplement featured the ACS/CPI collaboration and provided an update on Initiative activities.

2

MDL_RWJF_0000010

- **Worked with ACS national home office to promote and build the collaboration.** Convened a working group of ACS/CPI leaders in Madison, WI, February 17-18, 2003 to: create a resource for writing goals, objectives and outcomes; link current concepts of quality-of-life activities and goals; and discussed ways of collaborating to improve pain management for cancer patients. Dr. Bonnie Teschendorf, PhD, Director of Quality of Life Science and Cancer Control at ACS national led the meeting.

- **Provided consultation to the ACS national government relations office on current costs of prescription analgesics.**

**2. Briefly describe any proposed activities that were not completed, the reasons they were not completed and your plans for carrying them out.**

This report reflects the significant accomplishments and progress of the collaboration on the ACS Division/State level. We will continue with those same objectives through year two. While we established a national partnership with the national home office of the ACS, the reorganization of the ACS and the subsequent uncertainties has delayed the implementation of the strategic action plan. Working relationships with new leaders must be established in order to gain the commitment of resources. With that said, we will continue to pursue the goals of the action plan with the revisions outlined below. In the second year of the grant we will continue with the two-tier approach to building the AACPI/ACS partnership: working with the national home office of ACS and working with ACS Divisions/Regions and State CPIs.

Objectives for building the partnership with the national home office of ACS:

- Establish relationships and investment with new leaders and those in new positions (Dr. Jerry Yates, Dr. Harry Johns and Terry Music).
- Assess leaders' commitment to the partnership; use the commitment of the ACS National Board to leverage buy-in.
- Develop a new action plan with national.
- Create an AACPI/ACS taskforce to oversee, evaluate and advocate for the activities and progress of the partnership at the national level.
- Work with the ACS Foundation to raise funds for activities of the Partnership (e.g., replication of Best Practices programs, public awareness campaigns)

We proposed establishment of vertical and horizontal communication systems between the ACS and the AACPI and its member State Initiatives. Although the number of ACS staff participating in the AACPI's list serves increased, no formal system of communication has been established. The structure and bureaucracy of ACS presents a significant barrier to development of an effective method of communicating within the different levels of ACS. We do not have any plans for carrying out this activity.

3

However, it is critical that all ACS staff and volunteers be made aware of the ACS' 2015 Quality of Life Goals and how critical appropriate pain management is to accomplishing that goal.

The proposal submitted to RWJF proposed several activities to increase awareness of the AACPI and the ACS efforts to improve cancer pain management through the media. These activities were not completed because the proposal was funded at one quarter less than requested.  Therefore it was decided that these activities would be not be undertaken under this grant.

4

# ANNUAL BIBLIOGRAPHY: YEAR ONE
March 1, 2002 – February 28, 2003

# MAKING CANCER PAIN RELIEF A REALITY
# THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE
# AMERICAN CANCER SOCIETY

## GRANT # 043940

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI 53706
(608) 265-4014

MDL_RWJF_0000010

Dahl JL, Bennett ME, Bromley MD, Joranson DE. Success of the State Pain Initiatives: moving pain management forward. *Cancer Practice* 10(1), S9-13. May/June, 2002.

MDL_RWJF_0000010



THE
ROBERT WOOD
JOHNSON
FOUNDATION

April 14, 2003

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
400 A.W. Paterson Building, Room 440
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Annual Financial Report Received/Request
for Annual Narrative Report

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

Your annual financial report indicates that as of February 28, 2003, you have had
cumulative expenditures of $123,333.  The Foundation has remitted payments to date
totaling $156,251 leaving you a cash balance of $32,918.  Once we receive your annual
narrative report, we will release your next payment.

We look forward to receiving your annual narrative report by April 24, 2003.  If I can
assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Financial Analyst

/SXK

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

*Office of the Vice President and Treasurer*

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701



# University of Wisconsin-Madison
## Graduate School, Research and Sponsored Programs

April 5, 2003



APR  8 2003

Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton,   N J   08543-2316

In reply, please refer to
UW Acct No. 133-ER82

RE: Grant  # 043940

Dear Ms. Kounelias:

Enclosed is the annual financial report for Year 1 on the above-referenced
grant for the period September 1, 2002 through February 28, 2003 under the
direction of June Dahl in the Department of Pharmacology.

June Dahl will be submitting a request to carryover the balance along with a
rebudgeting for Year 2.

Thank you for your support of this project.  If you have any questions
regarding this report, please contact me at 608/262-9028.

Sincerely,

Mary C. Koscielniak
Accountant

Enclosure
Cc:  Dahl, June - Pharmacology
     Skemp, Mary - Pharmacology
     Medical School Fiscal Services
     File

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax: (609) 452-9564

**UW Account #133-ER82**

FA: SXK  PA: JMS  PO: MAL

Project Director:  June L. Dahl (608-262-0978)
Fiscal Officer:  Robert C. Andresen (608-262-2896)

| | |
|---|---|
| **Grantee:** | **University of Wisconsin-Madison** |
| Grant Number: | 043940 for (EOL) |
| Budget Period: | Mar-01-2002 to Feb-28-2003 |
| Grant Period: | Mar-01-2002 to Feb-29-2004 |

**Budget for Year:  1**
Revised·

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/02-08/02 | Period 2 09/02-02/03 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 8,108.00 | 4,096.15 | 4,217.93 | 8,314.08 | (206.08) |
| Media/PR Director | 10,982.00 | 5,536.74 | 7,634.70 | 13,171.44 | (2,189.44) |
| ACS Liaison | 68,640.00 | 34,927.69 | 35,749.64 | 70,677.33 | (2,037.33) |
| Initiatives Coordinator | 13,856.00 | - | - | - | 13,856.00 |
| Grant Manager | 5,177.00 | 2,610.08 | 2,892.54 | 5,502.62 | (325.62) |
| Project Assistant | 22,500.00 | - | - | - | 22,500.00 |
| Student Assistant | 5,075.00 | 2,153 17 | 2,566.87 | 4,720.04 | 354.96 |
| Personnel Subtotal | 134,338.00 | 49,323.83 | 53,061.68 | 102,385 51 | 31,952.49 |
| **OTHER DIRECT COSTS** | | | | | |
| Supplies | 3,500.00 | 244.93 | 422.18 | 667.11 | 2,832.89 |
| Printing | 3,000.00 | - | 65.12 | 65.12 | 2,934.88 |
| Telephone | 3,384.00 | - | 791.07 | 791.07 | 2,592.93 |
| Postage | 1,170.00 | - | 34.08 | 34.08 | 1,135.92 |
| Service Agreement(s) | 350.00 | - | - | - | 350.00 |
| Communications/Mrkting | 1,500.00 | - | 18.47 | 18.47 | 1,481.53 |
| Software | 300.00 | - | - | - | 300.00 |
| Equipment less than $5000 | 8,400.00 | 192.04 | 1,344.28 | 1,536.32 | 6,863.68 |
| Travel | 24,750.00 | 3,243.44 | 4,409.05 | 7,652.49 | 17,097.51 |
| Other Direct Subtotal | 46,354.00 | 3,680.41 | 7,084.25 | 10,764.66 | 35,589.34 |
| INDIRECT COSTS | 16,262 00 | 4,770.37 | 5,413.10 | 10,183 47 | 6,078.53 |
| **Grand Total** | **196,954.00** | **57,774.61** | **65,559.03** | **123,333.64** | **73,620.36** |

✓
SXK
4/10/03      Robert C. Andresen

Robert C. Andresen, Administrative Officer

FINANCIAL REPORT
**The Robert Wood Johnson Foundation**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

Page:  1

**FA:** SXK  **PA:** JMS  **PO:** MAL

**Grantee:** *University of Wisconsin-Madison Medical School*
**Grant Number:** 043940 for [EOL]
**Budget Period:** Mar-01-2002 to Feb-28-2003
**Grant Period:** Mar-01-2002 to Feb-29-2004

**Project Director:** June L. Dahl (608-262-0978)
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)

**Budget for Year : 1**
**Revised:**

EXPENDITURES



| Item | Approved Budget Amount | Period 1 03/02-08/02 | Period 2 09/02-02/03 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 8,108 | 4,096 | 4,218 | | | | | 8,314 | -206 | 103 |
| Media/PR Director | 10,982 | 5,537 | 7,635 | | | | | 13,172 | -2,190 | 120 |
| ACS Liaison | 68,640 | 34,928 | 35,750 | | | | | 70,678 | -2,038 | 103 |
| Initiatives Coordinator | 13,856 | 0 | 0 | | | | | | 13,856 | 0 |
| Grant Manager | 5,177 | 2,610 | 2,893 | | | | | 5,503 | -326 | 106 |
| Project Assistant | 22,500 | 0 | 0 | | | | | | 22,500 | 0 |
| Student Assistant | 5,075 | 2,153 | 2,567 | | | | | 4,720 | 355 | 93 |
| Personnel Subtotal | 134,338 | 49,324 | 53,063 | | | | | 102,387 | 31,951 | 76 |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,500 | 245 | 422 | | | | | 667 | 2,833 | 19 |
| Printing | 3,000 | 0 | 65 | | | | | 65 | 2,935 | 2 |
| Telephone | 3,384 | 0 | 791 | | | | | 791 | 2,593 | 23 |
| Postage | 1,170 | 0 | 34 | | | | | 34 | 1,136 | 3 |
| Service Agreement(s) | 350 | 0 | 0 | | | | | | 350 | 0 |
| Communications/Mrktng | 1,500 | 0 | 18 | | | | | 18 | 1,482 | 1 |
| Software | 300 | 0 | 0 | | | | | | 300 | 0 |
| Equipment less than $5000 | 8,400 | 192 | 1,344 | | | | | 1,536 | 6,864 | 18 |
| Travel | 24,750 | 3,243 | 4,409 | | | | | 7,652 | 17,098 | 31 |
| Other Direct Subtotal | 46,354 | 3,680 | 7,083 | | | | | 10,763 | 35,591 | 23 |
| INDIRECT COSTS | 16,262 | 4,770 | 5,413 | | | | | 10,183 | 6,079 | 63 |
| **Grand Total** | **196,954** | **57,774** | **65,559** | | | | | **123,333** | **73,621** | **63** |



November 21, 2002

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Paterson Building, Room 440
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Transmittal of Next Payment

Dear Ms. Kalvin:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

In reviewing your recent financial report, we note that cumulative expenditures as of
August 31, 2002, have been $57,774. The Foundation has made payments to date totaling
$98,500 leaving you a cash balance as of August 31, 2002, of $40,726. Enclosed with this
letter is our check for $57,751. This check equals your next payment less your cash
balance. Also enclosed is your financial reporting form for your use when reporting
expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Financial Analyst

/SXK
Enclosures

cc:    June L. Dahl, Ph.D.
       Michelle A. Larkin R.N., M.S. ✓

*Office of the Vice President and Treasurer*

Route 1 and College Road East    Post Office Box 2316    Princeton New Jersey 08543-2316    (609) 452-8701

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                    **Page:  1**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: JMS  PO: MAL                          **Grantee:** *University of Wisconsin-Madison Medical*
                                                            *School*
**Project Director:** June L. Dahl (608-262-0978)      **Grant Number:** 043940 for [**EOL**]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)  **Budget Period:** Mar-01-2002 to Feb-28-2003
                                                       **Grant Period:** Mar-01-2002 to Feb-29-2004

**Budget for Year : 1**
**Revised:**                                        EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/02-08/02 | Period 2 09/02-02/03 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 8,108 | 4,096 | | | | | | | | |
| Media/PR Director | 10,982 | 5,537 | | | | | | | | |
| ACS Liaison | 68,640 | 34,928 | | | | | | | | |
| Initiatives Coordinator | 13,856 | 0 | | | | | | | | |
| Grant Manager | 5,177 | 2,610 | | | | | | | | |
| Project Assistant | 22,500 | 0 | | | | | | | | |
| Student Assistant | 5,075 | 2,153 | | | | | | | | |
| Personnel Subtotal | 134,338 | 49,324 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,500 | 245 | | | | | | | | |
| Printing | 3,000 | 0 | | | | | | | | |
| Telephone | 3,384 | 0 | | | | | | | | |
| Postage | 1,170 | 0 | | | | | | | | |
| Service Agreement(s) | 350 | 0 | | | | | | | | |
| Communications/Mrktng | 1,500 | 0 | | | | | | | | |
| Software | 300 | 0 | | | | | | | | |
| Equipment less than $5000 | 8,400 | 192 | | | | | | | | |
| Travel | 24,750 | 3,243 | | | | | | | | |
| Other Direct Subtotal | 46,354 | 3,680 | | | | | | | | |
| INDIRECT COSTS | 16,262 | 4,770 | | | | | | | | |
| **Grand Total** | **196,954** | **57,774** | | | | | | | | |



# University of Wisconsin-Madison
## Graduate School, Research and Sponsored Programs

November 12, 2002



Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton,   N J  08543-2316

In reply, please refer to
UW Acct No. 133-ER82

RE: Grant  # 043940

Dear Ms. Kounelias:

Enclosed is the interim financial report for Year 1 on the above-referenced grant for the period March 1, 2002 through August 31, 2002 under the direction of June Dahl in the Department of Pharmacology.

Thank you for your support of this project.  If you have any questions regarding this report, please contact me at 608/262-9028.

Sincerely,

Mary C. Koscielniak
Accountant

Enclosure
Cc:  Dahl, June - Pharmacology
     Skemp, Mary - Pharmacology
     Medical School Fiscal Services
     File

---

400 A W  Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http //www rsp wisc edu

MDL_RWJF_0000010

**FINANCIAL REPORT**

**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701 Fax: (609) 452-9564

**UW Account #133-ER82**

FA  SXK  PA  JMS  PO  MAL

| | |
|---|---|
| Project Director   June L Dahl (608-262-0978) | **Grantee:**    **University of Wisconsin-Madison** |
| Fiscal Officer   Robert C Andresen (608-262-2896) | Grant Number:   043940 for (EOL) |
| | Budget Period:   Mar-01-2002 to Feb-28-2003 |
| | Grant Period.   Mar-01-2002 to Feb-29-2004 |

**Budget for Year:  1**
Revised

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/02-08/02 | Period 2 09/02-02/03 | Total | Variance |
|---|---|---|---|---|---|
| PERSONNEL | | | | | |
| Principal Investigator | 8,108.00 | 4,096 15 | | 4,096.15 | 4,011.85 |
| Media/PR Director | 10,982.00 | 5,536.74 | | 5,536.74 | 5,445.26 |
| ACS Liaison | 68,640.00 | 34,927.69 | | 34,927.69 | 33,712.31 |
| Initiatives Coordinator | 13,856.00 | - | | 34,927.69 | (21,071.69) |
| Grant Manager | 5,177.00 | 2,610.08 | | 2,610.08 | 2,566.92 |
| Project Assistant | 22,500.00 | - | | - | 22,500.00 |
| Student Assistant | 5,075.00 | 2,153.17 | | 2,153.17 | 2,921.83 |
| Personnel Subtotal | 134,338.00 | 49,323.83 | | 49,323.83 | 85,014.17 |
| OTHER DIRECT COSTS | | | | | |
| Supplies | 3,500.00 | 244.93 | | 244.93 | 3,255.07 |
| Printing | 3,000.00 | - | | - | 3,000.00 |
| Telephone | 3,384.00 | - | | - | 3,384.00 |
| Postage | 1,170.00 | - | | - | 1,170.00 |
| Service Agreement(s) | 350.00 | - | | 192.04 | 157.96 |
| Communications/Mrktng | 1,500.00 | - | | - | 1,500.00 |
| Software | 300.00 | - | | - | 300.00 |
| Equipment less than $5000 | 8,400.00 | 192 04 | | 192.04 | 8,207.96 |
| Travel | 24,750.00 | 3,243.44 | | 3,243.44 | 21,506.56 |
| Other Direct Subtotal | 46,354.00 | 3,680.41 | | 3,680.41 | 42,673.59 |
| INDIRECT COSTS | 16,262 00 | 4,770 37 | | 4,770.37 | 11,491.63 |
| | | | | | |
| **Grand Total** | **196,954.00** | **57,774.61** | **-** | **57,774.61** | **139,179.39** |

SXK
11/20/02.

Robert C Andresen, Administrative Officer

Date Printed
02/12/02

### GRANT SIGN-OFF SHEET

**I.D.#:** 043940                                   **DATE REC'D:** October 1, 2001

**INST:**
University of Wisconsin-Madison Medical School
Madison, WI 53706-1532

**TITLE:**
National initiative to promote improved cancer pain management through
collaboration with the American Cancer Society

**DOLLARS:** $421,800.00        **MONTHS:** 24      **START DATE:** 03/01/02

**PROJECT DIRECTOR:** June L. Dahl

**PO:** Michelle A. Larkin            **SO:** Doriane C. Miller

**CO:**                               **FO:** Sophia Kounelias

**PA:** Jeanne Stives

---

**ANTICIPATED RENEWAL:**

   **RENEWAL EXPECTED:** ( YES / (NO ))   **ANTICIPATED BOARD DATE:** _____

   **ESTIMATED DOLLARS:** _____      **MONTHS:** _____

---

**RED FOLDER APPROVAL:**

   **FMO:** _SXL_   **FINAL DOLLARS:** _421,800_   **FINAL MONTHS:** _24_

   **TREASURER'S OFFICE:** _Janice Opalski  421,800_   **DATE:** _2/20/02_

   **VP, GEN. COUNS., & SECRETARY:** _____   **DATE:** _2/21/02_

John D Wiley
- Indiana Medical School

MDL_RWJF_0000010



EOL

February 28, 2002

Janice H. Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Paterson Building, Room 447
750 University Avenue
Madison, WI 53706-1494

Reference: I.D. #043940 - Conveyance of Funds, Guidelines, and Forms

Dear Ms. Kalvin:

This supplements our recent award letter in regard to your grant for $421,800 in support of the Targeted End-of-Life Projects Initiative.

The Foundation's policy is to disburse your grant funds semi-annually. Your first check for $98,500, is enclosed. Also enclosed is a Financial Report form. This form should be completed semi-annually and returned to this office when additional cash is needed.

Under extraordinary circumstances, payments may be either accelerated or decelerated. Therefore, you should submit the financial report whenever it becomes evident that your remaining cash balance will be depleted.

The Request for Project Support and Conditions of Grant form imposes a number of specific requirements regarding the use of funds. Since you are responsible for complying with these requirements, I am attaching a copy for your reference. In addition, a copy of our "Grant Budget Revision Guidelines" and "Financial Reporting/Budgeting Practices," to be followed if a budget revision becomes necessary, are also attached. Please read these guidelines and practices carefully.

The Robert Wood Johnson Foundation has initiated a program whereby grantees and contractors are selected at random to receive an internal audit review. The purpose of this review is to: 1) provide the Foundation with the assurance that our funds are being used for their intended purpose; and 2) provide recommendations to our grantees and contractors on methods to improve their organizations. If your organization is selected, you will be notified in advance of the audit.

Annual financial and progress reports on this grant will be due shortly after each budget period. You will receive a reminder in advance of the due date of these reports.

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701

Internet: http://www.rwjf.org
e-mail: mail@rwjf.org

When submitting all correspondence under your grant, reference the above-captioned grant number.  If someone other than yourself will be the financial contact person on this grant, please supply us with that information.  The person who has financial responsibility for your grant at the Foundation is Sophia Kounelias.

If you have any questions about any of the above items, please contact Ms. Kounelias at 609-627-5844.  We welcome you to the Foundation's family of grantees and look forward to assisting you.

Sincerely,

Peter Goodwin
Vice President and Treasurer

/MT
Enclosures

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

Page: 1

FA: SXK   PA: JMS   PO: MAL

**Grantee:** *University of Wisconsin-Madison Medical School*

Project Director: June L. Dahl (608-262-0978)
Fiscal Officer : Janice H. Kalvin (608-263-7057)

**Grant Number:** 043940 for [EOL]
**Budget Period:** Mar-01-2002 to Feb-28-2003
**Grant Period:** Mar-01-2002 to Feb-29-2004

Budget for Year : 1
Revised:

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/02-08/02 | Period 2 09/02-02/03 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|------|------------------------|----------------------|----------------------|----------|----------|----------|----------|-------|----------|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 8,108 | | | | | | | | |
| Media/PR Director | 10,982 | | | | | | | | |
| ACS Liaison | 68,640 | | | | | | | | |
| Initiatives Coordinator | 13,856 | | | | | | | | |
| Grant Manager | 5,177 | | | | | | | | |
| Project Assistant | 22,500 | | | | | | | | |
| Student Assistant | 5,075 | | | | | | | | |
| Personnel Subtotal | 134,338 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | |
| Supplies | 3,500 | | | | | | | | |
| Printing | 3,000 | | | | | | | | |
| Telephone | 3,384 | | | | | | | | |
| Postage | 1,170 | | | | | | | | |
| Service Agreement(s) | 350 | | | | | | | | |
| Communications/Mrkting | 1,500 | | | | | | | | |
| Software | 300 | | | | | | | | |
| Equipment less than $5000 | 8,400 | | | | | | | | |
| Travel | 24,750 | | | | | | | | |
| Other Direct Subtotal | 46,354 | | | | | | | | |
| INDIRECT COSTS | 16,262 | | | | | | | | |
| **Grand Total** | **196,954** | | | | | | | | |

MDL_RWJF_0000010



THE
ROBERT WOOD
JOHNSON
FOUNDATION

February 26, 2002

John D. Wiley, Ph.D.
Chancellor
University of Wisconsin-Madison
161 Bascom Hall
500 Lincoln Drive
Madison, WI  53706

Reference: I.D. #043940

Dear Chancellor Wiley:

It is a pleasure to inform you that The Robert Wood Johnson Foundation has approved a
grant of $421,800 to the University of Wisconsin-Madision Medical School in 24-month
support of promoting improved cancer pain management through a collaboration with the
American Cancer Society, under the direction of June L. Dahl, Ph.D.  This grant is being
made by the Foundation's Targeted End-of-Life Projects Initiative.

The funds are to be used in accordance with the proposal to the Foundation and the terms
and conditions outlined in the Request for Project Support, received February 12, 2002.
They are also to be used in accordance with the final budget and are to be applied over
the period March 1, 2002, through February 29, 2004.

Our Treasurer's Office will be in touch concerning payment of this grant and reporting
requirements. During the period of this grant, any questions you may have should be
addressed to Michelle A. Larkin, who will have responsibility among our staff for this
activity.

If your organization wishes to issue a news release on this grant, please feel free to do
so.  We ask that a copy of the draft text be sent to us for our review and information in
advance of dissemination.  Please allow three days for this process.  Address the copy to
the Foundation to the attention of Maureen Cozine in our Communications Department.

All of us at The Robert Wood Johnson Foundation wish you success in carrying out this
important undertaking.

Sincerely,

Steven A. Schroeder, M.D.

SS:opm

cc:  June L. Dahl, Ph.D.
     Janice H. Kalvin

*Office of the President and CEO*

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701
Internet. http://www.rwjf.org
e-mail  mail@rwjf.org

43940



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

September 14, 2001

The Robert Wood Johnson Foundation
P. O. Box 2316
Princeton, NJ 08543-2316

In reply, please refer to
Proposal # 87060

Dear:

On behalf of the Board of Regents of the University of Wisconsin System, we are submitting a
proposal entitled "Making Pain Relief a Reality through National Visibility and Partnership with the
American Cancer Society" under the direction of June L. Dahl.  We are requesting $550,038.00 for
the period of 11/01/01 through 10/31/03.

The attached copies of our tax documentation are true and correct copies of the originals on file with
the University of Wisconsin System and they remain in full force and effect.

We ask that you use the University's above-referenced proposal in any future correspondence.
Questions regarding administrative or contractual matters should be directed to Christy Wipperfurth at
(608) 262-6712.  Questions regarding the technical nature of this application should be directed to the
Principal Investigator.

Sincerely,

Jan H. Kalvin
Administrative Officer

Enclosure

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://info.gradsch.wisc.edu/rsp/

MDL_RWJF_0000010

June L. Dahl, PhD

Mary E. Bennett, MFA

Matthew D. Bromley, BS

David E. Joranson, MSSW

# Success of the State Pain Initiatives

*Moving Pain Management Forward*

PURPOSE: The purpose of this article is to describe the history of the State Cancer Pain Initiative (CPI) movement and current initiative activities that are directed at improving the management of cancer pain.

OVERVIEW: The undertreatment of pain is a major public health problem in the United States. State CPIs strive to remove the barriers to effective cancer pain management through the provision of innovative professional, patient, and public educational programs, through institutional change projects, and through public advocacy. Collaboration with organizations that share common goals is important in sustaining and maximizing the impact of the movement.

CLINICAL IMPLICATIONS: Professionals, patients, and families benefit from the work of the State Initiatives. By enhancing the knowledge and skills of clinicians, supporting institutional change, and teaching patients and families the importance of effective pain control, the Initiatives help to improve the quality of life for all cancer survivors. Models of intervention that respond to local needs are discussed, and legislative and advocacy efforts that affect care also are noted.

KEY TERMS: Cancer pain; Pain initiatives; Pain management; Patient advocacy; Patient education; Professional education; Quality of life

Despite major medical and scientific advances, the undertreatment of pain remains a major public health problem in this country. The documentation of the inadequacy of cancer pain management began with the pioneering work of Charles Cleeland and his colleagues[1] in the early 1980s and persists to this day. [2-6] It should therefore come as no surprise that respondents to a survey commissioned by *Modern Maturity* magazine in 2000 said that they feared dying in pain more than they feared death itself.[7] The reasons for undertreatment also have been well documented, and they include inadequate knowledge and inappropriate attitudes of healthcare professionals, patient and family fears and misconceptions, barriers in the drug regulatory system, problems within the system of the delivery of care, as well as inadequate reimbursement for drugs and other therapies.[8-10] Over the past 15 years, State Cancer Pain Initiatives (CPIs) have been working to confront these barriers. CPIs are volunteer grassroots interdisciplinary programs involving physicians, nurses, pharmacists, social workers, psychologists, educators, regulators, clergy, and others. These CPIs disseminate accurate pain management information, educate healthcare professionals, raise public and patient awareness of the cancer pain problem and of the benefits of effective pain control, promote clinical and institutional change, and advocate for the removal of regulatory and legislative barriers to effective pain management.[11-13]

The first state CPI was organized in Wisconsin in 1986 as a project of the World Health Organization.[14] The programs and philosophies of the Wisconsin Cancer Pain Initiative (WCPI) stimulated interest by individuals in other states who were similarly concerned about the inadequacy of cancer pain management. The action plan of the WCPI was based on the following:

- The focus should be on cancer pain at all stages of the disease and not limited to pain in the terminally ill
- The problem of undertreatment is not due to a lack of effective analgesics and other therapies; the problem is that they are not being used appropriately
- Pain management educational efforts have not changed practice
- Any program to improve pain management must address the need to change the attitudes and behaviors of healthcare professionals

June L. Dahl, PhD, Professor of Pharmacology, University of Wisconsin-Madison Medical School, Past President, American Alliance of Cancer Pain Initiatives, Madison, Wisconsin

Mary E. Bennett, MFA, Outreach Director, American Alliance of Cancer Pain Initiatives, Madison, Wisconsin

Matthew D. Bromley, BS, Communications Director, American Alliance of Cancer Pain Initiatives, University of Wisconsin-Madison Medical School, Madison, Wisconsin

David E. Joranson, MSSW, Senior Scientist, Director, Pain and Policy Studies Group, University of Wisconsin Comprehensive Cancer Center, Madison, Wisconsin

Address for correspondence June L. Dahl, PhD, Professor of Pharmacology, University of Wisconsin-Madison Medical School, 1300 University Avenue, Room 4715-A, Madison, WI 53706

**CANCER PRACTICE** *May/June 2002, Vol. 10, Suppl. 1*
© American Cancer Society 1065-4704/02/$15 00/S9 S9-S13

S9

MDL_RWJF_0000010

CANCER PRACTICE 804/JPA v01 2 (v01 02 2001-8 Filed: 08/15/19 138 of 267. PageID #: 395152

Until the 1990s, there were no organized national efforts to improve cancer pain management, and CPIs filled that void Other important reasons for the formation of state-based programs relate to the enormous size and geographic and demographic diversity of this nation, and to the fact that regulatory policies and programs are developed and healthcare professionals are trained and licensed at the state level CPIs can design programs to take advantage of their state's unique strengths and challenges For example, there are significant differences in the state laws and regulations that govern the prescribing and dispensing of controlled substances Therefore, in some states, the laws and regulations will be strengths, while in others, regulatory barriers need to be confronted

National meetings for state CPIs have been held annually since 1989 These meetings provide the opportunity to network, to share expertise and resources, and to build valuable collaborative relationships Perhaps the only national forums of their kind, these meetings focus specifically on the organizational, educational, ethical, cultural, and policy challenges surrounding the treatment of cancer pain

In 1996, the leaders of the 44 established CPIs supported the creation of the American Alliance of Cancer Pain Initiatives (AACPI) to provide the state organizations with the following 1) a communications network, 2) resources and consultation for organizational development; 3) programs and resources to improve pain management; and 4) a national identity [15] The quarterly newsletter of the AACPI keeps members informed of important clinical issues related to pain management and provides a forum for CPIs to share resources The AACPI maintains a list serve and a web site (www aacpi org) that allows CPI members to easily access information on conferences, events, and pain management resources and provides links to state CPI web sites

State CPIs clearly recognize that to have maximal impact and sustain the movement, they and the AACPI need to form strong partnerships with other organizations that share common goals While the state CPI movement was evolving in the last decade, other organizations made pain management a priority in their programs, greatly facilitating the work of the CPIs In 1991, the Oncology Nursing Society published a position paper that guides the education of nurses and presents a core curriculum on pain [16] Many members of the Oncology Nursing Society pain special interest group are leaders of their state CPIs An ad hoc committee of the American Society of Clinical Oncology published a curricular guideline for cancer pain management in 1992 [17] Collaborations with the American Pain Society, the University of Wisconsin Pain & Policy Studies Group, the Cancer Information Service, the American Cancer Society (ACS), Community-State Partnerships to Improve End-of-Life Care, Last Acts, the Association of Oncology Social Workers, the American Society of Pain Management Nurses, the American Pain Foundation, state hospice organizations, and the Intercultural Cancer Council have been important to the CPI movement. Clinical practice guidelines developed by a number of professional organizations are of particular importance to the professional education activities of CPIs, because they bring the authority of national experts to the message of CPIs The release of the *Cancer Pain*

*Guideline* from the Agency for Health Care Policy and Research (now the Agency for Healthcare Research and Quality) in 1994[18] was of particular importance because it provided national validation of the programs of CPIs Furthermore, the active involvement of the CPIs in the distribution and media coverage of these guidelines was a great stimulus to individual states and to the movement as a whole

The multiple programs of the Robert Wood Johnson Foundation to improve end-of-life care also have been of great assistance to the CPI movement [19] Their emphasis on the importance of effective pain management at the end of life and on broad media coverage of the issue has had a great impact on CPI efforts to improve pain management along the continuum of the disease

## Collaboration with the American Cancer Society

The American Cancer Society (ACS) has a long history of collaborative efforts with state CPIs Indeed, some CPIs are organized within divisions of the ACS and partner with the ACS on projects The ACS volunteers and leadership staff have long been eager to address the problems of cancer pain and some have played important roles; yet the institutional emphasis of the ACS has been directed at reducing the incidence of and mortality from cancer as well as at providing patient support in areas other than pain management. Fortunately, the ACS now has broadened its goals to include quality of life, with pain management being a key component. The AACPI and the ACS quickly acknowledged the commonality in their goals and objectives, and the multiple opportunities and models for collaboration In February 2001, through the generous support of the Robert Wood Johnson Foundation, the AACPI convened a meeting with the ACS and CPI representatives to discuss current exemplary models of ACS-AACPI collaboration and to set the stage for future mutually beneficial collaborations between the two organizations At that meeting, representatives recognized the special synergy between the ACS and the AACPI, and affirmed their commitment to working together to maximize the unique strengths of each organization. Within 3 months of that meeting, the ACS developed a resource book for their divisions, a component of which is the *Division Guide to Collaboration with State Cancer Pain Initiatives.*[20] This comprehensive document provides background information on the magnitude and impact of unrelieved pain in persons with cancer It also makes specific recommendations on how ACS divisions can collaborate with state CPIs to improve the treatment of cancer pain.

