**PSJ14 Janssen Opp Exh 49 – MDL_RWJF_0000012**

Additional award documents may be in
materials in PIMS for this funding ID.

MDL_RWJF_0000012

# INDEX TO PRINCIPAL DOCUMENTS

The numbers assigned to each section refers to the tab under which the related documentation is filed. A mark in the box preceding any one section indicates that documentation appears in the folder on the subject outlined. Miscellaneous documentation is contained on the left side of the folder in reverse chronological order by date

____✓ 1.  Grant Description – Objectives and Design

____ 2.  Grant Results Report

____ 3.  Final Grantee Financial and Narrative Reports (letters of request  transmittal, and acknowledgement; follow-up correspondence)

____ 4.  Interim Grantee Financial and Narrative Report (letters of request, transmittal, and acknowledgement; follow-up correspondence; and grantee progress reports)

____✓ 5.  Grant Sign-off Sheet

____✓ 6.  Grant Award Letter (includes Grant Letter Information Sheet and Treasurer's Payment Letter)

____✓ 7.  Final Board Precis

____ 8.  New Releases and Related Press Coverage

____✓ 9.  Request for Project Support and General Conditions of Grant Form (includes Amendment Form(s); pre-grant inquiry form (expenditure responsibility); and correspondence concerning change(s) in organization, project director, and/or address)

____✓ 10. Tax Papers (includes all tax documentation and correspondence, including "reliance letter")

____✓ 11. Final Proposal (includes proposal appendices and supplements, and CVs of project personnel)

____✓ 12. Final Budget (includes budget revisions and related correspondence)

____ 13. Consultant reports, letters of project support, site visit reports

## GRANT DESCRIPTION - OBJECTIVES AND DESIGN

**ID#:** 048204 (Active)                                                $183,680.00
**TERM:** 12 MONTHS          **FROM** 12/01/03 **TO** 11/30/04    (GRANTED 12/08/03)

**FUNDING CLASS:** Ad Hoc
**RENEWED FROM:** 043940

---

**INST:** University of Wisconsin-Madison Medical School (Madison,WI)

**PRJT:** Making pain relief a reality through national visibility and
partnerships

---

**PRJ DIR:** June L. Dahl

**PO:** Michelle A. Larkin                          **RISK:** Low
**SO:** Rosemary Gibson                    **DATE COMPLETED:** 10/18/03
**PA:** Rebecca E. Kamer                       **PREPARED BY:** SXK
**FO:** Sophia Kounelias

---

Of the 8 million Americans who have had cancer, at least 60 percent
experienced moderate to severe pain. This solicited project will have
two major components: (1) address continuation and expansion, of the
successful collaborations between the ACS Divisions and State Pain
Initiatives; and (2) work strategically with the ACS National Home
Office (NHO) to assure that pain management becomes and remains a core
component of their mission and activities, that pain management is
indeed a "perpetual priority" for ACS. This project fits squarely
within the End-of-Life PMT's strategic objective to develop and
implement a transition strategy to sustain the gains of the
Foundation's investment to improve care at the end of life. The
project director will be June Dahl, Ph.D., Professor of Pharmacology
at the University of Wisconsin-Madison Medical School, and President
of the Alliance.

---

**Goals:**          Chronic(100%)

**Interventions:** Svc Dem(100%)

**Health Service Category:**
Continuum of Care:          *End Of Life*
                            *Treatment*
Health Care Reform:          *State*
Health Conditions:           *Cancer*
Hlth and Hlth Care Fields:   *Quality of care*

**Demographics:**

| | |
|---|---|
| Age: | *65 & over - Aging/Elderly/Senior Citizens* |
| | *Not Applicable* |
| Race/Ethnicity: | *Not Applicable* |
| Sex: | *Not Applicable* |
| Segment: | *Not Applicable* |
| Geographic Region: | *Not Applicable* |
| Urban/Rural Continuum: | *Unknown, Not Applicable, or Not Specified* |
| Major City: | *Unknown, Not Applicable, or Not Specified* |
| State: | *Unknown, Not Applicable, or Not Specified* |

MDL_RWJF_0000012

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www rwjf org

1/3



Robert Wood Johnson Foundation

June 5, 2007

June L. Dahl, Ph.D
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI  53706-1510

Dear Dr. Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant.  We have received your final
narrative report for the grant identified below.  We look forward to receiving your final financial report by
June 15, 2007.

| | |
|---|---|
| I.D.: | 048204 |
| Amount | $183,680 |
| Purpose: | Making pain relief a reality for cancer patients |
| Project Information: | Grant Period: December 1, 2003 through March 31, 2007 |
| | Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

A copy of the narrative report has been forwarded to your program officer, who will contact you directly
with any questions or comments.

If you need further assistance, please contact me at 609-627-7533.

Sincerely,

Fran G. Ferrara
Grants Administrator

FGF: fgf
cc: Robert C. Andresen
    Michelle A. Larkin, R.N., M.S.

University of Wisconsin
**SCHOOL OF MEDICINE
AND PUBLIC HEALTH**

Department of Pharmacology

May 15, 2007

Fran Ferrara
Grants Administrator
Route One and College Road East
PO Box 2316
Princeton, NJ 08543-2316

Re: RWJF Grant #048204

Dear Ms. Ferrara,

Enclosed please find the final narrative report for the grant, *Making Pain Relief a Reality Through Visibility and Partnership with the American Cancer Society*

We would like to thank The Robert Wood Johnson Foundation for its continued support of our efforts to improve pain management through the work of the State Pain Initiatives.

If you have any questions regarding this report, please contact Marty Skemp Brown at mmskemp@wisc.edu or (608) 265-9173.

Sincerely,

*June L. Dahl*

June L. Dahl, PhD
Principal Investigator

Cc: Janice H. Heisz-Kalvin, RSP
Michelle A. Larkin, RN, MS

MDL_RWJF_0000012

**University of Wisconsin**
**SCHOOL OF MEDICINE**
**AND PUBLIC HEALTH**

Department of Pharmacology

May 15, 2007

# FINAL NARRATIVE REPORT
*Making Pain Relief a Reality through National Visibility and Partnership with the American Cancer Society*
**RWJ Grant ID #048204**
December 1, 2003 – March 31, 2007
**Grant Total**: **$183,680**

**Contact:**

June L Dahl, Principal Investigator
1300 University Ave, Rom 4720
Madison, WI 53706
608-265-4012
jldahl@wisc.edu

MDL_RWJF_0000012

1. **What measurable goals did you set for this project and what indicators did you use to measure your performance? To what extent has your project achieved these goals and levels of performance?**

The overall goal of the proposal was to continue to promote improvements in cancer pain management through collaboration between the Alliance of State Pain Initiatives (formally the American Alliance of Cancer Pain Initiatives) and the American Cancer Society.  The proposal had two major components:  1) to continue, indeed to expand, the successful collaborations between the ACS Divisions and the State Pain Initiatives and 2) to work strategically with the National Home Office of the ACS to assure that pain management becomes and remains a core component of their mission and activities, that pain management is indeed a "perpetual priority" for ACS as are early detection and treatment of cancer.  This proposal was to enhance the collaborative efforts that had already been initiated with previous support from the Foundation.

Some historical perspective is needed to understand the rationale behind these goals.  In 1999, the Board of Directors of the ACS revised its strategic plan to recognize the critical importance of pain control for persons with cancer.  They articulated a Quality of Life goal with this specific objective: "by 2015, to provide appropriate care for the control of pain based upon an appropriate care plan using uniform standards of care for 90% of cancer survivors." The Board of Directors of ACS recommended action in several areas that impact patients, the public, health care providers, health systems, public policy and legislation and internal ACS actions.  The expansion of the mission of ACS was in recognition of the terrible burden that unrelieved pain places on persons with cancer.

This action of the Board was met with great enthusiasm by pain management improvement advocates, in particular by the Alliance of State Pain Initiatives [ASPI]. The ASPI had been working for several years to encourage ACS to focus attention on the control of pain and other symptoms in cancer survivors. In February 2001, with the generous support of the Robert Wood Johnson Foundation, the ASPI convened a meeting with ACS representatives to discuss already existing successful ACS-State Pain Initiative collaborations and to set the stage for expansion of those efforts.  Within three months of that meeting, ACS had developed the *Division Guide to Collaboration with State Pain Initiatives*, a comprehensive document that made specific recommendations for collaborative efforts.  In June 2002, the ASPI and the ACS officially launched a program to build a national/divisional/state partnership whose purpose was to utilize the unique strengths of the two organizations to reduce the burden of pain for cancer survivors and their families.  A detailed description of that partnership was provided in the final progress report for Grant # 043940. However, in November 2006, the Board of Directors approved a new Pain Control Quality objective that as discussed below, changed the nature of the ASPI/ACS collaboration.

*Goal One: to continue, indeed to expand, the successful collaborations between the ACS Divisions and the State Pain Initiatives.*

Our goal was to engage <u>all</u> ACS Divisions in the partnership.  Unfortunately, that goal has not yet been achieved.  Interestingly, the number of Divisions has decreased since

2

this grant was first awarded. While work at the Divisional level is feasible when those Divisions cover a small geographic area as for example in the Northeast, it becomes very challenging when a Division is created that includes several large Western States (e.g., the Great West). Furthermore, ACS has not made pain a nationwide metric which means that it is not on the Scorecard that is used to measure the success of a Division's performance.

In the past year, the focus of ACS activity in the Quality of Life arena has moved to the National Government Relations Department (NGRD) in Washington, DC. Building on the Cancer Pain Management Advocacy Toolkit produced by the Society in 2003, Rebecca Kirch and David Woodmansee of the NGRD, have been working with the Society's national home office in Atlanta and many staff in ACS divisions across the country, along with external partners like the ASPI, to make cancer pain control a priority for ACS advocacy action in the states. As a beginning, the Society partnered with the Lance Armstrong Foundation and Susan G. Komen Breast Cancer Foundation in funding a three-year grant to the Pain & Policy Studies Group at the University of Wisconsin (PPSG) to produce three annual Pain Policy Progress Report Cards, the first of which was released in September 2006 to coincide with pain awareness month.

This report card evaluates pain policies in all 50 states and DC, applying 16 criteria to identify policy language that can either enhance or impede patient pain relief and grading each state between A and F depending on their policies' degree of balance. This evaluation provides a useful baseline for the ACS to measure progress. In August 2006, the ACS Quality of Life Ends committee decided to make pain control a new 2015 objective; in November 2006, the National Board of Directors approved a new Pain Control Nationwide Objective geared to improve state pain policy and practice across the nation. Their specific goal is to improve state pain policy and practice across the nation as reflected by the grades on the PPSG Report Card. The new goal is for all 50 states and DC to get a B or higher by 2015 and for ten of those states to get an A. In the Society's view, receiving an A grade will require more than just fixing the policy; they must also work together to ensure balanced policies are *applied* to help fix the problem by influencing pain practice and care. This obviously represents a change in focus from the components of the program launched in June 2002 which involved a partnership among the ASPI/SPIs and the ACS.

In spite of the change in focus of the ACS at the national level, there continue to be very productive interactions at the state and Divisional levels. Those interactions were described in the Final Progress Report for Grant #043940 and are repeated here for the sake of completeness.

> ➢ ACS Divisions have continued to provide staff support for several State Pain Initiatives including Northern California, Connecticut, Massachusetts, New Hampshire, New Jersey, New York, Texas and Vermont. Staff of the Great West Division supported the establishment of an Initiative in Montana and sparked activity in Wyoming. ACS also provided in-kind support to the Initiatives in North and South Carolina as well as Florida. The South Atlantic Division

3

provided $5,000 grants to each of the State Pain Initiatives in that geographic region. For several years, the Pennsylvania Division provided funding for staff services to the Pennsylvania Pain Initiative; that support ended in the summer of 2006.

➢ For years, several states within the various Divisions of the ACS have taken the lead, both independently and collaboratively through their involvement with their State Pain Initiative to develop their state's Cancer Control Plan.

➢ Many ACS staff participated in meetings held by the ASPI. For example, many ACS staff members were well represented at two Advocacy Training Programs and a Fund-Raising Training Session sponsored by the ASPI.

➢ A large number of ACS staff members have attended the Annual Meetings of the ASPI. They have participated in workshops on building and sustaining State Pain Initiatives and integrating pain and palliative care into State Cancer Control Plans.

➢ The ASPI/ACS National Pain Field Council held quarterly conference calls and also in-person meetings at the ASPI national meetings in St. Louis in June 2005 and again in Phoenix in June 2006. The Field Council strengthened the collaboration between the two organizations by providing a venue for ACS staff who are coordinating a State Pain Initiative to come together to share successes, address challenges, and strategize effective ways to build and sustain partnerships. Unfortunately, the Field Council is no longer in existence which is clearly unfortunate because there had not been or is there now any other forum that brought ACS staff together to dialog on pain or any other issues for that matter.

➢ The ASPI provided funding and technical support to the ACS Texas Cancer Pain Initiative for planning the Texas Pain Summit held in September 2006. The PI spoke at the meeting and Mr. Bromley moderated a workshop. The binder with the agenda and resource materials is in the Appendix. The ASPI has also helped draft surveys of health care professionals and the general public; reviewed and provided recommendations to improve pain-related legislation; and is currently assisting in the development, dissemination, and publicity surrounding the Summit final report and recommendations.

➢ The ASPI provided funding and technical support to the Montana Pain & Symptom Management Task force for planning its Pain Summit held on April 27-28, 2007 in Missoula, Montana. The ASPI also provided assistance with development and analysis of a public survey that provided important background information for discussion by Summit participants. A binder with the agenda and resource materials is in the Appendix. Advocacy staff of the ACS provided critical leadership for the work in Montana that was to culminate in the creation of the Montana Pain Initiative on April 28th.

➢ ASPI staff provided additional technical support to Divisions, to individual State Pain Initiatives that are housed within the ACS as well as to the National Government Relations Department. This support included the provision of analysis and advice about policy issues, editorial comment about documents being prepared by the ACS, as well as assistance with working with the media.

4

> ➤ The ACS released Cancer Facts and Figures 2007 that features a special section on cancer-related pain.  The PI provided feedback on several drafts of the document that was under development during much of 2006.

*Goal Two:  to work strategically with the National Home Office of the ACS to assure that pain management becomes and remains a core component of their mission and activities, the pain management is indeed a "perpetual priority" for ACS as are early detection and treatment of cancer.*

This goal has not been achieved.  Because of significant reorganization of the National Home Office (NHO) and the loss of key individuals, pain and palliative care have not been priorities for any specific department or individual since the initial year of this project.  Again as discussed in the Final Report for Grant # 043940, pain has become a major priority for the National Government Relations Department.  They are committed to working with staff at the NHO to encourage them to make pain a priority in their work. It is not possible to predict the success of their efforts at this point. Nevertheless, the ACS NHO has provided unrestricted educational grants in the amount of $15,000 in each of the past three years to support the national meeting of the ASPI.

In spite of the lack of a formal collaborative agreement, states within some ACS Divisions have been very active and effective in providing patient and healthcare professional education on cancer pain and disseminating materials, participating in practice change programs, producing a pain pocket tool guide for practitioners, hosting statewide pain summits, creating task forces and advisory councils in the state, pressing for pain control to be part of state cancer control plans, testifying at pain related hearings, and advocating to improve state pain policies while also preventing harmful ones from gaining traction.  **The States have not waited for direction from the National Home Office to initiate critical action steps.**

2. **Did the project encounter internal or external challenges? How were they addressed? Was there something RWJF could have done to assist you?**

As discussed above, many of the goals of the proposal were not achieved because of the resignation of key staff members at the National Home Office and the reorganization of that Office with the result that no one was assigned to work on pain as a priority.  These challenges were not addressed directly, but we worked around them by moving from interactions with the National Home Office to interactions at the State and Divisional levels.  In essence, the ASPI determined to use other strategies to assure continued collaboration with ACS at some level and keep continued pressure on ACS to recognize the importance of effective pain control to cancer survivors.

The challenges involved in achieving the goals of this project have been outlined above. In the fall of 2005, under the leadership of Rebecca Kirch, Associate Director of Policy, pain emerged as a major priority for the National Government Relations Department. She is committed to working with staff at the National Home Office to encourage them to make pain and palliative care a priority in their work.  She has also made collaboration with the ASPI a personal priority.  Her energy and commitment to the issue bode well for

5

future collaborations. And as stated previously, in November of 2006, The National Board of Directors of ACS articulated a new goal that is specifically directed at improving state grades on the PPSG report card. That new pain control objective provides major opportunities and challenges for collaborations between the ACS, State Pain Initiatives and the ASPI.

We know of nothing that RWJF could have done to assist us with these challenges.

**3. Have there been other sources of support?**

There have been gifts-in-kind from various departments within the ACS. Some Divisions have provided staff support, others have provided office space and access to computers, phones, faxes and the internet. As stated above, the National Home Office of ACS has given $15,000 in each of the last three years in support of the annual meeting of ASPI.

**4. What lessons did you learn from undertaking this project?**

As was discussed in more detail in the Final Report for Grant # 043940, we learned how difficult it is to have a productive collaboration with a very large organization with an ever-changing organizational structure and multiple and ever changing competing priorities.

**5. What impact do you think the project has had to date? Who can be contacted a few years from now to follow up on the project?**

We sincerely believe that the project has brought and kept ACS "at the table." In spite of numerous challenges, the ASPI has continued its partnerships at the state and Divisonal levels and nurtured collaborations between SPIs and the ACS as was described above. In June 2004, an ACS/ASPI Field Council was formed to provide a vehicle for continued communication and collaboration among state and Divisional ACS staff who had made pain management a priority in their work in spite of the lack of leadership from the National Home Office. While the Field Advisory Council is no longer operative, it did hold regular conference calls and face-to-face meetings in 2005 and 2006. We were told that the Council gave ACS staff with a passion for the pain issue a sorely lacking forum for collegiality. The Council created opportunities for the ACS staff to connect not only with each other, but also with the those involved with state pain initiatives. One ACS staff member told us: "together, we worked through the best mechanisms for how to garner more support for the issue from within ACS, and we DID IT! I can't tell you the number of times in the past six years that I left national ACS meetings heartsick and discouraged believing that ACS national would just never get how important this issue is. Because of the Alliance and its support of the Field Advisory Council, pain is not only on the radar screen, it may become a national metric. While it seems that the scorecard is the sole focus and, honestly, for a while it will be, we have our foot in the door and are certain this will eventually spread to include all the factors important to improving pain care. We also believe there are many positives for which we need to give the Alliance (and obviously the Robert Wood Johnson Foundation that funded this effort) huge credit.

6

**My simplistic understanding of the grant's intent was to find ways to bring ACS to the table on pain. The Alliance accomplished that in spades.**

6.  **What are the post-grant plans for the project if it does not conclude with the grant?**

ASPI and the State Pain Initiatives will continue to work with ACS at many levels.  We plan in particular to implement model programs that build upon the information that emerges from the PPSG's analysis of state laws and regulations.  The NGRD has indicated its interest in working with us to ensure we use the knowledge obtained to influence clinical practice.  Our ability to continue a productive collaboration with ACS at any level will be dependent on our ability to generate funding to support our efforts.  We can not generate any concrete plans unless we can identify a resource base.

7.  **With a perspective on the entire project, what have been its key publications and national/regional communications activities? Did the project meet its communications goals?**

The key publications for the project are the monthly electronic newsletter and website.  The ASPI's E-Newsletter is distributed to 1,009 State Pain Initiative participants, and leaders in health care practice, policy and research, including 47 American Cancer Society national office staff and division leaders who were added to the recipient list during the life of the grant.  Visits to the project's website nearly doubled from an average of 6,775 visits per month in the first year of the grant, to an average of 12,660 visits per month during the final year of the grant period.

7

MDL_RWJF_0000012

Route 1 & College Road East PO Box 2316
Princeton  New Jersey 08543 2316
Tel  877 843 RWJF (7953)
www rwjf org



Robert Wood Johnson Foundation

December 5, 2007

Michael C. Fiore, M D , M P.H.
Professor of Medicine and Director
Department of Medicine/UW-Center for Tobacco Research and Intervention
University of Wisconsin School of Medicine and Public Health
Suite 200
1930 Monroe Street
Madison, WI  53711-2027

Dear Dr  Fiore.

I am writing in reference to your Robert Wood Johnson Foundation grant identified below.

| | |
|---|---|
| I D.: | 048283 - Addressing Tobacco in Health Care |
| Amount. | $400,000 |
| Purpose. | Network to sustain and expand tobacco-related health care policy and systems change |
| Project Information: | Grant Period. August 1, 2005 through July 31, 2008 |
| | Project Director. Michael C  Fiore, M.D., M.P.H., 608-262-7539 (mcf@ctri.medicine wisc edu) |

We are unable to accept your financial report for the period February 1, 2007 - July 31, 2007.   In a letter from us dated June 22, 2007 we approved your budget revision request for the above mentioned period in the amount of $164,438  It appears that you are reporting on your original budget instead of the revised one   Please resubmit your annual financial report on your current approved budget.

If you need further assistance, please contact me at 609-627-7533

Sincerely,

Fran G  Ferrara
Grants Administrator

FGF : fgf
Enclosure

cc  Robert C. Andresen
    Tracy Orleans, Ph D.



# THE UNIVERSITY
*of*
# WISCONSIN
### M A D I S O N

## OFFICE OF RESEARCH AND SPONSORED PROGRAMS

October 24, 2007

Karen O. Rowden
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O. Box 2316
Princeton, N J 08543-2316

**RECEIVED by:**

**OCT 3 1 2007**

In reply, please refer to UW Acct No. 133-HJ50

RE: Grant # 048283

Dear Ms. Rowden,

Enclosed is the annual financial report on the above-referenced grant for Year 2, August 1, 2006 through July 31, 2007, under the direction of Michael C. Fiore at the University of Wisconsin-Madison.

Thank you for your support of this project. If you have any questions regarding this report, please contact me at (608) 262-6951.

Sincerely,

*Amy L Wilson*

Amy L. Wilson
Accountant

Enclosure
Cc: Fiore, Michael – CTRI
    Keller, Paula – CTRI
    Medical School Fiscal Services
    File

---

21 N. Park Street, Suite 6401
Madison, WI 53715-1218

Phone 608/262-3822
Fax 608/262-5111
http://www.rsp.wisc.edu

MDL_RWJF_0000012

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701  Fax (609) 627-6416

| 048283 Network to sustain and expand tobacco-related health care policy and system change | Project Director. | Michael C  Fiore |
|---|---|---|
| University of Wisconsin School of Medicine & Public Health | Financial Officer: | Robert C  Andresen |
| Budget Period: 08/01/2005 to 07/31/2006 | Program Officer: | C  Tracy Orleans |
| Project Period:  08/01/2005  to 07/31/2007 | Senior Officer: | Anne F  Weiss |
| | Grants Administrator: | Karen O  Rowden |
| | Grants Admin. Assistant | Lola Johnston-Domer |
| | Communications Officer | Paul Tarini |

Budget for Period: 2        Reporting Periods: 1 to 1

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 08/06 - 01/07 | Period 2 02/07-07/07 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Program Co-Director | 26,955 | 13,315 38 | 13,588 46 | 26,903 84 | 51 16 |
| Deputy Director | 16,020 | 1,649 70 | 5,035 80 | 6 685 50 | 9,334 50 |
| Admin  Asst | 6,886 | 2,513 00 | 2,710 06 | 5,223 06 | 1,662 94 |
| Fringe Benefits | 17,849 | 6,494 28 | 7,942 88 | 14,437 16 | 3,411 84 |
| **Personnel TOTAL** | **67,710** | **23,972.36** | **29,277.20** | **53,249.56** | **14,460.44** |
| | | | | | |
| **OTHER DIRECT COSTS** | | | | | |
| Office Operations | | | | | |
| *Supplies* | 2,445 | 446 13 | 762 79 | 1,208 92 | 1,236 08 |
| *Duplicating/Printing* | 500 | 617 44 | 152 00 | 769 44 | (269 44) |
| *Telephone* | 2,400 | 1,069 97 | 480 55 | 1,550 52 | 849 48 |
| *Postage* | 1,200 | 319 06 | 523 97 | 843 03 | 356 97 |
| *Software* | 1,600 | - | 254 62 | 254 62 | 1,345 38 |
| *Staff Training* | 1,500 | - | - | - | 1,500 00 |
| Travel | 19,040 | 3,149 42 | 9,612 41 | 12,761 83 | 6,278 17 |
| Meeting Expenses | 11,498 | 130 00 | 2,411 74 | 2,541 74 | 8,956 26 |
| Equipment | 2,640 | - | 2,029 67 | 2,029 67 | 610 33 |
| Project Space | 2 241 | 2,130 00 | - | 2,130 00 | 111 00 |
| Other | 1,000 | - | - | - | 1,000 00 |
| Website Hosting | 1,935 | 363 00 | 363 00 | 726 00 | 1,209 00 |
| **Other Direct TOTAL** | **47,999** | **8,225.02** | **16,590.75** | **24,815.77** | **23,183.23** |
| | | | | | |
| **CONSULTANTS** | | | | | |
| *Honoraria* | 3,500 | - | 2 500 | 2 500 00 | 1,000 00 |
| *SRNT Prize* | 1,000 | - | - | - | 1,000 00 |
| **CONTRACTS** | | | | | |
| Consultants - University of Illinois | 69,009 | 33,792 37 | 16,089 69 | 49,882 06 | 19,126 94 |
| **Purchased Services TOTAL** | **73,509** | **33,792.37** | **18,589.69** | **49,882.06** | **21,126.94** |
| | | | | | |
| **INDIRECT COSTS** | 12,618 | 3,911 53 | 4,685 80 | 8,597 33 | 4,020 67 |
| Indirect Costs Total | 12,618 | 3,911.53 | 4,685.80 | 8,597.33 | 4,020.67 |
| **Grand Total** | **201,836** | **69,901.28** | **69,143.44** | **136,544.72** | **62,791.28** |

Robert C  Andresen
Assistant Director

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www.rwjf.org



Robert Wood Johnson Foundation

February 14, 2007

June L. Dahl, Ph D
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI  53706-1510

Dear Dr. Dahl

I am writing in reference to your Robert Wood Johnson Foundation grant.  We have received your annual narrative report for the grant identified below   We look forward to receiving your annual financial report by February 28, 2007

| | |
|---|---|
| I.D.. | 048204 |
| Amount | $183,680 |
| Purpose. | Making pain relief a reality for cancer patients |
| Project Information | Grant Period: December 1, 2003 through March 31, 2007 |
| | Project Director. June L  Dahl, Ph D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

A copy of this report has been forwarded to your program officer, who will contact you directly with any questions or comments

If you need further assistance, please contact me at 609-627-7533

Sincerely,

Fran G  Ferrara
Grants Administrator

FGF  fgf
cc. Robert C. Andresen
    Michelle A. Larkin, R N., M.S.

January 31, 2007

ANNUAL NARRATIVE REPORT YEAR THREE

MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY WITH THE
AMERICAN CANCER SOCIETY

**Grant ID # 048204**

**December 1, 2005 – November 30, 2006**
**Total Award: $183,680**

**Goal of Project:**

The goal of this project is to continue to promote improvements in caner pain management
through collaborations between the Alliance of State Pain Initiatives (formerly the
American Alliance of Cancer Pain Initiatives) and the American Cancer Society.

**Principal Investigator:**

June L. Dahl, PhD
University of Wisconsin-Madison
1300 University Ave, Room 4720
Madison, WI  53706
(608)265-4012
jldahl@wisc.edu

MDL_RWJF_0000012

**1)** ***What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?***

*Goal:* Expand collaborations between the Alliance of State Pain Initiatives (ASPI), the State Pain Initiatives (SPIs) and the American Cancer Society (ACS) at the National, State and Divisional levels.

- Provided consultation, site visits, presentations, resources and a variety of services to at least 20 states that are under the "umbrella" of several different Divisions of the ACS.
- Facilitated several conference calls and a face-to-face meeting of the members of the ACS/ASPI National Pain Field Council at the National Meeting of State Pain Initiatives held in Phoenix, AZ in June 2006. This Council was created in 2004 to 1) enhance communication between and among the ASPI, SPIs, and various components of the ACS, 2) support the development and expansion of SPIs, 3) provide pain-related resources for Divisions, 4) create templates for programs and other activities that could be used by the various SPIs and Divisions, 5) work with the National Home Office of the ACS and the ASPI to identify needs, problem solve and assist to secure funding for programs/activities.
- Facilitated attendance of ACS staff and volunteers at the National Meeting in June 2006.

*Goal:* Continue to provide consultation to states and Divisions that are dealing with legislative and regulatory challenges. ASPI staff provided consultation and reviewed drafts of laws and regulations from at least 20 states.

- Represented the ASPI at a meeting of the New York Pain Initiative and the Eastern Division of the ACS with the Director of the NY Bureau of Narcotics to discuss the State's new Prescription Monitoring Program (PMP). That PMP went into effect on April 19, 2006; this new law provides a basis for advocacy efforts to reduce the fear of regulatory scrutiny that has been documented to have a chilling effect on the prescribing of opioids for pain control in that state.

- Participated with the ACS Texas Pain Initiative in the planning and implementation of the Texas Pain Summit in August 2006 and in the development of surveys to assess the knowledge and attitudes of health care professionals and the public. ASPI staff also assisted with development of a summary of the recommendations that emerged from deliberations at the Summit that brought together key individuals and organizations to address the documented barriers to effective pain control in that state.

- Provided guidance to the efforts of the ACS to promote pain management legislation in the State of Montana.

- Supported attendance of four ACS staff to attend the ASPI Advocacy Training and three ACS staff to attend a Fund Raising Training program.

*Goal:* Continue to work strategically with the National Home Office (NHO) of the ACS to assure that pain management remains a core component of the mission and activities of the ACS.

Staff reassignments and resignations continue to create challenges. As is discussed below, the focus on pain appears to have shifted from NHO to the National Government Relations Department (NGRD). Reflective of that shift is the fact that the Director of the NGRD and a colleague spent a day at the national office of the ASPI in November discussing ways to facilitate accomplishment of our common goals and made plans for ASPI staff to spend a day at the NGRD office in Washington in December.

2) *What, if any, proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.*

We have not been successful in reaching certain of the goals articulated in the Strategic Plan developed in collaboration with the NHO in 2002.  A major unachieved goal is to assure that pain and palliative care are specifically contained in the strategic plans of each of the Divisions of the ACS.  We have yet to be assured that every ACS staff member and volunteer has been given basic information about pain and palliative care so that they understand that unrelieved pain is still a major problem among cancer survivors and that their pain can be managed effectively.

3) *Is there anything else you want to tell RWJF?*

The National Pain Field Council changed its focus after the meeting in June 2006 and has now become a vehicle for communication among staff of ACS Divisions that are supporting the programs of state pain initiatives.  Even though the Field Council's activities have been redirected, the Council served an important role: it gave ACS staff with a passion for pain a sorely needed forum for collegial interactions.  The Council created opportunities for the staff to connect with each other as ACS does not have mechanisms for regular staff communications.  Of course, the Council also brought ACS staff together with staff from the ASPI and in fact garnered enough support for the issue within ACS so that pain is not only on the ACS radar screen, but is a national metric.

During this period there was also a reorganization of priorities in the National Government Relations Department (NGRD).  As a result ACS partnered with the Lance Armstrong Foundation and the Susan G. Komen Foundation to provide support for continued publication of the Pain Policy Report Card by the Pain & Policy Studies Group.  The NGRD has made improvement of state's grades on that Report Card the major focus of its efforts. Not surprisingly, there have been increased requests for assistance from the national office of the ASPI as states work to develop approaches to improving their grades.

4) *What was produced in the reporting period?*

There have been no publications during this reporting period.

Route 1 & College Road East PO Box 2316
Princeton, New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www rwjf org



$\dfrac{1}{4}$

Robert Wood Johnson Foundation

December 1, 2006

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI  53706-1510

Dear Dr. Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant identified below.

| | |
|---|---|
| I.D | 048204 |
| Amount: | $183,680 |
| Purpose. | Making pain relief a reality for cancer patients |
| Project Information. | Grant Period: December 1, 2003 through March 31, 2007 |
| | Project Director  June L Dahl, Ph D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

We have reviewed and approved your extension request for the period December 1, 2006, through March 31, 2007.  Enclosed is a copy of your financial reporting form with your approved budget of $12,074 for use when reporting expenditures.  We have also revised your year three budget to reflect $21,522.

Your annual financial and narrative reports will now be due on December 31, 2006.  Your final financial and narrative reports are due on April 30, 2007.

If you need further assistance, please contact me at 609-627-7574.

