**PSJ14 Janssen Opp Exh 53 – JAN-MS-00368809**

# Advocacy, Policy, Quality Activities

Engage advocacy to help define patient treatment success & access pain management options



# Strategies & Executional Drivers-Advocacy

| Elevate definition of pain mgt success | Drive favorable and competitive access | Accelerate trial and adoption | Strengthen differentiation through new & compelling evidence |
|---|---|---|---|











## Executional Drivers

- Sponsorship /Partnership Support (APS, AAPM (Med,) AAPM (Management), ASPMN, AAFP, AAHPM, APF, ACPA, Neuropathy Association, AOA, ASPI, ACR, AGS), other  specialty orgs.
- Extend Programs w Local Reach –Let's Talk Pain; Smart Moves; Prescribe Responsibly; High Risk/Young Lives
- Support GHLF "Taking Charge of Pain" patient  events-target ethnic populations (disparities)
- Facilitate Working Group Partnerships with key Partners (Checklists, resources, tool generation)

- Sponsorships for Local  Partners-Fed/State issues-REMS, PDMPs, Abuse issues
- Sponsorships for special interest activities-ONDCP;  Partnership for drug free; Capital Hill activities (DEA, others)
- Steady Advocacy Outreach  via HPADs, partners (Convergence-COBI)
- Quality-and policy focused sponsorships to further patient outcomes
- Utilize internal and external stakeholders to influence appropriate use policy towards scheduled TAs

- Leverage resources to maximize reach & frequency in key Community of Care  Advocacy segments
- Cultivate new multidisciplinary advocates  to deliver programs (Palliative Care, Onc, Rheum, Neuro Associations)
- Advance  local market capabilities to identify and engage  non-traditional Advocacy stakeholders who affect pain management decisions (payers/policymakers)

- Generate substantial evidence (patient outcomes) to strengthen value proposition
  - REMS/Addiction Med
  - PDMPs
  - E-prescribing/ TOOL/C-II
  - EMR-Pilot
  - HC Literacy
  - HC Disparities

# JCR: PAIN SOLUTIONS INITIATIVE 2010-11

- Project Mission:
  - JCR and a panel of pain management experts will collaborate, create and document exemplary best practice solutions from 6 US hospitals to design and/or synthesize research based pain management practices that can be spread across hospitals for targeted improvement in the management of chronic pain.
- Project Vision:
  - Standardize approaches and successfully market best practice solutions for chronic pain across the US.
  - JCR is interested in bringing best practices in the management of chronic pain across the care continuum to the healthcare community at large.





HEALTHY LIVING FORUM
TAKING CHARGE OF PAIN



# 2010 Eight-Event Report & 2011 Budget

June 26, 2010

# Sponsorships-Advocacy Support

- American Pain Foundation RT Dues
- American Pain Foundation Safe Use
- American Pain Foundation Outreach
- American Pain Foundation Action Network
- American Pain Foundation Pt./Caregiver
- American Pain Foundation Program Support
- American Pain Foundation REMS
- American Pain Foundation Regional Market Support
- American Pain Society Program Outreach
- American Pain Society RT Dues
- American Academy of Pain Medicine RT Dues
- American Academy of Pain Medicine Advocacy
- American Academy of Pain Medicine Advocacy
- American Academy of Pain Management Outreach
- American Academy of Pain Management RT Dues
- American Academy of Family Physicians
- American Academy of Hosp/Palliative Med Dues
- American Chronic Pain Outreach
- American Chronic Pain Association Dues



# Sponsorships-Advocacy Support

- NASCSA
- Alliance of State Pain Initiatives Advocacy
- American Society for Pain Management Nursing
- Neuropathy Association
- AGS Advocacy (LTC Leg.)
- AGS Membership
- ACOEM
- CPDD
- Pain Care Forum (IWG) Collaborations
    - AOA
    - APhA
    - Partners for drug free
- Inst./IM/COBI Partners
    - ACEP-PAIN/ED
    - ACS
    - NCCN
    - ONS
    - Arthritis FDN
    - ACR



# Drive Existing Resources: Local Market Outreach & Community of Care

- Advocacy Support for our Coalition Partners
- Extend program growth among and beyond Coalitions
- Program Enhancements/Dissemination:
- Quality Solutions 360
  - High Risks, Young Lives
    - Program in a box
    - Tool kit (resources/support services)
    - Community of Care Outreach (Pilot: AtlantiCare)
  - Health Living Forum: Taking Charge of Pain
    - Meeting in a box
  - Let's Talk Pain
  - Prescribe Responsibly
  - Smart Moves, Smart Choices



# Advocacy, Policy Support: Sponsorships/Programs/Outreach

- Policy & Quality Local Market Support
  - Monitoring & Quality Consultations
    - PDMPs
    - E-Prescribing-CII (Tool)
    - REMS
    - EMR
  - Sponsorships/Programs/Outreach
    - Payers
    - Institutions
    - SGA  partnerships
    - SCG  partnerships
    - HPAD(s) partnerships
    - Organizations: Partners for DrugFree
    - Advocacy: APF: PAIN SAFE
    - Multimodality Offerings: PAIN TOPICS/OPIOIDS 911 Program

NUCYNTA® CII
tapentadol

# Healthcare Policy & Advocacy Team–NA Pharm



Suzanne Mueller
Field Director

Bruce Carroll
Field Director

Ward Bennett
MAC 14
(ME/NH/VT/
MA/RI/CT)

Dave Walters
MAC 3
(KS/NE/CO/OK)

Joan Houska
MAC 5
(MO/IA/ND/SD)

Claudia Stewart
MAC 6
(WI/MN)

Terry
Henderson
MAC 8
(IN/KY/MI)

Bert Wickey
(IL/OH)

Patrick Conley
MAC 13
(NY)

Bob Hartman
MAC 2
(WA/AK/OR)

Chris Herbine
(PA)

Caren Sykes
MAC 1
(N.CA/HI)

Tishna Dhaliwal
MAC 12
(DE/MD/NJ)

Kelly Davies
(S.CAL.)

