**PSJ14 Janssen Opp Exh 56 – JAN-MS-00393295**

# Meeting #2    OCTOBER 12, 2011



**Today WE Validated Our Vision:**

*To create a broad-based community in the field of Pain Management focused on influencing the pain narrative to be person-with-pain centered and, therefore, more holistically managed.*

- ✓ **Welcomed New Members & expanded communities**
  - Welcome Bob, Scott, Pam, Phyllis!
- ✓ **Redefined**
  - A structure that allows us to closely collaborate with partners who represent public, private, lay sectors of our pain communities
  - A strategic focus and direction for a set of multidimensional deliverables
- ✓ **Became functional**
  - Leveraged our members' insights, knowledge and experiences and networks
  - Determined new gaps and unmet needs holding total patient care at core-integrative care
  - Explored private/public funding sources



# Accomplishments

3 Sub-Teams charged with creating message, plans and products to shape our future in pain management

- ✓ Media Outreach - TARGETS: YOUTH, VETERANS, PUBLIC
- ✓ Education - MEDICAL SCHOOL CURRICULA, QUICK GUIDES
- ✓ Policy/Advocacy
  - Peer-review PUBLICATION in Health Policy Journal
  - Message: CHRONIC PAIN AS PUBLIC HEALTH PROBLEM, CHRONIC PAIN IS MULTI-CONTEXTUAL
  - Outputs: 1 page pain policy position statements, Graphics

Realistic and achievable assets that will yield measureable outcomes and positive environmental changes

# Media Outreach Initiatives

**Reaching out to:** *Youth*
- Reach early: elementary school level; via respected channels, e.g., coaches
- Deliver a practical message: Pain is your body telling you something important.

**Reaching out to:** *Returning Veterans*
- Where do they get their information about pain management
- Change the paradigm of stoicism: the positive side of pain management

**Reaching out to:** *Media*
- Capture venues that the media want to cover, e.g., art created by people in pain
- Emphasize that the problem of poorly managed pain is often lost to the topic of fear of addiction, even though it is an issue of many magnitudes greater concern



# Education Sub-Team

The state of pain management education is poor and current curricula lack the necessary structure to adequately educate HCP students to assess, treat, monitor, and communicate with patients about pain

**Major "needs" identified:**
- Need for innovative curricula in pain management.
- "Placard or Quick-guide" for HCPs to help keep pain conversation front of mind.
- Should fit into pocket of lab coat and/or be available electronically
- Increase uptake of existing content into educational programs
- Develop patient-centered cultural/socioeconomic/etc sensitive materials

**Proposed Outputs:**
- "Quick Guide" geared towards Community Based Pharmacist
  - Provide tools to aid/encourage increased dialogue around pain
  - Will include measurement of impact aspect [i.e. before vs. after]
- "Quick Guide" for PWP
- Medical School Curriculum Development Grants Program



# Pain Policy, Advocacy Sub-team Platform

Developing a communications platform to fill data gaps, advancing knowledge with policy, advocacy, social, and informative narrative around multidimensional principles and practices of pain management

- **Chronic Pain is the #1 public health problem**

Creative messaging with visual/print products

- **Pain is Multidimensional**
- **Balanced pain treatment and pain care**
- **Balanced Pain Policies**

Priority Areas of Focus

- **Epidemic of Pain vs. Epidemic of Addiction**
- **Multidimensional Regimens of Pain Care (e.g. tool box, food plate)**

Support a wide dissemination plan that encompasses multidimensional means to channel communications using graphics, on-line and traditional vehicles:

- **Policy-Makers-e.g. Milbank Quarterly, others**
- **Healthcare Providers-Family Practice On-Line Journals, Newsletters**
- **Allied Health Trades (e.g. Psychology, Psychiatry, Social Work, Palliative Care)**
- **People with Pain-Healthcare Institution, Association Magazines (AAPM *Currents*, *AAFP Live*, AAN *Neurology Today*)**
- **General Public –Op-Eds, popular media, Retail Chains (Starbucks-*Pain* message of the day)**



# Our Teams and Members

**Media Outreach** "destigmatize pain"
Jack Henningfield (co-leader), Patricia Cosler (co-leader), April Vallerand, Pam Galassini

**Public Policy/Advocacy** "change the conversation about pain"
Bob Twillman (co-leader), Robyn Kohn (co-leader), Frank Sapienza, Scott Taylor, Jeff Buel, Margaret Quinn

**Education in pain management** "deliver the education"
Art Caplan (co-leader), Myra Glajchen (co-leader), Gary Baker (co-leader), Richard Payne, Penny Cowan, Phyllis Grauer



# Our Timeline & Approach

| June | October | February | April-May | Summer 2012 |
|---|---|---|---|---|
| ITPPC Kick off | Solidify Goals Develop Sub-team Action Plans | Sub-team Deliverables In Progress | Sub-team Deliverables 1 or more per team | Reassess Plan for Moving Forward |
| Launch Meeting 6.24.11 | Team Meeting 2 10.12.11 | Team Meeting 3 | Team Meeting 4 | |



Imagine the Possibilities
Pain Coalition