# PSJ2 Exh 1

| | |
|---|---|
| **From:** | Livingston, Kristin </O=ENDO PHARMACEUTICALS INC/OU=ENDO/CN=RECIPIENTS/CN=LIVINGSTON.KRISTIN> |
| **To:** | Brady, Dorothy M.; Ahdieh, Harry; Gallion, Kirk; Kerwin, Rosemary; Kurkimilis, Elisabeth; Lander, MaryEllen; Livingston, Kristin; Ma, Tina; mpadams@newdrugservices.com; Platt, Rebecca; Raudenbush, MaryAlice; Smith Carliss, Richard; Tom Sciascia (E-mail); Travers, Debbie; Utecht, Ken; Wydro, Phillip |
| **Sent:** | 3/25/2002 7:39:44 PM |
| **Subject:** | Risk Management Presentation |
| **Attachments:** | EN3202 Risk Management.ppt |

Dear Claims Subteam Members:

Attached is the Risk Management presentation that was presented to the Executive Committee (from Debbie).

Kris



EN3202 Risk Management.ppt

Deb

**Debbie Travers**
**Marketing Director**
**Endo Pharmaceuticals Inc.**
**610-558-9800, ext. 4175**
**travers.debbie@endo.com**

> -----Original Message-----
> **From:** Livingston, Kristin
> **Sent:** Monday, March 25, 2002 10:38 AM
> **To:** Travers, Debbie
> **Subject:** A couple of things
>
> Dear Debbie:
>
> Do you still want me to try to reschedule the next EN3202/03 Subteam meeting for Friday, 4/8?
>
> Also, just a reminder to send me the Risk Management presentation electronically so that I can send it to the rest of the Claims Subteam.
>
> Thanks.
>
> Kris

**Produced In Native Format**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04095508

# Endo Risk Management Strategy

- ## Global Issues
  - Receptiveness of market to potent, chronic-use opioids has been dampened because of abuse and diversion issues with Purdue's OxyContin®, played prominently in the media
  - FDA is treading water
    - No clear guidance to NDA sponsors
    - "Wait to see what they offer" approach



# **Physician Feedback**

- **AAPM Advisory Boards – EN3202 & 3231**
  - ➢ Pain specialists / Policy makers
  - ➢ Clearly afraid of abuse and diversion:
    - – "OxyContin® is a good drug marketed by an unethical company"
  - ➢ Advised Endo to be upfront about abuse potential and proactive with programs and tools to raise  comfort level of prescribers
    - – Educational programs
    - – Tools to identify potential abusers
    - – Registry studies
  - ➢ "Endo has the chance to do it right!"



# EN 3202 Qualitative Market Research

- **Pain specialists, PCP's, oncologists, orthopedic surgeons, rheumatologists all cite less frequent use of OxyContin® because of media attention**

- **Most felt that educational programs (especially for PCP's) would be helpful in easing fears of prescribing, but would <u>not</u> be the sole factor in deciding which drug to prescribe**

Endo
Endo Pharmaceuticals Inc.

# Reality Check

- **Endo is not the market leader**

- **Resources are limited relative to Purdue and Janssen**

*Requires selective development and implementation of high-impact, cost-effective tactics that are clearly identifiable to Endo and its educational efforts on the science of pain*



# Implications for ENDO

- **The premier pain management company must address abuse and diversion issues up front and proactively**

- **Endo must market new opioids responsibly and be honest about abuse potential**

- **Opportunity to partner with key pain management policy makers**

# Implications for EN3202

- **EN3202 has few points of distinction from OxyContin®; physicians indicate that they will probably used them interchangeably**

- **Potency is double-edged sword**

- **Fear of abuse and deterrence is one of the major barriers to rapid adoption of EN3202**

- **Physicians are looking for an alternative to OxyContin® because of the media attention and stigma.  (Mel Gitlin – Tulane – "Doctors will prescribe this because it is not OxyContin®"**

Endo
Endo Pharmaceuticals Inc.

