# PSJ2 Exh 4

# Counseling Your Patients
# and Their Families
# Regarding The Use of Opioids
# to Relieve Pain



**PARTNERS AGAINST PAIN®**

A Service of Purdue Pharma L.P. and The Purdue Frederick Company, makers of analgesic products for pain control.

NON-CONFIDENTIAL

PDD1502303609

PKY180112501

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

> "What cannot be cured, must be endured."

This old adage reveals a disturbing mindset shared by many patients with chronic pain.

Certainly, no one *wants* to be in constant pain. But many will endure it...for fear of something worse.

What is it they fear? Why are so many patients reluctant to report pain and/or take analgesics?*

Research suggests that patients <u>fail to report</u> pain for several reasons[1]:

- **Being thought of as a "weakling," "complainer," or "bad" patient**
- **Not wanting to distract the physician's attention away from the primary disease**
- **Unwillingness to acknowledge worsening disease (which they think pain signals)**
- **Fear of the drugs used to treat pain**

To this last point a 1994 Harris poll found that—among patients who had been treated for pain 6 months or longer—more than 60% expressed hesitation to take even the most common prescription and nonprescription pain medications (such as ibuprofen, acetaminophen, and codeine combinations).[2]

*A recent survey asked 897 physicians to rank potential barriers to effective pain management. Patient reluctance to report pain and take opioids were among the top three mentioned.[3]

2

NON-CONFIDENTIAL

PDD1502303610

PKY180112502

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

If so many patients feel this way about relatively less strong analgesics, one can only imagine the resistance to the opioid analgesics—a particularly distressing situation since no other class of analgesics provides such dramatic pain relief.

Virtually every authoritative body—from The World Health Organization (WHO) to the Agency for Health Care Policy and Research (AHCPR)—agrees that opioids are central to the treatment of moderate to severe pain.[4]

In cancer patients, "Opioids are the major class of analgesics used in the management of moderate to severe pain because of their effectiveness, ease of titration, and favorable risk-to-benefit ratio," according to the AHCPR.[4]

Opioids have their place in noncancer pain as well. As the eminent pain expert, Russell K. Portenoy, MD, recently remarked "[P]ain specialists now consider opioid therapy appropriate, safe, and effective on a long-term basis for selected patients with chronic nonmalignant pain, provided that patients are carefully monitored. [T]he risk of opioid abuse or addiction in patients without prior histories of abuse is extremely rare."[5]

With the potential for significant improvements in pain management, it is important for healthcare providers to allay any fears patients may have about taking opioids. Failure to do so will likely result in nonuse or improper use. (It is estimated that between 13% and 57% of patients misunderstand or are noncompliant with prescribed pain treatments.[3])

When a patient's fears and anxieties are anticipated and addressed before opioid therapy is begun, a successful outcome is much more likely.

Numerous surveys have identified the concerns uppermost in patients' minds. The following pages address those concerns and suggest appropriate replies.

3

NON-CONFIDENTIAL

PDD1502303611

PKY180112503

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



**Question...**

Isn't pain an unavoidable
consequence of my illness?
Shouldn't you
be concentrating instead on the
treatment of my disease?



4

NON-CONFIDENTIAL

PDD1502303612

PKY180112504

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# A

## *You might reply...*

- Pain might be a consequence of your disease, but it's <u>not</u> unavoidable. Don't think you have to grin and bear it in order to be a "good" patient. Today, we can control your pain through relatively simple means, e.g., oral opioid medications.

- Better yet, we can <u>prevent</u> pain from occurring, rather than treating it when or after it occurs. Regularly scheduled, around-the-clock (not "as-needed") intake of opioids help to accomplish this purpose.

- Pain-free patients are a help, not a hindrance, to the treatment of the primary disease. With pain under effective control, patients enjoy a better quality of life. They can eat, sleep, perform daily activities more normally.

- Patients who are strong and rested are better able, both physically and mentally, to fight disease and actively participate in treatment.

5

NON-CONFIDENTIAL

PDD1502303613

PKY180112505

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



### Question...

Why are you prescribing
such a strong drug for me?
Is my condition
getting worse?



6

NON-CONFIDENTIAL

PDD1502303614

PKY180112506

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



## You might reply...

- Don't think "strong." Think "effective." The medicine I've prescribed—an opioid—is the most effective medication we have for your type of pain. Unlike nonopioid pain relievers, an opioid has no "maximum" daily dose—which allows us to adjust the dose to an effective level, no matter how severe your pain.

- Increasing pain does not necessarily mean worsening disease. Pain can sometimes be caused by the various treatments for the disease; sometimes by factors completely unrelated to the disease.

- Whatever the cause, keep in mind that effective control of pain improves a patient's ability to fight disease.

7

NON-CONFIDENTIAL

PDD1502303615

PKY180112507

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# Question...

If I develop tolerance to this drug, what's left for me to take when I <u>really</u> need pain relief?



8

NON-CONFIDENTIAL

PDD1502303616

PKY180112508

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



## You might reply...

- Tolerance to opioids may occasionally occur. Usually all it takes to correct this situation is to increase the dose. Remember, opioids are not limited to a "maximum" dose as nonopioids are—an effective dose can be found for virtually any type or severity of pain.

