# PSJ2 Exh 11



# C.A.R.E.S. Alliance Tools
## Catalog and Order Form

Tools for Improving Chronic Pain Patient Care and Quality of Life Through Education

**CARESAlliance™**
Collaborating & Acting Responsibly to Ensure Safety

To learn more about how you can help, call us at **1-800-233-8969** or visit our Web site:

**www.caresalliance.org**

Sponsored by

 COVIDIEN

C.A.R.E.S. Alliance was created to help patients, healthcare professionals, nonprofit organizations, and people in the pharmaceutical industry work together to improve patient safety.

Provided as an educational resource by C.A.R.E.S. Alliance

COVIDIEN, COVIDIEN with logo and Covidien logo are U.S. and internationally registered trademarks of Covidien AG. C.A.R.E.S. Alliance is a service mark of Mallinckrodt Inc. © 2011 Covidien. CA-XXX November 2011. Printed in USA.

COVIDIEN
675 McDonnell Blvd
Hazelwood, MO 63042
www.covidien.com

MNK-T1_0001493093
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

## Introduction

C.A.R.E.S. Alliance encourages and facilitates collaboration among all stakeholders to gain new insight into the safe use of opioids for managing pain and to develop innovative new educational resources that will advance best practices in the treatment of chronic pain. It is a voluntary initiative that provides educational programs and resources to support responsible prescribing and safe use of opioid analgesics. It is intended to be a one-stop resource for everyone who has a stake in opioid safety:

- Professional societies
- Pharmaceutical companies
- Patient safety organizations
- Prescribers
- Patients
- Pharmacists

C.A.R.E.S. Alliance is committed to providing education and resources to healthcare professionals (HCPs) and patients about medication risks, responsible prescribing, and safe use. Safe and effective therapy for the management of chronic noncancer pain requires clinical skills and knowledge of the principles of good opioid prescribing and the assessment and management of risks associated with opioids.[1]

To support efforts to ensure the safe prescribing and use of opioid pain medications, C.A.R.E.S. Alliance has developed and assembled an array of tools to be used by prescribers, patients, and pharmacists. Some tools can help HCPs predict a patient's risk of abuse or addiction prior to treatment, whereas others can help identify aberrant behaviors once a patient has already started treatment with an opioid pain medication. In addition, HCPs can find clinical guidelines and best practices developed by leaders in the field of pain management as well as resources for patients to help them understand their medication, use their medication properly, and better communicate with their HCP. A number of tools are also available to help pharmacists responsibly dispense opioid pain medication to properly selected and counseled patients.

This catalog offers a list of the tools available from C.A.R.E.S. Alliance. Along with brief descriptions of each tool, the catalog contains a perforated order form with a checklist of all the tools included in this catalog. Check the boxes for the tools you wish to receive, and place the postage-paid, pre-addressed order form in the mail. **For a complete list of available tools, including videos available for download, visit the C.A.R.E.S. Alliance Web site at www.caresalliance.org.**

1. Chou R, Fanciullo GJ, Fine PO, et al. Clinical guidelines for the use of chronic opioid therapy in chronic noncancer pain. J Pain. 2009;10(2):113-130.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

## Prescriber Tools

### General Opioid Management Tools

#### Opioid Clinical Management Guide

Item #CA-012
Availability: print, online



The Opioid Clinical Management Guide is a resource for responsible opioid prescribing and use that can help HCPs improve patient outcomes by enhancing knowledge of the potential risks, responsible prescribing, and safe use of opioid pain medications. The guide provides important information on misuse, abuse, addiction, overdose, adverse events, patient selection, monitoring, counseling, treatment initiation, and discontinuation.

#### Opioid Clinical Management Checklist

Item #CA-013
Availability: print, online



The Opioid Clinical Management Checklist is a companion to the Opioid Clinical Management Guide. It is a handy reminder for HCPs that touches on documentation, patient selection, risk stratification, counseling, and the 4 A's (Analgesia, Activities of daily living, Adverse effects, and Aberrant drug-related behaviors) of opioid pain medications.

