# PSJ2 Exh 12



# DEFEAT CHRONIC PAIN NOW!

GROUNDBREAKING STRATEGIES FOR ELIMINATING THE PAIN OF ARTHRITIS, BACK AND NECK CONDITIONS, MIGRAINES, DIABETIC NEUROPATHY, AND CHRONIC ILLNESS

**BRADLEY S. GALER, M.D.**
Co-founder of American Academy of Neurology Pain Medicine Special Interest Group. Named one of the leading doctors in pain management by the Best Doctors in America

**CHARLES E. ARGOFF, M.D.**
Co-founder of American Academy of Neurology Pain Medicine Special Interest Group. Professor of Neurology, Albany Medical College; Director, Comprehensive Pain Program, Albany Medical Center

*A Portion of Author Proceeds Will Be Donated to the Reflex Sympathetic Dystrophy Syndrome Association and the American Pain Foundation*

# DEFEAT CHRONIC PAIN NOW!

GROUNDBREAKING STRATEGIES FOR ELIMINATING THE PAIN OF ARTHRITIS, BACK AND NECK CONDITIONS, MIGRAINES, DIABETIC NEUROPATHY, AND CHRONIC ILLNESS

### BRADLEY S. GALER, M.D.

Co-founder of American Academy of Neurology Pain Medicine Special Interest Group. Named one of the leading doctors in pain management by the Best Doctors in America

### CHARLES E. ARGOFF, M.D.

Co-founder of American Academy of Neurology Pain Medicine Special Interest Group. Professor of Neurology, Albany Medical College; Director, Comprehensive Pain Program, Albany Medical Center

# CONTENTS

INTRODUCTION: A SILENT PANDEMIC

1 | Recognize and Relieve Your Chronic Pain

    CHAPTER 1 Beating Your Back Pain

    CHAPTER 2 Getting a Grip on Neck Pain

    CHAPTER 3 Conquering Arthritis (OA/RA)

    CHAPTER 4 Repressing Neuropathic Pain

    CHAPTER 5 Obliterating Headaches (Migraine/Tension-Type/Rebound)

    CHAPTER 6 Fighting Fibromyalgia

    CHAPTER 7 Overcoming Cancer Pain

2 | The Most Effective and Cutting-Edge Treatments For Chronic Pain

    CHAPTER 8 Understanding Medications for Pain

    CHAPTER 9 Nerve Blocks and Other Interventions

    CHAPTER 10 Active Physical Therapy is Essential

    CHAPTER 11 Psychological Treatments for Everyone

CHAPTER 12 Multidisciplinary Pain Clinics Put It All Under One Roof

CHAPTER 13 Caution: Surgery, Only When Necessary (A Rare Event!)

3 | Understanding Your Pain

CHAPTER 14 What is Pain? Why Do We Experience It?

CHAPTER 15 A Brief Tour of the Nervous System

CHAPTER 16 Laboratory Tests for Chronic Pain (A Cautionary Tale)

CHAPTER 17 Stress Affects Your Pain, And It's Real

APPENDIX: HELPFUL WEB SITES

ACKNOWLEDGMENTS

ABOUT THE AUTHORS

INDEX

tramadol.

- Endogenous opioid chemicals are produced naturally in the body and include endorphins, enkephalins, dynorphins, and endomorphins.

**DO OPIOIDS CAUSE ADDICTION IN CHRONIC PAIN PATIENTS?**

First, we need to define what addiction is and is not. So many people confuse addiction with another biologic process, physical dependence. We're sure you have read the newspapers and seen on TV the accounts of people claiming to have become addicted to Oxycontin. Absolutely this is a major societal issue that needs to be dealt with. However, in our opinion, many of these folks on TV appeared not to be addicted, but rather had developed a physical dependence, which is a normal bodily reaction that happens with lots of different types of medication, including medications not used for pain, and is easily remedied.

Physical dependence is a natural occurrence that happens to everyone who takes certain drugs for a long period of time. Your body gets used to having the drug, so when you stop taking it, you will develop a negative withdrawal reaction. This happens not just with opioids, but also with nicotine, caffeine, alcohol, sedatives/hypnotics (e.g., Valium), antidepressants, blood pressure drugs, and steroids. Going into withdrawal after suddenly stopping an opioid does not mean you are addicted. Opioids, even if taken chronically, can be safely and comfortably stopped by gradually reducing the dosage, usually by 10 percent every five to seven

days.

By definition, addiction is a psychological craving for a drug, and is apparent when a person takes an opioid for reasons other than pain relief. The addict lives every minute of the day thinking about how he or she will get his or her next dose of that drug. When chronic pain patients take opioids to treat their pain, they rarely develop a true addiction and drug craving. However, a risk factor for developing a true addiction to opioid medications, even if you are taking them for pain, is a history of a prior addiction, such as to alcohol or other drugs.