# PSJ2 Exh 15

| AddrLine1 | City | State | PostalCode | EntryDate | CallType | CallSubtype | NoteText | Physician | Products | RepName |
|---|---|---|---|---|---|---|---|---|---|---|
| | Steubenville | OH | 43952 | 11/7/1997 | Presentation | Physician | I TD'2 DR.RE:OXY HE SAID SINCE MY LAST VISIT HE HAS USED OXY IN MORE THAN 6 PTS. HE SAID THAT HE WAS WRITTING FOR THE 20MG.& 30MG. DOSES. HE MENTIONED ONLY OF ONE PTS.W/NAUSEAAND VOMITING. HE SAID OVERALL HE WAS VERY PLEASED WITH THE PRODUCT AND WILL CONTINUED TO USE IT. NTXC:GO OVER SIDE EFFECT PROFILE & LET HIM KNOW SIDE EFFECTS ARE TRANSIENT. | | OxyContin | Green,Robert |
| | Cincinnati | OH | 45242 | 11/7/1997 | Presentation | Physician | WITH DR ▇▇▇/SIGNED FOR UNI SAMPLES. NT- GO OVER MARTIN RE EXAMINING THEO. STRESSED ONCE A DAY PM DOSED UNI. OXY LBP PT CASE STUDY. ALWAYS RELUCTANT TO USE NARCS BUT TOLDIF GOING TO PUT PT ON VIC/LORT OR TYL 3, WHY NOT USE THE 12 HR DOSED, WITHOUT TYLENOL AND LESS ABUSE POTENTIAL. WILL LOOK OVER. SEN FOR DRUG INDUCED CONSTIPATION. | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45242 | 11/7/1997 | Presentation | Physician | WRITING M ORE UNIPHPYL/STRESSED ONLY ONCE A DAY PM DOSED FOR BETTER COMPLIACNCE AND BETTER LUNG FUNCTION. OXY FOR ALL PTS ON HYDRO/OXY COMBO'S.SEN FOR DRUG INDUCED CONSTIP. | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45236 | 11/7/1997 | Presentation | Physician | SEEMED TO LIKE ONCE A DAY DOSING- NXT DROP OFF PHARM NEWS ON DURACT USING LONGER- MAY NEED SURGURY FOR HERINETED DISC | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45236 | 11/7/1997 | Presentation | None | TOLD ABOUT JEW CA BE PREPARED | None | OxyContin | Farmer,Lori |
| | Deer Park | OH | 45236 | 11/7/1997 | Presentation | None | TERRI WANTS TO SEND FRUIT BASCKET FOR NEW BMT USIN | None | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45212 | 11/7/1997 | Presentation | Physician | TITRATION | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45242 | 11/7/1997 | Presentation | None | SEN SAMPLES FOR ALL PTS ON CONSTIP MEDS. SOME OXY FROM SIMONS/BROTT. | None | OxyContin | Farmer,Lori |
| | Wintersville | OH | 43952 | 11/7/1997 | Presentation | Physician | I DID A QUICK STAND UP MENTIONING THE PRODUCTS. I ALSO ?? TO SEE IF DR.HAS CONVERTED THE FEW PTS.ON 80MG./DAY TO THE 80MG TABLET. DR.HAS NOT CONVERTED THEM TO DATE, BUT WILL. HE ISGOING TO OXY MORE FIRST LINE NOW. NTXC:FU TO SEE IF HE HAS CONVERTED THE PTS. TO THE 80MG.TABLET. | | OxyContin | Green,Robert |
| | Steubenville | OH | 43952 | 11/7/1997 | Presentation | Physician | I TD'2 DR.RE:OXY FOR HIS MORE SHORT TERM OPIOID USERS VS. USING THE Q4-6 MEDS. HE SAID HIS STEP APPROACH IS T-3,VICODN LORCET AND THEN PERCOCET & OXYCONTIN. WE DISCUSSED OXYCONTINQ12 & Q.D. VS.PRN OPIOIDS. HE SAID THAT HE JUST DID THAT TODAY. WE ALSO DISCUSSED 2 OF HIS HIV PTS.ON 8 TABLETS/DAY. NTXC:FU FOR HIV PTS.TO OXY & USE OF OXY FOR SHORT TERM PTS. | | OxyContin | Green,Robert |
| | Wintersville | OH | 43952 | 11/7/1997 | Presentation | Physician | I DID A QUICK STAND UP MENTIONING THE PRODUCTS. I ALSO ?? TO SEE IF DR.HAS CONVERTED THE FEW PTS.ON 80MG./DAY TO THE 80MG TABLET. DR.HAS NOT CONVERTED THEM TO DATE, BUT WILL. HE ISGOING TO OXY MORE FIRST LINE NOW. NTXC:FU TO SEE IF HE HAS CONVERTED THE PTS. TO THE 80MG.TABLET. | | OxyContin | Green,Robert |
| | Youngstown | OH | 44505 | 11/7/1997 | Presentation | Physician | USING IN DIAB NEUR 20 Q12H ALONG WITH NEURONTIN ASK NEXT TIME LET HIM TEACH  DOSE OF NEUR STRESS EASE OF DOSING 10-20 Q12H OP NAIVE 20-30 OPIOD USERSALSO TRATS BACK PAIN REMIND OF EFFECT GO OVER SENOKOT S FORP CONSTIP TX PROPHALACT | | OxyContin | Arnoto,Richard |
| | Youngstown | OH | 44510 | 11/7/1997 | Presentation | Physician | GO OVER TITRATION MORE THAN 2 RESC DOSES INCR DOSE MERCH 80MG TABLET TRY TO GET BEYOND 40 Q12H SEN S RXS FOR ALL OPIATE USERS | | OxyContin | Arnoto,Richard |
| | Beachwood | OH | 44122 | 11/7/1997 | Presentation | Physician | NOT SURE WHAT HE IS DOING.HE IS ALWAYS FAVORABLE BUT NEVERSHOWS UP.NOT SURE IF HE IS STILL IMP | | OxyContin | Heckaman,Audrey |
| | Cincinnati | OH | 45236 | 11/7/1997 | Presentation | Physician | DISCUSSED CHRONIC LOW BACK PROFILE- | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45242 | 11/7/1997 | Presentation | Physician | NO PTS FOR OXY LATELY. ASKED IF WOULD USE WHEN WOULD NORMALLY USE HYDRO/OXY COMBO'S. WILL USE FOR Q12 HR DOSING AND NO TYLENOL. DAW MSC FOR BRAND. SEN FOR DRUG INDUCED CONSTIPATIO | | OxyContin | Farmer,Lori |