# PSJ2 Exh 16

| AddrLine1 | City | State | PostalCode | EntryDate | CallType | CallSubtype | NoteText | Physician | Products | RepName |
|---|---|---|---|---|---|---|---|---|---|---|
| | Zanesville | OH | 43701 | 9/18/1998 | Presentation | Physician | DR. HAD PT. CONVERTED TO ORAMORPH BY OSU. PT. CRASHED INPAIN, HATED THAT PORDUCT. DR. WANTS COPY OF STUDY THATSHOWS NOT BIOEQUIV. WENT INTO DIFF'S BETWEEN OXY AND MS | | OxyContin | Nordgren,Erik |
| | Zanesville | OH | 43701 | 9/18/1998 | Presentation | None | CONFIRMED PRICES AND DOSING OF ROXANOL FOR DR. COLMAN.DID HAVE FULL STOCK OF SENOKOT, WILL RECO TO CUST. | None | OxyContin | Nordgren,Erik |
| | Zanesville | OH | 43701 | 9/18/1998 | Presentation | None | GOT UP TO SURGERY TO SEE JANET AYERS. CALL HER ON MONDAYTHE WEEK IN TOWN AND SHE WILL GIVE OUT SURG SCHEDULE FOR THEWEEK. | None | OxyContin | Nordgren,Erik |
| | Zanesville | OH | 43701 | 9/18/1998 | Presentation | None | SAW THERESA, SHE GAVE ME BADGE TO GO TO SURGERY | None | OxyContin | Nordgren,Erik |
| | Kettering | OH | 45429 | 9/18/1998 | Presentation | Physician | NSC-CONT SWITCH FU ON PREVIOUS CALL, DIS HIS AGREEMENT TO SWITCH, HE CAN DO AS WELL AS ELAINE ON PHONE, NO PROBLEM WIT THIS, HE SDHE'LL LET ME KNOW HOW EFFECTIVE, OXY WANTED DURA CONVERSION AGAIN, STRESSED LIPOPHILIC AND PRED OF OXY, SKT S AND SKT | | OxyContin | Albers,Suzanne |
| | Centerville | OH | 45458 | 9/18/1998 | Presentation | Physician | NSC-GINSBERG CONVERSION, EASE, AND LESS OPIOID WITH LONG ACTING FOR, TODAY - INVITE TO LICHOTA AN DGINSBERG , OXY INFO, DOSINGAND POST OP EXPERIENCE | | OxyContin | Albers,Suzanne |
| | Canfield | OH | 44406 | 9/18/1998 | Presentation | Physician | MUST POS OXY IN CA VS MSC AND PATHC THEN POS IN BVAKC GAVE HIM BACK PAT AND MUST STRESS EFFICAY AND SAFETY HE USES VICODEN/T3 GET HIM TO TRY IN PL OF T3/VICULNI GET TO MAKE THEO OF CHOICE | | OxyContin | Green,Robert |
| | Springboro | OH | 45066 | 9/18/1998 | Presentation | Physician | NSC-OA INFO QUICK IN HALL, OXY DOSING INFO, USAGES AND TITRATION, | | OxyContin | Albers,Suzanne |
| | Cleveland | OH | 44106 | 9/18/1998 | Presentation | Physician | FOLLOWED UP WITH INITIAL TALK AND HE HAD A COUPLE OF GOODPATIENTS STORIES. | | OxyContin | Davis,Martha |
| | Columbus | OH | 43210 | 9/18/1998 | Presentation | Physician | SET APPT WITH DR UNGERLEIDER IN ADDITION I REMINDED DR TO USE THE 80MG FOR PTS WHO NEED HIGHER DOSES THERE IS NO REASON TO SWITCH. | | OxyContin | Backiewicz,Brian |
| | Columbus | OH | 43228 | 9/18/1998 | Presentation | None | PHARM WAS BACKED UP, SENOKOT-S SAMPLES ARE ALWAYS WANTED. LISA SAID SHE WAS LOOKING FOR SAMPLES THE OTHER DAY. OXYCONTIN MOVING WELL. | None | OxyContin | Backiewicz,Brian |
| | Cincinnati | OH | 45242 | 9/18/1998 | Presentation | None | AUTRY, BERGHAUSEN, LAWLEY AND BELL ORS SURGERY GUYS | None | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | PAIN PI 98 AND TITRATION KEYS, THE CONVERSION FROM VICODIN .9 TO 1 AND HOW HE CAN IMPROVE CARE-SPORTS INJURY OF INTERES , UNI SKILLED CARE LETTER FOR UNIPHYL AND HE IS IN AGREEMENTHERE | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | BAG WITH SKILLED CARE UPDATE WITH UNI AND SHE IS OKAY WITH THIS, AGREES BETTER CHOICE TOO, OXY PAIN PI BOOK, TITRATION AND VARIOUS PAIN STATES SHE SEES EXPAND OXY THERE | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | UNI SKILLED LETTER SEEN WITH DENISE AND HE IS DOING LTC STIL TO A GREAT EXTENT-THIS UNI CAN HELP IN OFFICE BASED PATIENTS TOO, OXY PAIN PI AND TRYING TO EXPANDHIS PLACEMENT INTOOTHER PAINFUL CONDITIONS | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45242 | 9/18/1998 | Presentation | Physician | DR FOLLOW-UP WITH PCA AND POST-OP USE, HE STARTED TRYING THI WK AND WANTED TO KNOW IF 20MG TABS OR IF 10MG WAS BETTER SEND HOME 20MG TABS 1-2 Q12HR, AGREED | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | UNI SKILLED CARE LETTER AND HOW TO ROLL OVER TO THE OFFICE PROACTICE TOO, HE NEEDS REMINDED ON BENEFITS OF COST EFFECT OF THEO TODAY MKTPLACE, OXY PAIN PI BOOK AND TITRATIONIS KEY AS WELL AS PATIENT ID | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | PAIN PI BOOK FOR REFERNCE AND THE CONVERSION CHART IS CONVEN IENT HE WANTS TO BROADEN HIS USAGE BUT IT IS SLOW TO HAPPEN SUCCESSFUL OUTCOME WILL HELP, UNI SKILLED CARE LETTER | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | BAG FOR UNI AND OXY 98 PAIN PI BOOK, TITRATION GUIDE, GOLF BALLS , SENOKOT SQUEEZE TOY LIKED , OXY POST=HERPETIC ANC PROTATITIS | | OxyContin | Farmer,Lori |
| | Cincinnati | OH | 45246 | 9/18/1998 | Presentation | Physician | SKILLED CARE LETTER UNI AND SHE DOESN'T DO LTC BUT IN OFFICE CAN AGREE TO CHRONOTHERAPEUTIC BENEFITS, OXY PAIN PI 98 BOOK OKAY BY HER | | OxyContin | Farmer,Lori |