**PSJ2 Exh 22**




Morphine Sulfate Extended-Release Capsules
20mg • 30mg • 50mg • 60mg • 80mg • 100mg • 200mg

**Precise Relief.**

Personalized pain relief.

Learn more about customized pain control
with KADIAN®.

*Please see accompanying complete Prescribing Information.*

ACTAVIS0006823



## Manage pain on a more personal level

### Why is pain management important?

Pain management is a large part of your overall care plan. Many Americans suffer from chronic or ongoing pain. It can cause you to miss work and it can even keep you from enjoying life. If left untreated, pain can place stress on your body and your mental health. Managing your pain the right way starts by talking to your healthcare provider. Discover the cause of your pain by taking note of what makes your pain start and what makes it worse.

You can play a big role in keeping your pain under control by telling your healthcare provider a few things:

- How well your pain medication is working
- When your pain medication is not controlling your pain
- Any side effects you experience while taking your pain medication

ACTAVIS0006824

## What is chronic pain?

Chronic pain is ongoing and can last longer than 6 months. Chronic pain can be mild or extreme. It can stop and start or persist. It can be inconvenient and can keep you from your daily tasks.

## How can chronic pain affect overall health?

Chronic pain may cause you to feel anxious or stressed. You may even feel angry or tired. Pain can lower the production of the body's own painkillers and may negatively affect your immune system. Your healthcare provider will choose the right treatment to help relieve your pain and suffering.

## How can chronic pain be treated?

To help manage your pain, your healthcare provider will determine what level of pain control you need. Every person experiences and expresses pain in his or her own way. Different people may require different levels of control. Depending on what kind of pain you have and how it affects your life, your healthcare provider will choose a drug that works just for you.



KADIAN°C
Morphine Sulfate Extended-Release Capsules
20mg - 30mg - 50mg - 60mg - 80mg - 100mg - 200mg

**Precise Relief.**

*Please see accompanying complete Prescribing Information.*

ACTAVIS0006825

## Precise pain relief to meet your needs

### What is morphine?

Morphine is a strong prescription pain reliever that can be taken for short or long periods of time. It is used most commonly to treat moderate to severe chronic pain. Morphine and morphine-like drugs (also called opioids [oh-pee-oyds]) work well for pain and are safe when taken as directed by your healthcare provider. These drugs are likely to be prescribed if your moderate to severe pain continues.

### Can I become addicted to morphine?

You can become addicted to morphine-based drugs, but it is less likely if you have never had an addiction problem. Over time, your body may become tolerant of your current dose. You may require a dose adjustment to get the right amount of pain relief. This is not addiction. It is just your body getting used to the drug. Please be sure to share any concerns you have with your healthcare provider.

### What is KADIAN®?

KADIAN® (morphine sulfate extended-release) Capsules are a form of slow-release morphine that can be taken once or twice a day. KADIAN® has been shown to treat moderate to severe chronic pain.

You should take KADIAN® only in the manner (once or twice daily) that your healthcare provider has prescribed. KADIAN® should not be taken on an as-needed basis.

ACTAVIS0006826

## What are the benefits of KADIAN®?

KADIAN® gives you individualized pain relief.

There are 7 different dosing strengths of KADIAN® capsules available. With flexible dosing strengths and different ways to take KADIAN®, you can get a balance between pain relief and side effects. This can help you meet your personal pain management needs.

Your healthcare provider will decide what is best for you.

The pellets inside KADIAN® capsules are unique. They slowly release morphine into your gastrointestinal tract, allowing for up to 24 hours of pain relief.

## Pellet inside KADIAN® capsule



Extended-release pH-dependent polymer-coat

Morphine sulfate binder layer

Sugar sphere

Pellets are not shown at actual size.

*Please see accompanying complete Prescribing Information.*



KADIAN®
Morphine Sulfate Extended-Release Capsules
20mg · 30mg · 50mg · 60mg · 80mg · 100mg · 200mg

**Precise Relief.**

ACTAVIS0006827



20 mg

30 mg

50 mg

60 mg

80 mg

100 mg

200 mg

Capsules are not shown
at actual size.

## Customized to achieve your treatment goals

## How do I take KADIAN®?

With 7 different dosing strengths of KADIAN® (morphine sulfate extended-release) Capsules, your healthcare provider can prescribe this medication to fit your individual needs. KADIAN® capsules are to be swallowed whole. Talk to your healthcare provider if you cannot swallow or have difficulty swallowing capsules. Your doctor may ask you to sprinkle KADIAN® on apple sauce or have it administered through a gastrostomy tube, if it's right for you. Neither the capsules nor the pellets inside the capsules should be chewed, crushed, or dissolved. Doing so would increase the risk of overdose. You should not take KADIAN® with alcohol.

## When should I take KADIAN®?

KADIAN® can be taken once or twice a day, with or without food. Your healthcare provider is best qualified to determine when you should take KADIAN®.

ACTAVIS0006828

## Does KADIAN® have side effects?

As with any medication, there are side effects associated with taking KADIAN®. Side effects with KADIAN® may include dizziness, anxiety, constipation, nausea, vomiting, or drowsiness. Tell your healthcare provider about any side effects you may experience.

Serious side effects may also occur with KADIAN®. These effects are like those seen with other morphine medicines, such as slowed breathing, lower blood pressure, and reduced heart function.

Call your healthcare provider and get medical help immediately if you experience any of these side effects.

KADIAN® may limit your ability to drive or operate machinery when you start taking KADIAN® or change your dose. You should not change your KADIAN® dose without speaking to your healthcare provider. For more information, please speak with your healthcare provider or visit www.KADIAN.com.

*Please see accompanying complete Prescribing Information.*

## How can I manage these side effects?

When it comes to managing your side effects, always talk to your healthcare provider.

## What can I do if I feel constipated?

You can help relieve your constipation by drinking more fluids. Also eat more fruits and vegetables or try a mild laxative.

Whether it's constipation—or any other side effect—your healthcare provider is your pain management partner. He or she can help answer any of your questions.



KADIAN®
Morphine Sulfate Extended-Release Capsules
20mg•30mg•50mg•60mg•80mg•100mg•200mg

**Precise Relief.**

ACTAVIS0006829

For more information, please
speak with your healthcare
provider, visit www. KADIAN.com,
or call 1-877-4KADIAN.



**Precise Relief.**

©2007 Alpharma Branded Products Division Inc.  All rights reserved.
KADI7D0121             March 2007             Printed in USA



KADIAN® is a registered trademark. KADIAN is a trademark owned by Alpharma Branded
Products Division Inc.

*Please see accompanying complete Prescribing Information.*

ACTAVIS0006830