# PSJ2 Exh 23

**Propah Dose – The Mighty Converters**

**Melissa: Hello sales team – this is Melissa**

**Mike: and this is Mike, and we are here to welcome you to X brand radio…**

**Melissa: Where the songs are always truly INSPIRED**

**Mike: We want to thank you for all of your hard work at the POA meetings.  We hope you have embraced the new INSPIRE messaging and are gaining your customer's attention by being bold and setting EXALGO apart as an innovative delivery system for treating chronic pain.**

**Melissa: Yes, and of course gaining buy in to elevate EXALGO as a standard treatment in your customer's practices when appropriate.**

**Mike: By utilizing the new messaging to highlight an appropriate patient type, like Eva and Patrick, it can help your customers prepare to validate that they can successfully convert patients to EXALGO and that once they do, EXALGO provides true once-daily dosing.**

**Melissa:  A critical component of the message is getting across proper dose conversion and titration.  Without converting patients to the proper dose, they are bound to have a difficult time and not stick with EXALGO.**

**Mike: That is a perfect lead in to our first X brand radio tune – Propah Dose by the Mighty Converters.  We hope this gets you in the mood for the next President's Council trip!**


**ANNCR OUTRO:**
**(Singing) You can start at the middle, you can start at the top…oh that is going to be stuck in my head today. And hopefully you have the importance of properly converting <u>and</u> titrating patients ingrained in your docs' brains, too. That was The Mighty Converters with Propah Dose, EXAALGOOD, mon.**

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0004166098

Propah Dose – The Mighty Coverters

SHOUT OUT: You gotta have the propah dose, mon!

You can start at the middle
You can start at the top
You can start with very little
But that's not where you should stop
Cause your patient needs relief, mon
So please do what you should
When you convert and titrate
Make sure EXAAAALGOOD

Every day your patient come by

And say they feel fine

But you see them a wincin'

So you know it's a lie

So you try something new

Cause you know that it work

But if you don't follow up, mon

The pain it will lurk

So when you start at the middle
Or you start at the top
Or you start with a little
Make sure you just don't stop
Cause your patient needs relief, mon
So do what you should
When you convert and titrate
Make sure EXAAALGOOD

You gotta have the propah dose, mon
Titrate to the propah dose

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                          MNK-T1_0004166099

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0004166100