# PSJ2 Exh 24

| AddrLine1 | City | State | PostalCode | EntryDate | CallType | CallSubtype | NoteText | Physician | Products | RepName |
|---|---|---|---|---|---|---|---|---|---|---|
| | Columbus | OH | 43222 | 7/6/2000 | Prof at Org | Physician | surg loung, oxy post op and chiro | | OxyContin | Richmond,Christy |
| | Columbus | OH | 43222 | 7/6/2000 | Presentation | Physician | knows tammy, oxy post op dosing and titrration. had few small procedures today, didnt' think appropriate here, wouldnt say what use | | OxyContin | Richmond,Christy |
| | Akron | OH | 44303 | 7/6/2000 | Presentation | Physician | Get him to prescribe Oxyontin for moderate pain instead of combo's.  Time principles. | | OxyContin | Rizk,Stacy |
| | Cincinnati | OH | 45238 | 7/6/2000 | Presentation | Physician | OFFICE RARELY WANTS UNI SAMPLES-CONTINUE TO TRY TO GAIN LUNCH WITH MD THROUGH USE OF INTRODUCING 160 MG TABS OF OXY;  UNI -NO GENERICS PIECE ALONG WITH THEOPSTUDY LEFT WITH MD;  SENOKOT S SAMPLES ACCEPTED FOR ELDERLY ; | | OxyContin | Neiheisel,Carol |
| | Cincinnati | OH | 45238 | 7/6/2000 | Presentation | Retail Chain | SPOKE WITH RPH WHO STATED THAT THEY HAVE STOCKED THE 160 MG BUT NO USERS AS OF YET;  OXY IR BUT NO FAST; SENOKOT S SAMPLES GIVEN AND REBATE COUPONS PUT ONTO PRODUCT; | None | OxyContin | Neiheisel,Carol |
| | Cincinnati | OH | 45247 | 7/6/2000 | Presentation | Physician | SPOKE WITH MD WHO EXPRESSED CONCERN RE: ONE PT RECEIVING 120 MG Q 12 FOR BACK PAIN-DISCUSSED THE PFACT THAT THERE IS NO CEILING DOSE WITH OXY LIKE SHORT ACTING;  HE SEEMED TO THINK THAT THIS PT WAS ABUSING THE PRODUCT;  HE NEEDS REAFFIRMATION RE: THE DECREASED ABILITY OF OXY TO BE ABUSED AND DECREASING NUMBER OF TABS;  PROVIDED HIM WITH OSTEOARTHRITIS STUDY WHERE 20 Q 12 AND DISCUSSED LOW BACK PAIN STUDY WHERE THE MAJORITY OF PTS WRE MANAGED ON OR LESS THAN 40 MG PER DAY; SENOKOT S SAMPLES LEFT WITH MD FOR HIS POST SURGICAL PTS AND PT ON MEDS THAT INDUCE CONSTIPATION;  IR/FAST DISCUSSED IN LIGHT OF TITRATION ; | | OxyContin | Neiheisel,Carol |
| | Cincinnati | OH | 45238 | 7/6/2000 | Presentation | Retail Chain | SPOKE WITH RPH WHO STATED THAT THEY SEE SOME IR BUT MOSTLY 10 AND 20 MG TABS;  NO FAST;  SENOKOT S SAMPLES GIVEN BUT ONLY SENOKOT ON SHELF RPH STATED DUE TO PREPLANNED STOCKING ARANGEMENTS;  SENOKOT REBATE COUPONS PUT ONTO PRODUCT; | None | OxyContin | Neiheisel,Carol |
| | Cincinnati | OH | 45238 | 7/6/2000 | Presentation | Physician | OFFICE RARELY WANTS UNI SAMPLES-CONTINUE TO TRY TO GAIN LUNCH WITH MD THROUGH USE OF INTRODUCING 160 MG TABS OF OXY;  UNI -NO GENERICS PIECE ALONG WITH THEOPSTUDY LEFT WITH MD;  SENOKOT S SAMPLES ACCEPTED FOR ELDERLY ; | | OxyContin | Neiheisel,Carol |
| | Cincinnati | OH | 45238 | 7/6/2000 | Presentation | Retail Ind | SPOKE WITH RPH WHO STATED THAT THEY HAVE STOCKED THE 160 MG BUT NO USERS AS OF YET; OXY IR BUT NO FAST; SENOKOT S SAMPLES GIVEN AND REBATE COUPONS PUT ONTO PRODUCT; | None | OxyContin | Neiheisel,Carol |
| | Cincinnati | OH | 45211 | 7/6/2000 | Presentation | Physician | CONTINUE TO EMPHASIZE THE USE OF OXY FOR SHORT TERM SCRIPTS - OSTEOARTHRITIS STUDY LEFT WITH MD ALONG WITH CONVERSION/TITRATION GUIDE-ILLUSTRATE OXY IR/FAST;  SENOKOT S SAMPLES ACCEPTED FOR USE WITH PTS WHO ARE IMMOBILE; | | OxyContin | Neiheisel,Carol |
| | Circleville | OH | 43113 | 7/6/2000 | Presentation | Physician | He couldn't have been nicer.  Said he rarely uses pain meds which is true fromhis Relafen usage. | | OxyContin | Hoover,Chaundra |
| | Circleville | OH | 43113 | 7/6/2000 | Presentation | Physician | Asked him to use OxyContin today-he said yes. Gave him a PSC. | | OxyContin | Hoover,Chaundra |
| | Circleville | OH | 43113 | 7/6/2000 | Presentation | Physician | She wanted to know about O.A. and her mom's knee would OxyContin be a good fit? | | OxyContin | Hoover,Chaundra |
| | Dublin | OH | 43016 | 7/6/2000 | Presentation | Physician | ANy other patch pts. to be converted back?   Dr. still talking about his experiences with Duragesic and has been converting everybody back to Oxy, reminded him on how to convert. Hit on new 160mg, could not think of any canidates for this new strength.  Reminded him ontitration and when to go to the 160mg, agreed.  Use new CME for Uni, focused on COPD and how Uni makes sense and can change pts. lives. | | OxyContin | Nordgren,Erik |
| | Dublin | OH | 43017 | 7/6/2000 | Presentation | Physician | Identify acute pain that he is treating and get him to writie Oxy out of habit there.  Dr. claimed that he dose not see chronic pain, reminded that q12 make sense for acute.  Hit on drastically reducing the number of tabs and the improved quality of life, agreed.  Went over dosing and compared to the Vico, agreed. | | OxyContin | Nordgren,Erik |