# PSJ2 Exh 25

| AddrLine1 | City | State | PostalCode | EntryDate | CallType | CallSubtype | NoteText | Physician | Products | RepName |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLARKSVILLE | OH | 45113 | 1/19/2001 | Presentation | Physician | has some misconceptions about pain.. gave chronic pain ce program.. gave cd rom not sure if he has designed agreement, talked oxyir instead of perc thinks much more expensive | | OxyContin | Romer,Marnie |
| | Bolivar | OH | 44612 | 1/19/2001 | Presentation | Physician | doc said he has been using oxy for awhile and that he uses high doses, i reminded doc there is no ceiling and that he should not worry about how high he needs to go | | OxyContin | Huffaker,John |
| | Dover | OH | 44622 | 1/19/2001 | Presentation | Retail Chain | checked to see what size scripts they were filling and if they had any concerns. Left seno samples. | None | OxyContin | Huffaker,John |
| | N.Philadelphia | OH | 44663 | 1/19/2001 | Presentation | Physician | doc said he does not use much oxy because he feels patients will not be able to work on opioids, but numbers shows he uses more than he knows | | OxyContin | Huffaker,John |
| | Dover | OH | 44622 | 1/19/2001 | Presentation | Physician | saw doc in er, he has had more patients coming in requesting oxy than before, but he feels all meds can be abused and is still comfortable using oxy | | OxyContin | Huffaker,John |
| | Dover | OH | 44622 | 1/19/2001 | Presentation | County | saw anesth. docs in surgical lounge, they said they had no fears of oxy and use alot, but have been using more dur because it is easy for patients | None | OxyContin | Huffaker,John |
| | E. Liverpool | OH | 43920 | 1/19/2001 | Presentation | Physician | Uni vs generic. Oxy vs short acting. | | OxyContin | Mancini,Connie |
| | E. Liverpool | OH | 43920 | 1/19/2001 | Presentation | Emergency Svcs | Discussed benes of oxy vs short acting in pts with fractures, and burns. | None | OxyContin | Mancini,Connie |
| | E. Liverpool | OH | 43920 | 1/19/2001 | Presentation | Physician | All products reviewed. Appt scheduled to go into detail. | | OxyContin | Mancini,Connie |
| | E. Liverpool | OH | 43920 | 1/19/2001 | Presentation | Physician | Quick presentation on benes of Oxy post op.. Appt scheduled. | | OxyContin | Mancini,Connie |
| | Euclid | OH | 44119 | 1/19/2001 | Present+Sample | None | Next call: Since fear is the biggest obstacle to LA how does he overcome this fear in his practice? and how does he use vicodin in his practice?  Remains strong supporter of oxycontin discussed failed back patient on oxycontin 40mg bid is like a new man. | | OxyContin | Martino,John |
| | Madison | OH | 44057 | 1/19/2001 | Presentation | Physician | Next Call: May respond to frequent calls he tells you what you want to hear.  Check local pharmacies and 1st Rx.  Showed 1-1 conversion oxy-vicodin.  Next call: may be afraid of scheduling system probe to uncover | | OxyContin | Martino,John |
| | Euclid | OH | 44119 | 1/19/2001 | Presentation | Physician | Continue to talk dosing and see how many more patients he's used it on. Ask for specific hemroid ectomy patient.  reminder of oxycontin dosing 1-2-3 10 mg tabs continue to keep high visibility | | OxyContin | Martino,John |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Physician | Oxy in the elderly literature. | | OxyContin | Kenney,James |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Retail Chain | COPD CE | None | OxyContin | Kenney,James |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Physician | Dr seems comfortable with rx but do not have data yet to confirm.  Marcus reprint for patients in nonmalignant pain.  Senokot S samples. | | OxyContin | Kenney,James |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Physician | Provided Dr with Marcus Reprint to position long-acting opioids against short-acting in chronic, non malignant pain. | | OxyContin | Kenney,James |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Physician | Marcus Reprint to position long-acting opioids against short-acting in chronic, non malignant pain. | | OxyContin | Kenney,James |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Physician | Marcus reprint | | OxyContin | Kenney,James |
| | Cincinnati | OH | 45255 | 1/19/2001 | Presentation | Community | Oxy literature on 3rd floor Onc. | None | OxyContin | Kenney,James |
| | Cincinnati | OH | 45230 | 1/19/2001 | Presentation | Physician | Oxy in the elderly literature. | | OxyContin | Kenney,James |
| | Cleveland | OH | 44109 | 1/19/2001 | Presentation | Physical Rehab | see notes | None | OxyContin | Sturgill,Brian |
| | Cleveland | OH | 44109 | 1/19/2001 | Presentation | Physician | briefly talked about oxy and use in low back pain, at speaker event | | OxyContin | Sturgill,Brian |