**PSJ2 Exh 34**

TRANSMITTAL OF ADVERTISEMENTS
AND PROMOTIONAL LABELING FOR
DRUGS FOR HUMAN USE
Product: OxyContin® (oxycodone hydrochloride) Tablets
NDA #: 20-553

# PROFESSIONAL SALES AID ("PSA")

### OxyContin® "There Can be Life with Relief" Visual Aid

### Artwork No. A7072

### Implementation Date: 11/1/02

NON-CONFIDENTIAL

PDD1501614879



**FOR PATIENTS** **RSISTENT PAIN.**

Retained visual aid—not for distribution.

Please read accompanying professional prescribing information.
Please see boxed warning on inside back cover.

NON-CONFIDENTIAL

PDD1501614880



For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time

Please read accompanying professional prescribing information.
Please see boxed warning on inside back cover.

NON-CONFIDENTIAL

PDD1501614881



NON-CONFIDENTIAL

PDD1501614882

**For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time**

# LIFE WITH VERSATILITY

## Appropriate for use in moderate to severe pain when associated with conditions such as:

- Low back pain

- Osteoarthritis pain

- Postherpetic neuralgia pain

- Postoperative pain

- Diabetic neuropathy pain

- Cancer pain

*Please read accompanying professional prescribing information.*
*Please see boxed warning on inside back cover.*

NON-CONFIDENTIAL

PDD1501614883



Patients

vs SAO

Efficacy

Onset

Conversion

Titration

Appropriate use

Reminder

## What kind of patient is a candidate for OxyContin®?

- Persistent pain that is moderate to severe, requiring around-the-clock (ATC) therapy for an extended period of time



MILD     MODERATE     SEVERE

- Patients who are failing NSAIDs or COX-2 inhibitors and require ATC therapy

- Patients being considered for q4-6h opioids



Q12h   8AM   8PM

# OxyContin® CII
### (OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
## IT WORKS

PDD1501614884

NON-CONFIDENTIAL

**For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time**

# LIFE WITH 2 DOSES, INSTEAD OF 4 OR 6

## When it's time to consider q4-6h opioids



*When initiating OxyContin® therapy.

†The above representation exceeds the manufacturer's maximum recommended daily dose for Percocet 10/325.

## Remember, effective relief takes just two

- Q12h OxyContin® is dosed less frequently than q4-6h opioid medications
- Asymmetrical dosing—the patient can use different dosing strengths for the first or second 12-hour period, depending on the pattern of pain

*Please read accompanying professional prescribing information.*
*Please see boxed warning on inside back cover.*

6

NON-CONFIDENTIAL



# Consider the daily limitations

- Many short-acting opioids contain a nonopioid analgesic that limits the maximum daily dose

**Examples:**

| Brand | Nonopioid component (mg) | Maximum recommended daily dosage of nonopioid | Maximum recommended dosage[1] |
|---|---|---|---|
| Vicodin ES | Acetaminophen (750) | 4 g[3] | 5 tabs/day |
| Vicodin | Acetaminophen (500) | 4 g[3] | 8 tabs/day |
| Lortab® 5/500 | Acetaminophen (500) | 4 g[3] | 8 tabs/day |
| Percocet 5/325 | Acetaminophen (325) | 4 g[3] | 12 tabs/day |
| Percocet 10/650 | Acetaminophen (650) | 4 g[3] | 6 tabs/day |
| Percodan® | Aspirin (325) | 4 g[2] | 12 tabs/day |

Vicodin and Vicodin ES are registered trademarks of Abbott Laboratories. Tylenol is a registered trademark of Ortho-McNeil Pharmaceutical. Percocet and Percodan are registered trademarks of Endo Pharmaceuticals Inc. Lortab is a registered trademark of UCB Pharma.

- OxyContin® is a single-entity agent that does not contain acetaminophen, aspirin or ibuprofen
- Ceiling to analgesic effectiveness is limited only by side effects



Q12h
OxyContin® (II)
(OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
IT WORKS

7

PDD1501614886

NON-CONFIDENTIAL

**For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time**

# LIFE WITH EFFECTIVE RELIEF

## Smooth and reliable pain control

**Pain reduction in a placebo-controlled, fixed-dose trial of patients with moderate to severe osteoarthritis pain (n=133)[4]**



*Based on a 4-point categorical scale (0=no pain; 3=severe pain).

