# PSJ2 Exh 36



# Training and Development

**PURDUE**

TO: Entire Field Force  FROM: Training & Development

DEPT: Sales-9621

SUBJECT: **PLANNING AN EFFECTIVE PRESENTATION**  DATE: November 4, 1996

## "IF I ONLY HAD A BRAIN..."

In the <u>Wizard of Oz</u>, Dorothy had a clear-cut objective. She knew exactly what she wanted - to get back home to Kansas. Who could help her? Only one person could give her what she wanted: The Wizard. According to the munchkins, the Right Approach (how to accomplish this task) was to take the Yellow Brick Road. The attention-grabber was Dorothy's painting-the-picture of her Auntie Em. Turns out that Dorothy knew that the guard also had an Auntie Em. That got them inside. Toto eventually grabbed the Wizard's attention by pulling down his curtain. Then Dorothy knew that she had to "ask" for what she wanted.

As doctors' scheduling demands are getting tighter, you need to more effectively plan your presentations.

How can we build an effective presentation?

1. Have a <u>clear-cut objective</u>: "Why am I making this call?" "What do I want to achieve?" "The physician will identify 2 OA patients who are ready for OxyContin™."

2. <u>Know your listener</u> and his/her needs/wants: Gather facts about your customer prior to the call. Firing at a target in the dark is not very promising. As you prepare to fire your "message", you need to know where to aim and what you want to hit! "The physician wants pain relief for these patients without addicting them to an opioid."

9100939555

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PRODUCED BY PURDUE IN *ENGLE, ET AL. V. THE PURDUE PHARMA COMPANY, ET AL.* CIVIL ACTION NO. 03-C V-710 GPM (Consolidated) (S.D. IL.).

SC / PURDUE 6.10.04    MISC 4.26.04 - 0016628

SHC-000003754

Page 2 Continued

3. Have a <u>Well-formulated Approach</u>: A single thought or sentence that will best lead you to your objective. "According to the FDA, stated in the OxyContin™ package insert, 'Drug addiction is characterized by a preoccupation with the procurement, hoarding and abuse of drugs for non-medicinal purposes'. "Delayed absorption, as provided by OxyContin™ tablets, is believed to reduce the abuse liability of a drug.'"

4. Develop <u>The Hook</u> (Attention-Grabber):

   - What is the most interesting and exciting part of your subject? Can you reduce it to one sentence?
   - Does The Hook lead you to your objective?
   - It can be verbal and/or visual.
   - If you do not engage your listener's attention immediately, your message will be lost.
   - "What are your OA patients doing at midnight, when they could be sleeping?"

5. Know <u>the subject</u>: This is the what/who/where/when/why/how that explains or reinforces your objective. The subject must relate to your listener and correspond to your approach.

   - "OxyContin™ can provide pain relief to your patients, allowing them to sleep through the night, while potentially creating less chances for addiction than immediate-release opioids."

6. <u>Ask</u> for a specific action: A message without a specific request is a wasted opportunity. Developing a specific action requires that you KNOW your objective and your listener.

   "What two OA patients can you think of right now who could benefit from OxyContin™ tablets? Can we place a prescription for OxyContin™ in their charts right now?"

9100939556

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PRODUCED BY PURDUE IN *ENGLE, ET AL. V. THE PURDUE-PHARMA COMPANY, ET AL*, CIVIL ACTION NO. 03-C V-710 GPM (Consolidated) (S.D. IL.).

SC / PURDUE 6.10.04      MISC 4.26.04 - 0016629

SHC-000003755

Page 3 Continued

7. "Paint the Picture": Personalize your call to that physician.

   - Be clear and understandable.
   - Make an emotional appeal.
   - "OxyContin's convenient q12h schedule won't interfere with your patient's daytime activities or nighttime rest, and encourages compliance. This means that your patients may be able to shop, garden, and do other things that they were able to do before they had the pain."

8. Be Aware of First Impressions:

   - Use your voice, your body language, and your appearance to create that initial first impression.

9. Know when to stop:

   - Once the physician has agreed to your requested action, STOP selling. Explain dosing and move onto the next product.

10. Plan Your Work, Work Your Plan

- A pot of gold awaits you "Over the Rainbow"!

Reference: Adapted in part from a book by Milo O. Frank.

9100939557

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PRODUCED BY PURDUE IN ENGLE, ET AL. V. THE PURDUE PHARMA COMPANY, ET AL CIVIL ACTION NO. 03-C V-710 GPM
(Consolidated) (S.D. IL.).

SC / PURDUE 6.10.04        MISC 4.26.04 - 0016630

SHC-000003756