# PSJ2 Exh 38

| AddrLine1 | City | State | PostalCode | EntryDate | CallType | CallSubtype | NoteText | Physician | Products | RepName |
|---|---|---|---|---|---|---|---|---|---|---|
| | Canton | OH | 44710 | 4/15/1998 | Presentation | Physician | I DID A QUICK STAND UP MENTIONING OXY 80MG. & OXYIR & DOSING I SAW HER ON THE ONC.FLOOR. I ALSO TD'2 ONE OF THE RESIDENTS WITH HER RE:OXY. NTXC:PROBE TO SEE WHAT PTS.DO NOT GET OXY &WHAT OTHER PRODUCTS IS SHE USING. | | OxyContin | Dimos,Marc |
| | Hamilton | OH | 45013 | 4/15/1998 | Presentation | Clinical Nurse | PEI NB,SK STOCKS,PILL BOXES IN ZIP BAGS-NO PTS ID'D YET- LIKED PURDUE BAG TO TOTE NB BETWEEN OFFICES. | | OxyContin | Foster,Shane |
| | Akron | OH | 44302 | 4/15/1998 | Presentation | Dispensing | PEI PROGRAM ASST WITH CROFT AND CONNELLY. | | OxyContin | Thomas,Lisa |
| | Barberton | OH | 44203 | 4/15/1998 | Presentation | Physician | NO REASONING WITH OXYCONTIN.  HIT UNIPHYL WITH NHLBIGUIDELINES AND EVANS REPRINT. | | OxyContin | Restivo,Todd |
| | Barberton | OH | 44203 | 4/15/1998 | Presentation | Physician | DR USES PERCODAN, HIT OXY WITH DELIVERY SYSTEM, LESS FREQUETDOSING, IDEA OF IMPROVEMENT IN QUALITY OF LIFE, NOT TOTALPAIN CONTROL.  QUICK ONSET OF ACTION WITH Q12 DOSING. | | OxyContin | Restivo,Todd |
| | Barberton | OH | 44203 | 4/15/1998 | Presentation | Physician | USED THE PI TO HIT OXYCONTIN HIT ACUTE PAIN WITH QUICK ONSETAND ALSO HIT TITRATION FOR HIGHER DOSES. | | OxyContin | Restivo,Todd |
| | Barberton | OH | 44203 | 4/15/1998 | Presentation | Physician | USED THE NHLBI GUIDELINES AND BUDESONIDE STUDY FOR UNI.OXY, USED PI AND NEW SALES PIECE, HIT TITRATION AND HIGHERDOSES. | | OxyContin | Restivo,Todd |
| | Lorain | OH | 44053 | 4/15/1998 | Presentation | Physician | JUST MENTIONED PRODUCTS SAYS WIL GIVE SEN WITH OXY;AND WANTESAMPLES OF UNI | | OxyContin | Keron,Jeffrey |
| | Lorain | OH | 44053 | 4/15/1998 | Presentation | Physician | WILL SWITCH PATS TO UNI GET HIM SAMPLES;TITR GUIDE FOR OXYAND QUICK HIT ON SENO;NO INFO JUST PRES;MART/PAK | | OxyContin | Keron,Jeffrey |
| | Lakewood | OH | 44107 | 4/15/1998 | Presentation | Physician | ASKED IF HE HAS USED OXYIR HAS NOT YET WANTED SENO SAMPLESSTILL USING OXY ALWAYS IN A HURRAY | | OxyContin | Keron,Jeffrey |
| | Canton | OH | 44710 | 4/15/1998 | Presentation | None | I DID A PAIN MANG.INSERVICE FOR THE RADIATION ONCOLOGY, ONC. CLINIC NURSES & 6S FLOOR NURSING STAFF. I ALSO GAVE A FULL PRESENTATION ON OXY VS. MS-CONTIN & VS. DURAGESIC.DR.KELLEMYER WHO IS IN CHARGE OF ONC.CLINIC & MANY VARIOUS COMMITTEES ALSO ATTENDED THE PRESENTATION. NTXC:CALL ON MICHELLE RICHEY ON 6 SOUTH. | | OxyContin | Dimos,Marc |
