**PSJ2 Exh 39**





# PAIN

*Finding Relief*

Pain Management
for Older Adults

*Finding Relief* Pain Management for Older Adults

Copyright © 2009

Conrad & Associates, LLC

All Rights Reserved.

No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying or recording, or by any information storage and retrieval system, without the written permission of the publisher, except when permitted by law.

Manufactured in the United States of America

JAN-MS-00476774

Confidential

# Contents

Introduction ................................. 5

Pain Basics ................................. 7

Finding Out What's Wrong ........................ 8

Pain-Medicine Specialists ........................ 11

Treatment Goals ............................. 13

Medications for Pain Relief ...................... 14

Opioid Medications ........................... 17

Responsible Prescription Use ...................... 19

Injection Therapies ........................... 21

Physical Therapy ............................ 21

Counseling and Emotional Support ................... 23

Alternative and Complementary Approaches ............. 24

Tips for Managing Pain ......................... 26

Reasons for Hope ............................ 29

Resources ................................. 30

JAN-MS-00476775

*Finding Relief* Pain Management for Older Adults

Confidential

JAN-MS-00476776

# Introduction

Complaints of pain are the #1 reason people go to the doctor, and painful conditions, such as arthritis, tend to increase with age. Pain affects more Americans than diabetes, heart disease, and cancer combined.

These days, most pain can be very effectively treated. But, unfortunately, many older adults don't get the relief they deserve. Untreated pain not only causes needless suffering, but it can also lead to many other problems. If pain is not treated quickly, it may become worse or become more difficult to treat. And long-term pain can lead to loss of function at home and work, lost income, and personal-relationship problems.

This program is aimed specifically at older adults and what they need to know to get effective pain relief. You will learn that there are many pathways to this relief.

You will learn about your options for pain management and how to find the treatment that's right for you. By learning more about pain and the many ways it can be treated, you are taking solid steps toward reducing the pain you or a loved one may be feeling.



"Old age ain't no place for sissies."
—Bette Davis

Confidential

# Pain Basics

Pain is the body's alarm system. It tells us when something is wrong. Pain caused by an injury such as a cut, broken bone, or infection can be intense, but it doesn't usually last very long. This is called *acute* pain.

If pain remains even after an injury has healed, or if it continues for longer than expected, it is called *chronic* pain. About 70 million people suffer from chronic pain in the U.S. alone. Chronic pain can be frustrating and exhausting. It can become the focus of your life. Work, play, and relationships can suffer.

One difficult thing about pain is that it can't be measured. No test or device can measure how much you hurt. That's why most doctors say that "pain is what the patient says it is." In addition, sometimes a physical cause of pain cannot be found. Some people worry that a doctor will think their pain is "all in their head." Most doctors know better. They will take your pain seriously and work hard to find a solution.

This booklet focuses on treatments for the most common causes of acute and chronic pain. It does not address the special situations of pain caused by cancer or nerve damage, or pain occurring at the end of life.



Chronic pain can be frustrating and exhausting. It can become the focus of your life. Work, play, and relationships can suffer.

JAN-MS-00476777

Confidential

# Finding Out What's Wrong

When you visit your doctor, he or she will ask you questions about your pain.

The questions will help him or her understand the pain.

**You may be asked:**

- Where does it hurt?
- Does the pain move from place to place?
- Do you have pain in more than one place?
- When does the pain happen?
- How long does it last?
- Does the pain come and go?
- Have you had this pain before?
- Does the pain keep you from doing all you want to do?
- Does the pain disrupt your sleep?
- Has your mood changed because of the pain?
- Are your relationships being affected by the pain?
- What do you think is causing the pain?
- What makes the pain better?
- What makes it worse?

The answers to these questions will help your doctor find possible causes.



## Pain-Medicine Specialists

Your doctor may suggest that you see a pain specialist. Pain specialists are physicians with extra training in pain medicine. They try to treat the whole person, not just the pain. They look for a balance of different treatments that are tailored to each person's needs.

