# PSJ2 Exh 40

Message

| | |
|---|---|
| **From**: | Sage, Steven [Sage, Steven] |
| **Sent**: | 7/15/2010 4:10:55 PM |
| **To**: | Becker, Kevin |
| **Subject**: | Re: Exalgo Question |

Painting a picture of the patient type for Exalgo has resonated with the physicians that have written for Exalgo. I often talk about the patient who experiences constant pain throughout the day, with only temporary relief from their immediate relief opiod. By using an extended opiod, such as Exalgo, they are able to get more sustained relief allowing them to lead a more productive life. I often cite the patient who spoke to the FDA on our behalf.

Additionally, a couple of my physicians have spoke of the cleaner side-effect profile of Exalgo compared to other extended-relief opiods.

Let me know if you need any additional information.

Steven Sage

---

**From:** Becker, Kevin
**To:** Spain, Joseph ; Sage, Steven; Dress, Timothy
**Cc:** Meyer, Jay E
**Sent:** Wed Jul 14 15:40:56 2010
**Subject:** FW: Exalgo Question
Please get back to me ASAP.

Thanks

kevin

---

**From:** Meyer, Jay E
**Sent:** Wednesday, July 14, 2010 4:10 PM
**To:** Abbey, Michael A; Baddick, Gregory A; Becker, Kevin; Davies, Denise; Kaiser, Shannon; McClure, Larry R; McDaniel, Neal O; Robinson, Gerald D; Wright, Dan L
**Subject:** FW: Exalgo Question
**Importance:** High

Please poll 3 of each of your top reps for this - and have it back by tomorrow if possible.

Jay E. Meyer
Regional Sales Director, Central
Covidien Specialty Pharmaceuticals
513-767-8259
jay.meyer@covidien.com

---

**From:** Wickline, Ronald P
**Sent:** Tuesday, July 13, 2010 12:26 PM
**To:** Kisinger, Connie ; McGowan, Gavin J; Meyer, Jay E
**Subject:** Exalgo Question

If we asked our representatives "*Of the doctors you have prescribing Exalgo, why are they actually using it versus something else?*" - could they answer the question? If so, I'd love to hear the answers. With these answers we should be able to focus our discussion of features and benefits more precisely.

Thanks
Ron

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                    MNK-T1_0002157894