PSJ2 Exh 48



# Pain Management

**May 5, 2009**

Dr. Ira Kornbluth MD
President Maryland Pain Society

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

1

END00366720

## Intro to Pain Management

- Types of pain
- Assessment of pain
- Pharmacological treatment options
- Non-Pharmacological treatment options

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

2

## Epidemiology of Pain

- An estimated 76.5 million Americans (26%) aged 20 years and over report that they have had a problem with pain of any sort that persisted for more than 24 hours in duration (not including acute pain)
- 20% of American adults (42 million people) report that pain or physical discomfort disrupts their sleep a few nights a week or more
- Chronic pain disables more people than cancer or heart disease and costs the American people more than both combined
- The annual cost of chronic pain in the US, including healthcare expenses, lost income, and lost productivity is estimated to be $100 billion

Source: APF, Decision Resources- Chronic Pain, March 2008; National Center
for Health Statistics Report: Health, US, 2006, Special Feature on Pain



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

ENDO
PHARMACEUTICALS

3

**END00366722**

## Epidemiology of Pain

| Disease Population in the US | % Diagnosed | % Drug Treated |
|---|---|---|
| Osteoarthritis pain | 53 | 50 |
| Rheumatoid arthritis pain | 98 | 95 |
| Cancer pain | | |
| *Severe* | 85 | 75 |
| *Bone* | 75 | 75 |
| *Neuropathic* | 70 | 60 |
| *Breakthrough* | 80 | 75 |
| Chronic low back pain | 65 | 80 |
| Fibromyalgia | 22 | 85 |
| HIV-related neuropathic pain | 38 | 53 |

Source: APF; Decision Resources- Chronic Pain, March 2008; National Center
for Health Statistics Report: Health, US, 2006, Special Feature on Pain.

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

THE STRENGTH WITHIN

■ EN·DO
PHARMACEUTICALS

4

END00366723

## What is Pain?

- Medical definition

    "Pain is an unpleasant sensory and emotional experience
    associated with actual or potential tissue damage or
    described in terms of such damage."

    » International Association for the Study of Pain, 1979

- Patient-Derived Definition

    "Pain is whatever the experiencing person says it is, existing
    whenever he/she says it does".

    » Margo McCaffrey



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed



5

**Confidential**



Unresolved chronic pain has a negative impact on the sufferers' quality of life, affecting ability to concentrate, do their job, exercise, socialize, get a good night's sleep, perform household chores, and have sex.  It affects their participation in activities, results in missed work, and is associated with fatigue, frustration, anxiety, irritability, and depression.  Pain interferes with their ability to sleep, productivity, and ability to work. Some feel they cannot function as normal people and feel so bad they want to die.

**Reference**

American Pain Foundation. Pain facts. Found at: www.painfoundation.org/page.asp?file=Library/PainSurveys.htm. Accessed on October 19, 2006.

6

END00366725

## Disability



- 86 million Americans suffer from chronic pain

- Low Back Pain
  - Leading cause of disability in adults <45
  - 3rd leading cause of disability in adults >45
  - Nearly 8 million people in US partially disabled due to LBP

Sources:
http://www.theacpa.org/nerve/about_acpa.asp
http://emedicine.medscape.com/article/310353-overview
http://www.karger.com/gazette/65/walsh/art_4_p.htm

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

7



## Return to Work

- Less than 50% if off work for greater than 6 months
- 25% will return if > 1 year
- Nearly 0% if > 2 years

Waddell G. The clinical course of low back pain. In: *The back pain revolution*. Edinburgh: Churchill Livingstone, 1998:103–117.

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

8



Confidential

END00366728



## Pain Assessment

- Character
- Onset
- Location
- Duration
- Intensity
- Alleviating factors
- Exacerbating factors

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

10

**END00366729**



Herniated Disc

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

11

## HNP/bulge on MRI

- Jensen found 64% of adults without back pain had a bulge, protrusion, or extrusion at one level

- 38% had abnormality at more than one level



Jensen MC et al. Magnetic resonance imaging of the lumbar spine in people without back pain. N Engl J Med 1994;331:69-73



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

12



13



Portenoy RK, Kanner RM. Definition and Assessment of Pain. In: Portenoy RK, Kanner RM,     eds. *Pain Management: Theory and Practice.* Philadelphia, Pa: FA Davis Company; 1996:4.

Galer BS, Dworkin RH. *A Clinical Guide to Neuropathic Pain.* Minneapolis, Minn: The McGraw-Hill Companies Inc; 2000:8-9.

