# PSJ2 Exh 49

# Medical Education
# Resource Catalog



Issue **8**  January 2007

The Medical Education team is
dedicated to improving patient care
and quality of life through education







*A Resource for Healthcare Professionals provided by
Purdue Pharma L.P., Your Partner Against Pain*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Any questions?

Please direct your questions about catalog items, fulfillment, material content, production timelines, and your order to:

**Terry Newell, LPN, CMP**
Assistant Director, Medical Education

Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431

Phone: (203) 588-7241
Fax: (203) 588-6213

E-mail: terry.newell@pharma.com

### Ordering instructions

- Copies of the educational resources that are listed in this Catalog are free of charge to healthcare professionals.
- Please use the order form (located in the center of the Catalog) to place your order for items on pages 16-24. Please legibly PRINT your mailing information or affix a mailing label to the top portion of the order form, and make sure to sign the request.
- To submit your order, either
  - Mail the hard copy of the completed order form or
  - Fax the completed order form to (203) 588-6213. Note: If you fax your order, please DO NOT mail a hard copy.
- Please contact us if you would like to receive large quantities of any particular item(s) for educational purposes.
- Please allow 4 weeks for delivery of your order.



Visit www.partnersagainstpain.com for additional resources, including:
- Professional Education Center
- Pain Advocacy Community

• Resources and information for healthcare professionals, patients and caregivers, and health systems



© 2006, 2007 Purdue Pharma L.P., One Stamford Forum, Stamford, CT 06901-3431    A7899-8    008.343

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058785

## Dear Healthcare Professional,

**Dedication to Improving Patient Care and Quality of Life through Education** has been our departmental mission since our first catalog was published in January 2003, and it continues to guide us today. We are proud to provide Issue 8 of our *Medical Education Resource Catalog* as a service to the healthcare community. As with previous issues, some of our educational resources are updated as indicated by "New," "Updated" or "Coming Soon." Based on feedback from previous versions, this issue has a second index of accredited resources, grouped by healthcare discipline to provide a quick reference of accredited resources for your education and continued licensure. A CD-ROM version of the Catalog is also available for order and is in PDF format.

In this issue, we continue the educational initiative of Medical Liaison-developed resources, with a new "FACETS in Pain Management" CD-ROM (Volume 3). FACETS programs provide practical educational resources addressing topics the Purdue Medical Liaison Department has found to be important to the healthcare community.

We recognize that healthcare professionals learn in different ways -- live sessions, reading a printed monograph, accessing CD-ROM resources or participating in Internet-based courses. To respond to these preferences, the educational offerings detailed in this Catalog are in various formats and are organized as follows:

• Accredited Continuing Education Resources (grouped by media type)

• Non-Accredited Education Resources (grouped by media type)

In addition to the print and new CD-ROM version, our *Medical Education Resource Catalog* is also available online in PDF format through the Partners Against Pain® website (www.partnersagainstpain.com); the Catalog is available both on the home page, as well as from the Professional Education Center of that website.

As always, we welcome your thoughts, comments, and suggestions for improvement.

Regards,

**Lisa C. Miller, PharmD**
*Executive Director, Healthcare Education & Liaison Programs*

**Terry Newell, LPN, CMP**
*Assistant Director, Medical Education*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058787

# Medical Education Resource Catalog



Issue 8 January 2007

# Contents

Accredited Continuing Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

 • Internet Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Accreditation Expired Continuing Education:
Available for self-study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

 • Internet Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Nonaccredited Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

 • Print Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
 • CD-ROM Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
 • Internet Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Resources Available From Sponsor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

 Accredited Continuing Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
 • Print Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Pain Management Websites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Alphabetic Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Accreditation-By-Discipline Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Accredited Continuing Education

## Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### Appropriate Prescribing of Controlled Substances



*There is a fee charged by sponsor for accessing this activity.*

This enduring activity is sponsored by the Physicians Assistant Program in the Medical University of South Carolina's College of Health Professions. It is supported in part by an educational grant from Purdue Pharma, L.P. This activity offers 15 interactive, multimedia modules covering a broad range of topics related to appropriate prescribing of controlled substances. Experts from fields such as medicine, pharmacy, psychology, basic sciences, and regulatory agencies share evidence-based education and pearls for prescribing controlled substances judiciously and with liability authority. This course seeks to provide the prescriber with the following tools related to appropriate prescribing: an understanding of the pharmacologic principles of controlled substances, an appreciation for the neurobiologic basis of addiction, reliable methods for comprehensive patient assessment and chart documentation, a review of regional and national regulations relating to controlled substances, reliable strategies for preventing drug diversion or abuse, and examples of community resources for impaired prescribers.

This program has been reviewed and is approved for a maximum of 15 hours of clinical Category I (Preapproved) CME credit by the American Academy of Physician Assistants. This program was planned in accordance with AAPA's CME Standards for Enduring Educational Programs and for Commercial Support of Enduring Educational Programs. Program information is available online at http://www.musc.edu/chp/pa/pa_cme/pac.htm

*Accreditation expiration: October 1, 2007.*

### Annual Review & Update on Pain Management
### University of California, Davis



This activity, based on live presentations, is designed to update specialists and primary care physicians on pain medicine. Following a video presentation by Dr. Scott Fishman on "Pain Management: What's New," the topics addressed include the neurophysiology of pain transmission, the fundamentals of pain treatment, and the legal ramifications of pain treatment. The faculty includes Scott M. Fishman, MD, Gagan Mahajan, MD, Ben Rich, MD, PhD, Steven Richeimer, MD, and Mark Wallace, MD. This activity is supported by an educational grant from Purdue Pharma L.P. and is available at www.cme-webcredits.org/COIN.html.

This activity is accredited for physicians by Health Communications Research Institute, Inc.

*(At the time of Catalog publication, accreditation is pending.)*

### Cancer Pain



This 36-slide Internet-based resource, authored by Eric Chevlen, MD, provides healthcare professionals involved in the treatment of patients in pain with an overview of cancer pain management. This program, sponsored by the Dannemiller Memorial Educational Foundation, is supported by an educational grant from Purdue Pharma L.P. and is available at www.pain.com in the Professionals section under CME/CE Programs, Slide Shows.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.0 contact hour, through the California Board of Registered Nursing), and pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: February 28, 2007.*

### Community Pharmacy Perspectives on Pain: Understanding Pain



This activity, written by Maria Maniscalco, RPh, PharmD, and Joel Zive, RPh, PharmD, is intended for pharmacists and other healthcare professionals with a specific interest in understanding pain and its effects on patient care. The activity is offered at www.purdue.learnsomething.com and is supported by an educational grant from Purdue Pharma L.P.

Accredited for pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through LearnSomething, Inc.).

*Accreditation expiration: August 16, 2007.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058789

## Accredited Continuing Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### Community Pharmacy Perspectives on Pain: Understanding the Law



This activity, authored by Rebecca W. Chater, RPh, MPH, FAPhA, is intended for pharmacists and other healthcare professionals with a specific interest in understanding pain, its effects on patient care, and the laws pertaining to pain and its management. This course is offered at www.purdue.learnsomething.com and is supported by an educational grant from Purdue Pharma L.P.

Accredited for pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through LearnSomething, Inc.).

*Accreditation expiration: August 23, 2007*

### Continuity of Pain Management in the Elderly: Transitioning From Setting to Setting

**Michael Demoratz, PhD, LCSW, CCM**



This activity, supported by an educational grant from Purdue Pharma L.P., focuses on the continuity of pain control as a challenge in geriatric care since elderly patients face many transitions between care settings. It reviews core principles of case management that enhance continuity of care and factors beyond case-manager performance that affect continuity of care. The presenter is Michael Demoratz, PhD, LCSW, CCM. This activity is available FOR CMSA MEMBERS ONLY at www.cmsa.org/Education/EducationalResourceLibrary.

Accredited for case managers (1.0 CCM contact hour, through the Commission for Case Manager Certification) and nurses (1.2 contact hours, through the California Board of Registered Nursing).

*Accreditation expiration: December 31, 2007.*

### Controlled Substance Prescriptions and Pain Management: Striking a Balance



This multimedia program, presented by David B. Brushwood, RPh, JD, explores the issues of pain management and substance abuse in the United States, reviews national pain management guidelines and regulations governing the legitimate use of controlled substances, discusses signs of possible fraud and misuse, and describes appropriate actions to take when a questionable prescription is encountered. Legal cases that illustrate the professional responsibility of pharmacists are reviewed. This program was developed by the American Pharmacists Association and supported by an educational grant from Purdue Pharma L.P. It is available at www.pharmacist.com, Education, Pain Management Library.

Accredited for pharmacists (2.0 contact hours [0.2 CEUs] of approved ACPE continuing education) through the American Pharmacists Association.

*Accreditation expiration: June 21, 2009.*

### End-of-Life Care: The Management of Pain in Palliative Medicine



The activity describes the development and application of national guidelines for opioid therapy in palliative medicine and reviews common types of pain encountered in the palliative care setting. It identifies challenges in opioid prescribing at the end of life, and discusses ethical imperatives and regulatory issues in achieving adequate pain control in patients at the end of life. The faculty for this monograph is Alexander Peralta Jr., MD. This program, sponsored by the Dannemiller Memorial Educational Foundation, is supported by an educational grant from Purdue Pharma L.P., and is available at www.pain.com in the Professional Information section under CME/CE Programs, Articles.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation).

*Accreditation expiration: November 30, 2007.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Accredited Continuing Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### Exploring the Misconceptions: Opioids in Pain Management (Issue 2)



This monograph, authored by Howard A. Heit, MD, FACP, FASAM, Douglas L. Gourlay, MD, FRCPC, FASAM, and Steven D. Passik, PhD, is intended for primary care physicians, physician assistants, and nurse

practitioners. It clarifies the common misconceptions among healthcare professionals regarding the role of opioids in pain management and provides a framework for the assessment and care of patients with chronic pain that complies with federal regulations and safeguards against abuse. It is jointly sponsored by the Texas Academy of Family Physicians (TAFP) and PharmaCom Group, Inc., and is supported by an educational grant from Purdue Pharma L.P. This activity is available at www.tafp.org/education/monographs.

Accredited for physicians (maximum of 2 Category 1 Credits toward AMA Physician's Recognition Award, through the TAFP). The activity has been submitted for prescribed credit by the American Academy of Family Physicians.

