# PSJ2 Exh 51

**Note from Clinical Development & Education (CD&E)**
**regarding: PER #11018 - American Pain Society:**

Responsibility for preparing/updating clinical practice guidelines relevant to pain has been transferred from the AHCPR to the American Pain Society. The APS had requested industry support, in the form of unrestricted educational grants of $150,000 - $450,000 from corporate APS members to continue the guideline development process.

CD&E, through discussions with members of the APS Board of Directors and Guidelines Committee, conveyed to APS that, while Endo was committed to supporting both the APS and the guideline development process, the grant requested was prohibitively large for a company of our size. CD&E proposed instead, a smaller grant, while at the same time suggesting that we might provide other resources (e.g .ideas and contacts within the primary care community) which would facilitate the dissemination/adoption of the guidelines once they were completed.

The APS Board and Committee accepted this proposal, resulting in the following agreement:

- Endo will commit $25,000 ($10,000 in 1998; $15,000 in 1999) to the guideline development process
- Endo will be recognized as a "founding member" of the APS Guideline Project and will be acknowledged appropriately in all materials developed/distributed by the Committee
- CD&E will sit on the founding members' guideline committee and provide input into topics for guideline development, as well as suggestions of clinicians for participation in the guideline development process, methods of dissemination/adoption, etc.
- As a founding member of the guideline committee, Endo will be entitled to access/distribute copies of the guidelines through CD&E, and if approved by Endo's PMRB, through our sales representatives.

The attached PER represents the 1998 portion of the guideline development/dissemination grant.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-06234663