# PSJ2 Exh 53



**20th Anniversary**
**AMERICAN PAIN SOCIETY**

A National Chapter of the International
Association for the Study of Pain

June 18, 1998

Harry Lazarus, PharmD.
Senior Executive Director
Medical Education & Professional Relations
The Purdue Frederick Company
100 Connecticut Ave.
Norwalk, CN 06850-3590

Dear Harry:

This is to acknowledge receipt, with our deep appreciation, of your first of three annual contributions of $50,000 to help support the APS Clinical Practice Guidelines Development and Dissemination Program.

As you know APS is taking the lead in developing evidence based guidelines by completing guidelines for pain in sickle cell disease, updating the AHCPR Cancer Pain Guidelines and developing guidelines on other pain topics over the next 18 months. We strongly believe that we can positively influence the quality of pain management through this effort.

Your continued support of APS in this and so many other programs is greatly appreciated and we look forward to working with you in the future.

Sincerely,

Gerald Gebhart, PhD
APS President



RECEIVED 1998
Harry Lazarus

cc: A. Jacox, PhD
    B. Kurowski, PhD

aps\cmt\cpguidel\acknwltr



4700 W. Lake Avenue
Glenview, IL 60025-1485
847/375-4715
Fax 847/375-4777
E-mail info@ampainsoc.org
http://www.ampainsoc.org/

**1997-1998 AMERICAN PAIN SOCIETY BOARD OF DIRECTORS**

| President | Treasurer | Directors-at-Large | |
|---|---|---|---|
| GERALD F. GEBHART, PHD | CHRISTINE MIASKOWSKI, PHD RN | LINDA R. WATKINS, PHD | JUDITH A. PAICE, PHD RN |
| President-Elect | Secretary | KAREN L. SYRJALA, PHD | RICHARD B. PATT, MD |
| RUSSELL PORTENOY, MD | FRANCIS J. KEEFE, PHD | JUNE L. DAHL, PHD | DENNIS C. TURK, PHD |
| Immediate Past President | | MICHAEL ALAN ASHBURN, MD MPH | Executive Director |
| MARTIN GRABOIS, MD | | SAMUEL F. DWORKIN, DDS PHD | RICHARD G. MUIR |
| | | KIMBERLY CALDER, MPS | |

8116403775

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1715128672

PKY181775488

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1715128673

PKY181775489



| PAYOR | VENDOR NO. | VENDOR NAME | CHECK NO. |
|---|---|---|---|
| The Purdue Pharma Company | 287 | AMERICAN PAIN SOCIET | 3406 |

| INVOICE DATE | INVOICE NO. | DESCRIPTION | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 22-APR-98 | 22-APR-98 | GOLDIN: APS CLINICAL PRACTICE G | 0.00 | 50,000.00 |
| | | TOTALS | | 50,000.00 |

**REMITTANCE ADVICE**

The Purdue Pharma Company
100 Connecticut Avenue
Norwalk, CT 06856

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801-1167

62-26 / 311

CHECK NO. 3406

DATE 06-MAY-98   PAY   Fifty thousand and 00/100 Dollars***

PAY THIS AMOUNT ONLY
$50,000.00

VOID 90 DAYS FROM DATE ISSUED

PAY TO THE ORDER OF
AMERICAN PAIN SOCIETY APS
C/O B.KUROWSKI PHD
4700 WEST LAKE AVE
GLENVIEW, IL 60025

AUTHORIZED SIGNATURE

8116403776

**THE PURDUE FREDERICK COMPANY — MEDICAL EDUCATION DEPARTMENT**
**CORPORATE RELATIONS EDUCATIONAL GRANT/DONATION FORM**

Organization:     American Pain Society
Contact:          Bettina Kurowski, Ph.D.
Address           4700 West Lake Avenue
City/State:       Glenview, Illinois 60025-1485

Date(s) of meeting (if applicable):

**FINANCIAL SUPPORT INFORMATION:**

Type (as directed by Provider)    :    ☒ Educational Grant          ☐ Donation
                                       ☐ Provider to reimburse Speaker    ☐ Support of Exhibit

For support of:    <u>APS Clinical Practice Guidelines Program</u>

**TOTAL AMOUNT:**   $50,000.00

**CHECK INFORMATION**

PAY TO:    American Pain Society
           c/o: Bettina Kurowski, Ph.D.
           4700 West Lake Avenue
           Glenview, Illinois 60025-1485

**COPY**

If you have any questions, please call Corporate Relations Coordinator at Purdue Frederick (203) 854-7240.

(For PF Office Use Only)    Date to Accounting Department    4/22/98

Requested by: <u>Andria Goldin/Medical Education</u>    Description:

General Ledger No. <u>67110-4800</u>              M/E_____

PPLP/0208 ☐          PF/0101 ☐          PP 209 ☒

Approved by: _____          Med Ed Use _____

cc: , 0
R. Reave
OK D Geek 23 April 1998

SEND CHECK BACK TO ANDRIA GOLDIN
MED ED

P

8116403777

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        PDD1715128674

PKY181775490
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# The Purdue Frederick Company

100 CONNECTICUT AVENUE, NORWALK, CONNECTICUT 06850-3590 • (203) 853-0123 FAX (203) 838-1576

05/15/98

Bettina Kurowski, Ph.D.
American Pain Society
4700 West Lake Avenue
Glenview, Illinois 60025-1485

Dear Dr. Kurowski:

Attached is our check for $50,000.00 to help support the American Pain Society Clinical Practice Guidelines Program.

