# PSJ2 Exh 57

**To:** 'Barry Eliot Cole'[kmit@ix.netcom.com]
**From:** Reder, Robert
**Sent:** Thur 5/17/2001 10:40:29 AM
**Subject:** RE: Cleveland Free Times
FR SimLang June2001.doc

Dr. Cole.

Thank you for all your support.

Your colleagues will be briefed on May 24th. If you review the agenda for the meeting, you will note that the issues to be discussed may have a much broader impact than just Purdue. The pain management movement needs to be alert and comment on proper pain assessment and management.

Sincerely,


_____
Robert F. Reder, M. D.
Vice President, Medical Affairs and Worldwide Drug Safety
Purdue Pharma L.P.
One Stamford Forum
Stamford, Connecticut 06901-3431
203-588-7220
203-588-6296 (fax)
dr.robert.reder@pharma.com

>    -----Original Message-----
>    **From: Barry Eliot Cole [mailto:kmit@ix.netcom.com]**
>    **Sent:** Thursday, May 17, 2001 11:27 AM
>    **To:** Reder, Robert
>    **Subject:** Re: Cleveland Free Times

Dr. Reder,

No, I won't be able to go to the FDA meeting in MD as I am taking my sons to
Europe for 3 weeks on 6/15. May I provide a written statement for Purude's
support? I have my Masters in Public Administration and would be happy to
prepare something as an individual or in some official capacity with the
American Academy of Pain Management. Dr. Richard Weiner, Executive Director of
the Academy, will be attending your briefing in CT next week. We will be happy
to support you and Purdue in any way that we can as a not-for-profit
educational, membership, credentialing, accreditation organization. Please know
that we think the best of Purdue and that this is all just "too much about
nothing."

Barry Cole

"Reder, Robert" wrote:

> Dear Dr. Cole,
>
> Thanks for the information. Much appreciated.
>
> Will you be attending the FDA Advisory Committee meeting in Maryland on June
> 14/15?
>

CONFIDENTIAL                                                                                               PPLPC029000042442

> Sincerely,
> _____
> Robert F. Reder, M. D.
> Vice President, Medical Affairs and Worldwide Drug Safety
> Purdue Pharma L.P.
> One Stamford Forum
> Stamford, Connecticut 06901-3431
> 203-588-7220
> 203-588-6296 (fax)
> dr.robert.reder@pharma.com
>
> -----Original Message-----
> From: Barry Eliot Cole [mailto:kmit@ix.netcom.com]
> Sent: Thursday, May 17, 2001 10:04 AM
> To: robert.reder@pharma.com
> Subject: Cleveland Free Times
>
> << File: OXYCON JOB.doc >> << File: OXYMORONS.doc >> <<
> File: LETTERS TO THE EDITOR about OxyContin.doc >> Dr. Reder,
>
> Thought you'd like to see these items before next weeks
> meeting in CT.
> Due to a prior commitment with the VHA system (where I now
> serve as the
> National Chair for their Clinical Advantage Pain Initiative)
> I will not
> be able to attend. Representing the Am Acad of Pain
> Management will be
> Dr. Richard Weiner, Exec Director; Dr. Nelson Hendler,
> member of the
> Board of Advisors; Carl McNeely, CS, Past President of the
> AAPM.
>
> I am attaching some articles and letters from the Cleveland
> Free
> Times...all very supportive of OxyContin and calling into
> question what
> may be entirely manufactured news. I have spoken with the
> reporter 3
> times. He is asking all of the right questions about the
> OxyContin
> "scare."
>
> Thanks for you recent letter to me in support of the Am Acad
> Pain
> Management and your plan to revise the speakers slide set.
> As always I
> appreciate the time taken by very busy people. I look
> forward to seeing
> you before too long. Please consdier attending the Acad
> meeting at the
> Crystal Gateway Marriott in Arlington, VA 9/6-9.
>
> Barry Cole

CONFIDENTIAL
PPLPC029000042443