# PSJ2 Exh 58

**To:** Haddox, Dr. J. David[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HaddoxJ]
**From:** Hogen, Robin
**Sent:** Sat 8/5/2000 8:19:09 PM
**Subject:** FW: Two Quick Things

I can't wait for Jim to ask us for a big grant - and at the same time dis-invite you off the SAB. Now that is gutsy - and stupid.

I think we need to stand our ground - if they want our bucks (and they honestly connot survive without industry support) they are going to have to learn to live with "industry" reps on their board. I don't think they can expect huge grants without some say in governance.

Do you agree?
RH
-----Original Message-----
**From:** Jim Guest [mailto:jguest@erols.com]
**Sent:** Friday, August 04, 2000 12:29 PM
**To:** Dave Haddox
**Cc:** Hogen, Robin; Richard Sackler
**Subject:** Two Quick Things

Dave,

I'm looking forward to seeing you Monday. In the meantime, two things:

(1) "STOP PAIN NOW!" CAMPAIGN.

Thanks for your suggestions on the campaign plan. They're helpful.

-- Regarding partnerships, we're approaching groups like APS, AAPM, ACPA and many others as we speak. I have a list of over 30 groups we are seeking as partners. Several groups have to get Board approval first. Already signed on are the American Academy of Hospice and Palliative Medicine and the American Society of Pain Management Nurses, but we will have much bigger and better known organizations as partners.

-- Regarding our relationship to the National Pain Foundation, let's talk. I'd welcome your insights.

-- Regarding minority issues, I agree we should approach Dr. Satcher. Let's discuss how to approach.

-- Regarding "hidden epidemic" or "silent epidemic," I've heard both of them used. We prefer "hidden epidemic," but all of our messages are going to be tested and refined before we go public.

-- Regarding the Pain Pledge, we got a copy of AAPM's document. It appears to be different from what we have in mind.

-- Regarding providing citations for facts, I think it slows the reading to add footnotes or sources as part of the document. What we will probably do is add a separate appendix with "facts about pain" with citations on sources.

-- Regarding your membership on the Scientific Advisory Committee, I meant to add your name back on (it was mistakenly omitted in the previous draft) but I just noticed this morning that it was not done; it will appear in the hard copy that I bring on Monday. The issue that the APF Board has raised and we need to consider is the question of industry executives on the Board of Directors or the Scientific Advisory Committee. The APF Board has already taken the position that as a consumer organization we should zealously protect our reputation for impartiality and independence -- avoiding even the appearance of conflict of interest -- and therefore the Board decided from the outset that APF would not have industry representatives on the Board. We have possible concerns about the Scientific Advisory Committee as well, as a matter of appearance; and actually I have a thought on a different and much-needed role that you might consider with APF. Let's talk about all of this at your convenience.

(2) SO-CALLED "PAIN RELIEF PROMOTION ACT"

I'll bring you up to date on Monday. We have substantially ramped up our anti-PRPA campaign. With regard to AAPM and the Pain Care Coalition, I thought I e-mailed you earlier on this as part of a larger e-mail, but I can't find it and may not have. After the Senate Judiciary Committee reported the bill as amended by Sen. Hatch, the Pain Care Coalition met (without June Dahl, who is one of the APF representatives to the PCC and who vehemently opposes PRPA), and decided to change its position once again and support the bill. They sent a letter to that effect to Hatch. I talked at length with Phil Lippe and he said that because the Hatch amendments included some things that the Pain Care Coalition wanted and asked for -- e.g., declaring this to be the "Decade of Pain Control and Research" -- they thought that for credibility reasons they needed to get on board. And June Dahl tells me that at a subsequent APS Board meeting the Hatch version was described in reassuring language and the APS Board was not alarmed. I think they're misguided, but that's the situation. Any thoughts?

Thanks, Dave. I'll give you a call this afternoon on the chance that you're available. Or you can call me at 410-385-5260. In any event, I'll see you Monday

Jim

James A. Guest
Executive Director
American Pain Foundation
111 S. Calvert St., Suite 2700
Baltimore, MD 21202

Phone: 410-385-5260
Fax:    410-385-1832
E-mail: jguest@erols.com
Website: www.painfoundation.org