PSJ2 Exh 61

**To:** Bannon, Timothy[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=BANNONT]
**Cc:** Bennett, Pamela[/O=PURDUE/OU=PURDUE US/CN=SALES AND MARKETING - FIELD/CN=BENNETTP]; Hogen, Robin[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=HOGENR]
**From:** Done-Lagemann, Jeannette
**Sent:** Thur 3/13/2003 5:06:17 PM
**Subject:** RE: Purdue PHARMA FUND  financial support for AACPI (Ohio Pain Initiative)

Tim,

Per Pam's suggestion, since the Ohio Pain Initiative is a chapter of the
American Alliance Cancer Pain Initiatives, I've now updated the PPFund chart
below to reflect this contribution.

Financial support from PURDUE PHARMA FUND:

|  | 2001 | 2002 | 2003 |
|---|---|---|---|
| National Medical Association | 0 | $50,000 | 0 |
| American Pain Foundation | $525,000* | 0 | 0 |
| National Foundation for Treatment of Pain | 0 | $12,500 | 0 |
| Ohio Pain Initiative American Alliance of Cancer Pain Initiatives (Matching contribution) | $100,000 | 0 | $105,000 |

Jeannette

*Spread over two-year period:  2001 and 2002

Original Message-----
From: Bennett, Pamela
Sent: Wednesday, March 12, 2003 5:21 PM
To: Done-Lagemann, Jeannette
Subject: RE: Purdue PHARMA FUND financial support for NMA and APF,
National Foundation for Treatment of Pain and Ohio Pain Initiative

The American Alliance of Cancer Pain Initiatives AACPI...Ohio Pain initiative is a chapter
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Bennett, Pamela
Sent: Tuesday, March 11, 2003 11:49 PM
To: 'Done-Lagemann, Jeannette'; Bannon, Timothy

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Subject: RE: Purdue PHARMA FUND financial support for NMA and APF,
National Foundation for Treatment of Pain and Ohio Pain Initiative

I think we funded NFTP with funds in 2001...and though we did not directly fund the Ohio CPI...we did fund their national organization in 2001,2 and 3

-----Original Message-----
From: Done-Lagemann, Jeannette
Sent: Tuesday, March 11, 2003 4:23 PM
To: Bannon, Timothy
Cc: Bennett, Pamela
Subject: RE: Purdue PHARMA FUND financial support for NMA and APF,
National Foundation for Treatment of Pain and Ohio Pain Initiative

-----Original Message-----
From: Bannon, Timothy
Sent: Tuesday, March 11, 2003 3:06 PM
To: Done-Lagemann, Jeannette
Subject: RE: Purdue financial support for NMA and APF, National
Foundation for Treatment of Pain and Ohio Pain Initiative

right

-----Original Message-----
From: Done-Lagemann, Jeannette
Sent: Tuesday, March 11, 2003 1:04 PM
To: Bannon, Timothy
Cc: Bennett, Pamela
Subject: RE: Purdue financial support for NMA and APF, National
Foundation for Treatment of Pain and Ohio Pain Initiative
Importance: High

Tim,

Pam is right...

No problem:
It is exactly what I am in the process of doing... years 2001, 2002 and 2003 (correct?)
shall get back to you asap!

Jeannette

-----Original Message-----
From: Bannon, Timothy
Sent: Tuesday, March 11, 2003 12:51 PM
To: Done-Lagemann, Jeannette

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC024000087262

Subject: FW: Purdue financial support for NMA and APF, National
Foundation for Treatment of Pain and Ohio Pain Initiative

Notice the volunteering done for you by Pam.

-----Original Message-----
From: Bennett, Pamela
Sent: Tuesday, March 11, 2003 12:49 PM
To: Bannon, Timothy
Cc: Done-Lagemann, Jeannette
Subject: RE: Purdue financial support for NMA and APF, National
Foundation for Treatment of Pain and Ohio Pain Initiative

She can coordinate with Harry and Med Ed
-------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Bannon, Timothy <Timothy.Bannon@pharma.com>
To: Bennett, Pamela <Pamela.Bennett@pharma.com>
Sent: Tue Mar 11 12:47:41 2003
Subject: RE: Purdue financial support for NMA and APF, National Foundation for Treatment of Pain and
Ohio Pain Initiative

For all organizations?  Don't we also provide grant money which Jeannette would not know about?

 -----Original Message-----
From:   Bennett, Pamela
Sent:   Tuesday, March 11, 2003 12:26 PM
To:      'Bannon, Timothy'; A. J. Donelson (E-mail)
Subject:         RE: Purdue financial support for NMA and APF, National Foundation for Treatment of
Pain and Ohio Pain Initiative

Jeanette should be able to get the information for you

 -----Original Message-----
From:   Bannon, Timothy
Sent:   Tuesday, March 11, 2003 12:01 PM
To:      Bennett, Pamela; Done-Lagemann, Jeannette; Heins, James; Hogen, Robin; Zooper, Joan
Subject:         Purdue financial support for NMA and APF, National Foundation for Treatment of Pain
and Ohio Pain Initiative
Importance:     High

All:

I need to know the $$'s for these organizations in anticipation of questions in Cincinnati at the Howland
hearing.  Can you provide/direct me to a person who can provide.  This is really important, so I look
forward to any guidance you can provide.

Tim

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER