# PSJ2 Exh 62

| | |
|---|---|
| **From:** | Smith, Christina [JANUS] |
| **To:** | Reid, Brian [JANUS] |
| **CC:** | Moskovitz, Bruce [JANUS] |
| **Sent:** | 11/4/2003 9:40:56 PM |
| **Subject:** | FW: Educational grants from team |

Brian,

This is the total Analgesia GI MSL spend for grants. $125,000 will be transferred from IIS to grants, with the remaining $236,000 to be spent from the "extra" money.

Christina

Christina Cognata Smith, PharmD, MBA, CHE
Associate Director, Medical Affairs
Analgesia & Mycology
Janssen Pharmaceutica
1125 Trenton Harbourton Rd.
Titusville, NJ 08560
Phone: 609 730 7671
Fax: 609 730 6538
e-mail: csmith17@janus.jnj.com

Confidentiality notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Janssen Pharmaceutica, Inc. can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Message-----
**From:** Cole, Michele [JANUS]
**Sent:** Monday, November 03, 2003 8:12 PM
**To:** Smith, Christina [JANUS]
**Subject:** FW: Educational grants from team

Hi Christina:

Below is information on the proposed additions to the budgets:
HT: $205,500
MR: $68,200
JM: $15,000
MC: $40,000
KD: $32,300
Total: $361,000

Have a good day,

Michele

**Payne APPEAL modules $30,000**
**Portenoy PC web unit $150,000**
**Carr Tufts lecture series $10,000**
**Choi visiting prof. $4000**
**Ross fellows conf $6500**
**Ballantyne visit. prof. $4000**

**Total from HT $205,500**

Pain Management CME program organized by Interactive Multimedia Artists (IMA) co-sponsored by UC San Diego for *additional $ 50,000.*

UCLA Comprehensive review of Pain Management organized by UCLA CME office for *$10,000*

Pain Assessment and Management CME program organized by Talaria Inc (Dr. C Chabal) for *$ 4,200.00*

Pain Management CME Seminar organized by DannerMiller Foundation for **$4,000**
*MR: Total $68,200.00 (in case the first Ed. Grant for $50,000 will get approved)*

JM: at Moffitt Cancer Center. The program is the 2004 Spectrum of Pain Conference $25,000

Michele Cole:
World Pain Organization annual meeting - 25,000
Vanderbilt pain management symposia - 10,000
Department of Health of Philadelphia - 5,000
Total: 40,000

KD:
Ohio Pain initiative 1200
K. Herr LTC 1100
Janseen Scholars 25000
Michael Hicks Cle. Clinic Pain program 5000