# PSJ2 Exh 63

**File Provided Natively**

Confidential

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                                    (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Dr. Tarun Mehra | AcipHex, Risperdal | A | | | Speaker for Janssen, large Medicaid practice in Columbus with 3 other physicians mentioned below | Bill Brunke, Selby Hansen, Darlene Quebedeaux |
| Dr. William Washington | AcipHex, Risperdal | A | | | Speaker for Janssen, large Medicaid practice in Columbus with 3 other physicians mentioned below | Anisa Bell, Bill Brunke, Selby Hansen, Darlene Quebedeaux |
| Fleming | AcipHex, Risperdal | A | | | Speaker for Janssen, large Medicaid practice in Columbus with 3 other physicians mentioned below | |
| Benard Palma | AcipHex, Risperdal | A | | | Does not speak for Janssen but does have largest Medicaid office in Columbus.  Please work with representatives before contacting him | Selby Hansen, Darlene Quebedeaux |
| | | | | | | |
| | | | | | | |
| Chad R. Worz, Pharm.D - Director of Pharmacy for SkilledCare Pharmacy in Mason, Ohio | Risperdal/ Duragesic | | X | | Chad is also very instrumental in representing the Institutional Pharmacist Association in Ohio.  This is consortium of independent long-term care pharmacies based in Ohio who lobby for long-term care issues | Blaine Morris LTCGroup John Howard/ElderCare Rep |
| Dr. Naakesh Dewan, MD | Risperdal | | X | | Works for the U of Cincinnati, VA and is the director of OMAP (which is partially funded by OMH).  He is also a consultant for Medicaid. | Eric Gromballa, John Ikirt, Bert Wickey |
| Tas Manakos | Aciphex | | X | | Is a speaker/supporter for Janssen and a thought leader in the area of Gastroenterology. | Jeanetta Maddox |
| James Merk | Risperdal/ Aciphex | X | | | Physician sees a large number of medicaid patients and is a supporter of Janssen products | Jeanetta Maddox |
| Troy Edwards | Aciphex/ Risperdal/ Reminyl | X | | | Is a speaker/suppporter for multiple Janssen products (Reminyl and Risperdal) | Jeanetta Maddox |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                    (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| David Whitt | Aciphex | X | | | Is a supporter of Aciphex | Jeanetta Maddox |
| Jeffrey Haggenjos | Aciphex | | X | | Supporter of Aciphex and has a large practice | Cheryl Robertson |
| Randall Leuvoy | Aciphex | X | | | Supporter of Aciphex who sees a lot of Medicaid Patients and has a large practice. | Jeanetta Maddox |
| Andrew Chernick | Aciphex | | X | | Is a speaker/supporter for Janssen and a thought leader in the area of Gastroenterology. | Cheryl Robertson/  Jeff Dieter/  Jeanetta Maddox |
| Atul Goswami | Aciphex, Reminyl, Risperdal | | X | | He's the #1 physician in the Akron territory for all 3 products. Speaks for Janssen. Is a thought leader and a highly recognizable physician in the community. | John Kuras/Jen Igoe |
| Anjana Samadder | Aciphex | X | | | Supporter for aciphex and a thought leader in the area of Gastroenterology. | Jeanetta Maddox |
| James Key | Aciphex | X | | | Feels Aciphex is great product | Jeanetta Maddox |
| Dona Alba | Aciphex | X | | | Uses aciphex herself and believes in efficacy of the product | Jeanetta Maddox |
| Duane Wages, MD | Reminyl | | X | | Although Dr. Wages is hard to access, he has been a strong writer of Reminyl and should be approached about supporting the product with Medicaid. | John Reichenbach / Paula Earliwine |
| Joseph Bryan, MD | Reminyl | | X | | Dr. Bryan writes a substantial amount of Reminyl and has recently become a strong proponent of the drug, and should be approached about supporting the product with Medicaid. | Paula Earliwine |
| Son Dang, MD | Aciphex | | X | | Dr. Dang has just returned from the Aciphex experts meeting and is a strong supporter / writer of the drug. | John Reichenbach |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                                        (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Sanjiv Khetarpal, MD | Aciphex | | X | | Dr. Khetarpal is a gastro who is a strong Aciphex supporter and recently became a speaker for Aciphex in the Canton territory. | Paula Earliwine / John Reichenbach |
