# PSJ2 Exh 64

Harry:

The attached is a speakers request that came in from Rick Wood regarding a certification review course in July. Debra Heidrich is designated speaker. It turns out that the request had incorrect information regarding date, times and estimated attendance. When I called the contact (Vivian Jackson), she said the program was for two days, the dates were different (July 25 and 26) and that the attendance, at most would be 40 people. Heidrich charges $1,500 honorarium, plus $39.50 a student for this type of program.

The educational grant for this program will be $1,500 plus $39.50 for 20 students equalling $2,200. They will cover Debra's charge of $39.50 for the extra students.

This is for your information.

Wendy

*Russ
Gradea
File
for discussion*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102017157
PDD1701553873

PKY180771362

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

Russ
Giadica
File
for discussion

8102017158
PDD1701553874

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180771363

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

Harry:

The attached is a speakers request that came in from Rick Wood regarding a certification review course in July. Debra Heidrich is designated speaker. It turns out that the request had incorrect information regarding date, times and estimated attendance. When I called the contact (Vivian Jackson), she said the program was for two days, the dates were different (July 25 and 26) and that the attendance, at most would be 40 people. Heidrich charges $1,500 honorarium, plus $39.50 a student for this type of program.

The educational grant for this program will be $1,500 plus $39.50 for 20 students equalling $2,200. They will cover Debra's charge of $39.50 for the extra students.

This is for your information.

Wendy

8102017159
PDD1701553875

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180771364

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)