# PSJ2 Exh 65

**To:** Feltz, Margaret[Margaret.Feltz@pharma.com]; Steiner, LaDonna[LaDonna.Steiner@pharma.com]; Wright-Mitchell, Jane[jane.wright-mitchell@pharma.com]; Greenfield, Juliet[Juliet.Greenfield@pharma.com]
**Cc:** Innaurato, Mike[Mike.Innaurato@pharma.com]; DeLigio, Jenna[Jenna.DeLigio@pharma.com]; Lewandowski, Gary[Gary.Lewandowski@pharma.com]
**From:** Ronning, Michael
**Sent:** Sun 4/3/2011 7:35:51 AM
**Subject:** Re: Dr. Steven Stanos

We will look into this first thing tomorrow AM.

Best,

Mike
203-461-4314

----- Original Message -----
From: Feltz, Margaret
To: Steiner, LaDonna; Wright-Mitchell, Jane; Greenfield, Juliet; Ronning, Michael
Cc: Innaurato, Mike; DeLigio, Jenna; Lewandowski, Gary
Sent: Sat Apr 02 15:41:37 2011
Subject: Dr. Steven Stanos

All,

At the Speaker Training today I was approached by Dr. Stanos.  He reports that he received a 1099 for 2 speaker engagements in 2010, both for OxyContin.  He informed me that the payments went to his organization, Rehabilitation Hospital of Chicago, and not to him directly and that he should not have personally received a 1099 or be required to pay tax.  Dr. Stanos said he called and spoke with someone (he didn't recall who) who told him we wouldn't be able to fix this.  He was polite but adamant that this needed to be corrected.  I told him I would pass along his concern, but I don't know who is the best person to address this.  Can someone take this on or advise who should address it?

Thanks
Maggie
Margaret K. Feltz
203-588-8754

CONFIDENTIAL
PPLPC013000291329