# PSJ2 Exh 66

**To:**     Rosen, Brian[/O=PURDUE/OU=PURDUE US/CN=Sales and Marketing - Field/cn=rosenb]; Thomas Pappas (E-mail)[tom@tompappas.com]; Willa Ebersole (E-mail)[willa@tompappas.com]; Linda Siefkas (E-mail)[LSiefkas@EdwardHoward.com]
**From:**   Must, Alan
**Sent:**   Sun 9/29/2002 7:18:49 PM
**Subject:** FW: OSMA
Compassionate Care Bill.doc


-----Original Message-----
**From:**      Plant, Dr. Ruth
**Sent:**      Thursday, September 26, 2002 11:14 PM
**To:**        Must, Alan
**Cc:**        DaBronzo, Dr. Joseph
**Subject:**   FW: OSMA

Alan,

I wanted to make certain you were aware of this Bill and the efforts of Dr. ▓▓▓▓ in attempting to add mandatory CE to it. Please share with Brian Rosen as I couldn't locate his name on the e-mail list yet. I believe OSMA fought mandatory pain CE years ago when they partnered with Roxanne in "Pain the 5th vital sign" project.
Thanks


-----Original Message-----
**From:**      Finnell, Deanna
**Sent:**      Monday, September 23, 2002 11:25 AM
**To:**        Hoover, Chaundra
**Cc:**        Plant, Dr. Ruth; Radlund, Julia
**Subject:**   OSMA

Hello Chaundra,

I met Dr. ▓▓▓▓▓▓▓▓▓▓ last week at the Greater Cincinnati Pain Society Meeting.  He is an Oncologist at Riverside Hospital in Columbus, OH and is head of the Ohio Pain Initiative.  He mentioned House Bill 474.  This bill will create the Compassionate Care Task Forces if it passes.  It is my understanding he will be a lead person.  Recommendations he will make include mandatory pain education in the curriculums of medicine, nursing, and pharmacy.  Do you know if OSMA is for or opposed to mandatory education or have they mentioned mandatory CE?

I will pass along the bill for your information!

Thanks,
Deanna

Deanna Finnell, Pharm.D., BCPS
Director, Medical Liaisons
Purdue Pharma, L.P.
Cell: ▓▓▓▓▓▓▓▓
Fax:  (859) 264-0965
e-mail: deanna.finnell@pharma.com