# PSJ2 Exh 68

**Produced Natively**

CONFIDENTIAL

PPLPC018000049757

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
| **Promotional Materials/ Reorders** | To provide reprints of successful promotional materials based on 2000 utilization and field force expansion. Includes outsert purchases used for promotional items. Includes giveaways such as pens/pads/etc. | Repeat | N/A | N/A | N/A | N/A | N/A | X | X | X | X | X | X | X | X | X | X | X | X |
| **TOTAL** | | | | | | | | | | | | | | | | | | | |
| **Pain Education** | | | | | | | | | | | | | | | | | | | |
| New Reprints | Purchase of new reprints for OxyContin. | New | 125,000 | 125,000 | 125,000 | 125,000 | 500,000 | X | X | X | X | X | X | X | X | X | X | X | X |
| "Complete Pain Management" Selling Brochure | A brochure which features the eight slide kit series on pain management for promotion by representatives. | New | 100,000 | | | | 100,000 | X | X | X | | | | | | | | | |
| "Complete Pain Management" Self-Assessment Quiz Pads | A self-assessment tool designed to quiz healthcare professionals on the content of the "Complete Pain Management" Series | New | 400,000 | | | | 400,000 | X | X | X | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | | | | | | | | | |
| **New Market Opportunities** | | | | | | | | | | | | | | | | | | | |
| Surgical | | | | | | | | | | | | | | | | | | | |
| Surgical Setting Flashcard | A flashcard which graphically depicts the operating room with the message "control the pain, control the recovery." This will be targeted to multiple types of surgeon subspecialties. | New | | 80,000 | | | 80,000 | | | | X | X | X | | | | | | |
| Quick Reference Dosing Card | A small pocket-sized quick reference dosing card for OxyContin. Targeted to all surgical subspecialties. | New | | 80,000 | | | 80,000 | | | | X | X | X | | | | | | |
| OB/GYN | | | | | | | | | | | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | \multicolumn{3}{l|}{First Quarter} | \multicolumn{3}{l|}{Second Quarter} | \multicolumn{3}{l|}{Third Quarter} | \multicolumn{3}{l|}{Fourth Quarter} |
| OB/GYN Case Study Flashcard | A case study series which focuses on the most prevalent pain conditions in gynecology. | New | | 80,000 | | | 80,000 | | | | X | X | X | | | | | | |
| OB/GYN Consensus Panel Symposium on Pain | A roundtable consensus panel of thought leaders on the topic of pain in the female patient. Includes production for enduring educational materials. | New | | | 60,000 | | 60,000 | | | | | | | X | X | X | | | |
| **PA/NP** | | | | | | | | | | | | | | | | | | | |
| AANP Leadership Summit on Pain Management | A cancer/non-cancer pain management summit with nurse practitioners designed to develop a position paper by the AANP on the treatments of pain, including new information addressing abuse and diversion. | New | | | 50,000 | | 50,000 | | | | | | | X | X | X | | | |
| Hospital CME Program | An educational grant to Cogent Healthcare for the development of a CME program specifically for the practicing hospitalists on pain management. | New | 5,000 | | | | 5,000 | X | X | X | | | | | | | | | |
| **TOTAL** | | | | | | | | | | | | | | | | | | | |
| **Core Market** | | | | | | | | | | | | | | | | | | | |
| **Oncology** | | | | | | | | | | | | | | | | | | | |
| "OxyContin Meets the Challenge" Visual Aid | A visual aid designed to relaunch OxyContin in cancer pain with targeted promotion to oncologists. | New | 40,000 | | | | 40,000 | X | X | X | X | X | X | X | X | X | X | X | X |
| Cancer Control Journal Supplement | A journal supplement for distribution by representatives which focuses on cancer pain management and favorably represents OxyContin. | New | 80,000 | | | | 80,000 | X | X | X | | | | | | | | | |
| **Anesthesia/Pain Management** | | | | | | | | | | | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| American Academy of Pain Medicine Symposium Highlights | An educational program developed out of the symposium at AAPM entitled "Benefits of Drug Screening" at the 2001 AAPM annual meeting. | New | | 50,000 | | | 50,000 | | | | X | X | X | | | | | | |
| CME "Critical Pathways in Pain Management" CD ROM | A case study format designed to challenge the pain treating physician. | New | | 20,000 | | | 20,000 | | | | X | X | X | | | | | | |
| **Oncology and Pain Management Nurses** | | | | | | | | | | | | | | | | | | | |
| "Hospice Care in the Long-Term Care Facility" Video | A video designed to help hospice nurses educate the LPN in the long-term care facilities regarding cancer pain management. | New | | 20,000 | | | 20,000 | | | | X | X | X | | | | | | |
