PSJ2 Exh 69

Page 189

 1           IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4
                ~~~~~~~~~~~~~~~~~~~~
 5
 6     IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
       OPIATE LITIGATION
 7                             Case No. 17-md-2804
 8                             Judge Dan Aaron
       This document relates to:     Polster
 9
10     County of Cuyahoga v. Purdue
       Pharma L.P., et al.
11     Case No. 17-OP-45004
12     City of Cleveland, Ohio v. Purdue
       Pharma L.P., et al.
13     Case No. 18-OP-45132
14     The County of Summit, Ohio, et al.
       v. Purdue Pharma L.P., et al.
15     Case No. 1:18-OP-45909
16              ~~~~~~~~~~~~~~~~~~~~
17                    Volume 2
            Continued videotaped deposition of
18               MARY APPLEGATE, M.D.
19
                   March 28, 2019
20                   9:01 a.m.
21
22                  Taken at:
            Sheraton at Capitol Square
23             75 East State Street
                 Columbus, Ohio
24
25          Renee L. Pellegrino, RPR, CLR

Page 330

1    paragraph that starts with, "Also present," the

2    last sentence says, "Approximately 13 observers

3    were present, most representing pharmaceutical

4    manufacturers."

5              Do you see that?

6         A.    Let me find it.

7         Q.    Sure.

8         A.    Yes, I see that.

9         Q.    So you would agree that during your

10   time at the Medicaid entity that it's been a

11   constant that pharmaceutical industry has been

12   represented at open meetings, correct?

13             MS. O'GORMAN:  Objection.

14             MS. LINN:  You can answer.

15        A.    That is what the minutes reflect,

16   yes.

17        Q.    Let's go back to Exhibit 10 now that

18   we've looked at those.  Exhibit 10 are the

19   meeting minutes that are dated October 7th of

20   2009, and this was put in front of you as part

21   of the first part of your deposition.  I want to

22   ask you a question about something that appears

23   at the bottom of the front page and continues on

24   to the second page.

25             Under Subsection 2 at the bottom do

1  you see it says, "Drugs under consideration"?

2       A.    Yes.

3       Q.    And under that, under Subsection B,

4  it's analgesics.

5            Do you see that?

6       A.    Yes.

7       Q.    If you go down to the last sentence

8  that's on this page, it says, "Dr. Wilker also

9  asked about addiction potential because the drug

10 is C2, and according to the clinical

11 presentation, has fewer side effects than

12 traditional opioids."

13           Do you see that?

14      A.    Yes.

15      Q.    Do you see that based on the context

16 of this paragraph, they're talking about an

17 opioid called Nucynta?

18      A.    Yes.

19      Q.    If you go on to the second page

20 there, you'll see it says, "The manufacturer's

21 representative said there is potential for

22 addiction but Nucynta has less opioid activity

23 than traditional opioids."

24           Do you see where I've read that

25 from?

Page 332

1          A.     I do.

2          Q.     So in this instance we've got a

3     manufacturer that has a representative there

4     that is commenting on the safety profile of its

5     drug, Nucynta, fair?

6          A.     Yes.

7          Q.     And this manufacturer's

8     representative is saying that while there's

9     potential for addiction, that Nucynta has less

10    opioid activity than traditional opioids; is

11    that fair?

12         A.     That is what this states.

13         Q.     And based upon that, it's leaving

14    the conclusion that it's a safer alternative

15    than other opioids?

16              MR. DOVE:  Objection to form.

17              MS. LINN:  You can --

18         A.     That is what's indicated in this

19    paragraph.

20         Q.     If you wouldn't mind going to

21    Exhibit 9 now.  Exhibit 9 is a later meeting,

22    it's approximately two years later, June 29th of

23    2011.

24              Do you see that?

25         A.     Yes.

Page 333

1        Q.    And if you go to the second page, 2

2   of 6, under "Analgesic Agents Opioids" -- do you

3   see that heading?

4        A.    Yes.

5        Q.    You'll see here two years later

6   Dr. Hunter said he is in favor of Nucynta based

7   on the potential for less diversion.  The

8   committee voted 7 to 1 in favor of the preferred

9   status for Nucynta.

10            Do you see that?

11       A.    I do.

12       Q.    So here two years prior to this you

13   see a manufacturer representative for Nucynta,

14   which would be Ortho Janssen McNeil, lobbying on

15   behalf of Nucynta, correct?

16            MS. O'GORMAN:  Objection.

17            MS. LINN:  You can answer.

18       A.    Yes, it appears so.

19       Q.    And two years later there's a

20   placement of Nucynta on the preferred drug list;

21   is that fair?

22       A.    Yes.

23       Q.    You can set that to the side.

24            I'm going to put in front of you

25   what I'm marking as Exhibit 34, which is the

1   label that was in place at the time for Nucynta

2   of the 2009 meeting.  You'll see that on the

3   front page of Exhibit 34, on the bottom

4   right-hand side, it says, "Revised 03/2009."

5                         -   -   -   -   -

6                   (Thereupon, Applegate Deposition

7                   Exhibit 34, Nucynta Label, was

8                   marked for purposes of

9                   identification.)

10                        -   -   -   -   -

11        Q.    Do you see that?

12        A.    Yes.

13        Q.    And you recall that when we looked

14   at Exhibit 10, that that meeting was October 7th

15   of 2009, correct?

16        A.    Correct.

17        Q.    So it appears that this would be the

18   label that was in place at the time of that

19   meeting, fair?

20        A.    Yes.

21        Q.    And if you go to page 5 of this,

22   you'll see that there's a section that says,

23   "Misuse and Abuse."

24                   Do you see that?

25        A.    I do.

Page 335

1        Q.    And here it says that Tapentadol,

2    which is the generic name for Nucynta, that

3    Tapentadol is a new opioid agonist and is a

4    Schedule 2 controlled substance.  Such drugs are

5    sought by drug abusers and people with addiction

6    disorders.  Diversion of Schedule 2 products is

7    an act subject to criminal penalty.

8             Do you see that?

9        A.    Yes.

10       Q.    Further, it says, "Nucynta can be

11   abused in a manner similar to other opioid

12   agonists, illegal or illicit."

13            Do you see that?

14       A.    Yes.

15       Q.    It doesn't say anything about this

16   being a different kind of opioid that's not

17   subject to abuse, does it?

18       A.    It does not.

19       Q.    Going further into the label, on

20   page 12, under Subsection 9, at the very bottom,

21   it again repeats a similar sentence, "Nucynta

22   contains Tapentadol, a new opioid agonist, and

23   is a Schedule 2 controlled substance," and it

24   says, "Nucynta has an abuse potential similar to

25   hydromorphone, can be abused and is subject to

Page 336

1    criminal diversion."

2             Do you see that?

3        A.    I do.

4        Q.    Are you familiar with what

5    hydromorphone is?

6        A.    Yes.

7        Q.    And is that Dilaudid?

8        A.    Yes.

9        Q.    Dilaudid is a substance that

10   everyone is aware now can be abused, correct?

11       A.    Yes.

12       Q.    But here you've got a manufacturer

13   telling you that the abuse potential for this

14   particular drug was less, correct?

15             MS. O'GORMAN:  Objection.

16             MR. DOVE:  Object to the form.

17       A.    That's correct.

18       Q.    And they were coming to the meetings

19   in an attempt to be placed on a preferred

20   formulary, fair?

21             MS. O'GORMAN:  Objection.

22             MR. DOVE:  Object to the form.

23       A.    That's correct.

24       Q.    And these are the same manufacturers

25   and industry components that are not funding