# PSJ2 Exh 70

```
                                                          Page 1

 1          IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                       - - -
 5   In re:                         :
                                    :
 6   National Prescription          :   Case No.
     Opiate Litigation              :   1:17-MD-2804-DAP
 7                                  :
     This Document Applies          :
 8   to:   All Actions              :
 9                       - - -
10        Video Rule 30(b)(6) Deposition of
11            Ohio Department of Medicaid
12           By and Through its Designee:
13              DONALD P. WHARTON, M.D.
14            (Called by the Defendants)
15         Sheraton Columbus Capitol Square
16                75 East State Street
17                   Columbus, Ohio
18           Wednesday, November 14, 2018
19                     8:45 a.m.
20                       - - -
21
22
23
24                    Reported by:
          Linda D. Riffle, RDR, CRR, CRC,
25   and Notary Public in and for the State of Ohio
```

Page 353

1  So, you know, I'm -- I'm actually pretty
2  proud of -- of all the work that we've done.
3  We've --we've accomplished some, but I still know
4  we have more to do.  This is a big problem, and
5  it's -- and it's -- it's going to be a big
6  solution, so . . .
7      Q.   Okay.  So let's turn briefly to some of
8  the meetings we talked about.  The P&T committee
9  --
10     A.   Uh-huh.
11     Q.   -- and the DUR committee or DUR board?
12     A.   Sure.
13          MR. DOVE:  Counsel, let me just remind
14 you, under the deposition protocol, we're
15 entitled to a minute-by-minute recross.
16          MS. SINGER:  Thank you.
17          MR. DOVE:  Just so you're aware of where
18 we are going in the afternoon.
19          MS. SINGER:  Thank you.
20 BY MS. SINGER:
21     Q.   So are drug company representatives
22 typically at D- -- P&T committee meetings?
23     A.   Yes.
24     Q.   And does that include companies that
25 make and market opioids, who come to these P&T

Page 354

1  committee meetings, to your knowledge?
2      A.  I would assume so, but I don't know that
3  for a fact.  I have -- I don't -- I couldn't
4  identify one.
5      Q.  Okay.
6      A.  So . . .
7      Q.  And is it typically the case that these
8  companies -- these companies make presentations
9  about drugs?
10     A.  Uh-huh, yes.
11     Q.  And is the goal of those presentations
12 to try to make sure they're on the preferred drug
13 list?
14     A.  Of course.  Yes.
15         MR. KNAPP:  Objection to form.
16         THE WITNESS:  Yes.
17 BY MS. SINGER:
18     Q.  Why don't you tell me what the purpose
19 is of -- of their presentations just to --
20         MR. KNAPP:  Objection --
21         MR. DOVE:  Objection.
22         MR. KNAPP:  -- to foundation and form.
23         THE WITNESS:  So the purpose is -- the
24 purpose is to see that their drug is on the
25 preferred drug list and, therefore, having less

Page 355

1  administrative barriers towards getting that drug
2  for their providers --
3  BY MS. SINGER:
4      Q.  Okay.
5      A.  -- who want to prescribe it.
6      Q.  And in any of the -- and are you
7  typically at P&T committee meetings?
8      A.  Most of them, yes.
9      Q.  Okay.  And during your time at ODM and
10 speaking for ODM, have you ever seen in any of
11 these meetings someone from a pharmaceutical
12 company suggest that ODM restrict its coverage of
13 opioids?
14     A.  Somebody from a manufacturer?
15     Q.  (Nods head.)
16     A.  No, I have not.
17     Q.  Have -- have they ever suggested limits
18 on dose or duration of use for -- of coverage for
19 opioids?
20     A.  I have not heard that, no.
21     Q.  Okay.  Have they ever made presentations
22 on what ODM can do to address the opioid
23 epidemic?
24         MR. KNAPP:  Objection to form.
25         THE WITNESS:  Not to my knowledge.