# PSJ2 Exh 81

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5    ------------------------------) MDL No. 2804

 6    IN RE NATIONAL PRESCRIPTION   )

 7    OPIATE LITIGATION             )

 8                                  ) Case No. 17-md-2804

 9    This document relates to:     )

10    All Cases                     )

11    ------------------------------) Hon Dan A. Polster

12

13                      HIGHLY CONFIDENTIAL

14         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16              The 30(b)(6) videotaped deposition of

17    ALLERGAN by and through MARY WOODS, called for

18    examination, taken pursuant to the Federal Rules of

19    Civil Procedure of the United States District Courts

20    pertaining to the taking of depositions, taken before

21    JULIANA F. ZAJICEK, a Registered Professional Reporter

22    and a Certified Shorthand Reporter, at Lieff Cabraser

23    Heimann & Bernstein, 8th Floor, 250 Hudson Street, New

24    York, New York, on January 9, 2019, at 9:10 a.m.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   Pharmaceuticals or Actavis, Inc. employee that we

 2   would have had as backup.

 3        Q.    Okay.

 4        A.    Is that -- that -- that could be an

 5   employee inside of the company providing the

 6   justification.

 7        Q.    Any other situations that you can see?

 8              And where is the market share -- sorry.

 9        A.    Could be a -- it could be a customer that

10   has a new product added to a contract that we would

11   get that information from the contracts team.

12        Q.    Uh-huh.

13        A.    It could be a new product launch, we would

14   get that information.  I think in just general it says

15   that we would contact other teams for information, so

16   that would be something we would do internally to

17   understand what was going on in the market.

18        Q.    Where is the language that you say

19   "contacting other teams"?

20        A.    It just says "some of the tools used

21   during analysis."

22        Q.    Okay.  And so your impression from reading

23   that language that's on Page 8, and it's Bates

24   number 142, and those sub paragraphs leaves you to
```

Highly Confidential - Subject to Further Confidentiality Review

 1   believe that some orders could be removed from the

 2   pend list based on either written or verbal assurances

 3   without documentational backup?

 4        A.    I don't think verbal.

 5        Q.    Okay.

 6        A.    There would always be documentation.  Your

 7   question was could it be another Actavis employee.

 8        Q.    Yes.

 9        A.    That sent an e-mail, not verbal.

10        Q.    So based on the representation of another

11   Actavis employee, pending orders could be released?

12        A.    If it was the correct related information,

13   yes, not just you are free to release this.

14        Q.    Okay.

15        A.    That would not suffice.

16        Q.    And is that -- is -- is what you are

17   saying listed anywhere here in particular or is it

18   your impression based on reading this information?

19        A.    It is not my impression.  I know what the

20   process was and it states, you know, some of the tools

21   used during the analysis, which means that that's not

22   all inclusive.

23        Q.    All right.

24        A.    They would make sure to do a thorough