# PSJ2 Exh 82

# FILED UNDER SEAL