PSJ2 Exh 84



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug Administration
Silver Spring, MD 20993

William A. Best, Sr.
Director, Promotional Regulatory Affairs
Endo Pharmaceuticals, Inc.
100 Endo Boulevard
Chadds Ford, PA  19317

**RE:    NDA #201655**
OPANA® ER (oxymorphone hydrochloride) Extended-Release tablets, CII
MA #7

Dear Mr. Best:

This letter responds to Endo Pharmaceuticals, Inc.'s (Endo) February 29, 2012, request to
the Division of Professional Drug Promotion (DPDP) for comments on a launch Draft
Professional Detail Aid – PSA (OP-01970) (detail aid) for OPANA® ER (oxymorphone
hydrochloride) Extended-Release tablets, CII (Opana ER).

DPDP, in consultation with the Division of Anesthesia, Analgesia, and Addiction Products
(DAAAP), has reviewed the proposed detail aid and offers the following comments.  These
comments should be applied to this submission and all current and future promotional
materials for Opana ER that contain the same or similar claims or representations.

**General**

DPDP reminds you that terms such as "new" and "introducing" should only be used for six
months after the date Opana ER is initially marketed.  After that six month period of time,
materials containing these terms should be revised or replaced.

We remind you that DPDP does not provide advisory comments on claims and presentations
which are the same or similar to those in the public domain.  Therefore, DPDP's comments
are limited to those claims and presentations not currently disseminated in the public domain.

**Minimization of Risk Information/Implied Unsubstantiated Safety Superiority Claims**

Promotional materials are misleading if they contain a drug comparison that represents or
suggests that a drug is safer than another drug, when this has not been demonstrated by
substantial evidence or substantial clinical experience.

The proposed detail aid contains numerous claims and presentations describing Opana ER's
new formulation and its INTAC™ technology.  For example, page two includes claims such
as the following (bolded emphasis original; underlined emphasis added):

Reference ID: 3124026

William A. Best, Sr.                                                                      Page 2
Endo Pharmaceuticals, Inc.
NDA #201655/MA#7

- "**INTAC™ technology** <u>provides mechanical stability</u>"
- "Innovative manufacturing process uses heat extrusion to <u>create mechanical strength</u>" (page 2)
- "New formulation of Opana® ER tablets with INTAC technology <u>has the mechanical strength to provide an obstacle to crushing by tools, including hammers, spoons, and mechanical pill crushers</u>"

Additionally, page three includes claims and presentations such as the following regarding a blinded comparative study in 25 subjects (bolded emphasis original):

- "**Opana® ER with INTAC™ technology compared to oxymorphone ER (original formulation)**. . .Provided some resistance to crushing by tools, including spoons, a hammer, or a razor"
- "**Manipulating Opana® ER tablets with INTAC™ technology resulted in larger particle size than oxymorphone ER (original formulation)**" (with accompanying visual)
- "**Study demonstrated the difficulty in forming an intranasal preparation**" (with accompanying visuals)

The totality of these claims and presentations suggest that, as a result of its new formulation, Opana ER offers a therapeutic advantage over the original formulation when this has not been demonstrated by substantial evidence or substantial clinical experience.  In addition, these claims misleadingly minimize the risks associated with Opana ER by suggesting that the new formulation's "INTAC™ technology" confers some form of abuse deterrence properties when this has not been demonstrated by substantial evidence.  Although we acknowledge that there is evidence to support some limited improvement in mechanical stability and strength attributable to the new technology as well as a minimal improvement in resistance to tampering in efforts to abuse Opana ER intranasally, there are several limitations to this data.  Furthermore, Opana ER's approved product labeling (PI) has a Boxed Warning which contains the following information (in pertinent part; bolded emphasis original):

> **WARNING: POTENTIAL FOR ABUSE, IMPORTANCE OF PROPER PATIENT SELECTION AND LIMITATIONS OF USE**
>
> . . .
>
> <u>Potential for Abuse</u>
> **OPANA ER contains oxymorphone, which is a morphine-like opioid agonist and a Schedule II controlled substance, with an abuse liability similar to other opioid analgesics.**
>
> . . .
>
> <u>Limitations of Use</u>
> **OPANA ER tablets are to be swallowed whole and are not to be cut, broken, chewed, dissolved, or crushed.  Taking cut, broken, chewed, dissolved, or crushed OPANA ER tablets leads to rapid release and absorption of a potentially fatal dose of oxymorphone.**

We acknowledge that the proposed detail aid presents statements such as, "The clinical significance of INTAC technology or its impact on abuse/misuse has not been established for

Reference ID: 3124026

William A. Best, Sr.                                                                                Page 3
Endo Pharmaceuticals, Inc.
NDA #201655/MA#7

the new formulation of Opana ER" on various pages of the piece; however, these and similar statements do not mitigate the overwhelming misleading impression. Therefore, DPDP recommends that these claims and presentations regarding Opana ER's new formulation be deleted from the proposed detail aid. We are especially concerned from a public health perspective because the presence of this information in the detail aid could result in health care practitioners or patients thinking that the new formulation is safer than the old formulation, when this is not the case. If Endo wishes to have this data further evaluated to support a labeling change or wishes to pursue further discussions regarding the tamper resistance properties of Opana ER, DPDP refers you to the Division of Anesthesia, Analgesia, and Addiction Products within the Office of New Drugs.

