# PSJ2 Exh 87

**Produced Natively**

CONFIDENTIAL

**BDC meeting – Project Tango**

Presentation
September 12th

PURDUE



**Objectives for today**

- Reground in Purdue's BD strategy
- Introduce to the addiction market and Project Tango
- Align on next steps

| 1

1



**Executive summary**

Build the exec summary (9th Sept)

**Contents**

- **Strategic direction**
- Abuse and addiction  market
- Project Tango opportunity

PURDUE

3





Value Drivers

    Purdue Core Capability:

        IP defense

        Reformulation

        Risk Management / Epidemiology

        Large scale sales force

    Reduced healthcare cost

        Continued cost pressure across system

    New customers (cash-pay/
        hospitals)

        Increased complexity in servicing needs of hospitals

        Continued rise in patient OOP spend

    Market expansion

        Significant unmet need in key TAs

        Select high risk, but potentially high reward assets exist



**Contents**

- Strategic direction
- **Abuse and addiction  market**
- Project Tango opportunity

*PURDUE*

7



**Addiction treatment is a good fit and next natural step for Purdue**

**Purdue should consider expansion across the pain and addiction spectrum**

Pain treatment and addiction are naturally linked

Pain treatment

Opioid addiction treatment

ADF reduces the likelihood of abuse of products

There is an opportunity to expand our offering as an end-to-end pain provider

**Why this is a natural step for Purdue?**

**A  Attractive market**

- Large unmet need for vulnerable, underserved and stigmatized patient population
- Multiple trends to suggest increasing attractiveness of the abuse and addiction market (e.g., government mandate to improve access)
- Fits our BD strategy for diversification and profitable growth

**B  Purdue has unique position**

- Willingness to serve vulnerable patient populations
- Experience and strong capabilities in serving complex and controlled substance markets
  - Epidemiology
  - Regulatory/ FDA
  - Commercial/ healthcare professional training
- Improving reputation as responsible opioid provider

PURDUE

| 8

8

**A** **Significant unmet need in an underserved patient population that has been stigmatized and portrayed as undesirable**



**Encompasses all demographics**

**Often perceived as an undesirable population, and subsequently stigmatized and inadequately treated**

- Over 1.4 million people not treated for their opioid addiction (~70% of addicted patients)
- Opioid addiction (other than heroin) has grown by ~20% CAGR from 2000 to 2010

**Addiction is defined by NIDA as**

- A chronic, relapsing brain disease that is characterized by compulsive drug seeking and use, despite harmful consequences
- Considered a brain disease because drugs change the brain; they change its structure and how it works. Can lead to many harmful, often self-destructive, behaviors

*"This can happen to any-one – from a 50 year old woman with chronic lower back pain to a 18 year old boy with a sports injury, from the very wealthy to the very poor"*

**Pain specialist, Cornell Weill, 100 patients/week**

**PURDUE**  SOURCE: Source

| 9





**A  Key to capturing this market will be to improve diagnosis rates and address underlying barriers to treatment**

**Opioid addiction:**
**~1.4M not treated**

# with opioid addiction

2.1 M

# receiving diagnosis

0.9 M

# treated pharmaco-logically

0.7 M

**Underlying levers to create value**

**Diagnosis rate**

Significant room for **improved diagnosis rates** through addressing
- Doctors underdiagnoses of patients
- Patient disregarding addiction specialist referral for variety of reasons (e.g., psychiatric / psychological issues, social stigma, denial, etc.)
- Separate and of pain/addiction specialists / consultations
- Lack of direct treatment guidelines, e.g. for when and how to migrate patients off of opioids

**Treatment rate**

Few areas of potential i**mprovement of treatment rate (currently ~80%)** through addressing
- Patients restricted to care due to lack of insurance and access to addiction treatment centers (esp. in rural areas)
- Further focus political perspectives on pain and addiction management

