**PSJ2 Exh 89**



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185447

## Overview

| | Slide # |
|---|---|
| – Background and Methodology | 3 |
| – Specific Research Questions | 4 |
| – Executive Summary | 5 |
| – Key Takeaways and Implications | 6 |
| – Detailed Findings | |
|     – Perceptions of the *Covidien/Mallinckrodt* sales force discussions | 7 |
|     – Perceptions of EXALGO messages & prescribing impact | 13 |
| – Back-Up Slides | 24 |

**EXALGO**
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

## Background and Methodology

- *Covidien/Mallinckrodt* commissioned this study to measure how effectively detailing messages are communicating the benefits of EXALGO and encouraging product prescribing
  - Wave 3 (Mar-12)*: conducted March 8 - 21, 2012
    - 99 physicians (61 PMs, 38 PCPs)
  - Wave 4 (Aug-12)*: conducted August 9 - 29, 2012
    - 152 physicians (92 PMs, 30 PM&Rs, 30 PCPs)
  - Wave 5 (March-13)*: conducted February 25 - March 19, 2013
    - 150 physicians (90 PMs, 30 PM&Rs, 30 PCPs)
- Structured Internet-based interviews approximately 20 minutes in length
- Physicians were recruited from an EXALGO target list
- Physicians were required to meet the following criteria to qualify:
  - Minimum of 75% of professional time dedicated to caring for patients
  - Between 2 and 30 years in practice, post-residency
  - Minimum of 25 prescriptions written for Schedule II ER opioids for chronic pain in a typical month
  - All respondents this wave must have been detailed on EXALGO in the past 2 months
  - Standard security criteria

**EXALGO**
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

*For consistency, the Wave number of the Message Recall research aligns with its respective Wave of the ATU research

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

## Executive Summary

**What are physicians' perceptions of the *Covidien/Mallinckrodt* sales force and EXALGO discussions?**

- Most physicians cite having been detailed on EXALGO within the past month
  - Detailing on EXALGO occurred an average of 8 times in the past 3 months
- Nearly half of PMs and PM&Rs report their EXALGO discussions as very useful, while PCPs, who report fewer details, are not as enthusiastic
- Professionalism is the top quality associated with the EXALGO sales reps, followed by overall product knowledge and respect for physician's time
  - Knowledge of side effects and coverage status are also seen as strong points
  - Considering the needs of patients receives low ratings from PCPs, perhaps linked to fewer number of details
- EXALGO sales rep performance has improved significantly vs. Opana ER since the prior wave in a head-to-head comparison and has improved directionally vs. other ER opioids

**How are EXALGO messages perceived and to what extent do they motivate prescribing?**

- In the current wave, unaided EXALGO message recall centers on improved insurance coverage, better dosing and better efficacy; aligning closely with the prior wave
- On an aided recall basis, available doses/flexible dosing and clinically proven once-daily pain treatment are top messages recalled by physicians
  - These messages, as well as copay card savings and proper conversion/titration, are strong messages overall for EXALGO, garnering high awareness and favorable believability and relevance scores
- Just over one-third recall discussing specific patient types with the EXALGO brand rep
  - The most recalled patient types discussed were patients with chronic pain and patients switching from a prior therapy
  - The patient types discussed were perceived to be both believable and relevant
- Physicians cite improved insurance/formulary coverage, available coupons, review of administration/dosing strategies and MOA as new information learned during most recent detail
- Approximately half of physicians recall discussing EXALGO tools with a sales rep
  - The dose conversion chart, patient starter kit and brochure are the tools most recalled
- The EXALGO discussions appear to have a positive impact on physician behavior; with strong proportions citing beginning, continuing or increasing prescribing of EXALGO post-discussion
  - Clinically proven once-daily treatment, trial offer for new patients and copay card savings are the most motivating messages in driving this behavior

5

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Key Takeaways and Implications

