# PSJ2 Exh 90

**File Provided Natively**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ENDO-CHI_LIT-00214471



ZS ASSOCIATES



# Promotional Mix Optimization
# Brand Level Model Results and ROI

Prepared for Endo Pharmaceuticals
July 16, 2012

This document is solely for the use of client personnel. No part of it may be circulated, quoted or reproduced for distribution outside of the client organization without prior written approval of ZS Associates.

# Agenda

- ■ **Project Objectives and Executive Summary**

- ■ UEO Brands
  - – Historical ROI and Marginal ROI Analysis
  - – Forward looking tactics review

- ■ Pain Brands
  - – Historical ROI and Marginal ROI Analysis
  - – Forward looking tactics review

- ■ Next Steps

- ■ Appendix

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Endo would like to better understand the effectiveness and efficiency of its marketing efforts for the Pain and UEO portfolios

### Background

- ▪ **Endo has been using a variety of marketing tactics to drive prescribing volume within the Pain and UEO portfolios**

- ▪ **The organization would like to better understand the effectiveness of each of these tactics, and to optimize marketing spending to drive efficiency**

### Key Business Questions

- ▪ **How effective is each of Endo's marketing activities in terms of driving prescription volume for each Pain and UEO brand?**

- ▪ **What share of prescription volume is driven by current marketing efforts versus carryover from previous sales?**

- ▪ **What is the ROI for each marketing activity?**

- ▪ How can Endo optimize its marketing mix within each brand? Within each portfolio?

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*Timeline*

# ZS has completed regression analysis of historical promotional tactics.  Next steps include benchmark development and optimization tool integration



## Process Steps – Completed and Forward Looking

**1** **Data Collection and Integration**

**2** **Historical Brand Analysis** *(Response & ROI)*

**3** **Brand Level Benchmarks** *(Historical & Prospective)*

**4** **Optimizer Tool Integration**

**5** **Optimizer Tool Training & Portfolio Scenarios**

| *May – Mid-July* | *Mid – End July* | *Early August* | *Mid August* |
|---|---|---|---|
| • Historical data has been integrated and analyzed via regression models to provide response curves and ROIs for each brand<br><br>• Some historical tactics could not be analyzed via regression due to level /timing of activity or lack of data | • ZS will identify appropriate benchmarks for new tactics and those that could not be modeled via regression based on brand input | • Once benchmarks are identified, ZS will integrate them into optimizer software for portfolio optimization and scenario planning | • With software developed, ZS will train internal users and develop portfolio scenarios |

– 4 –

The objectives of today's model review are to…

## Contribution to sales and return on investment

1. Review contribution to sales from various promotional channels

2. Review the return on investment and profitability of historical promotional activities

3. Discuss forward looking plan for 2013

4. Next steps …

# Promotional activity profitability varies across the UEO brands

<table>
<tr>
<td><b>Promotional tactics contribution to sales</b></td>
<td>

➢ **For Endo's UEO products, promotional activities drive between 9-63% of sales**

▪ FORTESTA Gel and VALSTAR derive a higher share of sales through promotional activity compared to SUPPRELIN LA and VANTAS

▪ Branded website activity only drove statistically significant volume for SUPPRELIN LA

▪ For FORTESTA Gel, Copay cards drove more than 20% of sales

</td>
</tr>
<tr>
<td><b>Return on investment and profitability</b></td>
<td>

➢ **SUPPRELIN LA promotional tactics are mostly profitable**

▪ Detailing for  SUPPRELIN LA is profitable when incremental sales driven through detailing are compared to prorated costs (allocated based on share of rep effort). If compared against fully loaded rep costs, detailing appears to be unprofitable

▪ Website exposure for SUPPRELIN LA is highly profitable.  SUPPRELIN LA may want to consider measures to drive greater (targeted) traffic to the branded website

➢ **Detailing for VALSTAR is profitable and could be increased**

▪ Marginal ROI is positive indicating that additional sales force activity directed to VALSTAR will drive greater overall value to the portfolio

➢ **Detailing for VANTAS is not profitable at current levels**

▪ VANTAS benefits from a strong carryover rate so scaling back on VANTAS sales force activities to focus more on VALSTAR may drive greater value to the organization

➢ **Only CoPay Cards drive positive ROI for FORTESTA Gel**

</td>
</tr>
</table>

# Sales force detailing remains the primary driver of sales for UEO brands; it is particularly strong for FORTESTA Gel and VALSTAR

## % Contribution to annual sales and profitability by promotional tactic for each brand

| Modeling time frame | Apr'11- Mar'12 | Apr'10- Mar'12 | Apr'11- Mar'12 | Apr'11- Mar'12 |
|---|---|---|---|---|
| Tactic | FORTESTA Gel | SUPPRELIN LA | VANTAS | VALSTAR |
| SF Detailing | 🔴 34.8% | 🟡 6.1%** | 🔴 8.2% | 🟢 43.7% |
| NPP | 🔴 3.8% | N/A | N/A | N/A |
| Website | N/A | 🟢 3.1% | 🔴 0.5%* | 🔴 0.3%* |
| Journals | 🔴 0.2% | N/A | N/A | *Limited activity (one advertisement); impact was not statistically significant* |
| CoPay cards | 🟢 23.1% | 🟢 0.5% | N/A | N/A |
| Speaker programs | 🟡 1.0% | *Could not be measured via regression analysis due to low match rate* | | |
| AUA Symposium | N/A | N/A | *Could not be measured via regression analysis due to timing of event* | |
| Webcast | N/A | N/A | N/A | *Could not be measured via regression analysis due to low match rate* |
| ALL TACTICS | **62.9%** | **9.7%** | **8.7%** | **44.0%** |
| CARRYOVER | 39.0% | 26.1% | 66.2% | 25.6% |
| OTHER FACTORS | -1.9% | 64.2% | 25.1% | 30.4% |

🟢 *Positive mROI*
🟡 *Approximately Breakeven mROI*
🔴 *Negative mROI*

*\* Not a statistically significant impact*
*\* \*Impact of detailing to Pediatricians is approximately 1/3 of the total detailing impact*

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Endo's promotional efforts drive a strong share of sales for nearly all brands in the pain portfolio

| **Promotional tactics contribution to sales** | ➢ **For Endo's Pain products, promotional activities generate 13-23% of sales**<br><br>▪ Sales force detailing is the most impactful tactic, detailing accounts for ~35-65% of all sales & marketing impact<br><br>▪ NPP and co-pay cards are the tactics with the most impact on sales, next to sales force detailing |
|---|---|
| **Return on investment and profitability** | ➢ While detailing drives a large proportion of impactable sales for VOLTAREN GEL, there is an opportunity to scale back spending<br><br>➢ Co-pay cards and NPP are profitable across most brands<br><br>➢ Sampling drives LIDODERM and VOLTAREN GEL sales and represents a profitable investment<br><br>➢ Websites contribute to ~2% of LIDODERM and OPANA sales and are profitable |
| **Additional observations** | ➢ **Nurse practitioners and physicians' assistants show a higher responsiveness to detailing than physicians and have a lower carryover of sales**<br><br>▪ Across products, a large proportion of NPP targets are also detailed suggesting NPP tactics might be influenced by SF effort<br><br>▪ FROVA has the highest sales impact from NPP tactics (7%), primarily because a lot of geographies are not covered by any other sales promotion |

# While sales force detailing remains the primary promotional lever, NPP programs, copay cards and other tactics also drive sales for Pain brands

