# PSJ2 Exh 93

## Unknown

| | |
|---|---|
| From: | Dr Richard Sackler |
| Sent: | Wednesday, April 23, 1997 10:53 AM |
| To: | Michael Friedman |
| Subject: | Re[3]: San Antonio |
| Importance: | Low |

excellent points.

what about rifle shots?

_____ Reply Separator _____
Subject: Re[2]: San Antonio
Author: Michael Friedman at NORWALK
Date: 4/22/97 3:19 PM

Richard,

There will always be misconceptions about drug substances. For controlled release drugs, many of these misconceptions are the result of residual attitudes associated with the immediate release forms. For example, morphine has a "personality" that was shaped when it was an IV drug. Oxycodone has a "personality" that is influenced by many years of oxycodone use in Percocet. We have built a large part of our platform on this personality and used it to differentiate OxyContin from MS Contin and Duragesic. This differentiation has lead to much non-malignant business.

Marketing is not only about what you are. It is also about what you are not. We have a success beyond our expectations that is, in part, due to the unique personality of OxyContin. Even as we seek to increase the use of the drug in higher doses, we should be very careful. As far as I know, the strength of the drug is principally a barrier in malignant pain. We do not want to change the image in a way that will discourage non-malignant use. A barrage would be ill advised.

MF

_____ Reply Separator _____
Subject: Re: San Antonio
Author: Dr Richard Sackler at NORWALK
Date: 4/22/97 11:45 AM

Michael,

I am somewhat surprised that 18 months into marketing, significant groups of experts (oncologists, for example) believe that oxycontin has a ceiling effect.

What materials could we pull together that would smash this critical misconception? Can we put together some approaches and test whether they would be potent weapons in this effort?

_____ Reply Separator _____

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

8600264575C
PDD1701801141



DEPOSITION EXHIBIT
Sackler 14

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004030162

Subject: San Antonio
Author:  Michael Friedman at Norwalk
Date:    4/21/97 5:10 PM

fyi

_____ Forward Header _____
Subject: San Antonio
Author:  James J Lang at NORWALK
Date:    4/20/97 10:04 AM

Mark

I sat in on one of the Oncology Focus groups on Friday evening. You will have an opportunity to listen to the tapes and whatever summaries the focus group moderators provide, however it appears the issues effecting Oncologist's utilization of OxyContin are and continue to be

- MD's feel the product dosing has a ceiling

- Don't feel it is as strong as Ms Contin

- Like and are very comfortable with Ms Contin and don't see a need for another product except where Ms Contin fails.

Interestingly, when asked to describe what they like about OxyContin they for the most part cited all the key points our reps are or should be stating in their sales presentations. This observation was similar to the others who attended the other Oncology focus group.

The anesthesiology focus group Saturday evening was of less value however their primary concerns were the Medtronic pump being used by the orthopods and the need for Purdue to educate surgeons on proper post surgery pain management, and fears with opiod prescribing.

As we prepare for the up coming one day district meetings the above topics should part of the focus for our training. Any suggestions your people may have would be appreciated.

jim

2

8600264576
PDD1701801142
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      PPLP004030163

```
Subject: San Antonio
Author:  Michael Friedman at Norwalk
Date:    4/21/97 5:10 PM
```

fyi

_____ Forward Header _____

```
Subject: San Antonio
Author:  James J Lang at NORWALK
Date:    4/20/97 10:04 AM
```

Mark

I sat in on one of the Oncology Focus groups on Friday evening. You will have an opportunity to listen to the tapes and whatever summaries the focus group moderators provide, however it appears the issues effecting Oncologist's utilization of OxyContin are and continue to be

- MD's feel the product dosing has a ceiling

- Don't feel it is as strong as Ms Contin

- Like and are very comfortable with Ms Contin and don't see a need for another product except where Ms Contin fails.

Interestingly, when asked to describe what they like about OxyContin they for the most part cited all the key points our reps are or should be stating in their sales presentations. This observation was similar to the others who attended the other Oncology focus group.

The anesthesiology focus group Saturday evening was of less value however their primary concerns were the Medtronic pump being used by the orthopods and the need for Purdue to educate surgeons on proper post surgery pain management, and fears with opiod prescribing.

As we prepare for the up coming one day district meetings the above topics should part of the focus for our training. Any suggestions your people may have would be appreciated.

jim

8600264576
PDD1701801143
HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE
PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004030164

## Unknown

| | |
|---|---|
| From: | Dr Richard Sackler |
| Sent: | Tuesday, April 22, 1997 11:46 AM |
| To: | Michael Friedman; Dr Paul Goldenheim |
| Cc: | James J Lang |
| Subject: | Re: San Antonio |
| Importance: | Low |

Michael,

I am somewhat surprised that 18 months into marketing, significant groups of experts (oncologists, for example) believe that oxycontin has a ceiling effect.

What materials could we pull together that would smash this critical misconception? Can we put together some approaches and test whether they would be potent weapons in this effort?

_____ Reply Separator _____
Subject: San Antonio
Author: Michael Friedman at Norwalk
Date: 4/21/97 5:10 PM

fyi

_____ Forward Header _____
Subject: San Antonio
Author: James J Lang at NORWALK
Date: 4/20/97 10:04 AM

Mark

I sat in on one of the Oncology Focus groups on Friday evening. You will have an opportunity to listen to the tapes and whatever summaries the focus group moderators provide, however it appears the issues effecting Oncologist's utilization of OxyContin are and continue to be

- o MD's feel the product dosing has a ceiling

- o Don't feel it is as strong as Ms Contin

- o Like and are very comfortable with Ms Contin and don't see a need for another product except where Ms Contin fails.

Interestingly, when asked to describe what they like about OxyContin they for the most part cited all the key points our reps are or should be stating in their sales presentations. This observation was similar to the others who attended the other Oncology focus group.

The anesthesiology focus group Saturday evening was of less value however their primary concerns were the Medtronic pump being used by the orthopods and the need for Purdue to educate surgeons on proper

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

8600264577
PDD1701801144

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

post surgery pain management, and fears with opiod prescribing.

As we prepare for the up coming one day district meetings the above topics should part of the focus for our training. Any suggestions your people may have would be appreciated.

jim

2

8600264578
PDD1701801145

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004030166