# PSJ2 Exh 94

**From:** Alfonso, Mark
**Sent:** Thursday, January 25, 2001 9:22 AM
**To:** Friedman, Michael
**Subject:** RE: Hydrocodone

I think it will. In the mind of the physicians hydrocodone gives them a great degree of comfort. Physicians rank the drugs based on the position that they have created in their mind as a result of Rxing habit and promotion. For them morphine and hydromorphone are the most potent, followed by oxycodone and then hydrocodone.

The market is for pain relief, but the mind of the physician has a personality( position) that has been defined for each product. Hydrocodone will continue to be a major player 5 years from now. OxyContin will solidify its position second to morphine and hydromorphone in potency, and hydrocodone will have the familiarity in the lower end. This will make HYCD a $ 300 million or more product.

Remember that we tried to re-position OxyContin as powerful as morphine, and we could not. Finally , we decided not to mess with this perception since it was helping us in the non-cancer market.

It would be great to build a nice stable of single entity platforms, and then have line extension with "X's. <u>I do have one caveat. If I can be given 80 % assurance that we can get a hydrocodone or oxycodone X within the next four years, the I go with "X". I don't think that this is going to happen.</u>

-----Original Message-----
**From:** Friedman, Michael
**Sent:** Thursday, January 25, 2001 10:02 AM
**To:** Alfonso, Mark
**Subject:** RE: Hydrocodone

I don't agree and we should talk this through.

In my opinion the market is not a for a substance, it is for pain relief. The patients now being treated on OxyContin need a long acting opioid analgesic. We were able to convince doctors to use OxyContin tablets because of its position in the doctors mind that is very different from morphine. I wonder whether hydrocodone is different enough from oxycodone and morphine in the doctors mind to cause doctors to use it in a new class of patient.

Michael Friedman

Ext. 7290
203-854-7290
friedman@pharma.com

-----Original Message-----
**From: Alfonso, Mark**
**Sent:** Thursday, January 25, 2001 9:49 AM
**To:** Friedman, Michael
**Subject:** RE: Hydrocodone

There may be. Ideally we can fill every "strategic need gap" ( there are only 3 long acting opioids of which two are oral) with single entity products and claiming



PDD8801146804

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE
PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                PPLP004030463

a position , and close the door to the competition with an" X " line extension. If we create single( where there is great familiarity) entity lines that are followed by opiod" x" line extensions we would have a formidable stable of pain products.

| Plain | X |
|---|---|
| OxyContin | OxyContin x |
| Palladone | Palladone X |
| Hydrocodone | hydrocodone x |
| | Hy/apap/x |
| | Fentanyl "x" |

I can't see no reason why we would not be able to sell $ 300 to $ 400 of a plain hydrocodone( there are 65 m RXs and growing), perhaps more.

OxyContin "X' would be the next logical generation for OxyContin.

Hydromorphone "X" would certainly pick cannibalize several hundred million from plain Palladone.

-----Original Message-----
**From: Friedman, Michael**
**Sent:** Wednesday, January 24, 2001 6:35 PM
**To:** Alfonso, Mark
**Subject:** RE: Hydrocodone

Nothing new at PMT, as far as I know. One quarter will not dramatically change this analysis. The real problem is that hydrocodone will be launched into a world where there are products with add-ons and new paradigms. Will there really be a p[lace of all or most of this competition comes to pass? Will we want to promote it if we are talking to docs about abuse resistant formulations?

## Michael Friedman

Ext. 7290
203-854-7290
friedman@pharma.com

-----Original Message-----
**From: Alfonso, Mark**
**Sent:** Tuesday, January 23, 2001 8:04 AM
**To:** Friedman, Michael
**Subject:** RE: Hydrocodone

The date that you have listed is for plain hydrocodone CD to be launched second quarter 2005. I believe that it is possible to have a launch 1st quarter 2005. We are still on track for development. Correct ? Anything new came out of PMT on this product ?

PDD8801146805

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE
PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004030464

-----Original Message-----
**From:** Friedman, Michael
**Sent:** Thursday, January 18, 2001 7:15 PM
**To:** Alfonso, Mark
**Cc:** Mahony, Edward; pdg
**Subject:** Hydrocodone

During the PMT meeting there was significant discussion on the subject of the hydrocodone forecast. To help us all deal with the risk management issues surrounding this project it would be helpful if we had a sales forecast based on the following assumptions:

1. We launch Palladone in the first quarter of 2002
2. We launch Norspan in the second quarter of 2002
3. We launch EDLA in the second quarter of 2004
4. Knoll's hydromorphone product is launched by a competent large pharma company in the first quarter of 2003
5. Two generic morphine CR products are launched in 2003
6. We launch hydrocodone CR (no X) in the second quarter of 2005
7. We launch hydromorphone CR with X in the first quarter of 2006
8. We launch our fentanyl X patch in the second quarter of 2006
9. We launch oxycodone CR with X in the second quarter of 2007

It would also be useful if we could have the forecast in a form that would allow us to modify the assumptions for alternate scenarios. Please let me know when we can have this.

Michael Friedman

Ext. 7290
203-854-7290
friedman@pharma.com

PDD8801146806

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER
IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE
PHARMA L.P.. ET AL.. CIVIL ACTION NO. 07-CI-01303 (PIKE COUNTY CIRCUIT COURT)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004030465