# PSJ2 Exh 95

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3

    IN RE:  NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4  OPIATE LITIGATION NO. 2804       )
                                     )
 5  APPLIES TO ALL CASES             ) Hon. Dan A. Polster
                                     )
 6

 7        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 8                  CONFIDENTIALITY REVIEW
 9
              VIDEO DEPOSITION OF DEMIR BINGOL
10
                       January 17, 2019
11                        9:05 a.m.
12

13

14       Reporter:  Mark Arndt, CSR, CCR, RPR
                    CSR No. 084-004711
15                    CCR No. 1398
16

17

18

19

20

21

22

23

24
```

Golkow Litigation Services                              Page 1

Highly Confidential - Subject to Further Confidentiality Review

 1   This served as a welcome third option for patients who
 2   weren't getting the relief they needed.
 3       Q.   Okay.  Next bullet point discusses engage
 4   KOL to legitimatize messages.  Is that a reference to
 5   what we discussed earlier in terms of your use of KOLs
 6   in connection with the promotion of Opana ER?
 7            MR. LIMBACHER:  Object to form.
 8       A.   Using KOLs as thought leaders -- they had
 9   a broad network and a broad following, and if they
10   were -- as they work with you, it brings more
11   credibility to the message.
12       Q.   (By Ms. Scullion)  So that could help
13   legitimatize the message that Endo wanted to send to
14   the market about Opana ER, for example?
15       A.   It would help legitimatize the need and
16   the utility of our product in those appropriate
17   patients.
18       Q.   It would also help legitimatize the
19   message; correct?
20            MR. LIMBACHER:  Object to form.
21       A.   That is the message, that for patients who
22   are undertreated or not be able to get the pain relief
23   they made with the adverse event profile they might be
24   able to tolerate, that there's another option.

 1      Q.    And do you agree that as of February 2010

 2   Endo could drive business with speaker programs?

 3            MR. LIMBACHER:  Object to form.

 4      A.    Yes.  The purpose of a speaker program was

 5   to educate clinicians on the appropriate use of the

 6   product along with all its inherent safety risks, and

 7   of course we invested in those kinds of educational

 8   programs in the hope that clinicians would include it

 9   in their choice set for the appropriate patient.

10      Q.    (By Ms. Scullion)  Yeah.  And then in

11   the -- as Mr. Kellens has indicated -- a measurable

12   return on investment for the speaker programs; correct?

13            MR. LIMBACHER:  Object to form.

14      A.    That's what he wrote.

15      Q.    (By Ms. Scullion)  Okay.  Did you see a

16   measurable return on investment for the speaker

17   programs for Opana ER?

18      A.    I don't recall specific analysis, but you

19   can see in weekly data switching that occurs, whether a

20   clinician has started writing less of one competitor

21   and more of yours through IMS data, so it's not

22   difficult to see prescribing patterns changing.  You

23   don't always know why and you don't always know which

24   promotional tactic works, so it's very difficult

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  MR. LIMBACHER:  Object to form and
 2      foundation.
 3           A.     Yes.
 4           Q.     (By Ms. Scullion)  Okay.  Did you ever
 5      have responsibilities with respect to Endocet?
 6           A.     No.
 7           Q.     Do you know which group within Endo did
 8      have responsibilities for Endocet during that time
 9      period?
10           A.     I don't recall specifically.  I assume it
11      was the generic division.
12           Q.     During the time that you were with Endo
13      starting back in 2006, at the very beginning of your
14      time with Endo, was Endo also selling generic version
15      of OxyContin?
16           A.     I don't recall.  I don't remember that.
17           Q.     Are you aware whether Endo had sold at
18      some point in time a generic version of OxyContin?
19                  MR. LIMBACHER:  Object to form.
20           A.     I don't recall that.
21           Q.     (By Ms. Scullion)  Okay.  Safe to say you
22      did not have responsibility for such -- that product if
23      they did sell it; right?
24           A.     I didn't have responsibility for any --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   that kind of product at all.  No.
 2        Q.    Okay.  Okay.  Going to the first bullet
 3   point under your description of your time at Endo.  You
 4   say successfully launched the Opana brand in 2006,
 5   building it into a 600 million dollar franchise and
 6   becoming the Number Two product in its market segment.
 7   Safe to say that your work on the Opana brand was
 8   successful?
 9              MR. LIMBACHER:  Object to form.
10        A.    It was -- yes, it was successful as far as
11   I was concerned.  A relatively percentage of the
12   overall market.
13        Q.    (By Ms. Scullion)  It did build up to a
14   600 million dollar franchise; correct?
15              MR. LIMBACHER:  Object to form.
16        A.    Yes.
17        Q.    (By Ms. Scullion)  Okay.  And through the
18   marketing promotion efforts, it did become Number Two
19   product in the market segment, at least; correct?
20        A.    Correct.
21        Q.    And in fact, as you go on to state, at
22   least for four full years running, 2007 to 2010, under
23   your leadership the Opana brand exceeded its net sales;
24   correct?
```