## Current Status of the Cancer Pain Initiatives

There are now 46 CPIs in 44 states, with two in both California and Texas. Ten CPIs have expanded the scope of their efforts to include all pain More than half of CPI participants are nurses, about 13% are pharmacists, 12% are

physicians, and a smaller percentage are social workers, psychologists, healthcare administrators, and others. Some CPIs have a small number of highly dedicated volunteers who serve as state contacts, while others are well-established organizations and networks that function as driving forces for pain management improvement efforts in their states The term "small, but mighty" often has been used to describe CPIs, because they are rich in expertise and commitment but typically work with limited resources. Many state CPI leaders report that the most valuable asset of their CPI is its "network" of passionate experts Many CPIs have formal affiliations with the ACS, state hospice organizations, and Community-State Partnerships to Improve End-of-Life Care, and some are affiliated with academic institutions, hospitals, and other state-based healthcare organizations These organizations provide the CPIs with a number of resources, including office space, phone lines, email, administrative support, program staff, fax lines, and financial support.

CPIs have, in many different ways, contributed significantly to the improvement of pain management in this country. It is not possible to describe all the accomplishments that each CPI has made Instead, this article chronicles a few of the many successes of the CPI movement and the critical importance of collaboration with those who share the common goal of promoting pain relief nationwide

### Professional Education

In 1989, the WCPI developed the Cancer Pain Role Model Program,[21] and over the next 10 years conducted 31 role model conferences in 24 states that trained teams of healthcare professionals These programs often provided the stimulus for the formation of a state CPI. Professional education continues to be one of the top three priorities for state CPIs CPIs CPIs produce and distribute a variety of educational materials that are designed to improve healthcare professionals' knowledge of pain management, including handbooks, dosage conversion cards, tabletop displays, and slide kits for educational conferences. CPIs frequently sponsor state or regional conferences, workshops, and seminars on pain management issues for healthcare professionals

The Arizona Cancer Pain Initiative has trained more than 500 healthcare professionals in cancer pain management since its establishment in 1993. Recently, this CPI held a "Train the Trainers" workshop, which was modeled after the AACPI Institutional Change Projects and the City of Hope Pain Resource Nurse training[22] to improve clinical competence in pain management practices Pain team leaders were recruited from healthcare facilities throughout the state to lead pain management efforts in their respective organizations.

The bimonthly newsletter of the Alaska Pain Network, "Pain News," provides healthcare professionals with diverse insights into pain management issues from a broad range of perspectives. Pharmacists, nurse practitioners, long-term care facility workers, hospital personnel, military

hospital personnel, and representatives from native clinics all have contributed to the newsletter More than 600 Alaskan healthcare professionals received "Pain News" within the last 3 years, and hundreds more receive electronic versions of the informational newsletter.

The Southern California Cancer Pain Initiative (SCCPI) has been a leader in establishing a viable and effective organization, and it has become a role model for other CPIs Since its establishment in 1993, the SCCPI has sponsored a multitude of educational programs, including an annual conference on cancer pain management, palliative care, or both, and an American Medical Association Education for Physicians on End-of-Life Care (EPEC) program It also hosts an annual event to recognize pain champions throughout southern California. The SCCPI has revised its pocket card devoted to "Principles of Cancer Pain Management" and is distributing it to healthcare professionals throughout southern California Future efforts include the convening of representatives of all California medical schools to explore expanded curricula devoted to cancer pain management, increasing medical involvement in SCCPI courses, developing a formal liaison with each medical school, and the strengthening of the relationship of the CPI with the California Medical Association and county medical societies

The New Jersey Pain Initiative, a project of the ACS, administers a "Best Practices in Pain Management Program" to improve pain management in healthcare facilities across New Jersey From November 1999 through December 2000, 23 seminars for 1500 healthcare professionals at 31 partnering organizations were completed. Future endeavors include collaborations with long-term care facilities, physicians, and community pharmacists A statewide conference was organized for participating organizations with the opportunity for continuing education and the sharing of resources

### Practice and Institutional Change

Initiative leaders recognize that professional education alone does not change practice. Therefore, many CPIs are involved in programs to effect positive changes in pain management practices, policies, and procedures within healthcare organizations With the support of the Robert Wood Johnson Foundation, the AACPI provided grants to six CPIs (Connecticut, Delaware, Michigan, North Carolina, New Jersey, and Virginia) to implement "Institutional Change Projects." These projects are designed to help small healthcare organizations (eg, long-term care facilities, home health agencies, small community-based hospitals, or a combination) to improve pain management practices. They also are designed to strengthen or revitalize CPIs The programs educate teams from committed organizations on pain assessment and management, self-assessment of the organization, implementation of an individual organizational change plan, and evaluation of selected patient outcomes It is estimated that each day more than 20,000 patients are cared for by the healthcare organizations that participated in these programs.

Case: 1:17-md-02804-DAP Doc #: 2491-3 Filed: 08/15/19 140 of 267. PageID #: 395154

## Patient and Public Education

Educating patients and the public about the importance of controlling pain effectively is a major focus of the AACPI and CPIs. In early 2001, the AACPI coordinated a national multimedia campaign surrounding the implementation of new pain standards from the Joint Commission on Accreditation of Health Care Organizations.[23,24] The campaign resulted in prominent coverage on the importance of pain management by most of the national news organizations and in approximately 500 daily newspapers nationwide. A local television news component of the campaign placed 250 news stories about pain management in more than 100 television markets nationwide. It is estimated that more than 10 million viewers watched these news stories. In addition, CPIs have actively participated in national medical outreach campaigns, such as the Fall 2000 PBS series "On Our Own Terms: Moyers on Dying in America."[25]

Cancer Pain Relief–Utah engaged in a successful public awareness campaign to inform Utah citizens that cancer pain can be relieved. Part of the campaign included a radio public service announcement that imparted to listeners the following three important messages: 1) pain can be relieved, 2) telling your caregivers about your pain is important; and 3) addiction is not something to fear when using pain medications appropriately for cancer pain. The 60-second public service announcements were aired nearly 4000 times on 35 radio stations throughout Utah, including rural areas that were in desperate need of pain management information. Through the Utah Broadcasters Association, Cancer Pain Relief–Utah was able to obtain more than $275,000 worth of air time for an investment of only $8000.

Through a collaborative effort with Cancer Care Connection, the Delaware Cancer Pain Initiative has helped establish a telephone hotline enabling the public to obtain helpful information on controlling pain. The Delaware Cancer Pain Initiative is promoting the hotline as a primary public information number for pain management information.

Several CPIs have participated in the production of patient education videos, brochures, and other resources as a way to dispel fears and misconceptions about pain control that are commonly held by patients and their families. The North Carolina Pain Initiative, together with state health agencies and the ACS, produced a video ("Living Without Cancer Pain: A North Carolina Success Story") to help the public better understand the treatment of cancer pain. To address the bringing of important health information to rural areas, the Virginia Cancer Pain Initiative produced a video entitled, "Managing Cancer Pain: A Rural Perspective."

## Regulatory and Legislative Advocacy

There is increasing interest at the federal and state levels in placing additional restrictions on the prescribing and dispensing of controlled substances. It is the position of CPIs that no additional regulations should be promulgated

unless there is clear evidence of the need for such programs, of their benefit in reducing prescription drug abuse and diversion, and of their impact on patient access to pain-relieving drugs. The financial costs associated with setting up and maintaining the administrative structure to support additional regulations is also of concern. It is particularly noteworthy that the National Association of State Controlled Substances Authorities[26] formally endorsed the CPI movement, recognizing that the underlying principle of regulation is to ensure that patients receive the care that they need. Regulatory barriers to pain management now have been systematically identified in every state. A profile for every state is available on the web site of the Pain & Policy Studies Group (www.medsch.wisc.edu/painpolicy).

Progress has been made to remove regulatory barriers in some states, and also to adopt positive pain-related policies as reported in the 2000 Annual Review of State Pain Policies.[27] Eight states have adopted the model guidelines from the Federation of State Medical Boards.[28] Ten additional states have adopted it in part. The Initiative recommends that all state medical boards consider adopting or adapting the model guideline of the Federation of State Medical Boards in cooperation with pharmacy and nursing boards. They then should educate their licensees to clarify that pain management is encouraged, that it is a part of good professional practice, and that there is nothing to fear if opioids are prescribed, dispensed, or administered in accordance with evidence-based guidelines.

To promote balanced state regulations and policies relating to pain management, the SCCPI sponsored a statewide conference that brought together members from regulatory boards and law enforcement. This type of conference provides a forum for healthcare professionals, patients, and others to share their concerns regarding pain management.

The Maine Cancer Pain Initiative, a committee of the Maine Hospice Council, frequently advocates for health policy initiatives that are consistent with its mission of improving pain management. The most recent legislative efforts of the Maine Cancer Pain Initiative/Maine Hospice Council involved defeating a referendum for physician-assisted suicide and passing legislation to improve end-of-life care.

Building on the momentum of a pain summit sponsored by the Commonwealth of Virginia in 1996, the Virginia Cancer Pain Initiative successfully advocated for three legislative proposals to improve state law pertaining to healthcare access. The legislation, which is now law, does the following: 1) provides access to hospice services through health maintenance organizations and insurance companies; 2) requires reimbursement by private insurers for cancer pain medications and access to pain specialists and oncologists without a referral when pain is the primary problem, and 3) establishes a state-sponsored palliative care study. The Virginia Cancer Pain Initiative also partnered with the Virginia Department of Health and 40 other agencies to develop and promote a 5-year Cancer Control Plan for the Commonwealth of Virginia. This partnership has ensured that pain management is incorporated into the foundation of this statewide plan.

MDL_RWJF_0000010

# Conclusion

The greatest strengths of the CPIs are the following 1) the presence of committed leadership with expertise and passion for the mission, 2) their ability to collaborate and network with others who share common goals; and 3) the interdisciplinary nature of their programs. These strengths must be enhanced as the state CPIs enter the next phase of their work Inspired by the end-of-life care movement and the new pain standards from the Joint Commission on Accreditation of Health Care Organizations, many CPIs have expanded their public and professional education programs, increased public and patient awareness of the importance of pain management, and had a positive impact in the legislative and regulatory arenas Yet, challenges remain. The recent media attention on the unfortunate abuse of Oxycontin (Purdue Pharma LP, Stamford, CT) is reinforcing myths and misconceptions about opioids that CPIs have worked hard to eliminate.

There appears to be no reduction in the need for these state-based organizations. While CPIs have historically focused on cancer pain, there is increasing recognition of the need to expand the movement to embrace all kinds of pain The current crisis in healthcare delivery is likely to enhance the need for independent, forceful advocacy groups to promote adequate pain relief for all persons.

## Acknowledgments

The authors wish to thank the Robert Wood Johnson Foundation for its generous support of the state CPI movement. In addition, they thank Lorre Kolb and Alison Helland for their critical review of this manuscript.

## References

1 Daut RI, Cleeland CS  The prevalence and severity of pain in cancer  Cancer  1982,50 1913–1918

2 Von Roenn JH, Cleeland CS, Gonin R, Hatfield, AK, Pandya KJ  Physician attitudes and practice in cancer pain management  a survey of the Eastern Cooperative Oncology Group 1993,119 121–126.

3 Cleeland CS, Gonin R, Hatfield AK, et al  Pain and its treatment in outpatients with metastatic cancer  N Engl J Med.  1994, 330 592–596

4 Bernabei R, Gambassi G, Lapane K, et al  Management of pain in elderly patients with cancer  JAMA.  1998,279 1877–1882

5 Wolfe J, Grier HE, Klar N, et al  Symptoms and suffering at the end of life in children with cancer.  N Engl J Med.  2000,342 326–333

6 Weiss SC, Emanuel LL, Fairclough DL, Emanuel EE  Understanding the experience of pain in terminally ill patients  Lancet  2001,357 1311–1315.

7 Redford GD  Their final answers  an exclusive modern maturity survey  Modern Maturity  2000, 43W September–October 66, 68

8 Cleeland CS  Barriers to the management of cancer pain  Oncology  1987,April(suppl) 9–26

9 Ward SE, Goldberg N, Miller-McCauley V, et al  Patient-related barriers to management of cancer pain  Pain  1993,52 319–324

10 Pargeon KL, Hailey BJ  Barriers to effective cancer pain management  a review of the literature  J Pain Symptom Manage  1999,18 358–368

11 Greene PE  America responds to cancer pain  a survey of state initiatives  Cancer Pract  1993,1 65–73

12 Dahl JL  State cancer pain initiatives  J Pain Symptom Manage  1993,8 372–375

13 Dahl JL  State cancer pain initiatives  a decade of progress  Cancer Prev Int  1998,3 157–164

14 Dahl JL, Joranson DE, Engber D, Dosch J  The cancer pain problem  Wisconsin's response  J Pain Symptom Manage  1988,3 S1–S20

15 Dahl JL  The state cancer pain initiatives form a national organization  The American Alliance of Cancer Pain Initiatives  APS Bull  1996,6 3

16 Spross JA, McGuire DB, Schmitt RM  Oncology Nursing Society position paper on cancer pain  Oncol Nurs Forum  1991,17 595–614, 751–760, 943–955.

17 American Society of Clinical Oncology Ad Hoc Committee on Cancer Pain. Cancer pain assessment and treatment curriculum guidelines  J Clin Oncol.  1992,101 1976–1982.

18 Jacox AK, Carr DB, Payne R, et al  Management of Cancer Pain, Clinical Practice Guideline, No 9  Rockville, Md  US Department of Health and Human Services, Public Health Service, Agency for Health Care Policy and Research, 1994, AHCPR Publication No. 94-0592

19 Gibson R  The Robert Wood Johnson Foundation grant-making strategies to improve end-of-life care  J Palliat Med  1998,1 415–417

20 The American Cancer Society  Implementing Pain Management Initiatives  A Resource Book for Divisions  Atlanta, Ga  American Cancer Society, 2001

21 Weissman DE, Dahl JL, Beasley JW  The cancer pain role model program of the Wisconsin Cancer Pain Initiative  J Pain Symptom Manage.  1993,8 29–35

22 Ferrell BR, Grant M, Ritchey KJ, et al  The pain resource nurse training program  a unique approach to pain management  J Pain Symptom Manage  1993,9 549–556

23 Dahl JL  New JCAHO standards focus on pain control  Oncol Issues  1999,14 27–28

24 Berry PH, Dahl JL  The new JCAHO pain standards  implications for pain management nurses  Pain Manage Nurs.  2000, 1.3–12.

25 Bill Moyers  On Our Own Terms  Moyers on Dying in America. Leadership Guide  Available at  www.pbs.org/wnet/onourownterms. Accessed September 2001.

26 National Association of State Controlled Substances Authorities  Resolution 87-11  Use of Controlled Substances for Legitimate Medical Purposes  Williamsburg, Va  National Association of State Controlled Substances Authorities; 1987

27 Pain and Policy Studies Group. A Guide to Evaluation  Achieving Balance in Federal and State Pain Policy  Madison, Wis  University of Wisconsin-Madison, 2000

28 Federation of Medical Boards of the United States  Model Guidelines for the Use of Controlled Substances for the Treatment of Pain  Euless, TX  Federation of Medical Boards of the United States  May 1999



THE
ROBERT WOOD
JOHNSON
FOUNDATION

**DO NOT SEPARATE
THIS DOCUMENT**

**Request for Project Support
and
Conditions of Grant**

THE ROBERT WOOD JOHNSON
FOUNDATION
Route 1 and College Road East
P.O. Box 2316
Princeton, NJ 08543-2316
FEB 1 2 2002    (609) 452-8701

| ANSWERED | RECORDED | DATA SHEET |

---

Title of Project:

Making Pain Relief a Reality Through Partnership with the American Cancer Society

Purpose of Project:

To improve pain management nationwide through partner efforts with the ACS.

---

Applicant Institution (name of legal entity, address, telephone number, fax number, and e-mail address)

~~The Board of Regents of the~~
University of Wisconsin ~~System~~
750 University Avenue
Madison, WI 53706-1490
*new 2/21/02*

Amount of Support Requested (total project period)
$~~420,179.00~~  *421,800*    *SKK*

Period for Which Support is Requested (total project period)  *2/19/02*

From 03/01/02  Through 02/~~28~~/04
Month Day Year        Month Day Year

Institution Financial Officer (full name, title, address, telephone number, fax number, and e-mail address)

Jan Kalvin
Administrative Officer
Research and Sponsored Programs
750 University Avenue
Madison, WI 53706-1490
(608) 263-7057

---

*Project Director (full name, title, address, telephone number, fax number, and e-mail address)

June L. Dahl, PhD
Professor of Pharmacology
University of Wisconsin Medical School
1300 University Avenue
Madison, WI 53706-1532

(608) 265-4012
(608) 265-4014 fax

Institutional Approval (full name, title, address, telephone number, fax number, and e-mail address of official authorized to sign for institution)

Jan Kalvin
Administrative Officer
Research and Sponsored Programs
750 University Avenue
Madison, WI 53706-1490

(608) 263-7057

(NOTE Signature required on page 4)

(NOTE Signature required on page 4)

---

Please provide the following evidence, as applicable, of your institution's tax status:

If your institution is a tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code, (i) a copy of the letter your institution received from the Internal Revenue Service stating that your institution is exempt from taxation by virtue of being described in Section 501(c)(3); (ii) a copy of the letter your institution received from the Internal Revenue Service stating that either your institution is not a private foundation described in Section 509(a) or stating that your institution is an exempt operating foundation described in Section 4940(d)(2); and (iii) a copy of Form 4653 and other data, if any, your institution has filed with or received from the Internal Revenue Service concerning your tax status

If your institution is an organization described in Section 170(c)(1) or Section 511(a)(2)(B) of the Internal Revenue Code, (i) a copy of the correspondence, if any, from the Internal Revenue Service stating that fact; or (ii) a copy of the legislation establishing your institution.

These documents must be accompanied by a letter signed by a responsible officer of the institution certifying that the materials so provided are true and correct copies of the originals on file with the institution and that they remain in full force and effect.

Any questions you may have about your tax-exempt status should be directed to the Office of the Vice President, General Counsel and Secretary (609-243-5922).

---

*The project director is the individual who will be directly responsible for developing the proposed activity, its implementation, and day-to-day direct supervision of the project should a grant be awarded

RWJF (7/2000)--PUBLIC ENTITIES AND EXEMPT OPERATING FOUNDATIONS DESCRIBED IN SECTION 4940(d)(2) OF THE INTERNAL REVENUE CODE

MDL_RWJF_0000010

-2-

## CONDITIONS OF GRANT

Following are the conditions applying to grants made by The Robert Wood Johnson Foundation ("the Foundation"). You should read these conditions carefully prior to signing this form. Your signature on this form constitutes your acceptance in full of all conditions contained herein. To induce the Foundation to make the grant requested hereby, you ("the grantee") accept and agree to comply with the following conditions in the event that such grant is awarded As used throughout this form, the term "grant" shall include the income, if any, arising therefrom unless the context otherwise requires.

1   **PURPOSE AND ADMINISTRATION.** The grant shall be used exclusively for the purposes specified in the grantee's proposal, dated 01/02__, the Request for Project Support Form on page 1 hereof, and related documents, all as approved by the Foundation.

The grantee will directly administer the project or program being supported by the grant and agrees that no grant funds shall be disbursed to any organization or entity, whether or not formed by the grantee, other than as specifically set forth in the grant proposal referred to above.

2.  **USE OF GRANT FUNDS.**

A   No part of the grant shall be used to carry on propaganda or otherwise attempt to influence legislation within the meaning of Section 4945(d)(1) of the Internal Revenue Code.

B.  No part of the grant shall be used to attempt to influence the outcome of any specific public election or to carry on, directly or indirectly, any voter registration drive within the meaning of Section 4945(d)(2) of the Internal Revenue Code

C   No part of the grant shall be used to provide a grant to an individual for travel, study, or similar purpose within the meaning of Section 4945(g) of the Internal Revenue Code, without prior written approval of the Foundation. Payments of salaries, other compensation, or expense reimbursement to employees of the grantee within the scope of their employment do not constitute "grants" for these purposes and are not subject to these restrictions.

D.  No part of the grant shall be used for a grant to another organization without prior written approval of the Foundation.

E   No part of the grant shall be used for other than religious, charitable, scientific, literary, or educational purposes or the prevention of cruelty to children or animals within the meaning of Section 170(c)(2)(B) of the Internal Revenue Code

F.  The grantee promptly shall repay any portion of the grant which for any reason is not used exclusively for the purposes of the grant. The grantee shall repay to the Foundation any portion of the grant which is not used exclusively for the purposes described in Section 1 hereof within the time specified in the grantee's proposal or within any approved extension of said time period within fifteen (15) days after such specified time or such extension. If the Foundation terminates the grant pursuant to Section 10 hereof, the grantee shall repay within thirty (30) days after written request by the Foundation all grant funds unexpended as of the effective date of termination and all grant funds expensed for purposes or items allocable to the period of time subsequent to the effective date of termination. If any portion of the grant is used for purposes other than those described in Section 170(c)(2)(B) of the Internal Revenue Code, the grantee shall repay to the Foundation that portion of the grant and any additional amount in excess of such portion necessary to effect a correction under Section 4945 of the Internal Revenue Code

G.  If the grantee is directly or indirectly controlled by the Foundation or by one or more "disqualified persons" (within the meaning of Section 4946 of the Internal Revenue Code) with respect to the Foundation, the grantee agrees (i) to expend all of the grant prior to the grantee's first annual accounting period following the taxable year in which the grantee receives a grant payment, thereby permitting the Foundation to count the grant as a qualifying distribution under Section 4942(g)(3) and (h), and (ii) to submit to the Foundation promptly after the close of the grantee's annual accounting period a full and complete written report signed by an appropriate officer, director, or trustee, showing that the qualifying distribution has been made, the name and address of the recipient or recipients, the amounts received by each, and that all the distributions are treated as distributions out of corpus.

3.  **BUDGET.** The grant budget and any revisions thereto shall comply with the Foundation's Budget Preparation Guidelines, Budget Revision Guidelines, and any additional instructions contained in the Treasurer's letter sent by the Foundation to the grantee (collectively the "Budget Guidelines").  Such Budget Guidelines, as they may be modified by the Foundation from time to time, are incorporated herein by this reference. Expenditures of the grant funds must adhere to the specific line items in the grantee's approved grant budget, and transfers among line items (increases and decreases) are permitted only under the conditions and to the extent indicated in the Budget Guidelines

4.  **ACCOUNTING AND AUDIT.** The grantee shall indicate the grant separately on its books of account. The grantee shall maintain a systematic accounting record of the receipt and disbursement of funds and expenditures incurred under the terms of the grant and shall retain the substantiating documents such as bills,

invoices, cancelled checks, and receipts in the grantee's files for a period of not less than four (4) years after expiration of the grant period. The grantee agrees promptly to furnish the Foundation with copies of such documents upon the Foundation's request.

The grantee agrees to make its books and records available to the Foundation at reasonable times.

The Foundation, at its expense, may audit or have audited the books and records of the grantee insofar as they relate to the disposition of the funds granted by the Foundation, and the grantee shall provide all necessary assistance in connection therewith.

5    **REPORTS.** Financial reports shall be furnished by the grantee to the Foundation for each budget period of the grant and upon expiration, repayment (pursuant to Section 2F hereof), or termination of the grant (pursuant to Section 10 hereof). The financial report shall show actual expenditures reported as of the date of the report against the approved line item budget. Annual Progress Reports and Final Grant Reports shall be furnished by the grantee to the Foundation and shall include a report on the progress made by the grantee towards achieving the grant purposes and any problems or obstacles encountered in the effort to achieve the grant purposes. All such reports shall be furnished to the Foundation within a reasonable period of time after the close of the period for which such reports are made  All such reports shall be retained in the grantee's files for a period of not less than four (4) years after expiration of the grant period.

The Foundation may, at its expense, monitor and conduct an evaluation of operations under the grant, which may include visits by representatives of the Foundation to observe the grantee's program procedures and operations and to discuss the program with the grantee's personnel.

6    **COPYRIGHT, FOUNDATION USE OF DATA, AND PUBLIC USE DATA TAPES.** All copyright interests in materials produced as a result of this grant are owned by the grantee. The grantee hereby grants to the Foundation a nonexclusive, irrevocable, perpetual, royalty-free license to reproduce, publish, republish in print or electronic form, including in electronic databases or in any future form not yet discovered or implemented, copy, summarize, condense, abstract or excerpt, or otherwise use and to license others to use any and all such materials which are or will be produced as a result of this grant, including any and all data collected in connection with the grant in any and all forms in which said data are fixed.

The grantee represents and warrants that the material produced by the grantee under this grant is and will be original and does not and will not infringe upon any statutory or common law copyright, proprietary right, or any other right of any other person, and has not heretofore been published or used in any medium for any purpose.

At any time during the period of this grant, at the Foundation's request, the grantee shall, at no additional cost to the Foundation, cause public use data files to be constructed (with appropriate adjustments to assure individual privacy) in accordance with the specifications of the Inter-University Consortium for Political and Social Research, University of Michigan, including the full documentation outlined in the Consortium's current data preparation manual  Unless the Foundation shall otherwise specify, such public use data files shall include all data files used to conduct the analysis under the grant. The grantee shall transmit one computer-readable copy of such public use data files and documentation to the Consortium upon expiration of the grant period.

7    **PUBLIC REPORTING.** The Foundation will report this grant, if made, in its next Annual Report. The Foundation does not usually issue press releases on individual grants; however, should the Foundation elect to do so, it would discuss the press release with the grantee in advance of dissemination  The grantee may issue its own press announcement but shall seek approval of the announcement from the Foundation before distribution  In addition, the Foundation may prepare reports on the project or program, briefly describing its accomplishments and results, which may be published and distributed, including posting on the Foundation's Internet site, and used by the Foundation to respond to inquiries and for other public information purposes.

The grantee shall send to the Foundation copies of all papers, manuscripts, and other information materials which it produces that are related to the project supported by the Foundation.

In all public statements concerning the Foundation--press releases, annual reports, or other announcements--the grantee is specifically requested to refer to the Foundation by its full name  The Robert Wood Johnson Foundation.

8    **GRANTEE TAX STATUS.** The grantee represents that it is currently either (i) a tax-exempt entity described in Section 501(c)(3) of the Internal Revenue Code and either (a) is not a private foundation described in Section 509(a); or (b) is an exempt operating foundation described in Section 4940(d)(2); or (ii) an organization described in Section 170(c)(1) or Section 511(a)(2)(B)  The grantee shall immediately give written notice to the Foundation if the grantee ceases to be exempt from federal income taxation as an organization described in Section 501(c)(3) or its status as not a private foundation under Section 509(a), as an exempt operating foundation described in Section 4940(d)(2), or as a Section 170(c)(1) or Section 511(a)(2)(B) organization is materially changed.