Sincerely,

Karen O Rowden
Grants Administrator

KOR . kor
Enclosure

cc. Robert C Andresen
    Michelle A Larkin, R N , M S

**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

---

**048204** Making pain relief a reality for cancer patients

**University of Wisconsin School of Medicine and Public Health**
Budget Period: 12/01/2005 to 11/30/2006
Project Period: 12/01/2003 to 03/31/2007

Budget for Period: 3    **Reporting Periods: 1 to 1**
Revised: 12/08/2006 Lola Johnston-Domer

| | | |
|---|---|---|
| **Project Director :** | June L Dahl | 608-262-0978 |
| **Financial Officer:** | Robert C Andresen | 608-262-2896 |
| **Program Officer:** | Michelle A Larkin | |
| **Senior Officer:** | Rosemary Gibson | |
| **Grants Administrator:** | Karen O Rowden | |
| **Grants Administrative Assistant:** | Lola Johnston-Domer | |
| **Communications Officer:** | Paul Tarini | |

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/05-11/06 |
|---|---|---|
| **PERSONNEL** | | |
| Principal Investigator | 3,846 | |
| Init/ACS Coordinator | 7,737 | |
| Grant Manager | 3,100 | |
| Student Assistant | 2,217 | |
| **PERSONNEL TOTAL** | **16,900** | |
| | | |
| **OFFICE OPERATIONS** | 993 | |
| **OFFICE OPERATIONS TOTAL** | **993** | |
| | | |
| **TRAVEL** | 1,851 | |
| **TRAVEL TOTAL** | **1,851** | |
| | | |
| **INDIRECT COSTS** | 1,778 | |
| **INDIRECT COSTS TOTAL** | **1,778** | |
| **Grand Total** | **21,522** | |

12/8/2006 - 10 54 36AM budget

MDL_RWJF_0000012

# BUDGET REVISION & REQUEST FOR EXTENSION

## DECEMBER 1, 2006– MARCH 31, 2005

### For

# MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

## GRANT #048204

A proposal to the Robert Wood Johnson Foundation

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the *Alliance of State Pain Initiatives*
(Formerly the *American Alliance of Cancer Pain Initiatives*)

The University of Wisconsin School of Medicine and Public Health

Madison, WI

November 2006

MDL_RWJF_0000012

# TABLE OF CONTENTS

**Line Item Budget Revision Proposal-Year Three** _____ 3

**Budget Narrative** _____ 4

**I. PERSONNEL** _____ 4

**II. OTHER DIRECT COSTS** _____ 5

Office Operations: _____ 5

Travel _____ 5

**III. INDIRECT COSTS** _____ 5

**Line Item Budget -Year Four Proposal** _____ 6

**I. PERSONNEL** _____ 6

**II. OTHER DIRECT COSTS** _____ 7

Office Operations: _____ 7

Travel _____ 7

**III. INDIRECT COSTS** _____ 7

MDL_RWJF_0000012

## The Robert Wood Johnson Foundation
## Line Item Budget Revision Proposal-Year Three
December 1, 2005– November 30, 2006

| | | | Approved Budget | Requested Revision | Proposed Budget | Expenses to date (10/31/06) |
|---|---|---|---|---|---|---|
| **I. Personnel** | | | | | | |
| Name | Position | % Time | | | | |
| June Dahl | Principal Investigator* | 2.5% | $4,517 | ($671) | $3,846 | $3,077 |
| Ronna Popkin | Init/ACS Coordinator* | 10% | $7,644 | $93 | $7,737 | $6,783 |
| Marty Skemp Brown | Grant Manager* | 5% | $3,367 | ($267) | $3,100 | $2,814 |
| TBA | Student Assistant** | 20% | $3,246 | ($1,029) | $2,217 | $2,217 |
| Fringe benefits 35%*, 2%** | | | | | | |
| | | Subtotal | $18,774 | ($1,874) | $16,900 | $14,891 |
| **II. Other Direct Costs** | | | | | | |
| **Office Operations** | | | | | | |
| | Supplies | | $500 | ($107) | $393 | $393 |
| | Telephone | | $1,000 | ($861) | $139 | $139 |
| | Postage | | $500 | ($477) | $23 | $23 |
| | Service Agreements | | $2,500 | ($2,062) | $438 | $438 |
| | | | $4,500 | ($3,507) | $993 | $993 |
| **Travel** | | | $7,546 | ($5,695) | $1,851 | $1,851 |
| **V. Indirect Costs (9%)** | | | $2,775 | ($997) | $1,778 | $1,482 |
| **TOTAL REVISED YEAR THREE** | | | $33,595 | ($12,073) | $21,522 | $19,217 |

7KOD
11/30/06

3

MDL_RWJF_0000012

**Budget Narrative**

Grant Period: (from 12/01/2003 to 11/30/2006)
Budget Period: (from 12/01/2006 to 11/30/2007)

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 2.5%
Dr. Dahl will oversaw the design and implementation of the major components of the proposal.  She provided regular consultation to other members of the Project Team as they developed and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions.

Initiatives/ACS Coordinator, Ronna Popkin, MA, 10%
In conjunction with Debra True, the new Director of the ASPI, Ms. Popkin worked with the ACS Divisions to build relationships with Initiative leaders.

Grant Manager, Mary Skemp Brown, MBA 5%
The Grant Manager worked directly with all project team members to assure that project goals are being met. Team members report their progress to Ms. Skemp Brown, who in turn produces viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for all annual reports and the final grant report and budget report to the Foundation.

Student Assistant, Tom Wilson
Mr. Wilson assisted with projects related to the ACS/ASPI collaboration including web updates and conference call set-up.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. The fringe rate increased from 34% to 35% as of July 1, 2006.

| Title | Salary | Fringe Rate | Fringes |
|-------|--------|-------------|---------|
| Principal Investigator | $2,849 | 34/35% | $997 |
| Init/ACS Coordinator | $5,748 | 34/35% | $1,990 |
| Grant Manager | $2,305 | 34/35% | $794 |
| Student Assistant | $2,174 | 2% | $44 |
|  | Total Fringe |  | $3,825 |

4

MDL_RWJF_0000012

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – The approved supply budget was $500.  We have spent a total of $393 on general office supplies in Year Three. We request the remaining $107 be carried over to Year Four personnel.

*Telephone* – The approved a telephone budget was $1,000 to cover the cost of 2 line rentals and long-distance charges. We spent a total of $139 as the majority of phone costs were covered by other sources. We request the remaining $861 be carried over to Year Four personnel.

*Postage* – The approved postage budget is $500 to cover the cost of mailing things to ACS/ASPI Pain Field Council members and ACS contacts.  We spent a total of $23 (as most Field Council communications were conducted via conference calls) and request the remaining $477 be carried over to Year Four personnel.

*Service Agreements* – The approved service budget was $2,500 to cover the maintenance contract on our photocopier. Copier maintenance was covered by other sources; however we spent $438 on computer maintenance for the Initiatives Coordinator. We request the remaining $2,062 be carried over to Year Four personnel.

**Travel**

The approved travel budget was $7,546. We spent a total of $1,851 on: travel for three ACS Field Council members (N. Miller, K. Thomson, and A. Goldstein) to attend the Field Council and Annual Meeting in June 2006, food for the Field Council Meeting, and travel for two ASPI staff to attend the ACS Government Relations meeting in Washington, DC in December. Of the remaining $5,695, we request $233 be carried over to Year Four supplies, $1,000 to be carried over to Year Four travel, and $4,462 be carried over to Year Four personnel.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a projected Year Three total of $1,778.

MDL_RWJF_0000012

## The Robert Wood Johnson Foundation
## Line Item Budget -Year Four Proposal
### December 1, 2006– March 31, 2007 (4 months)

**I. Personnel**

| Name | Position | % Time | Proposed Budget |
|---|---|---|---|
| June Dahl | Principal Investigator | 10% | $4,615 |
| Debra Treu | Director | 15% | $4,070 |
| Marty Skemp Brown | Grant Manager | 5% | $1,158 |
| Fringe benefits 35% | | **Subtotal** | **$9,843** |

**II. Other Direct Costs**
**Office Operations**

| | |
|---|---|
| *Supplies* | **$233** |

| | |
|---|---|
| **Travel** | **$1,000** |

| | |
|---|---|
| **V. Indirect Costs (9%)** | **$997** |

| | |
|---|---|
| **TOTAL YEAR FOUR** | **$12,073** |

4 KOR
11/30/06

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 10%
Dr. Dahl will continue to oversee the implementation of the major components of the grant as well as work with the Director to produce strategies for continuing collaboration with the ACS Divisions, National Home Office and Government Relations department.

Director, Debra Treu, MBA 15%
As the new Director of the ASPI, Ms. Treu will evaluate the history of the collaboration with the ACS and work with Dr. Dahl and staff to produce a viable plan for continuing collaboration with the ACS Divisions, National Home Office and Government Relations department.

Grant Manager, Mary Skemp Brown, MBA 5%
The Grant Manager works directly with all project team members to assure that project goals are being met. Team members report their progress to Ms. Skemp Brown, who in turn produces viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for all annual reports and the final grant report and budget report to the Foundation.

6

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration. The fringe rate increased from 34% to 35% as of July 1, 2006.

| Title | Salary | Fringe Rate | Fringes |
|-------|--------|-------------|---------|
| Principal Investigator | $3,419 | 35% | $1,197 |
| Director | $3,015 | 35% | $1,055 |
| Grant Manager | $858 | 35% | $300 |
| | Total Fringe | | $2,552 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – We request $233 for general office supplies in Year Four.

**Travel**

We request $1,000 toward the cost of ASPI staff travel to the ACS Government Relations planning meeting in December 2006.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a projected Year Three total of $997.

MDL_RWJF_0000012

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel  877 843 RWJF (7953)
www rwjf org



Robert Wood Johnson Foundation

March 21, 2006

June L  Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI  53706-1510

Dear Dr. Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant.  We have received your annual financial and narrative reports for the grant identified below   Because of the amount of your cash balance, a payment will not be issued at this time

| | |
|---|---|
| I.D. | 048204 |
| Amount: | $183,680 |
| Purpose: | Making pain relief a reality for cancer patients |
| Project Dates: | December 1, 2003 through November 30, 2006 |
| | Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

A copy of the narrative report has been forwarded to your program officer, who will contact you directly with any questions or comments.

In reviewing your annual financial report, we note that cumulative expenditures as of November 30, 2005, have been $150,084.  The Foundation has made payments to date totaling $165,312, leaving you a cash balance of $15,228.

After reviewing your proposed Year 3 budget revision request, we are approving your budget for the period December 1, 2005 through November 30, 2006.  Enclosed is a revised financial reporting form reflecting your approved budget of $33,595.  This form should be used when reporting expenditures for this period.

If you need further assistance, please contact me at 609-627-7695.

Sincerely,

Betty A. Dixon

Betty A. Dixon
Grants Administrator

BAD : bad
Enclosure
cc: Robert Andersen
    Michelle A. Larkin, R.N., M.S.

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

**048204** Making pain relief a reality for cancer patients

**University of Wisconsin School of Medicine and Public Health**
**Budget Period:** 12/01/2005 to 11/30/2006
**Project Period:** 12/01/2003 to 11/30/2006

**Budget for Period:** 3

| | | |
|---|---|---|
| **Project Director :** | June L  Dahl | 608-262-0978 |
| **Financial Officer:** | Robert Andersen | 608-262-2896 |
| **Program Officer:** | Michelle A  Larkin | |
| **Senior Officer:** | Rosemary Gibson | |
| **Grants Administrator:** | Betty A  Dixon | |
| **Grants Administrative Assistant:** | Marybeth Tamayo | |
| **Communications Officer:** | Paul Tarini | |

EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/05-05/06 | Period 2 06/06-11/06 | |
|---|---|---|---|---|
| **PERSONNEL** | | | | |
| Principal Investigator | 4,517 | | | |
| Init/ACS Coordinator | 7,644 | | | |
| Grant Manager | 3,367 | | | |
| Student Assistant | 3,246 | | | |
| **PERSONNEL TOTAL** | **18,774** | | | |
| **OFFICE OPERATIONS** | 4,500 | | | |
| **OFFICE OPERATIONS TOTAL** | **4,500** | | | |
| **TRAVEL** | 7,546 | | | |
| **TRAVEL TOTAL** | **7,546** | | | |
| **INDIRECT COSTS** | 2,775 | | | |
| **INDIRECT COSTS TOTAL** | **2,775** | | | |
| **Grand Total** | **33,595** | | | |

3/21/2006 -  1 31 48PM budget

MDL_RWJF_0000012

**Dixon, Betty**

| | |
|---|---|
| **From:** | Larkin, Michelle |
| **Sent:** | Monday, March 20, 2006 4 05 PM |
| **To:** | Dixon, Betty |
| **Subject:** | RE  048204 | Making pain relief a reality for cancer patients - Budget Revision Univ of Wisconsin-Madison |

that works for me

**From:** Dixon, Betty
**Sent:** Monday, March 20, 2006 3:49 PM
**To:** Larkin, Michelle
**Subject:** 048204 | Making pain relief a reality for cancer patients - Budget Revision Univ of Wisconsin-Madison

Michelle,

The grantee has requested to increase their Year 3 (final) budget by $6,275 in order to support a TBA Student Assistant ($3,246) and Travel expenses (increase of $2,510) for a Winter meeting of the ACS/AACPI Pain Field Council and ACS stakeholders and a Pain Field Council meeting in conjuction with the Annual meeting of the AACPI in June 2006.

Please let me know if this is okay with you.  I know that these are small changes but I do not feel comfortable approving these expenses because this program was monitored by another GA for almost 2 years prior to my coming on board.

Thanks,

Betty

3/20/2006

## The Robert Wood Johnson Foundation
## Line Item Budget -Year Three Proposal

December 1, 2005– November 30, 2006

**I. Personnel**

| Name | Position | % Time | Approved Budget | Requested Revision | Proposed Budget |
|---|---|---|---|---|---|
| June Dahl | Principal Investigator* | 2.5% | $4,517 | $0 | $4,517 |
| TBA | Init/ACS Coordinator* | 10% | $7,644 | $0 | $7,644 |
| Marty Skemp Brown | Grant Manager* | 5% | $3,367 | $0 | $3,367 |
| TBA | Student Assistant** | 20% | $0 | $3,246 | $3,246 |

Fringe benefits 34%*; 2%**
Salaries reflect an 2% increase as of 7/1/06

| | **Subtotal** | | **$15,528** | **$3,246** | **$18,774** |
|---|---|---|---|---|---|

**II. Other Direct Costs**
**Office Operations**

| | Approved Budget | Requested Revision | Proposed Budget |
|---|---|---|---|
| Supplies | $500 | $0 | $500 |
| Telephone | $1,000 | $0 | $1,000 |
| Postage | $500 | $0 | $500 |
| Service Agreements | $2,500 | $0 | $2,500 |
| | **$4,500** | **$0** | **$4,500** |

| | Approved Budget | Requested Revision | Proposed Budget |
|---|---|---|---|
| **Travel** | **$5,036** | **$2,510** | **$7,546** |
| **V. Indirect Costs** | **$2,256** | **$519** | **$2,775** |
| **TOTAL YEAR THREE** | **$27,320** | **$6,275** | **$33,595** ✓ |

BAD
3/20/06

MDL_RWJF_0000012

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – The approved supply budget is $500.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Telephone* – The approved a telephone budget is $1,000 to cover the cost of 2 line rentals and long-distance charges.

*Postage* – The approved postage budget is $500 to cover the cost of mailing things to ACS/AACPI Pain Field Council members and ACS contacts.

*Service Agreements* – The approved service budget is $2,500 to cover the maintenance contract on our photocopier.

**Travel**

We request $5,036 for travel expenses for a Winter meeting of the ACS/AACPI Pain Field Council and ACS stakeholders and a Pain Field Council meeting in conjunction with the Annual Meeting of the AACPI in June, 2006.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a projected Year Three total of $2,256.

MDL_RWJF_0000012

## Budget Narrative

Grant Period:  (from 12/01/2003 to 11/30/2006)
Budget Period:  (from 12/01/2005 to 11/30/2006)

## I. PERSONNEL

Year Three salaries reflect a projected annual increase of 2% beginning July 1, 2006.

Principal Investigator, June L. Dahl, PhD, 2.5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 10%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  During site visits Initiatives she will assist with strategic planning and program development.  Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office.

Grant Manager, Mary Skemp Brown, MBA 5%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $3,371 | 34% | $1,146 |
| Init/ACS Coordinator | $5,704 | 34% | $1,940 |
| Grant Manager | $2,513 | 34% | $854 |
| Student Assistant | $3,182 | 2% | $67 |
| | Total Fringe | | $4,007 |

7

MDL_RWJF_0000012

**OFFICE OF**
# RESEARCH AND SPONSORED PROGRAMS
**University of Wisconsin-Madison**

750 University Avenue, Madison, WI 53706 Phone (608)262-3822 Fax (608)262-5111

January 27, 2006


RECEIVED by:
FEB - 6 2006

Betty Dixon
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P.O. Box 2316
Princeton, N.J     08543-2316

In reply, please refer
to 133-GB69

RE:  Grant # 048204

Dear Ms. Dixon:

Enclosed is the annual financial report on the above-referenced grant for Year 1, for the period of June 1, 2005 through November 30, 2005, under the direction of June L. Dahl at the University of Wisconsin-Madison.

Thank you for your support of this project. If you have any questions regarding this report, please contact me at (608) 262-9029.

Sincerely,

Wendy Jensen

Wendy Jensen
Accountant

Enclosure
cc:     Dahl, June L. – Pharmacology
        Skemp, Marty – Pharmacology
        Medical School Fiscal Services
        File

---

400 A W  Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http //www rsp wisc edu

MDL_RWJF_0000012

Case: 1:17-md-02804-DAP Document 2915-1 Filed: 08/15/19 38 of 182. PageID #: 395417

12/20/2005

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

| | |
|---|---|
| 048204 | |
| **UW Account #133-GB69** | |
| Making pain relief a reality for cancer patients | |
| **University of Wisconsin School of Medicine and Public Health** | |
| **Budget Period:** 12/01/2004-11/30/2005 | |
| **Project Period:** 12/01/2003-11/30/2006 | |

| | | |
|---|---|---|
| Project Director: | June L Dahl | 608-262-0978 |
| Financial Officer: | Robert C Andresen | 608-262-2896 |
| Program Officer: | Michelle A Larkin | |
| Senior Officer: | Rosemary Gibson | |
| Grants Administrator: | Betty A Dixon | |
| Communications Officer: | Paul Tarini | |
| Grants Administrative Assistant: | Marybeth Tamayo | |

**Budget for Period: 2**
**Revised:** 11/09/2005 Marybeth Tamayo

## EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/04-05/05 | Period 2 06/05-11/05 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 1,817 00 | 1,453 00 | 363.29 | 1,816 29 | 0.71 |
| Media/PR Director | 5,529.00 | 5,529.00 | - | 5,529 00 | - |
| Init/ACS Coordinator | 36,080 00 | 17,213.00 | 16,898 44 | 34,111 44 | 1,968 56 |
| Grant Manager | 8,237 00 | 3,250 00 | 4,986 93 | 8,236 93 | 0 07 |
| Student Assistant | 5,425.00 | 1,583 00 | 2,565 08 | 4,148 08 | 1,276 92 |
| **PERSONNEL TOTAL** | **57,088.00** | **29,028.00** | **24,813.74** | **53,841.74** | **3,246.26** |
| | | | | | |
| **OFFICE OPERATIONS** | | | | | |
| Supplies | 76 00 | 76 00 | 4 28 | 80 28 | (4 28) |
| Telephone | 500.00 | 204 00 | 650 60 | 854 60 | (354 60) |
| Postage | 75.00 | 40 00 | 31 17 | 71.17 | 3.83 |
| **OFFICE OPERATIONS TOTAL** | **651.00** | **320.00** | **686.05** | **1,006.05** | **(355.05)** |
| | | | | | |
| **TRAVEL** | 4,000 00 | 1,135.00 | - | 1,135 00 | 2,865.00 |
| **TRAVEL TOTAL** | **4,000.00** | **1,135.00** | **-** | **1,135.00** | **2,865.00** |
| | | | | | |
| **INDIRECT COSTS** | 5,557.00 | 2,743 00 | 2,294.98 | 5,037.98 | 519 02 |
| **INDIRECT COSTS TOTAL** | **5,557.00** | **2,743.00** | **2,294.98** | **5,037.98** | **519.02** |
| **Grand Total** | **67,296.00** | **33,226.00** | **27,794.77** | **61,020.77** | **6,275.23** |

3/14/06

for *Barbara J. Keenan*
**Robert C. Andresen**
**Administrative Officer**

MDL_RWJF_0000012



**UNIVERSITY OF**
**WISCONSIN–MADISON**
## MEDICAL SCHOOL

March 1, 2006

Betty Dixon
Grants Administrator
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Re: RWJF Grant #048204

Dear Ms. Dixon,

Enclosed please find the year two annual narrative and budget report for the grant, *Making Pain Relief a Reality Through Visibility and Partnership with the American Cancer Society*

We would like to thank The Robert Wood Johnson Foundation for its continued support of our efforts to improve pain management through the work of the State Cancer Pain Initiatives.

If you have any questions regarding this report, please contact Marty Skemp Brown at mmskemp@wisc.edu or (608) 265-9173.

Sincerely,

June L. Dahl, PhD
Principal Investigator


Cc:  Janice H. Heisz-Kalvin, RSP
      Michelle A. Larkin, RN, MS

---

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014



UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL

March 1, 2006

# ANNUAL NARRATIVE REPORT YEAR TWO

# MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY WITH THE AMERICAN CANCER SOCIETY

**Grant ID # 048204**

**December 1, 2004 – November 30, 2005**
**Total Award: $183,680**



**Goal of Project:**

The goal of this project is to continue to promote improvements in caner pain management through collaborations between the American Alliance of Cancer Pain Initiatives and the American Cancer Society.

**Principal Investigator:**

**June L. Dahl, PhD**
**University of Wisconsin-Madison**
**1300 University Ave, Room 4720**
**Madison, WI  53706**
**(608)265-4012**
**jldahl@wisc.edu**

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

MDL_RWJF_0000012

*1)* ***What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?***

*Goal* Expand collaborations between the American Alliance of Cancer Pain Initiatives (AACPI), the State Pain Initiatives (SPIs) and the American Cancer Society (ACS) at the National, State and Divisional levels.

- Provided consultation, site visits, presentations, resources and a variety of services to 10 Divisions. Seventeen of the 22 Initiatives that responded to a survey in May of 2005 reported that were affiliated with the ACS; 10 of those have a formal affiliation with the ACS; 7 have representatives of ACS on their Boards or Advisory Councils. The American Cancer Society continues to be a critical supporter of the pain initiative movement.
- Facilitated several conference calls and a face-to-face meeting of the members of the ACS/AACPI National Pain Field Council at the National Meeting of State Pain Initiatives held in St Louis, MO in June 2005. This Council was created in 2004 to 1) enhance communication between and among the AACPI, SPIs, and various components of the ACS, 2) support the development and expansion of SPIs, 3) provide pain-related resources for Divisions, 4) create templates for programs and other activities that could be used by the various SPIs and Divisions, 5) work with the National Home Office of the ACS and the AACPI to identify needs, problem solve and assist to secure funding for programs/activities.
- Facilitated attendance of ACS staff and volunteers at the National Meeting in June. Furthermore, twelve ACS Media and Government Relations staff attended an advocacy training session sponsored by the AACPI in late summer 2005. The session provided hands-on training to enhance the skills of pain advocates as they engage the media and policy makers on pain management issues.

*Goal* Continue to provide consultation to states and Divisions that are dealing with legislative and regulatory challenges. AACPI staff provided consultation, reviewed drafts of laws and regulations from approximately 10 Divisions.

- The AACPI also provided contracts in the amounts of $10,000 each to the Texas and Florida Divisions and to the New York State Initiative in the Eastern Division to facilitate activities to foster dialogue and understanding between health care professionals and those states' regulatory and licensing bodies so as to promote positive regulatory climates in those states.
    1) The Florida Pain Initiative (FPI), housed within the Florida Division of the ACS, has established a collaborative, state-wide, broad-based network of organizations to serve as the catalyst for its policy work. The Florida Pain Coalition seeks to create a permanent state task force to foster dialogue and understanding about pain and its management among policy makers, regulators, health care providers and patients. In this way the FPI can articulate a strategic plan to advance appropriate pain policies.

2)  The New York Pain Initiative, with the support of the Eastern Division of the American Cancer Society, is using its new Official Prescription Monitoring Program which goes into effect on April 19, 2006 to educate health care professionals and professional organizations about the new law and to use it as the basis for advocacy efforts to reduce the fear of regulatory scrutiny that has been documented to have a chilling effect on opioid prescribing for pain in the state.

3)  The Texas Pain Initiative, with the strong support of the Texas Division of the American Cancer Society, has organized a Pain Summit for August 2006 to bring together key individuals and organizations to develop a plan of action to address through legislative and regulatory change the documented barriers to effective pain control in that state.

*Goal*  Continue to work strategically with the National Home Office (NHO) of the ACS to assure that pain management remains a core component of the mission and activities of the ACS.

- Terri Ades, MS, PRN-BC, AOCN, Director Quality of Life/Health Promotion Strategy Health Content Products has assumed responsibility for guiding the Field Council in its work.
- Bonnie Teschendorf, PhD, Director, Quality of Life Science and Trends serves as liaison from the NHO to the AACPI and has continued to work to strengthen the commitment of the ACS to pain and palliative care.

**2)  *What, if any, proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.***

We have not been successful in reaching certain of the goals articulated in the Strategic Plan developed in collaboration with the NHO in 2002.  Staff reassignments and resignations have created challenges.  A major unachieved goal is to assure that pain and palliative care are specifically contained in the strategic plans of each of the Divisions of the ACS.  We have yet to be assured that every ACS staff member and volunteer has been given basic information about pain and palliative care so that they understand that unrelieved pain is still a major problem among cancer survivors and that their pain can be managed effectively.

**3)  *Is there anything else you want to tell RWJF?***

The National Government Relations Department (NGRD) has recently focused attention on pain control and other aspects of palliative care.  Policy and advocacy have always been issues with the NGRD, but their recent series of initiatives bodes well for the future. Their actions provide greater assurance that our goals relating to pain and palliative care will remain a major part of the ACS agenda.

**4)  *What was produced in the reporting period?***

Only meeting minutes were produced during this reporting period.



M. Larkin

$\frac{1}{4}$



UNIVERSITY OF
WISCONSIN-MADISON
**MEDICAL SCHOOL**

February 4, 2005

Sophia Kounelias
Grants Administrator
Route One and College Road East
PO Box 2316
Princeton, NJ 08543-2316

RECEIVED
FEB 14 2005
THE R...
JC...

Re: RWJF Grant #048204

Dear Ms. Kounelias,

Enclosed please find the Year One Annual Report for the grant, *Making Pain Relief a Reality Through Visibility and Partnership with the American Cancer Society.*

We would like to thank The Robert Wood Johnson Foundation for its continued support of our efforts to improve pain management through the work of the State Cancer Pain Initiatives.

If you have any questions regarding this report, please contact Marty Skemp Brown at mmskemp@wisc.edu or (608) 265-9173.

Sincerely,

*June L. Dahl*

June L. Dahl, PhD
Principal Investigator

Cc: Janice H. Heisz-Kalvin, RSP
    Michelle A. Larkin, RN, MS

Department of Pharmacology

MDL_RWJF_0000012



**UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL**

# FEBRUARY 2, 2005

## ANNUAL NARRATIVE REPORT – YEAR ONE
December 1, 2003 – November 30, 2004

### MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

GRANT # 048204
TOTAL AWARD: $183,680

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI  53706
(608) 265-4014

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

MDL_RWJF_0000012

**1.What measurable goals did you set for this project, and what indicators are you using to measure your performance?  To what extent has your project achieved these goals and levels of performance to date?**

*Goal: Expansion of Collaborations at the State and Divisional Level*
    *1) Continue ACS Liaison Services.*
- Provided consultation, site visits, presentations, resources and services to 13 ACS Divisions.  ACS now houses 16 pain initiatives and actively collaborates with 16 other initiatives.

    *2) More effectively utilize existing web sites and electronic newsletters.*
- As a result of the work of the Advisory Field Council which is described below, there is now a pain page on the ACS web site. The web page links to the AACPI website and to the websites of several State Pain Initiatives.
- Seventeen ACS National Home Office (NHO) staff as well as division staff now receive the AACPI's monthly e-newsletter.

    *3) Work with ACS' National Government Relations staff on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer.*
- The AACPI provided assistance to the ACS National Government Relations (NGR) staff during their development of the "Cancer Pain Management Advocacy Toolkit."  The Toolkit provides resources on cancer pain policy issues for ACS government advocacy staff and volunteers.
- ACS Media and Government Relations staff attended an advocacy training session sponsored by the AACPI. The session provided hands-on training to enhance the skills of pain advocates as they engage the media and policy makers on pain management issues.

    *4) Propose to hold two Strategy Meetings to bring together individuals who are part of successful ACS/State Pain Initiative collaborations with persons who have faced challenges in developing such collaborations.*

    Two such meetings have been held:
1. **April 23-24, 2004 in Atlanta, GA.**  This meeting was organized by the AACPI and hosted by the ACS NHO.  Participants included 21 ACS staff who work with a Pain Initiative in their state or division, ten NHO staff, two ACS NGR staff and three AACPI staff.  The major goal was to *Strengthen the ACS/AACPI Partnership to Improve Pain Management*; it provided a venue for ACS staff who are coordinating/supporting a State Pain Initiative, NHO staff and AACPI representatives to: 1) share successes; 2) problem solve challenges; 3) increase knowledge of resources; 4) strategize effective ways to build and sustain partnership efforts; and 5) identify methods to support and encourage other ACS pain management improvement efforts. The formation of the ACS/CPI Pain Advisory Field Council was announced at this meeting. The meeting had an excellent evaluation, 4.8 on a 1-5 scale.
2. **June 17, 2004, New Brunswick, New Jersey. The first meeting of the ACS/AACPI National Pain Field Council**, The Council consists of eight

2

members representing ACS and/or CPIs from states/divisions.  The activities of the Council are coordinated by Mary Bennett (AACPI) and Terri Ades (NHO).  At the June 17th meeting, the Council created two working committees, Communications and Marketing and the Resource and System Integration Committee. Since the initial meeting, the Council has met monthly via conference call. The goals of the Council are to: 1) provide an information link among Pain Initiatives, ACS Divisions, the NHO, and AACPI; 2) develop a mentor program in conjunction with the AACPI to provide support for the staffs of ACS and the CPIs in their efforts to develop/expand State Pain Initiatives and pain improvement activities; 3) provide resources for Divisions on various web sites, e.g., the AACPI internal website, and ultimately on the ACS website; 4) create templates to be utilized by other Divisions/State Pain Initiatives (a deadline of 11/05 has been set for development and distribution); and 5) work with the AACPI and the NHO to encourage the duplication and development of programs (on hold until an ACS staff position is filled).

*Goal: Work strategically with the National Home Office of the ACS to assure that pain management remains a core component of the mission and activities of the ACS.*

- AACPI Advisory Council members and the ACS Liaison advocated for pain to be a priority during the recent National ACS re-prioritization process.  Quality of Life, which includes pain management, was identified as one of the four primary "Leadership Areas."  The leadership at the NHO will determine how this priority is implemented.
- Bonnie Teschendorf, PhD Director, Quality of Life Science and Trends, has been identified by Harmon Erye, MD, as the liaison from the NHO to the AACPI and the Pain Community. The ACS Liaison maintains a working relationship with her and with Jerome W. Yates M.D., M.P.H., National ACS Vice President, Research.
- The National Pain Field Council is progressing in its goals through its work with Terri Ades, MS, APRN-BC, AOCN, Director, Quality of Life/Health Promotion Strategy Health Content Products, NHO.

**2. Briefly describe any proposed activities that were not completed, the reasons they were not completed and your plans for carrying them out.**

There continue to be significant challenges in working with the NHO of the ACS, as primary staff positions have not been filled.  Until positions are filled, we are limited in our ability to accomplish goals related to the NHO.  As positions are filled, Mary Bennett will work to develop relationships and follow up on identified strategies.