Ann Powell
MAC 15
(VA/WV/DC)

Mary Colburn
(MT/ID/
UT/WY)

Rizza
Hermosisima
MAC 11
(NC/SC/TN)

Shannon
Grppenbach
er
(AZ/NM/NV)

David Hannah
MAC 4
(TX)

Justin Caudle
MAC 7
(AR/LA/MS)

Scott Willet
MAC 10
(AL/GA)

Matt Martello
MAC 9
(FL/PR)

NUCYNTA Ⓒ
tapentadol

# HPAD Resource Kit

Objectives:

- Build rationale and support for advocacy efforts that align to market development goals
- Educate HPADs about chronic pain management and help them to recognize the business/advocacy opportunities within this category
- Identify and partner with policy stakeholders and key advocacy leaders (KALs) with during launch year
- Engage advocates at-launch with clear plan of action and suite of tools that can support their priorities on a local level
- Create HPAD-RBD-Marketing feedback loop that tracks progress and provides input needed for timely decision making (i.e, for resource reallocation, state-specific initiatives)

Strategy:

- Execute a clear and aligned policy and advocacy agenda that educates prescribers on utilization of scheduled products within chronic pain and helps to break down the unique barriers associated with CII-IV prescribing



# Internal Medicine Scientific Affairs Field

- MSL Alignment with HPADs
- Introductory Meetings
- Goals are:
  - Share information on the role and responsibilities of the respective positions
  - Cull information on regional and local KOLs/KALs (Key Advocacy Leaders)
  - Cultivate awareness of regional pain professional associations and their medical meetings.
  - Develop Local Market Network of Support, Resources & Services



# Pain Policy Scores from Pain & Policy Studies Group



# ASPI- Alliance of State Pain Initiatives

- Carol Curtiss RN, MSN Massachusetts Pain Initiative carol.curtiss@verizon.net
- Terry Altilio LCSW, ACSW New York State Pain Initiative taltilio@bethisraelny.org
- Patrick Coyne RN, MSN, CS Virginia Cancer Pain Initiative user479069@aol.com
- Chris Herndon PharmD, BCPS Missouri Pain Initiative cherndo@siue.edu
- Dionetta Hudzinski RN, MN, CRNH Washington/Alaska Pain Initiative hudzinski@wsu.edu
- Sue Morgan RN, PhD, CNS, CHPN Alabamians for Pain Relief susan062@hhsys.orgdu
- Kandyce Powell RN, MSN Maine Pain Initiative kpowell@mainehospicecouncil.org
- Robert Twillman PhD Kansas Pain Initiative rtwillma@kumc.edu



# Key National Advocacy Partner Organizations

- American Pain Society (APS) & Regional Affiliates
- American Academy of Pain Management (AAPM)
- American Academy of Pain Medicine (AAPM)
- American Academy of Family Physicians (AAFP)
- California Academy of Family Physicians (CAFP)
- American Academy of Hospice and Palliative Medicine (AAHPM)
- American Academy of Nurse Practitioners (AANP)
- American Association of Physician Assistants (AAPA)
- American College of Physicians (ACP)



# Key National Advocacy Partner Organizations

- American Medical Association (AMA)
- American Osteopathic Association (AOA)
- American Pharmacists Association (APhA)
- American Society for Pain Management Nursing (ASPMN)
- American Society of Addiction Medicine (ASAM)
- College on Problems of Drug Dependence (CPDD)
- National Association of Substance Controlled Substances (NASCSA)
- Nurse Practitioner Healthcare Foundation (NPHF)
- Pain and Policy Studies Group (PPSG)
- American College of Emergency Physicians (ACEP)
- American Cancer Society (ACS)
- Oncology Nursing Society/Pain & Palliative Care Section
- American College of Rheumatology (ACR)
- American Geriatric Society (AGS)



## Utah Activity

- HPAD Outreach:
  - Dr. Lynn Webster, Board member for the American Academy of Pain Medicine, and past President of the Utah Chapter.
  - Dr. Webster has been instrumental for years, in Utah for advocating for patient access to care.
- Discussion on Sponsorship support for a new Conference in Salt Lake, which would bring together decision makers from Utah managed care companies, legislators, and interested providers, with the goal of coordinating the development of Accountable Care Organizations for the state.
- Value-Add: Integrating pain management with behavioral health and other primary care services, under the umbrella of an ACO.
- Action: Follow-Up calls and meeting planned for November in Salt Lake with points of contact in Utah including Dr. Fine.