# Implications for EN 3231

- **Abuse/diversion issues with EN 3231 are a concern, but to a lesser extent than with extended release formulations (e.g. OxyContin)**

- **Addressing the issues of abuse is a "price of entry" for EN 3231 and all new opioids**

- **For EN 3231, it is sufficient to be a "part" of the educational mix, not a focus**
  - ➢ Primary Focus: NMDA Enhanced Analgesia and the disease of pain



# Corporate Strategy

- **Establish Endo as the premier specialty pharmaceutical company and a leader in pain management**

- **Position Endo as a responsible marketer of opioid analgesics**



# EN3202 Strategy

- **Differentiate EN3202 from OxyContin®**
  - ➢ Lower doses of EN3202 needed for equivalent analgesia
  - ➢ Less escalation of dose with chronic use
  - ➢ Side effects

- **Create market environment prior to launch that ensures rapid uptake and adoption of EN3202**
  - ➢ Remove barriers – real and perceived -  to prescribers
  - ➢ Alignment with key thought leaders and regulatory agencies on abuse and deterrence issues

# EN 3231 Strategy

- **Establish the science of NMDA-Enhanced Analgesia and link to clinical benefits**
  - pathophysiological role in the disease of pain
  - link to elimination of tolerance, opioid-sparing effects

- **Develop ample EN 3231 product champions**
  - Recognize NMDA Enhanced Analgesia as an advance
  - Perceive Endo as a trusted partner

- **Enhance the EN 3231 product profile for both prescribers and payors**
  - Expand clinical program
  - Establish a pharmacoeconomic rationale

- **Establish EN 3231 as the new standard of care for the management of mod/severe chronic pain**
  - Based upon MOA, clinical benefits, and value

Endo
Endo Pharmaceuticals Inc.

# EN3202 Branding/Image/ Positioning

- **Branding not yet determined**

- **Positioning research underway**
  - ➢ Likely use in severe pain
    - – Cancer
    - – Severe OA
    - – Severe back pain
    - – Niches – Sickle Cell Disease / Interstitial Cystitis
  - ➢ Pain Specialists and Oncologists seem most receptive to product profile, but are clearly concerned about abuse and diversion
    - – Topic comes up unaided in every interview as soon as potency and extended release are mentioned



# EN 3231 Branding/Image/Positioning

- **The branding for EN 3231 is still under development**
  - ➢ Unique feeling proposition: *A Charismatic Agent of Change*
  - ➢ Pre-launch scientific exhibit reflects a *"new day"* in pain management

- **Preliminary Positioning (research ongoing)**
  - ➢ Target Audiences:
    - – Pain Specialists, Oncologists, and PCP's and select others who prescribe opioids
  - ➢ Positioning Concept:
    - – EN 3231 is the *first and only opioid analgesic to provide NMDA receptor antagonism* and is the new standard of care for the management of moderate to severe chronic pain
  - ➢ Customer Benefit:
    - – EN 3231 will empower physicians to offer their patients the pain relief they need over the long-term to live happier, more productive lives

Endo
*Endo Pharmaceuticals Inc.*

# Key Messages for EN3202

- **Potent extended release opioids are an essential tool in the armamentarium of pain management**

- **EN3202 is a better alternative to OxyContin®**
  - ➤ Provides better control of pain at lower mg doses
  - ➤ Can be used for extended periods of time safely
  - ➤ EN3202 is part of the Endo oxymorphone family of products which have been safely used for treatment of pain for more than 40 years

- **EN3202 has the potential for abuse and diversion**

- **Endo works with the pain management community to develop educational programs and tools which help the prescribing physician  to:**
  - ➤ Target appropriate patients
  - ➤ Recognize high risk patients
  - ➤ Recognize signs of abuse and diversion



# EN 3231
# Key Messages/Reasons to Believe

- **EN 3231 prevents the activation of the NMDA receptor, which when activated plays an important role in the development of chronic and/or refractory pain**

- **Opioid-sparing: lower dose vs. traditional opioids to achieve necessary pain relief**

- **Tolerance: Unlike traditional opioids, little/no need to increase dose over time to achieve the same level of pain relief**

- **Reduced need for rescue medication compared to traditional opioids**

- **Significantly higher patient satisfaction (60% vs. 12% pre-study opioids)**

- **Well-tolerated with no "new" side effects and no dose-dependent side effects**

**Risk Management: Advocating the appropriate use of opioids**
- ➢ Opioids are an important and necessary for million of patients with pain
- ➢ However, potential for abuse/diversion exists w/all opioids, including EN 3231
- ➢ Endo is committed to working with the pain management community to develop educational programs and tools which help the prescribing physician to:
  - – Target appropriate patients
  - – Recognize high risk patients
  - – Recognize signs of abuse and diversion

Endo
Endo Pharmaceuticals Inc.