- Pain that "breaks through" near the end of a dosing cycle should be reported to the healthcare provider so that he or she can adjust the dose of the around-the-clock opioid.

- For pain that "breaks through" during periods of stress or increased activity, fast-acting opioids are available that supplement the action of the around-the-clock opioid. Taken an hour or so before the anticipated event, these fast-acting opioids can prevent even this type of pain from occurring.

9

NON-CONFIDENTIAL

PDD1502303617

PKY180112509

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



## Question...

Won't I
(or my family member)
become addicted to opioids
and lose control?



10

NON-CONFIDENTIAL

PDD1502303618

PKY180112510

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

Case: 1:17-md-02804-DAP Doc #: 2403-3 Filed: 08/15/19 12 of 17. PageID #: 398465



## You might reply...

- Pain experts have recently redefined addiction as "the compulsive use of a drug for nonmedical purposes, usually with harm to the individual."[2]

- None of my patients fit this definition. Their use is not "compulsive," but stable and regularly scheduled. The medical purpose is clear...and the effects definitely beneficial, not harmful.

- In fact, a survey of more than 11,000 opioid-using patients, taken over several years, found only four cases of documented addiction.[6]

*(To illustrate just how rare addiction is among pain patients taking opioids, administer the visual quiz on the next two pages. Many patients—and family members—will be surprised to discover that fewer than 1% of opioid-using patients become addicted![1])*

11

NON-CONFIDENTIAL

PDD1502303619

PKY180112511

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# Q

Among patients who regularly take opioids for pain, and have no history of substance abuse...

**Which percentage represents the proportion who become addicted?**



12

NON-CONFIDENTIAL

PDD1502303620

PKY180112512

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)





1%

13

NON-CONFIDENTIAL

PDD1502303621

PKY180112513

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**Q**

## Question...

I've heard that opioid
side effects are very unpleasant.
Shouldn't I take as little
of the opioid as possible...
as seldom as possible?



14

NON-CONFIDENTIAL

PDD1502303622

PKY180112514

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**A**

## You might reply...

• Constipation is to be expected and can be treated preventively—with a stimulating laxative (such as Senokot-S®) with or without a stool softener.

• Most other opioid side effects diminish very quickly. Transitory sedation and/or confusion may occur during the first 24 to 48 hours after the initiation of opioid therapy or after a significant dose increase. Sedation and/or confusion usually lessen within 2 to 3 days after a stable dose has been established.[7]

• Nausea usually lessens within 3 to 4 days after beginning opioid therapy.[8] (Nausea may be the result of opioid-induced constipation. Alleviating constipation often alleviates nausea.[9])

• <u>All</u> side effects are treatable and should be reported promptly. Remember that our goal—pain prevention—will be defeated if side effects cause a patient to discontinue, underdose, or take opioids on an "as needed" basis.

*While there are other barriers to effective pain management with opioids (poor pain assessment, for one), unfounded fears and apprehensions certainly play a major role.*

*The healthcare provider is key to resolving this situation. Conscientious and continual education of patients as to the nature of analgesic therapies, and their <u>actual</u> risks and benefits, will not only enhance patient compliance, but also contribute to long-term, around-the-clock pain control and a better quality of life overall.*

15

NON-CONFIDENTIAL

PDD1502303623

PKY180112515

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



A Service of Purdue Pharma L.P. and The Purdue Frederick Company, makers of analgesic products for pain control.

Visit our Web site to learn more about pain management and prevention:
**www.partnersagainstpain.com**

**References:** 1. Mack JE. Management concepts in the treatment of cancer pain. *Hospital Pharmacist Report.* February 1995:24-33. 2. Rosendahl I. Painful truth. *Drug Topics.* November 21, 1994:39. 3. Von Roenn JH, Cleeland CS, Gonin R, et al. Physician attitudes and practice in cancer pain management. *Ann Intern Med.* 1993;119:121-126. 4. Jacox A, Carr DB, Payne R, et al. *Management of Cancer Pain. Clinical Practice Guideline No. 9.* AHCPR Publication No. 94-0592. Rockville, Md.: Agency for Health Care Policy and Research, U.S. Department of Health and Human Services, Public Health Service, March 1994. 5. Pain specialist calls for physician-regulator dialogue on opioid therapy. As reported in PR Newswire, November 17, 1996. 6. Porter J, Jick H. Addiction rare in patients treated with narcotics. *N Engl J Med.* 1980;302:123. 7. Levy MH. Pain management in advanced cancer. *Seminars in Oncology.* 1985;12:394-410. 8. Coluzzi PH. A model for pain management in terminal illness and cancer care. *Journal of Care Management.* 1996;2:45-76. 9. Levy MH. Constipation and diarrhea in cancer patients. *Cancer Bull.* 1992;43:412-422.

Senokot-S is a registered trademark of The Purdue Frederick Company

Copyright 1997, Purdue Pharma L.P., Norwalk, CT 06850-3590    A5251 00P050    PUR-33129

NON-CONFIDENTIAL

PDD1502303624

PKY180112516

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)