MNK-T1_0001493094

## Prescriber Tools

### Opioid Treatment Guidelines Reprint Carrier

**Item #CA-003RC**
Availability: print

The Opioid Treatment Guidelines Reprint Carrier provides recommendations on the use of opioid pain medication to treat chronic noncancer pain. The guidelines were developed by a multidisciplinary expert panel after systematic review of the evidence and include suggestions on careful patient evaluation and structuring of opioid therapy to accommodate identified risk, appropriate initiation and titration, and regular and comprehensive patient monitoring.



### Urine Drug Screening (UDS) Reprint Carrier

**Item #CA-005RC**
Availability: print

The UDS Reprint Carrier provides the HCP with information on the limitations of UDS and assessment of results using both objective and clinical information. The document contains information on screenings for commonly abused drugs, including opioids, alcohol, amphetamines, benzodiazepines, marijuana, and cocaine.



### Universal Precautions in Pain Medicine Reprint Carrier

**Item #CA-006B**
Availability: print

The Universal Precautions in Pain Medicine Reprint Carrier contains articles that describe a Universal Precautions approach to the assessment and ongoing management of patients with chronic pain, including the inherited pain patient. The articles propose a minimum level of care applicable to all patients presenting with chronic pain.



### Urine Drug Testing (UDT) Brochure

**Item #CA-016**
Availability: print, online

The UDT Brochure reinforces HCP knowledge of when, why, and how to use UDT, including advice about which screen to order. It provides information on the limitations of UDT, how to appropriately interpret results for commonly used drugs, and how to manage the patient-prescriber relationship when ordering UDT.



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0001493095

## Prescriber Tools

### Patient-Prescriber Expectations and Responsibilities Form

Item #CA-010
Availability: print, online

The Patient-Prescriber Expectations and Responsibilities Form can be used to help set expectations for both the patient and the HCP at the start of treatment with opioid pain medication. The HCP can use the points in the form as counseling opportunities. This form can also serve as documentation of patient understanding of the risks associated with treatment, the responsible manner by which the medicine will be received from a pharmacy, and the safe use and handling of opioid pain medications.



### Opioid Prescribing Toolkit

Item #CA-004
Availability: print

The Opioid Prescribing Toolkit is a workbook with accompanying CD-ROM that provides a comprehensive array of user-friendly tools to help HCPs safely and effectively prescribe opioid pain medication to patients with chronic pain.



### Responsible Opioid Prescribing: A Physician's Guide

Item #CA-002
Availability: print

Authored by Scott M. Fishman, MD, *Responsible Opioid Prescribing: A Physician's Guide* provides effective strategies that HCPs can use to aid in the use of prescription opioids for chronic pain and to help reduce the risk of addiction, abuse, and diversion when prescribing opioid pain medication. It provides concise and pragmatic steps based on the Federation of State Medical Boards' *Model Policy for the Use of Controlled Substances for the Treatment of Pain*.



### Ask-an-Expert Video Series

Availability: online



This video series features experts in the responsible prescribing of opioid analgesics for patients with chronic pain. Jeffrey Gudin, MD, discusses the importance of prescribing opioids responsibly, including appropriate patient selection, dosing, and counseling to ensure safe use. In addition, Steven D. Passik, PhD, and Lynn Webster, MD, focus their discussion on the importance of thorough assessment of risk for aberrant drug-related behaviors in every patient being considered for opioid therapy. The physicians discuss the elements of risk stratification, including use of validated risk stratification tools, prescription monitoring programs, and consultation with referring physicians and pharmacies to ensure appropriate use.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER   MNK-T1_0001493096

## Prescriber Tools

## Validated Tools

### Brief Pain Inventory (BPI)

Item #CA-007A
Availability: print, online

The BPI has been shown to be an effective tool for assessing pain in a wide range of clinical conditions. Patients answer questions that document the severity of their pain as well as the degree to which pain interferes with common dimensions of feeling and function.