- Prior to study, patients' pain was inadequately controlled with either prn opioids or NSAIDs
- OxyContin® 20 mg q12h provided significantly better pain control than placebo (p<0.05)[4]
- 10 mg q12h was similar to placebo in reducing pain intensity[4]
- Adverse events were more common with OxyContin® than with placebo[4]

*Please read accompanying professional prescribing information.*
*Please see boxed warning on inside back cover.*

8

NON-CONFIDENTIAL

PDD1501614887



# Well-tolerated opioid therapy

**Therapy-related adverse events (AEs) and total daily OxyContin® dose (n=44)[5]**



- Percentage of patients reporting common adverse effects decreased over the course of the study[5]
- Common opioid side effects (such as nausea, vomiting, somnolence, dizziness), except constipation, decreased over time in most patients[5]



Q12h

# OxyContin® Ⓒ
## (OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
### IT WORKS

Efficacy

Onset

Conversion

Titration

Appropriate use

Reminders

9

PDD1501614888

**For moderate to severe pain
when a continuous, around-the-clock
analgesic is needed for an extended
period of time**

# LIFE WITH STABLE RELIEF

## Avoid serum concentration peaks and valleys...

**Mean plasma concentrations of oxycodone in normal volunteers after single
doses of OxyContin® Tablets and immediate-release (IR) oxycodone⁶**



- Onset of analgesia within
  1 hour in most patients[1]*

*From a single-dose study.

## ...by providing consistent plasma levels over 12 hours

**Plasma concentrations
(ng/mL) over time of
various dosage strengths**

- Steady state achieved
  within 24 to 36 hours
  of initial dose



†Data obtained while volunteers received naltrexone, which can enhance absorption.

**Please read accompanying professional prescribing information.
Please see boxed warning on inside back cover.**

10

NON-CONFIDENTIAL

PDD1501614889



## Stability you need...

**Time to stable pain control, OxyContin® vs IR oxycodone (n=48)⁷**



- Stable pain control achieved in less than 2 to 3 days with OxyContin®⁷

## ...at a variety of dosage levels

**Percentage distribution of cancer patients after 12 weeks of treatment with OxyContin®, by total daily dose (n=86)⁶⁸**



†Combined results of 2 open-label studies.



Q12h
**OxyContin® CII**
(OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
**IT WORKS**

11

Onset

Conversion

Titration

Appropriate use

Reminders

PDD1501614890

NON-CONFIDENTIAL

For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time

# LIFE WITH Q12H RELIEF

## Convenient conversion from other opioids*

**Multiplication factors for converting daily dose of prior oral pain medications to oral oxycodone**



| TOTAL DAILY DOSAGE OF CURRENT OPIOID MEDICATION | STEP 1: Multiply total by conversion factor below | | STEP 2: Divide by 2 to obtain q12h dose of OxyContin® | STEP 3: Round down to nearest dose of OxyContin available |
|---|---|---|---|---|
| | CURRENT OPIOID | ORAL | | |
| | Oxycodone | 1.0 | | |
| | Codeine | 0.15 | | |
| | Hydrocodone | 0.9 | | |
| | Hydromorphone | 4.0 | | |
| | Levorphanol | 7.5 | | |
| | Meperidine | 0.1 | | |
| | Methadone | 1.5 | | |
| | Morphine | 0.5 | | |

- Discontinue all other around-the-clock opioids before initiating treatment with OxyContin®
- When converting patients from nonopioid analgesics, OxyContin® 10 mg q12h is a reasonable starting dose
- Conversions listed as a general guide for clinicians. Treatment should be individualized for each patient at physician discretion
- A nonopioid analgesic may be continued as a separate drug, if needed
- For conversions from parenteral opioids or transdermal fentanyl, please see full prescribing information

*Please read accompanying professional prescribing information. Please see boxed warning on inside back cover.*

12

NON-CONFIDENTIAL

PDD1501614891



# Convenient conversion from short-acting opioids

**Sample conversion equivalents***

| Medication | Suggested starting dosage of OxyContin® |
|---|---|
| Percocet (5/325) | |
| 1 tab q6h | 10 mg q12h |
| 1 tab q4h | 10 mg q12h |
| 2 tabs q6h | 20 mg q12h |
| 2 tabs q4h† | 30 mg q12h |
| Vicodin (5/500) | |
| 1 tab q6h | 10 mg q12h |
| 1 tab q4h | 10 mg q12h |
| 2 tabs q6h† | 20 mg q12h |
| Vicodin ES (7.5/750) | |
| 1 tab q6h† | 10 mg q12h |

*When initiating OxyContin® for patients previously taking opioids, the conservative conversion ratios from KM Foley (N Engl J Med. 1985;313:84-95) are a reasonable starting point, although not verified in well-controlled clinical trials.

All propoxyphene patients should be converted to 10 mg OxyContin® Tablets q12h.

†NOTE: Higher or more frequent doses exceed maximum recommended daily dosage.



**Q12h**

# OxyContin® ⓘ
## (OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
## IT WORKS



Small, color-coded tablets (actual size)

**OxyContin® 80 mg Tablet ONLY FOR USE IN OPIOID-TOLERANT PATIENTS** requiring daily oxycodone equivalent dosages of 160 mg or more. This tablet strength may cause fatal respiratory depression when administered to patients not previously exposed to opioids.