| | Canton | OH | 44708 | 4/15/1998 | Presentation | Physician | I DID A SERVICE CALL CHECKING SAMPLES AND I ALSO TRIED TO PROBE TO SEE IF SHE HAS USED ANY OXY FOR SHORT TERM ACUTE PAIN PTS. SHE SAID NON TO DATE BUT WILL KEEP IT IN MIND.NTXC:WORK ON HER USE OF VICODIN IN ACUTE PAIN PTS. & GET THOSE PTS. TO OXY. I NEED TO PROBE IF SHE IN UNWILLING TO SEE WHAT HER RESERVATIONS ARE. | | OxyContin | Dimos,Marc |
| | Montgomery | OH | 45242 | 4/15/1998 | Presentation | None | LINDA HAD MORE TIME TO TALK TODAY. SEN MED BOXES FOR CUSTOMR AND SEN SAMPLES. OXY DOING WELL. SEEING MORE OXY THAN MSC NOWL EXPLAINED WE'RE TRYING TO ENCOURAGE THAT. MOSTLY ONCRX'S FOR OXY. | | OxyContin | Farmer,Lori |
| | Sagamore Hills | OH | 44067 | 4/15/1998 | Presentation | Physician | SAT IN ON APPT WITH FOGLIETTI, SAYS HAS NEVER TRIED ITBUT DOESN'T HAVE A PROBLEM GIVING IT A TRY. THEY PRACTICEOUT OF RICHMOND HOSPITAL, CALL MARTY. | | OxyContin | Dohar,David |
| | Parma | OH | 44134 | 4/15/1998 | Presentation | Physician | HE IS SHOWING UP EVEN AT THE MARC'S.HE IS USING BOTHSTRENGTHS | | OxyContin | Dohar,David |
| | Parma | OH | 44134 | 4/15/1998 | Presentation | Physician | WENT OVER THE NEJOM ARTICLE AND TRIED TO CONTINUE WITH THEDATA ABOUT ADD ON VALUE.TRYING TO FIND WHEN HE WILL ADD ONBUT STILL CONCERNBED ABOUT SE AND TOXICITIES EVEN AT LOWLEVELS | | OxyContin | Dohar,David |
| | Akron | OH | 44304 | 4/15/1998 | Presentation | Physician | OXY VS MSC. MKT SHARE HAS CONTINUED TO DROP. | | OxyContin | Thomas,Lisa |
| | Akron | OH | 44302 | 4/15/1998 | Presentation | Physician | INTERESTED IN PARTICIPATING IN PEI PROGRAM, COMING BACKON FRIDAY TO ID PATIENTS. | | OxyContin | Thomas,Lisa |
| | Sagamore Hills | OH | 44067 | 4/15/1998 | Presentation | Physician | SAID USED TWICE IN SAME DAY AND BOTH PATIENTS GOT SICKTO STOMACHE AND HAD TO BE DISCONTINUED. TRIED TO CONVINCETHAT SIDE EFFECTS ARE SAME OR BETTER THAN PERC AND THEYWOULD OF BOTH PROBABLY GOT SICK FROM THAT WE WELL. HECOMMITTED TO GIVING ANOTHER SHOT. | | OxyContin | Dohar,David |
| | Akron | OH | 44307 | 4/15/1998 | Presentation | Physician | FOLLOWING UP ON PEI PROGRAM.STARTED HEMOLYTIC ANEMIA PATIEN.WAS INTERESTED IN OXYIR INFORMATION. TYPICALLY USES PERCOR VIC FOR BREAKTHROUH, WASN'T AWARE OF IT. | | OxyContin | Thomas,Lisa |