Special centers for treating pain are in many parts of the country. (You can search for the center nearest you at the Web site of the American Pain Foundation, www.painfoundation.org, or call 888-615-7246.) Many people with chronic pain rely on a team that may include:

- Their doctor
- A pain specialist
- A physical therapist
- A mental-health worker
- Specialists in other disorders, such as diabetes or heart disease

---

You may also be asked to rate your pain on a scale of some kind. Some scales use faces showing different expressions:

      

| No Hurt | Hurts Little Bit | Hurts Little More | Hurts Even More | Hurts Whole Lot | Hurts Worst |
|---------|------------------|-------------------|-----------------|-----------------|-------------|

Other scales use numbers, from 0 to 10:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| No pain | | | | | Moderate pain | | | | | Worst pain possible |

In most cases, additional tests, such as x-rays, are not needed. A thorough patient history and physical exam are usually enough to guide effective pain treatment.

But even if a specific physical cause cannot be found, your pain is real! And even when the source is unknown, the pain can almost always be managed.

# Treatment Goals—It's Not Just About Pain Relief!

If you are in pain, you want it to stop. That's certainly understandable! But pain relief is not the *only* goal in treating chronic pain. Sometimes people stop doing things because of pain. They stop exercising, working, walking, or even just sleeping in their own bed. Full recovery means regaining functions lost to chronic pain. Reducing pain is often just the first step.



Your recovery will be measured by how well you reach functional goals, such as:

- Sleeping without waking from pain
- Sleeping in your own bed
- Returning to work
- Enjoying recreational activities
- Having sex
- Walking without help
- Climbing stairs

You and your doctor will work together to set goals that are right for you. The key to success is finding the right balance between your goals and the treatments needed to achieve those goals.

*Treating chronic pain is a marathon, not a sprint!*

*Pain relief is not the only goal in treating chronic pain. Full recovery means regaining functions lost to chronic pain.*

JAN-MS-00476780

Confidential

# Medications for Pain Relief

Medications that relieve pain are called *analgesics*. Analgesics are the mainstay of pain management. But many non-drug treatments, such as exercise or acupuncture, can also be used, either alone or with medications. Combining such treatments may reduce the intensity of your pain, boost your ability to cope, enhance your comfort and improve your quality of life.

There are many types of analgesics. You can buy some in stores; others require a prescription. This section describes the common types of analgesics.



## Aspirin

*Aspirin* was discovered and first used more than a century ago. It remains one of the most widely used pain relievers in the world.

*Advantages*

- Relieves minor to moderate pain, fever, headaches, and swelling
- Inexpensive
- No prescription needed

*Disadvantages*

- Can cause stomach upset or bleeding in the stomach or intestines
- Can cause kidney damage if taken at high doses or for a long time

## Acetaminophen

*Acetaminophen* is a non-aspirin pain reliever. It is used alone for mild to moderate pain. It is also combined with other types of pain medications to treat more serious pain.

*Advantages*

- Relieves minor to moderate pain, headaches, and fever
- Little or no stomach upset or bleeding
- Inexpensive
- No prescription needed

*Disadvantages*

- Does not reduce swelling
- Can cause liver and kidney damage if taken in excessive doses

JAN-MS-00476781

Confidential

JAN-MS-00476782

## Opioid medications

Medicines containing opioids have been used for centuries. *Opioids* are strong pain medicines for moderate to severe pain. Today, opioids come in many forms and strengths. Some work very quickly but don't last very long. Some give long-lasting pain relief. And some are less likely to be addictive.

All opioids require a prescription. Talk to your doctor about what type of opioid would be best for you.

Opioids usually produce side effects. At first, the drugs can cause upset stomach or sleepiness. These side effects often go away as you get used to the drugs. Some other side effects, such as constipation, don't lessen with time. Constipation can be prevented or lessened by taking a laxative on a regular basis.

Used properly, opioid medications can make it possible for people with chronic pain to "return to normal"—get back to work, walk or run, play sports, and participate in other activities.

### Opioid myths

**Myth:** Opioid medications are always addictive.

**Fact:** Many studies show that opioids are *rarely* addictive when used properly for the management of chronic pain.

**Myth:** Opioids make it harder to function normally.

**Fact:** When used correctly for appropriate conditions, opioids may make it *easier* for people to live normally.

**Myth:** Opioid doses have to get bigger over time because the body gets used to them.

**Fact:** Unless the underlying cause of your pain gets worse (such as with cancer or arthritis), you will probably remain on the same dose or need only small increases over time.