Endo Pharmaceuticals Inc.
Confidential                                                                                              14

## Nociceptive Pain
## Somatic vs. Visceral

- Somatic
  - Deep or cutaneous tissue injury; localized
  - Described as dully, achy, gnawing
  - Responsive to opioids & NSAIDs
  - Examples
    - Tumor, bone mets, fractures, muscle pulls



- Visceral
  - Organ system origin; poorly localized
  - Described as diffuse and achy
  - Responsive to opioids
  - Examples
    - Tumor infiltrate, bowel obstruction, pancreatic CA





For Training Purposes Only
Not Intended for Promotion

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

15

**Confidential**

## Neuropathic Pain

- Results from damage to or changes of peripheral or central nervous system
- Often described as burning, sharp, electrical, lightning symptoms

- Peripheral Neuropathies
  - Diabetic, Alcohol.
- Entrapment Neuropathies
  - CTS, Neuromas
- CRPS
  - RSD
- Central Pain
  - Post CVA Pain, MS



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

16

**END00366735**



17



**Confidential**

**END00366737**

## What Are the Goals of Clinical Assessment?

- Achieve diagnosis of pain and underlying disorder
- Identify pain mechanism
- Evaluate functional status (ADLs*)
- Identify comorbid conditions
- Evaluate psychosocial factors
- Set goals
- Develop a targeted treatment plan
- Determine when to refer

*ADLs= activities of daily living



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

Endo Pharmaceuticals Inc.
Confidential

19

Confidential

END00366738

## Pain Assessment

- Pain History
  - Onset
  - Location
  - Duration
  - Radiation
  - Exacerbating factors
  - Alleviating factors
  - Describe pain quality
  - Rate pain severity
  - Affect on
    - Sleep
    - Relationships
    - ADOL

- Pain treatment history
- History of substance abuse
- Physical Exam
- Diagnostic Studies

ADOL = activities of daily living

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

20



21

## Pain Measurement Tools

- Pain Diary
- Visual Analog Scale (VAS)
- Verbal Numerical Scale
- Wisconsin Brief Pain Inventory (BPI)
- McGill Pain Questionnaire
- WOMAC Osteoarthritis Index
- Neuropathic Pain Scale (NPS)



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

22



Katz N. *Clin J Pain*. 2000;16:S41-S48;
Belgrade MJ. *Postgrad Med*. 1999;106:127-148;
Kim KM et al. *J Korean Med Sci*. 2001;16:193-197;
Galer BS et al. *A Clinical Guide to Neuropathic Pain*. 2000:11,90;
Turk DC. *Clin J Pain*. 2000;16:279-280.

Confidential END00366742



Ferrell B, Herr K, Epplin J, et al. The management of persistent pain in older persons. *Programs and Abstracts of the American Geriatric Society 2002 Annual Scientific Meeting*, May 8–12, 2002: Washington, DC

Kuman D, Marshall HJ. Diabetic peripheral neuropathy: amelioration of pain with transcutaneous electrostimulation. *Diabetes Care*. 1997;20:1702-1705.

Endo Pharmaceuticals Inc.
Confidential

24



1. Mackin GA. *J Hand Ther*. 1997;10:96-109.
2. Katz N. *Clin J Pain*. 2000;16:S41-S48.
3. Leland JY. *Geriatrics*. 1999;54:23-37.
4. Belgrade MJ. *Postgrad Med*. 1999;106:127-140.
5. Galer BS et al. *A Clinical Guide to Neuropathic Pain*. 2000:97.
6. Gonzales GR. *Neurology*. 1995;45(suppl 9):S11-S16.

Endo Pharmaceuticals Inc.
Confidential

25

Confidential     END00366744

## Medication Management

- Reversible, titratable

- Adjuvant meds treat concurrent symptoms

- Use of multiple drugs is typical in chronic pain mgmt

- Lack of invasiveness





CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

26

## Limitations of Pharmacotherapy

- Abuse, diversion

- Compliance

- Side effects

- If pain is localized to one region, is there a targeted treatment (e.g. injection, surgery)?





CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

27

## Opioid Treatment of Acute and Chronic Pain



- Use of analgesics should include
  - ***Proper patient selection***
  1. A proper initial assessment of the patient
  2. The use of opioids as part of a comprehensive treatment plan e.g., consider non-opioid treatments as well
  3. Patient reassessment- analgesia? Adverse effects? Activities of daily living? Aberrant behaviors?
  4. Opioid rotation- rotation from one opioid to another can result in significant improvement in analgesia



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed



28

END00366747

## Overview of Current Opioid Environment

- Dichotomy currently exists:
  - Increased awareness of pain & need to treat
  - Opioids recognized as effective analgesics
  - Abuse/addiction/diversion issues raise concerns
  - Result of this dichotomy = barriers to treatment

- Need for a "balanced" approach
  - Appropriate access to pain medications
  - Proactive efforts to limit abuse, addiction, diversion



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

ⓘ ⌐ EN·DO ·
PHARMACEUTICALS

29

END00366748

## Opioid Basics

- No ceiling dose
- No End Organ Toxicity
- Opioid tolerance will develop!!!!
- Opioid dependence may develop.
- Opioid addiction unlikely to develop.
  - If pain exists then addiction = 1: 10,000