*Accreditation expiration: June 30, 2007.*

### Implementing Pain Management Services in Pharmacy Practice



This Internet-hosted monograph explores the need for greater pharmacist involvement in pain management. It provides tools and resources for pharmacists interested in implementing pain management services and highlights practices of pharmacists who have already

become active in pain management in various practice settings. The faculty includes Randy P. McDonough, PharmD, David B. Brushwood, RPh, JD, Kathryn Hahn, PharmD, and Jaime White-Stetchock, PharmD. This program was developed by the American Pharmacists Association, and supported by an educational grant from Purdue Pharma L.P. and is available at www.pharmacist.com, Education, Pain Management Library.

This program is approved for pharmacists (2.0 contact hours [0.2 CEUs]) of approved ACPE continuing education, through the American Pharmacists Association).

*Accreditation expiration: June 21, 2009.*

### The Law & Controlled Substances Prescribing (Issue 2)



This monograph, intended for primary care physicians, physician assistants, and nurse practitioners, reviews the laws and regulations governing controlled substances prescribing. It provides clinicians with practical advice that will help

them prescribe opioids safely, when indicated, and avoid substance abuse and diversion in their practices. Faculty includes Michael B. Potter, MD, Jennifer P. Schneider, MD, PhD, and Jay P. McCloskey, JD. This monograph is jointly sponsored by the Texas Academy of Family Physicians (TAFP) and PharmaCom Group, Inc., and is supported by an educational grant from Purdue Pharma L.P. This activity is available at www.tafp.org/education/monographs.

Accredited for physicians (maximum of 2 Category 1 Credits toward AMA Physician's Recognition Award, through the TAFP). The activity has been submitted for prescribed credit by the American Academy of Family Physicians.

*Accreditation expiration: June 30, 2007.*

### Lawful Opioid Prescribing and Prevention of Abuse, Misuse and Diversion



This activity, by Howard A. Heit, MD, FACP, FASAM, is designed to update the participants on the problems associated with the prescribing of opioids from the clinician and patient perspec-

tive. By balancing the clinical need with regulatory requirements, it addresses how to identify and treat appropriate candidates for opioid therapy, and the issues associated with the prescribing and dispensing of opioid analgesics to comply with statutory and regulatory requirements. This activity, available at www.pain.com in the Professionals section under CME/CE Programs, Slide Shows, is sponsored by the Dannemiller Memorial Educational Foundation, and supported by an educational grant from Purdue Pharma L.P.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.0 contact hour, through the California Board of Registered Nursing), and pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: July 31, 2007.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058791

## Accredited Continuing Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### Management of Persistent Pain in Everyday Practice



Persistent pain is a common problem in the primary care office and often presents as a clinical management dilemma. Authors Ellen Machamer Battista, DNS, ANP, PNP, and Barbara A. Reed, MN, APRN, GNP, provide a guide to assessment, treatment, and safety issues related to the pharmacologic management of persistent pain including many important resource links and materials.

This program was developed by the Nurse Practitioner Healthcare Foundation and supported by an educational grant from Purdue Pharma, L.P. It is available through the American Journal for Nurse Practitioners, June 2006 issue and online at www.nphealthcarefoundation.org in the Continuing Education section.

This independent study activity is approved for 1.8 CEUs in pharmacology by the Washington State Nurses Association, an accredited approver by the American Nurses Credentialing Center's Commission on Accreditation. CEARP # 8867.

*Accreditation expiration: June 30, 2007.*

### Medication Therapy Management Services: Pain Management Issues in the MTM Patient



This monograph is a continuing education program for pharmacists, developed by the American Pharmacists Association and supported by Purdue Pharma L.P. It is available at www.pharmacist.com, Education, Pain Management Library.

This monograph discusses medication therapy management (MTM) services, which are a distinct group of services that optimize therapeutic outcomes for individual patients. It also explores how to address pain management issues during MTM services. Common issues that might arise during MTM visits are reviewed, and pharmacists are taught how to manage pain-related issues within a framework that has been established for MTM services. Case studies are used to illustrate the application of the core elements of MTM services to the management of patients with chronic pain.

Accredited for pharmacists (2.0 contact hours [0.2 CEUs]) of approved continuing education through the American Pharmacists Association.

*Accreditation expiration: December 31, 2008.*

### Neuropathic Pain



This 74-slide Internet-based resource, authored by Ahmad Beydoun, MD and Wassim Nasreddine, MD, provides an overview of neuropathic pain, including pathophysiology, diagnosis, and management. This program, sponsored by the Dannemiller Memorial Educational Foundation, is supported by an educational grant from Purdue Pharma L.P., and is available at www.pain.com in the Professionals section under CME/CE Programs, Slide Shows.

Accredited for physicians (maximum of 1.5 Category 1 Credits toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.5 contact hours, through the California Board of Registered Nursing), and pharmacists (1.5 contact hours [0.15 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: March 31, 2007.*

### Opioid Analgesics



This 68-slide Internet-based resource, authored by Arthur G. Lipman, PharmD, provides healthcare professionals involved in the treatment of patients in pain with a detailed overview of the current status of the use of opioid analgesics. This program, sponsored by the Dannemiller Memorial Educational Foundation, is supported by an educational grant from Purdue Pharma L.P., and is available at www.pain.com in the Professionals section under CME/CE Programs, Slide Shows.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.0 contact hour, through the California Board of Registered Nursing), and pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: January 31, 2007.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Accredited Continuing Education

### Internet Resources
There may be a charge for resources obtained directly from the sponsor.

### Pain Management Series
### (American Osteopathic Association)



This series consists of 3 supplements, each of which includes several articles on pain management, from JAOA–The Journal of the American Osteopathic Association.

The series, sponsored by the American Osteopathic Association (AOA), is supported by an educational grant from Purdue Pharma L.P.

- **Pain Management Part 2:** Breaking Down Barriers to Effective Pain Control
  (www.jaos.org/content/vol105/8_suppl_3/)

- **Pain Management Part 3:** Patient-Centered Care for Chronic Nonmalignant Pain
  (www.jaoa.org/content/vol105/suppl_4/)

- **Pain Management Part 4:** Holistic Care for Cancer Pain
  (www.jaos.org/content/vol105/suppl_5/)

Osteopathic physicians who take the continuing medical education quiz in each supplement can earn 2 hours of AOA Category 1-B credit as approved by the AOA Council on Continuing Medical Education.

For the above Internet-posted JAOA supplements,

- **DO members of the American Osteopathic Association (AOA)** can access the CME quizzes online at www.do-online.org.

- **DO/ Non-AOA members** should access the CME Quiz at the URLs indicated above; print off the CME quiz (downloadable as a PDF from the journal citation located in the "CME QUIZ" section of the Supplement front page). Complete this paper version and mail it to the American Osteopathic Association/ Division of Continuing Medical Education (142 East Ontario Street; Chicago, IL 60611-2864) for AOA credit.

- **Non-DO healthcare professionals** should access the paper version of the CME Quiz (as indicated above) and submit that completed paper version to their discipline's CME entity (AMA, etc.) to see if that entity will grant CE credit for the above Supplements.

*CME quiz expiration: January 31, 2007 (Part 2);*
*April 30, 2007 (Part 3); June 30, 2007 (Part 4).*

### Pain Management in Workers' Compensation Cases
### Michael Demoratz, PhD, LCSW, CCM



This activity, supported by an educational grant from Purdue Pharma L.P., focuses on the workers' compensation system and its complexities. Case-management principles of pain management in workers' compensation, including active intervention, proper assessment, objective documentation, and treatment aimed at return to work, and initiatives to improve workers' compensation are reviewed. This activity is available FOR CMSA MEMBERS ONLY at www.cmsa.org/Education/EducationalResourceLibrary.

Accredited for case managers (1.0 CCM contact hour, through the Commission for Case Manager Certification) and nurses (1.2 contact hours, through the California Board of Registered Nursing).

*Accreditation expiration: December 31, 2007.*

### Pain Management: The Online Series
### (American Medical Association)



This 12-module program is based on the American Medical Association (AMA) monograph series, Pain Management. The online series provides an overview of barriers to effective pain management, the pathophysiology of pain, pain assessment, pharmacologic and nonpharmacologic approaches to pain management, pain management in special populations (e.g., pediatric and geriatric patients, substance abusers, racial/ethnic groups), persistent nonmalignant pain, cancer pain, and end-of-life issues. Available at the AMA website www.ama-cme.org, in the Online CME section, this Internet CME program was developed by the AMA and supported by an educational grant from Purdue Pharma L.P.

The AMA designated this educational activity for a maximum of 12 Category 1 Credits toward AMA Physician's Recognition Award. This enduring continuing medical education activity was planned and produced in accordance with the ACCME Essentials.

*Certification expired: December 31, 2006.*
*Accreditation renewal pending*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058793

## Accredited Continuing Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### The Pain Processing Pathways



This 52-slide Internet-based resource, authored by Bernard Abrams, MD, provides the most current details of pain processing pathways. This program, sponsored by the Dannemiller Memorial Educational Foundation, is supported by Purdue Pharma L.P., and is available at www.pain.com in the Professionals section under CME/CE Programs, Slide Shows.

Accredited for physicians (maximum of 1.5 Category 1 Credits toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.5 contact hours, through the California Board of Registered Nursing), and pharmacists (1.5 contact hours [0.15 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: December 31, 2007.*

### Pain Report: An Update on Issues, Research, and Treatment Trends (Nos. 5 & 6)



These reports are sponsored by the Dannemiller Memorial Educational Foundation and are supported by an educational grant from Purdue Pharma L.P. The faculty includes Veeraindar Goli, MD, FAAPM and Rebecca S. Finley, PharmD, MS, FASHP. This resource is available at www.pain.com in the Professionals section under Pain Reports or under CME/CE Programs, Articles.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation) and nurses (1.0 contact hour, through the California Board of Registered Nursing).

*No. 5 - Accreditation expiration: April 30, 2007.*
*No. 6 - Accreditation expiration: August 31, 2008.*

### Pain Report: Focus on Long-Acting Opioids (No. 7)



This report, sponsored by the Dannemiller Memorial Educational Foundation, provides an overview of the long-acting opioids and formulations available for treating chronic pain patients and reviews the guidelines and consensus statements on the use of long-acting opioids for the treatment of chronic nonmalignant pain. The role that race, ethnicity, and gender may have on the treatment of pain is also discussed. The faculty for this issue includes Veeraindar Goli, MD, FAAPM and Rebecca S. Finley, PharmD, MS, FASHP. This activity, supported by an educational grant from Purdue Pharma L.P., is available at www.pain.com in the Professionals section under Pain Reports or under CME/CE Programs, Articles.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.0 contact hour, through the California Board of Registered Nursing), and pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: February 28, 2007.*

### Pain Report: Focus on Back Pain (No. 8)



This report, sponsored by the Dannemiller Memorial Educational Foundation, provides an overview of the multidisciplinary approach to back pain management. A review of consensus statements, guidelines, and policies for the treatment of back pain is also included in this report. The faculty for this issue includes Veeraindar Goli, MD, FAAPM and Rebecca S. Finley, PharmD, MS, FASHP. This activity, supported by an educational grant from Purdue Pharma L.P., is available at www.pain.com in the Professionals section under Pain Reports or under CME/CE Programs, Articles.