As always, we are very pleased to be able to support one of your very worthy endeavors. And, we appreciate your interest in our Company.

Sincerely,

*Harry Lazarus*
(Signed in his absence)
Harry Lazarus, Pharm.D., MRPharmS.
Senior Executive Director
Medical Education & Professional Relations

HL/ag

Cc: R. Reder

DEDICATED TO PHYSICIAN AND PATIENT

8116403778

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1715128675

PKY181775491

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**KUROWSKI & COMPANY, INC.**
**MANAGED CARE SOLUTIONS**

Tel: 310-826-0778
Fax: 310-826-4319
E-mail: bkurowski2@aol.com
12016 Wilshire Blvd., Suite 1
Los Angeles, CA 90025

December 9, 1997

Harry Lazarus, Pharm D.
Executive Director
The Purdue Frederick Company
100 Connecticut Avenue
Norwalk, CT 06850

Dear Dr. Lazarus:

It wanted to thank you for taking the time to talk to me last week about the efforts of the APS Clinical Practice Guidelines Committee. I had heard of your previous support of the Society, and I was not disappointed.

As you contemplate the level of support potentially available from Purdue Frederick, I want to remind you of the groundbreaking nature of the efforts upon which the Society is about to embark. We not only intend to implement an ongoing guideline development process, beginning with the four to which I have previously referred in my earlier letter; but of equal importance is a new commitment from the Society to invest the funds necessary to assure that the guidelines are used. This will entail a major provider and patient education effort, the likes of which have not been seen eminating from a professional society. Which is why we need your support of a magnitude significantly greater than in the past.

What we are hoping is that Purdue Frederick will be able to match the gift of Janssen of $500,000 over three years. As a Charter Member of the Friends of APS you will receive a full business plan for the efforts which will encompass a detailed description of the program, time horizons, workplan, and budget. You will also receive quarterly reports on our progress. Obviously, we expect that your gift will be linked to adequate progress as demonstrated in those reports. We intend to ask you to contribute advice and counsel as we progress which will not be requested of organizations other than those in our Charter membership group. We are particularly hopeful that the expertise of Purdue Frederick will be made available to our Committee as we plan and implement the guidelines education and marketing program.

8116403779

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1715128676

PKY181775492

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

As you requested, I will be calling you during the week of December 15 to get your response. In the meantime, if I can provide you with additional information on our plans, please do not hesitate to contact me directly. I am sure that the members of the Committee would be glad to answer any of your questions as well.

Sincerely Yours,

*Bettina Kurowski*

kk

Bettina Kurowski, Ph.D.
Acting Director of Development
Clinical Guidelines Program
American Pain Society

Cc: Ada Jacox, M.D.
Dick Muir

8116403780

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1715128677

PKY181775493

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



**20th Anniversary**
**AMERICAN PAIN SOCIETY**

A National Chapter of the International
Association for the Study of Pain

33 4

February 25, 1998

RECEIVED
MAR 2 4 1998
ROBERT F. REDER, M.D.

Harry Lazarus, Pharm D.
The Purdue Frederick Company
100 Connecticut Avenue
Norwalk, CT 06850

Dear Dr. Lazarus:

I want to thank you for the opportunity to speak with you recently about the potential interest of your organization in our Clinical Practice Guidelines Program. We have taken your comments and suggestions quite seriously and incorporated them into the enclosed proposal as appropriate. We hope you will agree that the Program is more exciting and better than ever.

We are hopeful that after carefully considering our request, you will find it possible to become a *Friend* of the APS Clinical Practice Guidelines Program. I will call you in a couple of weeks to answer any questions you may have and inquire about your interest level in our efforts. In the meantime, should you want to speak to someone about the Program, please feel free to call any of the members of the Steering Committee or Richard Muir, the Executive Director of our Society. Each of their phone numbers is contained in the request.

We look forward to your reply in anticipation of the possibilities afforded patients throughout the world through your generosity.

Sincerely yours,

Bettina Kurowski
kk

Bettina Kurowski, Ph.D.
Acting Director of Development

4700 W. Lake Avenue
Glenview, IL 60025-1485
847/375-4715
Fax 847/375-4777
E-mail info@ampainsoc.org
http://www.ampainsoc.org/

**1997-1998 AMERICAN PAIN SOCIETY BOARD OF DIRECTORS**

| President | Treasurer | Directors-at-Large | |
|---|---|---|---|
| GERALD F. GEBHART, PHD | CHRISTINE MIASKOWSKI, PHD RN | LINDA R. WATKINS, PHD | JUDITH A. PAICE, PHD RN |
| President-Elect | Secretary | KAREN L. SYRJALA, PHD | RICHARD B. PATT, MD |
| RUSSELL PORTENOY, MD | FRANCIS J. KEEFE, PHD | JUNE L. DAHL, PHD | DENNIS C. TURK, PHD |
| Immediate Past President | | MICHAEL ALAN ASHBURN, MD MPH | Executive Director |
| MARTIN GRABOIS, MD | | SAMUEL F. DWORKIN, DDS PHD | RICHARD G. MUIR |
| | | KIMBERLY CALDER, MPS | |

8116403781

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1715128678

PKY181775494

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)