| Eugene Pogorelec, MD | Aciphex | | X | | Dr. Pogorelec writes a lot of Aciphex, recently attended the the Aciphex experts meeting, and I believe he has just confirmed his attendance at the upcoming Aciphex speaker's training. | John Reichenbach |
| Shirley McIntosh, Nurse Practitioner | Aciphex | | X | | Shirley is a strong Aciphex proponent who works in the office of gastros Libertin, Gurney, and Van Ness. | Paula Earliwine |
| Khalil Korkor, MD | Aciphex | | X | | Dr. Korkor has always been a strong Aciphex writer | John Reichenbach / Paula Earliwine |
| Steven Weaver, MD | Risperdal/ Concerta | | X | | Dr. Weaver has a history of writing a lot of Risperdsal (as well as Zyprexa) and should be approached about supporting Risperdal to Medicaid. | John Reichenbach / Paula Earliwine |
| Perry Schall, MD | Reminyl | | X | | Dr. Schall has seen first hand the excellent efficacy and tolerability of Reminyl. | Paula Earliwine |
| Luan O'Connor 48 % Gov't | Risperda | | | X | High Potential for Risperdal use | Karen Arthur |
| Susan Baxter 41% Gov't. | Aciphex | | | X | High Potential for Aciphex use | Karen Arthur/Suzan Virosteck |
| Kristen Trump 38% Gov't. | Aciphex | | X | | Great Supporter of Aciphex | Karen Brown |
| Mike Manuel 35% Gov't. | Aciphex/Rispedal | | X | | Hig Potential for Risperdal/Supporter of Aciphex | Karen Brown |
| Michael Cline | Aciphex | X | | | Strong Aciphex supporter | John Kuras |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Joe Burick | Aciphex | | X | | | John Kuras |
| Dr. Bressi, Cuyahoga Falls Pain Management Center | Duragesic | X | | | Supporter of Duragesic for workers comp and medicaid; has numerous connections with state pharmacy board. | Debbie Marks |
| Dr. Gutlove, | Duragesic | X | | | large pain practice in canton, ohio; uses 80% duragesic, and has been a big supporter during medicaid issues | Danielle Rodgers |
| Dr. Scullin | Duragesic | X | | | very willing to write letters for medicaid issues surrounding duragesic and chronic pain | Cynthia Rivera-Balint |
| Dr. Barrett, Dr. Prok | Duragesic | X | | | been very supportive during medicaid issues with duragesic, and have written letters to the state | Danielle Rodgers |
| Luis Pagani, MD/Neurologist | Duragesic/ Reminyl | | X | | High medicaid population. Huge Duragesic supporter, 90 chronic pain. Regarded thought leader neurologist | Edward Kim |
| Michael Keys,MD/Psychiatrist | Risperdal/ Reminyl | | X | | High medicaid population. Key opinion leader in geriatrict psychiatry in Ohio | Edward Kim |
| Charles Kistler,DO/family Practice | Risperdal/ Duragesic | | | X | Highest medicaid polpulation in central Ohio. Continues to battle medicaid and managed care organizations. Would be extremely vocal | Caryn Roman |
| Michael Campolo,MD | Risperdal/ Duragesic | | X | | Highly regarded in Central Ohio in LTC area | Donna Pierce |
| Chadu Bhudev,MD | Risperdal | | X | | High medicaid population in LTC and retail | John Howard |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| **Nick Votolato, RPH Assoc Professor of Psychiatry & Pharmacy, 1670 Upham Drive, Columbus, Ohio 43210 614-293-4876, Fax 4886** | Risperdal/ Concerta | X | | | Nick Votolato has testified to Medicaid P&T committees in Illinois, and Ohio to reverse bad decisions. Reversed Ohio Medicaid efforts to prior authorize off-label use of Risperdal in 1999. | Allen Sensabaugh/MSL - Nancy Matthews, Ortho MSL Mark Veerman, New Rep Terry Miller |
| **Marvin Hazelwood** | Risperdal | X | | | Recently retired as head of Illinois Medicaid. He would be excellent leader to develop as consultant now that he is retired to educate Medicaid committees nationwide. He capped Zyprexa at 20mg maximum reimbursement in State of Illinois several years ago. | Charles Howard, and Jeff Newton Reimbursement Manager, Jerry Johnson SGA - J&J |