| **Primary Care** | | | | | | | | | | | | | | | | | | | |
| Primary Care Visual Aid | A visual aid which addresses the issues faced by primary care physicians in the treatment of pain, including new information addressing abuse and diversion. | New | 40,000 | | | | 40,000 | X | X | X | | | | | | | | | |
| CME "Communicating with your Patients About Pain" | An educational program designed to educate PCP on the value of using pain as a diagnostic tool. This will be developed in conjunction with APS. Includes recognition of the addict, pseudoaddict, etc. | New | | | 100,000 | | 100,000 | | | | | | | X | X | X | | | |
| American Pain Society (APS) Arthritis Treatment Guidelines | To purchase and distribute the APS treatment guidelines for arthritis. | New | | 200,000 | | | 200,000 | | | | X | X | X | | | | | | |
| **Pharmacy/Clinical Pharmacy** | | | | | | | | | | | | | | | | | | | |
| Community Pharmacy Residency Program in Pain Management | Purdue will support, through APhA, a residency program in the community setting designed to focus on pain management and palliative care. | New | N/A | | | | N/A | X | X | X | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| School of Pharmacy Curricular Review | This program will commission the AphA to do a review of pharmacy school curricula to determine how pain management and palliative care are integrated into Doctor of Pharmacy programs through the nation. In addition, it will uncover the resources which would be most helpful to support their teaching efforts in pain management. | New | N/A | | | | N/A | X | X | X | | | | | | | | | |
| The Pharmacist's Role in Pain Management Compendium | A compendium of six articles focusing on the role of the pharmacist in the treatment of patients in pain, including new information addressing abuse and | New | 50,000 | | | | 50,000 | X | X | X | | | | | | | | | |
| Competition | | | | | | | | | | | | | | | | | | | |
| National Experts on Pain CD ROM | A branded promotional CD ROM which features national experts on pain. Experts on the topic of neuropathy, sickle cell, post-operative pain, cancer pain, and arthritis pain give their opinions of the effectiveness of OxyContin Tablets in these pain states. | New | 3,000 | | | | 3,000 | X | X | X | | | | | | | | | |
| JCAHO | | | | | | | | | | | | | | | | | | | |
| Regional Program Sponsorship/Highlights | A series of regional educational programs will be conducted focusing on pain standards implementation. Purdue will underwrite the costs as well as publish the results to attendees. | New | N/A | N/A | N/A | N/A | 1,200 | X | X | X | X | X | X | X | X | X | X | X | X |
| Partners Against Pain Clipboards | A pain assessment educational resource provided as a service of Purdue and Partners Against Pain. | Repeat | 75,000 | 75,000 | 75,000 | 75,000 | 300,000 | X | X | X | X | X | X | X | X | X | X | X | X |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| Special Populations Video | A video developed by the Joint Commission to educate providers on pain management in special populations. | New | | | | 5,000 | 5,000 | | | | | | | | | | X | X | X |
| Abbott/Northwestern CD ROM | A multi-hour accredited educational program promoted by the Medical Liaison group to key targeted institutions in the country. Developed by Abbott/Northwestern Hospital. | New | 100 | 100 | 100 | 100 | 400 | X | X | X | X | X | X | X | X | X | X | X | X |
| Internet | | | | | | | | | | | | | | | | | | | |
| Web/MD Resource Guide | Sponsorship of a reference guide to medical information on the Internet targeted to physician Internet users. | New | | | 100,000 | | 100,000 | | | | | | | X | X | X | | | |
| Internet Branding | A series of tactical programs designed to effectively position OxyContin on web browsers. | New | N/A | N/A | N/A | N/A | N/A | X | X | X | X | X | X | X | X | X | X | X | X |
| E-Detailing | An Internet detailing program targeted to high prescribers of combination opioids with a branded OxyContin message. This program is a follow up to the pilot program which ran in 2000. | New | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| Special Programs | | | | | | | | | | | | | | | | | | | |
| Strategic Alliance Building | A series of programs targeted at major institutions, organizations, and thought leaders in pain management including AAPM, APS, American Academy of Pain Management, and Veterans Administration as well as major teaching institutions in the country, including new information addressing abuse and diversion. | New | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |

OXYCONTIN Tablets Promotional Plan

| | | | | | | | | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| Patient Starter Program | A PCS program targeted to key "early adapters" of new products or technology. This program will be used as part of a pre-emptive competitive strategy. In addition, it will be used to capture the early patient who is a candidate for opioids. | Repeat | N/A | N/A | N/A | N/A | N/A | X | X | X | X | X | X | X | X | X | X | X | X |
| Veterans Administration Pain Team Grant | A grant program which focuses on quarterly roundtable meetings among Veterans Administration National Pain team members at the VISN level. | New | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| Partners Against Pain Programs | To expand the influence of Partners Against Pain through public relations and build brand influence with consumer initiatives. | New | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| **Direct Mail** | | | | | | | | | | | | | | | | | | | |
| JCAHO Direct Mail | Targeted to hospital administration and JCAHO liaisons in the institutional setting. Designed to build a database of leads for the sales force. | New | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | X | X | X | X | X | X | X | X | X | X | X | X |
| Case Study Direct Mail | Combines existing profiles with reminder points to PCPs. | New | | 150,000 | | | 150,000 | | | | X | X | X | | | | | | |
| PA/NP Mailer Cards | Cards with quick reminders of OxyContin features and benefits. | New | | 200,000 | | | 200,000 | | | | X | X | X | | | | | | |
| OB/GYN Mailer | A direct mail campaign focusing on quality of pain management after operative gynecological procedures. | New | | 10,000 | | | 10,000 | | | | X | X | X | | | | | | |
| "Meet the Challenge" Mailers | A direct mail campaign focusing on "early adapters" of new technology or medications in light of future competition. | New | 50,000 | 50,000 | 50,000 | 50,000 | 200,000 | X | X | X | X | X | X | X | X | X | X | X | X |
| Journal Ad Production | Creation of new ads which incorporate the message of "meets the challenge." | New | TBD | TBD | | | TBD | X | X | X | X | X | X | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| – Osteo<br>– Post-op<br>– OB/GYN<br>– Cancer<br>Journal Advertising | Expanded focus for 2001 to include oncology, primary care, orthopedics, OB/GYN, surgery, anesthesia, rheumatology, emergency medicine, and dental. | Repeat | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| **TOTAL** | | | | | | | | | | | | | | | | | | | |
| **Managed Care** | | | | | | | | | | | | | | | | | | | |
| **CME Programs** | | | | | | | | | | | | | | | | | | | |
| Cancer Pain CME | A CME program by Eric Chevlen focusing on the treatment of cancer pain. This will be targeted to providers through MCOs. | New | 100,000 | | | | 100,000 | X | X | X | | | | | | | | | |
| Patient Profile Series CME | A CME program focusing on patient profiles in chronic pain management. | New | | | 100,000 | | 100,000 | | | | | | | X | X | X | | | |
| **Case Managers** | | | | | | | | | | | | | | | | | | | |
| Cancer Program In-Service | An in-service program built off the cancer CME targeted to case managers at MCOs. | New | | 20 | | | 20 | | | | X | X | X | | | | | | |
| Managing Pain in Managed Care In-Service Program | An in-service program built from the Cole CME program. | New | | | 20 | | 20 | | | | | | | X | X | X | | | |
| Patient Profile In-Service | An in-service program built from the Patient Profile CME series. | New | | | | 20 | 20 | | | | | | | | | | X | X | X |
| Case Management Society of America (CMSA) Grant | A grant to produce a supplement to the Purdue sponsored symposia at CMSA in 2001. | New | 20,000 | | | | 20,000 | X | X | X | | | | | | | | | |
| Case Manager Premium Item | A premium item to remind the case manager of OxyContin and Partners Against Pain. | New | | 10,000 | | | 10,000 | | | | X | X | X | | | | | | |