**Omission of Material Facts**

Promotional materials are false or misleading if they fail to reveal facts with respect to consequences that may result from the use of the drug as recommended or suggested by the materials.

Page one of the proposed detail aid presents information from the Indications and Usage section of the PI. This presentation is misleading because it omits the following information from the Indications and Usage section of the full PI:

### 1  INDICATIONS AND USAGE
. . .

### <u>Limitations of Use</u>
. . .
OPANA ER is only indicated for post-operative use if the patient is already receiving the drug prior to surgery or if the post-operative pain is expected to be moderate or severe and persist for an extended period of time. Physicians should individualize treatment, moving from parenteral to oral analgesics as appropriate.

We recommend revising the proposed detail aid to prominently present Opana ER's full indication in conjunction with the initial claims of efficacy. We note that this information is communicated on page three under the header "CONTRAINDICATIONS;" however this does not mitigate this misleading omission.

In addition, the proposed detail aid omits the following important risk information from the PI (in pertinent part) (bolded emphasis original; underlined emphasis added):

### 5.2  Respiratory Depression
. . .
Administer OPANA ER with extreme caution to patients with conditions accompanied by hypoxia, hypercapnia, or decreased respiratory reserve <u>such as: asthma, chronic obstructive pulmonary disease or cor pulmonale, severe obesity, sleep apnea syndrome, myxedema, kyphoscoliosis, CNS depression or coma</u>.

### 5.3  Misuse, Abuse and Diversion of Opioids
. . .

CONFIDENTIAL                                                                                ENDO-CHI_LIT-00015926

William A. Best, Sr.                                                      Page 4
Endo Pharmaceuticals, Inc.
NDA #201655/MA#7

Opioid agonists are sought by drug abusers and people with addiction disorders and
are subject to criminal diversion
. . .
OPANA ER tablets may be abused by crushing, chewing, snorting, or injecting the
product.  These practices will result in the less controlled delivery of the opioid and
pose a significant risk to the abuser that could result in overdose and death
. . .
Healthcare professionals should advise patients to store OPANA ER in a secure place,
preferably locked and out of the reach of children and other non-caregivers.

**5.5  Use in Patients with Head Injury and Increased Intracranial Pressure**

In the presence of head injury, intracranial lesions or a preexisting increase in
intracranial pressure, the possible respiratory depressant effects of opioid analgesics
and their potential to elevate cerebrospinal fluid pressure (resulting from vasodilation
following $CO_2$ retention) may be markedly exaggerated.  Furthermore opioid
analgesics can produce effects on papillary response and consciousness, which may
obscure neurologic signs of further increases in intracranial pressure in patients with
head injuries.

Administer OPANA ER with extreme caution to patients who may be particularly
susceptible to the intracranial effects of $CO_2$ retention, such as those with evidence of
increased intracranial pressure or impaired consciousness.  Opioids may obscure the
clinical course of a patient with a head injury and should be used only if clinically
warranted.

**5.9  Gastrointestinal Effects**

OPANA ER decreases bowel motility.  Opioids diminish propulsive peristaltic waves in
the gastrointestinal tract.  Monitor for decreased bowel motility in post-operative
patients receiving opioids.  The administration of OPANA ER may obscure the
diagnosis or clinical course in patients with acute abdominal conditions.

**5.10  Ambulatory Surgery and Post-Operative Use**
. . .
Patients who are already receiving OPANA ER as part of ongoing analgesic therapy
may be safely continued on the drug if appropriate dosage adjustments are made
considering the procedure, other drugs given, and the temporary changes in
physiology caused by the surgical intervention.

We recommend revising the proposed detail aid in order to include the important material
information that is underlined above.

If you have any questions or comments, please direct your response to the undersigned by
facsimile at (301) 847-8444, or at the **Food and Drug Administration, Center for Drug
Evaluation and Research, Office of Prescription Drug Promotion, Division of
Professional Drug Promotion, 5901-B Ammendale Road, Beltsville, Maryland 20705-
1266.** Please note that the Division of Drug Marketing, Advertising, and Communications

Reference ID: 3124026

                                               ENDO-CHI_LIT-00015927

William A. Best, Sr.                                                                                      Page 5
Endo Pharmaceuticals, Inc.
NDA #201655/MA#7

(DDMAC) has been reorganized and elevated to the Office of Prescription Drug Promotion (OPDP). OPDP consists of the Immediate Office, the Division of Professional Drug Promotion (DPDP) and the Division of Consumer Drug Promotion (DCDP). To ensure timely delivery of your submissions, please use the full address above and include a prominent directional notation (e.g. a sticker) to indicate that the submission is intended for OPDP. In addition, OPDP recently migrated to a different tracking system. Therefore, OPDP letters will now refer to MA numbers instead of MACMIS numbers. Please refer to the MA #7 in addition to the NDA number in all future correspondence relating to this particular matter.  DPDP reminds you that only written communications are considered official.

Sincerely,

{See appended electronic signature page}

Samuel M. Skariah, Pharm.D.
LCDR, USPHS
Regulatory Review Officer
Division of Professional Drug Promotion
Office of Prescription Drug Promotion

Reference ID: 3124026

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

---------------------------------------------------

SAMUEL M SKARIAH
04/30/2012

Reference ID: 3124026

**CONFIDENTIAL**                                                                                **ENDO-CHI_LIT-00015929**