PURDUE   SOURCE: Decision resources, SAMSA, Purdue estimates, expert physician interviews

| 11

11



**Contents**

- Strategic direction
- Abuse and addiction  market
- **Project Tango opportunity**

PURDUE

13





ⓘ **Tango is owned by a consumer health, hygiene, and home goods company – not a natural owner**

**Parent is a multinational conglomerate primarily in the consumer goods space**

- UK-based multinational  (>$16b annual revenue - 2013)
- Core focus on health, hygiene, and home

| BU | Health | Hygiene | Home | Other | |
|---|---|---|---|---|---|
| | 29 | 43 | 22 | 6 | % 2013 of sales |
| Key product | Durex, Mucinex | Clearasil, Lysol | Air Wick | *incl. RBP* | |

**Parent's stated corporate strategy is to concentrate on relatively few strong global performers and drive up margins**

- Strategic focus is on "Powerbrands" (i.e., No. 1 worldwide in their respective categories (19 Powerbrands = >70% total revenue)
  - Concentrate on strongest brands
  - Acquire brands that they believe they can grow
- Typically acquire strong brands at high multiples (e.g. K-Y Lubricants, Schiff Nutrition, Durex, Scholl)
- Declared Tango as non-core and announced intent to divest in 2014

- **Tango is not a core business to parent**
  - **A company with pharma expertise might create more value**

- **May be potential for Purdue to offer an OTC asset swap (e.g., Senokot)**

PURDUE   SOURCE: Tango parent 2013 Annual  Report                                   | 15

15



ⓘ **Suboxone film is Tango's lead product and market leader in opioid addiction; a favorite amongst patients and physicians**

|  | | **Description** |
|---|---|---|
| | **Suboxone film has a leading position in the opioid addiction treatment space** | ▪ Gold standard for opioid addiction over the last decade<br>▪ 77% of US market share by sales ($1.4b revenue), ~68% of TRxs<br>▪ Limited differentiation by new market entrants |
| | **Numerous product attributes encourage continued adoption** | ▪ Convenient, discreet, fast-dissolving formulation<br>▪ Child-resistant packaging<br>▪ Lower rates of abuse than tablets |
| | **Favorable pricing situation promotes market penetration** | ▪ Market leader on cost (priced similar to generics)<br>▪ Established payor network (over 60% and 90% coverage for Tier 2 and Tier 3 and above, respectively)<br>▪ Generous co-pay support program |
| | **Extensive patient support services** | ▪ Here to Help® Program: provides patients personalized information regarding addiction and treatment |

PURDUE                                                                                      | 16

16







LEGAL CORE COMPETENCIES

**iii** **Intellectual property and legal expertise can maximize value of Suboxone film**

| Core Purdue competency | Description | Application to Tango |
|---|---|---|
| | | |
| **Execute infringement suits against challengers** | • Tango has sued two generic companies (Actavis, Par)<br><br>• BDSI received FDA approval for Bunavail (a buprenorphine/buccal film) that expects to launch Q3 2014 | • Retain market share against BDSI (first-mover advantage, obtain royalty from our patents) |
| | • Two claims in E.D. of Pennsylvania on behalf of direct and indirect purchasers relating to product hopping and delayed generic entry | |

**Risk item: Federal raid on Tango's Virginia facilities in December 2013.** Basis for raid and current status unclear, and a negative result could ultimately culminate in product liability lawsuits. We would mitigate risk by seeking indemnification and retained liability of Tango.