**Key Takeaways** — *Implications for EXALGO*

Additional efforts should be made to address cost concerns and reinforce potential patient types for EXALGO in an effort to motivate prescribing

- To the extent possible, efforts should be made to address cost concerns, including ensuring that physicians are aware and knowledgeable about the 14-day free trial offer for new patients and the patient co-pay card
- Emphasis should also be placed on additional messages and information that are motivating to prescribing EXALGO
  - Clinically proven once-daily treatment should be a key focus, especially as patients seeking this type of dosing are viewed as appropriate for EXALGO
  - Patients resistant or inadequately managed on other opioids, particularly IR, are also perceived as believable and relevant patient-types

EXALGO sales rep performance has improved vs. other ER opioids and has improved significantly compared to Opana ER

- Consider increasing the number and frequency of visits, specifically for PCPs, in an effort to continue gaining ground vs. the competition
- Emphasize to the sale force that their professionalism, product knowledge and respect for physician's time are perceived as strong characteristics
  - Place particular efforts on PCPs, as their perceptions are depressed relative to PMs and PM&Rs
- Re-focus materials and the discussion on the key influencers of prescribing EXALGO; including cost-beneficial tools and ideal patient types

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Among physicians detailed on EXALGO, most cite being detailed within the past month

### Timing of Last EXALGO Detail

| | Total | | | PMs | | | PCPs | | | PM&Rs | |
| | Mar-12 (n=99) (A) | Aug-12 (n=152) (B) | Mar-13 (n=150) (C) | Mar-12 (n=61) (A) | Aug-12 (n=92) (B) | Mar-13 (n=90) (C) | Mar-12 (n=35) (A) | Aug-12 (n=30) (B) | Mar-13 (n=30) (C) | Aug-12 (n=30) (B) | Mar-13 (n=30) (C) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Within the last 2 weeks | 62% | 47% | 39% | 69% | 51% | 44% | 50% | 33% | 30% | 47% | 33% |
| Within the last month | 19% | 32% | 29% | 15% | 29% | 29% | 26% | 37% | 27% | 37% | 33% |
| Within the last 3 months* | 19% | 21% | 31% | 16% | 20% | 27% | 24% | 30% | 43% | 17% | 33% |

*Timing was within last 3 months in prior wave
Base = Total Physicians (bases vary)
QS9   How long has it been since your last detail by a sales representative for each of the following chronic pain products? Please consider a "detail" as having a face-to-face conversation with a sales representative.

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets  Once Daily

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PM&Rs and PMs estimate approximately 8 EXALGO details in the past 3 months and nearly half report these discussions as useful; PCPs report far fewer details and do not perceive the discussions to be as valuable



**Mean # of Times Detailed on EXALGO in Past 3 Months\*:**

**Mar-13**

Total Physicians: 7.8 (PMs: 8.5; PCPs: 5.2; PM&Rs: 9.8)

**Usefulness of EXALGO Discussion**

(7-point scale: 1=Poor Use of My Time and 7=Extremely Useful)

| | | Bottom 2 | Middle 3 | Top 2 | Mean Rating |
|---|---|---|---|---|---|
| PMs | Mar-12 (n=61) (A) | 2% | 46% | 52%C | 5.5C |
| | Aug-12 (n=92) (B) | 4% | 52% | 43% | 5.2 |
| | Mar-13 (n=90) (C) | 2% | 54%A | 44% | 5.0 |
| PCPs | Mar-12 (n=38) (A) | 3% | 63% | 34% | 5.0 |
| | Aug-12 (n=30) (B) | 3% | 77% | 20% | 4.7 |
| | Mar-13 (n=30) (C) | 5% | 68% | 27% | 4.3C |
| PM&Rs | Aug-12 (n=30) (B) | 3% | 43% | 53% | 5.5 |
| | Mar-13 (n=30) (C) | 3% | 53% | 43% | 5.0 |