## % Contribution to annual sales and profitability by promotional tactic for each brand

| Modeling time frame | Apr'11- Mar'12 | Jan'11- Dec'11 | | Apr'11- Mar'12 |
|---|---|---|---|---|
| **Tactic** | **LIDODERM** | **OPANA** | **Voltaren Gel** | **FROVA** |
| **SF Detailing** | 🟢 8.3% | 🟢 11.7% | 🔴 5.9% | 🟡 8.2% |
| **NPP** | 🟢 3.1% | 🔴 0.0%* | 🟢 3.5% | 🟢 7.5% |
| **Samples** | 🟢 5.0% | N/A | 🟢 2.1% | 🟢 1.0% |
| **Website** | 🟢 2.0% | 🟢 2.1% | 🔴 0.0%* | 🔴 0.1% |
| **Journals** | 🟢 0.5% | 🟡 0.3% | N/A | N/A |
| **Copay cards** | 🟢 0.4% | 🟢 4.4% | 🟢 2.7% | 🟢 6.4% |
| **Speaker programs** | Not planned for 2012 | 🔴 0.2% | N/A | N/A |
| **ALL TACTICS** | **19.3%** | **18.7%** | **13.2%** | **23.2%** |
| **CARRYOVER** | 77.1% | 73.4% | 70.8% | 45.2% |
| **OTHER FACTORS** | 3.6% | 7.9% | 15.0% | 31.6% |

🟢 *Positive mROI*
🟡 *Approximately Breakeven mROI*
🔴 *Negative mROI*

*\* Not a statistically significant impact*

© 2012 ZS Associates

– 9 –

# NP/PAs have a higher response to detailing than HCPs across all retail products

## (A) Relative responsiveness of NP/PA to HCPs



1x — FROVA, VOLTAREN GEL
2x — LIDODERM, FORTESTA gel
3x — OPANA ER
4x

NP/PAs are twice as responsive as HCPs, however they have a lower carryover rate

## (B) NP/PA share of total HCPs, sales, and effort – OPANA ER derives max benefit from them



| Product | % Universe | % Sales | % Effort |
|---|---|---|---|
| LIDODERM | 7% | 8% | 9% |
| **OPANA ER** | **10%** | **17%** | **13%** |
| VOLTAREN GEL | 7% | 8% | 8% |
| FROVA | 10% | 9% | 9% |
| FORTESTA GEL | 5% | 5% | 4% |

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Agenda

- Project Objectives and Executive Summary

- UEO Brands
    - Historical ROI and Marginal ROI Analysis
    - Forward looking tactics review

- Pain Brands
    - Historical ROI and Marginal ROI Analysis
    - Forward looking tactics review

- Next Steps

- Appendix

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



− 12 −

# FORTESTA gel marketing tactics measured in this analysis drive approximately 63% of annual sales



**$19 M Sales (Net sales)**

**$12 M Sales driven by Sales and Marketing (Net sales)**

Past Sales Carryover, $7M, 37.1%

Total Impacted Sales $12M, 62.9%

SF Detailing $7M, 34.8%

Copay $4M, 23.1%

Speaker $0.2M, 1.0%

Journal $0.1M, 0.2%

NPP $0.7M, 3.8%

Legend
Sales $M, % Impact

Note:$/Rx = $201.94; Refill Ratio = 1.54;Modeling timeframe: Apr'11 – Mar'12



# Though gross sales are being sustained by promotion, FORTESTA Gel is still in an investment mode



**Sales Force Detailing and Copay have the highest impact on revenue**

Note: Revenue, ROI includes long term factor based on carryover except Copay

ROI calculations account for COGS; $/Rx = $201.94; Refill Ratio = 1.54; Margin = 86.2%;

Modeling timeframe: Apr'11 – Mar'12

© 2012 ZS Associates

– 14 –



*FORTESTA Gel – Marginal*

# CoPay cards and Speaker programs are profitable in higher quintiles; detailing and NPP are not

## Annual mROI, Reach and Frequency by Segment

| Quintile | Detailing | Copay | Speaker | NPP |
|---|---|---|---|---|
| **5** | -70% (18.8,91%) | 384% (11.5,33%) | 123% (1.1,3%) | -100% (*,92%) |
| **4** | -77% (13.9,82%) | 416% (6.7,19%) | -63% (1.1,2%) | -100% (*,78%) |
| **3** | -80% (9.9,64%) | 347% (5.0,10%) | 40% (1.1,1%) | -92% (*,50%) |
| **2** | -83% (7.0,38%) | 327% (4.1,4%) | -71% (1.1,1%) | -43% (*,22%) |
| **1** | -80% (4.2,14%) | 442% (2.8,1%) | -45% (1.1,0%) | 87% (*,4%) |

May be self-selected audience

| Specialty | Detailing | Copay | Speaker | NPP |
|---|---|---|---|---|
| **END** | -81% (8.6,43%) | 462% (5.9,4%) | 8% (1.1,0%) | -53% (*,39%) |
| **Pain** | -70% (7.7,24%) | 302% (5.4,3%) | -26% (1.1,1%) | -52% (*,13%) |
| **URO** | -83% (11.7,62%) | 387% (8.1,9%) | 9% (1.1,1%) | -44% (*,40%) |

**Key**
mROI
*(Freq, Reach %)*

| | |
|---|---|
| 🟩 | > 0% mROI |
| 🟨 | -25%-0% mROI |
| 🟥 | < -25% mROI |

Note: All mROI values include long term factor applied for carryover except Copay

*NPP tactics had a similar number of touches per reached HCP and were analyzed as a binary variable; Non-personal promotion (NPP) captures Email, Direct Mail and Teledetailing

Annual reach and frequency are based on 2011 numbers; Modeling Timeframe: Oct'11 – Mar'12



− 16 −



*SUPPRELIN LA – Sales dis...*

# Approximately 10% of SUPPRELIN LA sales are driven by marketing activities



**$58.1 M Sales**
**(Net sales)**

**$5.6 M Sales driven by Sales and Marketing**
**(Net sales)**

Past Sales Carryover,
$52.4M, 89.7%

Total Impacted Sales
$5.6M, 9.7%

Websites
$1.8M, 3.1%

CoPay
$0.3M, 0.5%

Detailing
$3.5M, 6.1%

Legend
Sales $M, % Impact

A significant portion of SUPPRELIN LA sales force effort may be non HCP focused (and may not be recorded as "detailing")  The impact of this activity is captured as base sales

Net Sales/Unit = $13,953

Modeling timeframe: Oct'11 – Mar'12 (12 month vs. 12 month models)

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0





# The SUPPRELIN LA website generates a high ROI; detailing is also ROI positive

## Investment Level vs. Return on Investment



Sales force costs have been allocated as follows to more accurately reflect rep activities

Note: Margin, ROI and mROI include long term factor based on carryover
ROI and mROI calculations based on net margin
Net Sales/Unit = $13,953; Margin = 91.0%
Modeling timeframe: Oct'11 – Mar'12 (12 month vs. 12 Month models)

| Activity | Share of Time / SF Costs |
|---|---|
| Ped Endo Detailing | 31% |
| Ped Detailing | 11% |
| Total Detailing | 42% |
| Case Work | 58% |