9    **CERTIFICATION REQUIRED WHEN GRANT MAY BE USED FOR RESEARCH INVOLVING HUMAN SUBJECTS.** If the grant is to be used in whole or in part for research involving human subjects, the grantee hereby certifies that the grantee will conduct the research in compliance with the ethical standards and the

-4-

criteria for approval of research set forth in United States Department of Health and Human Services policy for the protection of human research subjects (45 CFR part 46 and related policies and protocols, as amended from time to time)

10    **GRANT TERMINATION.** It is expressly agreed that any use by the grantee of the grant proceeds for any purpose other than those specified in Section 170(c)(2)(B) of the Internal Revenue Code will terminate the obligation of the Foundation to make further payments under the grant.

The Foundation, at its sole option, may terminate the grant at any time if (i) the grantee ceases to be exempt from federal income taxation as an organization described in Section 501(c)(3) of the Internal Revenue Code; (ii) the grantee's status as not a private foundation under Section 509(a), its status as an exempt operating foundation under Section 4940(d)(2), or its status as a Section 170(c)(1) or Section 511(a)(2)(B) organization is materially altered; or (iii) in the Foundation's judgment, the grantee becomes unable to carry out the purposes of the grant, ceases to be an appropriate means of accomplishing the purposes of the grant, or fails to comply with any of the conditions hereof.

If the grant is terminated prior to the scheduled completion date, the grantee shall, upon request by the Foundation, provide to the Foundation a full accounting of the receipt and disbursement of funds and expenditures incurred under the grant as of the effective date of termination

11    **LIMITATION; CHANGES; SEVERABILITY.** It is expressly understood that the Foundation by making this grant has no obligation to provide other or additional support to the grantee for purposes of this project or any other purposes. Any changes, additions, or deletions to (i) the conditions of the grant, or (ii) the proposal referred to in Section 1, must be made in writing only and must be jointly approved by the Foundation and the grantee. The invalidity in whole or in part of any term or condition of this grant shall not affect the validity of the other terms and conditions.

12.    **CHANGED CIRCUMSTANCES; REGULATORY ACTION.** The grantee shall promptly notify the Foundation in writing if there is any change in circumstances that might affect the grantee's ability to carry out the grant, the grantee undergoes a merger, division, or other corporate reorganization; the grantee becomes subject to a proceeding under the Bankruptcy Code or other law relating to insolvency or makes an assignment for the benefit of creditors; the grantee becomes subject to an investigation or proceeding brought by the Attorney General, or any other regulatory agency; or the grantee receives notice of any litigation or other legal action relating to the grant or is served with a subpoena or other legal process seeking to compel production of or obtain access to any data related to the grant

13.    **GOVERNING LAW; JURISDICTION; VENUE.** This grant shall be governed by the laws of the state of New Jersey Exclusive jurisdiction and venue over any disputes under this grant shall be in Middlesex County, New Jersey

14.    **NON-TRANSFERABILITY; NO JOINT VENTURE.** This grant is not transferable. Nothing contained herein shall be construed in any manner to imply or create a relationship between the Foundation and the grantee as partners, joint venturers, or of agency The grantee shall not act in any manner as an agent or representative of the Foundation.

The foregoing conditions are hereby accepted and agreed to as of the date indicated

Date _____    Applicant Institution: The Board of Regents of the University
                                                                                      of Wisconsin System

                                                                        By _____
                                                                              (Signature of Authorized Official)

                                                                        Title. Administrative Officer _____

Date _____    By _____
                                                                              (Signature of Project Director)

                                                                        Title. Professor _____

43940



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

September 14, 2001

The Robert Wood Johnson Foundation
P. O. Box 2316
Princeton, NJ 08543-2316

In reply, please refer to
Proposal # 87060

Dear:

On behalf of the Board of Regents of the University of Wisconsin System, we are submitting a proposal entitled "Making Pain Relief a Reality through National Visibility and Partnership with the American Cancer Society" under the direction of June L. Dahl.  We are requesting $550,038.00 for the period of 11/01/01 through 10/31/03.

The attached copies of our tax documentation are true and correct copies of the originals on file with the University of Wisconsin System and they remain in full force and effect.

We ask that you use the University's above-referenced proposal in any future correspondence. Questions regarding administrative or contractual matters should be directed to Christy Wipperfurth at (608) 262-6712.  Questions regarding the technical nature of this application should be directed to the Principal Investigator.

Sincerely,

Jan H. Kalvin
Administrative Officer

Enclosure

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://info.gradsch.wisc.edu/rsp/

MDL_RWJF_0000010

FROM:RESEARCH ADMIN.-FIN.          TO:DOC-IT                    APR 16, 1996   9:32AM   P.02

Internal Revenue Service
Washington, DC 20224

Date:                            In reply refer to:

12-24-70

THE UNIVERSITY OF WISCONSIN
1856 VAN HISE HALL 1220 LINDEN DR
MADISON, WI                                              53706

Gentlemen:

Based on the information you recently submitted, we have classified you as an organization
that is not a private foundation as defined in section 509(a) of the Internal Revenue Code.

Your classification is based on the assumption that your operations will be as stated in
your notification. Any changes in your purposes, character, or method of operation must be
reported to your District Director so he may consider the effect on your status.

Sincerely yours,

*[signature]*

Chief, Rulings Section
Exempt Organizations Branch

FORM M-0714 (8-70) (CONTINUOUS)

FROM:RESEARCH ADMIN.-FIN.    TO:DOC-IT       APR 16, 1996    9:32AM  P.03

Form 4653
(June 1970)
Department of the Treasury
Internal Revenue Service

# Notification Concerning Foundation Status

| Name of organization | Employer Identification Number |
|---|---|
| The University of Wisconsin | 39-6006492 |
| **Number and street** | |
| 1856 Van Hise Hall, 1220 Linden Drive | |
| **City or town, State and ZIP code** | |
| Madison, Wisconsin 53706 | |

Please place an "X" in the one numbered block that applies to your organization, provide any additional information called for, and return the form promptly to the Internal Revenue Service Center, 11601 Roosevelt Boulevard, Philadelphia, Pennsylvania 19155. Do not check a block until you have read the instructions and Code definitions applicable to that block. Section references are to the Internal Revenue Code of 1954.

1 ☐ We are a private foundation within the meaning of section 509(a). (If you are a private foundation, are you claiming status as an operating foundation within the meaning of section 4942(j)(3)? . . . ☐ Yes ☐ No If "Yes," attach a statement setting forth all the facts upon which you base your answer including an identification of the clause of section 4942(j)(3)(B) that is applicable.

We are not a private foundation because we are:

2 ☐ A church. Section 170(b)(1)(A)(i).

3 ☒ A school. Section 170(b)(1)(A)(ii).

4 ☐ A hospital. Section 170(b)(1)(A)(iii).

5 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii).

6 ☐ A Governmental unit. Section 170(b)(1)(A)(v).

7 ☐ An organization operated for the benefit of a college or university owned or operated by a Governmental unit. Section 170(b)(1)(A)(iv).

   (Complete the Financial Schedule on page 2.)

8 ☐ An organization that normally receives a substantial part of its support from a Governmental unit or from the general public. Section 170(b)(1)(A)(vi).

   (Complete the Financial Schedule on page 2.)

9 ☐ An organization that normally receives no more than ⅓ of its support from gross investment income and more than ⅓ of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions. Section 509(a)(2).

   (Complete the Financial Schedule on page 2.)

10 ☐ An organization operated solely for the benefit of and in connection with one or more of the organizations described in 2 through 9 (or for the benefit of one or more organizations described in section 501(c)(4), (5), or (6) and also described in 9 above), but not controlled by disqualified persons other than foundation managers. Section 509(a)(3).

   (Attach a statement identifying and describing the organization(s) for whose benefit you are operated and the relationship between you and the organization(s).)

11 ☐ An organization organized and operated to test for public safety. Section 509(a)(4).

12 ☐ We are not sure of our classification.
   (Attach a copy of your most recently filed information return, Form 990-A, if you filed one, and a statement describing your operations and explaining why you are not sure of your classification. If you think you may be described in 7, 8, or 9, complete the Financial Schedule on page 2.)

I declare that I have examined the information entered on this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. (Must be signed by a principal officer, manager, or authorized trustee of the organization.)

| R. H. Lorenz   (Signature) | October 23, 1970 (Date) |
|---|---|

Vice President for Business and Finance

*EOC*
*43940*
*4 of*
*Wisconsin*

End-of-Life PMT

## TARGETED END-OF-LIFE PROJECTS INITIATIVE

**Foundation Staff:** Rosemary Gibson, Sophia Kounelias, Michelle Larkin, Victoria Weisfeld, Jeanne Stives, Doriane Miller

## SUMMARY

*Purpose:* To support projects under $1 million that will advance the Foundation's strategic objectives to improve care at the end of life

*Total Authorizations:* $34.525 million (since January 1998)

*Most Recent Authorization:* $5 million for one year (January 2002)

*Program Status:* $29,992,558 expended for 92 grants for the program and $103,859 expended for 1 program-related expense that draws down from the authorization (includes grants reported below)

$4,428,583 remaining in authorization

I. Award of five program grants, totaling $1,691,100

## PALLIATIVE CARE EDUCATION CENTER
$511,020 for 24 months (3/1/02 - 2/29/04)
Previous Support: $997,873 for 36 months (3/1/99 - 2/28/02) (I.D. 34352)
The General Hospital Corporation-Massachusetts General Hospital, Boston, Massachusetts -- I.D. 42971

## CIRCLE OF LIFE AWARDS: CELEBRATING INNOVATION IN END-OF-LIFE CARE
$265,710 for 20 months (2/15/02 - 10/14/03)
Previous Support: $798,295 for 36 months (3/1/98 - 2/28/02) (I.D. 36337)
                  $50,000 for nine months (4/1/98 - 12/31/98) (I.D. 33600)
Health Research and Educational Trust, Chicago, Illinois -- I.D. 44094

April 17-18, 2002

## FAMILY PERCEPTIONS OF PAIN AT THE END OF LIFE:  TRENDS OVER TIME
$42,570 for 18 months (2/1/02 - 7/31/03)
Oregon Health & Science University Center for Ethics in Health Care -- I.D. 44404

## NATIONAL CONFERENCE AND COMMUNITY MEETINGS ON AFRICAN-AMERICAN PERSPECTIVES ON END-OF-LIFE CARE
$450,000 for 12 months (3/1/02 - 2/28/03)
Previous Support:  $100,305 for ten months (5/1/2000 - 2/28/01) (I.D. 37552)
Tuskegee University National Center for Bioethics in Research and Health Care --
I.D. 42496

## NATIONAL INITIATIVE TO PROMOTE IMPROVED CANCER PAIN MANAGEMENT THROUGH COLLABORATION WITH THE AMERICAN CANCER SOCIETY
$421,800 for 24 months (3/1/02 - 2/29/04)
University of Wisconsin-Madison Medical School -- I.D. 43940

The General Hospital Corporation-Massachusetts General Hospital.  This grant supports the final two years of a five-year project to develop and provide advanced training for medical and nursing school faculty in palliative care.  Areas of focus in these final two years include:  (1) developing two shorter versions of their advanced course which will be made available for a broader audience; (2) modify current courses for distance learning; and (3) create an annual refresher course for post-graduation participants.  The project includes a plan for becoming self-sustaining by the end of the grant period.  Project leadership will continue to be provided by J. Andrew Billings, M.D., Director of Palliative Care Service at Massachusetts General Hospital, and Susan D. Block, M.D., Chief of the Adult Psychological Oncology Program at the Dana-Farber Cancer Institute.

Health Research and Educational Trust.  This grant supports the continuation of the Circle of Life Awards.  Up to three winning awards are presented annually, recognizing innovative initiatives and programs in hospitals, health systems, hospices, or nursing homes to improve the care provided to dying people and those around them.  Award winners receive $25,000 to be used primarily to promote their

April 17-18, 2002

MDL_RWJF_0000010

innovations to other institutions. There is also a provision to recognize up to seven additional programs through Citations of Honor. Winners are selected through a competitive process guided by an advisory committee comprised of leaders in the field. Awardees are highlighted at the American Hospital Association (AHA) leadership meetings and promoted in various publications and venues, in order to encourage other institutions to improve care of the dying. The program is conducted in partnership with the National Hospice and Palliative Care Organization, American Association of Homes and Services for the Aging, and American Medical Association. Program direction will continue to be provided by Gail Lovinger, Director of Association Governance at AHA.

Oregon Health & Science University Center for Ethics in Health Care. Oregon has been in the forefront of improving pain management and instituting palliative care. This project will support an extension of a current study funded by the National Institutes of Health to describe families' perceptions of the pain and other distressing symptoms of a loved one who has died, and the impact on the family. This grant will extend the study for five additional months, which will allow for the tracking of any changes in the management of patients' pain. The researchers anticipate conducting an additional 300 interviews with family members. Foundation funds will be used primarily to fund the costs of staff who will conduct the interviews. The project is directed by Susan W. Tolle, M.D., Director of the Center for Ethics in Health Care at Oregon Health & Science University.

Tuskegee University National Center for Bioethics in Research and Health Care. This project supports a national conference on African-American perspectives on end-of-life care and builds on an RWJF-funded roundtable that began to articulate these perspectives (I.D. 37552). Topics include: pain and palliative care; patient/ provider communications; advance care planning; hospice care; legal and regulatory barriers; spirituality; grief and bereavement; and others. There will be 300 participants with up to one-third being provided scholarships to cover conference expenses. Additionally, Foundation funding will support one of the seven to ten community meetings that will be held as a starting point for an ongoing public outreach effort. Each meeting will address a specific end-of-life topic of interest to African-American audiences. Marian Gray Secundy, Ph.D., Director of the Tuskegee University National Center for Bioethics in Research and Health Care, is the project director.

April 17-18, 2002

<u>University of Wisconsin-Madison Medical School</u>.  This grant supports the development and implementation of a systematic approach to enhance cancer pain relief efforts through collaborations with the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS).  A liaison at AACPI will facilitate the collaboration by:  (1) creating a communications system to share information among all levels of each organization; (2) providing assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers; (3) establishing collaborative programs and projects; and (4) developing a media strategy to increase the awareness of the goals and objectives of AACPI and ACS, as well as highlight their collaboration.  The project director is June L. Dahl, Ph.D., Professor in the Department of Pharmacology at the University of Wisconsin-Madison Medical School.  Dr. Dahl is also the President of the Board of Directors for AACPI.

II.  Award of one research and evaluation grant

**EVALUATION OF NURSING FACULTY DEVELOPMENT IN END-OF-LIFE CARE**
$202,825 for 12 months (1/1/02 - 12/31/02)
Previous Support:  $846,999 for 24 months (1/1/01 - 12/31/02) (I.D. 40766)
  $2,224,543 for 42 months (2/1/2000 - 7/31/03) (I.D. 37617-- Ad Hoc)
American Association of Colleges of Nursing, Washington, DC -- I.D. 43977

The American Association of Colleges of Nursing (AACN), in partnership with the City of Hope National Medical Center, will perform a knowledge assessment of 1,110 nursing students to evaluate student knowledge pre- and post-End of Life Nursing Education Consortium Project (ELNEC) implementation into their nursing school curriculum.  The results from the student evaluation will provide valuable information on the implementation of an end-of-life curriculum into nursing programs, which can be used to inform future program development.  Foundation funds will support the ELNEC staff, psychometric testing, pre- and post-test administration, and statistical analysis.  Ann Rhome, M.P.H., R.N., Deputy Executive Director of AACN, serves as project director.

April 17-18, 2002

*Final Proposal*

**MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIPS WITH THE AMERICAN CANCER SOCIETY**

A Proposal to the Robert Wood Johnson Foundation

THE ROBERT WOOD JOHNSON FOUNDATION

*rec'd* DEC 0 7 2001

| ANSWERED | RECORDED | DATA SHEET |
|---|---|---|

**The goal of this proposal is to promote improvements in cancer pain management through collaborations between the American Alliance of Cancer Pain Initiatives and the American Cancer Society.**

*See Surplus for appendix to final proposal*

## Introduction

Pain remains one of the most common and feared symptoms of cancer. Indeed, respondents to an *AARP/Modern Maturity* survey conducted last year said that they feared being in pain at the end of life more than they feared death itself.[1] Unfortunately, their fears reflect reality as numerous studies conducted over the last 20 years have shown that half or more of persons with cancer have unrelieved pain.[2-5] Just last April, Weiss et al. reported that half of the terminally ill patients they surveyed were experiencing moderate to severe pain.[6] Such under treatment should not be occurring as there are drugs and other therapies to relieve almost all of the pain of cancer.[3,7,8]

**Background**

In 1986 a voluntary, interdisciplinary organization was formed in Wisconsin to address the barriers which research had shown were responsible for our failure to control pain appropriately.[3] This State Cancer Pain Initiative developed a strategic plan to 1) improve the knowledge and attitudes of health care professionals as well as patients and families and 2) address regulatory impediments which had been found to impede patient access to appropriate pain medications.[9] Over the following decade, Cancer Pain Initiatives (CPIs) were organized across the country to address statewide barriers to appropriate pain management. By 1996, Initiatives which had formed in 44 states began to seek a national voice and system of support for their efforts.[10] The American Alliance of Cancer Pain Initiatives (AACPI) was formed that year to address the national concerns of the movement and provide resources and support to the CPIs.[11] The state-based network of CPIs provides the grassroots foundation to carry out the objectives and mission of the AACPI to improve pain management by:

1

MDL_RWJF_0000010

- disseminating accurate pain management information
- educating health care professionals
- raising public and patient awareness of the importance of controlling pain effectively
- promoting changes in clinical practice, and
- advocating for the removal of regulatory and legislative barriers to effective pain management.

A report on the ways in which state initiatives are working to accomplish these objectives is included as Appendix A.

**Collaboration with the American Cancer Society**

The Alliance clearly recognized that to have maximal impact and to give the movement sustainability, State Pain Initiatives needed to develop partnerships with other organizations with common goals. Historically, Initiatives have collaborated with state units of the American Cancer Society (ACS), state hospice organizations, clinical cancer centers, state professional regulatory boards, as well as medical, nursing and pharmacy organizations. The ACS was recently identified as a critical collaborator because its Board of Directors adopted a nationwide objective for pain management that was integrated into its revised strategic plan in November 1999.  Their stated goal for 2015 is to provide appropriate care for the control of pain based upon an appropriate care plan using uniform standards of care for 90% of cancer survivors.

The AACPI and the ACS quickly acknowledged the similarities in their goals and objectives and the multiple opportunities and models for collaboration as reported by several Divisions and State Cancer Pain Initiatives.   In February 2001, through the generous support of the Robert Wood Johnson Foundation, the AACPI convened a meeting with ACS representatives to discuss already existing successful models of ACS-AACPI collaboration and to set the stage for future mutually beneficial collaborations between the two organizations.  More information on these models is in Appendix B.

At that meeting, representatives recognized the special synergy between the ACS and the AACPI and affirmed their commitment to using the unique strengths of each organization to maximize the achievement of their mutual goal of reducing the burden that pain places on persons with cancer.  The ACS has critical national visibility,

2

MDL_RWJF_0000010

credibility, an extensive infrastructure and a well-recognized history of leadership in addressing the multifaceted challenges of cancer.  Cancer pain initiatives form a nationwide network of experts in pain management who have worked on a state level to provide pain management education to healthcare professionals, patients and the public, promote institutional change and work to remove regulatory barriers.

Meeting participants recommended the following approaches to collaboration. These have guided the development of this proposal:

1.  Designate specific AACPI and ACS staff persons to serve as national liaisons

2.  Establish a formal agreement between AACPI and ACS that includes:

    Advocacy
    Communications
    Resource bank (tools, materials, research)
    Funding
    Representation on each others' boards

3.  Work together to educate Chief Executive Officers (CEOs) of the ACS on the shared goals of reducing cancer  pain, past efforts by cancer pain initiatives, benefits of collaboration, and the need for allocation of resources to support such efforts.

4.  Enhance communication and educational activities

    Resources and materials clearinghouse
    Expertise for publication development and review
    Pain control education tools
    Baseline research and measurement tools
    Communications network for attendees of the February planning meeting
    Links to web sites
    Media promotions tailored for local use

5.  Enhance advocacy efforts

    Legislation
    Patient, public, professional education
    Technical assistance for professionals, patients, and family members
    Resource development
    Expert testimony

5.  Development of standards

    Pain control standards
    Broad application of pain control methods
    Advocacy/support for non-JCAHO accreditation/standards efforts

3

Inclusion of pain management in certification exams

Obviously not all of these recommendations can be encompassed within the scope of this proposal, but with support from ACS, all of these are doable.  In fact, there has already been significant engagement between ACS and AACPI on a national/ divisional/state level since the February planning meeting:

- ACS held a Train the Trainers program in September 2001 to provide staff and volunteers with practical tools to enhance their collaborative activities; leaders from the Connecticut and New Jersey Cancer Pain Initiatives were featured speakers at that meeting
- AACPI provided a vehicle for ACS to join the collaborative effort with pain organizations and the Drug Enforcement Administration which led to the issuance of a joint statement in November 2001 *Promoting Pain Relief and Preventing Abuse of Pain Medications· A Critical Balancing Act*
- The Pain Initiatives in New Jersey, New York and Florida are now being staffed by personnel working within their respective ACS Divisions
- The AACPI Outreach Director is working with State Initiatives and ACS staff to provide information about models of collaboration and to create links between the AACPI and the ACS

While these efforts are clear evidence of the commitment of ACS and the AACPI to work together to enhance cancer pain relief efforts, they are only a beginning.  To transform the efforts of a small group of individuals into a systematic national approach, will take time and coordination.  The focus of this proposal is on the development and implementation of that systematic approach through collaborations with ACS staff and volunteers at all levels.  ACS staff who are leading the effort to accomplish the 2015 Quality of Life goal will be meeting with AACPI leaders in January 2002 to develop a comprehensive plan for collaborative efforts for the next two to three years.  Support for the AACPI's contribution to the collaborative effort is critical.

4

MDL_RWJF_0000010

## Proposal

This proposal has two major components:  1) the first addresses the development and implementation of strategies for maximizing the potential for collaboration between the ACS and the AACPI and individual State Pain Initiatives and is based at least in part, on recommendations from the February 2001 planning meeting described earlier;  2) the second addresses the development and implementation of a comprehensive strategy to use the media to increase awareness of the goals and objectives of the AACPI and the positive collaborative programs of the AACPI, individual State Pain Initiatives and the ACS.

**I.  An ACS Liaison.**  We propose to establish the position of ACS Liaison at the national office of the AACPI to facilitate the creation and implementation of collaborations between the ACS at the national, divisional, regional, and unit levels <u>and</u> the AACPI and its member state initiatives.  The ACS Liaison would work closely with staff at the national office of the ACS to develop and implement a strategic plan for collaboration to achieve our mutual goal of reducing the burden that pain places on persons with cancer.   This request reflects a recommendation from the planning meeting held in February 2001:  to designate an individual from each organization to function as liaison and implement formal agreements.  The ACS Liaison would work in partnership with Venus Chapman, recently named Manager, Navigation and Pain Management Initiatives at Cancer Control and with Greta Greer, Director of Survivorship Initiatives in the National Home Office.

In 2000, the Board of Directors of ACS devised a strategic plan to reduce the burden of pain for cancer survivors and their families.  They recommended action in several areas which impact patients, the public, health care providers, health systems, public policy and legislation and internal ACS actions.   After reviewing the strategic plan of the ACS and the recommendations from the February planning meeting, we suggest that objectives for the collaboration should at the very least address three specific areas.  We propose that the ACS Liaison work with appropriate staff within ACS to:

MDL_RWJF_0000010

A. **Develop and implement a system of communication to facilitate collaborative efforts and the sharing of information between and among the national, divisional, regional and state levels of the ACS and the AACPI and individual State Pain Initiatives;**

B. **Provide assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers;**

C. **Establish collaborative programs and projects.**

Specifically we propose to:

A. **Develop and implement a system of communication to facilitate collaborative efforts and the sharing of information between and among the national, divisional, regional and state levels of the ACS and the AACPI and individual State Pain Initiatives.**

 We propose to work with staff at the national office of the ACS in Atlanta to develop a strategy to create and implement a plan for communication about pain management improvement efforts.  This will necessitate the establishment of vertical and horizontal communication systems between the ACS and the AACPI and its member State Initiatives.  We propose to begin with the establishment of list serves because they are powerful vehicles for maintaining such communication links; the creation and monitoring of such list serves would be a key responsibility of the ACS Liaison. Although we have done much to understand the culture of the ACS, we recognize that there are communication gaps between and among the various levels of the organization and obviously communication gaps between ACS and Initiatives.  The Liaison will work with designated ACS staff to identify the best means of communication because part of the challenge is to assure that all ACS staff members and volunteers understand the importance of the ACS Quality of Life Goal.

B. **Provide assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers**

 We propose to work with staff at the ACS home office to create and implement a mechanism to assure that all ACS staff and volunteers are knowledgeable about cancer

6

MDL_RWJF_0000010

pain and its management.  Such an effort needs to take place at all levels of the ACS,
from Divisions, to Regions within Divisions and to Units within Regions.

1. As a first step, we propose to work with staff at the home office of the ACS to
   convene a meeting of staff and volunteers from all 17 Divisions of the American
   Cancer Society to assure that they understand the facts about cancer pain and its
   under treatment, embrace the 2015 Quality of Life goal with its focus on pain
   management, are able to communicate key messages to the constituency they
   serve, and become aware of the ways in which state pain initiatives can assist with
   the ACS strategic plan.  It is our understanding that "cross talk" among Divisions
   has rarely if ever occurred so that such a meeting would be setting a precedent
   that could benefit ACS as it works to accomplish its other goals.

2. As was emphasized at the February meeting, it is critical to actively involve the
   CEOs of ACS in order to successfully move forward on the 2015 Quality of Life
   agenda. Therefore we propose that the ACS Liaison will work together with
   national ACS staff  to host a meeting of CEOs to assure that they are familiar with
   the ACS/AACPI shared goal of reducing the burden of cancer pain, a meeting that
   highlights the accomplishments of the CPIs, reviews the benefits of collaboration,
   and the critical need for allocation of resources to support such efforts. We
   therefore propose that the ACS Liaison facilitate a meeting of the CEOs of the
   ACS Divisions to discuss the ACS's Strategic Plan for Achieving the Nationwide
   Pain Control Objective.  These individuals are obviously critical to any
   collaborative effort to enhance pain relief for all persons with cancer.

3. We further propose that the ACS Liaison work with the home office of the ACS
   in Atlanta to assure that languageis included in the  Charter Agreements of all
   ACS Divisions which supports implementation of the 2015 Quality of Life goal,
   addresses funding for implementing pain control efforts and articulates
   performance targets.  These Charter Agreements set the priorities for Divisional
   activities.  Unless they contain specific language that commits the Division to
   pain management activities, pain can not become a Division priority.

7

C. **Establishing collaborative programs and projects**.

This is a critical goal of this proposal again requiring close collaboration between the AACPI's ACS Liaison, the staff at the national office in Atlanta and the various state cancer pain initiatives.  The major responsibility of the ACS Liaison will be to critically evaluate the potential for collaborations between the ACS and the State Pain Initiatives.  These collaborations can take many forms and occur at many levels within the complex and far reaching components of the ACS.  Collaborative efforts are already in place in many states.  These run the gamut from paying for publication of the newsletter of the Southern California Cancer Pain Initiative to a State Pain Initiative being housed within an ACS Division as is the case in New Jersey (See Appendix B).

Alliances between the ACS and the pain Initiatives have traditionally been state-based and informal in nature, although ACS does have formal relationships with Cancer Pain Initiatives in some states, specifically, Connecticut, Florida, New Jersey and Texas.

As has been clearly articulated in the ACS's Division Guide to Collaboration with State Cancer Pain Initiatives,[12] collaboration can not be predicated on the assumption that ACS will fund State Initiative activities.  Rather the collaboration should be a shared venture in which both partners assume responsibility and risk for joint activities.  These collaborations will enhance the ability of both the ACS and State Initiatives to achieve their common goal.  Collaboration will look different in every state and in every Division and Regions within a Division dependent on defined needs and available financial resources.  Possible levels of collaboration were identified at the February meeting:

Level 1:  ACS provides in kind support such as office space, phone, computer, fax, e-mail, and meeting space with the State Initiative providing pain management expertise, volunteers to assist with educational activities, instructors for *I Can Cope*.

Level 2:  ACS provides staff support that handles meeting arrangements, communications assistance and provides advocacy expertise with State Initiatives providing expert testimony, serving as spokespersons,

8

MDL_RWJF_0000010

providing access to health care providers and regulatory agencies and
expertise in fund raising.

Level 3:  The State Pain Initiative is a program or committee of the ACS.
The Initiative would recruit ACS volunteers to assist with pain
management improvement activities.

In addition, we assume that State Cancer Pain Initiatives would
collaborate on legislative and policy matters. The collaboration in Virginia
resulted in the passage of important health care legislation and collaboration at the
national level on the recent Joint Statement from Health Organizations and DEA
on pain relief medications.  Alternatively, the collaboration could be focused on a
specific goal such as professional or public education.  One might even envision
the possibility of shared fund raising.