3

# ANNUAL NARRATIVE REPORT – YEAR ONE
# LINE ITEM BUDGET AND BUDGET NARRATIVE

## DECEMBER 1, 2003 – NOVEMBER 30, 2004

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

### GRANT # 048204
### TOTAL AWARD: $183,680

MDL_RWJF_0000012

# TABLE OF CONTENTS

**Line Item Budget Summary-Year One**   3

**Budget Narrative**   4

    **I. PERSONNEL**   4

    **II. OTHER DIRECT COSTS**   5
      Office Operations:   5
      Service Agreements:   5
      Equipment Less than $5000   5
      Project Staff Travel.   5

    **III. INDIRECT COSTS**   5

**Line Item Budget Summary-Year Two**   6

**Budget Narrative**   7

    **I. PERSONNEL**   7

    **II. OTHER DIRECT COSTS**   8
      Office Operations:   8
      Service Agreements:   8
      Equipment Less than $5000   8
      Project Staff Travel:   8

    **III. INDIRECT COSTS**   9

MDL_RWJF_0000012

**The Robert Wood Johnson Foundation**
**Line Item Budget Summary-Year One**
December 1, 2003– November 30, 2004

| I. Personnel | | | Approved Budget | Requested Change | Proposed Budget Year 1 |
|---|---|---|---|---|---|
| Name | Position | % Time | | | |
| June Dahl | Principal Investigator* | 5% | $6,522 | ($726) | $5,796 |
| Matt Bromley | Media/PR Director* | 50% | $23,980 | $0 | $23,980 |
| Mary Bennett | Init/ACS Coordinator | 80% | $44,260 | ($3,688) | $40,572 |
| Marty Skemp | Grant Manager | 10% | $0 | $0 | $0 |
| TBA | Project Assistant** | 25% | $0 | $0 | $0 |
| Deb Kavalar | Student Assistant*** | 25% | $2,163 | $1 | $2,164 |
| Fringe benefits 33%*, 18%**, 2 5%*** | | | | | |
| | | **Subtotal** | **$76,925** | **($4,412)** | **72,513** |

**II. Other Direct costs**
**Office Operations**

| | | Approved Budget | Requested Change | Proposed Budget Year 1 |
|---|---|---|---|---|
| | *Supplies* | $0 | $0 | $0 |
| | *Printing* | $0 | $0 | $0 |
| | *Telephone* | $220 | $550 | $770 |
| | *Postage* | $0 | $0 | $0 |
| | *Service Contracts* | $0 | $0 | $0 |
| | | **$220** | **$550** | **$770** |
| **Equipment Less than $5000** | | **$0** | **$0** | **$0** |
| **Travel** | | **$8,000** | **$427** | **$8,427** |
| **V. Indirect Costs** | | **$7,663** | **($309)** | **$7,354** |
| **TOTAL YEAR ONE** | | **$92,808** | **($3,745)** | **$89,063** |

3

MDL_RWJF_0000012

## Budget Narrative

Grant Period:  (from 12/01/2003 to 11/30/2005)
Budget Period:  (from 12/01/2003 to 11/30/2004)

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe benefits, for a total of $5,796 in Year One. We request the remaining $726 be carried over to Year Two personnel.

Media/PR Director, Matthew Bromley, BA, 50%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain.  We request $23,980 to cover 50% of Mr. Bromley's salary and fringe benefits for Year One.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 80%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  During site visits Initiatives she will assist with strategic planning and program development.  Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office. We request $40,572 to cover 80% of Ms. Bennett's salary and fringe benefits in Year One. Of the remaining $3,688, we request $1 be allocated to the student assistant position, $550 be allocated to telephone expenses, $427 be allocated to travel expenses, and $2,710 be carried over to Year Two.

Grant Manager, Marty Skemp Brown, MBA 10%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One.

Deborah Kavalar, Student Assistant, 25%
Ms. Kavalar will work directly with all project staff and assist with day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain

4

MDL_RWJF_0000012

files, and facilitate the development of materials for the educational missions of this proposal. We request $2,164 to cover of Ms. Kavalar's salary and fringe in Year One.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $4,358 | 33.0% | $1,438 |
| Media/PR Director | $18,030 | 33.0% | $5,950 |
| Init/ACS Coordinator | $30,505 | 33.0% | $10,067 |
| Grant Manager | $0 | 33.0% | $0 |
| Student Assistant | $2,111 | 2.5% | $53 |
| | Total Fringe | | $17,508 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – As budgeted, supplies in Year One were covered by other funds.

*Printing* – As budgeted, printing costs were covered by other funds in Year One.

*Telephone* – The budgeted amount for phone/fax in Year One was $220. The actual phone/fax expenses for Year One were $770. We request $550 be allocated from Personnel to cover these expenditures.

*Postage* – As budgeted, postage costs were covered by other funds in Year One.

**Service Agreements:**

The photocopier lease was covered by other funds in Year One.

**Equipment Less than $5000**

No computer upgrades were necessary in this grant period.

**Project Staff Travel:**

A total of $8,427 was spent to send 14 ACS staff and one AACPI staff member to a meeting in Atlanta, GA (see narrative for meeting goals/purpose). In addition, Ms. Bennett went to West Virginia to meet with the WV Pain Initiative and ACS to build collaboration efforts.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $7,345. We request the remaining $309 be carried over to Year Two.

5

MDL_RWJF_0000012

**The Robert Wood Johnson Foundation**
**Line Item Budget Summary-Year Two**
December 1, 2004- November 30, 2005

| I. Personnel Name | Position | % Time | Approved Budget | Requested Changes | Proposed Budget |
|---|---|---|---|---|---|
| June Dahl | Principal Investigator* | 2.5% | $4,414 | $0 | $4,414 |
| Matt Bromley | Media/PR Director* | (4 mos)25% | $5,363 | $0 | $5,363 |
| Mary Bennett | Init/ACS Coordinator | 50% | $37,347 | $0 | $37,347 |
| Marty Skemp | Grant Manager | 15% | $6,580 | $3,290 | $9,870 |
| Deborah Kavalar | Student Assistant | | $0 | $3,425 | $4,780 |
| Fringe benefits 33%* | | | | | |
| Salaries reflect an 3% increase as of 7/1/05 | | **Subtotal** | **$53,704** | **$6,715** | **$60,419** |

**II. Other Direct costs**
**Office Operations**

| | | | | | |
|---|---|---|---|---|---|
| | Supplies | | $3,000 | $0 | $3,000 |
| | Printing | | $1,644 | ($1,000) | $644 |
| | Telephone | | $2,780 | ($1,780) | $1,000 |
| | Postage | | $1,500 | ($500) | $1,000 |
| | Service Contracts | | $2,000 | $0 | $2,000 |
| | | | **$10,924** | **($3,280)** | **$7,644** |

| | Approved Budget | Requested Changes | Proposed Budget |
|---|---|---|---|
| **Equipment Less than $5000** | **$4,000** | **$0** | **$4,000** |
| **Travel** | **$14,740** | **$0** | **$14,740** |
| **V. Indirect Costs** | **$7,503** | **$309** | **$7,812** |
| **TOTAL YEAR TWO** | **$90,871** | **$3,745** | **$94,616** |

6

## Budget Narrative

Grant Period: (from 12/01/2003 to 11/30/2005)
Budget Period: (from 12/01/2004 to 11/30/2005)

## I. PERSONNEL

Year Two salaries reflect a projected annual increase of 3% beginning July 1, 2005.

Principal Investigator, June L. Dahl, PhD, 2.5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal. She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 2.5% of Dr. Dahl's salary and fringe benefits for a total of $4,414 in Year Two.

Media/PR Director, Matthew Bromley, BA, 25% for 4 months
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues. Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff. Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain. We request $5,363 to cover 25% of Mr. Bromley's salary and fringe benefits for the first four months of Year Two.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 50%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives. During site visits Initiatives she will assist with strategic planning and program development. Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office. We request $37,347 to cover 50% of Ms. Bennett's salary and fringe benefits in Year Two.

Grant Manager, Mary Skemp Brown, MBA 15%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One. We request $$9,870 to cover 15% of her salary and fringe in Year Two.

7

MDL_RWJF_0000012

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $3,318 | 33.0% | $1,095 |
| Media/PR Director | $4,032 | 33.0% | $1,331 |
| Init/ACS Coordinator | $28,080 | 33.0% | $9,267 |
| Grant Manager | $7,421 | 33.0% | $2,449 |
|  | Total Fringe |  | $14,142 |

## II. OTHER DIRECT COSTS

### Office Operations:

*Supplies* - The requested supply budget is $3,000.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* – We request a total of $644 for printing in Year Two. This is to cover the costs of printing informational materials to send to the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, media updates, public relations materials and meeting materials. We ask that the remaining $1,000 be personnel.

*Telephone* – We request $1,000 for phone, fax and line rental for Year Two. This includes the cost of yearly rental and usage and voicemail charges. We ask that the remaining $1,780 be allocated to personnel.

*Postage* – We request a total of $1,000.  This will cover costs of mailing media and public relations materials, meeting materials, and information on pain management. We will use bulk mailing whenever possible. We ask that the remaining $500 be allocated to Personnel.

### Service Agreements:

We request $2000 to cover the cost of leasing a photocopier.

### Equipment Less than $5000

We request $4,000 to cover the costs of computer upgrades for two staff, including monitors and printers.

### Project Staff Travel:

We request $14,740 in travel in Year Two to: 1) provide AACPI staff site visits to Pain Initiatives build ACS/CPI collaborations and facilitate strategic planning, and 2) convene a meeting of the ACS/AACPI Pain Field Council

MDL_RWJF_0000012

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $7,812.

MDL_RWJF_0000012

*Sophia went to EOL for vote today. Proposal is a 12/1/03 start date. Original paperwork attached.*
*B. McCourt*

Date Printed
10/13/03

## GRANT SIGN-OFF SHEET

**I.D.#:** 048204
3

**DATE REC'D:** September 18, 200

**INST:**
University of Wisconsin-Madison Medical School
Madison, WI 53706-1510

**TITLE:**
Making pain relief a reality through national visibility and partnerships

**DOLLARS:** ~~$183,679.00~~  *183,680*  SXK  11/18/03

**MONTHS:** 12    **START DATE:** 12/01/03

**PROJECT DIRECTOR:**

**PO:** Michelle A. Larkin          **SO:** Rosemary Gibson

**CO:**                              **FO:** Sophia Kounelias

**PA:** Sophia Kounelias

---

**ANTICIPATED RENEWAL:**

   **RENEWAL EXPECTED:** ( YES / NO )   **ANTICIPATED BOARD DATE:** _____

   **ESTIMATED DOLLARS:** _____          **MONTHS:** _____

---

**RED FOLDER APPROVAL:**

   **FMO:** SXK   **FINAL DOLLARS:** *183 680*          **FINAL MONTHS:** *12*

   **TREASURER'S OFFICE:** *Janice Opalski 183680*          **DATE:** *12/2/03*

   **VP, GEN. COUNS., & SECRETARY:** *Jane C. Nassau*   **DATE:** *12/4/03*



THE
ROBERTWOOD
JOHNSON
FOUNDATION®

$\frac{1}{4}$

February 18, 2005

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #048204 - Acknowledgement of Annual Narrative Report

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of making pain relief a reality through national visibility and partnerships.

We have received your annual narrative report and have forwarded a copy of this report to Michelle A. Larkin, R.N., M.S. for her review. If she has any questions or comments, she will contact you directly.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Rebecca Kamar

Sophia Kounelias
Grants Administrator

/REW

cc:  Robert Andersen
     Michelle A. Larkin, R.N., M.S.

Route 1 and College Road East      Post Office Box 2316      Princeton, New Jersey 08543-2316      (609) 452-8701
Internet: http://www.rwjf.org
e-mail  mail@rwjf.org

MDL_RWJF_0000012



**UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL**

RECEIVED by:

FEB - 9 2005

February 4, 2005

Sophia Kounelias
Grants Administrator
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Re: RWJF Grant #048204

Dear Ms. Kounelias,

Enclosed please find the Year One Annual Report for the grant, *Making Pain Relief a Reality Through Visibility and Partnership with the American Cancer Society.*

We would like to thank The Robert Wood Johnson Foundation for its continued support of our efforts to improve pain management through the work of the State Cancer Pain Initiatives.

If you have any questions regarding this report, please contact Marty Skemp Brown at mmskemp@wisc.edu or (608) 265-9173.

Sincerely,

*June L. Dahl*

June L. Dahl, PhD
Principal Investigator

Cc:  Janice H. Heisz-Kalvin, RSP
     Michelle A. Larkin, RN, MS

Department of Pharmacology

4720 Medical Sciences Center  1300 University Avenue  Madison, WI 53706-1532  608/265-4012  Fax 608/265-4014

MDL_RWJF_0000012



**UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL**

## FEBRUARY 2, 2005

## ANNUAL NARRATIVE REPORT – YEAR ONE
December 1, 2003 – November 30, 2004

### MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

GRANT # 048204
TOTAL AWARD: $183,680

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI  53706
(608) 265-4014

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

1. **What measurable goals did you set for this project, and what indicators are you using to measure your performance?  To what extent has your project achieved these goals and levels of performance to date?**

*Goal: Expansion of Collaborations at the State and Divisional Level*
   *1) Continue ACS Liaison Services.*
   - Provided consultation, site visits, presentations, resources and services to 13 ACS Divisions.  ACS now houses 16 pain initiatives and actively collaborates with 16 other initiatives.

   *2) More effectively utilize existing web sites and electronic newsletters.*
   - As a result of the work of the Advisory Field Council which is described below, there is now a pain page on the ACS web site. The web page links to the AACPI website and to the websites of several State Pain Initiatives.
   - Seventeen ACS National Home Office (NHO) staff as well as division staff now receive the AACPI's monthly e-newsletter.

   *3) Work with ACS' National Government Relations staff on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer.*
   - The AACPI provided assistance to the ACS National Government Relations (NGR) staff during their development of the "Cancer Pain Management Advocacy Toolkit."  The Toolkit provides resources on cancer pain policy issues for ACS government advocacy staff and volunteers.
   - ACS Media and Government Relations staff attended an advocacy training session sponsored by the AACPI. The session provided hands-on training to enhance the skills of pain advocates as they engage the media and policy makers on pain management issues.

   *4) Propose to hold two Strategy Meetings to bring together individuals who are part of successful ACS/State Pain Initiative collaborations with persons who have faced challenges in developing such collaborations.*

   Two such meetings have been held:
   1. **April 23-24, 2004 in Atlanta, GA.**  This meeting was organized by the AACPI and hosted by the ACS NHO.  Participants included 21 ACS staff who work with a Pain Initiative in their state or division, ten NHO staff, two ACS NGR staff and three AACPI staff.  The major goal was to *Strengthen the ACS/AACPI Partnership to Improve Pain Management*; it provided a venue for ACS staff who are coordinating/supporting a State Pain Initiative, NHO staff and AACPI representatives to:  1) share successes; 2) problem solve challenges; 3) increase knowledge of resources; 4) strategize effective ways to build and sustain partnership efforts; and 5) identify methods to support and encourage other ACS pain management improvement efforts. The formation of the ACS/CPI Pain Advisory Field Council was announced at this meeting. The meeting had an excellent evaluation, 4.8 on a 1-5 scale.
   2. **June 17, 2004, New Brunswick, New Jersey. The first meeting of the ACS/AACPI National Pain Field Council,** The Council consists of eight

2

members representing ACS and/or CPIs from states/divisions.  The activities of the Council are coordinated by Mary Bennett (AACPI) and Terri Ades (NHO).  At the June 17th meeting, the Council created two working committees, Communications and Marketing and the Resource and System Integration Committee. Since the initial meeting, the Council has met monthly via conference call. The goals of the Council are to: 1) provide an information link among Pain Initiatives, ACS Divisions, the NHO, and AACPI; 2) develop a mentor program in conjunction with the AACPI to provide support for the staffs of ACS and the CPIs in their efforts to develop/expand State Pain Initiatives and pain improvement activities; 3) provide resources for Divisions on various web sites, e.g., the AACPI internal website, and ultimately on the ACS website; 4) create templates to be utilized by other Divisions/State Pain Initiatives (a deadline of 11/05 has been set for development and distribution); and 5) work with the AACPI and the NHO to encourage the duplication and development of programs (on hold until an ACS staff position is filled).

*Goal: Work strategically with the National Home Office of the ACS to assure that pain management remains a core component of the mission and activities of the ACS.*

- AACPI Advisory Council members and the ACS Liaison advocated for pain to be a priority during the recent National ACS re-prioritization process.  Quality of Life, which includes pain management, was identified as one of the four primary "Leadership Areas."  The leadership at the NHO will determine how this priority is implemented.
- Bonnie Teschendorf, PhD Director, Quality of Life Science and Trends, has been identified by Harmon Erye, MD, as the liaison from the NHO to the AACPI and the Pain Community. The ACS Liaison maintains a working relationship with her and with Jerome W. Yates M.D., M.P.H., National ACS Vice President, Research.
- The National Pain Field Council is progressing in its goals through its work with Terri Ades, MS, APRN-BC, AOCN, Director, Quality of Life/Health Promotion Strategy Health Content Products, NHO.

**2. Briefly describe any proposed activities that were not completed, the reasons they were not completed and your plans for carrying them out.**

There continue to be significant challenges in working with the NHO of the ACS, as primary staff positions have not been filled.  Until positions are filled, we are limited in our ability to accomplish goals related to the NHO.  As positions are filled, Mary Bennett will work to develop relationships and follow up on identified strategies.

3



THE
ROBERT WOOD
JOHNSON
FOUNDATION®

$\frac{1}{4}$

February 14, 2005

Robert Andersen
Assistant Director, Post-Award Services
University of Wisconsin-Madison Medical School
750 University Avenue
Madison, WI 53706-1490

Reference: I.D. #048204 - Acceptance of Annual Financial Report / No Payment

Dear Mr. Andersen:

This is in reference to your Robert Wood Johnson Foundation grant in support of making pain relief a reality through national visibility and partnerships.

Cumulative expenditures as of November 30, 2004, have been $89,063. The Foundation has made payments to date totaling $165,312 leaving you a cash balance of $76,249. Due to the amount of your cash balance, an additional payment will not be forwarded now. Enclosed for your convenience is a copy of your financial reporting form for the period December 1, 2004, through November 30, 2005, reflecting your approved budget of $90,871. Please use this form when reporting expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosure

cc:  June L. Dahl, Ph.D.
     Michelle A. Larkin, R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701
Internet: http://www.rwjf.org
e-mail: mail@rwjf.org

MDL_RWJF_0000012

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                          Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL                          Payee: *University of Wisconsin-Madison Medical*
                                                          *School*
Project Director: June L. Dahl (608-262-0978)      ID Number: **048204**
Fiscal  Officer : Robert Andersen (608-262-2896)   Budget Period: Dec-01-2004 to Nov-30-2005
                                                   Project Period: Dec-01-2003 to Nov-30-2005

Budget for Year : 2
Revised:                                    EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/04-05/05 | Period 2 06/05-11/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|------|------------------------|----------------------|----------------------|----------|----------|----------|----------|-------|----------|-----|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 4,414 | | | | | | | | | |
| Media/PR Director | 5,363 | | | | | | | | | |
| Init/ACS Coordinator | 37,347 | | | | | | | | | |
| Grant Manager | 6,580 | | | | | | | | | |
| Personnel Subtotal | 53,704 | | | | | | | | | |
| OFFICE OPERATIONS | | | | | | | | | | |
| Supplies | 3,000 | | | | | | | | | |
| Printing | 1,644 | | | | | | | | | |
| Telephone | 2,780 | | | | | | | | | |
| Postage | 1,500 | | | | | | | | | |
| Service Contracts | 2,000 | | | | | | | | | |
| Office Ops Subtotal | 10,924 | | | | | | | | | |
| EQUIPMENT | 4,000 | | | | | | | | | |
| TRAVEL | 14,740 | | | | | | | | | |
| INDIRECT COSTS | 7,503 | | | | | | | | | |
| **Grand Total** | **90,871** | | | | | | | | | |



**RECEIVED by:**

FEB - 7 2005

**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

January 28, 2005

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J   08543-2316

In reply, please refer to
UW Acct No. 133-GB69

RE: Grant # 048204

Dear Ms. Kounelias:

Enclosed is the annual financial report on the above-referenced grant for
Year 1 period September 1, 2004 through November 30, 2004, under the
direction of June L. Dahl at the University of Wisconsin-Madison.

Thank you for your support of this project.  If you have any questions regarding
this report, please contact me at 608/262-6951.

Sincerely,

*Amy L. Wilson*

Amy L. Wilson
Accountant

Enclosure
Cc:  Dahl, June L. - Pharmacology
     Skemp, Marty - Pharmacology
     Medical School Fiscal Services
     File

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

MDL_RWJF_0000012

**FINANCIAL REPORT**

**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax: (609) 452-9564

**UW Account #133-GB69**

|  |  |
|---|---|
| Project Director: | June L. Dahl (608-262-0978) |
| Fiscal Officer: Robert C. Andresen (608-262-2896) | |

**Payee:  University of Wisconsin-Madison School**
ID Number: 048204
Budget Period:  Dec-01-2003 to Nov-30-2004
Project Period:  Dec-01-2003 to Nov-30-2005

**Budget for Year:** 1
**Revised:** Oct-21-2004

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 12/03 - 08/04 | Period 2 09/04 - 11/04 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 6,522.00 | - | 5,795.90 | 5,795.90 | 726.10 |
| Media/PR Director | 23,980.00 | - | 23,980.43 | 23,980.43 | (0.43) |
| Init/ACS Coordinator | 44,260.00 | - | 40,571.99 | 40,571.99 | 3,688.01 |
| Student Assistant | 2,163.00 | - | 2,164.15 | 2,164.15 | (1.15) |
| Personnel Subtotal | 76,925.00 | | 72,512.47 | 72,512.47 | 4,412.53 |
| | | | | - | - |
| **OFFICE OPERATIONS** | | | | | |
| Telephone | 220.00 | - | 770.25 | 770.25 | (550.25) |
| Office Ops Subtotal | 220.00 | | 770.25 | 770.25 | (550.25) |
| Travel | 8,000.00 | - | 8,426.64 | 8,426.64 | (426.64) |
| INDIRECT COSTS | 7,663.00 | - | 7,353.84 | 7,353.84 | 309.16 |
| **Grand Total** | **92,808.00** | **-** | **89,063.20** | **89,063.20** | **3,744.80** |

SXC
2/11/05

Mark E. Inman, Administrative Officer



# THE ROBERT WOOD JOHNSON FOUNDATION

December 31, 2003

Robert Andersen
Assistant Director, Post-Award Services
University of Wisconsin-Madison Medical School
750 University Avenue
Madison, WI 53706-1490

Reference: I.D. #048204 - Conveyance of Funds, Guidelines, and Forms

Dear Mr. Andersen:

This supplements our recent award letter in regard to your grant for $183,680 in support of making pain relief a reality through national visibility and partnerships.

Enclosed with this letter is our check in the amount of $165,312, which represents 90 percent of your grant award. The Request for Project Support and Conditions of Grant form imposes a number of specific requirements regarding the use of funds. Since you are responsible for complying with these requirements, I am attaching a copy for your reference. In addition, a copy of our "Grant Budget Revision Guidelines" and "Financial Reporting/Budgeting Practices," to be followed if a budget revision becomes necessary, are also attached. Please read these guidelines and practices carefully.

The Robert Wood Johnson Foundation has initiated a program whereby grantees and contractors are selected at random to receive an internal audit review. The purpose of this review is to: 1) provide the Foundation with the assurance that our funds are being used for their intended purpose; and 2) provide recommendations to our grantees and contractors on methods to improve their organizations. If your organization is selected, you will be notified in advance of the audit.

Final financial and narrative reports on this grant will be due in December 2004. You will receive a reminder in advance of the due date of these reports. We are enclosing the Financial Report form to be completed at the end of the award and returned to the Foundation.

When submitting all correspondence under your grant, reference the above-captioned grant number.  If someone other than yourself will be the financial contact person on this grant, please supply us with that information.  The person who has financial responsibility for your grant at the Foundation is Sophia Kounelias.

If you have any questions about any of the above items, please contact Ms. Kounelias at 609-627-5844.  We welcome you to the Foundation's family of grantees and look forward to assisting you.

Sincerely,

Peter Goodwin
Vice President and Treasurer

/REW
Enclosures

cc:   June L. Dahl, Ph.D.
      Michelle A. Larkin R.N., M.S.

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O.Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax: (609) 627-6416

Page:  1

FA: SXK  PA: REW  PO: MAL

Grantee: *University of Wisconsin-Madison Medical School*
Grant Number: 048204
Budget Period: Dec-01-2003 to Nov-30-2004
Grant Period: Dec-01-2003 to Nov-30-2004

Project Director: June L. Dahl (608-262-0978)
Fiscal  Officer : Robert Andersen (608-262-2896)

Budget for Year : 1
Revised:

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 12/03-05/04 | Period 2 06/04-11/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | ct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 8,704 | | | | | | | | | |
| Media/PR Director | 29,123 | | | | | | | | | |
| Init/ACS Coordinator | 73,486 | | | | | | | | | |
| Grant Manager | 6,029 | | | | | | | | | |
| Prjoect Assistant | 6,817 | | | | | | | | | |
| Student Assistant | 5,114 | | | | | | | | | |
| Personnel Subtotal | 129,273 | | | | | | | | | |
| OFFICE OPERATIONS | | | | | | | | | | |
| Supplies | 3,001 | | | | | | | | | |
| Printing | 3,000 | | | | | | | | | |
| Telephone | 3,000 | | | | | | | | | |
| Postage | 1,500 | | | | | | | | | |
| Service Contracts | 2,000 | | | | | | | | | |
| Office Ops Subtotal | 12,501 | | | | | | | | | |
| EQUIPMENT | 4,000 | | | | | | | | | |
| Travel | 22,740 | | | | | | | | | |
| INDIRECT COSTS | 15,166 | | | | | | | | | |
| **Grand Total** | **183,680** | | | | | | | | | |

MDL_RWJF_0000012



# THE ROBERT WOOD JOHNSON FOUNDATION®

December 8, 2003

John D. Wiley, Ph.D.
Chancellor
University of Wisconsin-Madison
161 Bascom Hall
500 Linden Drive
Madison, WI  53706

Reference: I.D. #048204

Dear Chancellor Wiley:

It is a pleasure to inform you that The Robert Wood Johnson Foundation has approved a grant of $183,680 to the Board of Regents of the University of Wisconsin System in 12-month continued support of an effort to make pain relief a reality through national visibility and partnerships, under the direction of June L. Dahl, Ph.D.

The funds are to be used in accordance with the proposal to the Foundation and the terms and conditions outlined in the Request for Project Support, dated October 30, 2003.  They are also to be used in accordance with the final budget and are to be applied over the period December 1, 2003, through November 30, 2004.

Our Treasurer's Office will be in touch concerning payment of this grant and reporting requirements.  During the period of this grant, any questions you may have should be addressed to Michelle A. Larkin, R.N., M.S., who will have responsibility among our staff for this activity.

If your organization wishes to issue a news release on this grant, please feel free to do so.  We ask that a copy of the draft text be sent to us for our review and information in advance of dissemination.  Please allow three days for this process.  Address the copy to the Foundation to the attention of Andrea Daitz in our Communications Department.

All of us at The Robert Wood Johnson Foundation wish you continued success in carrying out this important undertaking.

Sincerely,

Risa Lavizzo-Mourey, M.D., M.B.A.

RLM:opm

cc:  June L. Dahl, Ph.D.
     Robert Andersen
     Diane Barrett

*Office of the President and CEO*

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701

Internet  http //www rwjf org
e-mail  mail@rwjf org

 

THE
ROBERT WOOD
JOHNSON
FOUNDATION®

December 8, 2003

John D. Wiley, Ph.D.
Chancellor
University of Wisconsin-Madison
161 Bascom Hall
500 Linden Drive
Madison, WI  53706

Reference: I.D. #048204

Dear Chancellor Wiley:

It is a pleasure to inform you that The Robert Wood Johnson Foundation has approved a grant of $183,680 to the Board of Regents of the University of Wisconsin System in 12-month continued support of an effort to make pain relief a reality through national visibility and partnerships, under the direction of June L. Dahl, Ph.D.

The funds are to be used in accordance with the proposal to the Foundation and the terms and conditions outlined in the Request for Project Support, dated October 30, 2003.  They are also to be used in accordance with the final budget and are to be applied over the period December 1, 2003, through November 30, 2004.

Our Treasurer's Office will be in touch concerning payment of this grant and reporting requirements.  During the period of this grant, any questions you may have should be addressed to Michelle A. Larkin, R.N., M.S., who will have responsibility among our staff for this activity.

If your organization wishes to issue a news release on this grant, please feel free to do so.  We ask that a copy of the draft text be sent to us for our review and information in advance of dissemination.  Please allow three days for this process.  Address the copy to the Foundation to the attention of Andrea Daitz in our Communications Department.

All of us at The Robert Wood Johnson Foundation wish you continued success in carrying out this important undertaking.

Sincerely,

Risa Lavizzo-Mourey, M.D., M.B.A.

RLM:opm

cc.    June L. Dahl, Ph.D.
       Robert Andersen
       Diane Barrett        *Office of the President and CEO*

Route 1 and College Road East      Post Office Box 2316      Princeton, New Jersey 08543-2316      (609) 452-8701

Internet  http //www rwjf org
e-mail  mail@rwjf org

End of Life/Renewal

**MAKING PAIN RELIEF A REALITY FOR CANCER PATIENTS**
Award:  $183,680
Duration:  12 months (12/1/03 - 11/30/04)
Previous Support:  $421,800 for 24 months (3/1/02 - 2/29/04) (I.D. 43940)
University of Wisconsin-Madison Medical School
I.D. 48204

**Foundation Staff**:  Michelle Larkin, James Ingram, Victoria Weisfeld, Sophia Kounelias, Rosemary Gibson

### SUMMARY

**Of the 8 million Americans who have had cancer, at least 60 percent experienced moderate to severe pain.  This _solicited_ project will have two major components:  (1) address continuation and expansion of successful collaborations among the American Cancer Society (ACS) divisions and State Pain Initiatives; and (2) work strategically with the ACS National Home Office to assure that pain management becomes and remains a core component of its mission and activities, and that pain management is indeed a perpetual priority for ACS.  This project fits squarely within the End-of-Life Team's strategic objective to develop and implement a transition strategy to sustain the gains of the Foundation's investment to improve care at the end of life.  There is no renewal anticipated for this project.  This project will be considered a success if the number of partnerships among State Pain Initiatives and ACS divisions increase, and if the ACS National Home Office maintains its commitment to cancer pain management.  The project director is June L. Dahl, Ph.D., Professor of Pharmacology at the University of Wisconsin-Madison Medical School, and President of the American Alliance of Cancer Pain Initiatives.**

**The Problem:**  Cancer continues as a leading cause of death in the US, and pain is a frequent companion to patients with cancer.  Of the 8 million Americans who have had cancer, at least 60 percent experienced moderate to severe pain.  Yet, according to the Agency for Healthcare Research and Policy (AHRQ) Cancer Pain Guidelines, such pain can be controlled up to 90 percent of the time with proper treatment.  Under the previous grant, the American Alliance of Cancer Pain Initiatives (AACPI) and ACS developed a collaborative relationship.  This relationship focuses on partnering State Cancer Pain Initiatives with ACS divisions,

thereby strengthening each group's abilities to address the needs of individuals and families suffering from cancer pain.  There is still much work to be done to ensure that controlling cancer pain remains a priority for ACS, as it goes through its recent reorganization.

**The Project and its Strategy:**

The Project
This project will have two major components:  (1) address continuation and expansion of the successful collaborations among the ACS divisions and State Pain Initiatives; and (2) work strategically with the ACS National Home Office (NHO) to assure that pain management becomes and remains a core component of its mission and activities, that pain management is indeed a perpetual priority for ACS as are early detection and treatment of cancer.

Collaborations at the state and divisional levels.  AACPI will continue the strategies that have been successfully implemented over the last year and a half:

- ACS liaison. It is critical to maintain the position of the ACS Liaison, which facilitates the creation and implementation of collaborations among the ACS (at the divisional, regional, and unit levels) and the State Pain Initiatives. Collaboration looks different in every state and in every division and is dependent on defined needs and financial realities.  The ACS liaison assists State Pain Initiatives to analyze their strengths and limitations and has established excellent relations with leaders in every State Initiative and among the ACS divisions.
- Media/PR.  Through the previous grant, strong relationships were developed among the ACS divisions and leaders of the State Pain Initiatives.  This project will support continued communications efforts, including working with ACS and State Pain Initiatives to effectively communicate cancer pain issues to the media and the public.
- Strategy meetings.  In addition, AACPI will hold two meetings to bring together individuals who are part of successful ACS/State Initiative collaborations with persons who have faced challenges in developing collaborations.  These meetings will enable sharing of resources and ideas between and among the State Pain Initiatives and ACS staff and volunteers. Other topics that will be addressed in these sessions include co-branding, fundraising, program priorities, and strategies to educate and engage all of the Departments in Divisions.