# Southern Pain Society/Texas Pain Society Activity

- The Texas Pain Society comprises 300 pain practitioners that are involved in acute and chronic pain management of patients in Texas.
  - represents the practice of pain medicine in Texas with a seat on the Texas Medical Association's House of Delegates.
- Southern Pain Society: Outreach with MSLs/Committee Members (Todd Sitzman, MD-President)
  - largest of the regional sections of the American Pain Society, with approximately 200 members, and includes representatives of multiple disciplines. It serves the following states and regions: Maryland, District of Columbia, Virginia, West Virginia, Kentucky, Missouri, Tennessee, North Carolina, South Carolina, Georgia, Alabama, Mississippi, Arkansas, Louisiana, Oklahoma, Texas, Florida, and Puerto Rico. SPS includes several districts, which are designed to serve more local needs within the region. These districts and their Presidents include: Dade County Pain Society Mississippi Pain Society, Greater Atlanta and Kentucky.
- Texas Pain Society's 2nd Annual *Scientific Meeting*
  - October 29-31, 2010 Bastrop, Texas
  - http://www.texaspain.org/
- Program Planning Committee Outreach:
  - Allen W. Burton, MD
  - Larry C. Driver, MD



# Michigan Cancer Pain Initiative Activity

- <u>Michigan Pain Initiative: Leadership Change:</u>
- Steven E. Roskos, M.D. of East Lansing, associate professor for Michigan State University College of Human Medicine, Department of Family Medicine, is appointed to represent Michigan State University College of Human Medicine for a term expiring July 1, 2011. He succeeds Karen S. Ogle who has resigned.
- The Advisory Committee on Pain and Symptom Management is charged with addressing issues pertaining to pain and symptom management and developing an integrated approach to understanding and applying pain and symptom management techniques.
- This appointment is not subject to disapproval by the Michigan Senate.
- http://www.michigan.gov/documents/mdch/ACPSMmemberList004302010WebsiteVersion_329751_7.pdf
- Action: Arranging MSLs/HPAD meet and greet to integrate knowledge and resources



# Pain Society of Oregon-Active in Policy

---

**Key Contact: Kathryn Hahn, PharmD-advocate, lead advocacy chair AAPM (MANAGEMENT)**

- Pain Society of Oregon
  - network of diverse, and interdisciplinary healthcare professionals across the state of Oregon. Active chapters in Eugene and Portland sponsor monthly educational presentations. Local practitioners represent a variety of modalities and perspectives at these meetings. Emphasis is placed on creating a common language and providing a forum for discussion.
  - sponsors an Annual Conference in the Spring, as well as other regional conferences throughout the year, and has a Patient Advocacy Committee dedicated to educating and empowering patients and community members.
- **Website http://www.painsociety.com**


**Pain Society of Oregon purpose is:**

- promote the highest standards of professional competence and ethics in the treatment of pain disorders.
- provide for the continuing education of the members.
- promote working relationships among pain treatment disciplines.
- represent the interests of pain treatment within the larger health community.
- advocate competent pain treatment for the public.
- improve members knowledge of and use of community pain treatment resources and methods.
- *"Pain is complex and defies our ability to establish*



# Western  Pain Society-Active in Policy

**ACTION: Meetings planned with K. Hahn and Jennifer Wagner**

- Founded by John Bonica in 1974, as a result of the first meeting of the International Association for the Study of Pain.
- Western Pain Society is a regional society of the American Pain Society (APS). The WPS is the largest society representing 13 western states: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming.
- **Website**: www.ampainsoc.org/societies/wps/

**Mission**

- promote the education of its membership on the subject of pain.
- encourage research and discussion of causes for and treatment of pain.
- support the American Pain Society's establishment of standards for the treatment of pain.

- Board: Bill McCarberg, M.D., Daniel A. Brzusek, D.O., B. Eliot Cole, M.D., MPA, Scott Fishman, M.D., Kathryn Hahn, Pharm. D., Robert Hines, M.D., Daniel Bennett, M.D., Teresa Keane, PMHNP, Mike Moskowitz, M.D., Michael Schatman, Ph.D., Mark Sullivan, M.D., PhD, Mark Wallace, M.D.

**President**

Bill McCarberg, MD
Kaiser Permanente
732 N Broadway
Escondido CA 92025

**Executive Director**

Jennifer Wagner (key activist)
Western Pain Society
65 W-1 Division Ave., #237
Eugene, OR 97404
(541) 515-6896 phone
(541) 515-6897 fax
jennifer@westernpainsociety.com

NUCYNTA℞ Ⓒ
tapentadol

# Midwest Pain Society

**Action: HPAD/MSL Attendance at October Meeting:**
   http://www.ampainsoc.org/societies/mps/downloads/2009_annualmeeting.pdf

- Further the goals and mission of the American Pain Society in the Midwestern States, including Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin. The MPS is a multidisciplinary organization devoted to advancing pain-related research, education, treatment, and professional practice.

- KOL Contacts: April Vallerand, Wayne State, Carmen Green, Michigan, Nathan Rudin, MD, MA University of Wisconsin-Madison, Ed Covington, Cleveland Clinic, Stephen Stanos, University of Chicago



# OHIO Activity

- The Ohio Prescription Drug Abuse Task Force has completed its work and has developed 20 policy recommendations with the goal of curbing Ohio's prescription drug abuse epidemic.

- Final recommendations of the OPDATF by the 4 work groups.  The 4 work groups are Law Enforcement, Regulatory, Treatment and Public Health.

- It is important for us to keep a pulse on this State level initiative

- SGA continues to look for opportunities where we can provide non-branded resources that the Task Force may be able to leverage as part of some of the educational initiatives.