# ROI for EN3202

- **Potential sales of EN3202 depend directly on prescribers' comfort level with risk of abuse and diversion**

- **Current preliminary forecast estimates potential sales of $275-340MM**

- **Endo's revenues will be 50% of total sales due to partnership with Penwest**

- **Risk management tactics will have to be leveraged across other products to provide adequate ROI (EN3231/Percocet/Dex's)**

Endo
Endo Pharmaceuticals Inc.

# ROI for EN 3231

- **Commercial potential is most dependent on the level of acceptance of the science of NMDA Enhanced Analgesia**
  - ➤ Linked to clinical benefits and EN 3231

- **Prescribers' comfort level with risk of abuse and diversion represents a relatively smaller risk to EN 3231 and is more closely correlated with risks generalized to opioids in general**

- **Current preliminary forecast estimates potential peak sales of $450-500MM**

- **Risk management tactics will be incorporated as one part of larger marketing programs (e.g. symposia, CME)**



# Timing

- **Pre-launch**
  - ➢ Cultivate relationships with thought leaders who are well respected in the area of abuse and addiction (Portnoy/Passick)
  - ➢ Incorporate risk management messages into all educational programs, but not as primary focus
  - ➢ Develop tools which help the prescriber detect abuse and diversion
  - ➢ Seek a seat at the policy making tables of key pain management organizations



# Timing

- **Post Launch**
  - ➢ Comply with the FDA's requirements for post marketing safety surveillence
  - ➢ Roll out educational and patient tracking tools
  - ➢ Be very visible as the "responsible marketer" of opioid analgesics with a proactive public relations campaign



# Market Research

- **Abuse, addiction and diversion issues need to be explored with potential prescribers**
  - ➢ Routine agenda item at all advisory boards
    - – (If we don't bring it up, they will)
    - – Probe on effectiveness of Purdue program
  - ➢ Integral part of demand and positioning research
  - ➢ Thorough analysis and evaluation of existing high-profile competitor programs (e.g. Purdue's Partners Against Pain as well as others)



# Risk Management Musts

- **Satisfy FDA Requirements**
  - ➤ Post marketing safety surveillence
  - ➤ Educational programs on appropriate use of EN3202 for physicians who prescribe
  - ➤ Appropriate positioning and promotion of EN3202



# Endo Late-Stage Opioids Risk Management Tactics

- **Pre-Marketing**
  - ➤ Align with thought leaders and organizations who are interested in teaching appropriate use of strong opioid analgesics
  - ➤ Inclusion of risk management message
    - – EN 3202: all presentations
    - – EN 3231: part of larger symposia
  - ➤ Develop tools which help physicians identify high risk patients and recognize signs and behaviors associates with abuse and diversion (i.e., SOAP)



# Endo Late-Stage Opioids Risk Management Tactics

- **Launch**
  - Sales force trained on abuse and diversion issues and appropriate use for chronic pain
  - Proactive roll out of educational programs and patient management tools (Avoid perception that this has been mandated by FDA/DEA)
  - Abuse and diversion message for sales force
    - Balanced approach in all EN3202 details
    - Avoid claims of "less abuse potential" and focus on ability to use lower doses of opioid



# Endo Risk Management Key Tactics

- **SOAP**
  - ➢ **Screening for Opioid Addiction Potential**
    - – Questionnaire tool for assessing a patient's potential for developing addictive and drug seeking behaviors
    - – Being developed in conjunction with NIH and NIDA by Inflexxion

- **Patient Registry**
  - ➢ Prospective data collection on patient use of opioids, diseases being treated, patient satisfaction, etc. (Real world use of opioids)

- **Endo Center for Pain Management**
  - ➢ 800 END-PAIN
    - – Support for product and general questiions
    - – Access to recognized guidelines

- **Patient Profiles in Pain**
  - – Visualize the variety of situations encountered to advance assessment and management of Pain
  - – Amortize through website, personal promotion, physician/patient brochures, symposia

**Endo**

Endo Pharmaceuticals Inc.