### Opioid Risk Tool (ORT)

Item #CA-007C
Availability: print, online

The ORT is a simple 5-question assessment designed to predict which patients may develop aberrant drug-related behaviors based on known risk factors associated with abuse or addiction. The ORT is typically administered during the initial clinic visit. The ORT can either be self-administered by the patient or completed by the HCP as part of the patient interview.



### Numeric Rating Scale (NRS) and Wong-Baker Faces Pain Rating Scale

Item #CA-007B
Availability: print, online

The NRS and the Wong-Baker Faces Pain Rating Scale are simple, easily administered reporting instruments that help to quantify a patient's pain before and throughout treatment. The NRS is administered by asking the patient to estimate his or her pain on a scale of 0 to 10. The Wong-Baker Faces Pain Rating Scale uses illustrated facial expressions to evaluate pain levels.



### Pain Assessment and Documentation Tool (PADT™)

Item #CA-007D
Availability: print, online

The PADT is a clinician-directed interview tool designed to help assess a patient's pain level and how well that pain is being managed by treatment. The tool also allows for the documentation of adverse events and potential aberrant behaviors. The PADT can be used at the initiation of, as well as throughout, treatment with opioid pain medications.



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER   MNK-T1_0001493097

# Methadone for Chronic Pain Series

## Responsible Prescribing of Methadone for Chronic Pain

**Item #CA-052**
Availability: print, online



Responsible Prescribing of Methadone for Chronic Pain is a reference tool for prescribers considering methadone as a treatment option for their patients with chronic noncancer pain. It consists of 4 chapters covering the risks associated with methadone therapy, the specific and unique pharmacokinetic and pharmacodynamic properties of methadone, appropriate prescribing methods, and additional resources.

## Methadone FAQ for Healthcare Professionals

**Item #CA-050**
Availability: print, online



Methadone FAQ for Healthcare Professionals provides answers to some of the most frequently asked questions that HCPs may have about the characteristics and properties of methadone as well as about ways to responsibly prescribe and ensure the safe use of methadone when used to treat chronic pain. Answers include important information about the unique pharmacokinetic properties of methadone as well as associated risk factors and the safe initiation of methadone therapy.

# Prescriber Tools

## Methadone Dosing for Chronic Pain

**Item #CA-051**
Availability: print, online



The Methadone Dosing for Chronic Pain brochure is a resource for responsible methadone prescribing and use. The brochure contains valuable information on initiating therapy, dosing and administration, and patient counseling and monitoring that should be reviewed before prescribing methadone.

## Methadone Necessary Information for Prescribers

**Item #CA-053**
Availability: print, online



The Methadone Necessary Information for Prescribers tool provides background and critical information that HCPs should know before prescribing methadone to treat chronic pain, including instances in which methadone should never be used.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0001493098

# Patient Tools

## Methadone Patient-Prescriber Expectations and Responsibilities Form

**Item #CA-152**
Availability: print, online

The Methadone Patient-Prescriber Expectations and Responsibilities Form can be used to set expectations for both the patient and the prescriber at the start of methadone therapy. The HCP can use the points in the form as counseling opportunities. The form also can be used as documentation of patient understanding of the risks associated with methadone treatment, the responsible manner by which the medicine will be received from a pharmacy, and the safe use and handling of methadone.



## Defeat Chronic Pain Now!

**Item #CA-102**
Availability: print

Authored by Bradley S. Galer, MD, and Charles E. Argoff, MD, *Defeat Chronic Pain Now!* provides patients with groundbreaking strategies for eliminating the pain of arthritis, back and neck conditions, migraines, diabetic neuropathy, and chronic illness. The book specifically discusses commonly misdiagnosed pain conditions and cutting-edge treatments currently under development or on the market.



# General Opioid Tools

## Pain Management Journal

**Item #CA-104**
Availability: print, online

The Pain Management Journal can help the patient track his or her pain and pain management. Filling out the journal will help the patient better communicate with the HCP, which will help both the patient and the HCP get the most out of the patient's pain management program.