13

Conversion · Titration · Application · Use · Maintenance

**For moderate to severe pain
when a continuous, around-the-clock
analgesic is needed for an extended
period of time**

# LIFE WITH THE RELIEF
# PATIENTS NEED

**A Guide to Titration of OxyContin®**



OxyContin® q12h Dose

Tablets shown actual size.

*OxyContin® 80 mg Tablet ONLY FOR USE IN OPIOID-TOLERANT PATIENTS requiring
daily oxycodone equivalent dosages of 160 mg or more. This tablet strength may cause
fatal respiratory depression when administered to patients not previously exposed to
opioids.

*Please read accompanying professional prescribing information.
Please see boxed warning on inside back cover.*

NON-CONFIDENTIAL

PDD1501614893



# Adequate relief in just a short T-I-M-E

**T** — Titrate patients every 1 to 2 days, if necessary.

**I** — Increase the dose of OxyContin® Tablets by 25% to 50%, if necessary (refer to the chart when titrating upward from 10 mg q12h). Do not increase the dosing frequency.

**M** — Manage exacerbations of pain with immediate-release medication.

**E** — Elevate the dose if more than 2 doses of immediate-release opioid medication per day are required.

- The goal of titration is to effectively control pain with 2 or fewer rescue doses per day
- OxyContin™ should be individually titrated to a dose that provides adequate analgesia and minimal side effects
- Available in a variety of strengths, allowing you to titrate to an optimal dose

## If the patient no longer requires OxyContin® therapy

- Taper doses gradually to prevent signs and symptoms of withdrawal in a physically dependent patient



Q12h
**OxyContin® ⓈⒾ**
(OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
**IT WORKS**

Titration

Appropriate use

Reminders

15

PDD1501614894

# APPROPRIATE RELIEF—
# FOR THE APPROPRIATE PATIENTS

## OxyContin® is indicated for . . .

- Moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time
- Postoperative use **only** if
  - The patient is already receiving the drug prior to surgery, **or**
  - Pain is expected to be moderate to severe and persist for an extended period of time

## However, it is NOT indicated for . . .

- Use as a prn analgesic
- The immediate postoperative period (12 to 24 hours following surgery), or if:
  - Pain is mild or
  - Pain is not expected to persist for an extended period of time
- Patients with known hypersensitivity to oxycodone
- When opioids are contraindicated, including patients with
  - Significant respiratory depression
  - Acute or severe bronchial asthma or hypercarbia
- Any patient who has or is suspected of having paralytic ileus
- Preemptive analgesia (administration preoperatively for the management of postoperative pain)

For more information, see **INDICATIONS AND USAGE, CONTRAINDICATIONS, WARNINGS** and **PRECAUTIONS** sections in the package insert.

## Always individualize treatment in every case, by . . .

- Initiating therapy at the appropriate point along a progression from nonopioid analgesics to opioids in a plan of pain management such as outlined by the World Health Organization (WHO), Agency for Healthcare Research and Quality (AHRQ), Federation of State Medical Boards Model Guidelines, or American Pain Society (APS)
- Moving from parenteral to oral analgesics as appropriate (see APS guidelines)
- Using a progressive plan of pain management, such as outlined by the WHO, APS and the Federation of State Medical Boards Model Guidelines
- Following appropriate pain management principles of careful assessment and ongoing monitoring

*Please read accompanying professional prescribing information.*
*Please see boxed warning on inside back cover.*

16

NON-CONFIDENTIAL

PDD1501614895

# Empower yourself against diversion

## Misuse, abuse and diversion of opioids

- OxyContin®, like other opioids, can be abused and is subject to criminal diversion. Specifically, it has been reported as being abused by crushing, chewing, snorting, or injecting the dissolved product

- These practices will result in the uncontrolled delivery of the opioid and pose a significant risk to the abuser that could result in overdose and death

- This risk is increased with concurrent abuse of alcohol and other substances. With parenteral abuse, the tablet excipients, especially talc, can be expected to result in local tissue necrosis, infection, pulmonary granulomas, and increased risk of endocarditis and valvular heart injury

- Parenteral drug abuse is commonly associated with transmission of infectious diseases such as hepatitis and HIV

# Protect yourself by keeping careful prescribing and treatment records,
## including:

- Quantity
- Frequency
- Renewal requests

- Proper assessments of patients' pain
- Proper prescribing practices
- Periodic reevaluation of therapy

# Educate patients on proper storage and disposal

- Instruct them to keep OxyContin® in a secure place, especially out of the reach of children

- When OxyContin® is no longer needed, dispose of unused tablets by flushing them down the toilet