## Non-steroidal anti-inflammatory drugs (NSAIDs)

*NSAIDs* are a large family of medicines that work in a similar way to aspirin by relieving both pain and swelling. This class includes drugs such as ibuprofen, naproxen, and celecoxib. Some are available without a prescription.

*Advantages*

- Relieve mild to moderate pain, fever, headaches, and swelling

*Disadvantages*

- Can cause stomach upset or bleeding in stomach or intestines

- Can cause kidney or liver damage if taken at high doses or for a long time

- May cause adverse reactions in people with asthma

- Can increase the risk of heart attack and stroke

## Topical anesthetics

*Topical anesthetics* are used to numb the surface of a body part. They can be used to numb the front of the eye, the inside of the nose, the throat, the skin, the ear, the anus, and the genital area. Topical anesthetics are available in creams, ointments, aerosols, sprays, lotions, and jellies. They are used to relieve many types of pain and itching, such as that caused by sunburn, minor burns, insect bites or stings, nerve damage, or conditions such as hemorrhoids.

Confidential

## Responsible Prescription Use

Some people today use prescription medicines to get "high" or to relieve stress. They may steal these medicines from parents, friends, or relatives. If you are taking an opioid medication for pain, you must be careful. Follow this advice:

- Store medications in a safe, secure place
- Take note if any pills appear to be missing
- Never share your medication with others
- Don't take your medication more often—or in a larger dose—than prescribed



Being responsible also means knowing yourself. Be aware of how you react to your medication. Are you having any unusual side effects? Is the medication working as well as you think it should? Your goal should always be to balance the benefits of a drug with the side effects the drug might cause. If you have any questions, call your doctor or other health care professional.

---

## Other types of medications

Many other types of drugs can relieve pain. Some have special effects that can be very helpful for some people. For example, some medicines can improve your mood and relieve pain. This can be good for people who are both depressed and in pain.

Here are three types of drugs your health care professional might suggest:

- Drugs that improve your mood (antidepressants)
- Drugs that give you more energy (stimulants)
- Drugs that relieve anxiety (anxiolytics)

These drugs may be combined with other pain medications. Sometimes a combination of drugs works better than a single drug.

# Injection Therapies

*Injection therapies* (sometimes called "nerve blocks") may be used to treat painful conditions in many areas of the body. These procedures involve placing a needle into a muscle, joint, the spine, or around a specific group of nerves. Then medication is injected or some other treatment is used, such as electricity, heat or cold. Injection therapies can be used for both acute and chronic pain.

# Physical Therapy

*Physical therapy* can help restore function, improve mobility, and relieve pain. In addition to teaching patients how to exercise, physical therapists may also use such treatments as electrical stimulation, hot packs, cold compresses, traction, deep-tissue massage, and ultrasound. Physical therapists may also teach patients to use assistive or adaptive devices, such as crutches, prostheses, and wheelchairs.

The most important part of physical therapy is exercise training. Once taught, exercises can be performed at home to help relieve pain flare-ups, improve flexibility, and increase strength and/or endurance. Physical therapy can help you function better even if your pain doesn't completely go away.



Physical therapists may use electrical stimulation, hot packs, cold compresses, traction, deep-tissue massage, and ultrasound.

JAN-MS-00476784

Confidential

JAN-MS-00476785

23

# Counseling and Emotional Support

Living with pain often causes a ripple effect that touches many parts of your life. You may feel a range of emotions, such as fear, anger, hopelessness, confusion, and isolation. Those around you may have similar feelings. Individual counseling—and in some cases, counseling with your family—can help. Many people find great benefit from individual or group counseling specifically focused on pain and related worries. Trained professionals can teach useful skills and provide needed emotional support and guidance.

One form of therapy that can help people in chronic pain is *cognitive behavioral therapy* (CBT). This is a short-term, focused form of psychotherapy. You and the therapist identify goals and problem-solve to find ways of reaching them. With any type of therapy, it's important to take an active role in the process. Patients who are assertive and fully engaged in their own health care cope better than those who are more passive.

*Finding Relief* Pain Management for Older Adults



Mental health is important, too. If you're busy and active, and your mind is engaged, that helps in pain in general – and in pain management.