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

30

## Controlled Substance Act

- Scheduling due to medical use & potential for abuse
- Five schedules: C-I, C-II, C-III, C-IV, C-V
- C-I: No accepted medical use (i.e., LSD)
- C-II: Accepted med. use; high abuse potential
  - i.e., Morphine, hydromorphone, oxymorphone
- C-III: "Less" abuse vs. C-1or C-2
  - i.e., Hydrocodone w/APAP

APAP=Acetaminophen

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

31

END00366750

## Definition Related to Opioid Use

- Physical Dependence
  - Defined solely by the occurrence of an abstinence syndrome on abrupt does reduction or discontinuation.
- Tolerance
  - Diminution of one or more drug effects cause by exposure of drug
- Addiction
  - Aberrant use of substance characterized by lose of control, compulsive use, and continue use despite harm to self



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed



32

END00366751

|  | OPANA ER | OxyContin | Avinza | Kadian |
|---|---|---|---|---|
| Active Compound | Oxymorphone | Oxycodone | Morphine | Morphine |
| Dosing | Pivotal trials demonstrate proven every 12 hour dosing that is maintained over 12 week period | Every 12 hours | Once-a-day | Once or twice-a-day |
| Half-life | IR = up to 9 hours ER = up to 11.3 hours | IR = 3.2 hours CR = 4.5 hours | Not listed | Not listed |
| Metabolism | Metabolized in the liver. No CYP450 drug/drug interactions at clinically relevant doses. No dose adjustment necessary for CYP3A4 or CYP 2C9-mediated interactions | CYP450 2D6 | Conjugated in the liver | Conjugated in the liver |
| Relative Potency | 10 mg | 20 mg | 30 mg | 30 mg |
| Delivery System | TIMERx-N matrix | AcroContin - biphasic | Encapsulated beads | Encapsulated pellets |

THE STRENGTH WITHIN

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

EN·DO PHARMACEUTICALS

33

## OPANA® ER Indication



*think*

OPANA ER
(oxymorphone HCl) Ⅱ
Extended-release tablets
5 mg, 7.5 mg, 10 mg, 15 mg, 20 mg, 30 mg, 40 mg

- OPANA ER is indicated for the relief of moderate to severe pain in patients requiring continuous, around-the-clock opioid treatment for an extended period of time

- OPANA ER is not intended for use as an as needed analgesic

- OPANA ER is not indicated for pain in the immediate post-operative period (12–24 hours following surgery) for patients not previously taking opioids because of the risk of oversedation and respiratory depression requiring reversal with opioid antagonists

- OPANA ER is not indicated for pain in the post-operative period if the pain is mild or not expected to persist for an extended period of time



CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

▣ ⴹℕ∙□□▪
PHARMACEUTICALS

34

**END00366753**

# OPANA® ER
# Proven Durable Efficacy

- OPANA ER has demonstrated proven every 12-hour dosing
  - Patented TIMERx®-N extended-release delivers steady release of oxymorphone over the entire 12-hour dosing period

- Durable analgesic effect and significant pain relief demonstrated in opioid-naïve and opioid-experienced patients
  - Minimal increase in pain scores over a 12-week period
  - Patients successfully titrated to an effective dose
  - Maintained effective analgesic dose over the 12-week period

- Less rescue medicine use than the allowable daily maximum
  - In clinical trials, patients were allowed up to 10 mg/day of OPANA®, an immediate-release formulation
  - Average use was consistently less than the allowed 10 mg/day (7.3 mg–9.8 mg for opioid-naïve pts and 7.5 mg–8.5 mg for opioid-experienced pts)

CONFIDENTIAL- for internal training purposes only. Not to be used in promotion with customers. Not to be distributed

THE STRENGTH WITHIN

ENDO PHARMACEUTICALS

35

END00366754

## Dosing Advantages with OPANA® ER

- No known CYP450 PK drug-drug interactions at clinically relevant doses
  - Multiple concomitant medications may be a significant issue for some patients
  - Many common drugs are processed via the CYP450 pathway, therefore, no dose adjustments are required for these drugs
- Clinically studied in over 2,000 patients including studies in low back pain, osteoarthritis, and cancer pain
  - Opioid-naïve patients and opioid-experienced patients
- Multiple strengths, multiple formulations of oxymorphone
  - Ease of initiation of therapy
  - Ease of conversion within the OPANA® brand family
  - Flexibility when converting from other opioids

CONFIDENTIAL- for internal training purposes only.
Not to be used in promotion with customers. Not to be distributed

THE STRENGTH WITHIN

END·O
PHARMACEUTICALS

36

END00366755



• The outcome measures I have used to organize the results reported in the literature are reduction in pain, discontinued or greatly reduced consumption of oral analgesics, enhanced performance of activities of daily living, return to work and other functional ability outcomes.

3

37

**END00366756**



**Confidential**  **END00366757**