Accredited for physicians (maximum of 1 Category 1 Credit toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.2 contact hours, through the California Board of Registered Nursing), and pharmacists (1.0 contact hour [0.1 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: August 31, 2007.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058794

# Accredited Continuing Education

## Internet Resources

There may be a charge for resources obtained directly from the sponsor.

**Pain Report:**
**Rational Polypharmacy:**
**Using the Evidence to Effectively**
**Treat Chronic Pain (No. 10)**



This report is sponsored by the
Dannemiller Memorial Educational
Foundation and is supported by
an educational grant from Purdue
Pharma L.P. The complex mechanisms found in chronic pain often
require the use of multiple medications with varying pain relieving
mechanisms of action. The concept of "rational polypharmacy"
includes the thoughtful selection of agents in order to optimize
analgesia while minimizing adverse effects. This report reviews the
principles of rational polypharmacy to improve clinical outcomes in
chronic pain management.

This will be accredited for physicians (maximum of 1 hour in
Category 1 credit toward the AMA Physician's Recognition Award)
through the Dannemiller Memorial Educational Foundation, nurses
(1.0 contact hour) through the California Board of Registered
Nursing, and pharmacists (1.0 contact hour [0.1 CEUs] of approved
ACPE continuing education) through Purdue University.

**Pain Report:**
**Update on the Pharmacologic**
**Management of Cancer Pain (No. 9)**



This report, sponsored by the
Dannemiller Memorial Educational
Foundation and supported by an
educational grant from Purdue
Pharma L.P., provides healthcare
professionals with the latest evidence-
based information on the pharmacologic management of cancer
pain, including long-acting agents for persistent therapy and short-
acting agents for breakthrough pain. Problems associated with the
management of cancer pain and opioid therapy are discussed. This
issue is available at www.pain.com in the Professionals section under
CME/CE Programs, Articles.

Accredited for physicians (maximum of 1 Category 1 Credit toward
AMA Physician's Recognition Award, through the Dannemiller Me-
morial Educational Foundation), nurses (1.2 contact hours, through
the California Board of Registered Nursing), and pharmacists (1.0
contact hour [0.1 CEUs] of approved ACPE continuing education,
through Purdue University).

*A accreditation expiration: August 31, 2007.*

**Palliative and**
**End-of-Life Care**



This program distinguishes
between the terms "palliative
care", "hospice care", and
"end-of-life" care and describes
strategies for managing pain in
patients approaching the end
of life. This resource includes
therapeutic strategies to address
symptom management and issues
surrounding assisted suicide, the right-to-die, and the principle of
"double effect," as well as an overview of legal documents addressing
end-of-life care. The faculty includes Mary Lynn McPherson,
PharmD, BCPS, CDE, Charles F. von Gunten, MD, PhD, Suzanne
Kelley, R.Ph, and Warren A. Narducci, PharmD, FAPhA. This
program, developed by the American Pharmacists Association, is
supported by an educational grant from Purdue Pharma L.P.
and is available at www.pharmacist.com, Education, Pain
Management Library.

Accredited for pharmacists (2.0 contact hours [0.2 CEUs] of
approved ACPE continuing education, through the American
Pharmacists Association).

*A accreditation expiration: October 1, 2008.*

**Persistent Pain Management:**
**Challenge of Long-Term**
**Opioid Therapy**



This 41-slide Internet-based
resource, authored by Richard
Payne, MD, provides an overview
of persistent pain management,
with a particular emphasis on the
challenges of long-term opioid
therapy. This program, sponsored
by the Dannemiller Memorial Educational Foundation, is supported
by an educational grant from Purdue Pharma L.P., and is available at
www.pain.com in the Professionals section under CME/CE Programs,
Slide Shows.

Accredited for physicians (maximum of 1 Category 1 Credit toward
AMA Physician's Recognition Award, through the Dannemiller
Memorial Educational Foundation), nurses (1.0 contact hour, through
the California Board of Registered Nursing), and pharmacists (1.0
contact hour [0.1 CEUs] of approved ACPE continuing education,
through Purdue University).

*A accreditation expiration: February 28, 2007.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058795

## Accredited Continuing Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### Pharmacist and Patient Perspectives on Pain Management



This multimedia program will help pharmacists explore their attitudes about pain management and assist them in overcoming any barriers that may exist in their own practices. Strategies will be presented for pharmacists to improve their pain management

activities and enhance their communication with patients. This program, developed by the American Pharmacists Association, is supported by an educational grant from Purdue Pharma L.P., and is available at www.pharmacist.com, Education, Pain Management Library.

Accredited for pharmacists (2.0 contact hours [0.2 CEUs] of approved ACPE continuing education, through the American Pharmacists Association).

*A creditation expiration: June 15, 2007.*

### A Pharmacist's Guide to the Clinical Assessment and Management of Pain



This monograph discusses the pathophysiology and etiology of different types of pain and their prevalence; the economic, clinical, and humanistic impact of pain; the appropriate assessment and diagnosis of pain; and the

pharmacotherapeutic considerations for special patient populations, including those with renal, hepatic, and other conditions. It also describes appropriate pharmacologic and nonpharmacologic strategies for managing various types of pain, including how to convert opioid dosages between medications and routes of administration. Faculty includes Mary Lynn McPherson, PharmD, BCPS, CDE, Bruce R. Canaday, PharmD, Howard A. Heit, MD, FACP, FASAM, and Raylene M. Rospond, PharmD, FCCP, BCPS. This monograph, developed by the American Pharmacists Association, is supported by an educational grant from Purdue Pharma L.P., and is available at www.pharmacist.com, Education, Pain Management Library.

Accredited for pharmacists (4.0 contact hours [0.4 CEUs] of approved ACPE continuing education, through the American Pharmacists Association).

*A creditation expiration: December 15, 2007.*

### Pharmacists' Responsibilities in Managing Opioids: 2005 Update



This American Pharmacists Association (APhA) Special Report reviews the regulations governing the prescribing and dispensing of controlled substances and the responsibilities of pharmacists in managing opioids. This resource, developed by the APhA, is

supported by an educational grant from Purdue Pharma L.P., and is available at www.pharmacist.com, Education, Pain Management Library.

Accredited for pharmacists (2.0 contact hours [0.2 CEUs] of approved ACPE continuing education, through the American Pharmacists Association).

*A creditation expiration: December 15, 2008.*

### The Pharmacist's Role in the Medication Therapy Management of Chronic Pain



This online accredited activity (based on a live presentation by Kathryn Hahn, PharmD) addresses the important patient-centered service of Medication Therapy Management. With their unique accessibility and extensive

knowledge about medications, pharmacists occupy an exceptional position to observe drug therapy patterns that can indicate the presence of chronic pain, monitor the patient's medication compliance over time, discuss options with the patient and recommend followup with a physician, as well as notify prescribers about potential therapy problems. This online activity is supported by an educational grant from Purdue Pharma L.P., and is available at www.pharmacistelink.com (in CE section, Courses, in the Pain Management topic area, or keyword search "chronic pain") and www.ncpanet.org/education/ce.php (in CE Catalog section).

Accredited for pharmacists (2.0 contact hours [0.2 CEUs] of approved ACPE continuing education through the National Community Pharmacists Association).

*A creditation expiration: March 29, 2009.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058796

## Accredited Continuing Education

### Relief of Persistent Pain: Implications for Function and Quality of Life



This activity, which is based on a live symposium held on March 15, 2005, at the 42nd Annual Convention & Exposition of the American College of Osteopathic Family Physicians

(ACOFP) in Phoenix, Arizona, will challenge participants to think "outside the box" regarding treatment of chronic pain. The expert faculty (Edmunde L. Erde, PhD, Katherine E. Galluzzi, DO, CMD, FACOFP; and Jeffery A. Kerr, DO, CMD) reviews physiologic and pharmacologic concepts as they relate to pain relief and quality of life. This activity discusses nociceptive and neuropathic pain syndromes and the impact of each on patient function; complex issues facing the choice of pain medications; the treatment of persistent pain with appropriate medications, pharmacologic adjuvants, and OMM; and the importance of pain relief in maintenance of function and quality of life. This activity, sponsored by the ACOFP, is supported by an educational grant from Purdue Pharma L.P., and is available at www.acofp.org, Education, Online CME.

Accredited for osteopathic physicians (2 hours of Category 1-B credit, through the American Osteopathic Association) and nurse practitioners (2.4 contact hours, through AK Healthcare). Accreditation for physician assistants will be based on claimable AOA accreditation.

*Accreditation expiration: June 30, 2007.*

### An Update on Clinical and Ethical Guidelines



This activity features two presentations: "Ethical Imperatives in the Treatment of Persistent Pain Syndromes" by L. Jean Dunegan, MD, JD, FCLM, and "Selection, Assessment, and Treatment of Pain Patients With Opioids" by Bill H. McCarberg, MD,

FABPM. This activity, available at www.pain.com in the Professionals section under CME/CE Programs, Slide Shows, is sponsored by the Dannemiller Memorial Educational Foundation, and is supported by an educational grant from Purdue Pharma L.P.

Accredited for physicians (maximum of 1.5 Category 1 Credits toward AMA Physician's Recognition Award, through the Dannemiller Memorial Educational Foundation), nurses (1.4 contact hours, through the California Board of Registered Nursing), and pharmacists (1.5 contact hours [0.15 CEUs] of approved ACPE continuing education, through Purdue University).

*Accreditation expiration: July 31, 2007.*

### Urine Drug Testing in Clinical Practice: Dispelling the Myths & Designing Strategies (2006 Revision)



This updated monograph, authored by Douglas L. Gourlay, MD, FRCPC, FASAM, Howard A. Heit, MD, FACP,

FASAM, and Yale H. Caplan, PhD, D-ABFT, provides healthcare professionals with the basic knowledge needed to rationally employ urine drug testing in clinical practice, improve patient care, and protect their practices. This monograph is sponsored by the California Academy of Family Physicians (CAFP) in cooperation with PharmaCom Group, Inc., and is supported by an educational grant from Purdue Pharma L.P. This activity is available at www.familydocs.org/cme_monographs.php.

(For hardcopy monograph, see Resources Available From Sponsor/ Accredited Continuing Education Print Resources.)