| **Randy Malan, Rph** | Risperdal | X | | | 217-785-8983. Pharmacy Director State Dept of Mental Health in Illinois and Consultant to State Medicaid. Can receive reimbursement due to faculty appt in Academia. | Charles Howard, and Jeff Newton Reimbursement Manager, Jerry Johnson SGA - J&J |
| **S.R Thorward, MD Twin Valley Behavioral Healthcare, 2200 West Broad Street, Columbus, Oh 43223** | Risperdal | X | | | 614-752-0333 and have paged. Dr frequently testifies to General Assembly in Ohio and is active legislative liaison for APA, and Ohio Psychiatry Association. | Allen Sensabaugh Aspenj 7229 |
| **Phil Workman** | Risperdal | X | | | Executive Director and Lobbyist from Ohio Psychiatry Association. His telephone number is 614-481-7555. Linda is his assistant. | Allen Sensabaugh/MSL - Nancy Matthews |
| **Terry Russell, Executive Director Ohio NAMI 747 East Broad Street, Columbus, Ohio 614-224-2700** | Risperdal | X | | | Very effective lobbyist to Medicaid and Ohio General Assembly regarding Access to medications. | Bert Wickey, Reimbursement Manager, Allen Sensabaugh |
| **Mark Frankel, MD, Board Cert. Geriatric Psych, Med. Dir. At Lutheran Hospital** | Risperdal/ Reminyl | X | | | speaks for Janssen re: Risperdal and Reminyl; believes in both of the medications | Melinda Ickes; Aspen 9521 |
| **Peter Whitehouse, M.D. , neuro at Fairhill Center For The Aging** | Risperdal/ Reminyl | | X | | international thoughtleader; conducts advanced research | Melinda Ickes; Aspen 9521 |
| **Daniel Rapport, M.D. ; psych** | Reminyl | | X | | conducts research; big supporter of Reminyl | Melinda Ickes; Aspen 9521 |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                        (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Patrick Carey, M.D. , PCP at Lakewood Hospital | Reminyl | | X | | sees patients at a large geriatric assessment center; Janssen Reminyl speaker; P&T committee member at Lakewood Hospital | Melinda Ickes; Aspen 9521 |
| Dr.  Dan Cannone 330-923-2472 Consorium Concepts | Risperdal Reminyl Duragesic | X | | | speaks for Janssen re: Risperdal, Reminyl, Duragesic | Mark King Aspen 7617 pager 888-828-1562 |
| Dr.  Sean Cannone 330-923-2472 Consorium Concepts | Risperdal Reminyl Duragesic | X | | | speaks for Janssen re: Risperdal, Reminyl, Duragesic | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. Kanu Patel 330-493-3313 Psychiatrist | Risperdal | X | | | speaks for Janssen re: Risperdal | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. S Patel 330-493-3313 Psychiatrist | Risperdal | X | | | speaks for Janssen re: Risperdal | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. Samina Zaidi 330-452-7694 Psychiatrist | Risperdal | X | | | Speakes for Janssen re:Risperdal | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. Sharad Bhatt 330-494-7302 Psychiatrist | Risperdal | X | | | Speakes for Janssen re:Risperdal | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. Alok Bhagat 330-602-0774 Neurologist | Reminyl | X | | | Speakes for Janssen re:Reminyl | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. Jay Berke 330-494-2917 Neurologist | Reminyl | | X | | Supports Reminyl | Mark King Aspen 7617 pager 888-828-1562 |
| Dr. Bob Norman 330-920-1544 FP | Risperdal Reminyl | X | | | President of the Ohio Medical Directors Association.  Speaker for Reminyl. | Mark King Aspen 7617 pager 888-828-1562 |
| Lee Ergazoes Pharmacist Vice President for Absolute Pharmacies 800-990-1113 | Risperdal, Duragesic | X | | | Supports Risperdal Duragesic | Mark King Aspen 7617 pager 888-828-1562 |
| Richard Gregg, MD President of Greater Cincinnati Pain Society | Duragesic | X | | | Prominent Anesthesiologist in and around the Cincinnati area.  Leading advocate for chronic pain issues. | Eric Grombala |