| **Publication Plan** | | | | | | | | | | | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chevelle Study Data | A strategy to capitalize on the most effective use of the results from the study by Andrea Chevelle, MD in *Journal of Bone and Joint Surgery*. | New | | TBD | | | TBD | | | | X | X | X | | | | | | |
| 0C96-1003 Osteoarthritis Study Data | A strategy to capitalize on the publication of this study data showing improved function in patients with osteoarthritis taking OxyContin. | New | | TBD | | | TBD | | | | X | X | X | | | | | | |
| Protocare Sciences Patient Survey and Algorithm | A patient survey with algorithm development designed to help identify patients in need of pain intervention. Phase II of the program will be implemented during 2001. | New | | | TBD | | TBD | | | | | | | X | X | X | | | |
| Reprint/References Fund | To allow for the purchase of reprints for account executive distribution. | Repeat | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| Reorders | Designated to cover the cost of reprinting promotional materials for use by account executives. | Repeat | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| Business Plan Template/Toolbox | | Repeat | N/A | N/A | N/A | N/A | N/A | X | X | X | X | X | X | X | X | X | X | X | X |
| Formkit.com | A reworking of the OxyContin product data in the formulary kit and subsequent availability on formkit.com a targeted Internet site which is password protected and used by key P&T Committee members. | New | 10,000 | | | | 10,000 | X | X | X | | | | | | | | | |
| NCQA/HEDIS Report | A report publishing the importance of pain management program in overall quality improvement. | New | | | 50,000 | | 50,000 | | | | | | | X | X | X | | | |
| Strategic Alliances | | | | | | | | | | | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| Corporate Branding | A publication which is designed to give a corporate overview of Purdue and discuss our initiatives to aid patients in pain, including new information addressing abuse and diversion. In addition, this would discuss present and future marketing focus by Purdue. Target of publication will be MCO executives/decision makers. | New | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| American Hospital Association Grant | A grant to aid in pain management efforts on behalf of the American Hospital Association and Purdue. | New | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| **TOTAL** | | | | | | | | | | | | | | | | | | | |
| **Long-Term Care** | | | | | | | | | | | | | | | | | | | |
| *Nursing Programs* | | | | | | | | | | | | | | | | | | | |
| Relaunch of Seminars in Pain Management Educational Program | A relaunch of this valuable program to the LTC pharmacy providers at the corporate level. In addition, modules 6-10 will be developed. Includes major publicity to LTC providers. | New | TBD | | | | TBD | X | X | X | | | | | | | | | |
| New Nurse Packet | A kit containing primary educational tools in pain management for distribution to new nurses in the long-term care setting. | New | | 10,000 | | | 10,000 | | | | X | X | X | | | | | | |
| Pain Map Assessment Tool | A tool designed from the Weiner, et al article in the journal *Pain*. | New | | 25,000 | | | 25,000 | | | | X | X | X | | | | | | |
| *Consultant Pharmacist* | | | | | | | | | | | | | | | | | | | |
| AGS Quick Reference Guide | A quick reference guide adapted from the AGS Guidelines for the treatment of chronic pain. | New | 50,000 | | | | 50,000 | X | X | X | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | Usage | New or Repeat | 1st Qtr. No. Pieces | 2nd Qtr. No. Pieces | 3rd Qtr. No. Pieces | 4th Qtr. No. Pieces | Total Pieces 2001 | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| Pain in the Elderly LTC Resident CME/CE | A CME/CE program discussing the challenges of pain management in the long-term care setting. | New | | | 100,000 | | 100,000 | | | | | | | X | X | X | | | |