PURDUE

19

19





**Next steps**

- Proceed with the evaluation of Project Tango according to timeline
  - Investigate if Tango has done a bad job in MCO/Pricing, and if there is
    pricing opportunity for a new owner
  - Qualify the product stickiness to assess if the Gx entry risk really is going
    to erode revenues in 2016
- Clarify the PR implications of going into addiction treatment
- Identify the optimal deal structure
  - Cash upfront, CVRs, OTC swap?
  - Approach to mitigate current and future contingencies?



| 22

22

**Appendix**



**iii Purdue is uniquely positioned to add value to Tango**

| Purdue-specific value drivers | | Value impact | Description |
|---|---|---|---|
| 1 | Legal | • High | • ▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>• |
| 2 | Commercial | • High | • Experienced sales force<br>• Better leverage HECON benefits to MCOs |
| 3 | Strategy | • High | • Core competency in dealing with complex narcotics issues |
| 4 | Regulatory | • Med | • Relationships with local/national regulators (e.g. FDA), chain pharmacies |
| 5 | Stakeholder relationships | • Med | • RADARS® relationships with local authorities to monitor nonmedical use and diversion<br>• Patient advocacy groups, influential state policy makers, national advocacy groups, e.g. CADCA |
| 6 | Medical | • Med | • Relationships with pain and addiction KOLs |
| 7 | Epi / analytics | • Med | • Experience with complex REMS;<br>• Measurement of abuse rates in the community |
| 8 | R&D | • Low | • Abuse and addiction trial design and LCE |

**PURDUE**

| 24





### Tango Transaction Timelines: Draft

| Activity | 2014 | | | | 2015 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
| • Pre-CDA diligence | ▬ | | | | | | | | |
| • Contact Tango and enter CDA | ▬ | | | | | | | | |
| • Finalize engagement letter with Evercore | ▬ | | | | | | | | |
| • Term sheet negotiation | ▬▬▬ | | | | | | | | |
| • BOD term sheet approval FTNT[1] | ▬▬▬▬▬▬ | | | | | | | |
| • Final due diligence | ▬▬▬▬▬▬▬▬▬▬ | | | | | | |
| • Agreement negotiation | ▬▬▬▬▬ | | | | | |
| • BOD definitive agreement Approval FTNT[1] | ▬ | | | |
| • Definitive agreement signing and deal announcement | ▮ | | |
| • Submission of HSR filing FTNT[2] | ▬▬ | | |
| • Solicitation of Tango shareholders FTNT[3] | ▬▬ | |
| • Closing FINT[4] | | ▬ |
| • JPM commitment letter negotiation and delivery | ▮ | |
| • JPM due diligence on Tango | ▬▬ | |
| • Offering memorandum | ▬▬ | |
| • JPM capital market execution | ▮ | |

1 BOD approvals will have to be obtained subject to regularly scheduled BOD/BOD Committee meetings.  The Term Sheet approval would be targeted for November – December 2014, while the Definitive Agreement approval would be targeted for February - March 2015.
2 HSR filing can be submitted earlier based on a term sheet.  Normal waiting period under HSR is 30 days, but we can request early termination, which would occur in 15 days.  The timeline assumes that there is no second request in connection with the HSR filing
3 Based on publicly available information, we anticipate that notice of a special meeting of Tango shareholders to approve the transaction would be sent 14-28 days prior to the meeting.  Depending on timing, Tango may postpone shareholder solicitation to occur at its Annual Meeting, which usually takes place in May.  In addition, this draft timeline assumes that shareholder approval is obtained promptly and there are not significant dissenters
4 Closing assumes satisfaction of all material closing conditions, including regulatory approvals, required consents, and no material adverse change in the Tango business, and receipt of XXX  financing

PURDUE

| 26



**Preliminary P&L**

AS OF SEPT 9

**Base Estimates (Purdue Launch in 2015-Q3, LOE EOY-2027, With Depot Launched)**

| Scenario: | aA3 | Purdue | | | | | | | Purdue | IRR: | 17.8% | NPV: $ 243.9 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US$MMs | Base Year | | | | | | | | | | | | |

Suboxone (U.S.)