0%   20%   40%   60%   80%   100%
% of Physicians

**Reasons for Considering Last Meeting to be a Poor Use of Time**

| | Mar-13 (n=17**) |
|---|---|
| • Rep not knowledgeable/Not much information | (n=4) |
| • No new information | (n=4) |
| • Not covered by insurance/Insurance information irrelevant | (n=2) |
| • Avoid chronic pain treatment/Limit controlled substances | (n=2) |
| • Rep not convincing/Better choices available | (n=1) |
| • Just dropped off brochure | (n=1) |
| • Too complex to discuss in a limited time | (n=1) |
| • Other | (n=1) |
| • None | (n=1) |

\*Note: Question wording changed March 2013. Not able to be trended to prior waves.
Base = Total Physicians (bases vary)
QB1A  How many times in the past 3 months would you say you have been detailed by a sales representative from Covidien/Mallinckrodt about EXALGO?
QB1  Using the scale below, how would you describe the last discussion that you had with the sales representative from Covidien/Mallinckrodt about EXALGO?
Base = Physicians who experienced a poor use of time with EXALGO detail
QB1B  Why did you find the last discussion that you had with the sales representative from Covidien/Mallinckrodt about EXALGO to be a poor use of your time? [OPEN END]

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



*Professionalism* is the top quality associated with the EXALGO sales reps, followed by *overall product knowledge* and *respect for physician time*

### Sales Representative Performance Attributes
(7-point scale: 1=Performs Poorly and 7=Performs Extremely Well)



*Considering patient needs* and *resource to practice* are given low ratings among PCPs

### Sales Representative Performance Attributes (Cont'd)
(7-point scale: 1=Performs Poorly and 7=Performs Extremely Well)

Base = Total Physicians: Mar-12: PMs (n=61), PCPs (n=38); Aug-12: PMs (n=92), PCPs (n=30), PM&Rs (n=30); Oct-12: PMs (n=90), PCPs (n=30), PM&Rs (n=30)

QB2a  Doctor, again thinking of EXALGO, please rate how the Covidien/Mallinckrodt sales representative performs on each of the following qualities or services listed below

EXALGO

(hydromorphone HCl) Extended-Release Tablets **Once Daily**

11

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185457



EXALGO sales rep performance has improved significantly since the prior wave in a head-to-head comparison vs. Opana ER and has improved directionally since the prior wave vs. other ER opioids

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185458



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185459

Unaided message recall for EXALGO continues to center on *improved insurance coverage*, *better dosing* and *better efficacy*

### Unaided Main Message Conveyed about EXALGO - By Total Physicians
(Top Mentions)

| EXALGO | Total | | |
|---|---|---|---|
| | Mar-12 (n=99) | Aug-12 (n=152) | Mar-13 (n=150) |
| Good Price/Insurance/Formulary Coverage | 13% | 32% | 31% |
| Good/Better Administration/Dosing | 42% | 39% | 30% |
| Good/Better Efficacy | 47% | 32% | 26% |
| Good/Better Formulation/Mechanism of Action | 37% | 21% | 17% |
| Good/Better Safety/Side Effect/Tolerability Profile | 22% | 14% | 17% |
| Suggested use/transition/increased use | 3% | 4% | 7% |
| Good/improved availability | 8% | 1% | 2% |
| Good/better drug | 0% | 1% | 2% |
| New Drug | 8% | 7% | 1% |
| Other mentions | 0% | 2% | 7% |

**EXALGO**
(hydromorphone HCl)
Extended-Release Tablets **Once Daily**

Base = Total Physicians: (bases vary)
QB2 In your last discussion, what was the main message the Covidien/Mallinckrodt sales representative conveyed about EXALGO? [OPEN END]

14

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

*Available doses* and *clinically proven once-daily* are top messages recalled by physicians on an aided basis - these messages, along with *copay card savings* and *proper conversion/titration*, are strong messages overall, garnering high awareness and favorable believability and relevance scores