*SUPPRELIN LA- Marginal R*

# The marginal ROI of SUPPRELIN LA CoPay cards is positive

## Annual mROI, Reach and Frequency by Segment

| Segment | Detailing | CoPay Cards |
|---|---|---|
| **Historical Writers** | -14%<br>(24.5, 90%) | 364%<br>(1.4, 18%) |
| **Historical Non Writers** | -78%*<br>(8.42, 74%) | *Not Measurable: Only one case* |

| Key | | |
|---|---|---|
| **Key** | | |
| mROI | 🟩 | > 0% mROI |
| *(Freq, Reach %)* | 🟨 | -25%-0% mROI |
| | 🟪 | < -25% mROI |

Note: Note: All mROI values include long term factor applied for carryover except Copay

12 Month reach and frequency are based on April '11 – Mar'12

*Reach = Not a statistically significant impact



© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Approximately 9% of VANTAS sales are driven by marketing activities



**$12.8 M Sales**
**(Net sales)**

**$1.1 M Sales driven by Sales and Marketing**
**(Net sales)**

Past Sales Carryover,
$11.7M, 91.3%

Total Impacted Sales
$1.1M, 8.7%

SF Detailing
$1.05M, 8.2%

Websites*
$0.06M, 0.5%

Legend
Sales $M, % Impact

Net Sales/Unit = $1,685

Modeling timeframe: Oct'11 – Mar'12

*Not a statistically significant impact

# Neither detailing nor website visits drive positive ROI for VANTAS



Note: Margin, ROI and mROI include long term factor based on carryover

ROI and mROI calculations based on net margin

Net Sales/Unit = $1,685; Margin = 71.5%

*Website mROI = ROI, not a statistically significant impact

Modeling timeframe: Oct'11 – Mar'12

© 2012 ZS Associates



# Additional VANTAS details are not expected to be profitable

## Annual mROI, Reach and Frequency by Segment

| Segment | Detailing |
|---|---|
| **Historical Writers** | -67% (44.5, 82%) |
| **Historical Non Writers** | -24% (16.7, 69%) |

**Key**

mROI

*(Freq, Reach %)*

| | |
|---|---|
| | > 0% mROI |
| | -25%-0% mROI |
| | < -25% mROI |

Note: All mROI values include long term factor applied for carryover
12 Month reach and frequency are based on April '11 – Mar'12



− 24 −

# A significant portion of VALSTAR sales are driven by sales force effort



**$21.3 M Sales***
**(Net sales)**

**$11.7 M Sales driven by Sales and Marketing**
**(Net sales)**

Past Sales Carryover, $12.0M, 56.0%

SF Detailing $9.3M, 43.7%

Total Impacted Sales $9.4M, 44.0%

Website** $0.07M, 0.3%

Legend
Sales $M, % Impact

Net Sales / Unit = $3,251;
Modeling timeframe: Oct'11 – Mar'12
**Excludes Pharmacy / Distributor Sales
*Not a statistically significant impact

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



# Detailing is profitable for VALSTAR



Note: Margin, ROI and mROI include long term factor based on carryover

ROI and mROI calculations based on net margin

Net Sales/Unit = $3,251; Margin = 80.3%

*Website mROI = ROI, not a statistically significant impact

Modeling timeframe: Oct'11 – Mar'12

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# VALSTAR has an opportunity to increase profits by increasing details to both historical writers and non writers

## Annual mROI, Reach and Frequency by Segment

| Segment | Detailing |
|---|---|
| **Historical Writers** | 104% (53.6, 90%) |
| **Historical Non Writers** | 130% (18.9, 73%) |

| **Key** | | > 0% mROI |
|---|---|---|
| mROI | | -25%-0% mROI |
| *(Freq, Reach %)* | | < -25% mROI |

Note: All mROI values include long term factor applied for carryover

12 Month reach and frequency are based on April '11 – Mar'12

# 2012 – 2013 Planning









# Development of benchmarks for upcoming tactics and adjustments to historical responses require input from the team

| Product | Details | Samples | Copay | Journal | Speaker | Direct Mail | Rep Triggered Letters | Branded Website | SEO/ SEM | Email | Tele-detailing | Voucher | Banner Ads | Disease Website | Webcast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPPRELIN LA | 🟩 | | 🟩 | | 🟧 | 🟦 | | 🟩 | 🟦 | 🟦 | | | | 🟦 | |
| FORTESTA Gel | 🟩 | 🟦 | 🟩 | 🟩 | 🟩 | 🟩 | | 🟧 | 🟦 | | 🟩 | 🟦 | 🟦 | | |
| VANTAS | 🟩 | | | | 🟧 | 🟦 | | 🟩 | 🟦 | 🟦 | | | | | |
| VALSTAR | 🟩 | | | 🟧 | 🟧 | | | 🟦 | 🟩 | 🟦 | 🟦 | | | | 🟧 |

🟩 *Measured via Regression*
🟧 *Historically executed; not measureable via regression*
🟦 *Future activity*
⬜ *Not a part of future brand plans*

- Any key events for the product/market in 2012-13?

- For channels used in the past :

  – Which ones will continue in a similar way vs changing their effectiveness / message significantly?

  – Which ones will need benchmarks for the future because past measurement was not possible?

- Are there any new channels under consideration for 2013 planning?

# Agenda

- Project Objectives and Executive Summary

- UEO Brands
  - Historical ROI and Marginal ROI Analysis
  - Forward looking tactics review

- Pain Brands
  - Historical ROI and Marginal ROI Analysis
  - Forward looking tactics review

- Next Steps

- Appendix



# Lidoderm marketing tactics measured in this analysis drive 19% of the total sales





**$583 M PHN eligible Sales (Net sales)**

**$113 M Sales driven by Sales and Marketing (Net sales)**

Past Sales Carryover, $470M, 80.7%

Total Impacted Sales $112.5M, 19.3%

NPP $18M, 3.1%

Sampling $29.2M, 5.0%

Website $12M, 2.0%

SF Detailing $48M, 8.3%

Journal $3M, 0.5%

Copay $2.3M, 0.4%

Legend
Sales $M, % Impact

Note: Modeling results are shown for PHN eligible universe; $/Rx = $200.47; Refill Ratio = 1.8;
Modeling timeframe: Apr'11 – Mar'12

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*LIDODERM-Investment Imp*



# Most of the promotional channels for Lidoderm have high ROI



**Sales Force Detailing and Sampling have the highest impact on revenue**

Note: Revenue, ROI includes long term factor based on carryover except Copay

ROI calculations account for COGS; $/Rx = $200.47; Refill Ratio = 1.8; Margin = 72.4%;

Modeling timeframe: Apr'11 – Mar'12

© 2012 ZS Associates

– 33 –

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



*LIDODERM – Marginal ROIs*

# All of Lidoderm's promotional channels are profitable by segment

## Annual mROI, Reach and Frequency by Segment

| Quintile | Detailing | Sampling | Copay | NPP |
|---|---|---|---|---|
| **5** | 69% (14.3,82%) | 731% (148.9,72%) | 64% (3.3,18%) | -33% (*,68%) |
| **4** | 86% (10.5,70%) | 576% (89.2,58%) | 110% (2.5,10%) | 912% (*,54%) |
| **3** | 106% (8.4,56%) | 618% (69,45%) | 233% (2.2,7%) | 1147% (*,41%) |
| **2** | 217% (5.9,38%) | 448% (51.6,29%) | 281% (2.0,4%) | 1203% (*,26%) |
| **1** | 120% (4.7,26%) | 189% (42.8,20%) | 528% (1.8,2%) | 1982% (*,13%) |

| Specialty | Detailing | Sampling | Copay | NPP |
|---|---|---|---|---|
| **PCP** | 50% (7.4,40.0%) | 630% (62.7,31.7%) | 348% (2.1,4.3%) | 1053% (*,27.8%) |
| **SPEC** | 189% (10.1,65.8%) | 395% (112.1,53.7%) | 139% (2.9,12.5%) | 1031% (*,46.1%) |