## II.  Enhance media and public relations activities

A number of strategies can be used to increase awareness of the AACPI and the

ACS efforts to improve cancer pain management through the media.  These

include, but are not limited to the following:

A.  Promote the AACPI as a resource for media representatives on issues

relating to the undertreatment of cancer pain, and efforts to improve

cancer pain management.

B.  Identify national media events and opportunities in which the AACPI can

participate.

C.  Develop a media campaign to bring attention to the revised Cancer Pain

Management Guidelines to be issued by the American Pain Society in 2002k.

The campaign would be modeled after the successful media relations'

activities surrounding the new pain standards from JCAHO (see Attachment C),

9

MDL_RWJF_0000010

and include the assistance of Home Front Communications in developing a

local TV component of the campaign.

D.  Develop communications strategies and responses to negative or misleading

media reports about pain relief medications and pain control.   Develop

messages to convey to the media and public.  Write and distribute news

releases, information packets, fact sheets and articles for the media.

E.  Direct the AACPI's efforts in collaborating with the American Cancer

Society to make pain relief an important part of ACS' national public

relations agenda.  Work with ACS public relations personnel and the ACS

Liaison to develop media and public relations strategies to address

national public concerns and to improve public awareness of cancer pain issues.

F.  Provide information to and collaborate with other health-related

organizations to promote awareness of cancer pain issues through websites,

newsletters, media and other public outreach vehicles.

G.  Empower State Cancer Pain Initiatives to effectively communicate cancer

pain issues to the media and public.

>    1.  Develop accessible and user-friendly tools to assist State Cancer Pain
>
>    Initiatives in communicating with the media.  Sample tools could include
>
>    template and sample news releases, letters-to-the-editor and
>
>    op-eds, key messages, facts sheets, and state-by-state media outlet lists.
>
>    2.  Produce a bi-monthly "Media Tips" newsletter (hard-copy and
>
>    electronic) for State Cancer Pain Initiatives.  The two-page newsletter

10

would include summaries of recent news stories on pain management and provide helpful tips on communicating with the media

3. Provide hands-on media and public relations consultation and assistance to State Cancer Pain Initiatives through site visits, conference calls, and media training events.

4.  Identify media opportunities and engage State Cancer Pain Initiatives in these opportunities.

5. Work with ACS Divisional public relations staff to ensure an ongoing and constructive relationship between State Cancer Pain Initiatives and their respective ACS Division.

6.  Co-direct with State Cancer Pain Initiative representative(s) the promotion of the Institutionalizing Effective Pain Management Practices program in the media.

7.  Create a grassroots and public advocacy network among State Cancer Pain Initiative representatives and infuse the network.

**References**

1.  Redford GD.  Their final answers. An exclusive Modern Maturity survey. Modern Maturity September-October 2000; 66-67.

2.  Oster MW, Visel M, Turgeon LR.  Pain of terminal cancer patients.  Arch Intern Med 1978; 1801-02.

3.  Jacox AK, Carr DB, Payne R, et al.  Management of Cancer Pain.  Clinical Practice Guideline, No. 9.  Rockville, Md:  Agency for Health Care Policy and Research; 1994.  AHCPR publication 94-0592.

MDL_RWJF_0000010

4.  Cleeland CS, Gonin R, Hatfield A, et al.  Pain and its treatment in outpatients with metastatic cancer.  New Engl J Med 1994;330; 651-5

5.  Bernabei R, Gambassi G, Lapane K, et al.  Management of pain in elderly patients with cancer.  JAMA 1998; 279; 1877-1882

6.  Weiss SC, Emanuel LL, Fairclough  DL, Emanuel EJ.  Understanding the experience of pain in terminally ill patients  Lancet 2001; 1311-15

7.  American Pain Society.  Principles of analgesic use in the treatment of acute pain and cancer pain.  Fourth Edition, 1999

8.  American Cancer Society's Guide to Pain Control.  Powerful methods to overcome cancer pain.  American Cancer Society Health Content Products. Atlanta, GA  2001.

9.  Dahl JL, Joranson DE, Engber D, Dosch J.  The Cancer Pain Problem: Wisconsin's Response.  A report on the Wisconsin cancer Pain Initiative.  J Pain & Sympt Manage 1998; 3:S2-S21.

10. Dahl JL.  State cancer pain initiatives; a decade of progress.  Cancer Prevention International 1998; 3: 157-164

11. Dahl JL.  State initiatives form a national organization: The American Alliance of Cancer Pain Initiatives. APS Bulletin 1996; 3: 3.

MDL_RWJF_0000010



Route 1 & College Road East • P.O. Box 2316
Princeton, New Jersey 08543-2316
Tel 877 843 RWJF (7953)
www rwjf org



October 31, 2006

Robert Wood Johnson Foundation

Janice H Kalvin
Administrative Officer
Research and Sponsored Programs
University of Wisconsin-Madison
Room 446
750 University Avenue
Madison, WI  53706-1494

Dear Ms  Kalvin

I am writing in reference to your Robert Wood Johnson Foundation grant   We have received your financial report for the grant identified below

| | |
|---|---|
| I.D | 043940 - Targeted End-of-Life Projects Initiative |
| Amount | $421,800 |
| Purpose | National initiative to promote improved cancer pain management through collaboration with the American Cancer Society |
| Project Information | Grant Period. March 1, 2002 through December 31, 2006 |
| | Project Director. June L Dahl, Ph D , 608-262-0978 (jldahl@facstaff.wisc.edu) |

In reviewing your recent financial report, we note that cumulative expenditures as of June 30, 2006, have been $412,507.  The Foundation has made payments to date totaling $393,132, leaving you a cash deficit as of June 30, 2006, of $19,375  We will release the appropriate final award payment once we receive and approve your final financial and narrative reports.

After reviewing your proposed budget revision request, we are approving your budget for the period March 1, 2006, through December 31, 2006  Enclosed is a revised financial reporting form reflecting your approved budget of $19,591  This form should be used when reporting expenditures for this period

If you need further assistance, please contact me at 609-627-7574

Sincerely,

Karen O Rowden
Grants Administrator

KOR  kor
Enclosure
cc  June L Dahl, Ph D
    Michelle A Larkin, R N , M.S

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

| | |
|---|---|
| **043940** National initiative to promote improved cancer pain management through collaboration with the American Cancer Society | |
| **EOL** Targeted End-of-Life Projects Initiative | |
| **University of Wisconsin School of Medicine and Public Health** | |
| **Budget Period:** 03/01/2006 to 12/31/2006 | |
| **Project Period:** 03/01/2002 to 12/31/2006 | |

| | |
|---|---|
| **Project Director :** | June L  Dahl     608-262-0978 |
| **Financial Officer:** | Janice H  Kalvin     608-262-0252 |
| **Program Officer:** | Michelle A  Larkin |
| **Senior Officer:** | Rosemary Gibson |
| **Grants Administrator:** | Karen O  Rowden |
| **Grants Administrative Assistant:** | Lola Johnston-Domer |

**Budget for Period: 5**     **Reporting Periods: 1 to 2**
Revised: 10/30/2006 Lola Johnston-Domer

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/06-06/06 | Period 2 07/06-12/06 |
|---|---|---|---|
| **PERSONNEL** | | | |
| Principal Investigator | 5,602 | 2,987 | |
| ACS Liaison | 1,357 | | |
| Initiatives Coordinator | 8,154 | 8,155 | |
| Grant Manager | 2,456 | 2,226 | |
|     PERSONNEL TOTAL | **17,569** | **13,368** | |
| | | | |
| **OTHER DIRECT COSTS** | | | |
| Supplies | 177 | 143 | |
| Telephone | 37 | 36 | |
| Postage | 4 | 4 | |
| Travel | 186 | 186 | |
|     OTHER DIRECT COSTS TOTAL | **404** | **369** | |
| | | | |
| **INDIRECT COSTS** | 1,618 | 1,236 | |
|     INDIRECT COSTS TOTAL | **1,618** | **1,236** | |
| **Grand Total** | **19,591** | **14,973** | |

10/30/2006 -  1 12 28PM budget

MDL_RWJF_0000010

## Budget Narrative

Grant Period: (from 3/01/2002 to 6/30/2006)
Budget Period: (from 3/01/2005 to 2/28/2006)

# I. PERSONNEL

Biographical sketches of key personnel follow.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl oversees the design and implementation of the major components of the proposal. She provides regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society. The overall goal is to use the strengths of the State Cancer Pain Initiatives to facilitate the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with special emphasis on pain management. As Principal Investigator she is responsible for ongoing communication with other national organizations, the Advisory Council of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe in Years Four and Five.

Mary Bennett, TBA, 20%/40%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office (NHO) of the ACS and the AACPI to encourage the duplication and development of programs (public awareness, quality improvement, regulatory reform) in the states. A mentor program will be developed in which members of the Advisory Field Council will pair with Division staff and others to begin/rebuild Initiatives in states in which they are currently inactive. An advocacy program is being developed in which members of the Advisory Council of the AACPI will contact members of the Board of Directors of the American Cancer Society to assure that quality of life with pain management, as a major goal will remain a focus of the national organization. With the departure of Ms. Bennett in November 2005, we expect to have a new Initiative/ACS Liaison on boarding March 2006 to carry on these duties. We request 20% of Ms Bennett's salary through November 2005 and 40% of the Initiative/ACS Liaison's and fringe in Year Five (4 mos).

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals are being met. Team members report their progress to Ms. Skemp Brown and she produces viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the allocation of grant funds as well as the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for Years Three and Four.

Communications, Lisa White, BA, 10%
Ms. Lindner maintains a communication system related to all AACPI projects including email, list serves, and a web site. She also maintains a comprehensive database, and maintains multiple E-Newsletters which highlight collaborative activities between CPIs and ACS. We request 10% of her salary in Year Four.

3

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. The fringe benefit rate increased from 33% to 34% on July 1, 2005.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $6,643 | 33/34% | $2,237 |
| ACS Liaison | $9,885 | 33/34% | $3,328 |
| Communications Manager | $3,740 | 33/34% | $1,259 |
| Grant Manager | $4,952 | 33/34% | $1,667 |
| | | | $8,491 |

## II. OTHER DIRECT COSTS

### Office Operations:

*Supplies* - The approved supply budget for Year Four is $2,000. We spent $1,494 and request the remaining $506 be carried over to Year Five personnel.

*Telephone* - The approved telephone budget is $400. We spent $293 and request that of the remaining $107, $4 be allocated to postage this year and $103 be carried over to Year Five personnel.

*Postage* - The total approved postage budget is $50. We spent $54 and request additional $4 be taken from the telephone budget.

### Equipment Less Than $5,000

The approved equipment budget for equipment less than $5,000 each was $2,915 to cover a photocopier lease. We spent a total of $2,915 that includes the copier lease in addition to a $1,500 buyout purchase of the copier in October.

### Project Staff Travel

A total of $6,000 was budgeted for travel in Year Four. We spent a total of $3,408 on the Initiative Coordinator/ACS Liaison's travel to New Hampshire, New York, Washington DC, and Arizona to meet with ACS/Initiative leaders. We also supported Amy Goldstein's (ACS New England Division) travel to an ACS/AACPI Field Council meeting. We request the remaining $2,592 be carried over to Year Five personnel.

## III. CONSULTANTS/CONTRACTUAL AGREEMENTS

A total of $2,622 was allocated for contracts and subcontracts in Year Four. We spent $2,622 on technical assistance, Annual Survey analysis and ACS consultation in Year Four.

4

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II, and III for a total of $4,005.  We request the remaining $378 be allocated to Indirect Costs in Year Five.

5

RECEIVED by:

OCT 3 0 2006

**The Robert Wood Johnson Foundation**

**Proposed Line Item Budget Summary-Year Five**

March 1, 2006– December 31, 2006

| I. Personnel | | | Approved Budget | Requested Change | Proposed Budget | Expenses to date (9/30/06) |
|---|---|---|---|---|---|---|
| Name | Position | % Time | | | | |
| June Dahl | Principal Investigator* (7 mos) | 5% | $2,987 | $2,615 | $5,602 | $2,987 |
| Ronna Popkin | Initiative Coordinator* (3 mos) | 40% | $8,080 | $74 | $8,154 | $8,154 |
| Debora Treu | ACS Liaison (3 mos) | 5% | $0 | $1,357 | $1,357 | $0 |
| Marty Skemp Brown | Grant Manager* (7 mos) | 10/4% | $2,228 | $228 | $2,456 | $2,226 |
| | Fringe benefits 34/35% **Subtotal** | | **$13,295** | **$4,274** | **$17,569** | **$13,367** |
| **II. Other Direct costs** | | | | | | |
| **Office Operations** | | | | | | |
| *Supplies* | | | $0 | $177 | $177 | $143 |
| *Printing* | | | $0 | $0 | $0 | $0 |
| *Telephone* | | | $200 | ($163) | $37 | $37 |
| *Postage* | | | $0 | $4 | $4 | $4 |
| | | | **$200** | **$21** | **$218** | **$184** |
| **Travel** | | | **$278** | **($92)** | **$186** | **$186** |
| **III. Contracts/Consultants** | | | **$0** | **$0** | **$0** | **$0** |
| **V. Indirect Costs (9%)** | | | **$1,240** | **$378** | **$1,618** | **$1,236** |
| **TOTAL YEAR FIVE** | | | **$15,013** | **$4,578** | **$19,591** | **$14,973** |

## I. PERSONNEL

Biographical sketches of key personnel follow.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl oversees the design and implementation of the major components of the proposal. She provides regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society. The overall goal is to use the strengths of the State Cancer Pain Initiatives to facilitate the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with special emphasis on pain management. Dr. Dahl has been integral in the ongoing communication and collaboration with the American Cancer Society and participates in the ACS/AACPI Pain Advisory Field Council. We request 5% of Dr. Dahl's salary and fringe for five months and 9% for one month.

Initiative Coordinator, Ronna Popkin, 40%
Ms. Popkin took over the Initiative Coordinator position formerly held by Mary Bennett. Ms Popkin continues to work with and consult the Initiatives, many of which are housed within ACS Division offices. We request 40% of Ms. Popkin's salary for four months.

6

MDL_RWJF_0000010

Debora Treu, TBA, 5%
Ms. Treu took over representation on the ACS/AACPI Pain Advisory Field Council for Mary Bennett who left last November. Her responsibility is to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office (NHO) of the ACS and the AACPI to encourage the duplication and development of programs (public awareness, quality improvement, regulatory reform) in the states.  We request 5% of Ms. Treu's salary for three months.

Grant Manager, Marty Skemp Brown, MBA 4%
The Grant Manager works directly with all project team members to assure that project goals are being met. Team members report their progress to Ms. Skemp Brown and she produces viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the allocation of grant funds as well as the annual grant report and budget revision to the Foundation. We request 4% of her salary and fringe for one month.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. The fringe benefit rate increased from 34% to 35% on July 1, 2006.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $4,167 | 34/35% | $1,435 |
| Initiative Coordinator | $6,085 | 34% | $2,069 |
| ACS Liaison | $1,005 | 35% | $352 |
| Grant Manager | $1,659 | 34/35% | $567 |
| | | | $4,423 |

# II. OTHER DIRECT COSTS

## Office Operations:

*Supplies* – We did not budget any money for supplies in Year Five, however we have already spent $143 on toner cartridges and a license for Microsoft Office products and expect to spend another $34 on general supplies. We request these funds be reallocated from the telephone budget and the travel budget.

*Telephone* - The approved telephone budget is $200. We have spent $37 on phone charges and request the remaining $163 be allocated to supplies.

*Postage* - T We did not budget any money for postage in Year Five, however we spent $4 and ask this amount be reallocated from travel.

7

**Project Staff Travel**

A total of $278 was budgeted for travel in Year Five. We spent $186 on two new AACPI banners to take to conferences and meetings (including the ACS/AACPI Field Council meetings) and ask that the remainder be reallocated to supplies and postage.

## III. CONSULTANTS/CONTRACTUAL AGREEMENTS

There was no budget for this category in Year Five.

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget category I, for a total of $378.

8

MDL_RWJF_0000010

**RECEIVED by:**

OCT 3 0 2006

October 10, 2006

## ANNUAL NARRATIVE REPORT
*Making Pain Relief a Reality through National Visibility and Partnership with the American Cancer Society*
**RWJ Grant ID #043940**
March, 2005– Feb, 2006
**Grant Total**:  **$421,800**

**Goal:** The goal of this project is to improve the management of cancer pain by enhancing collaboration between the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS).

**Contact Info:**

June L Dahl, Prinicpal Investigator
1300 University Ave, Rom 4720
Madison, WI  53706
608-265-4012
jldahl@wisc.edu

MDL_RWJF_0000010

1.  *What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?*

The goal of this project is to improve the management of cancer pain by enhancing collaboration between the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS).  The ACS and the AACPI are logical allies in the movement to diminish the burden that pain places on cancer survivors and find many ways in which the unique strengths of the two organizations complement one another.  The state pain initiatives bring expertise about pain control, access to health care professionals and a passion for providing relief of suffering.  The ACS can bring in-kind services, fund-raising expertise, an understanding of how to set up and conduct meetings as well as advocacy expertise.

During the past year,

- ACS Divisions continued to provide staff support for several State Pain Initiatives including Northern California, Connecticut, Massachusetts, New Hampshire, New Jersey, New York, Texas and Vermont.  Staff of the Great West Division supported the establishment of and Initiative in Montana and sparked activity in Wyoming. ACS also provided in-kind support to the Initiatives in North and South Carolina as well as Florida.  The South Atlanta Division provided $5,000 grants to each of the State Pain Initiatives in that geographic region.  The Pennsylvania Division provided funding for staff services to the Pennsylvania Initiative; that support will end in the summer of 2006.
- Many ACS staff participated in meetings held by the AACPI. ACS staff members were well represented at two Advocacy Training Programs and a Fund-Raising Training Session.
- Seventeen ACS staff members attended the 16th Annual Meeting of the AACPI which was held in St. Louis, MO in June 2005.  They participated in workshops on building and sustaining State Pain Initiatives and integrating pain and palliative care into state cancer plans.
- The AACPI/ACS National Pain Field Council held quarterly conference calls and held an in person meeting at the AACPI national meeting in St. Louis.  The goal of the Field Council is to strengthen the collaboration between the two organizations by providing a venue for ACS staff who are coordinating a State Pain Initiative to come together to share successes, address challenges, and strategize effective ways to build and sustain partnerships.
- The ACS NHO provided an unrestricted educational grant in the amount of $15,000 to support the national meeting of the AACPI.
- The AACPI provided funding and technical support to the ACS Texas Cancer Pain Initiative for planning the Texas Pain Summit to be held in September 2006.
- AACPI staff provided technical support to Divisions, to individual State Pain Initiatives that are housed within the ACS as well as to the National Government Relations office.  This support included the provision of analysis and advice about

2

policy issues, editorial comment about documents being prepared by the ACS, as well as assistance with working with the media.

- Site visits were made to New York, the District of Columbia, New Hampshire and Arizona. Staff also participated in a planning of the ACS Texas Cancer Pain Initiative in Austin

**2. *What, if any proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.***

Successful collaboration between the AACPI and the ACS requires that all ACS Divisions include pain and palliative care as part of their strategic plan.  This has not become a reality as pain is not a priority for several ACS Divisions and these include Divisions that serve large populations.  We propose to bring the CEOs of all of the Divisions together in an effort to persuade them of the importance of addressing symptom control in the population that they serve.

**3. *Is there anything else you want to tell RWJF?***

Until the middle of this reporting period, involvement in the collaboration came almost exclusively from the Divisions.  The continued reorganization of the National Home Office (NHO) created challenges as pain and palliative care was not identified as a priority for any specific department or individual.  NHO has now identified Angelina Esparga as the liaison to the State Pain Initiatives; we look forward to working with her to advance the NHO's pain agenda.  In addition, in the fall of 2005, pain emerged as a major priority for the National Government Relations Department under the leadership of Rebecca Kirch, Associate Director of Policy.  She is committed to working with staff in the NHO to encourage them to make pain and palliative care a priority in their work.  She has also made collaboration with the AACPI a personal priority.  Her energy and commitment to the issue bode well for the future of the collaboration.

**4. *What was produced during the reporting period?***

No documents relevant to this project were published during this period.

3

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

**043940** National initiative to promote improved cancer pain management through collaboration with the American Cancer Society
**EOL** Targeted End-of-Life Projects Initiative
**University of Wisconsin School of Medicine and Public Health**
**Budget Period:** 03/01/2005 to 02/28/2006
**Project Period:** 03/01/2002 to 12/31/2006

| | |
|---|---|
| Project Director : | June L  Dahl     608-262-0978 |
| Financial Officer: | Janice H  Kalvin     608-262-0252 |
| Program Officer: | Michelle A  Larkin |
| Senior Officer: | Rosemary Gibson |
| Grants Administrator: | Karen O  Rowden |
| Grants Administrative Assistant: | Lola Johnston-Domer |

**Budget for Period: 4     Reporting Periods: 1 to 2**
**Revised:** 09/27/2006 Marybeth Tamayo

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/05-08/05 | Period 2 09/05-02/06 | Total | Variance | Pct |
|---|---|---|---|---|---|---|
| **PERSONNEL** | | | | | | |
| Principal Investigator | 8,883 | 6,642 | | 6,642 | 2,241 | 75 |
| Init/ACS Coordinator | 13,215 | 13,215 | | 13,215 | | 100 |
| Communications Manager | 5,990 | 4,476 | | 4,476 | 1,514 | 75 |
| Grant Manager | 6,623 | 4,952 | | 4,952 | 1,671 | 75 |
| **PERSONNEL TOTAL** | **34,711** | **29,285** | | **29,285** | **5,426** | **84** |
| **OFFICE OPERATIONS** | | | | | | |
| Supplies | 2,000 | 1,142 | | 1,142 | 858 | 57 |
| Printing | | 0 | | | | |
| Telephone | 400 | 281 | | 281 | 119 | 70 |
| Postage | 50 | 23 | | 23 | 27 | 46 |
| Equipment Less Than $5000 | 2,915 | 2,915 | | 2,915 | | 100 |
| Travel | 6,000 | 4,003 | | 4,003 | 1,997 | 67 |
| **OFFICE OPERATIONS TOTAL** | **11,365** | **8,364** | | **8,364** | **3,001** | **74** |
| **CONSULTANT/CONTRACTUAL** | 2,622 | 2,622 | | 2,622 | | 100 |
| **CONSULTANT/CONTRACTUAL TOTAL** | **2,622** | **2,622** | | **2,622** | | **100** |
| **INDIRECT COSTS** | 4,383 | 3,557 | | 3,557 | 826 | 81 |
| **INDIRECT COSTS TOTAL** | **4,383** | **3,557** | | **3,557** | **826** | **81** |
| **Grand Total** | **53,081** | **43,828** | | **43,828** | **9,253** | |

10/30/2006 - 11 12 37AM budget

MDL_RWJF_0000010



# THE UNIVERSITY
# WISCONSIN
## MADISON

## OFFICE OF RESEARCH AND SPONSORED PROGRAMS

October 20, 2006

Betty A. Dixon
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J  08543-2316

In reply, please refer to
UW Acct No. 133-ER82

RE: Grant # 043940

Dear Ms. Dixon:

Enclosed is the financial report on the above-referenced grant for the period March 1, 2006 through June 30, 2006 under the direction of June Dahl in the Department of Pharmacology at the University of Wisconsin-Madison.

There are two reports enclosed.  One has the $15,013 budget per your 9/26/06 letter.  The other report has the $19,591 budget per the Proposed Line Item Budget Summary-Year Five that Dr. Dahl submitted on October 10, 2006.  This budget is the balance of the total award.

Thank you for your support of this project.  If you have any questions regarding these reports, please contact me at 608/262-9028.

Sincerely,

Mary C. Koscielniak

Mary C. Koscielniak
Accountant

Enclosure
Cc:  June Dahl - Pharmacology
     Marty Skemp - Pharmacology
     Medical School Fiscal Office
     File

21 N. Park Street, Suite 6401
Madison, WI 53715-1218

Phone 608/262-3822
Fax 608/262-5111
http://www.rsp.wisc.edu

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

| | | |
|---|---|---|
| 043940 National initiative to promote improved cancer pain management through collaboration with the American Cancer Society | Project Director | June L Dahl          608-262-0978 |
| EOL Targeted End-of-Life Projects Initiative | Financial Officer | Charles L Hoffman   608-262-0253 |
| **University of Wisconsin School of Medicine and Public Health** | Program Officer | Michelle A Larkin |
| Budget Period  03/01/2006 to 12/31/2006 | Senior Officer | Rosemary Gibson |
| Project Period  03/01/2002 to 12/31/2006 | Grants Administrative Assistant | Marybeth Tamayo |
| | Grants Administrator | Betty A Dixon |

UW Account Number: 133-ER82

Budget for Year: 5     Report Periods: 1 to 2
Revised   09/27/2006 Marybeth Tamayo

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/06-06/06 | Period 2 07/06 - 12/06 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 5,602 00 | 2,986 75 | | 2,986 75 | 2,615 25 |
| Initiatives Coordinator | 8,154 00 | 8,154 54 | | 8,154 54 | (0 54) |
| ACS Liaison | 1,357 00 | - | | | |
| Grant Manager | 2,456 00 | 2,226 44 | | 2,226 44 | 229 56 |
| PERSONNEL TOTAL | 17,569 00 | 13,367 73 | | 13,367 73 | 4,201 27 |
| **OTHER DIRECT COSTS** | | | | | |
| Supplies | 177 00 | 143 39 | | 143 39 | 33 61 |
| Telephone | 37 00 | 36 50 | | 36 50 | 0 50 |
| Postage | 4 00 | 3 84 | | 3 84 | 0 16 |
| Travel | 186 00 | 186 00 | | 186 00 | - |
| OTHER DIRECT COSTS TOTAL | 404 00 | 369 73 | | 369 73 | 34 27 |
| **INDIRECT COSTS** | 1,618 00 | 1,236 37 | | 1,236 37 | 381 63 |
| INDIRECT COSTS TOTAL | 1,618 00 | 1,236 37 | | 1,236 37 | 381 63 |
| **Grand Total** | **19,591.00** | **14,973.83** | | **14,973.83** | **4,617.17** |

Charles L Hoffman, Administrative Officer

RECEIVED by:

OCT 3 0 2006

**The Robert Wood Johnson Foundation**
**Projected Line Item Budget Revision Request-Year Four**

March 1, 2005– February 28, 2006

| I. Personnel | | | Approved Budget | Requested Change | Proposed Budget |
|---|---|---|---|---|---|
| Name | Position | % Time | | | Year 4 |
| June Dahl | Principal Investigator | 5% | $8,883 | ($3) | $8,880 |
| Mary Bennett | Initiative/ACS Liaison | 20% | $13,215 | ($2) | $13,213 |
| Lisa White | Comm Manager | 10% | $5,990 | ($991) | $4,999 |
| Marty Skemp Brown | Grant Manager | 10% | $6,623 | ($4) | $6,619 |
| | Fringe benefits 33/34% | **Subtotal** | **$34,711** | **($1,000)** | **$33,711** |

**II. Other Direct costs**
**Office Operations**

| | | | | | |
|---|---|---|---|---|---|
| | Supplies | | $2,000 | ($506) | $1,494 |
| | Printing | | $0 | $0 | $0 |
| | Telephone | | $400 | ($107) | $293 |
| | Postage | | $50 | $4 | $54 |
| | | | $2,450 | ($609) | $1,841 |

| | Approved | Requested | Proposed |
|---|---|---|---|
| **Equipment Less than $5000** | **$2,915** | **$0** | **$2,915** |
| **Travel** | **$6,000** | **($2,592)** | **$3,408** |
| **III.  Contracts/Consultants** | **$2,622** | **$0** | **$2,622** |
| **IV.  Indirect Costs (9%)** | **$4,383** | **($378)** | **$4,005** |
| **TOTAL YEAR FOUR** | **$53,081** | **($4,578)** | **$48,503** |

*We don't retroactively revise budgets*

MDL_RWJF_0000010





M. Larkin 1
12

EOL

UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL

December 16, 2005

Ms. Michelle A. Larkin, RN, MS
Project Officer
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

RECEIVED
DEC 22 2005
THE ROBERT WOOD
JOHNSON FOUNDATION

Dear Ms. Larkin,

Enclosed please find a request for budget revision and no-cost extension of grant
#043940, *Making Pain Relief a Reality Through National Visibility and Partnerships
With the American Cancer Society*  We request $16,893 be carried over from Year Four
to Year Five (4 months). This extension would result in a grant end date of June 30, 2006.

As required, you will receive an annual progress and budget report for Year Four, March
1, 2005 – February 28, 2006 in April.

We look forward to the opportunity to continue this important area of work with the
assistance of the Foundation and thank you for all of your support.

If you have any questions regarding this request, please contact Marty Skemp Brown,
Grants Manager at 608-265-9173 or mmskemp@wisc.edu.