<u>Collaborations at the national level</u>.  AACPI staff will continue to work with staff in the ACS NHO.

- <u>Communications</u>.  Communication gaps between and among the various levels of the ACS organization and obviously communication gaps between ACS and State Pain Initiatives exist.  AACPI will work with staff at NHO to develop a strategy to create and implement a plan for communication about pain management improvement efforts including, listservs, Web sites, electronic newsletters, etc.  This system of communications will facilitate collaborative efforts and the sharing of information between and among the national, divisional, regional, and state levels of the ACS, the AACPI, and individual State Pain Initiatives.   The ACS liaison will work with appropriate ACS staff to identify the best means of communication because part of the challenge is to assure that all ACS staff members and volunteers understand the importance of the 2015 Quality of Life goal.

- <u>Public Education</u>.  AACPI will continue to provide assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers about cancer pain management.  Additionally, it will continue to work with ACS to assure that pain relief is an important part of the organization's national public relations agenda.  The AACPI Media/PR Director will work with ACS public relations personnel to develop media and public relations strategies to address national concerns and to improve public awareness of cancer pain issues.  Finally, AACPI will continue to work with the National Government Relations office on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer, in particular reimbursement policies and restrictions on patient access to pain relieving drugs.

<u>The Strategy</u>
AACPI, in collaboration with the State Pain Initiatives, has made significant progress in gaining support from the divisional level of ACS.  It is critical that these relationships be maintained and strengthened.  This project will provide resources needed to work with ACS to assure that pain control remains a focus of its work.  ACS is a critical player, without which it will be difficult to sustain the progress gained in assuring adequate pain control.

This project fits squarely within the End-of-Life Team's strategic objective to develop and implement a transition strategy to sustain the gains of the Foundation's investment to improve care at the end of life.

**Implementation Risks/Challenges:**  The initiatives are comprised mostly of volunteers, and it is possible that they may not be able to acquire long-term, stable,

4

and sufficient funding to maintain a robust presence in the states.  Also, the ACS reorganization may result in less attention on cancer pain and quality of life. Dr. Dahl and Ms. Bennett continue to have frequent conversation with ACS national and divisional offices to ensure that cancer pain remains a focus of ACS. Also, they will work with ACS and the National Cancer Institute to improve the quality of information on pain management materials these organizations provide to the public and health care professionals.

January 21-22, 2004

10/13/03--End of Life Team, 10/13/03
Renewal Ad Hoc

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIPS

$183,680

$~~$183,679~~ for 12 months (12/01/03 - 11/30/04)

3x4

11/17/03

Previous Support: $421,800 for 24 months (3/1/02 – 2/29/04) (I.D. 43940)
University of Wisconsin-Madison, School of Medicine -- I.D. 48204

**Foundation Staff:** Michelle Larkin, James Ingram, Victoria Weisfeld, Sophia Kounelias, Rosemary Gibson

### SUMMARY

**Of the 8 million Americans who have had cancer, at least 60 percent experienced moderate to severe pain. This _solicited_ project will have two major components:  (1) address continuation and expansion, of the successful collaborations between the ACS Divisions and State Pain Initiatives; and (2) work strategically with the ACS National Home Office (NHO) to assure that pain management becomes and remains a core component of their mission and activities, that pain management is indeed a "perpetual priority" for ACS.  This project fits squarely within the End-of-Life PMT's strategic objective to develop and implement a transition strategy to sustain the gains of the Foundation's investment to improve care at the end of life.  The project director will be June Dahl, Ph.D., Professor of Pharmacology at the University of Wisconsin-Madison Medical School, and President of the Alliance.**

**The Problem:**  Cancer continues as a leading cause of death in the U.S., and pain is a frequent companion to patients with cancer.  Of the 8 million Americans who have had cancer, at least 60 percent experienced moderate to severe pain.  Yet, according to the Agency for Health Care Policy and Research (AHCPR) Cancer Pain Guidelines, such pain can be controlled up to 90 percent of the time with proper treatment.  Under the previous grant, the AACPI and ACS developed a collaborative relationship.  This relationship focuses on partnering State Cancer Pain Initiatives with ACS divisions, thereby strengthening each group's abilities to address the needs of individuals and families suffering from cancer pain.  There is still much work to be done to ensure that controlling cancer pain remains a priority for ACS, as it goes through its recent reorganization.

MDL_RWJF_0000012

**The Project and its Strategy:**

The Project:

This project will have two major components: (1) address continuation and expansion, of the successful collaborations between the ACS Divisions and State Pain Initiatives; and (2) work strategically with the ACS National Home Office (NHO) to assure that pain management becomes and remains a core component of their mission and activities, that pain management is indeed a "perpetual priority" for ACS as are early detection and treatment of cancer.

**Collaborations at the State and Divisional Level.** AACPI will continue the strategies that have been successfully implemented over the last year and a half (Appendix B).

- **ACS Liaison.** It is critical to maintain the position of the ACS Liaison, which facilitates the creation and implementation of collaborations between the ACS (at the divisional, regional and unit level) and the State Pain Initiatives.  Collaboration looks different in every state and in every Division and is dependent on defined needs and financial realities.  The ACS Liaison assists State Pain Initiatives to analyze their strengths and limitations and has established excellent relations with leaders in every State Initiative and among the ACS divisions.
- **Media/PR.**  Through the previous grant, strong relationships were developed between the ACS divisions and leaders of the State Pain Initiatives.  This project will support continued communications efforts, including working with ACS and State Pain Initiatives to effectively communicate cancer pain issues to the media and the public.
- **Strategy Meetings.**  In addition, AACPI will hold two meetings to bring together individuals who are part of successful ACS/State Initiative collaborations with persons who have faced challenges in developing collaborations.  These meetings will enable sharing of resources and ideas between and among the State Pain Initiatives and ACS staff and volunteers. Other topics that would be addressed in these sessions include:  co-branding, fundraising, program priorities, and strategies to educate and engage all of the Departments in Divisions.

**Collaborations at the National Level.**  AACPI staff will continue to work with staff in the ACS National Home Office.

- **Communications.**  Communication gaps between and among the various levels of the ACS organization and obviously communication gaps between ACS and State Pain Initiatives exist.  AACPI will work with staff at the National Home Office (NHO) to develop a strategy to create and implement

a plan for communication about pain management improvement efforts including, list serves, websites, electronic newsletters, etc.  This system of communications will facilitate collaborative efforts and the sharing of information between and among the national, divisional, regional and state levels of the ACS, the AACPI and individual State Pain Initiatives.  The ACS Liaison will work with appropriate ACS staff to identify the best means of communication because part of the challenge is to assure that all ACS staff members and volunteers understand the importance of the 2015 Quality of Life goal.

- **Public Education.**  AACPI will continue to provide assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers about cancer pain management.  Additionally, it will continue to work with ACS to assure that pain relief is an important part of the organization's national public relations agenda.  The AACPI Media/PR Director will work with ACS public relations personnel to develop media and public relations strategies to address national concerns and to improve public awareness of cancer pain issues.  Finally, AACPI will continue to work with the National Government Relations office on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer, in particular reimbursement policies and restrictions on patient access to pain relieving drugs.

The Strategy

AACPI, in collaboration with the State Pain Initiatives, have made significant progress in gaining support from the divisional level of ACS.  It is critical that these relationships be maintained and strengthened.  This project will provide resources needed to work with ACS to assure that pain control remains a focus of their work.  ACS is a critical player, without which it will be difficult to sustain the progress gained in assuring adequate pain control.

This project fits squarely within the End-of-Life PMT's strategic objective to develop and implement a transition strategy to sustain the gains of the Foundation's investment to improve care at the end of life.

**Implementation Risks/Challenges:**  The initiatives are comprised mostly of volunteers, and it is possible that they may not be able to acquire long-term, stable, and sufficient funding to maintain a robust presence in the states.  Also, the ACS reorganization may result in less attention on cancer pain and quality of life.  Dr. Dahl and Ms. Bennett continue to have frequent conversation with ACS national and division offices to ensure that cancer pain remains a focus of ACS.  Also, they

MDL_RWJF_0000012

will work with the American Cancer Society and the National Cancer Institute to improve the quality of information on pain management materials these organizations provide to the public and health care professionals.

/BAM
q:\apps\boarddoc\p048204.doc

MDL_RWJF_0000012

**UNIVERSITY OF WISCONSIN-MADISON**
**MEDICAL SCHOOL -- ID 48204**
Madison, WI
Making pain relief a reality through national
visibility and partnerships
June Dahl
$183,679 12 months  (12/1/03 - 11/30/04)
M. Larkin, R. Gibson, and S. Kounelias

Enthusiastic Support:  Gibson, Larkin (2)
Support:  Emont, Weisfeld (2)
Some Reservations:  (0)
Grave Concerns:  (0)
No Vote:  (0)

**Comments:**
GIBSON -- This team at University of Wisconsin has done exemplary work in engaging the
American Cancer Society (ACS) divisions to work on pain management education, training,
advocacy, etc.  They have made enormous progress in moving the ACS forward, quite amazingly
so.
LARKIN -- Significant progress has been made with ACS, but we need to keep their attention.
American Alliance of Cancer Pain Initiatives has the skill and experience to work with ACS to
assure pain control continues to be addressed.
WEISFELD -- Grantee has an excellent record.  Ongoing ACS support iffy, but vital.

**Recommendation:  Recommend to proceed**

**Action:  Approval to proceed <u>JRL</u>**

   **Board Review:  No**

MDL_RWJF_0000012

10/13/03--End of Life Team, 10/13/03
Renewal Ad Hoc

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIPS

$183,679 for 12 months (12/01/03 - 11/30/04)
Previous Support:  $421,800 for 24 months (3/1/02 – 2/29/04) (I.D. 43940)
University of Wisconsin-Madison, School of Medicine -- I.D. 48204

**Foundation Staff**:  Michelle Larkin, James Ingram, Victoria Weisfeld,
Sophia Kounelias, Rosemary Gibson

### SUMMARY

**Of the 8 million Americans who have had cancer, at least 60 percent experienced moderate to severe pain.  This _solicited_ project will have two major components:  (1) address continuation and expansion, of the successful collaborations between the ACS Divisions and State Pain Initiatives; and (2) work strategically with the ACS National Home Office (NHO) to assure that pain management becomes and remains a core component of their mission and activities, that pain management is indeed a "perpetual priority" for ACS.  This project fits squarely within the End-of-Life PMT's strategic objective to develop and implement a transition strategy to sustain the gains of the Foundation's investment to improve care at the end of life.  The project director will be June Dahl, Ph.D., Professor of Pharmacology at the University of Wisconsin-Madison Medical School, and President of the Alliance.**

**The Problem:**  Cancer continues as a leading cause of death in the U.S., and pain is a frequent companion to patients with cancer.  Of the 8 million Americans who have had cancer, at least 60 percent experienced moderate to severe pain.  Yet, according to the Agency for Health Care Policy and Research (AHCPR) Cancer Pain Guidelines, such pain can be controlled up to 90 percent of the time with proper treatment.  Under the previous grant, the AACPI and ACS developed a collaborative relationship.  This relationship focuses on partnering State Cancer Pain Initiatives with ACS divisions, thereby strengthening each group's abilities to address the needs of individuals and families suffering from cancer pain.  There is still much work to be done to ensure that controlling cancer pain remains a priority for ACS, as it goes through its recent reorganization.

MDL_RWJF_0000012

**The Project and its Strategy:**
The Project:
This project will have two major components: (1) address continuation and expansion, of the successful collaborations between the ACS Divisions and State Pain Initiatives; and (2) work strategically with the ACS National Home Office (NHO) to assure that pain management becomes and remains a core component of their mission and activities, that pain management is indeed a "perpetual priority" for ACS as are early detection and treatment of cancer.

**Collaborations at the State and Divisional Level.** AACPI will continue the strategies that have been successfully implemented over the last year and a half (Appendix B).

- **ACS Liaison.** It is critical to maintain the position of the ACS Liaison, which facilitates the creation and implementation of collaborations between the ACS (at the divisional, regional and unit level) and the State Pain Initiatives. Collaboration looks different in every state and in every Division and is dependent on defined needs and financial realities. The ACS Liaison assists State Pain Initiatives to analyze their strengths and limitations and has established excellent relations with leaders in every State Initiative and among the ACS divisions.
- **Media/PR.** Through the previous grant, strong relationships were developed between the ACS divisions and leaders of the State Pain Initiatives. This project will support continued communications efforts, including working with ACS and State Pain Initiatives to effectively communicate cancer pain issues to the media and the public.
- **Strategy Meetings.** In addition, AACPI will hold two meetings to bring together individuals who are part of successful ACS/State Initiative collaborations with persons who have faced challenges in developing collaborations. These meetings will enable sharing of resources and ideas between and among the State Pain Initiatives and ACS staff and volunteers. Other topics that would be addressed in these sessions include: co-branding, fundraising, program priorities, and strategies to educate and engage all of the Departments in Divisions.

Collaborations at the National Level. **AACPI staff will continue to work with staff in the ACS National Home Office.**

- **Communications.** Communication gaps between and among the various levels of the ACS organization and obviously communication gaps between ACS and State Pain Initiatives exist. AACPI will work with staff at the

National Home Office (NHO) to develop a strategy to create and implement a plan for communication about pain management improvement efforts including, list serves, websites, electronic newsletters, etc. This system of communications will facilitate collaborative efforts and the sharing of information between and among the national, divisional, regional and state levels of the ACS, the AACPI and individual State Pain Initiatives. The ACS Liaison will work with appropriate ACS staff to identify the best means of communication because part of the challenge is to assure that all ACS staff members and volunteers understand the importance of the 2015 Quality of Life goal.

- **Public Education.** AACPI will continue to provide assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers about cancer pain management. Additionally, it will continue to work with ACS to assure that pain relief is an important part of the organization's national public relations agenda. The AACPI Media/PR Director will work with ACS public relations personnel to develop media and public relations strategies to address national concerns and to improve public awareness of cancer pain issues. Finally, AACPI will continue to work with the National Government Relations office on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer, in particular reimbursement policies and restrictions on patient access to pain relieving drugs.

**The Strategy**

AACPI, in collaboration with the State Pain Initiatives, have made significant progress in gaining support from the divisional level of ACS. It is critical that these relationships be maintained and strengthened. This project will provide resources needed to work with ACS to assure that pain control remains a focus of their work. ACS is a critical player, without which it will be difficult to sustain the progress gained in assuring adequate pain control.

**This project fits squarely within the End-of-Life PMT's strategic objective to develop and implement a transition strategy to sustain the gains of the Foundation's investment to improve care at the end of life.**

Implementation Risks/Challenges: **The initiatives are comprised mostly of volunteers, and it is possible that they may not be able to acquire long-term, stable, and sufficient funding to maintain a robust presence in the states. Also, the ACS reorganization may result in less attention on cancer pain and quality of life. Dr. Dahl and Ms. Bennett continue to have frequent conversation with**

**ACS national and division offices to ensure that cancer pain remains a focus of ACS.  Also, they will work with the American Cancer Society and the National Cancer Institute to improve the quality of information on pain management materials these organizations provide to the public and health care professionals.**

/BAM
q:\apps\boarddoc\p048204.doc



**THE ROBERT WOOD JOHNSON FOUNDATION®**

**DO NOT SEPARATE
THIS DOCUMENT**

**Request for Project Support
and
Conditions of Grant**

*Route 1 and College Road East
P.O. Box 2316
Princeton, NJ 08543-2316
(609) 452-8701*

---

Title of Project:  Making Cancer Pain Relief a Reality through National Visibility and
Partnerships with the American Cancer Society

Purpose of Project:

To improve pain management nationwide through partner efforts with the ACS

| Applicant Institution (name of legal entity, address, telephone number, fax number, and e-mail address) | Amount of Support Requested (total project period) |
|---|---|
| The Board of Regents of the University of Wisconsin System<br>Research and Sponsored Programs<br>750 University Avenue<br>Madison, WI 53706-1490<br>(608) 262-3822<br>(608) 262-5111<br>barrett@rsp.wisc.edu | $~~183,679~~  183,680  - SVK 11/17/03<br>NW 12/4/03<br>**Period for Which Support is Requested** (total project period)<br>From  12  01  03   Through  11  30  04<br>   Month Day Year     Month Day Year |

| *Project Director (full name, title, address, telephone number, fax number, and e-mail address) | Highest Ranking Executive (full name, title and address of CEO, President, Chancellor or similar officer) |
|---|---|
| June L. Dahl, Ph.D.<br>Professor<br>Department of Pharmacology<br>University of Wisocnsin Medical School<br>1300 University Avenue<br>Madison, WI 53706-1532<br>(608) 265-4012<br>(608) 265-4014 FAX<br>jldahl@wisc.edu<br>(NOTE: Signature required on page 4) | John D. Wiley, Chancellor<br>University of Wisconsin-Madison<br>161 Bascom Hall<br>Madison, WI 53706 |

| Institution Financial Officer (full name, title, address, telephone number, fax number, and e mail address) | Authorized Official (full name, title, address, telephone number, fax number, and e-mail address of official authorized to sign for institution) |
|---|---|
| Robert Andresen<br>Asst. Director, Post-Award Services<br>Research and Sponsored Programs<br>750 University Avenue<br>Madison, WI 53706-1490<br>(608) 262-2896<br>(608) 262-5111 FAX<br>randresen@rsp.wisc.edu | Diane Barrett<br>Asst. Director, Pre-Award Services<br>Research and Sponsored Programs<br>750 University Avenue<br>Madison, WI 53706-1490<br>(608) 262-0252<br>(608) 262-5111<br>barrett@rsp.wisc.edu<br>(NOTE Signature required on page 4) |

**TAX-EXEMPTION REQUIREMENTS**
This form should only be used by a:

(i) tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code that is a public charity and not a private foundation as described in Section 509(a) of the Code, or that is an exempt operating foundation described in Section 4940(d)(2) of the Code, or

(ii) a governmental entity described in Section 170(c)(1) of the Code or a public university described in Section 511(a)(2)(B) of the Code

If your institution is described in one of these categories, please provide the information or documentation of your tax-exempt status as required in the instruction letter. If your institution is not described in one of these categories, please contact the Foundation for the appropriate form. Any questions you have about your tax-exempt status should be directed to the Office of the Vice President, General Counsel and Secretary (609-627-5922).

*The project director is the individual who will be directly responsible for developing the proposed activity, its implementation, and day-to-day direct supervision of a grant to be awarded

RWJF (9/2002)—PUBLIC CHARITIES, EXEMPT OPERATING FOUNDATIONS, AND GOVERNMENTAL ENTITIES

## CONDITIONS OF GRANT

Following are the conditions applying to grants made by The Robert Wood Johnson Foundation ("the Foundation"). You should read these conditions carefully prior to signing this form. Your signature on this form constitutes your acceptance in full of all conditions contained herein. To induce the Foundation to make the grant requested hereby, you ("the grantee") accept and agree to comply with the following conditions in the event that such grant is awarded. As used throughout this form, the term "grant" shall include the income, if any, arising therefrom unless the context otherwise requires.

1.  **PURPOSE AND ADMINISTRATION.** The grant shall be used exclusively for the purposes specified in the grantee's final proposal, the Request for Project Support form on page 1 hereof, and related documents, all as approved by the Foundation.

    The grantee will directly administer the project or program being supported by the grant and agrees that no grant funds shall be disbursed to any organization or entity, whether or not formed by the grantee, other than as specifically set forth in the grant proposal referred to above

2.  **USE OF GRANT FUNDS.**
    A.  No part of the grant shall be used to carry on propaganda or otherwise attempt to influence legislation within the meaning of Section 4945(d)(1) of the Internal Revenue Code.

    B.  No part of the grant shall be used to attempt to influence the outcome of any specific public election or to carry on, directly or indirectly, any voter registration drive within the meaning of Section 4945(d)(2) of the Internal Revenue Code.

    C.  No part of the grant shall be used to provide a grant to an individual for travel, study, or similar purpose within the meaning of Section 4945(g) of the Internal Revenue Code, without prior written approval of the Foundation  Payments of salaries, other compensation, or expense reimbursement to employees of the grantee within the scope of their employment do not constitute "grants" for these purposes and are not subject to these restrictions.

    D   No part of the grant shall be used for a grant to another organization without prior written approval of the Foundation

    E   No part of the grant shall be used for other than religious, charitable, scientific, literary, or educational purposes or the prevention of cruelty to children or animals within the meaning of Section 170(c)(2)(B) of the Internal Revenue Code.

    F.  The grantee promptly shall repay any portion of the grant which for any reason is not used exclusively for the purposes of the grant. The grantee shall repay to the Foundation any portion of the grant which is not used exclusively for the purposes described in Section 1 hereof within the time specified in the grantee's proposal or within any approved extension of said time period within thirty (30) days after such specified time or such extension. If the Foundation terminates the grant pursuant to Section 11 hereof, the grantee shall repay within thirty (30) days after written request by the Foundation all grant funds unexpended as of the effective date of termination and all grant funds expensed for purposes or items allocable to the period of time subsequent to the effective date of termination. If any portion of the grant is used for purposes other than those described in Section 170(c)(2)(B) of the Internal Revenue Code, the grantee shall repay to the Foundation that portion of the grant and any additional amount in excess of such portion necessary to effect a correction under Section 4945 of the Internal Revenue Code.

    G.  If the grantee is directly or indirectly controlled by the Foundation or by one or more "disqualified persons" (within the meaning of Section 4946 of the Internal Revenue Code) with respect to the Foundation, the grantee agrees (i) to expend all of the grant prior to the close of the grantee's first annual accounting period following the taxable year in which the grantee receives a grant payment, as qualifying distributions within the meaning of Section 4942(g)(3) and (h); and (ii) to submit to the Foundation promptly after the close of the grantee's annual accounting period a full and complete written report signed by an appropriate officer, director, or trustee, showing that the qualifying distribution has been made, the name and address of the recipient or recipients, the amounts received by each, and that all the distributions are treated as distributions out of corpus under Section 4942(g)(3) and (h).

3   **BUDGET.** The grant budget and any revisions thereto shall comply with the Foundation's Budget Preparation Guidelines, Budget Revision Guidelines, and any additional instructions contained in the Treasurer's letter sent by the Foundation to the grantee (collectively the "Budget Guidelines"). Such Budget Guidelines, as they may be modified by the Foundation from time to time, are incorporated herein by this reference. Expenditures of the grant funds must adhere to the specific line items in the grantee's approved grant budget, and transfers among line items (increases and decreases) are permitted only under the conditions and to the extent indicated in the Budget Guidelines.

4.  **ACCOUNTING AND AUDIT.** The grantee shall indicate the grant separately on its books of account. The grantee shall maintain a systematic accounting record of the receipt and disbursement of funds and expenditures incurred under the terms of the grant and shall retain the substantiating documents such as bills, invoices, cancelled checks, and receipts in the grantee's files for a period of not less than four (4) years after expiration of the grant period. The grantee agrees promptly to furnish the Foundation with copies of such documents upon the Foundation's request.

The grantee agrees to make its books and records available to the Foundation at reasonable times

The Foundation, at its expense, may audit or have audited the books and records of the grantee insofar as they relate to the disposition of the funds granted by the Foundation, and the grantee shall provide all necessary assistance in connection therewith

5.  **REPORTS.** Financial reports shall be furnished by the grantee to the Foundation for each budget period of the grant and upon expiration, repayment (pursuant to Section 2F hereof), or termination of the grant (pursuant to Section 11 hereof). The financial report shall show actual expenditures reported as of the date of the report against the approved line item budget. Annual Narrative Reports and Final Narrative Reports shall be furnished by the grantee to the Foundation and shall include a report on the progress made by the grantee toward achieving the grant purposes and any problems or obstacles encountered in the effort to achieve the grant purposes. All such reports shall be furnished to the Foundation within a reasonable period of time after the close of the period for which such reports are made. All such reports shall be retained in the grantee's files for a period of not less than four (4) years after expiration of the grant period.

The Foundation may, at its expense, monitor and conduct an evaluation of operations under the grant, which may include visits by representatives of the Foundation to observe the grantee's program procedures and operations and to discuss the program with the grantee's personnel.

6   **COPYRIGHT, FOUNDATION USE OF DATA, AND PUBLIC USE DATA TAPES.** All copyright interests in materials produced as a result of this grant are owned by the grantee. The grantee hereby grants to the Foundation a nonexclusive, irrevocable, perpetual, royalty-free license to reproduce, publish, republish in print or electronic form, including in electronic databases or in any future form not yet discovered or implemented, copy, summarize, condense, abstract or excerpt, or otherwise use and to license others to use any and all such materials which are or will be produced as a result of this grant, including any and all data collected in connection with the grant in any and all forms in which said data are fixed.

The grantee represents and warrants that the material produced by the grantee under this grant is and will be original and does not and will not infringe upon any statutory or common law copyright, proprietary right, or any other right of any other person, and has not heretofore been published or used in any medium for any purpose.

At any time during the period of this grant, at the Foundation's request, the grantee shall, at no additional cost to the Foundation, cause public use data files to be constructed (with appropriate adjustments to assure individual privacy) in accordance with the specifications of the Inter-University Consortium for Political and Social Research, University of Michigan, including the full documentation outlined in the Consortium's current data preparation manual  Unless the Foundation shall otherwise specify, such public use data files shall include all data files used to conduct the analysis under the grant  The grantee shall transmit one computer-readable copy of such public use data files and documentation to the Consortium upon expiration of the grant period.

7.  **PUBLIC REPORTING.** The Foundation will report this grant, if made, in its next Annual Report. The Foundation does not usually issue press releases on individual grants, however, should the Foundation elect to do so, it would discuss the press release with the grantee in advance of dissemination  The grantee may issue its own press announcement but shall seek approval of the announcement from the Foundation before distribution  In addition, the Foundation may prepare reports on the project or program, briefly describing its accomplishments and results, which may be published and distributed, including posting on the Foundation's Internet site, and used by the Foundation to respond to inquiries and for other public information purposes.

The grantee shall send to the Foundation copies of all papers, manuscripts, and other materials which it produces that are related to the project supported by the Foundation.

In all public statements concerning the Foundation—press releases, annual reports, or other announcements—the grantee is specifically requested to refer to the Foundation by its full name: The Robert Wood Johnson Foundation.

8.  **GRANTEE TAX STATUS.** The grantee represents that it is currently either (i) a tax-exempt organization described in Section 501(c)(3) of the Internal Revenue Code and either (a) is not a private foundation described in Section 509(a), or (b) is an exempt operating foundation described in Section 4940(d)(2); or (ii) an organization described in Section 170(c)(1) or Section 511(a)(2)(B). The grantee shall immediately give written notice to the Foundation if the grantee ceases to be exempt from federal income taxation as an organization described in Section 501(c)(3), or its status as not a private foundation under Section 509(a), as an exempt operating foundation described in Section 4940(d)(2), or as a Section 170(c)(1) or Section 511(a)(2)(B) organization is materially changed.

MDL_RWJF_0000012

-4-

9. **CERTIFICATION REQUIRED WHEN GRANT MAY BE USED FOR RESEARCH INVOLVING HUMAN SUBJECTS.** If the grant is to be used in whole or in part for research involving human subjects, the grantee hereby certifies that the grantee will conduct the research in compliance with the ethical standards and the criteria for approval of research set forth in United States Department of Health and Human Services policy for the protection of human research subjects (45 CFR part 46 and related policies and protocols, as amended from time to time).

10. **PRIVACY AND SECURITY OF HEALTH INFORMATION.** The grantee represents and warrants that any individually identifiable health information used or disclosed in connection with the grant will be obtained in compliance with applicable statutes and regulations regarding the privacy and security of such information, including but not limited to the Health Information Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. 104-191, 110 Stat. 1936, and that in any reporting to the Foundation such data will be de-identified within the meaning of the HIPAA privacy rule or will be otherwise permissible under such law.

11. **GRANT TERMINATION.** It is expressly agreed that any use by the grantee of the grant proceeds for any purpose other than those specified in Section 170(c)(2)(B) of the Internal Revenue Code will terminate the obligation of the Foundation to make further payments under the grant.

The Foundation, at its sole option, may terminate the grant at any time if (i) the grantee ceases to be exempt from federal income taxation as an organization described in Section 501(c)(3) of the Internal Revenue Code; (ii) the grantee's status as not a private foundation under Section 509(a), its status as an exempt operating foundation under Section 4940(d)(2), or its status as a Section 170(c)(1) or Section 511(a)(2)(B) organization is materially altered; or (iii) in the Foundation's judgment, the grantee becomes unable to carry out the purposes of the grant, ceases to be an appropriate means of accomplishing the purposes of the grant, or fails to comply with any of the conditions hereof.

If the grant is terminated prior to the scheduled completion date, the grantee shall, upon request by the Foundation, provide to the Foundation a full accounting of the receipt and disbursement of funds and expenditures incurred under the grant as of the effective date of termination.

12. **LIMITATION; CHANGES; SEVERABILITY.** It is expressly understood that the Foundation by making this grant has no obligation to provide other or additional support to the grantee for purposes of this project or any other purposes. Any changes, additions, or deletions to (i) the conditions of the grant; or (ii) the proposal referred to in Section 1, must be made in writing only and must be jointly approved by the Foundation and the grantee. The invalidity in whole or in part of any term or condition of this grant shall not affect the validity of the other terms and conditions.

13. **CHANGED CIRCUMSTANCES; REGULATORY ACTION.** The grantee shall promptly notify the Foundation in writing if there is any change in circumstances that might affect the grantee's ability to carry out the grant; the grantee undergoes a merger, division, or other corporate reorganization; the grantee becomes subject to a proceeding under the Bankruptcy Code or other law relating to insolvency or makes an assignment for the benefit of creditors; the grantee becomes subject to an investigation or proceeding brought by the Attorney General, or any other regulatory agency; or the grantee receives notice of any litigation or other legal action relating to the grant or is served with a subpoena or other legal process seeking to compel production of or obtain access to any data related to the grant.

14. **NON-TRANSFERABILITY; NO JOINT VENTURE.** This grant is not transferable. Nothing contained herein shall be construed in any manner to imply or create a relationship between the Foundation and the grantee as partners, joint venturers, or of agency. The grantee shall not act in any manner as an agent or representative of the Foundation.

The foregoing conditions are hereby accepted and agreed to as of the date indicated.

Applicant Institution: The Board of Regents of the University of Wisconsin System

Date: 10/30/03

Janice H. Kalvin, Admin. Officer
Research & Sponsored Programs

By: _____ (Signature of Authorized Official)

Title: Asst. Director, Pre-Award Services

Date: 10/30/03

By: _____ (Signature of Project Director)

Title: Professor of Pharmacology



# W

**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

December 1, 2003

Sophia Kounelias
The Robert Wood Johnson Foundation
Route 1 and College Road East
P.O. Box 2316
Princeton, NJ 08543-2316

In reply please refer to:
#95573

RE: Signature Authorization for the University of Wisconsin - Madison

Dear Ms. Kounelias:

Please be advised, that Janice H Kalvin, Administrative Officer, Research & Sponsored Programs, is authorized to sign documents on behalf of the Board of Regents of the University of Wisconsin System and also on my behalf in my absence.

Should you have any questions or if more information is needed, please contact me at (608) 262-0252 or via e-mail at dbarrett@rsp.wisc.edu.

Sincerely,

*Diane Barrett*

Diane Barrett
Asst. Director, Pre-Award Services

CC:  Marty Skemp - Pharmacology

---

400 A.W Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://info.gradsch.wisc edu/rsp/



*final*

THE ROBERT WOOD JOHNSON
FOUNDATION

SEP 1 8 2003

*Current
active
grant ID#*

| ANSWERED | RECORDED | DATA SHEET |

## University of Wisconsin-Madison
## Graduate School, Research and Sponsored Programs

UW Proposal #   95573

The attached application has been administratively approved on behalf of the Board of Regents of the University of Wisconsin System and is submitted for your consideration.  Please keep our office advised as developments occur with regard to this application.

We ask that you use the University's above referenced proposal number in any future correspondence.  Questions regarding administrative or contractual matters should be directed to Noelle Lawton at (608) 265-0029 or nlawton@rsp.wisc.edu.  Questions regarding the technical nature of this application should be directed to the Principal Investigator.

Janice H. Kalvin
Administrative Officer
Research & Sponsored Programs

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

MDL_RWJF_0000012



**UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL**

THE ROBERT WOOD JOHNSON
FOUNDATION

**SEP 1 8 2003**

| ANSWERED | RECORDED | DATA SHEET |
|---|---|---|

September 12, 2003

Ms. Michelle A. Larkin, RN, MS
Project Officer
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Dear Ms. Larkin,

Enclosed please find a proposal and request for funding to the University of Wisconsin-Madison to continue our partnership with the American Cancer Society to improve pain management nationwide.