- Monitor progress and report back as necessary.



## APS Regional Societies

- The American Pain Society has six regional sections affiliated by membership and bylaws with national.
- Regional societies function independently from APS.
- Offer an opportunity to network regionally.
- Deliver local programs, meetings, and newsletters.
- <u>Southern Pain Society</u> (MSLs, HPAD)
- <u>Eastern Pain Association</u> (Ward Bennett-HPAD)
- <u>Greater Philadelphia Pain Society</u> (Community of Care/KOLs)
- <u>Midwest Pain Society</u> (HPADs/MSLs)
- <u>New England Pain Association</u> (Ward Bennett-HPAD)
- <u>Western Pain Society</u> (Jennifer Wagner-Appointed Pain Advocate-Governors Office)



## AAPM (Medicine)

- AAPM's local initiatives and state representatives: http://www.painmed.org/member/committees.html

- Committees with descriptions: http://www.painmed.org/member/local.html

- State involvement/regional societies: http://www.painmed.org/member/local.html

- There are no affiliates, chapters, or state organizations that collaborate with AAPM.



## AAPM-(Medicine) Local Initiatives

- AAPM is <u>working</u> to recruit members to develop a network of Pain Medicine advocates in each state.
- 4 chapters and over 40 state representatives, who monitor local issues and assist in the quest for Pain Medicine specialty recognition.
- Representation will allow for better communication, quicker responses, and a broader influence that will ensure  concerns of the Pain Medicine community are heard and respected.
- Chapters
  - California
  - Colorado
  - Idaho
  - Utah *
- Local Committees Chair:
  - Michael J. Brennan, MD
    The Pain Center of Fairfield
    Fairfield, CT



## AAPM-(Management) Local Initiatives

- AAPM is <u>working</u> to recruit members to develop a network of Pain Management advocates in each state.
- Hired Bob Twillman, U/Kansas Advocacy & Policy Director-3/11
- Named Kathryn Hahn, PharmD (Oregon) Policy Chair
- Cultivate state representatives, who monitor local issues and mobilize awareness and action
- Broad influence that will ensure concerns of the Pain  community are voiced.



# NUCYNTA® Advocacy success requires integrated effort across partners  and communities of care

**Pain Management Partners**

**Prescribers**

**Primary Care Physicians**        **Pain Specialists**        **Neurologists**

**Rheumatologists**        **Midlevels**        **Physical Therapy & Rehab**

**Surgeons**        **Oncologists**

**Payers**        **Managed Care**        **Medicare**        **GPOs & Integrated Delivery Networks**

**Influencers**        **Professional & Patient Advocacy**    **Quality Orgs**    **Employers**    **Policy**

**Sites of Care**        **Institutions**    **Long Term Care**    **Retail**    **Rehab**    **Surgery Centers**



# Engage advocacy to help define patient treatment success & access pain management options

Acute Pain Section
- Rollin M. Gallagher, MD, MPH (UPENN/PA)
- Chester C. Buckenmaier III MD (WRAMC/ DC)

Ethics Section
- Michel Dubois, MD (APS/NY, NY)
- Perry Fine. MD (Salt Lake City, Utah)

Opioids/Substance Abuse & Addiction Section
- Russ Portenoy, Beth Israel Medical Center, NY, NY
- Nat Katz, MD (TUFTS/Boston)
- Scott Fishman, MD (UCSF)
- Steven D. Passik, PhD (MSKCC/NY)
- Lynn R. Webster, MD (Salt Lake City/Utah)
- Ted J. Cicero, PhD (St. Louis, MO)
- Peggy Compton, RN, PhD (LA)
- Aaron M. Gilson, MS, PhD (U Wisconsin)
- Douglas Gourlay, PhD (Toronto)
- Howard A. Heit MD (Georgetown/Fairfax, Virginia)
- Charles Intrussi, PhD (APS/NY, NY)
- Seddon A. Savage (APS/Dartmouth/Hanover, New Hampshire)
- Jennifer Bolen, JD (Knoxville, TN)
- *Jennifer Wagner, RN (WPS/PAIN ADVOCATE/Oregon Governors Office)*



# Engage advocacy to help define patient treatment success & access pain management options

Pain & Aging Section

- Keela Herr, PhD RN (Iowa City)

Primary Care, Emergency Medicine & Health Services Section

- Kathryn Hahn, PharmD (Oregon Health Services University)
- Bob Twillman, PhD (AAPM/U Kansas)
- David Provenzano, MD (ACPA/PA)
- Bill McCarberg, MD (Kaiser/Escondido, CA)
- Knox Todd, MD (NY, NY)
- Psychology. Psychiatry, Women's Health Services
- Lesley Arnold (U/Cincinnati, Ohio)

Translational Research (Neurobiology of Pain)

- Sean Mackey (Stanford/Palo Alto,CA)
- Michael Ashburn, MD, PhD (U PENN, PA)
- Rosemary Polomano, PhD, RN (UPENN, PA)
- Joel Saper, MD (Ann Arbor, MI)
- R. Todd Sitzman, MD, (Hattiesburg, Mississippi)
- Barth Wilsey, MD (Sacramento, CA)



NUCYNTA® Ⅱ
tapentadol

# Engage advocacy to help define patient treatment success & access pain management options

Neuropathic Pain Section

- Charles Argoff, MD (Albany, NY)