12  13

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001493099

## Patient Tools

### Opioid Safe Use and Handling Guide

Item #CA-100

Availability: print, online

The Opioid Safe Use and Handling Guide instructs patients on how to safely use and handle opioid medications that have been prescribed to treat their pain. This guide also talks about the risks of treatment with opioids, such as overdose, abuse, and addiction.



### American Chronic Pain Association (ACPA) Tools

Availability: online

The ACPA Tools help patients understand what their medicine is, why it was prescribed, and how to safely take it. The tools provide information on what things patients should avoid while taking their medicine and the possible side effects they may experience. They also provide assistance for patients in following up with their doctor, logging their pain, assessing their quality of life, and better describing their pain.



### Pain Management Guide for Older Adults

Item #CA-103

Availability: print, online

The Pain Management Guide for Older Adults can help older patients being treated for chronic pain talk openly with their HCP. This brochure also contains information for the patient on how to safely use and handle opioid prescription pain medicines.



### How to Talk to Your Doctor Brochure

Item #CA-105

Availability: print, online

The How to Talk to Your Doctor Brochure encourages open discussion between patients and their HCPs. It describes what patients should tell their doctors, and what their doctors can tell them, so that patients can get the most out of their treatment and keep their families safe.




HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001493100

## Patient Tools

# Methadone for Chronic Pain Series

## Methadone Frequently Asked Questions for Patients

Item #CA-150
Availability: print, online

Methadone Frequently Asked Questions for Patients is a resource to help patients safely use methadone when it is prescribed to treat their chronic pain. It answers many questions such as how methadone is different from other pain medicines, who should or should not take methadone, and what to do if a patient accidently takes too much methadone.




## Methadone Necessary Information for Patients

Item #CA-151
Availability: print, online

The Methadone Necessary Information for Patients tool summarizes the necessary information a patient with chronic pain should know about the risks and safe use of methadone.



## Methadone Safe Use and Handling Guide

Item #CA-153
Availability: print, online

The Methadone Safe Use and Handling Guide is a resource to help patients safely use methadone prescribed to treat their chronic pain. The tool focuses on when and how to take methadone safely to reduce the risk of life-threatening side effects and addiction. It also provides information for the patient on how to store their medicine and how to avoid theft or diversion.




HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0001493101

# Pharmacist Tools

## Verification, Identification, Generalization, Interpretation, and Legalization (VIGIL) Tools

### VIGIL Process Steps

Item #CA-201A
Availability: print, online

The VIGIL Process Steps details some recommended steps that the pharmacist should take when dispensing opioids to patients in order to mitigate the risk of abuse, misuse, and diversion. Steps include Verification, Identification, Generalization, Interpretation, and Legalization.



### VIGIL Medication Use Agreement—High Opioid Volume Pharmacy

Item #CA-201B
Availability: print, online

The VIGIL Medication Use Agreement—High Opioid Volume Pharmacy is a form developed to establish an agreement between the patient being prescribed opioid pain medication and the pharmacist filling the prescription. It documents the patient's understanding of his or her responsibilities when taking the medication and the pharmacist's responsibilities when dispensing it.

### VIGIL Pharmaceutical Care Assessment—High Opioid Volume Pharmacy

Item #CA-201C
Availability: print, online

The VIGIL Pharmaceutical Care Assessment—High Opioid Volume Pharmacy is a questionnaire that can help the pharmacist at a high opioid volume pharmacy categorize the level of care required for each patient being prescribed opioid pain medication. This longer questionnaire consists of questions directed to both the patient and the pharmacist.



### VIGIL Pharmaceutical Care Assessment Short Form—Low Opioid Volume Pharmacy

Item #CA-201D
Availability: print, online

The VIGIL Pharmaceutical Care Assessment Short Form—Low Opioid Volume Pharmacy is a questionnaire that can help the pharmacist categorize the level of care required for each patient being prescribed opioid pain medication. This is a short questionnaire consisting of 12 questions and is meant for use in low opioid volume pharmacies.