Q12h
OxyContin® CII
(OXYCODONE HCl CONTROLLED-RELEASE) TABLETS
IT WORKS

17

Appropriate use

Reminders

PDD1501614896

NON-CONFIDENTIAL

**For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time**

# IMPORTANT REMINDERS

## Do not alter the tablet in any way

- OxyContin® (OXYCODONE HCl CONTROLLED-RELEASE) TABLETS CII ARE TO BE SWALLOWED WHOLE AND ARE NOT TO BE BROKEN, CHEWED, OR CRUSHED

- TAKING BROKEN, CHEWED, OR CRUSHED OxyContin® TABLETS LEADS TO RAPID RELEASE AND ABSORPTION OF A POTENTIALLY FATAL DOSE OF OXYCODONE

## Use higher strength ONLY when appropriate

- OxyContin® 80 mg Tablets ARE FOR USE IN OPIOID-TOLERANT PATIENTS ONLY. This tablet strength may cause fatal respiratory depression when administered in patients not previously exposed to opioids

- OxyContin® 80 mg Tablet ONLY FOR USE IN OPIOID-TOLERANT PATIENTS requiring daily oxycodone equivalent dosages of 160 mg or more

- Care should be taken in the prescribing of this tablet strength. Patients should be instructed against use by individuals other than the patient for whom it was prescribed, as such inappropriate use may have severe medical consequences, including death

- For more information, see **WARNINGS** section in the package insert

Purdue is firmly committed to maintaining the highest standards of marketing practices in the industry while continuing to advance the proper treatment of pain in America. If Purdue's marketing and sales practices fail to meet this standard, we urge you to contact us at **1-888-690-9211.**

*Please read accompanying professional prescribing information.*

18

NON-CONFIDENTIAL

PDD1501614897



**WARNING:**

**OxyContin® is an opioid agonist and a Schedule II controlled substance with an abuse liability similar to morphine.**

Oxycodone can be abused in a manner similar to other opioid agonists, legal or illicit. This should be considered when prescribing or dispensing OxyContin® in situations where the physician or pharmacist is concerned about an increased risk of misuse, abuse, or diversion.

**OxyContin® Tablets are a controlled-release oral formulation of oxycodone hydrochloride indicated for the management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time.**

**OxyContin® Tablets are NOT intended for use as a prn analgesic.**

**OxyContin® 80 mg and 160 mg Tablets ARE FOR USE IN OPIOID-TOLERANT PATIENTS ONLY.** These tablet strengths may cause fatal respiratory depression when administered to patients not previously exposed to opioids.

**OxyContin® TABLETS ARE TO BE SWALLOWED WHOLE AND ARE NOT TO BE BROKEN, CHEWED, OR CRUSHED. TAKING BROKEN, CHEWED, OR CRUSHED OxyContin® TABLETS LEADS TO RAPID RELEASE AND ABSORPTION OF A POTENTIALLY FATAL DOSE OF OXYCODONE.**

**References: 1.** Sunshine A, Olson NZ, Colos A, et al. Analgesic efficacy of controlled-release oxycodone in postoperative pain. J Clin Pharmacol. 1996;36:595-603. **2.** Medical Economics Company Inc. Physicians' Desk Reference®, PDR® Electronic Library™ [see respective product names]. Available at: http://www.pdrel.com. Accessed March 8, 2002. **3.** Roberts II LJ, Morrow JD. Analgesic-antipyretic and antiinflammatory agents and drugs employed in the treatment of gout. In: Hardman JG, Limbird LE, eds. Goodman & Gilman's The Pharmacological Basis of Therapeutics. 10th ed. New York, NY: McGraw-Hill, Inc; 2001:687-731. **4.** Roth SH, Fleischmann RM, Burch FX, et al. Around-the-clock controlled-release oxycodone therapy for osteoarthritis-related pain. Arch Intern Med. 2000;160:853-860. **5.** Citron ML, Kaplan R, Parris WCV, et al. Long-term administration of controlled-release oxycodone tablets for the treatment of cancer pain. Cancer Invest. 1998;16:562-571. **6.** Mandema JW, Kaiko RF, Oshlack B, Reder RF, Stanski DR. et al. Characterization and validation of a pharmacokinetic model for controlled-release oxycodone. Br J Clin Pharmacol. 1996;42:747-756. **7.** Salzman RT, Roberts MS, Wild J, Fabian C, Reder RF, Goldenheim PD. Can a controlled-release oral dose form of oxycodone be used as readily as an immediate-release form for the purpose of titrating to stable pain control? J Pain Symptom Manage. 1999;18:271-279. **8.** Data on file. Purdue Pharma L.P., Stamford, Conn.

19

PDD1501614898

NON-CONFIDENTIAL





NON-CONFIDENTIAL



NON-CONFIDENTIAL

PDD1501614901