–Kathy Baker

22

Confidential

JAN-MS-00476786

## Acupuncture

*Acupuncture* uses very fine needles inserted into the skin. Needles may be placed according to theories developed in China more than 2000 years ago or using techniques developed more recently. Some scientific studies show that acupuncture can relieve chronic pain. The evidence is strongest for relief of back, neck, and arthritis pain.

## Hypnosis

*Hypnosis* is a range of techniques that can alter people's awareness of themselves or their surroundings. It was first used more than 100 years ago to help patients in pain. The scientific study of hypnosis as a treatment for pain is ongoing, but early research has shown promise. When a patient is hypnotized, his or her mind is focused and aware. For reasons that are not yet understood, this state can relieve many types of pain.

## Meditation

*Meditation* is any method of focusing and calming the mind. It need not have a religious or spiritual component. Several medical centers now use meditation to help patients manage chronic pain. The techniques vary, but all involve calming the body, being aware of oneself, and focusing attention. Some scientific studies have shown that patients who meditate regularly may function better and have less pain.

## Massage

There are many techniques and approaches to *massage*, but most can help relieve pain. Massage acts directly on the muscles and nerves to promote relaxation. It can ease tight, painful muscles and reduce spasms.

# Alternative and Complementary Approaches

Many Americans have tried alternative methods of controlling their pain, such as acupuncture or hypnosis. Some of these methods have been shown to work for some patients. Most alternative treatments rely on the power of the mind to control pain. These methods can be used alone or combined with medications and other "traditional" treatments. The most important thing older adults with chronic pain can do is work with their doctor to create a treatment plan that is right for them.



Confidential

# Tips for Managing Pain

Older adults in pain can almost always be helped these days. With the right treatments and a good health care team, most people can return to the activities they enjoy. There are many things you can do to secure your progress and manage your pain. The choices you make can make a big difference!

Keep the following tips in mind:



**Exercise regularly.** Keeping your muscles strong will help prevent future injury. Start slow and easy. Work up gradually to more distance, time, or weight. The type of exercise is not as important as exercising on a regular basis. Always talk to your doctor before trying a new exercise.

**Stay flexible.** Yoga or stretching exercises can be a great way to become more flexible. Just be careful to stretch gently. If it hurts, you're going too far.

**Lose weight if you need to.** Extra body weight strains joints, muscles, and your back. Even losing just 10 pounds can make a difference!

**Learn how to lift, sit, and stand.** Keep your back straight when lifting. Use your legs, not your back! Keep your back straight when sitting and standing as well. If you use a computer, be sure to position your arms and hands so they are relaxed and well-supported.

**Connect with others.** It can be hard for others to understand what it feels like to be in chronic pain. That's why it can be so helpful to find people who can "share your pain." Chronic-pain support groups can be found in almost every city. You can also find online support groups. People can share their feelings and swap tips that have helped them manage their pain. (You can find support groups through the organizations listed at the back of this booklet.)



# Reasons for Hope

The key messages of this booklet are: Be educated, be responsible, and be confident. Acute and chronic pain can almost always be managed! It may take some time to find the best balance between your goals and a treatment program. But if you stick with it, you can overcome your pain.

Remember that you have a right to adequate and effective pain relief. Nobody should suffer with needless pain today. Work closely with your doctor. Determine whether you should see a pain specialist. Use a team of health care professionals who can give you what you need. By reading this booklet, you have begun learning about your condition. You can be confident now that relief from pain is within your reach!



Be confident now that relief from pain is within your reach!

# Resources

## American Academy of Pain Medicine

The AAPM site provides educational materials and a search feature to help you find a board-certified pain physician in your region.

www.painmed.org

## American Chronic Pain Association

Support for those suffering with chronic pain through education and self-help group activities.

www.theacpa.org

800-533-3231

## American Geriatrics Society

A nonprofit organization devoted to improving the health, independence and quality of life of all older people.

www.americangeriatrics.org

212-308-1414

## AGS Foundation for Health in Aging

www.healthinaging.org

800-563-4916

## American Pain Foundation

www.painfoundation.org

888-615-7246

## Arthritis Foundation

www.arthritis.org

800-283-7800

## The National Pain Foundation

An online education and support community for pain patients and their families.

www.painconnection.org

# Sponsor

## PriCara™

PriCara™, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a major health care organization in the United States that is dedicated to the needs of primary-care providers who serve a vital role on the front lines of medicine. For more information about the company, please visit www.PriCara.com.