Accredited for physicians (maximum of 1.5 AMA PRA Category 1 Credit[s]) through CAFP.

*Accreditation expiration: November 1, 2008*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case: 1:17-md-02804-DAP Doc #: 2416-3 Filed: 08/15/19 16 of 33. PageID #: 400819

# Accreditation Expired Continuing Education

### Available for Self-Study

*Note: As permitted by the respective accredited providers, the high-quality content which these activities provide is still available as a resource but without accreditation.*

## Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### Care Management Journal/ Disease Management Digest: Pain (2004)



This Internet-based activity is based on a compilation of previously printed Disease Management Digest/Pain articles from 2004, which were supported by an educational grant from Purdue Pharma L.P. Titles of the articles are:

- Cost Considerations in Pain Management
- Integrative Approaches to Pain Management
- Psychosocial Issues in Pain and its Management
- Suffering in Silence: Identifying More Patients With Undiagnosed Pain
- Long-Acting Analgesics: Helping Patients With Pain Refocus on Life
- Management of Neuropathic Pain

This activity is posted on the Care Management Journal website at www.jcaremanagement.com/html/pain.html.

*Accreditation expired: June 1, 2006; available for self-study.*

### Neuropathic Pain Pathophysiology, Treatment and Patient Management



This article, authored by Hildegarde J. Berdine, PharmD, BCPS, and Christine K. O'Neil, PharmD, BCPS, is designed to educate pharmacists on the pathophysiology, treatment, and patient management of neuropathic pain. The article was supported by an educational grant from Purdue Pharma L.P., and is available via "search" at www.uspharmacist.com.

*Accreditation expired: December 31, 2005; available for self-study*

### Pain Management Series: American Osteopathic Association Pain Management Part 1: End-of-Life Care



This JAOA (The Journal of the American Osteopathic Association) supplement includes several articles on pain management. This supplement was sponsored by the American Osteopathic Association and supported by an educational grant from Purdue Pharma L.P. and is available at www.jaoa.org/content/vol105/3_suppl/.

*Accreditation expired: October 31, 2006; available for self-study.*

### Symposium on Pain Management & Palliative Care



This program, supported by an educational grant from Purdue Pharma L.P. and presented by Sutter Health, features pain management, breaking bad news, and hope-enhancing strategies for the terminally ill. Faculty includes James McGregor, MD, Frederick Meyers, MD, John F. Linder, MSW, Keli Fisher, R.N, and Ellen Robinson-Hayes, MA, MTS. This activity is available at www.cme-webcredits.org/COIN.html.

*Accreditation expired: January 1, 2006; available for self-study.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058798

# Nonaccredited Education

## Print Resources

### Item # 00R343

**Medical Education Resource Catalog (Issue 8)**

The Medical Education Resource Catalog offers a wide variety of resources in a range of formats to support the educational needs of healthcare professionals in pain management. Many of the resources are accredited Continuing Education Resources, offering credits for physicians, nurses, pharmacists, case managers, and other healthcare professionals.



### Item # PAP139

**Addressing Pain Related Issues During Medication Therapy Management Services: A Tool for Practice**

This monograph for pharmacists was developed by the American Pharmacists Association and supported by Purdue Pharma L.P. This resource discusses medication therapy management (MTM)—a distinct group of services that optimize therapeutic outcomes for individual patients. A "core elements" framework for providing MTM services is described, and tools are provided for pharmacists who are interested in implementing this framework in their practice. The monograph focuses on identifying pain-related medication therapy issues and discusses strategies for addressing these issues. Several common medication-related issues that occur with analgesics are explored in detail.

### Item # 0PO106

**Federation of State Medical Boards: Model Policy for the Use of Controlled Substances for the Treatment of Pain**

The Model Policy for the Use of Controlled Substances for the Treatment of Pain was developed by the Federation of State Medical Boards in collaboration with pain experts around the country to provide guidance to state medical boards in developing state pain policies and regulations. Written in the form of a model policy document, it provides language that may be used by states to clarify their positions regarding the use of controlled substances to treat pain, alleviate physician uncertainty about such practice, and encourage better pain management. The Model Policy document, which revises the Federation's previous pain policy guidelines to reflect new medical insights with particular regard to the undertreatment of pain, was adopted by the Federation in May 2004.

(See also Nonaccredited Education Internet Resources.)

### Item # 0ME218

**Highlights of the Disease Management Congress Employer Summit**

A newsletter that provides healthcare professionals and health plan executives with highlights from presentations at the Disease Management Congress Employer Summit, September 29-30, 2003, in San Diego, California. Topics include:



- The Challenge of Pain as a Public Health Priority: What It Means to the Employer
- Disability Management and Disease Management
- Ensuring the Health of Your Human Capital
- Consumer-Driven Healthcare: Myth or Reality?
- Crossing the Measurement Chasm

### Item # PAP055

**Home Care Of The Hospice Patient**

The purpose of this booklet is to help the caregiver deal with some of the problems and concerns that may arise when handling the very important job of caring for a terminally ill person in the home.



### Item # 0ME109

**How to Meet the JCAHO Pain Standards: A Practical Guide**

A practical guide/handbook developed from two interdisciplinary pain strategy roundtables on the interpretation and practical implementation of the new Joint Commission on Accreditation of Healthcare Organizations (JCAHO) pain standards.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Nonaccredited Education

### Print Resources

*Item # PPXX27 English*
*Item # PPXX28 Spanish*

**How To Protect Your Medicine at Home**

Today, the abuse of prescription medicines is more widespread than the abuse of street drugs. This brochure provides information to help us all be vigilant in protecting our own medicines from abuse.



*Item # 0ME110*

**Is It Legitimate? Strategies for Assessing Questionable Prescriptions**

This conference report highlights a Purdue Pharma L.P.-supported session at the American Pharmacists Association 149th Annual Meeting, March 15-19, 2002, in Philadelphia, Pennsylvania. This resource was first published as a supplement to *JAm Pharm Assoc* September/October 2002 issue.



*Item # 0PO361*

**Is It Something Other Than Pain?**

This brochure describes techniques to help healthcare professionals identify patients with substance abuse problems. It also provides suggestions on how to manage a patient that is suspected of addiction or drug abuse.



*Issue 8 Item # PAP137*
*Issue 9 Item # PAP140 COMING SOON*

**Pain Matters® Newsletter**

Each issue of Pain Matters® (A Partners Against Pain® Magazine) will focus on a different theme and will include the following sections: Spotlight article by the Editor in Chief (a leader in the pain management field who will change with each issue), reproductions of articles on issues regarding pain and/or pain management,



Pain Policy Update (information on new regulations, etc.), In the News (summaries of key issues based on newly published journal articles), Speakers re:Source (helpful tips on presentation and communication skills), Set Your Sites On (key websites for pain- and pain management-related issues), and Calendar (brief information on the quarterly pain-related conferences), plus new sections to be added issue by issue.

- Issue 8 (Summer/Fall 2006)
- Issue 9 (Quarter 1 2007)

(See also <u>Nonaccredited Education Internet Resources</u>.)

*Item # 0PO362*

**Providing Relief – Preventing Abuse**

This quick reference guide features a history of opioid use, DEA schedules of controlled substances, and definitions related to the use of opioids in the treatment of pain. Also provided is information on how to identify patients with potential abuse or diversion problems so that the healthcare professional can help these patients seek appropriate treatment.



*Item # PAP012*

**A Visual Aid for Patients in Pain**

This visual aid combines words and pictures to improve communication between medical staff and patients experiencing pain.



*Medical Education Resource Catalog* 17

PPLP004058800

## Nonaccredited Education

### CD-ROM Resources
Medical Liaison Developed Resources

*Item # 0ME263*

#### Cognitive Impairment: Strategies and Tools to Assess Pain



The assessment of pain in persons with cognitive impairment presents challenges that are complicated by many factors. Some of these challenges may include confusion, memory changes, language deficits, and difficulties conceptualizing distress as pain. Further,

assessment can be complicated by multiple medical problems, lack of staff knowledge, and limited empirical data on pain treatment strategies for this population. This case-based PowerPoint presentation provides information regarding current pain assessment tips and tools to assist in the evaluation and assessment of pain using nonverbal indicators. A case scenario with discussion questions is also presented.

*Objectives:*

1. Outline the consequences of unrecognized or undertreated pain.
2. Review factors that complicate the assessment of pain in persons with cognitive impairment.
3. Recognize various nonverbal indicators used to assess pain.
4. Review strategies and tools developed to assess pain in persons with cognitive impairment.

*Item # 0ME274*

#### Complexities of Caring for People in Pain



Pain is a complex, subjective phenomenon with far-reaching negative consequences when not optimally assessed and managed. Despite proven physiological,

functional, emotional and financial consequences of pain, many people continue to suffer.

This program provides a focus on utilizing an interdisciplinary approach to the assessment and management of patients with pain. Knowledge of the neurophysiology of pain, pain classifications and assessment, as well as pain pharmacotherapy, will help to insure that patients are appropriately managed and monitored.

*Objectives:*

1. Review barriers to appropriate pain management.
2. Discuss pathophysiology of pain.
3. Identify components of a comprehensive, multidimensional pain assessment.
4. Based on pathophysiology and comprehensive assessment, develop an ongoing pain management plan, including both pharmacologic and nonpharmacologic interventions.
5. Discuss principles of pain pharmacotherapy, including the use of non-opioid, adjuvant (co-analgesic) and opioid analgesics.

*Item # 0ME275*

#### Neuropathic Pain: Challenges and Considerations for Management



Neuropathic pain is complex and can arise in a variety of disease states. Specific challenges exist with neuropathic pain in terms of etiology, mechanism and symptoms. Given

these challenges it is encouraging to recognize the numerous therapeutic possibilities available for patients with neuropathic pain. This program will review neuropathic pain, unique assessment tools and therapeutic options available for management.

*Objectives:*

1. Describe the characteristics associated with neuropathic pain.
2. Name the different types of neuropathic pain and the various disease states in which neuropathic pain can occur.
3. List essential components of an initial and ongoing assessment for patients with neuropathic pain.
4. Identify the multiple therapeutic options available for the management of neuropathic pain, including disease modification, local or regional treatments and systemic therapies.
5. Discuss the principles of rational pharmacotherapy, including the use of various classes of medications, such as anticonvulsants, tricyclic antidepressants, opioids and others, as considerations for the management of neuropathic pain.