| Sukdeb Datta, MD  Secretary of Greater Cincinnati Pain Society | Duragesic | X | | | Prominent Anesthesiologist in and around the Cincinnati area.  Leading advocate for chronic pain issues. | Eric Grombala |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                                    (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Jeff Lycan  President/ CEO OH Hospice & Palliative Care Org. | Duragesic | | X | | Promotes parity and access for all pain medication.  Prominent position within the state of Ohio. | Eric Grombala |
| Karen Krone, MD  Director of Chronic Pain Service/ Director of Pain Fellowship Program at UC | Duragesic | X | | | Prominent position as director of both the Chronic Pain Service and Pain Fellowship Program at University Hospital | Eric Grombala |
| John Guidillo  President of Cincinnati Area Pharmacy Association | Duragesic | | X | | Prominent pharmacist in the Cincinnati area | Eric Grombala |
| Gigi Robison, MSN, RN,  Clinical Nurse Specialist  President of Cincinnati TriState ONS | Duragesic | X | | | Leading RN advocate in pain management issues in the Cincinnati area | Eric Grombala |
| Ruth Gholz, RN  National ONS Special Coordinator for Special Interest Groups in Pain Mgmt. | Duragesic | X | | | Leading RN advocate in pain management issues in the Cincinnati area and state of Ohio | Eric Grombala |
| Veronica Steffen, RN  OH Pain Adv Bd Member & OH Compassionate Care Taskforce Co-chair | Duragesic | X | | | Leading RN advocate in pain management issues in the Cincinnati area and state of Ohio | Eric Grombala |
| Sergeant Russ Neville  Commander of Cincinnati Police Dept. Pharm Diversion Squad | Duragesic | | | X | Drug abuse reduction task force commander for Hamilton County, Cincinnati, Ohio | Eric Grombala |
| Debbie Heinrich, RN  Ohio Pain Initiative Board Member | Duragesic | X | | | Leading RN advocate in pain management issues in the Cincinnati area and state of Ohio.  Also is a consultant in pain management to RN groups throughout the tri-state | Eric Grombala |
| Tom Imhoff, Pharm D. Good Samaritan Hospital in Cincinnati OH | Duragesic | | X | | Safety and Clinical Effectiveness Officer in the Dept. of Pharmacy at Good Samaritan Hospital, Cincinnati, Ohio | Eric Grombala |
| John Kasckow, MD  Director of Geriatric Psychiatry at UC | Risperdal/ Reminyl | X | | | Prominent Researcher in Geriatric Psychiatry at UC  Also a member of Janssen's Risperdal Speakers Bureau. | Eric Grombala/ Terri Miller |
| Muhammed Aslam, MD  Assistant Prof of Clinical Psychiatry at UC/ VA | Risperdal/ Reminyl | X | | | Oversees geriatric psychiatry fellowship program at VAMC and plans to be future speaker for Janssen on Risperdal and Remninyl | Eric Grombala/ Terri Miller |
| Nick Dewan, MD  Executive Director of OHMAP/  Assistant Professor of Clinical Psychiatry of UC/VA | Risperdal/ Reminyl | | X | | Holds key formulary positions at both VAMC and the University of Cincinnati.  Also, Executive Director of Ohio Medication Algorithm Project | Eric Grombala/ Terri Miller |
| Gordon Margolin, MD  Geriatrics | Reminyl | | X | | Prominent Geriatric physician in and around the Cincinnati area | Eric Grombala |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                    (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Stephen Martin, MD  Associate Professor of Gastroenterology at UC | Aciphex/ Duragesic | | X | | Promotes parity and access for all PPI's.  Believes in advantages of Aciphex over other PPI's. | Eric Grombala |
| Norman Gilinsky, MD  Associate Professor of Gastroenterology at UC | Aciphex | | | X | Promotes parity and access for all PPI's. | Eric Grombala |
| Moses Ijaz, MD, Psychiatrist, Director, Psych Floor, Mercy Hospital | Risperdal/ Reminyl | | | X | Promotes parity and access for all mental health drugs. P&T Committee. Thought leader within hospital. Has interest in speaking for Janssen. | Valerie Mader/Jennifer Grill |
| Chris Conconcea, MD, Psychiatrist, Schizophrenic Director, University Hospital Hannah Pavillion | Risperdal | | X | | Promotes parity and access for all mental health drugs.  Thought leader/high respect from pharmacy.  Participates in Janssen research opportunites. | Michelle Aini/Jennifer Grill |