| The Consultant Pharmacist Review Article | A review article to accompany the consultant pharmacist journal on pain management. | New | | 30,000 | | | 30,000 | | | | X | X | X | | | | | | |
| Medical Directors | | | | | | | | | | | | | | | | | | | |
| Managing Pain in the PPS Environment Series - A collaboration with American Medical Directors Association (AMDA) | A series of quick reference cards designed to educate medical directors of LTC facilities on the value of proper pain management in a PPS environment. | New | | 20,000 | | | 20,000 | | | | X | X | X | X | X | X | X | X | X |
| Third Party Reference Compendium | A compendium of third party references which outline the issues of pain management in the long-term care setting. Includes information from HCFA, JCAHO, AGS, AMDA, and other journal articles on pain in the elderly. Also includes the Philadelphia College Guidelines. | New | | | 20,000 | | 20,000 | | | | | | | X | X | X | | | |
| Philadelphia College of Pharmacy LTC Treatment Guidelines Publication | To publish the guidelines developed by the Philadelphia College. | New | 50,000 | | | | 50,000 | X | X | X | | | | | | | | | |
| Pain in the Elderly Visual Aid | An updated visual which incorporates a renewed focus on pain in the elderly. | New | 30,000 | | | | 30,000 | X | X | X | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | | | | | | |
| Managed Care | | | | | | | | | | | | | | | | | | | |
| Journal Advertising | Updated corporate ad and expanded circulation. | Repeat | TBD | TBD | TBD | TBD | TBD | X | X | X | X | X | X | X | X | X | X | X | X |
| TOTAL | | | | | | | | | | | | | | | | | | | |
| Agency Fee | LLNS | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X |
| TOTAL | | | | | | | | | | | | | | | | | | | |
| GRAND TOTAL | | | | | | | | | | | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| **Promotional Materials/ Reorders** | X | X | X | X | X | X | X | X | X | X | X | X |
| **Pain Education** | | | | | | | | | | | | |
| New Reprints | X | X | X | X | X | X | X | X | X | X | X | X |
| "Complete Pain Management" Selling Brochure | X | X | X | | | | | | | | | |
| "Complete Pain Management" Self-Assessment Quiz Pads | X | X | X | | | | | | | | | |
| **New Market Opportunities** | | | | | | | | | | | | |
|    Surgical | | | | | | | | | | | | |
| Surgical Setting Flashcard | | | | X | X | X | | | | | | |
| Quick Reference Dosing Card | | | | X | X | X | | | | | | |
|    OB/GYN | | | | | | | | | | | | |
| OB/GYN Case Study Flashcard | | | | X | X | X | | | | | | |
| OB/GYN Consensus Panel Symposium on Pain | | | | | | | X | X | X | | | |
|    PA/NP | | | | | | | | | | | | |
| AANP Leadership Summit on Pain Management | | | | | | | X | X | X | | | |
| Hospital CME Program | X | X | X | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| **Core Market** | | | | | | | | | | | | |
| *Oncology* | | | | | | | | | | | | |
| "OxyContin Meets the Challenge" Visual Aid | X | X | X | X | X | X | X | X | X | X | X | X |
| Cancer Control Journal Supplement | X | X | X | | | | | | | | | |
| *Anesthesia/Pain Management* | | | | | | | | | | | | |
| American Academy of Pain Medicine Symposium Highlights | | | | X | X | X | | | | | | |
| CME "Critical Pathways in Pain Management" CD ROM | | | | X | X | X | | | | | | |
| *Oncology and Pain Management Nurses* | | | | | | | | | | | | |
| "Hospice Care in the Long-Term Care Facility" Video | | | | X | X | X | | | | | | |
| *Primary Care* | | | | | | | | | | | | |
| Primary Care Visual Aid | X | X | X | | | | | | | | | |
| CME "Communicating with your Patients About Pain" | | | | | | | X | X | X | | | |
| American Pain Society (APS) Arthritis Treatment Guidelines | | | | X | X | X | | | | | | |