| Proforma P&L | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross sales | $1,267.3 | $ 889.4 | $ 807.7 | $ 541.5 | $ 485.5 | $ 468.1 | $ 456.4 | $ 441.9 | $ 424.7 | $ 405.1 | $ 383.1 | $ 359.0 | $ 362.9 |
| Net sales | 773.8 | 480.8 | 436.6 | 292.7 | 262.5 | 253.0 | 246.7 | 238.9 | 229.6 | 219.0 | 207.1 | 194.1 | 196.2 |
| Costs of goods sold (@10.8%) | 76.0 | 53.4 | 48.5 | 32.5 | 29.1 | 28.1 | 27.4 | 26.5 | 25.5 | 24.3 | 23.0 | 21.5 | 21.8 |
| Shipping and warehousing (@%) | 6.3 | 4.4 | 4.0 | 2.7 | 2.4 | 2.3 | 2.3 | 2.2 | 2.1 | 2.0 | 1.9 | 1.8 | 1.8 |
| Costs of sales (incl. royalties, shipping) | 82.4 | 57.8 | 52.5 | 35.2 | 31.6 | 30.4 | 29.7 | 28.7 | 27.6 | 26.3 | 24.9 | 23.3 | 23.6 |
| Gross margin | 691.5 | 423.0 | 384.1 | 257.5 | 230.9 | 222.6 | 217.1 | 210.1 | 202.0 | 192.6 | 182.2 | 170.7 | 172.6 |
| Gross margin as % of net sales | 89% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 88% | 88% |
| Operating expenses | | | | | | | | | | | | | |
| Selling and promotion | 119.8 | 102.5 | 96.6 | 92.4 | 87.5 | 83.8 | 80.7 | 77.2 | 73.5 | 69.6 | 65.5 | 61.3 | 58.9 |
| General and admin (@ 7% incremental on sales) | 48.2 | 19.4 | 18.1 | 13.8 | 12.9 | 12.6 | 12.4 | 12.2 | 11.9 | 11.6 | 11.2 | 10.8 | 10.9 |
| Research and development | 18.3 | 12.5 | 10.9 | 8.0 | 7.5 | 7.4 | 7.4 | 7.3 | 7.3 | 7.3 | 7.3 | 7.4 | 7.9 |
| Health care reform fee | 11.7 | 7.3 | 6.6 | 4.4 | 4.0 | 3.8 | 3.7 | 3.6 | 3.5 | 3.3 | 3.1 | 2.9 | 3.0 |
| Milestones | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 | 46.7 |
| Total operating expenses | 503.7 | 193.4 | 183.9 | 170.3 | 163.5 | 159.3 | 155.8 | 152.0 | 147.8 | 143.5 | 138.8 | 134.1 | 132.3 |
| Operating income / (loss) | 187.7 | 229.6 | 200.3 | 87.3 | 67.4 | 63.3 | 61.2 | 58.2 | 54.1 | 49.2 | 43.4 | 36.7 | 40.3 |
| Provision for income taxes (@35.0%) | 65.7 | 80.4 | 70.1 | 30.5 | 23.6 | 22.2 | 21.4 | 20.4 | 18.9 | 17.2 | 15.2 | 12.8 | 14.1 |
| Net income | $ 122.0 | $ 149.3 | $ 130.2 | $ 56.7 | $ 43.8 | $ 41.2 | $ 39.8 | $ 37.8 | $ 35.2 | $ 32.0 | $ 28.2 | $ 23.8 | $ 26.2 |

**CASH FLOWS SUMMARY**

| Free Cash Flows | $ (638.6) | $ 221.2 | $ 164.7 | $ 129.8 | $ 95.9 | $ 89.4 | $ 87.5 | $ 85.8 | $ 83.4 | $ 80.4 | $ 76.9 | $ 72.8 | $ 72.4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Both NPV and IRR are calculated using the base year above, discounted @9% after-tax.*                                        *20-year time horizon of P&L is included*