## Aided Awareness and Performance of EXALGO Messages

| | Aided Awareness | Believability (Top 2 Box) | Relevance (Top 2 Box) |
|---|---|---|---|
| *EXALGO is available in 8, 12, 16, and 32mg tablets to provide dosing flexibility* | 86% | 74% | 61% |
| *Clinically proven, once-daily chronic pain treatment* | 83% | 58% | 59% |
| *The EXALGO copay card can save patients up to $60 on each prescription* | 73% | 61% | 61% |
| Consider EXALGO earlier in your treatment algorithm | 71% | 45% | 48% |
| *Proper conversion and titration are key to effective treatment* | 67% | 62% | 61% |
| 14 day free trial offer can help get new patients started | 63% | 72% | 59% |
| To obtain the starting dose, calculate the equianalgesic dose and reduce by 25% – 50% | 58% | 57% | 59% |
| 8 out of 10 managed care patients covered without prior authorization | 57% | 40% | 67% |
| No CYP450 drug interactions | 56% | 68% | 68% |
| EXALGO delivers reduced plasma fluctuations compared to IR hydromorphone | 55% | 60% | 63% |
| 50% reduction in mean pain intensity scores in successfully converted patients (6.4 to 3.2) in pivotal trial | 47% | 49% | 60% |
| Hydrocodone patient type | 44% | 50% | 47% |
| Set patient expectations when converting to EXALGO | 42% | 56% | 56% |
| The PK profile for EXALGO is very different than immediate release hydromorphone | 41% | 57% | 56% |
| Oxycodone patient type | 37% | 46% | 63% |
| Mean effective dose in pivotal trial was 37.8mg | 32% | 52% | 56% |
| Opana ER patient type | 27% | 45% | 43% |

Note: New list of messages used in March 2013.
Base = Total Physicians (n=150)
Q65  Including what you may have already mentioned, which of the following messages did the representative discuss about EXALGO for moderate to severe chronic pain during the most recent presentation?
Base = Physicians who had a sales rep discuss each message: Mar-13 (bases vary for each message)
Q66  For each of the messages discussed about EXALGO during your last detail visit, to what degree did you find them to be believable?
Q67  For each of the messages discussed about EXALGO during your last detail visit, to what degree did you find them to be relevant to you?

**EXALGO**
(hydromorphone HCl)
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Compared to prior waves, physicians are less inclined to believe that the EXALGO messages align with their experience; one-third of physicians cite that they do not have enough experience with the agent to determine this

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

More than half of physicians recall a sales rep discussing a patient with chronic pain as a suitable patient type for EXALGO; physicians also recall a patient switching from a prior therapy as an appropriate patient



**Whether Patient Type Was Discussed in Last Discussion with the EXALGO Sales Representative**

**Patient Types Discussed with the EXALGO Sales Representative**

| Patient Type(s) Discussion with EXALGO Sales Representative – Top Mentions | Aug-12 (n=57) | Mar-13 (n=58) |
|---|---|---|
| • Type of Pain (Net) | 56% | 66% |
| ➢ Chronic pain | 40% | 52% |
| ➢ Moderate pain | 11% | 14% |
| ➢ Severe pain | 14% | 14% |
| ➢ Lower back/lumbar/Back pain | 18% | 9% |
| ➢ Malignant pain | 4% | 5% |
| • Switching from Prior Therapy (Net) | 51% | 52% |
| ➢ Inadequate/Uncontrolled/Resistant response to current medication | 25% | 31% |
| ➢ Need switched from short-acting to long-acting/ER | 26% | 22% |
| ➢ Problems/Breakthrough pain on other medications | 5% | 3% |
| • Dosing (Net) | 9% | 14% |
| ➢ Patients who need less doses | 9% | 12% |
| • Patient Characteristics (Net) | 7% | 9% |
| ➢ Higher potential for drug abuse | 2% | 5% |
| • Opioid tolerant patients | 7% | 12% |
| • Cost/Reimbursement concerns | 0% | 5% |
| • Other | 2% | 12% |
| • Don't recall | 7% | 2% |