Non-personal promotion was relatively less profitable for Q5 HCPs

### Key
| | |
|---|---|
| **mROI** | green ▇ > 0% mROI |
| *(Freq, Reach %)* | yellow ▇ -25%-0% mROI |
| | pink ▇ < -25% mROI |

Note: All mROI values include long term factor applied for carryover except Copay

*NPP tactics had a similar number of touches per reached HCP and were analyzed as a binary variable; Non-personal promotion (NPP) captures Email and Direct Mail

Annual reach and frequency are based on Apr'11 – Mar'12



# A revised approach to sample modeling showed sample impact of 5%, higher than previously estimated





**Avg NRx change per MD vs sample units/NRx in recent 6 months (Oct'11-Mar'12)**

Lidoderm sampling raw data plots do not show evidence of cannibalization

**Sales force detailing and sampling combined impact is 13.3 % -- the split is somewhat sensitive to methodology but about 60-40**

*  1 sample unit =1 patch, 1 TRx=41 patches, Upper limit shown

** #MDs based on PHN value deciles 6-10

Note:  Activity is based on recent 6 months of data (Oct'11-Mar'12) ; Δ NRx = (Oct'11-Mar'12) NRx – (Apr11 – Sep'11)NRx

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



− 36 −



# OPANA ER marketing tactics measured in this analysis drive19% of the total sales



Note:$/Rx = $284.69; Refill Ratio = 1.01; Modeling timeframe: Jan'11 – Dec'11
OPANA ER non-personal promotion did not show any impact on sales

© 2012 ZS Associates



# OPANA ER analysis focused on 2011 sales, due to production issues in early 2012



**OPANA ER NRx Sales from Jan'11 – Mar'12**

2012 sales data was excluded from analysis and modeling time frame

> OPANA sales had a steep decline in 2012 due to production issues
> Sales force messaging was changed in early 2012 to inform HCPs about the OPANA production issues and aimed at avoiding generation of new patient scripts



*OPANA ER-Final Model Rev*



# Historical Merkle non-personal promotion analysis focused on 2012 sales

| | Merkle analysis | PMO approach |
|---|---|---|
| **Methodology** | • Analysis was based on 2012 sales data (Jan'12 – Apr'12)<br><br>• The analysis was based on test-control methodology and did not control for rep-driven co-pay cards, due to limitations in accurately identifying the source of co-pay cards<br><br>• The analysis also shows that a greater number of HCPs targeted using non-personal promotion responded to non-personal activity focused on co-pay cards | • Based on 2011 sales (Jul'11 – Dec'11), 2012 was excluded from analysis due to production issues<br><br>• The analysis was based on regression models accounting for all sales force driven tactics including co-pay cards |
| **Difference in results and interpretation** | • 2012 sales force messaging was changed to inform HCPs about the OPANA production issues and aimed at avoiding generation of new patient scripts, however non-personal promotion did not change. This could have potentially led to a better non-personal promotion impact in 2012<br><br>• Historical non-personal promotion could have been a reflection of impact of co-pay cards, which contributes to ~4% sales | |
| **2013 planning** | • Due to the events in 2012, non-personal promotion impact has a range for 2013 : from 0% - 0.7 %<br><br>• Anchoring non-personal responsiveness to co-pay cards, after accounting for variation in redemption rate and response rate will help plan for future budget – we will settle on this when benchmarking for future scenarios | |

Notes: The current models also looked at non-personal promotion without accounting for copay cards and did not show any difference in the results

Source for Merkle analysis: Opana ER - 2011 Campaign 2 6months Lift Analysis short version (2).pdf provided by Endo

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



# Raw data cuts do not show relationship of sales to non-personal promotion



**Change in NRx in segments by various channels**

Q5    Q4    Q3    Q2    Q1

**Segments based on detailing and non-personal promotion reach**

Physician segments targeted using only non-personal promotion had a decline in sales

| | No promotional activity |
| | non-personal promotion only |
| | Detailing Only |
| | non-personal promotion and Detailing |

Note:  Activity is based on recent 6 months of data (Oct'11-Mar'12) ; Δ NRx = (jul'11-Dec11) NRx – (Jan'11 – jun'11)NRx

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*OPANA ER-Investment Imp*

# Most of the promotional channels for OPANA ER have high ROI

## Investment Level vs. Return on Investment



**Sales Force Detailing and Copay have the highest impact on revenue**

Note: Revenue, ROI includes long term factor based on carryover except Copay

ROI calculations account for COGS; $/Rx = $284.69; Refill Ratio = 1.01; Margin = 79.2%;

Modeling timeframe: Jan'11 – Dec'11; OPANA ER non-personal promotion did not show any impact on sales

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



**opana ER**
(oxymorphone HCl) ©
EXTENDED-RELEASE TABLETS
5 mg · 10 mg · 20 mg · 30 mg · 40 mg

# Detailing and Copay are highly profitable for OPANA ER in the Q5 and Q4 segments

## Annual mROI, Reach and Frequency by Segment

| Quintile | Detailing | Copay | Speaker | NPP |
|---|---|---|---|---|
| **5** | 538% (35,93%) | 1161% (20.8,65%) | 104% (1.4,18%) | - (*,87%) |
| **4** | 87% (25.2,88%) | 1210% (9.8,41%) | -28% (1.4,13%) | - (*,78%) |
| **3** | -23% (15.3,71%) | 994% (5.0,14%) | 35% (1.3,5%) | - (*,54%) |
| **2** | 0% (8.8,42%) | 2357% (3.3,4%) | -53% (1.4,2%) | - (*,30%) |
| **1** | 40% (5.2,7%) | 4213% (2.4,0%) | -77% (1.3,0%) | - (*,4%) |

| Specialty | Detailing | Copay | Speaker | NPP |
|---|---|---|---|---|
| **PCP** | 140% (9.5,14.2%) | 2183% (6.6,2%) | -26% (1.4,1%) | - (*,10%) |
| **SPEC** | 117% (16.3,28.3%) | 1791% (10.0,8%) | -27% (1.4,3%) | - (*,20%) |

Non-personal promotion did not show any impact on OPANA ER sales

**Key**
mROI
*(Freq, Reach %)*

- ▮ > 0% mROI
- ▮ -25%-0% mROI
- ▮ < -25% mROI

Note: All mROI values include long term factor applied for carryover except Copay

*NPP tactics had a similar number of touches per reached HCP and were analyzed as a binary variable; Non-personal promotion (NPP) captures Email, Direct Mail and Tele-detailing

Annual reach and frequency are based on Jan'11 – Dec'11

© 2012 ZS Associates



© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Voltaren Gel marketing tactics measured in this analysis drive 14% of the total sales



**$144 M Sales
(Net sales)**

**$20 M Sales driven by Sales and Marketing
(Net sales)**

Past Sales Carryover,
$124M, 85.8%

Total Impacted Sales
$20M, 14.2%

Copay
$4M, 2.7%

Sampling
$3M, 2.1%

NPP
$5M, 3.5%

SF Detailing
$8M, 5.9%

Legend
Sales $M, % Impact

Note:$/Rx = $60.77; Refill Ratio = 1.46; Modeling timeframe: Jan'11 – Dec'11

VOLTAREN GEL sales were not found to be responsive to web activity

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Most of the promotional channels except sales force detailing have high ROI for Voltaren Gel