Sincerely,

June L. Dahl, PhD
Principal Investigator

cc:     Wendy Jensen, UW-RSP
        Betty Dixon, RWJF

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

# LINE ITEM BUDGET AND BUDGET NARRATIVE

# BUDGET REVISION

### MARCH 1, 2005 – FEBRUARY 28, 2006

# & REQUEST FOR EXTENSION

### MARCH 1, 2006 – JUNE 30, 2006

#### For

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

### GRANT #043940

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

December 2005

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Projected Line Item Budget Summary-Year Four** _____ **3**

**Budget Narrative** _____ **4**

   **I. PERSONNEL** _____ **4**

   **II. OTHER DIRECT COSTS** _____ **5**
      Office Operations: _____ 5
      Equipment Less Than $5,000 _____ 5
      Project Staff Travel_____ 5

   **III. CONSULTANTS/CONTRACTUAL AGREEMENTS** _____ **5**

   **IV. INDIRECT COSTS** _____ **6**

**Proposed Line Item Budget Summary-Year Five (4 mos)** _____ **7**

**Budget Narrative** _____ **8**

   **I. PERSONNEL** _____ **8**

   **II. OTHER DIRECT COSTS** _____ **8**
      Office Operations: _____ 8
      Project Staff Travel: _____ 8

   **III. Contracts/Consultants** _____ **8**

   **IV. INDIRECT COSTS** _____ **8**

MDL_RWJF_0000010

## The Robert Wood Johnson Foundation
## Projected Line Item Budget Summary-Year Four

March 1, 2005– February 28, 2006

| I. Personnel | | | Approved Budget | Requested Change | Proposed Budget Year 3 | Expenses to Date (12/1/05) |
|---|---|---|---|---|---|---|
| Name | Position | % Time | | | | |
| June Dahl | Principal Investigator | 5% | $11,828 | ($2,945) | $8,883 | $6,642 |
| Mary Bennett | Initiative/ACS Liaison | 20% | $20,016 | ($6,801) | $13,215 | $13,215 |
| Lisa White | Comm Manager | 10% | $7,255 | ($1,265) | $5,990 | $4,476 |
| Marty Skemp Brown | Grant Manager | 10% | $8,817 | ($2,194) | $6,623 | $4,952 |
| | Fringe benefits 33/34% **Subtotal** | | **$47,916** | **($13,205)** | **$34,711** | **$29,285** |

**II. Other Direct costs**
**Office Operations**

| | Approved Budget | Requested Change | Proposed Budget | Expenses to Date |
|---|---|---|---|---|
| *Supplies* | $2,000 | $0 | $2,000 | $1,142 |
| *Printing* | $300 | ($300) | $0 | $0 |
| *Telephone* | $600 | ($200) | $400 | $281 |
| *Postage* | $400 | ($350) | $50 | $23 |
| | $3,300 | ($850) | $2,450 | $1,446 |

| | Approved Budget | Requested Change | Proposed Budget | Expenses to Date |
|---|---|---|---|---|
| **Equipment Less than $5000** | $2,450 | $465 | $2,915 | $2,915 |
| **Travel** | $7,953 | ($1,953) | $6,000 | $4,003 |
| **III.  Contracts/Consultants** | $2,577 | $45 | $2,622 | $2,622 |
| **IV.  Indirect Costs** | $5,778 | ($1,395) | $4,383 | $3,557 |
| **TOTAL YEAR FOUR** | **$69,974** | **($16,893)** | **$53,081** | **$43,828** |

3

MDL_RWJF_0000010

## Budget Narrative

Grant Period:  (from 3/01/2002 to 6/30/2006)
Budget Period:  (from 3/01/2005 to 2/28/2006)

## I. PERSONNEL

Biographical sketches of key personnel follow.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl oversees the design and implementation of the major components of the proposal.
She provides regular consultation to other members of the Project Team as they develop and
implement a strategic plan to enhance collaboration with the American Cancer Society.  The
overall goal is to use the strengths of the State Cancer Pain Initiatives to facilitate the
achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with
special emphasis on pain management. As Principal Investigator she is responsible for
ongoing communication with other national organizations, the Advisory Council of the
American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request
5% of Dr. Dahl's salary and fringe in Years Four and Five.

Mary Bennett, TBA, 20%/40%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council
to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office
(NHO) of the ACS and the AACPI to encourage the duplication and development of
programs (public awareness, quality improvement, regulatory reform) in the states.  A mentor
program will be developed in which members of the Advisory Field Council will pair with
Division staff and others to begin/rebuild Initiatives in states in which they are currently
inactive.  An advocacy program is being developed in which members of the Advisory
Council of the AACPI will contact members of the Board of Directors of the American
Cancer Society to assure that quality of life with pain management, as a major goal will
remain a focus of the national organization.  With the departure of Ms. Bennett in November
2005, we expect to have a new Initiative/ACS Liaison on boarding March 2006 to carry on
these duties. We request 20% of Ms Bennett's salary through November 2005 and 40% of the
Initiative/ACS Liaison's and fringe in Year Five (4 mos).

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals
are being met. Team members report their progress to Ms. Skemp Brown and she produces
viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the
allocation of grant funds as well as the annual grant report and budget revision to the
Foundation. We request 10% of her salary and fringe for Years Three and Four.

Communications, Lisa White, BA, 10%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and
maintains multiple E-Newsletters which highlight collaborative activities between CPIs and
ACS. We 10% of her salary in Year Four.

4

MDL_RWJF_0000010

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. The fringe benefit rate increased from 33% to 34% on July 1, 2005.

| Title | Salary | Fringe Rate | Fringes |
|-------|--------|-------------|---------|
| Principal Investigator | $6,643 | 33/34% | $2,240 |
| ACS Liaison | $9,888 | 33/34% | $3,327 |
| Communications Manager | $4,482 | 33/34% | $1,508 |
| Grant Manager | $4,952 | 33/34% | $1,671 |
| | | | $8,746 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved supply budget for Year Three is $2,000. We expect to spend this entire about by the end of this budget period.

*Printing* - The approved printing budget is $300. Printing has been covered by other sources in Year Four and will continue to be covered by other sources. We request $45 be allocated to contracts in Year Four, $115 be allocated to equipment in Year Four, $90 be allocated to salary in Year Five and $50 be allocated to travel in Year Five.

*Telephone* - The approved telephone budget is $600. We expect to spend a total of $400 in Year Four  We request the remaining $200 be allocated to Year Five phone expenses.

*Postage* - The total approved postage budget is $400. We expect to spend a total of $50 on postage in Year Four and the remaining $350 be allocated to equipment in Year Four.

**Equipment Less Than $5,000**

The approved equipment budget for equipment less than $5,000 each was $4,450 to cover a photocopier lease. We have spent a total of $2,915 that includes the copier lease in addition to a $1,500 buyout purchase of the copier in October. We request the $350 be allocated from postage, and $115 be allocated from printing to cover the overage of $465.

**Project Staff Travel**

A total of $7,953 is budgeted for travel in Year Four. We expect to spend a total of $6,000 and ask that of the remaining $1,953 be allocated to travel in Year Five.

## III. CONSULTANTS/CONTRACTUAL AGREEMENTS

A total of $2,577 is allocated for contracts and subcontracts in Year Four. We have spent a total of $2,622 on technical assistance, Annual Survey analysis and ACS consultation in Year Four. We request the $45 overage come from the printing budget.

MDL_RWJF_0000010

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II, and III for a total of $4,383.  We request the remaining $1,395 be allocated to Indirect Costs in Year Five.

6

**The Robert Wood Johnson Foundation**
**Proposed Line Item Budget Summary-Year Five (4 mos)**
March 1, 2006– June 30, 2006

|  |  |  | *Proposed Budget* |
|---|---|---|---|
| **I. Personnel** | | | |
| **Name** | **Position** | ***% Time*** | |
| June Dahl | Principal Investigator* (4 mos) | 5% | $2,987 |
| TBA | Init/ACS Coordinator* (4 mos) | 40% | $8,080 |
| Marty Skemp Brown | Grant Manager* (4 mos) | 10% | $2,228 |

Fringe benefits 34%* **Subtotal** $13,295

**II. Other Direct costs**
**Office Operations**
| | |
|---|---|
| *Supplies* | $0 |
| *Printing* | $0 |
| *Telephone* | $200 |
| *Postage* | $0 |
| | **$200** |

**Travel** $2,003

**III. Contracts/Consultants** $0

**V. Indirect Costs (9%)** $1,395

**TOTAL YEAR FIVE** $16,893

7

MDL_RWJF_0000010

## Budget Narrative

Grant Period:  (from 3/01/2002 to 6/30/2006)
Budget Period:  (from 3/01/2005 to6/30/2006)

## I. PERSONNEL

See position descriptions above

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $2,229 | 34.0% | $758 |
| Init/ACS Coordinator | $6,030 | 34.0% | $2,050 |
| Grant Manager | $1,663 | 34.0% | $565 |
| | Total Fringe | | $3,373 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other supplies. Supplies will be covered by other sources in Year Five.

*Printing* – Printing will be covered by other sources in Year Five.

*Telephone* - The requested telephone budget is $200. This includes the cost of rental and usage and voicemail charges for two lines in Year Five.

*Postage* - Printing will be covered by other sources in Year Five.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. We request a total of $1,953 for the ACS Liaison and other AACPI and ACS staff to attend joint meetings between the ACS and AACPI, most likely in conjunction with the Annual Meeting of the AACPI in June 2006.

## III. Contracts/Consultants

We do not request funds for equipment in this period.

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $1,395.

8

MDL_RWJF_0000010



THE
ROBERT WOOD
JOHNSON
FOUNDATION

$\frac{1}{12}$

EOL

December 16, 2004

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #043940 - Approval of Extension Request

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

After reviewing your budget revision request, we are approving your budget for the period
March 1, 2004, through February 28, 2005. Enclosed is a revised financial reporting form
reflecting your approved budget of $70,530. This form should be used when reporting
expenditures for this period.

We have reviewed your extension request for the period March 1, 2005, through
February 28, 2006 and approved it. Enclosed is a copy of your financial reporting form
with your approved budget of $69,973 for use when reporting expenditures for the
above-mentioned period.

Your annual financial and narrative reports will now be due in March 31, 2005. Your
final financial and narrative reports are due March 31, 2006.

*Office of the President and CEO*

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701

Internet: http://www.rwjf.org
e-mail: mail@rwjf.org

MDL_RWJF_0000010

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK

cc:   Janice H. Kalvin
      **Michelle A. Larkin**, R.N., M.S.

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                          Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL

**Payee:** *University of Wisconsin-Madison Medical*
*School*
**ID Number:** 043940 for [EOL]
**Project Director:** June L. Dahl (608-262-0978)
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)
**Budget Period:** Mar-01-2004 to Feb-28-2005
**Project Period:** Mar-01-2002 to Feb-28-2006

**Budget for Year :** 3
**Revised:** Dec-16-2004                                          **EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|------|------|------|------|------|------|------|------|------|------|------|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 14,788 | 8,685 | | | | | | | | |
| ACS Liaison | 14,754 | 7,377 | | | | | | | | |
| Communications | 14,840 | 8,040 | | | | | | | | |
| Grant Manager | 6,356 | 3,107 | | | | | | | | |
| Personnel Subtotal | 50,738 | 27,209 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 2,500 | 2,643 | | | | | | | | |
| Printing | 0 | 0 | | | | | | | | |
| Telephone | 600 | 98 | | | | | | | | |
| Postage | -10 | -10 | | | | | | | | |
| Equipment less than $5000 | 2,415 | 1,263 | | | | | | | | |
| Travel | 6,000 | 5,242 | | | | | | | | |
| Other Direct Subtotal | 11,505 | 9,236 | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 2,463 | 1,705 | | | | | | | | |
| Cons/Contrct Subtotal | 2,463 | 1,705 | | | | | | | | |
| INDIRECT COSTS | 5,824 | 3,433 | | | | | | | | |
| **Grand Total** | 70,530 | 41,583 | | | | | | | | |

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                    Page:   1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL                              Payee: *University of Wisconsin-Madison Medical*
                                                                *School*
Project Director: June L. Dahl (608-262-0978)        ID Number: 043940 for [EOL]
Fiscal  Officer : Janice H. Kalvin (608-263-7057)   Budget Period: Mar-01-2005 to Feb-28-2006
                                                   Project Period: Mar-01-2002 to Feb-28-2006

Budget for Year : 4
Revised:                                    EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/05-08/05 | Period 2 09/05-02/06 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|------|------------------------|----------------------|----------------------|----------|----------|----------|----------|-------|----------|-----|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 11,828 | | | | | | | | | |
| Init/ACS Coordinator | 20,016 | | | | | | | | | |
| Communications Manager | 7,255 | | | | | | | | | |
| Grant Manager | 8,817 | | | | | | | | | |
| Personnel Subtotal | 47,916 | | | | | | | | | |
| OFFICE OPERATIONS | | | | | | | | | | |
| Supplies | 2,000 | | | | | | | | | |
| Printing | 300 | | | | | | | | | |
| Telephone | 600 | | | | | | | | | |
| Postage | 400 | | | | | | | | | |
| Equipment Less Than $5000 | 2,450 | | | | | | | | | |
| Travel | 7,953 | | | | | | | | | |
| Office Ops Subtotal | 13,703 | | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 2,577 | | | | | | | | | |
| INDIRECT COSTS | 5,777 | | | | | | | | | |
| **Grand Total** | **69,973** | | | | | | | | | |

43940



UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**

November 12, 2004



Ms. Michelle A. Larkin, RN, MS
Project Officer
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Dear Ms. Larkin,

Enclosed please find a request for budget revision and no-cost extension of grant
#043940, *Making Pain Relief a Reality Through National Visibility and Partnerships
With the American Cancer Society.* We request $69,974 be carried over from Year Three
to Year Four. This extension would result in a grant end date of February 28, 2006.

As required, you will receive an annual progress and budget report for Year Three, March
1, 2004 – February 28, 2005 in April. In that report we will detail the use of travel funds.

We look forward to the opportunity to continue this important area of work with the
assistance of the Foundation and thank you for all of your support.

If you have any questions regarding this request, please contact Marty Skemp Brown,
Grants Manager at 608-265-9173 or mmskemp@wisc.edu.

Sincerely,

*June L. Dahl*

June L. Dahl, PhD
Principal Investigator

cc:     Amy Wilson, RSP
        Sophia Kounelias

---

Department of Pharmacology

---

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

# LINE ITEM BUDGET AND BUDGET NARRATIVE
# BUDGET REVISION
## MARCH 1, 2004 – FEBRUARY 28, 2005

# & REQUEST FOR EXTENSION
## MARCH 1, 2005 – FEBRUARY 28, 2006
### For

# MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY
## GRANT #043940

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

November 2004

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Projected Line Item Budget Summary-Year Three** _____ 3

**Budget Narrative** _____ 4

   **I. PERSONNEL** _____ 4

   **II. OTHER DIRECT COSTS** _____ 5
     Office Operations: _____ 5
     Equipment Less Than $5,000 _____ 6
     Project Staff Travel_____ 6

   **III. CONSULTANTS/CONTRACTUAL AGREEMENTS** _____ 6

   **IV. INDIRECT COSTS** _____ 6

**Proposed Line Item Budget Summary-Year Four** _____ 7

**Budget Narrative**_____ 8

   **I. PERSONNEL** _____ 8

   **II. OTHER DIRECT COSTS** _____ 9
     Office Operations: _____ 9
     Equipment Less than $5,000_____ 9
     Project Staff Travel: _____ 9

   **III. Contracts/Consultants** _____ 9

   **IV. INDIRECT COSTS** _____ 9

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation
## Projected Line Item Budget Summary-Year Three
### March 1, 2004– February 28, 2005

| I. Personnel Name | Position | % Time | Approved Budget | Requested Change | Proposed Budget Year 3 | Expenses to Date (10/1/04) |
|---|---|---|---|---|---|---|
| June Dahl | Principal Investigator* | 10% | $17,476 | ($2,688) | $14,788 | $11,592 |
| Mary Bennett | ACS Liaison* | 20% | $14,754 | $0 | $14,754 | $9,836 |
| Lisa White | Comm Manager* | 30% | $12,815 | $2,025 | $14,840 | $10,830 |
| Marty Skemp Brown | Grant Manager* | 10% | $12,128 | ($5,772) | $6,356 | $4,190 |
| Project Assistant | TBA* | 70% | $32,936 | ($32,936) | $0 | $0 |
| Student Assistant | TBA** | 35% | $6,005 | ($6,005) | $0 | $0 |
| | Fringe benefits 33%*,  2.5%** **Subtotal** | | **$96,114** | **($45,376)** | **$50,738** | **$36,448** |

**II. Other Direct costs**
**Office Operations**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Supplies | | $3,433 | ($933) | $2,500 | $2,245 |
| | Printing | | $5,723 | ($5,723) | $0 | $0 |
| | Telephone | | $3,677 | ($3,077) | $600 | $324 |
| | Postage | | $2,306 | ($2,316) | ($10) | ($10) |
| | | | $15,139 | ($12,049) | $3,090 | $2,559 |
| **Equipment Less than $5000** | | | **$4,500** | **($2,085)** | **$2,415** | **$1,647** |
| **Travel** | | | **$8,109** | **($2,109)** | **$6,000** | **$5,242** |
| **III.  Contracts/Consultants** | | | **$5,040** | **($2,577)** | **$2,463** | **$1,863** |
| **IV.  Indirect Costs** | | | **$11,602** | **($5,778)** | **$5,824** | **$4,298** |
| **TOTAL YEAR THREE** | | | **$140,503** | **($69,974)** | **$70,530** | **$52,057** |

MDL_RWJF_0000010

**Budget Narrative**

Grant Period:  (from 3/01/2002 to 2/28/2006)
Budget Period:  (from 3/01/2004 to 2/28/2005)

## I. PERSONNEL

Biographical sketches of key personnel follow.

Principal Investigator, June L. Dahl, PhD, 10%
Dr. Dahl oversees the design and implementation of the major components of the proposal.
She provides regular consultation to other members of the Project Team as they develop and
implement a strategic plan to enhance collaboration with the American Cancer Society.  The
overall goal is to use the strengths of the State Cancer Pain Initiatives to facilitate the
achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with
special emphasis on pain management. As Principal Investigator she is responsible for
ongoing communication with other national organizations, the Advisory Council of the
American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request
10% of Dr. Dahl's salary and fringe in Year Three, and 5% in Year Four.

Mary Bennett, TBA, 20%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council
to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office
(NHO) of the ACS and the AACPI to encourage the duplication and development of
programs (public awareness, quality improvement, regulatory reform) in the states.  A mentor
program will be developed in which members of the Advisory Field Council will pair with
Division staff and others to begin/rebuild Initiatives in states in which they are currently
inactive.  An advocacy program is being developed in which members of the Advisory
Council of the AACPI will contact members of the Board of Directors of the American
Cancer Society to assure that quality of life with pain management, as a major goal will
remain a focus of the national organization.  We request 20% of Ms. Bennett's salary and
fringe in Years Three and Four. The remainder of Ms. Bennett's salary for these activities is
covered by other sources.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals
are being met. Team members report their progress to Ms. Skemp Brown and she produces
viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the
allocation of grant funds as well as the annual grant report and budget revision to the
Foundation. We request 10% of her salary and fringe for Years Three and Four.

Communications, Lisa White, BA, 30%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and
maintains multiple E-Newsletters which highlight collaborative activities between CPIs and
ACS. We request 30% of her salary in Year Three and 10% in Year Four.

Project Assistant, 70%
A Project Assistant was not hired in Year Three. In light of the short grant period and
priorities we request the salary and fringe allocated in this position be allocated to personnel
in Year Four.

4

<u>Student, TBA, 25%</u>
The student assistant assists Ms. Bennett and other grant team members in general office
duties including reception, filing, and mailings. This position was funded by other sources in
Year Three and will again be funded by other sources in Year Four. We request the salary
and fringe allocated to this position be allocated to personnel in Year Four.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and
administered by the University of Wisconsin System.  These include optional income
continuation insurance, unemployment compensation, worker's compensation, social
security, health insurance, retirement, and ERA administration

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $11,119 | 33.0% | $3,669 |
| ACS Liaison | $11,093 | 33.0% | $3,661 |
| Communications Manager | $11,158 | 33.0% | $3,682 |
| Grant Manager | $4,779 | 33.0% | $1,577 |
| Project Assistant | $0 | 33.0% | $0 |
| Student Assistant | $ 0 | 2.5% | $0 |
| | | | $12,589 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved supply budget for Year Three is $3,433. We expect to spend a total
of $2,500 in Year Three and request the remaining $933 be allocated to supplies in Year
Four.

*Printing* - The approved printing budget is $5,723.  Printing has been covered by other
sources in Year Three. We request that $300 of Year Three printing be allocated to printing in
Year Four, $1,067 be allocated to supplies in Year Four, $2,540 be allocated to personnel in
Year Four and the remaining $1,816 be allocated to travel in Year Four.

*Telephone* - The approved telephone budget is $3,677. We expect to spend a total of $600 in
Year Three. We request $600 be allocated to telephone expenses in Year Four and  the
remaining $2,477 be allocated to travel in Year Four.

*Postage* - The total approved postage budget is $2,306. To date, $4 has been spent on
postage, however $14 in postage charges were credited to this account due to errors made by
the UW accounting services in the previous year, leaving a balance of $2,316. We request
$400 of this be allocated to postage in Year Four, $365 be allocated to equipment less than
$5,000 in Year Four, and the remaining $1,551 be allocated to travel in Year Four.

5

MDL_RWJF_0000010

**Equipment Less Than $5,000**

The approved equipment budget for equipment less than $5,000 each was $4,500 to cover a photocopier lease. We expect the total Year three costs to be $2,415. We request the remaining $2,085 be allocated to the same category in Year Four.

**Project Staff Travel**

A total of $8,109 is budgeted for travel in Year Three.  We expect to spend a total of $6,000 (to be described in detail in the Annual Report) and ask that of the remaining $2,109 be allocated to travel in Year Four.

## III. CONSULTANTS/CONTRACTUAL AGREEMENTS

A total of $5,040 is allocated for contracts and subcontracts in Year Three. We expect to spend a total of $5,824 on technical assistance, Annual Survey analysis and ACS consultation in Year Three and request the remaining $5,778 be allocated to the same category in Year Four.

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I and II, for a total of $5,824.  We request the remaining $5,778 be allocated to Indirect Costs in Year Four.

MDL_RWJF_0000010

## The Robert Wood Johnson Foundation
## Proposed Line Item Budget Summary-Year Four
### March 1, 2005– February 28, 2006

| I. Personnel | | | Proposed Budget |
|---|---|---|---|
| Name | Position | % Time | |
| June Dahl | Principal Investigator* | 5% | $11,828 |
| Mary Bennett | Init/ACS Coordinator* | 20% | $20,016 |
| Lisa White | Communications Manager* | 10% | $7,255 |
| Marty Skemp Brown | Grant Manager* | 10% | $8,817 |
| Fringe benefits 33%* | | **Subtotal** | **$47,916** |

**II. Other Direct costs**
**Office Operations**

| | Proposed Budget |
|---|---|
| *Supplies* | $2000 |
| *Printing* | $300 |
| *Telephone* | $600 |
| *Postage* | $400 |
| | $3,300 |

| | Proposed Budget |
|---|---|
| **Equipment Less than $5000** | **$2,450** |
| **Travel** | **$7,953** |
| **III. Contracts/Consultants** | **$2,577** |
| **V. Indirect Costs (9%)** | **$5,778** |
| **TOTAL YEAR FOUR** | **$69,974** |

1
SXK
12/14/04

MDL_RWJF_0000010

**Budget Narrative**

Grant Period:  (from 3/01/2002 to 2/28/2006)
Budget Period:  (from 3/01/2005 to 2/28/2006)

## I. PERSONNEL

Salaries reflect a 3% increase as of July 1, 2005.

Principal Investigator, June L. Dahl, PhD, 10%
Dr. Dahl oversees the design and implementation of the major components of the proposal.
She provides regular consultation to other members of the Project Team as they develop and
implement a strategic plan to enhance collaboration with the American Cancer Society.  The
overall goal is to use the strengths of the state cancer pain initiatives to facilitate the
achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with
special emphasis on pain management. As Principal Investigator she is responsible for
ongoing communication with other national organizations, the Board of Directors of the
American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request
5% of Dr. Dahl's salary and fringe in Year Four.

Mary Bennett, TBA, 20%
Ms. Bennett has been responsible for establishing an ACS/CPI Pain Advisory Field Council
to provide an information link to Pain Initiatives, ACS Divisions, the National Home Office
(NHO) of the ACS and the AACPI to encourage the duplication and development of
programs (public awareness, quality improvement, regulatory reform) in the states.  A mentor
program will be developed in which members of the Advisory Field Council will pair with
Division staff and others to begin/rebuild Initiatives in states in which they are currently
inactive.  An advocacy program is being developed in which members of the Advisory
Council of the AACPI will contact members of the Board of Directors of the American
Cancer Society to assure that quality of life with pain management, as a major goal will
remain a focus of the national organization.  We request 20% of Ms. Bennett's salary and
fringe in Year Four. The remainder of Ms. Bennett's salary for these activities is covered by
other sources.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager works directly with all project team members to assure that project goals
are being met. Team members report their progress to Ms. Skemp Brown and she produces
viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for the
allocation of grant funds as well as the annual grant report and budget revision to the
Foundation. We request 10% of her salary and fringe for Year Four.

Communications, Lisa White, BA, 10%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and
maintains multiple E-Newsletters which highlight collaborative activities between CPIs and
ACS. We request 10% of her salary and fringe in Year Four.

8

MDL_RWJF_0000010

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $8,893 | 33.0% | $2,935 |
| Init/ACS Coordinator | $15,050 | 33.0% | $4,966 |
| Communications Manager | $5,455 | 33.0% | $1,800 |
| Grant Manager | $6,629 | 33.0% | $2,188 |
| | Total Fringe | | $11,889 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The requested supply budget is $2,000.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other supplies.

*Printing* - The requested printing budget is $300 to cover the cots of printing materials related to the ACS/AACPI collaboration.

*Telephone* - The requested telephone budget is $600. This includes the cost of yearly rental and usage and voicemail charges for two lines.

*Postage* - The requested postage budget is $400 to cover the cost of mailings to ACS and AACPI collaborators.

**Equipment Less than $5,000**

We request $2,450 for the continued lease of a photocopier in Year Four.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. We request a total of $7,953 for the ACS Liaison and other AACPI and ACS staff to attend joint meetings between the ACS and AACPI.  Detailed projected expenditures will be included in the Year Three Annual Report.

## III. Contracts/Consultants

We request $2,577 in contracts to cover the costs of an information technology consultation to maintain communications.

## IV. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $5,778.

MDL_RWJF_0000010



THE
ROBERT WOOD
JOHNSON
FOUNDATION®

*1/12*

*EOL*

May 21, 2004

June L. Dahl, Ph D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #043940 - Approval of Budget Revision

Dear Dr Dahl·

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives

We have received your annual narrative report and have forwarded a copy of this report to
Michelle Larkin for her review   If she has any questions or comments, she will contact
you directly

After reviewing your proposed budget revision request, we are approving your revised
budget for the period of March 1, 2004, through February 28, 2005  Enclosed is a revised
financial reporting form reflecting your approved budget of $140,503. This form should be
used when reporting expenditures for this period

If I can assist you further, please contact me at 609-627-5844

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosure

cc    Janice H. Kalvin
      Michelle A. Larkin R N , M S

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701
Internet  http //www.rwjf org
e mail  mail@rwjf org

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                    **Page:  1**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK   PA: REW   PO: MAL                     **Grantee:** *University of Wisconsin-Madison Medical*
*School*

**Project Director:** June L. Dahl (608-262-0978)        **Grant Number:** 043940 for [EOL]
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)     **Budget Period:** Mar-01-2004 to Feb-28-2005
                                               **Grant Period:** Mar-01-2002 to Feb-28-2005

Budget for Year : 3
Revised: May-21-2004                     **EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | P |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 17,475 | | | | | | | | | |
| ACS Liaison | 14,754 | | | | | | | | | |
| Communications | 12,815 | | | | | | | | | |
| Grant Manager | 12,128 | | | | | | | | | |
| Project Assistant | 32,936 | | | | | | | | | |
| Student Assistant | 6,005 | | | | | | | | | |
| Personnel Subtotal | 96,113 | | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,433 | | | | | | | | | |
| Printing | 5,723 | | | | | | | | | |
| Telephone | 3,677 | | | | | | | | | |
| Postage | 2,306 | | | | | | | | | |
| Equipment less than $5000 | 4,500 | | | | | | | | | |
| Travel | 8,109 | | | | | | | | | |
| Other Direct Subtotal | 27,748 | | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 5,040 | | | | | | | | | |
| Cons/Contrct Subtotal | 5,040 | | | | | | | | | |
| INDIRECT COSTS | 11,602 | | | | | | | | | |
| **Grand Total** | **140,503** | | | | | | | | | |

43940

## The Robert Wood Johnson Foundation
### Line Item Budget – Project Year Three
Grant Period:  (from 03/01/2002 to 02/28/2005)
Budget Period:  (from 03/01/2004 to 02/28/2005)

**I. Personnel**

| Name | Position | Approved | Revision Request | Proposed Budget |
|---|---|---|---|---|
| June Dahl | Principal Investigator (10%)* | $17,476 | $0 | $17,476 |
| Mary Bennett | ACS Liaison (20%)* | $14,754 | $0 | $14,754 |
| Lisa White | Communications (30%) | $12,815 | $0 | $12,815 |
| Marty Skemp | Grant Manager (20%)* | $12,128 | $0 | $12,128 |
| TBA | Project Assistant (70%)* | $32,936 | $0 | $32,936 |
| TBA | Student Assistant (35%)** | $4,264 | $1,741 | $6,005 |
| Fringe benefits (33 5%*, 2 5%**) | | | | |
| | **Subtotals** | **$94,373** | **$1,741** | **$96,114** |

**II. Other Direct costs**
**Office Operations**

| | | | | |
|---|---|---|---|---|
| *Supplies* | | $3,433 | $0 | $3,433 |
| *Printing* | | $5,723 | $0 | $5,723 |
| *Telephone* | | $3,677 | $0 | $3,677 |
| *Postage* | | $2,306 | $0 | $2,306 |
| *Service Contracts* | | $500 | ($500) | $0 |
| **Communications** | | $0 | $0 | $0 |
| **Software** | | $0 | $0 | $0 |
| **Equipment Less than $5000** | | $4,500 | $0 | $4,500 |
| **Travel** | | $5,172 | $2,937 | $8,109 |
| **Subtotals** | | **$25,311** | **$2,437** | **$27,748** |

| | Approved | Revision Request | Proposed Budget |
|---|---|---|---|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/Contractual** | **$5,040** | **$0** | **$5,040** |
| **V. Indirect Costs (9%)** | **$11,225** | **$377** | **$11,602** |
| **Totals Year 3** | **$135,949** | **$4,554** | **$140,503** |

SKK
5/20/04

7

MDL_RWJF_0000010

## Budget Narrative - Project Year Three

Grant Period: (from 03/01/2002 to 02/28/2005)
Budget Period: (from 03/01/2004 to 02/28/2005)

## I. PERSONNEL

Salaries are increased by 1% over adjusted year one salaries.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $13,091 | 33.5% | $4,385 |
| Communications | $9,599 | 33.5% | $3,216 |
| ACS Liaison | $11,052 | 33.5% | $3,702 |
| Grant Manager | $9,085 | 33.5% | $3,043 |
| Project Assistant | $24,764 | 33.5% | $8,172 |
| Student Assistant | $5,859 | 2.5% | $146 |
| **Total Fringe** | | | **$22,664** |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – No changes are requested to the $3,433 budget for general office supplies.