We request a total of $183,679 to accomplish the goals outlined in the proposal. A detailed budget narrative and appendices are also enclosed.

We look forward to the opportunity to continue this important area of work with the assistance of the Foundation and thank you for all of your support.

If you have any questions regarding this proposal or budget, please contact Marty Skemp, Grants Manager at 608-265-9173 or mmskemp@wisc.edu.

Sincerely,

*June L. Dahl*

June L. Dahl, PhD
Principal Investigator


Diane Barrett
Assistant Director, Pre-Award Services
Research and Sponsored Programs

**Janice H. Kalvin, Admin. Officer
Research & Sponsored Programs**

*Janice H. Kalvin has the authority to sign for Diane Barrett.

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

48204

# MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIPS

## WITH THE AMERICAN CANCER SOCIETY

A Proposal to the Robert Wood Johnson Foundation

*serial proposal.*

**The overall goal of the proposal is to continue to promote improvements in cancer pain management through collaborations between the American Alliance of Cancer Pain Initiatives and the American Cancer Society.**

## Background

In 1999, the Board of Directors of the American Cancer Society revised its strategic plan to recognize the critical importance of pain control for persons with cancer. They articulated a Quality of Life goal with this specific objective: "by 2015, to provide appropriate care for the control of pain based upon an appropriate care plan using uniform standards of care for 90% of cancer survivors." The Board of Directors of ACS recommended action in several areas that impact patients, the public, health care providers, health systems, public policy and legislation and internal ACS actions. The expansion of the mission of the ACS was in recognition of the terrible burden that unrelieved pain places on persons with cancer.

The action of the Board was met with great enthusiasm by pain management improvement advocates, in particular by the American Alliance of Cancer Pain Initiatives (AACPI). The AACPI is the national organization of State Pain Initiatives. These are volunteer organizations of health care professionals, educators, as well as representatives of clinical care facilities and state government whose mission is to disseminate accurate pain management information, educate health care professionals, raise public and patient awareness of the importance of controlling pain effectively, promote changes in clinical practice, and advocate for the removal of regulatory and legislative barriers to effective pain management. The AACPI and the ACS quickly acknowledged the similarity in their goals and objectives and the multiple

1

opportunities and models for collaboration.  In February 2001, with the generous support of the Robert Wood Johnson Foundation, the AACPI convened a meeting with ACS representatives to discuss already existing successful ACS-AACPI collaborations and to set the stage for expansion of those efforts.  At that meeting, representatives recognized the special synergy between the ACS and the AACPI and affirmed their commitment to using the unique strengths of each organization to maximize the achievement of their mutual goal of reducing the burden that pain places on persons with cancer (See Appendix A: National Partnership Plan).

Within three months of that meeting, the ACS had developed the "Division Guide to Collaboration with State Cancer Pain Initiatives."  This comprehensive document provides background information on the magnitude and impact of unrelieved pain in persons with cancer. It also makes specific recommendations for collaborative efforts.   It further acknowledges that the ACS and the AACPI each bring special strengths and unique perspectives to any collaboration focused on achieving the common goal of promoting cancer pain relief.  The ACS has critical national visibility and credibility, an extensive infrastructure and a well-recognized history of leadership in addressing the multifaceted challenges of cancer.  Cancer Pain Initiatives provide a national network of dedicated health care professionals with expertise in pain management who have worked on a state level to provide pain management education to healthcare professionals, patients and the public, promote institutional change and work to remove regulatory barriers.

MDL_RWJF_0000012

## The AACPI/ACS Collaboration:  Successes and Challenges

In February of 2002, the Robert Wood Johnson Foundation provided funding to the AACPI to support implementation of collaboration strategies at both the national and regional/state levels.  Emphasis was placed on five objectives:

1. Enhancing the knowledge base of ACS staff and volunteers

2. Enhancing internal communications networks within ACS and between ACS and Initiatives

3. Establishing collaborative programs and projects

4. Enhancing external communications and media activities

5. Coordinating governmental affairs efforts

As discussed below, much has been accomplished within the framework of objectives 4 and 5 and great progress has been made toward accomplishing objective 3 at least at the Divisional level.  Significant challenges have arisen with establishing collaborative programs and projects that involve the National Home Office of the ACS.

**Progress at the Divisional Level.**

Major progress has been made in establishing collaborative programs and projects at the Divisional level.   Details of the progress are provided in the Appendix B.  Particularly critical is that pain management is a part of the Strategic Plans of 14 of the 17 Divisions of the ACS: California, Eastern, Florida, Great Lakes, Heartland, Mid-Atlantic, Mid-South, Midwest, New England, Northwest, Ohio, Pennsylvania, Southeast and Texas Divisions.  Funds can not be appropriated for programs unless a subject is specifically included in a Division's Strategic Plan.

Since the spring of 2002, Pain Initiatives in Arkansas, Florida, Louisiana, Massachusetts and Vermont have been revitalized as a result of the partnership with ACS.  In addition, 10 states

MDL_RWJF_0000012

(Alabama, Northern California, Kentucky, Illinois, Mississippi, New Hampshire, New York, Tennessee,  and West  Virginia) and the District of Columbia  are actively engaged in the development or revitalization of a pain initiative.

As is apparent from the information provided in Appendix A, the level of activity, commitment and collaboration varies from Division to Division.  The New England and Eastern Divisions continue to be role models for ACS/State Cancer Pain Initiative collaborations.  Their commitment to improving pain management began before the issue was included in the Strategic Plan of the National Organization of ACS.  ACS provides staff support, meeting space and clerical support for several state initiatives within those Divisions' geographic boundaries. Although pain management is not in the Strategic Plan of the Illinois Division, the Directors of Patient Information and Navigation Services of that Division have expressed their desire to assist with revitalization of the Illinois Cancer Pain Initiative.  The California Division is now committed to revitalizing the Northern California Pain Initiative with the help of the Southern California Cancer Pain Initiative that has been a leader in the movement since its beginning almost ten years ago.

The success at the Divisional level reflects the work of the ACS Liaison, Mary Bennett, who has made site visits to numerous states and provided consultation and resources, given presentations, participated in planning meeting and often facilitated strategic planning by Initiative participants.

The AACPI Media/PR Director, Matt Bromley, has provided direct consultation and technical assistance to ACS Division personnel, many of whom are leaders in state pain initiatives.  For example, he has developed communication strategies and messages, identified target audiences, written news releases and provided personal consultation to these persons to

4

prepare them to respond to media questions about the Report Card that is being released this month by the Pain and Policy Studies Group.  That Report Card grades the states on the basis of their laws and regulations that impact on pain management.  Mr. Bromley is also assisting with Power over Pain Campaigns that are being conducted with the State Pain Initiatives in Florida, Louisiana and Massachusetts.  These public awareness campaigns are being carried out in collaboration with the American Pain Foundation and ACS Advocacy staff.

**Progress and challenges at the national level.**

There have been very productive collaborations between the AACPI and the ACS National Government Relations Office.  The AACPI has provided advice and consultation on medication costs and controlled substances policies. The interactions have been beneficial to both groups.  The AACPI is currently participating in discussions aimed at developing measures to evaluate the impact of the prescription monitoring program that has been implemented in the western region of Virginia.

Unfortunately, it has not been possible to accomplish the goals that involved collaborations between the AACPI and the ACS National Home Office.  The initial goals of that collaboration are articulated in an Action Plan (Appendix C) that was developed during a series of meetings between AACPI and National Home Office staff and finalized in the spring of 2002. A major reorganization of the National Home Office began shortly thereafter.  As a result, the collaboration at the national level has "been on hold" for almost a year.  The PI and the ACS Liason met with staff in the Department of Cancer Control at the NHO in Atlanta in June, 2003. We concluded from that meeting that it would be critical to expand and diversify our relationship with the national organization, in particular to seek to engage multiple departments in the NHO in implementation of the Strategic Plan.  Dr. Jerry Yates, National Vice President, Research, in

MDL_RWJF_0000012

the National Home Office  visited the PI and the AACPI staff in late July and pledged to assist

with identification of key staff persons in the National Home Office with whom we should work

to advance the collaboration at the national level.  Dr. Bonnie Teschendorf, Director of Quality

of Life Science, has been instrumental in maintaining our links to the internal processes of the

National Home Office.

## Proposal

This proposal has two major components:

1) the first addresses continuation, indeed expansion, of the successful collaborations between
   the ACS Divisions and State Pain Initiatives;

2) the second, and much more challenging component, involves working strategically with the
   ACS NHO to assure that pain management becomes and remains a core component of their
   mission and activities, that pain management is indeed a "perpetual priority" for ACS as are
   early detection and treatment of cancer.

A. **Collaborations at the State and Divisional Level.**  We propose to continue the strategies

that have been so successfully implemented in the last year and a half, strategies that have

resulted in the progress summarized in Appendix B.

o **ACS Liaison**. It is critical to maintain the position of the ACS Liaison since she

facilitates the creation and implementation of collaborations between the ACS (at

the divisional, regional and unit level) and the State Pain Initiatives.

Collaboration looks different in every state and in every Division and is

dependent on defined needs and financial realities.  The ACS Liaison assists State

MDL_RWJF_0000012

Pain Initiatives to analyze their strengths and limitations.  She has established

excellent relations with leaders in every State Initiative and is very well respected

for her commitment to the movement.

o  **Media/PR Director**.  This position is also critical to collaborative efforts between

Divisions and State Pain Initiatives as he works to empower State Pain Initiatives

to effectively communicate cancer pain issues to the media and the public.  He

also has developed excellent relations with the leaders of the State Pain Initiatives

and is very well respected for his intelligent and measured responses to the

specific needs of the Initiatives.

o  **Strategy Meetings**.  We propose to hold two meetings to bring together

individuals who are part of successful ACS/State Initiative collaborations with

persons who have faced challenges in developing collaborations.  We would

encourage participants to develop materials that would enable the sharing of

resources and ideas between and among the State Pain Initiatives and ACS staff

and volunteers.   They would address other key topics such as co-branding,

fundraising, program priorities and strategies to educate and engage all of the

Departments in Divisions.

**B.  Collaborations at the National Level**.  We propose to work with staff in the National Home

Office to:

o  Develop and implement a system of communication to facilitate collaborative

efforts and the sharing of information between and among the national, divisional,

regional and state levels of the ACS, the AACPI and individual State Pain

Initiatives.   We propose to work with staff at the National Home Office to

7

MDL_RWJF_0000012

develop a strategy to create and implement a plan for communication about pain management improvement efforts.  We propose to establish list serves because they are powerful tools for maintaining communication links.  We also propose how to more effectively utilize existing web sites and electronic newsletters. Although we have done much to understand the culture of the ACS, we recognize that there are communication gaps between and among the various levels of the organization and obviously communication gaps between ACS and Initiatives. The ACS Liaison will work with appropriate ACS staff to identify the best means of communication because part of the challenge is to assure that all ACS staff members and volunteers understand the importance of the 2015 Quality of Life goal.

o  Provide assistance and expertise to enhance the knowledge base and commitment of ACS staff and volunteers.   We propose to work with staff at the ACS home office to create and implement a mechanism to assure that all ACS staff and volunteers are knowledgeable about cancer pain management.  The initial challenge will be to identify the appropriate staff; Terri Ades, Director of Life/Health Promotions/Health Contents Products has evidenced interest in this objective and as stated previously, Dr. Jerry Yates recognizes the importance of the collaboration.

o  Continue to work with the National Government Relations office on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer.  We anticipate particular interest in reimbursement policies that have the potential to restrict patient access to pain relieving drugs.

8

MDL_RWJF_0000012

o   Continue to work with ACS to assure that pain relief is an important part of the organization's national public relations agenda.  The AACPI Media/PR Director will work with ACS public relations personnel to develop media and public relations strategies to address national concerns and to improve public awareness of cancer pain issues.

9

MDL_RWJF_0000012

*Appendix B*

# Status of ACS/CPI Partnership with Divisions/Regions/States

## CALIFORNIA
Pain Management is in the Division's Strategic Plan

### Northern California Pain Initiative (NCPI)
- Revitalizing meeting of key stakeholders held August 7, 2003 at the University of California, San Francisco, facilitated by Mary Bennett
- Presently forming the Steering Committee
- Revitalization led by May Sung, VP for Advocacy, California Division
- Southern California Cancer Pain Initiative is an active supporter of the revitalization
- Mary Bennett of AACPI is providing ongoing consultation by participating in the monthly conference calls and providing materials and links to other Initiatives' activities
- <u>Initiative Priority Areas</u>:  Revitalizing the Initiative, Professional Education, Public Education and Regulatory Advocacy

### Southern California Cancer Pain Initiative (SCCPI)
- Established Initiative based at the City of Hope National Medical Center
- A role model for other Initiatives with a broad range of activities and accomplishments
- Hosted the 14th Annual AACPI Meeting, June 12-14, 2003
- ACS is represented on the SCCPI Board, has provided financial support and assisted with legislation
- <u>Initiative Priority Areas</u>:  Legislative Advocacy (successfully advocated for a bill requiring Continuing Medical Education in Pain Management), Increasing Awareness of Pain Issues (Annual "Awards Gala" recognizing "Excellence in Pain Management"), Professional Education (extensive training and conferences) and Expansion of Initiative membership

## EASTERN DIVISION
Pain Management is in the Division's Strategic Plan

### New Jersey Pain Initiative (NJPI)
- Established Initiative, program of ACS with an active membership and broad range of activities
- Role model for other ACS/CPI collaborations and leadership nationally
- Kristina Thomson, LCSW, is Director of the Eastern Division Pain Project and the New Jersey Pain Initiative
- Strategic Meeting scheduled for September 22nd, 2003 to be facilitated by Mary Bennett
- Will host the 15th Annual Meeting of the AACPI, June 17-19th, 2004
- <u>Initiative Priority Areas</u>:  Institutional Change (continue data collection from organizations that participated in the RWJF funded project, "Best Practices in Pain Management"), Professional Education, Public Awareness & Advocacy and Fundraising (to sustain and expand efforts)

1

**New York State Cancer and AIDS Pain Initiative** (NYSCAPI)
- Revitalizing under the leadership of key Initiative Board members and ACS staff, Kristina Thomson, LCSW, and Marion Thompson, RN, MSN, MPA, CPHQ Thomson and Thompson recently met with the NYSCAPI Board to explore building the ACS/CPI collaboration in New York
- A joint strategic planning meeting is scheduled for October 10, 2003 in New York City, to be facilitated by Mary Bennett
- <u>Initiative Priority Areas</u>: Initiative Revitalization, Building Collaboration with ACS, Professional Education, Advocacy and Institutional Change

## FLORIDA
Pain Management is in the Division's Strategic Plan

**Florida Pain Initiative** (FPI)
- Established Initiative
- Independent non-profit organization with formal partnership with Florida Division of the ACS
- ACS provides half-time staff, Trish Ollin, RN, FPI Coordinator
- Jennifer Strickland, PharmD, BCPS serves as President, Board of Directors, serves the ACS Pain Committee
- FPI provides ACS technical assistance and pain expertise
- Cathi Carr, VP of Patient Services, is a strong supporter
- The FPI's Three-Year Strategic Plan has been a model for other division/state CPI/ACS collaborations
- Presently implementing a Statewide Public Awareness Campaign- "Power Over Pain" in collaboration with ACS, ASPMN, AACPI and the American Pain Foundation
- Initiative Priority Areas: Building the Collaboration with the ACS, Building the Structure and Capacity of the Initiative, and Public Awareness Campaign

## GREAT LAKES DIVISION
Pain Management is in the Division's Strategic Plan

**Michigan Cancer Pain Initiative** (MCPI)
- Established Initiative
- ACS representative serves on the MCPI Board
- ACS publishes the MCPI newsletter
- <u>Initiative Priority Areas</u>: Legislative Advocacy (recent success at eliminating paper PMS), Professional Education (annual joint conference), Network Development (Website, newsletter) and Collaboration with ACS

**Indiana Cancer Pain Initiative** (INCPI) inactive
- Initial effort, extensive ACS involvement

2

## HEARTLAND DIVISION
Pain Management was added to the Division's Strategic Plan

### Kansas Pain Initiative (KPI)
- Established Initiative
- Formally affiliated with the Kansas Life Project, Living Initiatives for End of Life
- ACS represented on the Board of Directors of the KPI
- Robert Twillman, PhD, Chair of the KPI, serves on the Division's Quality of Life Task Force
- <u>Initiative Priority Areas</u>:  Regulatory Change (collaborated in a successful effort to develop a Joint Guideline from State Licensing Boards), Professional Education, Public Awareness and Building Collaboration with the Kansas Life Project

### Missouri Pain Initiative (MPI)
- Rejuvenating through the leadership of Chris Herndon, PharmD, and Donna Kalauokalani, MD, MPH
- Recently Incorporated and adapted new mission statement
- Affiliated with Washington University Pain Center
- Granted seat on Missouri Cancer Consortium Board
- History of collaboration with ACS
- <u>Initiative Priority Areas</u>:  Initiative Capacity Building, Professional Education and Public Awareness

### Pain Relief Oklahoma (PROK)
- Revitalizing Initiative
- Formally affiliated with the Oklahoma Association for Healthcare Ethics
- Informal collaboration with ACS
- <u>Initiative Priority Areas</u>:  Initiative Development, Professional Education and Public Awareness

**Nebraska** has no initiative

## ILLINOIS
Pain Management is not in the Division's Strategic Plan

### Illinois Cancer Pain Initiative (ILCPI) presently inactive
- Dahl and Bennett of AACPI met with the Directors of Patient Information and Navigation Services on April 23, 2003.  There was a positive and productive discussion regarding the potential for collaboration.
- AACPI developed a collaboration proposal presented August 5, 2003 to the Cancer Information Resource Committee (a Division Board Committee).  Final decision will be determined at the committee's October meeting.
- Targeting early 2004 for a meeting of key stakeholders

3

MDL_RWJF_0000012

## MID-ATLANTIC DIVISION
Pain Management is in the Division's Strategic Plan

### Delaware Pain Initiative (DPI)
- Established Initiative
- Presently involved in a spectrum of activities for September, as Pain Awareness Month
- Informal collaboration with ACS
- <u>Initiative Priority Areas</u>: Professional Education, Information Dissemination (Website Development) and Initiative Capacity Building

### Maryland Pain Initiative (MPI)
- Established Initiative based at the American Pain Foundation (APF)
- ASC staff serves on the MPI Board
- A three organization collaboration will address regulatory barriers: APF (contributing office space and staff support), AACPI (contributing $10,000 and staff support by the AACPI with funding provided by the US Cancer Pain Relief Committee) and ACS (contributing a two-year commitment of $5,000 and in-kind services)
- <u>Initiative Priority Areas</u>: Regulatory Advocacy, Public Awareness and Initiative Capacity Building

### Virginia Cancer Pain Initiative (VCPI)
- Established Initiative with a successful history of legislative advocacy, professional education and institutional change
- Implemented AACPI Practice Change Program
- VCPI with the help of ACS recently expanded its efforts to include two chapters in rural Virginia
- VCPI provides ACS pain management expertise, publication review, faculty for programs and resource referrals
- ACS is presently working with VCPI to determine present level of support
- <u>Initiative Priority Areas</u>: Partnership Development for Survival, Professional Education and Chapter Development to address the extensive needs in rural Virginia

### Washington, DC Pain Initiative
- In development
- Emelda Curry, LICSW, ACS Community Service Advocate, providing leadership and facilitating progress
- Organizing committee formed and meeting monthly
- Meeting of key stakeholders has been set for November 6, 2003
- AACPI provides support in the initiative development via conference calls and will facilitate the meeting of key stakeholders

4

MDL_RWJF_0000012

**West Virginia Cancer Pain Initiative** (WVCPI) inactive
- In development
- The AACPI has been in dialogue with The Appalachian Cancer Research Consortium, Mary Babb Randolph Cancer Center and ACS, as key to the reorganization
- Core group met in August, reviewed history and began reorganization process

## MID-SOUTH DIVISION
Pain Management is in the Division's Strategic Plan

Letitia Thompson, ACS Senior VP of Systems, the Mid-South Division, has made a commitment to help establish or revitalize the cancer pain initiatives in their Division's six states – Alabama, Arkansas, Kentucky, Louisiana, Mississippi and Tennessee.  Health Systems Directors in every state are in working to fulfill this objective.  Mary Bennett and Karen Koch, PharmD, (Mississippi Cancer Pain Initiative) provided the staff an all-day training on February 4, 2003 in Birmingham, Alabama, which included: Basics of Pain Management, History of the Initiative Movement, AACPI/ACS Partnership and Elements to Building a Pain Initiative.

**Arkansas Pain Initiative** (ARPI)
- Revitalizing Initiative
- Treg Long, ACS Health Systems Director, providing leadership and working with dedicated Initiative leaders
- AACPI is providing consultation
- <u>Initiative Priority Areas:</u>  Initiative Development, Legislative and Regulatory Advocacy, Outreach to Regulatory Boards and Professional Education

**Louisiana Pain Initiative** (LPI)
- Revitalizing Initiative, based at Baton Rouge General Hospital
- Presently implementing a Statewide Public Awareness Campaign- "Power Over Pain" in collaboration with ACS, ASPMN, AACPI and the American Pain Foundation
- ACS is an active collaborator
- AACPI is providing consultation, facilitated reorganization meeting and has provided faculty for meetings
- <u>Initiative Priority Areas:</u>  Public Awareness, Professional Education and Initiative Capacity Building

**Other States** – Efforts in **Alabama, Kentucky** (meeting scheduled for October 10, 2003)**, Mississippi** and **Tennessee** (meeting scheduled for October 1, 2003) are actively being initiated.

MDL_RWJF_0000012

**MIDWEST**
Pain Management is in the Division's Strategic Plan

### Iowa Cancer Pain Relief Initiative (IACPRI)
- Revitalizing Initiative
- Collaborated with ACS to implement at the AACPI Practice Change Program
- <u>Initiative Priority Areas</u>:  Institutional Change, Professional Education and Initiative Capacity Building

### Minnesota Cancer Pain Initiative (MNCPI) inactive

### South Dakota Cancer Pain Initiative (SDCPI)
- Revitalizing Initiative in affiliation with the University of South Dakota, School of Medicine, in partnership with ACS
- AACPI is providing consultation

### Wisconsin Pain Initiative (WPI)
- Revitalizing Initiative
- The 1st Cancer Pain Initiative with a rich history of leadership in the movement
- The AACPI national office, in Madison, Wisconsin, is the base for the WPI
- WPI is presently revising their Patient Education Brochure
- WPI and the Wisconsin Pharmacy Society are co-sponsoring a series of five meetings in October - <u>Role of Opioids in the Management of Persistent Pain</u>
- Initiative planning meeting of key stakeholders is scheduled for October 24, 2003
- Limited collaboration with ACS, presently in dialogue
- June Dahl, PhD has provided training for ACS Division staff
- <u>Initiative Priority Areas</u>:  Organizing an Insurance Practice Study, Professional Education, Systems Change, Establishing an Email Newsletter and Revitalizing the Initiative


**NEW ENGLAND DIVISION**
Pain Management is in the Division's Strategic Plan

The New England Division continues to be a leader and role model for other ACS/CPI partnerships through its commitment of staff and resources, as well as national leadership in promoting the partnership.  Susan Richter, RN, MA, VP of Patient Services, received the 2003 AACPI Distinguished Service Award for her outstanding contributions to our partnership and its efforts to address the epidemic of unrelieved pain.  Pat Trotta, RN, MSN, plays a critical role as the Division Pain Project Director.

6

**Connecticut Cancer Pain Initiative** (CCPI)
- Established Initiative and program of ACS
- ACS provides staff support, meeting space and clerical support
- CPI provides pain expertise, speakers for *I Can Cope,* testimony for advocacy, knowledge of healthcare system and consultation
- Implemented an AACPI Practice Change Program
- Held Statewide Regulatory Summit in collaboration with AACPI, supported by the US Cancer Pain Relief Committee
- Granted seat on State Cancer Plan Committee
- <u>Initiative Priority Areas</u>:  Regulatory Advocacy (Improve relations with state government policy makers, regulators, professional healthcare organizations and associations to address barriers), Professional Education and Public Awareness

**Maine Cancer Pain Initiative** (MCPI)
- Established Initiative with a broad range of accomplishments
- Formally affiliated with the Maine Hospice Council
- MCPI and ACS have an active collaboration
- ACS supports MCPI's Annual Pain Symposium
- <u>Initiative Priority Areas</u>:  Annual Conference, Professional Education and Legislative Advocacy

**Massachusetts Pain Initiative** (MAPI)
- Revitalized through strong Initiative leadership and ACS partnership
- Amy Goldstein MSW, ACS staff, MPI Coordinator
- MPI is presently implementing the AACPI Practice Change Program through support of ACS, AACPI and the Stratford Foundation
- Presently planning the implementation of a Statewide Public Awareness Campaign- "Power Over Pain" in collaboration with ACS, ASPMN, AACPI and the American Pain Foundation
- <u>Initiative Priority Areas</u>:  Institutional Change, Regulatory Advocacy, Professional Education and Public Awareness

**New Hampshire Pain Initiative** (NHCPI)
- Revitalizing Initiative
- January 24, 2003 the Initiative Board met with Mary Bennett, Pat Trotta RN, MSN, New England Division Pain Director, Judy Murphy RN, EdD, Vermont Pain Education Coordinator and other stakeholders.  The NHCPI decided to affiliate with the ACS and the partnership is presently being developed.
- <u>Initiative Priority Areas</u>:  State-wide Annual Conference, Professional Education and revitalizing the Initiative in collaboration with ACS

7

MDL_RWJF_0000012

**Vermont Pain Initiative** (VPI)
- Revitalizing Initiative, formally affiliated with ACS
- State-wide Initiative Revitalization Meeting, January 23, 2003, organized by Judy Murphy, RN, EdD, ACS Pain Education Coordinator and facilitated by Mary Bennett.
- Strategic Planning Meeting was convened in July 2003.
- <u>Initiative Priority Areas</u>: Public Education, Institutional Change (successfully completed an AACPI/ACS Practice Change Program), Professional Education and Initiative Capacity Building

## NORTHWEST DIVISION
Pain Management is in the Division's Strategic Plan

The Division has made a commitment to raise funds to address the undertreatment of pain and support/build the Pain Initiatives in Alaska, Montana, Oregon and Washington. Unfortunately the effort has been delayed, as the Western ACS Divisions are in the process of reorganization.

**Alaska Pain Network** (APN)
- Established and active Initiative
- Affiliated with the Alaska/Washington Pain Initiative
- APN and ACS collaborate on projects
- Successful Pain Resource Fair
- <u>Initiative Priority Areas</u>: Public Awareness and Education, Professional Education and Newsletter Distribution

**Montana Cancer Pain Initiative** (MTCPI) inactive

**Oregon Cancer Pain Initiative** (ORCPI) inactive

**Washington Cancer Pain Initiative** (WACPI) inactive
- Initial efforts to revitalize through collaboration with ACS and the APN
- Reorganization meeting scheduled for November 7-8, 2003

## OHIO
Pain Management is in the Division's Strategic Plan; recognizes that more specific plans needed

**Ohio Pain Initiative** (OPI)
- Established and active Initiative
- Formally affiliated with Hospice
- History of collaboration with ACS
- <u>Initiative Priority Areas</u>: Professional Education (Annual Pain Summit, with "Excellence in Pain Management Awards"), Legislative Advocacy (successful passage of a bill creating a Compassionate Care Task Force), Website Development and Public Awareness

8

**PENNSYLVANIA**
Pain Management is in the Division's Strategic Plan

    **Pennsylvania Cancer Pain Initiative** (PCPI)
- Revitalizing Initiative, based at Pennsylvania State University
- Formally affiliated with ACS, providing financial support
- PCPI provides ACS pain expertise and testimony for advocacy
- Successful Annual Meeting
- <u>Initiative Priority Areas</u>:  Professional Education, Regulatory Advocacy and Initiative Capacity Building

**ROCKY MOUNTAIN DIVISION**
Information unavailable on Division's Strategic Plan

    **Colorado Pain Initiative** (CPI)
- Established Initiative affiliated with the Colorado Pain Consortium
- Minimal collaboration with ACS
- <u>Initiative Priority Areas</u>:  Professional Education and Capacity Building

    **Idaho Coalition for Cancer Pain Relief** (ICCPR) inactive
- History of collaboration with ACS

    **Cancer Pain Relief Utah** (CPRU)
- Established Initiative
- History of successful collaboration with ACS
- Presently rebuilding collaborative relationship with ACS
- <u>Initiative Priority Areas</u>:  Re-establish a working relationship with ACS, Public Awareness and Professional Education

    **Wyoming Cancer Pain Initiative** (WCPI) inactive

**SOUTHWEST DIVISION**
Pain Management is not in the Division's Strategic Plan

    **Georgia Cancer Pain Initiative** (GCPI) inactive

    **North Carolina Pain Initiative** (NCPI)
- Established Initiative
- ACS provides office and meeting space
- Active in the development of State's Cancer Plan
- Implemented AACPI Practice Change Program
- "Down East Regional Chapter" established June 2003
- <u>Initiative Priority Areas</u>:  Institutional Change, Professional Education and Regional Meetings

9

**South Carolina Pain Initiative** (SCPI) inactive

## SOUTHWEST DIVISION
Pain Management is in the Division's Strategic Plan

### Arizona Pain Initiative (AZPI)
- Established Initiative, Independent non-profit
- Role model for other Initiative in their revitalization efforts
- Informal collaboration with ACS
- Participated in AACPI Practice Chance Program
- Successful Annual Conference
- <u>Initiative Priority Areas</u>:  Institutional Change, Professional Education, Annual Conference and Newsletter

### Nevada Cancer Pain Initiative (NVCPI) inactive

### New Mexico Pain Initiative (NMPI)
- Revitalizing Initiative, formally affiliated with Hospice
- Implemented AACPI Practice Change Program
- Held Statewide Regulatory Pain Summit in Collaboration with AACPI, supported by the US Cancer Pain Relief Committee
- <u>Initiative Priority Areas</u>:  Regulatory Advocacy, Professional Education and Initiative Capacity Building

## TEXAS  DIVISION
Pain Management is in the Division's Strategic Plan

### Hawaii Cancer Pain Initiative (HICPI)
- Established Initiative
- Formal Affiliation with ACS
- <u>Initiative Priority Areas</u>:  Professional Education, Regulatory Advocacy and Public Awareness

### ACS Texas Division Cancer Pain Initiative
- Established Initiative
- Program of ACS
- Successful Annual Conference
- <u>Initiative Priority Areas</u>:  Professional Education, Annual Meeting, Regulatory Advocacy and Initiative Capacity Building

### Texas Cancer Pain Initiative (TXCPI)
- Revitalizing, affiliated with MD Anderson Cancer Center
- New leadership, Dr. Larry Driver
- <u>Initiative Priority Areas</u>:  Revitalizing the Initiative, Professional Education and Public Awareness

10

**AMERICAN INDIAN/ALASKA NATIVE CANCER PAIN INITIATIVE**

- New, population-specific Initiative, Affiliated with Tides Center, Unbroken Circle
- Presently no ACS involvement
- <u>Initiative Priority Areas</u>:  Initiative development, Public Awareness and Empowerment, and Professional Education

11

# The American Alliance of Cancer Pain Initiatives (AACPI) and The American Cancer Society (ACS)
## National Partnership Plan

### Purpose

To build a National/ Division/ State Partnership between the AACPI/CPIs and the ACS which utilizes the unique strengths of each organization to reduce the burden of pain for cancer survivors and their families.

### Goals

➢ Increase collaboration on a national level to provide leadership, coordination of efforts, and a sustained commitment to action.

➢ Increase the levels of collaboration between Cancer Pain Initiatives and ACS Divisions/States

➢ Work together to assure that ACS staff and volunteers are knowledgeable about the prevalence and impact of cancer pain, are informed about the goals and activities of the AACPI and CPIs, are knowledgeable about the goals and benefits of the partnership between ACS and AACPI/CPIs and are made aware of the various models for collaboration

➢ Work together to assure that AACPI leaders and CPIs are knowledgeable about the organizational structure of the ACS, informed about ACS goals and objectives to address the undertreatment of cancer pain, are aware of the goals and benefits of the partnership between ACS and the AACPI/CPIs are made aware of the various models for collaboration

➢ Create a Strategic Work Plan with short and long-term goals to systematically accomplish the goals of the Partnership and evaluate its progress.