Physical Medicine & Rehabilitation Section

- Norm Harden, MD (Chicago)
- Stephen Stanos, MD (Chicago)
- Martin Grabois, MD (Baylor/Houston, TX)

Palliative Care/CA Section

- Allen W. Burton (Texas Pain Society/Houston)
- R. Sean Morrison (AAHPM/ Mt.Sinai,NY, NY)
- Gilbert Fanciullo, MD (Lebanon, New Hampshire)
- Porter Storey  (AAHPM/Kaiser/Denver)
- Charles Cleeland, PhD (Texas Pain Society/MD Anderson/Houston)
- Larry Driver, (Texas Pain Society/MD Anderson/Houston)

Disparities & Special Interests (Caregiver Burden)

- Carmen Green, MD (Ann Arbor, Michigan)
- April Vallerand, PhD, RN (Ann Arbor, Michigan)
- Salimah Meghani PhD, RN (UPENN/PA)
- Myra Glajchen, PhD (BI Continuum Health Partners, NY/NY)



# Appendix: Advocacy Partners



# Summary of National Groups with Regional Activities

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| **American Pain Society** | • To increase knowledge of pain and transform public policy and clinical practice to reduce pain-related suffering. | ✓ | ✓ | National (six regional sections) | Over 3,000 (including health professionals, basic scientists, policy makers, and lawyers) |
| **American Pain Foundation/ PAIN CARE ACTION NETWORK** | • To improve the quality of life of people with pain | ✓ | ✓ | National | 80,000 (including patients, families and healthcare providers) |
| **American Chronic Pain Association** | • To facilitate peer support and education for individuals with chronic pain and their families.<br>• To raise awareness among the health care community, policy makers, and the public at large about issues of living with chronic pain. | ✓ | ✓ | International (more than 800 chapters) | Reach over 11 million people via web site. Mail out 52K info packets per year |
| **Alliance of State Pain Initiatives** | • To ensure that peoples' lives are not overpowered by pain. | ✓ | ✓ | National (Policy-making state pain initiatives) | NA |

**NUCYNTA** Ⓒ Ⅱ
tapentadol

## Tier one: American Pain Society Priority groups



High Level Engagement

- American Pain Society-National

- Southern Pain Society

- Eastern Pain Society

- Greater Philadelphia Pain Society

- Midwest Pain Society

- New England Pain Association

- Western Pain Society



Tier one: American Academy of Pain Medicine Priority groups



High Level
Engagement

- American Academy of Pain Medicine- National

- Chapters (4)

  - California

  - Colorado

  - Utah

  - Idaho

- 40 State Reps



## Tier two: Important PAIN/Professional Groups-Regional Influence



### Supporting Organizations

- American Academy of Pain Management
- American Pain Foundation
- American Chronic Pain Association
- American Society of Pain Management Nursing
- American Academy of Family Physicians
- California Academy of Family Physicians
- American Association of Orthopaedic Surgeons
- American Academy of Hospice & Palliative Care
- American Osteopathic Association
- American College of Osteopathic Family Physicians
- American College of Physicians
- American Pharmacists Association

- National Association Directors of Nursing Administration/LTC
- American Medical Directors Association
- American Society of Consultant Pharmacists
- National Association of Orthopaedic Nurses
- National Council on Aging
- American Geriatrics Society
- American Academy of Nurse Practitioners
- American Association of Physician Assistants
- Pain and Policy Studies Group/U/Wisconsin
- Center for Substance Abuse Treatment (CSAT)
- SAMHSA



Tier two: Important PAIN Professional Groups-Influencers



Specialty Supporting Organizations

- American College of Emergency Physicians
- Alliance of State Pain Initiatives
- Case Management Society of America
- Emergency Nurses Association
- College on Problems of Drug Dependence
- American Society of Addiction Medicine
- American Osteopathic Academy of Addiction Medicine

- NIDA/NIH
- VA-U/PENN
- Walter Reed National Military Medical Center
- American College of Rheumatology
- American Cancer Society/NCCN /ONS
- NASCA
- Alliance of States with prescription Monitoring Programs
- ACOEM
- Employer/Groups
- Payer Groups
    - AETNA/U WASH.



NUCYNTA® CⅡ
36 tapentadol

# Tier one: KEY Clinical Centers of Excellence-University-Based & Community-Based Programs & Policy Groups



APS COEs & Policymakers

- University of Washington Division of Pain Medicine/Seattle
- University of California San Diego Center for Pain Medicine
- University of California, Davis Center for Pain Medicine, Sacramento
- Michigan Head-Pain and Neurological Institute, Ann Arbor, MI
- Integrative Pain Center of Arizona, Tucson
- Continuum of Health Partners/Beth Israel Medical Center NYC
- MSKCC-NYC
- MD Anderson Cancer Center-Houston
- Dartmouth-New Hampshire
- UC-Davis
- Kaiser Permanente-CA
- University of Wisconsin
- U/Penn  School of Medicine/Nursing
- Oregon State Health Systems University/College of Pharmacy
- Rehabilitation Institute of Chicago
- University of Michigan/Michigan State
- Tufts Health Care Institute-Boston
- University of Virginia  Division of Pain Medicine