### VIGIL Pharmaceutical Care Patient Questionnaire

Item #CA-201E
Availability: print, online

The VIGIL Pharmaceutical Care Patient Questionnaire is a short questionnaire consisting of 21 items for the patient to answer to help assess his or her risk of abusing opioid pain medications.



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0001493102

## VIGIL Video Series: "Managing the Risks Associated With Dispensing Prescription Opioid Analgesics"

**Item #CA-201F**

Availability: online, CD-ROM

In this video series, David Brushwood, RPh, JD, Professor of Pharmacy Health Care Administration at the University of Florida, discusses the conflicting therapeutic imperatives faced by pharmacists dispensing opioids to patients with chronic pain in a highly regulated environment. He discusses ethics of pain management, risk factors for misuse, abuse, or diversion of pain medications, and adherence to Drug Enforcement Administration regulations on dispensing of controlled substances. He introduces his key to compliance with responsible opioid dispensing practices—Verification, Identification, Generalization, Interpretation, and Legalization (VIGIL)—and provides background on the VIGIL process and the available VIGIL tools.

1. Understanding the Risks
2. VIGIL Process Overview
3. VIGIL Advanced Tools
4. VIGIL Foundational Tools
5. VIGIL Case Studies



## Pharmacist Tools

## VIGIL Documentation Stickers

**Item #CA-201G**

Availability: print, online



The VIGIL Documentation Sticker is a simple tool that documents the 5 VIGIL steps for each patient's prescription—Verification, Identification, Generalization, Interpretation, and Legalization (see VIGIL Process Steps for more information). In addition, it allows for an at-a-glance status of a patient's risk level and care level, as well as the need for counseling or Drug Utilization Review (see VIGIL Pharmaceutical Care Assessment documents).

## VIGIL Opioid Talking Points

**Item #CA-201H**

Availability: print, online



The VIGIL Opioid Talking Points sticker is a 4" x 3.5" sticker that lists the most important safety facts that pharmacists should share with patients before dispensing opioid pain medication. Bulleted points are written in simplified language to help ensure that the patient understands how to take opioid pain medication safely.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001493103

## Pharmacist Tools

### VIGIL Memorandum Requesting Pharmacy Consult

Item #CA-201J
Availability: print, online



The VIGIL Memorandum Requesting Pharmacy Consult is a form for use by the pharmacist to request a consultation with the HCP's office regarding a patient's prescription. It can be used by the pharmacist to request verification or clarification of prescription details such as opioid-tolerant status, drug name, or potential modifications to the prescription, or to notify the HCP of issues related to the prescription, such as inadequate insurance coverage or legal issues.

### VIGIL Memorandum Confirming Pharmacy Consult

Item #CA-201K
Availability: print, online



The VIGIL Memorandum Confirming Pharmacy Consult is a form for use by the pharmacist and the HCP that verifies and documents new or changed prescriptions for opioid pain medication. The agreement can be used to verify opioid tolerance, prescription modifications, and details on how the prescription was filled, or to clarify questions the pharmacist may have had regarding the prescription.

### VIGIL Designating Agent of Practitioner

Item #CA-201M
Availability: print, online



The VIGIL Designating Agent of Practitioner form is intended for use by HCPs registered with the US Drug Enforcement Agency (DEA) to prescribe opioid pain medication under the Controlled Substances Act. With this form, DEA-registered HCPs can authorize another HCP to act as an agent for preparing written prescriptions and communicating these prescriptions to pharmacies. Under the DEA-registered HCP's direction, the authorized agent can prepare written prescriptions, convey oral prescriptions to the pharmacy by telephone, or fax prescriptions to the pharmacy, when appropriate.