PriCara.
Division of Ortho-McNeil-Janssen
Pharmaceuticals, Inc.

JAN-MS-00476789
Confidential

# Partners

## American Academy of Pain Medicine

The American Academy of Pain Medicine is the medical specialty society representing physicians practicing in the field of pain medicine. The Academy is involved in education, training, advocacy, and research in the specialty of pain medicine. The practice of pain medicine is multidisciplinary in approach, incorporating modalities from various specialties to ensure the comprehensive evaluation and treatment of the pain patient. AAPM represents the diverse scope of the field through membership from a variety of origins, including such specialties as anesthesiology, internal medicine, neurology, neurological surgery, orthopedic surgery, physiatry, and psychiatry.



## American Geriatrics Society

The American Geriatrics Society is a not-for-profit organization of more than 6,700 health professionals devoted to improving the health, independence and quality of life of all older people. The Society provides leadership to health care professionals, policymakers and the public by implementing and advocating for programs in patient care, research, professional and public education, and public policy. Our mission is to improve the health, independence and quality of life of all older people.



## AGS Foundation for Health in Aging

The AGS Foundation for Health in Aging champions initiatives in public education, clinical research, and public policy that advance the principles and practice of geriatrics medicine; educate policymakers and the public on the health care needs and concerns of older adults; support research on aging that reduces disability and frailty, and improves quality of life and health outcomes; encourage older adults to be effective advocates for their own health care; and help family members and caregivers take better care of their older loved ones and themselves.



Confidential

JAN-MS-00476790

● *Special Thanks to:*

## KATHY BAKER

Actress Kathy Baker has played critically acclaimed roles in more than two dozen movies and several television series since she entered the film business 1983. Her credits include *Edward Scissorhands*, *The Cider House Rules*, and *Cold Mountain*. Her performance in *Street Smart* earned her Best Supporting Actress awards from the Boston Society of Film Critics and the National Society of Film Critics.

*Photograph by Gregory Schwartz*

Project Manager
**Gina Conrad Black**
Executive Producer
Conrad Productions, LLC

Guidebook Author
**Stephen R. Braun**
Medical Writer
Amherst, MA

Guidebook Design
**Cinda Debbink**
Design Partners
www.dgdesignpartners.com

Video Production
Tania Wilk
Executive Producer
Alan Weiss Productions
www.awpre.com

*Finding Relief: Pain Management for Older Adults*

JAN-MS-00476791

---

# Credits

*Finding Relief: Pain Management for Older Adults* has been made possible through the expertise, time, and efforts of many individuals who are committed to the health and wellness of older Americans. Special gratitude to:

Sponsor
**PriCara™, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.**

Partners

**American Academy of Pain Medicine**

**American Geriatrics Society**

Contributors to the Video

**Bruce Ferrell, MD**
Professor of Medicine
Division of Geriatrics
David Geffen School of Medicine at UCLA
Los Angeles, CA

**Debra K. Weiner, MD**
Associate Professor of Medicine, Psychiatry, & Anesthesiology
Director, Older Adult Pain Management Program
University of Pittsburgh, Pittsburgh, PA
Staff Physician, Geriatric Research, Education and Clinical Center
VA Pittsburgh Healthcare System

*Finding Relief: Pain Management for Older Adults*

Confidential

DISCLAIMER: This guidebook and DVD program is intended for informational purposes only, with the understanding that no one should rely upon this information as the basis for medical decisions. Anyone requiring medical or other health care should consult a medical or health care professional. Any actions based on the information provided are entirely the responsibility of the user and of any medical or other health care professionals who are involved in such actions.

The sponsor (PriCara), the producers (Conrad Productions and Alan Weiss Productions), the guidebook author (Stephen Braun), the DVD scriptwriter (Deborah Gobble), and the partners (American Academy of Pain Medicine, American Geriatrics Society) have made reasonable efforts to include timely and accurate information in this guidebook and DVD. Accordingly, the sponsor, producers, writers, and partners make no representations or warranties, express or implied, regarding the accuracy or completeness of the information provided herein and specifically disclaim any liability, express or implied, in connection therewith.

*Finding Relief* Pain Management for Older Adults

Confidential

JAN-MS-00476792