*Item # 0ME261*

#### Palliative Care: Improving Quality of Life Across the Continuum of Care



The concept of palliative care is poorly understood and, therefore, seldom applied in current healthcare settings. By participating in this presentation, participants can expect

to learn the basic concepts of palliative care and begin to understand how to apply them for the benefit of their patients and their families. Participants will learn about effective treatment of pain and other common symptoms of advanced disease states, with special attention to the impact of psychological, social, cultural, and spiritual aspects on symptom management. The presentation will include a discussion on the symptoms of active dying and how to ensure patient and family comfort during this time.

*Objectives:*

1. Provide a definition of palliative care, and describe why palliative care is needed in the current healthcare environment.
2. Identify at least 3 disease states where palliative care is appropriate, and when it should be initiated.
3. Name 7 or more healthcare professions that may contribute to an individual's care as part of a palliative care team.
4. List 4 distressing symptoms commonly experienced with life-limiting conditions and at least one palliative intervention for each symptom.
5. Identify 3 positive outcomes of quality palliative care.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058801

## Nonaccredited Education

### CD-ROM Resources
Medical Liaison Developed Resources

## FACETS in Pain Management



# FACETS

FOCUSED AND CUSTOMIZED EDUCATION TOPIC SELECTIONS IN PAIN MANAGEMENT

Focused And Customized Education Topic Selections (FACETS) in Pain Management is an innovative education strategy designed to optimize learning opportunities for healthcare professionals. FACETS is comprised of PowerPoint modules that were developed by Purdue Pharma L.P. medical liaisons based on requests from healthcare professionals, as well as identified needs of learners during program evaluations. Unique needs of adult learners have been considered when developing these modules.

## FACETS Highlights

- Instructor's Guide.
- Utilizes principles of adult learning to enhance retention and application.
- Case-based or interactive format to facilitate assimilation into practice.
- Presenter selects modules to customize the educational experience.
- Format may be customized to accommodate various learning needs, objectives, and venues.
- Modules each include:
  - 8-12 referenced slides
  - detailed speaker notes
  - 1-2 program objectives and program description
- Each module may be presented in as little as 15-20 minutes.
- Modules may be combined to fit length of any program or educational opportunity, respecting the time of busy healthcare professionals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058802

## Nonaccredited Education

### CD-ROM Resources
Medical Liaison Developed Resources

*Item # 0ME262\**

## FACETS in Pain Management (Volume 1)



### FACETS in Pain Management: Instructor's Guide



FACETS in Pain Management Instructor's Guide is an instruction module designed to assist the educator in preparing and delivering educational lessons utilizing FAC-ETS in Pain Management modules. This program includes an overview of the design and intent of the FAC-ETS in Pain Management modules, utilization strategies, as well as a discussion of the principles of adult learning, which can be used in any educational endeavor.

*Objectives:*

1. Describe 3 opportunities for the utilization of FACETS in Pain Management modules to educate healthcare professionals.

2. Understand and incorporate principles of adult learning in pain management education.

### Facets of Pain Management



Perhaps nothing is as universally experienced as pain. Unfortunately, healthcare professionals have received little more than basic training in the assessment and management of pain. Pain is a complex, subjective phenomenon with far-reaching negative consequences for patients, healthcare professionals, and healthcare systems. This presentation will focus on utilizing an interdisciplinary approach to improve the quality of care and quality of life of patients with pain.

*Objectives:*

1. Describe the prevalence of pain and impact of unrelieved pain on the patient, healthcare professional, and healthcare system.

2. Incorporate an interdisciplinary approach into the planning of care for the patient with pain.

### Assessment: The Essentials



Pain assessment is crucial to quality care and is supported by published guidelines and consensus statements from major organizations. While the various publications may differ in certain respects, they all emphasize the need to implement an effective program to provide pain relief and include the value of initial and ongoing pain assessment. This program defines the key questions a pain assessment is designed to answer before a therapeutic regimen to treat the pain can be developed.

*Objectives:*

1. Discuss treatment and care implications of key components of the initial and ongoing pain assessment.

2. Apply assessment data to goal establishment and etiology-based care.

### Is It Pain?



The subjective nature of pain and the complexities of evaluating behaviors associated with pain continue to create dilemmas for healthcare professionals. This program will identify characteristics and provide assessment techniques useful in differentiating patients with pain from those with addiction, thus increasing the potential for successful outcomes for both patients and healthcare professionals.

*Objectives:*

1. Identify characteristics of addiction, physical dependence, and tolerance and discuss implications in pain care.

2. Apply principles of assessment to differentiate pain patients from others.

### Etiology-Based Treatment of Pain



Acute pain is usually nociceptive in etiology, but, chronic cancer pain and chronic nonmalignant pain may reflect both nociceptive and non-nociceptive (neuropathic) pain mechanisms. The treatment of pain requires an understanding and assessment of these underlying mechanisms, because pain caused by different mechanisms is likely to respond to different treatments.

*Objectives:*

1. Discuss the underlying mechanisms (pathophysiology) of pain.

2. Based on pain etiology, identify the most appropriate etiology-based treatment options.

*\*All 5 FACETS in Pain Management (Volume 1) modules on page 20 are included with Item # 0ME262.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004058803

## Nonaccredited Education

### CD-ROM Resources
Medical Liaison Developed Resources

---

*Item # 0ME272\*\**

## FACETS in Pain Management (Volume 2)

### FACETS in Pain Management Instructor's Guide



FACETS in Pain Management Instructor's Guide is an instruction module designed to assist the educator in preparing and delivering educational lessons utilizing FACETS in Pain Management modules. This program includes an overview of the design and intent of the FACETS in Pain Management modules, utilization strategies, as well as discussion of principles of adult learning, which can be used in any educational endeavor.

*Objectives:*

1. Describe 3 opportunities for the utilization of FACETS in Pain Management modules to educate healthcare professionals.

2. Understand and incorporate principles of adult learning in pain management education.

### A Primer on Addiction



The disease of addiction is complex and influenced by a number of factors. This program is designed to provide an overview of addiction, including the factors and characteristics of the disease, and assessment tools to assist in differentiating the patient with persistent pain and persons with the disease of addiction.

*Objectives:*

1. Identify factors contributing to the manifestation of the disease of addiction.

2. Utilizing assessment tools, increase ability to detect and assess for the presence of addiction disorders.

### Do You Find Documentation Painful?



In some ways, documentation of pain assessment and care can be as important as the care itself. Documentation is a key means of communicating between healthcare team members and is necessary to assure continuity of care. Proper documentation also aids in the protection of the healthcare provider's practice. This program includes discussion of key components and strategies for improving pain documentation.

*Objectives:*

1. Identify documentation as significant in both care of the patient with pain and the protection of healthcare provider practice.

2. Incorporate key components of documentation into the medical record.

### Economic Impact of Pain



The consequences of untreated or undertreated pain are profound – physically, psychologically, spiritually, as well as economically. This program will focus on the direct and indirect economic impact of pain in healthcare and the workplace, further emphasizing the need to optimally and appropriately manage pain.

*Objectives:*

1. Review the direct and indirect costs associated with pain.

2. Discuss the impact of pain on the US workforce, employers and healthcare plans.

### Converting Opioid Analgesics: The Art & the Science



Converting from one opioid to another may be necessary and yet challenging in pain management. This program will include a discussion of the rationale, clinical considerations and options for opioid conversions, as well as principles and steps for performing a conversion.

*Objectives:*

1. Discuss the concept of opioid equianalgesic dose conversions and the clinical utility of this knowledge.

2. Apply principles of equianalgesia when completing an opioid conversion for patients with pain.

### Opioid Titration: Individualizing Dose, Optimizing Therapy



Opioid dose titration is an integral part of individualizing therapy for the patient with pain. This program illustrates the skill and art of opioid dose titration through discussion of accepted principles and application to case scenarios.

*Objectives:*

1. Identify the primary goal of opioid dose titration as satisfactory analgesia with acceptable side effects.

2. Establish the need for opioid dose adjustment in a given patient, and utilize established titration principles to optimize analgesic therapy.

*\*All 6 FACETS in Pain Management (Volume 2) modules on page 21 are included with Item # 0ME272.*

Medical Education Resource Catalog 21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058804

## Nonaccredited Education

### CD-ROM Resources
Medical Liaison Developed Resources

*Item # OME279\**

## FACETS in Pain Management (Volume 3)

`Coming Soon`

### FACETS in Pain Management: Instructor's Guide




FACETS in Pain Management Instructor's Guide is an instruction module designed to assist the educator in preparing and delivering educational lessons utilizing FACETS in Pain Management modules. This program includes an overview of the design and intent of the FACETS in Pain Management modules, utilization strategies, as well as a discussion of the principles of adult learning, which can be used in any educational endeavor.

*Objectives:*

1. Describe 3 opportunities for the utilization of FACETS in Pain Management modules to educate healthcare professionals.

2. Understand and incorporate principles of adult learning in pain management education.

### Pain Management in the Older Adult: Considerations for Analgesic Use



The incidence of pain in the older adult is significant. Potential consequences of pain are profound, assessment may be difficult and developing a successful management plan may be challenging in this population.

This program will address special considerations for the selection and use of pain-related medications in the older adult including potential physiological changes, co-morbidities and side effects.

*Objectives:*

1. Identify assessment information necessary for pain management plan development in the older adult.

2. Discuss special considerations and clinical aspects of pain medication selection in the older adult.

### Cognitive Impairment: Strategies and Tools to Assess Pain



The assessment of pain in elders with cognitive impairment presents challenges that are complicated by many factors. This program provides information regarding current pain assessment tips and tools to assist in evaluation and assessment.

*Objectives:*

1. Review factors that complicate the assessment of pain in elders with cognitive impairment.

2. Utilize strategies and tools developed to assess pain in persons with cognitive impairment.

### Medication-Induced Constipation: Etiology, Prevention & Management



Medication-induced constipation can be distressing to sufferers and vexing to healthcare professionals. This program provides an overview of the mechanism and treatment of medication-induced constipation.

*Objectives:*

1. Describe the structure and normal function of the human intestinal tract and alterations resulting in medication-induced constipation.

2. Identify strategies for constipation prevention and management.

### Cancer Pain Assessment & Management



Despite the availability of effective treatment, pain related to cancer remains a debilitating and often devastating problem for the majority of people at some time during the course of their disease and treatment. This presentation identifies methods to improve pain care in the patient with cancer.

*Objectives:*

1. Identify the incidence and etiology of pain in the person with cancer including pain related to disease and/or treatment.

2. Based on physiology and comprehensive assessment, develop and monitor an appropriate pain management plan including both pharmacologic and non-pharmacologic interventions.