| Jackie Whitmore, NP, University Hospital Pain Clinic | Duragesic | | X | | Believes in advantages Duragesic has over other opiates.  Promotes benefits of Duragesic to physicians in clinic. | Jennifer Grill |
| Thomas Chemlimsky, MD, Director Neurology -Pain Clinic, University Hospital | Duragesic | | X | | Believes in parity and access for treatment options for chronic pain. | Jennifer Grill |
| Mark Boswell, MD, Director Anesthesiology, University Hospital | Duragesic | | | X | Dept P&T contact | Jennifer Grill |
| Nabil Fahmy, MD, Gastroenterology, Mercy Hospital | Aciphex | | X | | Largest prescriber of PPIs in Canton area. Promotes parity and access for all ppi therapies.  High level of influence. | Jennifer Grill/Paula Earliwine |
| Greg Cooper, MD, Gastroenterology, University Hospital | Aciphex | | | X | Promotes parity and access for all  ppi therapies.  (Outpatient Medicaid population approx. 50%)  Director of Resisdency program. | Jennifer Grill |
| William Washington, MD, Aultman Pain Clinic | Duragesic | | X | | Promotes parity and access for pain management therapies.  Recently added to Janssen Speakers Bureau.  RX approx 35% Duragesic. | Danielle Rodgers/Jennifer Grill |
| Dr. Costantino Benedetti | Duragesic | | X | | Is the Director of Pain and Palliative Medicine at the OSU Medical Center. Is also a member of the Janssen Speakers Bureau. Has already submitted a letter expressing his concern about the PA status of Duragesic on Ohio Medicaid. | Paul Hensley |
| Jon Mickle, NP | Duragesic | | X | | Is a member of the Janssen Speakers Bureau. Works closely with Dr. Benedetti. Assisted me in my efforts to Duragesic restrictions lifted at the The OSU Medical Center. Very well respected by Physicians and Nurses in the CP community. | Paul Hensley |
| Dr. Warren Wheeler | Duragesic | | X | | Is the Director of the Ohio Pain Initiative. | Paul Hensley |

A=Advocate; S=Supporter; N=Neutral

| Name | Product KOL Influences | A | S | N | Key Concerns and Interests                    (How is this person a KOL?) | Representative with the Relationship |
|---|---|---|---|---|---|---|
| Mario Kamionkowski, MD | Aciphex | | X | | Dr Kamionkowski is a strong advocate for Aciphex.  He believes that Aciphex is different and is beneficial to patients | Laura Mulcahy/ Nick Blaga |
| Frank Sailors, DO | Aciphex | X | | | Dr Sailors prescribes Aciphex more than any other PPI because he believes that Aciphex works faster than the rest. | Laura Mulcahy/ Nick Blaga |
| Dr Druzina | Reminyl | | X | | Dr Druzina uses Reminyl more than Exelon because Reminyl has longer efficacy. | Laura Mulcahy/ Nick Blaga |
| Dr Valenti | Risperdal | | X | | Dr Valenti has had great experiences with Risperdal in relieving psychotic symptoms. | Laura Mulcahy/ Nick Blaga |
| Safaa Al-Haddad | Aciphex | | X | | Has a large practice which includes a fair amount of Medicaid patients.  Believes Aciphex is a superior drug to the other PPI's | Tracy Davis |
| Robert Cameron Gastroenterologist | Aciphex | | X | | He was the past President of the North East Society of Gastroenterology.  I believe his peers view him as a thought leader.  He believes that Aciphex's advantages are that it is fast, it has a good side effect profile, and we have good long-term healing rates. | Tara Levengood |
| Dr. Geeta Ramaswamy Geriatric Psychiatrist | Reminyl / Risperdal | X | | | She is a speaker for Reminyl and Risperdal.  I believe she is an advocate for both of these products and would be willing to write letters on our behalf. | Tara Levengood |
| Lolita Agra | Aciphex / Risperdal | | X | | She sees a large population of Medicaid patients.  She is a supporter of Aciphex and has just begun writing Risperdal. | Tara Levengood |
| Delores Brown | Reminyl | | X | | She sees a large population of Medicaid patients. | Tara Levengood |