OXYCONTIN Tablets Promotional Plan

| Program | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| **Pharmacy/Clinical Pharmacy** | | | | | | | | | | | | |
| Community Pharmacy Residency Program in Pain Management | X | X | X | | | | | | | | | |
| School of Pharmacy Curricular Review | X | X | X | | | | | | | | | |
| The Pharmacist's Role in Pain Management Compendium | X | X | X | | | | | | | | | |
| **Competition** | | | | | | | | | | | | |
| National Experts on Pain CD ROM | X | X | X | | | | | | | | | |
| **JCAHO** | | | | | | | | | | | | |
| Regional Program Sponsorship/Highlights | X | X | X | X | X | X | X | X | X | X | X | X |
| Partners Against Pain Clipboards | X | X | X | X | X | X | X | X | X | X | X | X |
| Special Populations Video | | | | | | | | | | X | X | X |
| Abbott/Northwestern CD ROM | X | X | X | X | X | X | X | X | X | X | X | X |
| **Internet** | | | | | | | | | | | | |
| Web/MD Resource Guide | | | | | | | X | X | X | | | |
| Internet Branding | X | X | X | X | X | X | X | X | X | X | X | X |
| E-Detailing | X | X | X | X | X | X | X | X | X | X | X | X |

OXYCONTIN Tablets Promotional Plan

| | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| **Special Programs** | | | | | | | | | | | | |
| Strategic Alliance Building | X | X | X | X | X | X | X | X | X | X | X | X |
| Patient Starter Program | X | X | X | X | X | X | X | X | X | X | X | X |
| Veterans Administration Pain Team Grant | X | X | X | X | X | X | X | X | X | X | X | X |
| Partners Against Pain Programs | X | X | X | X | X | X | X | X | X | X | X | X |
| **Direct Mail** | | | | | | | | | | | | |
| JCAHO Direct Mail | X | X | X | X | X | X | X | X | X | X | X | X |
| Case Study Direct Mail | | | | X | X | X | | | | | | |
| PA/NP Mailer Cards | | | | X | X | X | | | | | | |
| OB/GYN Mailer | | | | X | X | X | | | | | | |
| "Meet the Challenge" Mailers | X | X | X | X | X | X | X | X | X | X | X | X |
| **Journal Ad Production**<br>– Osteo<br>– Post-op<br>– OB/GYN<br>– Cancer | X | X | X | X | X | X | | | | | | |
| Journal Advertising | X | X | X | X | X | X | X | X | X | X | X | X |
| **Managed Care** | | | | | | | | | | | | |
| **CME Programs** | | | | | | | | | | | | |
| Cancer Pain CME | X | X | X | | | | | | | | | |
| Patient Profile Series CME | | | | | | | X | X | X | | | |

OXYCONTIN Tablets Promotional Plan

| Program | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| **Case Managers** | | | | | | | | | | | | |
| Cancer Program In-Service | | | | X | X | X | | | | | | |
| Managing Pain in Managed Care In-Service Program | | | | | | | X | X | X | | | |
| Patient Profile In-Service | | | | | | | | | | X | X | X |
| Case Management Society of America (CMSA) Grant | X | X | X | | | | | | | | | |
| Case Manager Premium Item | | | | X | X | X | | | | | | |
| **Publication Plan** | | | | | | | | | | | | |
| Chevelle Study Data | | | | X | X | X | | | | | | |
| 0C96-1003 Osteoarthritis Study Data | | | | X | X | X | | | | | | |
| Protocare Sciences Patient Survey and Algorithm | | | | | | | X | X | X | | | |
| Reprint/References Fund | X | X | X | X | X | X | X | X | X | X | X | X |
| Reorders | X | X | X | X | X | X | X | X | X | X | X | X |
| Business Plan Template/Toolbox | X | X | X | X | X | X | X | X | X | X | X | X |
| Formkit.com | X | X | X | | | | | | | | | |
| NCQA/HEDIS Report | | | | | | | X | X | X | | | |
| **Strategic Alliances** | | | | | | | | | | | | |
| Corporate Branding | X | X | X | X | X | X | X | X | X | X | X | X |

OXYCONTIN Tablets Promotional Plan

|  | First Quarter ||| Second Quarter ||| Third Quarter ||| Fourth Quarter |||
| Program | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Hospital Association Grant | X | X | X | X | X | X | X | X | X | X | X | X |
| **Long-Term Care** | | | | | | | | | | | | |
| *Nursing Programs* | | | | | | | | | | | | |
| Relaunch of Seminars in Pain Management Educational Program | X | X | X | | | | | | | | | |
| New Nurse Packet | | | | X | X | X | | | | | | |
| Pain Map Assessment Tool | | | | X | X | X | | | | | | |
| *Consultant Pharmacist* | | | | | | | | | | | | |
| AGS Quick Reference Guide | X | X | X | | | | | | | | | |
| Pain in the Elderly LTC Resident CME/CE | | | | | | | X | X | X | | | |
| The Consultant Pharmacist Review Article | | | | X | X | X | | | | | | |
| *Medical Directors* | | | | | | | | | | | | |
| Managing Pain in the PPS Environment Series - A collaboration with American Medical Directors Association (AMDA) | | | | X | X | X | X | X | X | X | X | X |
| Third Party Reference Compendium | | | | | | | X | X | X | | | |
| Philadelphia College of Pharmacy LTC Treatment Guidelines Publication | X | X | X | | | | | | | | | |
| Pain in the Elderly Visual Aid | X | X | X | | | | | | | | | |

OXYCONTIN Tablets Promotional Plan

|  | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Program | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept | Oct | Nov | Dec |
| **Managed Care** | | | | | | | | | | | | |
| Journal Advertising | X | X | X | X | X | X | X | X | X | X | X | X |
| **Agency Fee** | X | X | X | X | X | X | X | X | X | X | X | X |