**CUMULATIVE**

| Operating Income/(Loss) | $ 187.7 | $ 417.3 | $ 617.6 | $ 704.9 | $ 772.3 | $ 835.6 | $ 896.9 | $ 955.0 | $1,009.2 | $1,058.4 | $1,101.7 | $1,138.4 | $1,178.7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Free Cash Flows, pre-tax | (572.9) | (271.3) | (16.4) | 143.9 | 263.3 | 374.9 | 483.9 | 590.0 | 692.4 | 790.0 | 882.1 | 967.7 | 1,054.2 |
| Free Cash Flows, after-tax | (638.6) | (417.3) | (252.6) | (102.9) | (7.0) | 82.4 | 169.9 | 255.7 | 339.1 | 419.6 | 496.5 | 569.2 | 641.6 |
| Net Present Value | (638.6) | (435.6) | (280.1) | (179.9) | (112.0) | (53.9) | (1.7) | 45.2 | 87.1 | 124.1 | 156.6 | 184.8 | 210.5 |

Note: $250 million of operating profits were deducted from the P&L in 2015 to account for closing date as of 6/30/2015.

PURDUE

9/5/2014

| 28

**Leading banks estimate Tango's valuation between $2-6bn**

| Firm | Date | Tango Pharma Valuation £ | Tango Pharma Valuation $ | Valuation method/commentary |
|---|---|---|---|---|
| UBS | 7/30/14 | £3.1 | $5.1 | • DCF based; 7% WACC, EBITA decline rate of -2% post 2018 |
| citi | 7/29/14 | 3.7 | 6.1 | • DCF based; 8% WACC, 0% terminal growth rate |
| Bank of America Merrill Lynch | 7/29/14 | 3.0 | 5.0 | • DCF based; 8% WACC, 0% terminal growth rate, LoE resulting in loss of 67% FCF after 2023 |
| BARCLAYS | 7/29/14 | 1.8 | 2.9 | • NA |
| Deutsche Bank | 7/28/14 | 2.9 | 4.8 | • I3xP/E Multiple |
| CREDIT SUISSE | 7/28/14 | 2.2 | 3.6 | • DCF Based |
| JPMorgan | 7/28/14 | 1.3 | 2.2 | • NA |
| Jefferies | 7/24/14 | 2.6 | 4.3 | • DCF based |

| | |
|---|---|
| Mean | $4.3 |
| Median | $4.6 |
| Max | $6.1 |
| Min | $2.2 |

Note: Assumes GBP/USD FX rate of 1.6574x as of August 27, 2014

PURDUE   SOURCE: Wall Street research

| 29



**The opioid addiction space could be an exciting entry point for Purdue**

Update with Mike's data

% Global market share

| | Addiction | Key products | US Sales 2013 USD |
|---|---|---|---|
| 4% | Alcohol | Vivitrol (Alkermes) | 57M |
| 13% | | Campral (Forest) | 20M |
| | Nicotine, prescribed | Chantix (Pfizer) | 343M |
| | | Buproprion[1] • Original Rx: GSK • Gx: Actavis, Sanofi | N/A |
| 38% | Nicotine, OTC | Nicoderm/Nicorette (GSK) | 488M |
| | | Nicotine gum (Actavis) | 10M |
| | | Nicotine gum/lozenges/ patch (Perrigo) | 6M |
| | Opioids | Suboxone film (Reckitt) | 857M |
| | | Suboxone tablet (Reckitt) | 81M |
| 46% | | Bup/nalox (Actavis) | 63M |
| | | Methadone[1] (Multiple) | 55M[2] |
| | | Revia (Teva) | 4M |
| | | Zubsolv (Orexo) | 1M |
| | Cocaine | Vyvanse[1] | N/A |
| | | Sabril[1] | N/A |

**Priority entry**
- Significant increases in opioid abuse treatment access and patient volumes
- Exciting innovations in injectable formulations
- Etc