*Weighted data*
*Base = Total Physicians: Aug-12: (n=152), Mar-13: (n=150)*
*Q84A  In your last discussion with the EXALGO sales representative, was a patient type discussed?*
*Base = Physicians who discussed patient type in last discussion with an EXALGO sales representative*
*Q84B  Describe the patient type(s) discussed with the EXALGO sales representative? [OPEN END]*

17

**EXALGO**
(hydromorphone HCl) ℞
*Extended-Release Tablets Once Daily*

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Overall the patient types discussed with the EXALGO rep were perceived to be both believable and relevant

MNK-T1_0000185464



The proportion of physicians stating that they've learned something new during the EXALGO presentation has remained steady since the prior wave; commonly related to coupons and cost reduction

**Whether New Information Was Learned During EXALGO Presentation**

**New Information Learned During EXALGO Presentation**

**New Information Learned About EXALGO – Top Mentions**

| | Aug-12 (n=58) | Mar-13 (n=63) |
|---|---|---|
| • Good Price/Insurance/Formulary Coverage (Net) | 38% | 40% |
| ➤ Offers coupons/vouchers/help with copay/cost reduction | 10% | 24% |
| ➤ Good/improved/better insurance/formulary coverage | 31% | 17% |
| • Good/Better Administration/Dosing (Net) | 38% | 25% |
| ➤ Offer new dosage strengths | 5% | 6% |
| ➤ Provided overview/review of administration/dosing strategies | 17% | 5% |
| ➤ Conversion ratios | 3% | 5% |
| ➤ Q24 hour dosing/Once a day dosing | 7% | 3% |
| ➤ Ease of titration | 5% | 0% |
| • Good/Better Formulation/Mechanism of Action (Net) | 34% | 22% |
| ➤ No cytochrome p450 interaction | 2% | 8% |
| ➤ Metabolic pathway/Active metabolite/Hydromorphone | 16% | 5% |
| ➤ Long duration of action | 5% | 3% |
| ➤ 3 to 4 days to reach steady state | 9% | 0% |
| • Good/Better Safety/Side Effect/Tolerability Profile | 2% | 6% |
| • Provided overview/general information/indications | 7% | 6% |
| • iPhone App | 0% | 5% |
| • Good/Better Efficacy | 10% | 3% |
| • Created awareness/provided general reminder | 7% | 3% |

Chart: % of Physicians

| | Mar-12 (n=99) (A) | Aug-12 (n=152) (B) | Mar-13 (n=150) (C) |
|---|---|---|---|
| No (top) | 46% | 38% | 42% |
| Yes (bottom) | 54% | 62% | 58% |

■ Yes  ☐ No

Base = Total Physicians: (bases vary)
Q88   Thinking of the entire most recent presentation for EXALGO, was any information new to you? (bases vary)
Base = Physicians who report that new information was learned during EXALGO presentation
Q89   What specific new information did you learn about EXALGO? [OPEN END]

**EXALGO**
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Half of physicians discussed tools with the EXALGO sales reps; particularly the conversion chart, starter kit and patient brochure

**% of Respondents that Discussed Tools with EXALGO Representative:**

**Mar-13 : 53%**

**Tools Discussed with EXALGO Representative**

| Tool | % of Physicians |
|---|---|
| Dose conversion chart | 81% |
| Patient Starter Kit | 68% |
| Patient brochure with co-pay card | 66% |
| Managed care information | 29% |
| Dose calculator app | 27% |
| Pharmacy locator service | 14% |
| Other | 3% |