**Sales Force Detailing and Non-personal promotion have the highest impact on revenue, though detailing investment appears to be somewhat excessive**

Note: Revenue, ROI includes long term factor based on carryover except Copay

ROI calculations  account for COGS; $/Rx = $60.77; Refill Ratio = 1.46; Margin = 85.6%;

Modeling timeframe: Jan'11 – Dec'11



# Sampling, Copay and NPP are all profitable for Voltaren Gel across most segments

## Annual mROI, Reach and Frequency by Segment

| Quintile | Detailing | Sampling | Copay | NPP |
|---|---|---|---|---|
| **5** | -84%<br>(13.4,79%) | -39%<br>(143.0,73%) | 97%<br>(4.6,31%) | 160%<br>(*,48%) |
| **4** | -81%<br>(8.6,62%) | 23%<br>(73.8,54%) | 121%<br>(2.9,18%) | 502%<br>(*,29%) |
| **3** | -76%<br>(6.6,46%) | 26%<br>(50.4,37%) | 101%<br>(2.3,10%) | 406%<br>(*,18%) |
| **2** | -70%<br>(5.2,29%) | 24%<br>(39.2,22%) | 202%<br>(2.0,5%) | 256%<br>(*,11%) |
| **1** | -57%<br>(3.6,8%) | 63%<br>(28.7,5%) | 350%<br>(1.6,1%) | 256%<br>(*,2%) |

| Specialty | Detailing | Sampling | Copay | NPP |
|---|---|---|---|---|
| **SPEC** | -72%<br>(7.4,33%) | -5%<br>(76.5,26%) | 123%<br>(3.0,10%) | 312%<br>(*,12%) |
| **PCP** | -75%<br>(5.9,16%) | 44%<br>(49.4,12%) | 225%<br>(2.3,3%) | 320%<br>(*,6%) |

Detailing is less profitable than the other channels and should be scaled back

**Key**

mROI

*(Freq, Reach %)*

| | |
|---|---|
| ▇ | > 0% mROI |
| ▇ | -25%-0% mROI |
| ▇ | < -25% mROI |

Note: All mROI values include long term factor applied for carryover except Copay

*NPP tactics had a similar number of touches per reached HCP and were analyzed as a binary variable; Non-personal promotion (NPP) captures Email, Direct Mail and Tele-detailing

Annual reach and frequency are based on Jan'11 – Dec'11

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



– 47 –



# Frova marketing tactics measured in this analysis drive 23% of the total sales



**$62 M Sales**
**(Net sales)**

**$14 M Sales driven by Sales and Marketing**
**(Net sales)**

Past Sales Carryover,
$48M, 76.8%

Total Impacted Sales
$14.4M, 23.2%

Copay
$4M, 6.4%

NPP
$4.7M, 7.5%

Sampling
$0.6M, 1.0%

Website
$0.1M, 0.1%

SF Detailing
$5M, 8.2%

Legend
Sales $M, % Impact

Note: $/Rx = $227.52; Refill Ratio = 2.17; Modeling timeframe: Apr'11 – Mar'12

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



# Most of the promotional channels except websites have a high ROI for Frova



**Sales Force Detailing, NPP and Copay have the highest impact on revenue**

Note: Revenue, ROI includes long term factor based on carryover except Copay

ROI calculations account for COGS; $/Rx = $227.52; Refill Ratio = 2.17; Margin = 98%;

Modeling timeframe: Apr'11 – Mar'12



# Copay and NPP are profitable for FROVA with Detailing and Sampling nearing optimal spend in the higher quintiles

## Annual mROI, Reach and Frequency by Segment

| Quintile | Detailing | Sampling | Copay | NPP |
|---|---|---|---|---|
| **5** | -2%<br>(8.0,50%) | -20%<br>(46.9,40%) | 564%<br>(6.1,29%) | 263%<br>(*,54%) |
| **4** | -28%<br>(4.0,27%) | -19%<br>(18.3,19%) | 413%<br>(3.5,8%) | 881%<br>(*,30%) |
| **3** | -56%<br>(3.2,17%) | -8%<br>(14.3,11%) | 449%<br>(3.1,4%) | 905%<br>(*,19%) |
| **2** | -37%<br>(2.6,11%) | -22%<br>(12.2,6%) | 513%<br>(3,2%) | 875%<br>(*,12%) |
| **1** | -35%<br>(2.2,2%) | 133%<br>(11.2,1%) | 529%<br>(2.5,0%) | 469%<br>(*,3%) |

| Specialty | Detailing | Sampling | Copay | NPP |
|---|---|---|---|---|
| **PCP** | -32%<br>(2.8,5%) | 35%<br>(13.4,3%) | 548%<br>(3.2,1%) | 609%<br>(*,6%) |
| **SPEC** | -30%<br>(5.8,17%) | -8.0%<br>(34.7,12%) | 437%<br>(5.1,7%) | 733%<br>(*,19%) |

Detailing effort just about optimal in higher quintiles

**Key**
mROI
*(Freq, Reach %)*

> 0% mROI
-25%-0% mROI
<-25% mROI

Note: All mROI values include long term factor applied for carryover except Copay

*NPP tactics had a similar number of touches per reached HCP and were analyzed as a binary variable; Non-personal promotion (NPP) captures Email and Direct Mail

Annual reach and frequency are based on Apr'11 – Mar'12

© 2012 ZS Associates

# 2012 – 2013 Planning









# Development of benchmarks for upcoming tactics and adjustments to historical responses require input from the team

## Retail Brands – Expected Tactics for Optimizer Tool

| Product | Details | Samples | Copay | Journal | Speaker | Direct Mail | Rep Triggered Letters | Branded Website | SEO/ SEM | Email | Tele-detailing | Banner Ads | Confe-rences | Webcast/ Smart-phone Apps |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lidoderm | 🟩 | 🟩 | 🟩 | 🟩 | 🟧 | 🟩 | 🟩 | 🟩 | 🟦 | 🟩 | 🟧 | 🟩 | 🟦 | 🟦 |
| OPANA ER | 🟩 | | 🟩 | 🟩 | 🟩 | 🟩 | 🟩 | 🟩 | 🟦 | 🟩 | | 🟩 | | |
| Frova | 🟩 | 🟩 | | | | 🟩 | 🟩 | 🟩 | 🟦 | 🟩 | | | | |
| Voltaren Gel | 🟩 | 🟩 | 🟩 | | | 🟩 | 🟩 | 🟩 | 🟦 | | | | | |

🟩 *Measured via Regression*
🟧 *Historically executed; not measureable via Regression*
🟦 *Future activity*
⬜ *Not a part of future brand plans*

- Any key events for the product/market in 2012-13?
- For channels used in the past :
  - Which ones will continue in a similar way vs changing their effectiveness / message significantly?
  - Which ones will need benchmarks for the future because past measurement was not possible?
- Are there any new channels under consideration for 2013 planning?