*Printing* – No changes are requested to the $5,723 printing budget for Year Three. This money will be used to print materials for meetings with ACS representatives and for publications related to the AACPI/ACS collaboration.

*Telephone* – No changes are requested to the $3,677 budget for phone service and toll charges.

*Postage* – No changes are requested for postage in Year Three. The $2,306 budgeted will cover costs of mailing correspondence and materials related to the AACPI/ACS collaboration.

*Service Contracts* – We request that the $500 budgeted for service contracts be reallocated to travel in Year Three.

8

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. We ask that the $1,741 from Year Two personnel as well as the $500 from Year Three service contracts be allocated to ACS Liaison travel for a total of $8,109 in Year Three. This money will support travel to the ACS National Home Office as well as travel to meetings of ACS Division representatives.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% for a total of $11,602.

## IV. Consultant/Contractual Agreements

No changes are requested to the $5,040 budgeted in contracts to cover the costs of information technology consultation to maintain communications.

MDL_RWJF_0000010

## The Robert Wood Johnson Foundation

## The Robert Wood Johnson Foundation
### Line Item Budget Summary
March 1, 2002– February 28, 2005

**I. Personnel**

| Name | Position | Request Year 1 | Request Year 2 | Request Year 3 |
|---|---|---|---|---|
| June Dahl | Principal Investigator | $8,314 | $8,608 | $17,476 |
| Matt Bromley | Media/PR Director | $13,171 | $20,652 | $0 |
| Lisa Lindner White | Communications | $0 | $14,678 | $12,815 |
| Mary Bennett | ACS Liaison | $70,677 | $72,674 | $14,754 |
| | Initiatives Coordinator | $0 | $0 | $0 |
| Marty Skemp Brown | Grant Manager | $5,503 | $5,963 | $12,128 |
| TBA | Project Assistant | $0 | $0 | $32,936 |
| TBA | Student Assistant | $4,720 | $1,595 | $6,005 |
| *Fringe benefits included* | | **$102,385** | **$124,170** | **$96,114** |

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| **II. Other Direct costs** | | | |
| **Office Operations** | | | |
| *Supplies* | $667 | $2,796 | $3,433 |
| *Printing* | $65 | $212 | $5,723 |
| *Telephone* | $791 | $1,120 | $3,677 |
| *Postage* | $34 | $60 | $2,306 |
| *Service Contracts* | $0 | $0 | |
| **Communications** | $18 | $1,190 | |
| **Software** | $0 | $0 | |
| **Equipment less than $5000** | $1,536 | $2,282 | $4,500 |
| **Travel** | $7,652 | $13,089 | $8,109 |
| **Subtotals** | **$10,764** | **$20,749** | **$27,748** |
| | | | |
| **III. Equipment** | **$0** | **$0** | **$0** |
| | | | |
| **IV. Consultant/ Contractual Agreements** | **$0** | **$0** | **$5,040** |
| | | | |
| **V. Indirect Costs** | **$10,183** | **$13,043** | **$11,602** |
| | | | |
| **TOTALS** | **$123,334** | **$157,963** | **$140,503** |

*(handwritten: "actual exp." under Year 1 total; "actual exp." under Year 2 total; "1) Revision." under Year 3 total)*

### Three Year Grant Total  **$421,800**

3

## Line Item Budget - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

### I. Personnel

| Name | Position | Approved Amount | Revision Request | Proposed Budget |
|---|---|---|---|---|
| June Dahl | Principal Investigator (5%)* | $8,878 | ($270) | $8,608 |
| Matt Bromley | Media/PR Director (50%)* | $20,187 | $465 | $20,652 |
| Lisa Lindner | Communications (30%)* | $16,274 | ($1,596) | $14,678 |
| Mary Bennett | ACS Liaison (100%)* | $72,848 | ($174) | $72,674 |
| | Initiatives Coordinator* | $0 | $0 | $0 |
| Marty Skemp | Grant Manager (10%)* | $6,161 | ($198) | $5,963 |
| TBA | Project Assistant (70%)* | $0 | $0 | $0 |
| TBA | Student Assistant** | $1,563 | $32 | $1,595 |
| Fringe benefits (33%*, 2 0%**) | | | | |
| | **Subtotals** | **$125,911** | **($1,741)** | **$124,170** |

### II. Other Direct costs
### Office Operations

| | Approved Amount | Revision Request | Proposed Budget |
|---|---|---|---|
| *Supplies* | $3,000 | ($204) | $2,796 |
| *Printing* | $212 | $0 | $212 |
| *Telephone* | $2,500 | ($1,380) | $1,120 |
| *Postage* | $0 | $60 | $60 |
| *Service Contracts* | $0 | $0 | $0 |
| **Communications** | $0 | $1,190 | $1,190 |
| **Software** | $0 | $0 | $0 |
| **Equipment Less than $5000** | $2,474 | ($192) | $2,282 |
| **Travel** | $15,000 | ($1,911) | $13,089 |
| **Subtotals** | **$23,186** | **($2,437)** | **$20,749** |

| | Approved Amount | Revision Request | Proposed Budget |
|---|---|---|---|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual** | **$0** | **$0** | **$0** |
| **V. Indirect Costs (9%)** | **$13,420** | **($377)** | **$13,043** |
| **Totals Year 2** | **$162,517** | **($4,554)** | **$157,963** |

*This Revision Reflects actual expenses submitted. no action necessary.   SKK  5/20/04*

4

## Budget Narrative - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2005)
Budget Period:  (from 03/01/2004 to 02/28/2005)

## I. PERSONNEL

Salaries are increased by 1% over adjusted year one salaries.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society.  The overall goal is to use the strengths of the state cancer pain initiatives to facilitate the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with special emphasis on pain management. She will review and edit materials and serve as a participant for any conferences needed to facilitate the goals of the proposal.  As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe for Years Two and Three.

Mary Bennett, TBA, 100%
Work in collaboration with staff in the National Office of the American Cancer Society (ACS) to create and implement a national strategic plan for collaboration between the ACS, the American Alliance of Cancer Pain Initiatives (AACPI) and its member state initiatives. The objective of such collaboration is to facilitate achievement of the ACS's 2015 Goal to improve the quality of life for persons with cancer, with special emphasis on pain management.  This person will subsequently work with ACS staff and AACPI to create measurable objectives for evaluating the success of the collaboration as determined by reduction of the burden that pain places on cancer survivors. We request 100% of her salary in Year Two and 20% in Year Three.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for Year Two and 20% in Year Three.

Communications, Lisa White, BA, 30%
Ms. Lindner maintains a communication system related to all AACPI projects including email, list serves, and a web site.  She also maintains a comprehensive database, and maintains multiple E-Newsletters which highlight collaborative activities between CPIs and ACS. Ms. Lindner will also assist Mr. Bromley in communication activities. We request 30% of her salary in Years Two and Three.

Student, TBA, 25%
The student assistant will assist the team grant team members in general office duties including reception, filing, mailing and mailings. We request 35% of a student position in Year Three.

5

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|-------|--------|-------------|---------|
| Principal Investigator | $6,472 | 33% | $2,136 |
| Media/PR | $15,528 | 33% | $5,124 |
| Communications | $11,036 | 33% | $3,642 |
| ACS Liaison | $54,642 | 33% | $18,032 |
| Grant Manager | $4,483 | 33% | $1,480 |
| Student Assistant | $1,556 | 2.5% | $39 |
| **Total Fringe** | | | **$30,453** |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – We spent $2,796 on supplies in Year Two and request the remaining $204 be allocated to Year Three travel.

*Printing* – We spent $212 on printing in Year Two.

*Telephone* – We spent $1,120 on phone service in Year Two and request that of the reaming $1,380, $60 be allocated to postage in Year Two and $1,320 be allocated to Year Three travel.

*Postage* – We spent $60 on postage in Year Two. Since we did not have any money budgeted for postage, we ask that $60 from the telephone budget be allocated to cover this cost.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. Many of the trips taken in Year Two were covered by other sources. We spent $13,089 on travel for the ACS Liaison to meet with ACS and Initiative representative for consultation. We request that the remaining $1,911 be carried over to Year Three travel.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% for a total of $13,043.

6

MDL_RWJF_0000010

# YEAR TWO BUDGET REPORT
# & BUDGET NARRATIVE

### For

## MAKING PAIN RELIEF A REALITY
## THROUGH NATIONAL VISIBILITY AND PARTNERSHIP
## WITH THE AMERICAN CANCER SOCIETY
### #043940

A proposal to the Robert Wood Johnson Foundation

Submitted by

June L. Dahl, Ph.D.
Professor of Pharmacology
Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School
Madison, WI
April 2004

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Line Item Budget Summary** ........................................................................... 3

**Line Item Budget - Project Year Two** ........................................................... 4

**Budget Narrative - Project Year Two** ........................................................... 5

   **I. PERSONNEL** ......................................................................................... 5

   **II. OTHER DIRECT COSTS** ................................................................... 6
     Office Operations: ..................................................................................... 6
     Project Staff Travel: ................................................................................. 6

   **III. INDIRECT COSTS** ............................................................................ 6

**Line Item Budget – Project Year Three** ........................................................ 7

**Budget Narrative - Project Year Three** ......................................................... 8

   **I. PERSONNEL** ......................................................................................... 8

   **II. OTHER DIRECT COSTS** ................................................................... 8
     Office Operations: ..................................................................................... 8
     Project Staff Travel· .................................................................................. 9

   **III. INDIRECT COSTS** ............................................................................ 9

   **IV. Consultant/Contractual Agreements** ............................................... 9

MDL_RWJF_0000010

RECEIVED by:

APR 3 0 2004

# ANNUAL GRANT REPORT: YEAR TWO
March 1, 2003 – February 28, 2004

## MAKING CANCER PAIN RELIEF A REALITY
## THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE
## AMERICAN CANCER SOCIETY

GRANT # 043940

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI 53706
(608) 265-4014

MDL_RWJF_0000010

**1. What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?**

The overall goal of this grant is to improve cancer pain management by building the collaboration between the American Alliance of Cancer Pain Initiatives (AACPI) and the American Cancer Society (ACS). To achieve this goal, we:

- Highlighted the collaboration at the 13th Annual Meeting of the AACPI held from June 12-14, 2003 in Pasadena, CA. ACS staff and volunteers comprised the largest delegation from any of the organizations with which AACPI collaborates.
- Susan Richter, RN, MA Vice President for Patient Services, New England Division American Cancer Society, received the AACPI Distinguished Service Award in recognition of her outstanding commitment to the AACPI/ACS collaboration and pain management improvement efforts.
- A workshop focused on the successes of the collaboration was moderated by Mary Bennett, MFA; Susan Richter, Jennifer Strickland, PharmD, BCPS, President, Florida Pain Initiative, Letitia Thompson, Senior Vice President of Systems, Mid-South Division American Cancer Society served as faculty.
- Worked with the Eastern Division of the American Cancer Society to plan for the AACPI's 15th Annual Meeting, which will be held June 17-19, 2004 in New Brunswick, New Jersey. The National Home Office (NHO) of the ACS has given $15,000 to support this meeting. ACS will be recognized as a primary collaborator at the luncheon meeting on June 18th. Throughout the meeting, various presentations will again illustrate successful examples of the collaboration on a state/divisional level.
- Promoted the ACS/AACPI collaboration at a number of national meetings: the American Society of Pain Management Nurses, the Association of Oncology Social Workers, the Intercultural Cultural Council, the Initiative to Improve Palliative Care for African Americans, Native American/Alaska Natives Cancer Survivors & Thrivers, the Oncology Nursing Society and Rallying Points.

Continued to provide consultation and resources to enable the ACS Divisions to engage in programs to improve the management of pain

- Provided these consultation and resources to 38 states.
- Made site visits to 21 states to facilitate the building of the collaboration.
- Provided specific assistance with the planning, facilitation and follow-up from meetings of key stakeholders involved in Initiative revitalization in seven states (Northern California, District of Columbia, Kentucky, Mississippi, New York, Tennessee and Washington-Alaska).
- Planned a meeting of ASC staff from Divisions and local units who are working in collaboration with their State Cancer Pain Initiatives (CPIs) that is to be held April 22-23, 2004. Goals of the meeting are to: strengthen the ACS/AACPI collaboration, launch an ACS/CPI Pain Advisory Field Council; and provide a venue for ACS staff who are coordinating/supporting a State Pain Initiative to: share successes and resources, problem solve challenges, strategize effective ways to build and sustain partnership efforts,

2

identify methods to support and encourage other pain management improvement efforts by other ACS Divisions.

- Promoted inclusion of pain management in State Comprehensive Cancer Control Plans. Assessed existing cancer control plans for inclusion of pain assessment and management. Provided links between state initiatives and their state control plan committees. Encouraged state initiatives and ACS to include pain assessment and management in plans.

Engaged in dialog with key staff at the ACS National Home Office.

- Met with Dr. Jerome Yates of the ACS to develop a better understanding of how we might work together. As a result of this contact, Dr. Yates provided $20,000 for a research study in Virginia (a collaboration of the Virginia Cancer Pain Initiative and other organizations) to evaluate the impact of a new Prescription Monitoring System on pain management practices.
- Continued to work with Bonnie Teschendorf, PhD, Director, Quality of Life (QOL) Science, who provides education and resources to ACS/Pain Initiatives about current concepts in QOL. In addition, ACS/Pain Initiatives are using the resource she previously created for writing goals, objectives and meaningful outcomes and strategies for the improvement of pain management.
- Monitored teleconference calls/training sessions moderated by Venus Chapman of the NHO.
- Continued to work with the ACS national government relations staff to provide resources for advocacy efforts at both the state and federal level that involve pain management.

Created and began implementation of a strategic plan to leverage the commitment of the ACS National Board to promote the partnership to improve pain management.

- Developed a plan with Dr. Reginal Ho, Past-President of ACS National Board to promote the continuation of pain as an ACS national priority. The plan includes: meeting individually (or via phone) with ACS national leadership to discuss this issue; requesting prominent representatives of AACPI/CPIs to advocate with ACS National Board members and ACS/NHO staff; requesting state/division ACS/CPI collaborators educate their National Board members about the importance of the issue and about the exemplary work that has been accomplished as a result of the AACPI/ACS collaboration; encouraging the development of an ACS National Board Committee to oversee, evaluate and advocate for the activities and progress of the collaboration at the national level. (The ACS National Board and National Home Office will complete their prioritization process by June, 2004. At that time, the impact of our efforts in this area will become evident. This is critical to building and sustaining these efforts as it has implications for funding and other resource allocations. Model Projects have been developed for duplication by Pain Initiatives, but are dependent on the availability of funds.)

3

**2. What, if any, proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.**

We proposed to develop a national public awareness plan that would include media outreach resources for ACS Divisions, an increase in cancer pain management topics for the Radio News Service of the ACS, public service announcements, and patient-focused brochures/pamphlets. It is unlikely that a comprehensive national public awareness campaign on cancer pain issues will be accomplished under this project because of the extraordinary costs involved. Therefore, we have shifted our focus from a national public awareness campaign to state based campaigns through the *Power Over Pain* public awareness project, which the AACPI co-sponsors with the American Pain Foundation. The State Pain Initiatives involved in this project have successfully worked with their respective ACS states/divisions to increase public awareness of pain management issues.

In addition, because of the reorganization of the ACS National Home Office, we were unable to implement the strategic action plan, which was outlined in the year one progress report. That plan has been under development for two years.

*Year Three Plans:* We are establishing an ACS/CPI Pain Advisory Field Council to provide an information link to pain initiatives, ACS Divisions, the National Home Office(NHO) of the ACS and the AACPI to encourage the duplication and development of programs (public awareness, quality improvement, regulatory reform) in the states. A mentor program will be developed in which members of the Advisory Field Council will pair with Division staff and others to begin/rebuild Initiatives in states in which they are currently inactive. An advocacy program is being developed in which members of the Advisory Council of the AACPI will contact members of the Board of Directors of the American Cancer Society to assure that quality of life with pain management, as a major goal will remain a focus of the national organization. We will simultaneously develop an advocacy network to work to assure that pain management is a priority within the Strategic Plans of all of the ACS Divisions.

**3. Is there anything else you want to tell RWJF?**

The involvement of many ACS Divisions in efforts to promote more effective pain management through work with state pain initiatives is a strong indication of the success of the collaboration. At the same time, there has not been the staff commitment within the National Home Office to promote pain relief efforts by Divisions that are not currently involved. Nevertheless, the AACPI/ACS collaboration has been critical to the current success of the state pain initiative movement.

**4. What was produced during the reporting period?**

4



UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL

**RECEIVED by:**

APR 3 0 2004

April 29, 2004

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

RE: Grant #043940

Dear Ms. Kounelias,

Enclosed please find the progress report and budget revision for year two of the grant
entitled *Making Pain Relief A Reality Through National Visibility and Partnership
With the American Cancer Society*. The budget report includes the approved year three
extension  The carry over is a reflection of support from other funds to various line items
in year two. An explanation of year three activities in included in the progress report.

If you have any questions regarding this request, please contact Marty Skemp Brown at
mmskemp@wisc.edu or 608-265-9173.

Thank you for your consideration of this request and your continued support of our
efforts to improve pain management through collaboration with the American Cancer
Society.

Sincerely,

June L. Dahl, PhD
Principal Investigator

Cc: Mary Koscielniak. RSP
    Michelle Larkin, RWJF

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

MDL_RWJF_0000010



B
EOL

THE
ROBERT WOOD
JOHNSON
FOUNDATION.

March 23, 2004

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #043940 - Approval of Budget Revision and Extension Requests

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

We have reviewed your budget revision and extension requests for the periods March 1,
2003, through February 29, 2004 and March 1, 2004, through February 28, 2005 and approved
them both. Enclosed are copies of your financial reporting forms with your approved
budgets of $162,517 and $135,949, respectively. Please use these forms when reporting
expenditures for the above-mentioned period.

Your annual financial and narrative reports will now be due April 30, 2004.  Your final
financial and narrative reports are due March 31, 2005.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosures

cc:   Janice H. Kalvin
      Michelle A. Larkin R.N., M.S.

Route 1 and College Road East      Post Office Box 2316      Princeton, New Jersey 08543-2316      (609) 452-8701
Internet: http://www.rwjf.org
e-mail: mail@rwjf.org

MDL_RWJF_0000010

## FINANCIAL REPORT
### The Robert Wood Johnson Foundation
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

Page: 1

**FA: SXK  PA: REW  PO: MAL**

**Grantee:** *University of Wisconsin-Madison Medical School*
**Grant Number:** 043940 for [EOL]

**Project Director:** June L. Dahl (608-262-0978)
**Fiscal Officer :** Janice H. Kalvin (608-263-7057)

**Budget Period:** Mar-01-2003 to Feb-29-2004
**Grant Period:** Mar-01-2002 to Feb-29-2004

**Budget for Year : 2**
**Revised:** Mar-24-2004

EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 8,878 | 4,299 | | | | | | | |
| Media/PR Director | 20,187 | 5,753 | | | | | | | |
| Communications Manager | 16,274 | 9,192 | | | | | | | |
| ACS Liaison | 72,848 | 36,292 | | | | | | | |
| Grant Manager | 6,161 | 2,978 | | | | | | | |
| Student Assistant | 1,563 | 1,595 | | | | | | | |
| Personnel Subtotal | 125,911 | 60,109 | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | |
| Supplies | 3,000 | 1,467 | | | | | | | |
| Printing | 212 | 194 | | | | | | | |
| Telephone | 2,500 | 397 | | | | | | | |
| Communications/Mrkting | 0 | 679 | | | | | | | |
| Equipment under $5,000 | 2,474 | 1,322 | | | | | | | |
| Travel | 15,000 | 8,603 | | | | | | | |
| Other Direct Subtotal | 23,186 | 12,662 | | | | | | | |
| INDIRECT COSTS | 13,420 | 6,549 | | | | | | | |
| **Grand Total** | **162,517** | **79,320** | | | | | | | |

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

Page: 1

FA: SXK   PA: REW   PO: MAL

Grantee: *University of Wisconsin-Madison Medical School*

Project Director: June L. Dahl (608-262-0978)
Fiscal  Officer : Janice H. Kalvin (608-263-7057)

Grant Number: 043940 for [EOL]
Budget Period: Mar-01-2004 to Feb-28-2005
Grant Period: Mar-01-2002 to Feb-28-2005

Budget for Year : 3
Revised:

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/04-08/04 | Period 2 09/04-02/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|------|---------|---------|---------|---------|---------|---------|---------|-------|----------|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 17,476 | | | | | | | | |
| ACS Liaison | 14,754 | | | | | | | | |
| Communications | 12,815 | | | | | | | | |
| Grant Manager | 12,128 | | | | | | | | |
| Project Assistant | 32,936 | | | | | | | | |
| Student Assistant | 4,264 | | | | | | | | |
| Personnel Subtotal | 94,373 | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | |
| Supplies | 3,433 | | | | | | | | |
| Printing | 5,723 | | | | | | | | |
| Telephone | 3,677 | | | | | | | | |
| Postage | 2,306 | | | | | | | | |
| Service Agreement(s) | 500 | | | | | | | | |
| Equipment less than $5000 | 4,500 | | | | | | | | |
| Travel | 5,172 | | | | | | | | |
| Other Direct Subtotal | 25,311 | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 5,040 | | | | | | | | |
| Cons/Contrct Subtotal | 5,040 | | | | | | | | |
| INDIRECT COSTS | 11,225 | | | | | | | | |
| **Grand Total** | **135,949** | | | | | | | | |

MDL_RWJF_0000010



RECEIVED by: 3/8/04

MAR - 1 2004

UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**

February 26, 2004

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

RE: Grant #043940

Dear Ms. Kounelias,

Enclosed please find a budget revision and request for grant period extension for the above-mentioned grant. We would like to carry over $135,949 from year two of the grant to a proposed year three, thus extending the grant period to 2/28/05. The carry over is a reflection of support from other funds to various line items in year two.

If you have any questions regarding this request, please contact Marty Skemp Brown at mmskemp@wisc.edu or 608-265-9173.

Thank you for your consideration of this request and your continued support of our efforts to improve pain management through collaboration with the American Cancer Society.

Sincerely,

June L. Dahl, PhD
Principal Investigator

Cc: Mary Koscielniak. RSP
    Michelle Larkin, RWJF

3/1/03 - 2/29/04
3/1/04 - 2/28/05 ext      Department of Pharmacology

MDL_RWJF_0000010

# YEAR TWO BUDGET REVISION & REQUEST FOR EXTENSION

For

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

### #043940

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

February 2004

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Line Item Budget – Project Year Two Revision Request** _____ 3

**Line Item Budget – Proposed Project Year Three** _____ 4

**Budget Narrative - Project Year Three** _____ 5

  **I. PERSONNEL** _____ 5

  **II. OTHER DIRECT COSTS** _____ 6

    Office Operations: _____ 6

    Project Staff Travel: _____ 7

  **III. INDIRECT COSTS** _____ 7

  **IV. Consultant/Contractual Agreements** _____ 7

2

## The Robert Wood Johnson Foundation

### Line Item Budget - Project Year Two
### Revision Request
Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

| Name | I. Personnel Position | Approved Amount | Revision Request | Proposed Budget | Expenses Incurred |
|---|---|---|---|---|---|
| June Dahl | Principal Investigator (5%)* | $8,878 | $0 | $8,878 | $8,614 |
| Matt Bromley | Media/PR Director (50%)* | $29,702 | ($9,515) | $20,187 | $17,782 |
| Lisa Lindner | Communications (30%)* | $16,274 | $0 | $16,274 | $14,703 |
| Mary Bennett | ACS Liaison (100%)* | $74,948 | ($2,100) | $72,848 | $66,702 |
| | Initiatives Coordinator* | $0 | $0 | $0 | $0 |
| Marty Skemp | Grant Manager (10%)* | $6,161 | $0 | $6,161 | $4,473 |
| TBA | Project Assistant (70%)* | $32,936 | ($32,936) | $0 | $0 |
| TBA | Student Assistant** | $5,177 | ($3,614) | $1,563 | $1,563 |
| Fringe benefits (33%*, 2 0%**) | | | | | |
| | **Subtotals** | **$174,076** | **($48,165)** | **$125,911** | **$113,837** |

| | | | | | |
|---|---|---|---|---|---|
| **II. Other Direct costs** | | | | | |
| **Office Operations** | | | | | |
| *Supplies* | | $5,833 | ($2,833) | $3000 | $3000 |
| *Printing* | | $5,935 | ($5,723) | $212 | $212 |
| *Telephone* | | $6,177 | ($3,677) | $2,500 | $2,237 |
| *Postage* | | $2,306 | ($2,306) | $0 | $0 |
| *Service Contracts* | | $500 | ($500) | $0 | $0 |
| **Communications** | | $2,982 | ($2,982) | $0 | $0 |
| **Software** | | $600 | ($600) | $0 | $0 |
| **Equipment Less than $5000** | | $9,364 | ($6,890) | $2,474 | $2,282 |
| **Travel** | | $41,848 | ($26,848) | $15,000 | $12,239 |
| **Subtotals** | | **$75,545** | **($52,359)** | **$23,186** | **$19,970** |

| | | | | | |
|---|---|---|---|---|---|
| **III. Equipment** | | **$0** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual** | | **$24,200** | **($24,200)** | **$0** | **$0** |
| **V. Indirect Costs (9%)** | | **$24,645** | **($11,225)** | **$13,420** | **$12,018** |
| **Totals Year 2** | | **$298,466** | **($135,949)** | **$162,517** | **$145,825** |

SKK
3/19/04

3

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget – Proposed Project Year Three

Grant Period: (from 03/01/2002 to 02/28/2005)
Budget Period: (from 03/01/2004 to 02/28/2005)

**I. Personnel**

| Name | Position | Approved | Revision Request | Proposed Budget |
|---|---|---|---|---|
| June Dahl | Principal Investigator (10%)* | $0 | $17,476 | $17,476 |
| Mary Bennett | ACS Liaison (20%)* | $0 | $14,754 | $14,754 |
| Lisa White | Communications (30%) | $0 | $12,815 | $12,815 |
| Marty Skemp | Grant Manager (20%)* | $0 | $12,128 | $12,128 |
| TBA | Project Assistant (70%)* | $0 | $32,936 | $32,936 |
| TBA | Student Assistant (25%)** | $0 | $4,264 | $4,264 |
| Fringe benefits (33%*, 2.5%**) | | | | |
| | **Subtotals** | **$0** | **$94,373** | **$94,373** |

**II. Other Direct costs**
**Office Operations**

| | | Approved | Revision Request | Proposed Budget |
|---|---|---|---|---|
| *Supplies* | | $0 | $3,433 | $3,433 |
| *Printing* | | $0 | $5,723 | $5,723 |
| *Telephone* | | $0 | $3,677 | $3,677 |
| *Postage* | | $0 | $2,306 | $2,306 |
| *Service Contracts* | | $0 | $500 | $500 |
| **Communications** | | $0 | $0 | $0 |
| **Software** | | $0 | $0 | $0 |
| **Equipment Less than $5000** | | $0 | $4,500 | $4,500 |
| **Travel** | | $0 | $5,172 | $5,172 |
| **Subtotals** | | **$0** | **$25,311** | **$25,311** |

| | Approved | Revision Request | Proposed Budget |
|---|---|---|---|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/Contractual** | **$0** | **$5,040** | **$0** |
| **V. Indirect Costs (9%)** | **$0** | **$11,225** | **$11,225** |
| **Totals Year 3** | **$0** | **$135,949** | **$135,949** |

1
SXK
3/19/04

4

MDL_RWJF_0000010

## Budget Narrative - Project Year Three

Grant Period:  (from 03/01/2002 to 02/28/2005)
Budget Period:  (from 03/01/2004 to 02/28/2005)

## I. PERSONNEL

Salaries are increased by 1% over adjusted year one salaries.