### Strategies

➢ Develop a system of communication between the ACS and AACPI/CPIs in order to strengthen the partnership

➢ Provide consultation (national office staff of the ACS and AACPI) to support and build local partnerships

➢ Develop and provide presentations to ACS Divisions and identified ACS groups to supply information on the prevalence and impact of the problem, highlight common goals and objectives, articulate the benefits of collaboration, and present models of collaboration

➢ Utilize ACS pain champions and AACPI leaders to strategically build this partnership and a commitment to action

➢ Utilize existing Model Programs and Best Practices that have been piloted with documented success, develop additional models where needed, adapt to be implemented as a ACS/CPI collaboration, and jointly raise funds to duplicate and implement.

➢ Pool and make available existing data on pain   prevalence and impact, public policy, public and professional education, clinical management, and systems change

➢ Explore and develop methods to collaborate in the areas of  Public Awareness and Education, Advocacy and Public Policy, Professional Education, and Systems Change

*Appendix C*

**AMERICAN ALLIANCE OF CANCER PAIN INITIATIVES AND AMERICAN CANCER SOCIETY
PARTNERSHIP WORKPLAN 2002-2003**
***NOTE: This plan is no longer specifically applicable because of reorganization of the ACS National Home Office
and the departure of Pat Shifflet***

Executive Team-Pat Shifflet, Venus Chapman, June Dahl and Mary Bennett
*The executive team will enlist participants (and others suggested) from the May 9-10[th] meeting in Atlanta for their support and contributions.

| Strategies and Tasks | Responsibility | Target Date | Comments |
|---|---|---|---|
| 1. **Create a Draft of the AACPI/ACS Partnership Plan.** | Executive Team | | **Accomplished** |
| 2. **Plan and participate in the "AACPI/ACS Collaboration Kick-Off" to be held at the AACPI's Annual Meeting.** | Executive Team | | **Accomplished** |
| 3. **Disseminate Partnership Plan at AACPI's Annual Meeting.** | Mary Bennett | | **Accomplished** |
| 4. **Provide consultation to ACS and CPIs to support and build local partnerships.** | Executive Team | | **Ongoing** (Primarily implemented by Mary Bennett and Pat Shifflet) |
| 5. **Form a joint ACS/AACPI "Task Force" of key leaders to oversee implementation, monitor progress and provide advice.** | Executive Team | Convene October, 2002 | Executive Team will review list of participants from May 9-10th meeting to identify potential members of the Task Force.  As identified at the May meeting, it is important to have a Division CEO as part of the Task Force.  Suggested names are Don Guaditis, Don Distasio, or Don McClure.  The Executive Team will finalize the list of Task Force members and request participation.  **On Hold** |
| 6. **Approach ACS leadership to build an investment in our common goals, potential accomplishments and the partnership through presentations at leadership meetings:** | | | Presentations will provide:<ul><li>Basic information about the prevalence and impact of pain in persons with cancer, and the barriers to pain management</li><li>Overview of the CPI movement</li><li>Overview of collaboration with AACPI/CPIs and ACS</li><li>Review of Division pain management goals/activities and collaboration with CPIs by a peer spokesperson.  **On Hold**</li></ul> |
| CEO - key contacts- Don Guaditis, Don Distasio and Don   McClure | Pat Shifflet | Oct. 20, 2002 | Pat will request a CEO to champion the issue of pain management and our collaboration, and encourage Division involvement and CEO "buy in."  **On Hold** |

| Strategies and Tasks | Responsibility | Target Date | Comments |
|---|---|---|---|
| • VPs Cancer Control | Pat Shifflet | October 2002 | Pat requested time on the October meeting agenda for June and Mary to present (see content listed above). **On Hold** |
| • Advocacy | Carter Steger/ Beth Cameron | October 2002 | A toolkit is being developed for distribution to Advocacy staff in October 2002. The toolkit will focus on state legislative activities. There will be an Advocacy staff training on legislative and regulatory pain management issues, January 2003. **Completed** |
| • Planners | Pat Shifflet | Week of Oct. 21 | Pat has received an invitation for June and Mary to present at the October meeting. **Accomplished** |
| **7. Develop a Business Brief.** | | | The business brief will be distributed to ACS leadership to provide information on cancer pain (see item #6), the importance of moving forward with ACS pain management initiatives and the benefits of the collaboration with AACPI/CPIs. **On Hold** |
| • Forward sample business briefs to Mary/June. | Pat Shifflet/ Venus Chapman | | **Accomplished** |
| • Compile information for business brief. | June Dahl/ Mary Bennett | August 16, 2002 | June and Mary will supply information to Pat/Venus. **Accomplished** |
| • Draft business case completed. | Pat Shifflet/ Venus Chapman | September 13, 2002 | Pat/Venus will complete a draft and send to June and Mary. **On Hold** |
| • Review of draft business case. | Task Force | September 20, 2002 | Comments returned. **On Hold** |
| • Business brief completed. | Pat Shifflet/ Venus Chapman | September 30, 2002 | Pat/Venus are responsible for completion of the business brief. **On Hold** |
| **8. Develop a Plan for Engaging Divisions in our Common Goals and the Partnership.** | | | |
| • Identify four Divisions/Pain Initiatives on which to focus in the coming year. | Executive Team | July 17, 2002 | Divisions Identified· Florida, Heartland, Southwest, and Ohio. Illinois was identified as possibly the next priority. **Accomplished** |
| • Plan visits/presentations for the four identified Sites. | Executive Team | Arrange by Sept.15, 2002 | Pat will initiate discussion with Divisions about getting a pain presentation on the agenda of the leadership meetings. (See #5 "Comments" for presentation content). Mary will arrange the meetings, coordinate the planning and communicate with local CPIs about the meeting. **Delayed** |

| Strategies and Tasks | Responsibility | Target Date | Comments |
|---|---|---|---|
| • Make Site Visits. | Executive Team | TBD | Target visiting one Division per month. (See AACPI activity report.) |
| • Identify additional Divisions and schedule visits. | Executive Team | | (See AACPI activity report.) |
| **9. Develop a Public Awareness Plan.** | | | |
| • Identify internal communications (National and Divisional) materials presently completed in preparation for October meeting presentations. | Pat Shifflet/ Venus Chapman | | Review Communications Tool previously developed by ACS – may make changes (after review by Task Force), then present at October Patient Support Leadership meeting (Pat will invite June to this meeting). **On Hold** |
| • Contact ACS Comm. Dept. to discuss need for integration of information on pain. | Pat Shifflet | | **?** |
| • Develop a Media Toolkit for Divisions. | Venus Chapman/ Matt Bromley | | Matt has already developed a Media Toolkit.  Will forward the Toolkit to Venus. **Accomplished** |
| • Explore lower budget ways to address public awareness. | Venus Chapman/ Matt Bromley | | **On Hold** |
| • Identify opportunities to communicate/promote pain issues (APS Guidelines, 2003). | June Dahl/ Matt Bromley | March 2003 | American Pain Society is revising the Guidelines for the Treatment of Cancer Pain (should be available by March 2003).  One possibility to explore is to create a video feed (as done by AACPI previously) as a public awareness opportunity to be released concurrently with the Guidelines.  **On Hold** |
| **10. Replication of Model Programs.** | | | |
| • Solicit and identify a workgroup to move this agenda forward. | Executive Team | TBD | • Convene a conference call to discuss how Model Programs can fulfill our common goals and be deployed as part of the collaboration. • Articulate roles and responsibilities in detail for ACS and AACPI in rolling out these programs. |
| • Suggested Model Programs: Professional Education Practice Change Programs (AACPI) Best Practices (New Jersey) Regulatory/Advocacy PRN Programs | | | National Academy may be a venue to move these projects forward (see #11) **On Hold** |

| Strategies and Tasks | Responsibility | Target Date | Comments |
|---|---|---|---|
| • Explore Joint Fundraising Proposals. | | | • Seek funding to provide grants to Divisions/CPIs to implement Model Programs.<br>**On Hold** |
| **11. Develop a Public Awareness Plan.** | | | |
| **12. Develop a National Academy on Pain Management.** | Pat Shifflet | | **Concept Tabled** |
| • Solicit ideas for the Academy. | | August 9, 2002 | • June will present the idea to the AACPI Board to solicit ideas<br>• Mary/June will discuss and provide specific feedback and ideas. |
| • Identify expert workgroup and convene the group to develop the curriculum. | Executive Team | | |
| • Develop Academy curriculum. | Workgroup/ Executive Team | | |
| • Develop criteria for accepting team for the Academy. | Workgroup/ Executive Team | | |
| **Other items to be developed:**<br><br>• **Create an ACS/AACPI communication system to ensure information sharing and updates on progress.**<br>• **Pool and make available existing data on pain: prevalence and impact, public policy, public and professional education, clinical management, and systems change.** | Executive Team<br><br><br>TBD | | Form work groups in the various areas to summarize existing data in order to move our efforts forward.<br>**On Hold** |

Source: Legal > States Legal - U.S. > Wisconsin > Statutes & Regulations > WI - Wisconsin Statutes ⓘ
TOC: Wisconsin Statutes > / . . . / > CHAPTER 36. UNIVERSITY OF WISCONSIN SYSTEM > 36.07. Corporate title, officers, meetings, records.
Terms: board of regents of the university of wisconsin (Edit Search)

☞Select for FOCUS™ or Delivery

*Wis. Stat. § 36.07*

WISCONSIN STATUTES

\*\*\* THIS DOCUMENT IS CURRENT THROUGH THE 2001-2002 LEGISLATION \*\*\*

EDUCATIONAL INSTITUTIONS
CHAPTER 36. UNIVERSITY OF WISCONSIN SYSTEM

Wis. Stat. § 36.07 (2002)

36.07. Corporate title, officers, meetings, records.

(1) CORPORATE STATUS AND TITLE. The board and their successors in office shall constitute a body corporate by the name of "**Board of Regents of the University of Wisconsin System**".

(2) SECRETARY. The board shall appoint a secretary of the board who shall keep a faithful record of all its transactions.

(3) TREASURER. The state treasurer shall be the treasurer of the board, but the board may appoint other persons to receive other moneys that may be due or remitted from any source.

(4) MEETINGS, TIMES, NOTICE. The times for holding the regular annual meeting and such other meetings as are required, and the manner of providing notice for such meetings, shall be determined by the boards bylaws.

(5) ACCESS TO THE BOARD. The board shall provide in its operating policies for access to the board by the public, faculty, students and chancellors.

(6) MEETINGS AND RECORDS PUBLIC. The board meetings shall be open and all records of such meetings and of all proceedings of the board shall be open to inspection in accordance with subchs. II and V of ch. 19.

**HISTORY:** History: 1973 c. 335; 1975 c. 426 s. 3; 1981 c. 335 s. 26; 1991 a. 39.

Source: Legal > States Legal - U.S. > Wisconsin > Statutes & Regulations > WI - Wisconsin Statutes ⓘ
TOC: Wisconsin Statutes > / . . . / > CHAPTER 36. UNIVERSITY OF WISCONSIN SYSTEM > 36.07. Corporate title, officers, meetings, records.
Terms: board of regents of the university of wisconsin (Edit Search)
View: Full
Date/Time: Wednesday, November 5, 2003 - 4:24 PM EST

MDL_RWJF_0000012

About LexisNexis | Terms and Conditions

Copyright © 2003 LexisNexis, a division of Reed Elsevier Inc  All rights reserved

MDL_RWJF_0000012



THE
ROBERTWOOD
JOHNSON
FOUNDATION®

$\frac{1}{12}$

August 30, 2005

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI  53706-1510

Dear Dr. Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant.  After reviewing your proposed budget revision requests for the grant identified below, we are approving your revised budgets for the periods of December 1, 2004, through November 30, 2005 and December 1, 2005, through November 30, 2006.

I.D.            048204
Amount:         $183,680
Purpose:        Making pain relief a reality for cancer patients
Project Dates:  December 1, 2003 through November 30, 2005
                Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu)

Enclosed are the revised financial reporting forms reflecting your approved budgets of $67,296 and $27,320, respectively.  These forms should be used when reporting expenditures for these periods.

If you need further assistance, please contact me at  609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

SK : sk
Enclosure
cc: Robert Andersen
    Michelle A. Larkin, R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701
Internet: http //www.rwjf.org
e-mail: mail@rwjf org

MDL_RWJF_0000012

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

| | | |
|---|---|---|
| **048204** | **Project Director :** June L Dahl | 608-262-0978 |
| **Making pain relief a reality for cancer patients** | **Financial Officer:** Robert Andersen | 608-262-2896 |
| **University of Wisconsin-Madison Medical School** | **Program Officer:** Michelle A Larkin | |
| **Budget Period:** 12/01/2004 to 11/30/2005 | **Senior Officer:** Rosemary Gibson | |
| **Project Period:** 12/01/2003 to 11/30/2005 | **Grants Administrator:** Sophia Kounelias | |
| | **Grants Administrative Assistant:** Rebecca E Kamer | |
| **Budget for Period: 2** | **Communications Officer:** Paul Tarini | |

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 12/04–05/05 | Period 2 06/05-11/05 |
|---|---|---|---|
| **PERSONNEL** | | | |
| Principal Investigator | 1,817 | | |
| Media/PR Director | 5,529 | | |
| Init/ACS Coordinator | 36,080 | | |
| Grant Manager | 8,237 | | |
| Student Assistant | 5,425 | | |
| Category Total | 57,088 | | |
| | | | |
| **OFFICE OPERATIONS** | | | |
| Supplies | 76 | | |
| Telephone | 500 | | |
| Postage | 75 | | |
| Category Total | 651 | | |
| | | | |
| **TRAVEL** | 4,000 | | |
| Category Total | 4,000 | | |
| | | | |
| **INDIRECT COSTS** | 5,557 | | |
| Category Total | 5,557 | | |
| | | | |
| **Grand Total** | 67,296 | | |

8/30/2005 -  3:33:14PM budget

MDL_RWJF_0000012



UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**



48204

RECEIVED
AUG 2 2 2005
THE ROBERT WOOD
JOHNSON FOUNDATION

M. Larkin

August 16, 2005

Ms. Michelle A. Larkin, RN, MS
Project Officer
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Dear Ms. Larkin,

Enclosed please find a request for budget revision and extension of grant #048204,
*Making Pain Relief a Reality Through National Visibility and Partnership with the
American Cancer Society.* Thanks to support from other sources, we request $27,320 be
carried over to a third year extending the grant end date to November 30, 2006.

As required, you will receive an annual progress and budget report for year two,
December 1, 2004 – November 30, 2005 in January.

We look forward to the opportunity to continue this important area of work with the
assistance of the Foundation and thank you for all of your support.

If you have any questions regarding this request, please contact Marty Skemp Brown,
Grants Manager at 608-265-9173 or mmskemp@wisc.edu.

Sincerely,

June L. Dahl, PhD
Principal Investigator

cc:    Amy Wilson, RSP
       Sophia Kounelias

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

# LINE ITEM BUDGET AND BUDGET NARRATIVE

# BUDGET REVISION & REQUEST FOR EXTENSION

## DECEMBER 1, 2004 – NOVEMBER 30, 2006

### For

# MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

## GRANT #048204

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

August 2005

MDL_RWJF_0000012

# TABLE OF CONTENTS

**Line Item Budget Summary-Year Two** ........................................................... 3

**Budget Narrative** ........................................................................................ 4

**I. PERSONNEL** .......................................................................................... 4

**II. OTHER DIRECT COSTS** ..................................................................... 5
Office Operations: .......................................................................................... 5
Service Agreements: ...................................................................................... 5
Equipment Less than $5000 .......................................................................... 5
Project Staff Travel: ....................................................................................... 5

**III. INDIRECT COSTS** ............................................................................. 6

**Line Item Budget -Year Three Proposal** ................................................. 7

**Budget Narrative** ........................................................................................ 8

**I. PERSONNEL** .......................................................................................... 8

**II. OTHER DIRECT COSTS** ..................................................................... 9
Office Operations: .......................................................................................... 9
Travel ............................................................................................................. 9

**III. INDIRECT COSTS** ............................................................................. 9

2

# The Robert Wood Johnson Foundation
## Line Item Budget Summary-Year Two
### December 1, 2004– November 30, 2005

**I. Personnel**

| Name | Position | % Time | Approved Budget | Revision Request | Proposed Budget | Expenses to Date (6/30/05) |
|------|----------|--------|-----------------|------------------|-----------------|----------------------------|
| June Dahl | Principal Investigator* | 2.5% | $4,414 | ($2,597) | $1,817 | $1,817 |
| Matt Bromley | Media/PR Director* | (4 mos) 25% | $5,363 | $166 | $5,529 | $5,529 |
| Mary Bennett | Init/ACS Coordinator | 50% | $37,347 | ($1,267) | $36,080 | $20,286 |
| Marty Skemp | Grant Manager | 10% | $9,870 | ($1,633) | $8,237 | $4,062 |
| Deborah Kavalar | Student Assistant | | $3,425 | $2,000 | $5,425 | $2,064 |

Fringe benefits 33%* / 34% as of 7/1/05
Salaries reflect an 2% increase as of 7/1/05

| | | Subtotal | $60,419 | ($3,331) | $57,088 | $33,758 |
|---|---|---|---|---|---|---|

**II. Other Direct costs**
**Office Operations**

| | Approved Budget | Revision Request | Proposed Budget | Expenses to Date |
|---|---|---|---|---|
| Supplies | $3,000 | ($2,924) | $76 | $76 |
| Printing | $644 | ($644) | $0 | $0 |
| Telephone | $1,000 | ($500) | $500 | $249 |
| Postage | $1,000 | ($925) | $75 | $54 |
| Service Contracts | $2,000 | ($2,000) | $0 | $0 |
| | $7,644 | ($6,993) | $651 | $379 |

| | | | | |
|---|---|---|---|---|
| **Equipment Less than $5000** | $4,000 | ($4,000) | $0 | $0 |
| **Travel** | $14,740 | ($10,740) | $4,000 | $2,161 |
| **V. Indirect Costs** | $7,812 | ($2,256) | $5,557 | $3,178 |
| **TOTAL YEAR TWO** | $94,616 | ($27,320) | $67,296 | $39,476 |

1
Sµc
8/29/05

3

## Budget Narrative

Grant Period:  (from 12/01/2003 to 11/30/2006)
Budget Period:  (from 12/01/2004 to 11/30/2005)

## I. PERSONNEL

Year Two salaries reflect a projected annual increase of 2% beginning July 1, 2005.

Principal Investigator, June L. Dahl, PhD, 2.5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well.

Media/PR Director, Matthew Bromley, BA, 25% for 4 months
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 50%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  During site visits Initiatives she will assist with strategic planning and program development.  Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office.

Grant Manager, Mary Skemp Brown, MBA 10%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

4

MDL_RWJF_0000012

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $1,362 | 33.42% | $607 |
| Media/PR Director | $4,144 | 33.42% | $1,385 |
| Init/ACS Coordinator | $27,042 | 33.42% | $9,038 |
| Grant Manager | $6,174 | 33.42% | $2,063 |
| | Total Fringe | | $13,093 |

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The approved supply budget is $3,000. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies. Most of the supplies continue to be covered by other sources in Year Two. We request a revised budget of $76 with the remaining $2,924 carried over to Year Three ($1,000 towards supplies, and $1,924 towards salary).

*Printing* - The approved printing budget was $644. Printing continues to be covered by other sources in Year Two. We request a revised budget of $0 with the remaining $644 carried over to Year Three salary.

*Telephone* - The approved telephone budget was $1,000. We have spent $249 and expect to spend approximately the same amount in the remainder of Year Two. We request a revised budget amount of $500 for Year Two and the remaining $500 to be carried over to Year Three phone expenses.

*Postage* - The approved postage budget was $1,000. We expect to spend a total of $75 in Year Two and request the remaining $925 be carried over to Year Three ($500 towards postage, $425 towards salary).

**Service Agreements:**

The approved budget was $2,000 to cover the cost of leasing a photocopier. This lease continues to be covered by other funds in Year Two. We request the total amount be carried over to Year Three to cover the cost of leasing a photocopier.

**Equipment Less than $5000**

The approved equipment budget was $4,000 to cover the costs of computer upgrades for the two staff, including monitors and printers. These costs were covered by other funds. We request the total amount be carried over to Year Three ($500 towards service agreements and $3,500 towards salary).

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $14,740 was approved for Year Two. We project Year Two expenditures to total $4,000 and request the remaining $10,740 be carried over to Year Three

5

MDL_RWJF_0000012

($5,036 towards travel and $5,704 towards salary). Detailed projected expenditures will be included in the Annual Report.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a projected Year Two total of $5,557.

6

MDL_RWJF_0000012

**The Robert Wood Johnson Foundation**
**Line Item Budget -Year Three Proposal**
December 1, 2005– November 30, 2006

|  |  |  | Proposed Budget |
|---|---|---|---|
| **I. Personnel** | | | |
| **Name** | **Position** | **% Time** | |
| June Dahl | Principal Investigator | 2.5% | $4,517 |
| Mary Bennett | Init/ACS Coordinator | 10% | $7,644 |
| Marty Skemp Brown | Grant Manager | 5% | $3,367 |

Frınge benefits 34%*
Salaries reflect an 2% increase as of 7/1/06 **Subtotal**   **$15,528**

**II. Other Direct costs**
**Office Operations**

|  |  |
|---|---|
| *Supplies* | $500 |
| *Telephone* | $1,000 |
| *Postage* | $500 |
| *Service Agreements* | $2,500 |
|  | **$4,500** |

**Travel**    **$5,036**

**V. Indirect Costs**    **$2,256**

**TOTAL YEAR THREE**    **$27,320**

8/29/05
SKL

7

MDL_RWJF_0000012

## Budget Narrative

Grant Period:  (from 12/01/2003 to 11/30/2006)
Budget Period:  (from 12/01/2005 to 11/30/2006)

## I. PERSONNEL

Year Three salaries reflect a projected annual increase of 2% beginning July 1, 2006.

Principal Investigator, June L. Dahl, PhD, 2.5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 10%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  During site visits Initiatives she will assist with strategic planning and program development.  Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office.

Grant Manager, Mary Skemp Brown, MBA 5%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $3,371 | 34% | $1,146 |
| Init/ACS Coordinator | $5,704 | 34% | $1,940 |
| Grant Manager | $2,513 | 34% | $854 |
| | Total Fringe | | $3,940 |

8

MDL_RWJF_0000012

## II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – We request a supply budget of $500.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Telephone* – We request a telephone budget of $1,000 to cover the cost of 2 line rentals and long-distance charges.

*Postage* – We request a postage budget of $500 to cover the cost of mailing things to ACS/AACPI Pain Field Council members and ACS contacts.

*Service Agreements* – We request a service budget of $2,500 to cover the cost of leasing a photocopier.

**Travel**

We request $5,036 for travel expenses for a Winter meeting of the ACS/AACPI Pain Field Council and ACS stakeholders and a Pain Field Council meeting in conjunction with the Annual Meeting of the AACPI in June, 2006.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a projected Year Three total of $2,256.

9

MDL_RWJF_0000012



THE
ROBERTWOOD
JOHNSON
FOUNDATION®

October 22, 2004

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #048204 - Approval of Budget Revision and Extension Request

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of making pain relief a reality through national visibility and partnerships.

After reviewing your proposed budget revision request, we are approving your revised budget for the period of December 1, 2003, through November 30, 2004 in the amount of $92,808. Also, we have approved your extension period of December 1, 2004, through November 30, 2005 in the amount of $90,871. Enclosed are the revised financial reporting forms reflecting your approved budgets. These forms should be used when reporting expenditures for these periods.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosures

cc:   Robert Andersen
      Michelle A. Larkin R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701

Internet http //www.rwjf org
e-mail mail@rwjf org

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                                   Page:  1  .
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL                          Payee: *University of Wisconsin-Madison Medical*
                                                          *School*
Project Director: June L. Dahl (608-262-0978)      ID Number: 048204
Fiscal  Officer : Robert Andersen (608-262-2896)   Budget Period: Dec-01-2003 to Nov-30-2004
                                                   Project Period: Dec-01-2003 to Nov-30-2005

Budget for Year : 1
Revised: Oct-21-2004                               EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/03-08/04 | Period 2 09/04-11/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|------|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 6,522 | 0 | | | | | | | |
| Media/PR Director | 23,980 | 0 | | | | | | | |
| Init/ACS Coordinator | 44,260 | 0 | | | | | | | |
| Student Assistant | 2,163 | 0 | | | | | | | |
| Personnel Subtotal | 76,925 | | | | | | | | |
| OFFICE OPERATIONS | | | | | | | | | |
| Telephone | 220 | 0 | | | | | | | |
| Office Ops Subtotal | 220 | | | | | | | | |
| Travel | 8,000 | 0 | | | | | | | |
| INDIRECT COSTS | 7,663 | 0 | | | | | | | |
| **Grand Total** | **92,808** | | | | | | | | |

MDL_RWJF_0000012

**FINANCIAL REPORT**
The Robert Wood Johnson Foundation                                    Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL                          **Payee:** *University of Wisconsin-Madison Medical*
*School*
Project Director: June L. Dahl (608-262-0978)           **ID Number: 048204**
Fiscal  Officer : Robert Andersen (608-262-2896)     **Budget Period:** Dec-01-2004 to Nov-30-2005
**Project Period:** Dec-01-2003 to Nov-30-2005

Budget for Year : 2
Revised:                                         EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/04-05/05 | Period 2 06/05-11/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance |
|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | |
| Principal Investigator | 4,414 | | | | | | | | |
| Media/PR Director | 5,363 | | | | | | | | |
| Init/ACS Coordinator | 37,347 | | | | | | | | |
| Grant Manager | 6,580 | | | | | | | | |
| Personnel Subtotal | 53,704 | | | | | | | | |
| OFFICE OPERATIONS | | | | | | | | | |
| Supplies | 3,000 | | | | | | | | |
| Printing | 1,644 | | | | | | | | |
| Telephone | 2,780 | | | | | | | | |
| Postage | 1,500 | | | | | | | | |
| Service Contracts | 2,000 | | | | | | | | |
| Office Ops Subtotal | 10,924 | | | | | | | | |
| EQUIPMENT | 4,000 | | | | | | | | |
| TRAVEL | 14,740 | | | | | | | | |
| INDIRECT COSTS | 7,503 | | | | | | | | |
| **Grand Total** | **90,871** | | | | | | | | |



UNIVERSITY OF
WISCONSIN–MADISON
**MEDICAL SCHOOL**

October 6, 2004



Ms. Michelle A Larkin, RN, MS
Project Officer
The Robert Wood Johnson Foundation
Route One and College Road East
PO Box 2316
Princeton, NJ 08543-2316

Dear Ms. Larkin,

Enclosed please find a request for budget revision and extension of grant #048204, *Making Pain Relief a Reality Through National Visibility and Partnership with the American Cancer Society*. Due to a delay in the starting date of grant activities as well as support from other sources, we request $90,871 be carried over to a second year extending the grant end date to November 30, 2005.

As required, you will receive an annual progress and budget report for year one, December 1, 2003 – November 30, 2004 in January In that report we will detail the use of travel funds for year two.

We look forward to the opportunity to continue this important area of work with the assistance of the Foundation and thank you for all of your support.

If you have any questions regarding this request, please contact Marty Skemp Brown, Grants Manager at 608-265-9173 or mmskemp@wisc.edu.

Sincerely,

June L. Dahl, PhD
Principal Investigator

cc:    Amy Wilson, RSP
       Sophia Kounelias

---

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

# LINE ITEM BUDGET AND BUDGET NARRATIVE
# BUDGET REVISION & REQUEST FOR EXTENSION
### DECEMBER 1, 2003 – NOVEMBER 30, 2005
#### For

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY
## AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY
### GRANT #048204

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

September 2004

MDL_RWJF_0000012

# TABLE OF CONTENTS

**Line Item Budget Summary Year One** _____ **3**

**Budget Narrative** _____ **4**

    **I. PERSONNEL** _____ **4**

    **II. OTHER DIRECT COSTS** _____ **5**
        Office Operations: _____ 5
        Service Agreements: _____ 6
        Equipment Less than $5000 _____ 6
        Project Staff Travel: _____ 6

    **III. INDIRECT COSTS** _____ **6**

**Line Item Budget Summary Year Two** _____ **7**

    **I. PERSONNEL** _____ **8**

    **II. OTHER DIRECT COSTS** _____ **9**
        Office Operations: _____ 9
        Service Agreements: _____ 9
        Equipment Less than $5000 _____ 9
        Project Staff Travel: _____ 10

    **III. INDIRECT COSTS** _____ **10**

MDL_RWJF_0000012

**The Robert Wood Johnson Foundation**

**Line Item Budget Summary-Year One**

December 1, 2003-- November 30, 2004

| I. Personnel | | | Approved Budget | Requested Change | Proposed Budget Year 1 | Expenses to Date (9/1/04) |
|---|---|---|---|---|---|---|
| Name | Position | % Time | | | | |
| June Dahl | Principal Investigator* | 5% | $8,704 | ($2,182) | $6,522 | $4,343 |
| Matt Bromley | Media/PR Director* | 50% | $29,123 | ($5,143) | $23,980 | $15,936 |
| Mary Bennett | Init/ACS Coordinator | 100% | $73,486 | ($29,226) | $44,260 | $29,506 |
| Marty Skemp | Grant Manager | 10% | $6,029 | ($6,029) | $0 | $0 |
| TBA | Project Assistant** | 25% | $6,817 | ($6,817) | $0 | $0 |
| Deb Kavalar | Student Assistant*** | 25% | $5,114 | ($2,951) | $2,163 | $2,163 |
| | Fringe benefits 33%*, 18%**, 2 5%*** | | | | | |
| | Subtotal | | $129,273 | ($52,348) | $76,925 | $51,948 |

**II. Other Direct costs**
**Office Operations**

| | | Approved Budget | Requested Change | Proposed Budget Year 1 | Expenses to Date |
|---|---|---|---|---|---|
| | Supplies | $ 3,000 | ($3,000) | $0 | $0 |
| | Printing | $ 3,000 | ($3,000) | $0 | $0 |
| | Telephone | $ 3,000 | ($2,780) | $220 | $160 |
| | Postage | $ 1,500 | ($1,500) | $0 | $0 |
| | Service Contracts | $ 2,000 | ($2,000) | $0 | $0 |
| | | $12,500 | (12,280) | $220 | $160 |

| | Approved Budget | Requested Change | Proposed Budget Year 1 | Expenses to Date |
|---|---|---|---|---|
| **Equipment Less than $5000** | $4,000 | ($4,000) | $0 | $0 |
| **Travel** | $22,740 | ($14,740) | $8,000 | $7,301 |
| **V. Indirect Costs** | $15,166 | ($7,503) | $7,663 | $5,335 |
| **TOTAL YEAR ONE** | $183,679 | ($90,871) | $92,808 | $64,744 |

*SXK 10/22/04*

*do not enter expense. S/B submitting FR.*

3

## Budget Narrative

Grant Period:  (from 12/01/2003 to 11/30/2005)
Budget Period:  (from 12/01/2003 to 11/30/2004)

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe benefits, for a total of $6,522 in Year One. We request the remaining $2,182 be carried over to Year Two personnel.

Media/PR Director, Matthew Bromley, BA, 50%
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain.  We request $23,980 to cover 50% of Mr. Bromley's salary and fringe benefits for Year One. We request the remaining $5,143 be carried over to Year Two personnel.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 80%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  During site visits Initiatives she will assist with strategic planning and program development. Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office. We request $44,260 to cover 80% of Ms. Bennett's salary and fringe benefits in Year One. We request the remaining $29,226 be carried over to Year Two personnel.

Grant Manager, Mary Skemp Brown, MBA 10%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One. We request the $6,029 budgeted in Year One be carried over to cover 10% of her salary and fringe in Year Two.

4

MDL_RWJF_0000012

Project Assistant, Taryn Paulson, BA 0%

Ms. Paulson resigned her position in early 2004. We decided not to fill this position but rather transfer these duties to the student position. We request the $6,817 budgeted for this position be carried over to Year Two personnel.

Deborah Kavalar, Student Assistant, 25%

Ms. Kavalar will work directly with all project staff and assist with day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain files, and facilitate the development of materials for the educational missions of this proposal. We request $2,163 to cover of Ms. Kavalar's salary and fringe in Year One. We request the remaining $2,951 be carried over to Year Two personnel.

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $4,904 | 33.0% | $1,618 |
| Media/PR Director | $18,030 | 33.0% | $5,950 |
| Init/ACS Coordinator | $33,278 | 33.0% | $10,982 |
| Grant Manager | $0 | 33.0% | $0 |
| Student Assistant | $ 2,110 | 2.5% | $53 |
| | Total Fringe | | $18,603 |

# II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* – Supplies in Year One were covered by other funds. We request the $3,000 budgeted for supplies in Year One are carried over to Year Two.  The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* – Printing costs were covered by other funds in Year One. We request the $3,000 budgeted by carried over to Year Two to cover the costs of printing informational materials for the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, media updates, public relations materials and meeting materials.