# Roadmap: Priority groups

● – Strong focus
◐ – Moderate focus
○ – Low focus

| Organization | Recommended Levels of Involvement | PAIN MED Programming | Advocacy Programming | Partnerships Programming | Issues/Topics to Pursue |
|---|---|---|---|---|---|
| American Pain Society/Regional Societies | Continued Collaboration | ● | ○ | ● | • Clinical/Advocacy/ Legislative Affairs |
| American Academy of Pain Medicine | Collaborate | ◐ | ● | ● | • Awareness – heighten<br>• Continuity of care<br>• Quality of care |
| American Academy of Pain Management | Collaborate | ○ | ● | ● | • Continuity of care<br>• Awareness – |
| American Academy of Family Physicians/State Chapters | Collaborate | ● | ○ | ◐ | • Quality of care<br>• Continuity of care<br>• Awareness |
| California Academy of Family Physicians | Collaborate | ○ | ● | ● | • Continuity of care<br>• Quality of care<br>• Awareness |
| American Society of Health System Pharmacists | Collaborate | ● | ● | ● | • Continuity of care |
| American College of Emergency Physicians | Engage | ◐ | ◐ | ● | • Awareness –<br>• Continuity of care |
| American Geriatrics Society | Engage | ○ | ◐ | ● | • Continuity of care |
| American Society of Consultant Pharmacists | Engage | ◐ | ● | ● | • Continuity of care |
| American Academy of Hospice and Palliative Medicine | Engage | ● | ◐ | ● | • Continuity of care<br>• Awareness |

## Roadmap: Important groups

● – Strong focus
◐ – Moderate focus
○ – Low focus

| Organization | Recommended Levels of Involvement | PAIN MED Programming | Advocacy Programming | Partnerships Programming | Issues/Topics to Pursue |
|---|---|---|---|---|---|
| American Association of Orthopaedic Surgeons | Continued Collaboration | ◐ | ○ | ○ | • Quality of Care<br>• Continuity of Care |
| National Community Pharmacists Association | Continued Collaboration | ● | ○ | ● | • Risk Management Partnership |
| National Association of Orthopaedic Nurses | Continued Collaboration | ◐ | ○ | ◐ | • Quality of Care<br>• Continuity of Care |
| American Osteopathic Association/American College of Osteopathic Family Physicians | Continued Collaboration | ● | ◐ | ○ | • Advocacy<br>• Potential for additional partnerships |
| American Society of Pain Management Nursing | Collaborate | ○ | ● | ○ | • Advocacy, Pain Mgmt. Awareness – pt. risk management<br>• Continuity of care |
| American Pharmacists Association | Collaborate | ◐ | ○ | ● | • Access<br>• Affordability<br>• Patient safety |
| American Society of Consultant Pharmacists | Collaborate | ● | ◐ | ○ | • Awareness – risk management<br>• Partnership-pt. access |
| American Chronic Pain Association | Collaborate | ○ | ● | ○ | • Awareness –<br>• Access/affordability<br>• Pt. risk management |

# Roadmap: Important groups, cont.

● – Strong focus
◐ – Moderate focus
○ – Low focus

| Organization | Recommended Levels of Involvement | PAIN MED Programming | Advocacy Programming | Partnerships Programming | Issues/Topics to Pursue |
|---|---|---|---|---|---|
| **American Academy of Nurse Practitioners** | Engage | ○ | ◐ | ◐ | • Awareness –<br>• Continuity of care |
| **American Academy of Physician Assistants** | Engage | ● | ○ | ○ | • Awareness<br>• Continuity of care |
| **Case Management Society of America** | Engage | ◐ | ○ | ● | • Awareness<br>• Continuity of care |
| **American College of Emergency Physicians** | Engage | ○ | ◐ | ● | • Awareness<br>• Continuity of care |
| **The Neuropathy Association** | Engage | ◐ | ○ | ◐ | • Awareness – PAIN TX/Mgmt.<br>• Appropriate  Pt. Care |
| **Alliance of State Pain Initiatives/Pain and Policy Studies Group** | Engage | ○ | ◐ | ● | • State Report Cards<br>• Legislative Policy<br>• Awareness –"at risk"<br>• Quality of care<br>• Continuity of care – Access |
|  |  | ○ | ○ | ● |  |
| **American Medical Association** | Engage | ○ | ◐ | ● | • Continuity of care –Access<br>• Awareness –"pt.risk" |
| **American Society of Addiction Medicine** | Engage | ○ | ● | ○ | • Continuity of care<br>• Awareness – Pt. stratification; |

# ASPI- Alliance of State Pain Initiatives

**Connecticut Cancer Pain Initiative**

- **Steven Levin, MD**
  Chair, CT Cancer Pain Initiative
  Yale New Haven Medical at Long
  Wharf
  Phone: (203) 624-4208
  slevin@ihurt.com

- **Patricia Trotta, RN, MSN**
  Pain Education Specialist
  American Cancer Society, New
  England Division, Inc.
  538 Preston Ave.
  Meriden, CT 06450
  Phone: 203-379-4763
  Fax: 203-379-5060
  Patricia.Trotta@cancer.org

- **Susan Richter, RN, MA**
  New England Vice President for
  Patient Support
  American Cancer Society - New
  England Division
  538 Preston Ave., Box 1004
  Meriden, CT 06540-1004
  Phone: 203-379-4760
  Fax: 203-379-5060
  srichter@cancer.org

**D.C. Pain Initiative**
•*Michelle Grant Ervin MD*
4014 Mansion Dr. NW
Washington, DC 20007
Phone: 202-865-1121
michelle1em@mac.com
•*Rebecca Selove PhD, MPH*
Hematology/Psychology Dept.
Children's National Medical Center
111 Michigan Avenue NW
Washington, DC 20010-2970
Phone: 202-884-2243
rselove@cnmc.org