## General Tools

### Pharmacist's Manual

Item #CA-200
Availability: print, online



The Pharmacist's Manual is prepared by the Drug Enforcement Agency, Office of Diversion Control, as a guide to assist pharmacists in their understanding of the Federal Controlled Substances Act and implementing its regulations as they pertain to the pharmacy profession.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001493104

# Order Form

Please fill out the contact information below and check the boxes for the desired C.A.R.E.S. Alliance tools before placing this order form in the mail. For videos and other items available online only, visit the C.A.R.E.S. Alliance Web site at www.caresalliance.org.

Name: _____ Date: _____

Organization: _____

Street Address: _____

City: _____ State: _____ Zip Code: _____

Providence/Territory: _____ International Postal Code: _____ Country: _____

Phone: _____ Fax: _____ E-mail Address: _____

## Prescriber Tools

### General Opioid Management Tools
- ☐ Opioid Clinical Management Guide (CA-012)
- ☐ Opioid Clinical Management Checklist (CA-013)
- ☐ Opioid Treatment Guidelines Reprint Carrier (CA-003RC)
- ☐ Universal Precautions in Pain Medicine Reprint Carrier (CA-006B)
- ☐ Urine Drug Screening (UDS) Reprint Carrier (CA-005RC)
- ☐ Urine Drug Testing (UDT) Brochure (CA-016)
- ☐ Patient-Prescriber Expectations and Responsibilities Form (CA-010)
- ☐ Responsible Opioid Prescribing: A Physician's Guide (CA-002)
- ☐ Opioid Prescribing Toolkit (CA-004)

### Validated Tools
- ☐ Brief Pain Inventory (BPI) (CA-007A)
- ☐ Numeric Rating Scale (NRS) and Wong-Baker Faces Pain Rating Scale (CA-007B)
- ☐ Opioid Risk Tool (ORT) (CA-007C)
- ☐ Pain Assessment and Documentation Tool (PADT™) (CA-007D)

### Methadone for Chronic Pain Series
- ☐ Responsible Prescribing of Methadone for Chronic Pain (CA-052)
- ☐ Methadone FAQ for Healthcare Professionals (CA-050)
- ☐ Methadone Dosing for Chronic Pain (CA-051)
- ☐ Methadone Necessary Information for Prescribers (CA-053)
- ☐ Methadone Patient-Prescriber Expectations and Responsibilities Form (CA-152)

## Patient Tools

- ☐ Defeat Chronic Pain Now! (CA-102)

### General Opioid Tools
- ☐ Pain Management Journal (CA-104)
- ☐ Pain Management Guide for Older Adults (CA-103)
- ☐ How to Talk to Your Doctor Brochure (CA-105)
- ☐ Opioid Safe Use and Handling Guide (CA-100)

### Methadone for Chronic Pain Series
- ☐ Methadone Frequently Asked Questions for Patients (CA-150)
- ☐ Methadone Necessary Information for Patients (CA-151)
- ☐ Methadone Safe Use and Handling Guide (CA-153)

## Pharmacist Tools

### Verification, Identification, Generalization, Interpretation, and Legalization (VIGIL) Tools
- ☐ VIGIL Process Steps (CA-201A)
- ☐ VIGIL Medication Use Agreement—High Opioid Volume Pharmacy (CA-201B)
- ☐ VIGIL Pharmaceutical Care Assessment—High Opioid Volume Pharmacy (CA-201C)
- ☐ VIGIL Pharmaceutical Care Assessment Short Form—Low Opioid Volume Pharmacy (CA-201D)
- ☐ VIGIL Pharmaceutical Care Patient Questionnaire (CA-201E)
- ☐ VIGIL Video Series: "Managing the Risks Associated With Dispensing Prescription Opioid Analgesics" (CA-201F)
- ☐ VIGIL Documentation Stickers (CA-201G)
- ☐ VIGIL Opioid Talking Points (CA-201H)
- ☐ VIGIL Memorandum Requesting Pharmacy Consult (CA-201J)
- ☐ VIGIL Memorandum Confirming Pharmacy Consult (CA-201K)
- ☐ VIGIL Designating Agent of Practitioner (CA-201M)

### General Tools
- ☐ Pharmacist's Manual (CA-200)


CARESAlliance