### Beyond the Basics: A Case Study in Cancer Pain



Cancer pain management in the context of a complicated, multidimensional experience can be challenging. This case-based presentation applies knowledge of cancer pain etiology, assessment and management.

*Objectives, utilizing case discussion:*

1. Identify the etiology of pain in the person with cancer including pain related to disease and treatment.

2. Based on the information presented and knowledge of physiology and interventions for pain, develop an appropriate, multidimensional pain management plan.

*\*All 6 FACETS in Pain Management (Volume 3) modules on page 22 are included with Item # OME279.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058805

## Nonaccredited Education

### CD-ROM Resources

*Item # 0ME271*

**Medical Education Resource Catalog (Issue 8)**



The Medical Education Resource Catalog offers a wide variety of resources in a range of formats to support the educational needs of healthcare professionals in pain management. Many of the resources are accredited Continuing Education Resources, offering credits for physicians, nurses, pharmacists, case managers, and other healthcare professionals.

*PDF format*

*Item # 0ME257*

**Addiction Assessment (2005 Revision)**



A 71-slide PowerPoint presentation on CD-ROM with speaker notes reviews the principles of addiction assessment. It includes definitions and concepts, techniques to detect addiction in primary care practice, initial assessment, how to increase potential for a successful outcome, and ongoing assessment and documentation.

*Item # 0ME010*

**Consensus Paper: Definitions Related to the Use of Opioids for the Treatment of Pain**



Four PowerPoint slides on CD-ROM summarize the messages from a consensus document (also included) developed by the American Academy of Pain Medicine, the American Pain Society, and the American Society of Addiction Medicine, with definitions related to the use of opioids for the treatment of pain.

*Item # 0ME266*

**Disparities in Pain Management Among Medically Underserved and Minority Populations (2006 Revision)**



This 43-slide PowerPoint presentation on CD-ROM reviews the evidence for undertreatment of pain in minority populations, describes possible causes, and suggests measures that healthcare professionals can implement to reduce disparities.

*Item # 0ME253*

**Lawful Prescribing and Prevention of Diversion (Edition 3; 2005)**



This 46-slide PowerPoint presentation on CD-ROM with speaker notes brochure was developed in collaboration with the National Association of State Controlled Substance Authorities and the National Association of Drug Diversion Investigators. It describes the tenets of lawful prescribing and the concept of balance between lawful prescribing of controlled substances and the prevention of diversion, with many examples. It also highlights recent data from the Substance Abuse and Mental Health Services Administration, including the Drug Abuse Warning Network. This resource is suitable for a 50-to-60-minute presentation.

*Note: Edition 3 will be discontinued and replaced with the updated version (Edition 4) once the latter becomes available.*

*Item # 0ME252*

**Opioid Pharmacology: Review & Update (2005 Revision)**



A 22-slide PowerPoint presentation on CD-ROM with speaker notes in a brochure format reviews basic opioid pharmacology. There is particular emphasis on differentiating among opioid types based on their interactions at the opioid receptors responsible for mediating their analgesic effects.

*Note: This resource will be discontinued and replaced with updated slide kit (0ME273) once the latter becomes available.*

*Item # PAP005*

**Pain Management Kit**



This CD-ROM contains a diverse selection of forms and assessment tools that can be used to record pain intensity and duration, patient consent, treatment, clinical follow-up, and patient response to treatment. It also provides pain diaries for patient use, drug abuse screening tools, and reference papers that document the latest consensus on the treatment of persistent pain, the use of opioids, and authoritative definitions related to the use of opioids to treat pain. Except as noted, these forms may be duplicated for clinical use and integrated into clinical practice to enhance clinical records and to document ongoing interaction with patients.

*Medical Education Resource Catalog  23*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Nonaccredited Education

### CD-ROM Resources

*Item # 0MC296*

**Pain: An Illustrated Resource (Module 1 of 3)**



This unique source of animations on CD-ROM has been developed to provide healthcare professionals with images that illustrate our current understanding of the key processes involved in pain transmission. Module 1 focuses on the basic pathophysiology of pain transmission. All of the animations and images contained on this CD-ROM may be downloaded and used by healthcare professionals for any educational purpose.

*Item # MC296A*

**Pain: An Illustrated Resource (Module 2 of 3)**



This unique source of animations on CD-ROM has been developed to provide healthcare professionals with images that illustrate our current understanding of the key processes involved in pain transmission. Module 2 covers advanced pathophysiology and the nociceptive and neuropathic pain responses. All of the animations and images contained on this CD-ROM may be downloaded and used by healthcare professionals for any educational purpose.

*Item # 0ME209*

**Pain: An Illustrated Resource (Module 3 of 3)**



This unique source of animations on CD-ROM has been developed to provide healthcare professionals with images that illustrate our current understanding of the key processes involved in pain transmission. The final module explores therapeutic interventions for the management of nociceptive and neuropathic pain, including NSAIDs, opioids, NMDA-receptor antagonists, and combination therapies. All of the animations and images contained on this CD-ROM may be downloaded and used by healthcare professionals for any educational purpose.

*Item # 0ME012*

**Pharmacists' Knowledge of and Attitudes Toward Opioid Pain Medications**

A seven-slide PowerPoint presentation on CD-ROM with speaker notes taken from a survey of pharmacists, which suggests that incorrect knowledge and inappropriate attitudes of some pharmacists could contribute to a failure to dispense valid prescriptions for opioid analgesics to patients in pain. The survey results were first published in J Am Pharm Assoc. 2001;41:213-220.

*Item # 0ME258*

**Principles of Pain Pharmacotherapy: Continuum of Care (2005 Revision)**



A 54-slide PowerPoint presentation on CD-ROM with speaker notes that reviews the principles of and different options for pain pharmacotherapy.

*Item # 0ME008*

**The Total Cost of Pain**



A 23-slide PowerPoint presentation on CD-ROM with a historic overview and the statistics concerning the total economic and social burden of persistent pain.

*Note: This resource will be discontinued and replaced with the updated version (0ME277) once the latter becomes available.*

*Item # 0ME246*

**Urine Drug Testing in Clinical Practice: Pearls and Pitfalls (Edition 2, 2005)**



A 52-slide PowerPoint presentation on CD-ROM with speaker notes in a brochure format provides clinicians with the basic knowledge needed to rationally employ urine drug testing in clinical practice in order to improve patient care.

*Note: This resource will be discontinued and replaced with the updated version once the latter becomes available.*

*Item # 0ME268*

**We Don't Carry That (2005 Update)**



A nine-slide PowerPoint presentation on CD-ROM taken from a survey demonstrating the lack of pharmacy access to opioids in minority communities. This PowerPoint presentation is based on information from N Engl J M ed. April 2000;342(14):1023-1026 and J Pain. 2005;6:689-99.

---

*Coming in Issue 9 of the Medical Education Resource Catalog*

**The Reality of Substance Abuse & Addiction in the Healthcare Professional**

This innovative CD-ROM/DVD-combination educational resource is intended for healthcare educators, professionals, and students. The content is designed to enhance knowledge and awareness of addiction and physical dependence and the consequences of prescription drug abuse. The format provides for customization through use of the CD-ROM (PowerPoint presentation, facilitator's guide, discussion guide) and the DVD (sample presentation, video of an impaired healthcare professional).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058807

## Nonaccredited Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

### ACCP Clinical Pharmacy: Pain Management Forum



Each issue of this newsletter is supported by an educational grant from Purdue Pharma L.P., and includes News & Views, Clinical Pearls, Members in the News, Conference High-

lights, and Pain Management Resources All issues are available FOR MEMBERS ONLY of the American College of Clinical Pharmacy (ACCP) Pain Management PRN at www.accp.com, in the Pain and Palliative Care PRN section.

• Issue 1 - July 2003                • Issue 3 - August 2004
• Issue 2 - February 2004          • Issue 4 - March 2005

### Federation of State Medical Boards: Model Policy for the Use of Controlled Substances for the Treatment of Pain



*The Model Policy for the Use of Controlled Substances for the Treatment of Pain* was developed by the Federation of State Medical Boards

(FSMB) in collaboration with pain experts around the country to pro-vide guidance to state medical boards in developing state pain policies and regulations Written in the form of a model policy document, it provides language that may be used by states to clarify their positions regarding the use of controlled substances to treat pain, alleviate physician uncertainty about such practice, and encourage better pain management. The Model Policy, which revises the Federation's previous pain policy guidelines to reflect new medical insights with particular regard to the undertreatment of pain, was adopted by the FSMB in May 2004. This resource is available at www.fsmb.org, Government Relations and Policy.

*(See also Nonaccredited Education Print Resources.)*

### HPC Reporter

The Hospice and Palliative Care (HPC) Re-porter (formerly the JCC Reporter) is written for clinicians by clinicians reporting from the Annual Assemblies of the American Academy of Hospice & Palliative Medicine and Hos-



pice & Palliative Nurses Association. It contains articles reporting on sessions covering a diverse range of topics related to pain management and palliative care. Each issue is supported by an educational grant from Purdue Pharma L.P., and is available at www.hpna.org/Reporter_Overview.asp.

• Issue 1 - JCC Reporter (July 2003)
• Issue 2 - HPC Reporter (April 2004)
• Issue 3 - HPC Reporter (April 2005)

*Coming in Issue 9 of the Medical Education Resource Catalog*

**Addressing Substance Abuse Prevention (ASAP)**

A clear and concise slide module set to help healthcare professionals address substance and medication abuse in patients. Modules will include recognition of signs and symptoms of substance abuse, treatment referral, and substance abuse resources. Modules will be appropriate for presentation, individual learning, or in a course curriculum.

### Medical Education Resource Catalog (Issue 8)



The Medical Education Resource Catalog offers a wide variety of resources in a range of formats to support the educational needs of healthcare professionals in pain management. Many of the resources are accredited Continuing Education Resources, offering credits for physicians, nurses, pharmacists, case managers, and other healthcare professionals. This resource

is available at www.partnersagainstpain.com, on the home page under Professional Education Center, and under Healthcare Professionals in the Table of Contents in the subsection labeled "Education Center".

### Pain Advocacy Community (Newsletter)



This newsletter connects organizations and healthcare professionals who care about pain issues. Each issue includes topics on pain management and can be viewed at www.partnersagainstpain.com in the Pain Advocacy Community section.

### Pain Management Advocacy Toolkit



This resource provides healthcare professionals with the information needed to become an effective member of the team that raises awareness about pain management and the removal of barriers to effective pain care. This

resource is available at www.partnersagainstpain.com in the Pain Advocacy Community section.