1 Drug addiction therapy is not primary indication    2 Includes sales for pain therapy indication

PURDUE  SOURCE: GBI Research, Evaluate Pharma    | 30

30

## Anti-Addiction Pipeline

### Opioid

| Title | Phase 1 | Phase 2 | Phase 3 | Pharmacological Class |
|---|---|---|---|---|
| US WorldMeds | | | 1 | Alpha 2 adrenoreceptor agonist |
| Titan Pharma. | | | 1 | Opioid agonist |
| Braeburn Pharma. | | | 1 | Opioid agonist |
| GSK | | 1 | | Dopamine D3 antagonist |
| MediciNova | | 1 | | Glial activation inhibitor |
| Omeros | | 1 | | (PPAR) gamma agonist |
| Camurus | | 1 | | Opioid agonist |
| RB | | 1 | | Opioid agonist |
| Alkermes | 1 | | | Opioid antagonist |
| AIKO Biotechn | 1 | | | Opioid antagonist |
| D&A PHARMA | 1 | | | Local anaesthetic |
| Relmada Therapeutics | 1 | | | Opioid agonist |
| Atlantic Pharma. | 1 | | | Opioid agonist |
| Pfizer | 1 | | | (MOR-1) agonist |
| Pain Therapeutics | 1 | | | (MOR-1) agonist |
| DURECT | 1 | | | (MOR-1) agonist |
| Nanothera-peutics | 1 | | | Opioid agonist & opioid antagonist |
| Adial Pharma. | 1 | | | 5-HT3 (serotonin) antagonist |
| **Total** | **10** | **5** | **3** | |

### Alcohol

| Title | Phase 1 | Phase 2 | Phase 3 | Pharmacological Class |
|---|---|---|---|---|
| Abbvie | | 1 | | V1b vasopressin antagonist |
| Vanda Pharma | | 1 | | NK-1 receptor antagonist |
| Eli Lily | | 2 | | NOC-1 antagonist, NK-1 receptor antagonist |
| Alkermes | | 1 | | Opioid antagonist |
| CT Lab | | 1 | | Addiction therapy |
| GSK | 1 | 1 | | CRF-1 antagonist, Mu opioid receptor inverse agonist |
| Neurocrine Biosciences | 1 | | | CRF-1 antagonist |
| Brown University | | 1 | | Alpha 1 adrenoreceptor Antagonist, Ghrelin antagonist |
| Omeros | 1 | 1 | | PPAR gamma agonist |
| ADial | | 1 | | 5-HT3 (serotonin) Antagonist & anticonvulsant |
| XenoPort | | 2 | | GABA agonist |
| Tango | 1 | | | GABA agonist |
| The University of Georgia | 1 | | | Glycopeptide |
| **Total** | **5** | **12** | **0** | |

### Cocaine

| Title | Phase 1 | Phase 2 | Phase 3 | Pharmacological Class |
|---|---|---|---|---|
| Biotie Therapies | | 1 | | Dopamine beta-hydroxylase inhibitor |
| Roche | | 1 | | Dopamine beta-hydroxylase inhibitor |
| Celtic Pharma | | 1 | | Cocain Vaccine |
| Tango | | 1 | | CNS Agent |
| Teva | | 1 | | Butyrylcholinesterase |
| University of Minnesota | | 1 | | Psychostimulant |
| GSK | | 1 | | Butyrylcholinesterase |
| NeuroSearch | 1 | | | 5-HT (serotonin) & norepinephrine reuptake inhibitor (SNRI) & dopamine reuptake inhibitor |
| Saniona | 1 | | | 5-HT (serotonin) & norepinephrine reuptake inhibitor (SNRI) & dopamine reuptake inhibitor |
| Catalyst Pharma Partners | 1 | | | GABA aminotransferase inhibitor |
| Undisclosed Partner Sales | 1 | | | GABA aminotransferase inhibitor |
| Northwestern University | 1 | | | GABA aminotransferase inhibitor |
| Embera Neuro Therapeutics | 1 | | | Benzodiazepine & cortisol synthesis inhibitor |
| **Total** | **6** | **7** | **0** | |