**Tools That Would Increase Comfort in Prescribing EXALGO**

| | Mar-13 (n=150) |
|---|---|
| • **Insurance/Prior Authorization (Net)** | **17%** |
| – Updates on insurance coverage | 9% |
| – Patient financial assistance/voucher/coupon/copay card | 7% |
| • **Dosing Information (Net)** | **15%** |
| – Dose conversion/calculator | 12% |
| • **General Information (Net)** | **13%** |
| – Study results | 3% |
| – Patient education/Waiting room brochures | 3% |
| • **iPhone/Cellphone App (unspecified)** | **3%** |
| • **Starter kits** | **3%** |
| • **Other** | **3%** |
| • **None** | **45%** |

Note: New questions added March 2013.
Base = Total Physicians (bases vary)
QB4e  In your last discussion with the EXALGO sales representative, did you discuss any tools that could be utilized for either yourself or your patients?
QB4f  Which tools did you discuss with the EXALGO sales representative?
QB4g  Are there any tools that you would like to receive from the EXALGO sales representatives that would make you more comfortable prescribing EXALGO (hydromorphone HCl extended-release tablets) for your patients with moderate to severe chronic pain? [OPEN END]

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185466



Compared to PCPs, PMs and PM&Rs are more likely to report that the EXALGO discussion had an impact on likelihood to prescribe the agent

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



The EXALGO discussions are reported to have an overall positive impact on behavior, with strong proportions of physicians citing beginning, continuing or increasing prescribing of EXALGO

### Actions Taken after EXALGO Discussion with Sales Representative

Base = Total Physicians: Mar-12: PMs (n=61), PCPs (n=38); Aug-12: PMs (n=92), PCPs (n=30), PM&Rs (n=30); Mar-13: PMs (n=90), PCPs (n=30), PM&Rs (n=30)
QB10B Which of the following actions did you take based on the discussion with the sales representative about EXALGO? Select all that apply.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



*Clinically proven once-daily treatment, trial offer for new patients and copay card savings are the most motivating messages to prescribe EXALGO*







CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Overall Degree of Believability of EXALGO Messages



Overall Degree of Relevance of EXALGO Messages

**Overall Degree of Relevance of EXALGO Messages**
(7-point scale: 1= Not At All Relevant and 7= Extremely Relevant)



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185476



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185477



Aided Message Recall for Opana ER

MNK-T1_0000185478



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



Aided Message Recall for Butrans

**Aided Butrans Messages Discussed**

Base = Physicians who have been detailed on Butrans: Aug-12 (n=36); Mar-13 (n=37)
QB13d Which of the following messages did the representative discuss about Butrans for moderate to severe chronic pain during the most recent presentation?

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185480

Unaided Message Recall - OxyContin

### Main Message Conveyed about OxyContin

| Main Message Conveyed About OxyContin— Top Mentions | Aug-12 (n=37) | Mar-13 (n=37) |
|---|---|---|
| • **New Tamper Resistant Formulation (Net)** | 24% | 32% |
| ➤ Tamper resistant/difficult to diverse or abuse | 16% | 19% |
| • **Efficacy** | 16% | 30% |
| • **Cost/Insurance Coverage (Net)** | 11% | 11% |
| ➤ Different PBM coverage | 5% | 11% |
| • **Safety** | 3% | 5% |
| • **Dosing (Net)** | 19% | 3% |
| ➤ More strengths available for convenient dosing | 14% | 11% |
| • **Other/Do not recall** | 16% | 33% |

*Base = Physicians who have been detailed on OxyContin: Aug-12: (n=37); Mar-13 (n=37)*
*QB13a2 In your last discussion with the sales representative, what was the main message conveyed about OxyContin? [OPEN END]*