# Agenda

- Project Objectives and Executive Summary

- UEO Brands
  - Historical ROI and Marginal ROI Analysis
  - Forward looking tactics review

- Pain Brands
  - Historical ROI and Marginal ROI Analysis
  - Forward looking tactics review

- Next Steps

- Appendix

*Next Steps*

# Understanding brand plans is critical for benchmark development and scenario optimization in the coming weeks

**Today's Meeting/ This week**

| Understand brand plans for 2013 | Preliminary scenario for 2013 | Tool configuration and Training | Review final decisions |
|---|---|---|---|

**Activities**
- Understand forward looking plan for new promotional tactics and changes to existing tactics
- Finalize input assumptions

**Activities**
- Finalize benchmarks for future promotional channels
- Make adjustments to historical response models
- Run optimal scenario with these future assumptions

**Activities**
- Configure tool
- Develop training materials
- Conduct training session for potential users

**Activities**
- Endo to review final decisions with management
- Endo to communicate final decisions to Finance

**Meetings and Deliverables**
- Follow up meetings with brand teams to finalize the assumptions for benchmarking

*This week*

**Meetings and Deliverables**
- Benchmarks
- Optimal scenario results

*July 31th*

**Meetings and Deliverables**
- Training session
- Optimizer tool

*August 14th*

**Final submission due to Finance on August 27th**



© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Next Steps

- Set up meetings with brand leads to understand vision and plans for 2013

- Incorporate feedback from brand teams to set up optimization scenarios

- Identify areas where benchmarks and prospective decisions are needed

- Begin configuration of software tools

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Agenda

- Project Objectives and Executive Summary

- UEO Brands
  - Historical ROI and Marginal ROI Analysis
  - Forward looking tactics review

- Pain Brands
  - Historical ROI and Marginal ROI Analysis
  - Forward looking tactics review

- Next Steps

- Appendix

*Cost Breakdown*

# Financials and spends (1 of 3)

## 2011 Fixed, Variable and Total Cost by Product

| Product | Tactic | 2011 Fixed Cost | 2011 Variable Cost | 2011 Total Cost |
|---|---|---|---|---|
| LIDODERM | Detailing | $513,136 | $33,193,352 | $33,706,488 |
| | NPP (Email, Direct mail) | $0 | $2,221,537 | $2,221,537 |
| | Sampling | $0 | $2,483,502 | $2,483,502 |
| | Website | $233,500 | $380,101 | $613,601 |
| | Journal | $68,200 | $1,108,968 | $1,177,168 |
| | Copay | $87,821 | $457,860 | $545,681 |
| OPANA ER | Detailing | $1,580,000 | $30,363,615 | $31,943,615 |
| | Copay | $334,617 | $868,200 | $1,202,817 |
| | Speaker | $1,042,777 | $1,920,000 | $2,962,777 |
| | NPP (Email, Direct mail, Tele-detail) | $25,175 | $722,662 | $747,837 |
| | Website | $0 | $2,000,000 | $2,000,000 |
| | Journal | $0 | $1,295,000 | $1,295,000 |
| VOLTAREN GEL | Detailing | $743,358 | $33,925,868 | $34,669,226 |
| | Sampling | $0 | $3,839,800 | $3,839,800 |
| | Copay | $126,000 | $978,000 | $1,104,000 |
| | NPP (Email, Direct mail, Tele-detail) | $300,545 | $2,243,660 | $2,544,205 |

| Product | Cost per Copay Redemption | Total Redemptions | Cost per PDE | Total PDEs |
|---|---|---|---|---|
| LIDODERM | $30.00 | 15,262 | $80.57 | 411,966 |
| OPANA ER | $25.00 | 34,728 | $82.26 | 369,104 |
| VOLTAREN GEL | $30.00 | 32,600 | $87.63 | 387,147 |

*Cost Breakdown*

# Financials and spends (2 of 3)

## 2011 Fixed, Variable and Total Cost by Product

| Product | Tactic | 2011 Fixed Cost | 2011 Variable Cost | 2011 Total Cost |
|---|---|---|---|---|
| FROVA | Detailing | $382,497 | $6,604,463 | $6,986,960 |
| | Sampling | $0 | $455,748 | $455,748 |
| | Copay | $42,560 | $663,250 | $705,810 |
| | NPP (Email, Direct mail) | $213,960 | $781,215 | $995,175 |
| | Website | $99,100 | $278,000 | $377,100 |
| FORTESTA GEL | Detailing | $1,637,726 | $28,835,566 | $30,473,293 |
| | Copay | $213,305 | $704,850 | $918,155 |
| | Speaker | $0 | $407,608 | $407,608 |
| | NPP (Email, Direct mail, Tele-detail) | $0 | $2,775,263 | $2,775,263 |
| | Journal | $0 | $415,392 | $415,392 |

| Product | Cost per Copay Redemption | 2011 Redemptions | Cost per PDE | 2011 PDEs |
|---|---|---|---|---|
| FROVA | $35.00 | 18,950 | $91.23 | 72,398 |
| FORTESTA GEL | $25.00 | 28,194 | $82.51 | 349,483 |

# Financials and spends (3 of 3)

### 2011 Fixed, Variable and Total Cost by Product

| Product | Tactic | 2011 Fixed Cost | 2011 Variable Cost | 2011 Total Cost |
|---|---|---|---|---|
| SUPPRELIN LA | Detailing | $7,905,000 | N/A | $7,905,000 |
| | Branded Website | $164,750 | N/A | $164,750 |
| | Speaker Programs | $178,226 | $272,307 | $450,534 |
| | CoPay Cards | $504,068 | $23,231 | $527,299 |
| VANTAS | Detailing | $3,159,049 | N/A | $3,159,049 |
| | Branded Website | $399,636 | N/A | $399,636 |
| | Speaker Program | $45,668 | $45,024 | $90,692 |
| VALSTAR | Detailing | $4,650,437 | N/A | $4,650,437 |
| | Branded Website | $173,915 | N/A | $173,915 |
| | Journal Advertising | $94,926 | $9,074 | $104,000 |
| | Speaker Program | $609,847 | $97,012 | $706,859 |
| | Webcast | $227,816 | $35,040 | $262,856 |

| Product | Cost per Copay Redemption (avg) | Total Redemptions | Cost per Detail | Total Details |
|---|---|---|---|---|
| SUPPRELIN LA | $2,389 | 114 | $760.68 | 10,392 |
| VANTAS | N/A | N/A | $47.46 | 66,559 |
| VALSTAR | N/A | N/A | $64.08 | 72,576 |

*Appendix*

# Regression Methodology

| Product Sales | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Modeling is performed and recommendations are developed using physician level data** | | | | | | | |
| Prior Sales | Detailing | Sampling | Copay | NPP* | Websites | Journals | Speaker |
| The model includes carryover to capture MD behavior, patient carryover | The model explicitly accounts for the impact of detailing (using primary detail equivalents); a diminishing returns function has been used | Model accounts for both diminishing returns and cannibalization of sampling efforts | Effect of Copay redemption has been included in the models | The model accounts for the impact of direct mailers, emails and Tele calls to the physicians | Effects of geography level activity have been mapped to physicians | Effects of geography level activity have been mapped to physicians | Effects have been included for participation in individual programs (e.g. office-based and venue/panel-based speaker programs) |

| **Model Time Frame** | • October 2011 – March 2012 (6 Months)** |
|---|---|

| **Segmentation** | • PHN Value Decile: Deciles for PHN eligible physicians*** <br> • Market Quintile: Quintiles based on recent 6 months of market sales <br> • Specialty: Physician specialties bucketed into PCP s and Specialists <br> • NPPA flag: Flag equal to 1 for nurse practitioners and physician assistants <br> • Share Segment (Spreaders/Leaners): Leaners have more than 2x avg. national share **** |
|---|---|

*NPP refers to Non personal promotions, which includes Email, Direct mail and Tele Detailing

**Model Timeframe for OPANA ER and VOLTAREN GEL is from Jul'11 – Dec'11

***PHN Deciles are for LIDODERM

****Share Segment is for OPANA ER and FROVA

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

# Measuring Sales Response



**Sales Response vs. Promotional Effort**

Statistical methods are used to estimate the relationship between prior activity and incremental sales

# Promotional effort in the current time period has a long term impact



- **Affectable sales represents the sales that the sales force drives in a given year.**
  - Not all sales driven by SF.
  - Other promotion (e.g., marketing programs, etc.) also drives sales.