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl will oversee the design and implementation of the major components of the
proposal.  She will provide regular consultation to other members of the Project Team as they
develop and implement a strategic plan to enhance collaboration with the American Cancer
Society.  The overall goal is to use the strengths of the state cancer pain initiatives to facilitate
the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer,
with special emphasis on pain management. She will review and edit materials and serve as a
participant for any conferences needed to facilitate the goals of the proposal.  As Principal
Investigator she will assume responsibility for ongoing communication with other national
organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and
individual Initiatives as well. We request 20% of Dr. Dahl's salary and fringe benefits, for a
total of $17,476.

Mary Bennett, TBA, 20%
Work in collaboration with staff in the National Office of the American Cancer Society
(ACS) to create and implement a national strategic plan for collaboration between the ACS,
the American Alliance of Cancer Pain Initiatives (AACPI) and its member state initiatives.
The objective of such collaboration is to facilitate achievement of the ACS's 2015 Goal to
improve the quality of life for persons with cancer, with special emphasis on pain
management.  This person will subsequently work with ACS staff and AACPI to create
measurable objectives for evaluating the success of the collaboration as determined by
reduction of the burden that pain places on cancer survivors. We request $14,754 for salary in
Year Three.

Grant Manager, Marty Skemp Brown, MBA 20%
The Grant Manager will work directly with all project team members to assure that project
goals are being met. Team members will report their progress to Ms. Skemp and she will
produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the
annual grant report and budget revision to the Foundation. We request 20% of her salary and
fringe for Year Three.

Project Assistant, TBA, 70%
The Project Assistant will work directly with the ACS Liaison and the Media/PR Director to
facilitate communications with other project personnel, assist with the day-to-day office
activities, prepare correspondence related to conduct of the proposal's objectives, maintain
files, and facilitate the development of materials for the educational missions of this proposal.
This person will assist staff in development of conference materials, plan and coordinate
conference calls and meetings, and arrange travel and correspondence.

Communications, Lisa White, BA, 30%
Ms. Lindner maintains a communication system related to all AACPI projects including
email, list serves, and a web site.  She also maintains a comprehensive database, and

MDL_RWJF_0000010

maintains multiple E-Newsletters which highlight collaborative activities between CPIs and ACS. Ms. Lindner will assist Mr. Bromley in communication activities

<u>Student, TBA, 25%</u>
The student assistant will assist the team grant team members in general office duties including reception, filing, mailing and mailings. We request 25% of a student position in Year Three.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $13,091 | 33.5% | $4,385 |
| Communications | $9,599 | 33.5% | $3,216 |
| ACS Liaison | $11,052 | 33.5% | $3,702 |
| Grant Manager | $9,085 | 33.5% | $3,043 |
| Project Assistant | $24,764 | 33.5% | $8,172 |
| Student Assistant | $4,160 | 2.5% | $104 |
| | | **Total Fringe** | **$22,622** |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – Most of the Supplies in year two were covered by other grant sources. We ask that $2,833 be carried over from year two to year three. In addition we request the $600 budgeted for software in year two be carried over and reallocated to general supplies for a total of $3,433.

*Printing* - Most of the Printing costs in year two were covered by other grant sources. We request that the remaining $5,723 be carried over to year three.

*Telephone* – Some phone expenses were covered by other sources in year two. We request that the remaining $3,677 be carried over to year three.

*Postage* – Postage costs were covered by other sources in year two. We request that the $2,306 budgeted in year two be carried over to year three.

*Service Contracts* – We request that the $500 budgeted in year two for service contracts be carried over to year three for support of outside service contracts.

6

MDL_RWJF_0000010

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. Many of the trips taken in year two were covered by other sources. We request that of the $26,848 remaining, $5,172 be carried over for travel in year three and $21,676 be carried over and reallocated to personnel in year three.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% for a total of $11,225. We ask that this amount be carried over from year two.

## IV. Consultant/Contractual Agreements

A total of 24,200 was budgeted in year two to cover the costs of a project with Home Front Communications to produce a national video media release surrounding the release of the **American Pain Society's pain guidelines. Unfortunately those guidelines have not be released** as of February 2004 and we have no estimate of when they will be completed. We therefore request that $19,160 of these founds be carried over and allocated to personnel costs and the remaining $5,040 be carried over in Contracts to cover the costs of information technology consultation to maintain communications.

7

## Kounelias, Sophia

**From:** Marty Skemp [mmskemp@wisc.edu]
**Sent:** Wednesday, March 10, 2004 5:25 PM
**To:** Kounelias, Sophia
**Subject:** RE: Mistake on Revision Request

Hi Sophia,

Sorry about that. $2400 for copier rental; $2000 for a computer upgrade for Mary Bennett.

Thanks Sophia,
Marty
At 10:04 AM 3/8/2004 -0500, you wrote:

> Hi Marty,
>
> I am currently reviewing your revision/extension request and note that you are requesting equipment in the last year of $4,500, however, it is not explained in the narrative. Please provide an explanation as to why equipment is requested in the extension year. Responding back to this email will suffice
>
> Thanks,
> Sophia

---

**From:** Marty Skemp [mailto:mmskemp@wisc.edu]
**Sent:** Tuesday, March 02, 2004 1:21 PM
**To:** Kounelias, Sophia
**Subject:** Mistake on Revision Request

Hi Sophia,

I noticed two mistakes on page 4 of the budget revision/request for extension that I Fed ex-ed to you. The fringe rate is incorrect and under IV. Consultant/Contractual, column three is missing the amount $5040. I have attached a corrected version of that page. Sorry for the inconvenience!
Marty

Marty (Mary) Skemp Brown, MBA
*Associate Director*
Pain Management Improvement Group / American Alliance of Cancer Pain Initiatives
University of Wisconsin-Madison Medical School
1300 University Ave, Rm 4720
Madison, WI 53706
(608) 265-9173 / (608) 265-4014 fax / mmskemp@wisc edu

3/18/2004

## Kounelias, Sophia

| | |
|---|---|
| **From:** | Larkin, Michelle |
| **Sent:** | Tuesday, March 09, 2004 2:42 PM |
| **To:** | Kounelias, Sophia |
| **Subject:** | RE: U of Wisconsin-Madison |

I'm fine with the request   Thanks, Michelle

---

**From:** Kounelias, Sophia
**Sent:** Tuesday, March 09, 2004 2:18 PM
**To:** Larkin, Michelle
**Subject:** U of Wisconsin-Madison

Michelle,

Wondering if you had a moment to review this one-year extension request?  I am okay with it if it agrees programmatically.  The only thing I am questioning is the equipment purchase budgeted for the last year which I will ask them about.

Let me know your thoughts.

Thanks,
Sophia

3/10/2004

MDL_RWJF_0000010



1
B
EOL

June 14, 2002

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #043940 - Approval of Budget Revision

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of the
Targeted End-of-Life Project Initiatives.

After reviewing your proposed budget revision request, we are approving your revised
budget for the period of March 1, 2003, through February 29, 2004.  Enclosed is a revised
financial reporting form reflecting your approved budget of $224,846.  This form should
be used when reporting expenditures for this period.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Financial Analyst

/SXR
Enclosure

cc:   Janice H. Kalvin
      Michelle A. Larkin R.N., M.S.



**UNIVERSITY OF WISCONSIN–MADISON**
**MEDICAL SCHOOL**

**RECEIVED**

JUN 0 3 2002

THE ROBERT WOOD JOHNSON
FOUNDATION

May 29, 2002

Ms. Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route One and College Road East
P.O. Box 2316
Princeton, NJ  08543-2316

RE: ID #043940 Budget Revision Request

Dear Ms Kounelias,

Enclosed you will find a request for revision of the budget for the grant, *Making Pain Relief a Reality Through Partnership with the American Cancer Society*

Please note the requested change in Year 2 of the budget, which shows a reallocation of $13,118 from the Travel category to the Salary category.  This reflects the projected increased need for communications support in Year 2 of the grant.

If you have any questions regarding this request, please contact Marty Skemp at 608-265-9173. Thank you

Sincerely,

June L Dahl, PhD
Principal Investigator

Cc:    Michele Larkin
       Mary Koscielniak

# BUDGET REVISION REQUEST
# LINE ITEM BUDGET AND BUDGET NARRATIVE

For

## MAKING PAIN RELIEF A REALITY
## THROUGH NATIONAL VISIBILITY AND PARTNERSHIP
## WITH THE AMERICAN CANCER SOCIETY

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.
Professor of Pharmacology
Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School
Madison, WI
June 2002

- 1 -

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Line Item Budget Summary** ........................................................................... **3**

**Line Item Budget - Project Year One** ......................................................... **4**

**Budget Narrative - Project Year One** ........................................................ **5**

   **I. PERSONNEL** ......................................................................................... **5**

   **II. OTHER DIRECT COSTS** .................................................................. **6**
      Office Operations. ...................................................................................... 6
      Software· ..................................................................................................... 7
      Equipment Less Than $5,000 ..................................................................... 7
      Project Staff Travel ..................................................................................... 7

   **III. INDIRECT COSTS** ............................................................................ **7**

**Line Item Budget - Project Year Two** ......................................................... **8**

**Budget Narrative - Project Year Two** ........................................................ **9**

   **I. PERSONNEL** ......................................................................................... **9**

   **II. OTHER DIRECT COSTS** .................................................................. **10**
      Office Operations .................................................................................... 10
      Project Staff Travel ................................................................................. 10

   **III. INDIRECT COSTS** ............................................................................ **10**

   **IV. Consultant/Contractual Agreements** ............................................ **10**

2

## The Robert Wood Johnson Foundation
## Line Item Budget Summary – *Revision Request*

March 1, 2002– February 28, 2004

**I. Personnel**

| Name | Position | % Time | Year 1 | Year 2 |
|---|---|---|---|---|
| June Dahl | Principal Investigator* | 5% | $ 8,108 | $ 8,514 |
| Matt Bromley | Media/PR Director* | 20% / 50% | $10,982 | $28,829 |
| Lisa Lindner | Communications Manager | 25% | $    0 | $13,118 |
| TBA | ACS Liaison* | 100% | $68,640 | $72,072 |
| Mary Bennett | Initiatives Coordinator | 20% | $13,856 | $ 7,275 |
| Marty Skemp | Grant Manager | 10% | $ 5,177 | $ 5,436 |
| TBA | Project Assistant** | 75% | $22,500 | $23,625 |
| TBA | Student Assistant*** | 25% | $ 5,075 | $ 5,075 |
| Fringe benefits 32%*, 17 5%**, 1 5%*** | | **Subtotals** | **$134,338** | **$163,944** |

**II. Other Direct costs**

| | Year 1 | Year 2 |
|---|---|---|
| **Office Operations** | | |
| *Supplies* | $ 3,500 | $ 3,000 |
| *Printing* | $ 3,000 | $ 3,000 |
| *Telephone* | $ 3,584 | $ 3,584 |
| *Postage* | $ 1,170 | $ 1,170 |
| *Service Contracts* | $   350 | $   150 |
| **Communications** | $ 1,500 | $ 1,500 |
| **Software** | $   300 | $   300 |
| **Equipment less than $5000** | $ 8,400 | $0 |
| **Travel** | $24,750 | $11,632 |
| **Subtotals** | **$46,354** | **$37,454** |

| | Year 1 | Year 2 |
|---|---|---|
| **III. Equipment** | $0 | $0 |
| **IV. Consultant/ Contractual Agreements** | $0 | $18,000 |
| **V. Indirect Costs** | $16,262 | $18,566 |
| **TOTALS** | **$196,954** | **$224,846** |

**Two year total**                    **$421,800**

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget - Project Year One

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2002 to 02/28/2003)

**I. Personnel**

| Name | Position | Base Salary | % Time | Total |
|------|----------|-------------|--------|-------|
| June Dahl | Principal Investigator* | $162,934 | 5% | $ 8,108 |
| Matt Bromley | Media/PR Director* | $ 54,912 | 20% | $10,982 |
| Mary Bennett | ACS Liaison* | $ 68,640 | 100% | $68,640 |
| TBA | Initiatives Coordinator* | $ 69,282 | 20% | $13,856 |
| Marty Skemp | Grant Manager* | $ 51,772 | 10% | $ 5,177 |
| TBA | Project Assistant-LTE** | $ 25,532 | 75% | $22,500 |
| TBA | Student Assistant*** | $ 20,300 | 25% | $ 5,075 |

Fringe benefits 32%* .
17 5%**, 1 5%***

|  |  |
|--|--|
| **Subtotals** | **$134,338** |

**II. Other Direct costs**
**Office Operations**

|  |  |
|--|--|
| *Supplies* | $ 3,500 |
| *Printing* | $ 3,000 |
| *Telephone* | $ 3,584 |
| *Postage* | $ 1,170 |
| *Service Contracts* | $ 150 |
| **Communications** | $ 1,500 |
| **Software** | $ 300 |
| **Equipment less than $5000** | $ 8,400 |
| **Travel** | $24,750 |
| **Subtotals** | **$46,354** |

| **III. Equipment** | **$0** |
|--|--|
| **IV. Consultant/ Contractual Agreements** | **$0** |
| **V. Indirect Costs (9%)** | **$16,262** |
| **Totals Year 1** | **$196,954** |

4

## Budget Narrative - Project Year One

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period.  (from 03/01/2002 to 02/28/2003)

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl will oversee the design and implementation of the major components of the
proposal.  She will provide regular consultation to other members of the Project Team as they
develop and implement a strategic plan to enhance collaboration with the American Cancer
Society  The overall goal is to use the strengths of the state cancer pain initiatives to facilitate
the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer,
with special emphasis on pain management. She will review and edit materials and serve as a
participant for any conferences needed to facilitate the goals of the proposal.  As Principal
Investigator she will assume responsibility for ongoing communication with other national
organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and
individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe benefits, for a
total of $8,108.

Media/PR Director, Matt Bromley, BA, 20%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer
Society national office to develop media and public relations strategies to raise public
awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to
develop and disseminate communications resources for Initiatives and ACS division/regional
volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis
of national and state policies related to the treatment of cancer pain.  We request $10,982 to
cover 20% of Mr. Bromley's salary and fringe benefits in Year One.

ACS Liaison, TBA, 100%
Work in collaboration with staff in the National Office of the American Cancer Society
(ACS) to create and implement a national strategic plan for collaboration between the ACS,
the American Alliance of Cancer Pain Initiatives (AACPI) and its member state initiatives.
The objective of such collaboration is to facilitate achievement of the ACS's 2015 Goal to
improve the quality of life for persons with cancer, with special emphasis on pain
management.  This person will subsequently work with ACS staff and AACPI to create
measurable objectives for evaluating the success of the collaboration as determined by
reduction of the burden that pain places on cancer survivors. We request $68,640 for salary in
Year One.

Initiatives Coordinator, Mary Bennett, MFA, 20%
Ms. Bennett will work with the ACS Liaison to provide on-going information on State
Initiative activities.  In her role as the Initiatives Coordinator, she will provide the ACS
Liaison with a link to the Initiatives and assist in building working relationships
with Initiative leaders.   Ms. Bennett will integrate the objectives of this proposal into the
provision of resources and consultation to Initiatives.  As part of her site visits to Initiatives,
which include meeting with Initiative Board of Directors, assisting with strategic planning
and program development, Ms. Bennett will promote the opportunities for collaboration with
ACS. We ask for 20% of Ms. Bennett's salary in Year One for a total of $13,856.

5

**Grant Manager, Marty Skemp, BBA 10%**
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for Year One.

**Project Assistant, TBA, 75%**
The Project Assistant will work directly with the ACS Liaison and the Media/PR Director to facilitate communications with other project personnel, assist with the day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain files, and facilitate the development of materials for the educational missions of this proposal. This person will assist staff in development of conference materials, plan and coordinate conference calls and meetings, and arrange travel and correspondence. The program assistant will also serve as liaison to the University for financial and contractual concerns.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,142 | 32.0% | $ 1,966 |
| Media/PR Director | $ 8,320 | 32.0% | $ 2,662 |
| ACS Liaison | $52,000 | 32.0% | $16,640 |
| Initiatives Coordinator | $10,497 | 32.0% | $ 3,359 |
| Grant Manager | $ 3,922 | 32 0% | $ 1,255 |
| Project Assistant-LTE | $19,149 | 17.5% | $ 3,351 |
| Student Assistant | $ 5,000 | 1.5% | $      75 |
| | Total Fringe | | $29,308 |

# II. OTHER DIRECT COSTS

## Office Operations:

*Supplies* - The requested supply budget is $3,500. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The requested printing budget is $3,000. This is to cover the costs of printing informational materials for the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, and printing of media updates, which would be sent to 500

6

people every other month. This newsletter will cover national news releases and media updates pertinent to CPIs, as well as share efforts and progress that CPIs have made in the area of media and public relations.

*Telephone* - The requested telephone budget is $3,584. This includes the cost of yearly rental and usage charges of $488 for each of 2 lines, and voice mailboxes for both lines at $8 per month, for a total of $1,168. We anticipate 12 conference calls with ACS members, communication firms or Initiatives, at a cost of $250 per call, for a grand total of $3,000. We have $584 to support one line from other funds, and so are requesting $3,584 from this grant.

*Postage* - The total requested postage budget is $1,170. This includes $520 to cover postage to mail packets to conference call participants, as well as general mailings. This also includes $450 to cover 6 bulk mailings of the media update newsletter, which will be sent to 500 people. The postage budget also includes $200 in UPS and Fed-Ex postage. We have $200 to cover UPS and Fed-Ex costs, and request a total of $1,170.

## Software:

The requested software budget is $300 to cover a new media database that includes contact information for all media outlets in the United States. This database will be used by the Media/PR Director to support CPIs in their media efforts.

## Equipment Less Than $5,000:

The requested equipment budget for equipment is $8,400. This includes:

- $2,000 each for 2 new PCs for the ACS Liaison and the Project Assistant.

- $4,000 for a photocopy machine.

- $400 for a new printer to be shared by the Media/PR Director, ACS Liaison and Project Assistant.

## Project Staff Travel:

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested.

*ACS Liaison travel*- A total of $19,800 is requested for the ACS Liaison and one AACPI staff to attend 10 meetings with ACS staff at the ACS National Office or other location when appropriate and ACS/AACPI events/conferences. Travel costs allowed include $700 for airfare, $100 for hotel for 2 nights, $20 for ground transportation, and $35 for meals for two days, for a total of $990 per trip.

*Media/PR travel* - The total budget requested is $4,950 to support costs of travel, lodging, ground transportation and meals for the Media/PR Director to make 5 site visits to Initiatives needing support in the area of media or public relations, or to other pertinent meetings. The per diems used are the same as those for ACS Liaison travel.

# III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $16,262.

MDL_RWJF_0000010

## The Robert Wood Johnson Foundation

### Line Item Budget *Revision Request* - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

**I. Personnel**

| Name | Position | Base Salary | % Time | *Approved Total* | *Revision Request* | *Revised Total* |
|------|----------|-------------|--------|-----------------|-------------------|-----------------|
| June Dahl | Principal Investigator* | $170,270 | 5% | $ 8,514 | $0 | $ 8,514 |
| Matt Bromley | Media/PR Director* | $ 57,658 | 50% | $28,829 | $0 | $28,829 |
| Lisa Lindner | Communications Mgr | $ 52,470 | 25% | $0 | $13,118 | $13,118 |
| TBA | ACS Liaison* | $ 72,072 | 100% | $72,072 | $0 | $72,072 |
| Mary Bennett | Initiatives Coordinator* | $ 72,746 | 10% | $ 7,275 | $0 | $ 7,275 |
| Marty Skemp | Grant Manager* | $ 54,361 | 10% | $ 5,436 | $0 | $ 5,436 |
| TBA | Project Assistant-LTE** | $ 31,500 | 75% | $23,625 | $0 | $23,625 |
| TBA | Student Assistant*** | $ 20,300 | 25% | $5,075 | $0 | $5,075 |

Fringe benefits (32 5%*, 17 5%**, 1 5%***)   **Subtotals**   **$150,826**   **$13,118**   **$163,944**

**II. Other Direct costs**
**Office Operations**

|  |  | Approved Total | Revision Request | Revised Total |
|--|--|----------------|------------------|---------------|
| *Supplies* | | $ 3,000 | $0 | $ 3,000 |
| *Printing* | | $ 3,000 | $0 | $ 3,000 |
| *Telephone* | | $ 3,584 | $0 | $ 3,584 |
| *Postage* | | $ 1,170 | $0 | $ 1,170 |
| *Service Contracts* | | $ 150 | $0 | $ 150 |
| **Communications** | | $ 1,500 | $0 | $ 1,500 |
| **Software** | | $ 300 | $0 | $ 300 |
| **Equipment Less than $5000** | | $ 0 | $0 | $ 0 |
| **Travel** | | $24,750 | ($13,118) | $11,632 |
| **Subtotals** | | **$37,454** | **($13,118)** | **$24,336** |

| | Approved Total | Revision Request | Revised Total |
|--|----------------|------------------|---------------|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual** | **$18,000** | **$0** | **$18,000** |
| **V. Indirect Costs (9%)** | **$18,566** | **$0** | **$18,566** |
| **Totals Year 2** | **$224,846** | **$0** | **$224,846** |

8

## Budget Narrative - Project Year Two

Grant Period: (from 03/01/2002 to 02/28/2004)
Budget Period: (from 03/01/2003 to 02/28/2004)

## I. PERSONNEL

Salaries are increased by 5% over Year 1 per University requisite.

Mr. Bromley will increase his time to 50% and Ms. Bennett will drop to 10% from 20% in Year One.

Media/PR Director, Matt Bromley, BA, 50%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues. Part of this strategy will include the services of a private communications firm to carry out a national media campaign involving the release of the revised Guidelines for the Treatment of Cancer Pain. Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff. Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain. We request $ 28,829 to cover 50% of Mr Bromley's salary and fringe benefits in Year Two.

*Lisa Lindner, Communications Manager, 25%*

*We request a reallocation of $13,118 from Travel to Salary to support 25% of the Communications Manager's salary The Communications will play a vital role in supporting the communication network developed in Year One of the grant*

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,450 | 32.0% | $ 2,064 |
| Media/PR Director | $21,840 | 32.0% | $ 6,989 |
| Communications Manager | $ 9,938 | 32.0% | $ 3,180 |
| Initiatives Coordinator | $ 5,511 | 32.0% | $ 1,764 |
| Grant Manager | $ 4,118 | 32.0% | $ 1,318 |
| ACS Liaison | $54,600 | 32.0% | $17,472 |
| Project Assistant | $26,809 | 17.5% | $ 4,691 |
| Student Assistant | $ 5,000 | 1.5% | $ 75 |

9

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The supply budget is $3,000, which reflects a slight decrease from Year 1. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The printing budget is $3,000. This reflects the same printing requirements as for Year 1.

*Telephone* - The requested budget is $3,584, which is the same as Year 1.

*Postage* - The total postage budget is $1,170 This amount is the same as Year 1.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested, with no changes in travel from Year 1. The ACS Liaison and one AACPI staff will attend 10 meetings or conferences, and the Media/PR Director will make 5 site visits

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% rate of budget categories I, II and IV for a total of $18,566.

## IV. Consultant/Contractual Agreements

The total requested budget for consultant/contractual agreements is $18,000. This amount will be used to cover the following areas:

*Home From Communications*

Home Front Communications will produce and distribute a national video media release. The Media/PR Director will work closely with Home Front Communications to assure that all content is pertinent to the Cancer Pain Initiative movement. The Media Director will also use this video media release to assure that the AACPI and individual Initiatives capitalize on the potential exposure that results from this project. Specifics are outlined in the grant proposal.

10



UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**



May 29, 2002

Ms. Sophia Kounelias
Financial Analyst
The Robert Wood Johnson Foundation
Route One and College Road East
P.O. Box 2316
Princeton, NJ  08543-2316

RE: ID #043940 Budget Revision Request

Dear Ms Kounelias.

Enclosed you will find a request for revision of the budget for the grant, *Making Pain Relief a Reality Through Partnership with the American Cancer Society.*

Please note the requested change in Year 2 of the budget, which shows a reallocation of $13,118 from the Travel category to the Salary category. This reflects the projected increased need for communications support in Year 2 of the grant.

If you have any questions regarding this request, please contact Marty Skemp at 608-265-9173. Thank you.

Sincerely,

*June L. Dahl*

June L Dahl, PhD
Principal Investigator

*Okay per Michelle Larkin (PO)*
*SK*
*6/13/02*

Cc·    Michele Larkin
       Mary Koscielniak

Department of Pharmacology

3795 Medical Sciences Center    1300 University Avenue    Madison, WI 53706-1532    608/262-1733    FAX 608/262-1257

# BUDGET REVISION REQUEST
# LINE ITEM BUDGET AND BUDGET NARRATIVE

For

## MAKING PAIN RELIEF A REALITY
## THROUGH NATIONAL VISIBILITY AND PARTNERSHIP
## WITH THE AMERICAN CANCER SOCIETY

A proposal to the Robert Wood Johnson Foundation

Submitted by

June L. Dahl, Ph.D

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

June 2002

- 1 -

# TABLE OF CONTENTS

**Line Item Budget Summary** ................................................................ **3**

**Line Item Budget - Project Year One** .................................................. **4**

**Budget Narrative - Project Year One** .................................................. **5**

    **I. PERSONNEL** ............................................................................ **5**

    **II. OTHER DIRECT COSTS** ........................................................ **6**
        Office Operations ................................................................... 6
        Software ................................................................................. 7
        Equipment Less Than $5,000 ............................................... 7
        Project Staff Travel .............................................................. 7

    **III. INDIRECT COSTS** ................................................................ **7**

**Line Item Budget - Project Year Two** .................................................. **8**

**Budget Narrative - Project Year Two** .................................................. **9**

    **I. PERSONNEL** ............................................................................ **9**

    **II. OTHER DIRECT COSTS** ........................................................ **10**
        Office Operations ................................................................. 10
        Project Staff Travel ............................................................ 10

    **III. INDIRECT COSTS** ................................................................ **10**

    **IV. Consultant/Contractual Agreements** .................................... **10**

2

### The Robert Wood Johnson Foundation
### Line Item Budget Summary – *Revision Request*
March 1, 2002– February 28, 2004

**I. Personnel**

| Name | Position | % Time | Year 1 | Year 2 |
|---|---|---|---|---|
| June Dahl | Principal Investigator* | 5% | $ 8,108 | $ 8,514 |
| Matt Bromley | Media/PR Director* | 20% / 50% | $10,982 | $28,829 |
| Lisa Lindner | Communications Manager | 25% | $      0 | $13,118 |
| TBA | ACS Liaison* | 100% | $68,640 | $72,072 |
| Mary Bennett | Initiatives Coordinator | 20% | $13,856 | $ 7,275 |
| Marty Skemp | Grant Manager | 10% | $ 5,177 | $ 5,436 |
| TBA | Project Assistant** | 75% | $22,500 | $23,625 |
| TBA | Student Assistant*** | 25% | $ 5,075 | $ 5,075 |

Fringe benefits 32%*,
17 5%**, 1 5%***                      **Subtotals  $134,338   $163,944**

| II. Other Direct costs | | Year 1 | Year 2 |
|---|---|---|---|
| **Office Operations** | | | |
| *Supplies* | | $ 3,500 | $ 3,000 |
| *Printing* | | $ 3,000 | $ 3,000 |
| *Telephone* | | $ 3,584 | $ 3,584 |
| *Postage* | | $ 1,170 | $ 1,170 |
| *Service Contracts* | | $   350 | $   150 |
| **Communications** | | $ 1,500 | $ 1,500 |
| **Software** | | $   300 | $   300 |
| **Equipment less than $5000** | | $ 8,400 | $0 |
| **Travel** | | $24,750 | $11,632 |
| **Subtotals** | | $46,354 | $37,454 |

| III. Equipment | | $0 | $0 |
|---|---|---|---|
| IV. Consultant/ Contractual Agreements | | $0 | $18,000 |
| V. Indirect Costs | | $16,262 | $18,566 |
| **TOTALS** | | $196,954 | $224,846 |

**Two year total        $421,800**

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget - Project Year One

Grant Period   (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2002 to 02/28/2003)

### I. Personnel

| Name | Position | Base Salary | % Time | Total |
|------|----------|------------|--------|-------|
| June Dahl | Principal Investigator* | $162,934 | 5% | $ 8,108 |
| Matt Bromley | Media/PR Director* | $ 54,912 | 20% | $10,982 |
| Mary Bennett | ACS Liaison* | $ 68,640 | 100% | $68,640 |
| TBA | Initiatives Coordinator* | $ 69,282 | 20% | $13,856 |
| Marty Skemp | Grant Manager* | $ 51,772 | 10% | $ 5,177 |
| TBA | Project Assistant-LTE** | $ 25,532 | 75% | $22,500 |
| TBA | Student Assistant*** | $ 20,300 | 25% | $ 5,075 |

Fringe benefits 32%* .
17 5%**, 1 5%***

**Subtotals  $134,338**

### II. Other Direct costs

**Office Operations**

| | |
|---|---|
| *Supplies* | $ 3,500 |
| *Printing* | $ 3,000 |
| *Telephone* | $ 3,584 |
| *Postage* | $ 1,170 |
| *Service Contracts* | $   150 |
| **Communications** | $ 1,500 |
| **Software** | $   300 |
| **Equipment less than $5000** | $ 8,400 |
| **Travel** | $24,750 |
| **Subtotals** | **$46,354** |

| | |
|---|---|
| **III. Equipment** | **$0** |
| **IV. Consultant/ Contractual Agreements** | **$0** |
| **V. Indirect Costs (9%)** | **$16,262** |
| **Totals Year 1** | **$196,954** |

4

MDL_RWJF_0000010

## Budget Narrative - Project Year One

Grant Period: (from 03/01/2002 to 02/28/2004)
Budget Period: (from 03/01/2002 to 02/28/2003)

## I. PERSONNEL

<u>Principal Investigator, June L Dahl, PhD, 5%</u>
Dr. Dahl will oversee the design and implementation of the major components of the proposal. She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society. The overall goal is to use the strengths of the state cancer pain initiatives to facilitate the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with special emphasis on pain management. She will review and edit materials and serve as a participant for any conferences needed to facilitate the goals of the proposal. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well We request 5% of Dr. Dahl's salary and fringe benefits, for a total of $8,108.