*Telephone* – The projected phone/fax expenditure for Year One is $260. We request the remaining $2,780 be carried over for phone/fax costs in Year Two. This includes the cost of yearly rental and usage and voicemail charges of $500 for each of four lines as well as conference calls with ACS and Initiative members.

5

*Postage* – Postage costs were covered by other funds in Year One. We request the $1,500 be carried over to Year Two. This will cover costs of mailing media and public relations materials, meeting materials, and information on pain management. We will use bulk mailing whenever possible.

**Service Agreements:**

The photocopier lease was covered by other funds in Year One. We request the $2,000 be carried over to Year Two to cover the cost of leasing a photocopier.

**Equipment Less than $5000**

No computer upgrades were necessary in this grant period. We request the $4,000 to cover the costs of computer upgrades for the two staff, including monitors and printers be carried over to Year Two.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 was requested for travel in Year One. The projected travel costs for Year one is $8,000. We request the remaining $14,740 be carried over to Year Two for travel (Note: detail expenditures for Year One will be outlined in the Annual Report).

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a projected Year One total of $7,663. We request the remaining $7,503 be carried over to Year Two indirect costs.

MDL_RWJF_0000012

## The Robert Wood Johnson Foundation
## Line Item Budget Summary-Year Two
December 1, 2004– November 30, 2005

**I. Personnel**

| Name | Position | % Time | *Proposed Budget* |
|------|----------|--------|-------------------|
| June Dahl | Principal Investigator* | 2.5% | $4,414 |
| Matt Bromley | Media/PR Director* | (4 mos)25% | $5,363 |
| Mary Bennett | Init/ACS Coordinator | 50% | $37,347 |
| Marty Skemp | Grant Manager | 10% | $6,580 |

Fringe benefits 33%*
Salaries reflect an 3% increase as of 7/1/05          **Subtotal**          **$53,704**

**II. Other Direct costs**
**Office Operations**

| | |
|---|---|
| *Supplies* | $3,000 |
| *Printing* | $1,644 |
| *Telephone* | $2,780 |
| *Postage* | $1,500 |
| *Service Contracts* | $2,000 |
| | **$12,280** |

**Equipment Less than $5000**          **$4,000**

**Travel**          **$14,740**

**V. Indirect Costs**          **$7,503**

**TOTAL YEAR TWO**          **$90,871**

SXK
10/21/04

7

MDL_RWJF_0000012

# Budget Narrative

Grant Period: (from 12/01/2003 to 11/30/2005)
Budget Period: (from 12/01/2004 to 11/30/2005)

## I. PERSONNEL

Year Two salaries reflect a projected annual increase of 3% beginning July 1, 2005.

Principal Investigator, June L. Dahl, PhD, 2.5%
Dr. Dahl will oversee the design and implementation of the major components of the proposal.  She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 2.5% of Dr. Dahl's salary and fringe benefits for a total of $2,182 in Year Two.

Media/PR Director, Matthew Bromley, BA, 25% for 4 months
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues.  Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff.  Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain.  We request $5,363 to cover 25% of Mr. Bromley's salary and fringe benefits for the first four months of Year Two.

Initiatives/ACS Coordinator, Mary Bennett, MFA, 50%
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives.  During site visits Initiatives she will assist with strategic planning and program development.  Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office. We request $37,347 to cover 50% of Ms. Bennett's salary and fringe benefits in Year Two.

Grant Manager, Mary Skemp Brown, MBA 10%
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. Ms. Skemp's salary was covered by other funds in Year One. We request $6,580 to cover 10% of her salary and fringe in Year Two.

MDL_RWJF_0000012

**FRINGE BENEFITS -** Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System. These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration.

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $3,318 | 33.0% | $1,095 |
| Media/PR Director | $4,032 | 33.0% | $1,331 |
| Init/ACS Coordinator | $28,080 | 33.0% | $9,267 |
| Grant Manager | $4,947 | 33.0% | $1,633 |
| | Total Fringe | | $13,326 |

## II. OTHER DIRECT COSTS

### Office Operations:

*Supplies* - The requested supply budget is $3,000. The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The requested printing budget is $1,644. A total of $3,000 was carried over from Year One. We request $1,356 be allocated to personnel and the remaining $1,644 be allocated to printing in Year Two. This is to cover the costs of printing informational materials for the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, media updates, public relations materials and meeting materials.

*Telephone* - The requested telephone budget is $2,780. This includes the cost of yearly rental and usage and voicemail charges of $500 for each of four lines as well as conference calls with ACS members, communication firms or Initiatives, at a cost of $250 per call, for a grand total of $3,000.

*Postage* - The total requested postage budget is $1,500. This will costs of mailing media and public relations materials, meeting materials, and information on pain management. We will use bulk mailing whenever possible.

### Service Agreements:

We request $2000 to cover the cost of leasing a photocopier.

### Equipment Less than $5000

We request $4,000 to cover the costs of computer upgrades for the two staff, including monitors and printers.

9

MDL_RWJF_0000012

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $14,740. Detailed projected expenditures will be included in the Annual Report.

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $7,503.

10

MDL_RWJF_0000012

# Line Item Budget and Budget Narrative

### For

## Making Pain Relief a Reality Through National Visibility and Partnership With the American Cancer Society

A proposal to the Robert Wood Johnson Foundation

---

Submitted by

June L. Dahl, Ph.D.

Professor of Pharmacology

Director of the Resource Center of the American Alliance of Cancer Pain Initiatives

The University of Wisconsin Medical School

Madison, WI

September 2003

MDL_RWJF_0000012

# TABLE OF CONTENTS

**Line Item Budget Summary** ........................................................ **3**

**Budget Narrative** ..................................................................... **4**

   **I. PERSONNEL** ..................................................................... **4**

   **II. OTHER DIRECT COSTS** ..................................................... **5**

     Office Operations ..................................................................... 5

     Service Agreements· .................................................................. 6

     Equipment Less than $5000 ......................................................... 6

     Project Staff Travel .................................................................. 6

   **III. INDIRECT COSTS** ............................................................. **6**

MDL_RWJF_0000012

**The Robert Wood Johnson Foundation**
**Line Item Budget Summary**
~~November 1, 2003  October 31, 2004~~ 12/1/03 - 11/30/04

**I. Personnel**

| Name | Position | % Time | Year 1 |
|------|----------|--------|--------|
| June Dahl | Principal Investigator* | 5% | $ 8,704 |
| Matt Bromley | Media/PR Director* | 50% | $29,123 |
| Mary Bennett | Init/ACS Coordinator | 100% | $73,486 |
| Marty Skemp | Grant Manager | 10% | $ 6,029 |
| Taryn Paulson | Project Assistant** | 25% | $ 6,817 |
| Haley Porter | Student Assistant*** | 25% | $ 5,114 |

Fringe benefits 33%*, 18%**, 2.5%***
Salaries reflect an 3% increase as of 7/1/04

|  |  | **Subtotal** | **$129,273** |
|--|--|----------|-----------|

**II. Other Direct costs**
**Office Operations**

| | |
|--|--|
| *Supplies* | $ 3,000 |
| *Printing* | $ 3,000 |
| *Telephone* | $ 3,000 |
| *Postage* | $ 1,500 |
| *Service Contracts* | $ 2,000 |
| | **$ 12,500** |

**Equipment Less than $5000**          **$4000**

**Travel**          **$22,740**

**V. Indirect Costs**          **$15,166**

**TOTAL YEAR ONE**          **$~~183,679~~**

183,680
SXX
10/29/03

**FINAL BUDGET** : 183,680 (12 mos)

12/1/03 - 11/30/04

#48204

MDL_RWJF_0000012

**Budget Narrative**

Grant Period:  (from 11/01/2003 to 10/31/2004)
Budget Period:  (from 11/01/2003 to 10/31/2004)

## I. PERSONNEL

<u>Principal Investigator, June L. Dahl, PhD, 5%</u>
Dr. Dahl will oversee the design and implementation of the major components of the proposal. She will provide regular consultation to other members of the Project Team as they develop and implement a strategic plan to enhance collaboration with the American Cancer Society Divisions. Dr. Dahl will visit ACS Divisions when necessary and will assist in the development of a meeting to bring ACS Division representatives together. As Principal Investigator she will assume responsibility for ongoing communication with other national organizations, the Board of Directors of the American Alliance of Cancer Pain Initiatives, and individual Initiatives as well. We request 5% of Dr. Dahl's salary and fringe benefits, for a total of $8,619.

<u>Media/PR Director, Matthew Bromley, BA, 50%</u>
Mr. Bromley will work with Initiative representatives and staff at the American Cancer Society national office to develop media and public relations strategies to raise public awareness of cancer pain issues. Mr. Bromley will collaborate with ACS national staff to develop and disseminate communications resources for Initiatives and ACS division/regional volunteers and staff. Mr. Bromley will provide ACS government relations staff with analysis of national and state policies related to the treatment of cancer pain. We request $29,123 to cover 50% of Mr. Bromley's salary and fringe benefits.

<u>Initiatives/ACS Coordinator, Mary Bennett, MFA, 100%</u>
Ms. Bennett will work with the ACS Divisions and the ACS National Home Office (NHO) to build relationships with Initiative leaders. Ms. Bennett will integrate the objectives of this proposal into the provision of resources and consultation to Initiatives. During site visits Initiatives she will assist with strategic planning and program development. Ms. Bennett will also work to ensure that pain management remains a priority for the National Home Office. We request 100% of Ms. Bennett's salary and fringe benefits.

<u>Grant Manager, Mary Skemp, MBA 10%</u>
The Grant Manager will work directly with all project team members to assure that project goals are being met. Team members will report their progress to Ms. Skemp and she will produce viable timelines and project goal checkpoints. Ms. Skemp will be responsible for the annual grant report and budget revision to the Foundation. We request 10% of her salary and fringe for a total of $6,029.

<u>Project Assistant, Taryn Paulson, BA 25%</u>
The Project Assistant will work directly with the Principal Investigator to facilitate communications with other project personnel, assist with day-to-day office activities, prepare correspondence related to conduct of the proposal's objectives, maintain files, and facilitate the development of materials for the educational missions of this proposal. Ms. Paulson will assist staff in development of conference materials, plan and coordinate conference calls and

MDL_RWJF_0000012

meetings, and arrange travel and correspondence. We request 50% of Ms. Paulson's salary for a total of $6,817.

Haley Porter, Student Assistant, 25%
Ms. Porter will work directly with all project staff and assist in day-to-day clerical duties, including: answering phones, filing, mailings, etc. We request 25% of Ms. Porter's salary for a total of $5,114.

**FRINGE BENEFITS** - Fringe benefits are provided by the State of Wisconsin and administered by the University of Wisconsin System.  These include optional income continuation insurance, unemployment compensation, worker's compensation, social security, health insurance, retirement, and ERA administration

| Title | Salary | Fringe Rate | Fringes |
|---|---|---|---|
| Principal Investigator | $ 6,544 | 33.0% | $ 2,160 |
| Media/PR Director | $21,897 | 33.0% | $ 7,226 |
| Init/ACS Coordinator | $55,253 | 33.0% | $18,233 |
| Grant Manager | $ 4,533 | 33.0% | $ 1,496 |
| Project Assistant-LTE | $ 5,778 | 18.0% | $ 1,907 |
| Student Assistant | $ 3,845 | 2.5% | $   96 |
|  | Total Fringe | | $31,118 |

# II. OTHER DIRECT COSTS

**Office Operations:**

*Supplies* - The requested supply budget is $3,000   The supplies requested include paper, pens, pencils, tape, toner, diskettes, file folders, meeting folders, labels, bubble envelopes, and other shipping supplies.

*Printing* - The requested printing budget is $3,000.  This is to cover the costs of printing informational materials for the ACS National Office, divisions and local units, printing of letterhead, envelopes and labels, media updates, public relations materials and meeting materials.

*Telephone* - The requested telephone budget is $3,000. This includes the cost of yearly rental and usage and voicemail charges of $500 for each of four lines. We anticipate 6 conference calls with ACS members, communication firms or Initiatives, at a cost of $250 per call, for a grand total of $3,000.

MDL_RWJF_0000012

*Postage* - The total requested postage budget is $1,500  This will costs of mailing media and public relations materials, meeting materials, and information on pain management. We will use bulk mailing whenever possible.

**Service Agreements:**

We request $2000 to cover the cost of leasing a photocopier.

**Equipment Less than $5000**

We request $4,000 to cover the costs of computer upgrades for the two staff, including monitors and printers.

**Project Staff Travel:**

University of Wisconsin-Madison travel regulations and per diems were used to estimate travel costs. A total of $24,750 is requested.

*Division Consultation Visit s*- A total of $7,000 is requested for the Init/ACS Coordinator or Principal Investigator to make seven trips to ACS Divisions for consultation and one AACPI staff to attend 10 meetings with ACS staff at the ACS National Office or other location when appropriate and ACS/AACPI events/conferences. Travel costs allowed include $650 for airfare, $150 for hotel for two nights, $40 for ground transportation, and $60 for meals for a total of $1000 per trip.

*Division Meeting Travel* – We request $15,740 to support costs of travel, lodging, ground transportation and meals for eight Division and Initiative representatives to attend a meeting/conference on collaboration in Chicago, Illinois. Airfare and lodging amount to $12,400 and meeting costs are $3,340 (conference room rental $500; AV rental $1500; and provided meals $1,340).

## III. INDIRECT COSTS

Indirect costs are calculated at 9% of budget categories I, II and IV for a total of $15,166.

MDL_RWJF_0000012

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 23
Tel  877 843 RWJF (7953)
www rwjf org


Robert Wood Johnson Foundation

November 2, 2007

Robert C  Andresen
Assistant Director, Post-Award Services
Research and Sponsored Programs
University of Wisconsin-Madison
21 North Park Street, Room 6434
Madison, WI  53715-1218

Dear Mr  Andresen

I am writing in reference to your Robert Wood Johnson Foundation grant.  We have received your final
financial report and are issuing a payment for the grant identified below

| I D . | 048204 |
| Amount | $183,680 |
| Purpose | Making pain relief a reality for cancer patients |
| Project Information | Grant Period  December 1, 2003 through March 31, 2007 |
| | Project Director.  June L  Dahl, Ph.D., 608-262-0978 (jldahl@facstaff wisc edu) |

Your final financial report indicates that, as of March 31, 2007, you have had cumulative expenditures of
$181,046   The Foundation has remitted payments to date totaling $165,312, leaving you a cash deficit of
$15,734   Enclosed with this letter is our final payment in the amount of $15,734.

This completes your financial reporting obligations for this grant.  We are glad we were able to work with
you in this important endeavor toward improving health and health care for all Americans.

Sincerely,

Fran G  Ferrara
Grants Administrator

FGF : fgf
Enclosure
cc  June L. Dahl, Ph.D.
    Michelle A. Larkin, R.N , M S.



# THE UNIVERSITY of WISCONSIN
## MADISON

## OFFICE OF RESEARCH AND SPONSORED PROGRAMS

September 18, 2007

**RECEIVED by:**
SEP 2 6 2007

Fran G. Ferrara
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J  08543-2316

In reply, please refer to
UW Acct No. 133-GB69

RE: Grant # 048204

Dear Ms. Ferrara:

Enclosed is the final financial report on the above-referenced grant for the period December 31, 2006 through March 31, 2007 under the direction of June Dahl in the Department of Pharmacology at the University of Wisconsin-School of Medicine and Public Health.

Total expenses for the project were $181,045.14.  The Robert Wood Johnson Foundation has issued payment to the UW-Madison in the amount of $165,312.  Please release the final payment due in the amount of $15,733.14.

Thank you for your support of this project.  If you have any questions regarding this report, please contact me at 608/262-9028.

Sincerely,

*Mary C. Koscielniak*

Mary C. Koscielniak
Accountant

Enclosure
Cc:  June Dahl - Pharmacology
     Marty Skemp - Pharmacology
     Medical School Fiscal Services
     File

21 N. Park Street, Suite 6401
Madison, WI 53715-1218

Phone 608/262-3822
Fax 608/262-5111
http://www.rsp.wisc.edu

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone  (609) 452-8701  Fax  (609) 627-6416

**UW Account #133-GB69**

| | |
|---|---|
| 48204 | |
| Making pain relief a reality for cancer patients | |
| **Grantee: University of Wisconsin/School fo Medicine and Public Health** | |
| **Budget Period:** 12/01/2006 to 03/31/2007 | |
| **Project Period:** 12/01/2003 - 03/31/2007 | |

| | |
|---|---|
| **Project Director:** | June L  Dahl |
| **Financial Officer:** | Robert C  Andresen   608-262-2896 |
| **Program Officer:** | Michelle A  Larkin |
| **Secondary Program Officer:** | Rosemary Gibson |
| **Grants Administrator:** | Fran G  Ferrara |
| **Grants Admin Assistant:** | Francine Belardo |
| **Communications Officer:** | Minna L  Jung |

**Budget for Period:  1**

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 12/06 - 03/07 | Period 2 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 4,615 00 | 4,615 34 | | **4,615.34** | (0 34) |
| Director | 4 070 00 | 2,713 18 | | **2,713.18** | 1,356 82 |
| Grants Manager | 1,158 00 | 1 143 99 | | **1,143.99** | 14 01 |
| Student Assistant | 135 00 | 134 67 | | **134.67** | 0 33 |
|   **Personnel Total** | **9,978.00** | **8,607.18** | | **8,607.18** | 1 370 82 |
| | | | | | |
| **Office Operations** | | | | | |
|   Supplies | 1,044 00 | - | | - | 1,044 00 |
|   Travel | - | | | - | - |
| **OFFICE OPERATIONS TOTAL** | **1,044.00** | - | | - | 1,044 00 |
| | | | | | |
| **INDIRECT COSTS** | 993 00 | 774 62 | | | |
|   **Indirect Costs TOTAL** | **993.00** | **774.64** | | **774.64** | 218 36 |
| | | | | | |
| **Grand Total** | **12,015.00** | **9,381.82** | | **9,381.82** | 2,633 18 |

10/30/07

*Barbra J. Keenan*
Barbra J  Keenan
Administrative Officer

**FINANCIAL REPORT**

**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

**048204** Making pain relief a reality for cancer patients

**University of Wisconsin School of Medicine and Public Health**
Budget Period: 12/01/2006 to 03/31/2007
Project Period: 12/01/2003 to 03/31/2007

**Budget for Period: 4**     **Reporting Periods: 1 to 1**
Revised: 10/10/2007 Francine Belardo

| | | |
|---|---|---|
| Project Director : | June L  Dahl | 608-262-0978 |
| Financial Officer: | Robert C  Andresen | 608-262-2896 |
| Grants Administrative Assistant: | Francine Belardo | |
| Communications Officer: | Minna L  Jung | |
| Grants Administrator: | Fran G  Ferrara | |
| Senior Officer: | Rosemary Gibson | |
| Program Officer: | Michelle A  Larkin | |

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 12/06-03/07 | Total | Variance | Pct |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 4,615 | 4,615 | 4,615 | | 100 |
| Director | 4,070 | 2,713 | 2,713 | 1,357 | 67 |
| Grant Manager | 1,158 | 1,144 | 1,144 | 14 | 99 |
| Student Assistant | 135 | 135 | 135 | | 100 |
| **PERSONNEL TOTAL** | **9,978** | **8,607** | **8,607** | **1,371** | **86** |
| **OFFICE OPERATIONS** | | | | | |
| Supplies | 1,044 | 0 | | 1,044 | 0 |
| Travel | 0 | | | | |
| **OFFICE OPERATIONS TOTAL** | **1,044** | | | **1,044** | **0** |
| **INDIRECT COSTS** | 993 | 775 | 775 | 218 | 78 |
| **INDIRECT COSTS TOTAL** | **993** | **775** | **775** | **218** | **78** |
| **Grand Total** | **12,015** | **9,382** | **9,382** | **2,633** | |

MDL_RWJF_0000012

Route 1 & College Road East
Princeton, New Jersey 08543-2316
Tel 877 843 RWJF (7953)
www.rwjf org



Robert Wood Johnson Foundation

September 13, 2007

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Dear Dr. Dahl:

I am writing in reference to your Robert Wood Johnson Foundation grant identified below. Your final financial report for the period ended March 31, 2007, was due by April 30, 2007. To date, we have not received this report for this grant. Our records show that there is $18,368 remaining in the grant that may be due to you. Please submit your final financial report by September 30, 2007. Without your final financial report, we will have no choice but to return all remaining funds to the Foundation.

| | |
|---|---|
| I.D.: | 048204 |
| Amount: | $183,680 |
| Purpose: | Making pain relief a reality for cancer patients |
| Project Information: | Grant Period: December 1, 2003 through March 31, 2007 |
| | Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu) |

Please submit this report promptly. If you have already submitted it, please disregard this request.

We appreciate your cooperation.

Sincerely,

Fran G. Ferrara
Grants Administrator

FGF: fgf
cc: Robert C. Andresen
    Michelle A. Larkin, R.N., M.S.

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel  877 843 RWJF (7953)
www rwjf org



Robert Wood Johnson Foundation

April 5, 2007

Robert C  Andresen
Assistant Director of Post-award Services
Research and Sponsored Programs
University of Wisconsin-Madison
21 North Park Street, Suite 6401
Madison, WI  53715-1218

Dear Mr. Andresen

I am writing in reference to your Robert Wood Johnson Foundation grant.  We have received your annual financial report for the grant identified below   It is the Foundation's policy to hold 10% of the full grant amount until final reporting has been received at the end of the grant   Therefore a payment will not be issued at this time

I D                      048204
Amount                  $183,680
Purpose:                Making pain relief a reality for cancer patients
Project Information     Grant Period  December 1, 2003 through March 31, 2007

                        Project Director: June L  Dahl, Ph D , 608-262-0978 (jldahl@facstaff.wisc.edu)

In reviewing your annual financial report, we note that cumulative expenditures as of November 30, 2006, have been $171,664   The Foundation has made payments to date totaling $165,312, leaving you a cash deficit of $6,352.

For your convenience, enclosed is a copy of the financial reporting form for the period December 1, 2006, through March 31, 2007, reflecting your approved budget of $12,015.  Please use this form when reporting expenditures

If you need further assistance, please contact me at 609-627-7533.

Sincerely,

Fran G  Ferrara
Grants Administrator

FGF . fgf
Enclosure
cc: June L. Dahl, Ph.D.
    Michelle A. Larkin, R.N , M.S.

MDL_RWJF_0000012



THE UNIVERSITY
*of*
WISCONSIN
MADISON

## OFFICE OF RESEARCH AND SPONSORED PROGRAMS

RECEIVED by:

MAR ⁼ 1 2007

February 22, 2007

Karen O. Rowden  *Fran F*
Grants Administrator
Robert Wood Johnson Foundation
P.O. Box 2316
Princeton, NJ  08543

In reply, please refer to
UW Acct #133-GB69

RE:  Grant # 48204

Dear Ms. Rowden:

Enclosed is the annual Financial Report on the above-referenced grant award for the
period January 1, 2006 through December 31, 2006 under the direction of June Dahl in
the Department of Pharmacology at the University of Wisconsin - Madison.

If you have any questions please call me at (608) 262-0250.

Thank you for your support of this project.

Sincerely,

Shelly A McCollough
Accountant

Enclosure

Cc:    June Dahl - Pharmacology
       Marty Skemp - Pharmacology
       Med School Fiscal Svcs
       File

21 N. Park Street, Suite 6401
Madison, WI  53715-1218

Phone 608/262-3822
Fax 608/262-5111
http://www.rsp.wisc.edu

MDL_RWJF_0000012

**FINANCIAL REPORT**
The Robert Wood Johnson Foundation
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701  Fax (609) 452-9564

**UW Account #133-GB69**

48204
Making pain relief a reality for cancer patients

Project Director  June L  Dahl
Fiscal Officer  Robert C  Andresen (608-262-2896)
Program Officer  Michelle A  Larkin
Senior Officer  Rosemary Gibson
Grants Administrator  Karen O  Rowden
Grants Administrative Assistant  Lol Johnston-Domer
Communications Officer  Paul Tarini

**Grantee: University of Wisconsin/School of Medicine and Public Health**
**Budget Period:  12/01/2005 to 11/30/2006**
**Grant Period:  12/01/2003 - 03/31/2007**

**Budget for Period:  3**
Revised: 12/8/2006 Lola Johnston-Domer

**EXPENDITURES**

| Item | Approved Budget Amount | 01/06 - 12/06 | Total | Variance | Pct. |
|---|---|---|---|---|---|
| **PERSONNEL** | | | - | - | |
| Principal Investigator | 3,846 00 | 3,846 15 | 3,846 15 | (0 15) | 0% |
| Init /ACS Coordinator | 7,737 00 | 7,718 97 | 7,718 97 | 18 03 | 0% |
| Grants Manager | 3,100 00 | 3,099 82 | 3,099 82 | 0 18 | 0% |
| Student Assistant | 2,217 00 | 2,353 25 | 2,353 25 | (136 25) | -6% |
| Personnel Subtotal | 16,900 00 | 17,018 19 | 17,018 19 | (118 19) | -1% |
| **Office Operations** | | | | | |
| Office Operations | 993 00 | 1,102 52 | 1,102 52 | (109 52) | -11% |
| **Travel** | | | | | |
| Travel | 1,851 00 | 1,676 89 | 1,676 89 | 174 11 | 9% |
| **INDIRECT COSTS** | 1,778 00 | 1,781 75 | 1,781 75 | (3 75) | 0% |
| **Grand Total** | **21,522.00** | **21,579.35** | **21,579.35** | **(57.35)** | **0%** |

4/2/07

Robert C  Andresen
Assistant Director, Post Award Services

3/23/2007

Page 1 of 1

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

---

**048204** Making pain relief a reality for cancer patients

**University of Wisconsin School of Medicine and Public Health**
Budget Period: 12/01/2005 to 11/30/2006
Project Period: 12/01/2003 to 03/31/2007

Budget for Period: 3    Reporting Periods: 1 to 1
Revised. 03/23/2007 Francine Belardo

| | |
|---|---|
| Project Director : | June L  Dahl          608-262-0978 |
| Financial Officer: | Robert C  Andresen    608-262-3822 |
| | |
| Program Officer: | Michelle A  Larkin |
| Senior Officer: | Rosemary Gibson |
| Grants Administrator: | Fran G  Ferrara |
| Grants Administrative Assistant: | Francine Belardo |
| Communications Officer: | Minna L  Jung |

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/05-11/06 | Total | Variance | Pct |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 3,846 | 3,846 | 3,846 | | 100 |
| Init/ACS Coordinator | 7,737 | 7,719 | 7,719 | 18 | 100 |
| Grant Manager | 3,100 | 3,100 | 3,100 | | 100 |
| Student Assistant | 2,217 | 2,353 | 2,353 | -136 | 106 |
| **PERSONNEL TOTAL** | **16,900** | **17,018** | **17,018** | **-118** | **101** |
| | | | | | |
| **OFFICE OPERATIONS** | 993 | 1,103 | 1,103 | -110 | 111 |
| **OFFICE OPERATIONS TOTAL** | **993** | **1,103** | **1,103** | **-110** | **111** |
| | | | | | |
| **TRAVEL** | 1,851 | 1,677 | 1,677 | 174 | 91 |
| **TRAVEL TOTAL** | **1,851** | **1,677** | **1,677** | **174** | **91** |
| | | | | | |
| **INDIRECT COSTS** | 1,778 | 1,782 | 1,782 | -4 | 100 |
| **INDIRECT COSTS TOTAL** | **1,778** | **1,782** | **1,782** | **-4** | **100** |
| **Grand Total** | **21,522** | **21,580** | **21,580** | **-58** | |

3/23/2007 -  8 58 06AM budget

MDL_RWJF_0000012

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel 877 843 RWJF (7953)
www rwjf org



Robert Wood Johnson Foundation

March 16, 2007

June L Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Dear Dr. Dahl.

I am writing in reference to your Robert Wood Johnson Foundation grant.  After reviewing your proposed budget revision request for the grant identified below, we are approving your revised budget for the period of December 1, 2006 - March 31, 2007.

| | |
|---|---|
| I D | 048204 |
| Amount | $183,680 |
| Purpose | Making pain relief a reality for cancer patients |
| Project Information | Grant Period  December 1, 2003 through March 31, 2007 |
| | Project Director  June L. Dahl, Ph D , 608-262-0978 (jldahl@facstaff.wisc edu) |

Enclosed is a revised financial reporting form reflecting your approved budget of $12,015.  This form should be used when reporting expenditures for this period

If you need further assistance, please contact me at 609-627-7533

Sincerely,

Fran G. Ferrara
Grants Administrator

FGF · fgf
Enclosure
cc  Robert C Andresen
    Michelle A. Larkin, R N , M S

## The Robert Wood Johnson Foundation
## Line Item Budget -Year Four Revision Request
December 1, 2006– March 31, 2007 (4 months)

| I. Personnel | | | Approved Budget | Revision Request | Proposed Budget |
|---|---|---|---|---|---|
| Name | Position | % Time | | | |
| June Dahl | Principal Investigator | 10% | $4,615 | $0 | $4,615 |
| Debra Treu | Director | 15% | $4,070 | $0 | $4,070 |
| Marty Skemp Brown | Grant Manager | 5% | $1,158 | $0 | $1,158 |
| Tom Wilson | Student Asst | | $0 | $135 | $135 |
| Fringe benefits 35% | | **Subtotal** | **$9,843** | **$135** | **$9,978** |

**II. Other Direct Costs**
**Office Operations**

| | | | | | |
|---|---|---|---|---|---|
| *Supplies* | | | **$233** | **$811** | **$1044** |
| **Travel** | | | **$1000** | **($1000)** | **$0** |
| **V. Indirect Costs (9%)** | | | **$997** | **($4)** | **$993** |
| **TOTAL YEAR FOUR** | | | **$12,073** | **($58)** | **$12,015** |

*[handwritten initials and date 3/14/07]*

## I. PERSONNEL

Principal Investigator, June L. Dahl, PhD, 10%
Dr. Dahl will continue to oversee the implementation of the major components of the grant as well as work with the Director to produce strategies for continuing collaboration with the ACS Divisions, National Home Office and Government Relations department.

Director, Debra Treu, MBA 15%
As the new Director of the ASPI, Ms. Treu will evaluate the history of the collaboration with the ACS and work with Dr. Dahl and staff to produce a viable plan for continuing collaboration with the ACS Divisions, National Home Office and Government Relations department.

Grant Manager, Mary Skemp Brown, MBA 5%
The Grant Manager works directly with all project team members to assure that project goals are being met. Team members report their progress to Ms. Skemp Brown, who in turn produces viable timelines and project goal checkpoints. Ms. Skemp Brown is responsible for all annual reports and the final grant report and budget report to the Foundation.

6

MDL_RWJF_0000012



University of Wisconsin
## SCHOOL OF MEDICINE AND PUBLIC HEALTH

Department of Pharmacology

**FEBRUARY 23, 2007**

**ANNUAL BUDGET REPORT**

**MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY**

**GRANT ID #048204**

**DECEMBER 1, 2005– NOVEMBER 30, 2006**
**TOTAL AWARD: $183,680**

**MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY**

**Goal of Project:**
**The overall goal of this project is to continue to promote improvement sin cancer pain management through collaborations between the Alliance of State Pain Initiatives (formerly the American Alliance of Cancer Pain Initiatives) and the American Cancer Society.**

**Principal Investigator:**

**June l. Dahl, PhD**
**University of Wisconsin-Madison**
**1300 University Avenue, Room 4720**
**Madison, WI  53706**
**(608) 265-4012**
**jldahl@wisc.edu**

MDL_RWJF_0000012

**FINANCIAL REPORT**
The Robert Wood Johnson Foundation
P O Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

---

**048204** Making pain relief a reality for cancer patients

**University of Wisconsin School of Medicine and Public Health**
Budget Period: 12/01/2006 to 03/31/2007
Project Period: 12/01/2003 to 03/31/2007

**Budget for Period: 4      Reporting Periods: 1 to 1**
Revised: 03/20/2007 Francine Belardo

| | |
|---|---|
| Project Director : | June L Dahl      608-262-0978 |
| Financial Officer: | Robert C Andresen      608-262-3822 |
| Program Officer: | Michelle A Larkin |
| Senior Officer: | Rosemary Gibson |
| Grants Administrator: | Fran G Ferrara |
| Grants Administrative Assistant: | Francine Belardo |
| Communications Officer: | Minna L Jung |

**EXPENDITURES**

---

| Item | Approved Budget Amount | Period 1 12/06-03/07 | Total | Variance | Pct |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 4,615 | | | 4,615 | 0 |
| Director | 4,070 | | | 4,070 | 0 |
| Grant Manager | 1,158 | | | 1,158 | 0 |
| Student Assistant | 135 | | | 135 | 0 |
| **PERSONNEL TOTAL** | **9,978** | | | **9,978** | **0** |
| | | | | | |
| **OFFICE OPERATIONS** | | | | | |
| Supplies | 1,044 | | | 1,044 | 0 |
| Travel | 0 | | | | |
| **OFFICE OPERATIONS TOTAL** | **1,044** | | | **1,044** | **0** |
| | | | | | |
| **INDIRECT COSTS** | 993 | | | 993 | 0 |
| **INDIRECT COSTS TOTAL** | **993** | | | **993** | **0** |
| **Grand Total** | **12,015** | | **0** | **12,015** | |

3/20/2007 - 10 58 50AM budget

MDL_RWJF_0000012

Route 1 & College Road East  P O Box 2316
Princeton  New Jersey 08543 2316
Tel `877 843 RWJF (7953)
www.rwjf org



Robert Wood Johnson Foundation

February 14, 2007

June L Dahl, Ph D
Professor
Department of Pharmacology
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4715
Madison, WI  53706-1510

Dear Dr  Dahl.