**Delaware Pain Initiative**
•*Margaretta Dorey, RN, BSN*
Delaware Pain Initiative
9 Aronimink Drive
Newark, DE 19711
Phone:302-292-1616
Fax: 302-292-2693
mfdorey@comcast.net

**Massachusetts Pain Initiative**
•*Carol Curtiss, RN, MSN, BC*
Curtiss Consulting
37 James Street
Greenfield, MA 01301
Phone: 413-774-5238
Fax: 413-774-3762
carol.curtiss@verizon.net
•*Anne Marie Kelly, BSN, RN-BC, CHPN*
Pain Mnagement Educator and
Consultant
Catholic Memorial Home
381 Reading Street
Fall River, MA 02720
annemariekelly@verizon.net
•*Ann Marie Harootunian, RN, MS, FNP*
Clinical Research Program Manager
Pain Management Center, Caritas
Norwood Hospital
annmarie.harootunian@caritaschristi.org



# ASPI- Alliance of State Pain Initiatives

**Maryland Pain Initiative**

- ***June Winkler***
  MPI Coordinator
  Phone: 410-783-0199
  mpi@painfoundation.org

- ***Karen Kaiser, RN, PhD (Chair)***
  Clinical Practice Coordinator
  Division of Clinical Quality Systems
  University of Maryland Medical System
  22 S. Greene St., Box 316
  Baltimore, MD 21201-1595
  Phone: 410-328-7690
  Fax: 410-328-2578
  kkaiser@umm.edu

- ***Kathryn Herbert, PharmD (Chair-Elect)***
  Oncology/Palliative Care Clinical
  Pharmacist
  Union Memorial Medical Center,
  Baltimore
  Phone: 410-554-4428
  kathryn.herbert@medstar.net

**Maine Pain Initiative**
•***Kandyce A. Powell, RN, MSN***
Maine Hospice Council
P.O. Box 2239
Augusta, ME 04338-2239
Phone: 207-626-0651
Fax: 207-622-1274
kpowell@mainehospicecouncil.org
•***Diana Rae, RN, MSN***
116 South St.
Rockport, ME 04853
Phone: 207-594-2672

**North Carolina Pain Initiative**
•***Cynthia Johnston, Pharm D***
Assistant Professor of Pharmacy
Practice
Campbell University School of
Pharmacy
johnstonc@bellsouth.net
•***Judy Brunger, MS***
CEO
The Carolinas Center for Hospice
and End of Life Care
jbrunger@carolinasendoflifecare.org
•***Dori Greene, RN***
The Carolinas Center for Hospic
and End of Life Care
dorigreene2488@earthlink.net

**New Hampshire Pain Initiative**
•***Kelly Doherty, RN-C, MSN, ARNP-BC***
Interim Chairperson
New Hampshire Pain Initiative
keda994@aol.com
•***Janice McDermott***
Executive Director
New Hampshire Hospice and
Palliative Care Organization
jmcdermott@nhhpco.org
**New York State Pain Initiative**
***Terry Altilio, LCSW***
Social Work Coordinator
Beth Israel Medical Center
350 East 17th Street
Baird 12
New York, NY 10003
Phone:  212-844-1467
Fax:  212-844-1503
taltilio@bethisraelny.org
***Michael Weinberger MD***
Columbia Presbyterian Division of
Pain Medicine
630 West 168th Street
PH5E
New York, NY 10032
212-305-7114
MLW45@columbia.edu



# ASPI- Alliance of State Pain Initiatives

**New Jersey Pain Initiative**
•*Kristina Thomson, LCSW*
Director, Pain Relief Project
American Cancer Society,
Eastern Division, Inc
20 Mercer Street
Hackensack, New Jersey 07601
Phone: 201-457-3418
Fax: 201-343-1839
Cell: 201-906-9228
kristina.thomson@cancer.org
•*Joan Grady RN, CCNS, OCN*
Hunterdon Hospice
2100 Westcott Drive
Flemington, NJ 08822
Phone: 908-788-6600
Fax: 908-788-6651
grady.joan@hunterdonhealthcar
e.org
•*Renee Pevour RN, MS*
Nursing Department
William Paterson University
300 Pomptom Road
Hunziker Wing, RM 103
Wayne, NJ 07470
Phone: 973-720-3516
pevourr@wpunj.edu

**Pennsylvania Cancer Pain Initiative**
•*Georgia Brown, RN, BSN*
PA Cancer Pain Initiative
Penn State College of Medicine
PO Box 855
Dept of HES, A210
Hershey, PA 17033-0855
Phone: 717-531-6849
Fax: 717-531-3922
gbrown@psu.edu
•*James Ray, PharmD*
3605 Westminster Blvd.
Erie, PA 16506
Phone: 814-838-2040
JRay12@omjus.jnj.com

**South Carolina Pain Initiative**
•*Shannon Johnson MPH, MSW*
South Carolina Pain Initiative
Coordinator
South Caolina Pain Initative
1350 Browning Road
Columbia, SC 29210
Phone: 803-781-4220
Sjohnson@carolinasendoflifecare.or
g
•*Tamra West*
Director, SC Programs
The Carolinas Center for Hospice
and End of Life Care
1350 Browning Road
Columbia, SC 29229
Phone: 803-791-4220
twest@carolinasendoflifecare.org