### Pain Matters® Newsletter



Each issue of Pain Matters® (A Partners Against Pain Magazine) will focus on a different theme and will include the following sections: Spotlight article by the Editor in Chief (a leader in the pain

management field who will change with each issue), reproductions of articles on issues regarding pain and pain management, Pain Policy Update (information on new regulations, etc.), In the News (summa-ries of key issues based on newly published journal articles), Speakers re.Source (helpful tips on presentation and communication skills), Set Your Sites On (key websites for pain- and pain-management related issues), and Calendar (brief information on the quarterly pain-related conferences), plus new sections to be added issue by issue. This resource is available at www.partnersagainstpain.com.

*(See also Nonaccredited Education Print Resources.)*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058808

## Nonaccredited Education

### Internet Resources

There may be a charge for resources obtained directly from the sponsor.

**Pain Report:**
**An Update on Issues, Research, and Treatment Trends (Nos. 1-4)**



Each report is sponsored by the Danne-miller Memorial Educational Foundation and is supported by an educational grant from Purdue Pharma L.P. All issues are available at www.pain.com in the Professionals section under Pain Reports.

• Issue 1 - March 2001          • Issue 3 - May 2002
• Issue 2 - August 2001        • Issue 4 - June 2002

**Regulatory and Legal Barriers to Effective Pain Management in the Long-Term Care Setting**



"Regulatory and Legal Barriers to Effective Pain Management in the Long-Term Care Setting" is a Conference Report from the American Medical Directors 2002 Annual Meeting. This supplement, first published with the *Journal of the American Medical Directors Association* (July 2002; Vol. 3(4), Supplement), is sponsored by Purdue Pharma L.P., and is available at www.jamda.com.

**RxPATROL® (Rx Pattern Analysis Tracking Robberies and Other Losses)**



Purdue Pharma L.P. has partnered with the National Community Pharmacists Association, the National Association of Drug Diversion Investigators, the Federal Bureau of Investigation, Law Enforcement Executive Development Association, and the Pharmaceutical Security Institute to implement RxPATROL® (Rx Pattern Analysis Tracking Robberies and Other Losses), an information clearinghouse designed to collect, analyze, and share information on pharmacy robberies, burglaries, and theft of controlled substances. RxPATROL® is intended to help protect pharmacists, guard against potential robberies and burglaries, and assist law enforcement efforts in apprehending and prosecuting pharmacy robbers. This resource is available at www.rxpatrol.org.

**Shaare Zedek Cancer Pain and Palliative Care Reference Database**



This database is provided as a public service, in conjunction with the support of an educational grant from Purdue Pharma L.P. This is a searchable database of over 30,000 references related to cancer pain and palliative care. The database was developed and is maintained by Nathan Cherney, MD, who is director of the Cancer Pain and Palliative Care Service in the Oncology Department at the Shaare Zedek Medical Center in Jerusalem, Israel. It provides clinicians and researchers working in this field an unrivaled gateway to the medical literature pertaining to all aspects of pain and palliative care. The database is available at www.chernydatabase.org.

## Resources Available From Sponsor

In keeping with the approved ACCME Standards for Commercial Support, accredited materials can no longer be directly distributed by the commercial supporter.

## Accredited Continuing Education

**Print Resources**  There may be a charge for resources obtained directly from the sponsor.

### Urine Drug Testing in Clinical Practice: Dispelling the Myths & Designing Strategies (2006 Revision)

This updated monograph, authored by Douglas L. Gourlay, MD, FRCPC, FASAM, Howard A. Heit, MD, FACP, FASAM, and Yale H. Caplan, PhD, D-ABFT, provides healthcare professionals with the basic knowledge needed to rationally employ urine drug testing in clinical practice, improve patient care, and protect their practice. This monograph is sponsored by the California Academy of Family Physicians (CAFP) in cooperation with PharmaCom Group, Inc., and is supported by an educational grant from Purdue Pharma L.P. This activity is available at www.familydocs.org/cme_monographs.php.

(For hardcopy monograph, see Resources Available From Sponsor/ Accredited Continuing Education Print Resources.)

Accredited for physicians (maximum of 1.5 AMA PRA Category 1 Credit[s]) through CAFP.

*Accreditation expiration: November 1, 2008*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Pain Management Websites

Please Note: These websites are being provided for information only.

Purdue Pharma L.P. does not assume responsibility for the information provided and opinions expressed by these websites.

- **Agency for Healthcare Research and Quality:** www.ahrq.gov
- **Alliance of State Pain Initiatives:** www.aspi.wisc.edu
- **American Academy of Hospice and Palliative Medicine:** www.aahpm.org
- **American Academy of Pain Management:** www.aapainmanage.org
- **American Academy of Pain Medicine:** www.painmed.org
- **American Academy of Physician Assistants:** www.aapa.org
- **American Academy of Physician Assistants/Pain Resource Center:** www.aapa.org/clinissues/pain/
- **American Board of Pain Medicine:** www.abpm.org
- **American Chronic Pain Association:** www.theacpa.org
- **American Pain Foundation:** www.painfoundation.org
- **American Pain Society:** www.ampainsoc.org
- **American Pharmacists Association/Pain Management Partnership:** www.pharmacist.com/pain_management/pmp.cfm
- **American Medical Association:** www.ama-assn.org
- **American Nurses Association:** www.ana.org
- **American Society for Addiction Medicine:** www.asam.org
- **American Society for Pain Management Nursing:** www.aspmn.org
- **American Society of Anesthesiologists:** www.asahq.org
- **American Society of Pain Educators:** www.paineducators.org
- **American Society of Perianesthesia Nurses:** www.aspan.org
- **American Society of Regional Anesthesia and Pain Medicine:** www.asra.com
- **Centers for Disease Control and Prevention, National Center for Health Statistics:** www.cdc.gov/nchs/hus.htm
- **Center to Advance Palliative Care:** www.capc.org
- **Department of Pain Medicine and Palliative Care at Beth Israel Medical Center:** www.stoppain.org
- **Hospice and Palliative Nurses Association:** www.hpna.org
- **Institute for Healthcare Improvement:** www.ihi.org
- **Institute for Safe Medication Practices:** www.ismp.org
- **International Association for Hospice & Palliative Care:** www.hospicecare.com
- **International Association for the Study of Pain®:** www.iasp-pain.org
- **Joint Commission on Accreditation of Healthcare Organizations:** www.jcaho.org
- **The Mayday Fund:** www.edc.org/painlink **(archived information) and** www.painandhealth.org
- **National Association for Healthcare Quality:** www.nahq.org
- **National Coordinating Council for Medication Error Reporting and Prevention:** www.nccmerp.org
- **National Foundation for the Treatment of Pain:** www.paincare.org
- **National Hospice and Palliative Care Organization:** www.nhpco.org
- **National Pain Education Council:** www.npecweb.org
- **National Pain Foundation:** www.painconnection.org
- **Pain and Policy Studies Group:** www.painpolicy.wisc.edu
- **Pain & The Law, St. Louis University:** www.painandthelaw.org
- **Pain.com/Dannemiller Memorial Educational Foundation:** www.pain.com
- **Pain Treatment Topics:** www.pain-topics.org
- **Painmanagement Web:** www.painmanagementweb.com
- **Partners Against Pain:** www.partnersagainstpain.com
- **Promoting Excellence in End-of-Life Care:** www.promotingexcellence.org
- **Shaare Zedek Cancer Pain and Palliative Care Reference Database:** www.chernydatabase.org
- **Society for Pain Practice Management:** www.sppm.org
- **United States Pharmacopeia:** www.usp.org
- **Wisconsin Pain Initiative:** www.aspi.wisc.edu/wpi

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058810

# Alphabetic Index

## A, B

ACCP Clinical Pharmacy: Pain Management Forum.............................25

Addiction Assessment (2005 Revision)............................................23

Addressing Pain Related Issues During Medication Therapy Management Services:
A Tool for Practice.................................................................18

Annual Review & Update on Pain Mangement, University of California, Davis ...........6

Appropriate Prescribing of Controlled Substances...............................6

Assessment: The Essentials......................................................20

Beyond the Basics: A Case Study in Cancer Pain ...............................22

## C

Cancer Pain .....................................................................6

Cancer Pain: Assessment & Management .....................................22

*Care Management Journal/Disease Management Digest:* Pain (2004) ...........15

Cognitive Impairment: Strategies and Tools to Assess Pain ...............18,22

Community Pharmacy Perspectives on Pain: Understanding Pain...............6

Community Pharmacy Perspectives on Pain: Understanding the Law ...........7

Complexities of Caring for People in Pain ......................................18

Consensus Paper: Definitions Related to the Use of Opioids for the
Treatment of Pain.................................................................23

Continuity of Pain Management in the Elderly: Transitioning
From Setting to Setting...........................................................7

Controlled Substance Prescriptions and Pain Management: Striking a Balance.....7

Converting Opioid Analgesics: The Art & the Science..........................21

Cost Considerations in Pain Management.......................................15

## D

Disparities in Pain Management Among Medically Underserved and
Minority Populations (2006 Revision)...........................................23

Do You Find Documentation Painful?............................................21

## E

Economic Impact of Pain.........................................................21

End-of-Life Care: The Management of Pain in Palliative Medicine ...............7

Etiology-Based Treatment of Pain................................................20

Exploring the Misconceptions: Opioids in Pain Management (Issue 2)...........8

## F, G

FACETS in Pain Management (Overview) ......................................19

FACETS in Pain Management (Volume 1).......................................20

FACETS in Pain Management (Volume 2)........................................21

FACETS in Pain Management (Volume 3)........................................22

FACETS in Pain Management: Instructor's Guide ...................20, 21,22

Facets of Pain Management ....................................................20

Federation of State Medical Boards: Model Policy for the Use of
Controlled Substances for the Treatment of Pain......................16, 25

## H

Highlights of the Disease Management Congress Employer Summit.............16

Home Care Of The Hospice Patient ..........................................16

How to Meet the JCAHO Pain Standards: A Practical Guide ...................16

How to Protect Your Medicine at Home.........................................17

HPC Reporter ..................................................................25

## I, J, K

Implementing Pain Management Services in Pharmacy Practice .................8

Integrative Approaches to Pain Management ..................................15

Is It Legitimate? Strategies for Assessing Questionable Prescriptions ...........17

Is It Pain?.......................................................................20

Is It Something Other Than Pain?...............................................17

## L

The Law & Controlled Substances Prescribing (Issue 2).........................8

Lawful Opioid Prescribing and Prevention of Abuse, Misuse and Diversion .......8

Lawful Prescribing and Prevention of Diversion (Edition 3; 2005)...............23