PURDUE  SOURCE: EvaluatePharma

## Tango pipeline is focused on expanding into additional market segments. Potential to sustain market leadership position (1/2)

| Pipeline Product | Indication | Market Opportunity | Key Product Features | Key Considerations |
|---|---|---|---|---|
| **Tango 6000** (Buprenorphine 1 Month Injectable) | Opioid Dependence | ▪ **Indication extension targets the following:** | ▪ **Increased patient compliance:** once a month dosing regime improves adherence to therapy | ▪ Similar formulations in pipeline include: |
| | | ▪ 0.74 million patients seeking pharmacological treatment for opioid use disorder as of 2012[1] | ▪ **Reduced abuse risk:** subcutaneous delivery of drug reduces risk of diversion of drug for misuse | ▪ **Probuphine:** Titan Pharmaceuticals' subdermal implant delivering buprenorphine for 6 months following a single treatment |
| | | ▪ Additionally around 0.5 million undiagnosed patients in US, 2012[1] | ▪ **Patient profile:** focused on a different patient population than current treatments (patients in criminal justice system), limited scope for cannibalism | ▪ **CAM2038:** Camurus' subcutaneously injectable buprenorphine with once a week/ month dosing |
| **Tango 6300** (Buprenorphine Hemiadipate) | Opioid Dependence | ▪ **Indication extension targets the following:** | ▪ **Improved dosing:** dissolves faster, absoTangoed better than standard buprenorphine forms | ▪ Can improve adherence to treatment in supervised settings where dosing via swallowable tablet can be easily monitored |
| | | ▪ 0.74 million patients seeking pharmacological treatment for opioid use disorder as of 2012[1] | ▪ **Alternative formulation:** broadens RCB's US portfolio to include a branded tablet formulation of buprenorphine | ▪ May see greater uptake in geographies where treatment is tightly regulated |
| | | ▪ Additionally around 0.5 million undiagnosed patients in US, 2012[1] | ▪ **Patient profile:** focused on a different patient population than current treatments (patients in criminal justice system), limited scope for cannibalism | ▪ **CAM2038:** Camurus' subcutaneously injectable buprenorphine with once a week/ month dosing |

**PURDUE** SOURCE: (1) Decision Resources Opioid Addiction 2014 Report; Company Website and Investor Presentations

32

**Tango pipeline is focused on expanding into additional market segments. Potential to sustain market leadership position (2/2)**

| Pipeline Product | Indication | Market Opportunity | Key Product Features | Key Considerations |
|---|---|---|---|---|
| **Naloxone Intranasal Spray** | Opioid Overdose | ▪ More than 16,000 deaths due to opioid overdose reported in US in 2010[1]<br><br>▪ ~0.4 million emergency department visits attributed to opioid pain reliever abuse in US in 2011[2] | ▪ **Ease of administration:** overcomes administration difficulties faced while using injectable formulation | ▪ Public health agencies likely to be the biggest consumers; pricing will play a key role in determining uptake |
| **Arbaclofen Placarbil Tablet** | Alcohol Use Disorder | ▪ Less than 1% of population suffering from AUD is currently being treated<br><br>▪ >4 million untreated, and >13 million undiagnosed patients in USA as of 2012[3] | ▪ **Improved standard of care:** increased efficacy over existing pharmacotherapies | ▪ Multiple emerging therapies at similar development stages likely to offer significant competition<br><br>▪ Small market, lack of physician engagement in treating AUD using MAT |
| **Tango-8000 (Cocaine Esterase)** | Cocaine Intoxication | ▪ ~4,000 deaths due to cocaine overdose reported in US in 2010[1]<br><br>▪ ~0.5 million emergency department visits attributed to cocaine abuse in US in 2011[2] | ▪ **Improved standard of care:** addresses the treatment gap for cocaine overdose; rapid onset and fast symptom resolution | ▪ Limited products in pipeline for treating cocaine overdose; opportunity for gaining first-in class dominant position |