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

## Unaided Message Recall - Opana ER

### Main Message Conveyed about Opana ER

| Main Message Conveyed About Opana ER— Top Mentions | Aug-12 (n=37) | Mar-13 (n=37) |
|---|---|---|
| • **Efficacy (Net)** | **10%** | **27%** |
| ➢ Efficacy | 0% | 16% |
| ➢ Efficacy for chronic pain | 0% | 5% |
| • **New formulation (Net)** | **49%** | **27%** |
| ➢ Tamper Resistant/Crush resistant formulation | 26% | 27% |
| • **Cost/Insurance Coverage (Net)** | **21%** | **16%** |
| ➢ Formulary coverage statuses | 13% | 11% |
| ➢ Patient assistance/Starter kits | 0% | 5% |
| • **Dosing (Net)** | **23%** | **14%** |
| ➢ Once daily dosing | 13% | 5% |
| ➢ Long Lasting | 3% | 5% |
| • **Switch patients from other opioids to Opana ER (Net)** | **5%** | **11%** |
| ➢ Conversion | 0% | 8% |
| • **Did not discuss Opana ER** | **3%** | **11%** |
| • **Safety information** | **0%** | **5%** |
| • **Others / Do not recall** | **5%** | **16%** |

Base = Physicians who have been detailed on Opana ER: Aug-12: (n=39); Mar-13 (n=37)
QB13b2  In your last discussion with the sales representative, what was the main message conveyed about Opana ER? [OPEN END]

**EXALGO**
(hydromorphone HCl) Ⓡ
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185482

## Unaided Message Recall - Nucynta ER

### Main Message Conveyed about Nucynta ER

| Main Message Conveyed About Nucynta ER— Top Mentions | Aug-12 (n=39) | Mar-13 (n=37) |
|---|---|---|
| ▪ **Efficacy (Net)** | **23%** | **22%** |
| ➤ Efficacy/Pain relief | 0% | 8% |
| ➤ Better than other options | 0% | 8% |
| ➤ Sustained efficacy | 0% | 5% |
| ➤ **Usage (Net)** | **0%** | **19%** |
| ➤ Use for DNP/Other neuropathic pain | 0% | 11% |
| ➤ **Cost/Insurance coverage (Net)** | **21%** | **14%** |
| ➤ Covered on more plans | 10% | 8% |
| ➤ Manufacturer Coupons | 8% | 3% |
| ▪ **Safety (Net)** | **15%** | **11%** |
| ➤ Fewer side effects/CNS depression | 8% | 8% |
| ▪ **Dosing (Net)** | **5%** | **11%** |
| ➤ Other dosing mentions | 5% | 6% |
| ▪ **Less abuse potential** | **8%** | **11%** |
| ▪ **Mechanism of Action mentions** | **0%** | **8%** |
| ▪ **Did no discuss Nucynta ER** | **3%** | **5%** |
| ▪ **Other / Do not recall** | **8%** | **21%** |

Base = Physicians who have been detailed on Nucynta ER: Aug-12: (n=39), Mar-13 (n=37)
QB13c2 In your last discussion with the sales representative, what was the main message conveyed about Nucynta ER? [OPEN END]

**EXALGO**
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

MNK-T1_0000185483

## Unaided Message Recall - Butrans

### Main Message Conveyed about Butrans

**Main Message Conveyed About Butrans— Top Mentions**

| | Aug-12 (n=37) | Mar-13 (n=37) |
|---|---|---|
| • **Dosing (Net)** | **32%** | **43%** |
| ➢ Once weekly dosing/patch/no pills | 32% | 30% |
| ➢ Convenience of use for patients | 3% | 8% |
| ➢ Dosing conversion | 0% | 5% |
| • **Efficacy (Net)** | **38%** | **27%** |
| ➢ Overall efficacy | 16% | 8% |
| ➢ Effective for chronic mild to moderate pain | 0% | 5% |
| ➢ Durable response/Round-the-clock relief | 0% | 5% |
| ➢ Very effective in opioid naïve patients | 5% | 3% |
| ➢ Best for those with chronic moderate pain | 11% | 0% |
| ➢ Lowers requirement for BT pain treatments | 5% | 0% |
| • **Safety/Tolerability (Net)** | **24%** | **14%** |
| ➢ Low abuse potential | 11% | 5% |
| ➢ Side effects | 14% | 5% |
| ➢ Well tolerated | 0% | 5% |
| • **Appropriate patient types/Indications** | **0%** | **8%** |
| • **Pharmacology (Net)** | **22%** | **5%** |
| ➢ Long lasting/long duration of action | 11% | 3% |
| ➢ Unique MOA/delivery system | 5% | 3% |
| • **Cost/insurance coverage** | **11%** | **5%** |
| ➢ Manufacturer coupon | 5% | 0% |
| ➢ PBM/third party coverage | 5% | 5% |
| • **Other** | **3%** | **5%** |
| • **Do not recall** | **8%** | **8%** |