- **(Marginal) Carryover sales represents the sales that occur due to SF promotion in previous years.**
  - Prescribing/usage persistency.
  - Patient persistency.

- *Note: When evaluating detailing, it is common to look at the long-term (3-yr) impact, given the common observation of "high" prescriber persistency, i.e., carryover.*

# Calculating mROI



**Profitability of Promotion Effort**

*Illustration*

1 Gross Sales $$ =
Sales impact of activity with or without additional years of carryover credit

2 Net Sales $$ =
Gross sales multiplied by the gross to net margin

3 Promotion Activity Costs

4 Profit= 2 - 3

$ MM

Activity Level

Promotion Activity

5 mROI (Incremental return at a given activity level)

$ 50 Profit

$ 100 Unit activity cost

mROI = 50/100 = 50%

# Marginal Return on Investment (mROI) should be calculated in a consistent manner to avoid confusion; we show mROI as a %

**ROI of 0% means breakeven on the <u>entire</u> investment**

$$\text{ROI} := \frac{(\text{Program Revenue} - \text{COGs} - \text{Program Cost})}{\text{Program Cost}}$$

$$\text{mROI} := \frac{(\text{Inc. Program Revenue} - \text{COGs} - \text{Inc. Program Cost})}{\text{Inc. Program Cost}}$$

**mROI of 0% means breakeven on the <u>last</u> investment**

By definition, mROI is a future looking concept.  We cannot easily determine what the "incremental" activity was among multiple activities

© 2012 ZS Associates

– 64 –

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*LIDODERM- Dollarized Resp...*

# Detailing responsiveness varies by physician segments



- ✓ Detailing response is ordinal by PHN Deciles
- ✓ Specialists are more responsive than PCPs
- ✓ NP/PAs are more responsive than HCPs

Note:1. Response curves by decile are based on NP/PA specialists
2. Response curves by specialty highlight  decile 10 NP/PAs
3. Response curves for NP/PA are based on decile 10 specialists

© 2012 ZS Associates  2012_07_16 Promo Mix Optimization - ROI analysis v1.0



Case: 1:17-md-02804-DAP Doc #: 2421-2 Filed: 08/15/19 68 of 89. PageID #: 401745

opana ER (oxymorphone HCl) EXTENDED-RELEASE TABLETS 5 mg · 10 mg · 20 mg · 30 mg · 40 mg

# Detailing responsiveness varies by physician segments

**Response Curve - Quintile**

**Response Curve – Share segment**

**Response Curve – NP/PA**

- ✓ Detailing response is ordinal by quintile
- ✓ Spreaders are marginally more responsive than Leaners
- ✓ NP/PAs are more responsive than HCPs

Note:1. Response curves by quintile are based on NP/PA specialists
2. Response curves by specialty highlight quintile 5 NP/PAs
3. Response curves for NP/PA are based on quintile 5 specialists



Voltaren Gel (diclofenac sodium topical gel) 1% Direct route to relief

# Detailing responsiveness varies by physician segments

## Response Curve – Units/TRx

## Response Curve – Specialty

## Response Curve – NP/PA

- ✓ Detailing response is higher for physician writing higher units/Trx
- ✓ Specialists are more responsive than PCPs
- ✓ NP/PAs are more responsive than HCPs

Note:1. Response curves by quintile are based on NP/PA specialists
2. Response curves by specialty highlight quintile 5 NP/PAs
3. Response curves for NP/PA are based on quintile 5 specialists

© 2012 ZS Associates



Frova
frovatriptan succinate
2.5mg Tablets

# Detailing responsiveness varies by physician segment

- ✓ Detailing response is ordinal by quintile
- ✓ Leaners are more responsive than Spreaders
- ✓ NP/PAs are marginally more responsive than HCPs

Note:1. Response curves by quintile are based on NP/PA specialists
2. Response curves by specialty highlight quintile 5 NP/PAs
3. Response curves for NP/PA are based on quintile 5 specialists

© 2012 ZS Associates

*FORTESTA GEL- Dollarized*

# Detailing responsiveness varies by physician segments



Note:1. Response curves by quintile are based on NP/PA specialists

2. Response curves by specialty highlight quintile 5 NP/PAs

3. Response curves for NP/PA are based on quintile 5 specialists

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



# The impact of SUPPRELIN LA detailing is strongest for initial details

## Pediatric Endo Detailing Impact for SUPPRELIN LA Historical Writers
### *(Absent other modeled promotional tactics)*



**Impact of Details on Expected Current Units (Units / Acct)**

**Calls in Current 6 Months**

**Expected Current Units =**

$[P_{(Sales = "Low")} \times Avg "Low" Sales] +$

$[P_{(Sales = "Moderate")} \times Avg "Moderate" Sales] +$

$[P_{(Sales = "High")} \times Avg "High" Sales]$



**Impact of Details on Expected Current Net Sales / Account ($ / Acct)**

**Calls in Current 6 Months**

© 2012 ZS Associates

– 70 –



# The response curve for VANTAS detailing is relatively flat

## Detailing Impact for VANTAS Historical Writers
### *(Absent other modeled promotional tactics)*



**Impact of Detailing on Expected Current Units (Units / Account)**

Calls in Current 6 Months



**Impact of Detailing on Expected Current 6 Month Total Net Sales ($/Account)**

Calls in Current 6 Months

Note: Dollarized response curves apply net sales / unit
and number of accounts of each type

*VALSTAR – Dollarized Resp*

# VALSTAR is relatively responsive to detailing

## Detailing Impact for VALSTAR Historical Writers
*(Absent other modeled promotional tactics)*

**Impact of Detailing on Expected Current Units (Units / Account)**



**Calls in Current 6 Months**

**Impact of Detailing on Expected Current 6 Month Net Sales ($/account)**



**Calls in Current 6 Months to Each Account**

Note: Dollarized response curves apply net sales / unit
and number of accounts of each type

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*LIDODERM- Non Sales Force*

# All NPP tactics have high degree of overlap among themselves and with detailing



Detailing
(42,370 MDs reached)

NPP
(27,172 MDs reached)

Email
(11,869 MDs reached)

Direct Mail
(25,697 MDs reached)

23,707    18,663    8,509

Within NPP

10,394    15,303

1,475

✓ Approximately 88% of physicians receiving emails also received direct mail
✓ Approximately 44% of physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics had a high degree of overlap and little variation in frequency; the most effective models considered NPP participation as a single flag

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*LIDODERM- Detailing cross*

# Of the LIDODERM sales from MDs receiving promotion, most were from MDs that received both detailing and NPP



**(A) Distribution of sales by SF and NPP reach**

- None
- NPP only
- NPP and SF
- SF only

**(B) Distribution of sales and HCPs by SF and NPP reach**

- SF Only
- NPP + SF
- NPP Only



*OPANA ER- Non Sales For*

# All NPP tactics have a high degree of overlap among themselves and with detailing



Detailing
(27,037 MDs reached)

NPP*
(19,543 MDs reached)

Email
(8,961 MDs reached)

Direct Mail
(19,100 MDs reached)

15,538   11,499   8,044

Within NPP

8,518   10,582

443

✓ Approximately 95% of physicians receiving emails also received direct mail
✓ Approximately 43% physicians targeted using non-personal promotions (email, direct mail) also received a detail.