<u>Media/PR Director, Matt Bromley, BA, 20%</u>
Mr Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues. Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff. Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain. We request $10,982 to cover 20% of Mr. Bromley's salary and fringe benefits in Year One.

<u>ACS Liaison, TBA, 100%</u>
Work in collaboration with staff in the National Office of the American Cancer Society (ACS) to create and implement a national strategic plan for collaboration between the ACS, the American Alliance of Cancer Pain Initiatives (AACPI) and its member state initiatives. The objective of such collaboration is to facilitate achievement of the ACS's 2015 Goal to improve the quality of life for persons with cancer, with special emphasis on pain management. This person will subsequently work with ACS staff and AACPI to create measurable objectives for evaluating the success of the collaboration as determined by reduction of the burden that pain places on cancer survivors We request $68,640 for salary in Year One

<u>Initiatives Coordinator, Mary Bennett, MFA, 20%</u>
Ms Bennett will work with the ACS Liaison to provide on-going information on State Initiative activities. In her role as the Initiatives Coordinator, she will provide the ACS Liaison with a link to the Initiatives and assist in building working relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives As part of her site visits to Initiatives, which include meeting with Initiative Board of Directors, assisting with strategic planning and program development, Ms. Bennett will promote the opportunities for collaboration with ACS We ask for 20% of Ms. Bennett's salary in Year One for a total of $13,856.

5

**Grant Manager, Marty Skemp, BBA 10%**
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for Year One.

**Project Assistant, TBA, 75%**
The Project Assistant will work directly with the ACS Liaison and the Media/PR Director to facilitate communications with other project personnel, assist with the day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain files, and facilitate the development of materials for the educational missions of this proposal. This person will assist staff in development of conference materials, plan and coordinate conference calls and meetings, and arrange travel and correspondence. The program assistant will also serve as liaison to the University for financial and contractual concerns.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,142 | 32.0% | $ 1,966 |
| Media/PR Director | $ 8,320 | 32.0% | $ 2,662 |
| ACS Liaison | $52,000 | 32 0% | $16,640 |
| Initiatives Coordinator | $10,497 | 32 0% | $ 3,359 |
| Grant Manager | $ 3,922 | 32.0% | $ 1,255 |
| Project Assistant-LTE | $19,149 | 17.5% | $ 3,351 |
| Student Assistant | $ 5,000 | 1.5% | $      75 |
|  | Total Fringe |  | $29,308 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The requested supply budget is $3,500.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies

*Printing* - The requested printing budget is $3,000   This is to cover the costs of printing informational materials for the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, and printing of media updates, which would be sent to 500

6

people every other month  This newsletter will cover national news releases and media updates pertinent to CPIs, as well as share efforts and progress that CPIs have made in the area of media and public relations.

*Telephone* - The requested telephone budget is $3,584. This includes the cost of yearly rental and usage charges of $488 for each of 2 lines, and voice mailboxes for both lines at $8 per month, for a total of $1,168. We anticipate 12 conference calls with ACS members, communication firms or Initiatives, at a cost of $250 per call, for a grand total of $3,000. We have $584 to support one line from other funds, and so are requesting $3,584 from this grant.

*Postage* - The total requested postage budget is $1,170.  This includes $520 to cover postage to mail packets to conference call participants, as well as general mailings  This also includes $450 to cover 6 bulk mailings of the media update newsletter, which will be sent to 500 people. The postage budget also includes $200 in UPS and Fed-Ex postage. We have $200 to cover UPS and Fed-Ex costs, and request a total of $1,170.

### Software:

The requested software budget is $300 to cover a new media database that includes contact information for all media outlets in the United States  This database will be used by the Media/PR Director to support CPIs in their media efforts

### Equipment Less Than $5,000:

The requested equipment budget for equipment is $8,400  This includes:

- $2,000 each for 2 new PCs for the ACS Liaison and the Project Assistant.

- $4,000 for a photocopy machine.

- $400 for a new printer to be shared by the Media/PR Director, ACS Liaison and Project Assistant.

### Project Staff Travel:

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested

*ACS Liaison travel*- A total of $19,800 is requested for the ACS Liaison and one AACPI staff to attend 10 meetings with ACS staff at the ACS National Office or other location when appropriate and ACS/AACPI events/conferences  Travel costs allowed include $700 for airfare, $100 for hotel for 2 nights, $20 for ground transportation, and $35 for meals for two days, for a total of $990 per trip

*Media/PR travel* - The total budget requested is $4,950 to support costs of travel, lodging, ground transportation and meals for the Media/PR Director to make 5 site visits to Initiatives needing support in the area of media or public relations, or to other pertinent meetings. The per diems used are the same as those for ACS Liaison travel.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $16,262

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget *Revision Request* - Project Year Two

Grant Period.  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

### I. Personnel

| Name | Position | Base Salary | % Time | *Approved Total* | *Revision Request* | *Revised Total* |
|------|----------|-------------|--------|-----------------|-------------------|----------------|
| June Dahl | Principal Investigator* | $170,270 | 5% | $ 8,514 | $0 | $ 8,514 |
| Matt Bromley | Media/PR Director* | $ 57,658 | 50% | $28,829 | $0 | $28,829 |
| Lisa Lindner | Communications Mgr | $ 52,470 | 25% | $0 | $13,118 | $13,118 |
| TBA | ACS Liaison* | $ 72,072 | 100% | $72,072 | $0 | $72,072 |
| Mary Bennett | Initiatives Coordinator* | $ 72,746 | 10% | $ 7,275 | $0 | $ 7,275 |
| Marty Skemp | Grant Manager* | $ 54,361 | 10% | $ 5,436 | $0 | $ 5,436 |
| TBA | Project Assistant-LTE** | $ 31,500 | 75% | $23,625 | $0 | $23,625 |
| TBA | Student Assistant*** | $ 20,300 | 25% | $5,075 | $0 | $5,075 |

Fringe benefits (32 5%*, 17 5%**, 1 5%***)  **Subtotals**  **$150,826**  **$13,118**  **$163,944**

### II. Other Direct costs
### Office Operations

| | | *Approved Total* | *Revision Request* | *Revised Total* |
|---|---|---|---|---|
| *Supplies* | | $ 3,000 | $0 | $ 3,000 |
| *Printing* | | $ 3,000 | $0 | $ 3,000 |
| *Telephone* | | $ 3,584 | $0 | $ 3,584 |
| *Postage* | | $ 1,170 | $0 | $ 1,170 |
| *Service Contracts* | | $ 150 | $0 | $ 150 |
| **Communications** | | $ 1,500 | $0 | $ 1,500 |
| **Software** | | $ 300 | $0 | $ 300 |
| **Equipment Less than $5000** | | $ 0 | $0 | $ 0 |
| **Travel** | | $24,750 | ($13,118) | $11,632 |
| **Subtotals** | | **$37,454** | **($13,118)** | **$24,336** |

| | *Approved Total* | *Revision Request* | *Revised Total* |
|---|---|---|---|
| **III. Equipment** | **$0** | **$0** | **$0** |
| **IV. Consultant/ Contractual** | **$18,000** | **$0** | **$18,000** |
| **V. Indirect Costs (9%)** | **$18,566** | **$0** | **$18,566** |
| **Totals Year 2** | **$224,846** | **$0** | **$224,846** |

8

MDL_RWJF_0000010

## Budget Narrative - Project Year Two

Grant Period (from 03/01/2002 to 02/28/2004)
Budget Period (from 03/01/2003 to 02/28/2004)

## I. PERSONNEL

Salaries are increased by 5% over Year 1 per University requisite.

Mr. Bromley will increase his time to 50% and Ms. Bennett will drop to 10% from 20% in Year One

Media/PR Director, Matt Bromley, BA, 50%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues. Part of this strategy will include the services of a private communications firm to carry out a national media campaign involving the release of the revised Guidelines for the Treatment of Cancer Pain Mr Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff. Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain. We request $ $28,829 to cover 50% of Mr Bromley's salary and fringe benefits in Year Two.

*Lisa Lindner, Communications Manager, 25%*

*We request a reallocation of $13,118 from Travel to Salary to support 25% of the Communications Manager's salary The Communications will play a vital role in supporting the communication network developed in Year One of the grant*

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,450 | 32 0% | $ 2,064 |
| Media/PR Director | $21,840 | 32.0% | $ 6,989 |
| Communications Manager | $ 9,938 | 32.0% | $ 3,180 |
| Initiatives Coordinator | $ 5,511 | 32.0% | $ 1,764 |
| Grant Manager | $ 4,118 | 32.0% | $ 1,318 |
| ACS Liaison | $54,600 | 32.0% | $17,472 |
| Project Assistant | $26,809 | 17.5% | $ 4,691 |
| Student Assistant | $ 5,000 | 1.5% | $ 75 |

9

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The supply budget is $3,000, which reflects a slight decrease from Year 1. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The printing budget is $3,000. This reflects the same printing requirements as for Year 1.

*Telephone* - The requested budget is $3,584, which is the same as Year 1.

*Postage* - The total postage budget is $1,170. This amount is the same as Year 1.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested, with no changes in travel from Year 1. The ACS Liaison and one AACPI staff will attend 10 meetings or conferences, and the Media/PR Director will make 5 site visits.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% rate of budget categories I, II and IV for a total of $18,566

## IV. Consultant/Contractual Agreements

The total requested budget for consultant/contractual agreements is $18,000  This amount will be used to cover the following areas

*Home From Communications*

Home Front Communications will produce and distribute a national video media release. The Media/PR Director will work closely with Home Front Communications to assure that all content is pertinent to the Cancer Pain Initiative movement. The Media Director will also use this video media release to assure that the AACPI and individual Initiatives capitalize on the potential exposure that results from this project. Specifics are outlined in the grant proposal.

10

MDL_RWJF_0000010

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                    Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: JMS  PO: MAL                      Grantee: *University of Wisconsin-Madison Medical*
                                                        *School*
Project Director: June L. Dahl (608-262-0978)   Grant Number: 043940 for [EOL]
Fiscal  Officer : Janice H. Kalvin (608-263-7057)   Budget Period: Mar-01-2003 to Feb-29-2004
                                                    Grant Period: Mar-01-2002 to Feb-29-2004

Budget for Year : 2
Revised: Jun-14-2002                        EXPENDITURES

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|------|------|------|------|------|------|------|------|------|------|------|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 8,514 | | | | | | | | | |
| Media/PR Director | 28,829 | | | | | | | | | |
| Communications Manager | 13,118 | | | | | | | | | |
| ACS Liaison | 72,072 | | | | | | | | | |
| Initiatives Coordinator | 7,275 | | | | | | | | | |
| Grant Manager | 5,436 | | | | | | | | | |
| Project Assistant-LTE | 23,625 | | | | | | | | | |
| Student Assistant | 5,075 | | | | | | | | | |
| Personnel Subtotal | 163,944 | | | | | | | | | |
| OTHER DIRECT COSTS | | | | | | | | | | |
| Supplies | 3,000 | | | | | | | | | |
| Printing | 3,000 | | | | | | | | | |
| Telephone | 3,584 | | | | | | | | | |
| Postage | 1,170 | | | | | | | | | |
| Service Agreement(s) | 150 | | | | | | | | | |
| Communications/Mrkting | 1,500 | | | | | | | | | |
| Software | 300 | | | | | | | | | |
| Travel | 11,632 | | | | | | | | | |
| Other Direct Subtotal | 24,336 | | | | | | | | | |
| CONSULTANT/CONTRACTUAL | 18,000 | | | | | | | | | |
| Cons/Contrct Subtotal | 18,000 | | | | | | | | | |
| INDIRECT COSTS | 18,566 | | | | | | | | | |

FINANCIAL REPORT
**The Robert Wood Johnson Foundation**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

Page:  2

FA: SXK  PA: JMS  PO: MAL

**Grantee:** *University of Wisconsin-Madison Medical School*

**Project Director:** June L. Dahl (608-262-0978)
**Fiscal  Officer :** Janice H. Kalvin (608-263-7057)

**Grant Number:** 043940 for [EOL]
**Budget Period:** Mar-01-2003 to Feb-29-2004
**Grant Period:** Mar-01-2002 to Feb-29-2004

**Budget for Year :** 2
**Revised:** Jun-14-2002

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 03/03-08/03 | Period 2 09/03-02/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total | 224,846 | | | | | | | | | |

*Final bud. 421,800 (24 mos) Final Budget #43940*

# The Robert Wood Johnson Foundation
## Line Item Budget Summary
### March 1, 2002– February 28, 2004

**I. Personnel**

| Name | Position | % Time | Year 1 | Year 2 |
|------|----------|--------|--------|--------|
| June Dahl | Principal Investigator* | 5% | $ 8,108 | $ 8,514 |
| Matt Bromley | Media/PR Director* | 20% / 50% | $10,982 | $28,829 |
| TBA | ACS Liaison* | 100% | $68,640 | $72,072 |
| Mary Bennett | Initiatives Coordinator | 20% | $13,856 | $ 7,275 |
| Marty Skemp | Grant Manager | 10% | $ 5,177 | $ 5,436 |
| TBA | Project Assistant** | 75% | $22,500 | $23,625 |
| TBA | Student Assistant*** | 25% | $ 5,075 | $ 5,075 |
| Fringe benefits 32%*, 17 5%**, 1 5%*** | | **Subtotals** | **$134,338** | **$150,826** |

**II. Other Direct costs**

| | Year 1 | Year 2 |
|---|--------|--------|
| **Office Operations** | | |
| *Supplies* | $ 3,500 | $ 3,000 |
| *Printing* | $ 3,000 | $ 3,000 |
| *Telephone* | $ 3,584 | $ 3,584 |
| *Postage* | $ 1,170 | $ 1,170 |
| *Service Contracts* | $ 350 | $ 150 |
| **Communications** | $ 1,500 | $ 1,500 |
| **Software** | $ 300 | $ 300 |
| **Equipment less than $5000** | $ 8,400 | $0 |
| **Travel** | $24,750 | $24,750 |
| **Subtotals** | **$46,354** | **$37,454** |

**III. Indirect Costs (9%)**   $16,262   ~~$16,945~~ 18566

**IV. Equipment**

**V. Consultant/ Contractual Agreements**   $0   $18,000

**TOTALS**   $196,954   ~~$323,225~~ 224,846

**Two year total**   ~~$420,179~~

471,800
SxK
2/11/02

3

43940

# LINE ITEM BUDGET AND BUDGET NARRATIVE

For

## MAKING PAIN RELIEF A REALITY
## THROUGH NATIONAL VISIBILITY AND PARTNERSHIP
## WITH THE AMERICAN CANCER SOCIETY

A proposal to the Robert Wood Johnson Foundation

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

January 2002

- 1 -

MDL_RWJF_0000010

# TABLE OF CONTENTS

**Line Item Budget Summary** _____ 3

**Line Item Budget - Project Year One** _____ 4

**Budget Narrative - Project Year One** _____ 5

   I. PERSONNEL _____ 5

   II. OTHER DIRECT COSTS _____ 6
      Office Operations: _____ 6
      Software: _____ 7
      Equipment Less Than $5,000: _____ 7
      Project Staff Travel: _____ 7

   III. INDIRECT COSTS _____ 7

**Line Item Budget - Project Year Two** _____ 8

**Budget Narrative - Project Year Two** _____ 9

   I. PERSONNEL _____ 9

   II. OTHER DIRECT COSTS _____ 10
      Office Operations: _____ 10
      Project Staff Travel: _____ 10

   III. INDIRECT COSTS _____ 10

   IV. Consultant/Contractual Agreements _____ 10

MDL_RWJF_0000010

*Final bud. 421,800 (24 mos)*

*# 43940*

# The Robert Wood Johnson Foundation
## Line Item Budget Summary
### March 1, 2002– February 28, 2004

**I. Personnel**

| Name | Position | % Time | Year 1 | Year 2 |
|---|---|---|---|---|
| June Dahl | Principal Investigator* | 5% | $ 8,108 | $ 8,514 |
| Matt Bromley | Media/PR Director* | 20% / 50% | $10,982 | $28,829 |
| TBA | ACS Liaison* | 100% | $68,640 | $72,072 |
| Mary Bennett | Initiatives Coordinator | 20% | $13,856 | $ 7,275 |
| Marty Skemp | Grant Manager | 10% | $ 5,177 | $ 5,436 |
| TBA | Project Assistant** | 75% | $22,500 | $23,625 |
| TBA | Student Assistant*** | 25% | $ 5,075 | $ 5,075 |

Fringe benefits 32%*, 17 5%**, 1 5%***

| | | **Subtotals** | **$134,338** | **$150,826** |
|---|---|---|---|---|

**II. Other Direct costs**

| | Year 1 | Year 2 |
|---|---|---|
| **Office Operations** | | |
| *Supplies* | $ 3,500 | $ 3,000 |
| *Printing* | $ 3,000 | $ 3,000 |
| *Telephone* | $ 3,584 | $ 3,584 |
| *Postage* | $ 1,170 | $ 1,170 |
| *Service Contracts* | $ 350 | $ 150 |
| **Communications** | $ 1,500 | $ 1,500 |
| **Software** | $ 300 | $ 300 |
| **Equipment less than $5000** | $ 8,400 | $0 |
| **Travel** | $24,750 | $24,750 |
| **Subtotals** | **$46,354** | **$37,454** |

| | | |
|---|---|---|
| **III. Indirect Costs (9%)** | $16,262 | ~~$16,945~~ 18566 |
| **IV. Equipment** | | |
| **V. Consultant/ Contractual Agreements** | $0 | $18,000 |
| **TOTALS** | $196,954 | ~~$223,225~~ 224,846 |

## Two year total

~~$420,179~~

*421,800*

*- S+K*
*2/11/02*

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget - Project Year One

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2002 to 02/28/2003)

### I. Personnel

| Name | Position | Base Salary | % Time | Total |
|------|----------|-------------|--------|-------|
| June Dahl | Principal Investigator* | $162,934 | 5% | $ 8,108 |
| Matt Bromley | Media/PR Director* | $ 54,912 | 20% | $10,982 |
| TBA | ACS Liaison* | $ 68,640 | 100% | $68,640 |
| Marry Bennett | Initiatives Coordinator* | $ 69,282 | 20% | $13,856 |
| Marty Skemp | Grant Manager* | $ 51,772 | 10% | $ 5,177 |
| TBA | Project Assistant-LTE** | $ 25,532 | 75% | $22,500 |
| TBA | Student Assistant*** | $ 20,300 | 25% | $ 5,075 |

Fringe benefits 32%* ,
17 5%**, 1 5%***

**Subtotals  $134,338**

### II. Other Direct costs

**Office Operations**

|  |  |
|---|---|
| *Supplies* | $ 3,500 |
| *Printing* | $ 3,000 |
| *Telephone* | $ 3,584 |
| *Postage* | $ 1,170 |
| *Service Contracts* | $  150 |
| **Communications** | $ 1,500 |
| **Software** | $  300 |
| **Equipment less than $5000** | $ 8,400 |
| **Travel** | $24,750 |
| **Subtotals** | **$46,354** |

| **III. Indirect Costs (9%)** | **$16,262** |
|---|---|
| **IV. Equipment** | **$0** |
| **V. Consultant/ Contractual Agreements** | **$0** |
| **Totals Year 1** | **$196,954** |

4

## Budget Narrative - Project Year One

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2002 to 02/28/2003)

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 5%

Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society.  The overall goal is to use the strengths of the state cancer pain initiatives to facilitate the achievement of the ACS's 2015 goal to improve quality of life for persons with cancer, with special emphasis on pain management. She will review and edit materials and serve as a participant for any conferences needed to facilitate the goals of the proposal.  As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe benefits, for a total of $8,108.

Media/PR Director, Matt Bromley, BA, 20%

Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain.  We request $10,982 to cover 20% of Mr. Bromley's salary and fringe benefits in Year One.

ACS Liaison, TBA, 100%

Work in collaboration with staff in the National Office of the American Cancer Society (ACS) to create and implement a national strategic plan for collaboration between the ACS, the American Alliance of Cancer Pain Initiatives (AACPI) and its member state initiatives. The objective of such collaboration is to facilitate achievement of the ACS's 2015 Goal to improve the quality of life for persons with cancer, with special emphasis on pain management.  This person will subsequently work with ACS staff and AACPI to create measurable objectives for evaluating the success of the collaboration as determined by reduction of the burden that pain places on cancer survivors. We request $68,640 for salary in Year One.

Initiatives Coordinator, Mary Bennett, MFA, 20%

Ms. Bennett will work with the ACS Liaison to provide on-going information on State Initiative activities.  In her role as the Initiatives Coordinator, she will provide the ACS Liaison with a link to the Initiatives and assist in building working relationships with Initiative leaders.   Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  As part of her site visits to Initiatives, which include meeting with Initiative Board of Directors, assisting with strategic planning and program development, Ms. Bennett will promote the opportunities for collaboration with ACS. We ask for 20% of Ms. Bennett's salary in Year One for a total of $13,856.

5

**Grant Manager, Marty Skemp, BBA 10%**
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for Year One.

**Project Assistant, TBA, 75%**
The Project Assistant will work directly with the ACS Liaison and the Media/PR Director to facilitate communications with other project personnel, assist with the day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain files, and facilitate the development of materials for the educational missions of this proposal. This person will assist staff in development of conference materials, plan and coordinate conference calls and meetings, and arrange travel and correspondence. The program assistant will also serve as liaison to the University for financial and contractual concerns.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,142 | 32.0% | $ 1,966 |
| Media/PR Director | $ 8,320 | 32.0% | $ 2,662 |
| ACS Liaison | $52,000 | 32.0% | $16,640 |
| Initiatives Coordinator | $10,497 | 32.0% | $ 3,359 |
| Grant Manager | $ 3,922 | 32.0% | $ 1,255 |
| Project Assistant-LTE | $19,149 | 17.5% | $ 3,351 |
| Student Assistant | $ 5,000 | 1.5% | $     75 |
|  | Total Fringe |  | $29,308 |

# II. OTHER DIRECT COSTS

## Office Operations:

*Supplies* - The requested supply budget is $3,500. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The requested printing budget is $3,000. This is to cover the costs of printing informational materials for the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, and printing of media updates, which would be sent to 500

6

people every other month. This newsletter will cover national news releases and media updates pertinent to CPIs, as well as share efforts and progress that CPIs have made in the area of media and public relations.

*Telephone* - The requested telephone budget is $3,584. This includes the cost of yearly rental and usage charges of $488 for each of 2 lines, and voice mailboxes for both lines at $8 per month, for a total of $1,168. We anticipate 12 conference calls with ACS members, communication firms or Initiatives, at a cost of $250 per call, for a grand total of $3,000. We have $584 to support one line from other funds, and so are requesting $3,584 from this grant.

*Postage* - The total requested postage budget is $1,170. This includes $520 to cover postage to mail packets to conference call participants, as well as general mailings. This also includes $450 to cover 6 bulk mailings of the media update newsletter, which will be sent to 500 people. The postage budget also includes $200 in UPS and Fed-Ex postage. We have $200 to cover UPS and Fed-Ex costs, and request a total of $1,170.

### Software:

The requested software budget is $300 to cover a new media database that includes contact information for all media outlets in the United States. This database will be used by the Media/PR Director to support CPIs in their media efforts.

### Equipment Less Than $5,000:

The requested equipment budget for equipment is $8,400. This includes:

- $2,000 each for 2 new PCs for the ACS Liaison and the Project Assistant.

- $4,000 for a photocopy machine.

- $400 for a new printer to be shared by the Media/PR Director, ACS Liaison and Project Assistant.

### Project Staff Travel:

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested.

*ACS Liaison travel*- A total of $19,800 is requested for the ACS Liaison and one AACPI staff to attend 10 meetings with ACS staff at the ACS National Office or other location when appropriate and ACS/AACPI events/conferences. Travel costs allowed include $700 for airfare, $100 for hotel for 2 nights, $20 for ground transportation, and $35 for meals for two days, for a total of $990 per trip.

*Media/PR travel* - The total budget requested is $4,950 to support costs of travel, lodging, ground transportation and meals for the Media/PR Director to make 5 site visits to Initiatives needing support in the area of media or public relations, or to other pertinent meetings. The per diems used are the same as those for ACS Liaison travel.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I and II for a total of $16,262.

MDL_RWJF_0000010

# The Robert Wood Johnson Foundation

## Line Item Budget - Project Year Two

Grant Period:  (from 03/01/2002 to 02/28/2004)
Budget Period:  (from 03/01/2003 to 02/28/2004)

### I. Personnel

| Name | Position | Base Salary | % Time | Total |
|---|---|---|---|---|
| June Dahl | Principal Investigator* | $170,270 | 5% | $ 8,514 |
| Matt Bromley | Media/PR Director* | $ 57,658 | 50% | $28,829 |
| TBA | ACS Liaison* | $ 72,072 | 100% | $72,072 |
| Mary Bennett | Initiatives Coordinator* | $ 72,746 | 10% | $ 7,275 |
| Marty Skemp | Grant Manager* | $ 54,361 | 10% | $ 5,436 |
| TBA | Project Assistant-LTE** | $ 31,500 | 75% | $23,625 |
| TBA | Student Assistant*** | $ 20,300 | 25% | $5,075 |

Fringe benefits (32 5%*, 17.5%**, 1 5%***)

|  |  |
|---|---|
| **Subtotals** | **$150,826** |

### II. Other Direct costs
**Office Operations**

|  |  |
|---|---|
| *Supplies* | $ 3,000 |
| *Printing* | $ 3,000 |
| *Telephone* | $ 3,584 |
| *Postage* | $ 1,170 |
| *Service Contracts* | $   150 |
| **Communications** | $ 1,500 |
| **Software** | $   300 |
| **Equipment Less than $5000** | $   0 |
| **Travel** | $24,750 |
| **Subtotals** | **$37,454** |

**III. Indirect Costs (9%)**  ~~$16,945~~ 18,566

**IV. Equipment**  **$0**

**V. Consultant/ Contractual Agreements**  **$18,000**

# Totals Year 2  ~~$223,225~~ 224,846

8

## Budget Narrative - Project Year Two

Grant Period: (from 03/01/2002 to 02/28/2004)
Budget Period: (from 03/01/2003 to 02/28/2004)

## I. PERSONNEL

Salaries are increased by 5% over Year 1 per University requisite.

Mr. Bromley will increase his time to 50% and Ms. Bennett will drop to 10% from 20% in Year One.

Media/PR Director, Matt Bromley, BA, 50%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues. Part of this strategy will include the services of a private communications firm to carry out a national media campaign involving the release of the revised Guidelines for the Treatment of Cancer Pain. Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff. Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain. We request $ 28,829 to cover 50% of Mr. Bromley's salary and fringe benefits in Year Two.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,450 | 32.0% | $ 2,064 |
| Media/PR Director | $21,840 | 32.0% | $ 6,989 |
| Initiatives Coordinator | $ 5,511 | 32.0% | $ 1,764 |
| Grant Manager | $ 4,118 | 32.0% | $ 1,318 |
| ACS Liaison | $54,600 | 32.0% | $17,472 |
| Project Assistant | $26,809 | 17.5% | $ 4,691 |
| Student Assistant | $ 5,000 | 1.5% | $ 75 |
| | | Total Fringe | $34,373 |

9

MDL_RWJF_0000010

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The supply budget is $3,000, which reflects a slight decrease from Year 1. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The printing budget is $3,000. This reflects the same printing requirements as for Year 1.

*Telephone* - The requested budget is $3,584, which is the same as Year 1.

*Postage* - The total postage budget is $1,170. This amount is the same as Year 1.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested, with no changes in travel from Year 1. The ACS Liaison and one AACPI staff will attend 10 meetings or conferences, and the Media/PR Director will make 5 site visits.

## III. INDIRECT COSTS

Indirect costs are calculated at a 9% rate of budget categories I and II for a total of $16,945.

## IV. Consultant/Contractual Agreements

The total requested budget for consultant/contractual agreements is $18,000. This amount will be used to cover the following areas:

*Home From Communications*

Home Front Communications will produce and distribute a national video media release. The Media/PR Director will work closely with Home Front Communications to assure that all content is pertinent to the Cancer Pain Initiative movement. The Media Director will also use this video media release to assure that the AACPI and individual Initiatives capitalize on the potential exposure that results from this project. Specifics are outlined in the grant proposal.

MDL_RWJF_0000010