I am writing in reference to your Robert Wood Johnson Foundation grant.  We have received your annual narrative report for the grant identified below   We look forward to receiving your annual financial report by February 28, 2007.

| | |
|---|---|
| I D. | 048204 |
| Amount | $183,680 |
| Purpose. | Making pain relief a reality for cancer patients |
| Project Information. | Grant Period  December 1, 2003 through March 31, 2007 |
| | Project Director. June L  Dahl, Ph D , 608-262-0978 (jldahl@facstaff.wisc edu) |

A copy of this report has been forwarded to your program officer, who will contact you directly with any questions or comments.

If you need further assistance, please contact me at 609-627-7533

Sincerely,

Fran G  Ferrara
Grants Administrator

FGF. fgf
cc. Robert C. Andresen
    Michelle A  Larkin, R N., M.S.

January 31, 2007

ANNUAL NARRATIVE REPORT YEAR THREE

MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY WITH THE AMERICAN CANCER SOCIETY

Grant ID # 048204

December 1, 2005 – November 30, 2006
Total Award: $183,680

Goal of Project:

The goal of this project is to continue to promote improvements in cancer pain management through collaborations between the Alliance of State Pain Initiatives (formerly the American Alliance of Cancer Pain Initiatives) and the American Cancer Society.

Principal Investigator:

June L. Dahl, PhD
University of Wisconsin-Madison
1300 University Ave, Room 4720
Madison, WI  53706
(608)265-4012
jldahl@wisc.edu

1) *What did you accomplish during this reporting period? How did these accomplishments help you reach the goal of your project? If relevant, what indicators or benchmarks were used to determine your progress?*

*Goal:* Expand collaborations between the Alliance of State Pain Initiatives (ASPI), the State Pain Initiatives (SPIs) and the American Cancer Society (ACS) at the National, State and Divisional levels.

- Provided consultation, site visits, presentations, resources and a variety of services to at least 20 states that are under the "umbrella" of several different Divisions of the ACS.
- Facilitated several conference calls and a face-to-face meeting of the members of the ACS/ASPI National Pain Field Council at the National Meeting of State Pain Initiatives held in Phoenix, AZ in June 2006. This Council was created in 2004 to 1) enhance communication between and among the ASPI, SPIs, and various components of the ACS, 2) support the development and expansion of SPIs, 3) provide pain-related resources for Divisions, 4) create templates for programs and other activities that could be used by the various SPIs and Divisions, 5) work with the National Home Office of the ACS and the ASPI to identify needs, problem solve and assist to secure funding for programs/activities.
- Facilitated attendance of ACS staff and volunteers at the National Meeting in June 2006.

*Goal:* Continue to provide consultation to states and Divisions that are dealing with legislative and regulatory challenges. ASPI staff provided consultation and reviewed drafts of laws and regulations from at least 20 states.

- Represented the ASPI at a meeting of the New York Pain Initiative and the Eastern Division of the ACS with the Director of the NY Bureau of Narcotics to discuss the State's new Prescription Monitoring Program (PMP). That PMP went into effect on April 19, 2006; this new law provides a basis for advocacy efforts to reduce the fear of regulatory scrutiny that has been documented to have a chilling effect on the prescribing of opioids for pain control in that state.

- Participated with the ACS Texas Pain Initiative in the planning and implementation of the Texas Pain Summit in August 2006 and in the development of surveys to assess the knowledge and attitudes of health care professionals and the public. ASPI staff also assisted with development of a summary of the recommendations that emerged from deliberations at the Summit that brought together key individuals and organizations to address the documented barriers to effective pain control in that state.

- Provided guidance to the efforts of the ACS to promote pain management legislation in the State of Montana.

- Supported attendance of four ACS staff to attend the ASPI Advocacy Training and three ACS staff to attend a Fund Raising Training program.

*Goal:* Continue to work strategically with the National Home Office (NHO) of the ACS to assure that pain management remains a core component of the mission and activities of the ACS.

Staff reassignments and resignations continue to create challenges. As is discussed below, the focus on pain appears to have shifted from NHO to the National Government Relations Department (NGRD). Reflective of that shift is the fact that the Director of the NGRD and a colleague spent a day at the national office of the ASPI in November discussing ways to facilitate accomplishment of our common goals and made plans for ASPI staff to spend a day at the NGRD office in Washington in December.

2) *What, if any, proposed activities were not completed? Briefly describe those activities, the reasons they were not completed and your plans for carrying them out.*

We have not been successful in reaching certain of the goals articulated in the Strategic Plan developed in collaboration with the NHO in 2002.  A major unachieved goal is to assure that pain and palliative care are specifically contained in the strategic plans of each of the Divisions of the ACS.  We have yet to be assured that every ACS staff member and volunteer has been given basic information about pain and palliative care so that they understand that unrelieved pain is still a major problem among cancer survivors and that their pain can be managed effectively.

3) *Is there anything else you want to tell RWJF?*

The National Pain Field Council changed its focus after the meeting in June 2006 and has now become a vehicle for communication among staff of ACS Divisions that are supporting the programs of state pain initiatives.  Even though the Field Council's activities have been redirected, the Council served an important role: it gave ACS staff with a passion for pain a sorely needed forum for collegial interactions.  The Council created opportunities for the staff to connect with each other as ACS does not have mechanisms for regular staff communications.  Of course, the Council also brought ACS staff together with staff from the ASPI and in fact garnered enough support for the issue within ACS so that pain is not only on the ACS radar screen, but is a national metric.

During this period there was also a reorganization of priorities in the National Government Relations Department (NGRD).  As a result ACS partnered with the Lance Armstrong Foundation and the Susan G. Komen Foundation to provide support for continued publication of the Pain Policy Report Card by the Pain & Policy Studies Group.  The NGRD has made improvement of state's grades on that Report Card the major focus of its efforts. Not surprisingly, there have been increased requests for assistance from the national office of the ASPI as states work to develop approaches to improving their grades.

4) *What was produced in the reporting period?*

There have been no publications during this reporting period.

**Ferrara, Fran**

| | |
|---|---|
| **From:** | Marty Skemp [mmskemp@wisc edu] |
| **Sent:** | Wednesday, February 07, 2007 12:12 PM |
| **To:** | Ferrara, Fran |
| **Subject:** | RE #048204 Annual Report due today |
| **Importance:** | High |
| **Attachments:** | RWJ ACS II Yr Three Annual Report Narr JAN07 doc |

RE~~~~

FEB - ~ 2007

Hi Fran,

Looks like another week or so before I get the financial report. I am attaching the progress report in the mean time. I will send the whole thing via mail ASAP.

Thanks!
Marty

At 02:03 PM 1/31/2007, you wrote:

> Hi Marty,
>
> It it only going to be a week or so delay for the financial, then hold off sending the financial until you can send them both together.  If you feel it will be a longer period of time before the financial is finalized, then you can go ahead and send the narrative now. You can send to my attention.
>
> regards,
>
> Fran G. Ferrara
> Grants Administrator
> Robert Wood Johnson Foundation

---

**From:** Dixon, Betty
**Sent:** Wednesday, January 31, 2007 3:01 PM
**To:** 'Marty Skemp'
**Cc:** Ferrara, Fran
**Subject:** RE: #048204 Annual Report due today

Marty,

Thank you for letting us know that the financial report will be delayed.  Ms. Ferrara is now the grants administrator for this grant and will make the call regarding the narrative report.

Best wishes,

Betty

2/7/2007

MDL_RWJF_0000012

**From:** Marty Skemp [mailto:mmskemp@wisc.edu]
**Sent:** Wednesday, January 31, 2007 1:39 PM
**To:** Dixon, Betty
**Subject:** #048204 Annual Report due today
**Importance:** High

Hi Betty,

As you know the #048204 Annual Report due today. I have the report narrative done. However, I just got a call form RSP (who does the financial report) and there is a charge on the account that is not ours. We need to get it straightened out before we can issue a correct financial report. Would you like me to send the narrative today and the rest later or wait and send the whole thing together?

Many thanks,
Marty

*Marty (Mary) Skemp Brown, MBA*
*Associate Director*
Alliance of State Pain Initiatives
University of Wisconsin-School of Medicine and Public Health
1300 University Ave, Rm 4720
Madison, WI  53706
(608) 265-9173 / (608) 265-4014 fax / mmskemp@wisc.edu /www.aspi.wisc.edu

*Marty (Mary) Skemp Brown, MBA*
*Associate Director*
Alliance of State Pain Initiatives
University of Wisconsin-School of Medicine and Public Health
1300 University Ave, Rm 4720
Madison, WI  53706
(608) 265-9173 / (608) 265-4014 fax / mmskemp@wisc.edu /www.aspi.wisc.edu

2/7/2007

MDL_RWJF_0000012



THE
ROBERT WOOD
JOHNSON
FOUNDATION®

November 8, 2005

Robert Andersen
Assistant Director, Post-Award Services
University of Wisconsin-Madison Medical School
750 University Avenue
Madison, WI  53706-1490

Dear Mr. Andersen:

I am writing in reference to your Robert Wood Johnson Foundation grant   We have received your revised financial report for the grant identified below.  Because of the amount of your cash balance, a payment will not be issued at this time.

| | |
|---|---|
| I.D | 048204 |
| Amount: | $183,680 |
| Purpose: | Making pain relief a reality for cancer patients |
| Project Dates: | December 1, 2003 through November 30, 2005 |
| | Project Director: June L. Dahl, Ph.D., 608-262-0978 (jldahl@facstaff.wisc.edu ) |

We have reviewed and approved your extension request for the period December 1, 2005 through November 30, 2006. Enclosed is a copy of your financial reporting form with your approved budget of $27,320 for use when reporting expenditures for the above mentioned period.

In reviewing your revised financial report, we note that cumulative expenditures as of May 31, 2005, have been $122,289.  The Foundation has made payments to date totaling $165,312, leaving you a cash balance as of May 31, 2005, of $43,023.  Enclosed is a financial reporting form for your use when reporting expenditures.

If you need further assistance, please contact me at 609-627-7695

Sincerely,

Betty A. Dixon

Betty A  Dixon
Grants Administrator

BAD · bad
Enclosure
cc June L. Dahl, Ph.D.
   Michelle A. Larkin, R N , M S.

Route 1 and College Road East    Post Office Box 2316    Princeton  New Jersey 08543 2316    (609) 452-8701
Internet  http //www rwjf org
e mail  mail@rwjf org



**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

September 9, 2005

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O.  Box 2316
Princeton, N J   08543-2316

                                    In reply, please refer to
                                    UW Acct No. 133-GB69

        RE: Grant # 048204

Dear Ms. Kounelias:

Enclosed is the revised, ~~annual~~ financial report on the above-referenced
grant for Year 2 period December 1, 2004 through May 30, 2005, under the
direction of June L. Dahl at the University of Wisconsin-Madison.

Please note, I'm resubmitting a financial report in accordance to the
recently approved budget revision, which was approved on August 30, 2005 by
RWJ.

Thank you for your support of this project.  If you have any questions regarding
this report, please contact me at 608/262-6951.

                                    Sincerely,

                                    *Amy L. Wilson*

                                    Amy L. Wilson
                                    Accountant

Enclosure
Cc:  Dahl, June L. - Pharmacology
     Skemp, Marty - Pharmacology
     Medical School Fiscal Services
     File

---

400 A.W. Peterson Building                      Telephone (608) 262-3822
750 University Avenue                                 Fax (608) 262-5111
Madison, WI 53706-1490                    Home Page http://www.rsp.wisc.edu

# FINANCIAL REPORT

**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone. (609) 452-8701  Fax  (609) 452-9564

## UW Account #133-GB69

FA. SXK     PA: REW     PO: MAL
**Project Director:  June L. Dahl (608-262-0978)**
**Fiscal Officer:  Robert C. Andresen (608-262-2896)**

**Payee:  University of Wisconsin-Madison School**
ID Number:  048204
Budget Period:  Dec-01-2004 to Nov-30-2005
Project Period.  Dec-01-2003 to Nov-30-2005

**Budget for Year:**                      2
Revised:

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/04 - 05/05 | Period 2 06/05-11/05 | Total | Variance |
|---|---|---|---|---|---|
| PERSONNEL | | | | | |
| Principal Investigator | 1,817.00 | 1,453.16 | | 1,453.16 | 363 84 |
| Media/PR Director | 5,529.00 | 5,529.01 | | 5,529.01 | (0.01) |
| Init/ACS Coordinator | 36,080.00 | 17,213.30 | | 17,213.30 | 18,866.70 |
| Grant Manager | 8,237 00 | 3,249.72 | | 3,249.72 | 4,987.28 |
| Student Help | 5,425.00 | 1,583.42 | | 1,583.42 | 3,841 58 |
| Personnel Subtotal | 57,088.00 | 29,028.61 | | 29,028 61 | 28,059 39 |
| | | | | | |
| OFFICE OPERATIONS | | | | | |
| Supplies | 76.00 | 75.66 | | 75.66 | 0.34 |
| Printing | | | | - | - |
| Telephone | 500.00 | 204.19 | | 204.19 | 295 81 |
| Postage | 75 00 | 39.56 | | 39.56 | 35 44 |
| Service Contracts | - | | | - | - |
| Office Ops Subtotal | 651.00 | 319.41 | | 319.41 | 331.59 |
| EQUIPMENT | - | - | | - | - |
| TRAVEL | 4,000.00 | 1,134.50 | | 1,134.50 | 2,865.50 |
| INDIRECT COSTS | 5,557.00 | 2,743.43 | | 2,743.43 | 2,813 57 |
| **Grand Total** | **67,296.00** | **33,225.95** | - | **33,225.95** | **34,070.05** |

33 226 ✓
8no
10/31/05~

_(signature)_
Mark E. Inman, Administrative Officer

MDL_RWJF_0000012

Case: 1:17-md-02804-DAP   Doc #: 2804-5 Filed: 08/15/19  172 of 182.  PageID #: 395551

**FINANCIAL REPORT**

**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone (609) 452-8701 Fax (609) 627-6416

| | |
|---|---|
| 048204 | |
| Making pain relief a reality for cancer patients | |
| University of Wisconsin-Madison Medical School | |
| Budget Period: 12/01/2005 to 11/30/2006 | |
| Project Period: 12/01/2003 to 11/30/2006 | |
| | |
| Budget for Period: 3 | |

| | | | |
|---|---|---|---|
| Project Director : | June L  Dahl | 608-262-0978 |
| Financial Officer: | Robert Andersen | 608-262-2896 |
| Program Officer: | Michelle A  Larkin | |
| Senior Officer: | Rosemary Gibson | |
| Grants Administrator: | Betty A  Dixon | |
| Grants Administrative Assistant: | Marybeth Tamayo | |
| Communications Officer: | Paul Tarini | |

**EXPENDITURES**

| Item | Approved Budget Amount | Period 1 12/05-05/06 | Period 2 06/06-11/06 | Total | Variance | Pct |
|---|---|---|---|---|---|---|
| **PERSONNEL** | | | | | | |
| Principal Investigator | 4,517 | | | 0 | 4,517 | 0 |
| Init/ACS Coordinator | 7,644 | | | 0 | 7,644 | 0 |
| Grant Manager | 3,367 | | | 0 | 3,367 | 0 |
| PERSONNEL TOTAL | 15,528 | | | 0 | 15,528 | 0 |
| | | | | | | |
| **OFFICE OPERATIONS** | 4,500 | | | 0 | 4,500 | 0 |
| OFFICE OPERATIONS TOTAL | 4,500 | | | 0 | 4,500 | 0 |
| | | | | | | |
| **TRAVEL** | 5,036 | | | 0 | 5,036 | 0 |
| TRAVEL TOTAL | 5,036 | | | 0 | 5,036 | 0 |
| | | | | | | |
| **INDIRECT COSTS** | 2,256 | | | 0 | 2,256 | 0 |
| INDIRECT COSTS TOTAL | 2,256 | | | 0 | 2,256 | 0 |
| **Grand Total** | 27,320 | | | 0 | 27,320 | 0 |

MDL_RWJF_0000012



# THE ROBERT WOOD JOHNSON FOUNDATION®

February 18, 2005

June L. Dahl, Ph.D.
Professor
Department of Pharmacology
University of Wisconsin-Madison Medical School
1300 University Avenue, Room 4715
Madison, WI 53706-1510

Reference: I.D. #048204 - Acknowledgement of Annual Narrative Report

Dear Dr. Dahl:

This is in reference to your Robert Wood Johnson Foundation grant in support of making pain relief a reality through national visibility and partnerships.

We have received your annual narrative report and have forwarded a copy of this report to Michelle A. Larkin, R.N., M.S. for her review. If she has any questions or comments, she will contact you directly.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/REW

cc:  Robert Andersen
     Michelle A. Larkin, R.N., M.S.

Route 1 and College Road East    Post Office Box 2316    Princeton, New Jersey 08543-2316    (609) 452-8701
Internet: http://www.rwjf.org
e-mail: mail@rwjf.org



**UNIVERSITY OF**
**WISCONSIN–MADISON**
**MEDICAL SCHOOL**

**RECEIVED by:**
FEB - 9 2005

February 4, 2005

Sophia Kounelias
Grants Administrator
Route One and College Road East
PO Box 2316
Princeton, NJ  08543-2316

Re: RWJF Grant #048204

Dear Ms. Kounelias,

Enclosed please find the Year One Annual Report for the grant, *Making Pain Relief a Reality Through Visibility and Partnership with the American Cancer Society.*

We would like to thank The Robert Wood Johnson Foundation for its continued support of our efforts to improve pain management through the work of the State Cancer Pain Initiatives.

If you have any questions regarding this report, please contact Marty Skemp Brown at mmskemp@wisc.edu or (608) 265-9173.

Sincerely,

June L. Dahl, PhD
Principal Investigator

Cc:  Janice H. Heisz-Kalvin, RSP
     Michelle A. Larkin, RN, MS

MDL_RWJF_0000012



UNIVERSITY OF
WISCONSIN–MADISON
MEDICAL SCHOOL

# FEBRUARY 2, 2005

## ANNUAL NARRATIVE REPORT – YEAR ONE
### December 1, 2003 – November 30, 2004

## MAKING PAIN RELIEF A REALITY THROUGH NATIONAL VISIBILITY AND PARTNERSHIP WITH THE AMERICAN CANCER SOCIETY

GRANT # 048204
TOTAL AWARD: $183,680

NATIONAL OFFICE OF THE AACPI
UNIVERSITY OF WISCONSIN-MADISON MEDICAL SCHOOL
1300 UNIVERSITY AVENUE, ROOM 4720
MADISON, WI 53706
(608) 265-4014

Department of Pharmacology

4720 Medical Sciences Center   1300 University Avenue   Madison, WI 53706-1532   608/265-4012   Fax 608/265-4014

MDL_RWJF_0000012

**1. What measurable goals did you set for this project, and what indicators are you using to measure your performance?  To what extent has your project achieved these goals and levels of performance to date?**

*Goal: Expansion of Collaborations at the State and Divisional Level*
   *1) Continue ACS Liaison Services.*
   - Provided consultation, site visits, presentations, resources and services to 13 ACS Divisions.  ACS now houses 16 pain initiatives and actively collaborates with 16 other initiatives.

   *2) More effectively utilize existing web sites and electronic newsletters.*
   - As a result of the work of the Advisory Field Council which is described below, there is now a pain page on the ACS web site. The web page links to the AACPI website and to the websites of several State Pain Initiatives.
   - Seventeen ACS National Home Office (NHO) staff as well as division staff now receive the AACPI's monthly e-newsletter.

   *3) Work with ACS' National Government Relations staff on health and drug policy issues that have the potential to impact on the quality of care of persons with cancer.*
   - The AACPI provided assistance to the ACS National Government Relations (NGR) staff during their development of the "Cancer Pain Management Advocacy Toolkit."  The Toolkit provides resources on cancer pain policy issues for ACS government advocacy staff and volunteers.
   - ACS Media and Government Relations staff attended an advocacy training session sponsored by the AACPI. The session provided hands-on training to enhance the skills of pain advocates as they engage the media and policy makers on pain management issues.

   *4) Propose to hold two Strategy Meetings to bring together individuals who are part of successful ACS/State Pain Initiative collaborations with persons who have faced challenges in developing such collaborations.*

   Two such meetings have been held:
   1. **April 23-24, 2004 in Atlanta, GA.**  This meeting was organized by the AACPI and hosted by the ACS NHO.  Participants included 21 ACS staff who work with a Pain Initiative in their state or division, ten NHO staff, two ACS NGR staff and three AACPI staff.  The major goal was to *Strengthen the ACS/AACPI Partnership to Improve Pain Management*; it provided a venue for ACS staff who are coordinating/supporting a State Pain Initiative, NHO staff and AACPI representatives to:  1) share successes; 2) problem solve challenges; 3) increase knowledge of resources; 4) strategize effective ways to build and sustain partnership efforts; and 5) identify methods to support and encourage other ACS pain management improvement efforts. The formation of the ACS/CPI Pain Advisory Field Council was announced at this meeting. The meeting had an excellent evaluation, 4.8 on a 1-5 scale.
   2. **June 17, 2004, New Brunswick, New Jersey. The first meeting of the ACS/AACPI National Pain Field Council,** The Council consists of eight

2

MDL_RWJF_0000012

members representing ACS and/or CPIs from states/divisions. The activities of the Council are coordinated by Mary Bennett (AACPI) and Terri Ades (NHO). At the June 17th meeting, the Council created two working committees, Communications and Marketing and the Resource and System Integration Committee. Since the initial meeting, the Council has met monthly via conference call. The goals of the Council are to: 1) provide an information link among Pain Initiatives, ACS Divisions, the NHO, and AACPI; 2) develop a mentor program in conjunction with the AACPI to provide support for the staffs of ACS and the CPIs in their efforts to develop/expand State Pain Initiatives and pain improvement activities; 3) provide resources for Divisions on various web sites, e.g., the AACPI internal website, and ultimately on the ACS website; 4) create templates to be utilized by other Divisions/State Pain Initiatives (a deadline of 11/05 has been set for development and distribution); and 5) work with the AACPI and the NHO to encourage the duplication and development of programs (on hold until an ACS staff position is filled).

*Goal: Work strategically with the National Home Office of the ACS to assure that pain management remains a core component of the mission and activities of the ACS.*

- AACPI Advisory Council members and the ACS Liaison advocated for pain to be a priority during the recent National ACS re-prioritization process. Quality of Life, which includes pain management, was identified as one of the four primary "Leadership Areas." The leadership at the NHO will determine how this priority is implemented.
- Bonnie Teschendorf, PhD Director, Quality of Life Science and Trends, has been identified by Harmon Erye, MD, as the liaison from the NHO to the AACPI and the Pain Community. The ACS Liaison maintains a working relationship with her and with Jerome W. Yates M.D., M.P.H., National ACS Vice President, Research.
- The National Pain Field Council is progressing in its goals through its work with Terri Ades, MS, APRN-BC, AOCN, Director, Quality of Life/Health Promotion Strategy Health Content Products, NHO.

**2. Briefly describe any proposed activities that were not completed, the reasons they were not completed and your plans for carrying them out.**

There continue to be significant challenges in working with the NHO of the ACS, as primary staff positions have not been filled. Until positions are filled, we are limited in our ability to accomplish goals related to the NHO. As positions are filled, Mary Bennett will work to develop relationships and follow up on identified strategies.

3



# THE ROBERT WOOD JOHNSON FOUNDATION®

February 14, 2005

Robert Andersen
Assistant Director, Post-Award Services
University of Wisconsin-Madison Medical School
750 University Avenue
Madison, WI 53706-1490

Reference: I.D. #048204 - Acceptance of Annual Financial Report / No Payment

Dear Mr. Andersen:

This is in reference to your Robert Wood Johnson Foundation grant in support of making pain relief a reality through national visibility and partnerships.

Cumulative expenditures as of November 30, 2004, have been $89,063. The Foundation has made payments to date totaling $165,312 leaving you a cash balance of $76,249. Due to the amount of your cash balance, an additional payment will not be forwarded now. Enclosed for your convenience is a copy of your financial reporting form for the period December 1, 2004, through November 30, 2005, reflecting your approved budget of $90,871. Please use this form when reporting expenditures.

If I can assist you further, please contact me at 609-627-5844.

Sincerely,

Sophia Kounelias
Grants Administrator

/SXK
Enclosure

cc:    June L. Dahl, Ph.D.
       Michelle A. Larkin, R.N., M.S.

Route 1 and College Road East     Post Office Box 2316     Princeton, New Jersey 08543-2316     (609) 452-8701

Internet· http://www.rwjf org
e-mail· mail@rwjf org

MDL_RWJF_0000012

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**                    Page:  1
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

FA: SXK  PA: REW  PO: MAL                          Payee: *University of Wisconsin-Madison Medical*
*School*
Project Director: June L. Dahl (608-262-0978)      ID Number: 048204
Fiscal   Officer : Robert Andersen (608-262-2896)  Budget Period: Dec-01-2004 to Nov-30-2005
Project Period: Dec-01-2003 to Nov-30-2005

Budget for Year : 2
Revised:                                    EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/04-05/05 | Period 2 06/05-11/05 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 4,414 | | | | | | | | | |
| Media/PR Director | 5,363 | | | | | | | | | |
| Init/ACS Coordinator | 37,347 | | | | | | | | | |
| Grant Manager | 6,580 | | | | | | | | | |
| Personnel Subtotal | 53,704 | | | | | | | | | |
| OFFICE OPERATIONS | | | | | | | | | | |
| Supplies | 3,000 | | | | | | | | | |
| Printing | 1,644 | | | | | | | | | |
| Telephone | 2,780 | | | | | | | | | |
| Postage | 1,500 | | | | | | | | | |
| Service Contracts | 2,000 | | | | | | | | | |
| Office Ops Subtotal | 10,924 | | | | | | | | | |
| EQUIPMENT | 4,000 | | | | | | | | | |
| TRAVEL | 14,740 | | | | | | | | | |
| INDIRECT COSTS | 7,503 | | | | | | | | | |
| **Grand Total** | **90,871** | | | | | | | | | |

MDL_RWJF_0000012



RECEIVED by:

FEB - 7 2005

**University of Wisconsin-Madison**
**Graduate School, Research and Sponsored Programs**

January 28, 2005

Sophia Kounelias
Grants Administrator
The Robert Wood Johnson Foundation
Route 1 and College Road East
P. O. Box 2316
Princeton, N J 08543-2316

                                    In reply, please refer to
                                    UW Acct No. 133-GB69

        RE: Grant # 048204

Dear Ms. Kounelias:

Enclosed is the annual financial report on the above-referenced grant for
Year 1 period September 1, 2004 through November 30, 2004, under the
direction of June L. Dahl at the University of Wisconsin-Madison.

Thank you for your support of this project. If you have any questions regarding
this report, please contact me at 608/262-6951.

                        Sincerely,

                        *Amy L. Wilson*

                        Amy L. Wilson
                        Accountant

Enclosure
Cc: Dahl, June L. - Pharmacology
    Skemp, Marty - Pharmacology
    Medical School Fiscal Services
    File

---

400 A.W. Peterson Building
750 University Avenue
Madison, WI 53706-1490

Telephone (608) 262-3822
Fax (608) 262-5111
Home Page http://www.rsp.wisc.edu

MDL_RWJF_0000012

**FINANCIAL REPORT**
**The Robert Wood Johnson Foundation**
P.O. Box 2316
Princeton, NJ 08543-2316
Phone: (609) 452-8701  Fax: (609) 452-9564

**UW Account #133-GB69**

Project Director:             June L. Dahl (608-262-0978)
Fiscal Officer  Robert C  Andresen (608-262-2896)

**Payee:  University of Wisconsin-Madison School**
ID Number:  048204
Budget Period:   Dec-01-2003 to Nov-30-2004
Project Period:  Dec-01-2003 to Nov-30-2005

**Budget for Year:**             1
Revised:             Oct-21-2004

### EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/03 - 08/04 | Period 2 09/04 - 11/04 | Total | Variance |
|---|---|---|---|---|---|
| **PERSONNEL** | | | | | |
| Principal Investigator | 6,522 00 | - | 5,795.90 | 5,795.90 | 726.10 |
| Media/PR Director | 23,980.00 | - | 23,980.43 | 23,980.43 | (0.43) |
| Init/ACS Coordinator | 44,260.00 | - | 40,571.99 | 40,571.99 | 3,688.01 |
| Student Assistant | 2,163.00 | - | 2,164.15 | 2,164.15 | (1 15) |
| Personnel Subtotal | 76,925.00 | | 72,512.47 | 72,512.47 | 4,412.53 |
| | | | | - | - |
| **OFFICE OPERATIONS** | | | | | |
| Telephone | 220 00 | - | 770.25 | 770 25 | (550.25) |
| Office Ops Subtotal | 220.00 | | 770.25 | 770.25 | (550 25) |
| Travel | 8,000.00 | - | 8,426.64 | 8,426 64 | (426.64) |
| INDIRECT COSTS | 7,663.00 | - | 7,353.84 | 7,353.84 | 309.16 |
| | | | | | |
| **Grand Total** | **92,808.00** | - | **89,063.20** | **89,063.20** | **3,744.80** |

SYC
2/11/08

Mark E. Inman, Administrative Officer

FINANCIAL REPORT
The Robert Wood Johnson Foundation
P.O.Box 2316
Princeton, NJ 08543-2316
Phone:(609)452-8701 Fax:(609)627-6416

Page:  1

**FA:** SXK  **PA:** REW  **PO:** MAL

**Project Director:** June L. Dahl (608-262-0978)
**Fiscal   Officer :** Robert Andersen (608-262-2896)

**Payee:** *University of Wisconsin-Madison Medical School*
**ID Number:** 048204
**Budget Period:** Dec-01-2003 to Nov-30-2004
**Project Period:** Dec-01-2003 to Nov-30-2005

**Budget for Year : 1**
**Revised:** Oct-21-2004

EXPENDITURES

| Item | Approved Budget Amount | Period 1 12/03-08/04 | Period 2 09/04-11/04 | Period 3 | Period 4 | Period 5 | Period 6 | Total | Variance | Pct |
|------|------|------|------|------|------|------|------|------|------|------|
| PERSONNEL | | | | | | | | | | |
| Principal Investigator | 6,522 | 0 | 5,796 | | | | | 5,796 | 726 | 89 |
| Media/PR Director | 23,980 | 0 | 23,980 | | | | | 23,980 | | 100 |
| Init/ACS Coordinator | 44,260 | 0 | 40,572 | | | | | 40,572 | 3,688 | 92 |
| Student Assistant | 2,163 | 0 | 2,164 | | | | | 2,164 | -1 | 100 |
| Personnel Subtotal | 76,925 | | 72,512 | | | | | 72,512 | 4,413 | 94 |
| OFFICE OPERATIONS | | | | | | | | | | |
| Telephone | 220 | 0 | 770 | | | | | 770 | -550 | 350 |
| Office Ops Subtotal | 220 | | 770 | | | | | 770 | -550 | 350 |
| Travel | 8,000 | 0 | 8,427 | | | | | 8,427 | -427 | 105 |
| INDIRECT COSTS | 7,663 | 0 | 7,354 | | | | | 7,354✓ | 309 | 96 |
| **Grand Total** | **92,808** | | **89,063** | | | | | **89,063** | **3,745** | **96** |

MDL_RWJF_0000012