# ASPI- Alliance of State Pain Initiatives

**New Jersey Pain Initiative**
•*Kristina Thomson, LCSW*
Director, Pain Relief Project
American Cancer Society,
Eastern Division, Inc
20 Mercer Street
Hackensack, New Jersey 07601
Phone: 201-457-3418
Fax: 201-343-1839
Cell: 201-906-9228
kristina.thomson@cancer.org
•*Joan Grady RN, CCNS, OCN*
Hunterdon Hospice
2100 Westcott Drive
Flemington, NJ 08822
Phone: 908-788-6600
Fax: 908-788-6651
grady.joan@hunterdonhealthcare.org
•*Renee Pevour RN, MS*
Nursing Department
William Paterson University
300 Pomptom Road
Hunziker Wing, RM 103
Wayne, NJ 07470
Phone: 973-720-3516
pevourr@wpunj.edu

**Pennsylvania Cancer Pain Initiative**
•*Georgia Brown, RN, BSN*
PA Cancer Pain Initiative
Penn State College of Medicine
PO Box 855
Dept of HES, A210
Hershey, PA 17033-0855
Phone: 717-531-6849
Fax: 717-531-3922
gbrown@psu.edu
•*James Ray, PharmD*
3605 Westminster Blvd.
Erie, PA 16506
Phone: 814-838-2040
JRay12@omjus.jnj.com

**South Carolina Pain Initiative**
•*Shannon Johnson MPH, MSW*
South Carolina Pain Initiative
Coordinator
South Caolina Pain Initative
1350 Browning Road
Columbia, SC 29210
Phone: 803-781-4220
Sjohnson@carolinasendoflifecare.org
•*Tamra West*
Director, SC Programs
The Carolinas Center for Hospice
and End of Life Care
1350 Browning Road
Columbia, SC 29229
Phone: 803-791-4220
twest@carolinasendoflifecare.org

NUCYNTA® CII
tapentadol

# ASPI- Alliance of State Pain Initiatives

**Virginia Cancer Pain Initiative**
***•Patrick Coyne, RN, MSN, CS, CHPH, FAAN***
Clinical Director
Virginia Commonwealth University
user479069@aol.com
***•Laura Pole RN, MSN***
699 Lakeshore Terrace Rd
Hardy, VA 24101
Phone: 540-890-7289
Fax: 540-890-4249
lpchef@earthlink.net
***•Phyllis Whitehead RN, MSN***
Palliativie Care/ Pain CNS
Carilion Health System
pwhitehead@carilion.com

**Vermont Pain Initiative**
***Angela Putnam***
Director, Hope Lodge
American Cancer Society
211 East Avenue
Burlington, VT 05401
angela.putnam@cancer.org
***Joan Madison MD***
Madison-Deane Initiative
6002 Dorset Street
Shelburne, VT 05482
***Denise Niemira MD***
North County Hospital
189 Poutry Dr.
Newport, VT 05855
Phone: 802-334-6140
Fax: 802-334-8271
nekpci@sover.net
***Marilyn Rinker, RN, MSN, OCN, APN***
Associate Professor and
Program Chair
Nursing Department
Norwich University
Northfield, VT 05663
mrinker@norwich.edu

**West Virginia Pain Initiative**
***James Keresztury LCSW, ASCW, MBA***
West Virginia University
P.O. Box 6886
Morgantown, WV 26506
Phone:  304-293-0481
Fax:  304-293-0481
jkeresztury@hsc.wvu.edu

***Hersha Arnold-Brown***
ACS
301 RHL BLVD. Suite 6 & 7
Charleston, WV 25309
Phone: 203-746-9950
Hersha.ArnoldBrown@cancer.org



# ASPI- Alliance of State Pain Initiatives

**Virginia Cancer Pain Initiative**
*•Patrick Coyne, RN, MSN, CS, CHPH, FAAN*
Clinical Director
Virginia Commonwealth University
user479069@aol.com
*•Laura Pole RN, MSN*
699 Lakeshore Terrace Rd
Hardy, VA 24101
Phone: 540-890-7289
Fax: 540-890-4249
lpchef@earthlink.net
*•Phyllis Whitehead RN, MSN*
Palliativie Care/ Pain CNS
Carilion Health System
pwhitehead@carilion.com

**Vermont Pain Initiative**
*Angela Putnam*
Director, Hope Lodge
American Cancer Society
211 East Avenue
Burlington, VT 05401
angela.putnam@cancer.org
*Joan Madison MD*
Madison-Deane Initiative
6002 Dorset Street
Shelburne, VT 05482
*Denise Niemira MD*
North County Hospital
189 Poutry Dr.
Newport, VT 05855
Phone: 802-334-6140
Fax: 802-334-8271
nekpci@sover.net
*Marilyn Rinker, RN, MSN, OCN, APN*
Associate Professor and Program Chair
Nursing Department
Norwich University
Northfield, VT 05663
mrinker@norwich.edu

**West Virginia Pain Initiative**
*James Keresztury LCSW, ASCW, MBA*
West Virginia University
P.O. Box 6886
Morgantown, WV 26506
Phone:  304-293-0481
Fax:  304-293-0481
jkeresztury@hsc.wvu.edu
*Hersha Arnold-Brown*
ACS
301 RHL BLVD. Suite 6 & 7
Charleston, WV 25309
Phone: 203-746-9950
Hersha.ArnoldBrown@cancer.org