Long-Acting Analgesics: Helping Patients With Pain Refocus on Life ...........15

## M

Management of Neuropathic Pain...............................................15

Management of Persistent Pain in Everyday Practice...........................9

Medical Education Resource Catalog (Issue 8) ........................16,23,25

Medication-Induced Constipation: Etiology, Prevention & Management..........22

Medication Therapy Management Services: Pain Management Issues
in the MTM Patient..............................................................9

## N

Neuropathic Pain...............................................................9

Neuropathic Pain: Challenges and Considerations for Management ...........18

Neuropathic Pain Pathophysiology, Treatment and Patient Management........15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058811

## O

Opioid Analgesics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Opioid Pharmacology: Review & Update (2005 Revision) . . . . . . . . . . . . . . . . . . 23

Opioid Titration: Individualizing Dose, Optimizing Therapy . . . . . . . . . . . . . . . . 21

## P, Q

Pain Advocacy Community (Newsletter) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Pain: An Illustrated Resource (Module 1 of 3) . . . . . . . . . . . . . . . . . . . . . . . . 24

Pain: An Illustrated Resource (Module 2 of 3) . . . . . . . . . . . . . . . . . . . . . . . . 24

Pain: An Illustrated Resource (Module 3 of 3) . . . . . . . . . . . . . . . . . . . . . . . . 24

Pain Management Advocacy Toolkit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Pain Management in the Older Adult: Considerations for Analgesic Use . . . . . . . . 22

Pain Management in Workers' Compensation Cases . . . . . . . . . . . . . . . . . . . . . 10

Pain Management Kit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Pain Management Part 1: End-of-Life Care . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Pain Management Part 2: Breaking Down Barriers to Effective Pain Control . . . . . 10

Pain Management Part 3: Patient-Centered Care for Chronic
Nonmalignant Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Pain Management Part 4: Holistic Care for Cancer Pain . . . . . . . . . . . . . . . . . . 10

Pain Management Series (American Osteopathic Association) . . . . . . . . . . . . . . . 10

Pain Management: The Online Series (American Medical Association) . . . . . . . . . 10

Pain Management Websites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Pain Matters® Newsletter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17,25

The Pain Processing Pathways . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Pain Report: An Update on Issues, Research, and
Treatment Trends (Nos. 1-4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Pain Report: An Update on Issues, Research, and
Treatment Trends (Nos. 5 & 6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Pain Report: Focus on Long-Acting Opioids (No. 7) . . . . . . . . . . . . . . . . . . . . 11

Pain Report: Focus on Back Pain (No. 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Pain Report: Rational Polypharmacy:
Using the Evidence to Effectively Treat Chronic Pain (No. 10) . . . . . . . . . . . . . . 12

Pain Report: Update on the Pharmacologic Management of Cancer Pain (No. 9) . . . 12

Palliative and End-of-Life Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Palliative Care: Improving Quality of Life Across the Continuum of Care . . . . . . . . 18

Persistent Pain Management: Challenge of Long-Term Opioid Therapy . . . . . . . . 12

Pharmacist and Patient Perspectives on Pain Management . . . . . . . . . . . . . . . . 13

A Pharmacist's Guide to the Clinical Assessment and Management of Pain . . . . . . 13

Pharmacists' Knowledge of and Attitudes Toward Opioid Pain Medications . . . . . . 24

Pharmacists' Responsibilities in Managing Opioids: 2005 Update . . . . . . . . . . . . 13

The Pharmacist's Role in the Medication Therapy Management of Chronic Pain . . . 13

A Primer on Addiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Principles of Pain Pharmacotherapy: Continuum of Care (2005 Revision) . . . . . . . 24

Providing Relief – Preventing Abuse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Psychosocial Issues in Pain and its Management . . . . . . . . . . . . . . . . . . . . . . 15

## R

Regulatory and Legal Barriers to Effective Pain Management in the
Long-Term Care Setting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Relief of Persistent Pain: Implications for Function and Quality of Life . . . . . . . . . 14

RxPATROL® (Rx Pattern Analysis Tracking Robberies and Other Losses) . . . . . . . 26

## S

Shaare Zedek Cancer Pain and Palliative Care Reference Database . . . . . . . . . . . 26

Suffering in Silence: Identifying More Patients With Undiagnosed Pain . . . . . . . . . 15

Symposium on Pain Management & Palliative Care . . . . . . . . . . . . . . . . . . . . . 15

## T

The Total Cost of Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

## U

An Update on Clinical and Ethical Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . 14

Urine Drug Testing in Clinical Practice: Dispelling the Myths &
Designing Strategies (2006 Revision) . . . . . . . . . . . . . . . . . . . . . . . . . . . 14,26

Urine Drug Testing in Clinical Practice: Pearls and Pitfalls (Edition 2, 2005) . . . . . 24

## V

A Visual Aid for Patients in Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

## W, X, Y, Z

We Don't Carry That (2005 Update) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058812

# Accreditation By Discipline

Please refer to indicated pages for full information on accreditation
(including accredited provider, number of contact hours, accreditation expiration, etc.)

## Physicians

Annual Review & Update on Pain Management. . . . . . . . . . . . . . . . . . . . . . . . . . .6

Cancer Pain. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

End-of-Life Care: The Management of Pain in Palliative Medicine . . . . . . . . . . . . .7

Exploring the Misconceptions: Opioids in Pain Management/Issue 2 . . . . . . . . . . .8

The Law & Controlled Substances Prescribing/Issue 2. . . . . . . . . . . . . . . . . . . . .8

Lawful Opioid Prescribing and Prevention of Abuse, Misuse and Diversion . . . . . . .8

Neuropathic Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Opioid Analgesics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Pain Management: The Online Series/American Medical Association . . . . . . . . . . .10

The Pain Processing Pathways. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: An Update on Issues, Research, and Treatment Trends/No. 5. . . . . .11

Pain Report: An Update on Issues, Research, and Treatment Trends/No. 6. . . . . .11

Pain Report: Focus on Long-Acting Opioids/No. 7. . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Focus on Back Pain/No. 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Rational Polypharmacy—
Using the Evidence to Effectively Treat Chronic Pain/No. 10. . . . . . . . . . . . . .12

Pain Report: Update on the Pharmacologic Management of Cancer Pain/No. 9. . . .12

Persistent Pain Management: Challenge of Long-Term Opioid Therapy . . . . . . . . .12

An Update on Clinical and Ethical Guidelines. . . . . . . . . . . . . . . . . . . . . . . . . . .14

Urine Drug Testing in Clinical Practice:
Dispelling the Myths & Designing Strategies/2006 Revision. . . . . . . . . . . . . . .14

## Osteopathic Physicians

Pain Management Part 2: Breaking Down Barriers to Effective Pain Control . . . . . .10

Pain Management Part 3: Patient-Centered Care for Chronic Nonmalignant Pain . .10

Pain Management Part 4: Holistic Care for Cancer Pain. . . . . . . . . . . . . . . . . . . .10

Relief of Persistent Pain: Implications for Function and Quality of Life. . . . . . . . . .14

## Nurses

Cancer Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Continuity of Pain Management in the Elderly: Transitioning From Setting to Setting .7

Lawful Opioid Prescribing and Prevention of Abuse, Misuse and Diversion . . . . . . 8

Management of Persistent Pain in Everyday Practice. . . . . . . . . . . . . . . . . . . . . .9

Neuropathic Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Opioid Analgesics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Pain Management in Workers' Compensation Cases. . . . . . . . . . . . . . . . . . . . . .10

The Pain Processing Pathways. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: An Update on Issues, Research, and Treatment Trends/No. 5. . . . . .11

Pain Report: An Update on Issues, Research, and Treatment Trends/No. 6. . . . . .11

Pain Report: Focus on Long-Acting Opioids/No. 7. . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Focus on Back Pain/No. 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Rational Polypharmacy— Using the Evidence to Effectively
Treat Chronic Pain/No. 10. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Pain Report: Update on the Pharmacologic Management of Cancer Pain/No. 9 . . .12

Persistent Pain Management: Challenge of Long-Term Opioid Therapy . . . . . . . . .12

Relief of Persistent Pain: Implications for Function and Quality of Life. . . . . . . . . .14

An Update on Clinical and Ethical Guidelines. . . . . . . . . . . . . . . . . . . . . . . . . . .14

## Case Managers

Continuity of Pain Management in the Elderly: Transitioning From Setting to Setting .7

Pain Management in Workers' Compensation Cases. . . . . . . . . . . . . . . . . . . . . .10

## Pharmacists

Cancer Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Community Pharmacy Perspectives on Pain: Understanding Pain. . . . . . . . . . . . . .6

Community Pharmacy Perspectives on Pain: Understanding the Law . . . . . . . . . . .7

Controlled Substance Prescriptions and Pain Management: Striking a Balance . . . . .7

Implementing Pain Management Services in Pharmacy Practice . . . . . . . . . . . . . . .8

Lawful Opioid Prescribing and Prevention of Abuse, Misuse and Diversion . . . . . . .8

Medication Therapy Management Services:
Pain Management Issues in the MTM Patient. . . . . . . . . . . . . . . . . . . . . . . . .9

Neuropathic Pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

Opioid Analgesics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

The Pain Processing Pathways. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Focus on Long-Acting Opioids/No. 7. . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Focus on Back Pain/No. 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Pain Report: Rational Polypharmacy— Using the Evidence to
Effectively Treat Chronic Pain/No. 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Pain Report: Update on the Pharmacologic Management of Cancer Pain/No. 9. . . .12

Palliative and End-of-Life Care. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12

Persistent Pain Management: Challenge of Long-Term Opioid Therapy . . . . . . . . .12

Pharmacist and Patient Perspectives on Pain Management . . . . . . . . . . . . . . . . .13

A Pharmacist's Guide to the Clinical Assessment and Management of Pain . . . . . .13

Pharmacists' Responsibilities in Managing Opioids: 2005 Update . . . . . . . . . . . .13

The Pharmacist's Role in the Medication Therapy Management of Chronic Pain . . .13

An Update on Clinical and Ethical Guidelines. . . . . . . . . . . . . . . . . . . . . . . . . . .14

## Physician Assistants

Appropriate Prescribing of Controlled Substances. . . . . . . . . . . . . . . . . . . . . . . .6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058813

*Visit* www.partnersagainstpain.com
*for additional resources, including:*

- Professional Education Center
- Pain Advocacy Community
- Resources and information for healthcare professionals, patients and caregivers, and health systems





# Medical Education
# Resource Catalog

## Issue 8 January 2007



Purdue Pharma L.P.
Medical Education

© 2006, 2007, Purdue Pharma L.P., One Stamford Forum, Stamford, CT 06901-3431   A7899-6  00R343

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004058815