**PURDUE**  SOURCE: (1) Decision Resources Opioid Addiction 2014 Report; Company Website and Investor Presentations

33

33

**Potential Other Strategic Buyers for Tango Pharma**     **($ in billions)**

| Company | Market Cap | 2013A Rev | Commentary |
|---|---|---|---|
| Johnson & Johnson | $291.10 | $71.30 | ▪ Presence in CNS but more recently focused on "high" science type transactions |
| Pfizer | 187 | 51.5 | ▪ Has capability in addiction via Chantix (smoking cessation) |
| abbvie | 88.7 | 18.8 | ▪ Pending Shire acquisition expands presence in CNS via ADHD |
| Lilly | 70.4 | 23.1 | ▪ Presence in CNS; more focused on "high" science |
| Actavis | 59.8 | 11.9 | ▪ CNS presence via Forest; ANDA Film challenger |
| TEVA | 44.9 | 20.3 | ▪ Presence in CNS and pain; potentially has Suboxone Film generic |
| Takeda | 35.7 | 16 | ▪ Presence in CNS; focused on Brintellix launch; new CEO |
| Mylan | 18 | 6.9 | ▪ Generic pain portfolio; expertise in life-cycle management |
| endo | 10 | 2.6 | ▪ Strong presence in pain; partnered with BDSI on BEMA buprenorphine |
| Jazz Pharmaceuticals | 9.8 | 0.9 | ▪ Presence in CNS; more focused on rare diseases |
| Mallinckrodt Pharmaceuticals | 8.9 | 2.3 | ▪ Strong presence in pain and addiction (generic); potentially distracted by Questcor acquisition |
| Alkermes | 6.6 | 0.6 | ▪ Presence in CNS; alcohol dependence drug Vivitrol has disappointed |
| PAR | NA | NA | ▪ ANDA Film challenger; large acquisition |

PURDUE   SOURCE: FactSet

5

34

**CVS Caremark and UnitedHealthCare removed Suboxone films from formulary in favor of less costly alternatives**

| | Cited rationale from ACO | Replacements offered by ACO |
|---|---|---|
| **CVS Caremark** discontinued support for Suboxone films in January 2014 | ▪ Lower-cost alternatives are available (sublingual tablets) <br><br> ▪ Pricing expected to drop for generics after 180 day exclusivity expires | ▪ Buprenorphine/naloxone sublingual tablets <br><br> ▪ Zubsolv sublingual tablets |
| **UnitedHealthCare** discontinued support for Suboxone films in July 2014 | ▪ Lower-cost alternatives widely available | ▪ Zubsolv sublingual tablets <br><br> ▪ Indications of a multi-year exclusive agreement |

PURDUE   SOURCE: CVS drug list changes January 2014, UnitedHealthCare updates to prescription benefits July 2014                    | 35



## Substance abuse disorder pipeline – select examples

| | | Company | Specifications | Comments |
|---|---|---|---|---|
| **Opioid** | **Sevre-Long** | • Mundipharma Medical Company | • Slow-release morphine sulphate that activates opiate receptors<br>• Taken orally | • Could be effective for opiate dependence patients who were previously treated with methadone |
| **Alcohol** | **NS-11 (acamprosate)** | • Nippon Shinyaku | • Unclear mechanism of action, restores brain chemicals that are imbalanced in alcohol addiction | • Only useful in patients who have stopped drinking and does not prevent or treat withdrawal |
| | **Selincro** | • Lundbeck | • Opioid antagonist<br>• Regulates alcohol consumption by removing enjoyable sensation of alcohol | • Unlike other options, it does not rely on complete abstinence and aims to reduce alcohol consumed |
| **Cocaine** | **Tango-8000 (Tango)** | • Tango | • Rapidly metabolizes cocaine from bloodstream to mitigate effect | • Application in preventing mortality from cocaine overdose |

PURDUE

| 37