Base = Physicians who have been detailed on Butrans: Aug-12: (n=37); Mar-13 (n=37)
QB13d2  In your last discussion with the sales representative, what was the main message conveyed about Butrans? [OPEN END]

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185484

## Physician Sample Description

| Q # | | Total | | |
|---|---|---|---|---|
| | | Mar-12 (n=99) (A) | Aug-12 (n=152) (B) | Mar-13 (n=150) (C) |
| S2 | % of time spent directly caring for patients (as opposed to teaching or administration) | 98% | 97% | 98% |
| S3 | Years in practice | 14 yrs | 14 yrs | 14 yrs |
| Q53 | **Primary hospital affiliation** | | | |
| | Community non-teaching | 55% | 71% | 55% |
| | Community teaching | 26% | 18% | 29% |
| | Academic/university | 3% | 6% | 6% |
| | Other | 16% | 5% | 10% |
| Q54 | **Practice location** | | | |
| | Suburban | 59% | 61% | 64% |
| | Urban | 24% | 26% | 21% |
| | Rural | 17% | 13% | 15% |

**EXALGO**
(hydromorphone HCl)
Extended-Release Tablets **Once Daily**

*Base = Total Physicians (bases vary)*
S2/S3/Q53/Q54

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

## Physician Sample Description

| Q # | | Total | | |
|---|---|---|---|---|
| | | Mar-12 (n=99) (A) | Aug-12 (n=152) (B) | Mar-13 (n=150) (C) |
| S4 | Number of patients seen in a typical month | 464 Pts | 414 Pts | 440 Pts |
| S5 | Number of patient suffering from moderate to severe chronic pain | 230 Pts | 236 Pts | 238 Pts |
| S8 | Number of schedule II extended-release opioid prescriptions per month | 190 | 285* | 262 |
| Q56 | Payment methods for chronic pain medication | | | |
| | Any Medicare | 31% | 33% | 31% |
| | HMO / PPO | 29% | 29% | 29% |
| | Traditional or major medical insurance | 21% | 21% | 21% |
| | Medicaid | 14% | 11% | 13% |
| | No insurance coverage/cash payments only | 6% | 5% | 6% |
| | Other | 2% | 2% | 1% |

*Question format changed in Aug-12
Base = Total Physicians (bases vary)
S4/S5/S8/Q56

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Physician Decile

| | Total | | |
|---|---|---|---|
| **Deciles** | Mar-12 (n=99) (A) | Aug-12 (n=152) (B) | Mar-13 (n=150) (C) |
| Decile 1 | 3% | 3% | 7% |
| Decile 2 | 7% | 4% | 8% |
| Decile 3 | 6% | 10% | 10% |
| Decile 4 | 10% | 14% | 9% |
| Decile 5 | 12% | 16% | 12% |
| Decile 6 | 19% | 14% | 14% |
| Decile 7 | 19% | 18% | 15% |
| Decile 8 | 14% | 10% | 11% |
| Decile 9 | 5% | 7% | 7% |
| Decile 10 | 4% | 4% | 1% |

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

41

*Base = Total Physicians: (bases vary)*

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000185487