NPP tactics had a high degree of overlap and little variation in frequency; the most effective models considered NPP participation as a single flag

* Tele details reached ~3K physicians and have been excluded from Venn diagram. See appendix for details

# Most OPANA ER sales came from sales force targets





*VOLTAREN GEL- Non Sales*

# NPP tactics reached relatively few MDs compared with detailing, and included significant overlaps



| Detailing<br>(43,365 MDs reached) | NPP*<br>(12,566 MDs reached) | Email<br>(6,320 MDs reached) | Direct Mail<br>(12,542 MDs reached) |

36,590     6,775     5,791     Within NPP     6,296     6,246

24

✓ Almost all physicians receiving emails also receive direct mail
✓ Approximately 16% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics had a high degree of overlap and little variation in frequency; the most effective models considered NPP participation as a single flag

* Tele details reached ~3K physicians and have been excluded from Venn diagram. See appendix for details



# Only a small portion of sales came from MDs receiving any NPP effort



**(A) Distribution of sales by SF and NPP reach**

- None
- NPP only
- NPP and SF
- SF only

37%
26%
8%
29%

**(B) Distribution of sales and HCPs by SF and NPP reach**

- SF only
- NPP + SF
- NPP only

Sales: 8%, 26%, 29%
HCPs: 6K, 7K, 38K

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



*FROVA- Non Sales Force T*

# All NPP tactics have high degree of overlap among themselves and with detailing



Detailing
(14,018 MDs reached)

NPP
(9,653 MDs reached)

Email
(5,216 MDs reached)

Direct Mail
(9,601 MDs reached)

10,737   3,281   6,372   Within NPP   5,164   4,437

52

✓ Almost all physicians receiving emails also receive direct mail
✓ Approximately 23% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics had a high degree of overlap and little variation in frequency; the most effective models considered NPP participation as a single flag

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0

*FROVA- Detailing cross NP*



# For FROVA, a set of ~6,000 NPP-only MDs accounted for a significant portion of sales





*FORTESTA GEL- Non Sales*

# All NPP tactics have high degree of overlap among themselves and with detailing



- ✓ Approximately 46% of all physicians receiving emails also receive direct mail.
- ✓ Approximately 39% targeted physicians using non-personal promotions (email, direct mail) also received a detail

NPP tactics had a high degree of overlap and little variation in frequency; the most effective models considered NPP participation as a single flag

* Tele details reached ~2K physicians and have been excluded from Venn diagram. See appendix for details

Case 1:17-md-02804-DAP  Doc #: 2421-2  Filed: 08/15/19  84 of 89  PageID #: 401761

# Sales force detailing and non-personal promotional tactics reach the HCPs responsible for nearly all FORTESTA sales



**(A) Distribution of sales by SF and NPP reach**

**(B) Distribution of sales and HCPs by SF and NPP reach**

Pie chart:
- 72% NPP and SF
- 15% SF only
- 9% None
- 4% NPP only

Bar chart (Sales): SF Only 15%, NPP + SF 72%, NPP only 4%

Bar chart (HCPs): SF Only 21K, NPP + SF 12K, NPP only 4K

Legend (A): None, NPP only, NPP and SF, SF only

Legend (B): SF Only, NPP + SF, NPP only

© 2012 ZS Associates

2012_07_16 Promo Mix Optimization - ROI analysis v1.0



*LIDODERM- Non Sales Force*

# All NPP tactics have high degree of overlap among themselves and with detailing

| Tactic | # MDs | Email | Direct Mail | NPP |
|---|---|---|---|---|
| Email | 11,869 | | 10,394 (88%) | 11,869 |
| Direct Mail | 25,697 | 10,394 (40%) | | 25,697 |
| NPP | 27,172 | 11,869 | 25,697 | |
| Detailing | 42,370 | 7,862 | 17,849 | 18,663 (44%) |

✓ Approximately 88% physicians receiving emails also receive direct mail
✓ Approximately 44% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics have high degree of overlap and should be analyzed as a single term in regression

*OPANA ER- Non Sales Force*

# All NPP tactics have high degree of overlap among themselves and with detailing

| Tactic | # MDs | Email | Direct Mail | Tele Detailing | NPP |
|--------|-------|-------|-------------|----------------|-----|
| Email | 8,961 | | 8,518 (95%) | 720 | 8,961 |
| Direct Mail | 19,100 | 8,518 (45%) | | 1,355 | 19,100 |
| Tele Detailing | 2,764 | 720 | 1,355 | | 1,434 |
| NPP | 19,543 | 8,961 | 19,100 | 1,434 | |
| Detailing | 27,037 | 5,206 | 11,160 | 1,792 | 11,499 (43%) |

✓ Approximately 95% physicians receiving email also receive direct mails
✓ Approximately 43% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics have high degree of overlap and should be analyzed as a single term in regression



# All NPP tactics have high degree of overlap among themselves and with detailing

| Tactic | # MDs | Email | Direct Mail | Tele Detailing | NPP |
|---|---|---|---|---|---|
| Email | 6,320 | | 6,296 (99%) | 1,084 | 6,320 |
| Direct Mail | 12,542 | 6,296 (50%) | | 2,372 | 12,542 |
| Tele Detailing | 3,232 | 1,084 | 2,372 (73%) | | 2,374 |
| NPP | 12,566 | 6,320 | 12,542 | 2,374 | |
| Detailing | 43,365 | 3,713 | 6,766 | 1,336 | 6,775 (16%) |

✓ Almost all physicians receiving email also receive direct mails
✓ Approximately 16% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics have high degree of overlap and should be analyzed as a single term in regression



*FROVA-Non Sales Force Ta*

# All NPP tactics have high degree of overlap among themselves and with detailing

| Tactic | # MDs | Email | Direct Mail | NPP |
|--------|-------|-------|-------------|-----|
| Email | 5,216 | | 5,164 (99%) | 5,216 |
| Direct Mail | 9,601 | 5,164 (54%) | | 9,601 |
| NPP | 9,653 | 5,216 | 9,601 | |
| Detailing | 14,018 | 2,060 | 3,264 | 3,281 (23%) |

✓ Approximately 99% physicians receiving email also receive direct mails
✓ Approximately 23% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics have high degree of overlap and should be analyzed as a single term in regression



*FORTESTA GEL- Non Sales*

# All NPP tactics have high degree of overlap among themselves and with detailing

| Tactic | # MDs | Email | Direct Mail | Tele Detailing | NPP |
|--------|-------|-------|-------------|----------------|-----|
| Email | 7,291 | | 3,324 (46%) | 1,336 | 7,291 |
| Direct Mail | 11,699 | 3,324 | | 1,035 | 11,699 |
| Tele Detailing | 2,174 | 1,336 | 1,035 | | 1,686 |
| NPP | 15,666 | 7,291 | 11,699 | 1,686 | |
| Detailing | 30,370 | 4,974 | 9,914 | 1,485 | 11,887 (39%) |

✓ Approximately 46% of all physicians receiving emails also receive direct mail.
✓ Approximately 39% physicians targeted using non-personal promotions (email, direct mail) also received a detail

NPP tactics have high degree of overlap and should be analyzed as a single term in regression