# PSJ2 Exh 98

## COMPLETE HEALTHCARE

# PAIN MANAGEMENT SUMMIT
# Focus on Opioid Therapy

December 15, 2012
Philadelphia, PA

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

2

## AGENDA

**TOPIC**                                                          **PAGE**

Meeting Objectives                                                    3
        *Howard Smith*


Opioid therapy for chronic moderate to severe pain:
Best practices                                                        9
        *John Peppin*


Oxymorphone pharmacology                                             77
        *Chris Herndon*


Oxymorphone continuum of care                                       128
        *Howard Smith*


Effect of Reformulation of Opana ER on
Abuse of the Product: Early Experience from
Surveillance Data through 3Q 2012                                   187
        *Neil Shusterman*


Oxymorphone in pain management                                      226
        *Matt Wieman*
        *Rob Gatley*


Closing Statements                                                  276
        *Matt Wieman*
        *Howard Smith*

**MEDICAL TRANSCRIBERS OF NEW YORK**
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

COMPLETE HEALTHCARE                                3
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

[file 1]

Meeting Objectives

**MATTHEW WIEMAN**, **MD:** Welcome to the Pain Summit. Thanks for coming today. I think we all can see across the tables that we really have a great group of folks here today. So, welcome to Philadelphia. Some of you are already here. Some of you took a little bit longer to get here than others, but I appreciate the effort. Today is going to be a really solid day just based on some of the brief discussions we even had last night.

Real briefly, the housekeeping. Bathrooms past the elevators over to the side. If you could just check your phones of course, make sure those are in a silent mode, and if there's anything that you guys need about meeting logistics, the CHC team on this side of the wall here will be able to help you out with that.

The meeting today is supposed to not be at all about didactic teaching. It's really going to be very short discussions based on the slides, and then opening it up to the whole group for your opinions, because that's what we're here for, not to talk about some of the bullets on a slide. We're here to get opinions on what you folks feel will help us better create or optimize the life cycle plan and the path forward clinically for oxymorphone and Opana ER specifically.

**Confidential**                                **END00649418**

COMPLETE HEALTHCARE                                                    4
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

So we'll talk about a lot of different specifics, but it will all come back to how you think oxymorphone could fit into your practice, what questions you have about it, and what we can do about that going forward. So this should be a lot of fun. We'll have some nice sections, some interesting data being presented. And thanks to our speakers, as well. So, Dr. Herndon, Dr. Peppin, Dr. Smith, thank you for coming. That's really my main introduction.

I figured before we start, before I have Howard come up and start the process here, I'd like to just introduce myself. My name's Matt Wieman. I'm the Medical Director in the Pain Group at Endo Pharmaceuticals. And I'll turn it over to Todd.

**TODD KIRBY:** Hi. My name is Todd Kirby. I'm Associate Director of Clinical Science at Endo. Thanks for showing up. Thanks.

**MATTHEW WIEMAN, MD:** We'll go around the room.

**GAVRIL W. PASTERNAK, MD, PhD:** Gav Pasternak. I'm up at Sloan-Kettering, and I've been doing drugs for 40 years. [Laughter]

**NALINI VADIVELU, MBBS, MD, DNB:** I'm Nalini Vadivelu. I'm from Yale University, and I'm an anesthesiologist and a pain physician. So, much of our practice is with acute pain management and palliative care at this point.

Confidential

**HOWARD A. HEIT, MD, FACP, FASAM:** My name is Howard Heit, and my main interest is the interface of pain and addiction.

**KAREN F. MARLOWE, PharmD:** I'm Karen Marlowe. I'm a clinical pharmacist. I'm working right now with the University of South Alabama with the internal medicine group and also with the Auburn School of Pharmacy. And I do acute and chronic pain management and then work with their Sickle Cell Center.

**NEIL SHUSTERMAN:** And I'm Neil Shusterman from Endo Pharmaceuticals. I head up Pharmacovigilance and Risk Management. I'm a nephrologist by background, but I've been in the pharmaceutical industry for about 23 years now, all in R&D and most of that time in clinical development and drug safety.

**JOHN PEPPIN, DO:** John Peppin. I'm in Lexington, Kentucky, and now I'm doing palliative care and hospice. Also I have done quite a bit of clinical research in the past and worked in a pain clinic for the last seven years, up until about six months ago.

**CHRIS HERNDON, PharmD:** My name is Chris Herndon. I work in chronic pain management primarily on the primary care side with family medicine and outpatient internal medicine, and see both civilian and military patients.

**HOWARD S. SMITH, MD:** I'm Howard Smith. I'm at

Confidential

Albany Medical College and Academic Director of the Chronic

Pain Program, as well as Medical Director of Palliative

Medicine there.

**STEVEN P. COHEN, MD:** I'm Steven Cohen. I work at

Johns Hopkins Hospital in the Pain Treatment Center, and I

also direct pain research at Walter Reed National Military

Medical Center.

**MARTIN D. CHEATLE, PhD:** I'm Marty Cheatle from the

University of Pennsylvania. Long drive. My interest is in

chronic pain and pain and addiction, and we're looking for

the genetic biomarker of addiction in pain patients.

**RONALD J. TALLARIDA, PhD:** I'm Ron Tallarida. I'm

on the faculty at Temple and also in the Pharmacology

Department. And I'm affiliated with our Center on Substance

Abuse Research. My most recent activities are involved with

drug combinations, looking for synergism to optimize

efficacy and minimize side effects.

**M. CARY REID, MD, PhD:** I'm Cary Reid. I'm a

geriatrician and epidemiologist, and I am housed within the

Division of Geriatrics at Weill Cornell Medical College. I

direct an NIH-funded center that focuses on translational

research with an emphasis on pain and aging.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** I'm Pat

Bruckenthal. I'm the Chair of the Graduate Studies

Department in Advanced Practice Nursing at Stony Brook

**Confidential**                                                      END00649421

University in New York. I've been a nurse practitioner in
chronic pain management for 19 years, and my clinical
research areas is coping skills training for nurse
practitioners for patients with pain.

**ROB GATLEY:** I'm Rob Gatley. I'm the Senior Medical
Director at Complete Healthcare Communications. We organized
the meeting and plan publications for Endo. My own
background is I'm a family physician. I had a practice for
about 20 years with a focus on pain management.

**MATTHEW WIEMAN, MD:** Well, at this time I'd like to
say thanks again. Let's have a real interactive session. And
I'd like to have the honor or introducing Dr. Smith.

**HOWARD S. SMITH, MD:** Thank you. So this morning
I'm going to go through the agenda real quick to just
introduce the day. And then we're going to go through each
some slides, the three of us here, but again, the main focus
is not to go through the slides. Most of you probably know
the material better than some of the folks that came up with
the molecule.

So the real issues that we want to get into is the
interactive discussion of what's the present and the future,
where we can go with some of these, both in terms of maybe
clinical research projects, publication projects, or just
what your thoughts are in terms of whether certain things
are worth developing or not developing or that they may be

**Confidential**                                              **END00649422**

useful for clinicians or not useful.

From 8:15 to 8:30, I'm going to just go through some of the meeting objectives. Then I'll turn it over to Dr. Peppin to go through opioid therapy for chronic moderate-to-severe pain management or best practices. Dr. Herndon will discuss oxymorphone pharmacology. Then we'll take a short break. I'll discuss some oxymorphone continuum of care, various different routes and formulations that may be possible in the future.

Then we'll take a short lunch at noon. Dr. Shusterman will discuss after lunch the effect of reformulation of Opana ER on abuse of the product, the early experience from surveillance data. And then Matt and Rob will talk about oxymorphone and pain management, and we'll give some closing statements and be out of here by 3.

So really we want everybody to contribute, everybody to talk, and any clinical experiences, your opinions, really that's what we're after. We're not necessarily after people quoting the literature as much as what your experience has been with the products out there, as well as what you think might be useful going forward.

We're going to get an early start actually. Let me just say that in terms of the best practices for opioid therapy in chronic pain management, touch on risks and challenges associated with the use of opioids, barriers to

Confidential                                                    END00649423

successful use of opioids, practitioner knowledge and

training gaps, patient knowledge gaps, risk mitigation

strategies, REMS programs, best practice development.

Oxymorphone molecule for chronic pain, the uniqueness of the

molecule as a therapeutic agent, its place or niche in the

pain management armamentarium and continuum of pain care,

and any knowledge, informational and clinical study gaps

regarding the molecule that may spark future publications or

future clinical research projects.

Dr. Peppin, as you've heard, is very well-known

and well-versed both in terms of literature as well as

speaking. His clinical background is vast in terms of

chronic pain, as well as palliative medicine. And he's going

to discuss "Opioid Therapy for Chronic Moderate-to-Severe

Pain Management: Best Practices".

Opioid Therapy for Chronic Moderate-to-Severe Pain

Management: Best Practices

**JOHN PEPPIN, DO:** Good morning, all. Did you all

get enough coffee? I have this caffeine deficiency that I

have to fill up every morning.

We're going to go over some data. I think most of

this is very familiar to you. But opioid prescribing for

pain of noncancer origin is increasing, and there's been

also along with that increased overdose and mortality,

Confidential        END00649424

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

10

abuse, misuse, overdose deaths, and diversion. In 2007 there were over 11,000 fatal overdoses. But just to put that in perspective, two points with this. About 17,000 deaths occur per year from NSAIDs taken as directed. And also, and we were talking about this last night, if you look at deaths prior to, say, 1995, something like that -- Howard, we were talking about this last night -- deaths from heroin and cocaine, who cared? Nobody really recorded it.

And so how do we compare that 11,000-plus, whatever it is today, with what happened back in 1990 when OxyContin wasn't around to abuse. Those are interesting questions. And I think maybe at another time we could discuss it, but it's kind of interesting, but something to put it in perspective.

Some states have enacted legislation to limit opioid dosing, improve patient screening and monitoring, and encourage appropriate follow-up of aberrant drug-related behavior. In Kentucky, we just passed House Bill 1, which is a Draconian measure that we could probably talk about in a few minutes.

Also we have Florida and a couple of other states that have put in legislation. Many states that are going to in the future. And I think what this points to as far as my perspective, we're going to see a reduction in the prescribing of opiates around the country because of this

Confidential

kind of legislation. I think it's going to be problematic in lots of ways.

We don't know, however, whether or not those kinds of legislative approaches have any effect on prescribing or overdose or misuse or diversion. I know they like to point to the fact that opioid prescribing in Florida has gone down since they put that legislation in place, that's true. But we don't look at any of the secondary outcomes. So what happens to those chronic pain patients? I mean, what else is going on there besides just prescribing for opiates? And none of this legislation has any provisions for doing research to look at outcomes, good and bad, or unintended consequences.

So, can implementation of evidence-based best practices mitigate abuse and misuse without creating barriers to care? That's one of the questions that perhaps we can discuss when we're done with these slides.

Physicians are not confident in their knowledge of opioid abuse, misuse, addiction, diversion. In this one survey 70 percent were concerned about actually increasing or facilitating abuse and addiction. And a retrospective analysis of urine drug monitoring programs, 55 percent of physicians continue to prescribe even if there were aberrant results for those urine drug tests.

Most undergraduate medical curricula don't teach

Confidential                                        END00649426

pain management, opioids, addiction, end of life, palliative
medicine and giving bad news. And I always ask how many here
going through your professional school, pharmacy, nursing,
got an hour worth of lecture in pain management? How many
folks got an hour? It's amazing. I'll talk to groups of 300,
maybe ten hands go up. Much less a course. And of course all
of us have pain, all of us die, right? End of life. These
are not uncommon things, and it's just amazing the medical
schools haven't gotten their act together.

Less than 30 percent of medical schools require
opioid instruction. Less than 10 require instruction about
abuse and addiction, less than 10 in palliative care and end
of life. Mean number of hours, 11. I mean, it's just
amazing. I remember when I was in med school, and we had 70
hours' worth of lecture on obstetrics/gynecology. I did a
month of obstetrics. I delivered 70 babies. I never want to
see another delivery as long as I live. But that's only 50
percent of the population at most at any one time, right?
We're talking all of us will have pain, all of us will die
at some point in our lives. This was a really interesting
statistic actually. Veterinary schools devote five-fold more
hours to pain management than medical schools. I thought
that was fascinating. That was new data for me at least.

So, what fundamental knowledge do we need to do
responsible opioid prescribing? This first bullet,

Confidential                                                    END00649427

complexity of chronic pain, is one of the things that I've
been doing a lot of thinking about. Dr. Cheatle and I
actually are working on a paper along this line. And when
you look at the chronic pain patient, these are not simple
people that come into my office. These are not people that
come in and go, "You know, Doc, my knee hurts. And by the
way I have no other diseases, and I have no problems and no
psych issues. And I sleep well at night. I exercise." I
mean, I don't see people like that. I don't know about you
guys, but I never see people like that.

          What I see are extremely complex patients, and
they've got multiple comorbidities. They've got sleep
disturbances and maybe sleep apnea and obesity. And they've
got heart disease and kidney failure and liver, and yada,
yada. It goes on and on and on. These are not simple
patients, and we can't be thinking about these patients in
this linear fashion. So the notion that the American Pain
Society and American Academy of Pain Medicine I think put
out this statement about, "Well, if they come in for back
pain, you just focus on their back pain."

          I couldn't disagree with that more because you're
going to miss the other two-plus pain problems that they
have because what we know about chronic pain patients, they
have at least three pain problems when they come in to see
you. You're also going to miss the fact that they may have

Confidential                                                    END00649428

sleep apnea and stick them on methadone, and next thing you
know maybe they're dead. And the problem that they may be on
benzodiazepines, and there you've got another problem that
you need to deal with, et cetera, et cetera. And it goes on.
So complexity is a huge issue I think in these patients that
we're dealing with.

          The clinical pharmacology of opioids, and Howard
will go into that and Chris also in much more detail. And
selecting the appropriate opioid molecule, I'm not sure how
we do that, but okay, we can talk about that. Selecting the
appropriate dose and treatment duration, adjuvants and
opioid-sparing therapies, which I think are underutilized.
At least that's been my experience.

          And factors contributing to attractiveness of
abuse: molecule-based versus formulation-based
attractiveness. I've always felt, and this is an intuitive
feeling just in my own gut, that there's something about the
oxycodone molecule that's different. It just seems to be a
different molecule, and people like it better for some
reason. And I'll throw that out for whatever it's worth. But
that's oxycodone, not oxymorphone.

          Also, benefits and limitations of abuse-deterrent
formulations. Steve Passik always says that you give me a
product that you say is abuse-resistant, and I'll give it to
a guy named Vinnie in the Bronx with a spoon and a lighter,

Confidential                                                                    END00649429

and he'll have the drug out in about 30 minutes. So I mean,
these people are very good chemists. It's just amazing what
they come up with. Appropriate and inappropriate use of
abuse-deterrent formulations, those all contributing to the
attractiveness of abuse.

        And detection and management of aberrant drug
behavior. I really feel that patients need a complete
evaluation when they show up in your office for the reasons
of, number one bullet up above, but you just need to know
what's going on with them. So I mean, I've had patients
where the family history gives me the diagnosis. "Doc, I've
got numbness and tingling in my legs and my hands. I don't
know what's going on. Oh, by the way, my mother had Charcot-
Marie-Tooth." Okay. You know, those things can be helpful at
times. I think it's really important. And this has to
include psychological evaluations looking at comorbidities,
other medications. Most of my patients are on at least 10,
12, 14 meds. And so we need to understand not just are they
abusing the opiate, but are they on Xanax that they're
buying off the street. And patient opioid treatment
agreements can be helpful, as well.

        So we have this thing called REMS, and this is for
long-acting and extended-release opioids. The final version
just came out. I mean, the REMS that came out is just a
RISKMAP really. It's no different than the RISKMAPs. Never

Confidential                                                    END00649430

been shown to reduce abuse, misuse, diversion, overdose,
deaths. I mean, let's be honest, okay? You go to the
pharmacist and they give you that little printout that talks
about the drug you're going to take, your antibiotic. How
many people have read it? Okay. I'm not putting up my hand
because I've read it, by the way, because I don't read them
either. [Laughter]

So they're going to hand you something that says,
"Oh, by the way, don't crush it and inject it." You think
that's really going to make a difference? I mean, it's just
ridiculous to think that that's going to make a difference.
Anyway, if you want a critique, we've published one in
*Issues in Law and Medicine*. But I think the REMS really is a
waste of taxpayers' money and a waste of effort. But it's
there, and we have to do it, so such is life.

Focus on education to ensure the prescribers
understand opioid pharmacology. Very important. I had a
pulmonologist when I was in Des Moines practicing, who said,
"Oh, a narcotic's just a narcotic." I mean, how silly is
that? It's like saying, "Oh, you know, a blood pressure
medicine is like a blood pressure medicine. It doesn't
matter whether it's a beta blocker, calcium. They're all the
same." I mean, that's just silly, right? And opiates aren't
all the same. They're different, and they have different
issues.

Confidential                                          END00649431

COMPLETE HEALTHCARE                                          17
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

       Risks and benefits of opioid therapy. Important to understand that hydrocodone is a risk, and just because it's a Schedule 3 doesn't mean you can write for ten a day and people aren't going to get themselves in trouble. Proper patient selection and monitoring, I mean that's a huge issue.

       And how to recognize opioid misuse, abuse, and addiction, which a lot of times I still hear this amazingly in the hospital: "Well, they're addicted." "But what do you mean?" "Well, they're on a narcotic, a fentanyl patch every three days, so they're addicted." Well, they're not. This is just a misunderstanding of what these terms are. And I also think we have a problem when it comes to REMS, that REMS has not defined what these terms mean. So what does abuse mean? What does misuse mean? What is an overdose death, by the way?

       So you think intuitively, we go, "Oh, overdose. We know what that means, right? You take too much OxyContin, you die." But most of those people, as has been shown in the literature, it's polypharmacy. So they drank a bottle of vodka, they shot up some heroin, they took an OxyContin, they took a couple of Xanax, and they died. Well, what caused their death? It's not so simple. It starts becoming very complicated.

       So the REMS is voluntary. Physicians at this point

Confidential                                    END00649432

COMPLETE HEALTHCARE                                                    18
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

are not required. There's of course no REMS for hydrocodone,

the most abused opioid medication in the United States, or

oxycodone combination products. A survey of 259 physicians

found that 48 percent would comply with the REMS, 10 to 18

percent stated that they would discontinue prescribing if

the REMS went into place.

          I will tell you that just empirically in Kentucky,

I know a number of primary care doctors who have told their

patients they will no longer prescribe any scheduled drug,

period. So you don't get Lyrica, you don't get any benzos,

you don't get anything from them. The benzos are okay, by

the way. I had benzos. I'm a benzophobe. But we're seeing a

lot of primary care docs just saying, "We're not going to

prescribe them for kids. If they have ADHD, we're not going

to prescribe. You're just going to have to go somewhere

else." It's becomes a real serious problem in Kentucky I

think.

          PDMPs, prescription drug monitoring programs,

these gather data. Correct me if I'm wrong if any of you

know different, but I don't know of any PDMP in the country

that does research on the data that it has, and many of them

you can't even get into the database to do research. So up

until fairly recently, KASPER, which is probably one of the

premier PDMPs in the country, I couldn't get in. If I said,

"I want to do a study on X," I would not be allowed to get

Confidential                                                    END00649433

into that database, even if the data was clean and was
unidentifiable. They've changed that recently, but you have
to actually submit a proposal to the cabinet and all this
crazy stuff, so it takes quite a bit of time. But that's
just nuts, right? I mean, this is a huge database that we
could gather some great data from, and they don't allow us]
to do that.

Acquisition of controlled substances by doctor-
shoppers and KASPER does identify those initiatives
undertaken by regulatory health and law enforcement
agencies, again gathering data for them. But PDMPs have
never been shown to achieve the goals of reducing abuse,
misuse, diversion, or overdose deaths to my knowledge. And
KASPER is probably one of the best. And since its inception,
opioid prescribing has gone up dramatically in the State of
Kentucky, as has overdose deaths.

So, here are some questions. How are the social
concerns of abuse, misuse, balanced with the needs of
patients who are in legitimate pain and would benefit from
chronic opioid therapy? A huge and important question, and I
think something that a lot of docs don't think about,
primary care and others. When they just write a script, they
don't think, "Could this end up in the hand of a kid in high
school? Could this be abused? Could this be sold on the
street?" I mean, I don't think that's something that just

Confidential                    END00649434

COMPLETE HEALTHCARE                                              20
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

comes to their foremost mind, although I think we need to be

responsible and consider the social consequences.

          And what are the best practices to achieve this

balance? So educational initiatives, I mean, I'm very

skeptical frankly of CME programs. If you look at the

literature on CME, it's not robust. I mean, CME doesn't

change physician behavior and prescribing patterns

generally. So we need to come up with more unique and

creative ways of approaching doctors and changing their

behavior. 2X4s, I don't know what. And changing our

behavior, right?

          So publications or other media. I mean,

publications may make more of an impact. Mentoring certainly

makes a big impact. REMS I think is a waste of time, but

that's my opinion. And medical education. How many docs here

think you could go back and take one of the tests in medical

school and pass it today? I don't care, any test, right? I

mean, I think I'd flunk. Histology? So I wonder what that

education actually gave me, but that's another question. And

postgraduate education.

          And of course that's where we get a lot of our

prescribing patterns. Why do I use Darvocet? Well, my

attending used Darvocet when I was a resident, and his

attending used Darvocet. And it just goes back and back and

back without really thinking. So, Howard, are you going to

Confidential                                            END00649435

lead?

**HOWARD S. SMITH, MD:** No, go ahead. Why don't you start off interactive discussion.

**JOHN PEPPIN, DO:** Any questions, comments from you? Yeah.

**GAVRIL W. PASTERNAK, MD, PHD:** One point you don't have up there is culture, because years ago at Cornell, before they revised their curriculum, we had fairly extensive education on opiates. They received three to four hours of lectures on opiates alone. We know that they actually heard what we said. They passed the test. The same people went on to become interns and residents, and they went back to the old prescribing habits because that's what everybody did. So it was clear that they heard us, but they never believed us. And I think that one of the issues that you really have to address here is whole culture of pain. We live in a John Wayne society where you're supposed to be tough, and people don't necessarily believe things even when they're told by the, quote/unquote, experts.

**JOHN PEPPIN, DO:** So how would we change that? I've thought about this a lot. I'm not sure I have any answers. But how would we change this culture?

**NALINI VADIVELU, MBBS, MD, DNB:** Actually for the last five years, we have started a program. It was initiated by the students themselves, because it got to a point that

Confidential

COMPLETE HEALTHCARE                                                22
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

we've had so many interns coming on to service on day one,

don't know how to write a PCA and stuff. People are getting

like respiratory depression or they're getting under-

prescribed, and so many complaints from patients,

attendings, and everything. So the medical students

approached us, and they wanted some program themselves.

So we had the student-led initiative for the last

five years. Actually they asked me, and I was like a junior.

So I worked with them. But then now it's expanded to the

extent that now we have a multidisciplinary faculty involved

and we have it formally in the curriculum for the last five

years, first as a student-led thing, initiated, but now we

have all the faculty involved, and now we have all these

courses. It's formally in our real medical curriculum.

So I really agree with you that we have to start

with this education of these doctors because many of them

going on to rural practices everywhere, and they are having

problems. And it's not just of a few pain trained doctors to

take care of this thing, but every physician and nurse has

to be able to take care of pain to some extent. So education

is really good.

**JOHN PEPPIN, DO:** Is it changing the culture there?

**NALINI VADIVELU, MBBS, MD, DNB:** Yes. It started.

But it came to the point that the students themselves had a

big thing, and they raised the funds, and that's how we've

**Confidential**                                          **END00649437**

COMPLETE HEALTHCARE                                                23
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

been running this program for the last five years. But now

it's become that Yale, the dean and everyone, medical Sloan-

school dean, they opened their eyes. And now they are

putting together this big multidisciplinary group, including

surgeons and psychiatrists, neurologists.

      **JOHN PEPPIN, DO:** Surgeons?

      **NALINI VADIVELU, MBBS, MD, DNB:** Yeah, yeah, yeah.

Actually he's the chair of the pain committee, Dr.

Leslie[sp?] right now.

      **JOHN PEPPIN, DO:** Wow!

      **NALINI VADIVELU, MBBS, MD, DNB:** Yeah, I was the

one documenting [?]. But the student initiative is still my

thing. I still am chair of that. But it's good. But even

physicians, like practicing doctors, need to get educated,

not just undergraduates where we can start with.

      **JOHN PEPPIN, DO:** Howard.

      **HOWARD A. HEIT, MD, FACP, FASAM:** What we're doing

is the discussion has started out as how we educate the

people who are in training. And that will help possibly, and

I emphasize possibly, next generation of doctors going out

there. The question that also should be a focus of this

meeting is how do we facilitate change of physicians already

in practice. And that's very hard to do because again, two

things. What's in it for me? When it's not about the money,

it's always about the money. We have insurance issues, the

**Confidential**                                              END00649438

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

24

dysfunction of our health care system as far as
reimbursement. And how can we educate the physicians or the
prescribers in practice as we sit here now? And I think the
company should bat around ideas of how we could do that in
regards to facilitating change. How do you facilitate change
in people who are already in practice?

**JOHN PEPPIN, DO:** You think it can be done, right?
Because I think it can be done with creative approaches, but
not with just kind of the standard talking heads.

**HOWARD A. HEIT, MD, FACP, FASAM:** I think a lot of
physicians don't prescribe or prescribe poorly because they
haven't been educated. I remember the first time that we had
a spinal tap, we heard "Ffft!" We thought the brains were in
the syringe. [Laughter] A little bit, a little part of it.
And I always thought the possibility that at a
pharmaceutical company, the reps have maybe two, three
minutes with a physician at most, and what if they became
fact people. They came in with laminated cards and taught
one or two facts. They weren't sort of like repping the
product; they were repping education. And by a byproduct,
they would say, "Well, the [person from] Endo is educating
us. Really not talking much about their product, but he gave
me a laminated card that I could put in a folder that says
what addiction is, physical dependence, what is tolerance,
which boundaries should I set, how do I interpret urine drug

Confidential                                                        END00649439

COMPLETE HEALTHCARE                                              25
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

testing."

        And every time the rep came in, he became the fact

person, and it's sort of like a joke in that area. And the

physician then accumulated laminated cards in regards to

education. We've got to think about the people who are

already in practice.

        **JOHN PEPPIN, DO:** I agree.

        **M. CARY REID, MD, PhD:** I would echo that there are

tools. So, better methods of surveillance and evaluation and

helping physicians understand that the treatment really does

make a difference, particularly in the area of function.

What I also feel is missing from the person is the other

part of this, which is changing the culture at the patient

end. I'm a geriatrician. It is often very difficult to get

an older person to take the medication. There is fear of

harm, fear of addiction.

        And so you can do all you want on the prescribing

end, but if you don't get patients who are willing to take

the medication or take it in a way that either they're

nonadherent or they abandon therapy after a week, you've got

problems. So there have got to be more innovative methods of

helping to change the culture of the patient population.

        **GAVRIL W. PASTERNAK, MD, PHD:** A lot of times we

face a real issue, and getting back to the culture. Pain

doesn't kill you. The drug to treat pain could kill you. So

**Confidential**                                              **END00649440**

that's a very basic issue. Not prescribing opiates doesn't

put you in jail. So these are all parts of our culture in

the US. Obviously the patients are an issue, as well. But

you can do all the education that you want to do.

            And I have never been more impressed with

observations than when Kathy Foley started with discussing

pain for their medical students, and all of a sudden they

started coming in to their house officer training, and all

of a sudden it wasn't just one medical school where everyone

had the same training.

            All of a sudden now, the Cornell graduates at New

York Hospital were only a small fraction of the people that

were in there, they were coming in from all the other sides,

and their attendings, who had experience in this, they just

didn't believe it. So the real question is education is

great, but if you don't believe the person when they tell

you something, you can tell them as many times as you want

to. It's not going to do any good.

            **JOHN PEPPIN, DO:** A quick procedural question? Are

you getting all this recorded?

            **FEMALE SPEAKER:** Right.

            **JOHN PEPPIN, DO:** You're hearing everybody? Do they

have to hit the mic switch? Okay. Marty.

            **MARTIN D. CHEATLE, PhD:** Not to be a pessimist, but

most of medical practice is driven by dogma and myth, you

**Confidential**                                                    **END00649441**

know, and that's what you were saying. You can educate all you want. We at Penn, we're probably one of the only medical schools that every medical student has to take 25 hours of addiction medicine. Now, how much does that translate, I'm not sure.

And I think the only way to deal with this is that we have to have policy changes. You can pay [?] all you want, we need to incentivize people. And where it has to start is primary care. 55 percent of all opiates are written by primary care. They're beleaguered. They don't have the time. They don't have the resources. And you have to incentivize them from an insurance perspective, "If you do the right thing it will be more dollars in your pocket."

And that sounds very pessimistic, but it's very realistic about it. If you look at the changes that have been occurring in substance abuse treatment, now we have a parity act that was pushed through, which is substance abuse is treated like other medical conditions. I can guarantee you that's going to shift the treatment of substance abuse treatment. So I think what Endo can do or other pharmaceuticals is to actually work with insurance companies about changing the way they pay for these services. So you ask a doc, "Here's this wonderful algorithm." I went to this family doctor and said, "I have a great algorithm for you." And he opened the drawer and he throw out ten more, and he

Confidential                                                    END00649442

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

28

goes, "I have an algorithm for everything, and I don't have time to even follow these." If we pay for them to do a complex evaluation and treatment and risk mitigation, that will change the behavior. But I don't think education alone will.

**JOHN PEPPIN, DO:** That's what you were saying. Other comments?

**STEVEN P. COHEN, MD:** I work in two clinics, so one in kind of an inner city at Johns Hopkins, a pain treatment center, and one with military personnel at Walter Reed. And people come into our clinic and we can do procedures on them. We can prescribe adjuvants to them, refer them somewhere else. We can prescribe opioids. And this is basically a very strong consensus: Opioids help a lot of people and they harm some people.

But about 90 percent of the time that we spend on the phone arguing, answering complaints, are from opioid patients, the small percentage of patients who do really poorly. And this is a big problem. I don't know that opioids carry a higher risk than putting in a spinal cord stimulator or doing like discography. But those things are simple things to do. You get paid for them, and then that's usually it. But with opioids, even if you prescribe correctly to nine out of ten patients, that 10 percent of patients is going to make your life really, really difficult. And it's

**Confidential**                                                                        **END00649443**

COMPLETE HEALTHCARE                                          29
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

going to impact on your time, it's going to impact on your
bottom line. And this is a big problem.

    **JOHN PEPPIN, DO:** Do you think it matters what
you're giving that 10 percent? I think they're going to be a
problem regardless of what you give them. There may be other
issues if you're giving them opiates, but they're still
going to be calling you up and it's still going to be a
problem. And nothing works.

    **STEVEN P. COHEN, MD:** No, no, no. But the problem
is so you prescribe opioids to people. I know there are a
lot of ways. There are all these risk stratification tools.
You can try to identify the people who will run into
problems with opioids. But nothing is 100 percent sensitive.
You're going to miss people both ways. You're going to miss
people who might benefit that you don't prescribe, and then
you're going to give medications to people who are going to
end up running into problems.

    And like I said, just even from like a selfish
perspective, and it's the same thing with primary care docs,
it's much easier to not give medications to people who
you're not sure about, even if most of them will end up
doing well.

    And like I say, this is complaint after complaint
from our front staff, from our residents, from our fellows.
It's complaint from commanders with people missing days and

**Confidential**                                      **END00649444**

losing opioids and having problems. And now in the military

that's grounds for immediate, you know, boarding people out

of the military. And you can selectively do this. And we

have people all the time who escalate doses, and some of

them are doing well. But the cancer patients and the old

patients we don't ever say, "Oh, they have opioid

hyperalgesia."

           We kind of selectively say, "Oh, this person he's

calling our clinic all the time. He's coming in. He has

opioid hyperalgesia." And we use this. It's kind of the same

thing. I think people see things selectively in the way

that's going to be in their own self-interest. It's not

always conscious. It may be subconscious. And this is a big

thing that's going to be very difficult to overcome.

           **JOHN PEPPIN, DO:** How do you think Endo could

address that problem. I mean, do you think that they could

address that with education?

           **MARTIN D. CHEATLE, PhD:** Well, but I think what the

literature shows you is that people who stay on opiates

chronically -- most people don't. They take it for a while

and they stop. Some of the work out in Kaiser, they looked

at all the ICD-9 codes. People who stayed on opiates greater

than 90 days had more psychiatric comorbidities, more ICD-9

codes around substance abuse. That's what you're saying is

that these people that are on chronically, they have all

Confidential                                                    END00649445

these comorbidities that you're really trying to treat as a pain anesthesiologist or a primary care doc when you really don't have the tools to do that in most places.

Maybe at Hopkins you do, but most people out in the community, someone comes in with psychiatric problems and substance abuse problems, they have limited resources. So I think that again it's a policy issue of making sure that patients have the ability to try all of the comorbidities. And it means that the opioid molecule can be very effective if we co-treat all of these other problems and sort of mitigate that risk. But those are the people that give us problems.

**HOWARD A. HEIT, MD, FACP, FASAM:** The concomitant [?] care, a number of us tried X number of years ago, failed miserably financially. I think also unlike other disciplines, there's the white elephant in the room, and there's the legal, there's the DEA, et cetera. And it's not called insulin-addicted diabetes. It's called insulin-dependent diabetes. I think physicians, there's a lot of fear out there. And if I don't prescribe it, then I don't have to worry about it. If I do prescribe it then I do have to worry about it. But I think we also have to teach the physicians who are in practice what I call the rules of the game, which are changing tremendously on the state level every day, let alone what's changing on the federal level.

Confidential

COMPLETE HEALTHCARE                                                          32
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

**GAVRIL W. PASTERNAK, MD, PHD:** The other question is education is wonderful, but who has the right answers to teach? If you go to ten different medical centers, they'll have ten different ways of addressing the same patient. Which one do you teach? If you teach the one at the place that is used as the place you go to, they'll say, "Great." If you go to the next one, they'll say, "I don't believe it."

So part of the problem with education is the fact that there really is no correct answer as to this is how you should do it. Many people have devised many different approaches, and many times they all work reasonably well. So how do you decide which one to teach? And this gets back to what I was saying before. You go in to teach people, and they don't necessarily agree. They hear you, but they don't necessarily agree with you.

**NALINI VADIVELU, MBBS, MD, DNB:** Only 3 [?] percent of the oncologist medical schools in all of USA has formal medical education anyway. So that has to be developed. There's a lot of room for education to even start to know what is working or not. Because most schools, maybe whatever percent don't even teach anything formally.

**JOHN PEPPIN, DO:** You were saying, Gav, that when you teach the medical students, they hear you.

**GAVRIL W. PASTERNAK, MD, PhD:** Oh, yeah. They can

**Confidential**                                                    **END00649447**

COMPLETE HEALTHCARE                                              33
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

answer the questions. But they don't do it.

      **NALINI VADIVELU, MBBS, MD, DNB:** But then when they go to some other institution, it's different.

      **JOHN PEPPIN, DO:** It may not be that they don't believe you. It may just be that when they get into the culture of doing the clinical rounds, et cetera, that, "Look, my attending wouldn't go along with this, and I don't want to be an outlier because I want to pass."

      **GAVRIL W. PASTERNAK, MD, PhD:** Who do you believe? And when they get into those situations, they have a very close tendency to believe the mentor that they're following around in the ward, because after all, that's the person they're closely allied with, and that's the person who presumably has all the experience.

      **MALE SPEAKER:** I think there's something important that Howard brought up. Nalini was talking about undergrad, and Howard was talking about when doctors are in practice. The two are really linked because the attitude at Yale that you're describing, Nalini, with student-led activities and students bringing forth what they don't know.

      **NALINI VADIVELU, MBBS, MD, DNB:** Because nobody wanted to pay any attention or invest in anything for education. They were like, "Whatever. We just need to get the work done, get practice done. That's what's happening." But then they are the ones who started it. They said, "We

**Confidential**                                              END00649448

COMPLETE HEALTHCARE                                                    34
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

don't even know. Somebody dies on the floor, and then you
are looking at us like we didn't know how to prescribe it."
You see? So that's what happened. Something adverse happens
and then things start.

**JOHN PEPPIN, DO:** So we have two different
situations here. So what I hear you saying is that the
culture has actually changed.

**NALINI VADIVELU, MBBS, MD, DNB:** It's changing,
yeah, at Yale at least. But it's one of those (inaudible)
schools.

**GAVRIL W. PASTERNAK, MD, PhD:** Here's a classic
example. Our general surgeons now post-op, and this is
Sloan-Kettering, where we'd like to think that we know how
to treat pain. We've got a long history of education and a
long history of everything else. The general surgeons after
big surgeries, you know, Whipple procedures, the patient is
put on a PCA. There's no basal. And the surgeons go, they
can just click the button, and the rationale was they had a
patient a couple years ago that was on a basal. It was
probably too high. The patient died. So they refused to put
anybody on a basal. There's only one trouble. The patient
decides to fall asleep, and they don't press the button,
they can wake up in an hour with the equivalent of zero pain
meds.

Right? And this is after a major surgery. I don't

**Confidential**                                                    **END00649449**

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

35

consider this to be reasonable pain management, but it's
based upon one experience, one anecdotal issue, and it
changes everything for everybody. And now all the surgeons
that come through, this is the way that they're taught to
write their orders. And they think this is the right way of
doing it. So when someone comes in and says, "No," who are
they going to believe?

**ROB GATLEY, MD:** So just given you guys'
experience, I'd like to know how do you change our culture?
How do you encourage students to question their mentors?
"Why are you prescribing Darvocet? Why is there no basal?" I
don't think that culture really exists in most med schools.
You usually should defer to your mentor. You don't question.
That kind of thing is not encouraged. So that's a key change
that needs to be made that sort of links the doctor in
practice to the student issue.

**GAVRIL W. PASTERNAK, MD, PhD:** That's going to be
very hard for a lot of reasons. First of all, you want the
recommendation. Secondly, if you didn't think the doctor
you're following was great, you wouldn't follow him. It's
hard. And as I said before, the bottom answer is there is no
right and wrong. Many people do it many different ways, and
they figure out ways to get it to go. How do you convince
somebody that this is the way?

**JOHN PEPPIN, DO:** Thoughts from anybody else about

**Confidential**                                                          **END00649450**

COMPLETE HEALTHCARE                                            36
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

that?

PATRICIA BRUCKENTHAL, PhD, ANP-C: I just want to
add a little bit. I think the setting for which we're
teaching the skills also matters. So for example, I work in
the chronic pain arena, and somebody was mentioning the sort
of 10 percent are the more challenging patients. And so how
do we teach the practitioners the skills that they need to
deal with that patient population? And then when we do that,
is there even access to the types of resources we believe
that those patients should have.

And so we all know that at least in my region it's
difficult to find addictionologists to help co-manage these
patients with. Or do we as practitioners have the skills to
teach self-management skills to patients and help motivate
them to more positive behavior change? I think that the
equation is just very difficult, and the game is changing.
So we have to look at why we need to move towards teaching
patients more self-management and maximizing their own self-
care.

HOWARD A. HEIT, MD, FACP, FASAM: I'm in private
practice. I think what determines who you take care of and
who you don't take care of is your comfort level, your
education, and your resources that you have in your
particular area, and then the overall arch of it is again
what time do you have, what's the insurance reimbursement,

Confidential                                          END00649451

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

37

et cetera, things of that nature. So we're looking at a
multifaceted problem that needs multifaceted solutions to
it. And we have to sort of like pick one or two areas and
hone in on it and say, "Where could we possibly make changes
or possibly make suggestions?" as opposed to holistically
look at it. Because we could be here for days and days and
days and days looking at every aspect of it.

> **JOHN PEPPIN, DO:** Marty.

> **MARTIN D. CHEATLE, PhD:** I also think there's an
opportunity for electronic medical records to do some of
this because it's a time issue. If you try to tell someone
"You have to learn how to do addictionology and you have to
learn how to do risk stratification, all within five minutes
in your office visit." And we've been working on some
modules that you actually embed in EMR. So like a lot of the
systems, like Penn uses Epic, and it's like a stop order, so
you can't get the patient out of the room unless you do this
next step. And that would change some of the behavior, and
that's an opportunity for pharmaceutical companies to sort
of partner with these type of opportunities. And we put stop
measures in where the resident or fellow again has to do
these steps before they can sign the patient out. And then
it starts changing. You're embedding the education and the
treatment practice within the electronic medical record.
That might be one opportunity to sort of change some of

Confidential                                                                    END00649452

this.

**ROB GATLEY, MD:** That's a great point, Martin, because that's the kind of thing that Endo could be involved in. Some of these things are institutional with universities. But there's a lot of initiatives beyond publications that Endo could be involved in. A lot of pharmaceutical companies are moving into electronic medical records.

**MALE SPEAKER:** And with the Affordable Care Act, everyone should be based on an electronic medical record in theory, so it should affect people in private practice also that are part of health systems. Great opportunity, honestly.

**HOWARD S. SMITH, MD:** It will be valuable for us to brainstorm that kind of thing now.

**MALE SPEAKER:** Unfortunately they don't all talk to each other from what I understand.

**MARTIN D. CHEATLE, PhD:** Well, it's funny. When you put stop orders in and they want to get that patient out of the room, all of a sudden they start following procedure because they have to follow through one step after the next.

**JOHN PEPPIN, DO:** Dr. Reid.

**M. CARY REID, MD, PhD:** So to me an underlying assumption here is that opioids are the right course of action. And I would argue that for many chronic pain

Confidential

conditions we simply don't know that to be the case. There
is a huge gap in the knowledge base around the long-term
benefits and risks of opioids, particularly in older adults.
I think generating that evidence would go a long way to
helping clinicians feel better about prescribing. You
mentioned the electronic health records, I'm familiar with
the patient registry that Chuck Enterisi[sp?] and others are
building at Sloan-Kettering and Cornell Hospital for Special
Surgery with 2,000 patients connected where they routinely
collect a variety of data, including diversion data prior to
each visit, and all of that is integrated in an electronic
health record.

And they will begin to generate their own evidence
base to help them understand which patients are doing
better, which ones are not. And it seems to me that
supporting those kinds of activities would go a long way to
help providing evidence to clinicians that they're doing the
right thing.

**MARTIN D. CHEATLE, PhD:** You know, it's
interesting, Jane Ballantyne out in Washington, she's trying
to get this project through where actually before the
patient can get their first prescription of opiates, they
have to do an online education and pass a test. So before
you get that first script, they have go to through and take
a test, have a knowledge base before they do it.

Confidential                                                    END00649454

**MALE SPEAKER:** It's interesting, if people own computers.

**GAVRIL W. PASTERNAK, MD, PHD:** The other part about this that I think we may not be thinking about as much is that teaching how to use opiates is very much in my mind an art. We have a tendency in modern medicine to do clinical trials and to do 2,000 patients. But the basic underlying assumption that we have a homogeneous population. When we do animal studies in the laboratory, we get unambiguous results.

Why? Because all our animals follow the rule of the Ozarks, which is that everybody is intermarried with everybody else. So we've got this very homogeneous genetic background. And in people that's just not the case, both genetically as well as culturally. And so what may be good for 60 percent may not be good for the other 40 percent. Drugs that may not pass muster against placebo may still work very nicely in 30 percent of your population. And we all have examples of those things.

So it's not like one-size-fits-all medicine, and I think that's the most difficult thing in terms of the physician. Yes, patient A has chronic arthritis and would do well on opiates, but patient B, with very much of the same symptoms, has a tendency towards abuse. How do you tell them apart? So part of me gets very antsy when we start talking

Confidential                                    END00649455

about statistics and large populations because in fact it's really every patient is an experiment with an n of one. And how do you get that out there? It's like teaching them how to be a painter. You can teach everyone how to be a painter, but not everyone's going to end up Michelangelo. And there's just an awful lot there that's more than just following a card with the rules.

**JOHN PEPPIN, DO:** That's absolutely true. There's been a literature on clinical research, and so you have a placebo-controlled, double-blinded trial. You've got 500 patients. But this is a rarified population. I mean, you don't have the 94-year-old. You don't have the renal failure. You don't have the liver failure. And so what do you do with this population? And I look at these studies, and I think, "I don't have too many patients that fit this narrow enrollment criteria. Mine are way out here somewhere." And so does it really apply? It's a really good question. And I'm not sure Endo can answer that question.

**NALINI VADIVELU, MBBS, MD, DNB:** Can I just say one thing, please? And that is like I see everyone in the room is probably born here and brought up here and lived all their lives here. I have been here for 23 years, but before that I was born in India. But what I want to say is there's a big whole world outside USA, and even Endo, I would urge that you would start looking at markets other places. Like

**Confidential**                                    **END00649456**

COMPLETE HEALTHCARE                                                    42
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

85 percent of the world's opioids are being utilized in the

USA which has only 5 percent of the world's population. So

we are looking at something Steve Cohen just said, that you

have all these extra problems because of these opioids. So I

think if we have a global distribution better, even your

market will get better for Endo, it will be much better. And

people who really need it in other places internationally,

we can help too. So it's going to be helpful for everyone,

and probably we might have less of these other extra --

those 10 percent opioid problems that you see.

          **JOHN PEPPIN, DO:** That's a really good point. One

of the things that I have thought, maybe some people have

some thoughts along this line, but I've always wondered if

we were to compare how we treat patients here in the United

States with how we treat patients say in the UK or Europe,

because again, we use so much more opiate here. Now, if the

outcomes are the same, and of course you'd have to define

exactly what that means, but if the outcomes end up being

the same, then it really brings into question what we're

doing and what are they doing that gives them the same

outcomes without using all those opiates. I mean, I think

that's a really good question.

          **NALINI VADIVELU, MBBS, MD, DNB:** They probably need

it and nobody is even going there to even give it to them or

sell it to them. And they'd buy it. It's not like they are

Confidential                                                    END00649457

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

43

really starved of money. I mean many countries are not
literally that poor outside the USA.

**JOHN PEPPIN, DO:** Karen.

**KAREN F. MARLOWE, PharmD:** And even within the US,
many of the patients I see come from rural areas, and they
don't have access to health care. They drive two and three
hours to get a diagnosis. They're not going to come back.
They're going to get a care plan, and then they're going to
go back to a primary health care provider who's a rural
health care provider who may or may not be willing to carry
out that health care plan. And so are they going to have
access?

And I think that's something that we've got to
provide the tools that are either the education tools or the
care plan tools that somebody's going to be comfortable with
going on with that care plan. So can we prop them up, can we
give them prescribing tools, education tools, patient
education tools?

Most of those patients' literacy level is well
below those that live in cities. I know in the Southeast and
certain areas of the Midwest, these patients have a lower
literacy level. Their health literacy level is lower, their
reading literacy level is lower. If we look at most of the
things that are being provided for patients, these
medication guides, most of them are on a sixth to eighth

Confidential                                                                      END00649458

COMPLETE HEALTHCARE                                          44
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

grade level. Patients aren't reading on a sixth to eighth

grade level in many of these areas. We've got to reduce the

level of some of these things we're putting out. We ask why

our patients aren't adhering? They don't understand what

we're producing.

          And we've got to provide them with something

that's more appropriate for them and for their education

level. I think that's another thing that some of us can help

with, is to try to target not only the education materials

for us and for these rural health care providers, but also

for the patients.

          **JOHN PEPPIN, DO:** That's a theme that I've heard

from a number of people about educating patients. I've seen

companies before come out with printed materials and stuff.

I frankly don't think that has any effect at all.

          **KAREN F. MARLOWE, PharmD:** Make sure it's printed

at --

          **JOHN PEPPIN, DO:** Okay, then how would we do it?

But let's don't take the rural Kentuckian who can't read and

has no teeth. Let's think about maybe a little broader

notions. But how would we approach a patient say in

Lexington, Kentucky, who's maybe got a bachelor's and they

working and they've got chronic pain. But you know what?

They don't really understand how to deal with their

medicines. How would you do that? I mean, they're not going

**Confidential**                                    **END00649459**

COMPLETE HEALTHCARE                                              45
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

to read printed materials probably. Probably not.

**KAREN F. MARLOWE, PharmD:** No.

**JOHN PEPPIN, DO:** So what would you do?

**KAREN F. MARLOWE, PharmD:** I think the patients I
deal with now, despite some of the challenge they have, they
are engaged. I've been very surprised. I've had an adherence
project going on. I have not been able to get them to read
materials, but they are engaged on their phones. They will
listen to things on their phones.

And so we've been able to use some audio things.
We've been able to get them to listen to things. While
they've been waiting in the back, we've been able to get
them to listen to some phone apps and things. We've been
able to get them to listen to some audio files. They do sit
in our offices waiting on us. They won't sit there and read,
but they will sit there and listen. I think like you said
earlier, getting out of the box, giving them a four-page
spread with 1,000 adverse reactions, they won't look at.

But if we give them something that's more focused.
The Indian Health Service uses a form of patient teaching
that emphasizes three points. Patients are likely to learn
three points at a time and remember three points. Can we
pick out three points that we're going to teach them each
time? And so can we teach them three points, and then each
time they come in try to teach them three points. You know,

**Confidential**                                      **END00649460**

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

46

this is your dose. This is how to take it. This is what. So
have some form of education that says, okay, on the first
visit, this is the three points, the second visit. What is
it? Some form of education where each time teach, reteach,
assess, and try to get them through.

**JOHN PEPPIN, DO:** What about TV? The previous
clinic I worked at had a company came in and put up these
TVs, and they would do educational stuff: talk about
nutrition, exercise, stuff like that. So you've got your
patient sitting in the lobby, and that's all they've got.
It's not *Jerry Springer*, you know, it's how to eat and how
to exercise. And I'm not sure. I don't know if it had an
impact or not. But do you think something like that would
have more of an impact in offices, rural offices? And maybe
Endo could help develop that and work with a company like
that to get those on the wall?

**MARTIN D. CHEATLE, PhD:** But I think that's a great
point. Even in Philadelphia, half a million people are
illiterate in Philadelphia. Me being one. [Laughter] But I
think smart phone apps, like you were saying, and a
colleague of mine has been doing work with addiction, and
addicts who are really hard to manage. And everyone says,
"Well, but you're not getting to the poor." Over 80 percent
of people who live below the poverty line have a smart
phone. And they've been doing smart app applications to keep

**Confidential**

**END00649461**

people from relapsing. And they have this feedback loop with
the smart phone, which you don't have to be literate to use
the smart phone. And so maybe I think taking your point and
just sort of looking at smart phone apps that you can do,
driven by Endo or other companies to do that, so you have
this feedback loop. And it cut down calls to docs' offices
because they had all this information all the time in a form
that they could really learn from. I think that's a great
idea.

        **ROB GATLEY, MD:** Just something I'd like to
interject here. There's so many hundreds of thousands of
smart phone apps and resources online, blogs online. I think
reliability of information is a huge issue. So how much do
you think it would matter that your patient has been
recommended to an app or to a website by you instead of just
hitting the Google search and looking at whatever comes up?

        **KAREN F. MARLOWE, PharmD:** I think you have to
discuss reliability of information with them. They come to
you with information they've found, at least the patients I
see come with information they found. And so I think every
day we're forced to discuss information. And I've found my
pain patients are some of the ones that come more often with
information off the web. And so I think being able to
discuss or being able to send them to something with an app
that would perhaps schedule their medications or put them on

Confidential                                              END00649462

an adherence monitor. I've used that with patients with

adherence issues before, ones that I've liked. I think if it

came from me and it was something that I preferred, I think

they'd be more likely to use it. And I would rather send

them to something than have them come with something that I

didn't trust.

**JOHN PEPPIN, DO:** Explain an adherence monitor,

what is it?

**KAREN F. MARLOWE, PharmD:** So, you think about the

pill box, like the old-fashioned pill boxes. Patients still

use those, but this is more of a pill box on your phone. It

alarms. It's specifically set, "Okay, take your blood

pressure medicine now. Take your whatever now." And so it's

a daily reminder set at certain times so that you take your

medications at a certain time.

Or to me, if one could be set up for pain

management so that it was almost like a pain diary. There

are ones for diabetics where it tells them to take their

insulin, and they also register their glucometer readings

and different things. If one could be set up for pain

management to where they could enter their pain scale, say

they took their immediate-release or if they took

breakthrough meds at the time when they took their pain

scale, and it also reminded them to take their chronic pain

meds. I mean, that's the kind of app that I think would be

**Confidential**                                                                              **END00649463**

COMPLETE HEALTHCARE                                               49
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

very helpful if they could then download it before they came
in.

    **M. CARY REID, MD, PHD:** We know you have an
adherence with these kinds of apps. I worry a little bit
about asking too much of patients who are complex. We heard,
are they going to do everything that's required? But I love
the concept because we've talked about the application from
an education standpoint, from an adherence standpoint. I
would go back to evaluation and feedback loops. And if you
could create a system where imagine prior to going on the
opioid your function level is X, and after opioid it's
increased fourfold, that kind of positive reinforcement I
think would make a difference and moderate treatment
effects. And all of that can be done by these apps. But
worry about building too much into any one app.

    **MARTIN D. CHEATLE, PhD:** And I would suggest you
look at this addiction literature. I can find the
references. Because these are really difficult patients, the
addicts, and they have nothing but these feedback loops.
Their primary therapist is always getting data back all the
time. So when you see them in the office, you have this
wealth of data. And the patients like it because they grew
up on video games, and they love pushing the buttons, and it
becomes kind of interactive for them. So they'll put in some
data, and then they'll get feedback from somebody before

Confidential
END00649464

they even come back into the office. And that improved

adherence. It reduced relapse. And so they've done it with

addicts.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** This is also a

great tool for clinicians. We just ran a pilot using the

patient-reported outcome data from the PROMISE project. And

so patients can then go in in the waiting room and access

the database and look at their pain and function and other

levels, whatever types of outcomes you're looking at. And

then interventions take place, and then they rerecord that.

And so you do get a trend line as the clinician over time

that you can share with your patient and say, "Well, we've

done this," and it's either improved or not improved care. I

don't have it, but the outcomes of our pilot shows that the

clinicians liked using that, the patients liked looking at

that.

**JOHN PEPPIN, DO:** So it's a really good idea, and

we have a possible study, too, right? We could put this in a

pain population, look at it. I mean, that would be really

interesting.

**STEVEN P. COHEN, MD:** So I think education is

great. That's really going to be a key part of this process

in the foreseeable future. But I think at some point also

that the people in Endo are going to have to make a

strategic decision as to the content of the education. And I

Confidential

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

51

think that there are two paths that you can go by. So I
think opioids are helpful to people. I think that maybe they
help more people than they harm in the long term. But there
are some people that they don't help. And we know those
people. Maybe the person with fibromyalgia who is a chemical
coper, or someone with poorly controlled psychiatric
problems and poor coping skills.

And so if you look at some examples, I mean in the
1950s people knew that cigarette smoking was not good. But
the companies, what they did is they buried this data. And
these companies are vilified. They're not held in very high
regard. And it's not just because they had a product that
was not good because lots of companies have products that
are not good, but it's basically because they tried to bury
that information. So they put profit ahead of really the
welfare of the country.

Take a look at the NFL, what they're trying to do.
This is a really smart guy who runs the NFL, Roger Goodell.
And they've had a problem with this traumatic encephalopathy
for with while. I mean, they've made some mistakes along the
way. But instead of trying to bury this data, they're really
putting a lot of money into research. They're saying, "Yes,
we have a problem. Some people are harmed, and this is what
we're doing. We're considering changing the rules. We're
finding people who break these rules." They put aside

Confidential

billions of dollars in pensions for people who were injured
in the past that they didn't have to do.

        And so at some point, you're to have a choice to
make. And people are not stupid. Doctors are not stupid.
Patients are not stupid. They know that opioids have risk.
They're not helpful for everyone. And I think if you come
out, you have to present this very honestly, that opioids
are good. This is how you should use them. You can help a
lot of people. But not everyone should be on opioids.

        **MALE SPEAKER:** So it's like an algorithm or
something?

        **MALE SPEAKER:** Yeah. And you could basically make a
distinction between (inaudible). Right. There's lots of ways
to do this. People have come up with all of these risk
stratifications. So there are patients who are bad
candidates because of their risk factors. There are people
who are bad candidates because they may not have a condition
that's amenable to opioid therapy, like people with pain all
over their body or people with fibromyalgia. And I think
that when you make this content, that you have to be really
honest about it. And not all companies are honest about
these things.

        **JOHN PEPPIN, DO:** Just as a point, I don't know of
any really good data that's looked at fibromyalgia and
opiates, by the way, and showed that they haven't been

Confidential                                                              END00649467

effective. That tends to be more of a myth than anything else. Not that I put my fibromyalgia patients on opiates.

STEVEN P. COHEN, MD: No, I mean, there are people with chronic abdominal pain. But I think there's a strong consensus that opioids are probably more harmful than helpful in people with irritable bowel syndrome. There's a lot of these things. Fibromyalgia there's no evidence to support it, and we know that these people have maybe increased risk. They all have sleep problems.

Opioids can definitely affect sleep architecture. A lot of them are depressed. They have social problems. These things have to be addressed. It may be that some people are helped, but I don't think the evidence is in support of chronic opioid therapy in people with fibromyalgia and other conditions.

And I think this is the thing. Purdue Pharmaceuticals, they have a great product. I don't think the company is held in very high regard, and part of the reason for that is because I think that they tried to mislead people. Maybe I'm naive, and this is just the way things work. But you can be like the NFL and you can say, "Look, we have a great product, but we have a problem, and we're trying to address it." Or you can be like tobacco companies.

JOHN PEPPIN, DO: So is that the choice you're

Confidential                                                    END00649468

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

54

talking about?

**MALE SPEAKER:** Don't try to bury it in the beginning.

**MALE SPEAKER:** Right, right.

**HOWARD A. HEIT, MD, FACP, FASAM:** Everything is a spectrum of what we're doing. And so the question that's coming up is could there be some way that we could say an algorithm of what problems opioids would address in most of the people, some of the people, very little of the people, so that they know sort of like the risk management as far as the percentages of what we know which are opioid responsive. In other words, back pain, will that be responsive? Neuropathic pain? Less responsive.

Fibromyalgia? Who knows? So somebody could make a judgment of whether opioids are in the patient's best interest and give the doctor realistic expectations of what they should expect out of the medication. And you know this, doctors don't know the risk factors as far as addiction, physical abuse, sexual abuse. What questions should every doctor ask. Forget about doctors. What questions should every health care provider who could prescribe should ask before he or she places the person on an opioid. And I think that would by very, very valuable. And what should they do on the follow-up? And what role does urine drug testing play? I mean, give this thing.

Confidential

END00649469

COMPLETE HEALTHCARE                                              55
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012     Philadelphia, PA*

**STEVEN P. COHEN, MD:** It's a great idea. Maybe you can put data into a computer, you know, age, demographics, these psych problems, this medical problem, this history. And then it can come out, "Great candidate."

**JOHN PEPPIN, DO:** That was Marty's idea.

**MALE SPEAKER:** "Poor candidate" whatever.

**MALE SPEAKER:** And you can set your boundaries accordingly.

**MALE SPEAKER:** Yeah. It would be very nice if life could be that simple.

**JOHN PEPPIN, DO:** Marty's idea with the stops on the electronic medical record. You come back, "Progress note. This is what you should be asking." Chris.

**CHRIS HERNDON, PharmD:** I think one of the things that would be beneficial at least from what I'm seeing in the smaller family medicine and primary care realms is that if we could come up with some type of package or Endo could offer this to some of these offices that has basically a step by step how do you put this together, almost like a chronic disease management toolbox that's ready to go, ready to implement. Draft policies and procedures for your clinic: Here's what potentially all of your different office staff can contribute, whether it's documenting in some way that your front office staff, you know, the appointment folks, their communications with the patients and how they might be

MEDICAL TRANSCRIBERS OF NEW YORK
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

**Confidential**                                          **END00649470**

involved; the nursing staff; the MAs, who's doing these risk
stratifications. So that when you go in as a primary care
provider, which it's an NP or a physician, and you have your
ten-minute appointment, all these things are well and good.

　　　　　And I think that all the ideas that have been
shared today are important, but it all boils down to you've
got ten minutes a patient that needs an hour-long
appointment. And what can we do to set the front line
practitioners up with the tools that they need, not develop
another tool necessarily, but here's your lunch box and you
open it up and everything is ready to go.

　　　　　Here's the recommendations for what this office
person does, this provider does, so that at the end of the
day you have some set recommendations on feeling more
comfortable about doing this. Because I get a lot of phone
calls even as a pharmacist, not as a physician, to come and
help four and five physician practices set up policies and
drug screening policies. They're trying to do the right
thing. They don't know how to do it. They don't know where
to get the information from. And they need someone, maybe
even like part toolbox, part mentorship program where
someone like you might come in and say, "This is how you do
urine drug screening and risk stratification and those
things." Does that make sense what I'm alluding to?

　　　　　**ROB GATLEY, MD:** Are you familiar with the Andrea

Confidential                                    END00649471

Furlan's work at the University of Toronto with the Opioid
Manager.

> **CHRIS HERNDON, PharmD:** Mm-hm.

> **ROB GATLEY, MD:** That originally was a paper in a
published toolbox, like you're discussing. They just
developed it as an app, so that again gets into the question
of access and rapidly providing these things. It's something
that might be included in an EMR.

> **MALE SPEAKER:** We have a lot of those things on
these websites already, where we've got all these different
risk tools, but we really don't know which one is the best
one and how to interpret them sometimes and all these
different things. But I'm almost talking like, I don't know.
I guess I'm not spitting it out.

> **MATTHEW S. WIEMAN, MD:** Let me see if I'm on track
here because I'm liking what you're saying. My analogy is
like a central line kit. So if I'm going to go do a central
line, the kit's there. I mean, there's lots of parts to it,
too. There's physical parts and non-physical parts. But as
simple as literally there's a kit. You open it up.
Everything I need to do a central line is there. And it's
reminding me, I've got to do this. I have to do that. I have
to do this next. So I really like the conversation I'm
hearing. I like the idea of the stop system, the system that
says, "Stop." Now, I know this is going to be an issue for

Confidential                                                    END00649472

almost everybody. It's going to take a little bit more time.
But over time, it's forcing you to do this.

And then to your point about there are so many
things out there, I think one of the things we have to do is
to create at least a basic plan and start down that path
because if you don't go down that path, there are so many
different tools, different options for each of these levels.

And if we come to some consensus on this is a
generally good one with some generally good background, and
have that system in place and you do this, you do this, you
can't do this until you go to the next step, in combination
with something like that app, where again not everyone's
going to have access to this, but perhaps you have certain
patients that you want to have this app on. And then
potentially, like you'd say, you don't get much time in the
office, but they come in and they'll already have put a
bunch of information on this, and it'll kind of cue you to
have that discussion, as well.

And one other thing about that which is kind of
exciting to think about is you could really tailor that app
to that patient. So listen, everybody who gets a script,
here's my little packet. Here's an agreement. You're going
to see a counselor at least once. You're going to come in
for urine drug screening every month for at least the first
few months. I do this to everybody across the board. And

Confidential                                                    END00649473

COMPLETE HEALTHCARE                                                    59
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

then with the app, something along the lines of you'd be

able to tailor it. So, you know what? This patient doesn't

need to tell me every five minutes how they're doing. This

one does, so I'm going to turn on that feature. OR this one

I want to see. You know, record your pain score and tell me

what you're doing right now. Heck, it could even tell you if

they're active, if the person's moving.

        **M. CARY REID, MD, PHD:** I'd just say the assessment

piece absolutely has to move outside the clinical venue,

given the time constraints. And I think the telehealth

mechanism would allow for that. So there would be this sense

that the patient had to enter the data before coming back,

and those data were ready to be looked at by the clinician.

So that makes a lot of sense. I think it's a win-win.

        **MARTIN D. CHEATLE, PhD:** What we do in the pain

clinic is they can do it online, but before they are seen by

anybody they have to fill out. They go to a kiosk. They have

to put in changes in medications. They have to fill out a

PHQ-9 for depression. They have to put their pain scores.

That's all sort of fed into the computer, so when the

attending or the resident comes in, they pull it up and it

shows what the depression rating is, what this is.

        And I think you have to build in other things,

like pain contracts. So you have someone fill out an opioid

contract on day one. I guarantee you 95 percent of

**Confidential**                                        **END00649474**

practitioners never look at that again, and so those are

little things you have to build in. You have to look at that

six months from now. Pain contracts are based on goals. I'm

giving you an opiate, I'm giving you an antibiotic for this

goal. We're six months into therapy, and we haven't achieved

any of the goals. Maybe opiates aren't the best thing. I

think that's what Steve is saying.

        You would take a step forward by saying that

opioids aren't good for everybody and that here are some

measures that if you start someone on an opiate and three

months into it we haven't achieved any of the therapeutic

goals, you need to rethink that this isn't the right

molecule for you. Or you have a PHQ-9 score that shows that

you're severely depressed, but I didn't send him for

psychiatric care, I didn't change anything.

        So people collect all the data. I'm not sure they

act on it. That's why you build it into the stop measures.

If someone has a PHQ-9 higher than this, you have to do

something. Because they won't think about it because they're

five patients behind. I have seven minutes, and I have six

phone calls to answer. So it has to be, "Keep it simple,

Stupid." KISS. It has to be very easy to do or they won't do

it.

        **GAVRIL W. PASTERNAK, MD, PHD:** I really want to

emphasize that, and I get a little antsy when I hear about

Confidential                                    END00649475

you have to do this before you can go to the next step, and

you have to do this. What's happening, and our place I don't

think is any different from anybody else, okay, well we

really want this information. It's only 30 seconds extra for

a patient. That doesn't sound like a whole lot, but when you

have a clinic of 20 to 30 people, by the end of the day

you're finding that they're just not doing it.

        So you have to make it so that it's actually going

to save them time and not cost them time. It's so easy. And

you have to understand that you're not the only one making

these demands on people's time. Everyone's going to be doing

this, whether they're treating heart disease, whether

they're treating something else. Everyone's going to have

these paradigms.

        And as they start to expand because we think

they're so wonderful, the constraints on time are going to

be such that people -- I mean, our medical records system at

our place is wonderful. It's all electronic, and it drives

you crazy. It takes me twice a s long to get a patient out

of the office room than it does if I were to write it down,

write the prescription by hand, and send them out. At some

point it falls apart. Twenty years ago we had these really

great disease management systems, and the argument was "It's

only 30 seconds a patient to put them in here. We can get

all the data back. We can keep track of patients with

Confidential                                                    END00649476

different diagnoses." No one did it.

        **MARTIN D. CHEATLE, PhD:** You know what we did with
primary care docs is I implemented a system that rather than
pain as one of their presenting symptoms, that's what the
problem is. And you put every so many months if you're on
opiates, you're going to have an office visit that's just
devoted to pain. So what happens, they go to the primary
care doc, and they said, "I got this lump here. Oh, by the
way, my pain's out of control. I need more opiates. My high
blood pressure."

        So we got them to like every three months or six
months to actually just have a pain-focused assessment so it
wasn't as complex as that. It wasn't just one of the problem
lists. And that really helped them actually because they
were able to really focus in just on the pain.

        **M. CARY REID, MD, PHD:** But the unanswered question
is what will adherence be like. And if you build a complex
that adherence has got to be low in interacting with the
device. We've talked about the way that the device could
potentially help the patient, might help the provider.
There's another way that it could help, and that is imagine
1,000 people or 10,000 people on Opana all using a device
generating information. What it could do is provide
benchmarks for age groups and diagnoses. And so instead of
just having your own data, now you kind of see where your

Confidential                                    END00649477

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*                        63

pain and function is relative to people who are 50 to 55 with back pain.

**MALE SPEAKER:** National registry.

**MALE SPEAKER:** Yeah. And so it literally could operate that way if you built it.

**GAVRIL W. PASTERNAK, MD, PHD:** (inaudible) about privacy issues.

**MALE SPEAKER:** Yeah, it's a huge issue.

**GAVRIL W. PASTERNAK, MD, PHD:** And that's a real issue. We always talk, we talk more about privacy today and keeping it, and we do less about it than ever before. And especially with the electronic medical records. I mean, anybody in our place that has access to the records can look up anybody. After the fact, someone can come back and slap their hands and say, "You weren't supposed to look at that record." But I tell you, a lot of people don't like that.

**ROB GATLEY, MD:** There are a lot of holes and things in EMR today that are not very user-friendly for that situation. There's no reason why the EMR couldn't keep track of who looked at what.

**MALE SPEAKER:** Oh, it does.

**MALE SPEAKER:** Then they could be held responsible later.

**GAVRIL W. PASTERNAK, MD, PHD:** No, it does, but it's an after-the-fact. Because if someone comes in to our

Confidential                                                        END00649478

equivalent of an emergency room, if you have a prior
authorization, you may have people have to take care of a
patient that can't access the records. So everybody can
access it, and they keep very close track. And after the
fact if they find someone was looking at a record they
shouldn't have, they come back and they slap your hand. And
we've had people fired for that. But that's kind of the barn
door and the horse is gone type of thing.

**JOHN PEPPIN, DO:** (inaudible) point that there is
the incentivation [?] of spending time, and a badly managed
patient can take up a lot of time. And there's
pharmacoeconomic evidence that patients with substance abuse
problems cost nine times more than a compliant patient
because of the extra time, the doctor-shopping, the degree
of care they need. So these tools might document that, that
investing the time in proper counseling actually ends up in
an economic saving. That would be evident from the database.
So I think we have a great discussion on this topic. And
we're going to try and keep to the schedule, because we're
now at 9:30.

[FILE 2]

**JOHN PEPPIN, DO:** So I'd like to introduce Chris
Herndon from Southern Illinois University. And I'd like to
announce he's had a promotion, so our slide is not accurate.
You're associate professor now? Good. So we'll let Chris

Confidential

END00649479

talk about the molecule.

## Oxymorphone Pharmacology

**CHRIS HERNDON, PharmD:** Thank you for having me. I have to admit this is a little nerve-wracking. Giving a talk on opioid pharmacology with Dr. Pasternak in the audience is like giving a talk on chicken to Colonel Sanders. [Laughter]

**GAVRIL W. PASTERNAK, MD, PhD:** Well, he had a nice white moustache, too. [Laughter]

**CHRIS HERNDON, PharmD:** And we do have a colonel in the audience.

**MALE SPEAKER:** Sho'nuf.

**CHRIS HERNDON, PharmD:** Oxymorphone from a pharmacologic standpoint is really an interesting molecule. It's a pure semisynthetic opioid. It is relatively selective for the mu opioid receptor until you start getting up into higher doses, and then you start to see a little bit of delta activity as well. Some interesting things that are noted on this slide. One, that patients that are over the age of 65, so some of our older population, do require lower doses. They tend to have a correspondingly different AUC.

The half-life of the medication for the IV formulation is about 1 1/2 hours. The IR formulation is around seven. And comparatively to some of the other typical IR opioids that we use, this is a little bit longer than

**Confidential**                                                    **END00649480**

what we would see with our hydrocodone and morphine

products, as well. The ER formulation is right around 12

hours from an half-life standpoint.

          And the other thing I want to stress here, too, is

that as we're going through these slides, I've been asked to

share with you all to be thinking about while this is the

information that's in the prescribing information for the

product, be thinking about does any of this jump out to you,

does any of this say, "Wow, this is something that's really

going to change the way I feel about this medication," or

"We need to be telling prescribers or providers about this

particular information." So please keep that in mind.

          From a metabolism standpoint, one of the things

that is a little bit interesting about oxymorphone is that

it is considered an active metabolite of oxycodone. It goes

through further metabolism via glucuronidation to both

inactive and what we think to be an active metabolite, which

is the 6-hydroxy glucuronide. The bioavailability of the

drug does increase in both renal as well as hepatic

insufficiency. Correspondingly as you go from mild, moderate

to severe, the bioavailability will go up, as well as the

AUC.

          The other thing that's interesting here, too, is

that as far as we know, the sole metabolic pathway for

oxymorphone down to these two glucuronides is through the

Confidential                                    END00649481

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

67

UGT2B7, so it's a relatively clear metabolic pathway. It doesn't have a number of different metabolic pathways like some of the other opioids that we deal with. And this may have ramifications from a testing standpoint.

So I know we real briefly touched on urine drug screening. That in and of itself is an art I think, interpreting some of the results that we get from those. This is probably one of the things I'm asked about most frequently is "What does this mean? And what do we do with these results?" In most of the urine drug screens that we have available to us today, I think having the oxymorphone as one of the results in your urine drug screen makes interpretation a little bit easier because we're not dealing with a number of different metabolites that could be from a drug in and of itself or from a parent drug that the patient might also be taking. So keep that in mind, too. Does this resonate with people as far as being something that is potential important or not?

From a kinetic standpoint, most of our other opioids do get metabolized via the cytochrome P450 2D6 system, with the exception of hydromorphone and morphine. My understanding is, is that from a clinically significant standpoint, we have tramadol, which has to be metabolized via 2D6 to its O-desmethyl metabolite to get significant analgesic activity, as well as codeine. With oxycodone, we

Confidential

see 2D6 and 3A4 metabolism. We don't think that inhibition of those metabolites or the lack of those enzymes necessarily reduces analgesic activity, but can increase exposure and potential toxicity of the drug. And then we also have fentanyl, which goes through 3A4, which can be a significant drug interaction.

Unfortunately I've got some personal experience in our practice with somebody getting hurt via that drug interaction. So keep that in mind as you look at this. And the CYP system and oxymorphone's lack of going through this system, and also the consideration that most of our chronic pain patients that we may be considering a sustained-release or a long-acting opioid formulation likely have other comorbid psychiatric conditions that may add a whole host of potential drug interactions to the mix.

As far as opening up this discussion, I know that there's been a lot of different publications that have come out within the last year or so regarding safety of opioids. When I went through school, we were talking about education, I was always taught that as long as you titrated the drug correctly and the patient became tolerant to the respiratory depressant effects, the sky was the limit. You could go up as high as you wanted to, and there was no danger to doing that. And so I think now we may be starting to question that practice a little bit and we're not really sure potentially

Confidential                                                                 END00649483

COMPLETE HEALTHCARE                                                     69
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

why that is the case that we start to see this increase in

risk of opioids at higher doses. But that is becoming

quickly a discussion that's occurring both in circles of

professionals, as well as circles of legislators. And so I

think it's something that we need to add to the discussion.

          If you go through and you look at some of the

adverse effect data that's been done with oxymorphone, based

on this slide we see that we actually tend to see a fairly

good tolerability with the drug as we go up to some of the

higher doses. Some of the actual studies that may not be

referenced on this particular slide do show adverse effect

dropouts in some of the clinical trials to not be

significantly different as you do go up and when the

titration occurred appropriately.

          And interestingly when you do get to the higher

doses of this particular drug, the adverse effects that you

see may not be necessarily what you would expect: i.e., in

the oxymorphone ER particular drug you start to see

increases in anxiety, pyrexia, and upper respiratory tract

infections. And I'm not sure if the increase in anxiety may

be a change in the opioid receptor selectivity as you start

to see higher doses or not. I'd be open to hear your

commentary on that.

          This is the slide that I found to be probably the

most interesting. When looking at oxymorphone compared to

Confidential                                          END00649484

COMPLETE HEALTHCARE                                          70
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

some of the other opioids, specifically oxycodone, and

looking at likability, for lack of better terminology, they

basically take healthy individuals and expose them to the

medication and then "Which of these would you like to have

in your hand again?" And I can't imagine how these get

passed through IRB, or where do I sign up for a study like

this.

      **MALE SPEAKER:** You want to know where to sign up?

Ed Sellers'[sp?] group goes around to the bars on Queens

Street West in Toronto at closing time and tries to solicit

people to volunteer.

      **CHRIS HERNDON, PharmD:** Really?

      **MALE SPEAKER:** Yes.

      **CHRIS HERNDON, PharmD:** Okay. Well, you guys need

to come to St. Louis. And this positive subjective effect,

they have a number of different tools that they use where

they'll expose patients to these types of medications, and

whether they just say, "Hey, did you like it? Ring the bell

if you want it again," kind of thing versus some very nice

outcome measures where they'll look at these questionnaires

and actually I think the FDA uses some of those different

types of questionnaires to determine the controlled

substance class that they put one of these medications in.

      So anyway, the study of healthy volunteers found

that basically the people who we really don't want liking

Confidential                                          END00649485

oxymorphone like it less than controlled-release oxycodone.
So that's actually good news. The other thing that's
important from a psychomotor standpoint with oxymorphone is
that we tend to see a lower psychomotor effect with
oxymorphone as you titrate up. And that has significant
effects both in risk of falls -- I'd like your input on
that, as well -- and also some of the things we typically
get worried about: Are you going to leave on this medication
and go operate a forklift or drive home or whatever it might
be, that we have to have some of those conversations with
our patients. And you all, I think everyone in the audience
probably is very familiar with some of the changes that have
occurred with some of these products and their release,
their ability to be tampered with, et cetera. And so those
are some things that I'd like to pull out as we go into this
portion of the advisory board, as well.

So, how was that for a fast and furious?
[Laughter] Is there anything that I said from statements off
of what we know about oxymorphone, extended-release
oxymorphone that you all feel strongly about, either
positively or negatively, that you would like to share? Or
is this how you want this to go? [Laughter]

**MATTHEW WIEMAN, MD:** What do these things matter to
you? Do they matter, and if so, why? Is there enough
information about them? To some of you, you may not be

Confidential                                          END00649486

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012      Philadelphia, PA

72

focused on that, one of these bullets up here.

       **HOWARD A. HEIT, MD, FACP, FASAM:** I think it's
extremely important for the company to teach the strengths
and limitations, I would say not screening, but urine drug
testing, and especially with costs being a fact, that
strengths and limitations of point-of-care testing because
somebody could use point-of-care testing that's done by
immunoassay, and the person is on Opana and come back
negative because the point-of-care wasn't directed towards
that particular molecule. I know they're getting more
sophisticated. So one of the things is education about the
strengths and limitations and interpretation of urine drug
testing and opioid metabolism.

       **MATTHEW WIEMAN, MD:** Anybody else have comments on
urine drug testing and metabolism?

       **CHRIS HERNDON, PharmD:** I think it's a very
important component, especially in the primary care world
because we'll see people that will make treatment decisions
based off of those cups and cartridges.

       **HOWARD A. HEIT, MD, FACP, FASAM:** Right. The
semisynthetics are reliably unreliable.

       **CHRIS HERNDON, PharmD:** Right.

       **ROB GATLEY, MD:** I think it's a key point with
that, too, Howard, because OxyContin crush-resistant came in
before Opana crush-resistant. So there was a period of time

Confidential                                                                                    END00649487

where people were being put on the crush-resistant OxyContin
and going and stealing or buying Opana. So a question some
prescribers have had is, "I gave this patient the crush-
resistant OxyContin. How can I tell if they're abusing Opana
that they bought on the street?" You can't really, can you?
Because both show oxymorphone in the urine.

**HOWARD A. HEIT, MD, FACP, FASAM:** Other than the
possibility the ratio of the parent drug should be higher
than the metabolite. But again, it's where you capture them
as far as the urine specimen and when it was donated.

**ROB GATLEY, MD:** So does the average prescriber
have any idea of how they'd approach that?

**HOWARD A. HEIT, MD, FACP, FASAM:** The average
prescriber doesn't do urine drug testing.

**CHRIS HERNDON, PharmD:** I guess my input would be
we see these nice reviews like on Medscape, and I know I've
read some of your work about how to interpret urine drug
screening and what to do and when to do it and how often and
those things. I mean, if you're looking for recommendations
on things Endo can bring to the table, I would like to see
something where I can go with all of the major labs and
tools that are available, not the overview of here's what
GCMS is, here's what immunoassay is."

But if I order this test from LabCorp or if I use
this cup from company C or whatever, all of that information

**Confidential**                                        **END00649488**

in one place so that it really is a guide on how to do this
with the results. Because an opiate screen from my hospital
lab will only pick up morphine and codeine, but if you look
at the LabCorp opiate screen, it picks up hydrocodone,
morphine and codeine, but not oxycodone. I mean, there's no
rhyme or reason to any of them in the way that the name
them.

**MALE SPEAKER:** That's why you have to know whoever
your vendor is, is to be able to speak to either the vendor
or the lab in order to again know the strengths or
weaknesses of the test you're ordering if you're ordering
the test.

**ROB GATLEY, MD:** That's of interest to Endo as
well, because they have an arm that does monitoring, that
develops the equipment for monitoring the tests. And I think
in terms of when I was in practice and ordering urine tests,
I was filling out a form, sending it off, maybe I could try
and get someone on the phone for a question. But I think in
this day and age, there could be online access through
whoever's doing your testing to ask that kind of question,
that 90 percent of the time could probably just be answered
electronically through a help function: What kind of test do
I order? What should I expect to see back?

**RONALD J. TALLARIDA, PHD:** Your last statement, are
there aspects of oxymorphone requiring further research. Has

**Confidential**                                                      **END00649489**

there been any interest within the company for looking at
combinations of that with other drugs? Tramadol we combine
with acetaminophen. Tapentadol has a built-in, intrinsic
dual mechanism. Even ibuprofen has enhanced efficacy when
glucosamine is added. Is that anything within the company's
interest?

**MATTHEW WIEMAN, MD:** That is something, the
combination, that's one of the ideas for where we could go
with the molecule in the future. And there's a lot of
questions to that. So some of them are, you know, do we go
down some other route, like MoxDuo, so to capitalize on some
of that synergistic effect between kappa and mu or delta and
mu, if I'm not mistaken. And this is the question I'd throw
back t you, so there is interest. And then some of that gets
down to something like a combination of acetaminophen and
oxymorphone.

I think there's a little bit more issues that
would come with that, given the recent push around reducing
the use of short-acting, the use of anything containing
something else, like acetaminophen. However, there are lots
of other ideas, too, to turn to, to use this. So what are
your thoughts on combination? I know you have quite a bit of
experience in that now.

**RONALD J. TALLARIDA, PHD:** We have a lot of
experience with let's say tramadol with gabapentin and other

Confidential                                                    END00649490

COMPLETE HEALTHCARE                                                    76
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

agents that are anticonvulsants. We certainly don't
understand the pharmacology of why that's so, but we have
remarkable synergies between these. And because this agent,
as we're all in agreement, has its adverse effects prominent
at higher doses, if you can find a combination with some
other agent that reduces the dose, chances are that will not
only be helpful in the treatment, but it also might allay
some of the fears and concerns physicians have. I think a
lower dose opioid would be less concerning by the physician,
based on what we've been discussing this morning.

        **MATTHEW WIEMAN, MD:** I actually have a question
about that, too. So something like Nucynta, what are your
feelings on having a drug like that that's a combination,
multiple mechanism of action? There may be certainly a group
of patients that it just works perfectly for. Coming from
the anesthesia background, it's really always easier for me
to say "I'm giving this for this, and I'm giving this
amount. And if I need to adjust it I can."

        But I hear a lot of the benefit. We see the
benefit. It's approved. They have indication. How do you
feel about or does anybody have any strong opinion on the
ups and downs of providing a drug that you can't change
that. You've given that. And if the person has pain relief,
is it the gabapentin or is it the oxymorphone? If they're
having an adverse reaction, which one is doing it? Is there

**Confidential**                                              **END00649491**

COMPLETE HEALTHCARE                                                                77
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

a concern around the negative side of that, as well?

      **RONALD J. TALLARIDA, PHD:** Well, I think the
formulation of any combination, anything you're going to put
in a patient has to certainly be tested first preclinically.
And all good things that patients ever get always began with
preclinical investigation. So we would have that kind of
information available.

      **MATTHEW WIEMAN, MD:** So we would go down this path.
How much would that impact your practice? And again, we're
at the very beginning, but is there a number of patients you
say there's more than just a few that I could really use
this type of product for?

      **HOWARD A. HEIT, MD, FACP, FASAM:** I think for the
general practitioner, it would make it more complex because
you're adding another variable into the system in which they
haven't mastered the basics yet. So I think of all the paths
that the company should go down, that would be an expensive
path, a lot of research would have to be done, et cetera, et
cetera, getting it through the system, the FDA approval,
Phase I, whatever. I think your efforts should be placed on
it's complicated enough without introducing another
variable.

      **RONALD J. TALLARIDA, PHD:** I don't think there's
anything more complicated about putting together let's say
acetaminophen with tramadol than there is in looking at the

Confidential                                                      END00649492

COMPLETE HEALTHCARE                                                78
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

side profile of this oxymorphone and all the metabolites

that come from it. Why do you think that's more complicated?

**HOWARD A. HEIT, MD, FACP, FASAM:** Because then

you're introducing the other variable of acetaminophen,

liver dysfunction, liver abnormalities and all the other

products.

**RONALD J. TALLARIDA, PHD:** Oh, I'm not saying you

have to consider only acetaminophen. There are a variety of

other agents. Take tapentadol. Intrinsically it works. It is

probably better than tramadol because it combines two

mechanisms of action. And if you can combine this drug here,

oxymorphone, with something, there's at least the theory.

When a physician is concerned about whether or not the

combination dose is appropriate, that's a reasonable

concern.

But the assumption is that the physician

practicing and making that adjustment knows more than the

whole body of research that produced it. I don't think

that's true. I'd be more inclined to trust a combination of

acetaminophen and tramadol than what any individual

physician might try to do to correct an abnormality.

**GAVRIL W. PASTERNAK, MD, PhD:** I just have a couple

of comments. First of all, it's my experience it is

extraordinarily rare to see anybody manage a patient in pain

with one agent. We can start from there. Because what

Confidential                                          END00649493

generally happens is you start with drug number one. Not so
great. You add drug number two to drug number one, or you
use a combination product. So I think the concept of
combining drugs is the norm rather than the exception.
Number two, I think for simplicity's sake, it's easier for
the people who are not necessarily experts to give a single
agent. It's easier for the patient to take one pill. And
particularly if you start adjusting doses, if you have two
pills, "Well, today we want you to take one green pill and
two red pills, and tomorrow we're going to have you take two
green pills and two red pills," it gets to the compliance of
the patient is very difficult.

          On the other hand, the combinations, we talk again
about this homogeneous population of our patients. And
again, you can argue about how easy it is to extrapolate
from animal models to people, but I can show you that a lot
of these interactions that we're able to see, the
interactions for example between some of the NSAIDs and
opiates, are very much dependent upon the strain of mouse
that you test them in. Not every strain of mouse shows you
the same effects. So that I think that when you're dealing
with your patients, you have to understand that there's no
guarantee that what works in patient A is necessarily going
to work in patient B.

          This is one of the problems I see in terms of pain

Confidential                                          END00649494

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

80

management. We're not looking like an antibiotic where
you're treating an organism that you can isolate and is
identical from patient to patient because you're going to
only work with the pneumococcus. You're dealing with very
subjective things, that people have genetic backgrounds that
alter the overall effect of this. Not everyone feels pain
the same way. Not everyone has the same reaction to pain.
Not everyone has the same reaction to opiates.

Finally, one of the problems whether we talk about
education is that the biggest problem in education, the most
intransient problem in education where the feet are stuck in
the sand the hardest, the FDA. And you talk about
combinations. Try dealing with the FDA. We're not talking
science. We're not talking about medicine. You put together
two opiates and the FDA doesn't get it, even though we know
there are situations where they can be very effective
together, more so than each individual one alone. So getting
back to Howard's point, I mean the FDA is going to be a
major factor in this, despite all the science and all the
good clinical observations that you have.

**MALE SPEAKER:** (inaudible)

**GAVRIL W. PASTERNAK, MD, PhD:** Well, the FDA, they
have never gotten a kick in the shin for not approving a
drug. I mean, any time you approve a drug, it's a risk to
them. And so you take the most recent one, which is

**Confidential**

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

81

hydrocodone, I think, someone corrected me last night, long-

acting. And the advisory board turned it down, not because

it didn't work: because they were afraid you'd sell too much

opiate. At least that's what the news report said. So I

think the regulatory agencies here.

        And this is a pendulum that goes back and forth.

We're back to where we were in the '80s. And then there was

the pendulum went the other way and everyone was giving

opiates because we were supposed to be compassionate and

nice. And now we've turned mean again. [Laughter] And we go

in the other direction. And the DEA is running our no pain

policy in this country at this point. There's a palpable

fear among practitioners that they're going to get records

audited by the DEA. I mean, even if it's not realistic,

there's that fear. So the politics of this thing I think is

going to have to be also very important.

        **HOWARD A. HEIT, MD, FACP, FASAM:** So you want to

determine as a company what you want to accomplish next

week, next month or three years from now and what is your

objective.

        **MATTHEW WIEMAN, MD:** Right now I think their

objective is long term, with every plan in between. So we

have some running room, and our goal is to maximize what we

can do with the molecule, oxymorphone ER specifically in

this case, but hopefully it just makes sense, again, we'll

Confidential                                                    END00649496

COMPLETE HEALTHCARE                                                    82
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

get into continuum of care next, to have them all out there.
So we will have plans that we'd like to do studies that are
done this year to be able to show something. And then of
course some of these other ones that are some great ideas
like potentially using that system to catch a natural
registry of all of our use and see what it's good in, what
it's not, would be longer term.

            **CHRIS HERNDON, PharmD:** So let me ask you all,
coming back to some of the points that I was interested in,
when we start talking about differences at opioid receptor
types does that resonate with anybody from a clinical
standpoint? Does anybody care?

            **GAVRIL W. PASTERNAK, MD, PhD:** I do.

            **CHRIS HERNDON, PharmD:** What does it mean to you?

            **GAVRIL W. PASTERNAK, MD, PhD:** I may be the only
person. I think it's an area that really is just not
appreciated. The science for many people is just too deep. I
can tell you that the traditional mu receptor, for example,
between mice, rats and humans that we have over 50 different
subtypes. And yet all these drugs are working at these
receptors and nobody cares. And the FDA is classic on this.
There's always a bit of inertia turning the Queen Mary. You
can turn the wheel as fast as you want to, but it's going to
take a long time for that boat to make that turn.

            And I think that's where we are there. It helps to

**Confidential**                                        **END00649497**

COMPLETE HEALTHCARE                                                          83
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

explain some of the observations that we've known about for

decades: that not every patient responds equally well to

each drug, and that their relative potencies vary. But

getting that to the point where the regulatory agencies

appreciate that and can understand that maybe a company of

two opiates is not giving the same drug twice. That may be a

little time coming.

**RONALD J. TALLARIDA, PHD:** (inaudible) response to

that question. A big concern of course with opioid

preparation has been the gastrointestinal inhibition.

There's constipation. And so there's always been interest in

finding more specific opioid receptor types, like a kappa

receptor that might produce a degree of analgesia without as

much of that adverse effects. So that's another reason why.

His is kind of research produces information of that kind.

**GAVRIL W. PASTERNAK, MD, PhD:** Can I quote that and

send it to my father? [Laughter]

**STEVEN P. COHEN, MD:** I wanted to make one more

point about combination therapy before. Like I said, I deal

with the government in a lot of -- and I can tell you at

least from the perspective of like opioids, they basically

operate from a risk mitigation perspective. So every

protocol that the Walter Reed IRB approves has the potential

to cause harm. So it's a very different goal for a Johns

Hopkins. They want to approve many particles. It brings

MEDICAL TRANSCRIBERS OF NEW YORK
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

**Confidential**                                              **END00649498**

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

84

money into the institution. It brings prestige. Walter Reed,
it can just create problems.

And it's not like you're approving a cancer drug.
If you combine oxymorphone with acetaminophen, it's not like
you're approving a drug where there's no niche. I mean,
there's already many, many products. This is going to be the
twelfth or the thirteenth or the fourteenth. And it may be
very difficult. I mean, you had a lot of people voting to
actually get rid of all these combination products together
with the opioids and acetaminophen.

And I'm not as much of an expert in this as
someone like Dr. Pasternak. But there's definitely evidence
in preclinical models of combining like gabapentin with
opioids maybe to reduce tolerance. And then there is of
course the article by the Canadian group, Gilron. And this
is something for neuropathic pain, that hasn't been really
looked at, but that I think there is maybe better evidence
that it could work, and there's no other product there. I
mean, you have an individual niche.

And so instead of just trying to take the road
that ten other companies have already taken and put
oxymorphone with acetaminophen and then have to compete with
Vicodin and Percocet and a lot of other companies, and then
have to go through the travails with the FDA and there's a
really good chance that they wouldn't approve another one,

Confidential                                    END00649499

COMPLETE HEALTHCARE                                              85
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

because why would they.

        **RONALD J. TALLARIDA, PHD:** Well, here's why they
would. Synergism, which is desirable from the point of view
of its therapeutic effect, is a property not only of the two
drugs, but it depends on the ratio of the two. Consequently,
if one could take the combination quantities such that
you're synergizing the desired effect but minimizing the
undesirable effect, then you have something very different.

        **STEVEN P. COHEN, MD:** I mean, rational polypharmacy
people always talk about it. I think it's great
conceptually. I think practically it's very difficult. And I
think like I say, you're also dealing with the FDA. They're
not always experts. And then you have many competitors. But
I think that there's pretty good evidence for combining
oxymorphone. And I think the risk is probably lower.
Gabapentin is really safe. People think you should stick it
in the water supply. And I think that there's enough --

        **MARTIN D. CHEATLE, PhD:** That's Cymbalta you put in
the water supply.

        **STEVEN P. COHEN, MD:** Cymbalta may be better.

        **MALE SPEAKER:** Use some Prozac for that.

        **STEVEN P. COHEN, MD:** But I think that you might
kind of consider looking outside of the box here when you're
considering combination therapy.

        **GAVRIL W. PASTERNAK, MD, PhD:** With the animal

Confidential                                    END00649500

models that Ron and I use, you can really well control
those, and you have homogeneous populations. And you really
can do very rigorous types of studies of synergy. I'd be
interested in what Ron has to say. Because my understanding,
and I could be wrong, is that demonstrating synergy in a
clinical population is not very simple, and it's not really
been easily done. And at the FDA, if you apply synergy to
the FDA, then you actually have to show it. And I was
curious what you think about doing the clinical trial.

      **RONALD J. TALLARIDA, PhD:** When we worked with the
tramadol/acetaminophen thing, that was still a very, very
new experience for me. And we tried so many different fixed
ratio combinations, and our patent was sufficiently broad
that it was first patented for just about all kinds, for
one-to-nine to one-to-one. And then when the clinical people
decided to start designing the clinical trials, the question
arose, "What should they try?" And what we did was got
something that we knew would be synergistic, but at the same
time would not enhance any of the adverse effects. And maybe
we were lucky, but that produced the drug called Ultracet,
which is now being sold everywhere around the world. Maybe
it was luck. But we had to do a pharmacokinetic profile, of
course, because it's a lot different. As Gav said, we can
control the amount in a laboratory animal, but then when you
get into a patient, based upon the pharmacokinetic profile,

Confidential

the drug's peaking at different times. We had to work that
out. But it was like a math problem.

     **STEVEN P. COHEN, MD:** I think that's actually a
great product. I think tramadol is a little bit different
than oxymorphone. It has a different potential for abuse.
It's in a different schedule. Definitely I believe that
opioids have a ceiling effect that relates to their adverse
effects. But I think that the ceiling effect for tramadol is
lower, and so I think that's a great product. I think that
there's more competitors here. I mean, Percocet is generic.
There's all products with hydrocodone. There's a lot of
other things. I think, "Look at this. It'll be okay." But I
think it's going to be harder to get approved. it's really
difficult to do a trial like Gilron did with morphine and
gabapentin. And look, I know these things are nightmares,
but it can be done. And I think that they would be more
amenable to something completely new with a niche that would
actually lower the risks associated with opioids.

     **JOHN PEPPIN, DO:** That was a pilot study.

     **MALE SPEAKER:** I'm sorry, what?

     **JOHN PEPPIN, DO:** That was a pilot study.

     **MALE SPEAKER:** Gilron?

     **MALE SPEAKER:** In *New England Journal*, yeah. You're
talking about expanding it way beyond that is my point.
Yeah, that was difficult. Just doing the pilot was

Confidential

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012    Philadelphia, PA*

88

difficult.

**STEVEN P. COHEN, MD:** Like I said, I'm not saying
that good things are easy to get in life. I mean, you have
to work for them. That's it. I'm saying that it's definitely
something that's doable, and I think it would be something
that would garner more interest than combining another
opioid with acetaminophen again.

**MATTHEW WIEMAN, MD:** Well, I'm hearing a lot of
risks and benefits, but interest in the potential for this.
So I think this opened up a good conversation. I think we
can look into what are the next steps from here. Obviously
it is something that might be beneficial.

**RONALD J. TALLARIDA, PHD:** Just one interesting
thing. I never intended to get as active in the field of
drug combinations as I did, but I'll tell you, if I could
just amplify. About 20 years ago or so, I was somewhere, I
think it was consulting for Procter & Gamble, and at dinner
that evening the host person said, "By the way, you're not
here for this, but would you tell me how do you combine so
many milligrams of drug A and so many milligrams of drug B?"
Well, because this was dinner and I'd had wine, I said,
"I'll do that tomorrow." I didn't want to try to do any
computation.

Well, I found out the next morning when I had no
wine in me, that I still didn't know how to do it. And that

Confidential

END00649503

COMPLETE HEALTHCARE                                                    89
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

motivated me to get interested. And until today, this is

still true and it's still surprising. There is no textbook

in the world that tells you how to do the following: Given

dose A of drug A and B of drug B, what is the expected

effect of the combination? That should be on page 7 of

everybody's book, but no pharmacology book in the world

tells you that.

          **MALE SPEAKER:** But you have a couple books.

          **MALE SPEAKER:** Well, I did that. The only reason it

sells is because nobody else cares about it I think.

               **GAVRIL W. PASTERNAK, MD, PHD:** Well, I bought it.

               **MALE SPEAKER:** You did! Good.

          **MATTHEW WIEMAN, MD:** So this is all good

information. Again, I think we've hit on that a little bit,

which would open the door. One question. I wanted to go back

to the receptors just really briefly. It combines the whole

long term, short term, and medium plan, and so I would look

for your opinion on something like that. Because you hit on

the key. The key is, is it clinically meaningful at all? How

close are we to any data that would matter to the people

that are treating today? And so do you see with your

knowledge any low-hanging fruit or angles or specific topics

that may even open the door or be pilot studies or be more

interesting and applicable to clinical practice sooner than

later? Is there anything?

Confidential                                          END00649504

**GAVRIL W. PASTERNAK, MD, PhD:** I think that the clinical studies may be difficult to do. Obviously the best thing that you can do to push a product such as this is to show that it's distinguished and different in some way from at least some group of other, quote/unquote, new/old drugs. And that I think would be very helpful because then you can say, "Well, if you're having trouble with this group, you go to this group."

One of the things, and this is relatively low-hanging fruit, I don't know how familiar you are with the concept of knockout mice. These are mice where you genetically engineer them and you take out different parts of the gene.

And with a mu receptor, the mu receptor actually turns out to be extraordinarily complicated. It's about 250,000 base pairs long. And you can take out pieces and affect some set of these splice variants without affecting other sets. So for example, John Pintar[sp?] made an animal where he took out exon 1. Morphine is totally dead. Heroin still works. Morphine 6-glucuronide still works. Some compounds we've synthesized work.

We made a different knockout where we took to exon 11. The numbers don't matter. But in that knockout, which also affects the mu receptor, morphine works fine. So does methadone. But you find very dramatic shifts in the

Confidential

END00649505

analgesic activity of drugs like heroin M6G. And some of our

compounds that show absolutely no cross-tolerance to

morphine and show no respiratory depression, they're dead.

Ironically if you take that exon 11 knockout and you test

compounds like levorphanol -- many people around here don't

know levorphanol. But it was a Hoffmann-LaRoche drug. We use

it a lot because I think it's a great drug. That was

impaired. And you know what other compound was totally dead

in that group? Buprenorphine.

         So here you have in a relatively simple model all

based upon mu receptors groups of molecules that either

requires one set of splice variants or another set of splice

variants, and yet people have long considered all these just

to be identical mu drugs. To my knowledge, oxymorphone has

not been looked at in any of these.

         **MATTHEW WIEMAN, MD:** Okay. To me that sounds really

interesting because again we know that clinical studies may

be a long way off to find the outcome. But as you say, it's

really important for us to be able to say what is different

about Opana ER. And if what we can say is that, then that's

what we can say. So this is one of those avenues we may be

able to go down to look at further studies.

         And I wanted to bring it a little bit back in to

Opana ER. So when you think about the drug itself, it really

comes down to some of these more basic questions. We've hit

Confidential                                                      END00649506

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

92

on a lot of them, but I've asked you to kind of rethink

about is there a reason, a primary reason, aside from of

course patient selection, setting, there's a lot of other

factors. Are there any things, basics, about Opana ER why

you use it in your practice? Anything specific? We mentioned

some of the things about the metabolism. We mentioned its

high lipophilicity. We know it has a longer half-life in

some cases. We know that -- and whether this matters or not

to you folks in your prescribing -- but the elderly require

quite a bit of a less does. Those factors or any other

factors or anecdotal information about how your patients

react to this drug, why would you choose oxymorphone for

your patients? Do you have specific types of patients that

you do use it for?

**JOHN PEPPIN, DO:** You know, those questions are so

complicated. I mean, how many times have we all been asked

the same question from perhaps other companies. And I think

about when a patient shows up in my office, I mean, what's

their insurance going to cover. And that's a big issue,

right?

**MALE SPEAKER:** When it gets out of the formulary.

**HOWARD A. HEIT, MD, FACP, FASAM:** Right, exactly.

And so I may say "I wouldn't want to put this patient on

morphine because they've had it before and they threw up,

and it's a problem." But maybe that's all that their

**Confidential**

COMPLETE HEALTHCARE                                                93
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012*        *Philadelphia, PA*

insurance will cover, which is crazy. I don't know. It's a
difficult question. Go ahead.

**CHRIS HERNDON, PHARMD:** I don't know that there's
any data to support this, but I've noticed just in the folks
that I've had on the long-acting formulation, there tends to
be less dose creep. I don't know if that's the right word.

**MALE SPEAKER:** Maintain.

**MALE SPEAKER:** Right. But I tend to find that we're
able to protect the current dose for --

**HOWARD A. HEIT, MD, FACP, FASAM:** (inaudible)
pharmacologically and addiction-wise in its longer half-
life?

**MALE SPEAKER:** I don't know. I'd throw that out to
you all.

**STEVEN P. COHEN, MD:** I tried to look up this. I
did my fellowship with Jean Min Mao[sp?], who is one of the
guys, opioid hyperalgesia, and he used to tell me even when
we were fellows, "Oh, medications with long half-lives,
sustained-release formulations, less tolerance, less opioid
hyperalgesia." He used to say this all the time. I thought
it was gospel. And when you try to find it, I think it's
very difficult to find. People say this a lot. It may be
true. There may be evidence, but I don't think there's a lot
of evidence for it, or if there is I don't know what it is
to support that. So that's something that could be true.

**Confidential**                                                **END00649508**

**GAVRIL W. PASTERNAK, MD, PhD:** I think opioid hyperalgesia is a discussion for another time.

**STEVEN P. COHEN, MD:** Or tolerance. We're saying both of these things are reasons that people increase their medications. And I think that's what you were implying. And I think that this is one of the things that's said a lot. And I don't think in my opinion there's really strong evidence for that. It may be true. Like they say, the absence of evidence is not the same as (inaudible)

**GAVRIL W. PASTERNAK, MD, PhD:** I want to give an interesting observation. First of all, all of these drugs produce tolerance. They don't necessarily produce it at the same rate. So again, I don't know what the applicability of animal models to clinical models. But tolerance for example develops much more slowly to methadone than it does to morphine. And Brian Cox, who is down at the military medical school showed almost 50 years ago that if you infuse morphine into a rat you get marked morphine tolerance in eight hours. So tolerance is going to develop, but they do differ.

But what's extraordinary to me, and I'm just going to give you some guesstimate numbers, about 70 percent of patients will respond to almost any opioid that you start them with within the mu category. But there is this additional small population where you find that drug A is

Confidential                                          END00649509

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

95

much better than drug B, whether it's methadone versus
morphine.

And I haven't used oxymorphone clinically enough
to really tell you, but I would not be surprised if there
are going to be small populations of patients who are going
to respond better with that particular drug than the others.
Obviously the drug that you start with that has the largest
catch-all is going to be the one that the physician is going
to like because they're going to have to switch drugs less
often. Does that make sense to you?

**MATTHEW WIEMAN, MD:** Yeah, it does. That's kind of
why I asked. If it was a perfect world and you had no
limitations on formulary issues, and a patient comes in. And
again, there's a multitude, I know. This is that same
question again, but it's really part of this. That's why
this is a minor part of the discussion. But is there
anything about the drug that makes you choose oxycodone
long-acting versus Opana long-acting, or is it simply that
it didn't work on morphine, and you're going to go to the
next drug. Or vice versa, is there anything else we can
delve into about the basics? And I know the topic is
difficult because a lot of it gets into basic science level
questions.

For example, the CYP450 system. We have the story.
We know what it does. Clinically we don't know exactly what

Confidential

this means. So have you heard enough about the CYP450 story?
Is that interesting to you? What more information would you
like? Or do you feel that at this point the number of years
it would take to produce a clinical study to show that some
outcome is based on interacting and perhaps hundreds of
thousands of patients to actually have some certain number
of interactions.

**NALINI VADIVELU, MBBS, MD, DNB:** In practice we're
doing (inaudible) mostly because we could use anything: IR,
ER preparation Opana, injectable Opana. So people are
usually going for the long term for Opana ER for chronic
pain, especially the palliative care patients. That's when
like they do not respond, probably because of all the
receptors and everything, they don't respond to other kind
of opioids. So then they go on to this Opana ER.

However, they're still worried that they may not
have good outcomes down the line because they're not really
sure. So then you're talking about talking to the patients
and like making some kind of a contract and a goal-setting.
So we're going to see like maybe three months and just going
to have a pain talk, just only pain in like three months or
six months and see are your goals being met. Functionally,
you got to where you are. Is the pain better and things? And
if not, then we're going to either stop it. Stop it not in
just one day. We're going to wean it off, take you

Confidential                                                    END00649511

completely off the opioids. And then we're going to see,
give you nonopioid therapy. And then maybe we will start you
back later on at a smaller dose and see if that helps. So
since I guess we don't have that many outcome studies, this
was the plan people are talking about to do.

**CHRIS HERNDON, PharmD:** Out of curiosity, does
anyone in here write for the IR oxymorphone?

**NALINI VADIVELU, MBBS, MD, DNB:** We have it at
Yale, injectable.

**CHRIS HERNDON, PharmD:** The injectable? How do you
dose it?

**NALINI VADIVELU, MBBS, MD, DNB:** We're using it a
lot for the acute pain in PACU in the recovery room. We give
it like start at .5 injecting. When people come out in the
recovery room, they are like writhing in pain, so if they do
not get response with the usual things, which is like
fentanyl or hydromorphone, then we start them oxymorphone .5
injectable, and then give them like doses up to usually 3
milligrams over like a period of 10 minutes. And if that
didn't work, then we think that maybe they didn't respond to
oxymorphone. That's what we're doing.

But the palliative care people, they are using it
much more. And this is like acute immediate post-op. We're
not using it on the floors. But we do use it a lot in the
recovery room. And then the palliative people, they use it

**Confidential**                                              **END00649512**

COMPLETE HEALTHCARE                                                    98
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

and even much more than we do with the cancer patients.
They're more opioid tolerant, and they use a lot more
opioids and we feel safer after we do that.

        **CHRIS HERNDON, PharmD:** Thank you. So just to make
sure that I do my job correctly, there's one more thing that
I ask you guys specifically about, and that's the data in
the elderly population and the change in AUC. Is that
concerning to anybody?

        **MATTHEW WIEMAN, MD:** So the patients that we had
that were over 65 actually they had an increase in their C-
max a about 49 percent so they required a lower dose to
achieve that.

        **MALE SPEAKER:** Is that supposed to be in a negative
way?

        **CHRIS HERNDON, PharmD:** Just feedback, positive or
negative.

        **M. CARY REID, MD, PHD:** I think positive. I think
the key thing up on the slide or maybe the other one was the
reduced effect on psychomotor function. I've just finished a
couple of weeks of inpatient medicine. Now the number one
reason why old people come into the hospital is fall-related
injuries. So I think that's a huge marketing plus.

        **MATTHEW WIEMAN, MD:** So you'd like to see more
data?

        **ROB GATLEY, MD:** [Crosstalk] a study for

Confidential                                                    END00649513

oxymorphone, following up the incidence of falls of patients
on oxymorphone versus perhaps other opioids.

**MATTHEW WIEMAN, MD:** I would do it. I would do it.

**GAVRIL W. PASTERNAK, MD, PHD:** You have to be
careful in the elderly, though. I don't think this is unique
to oxymorphone, but the elderly especially, either morphine
where you have a lot of a renal component to excretion, as
people get older, I talk to my kidneys every night. Usually
they talk back about 3 in the morning. [Laughter] And they
don't work quite as well as they did. They're kind of
closely related. And so I think that educationally that's a
very important issue with regard to the elderly, to be able
to cut back the dose.

I'm just curious what happens in terms of the
spread on the half-lives. For example, what would be the
half-life in the elderly versus someone younger. And the
other question I would have, which I'm just kind of curious
about, is I hear a lot of talk about the cytochrome P450s,
that with the oxycodone that people have different abilities
to metabolize, to demethylate. Codeine is that way. Do you
have a tighter range of half-lives than perhaps oxycodone
does? Would that be an advantage in terms of predictability
of dose, not getting too high on something because of
prolonged half-life? Is that something to consider?

**MATTHEW WIEMAN, MD:** I'm not sure if I'm getting

Confidential                                           END00649514

COMPLETE HEALTHCARE                                              100
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012        Philadelphia, PA

exactly what you're saying.

     **GAVRIL W. PASTERNAK, MD, PHD:** One of the problems
with methadone not is that the half-life of methadone is
from 12 hours to 48 hours.

     **MALE SPEAKER:** As you increase the dose.

     **MALE SPEAKER:** Pardon?

     **MALE SPEAKER:** As you increase the dose.

     **GAVRIL W. PASTERNAK, MD, PHD:** Even within a single
patient. And so you don't know before you start where your
patient is. Some people will accumulate it at a much
different rate than others will, and that's when it's a
possibility of getting into trouble. So knowing what the
half-life really is enables you to be much more specific in
terms of your dosing with less concern about someone
accumulating over a course of ten days as opposed to five
half-lives, right? Well, five times two days is ten days,
whereas most patients are going to be three days or four
days. So I'm just wondering whether or not your variability
might be less than something like oxycodone, where that
might be perceived as an advantage.

     **MATTHEW WIEMAN, MD:** No, I mean, I see the value in
getting that information.

     **MALE SPEAKER:** I'm sure you probably have it
already.

     **MATTHEW WIEMAN, MD:** Well, all the way out to say

Confidential

END00649515

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012        Philadelphia, PA

101

certain populations, and you were talking about the elderly.

      **RONALD J. TALLARIDA, PHD:** (inaudible) question posed earlier, I'm not a clinician, so why we're just looking at the mechanism of oxycodone and that of hydromorphone. I'd say no. Since it is the active metabolite, I prefer it because I'm assuming that all of the action of oxycodone is due to the metabolite. So in some sense your Opana has that appeal I think, and it sounds as though it should be a simpler molecule to deal with in terms of its adverse profile. I don't know if that's true or not. And of course it probably explains a lot of why it's so potent compared to the oxycodone.

      **GAVRIL W. PASTERNAK, MD, PHD:** There is strong evidence there that it's pharmacological, it's not molecular. That points out differences between oxycodone and oxymorphone. And there is a group that really believes that the mechanism of action of oxycodone is actually different and that it's not working primarily through its demethylation. And if that were the case, you'd expect the cytochrome P450s to really have an impact, wouldn't you? So I think that answer's up in the air. I mean, for codeine, that's what we generally believe, and a lot of people also believe that the same thing goes with oxycodone, but I'm not so sure that everyone believes that in this room.

      **MATTHEW WIEMAN, MD:** Rob, is there anything that we

Confidential

END00649516

102

have missed before we leave this section?

ROB GATLEY: I think we've covered most of the issues here. We talked about euphoria and cognition in terms of falls. Drug liking in terms of those things. That's a little more iffy. That one study that was done with the recreational drug abusers who took one intact pill of oxycodone CR versus one intact pill of Opana ER, there was no comparison done of what happens if you crush the tablet. And when Webster did publish his study something like that this year with oxycodone CR intact versus oxycodone CR crushed, and it had a huge impact on likability. So there are limitations to that study. And although the study implies that oxymorphone is less likable than oxycodone, we don't know what would have happened if they were crushed or if they're abused or misused in some way.

JOHN PEPPIN, DO: I think if you want to make a lot of money, you make a tablet that's a third hydrocodone, a third Xanax. You score it so you can just take what you want. I'll tell you, southeast Kentucky, boy, you'd make a fortune.

MARTIN D. CHEATLE, PhD: What's the tolerance profile on oxymorphone versus oxycodone?

CHRIS HERNDON, PharmD: When you say tolerance profile, what --?

MARTIN D. CHEATLE, PhD: Do you build up tolerance

Confidential

END00649517

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

103

faster in one or the other, or the same? Like I said

methadone one of its advantages is that it's slower in terms

of building up tolerance.

**CHRIS HERNDON, PharmD:** I don't think that the

medical literature has that data. But Norm Harden from RIC

in Chicago published a paper a couple of years ago looking

at the necessity for dose titration with oxymorphone. And it

appeared to kind of stabilize out where you didn't need to

continue to go up on the dose.

**MARTIN D. CHEATLE, PhD:** So better than oxycodone

then.

**CHRIS HERNDON, PharmD:** Well, but it wasn't

compared to oxycodone.

**MARTIN D. CHEATLE, PhD:** That's really what the

comparison should be.

**HOWARD A. HEIT, MD, FACP, FASAM:** It's only the

loss of tolerance because that's important as far as safety.

Is the loss of tolerance related to the half-life or the

molecule?

**MARTIN D. CHEATLE, PhD:** I don't know.

**HOWARD A. HEIT, MD, FACP, FASAM:** What would you

say if somebody said, "When would I lose?" and a clinician

says, "I have a patient on X. They're going to stop it. How

fast do you think they would lose the tolerance?" What would

you advise? And if they took the same dose again they'd be

Confidential                                    END00649518

in bad trouble.

    **GAVRIL W. PASTERNAK, MD, PhD:** I'd just be guessing. Basically when we titrate in the animal models, and patients I don't think are that far off, we can take away 90 percent of the drug on a daily basis and take them out without any overt signs of physical withdrawal. And then after five or six days, they're really basically almost the equivalent of naive in terms of essentially the most actions. So it's a fairly rapid reversal.

    I don't know if there's a differential reversal with regards to analgesia versus some of the other side effects. But the concept of tolerance is a very interesting one. In the cancer population it's very common, if not the predominant one, that once you have pain under control, you can maintain your patient on a fixed dose of drug for long periods of time, and then in a place where we see a need to escalate dose after a few months, usually that's recurrence of disease.

    **MALE SPEAKER:** And the point is, that's not tolerance, that's disease progression.

    **GAVRIL W. PASTERNAK, MD, PhD:** That's disease progression. And so what happens is the patients are tolerant in the sense that they're taking doses of drugs that are far higher than you would give to a naive patient. But it appears that tolerance can develop steady state. And

Confidential                                                    END00649519

so you develop the tolerance, and then if you keep the dose

fixed, you keep the level of tolerance fixed. And if you can

adjust them, you can get adequate pain relief for long

periods of time. And so I wouldn't be surprised if

oxymorphone does that, but I'm not so sure it would be

unique with oxymorphone based on that study that you had.

**MARTIN D. CHEATLE, PhD:** What would be interesting

is the advantage of methadone, besides it's cheap, is that

you get the NMDA receptor, you get the mu receptor. The

tolerance level, you can keep them on low doses for a long

time. If for some reason oxymorphone was similar in that

effect or had an advantage over other products, that would

be a big selling point.

**GAVRIL W. PASTERNAK, MD, PhD:** Kathy Foley did a

lot of work on this back in the '80s and the early '90s. And

she published on some of these things, where she saw cancer

patients who were maintained on these drugs for six months,

12 months, 18 months.

**HOWARD A. HEIT, MD, FACP, FASAM:** Didn't some of

the original research by Vincent Dole and Marie Nyswander

published in *JAMA* in the late '80s have to do with the blood

levels, and the steady state blood levels were associated

with not gaining tolerance and likability.

**GAVRIL W. PASTERNAK, MD, PhD:** I'd have to go back.

I don't know. But of course the doses they were using were

Confidential                                              END00649520

very high methadone doses, so that the patients would be so

tolerant that they wouldn't want to abuse the other drug. So

I don't know. You might be right.

          **ROB GATLEY, MD:** Thanks for that great discussion.

We drew a lot more out than I think we were anticipating. So

we've planned now a break. A little bit behind. So why don't

we get together again at a quarter to 11? There's

refreshments off in that room there.

          [break]


          [FILE 3]

          **MATTHEW WIEMAN, MD:** Okay, I think we'll get

started again. I'm going to introduce Howard to take the

next section. We're going to run to about 12 o'clock here.

So Howard's going to talk about the continuum of care, and

what we're talking about essentially is the different

formulations available of oxymorphone -- ER, IR, injection -

- and the potential for developing additional formulations.

And the key things we want to draw out is how you use the

things, what patients, what situations, what disease states,

and what future directions and issues should be undertaken

in these areas. Howard.


Oxymorphone Continuum of Care

          **HOWARD S. SMITH, MD:** I'm going to run through some

Confidential                                                    END00649521

slides, but largely this section here is just to really get a lively discussion of all of your thoughts and opinions on the existing formulations and products, as well as where to go in the future.

The available formulations of oxymorphone include the oxymorphone extended-release, the immediate-release, and the injection. Other formulations which are potential might be an oral liquid, suppository, transdermal, fixed dose combinations that we touched a little bit about. So does anybody have anything to say about oral liquid?

This would be potentially especially useful in palliative medicine settings, in settings where patients are not able to swallow because of aspiration risks or because they have vocal cord problems, head and neck cancer. But in many settings where some clinicians use transdermals, because of some of these considerations, an oral liquid would be an oral liquid would be a nice thing to have. Anybody have any suggestions, thoughts, opinions?

**MATTHEW S. WIEMAN, MD:** Would anyone see in using an oral formulation of this, the idea of a continuum of care, does it matter to you?

**JOHN PEPPIN, DO:** No. In the hospice setting, well two things. Firstly, I really think the company could get a lot of mileage from just giving the product to hospice or just giving it at cost or whatever. Because most hospices,

Confidential                                                            END00649522

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

108

they've got a margin like this. That's why they use so much morphine, and we have a lot of problems with that. First issue. But secondly, the liquid and a rectal suppository if, and I was going to see if your delivery system doesn't allow rectal delivery, because of course you can do that with a lot of things, you can put it rectally.

**MATTHEW WIEMAN, MD:** It hasn't been tested, but technically I know what you mean. We had the suppositories, no longer currently.

**GAVRIL W. PASTERNAK, MD, PHD:** Are there any people that use suppositories other than the French? [Laughter]

**JOHN PEPPIN, DO:** We do on hospice. When someone can't take orally. It's not exactly what they consider the optimal route. But the French seem to like it.

**MARTIN D. CHEATLE, PhD:** Do you have data on that? [Laughter] They always tell you to "Stick it." You're making an assumption that isn't positive.

**JOHN PEPPIN, DO:** Marty, there's only data in French rats.

[Laughs]

**STEVEN P. COHEN, MD:** Transdermal always makes me nervous in terms of abuse potential. So I don't know.

**MALE SPEAKER:** How so?

**MATTHEW WIEMAN, MD:** That's also some limitations, just to let you know, with this molecule with transdermal

Confidential

COMPLETE HEALTHCARE                                              109
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

formulations at that point.

**GAVRIL W. PASTERNAK, MD, PHD:** It is water soluble.
It is too weak.

**MATTHEW WIEMAN, MD:** Yeah, there are some
limitations to it. We want all ideas so that there's a
potential for discussion.

**GAVRIL W. PASTERNAK, MD, PhD:** One thing that
strikes me about pain is that at least in the cancer
population, which is where my experience is, is that pain's
not a constant. It goes up and down as the day goes by. And
as the patient gets out of bed to go to the bathroom, that's
when the pain is more intense. When the patient's resting in
bed and at ease, they don't need as much. The transdermal
approach is great for a baseline level, but it takes away
the ability to titrate. So I'm not as keen on the
transdermal approaches as I am with the others.

**MATTHEW WIEMAN, MD:** And right now the molecule in
general is not really quite suited to it. But thank you.

**JOHN PEPPIN, DO:** What about intranasal?

**GAVRIL W. PASTERNAK, MD, PhD:** Butorphanol was a
great drug. It had IV. Its blood levels following intranasal
were identical to IV injections. For incident pain, it was
wonderful. The drug itself was a partial mu agonist and had
other issues, but when you're lying in bed and you have to
go to the bathroom and you need something to work relatively

Confidential                                        END00649524

quickly, if this does work intranasally as a breakthrough
pain type of medication, I think that would be kind of
helpful. Whether or not it's going to be sufficiently
commercially viable, I don't know.

      **MALE SPEAKER:** Or approved.

      **MATTHEW WIEMAN, MD:** And can I ask, as we think
about this, let me just ask you from the top level, too, is
in general what we're really kind of wondering is does this
matter to you that you would have like you do with certain -
- we'd be one of the only ones at the time -- that you have
an IV, you have an IR, you have an ER, so you have is a
continuum. You could go if it works, you don't have to stop.
And in fact, we have a new formulation that's designed to be
crush-resistant, so that's a different category. We can get
into the discussion about what we could do with IR obviously
or liquid has different technology barriers to making some
of this. And IV tamper-resistant.

      However, while were e talking about each of these,
does it matter to you that you could prescribe, I f you're
on oxycodone, do you try to use oxycodone for your
breakthrough and why. And if that's the case, would you like
to hear more about oxymorphone IR and would you be
interested in kind of the injection as well, knowing what
your patient has experienced from the beginning to end?

      **HOWARD A. HEIT, MD, FACP, FASAM:** I think in the

**Confidential**                                    **END00649525**

clinical world, having hopefully a ratio of what you use as

far as oral, IV, immediate-release of the same molecule, I

think that's a major plus in the clinical world because

again, because of different pharmacogenetics, and I'm

certainly not an expert in that and we have the people

around the table who are. Going away, the bottom line is the

equianalgesic tables are a thing of the past. That's the

bottom line.

         **MATTHEW WIEMAN, MD:** That's good to hear, as well.

         **MARTIN D. CHEATLE, PhD:** And also product users are

people of habit. So if you have a product that goes across a

variety of different forms, I need someone who has thrush,

and I can't give them PO, and I can give them an oral liquid

or something else, they tend to use the same product over

and over and over again.

         **GAVRIL W. PASTERNAK, MD, PHD:** That you know works,

and you know the side effects for that particular molecule

in that particular patient are tolerable.

         **MARTIN D. CHEATLE, PhD:** And it has to do with

time, also. If I know that, I can just use one versus the

other, depending on the clinical situation. Probably use it

more often.

         **GAVRIL W. PASTERNAK, MD, PHD:** I think it's much

more likely, for example, in a post-op setting or someone

who's really sick is getting an IV infusion to switch them

Confidential                                          END00649526

to the same oral medication that they're getting IV. And I

think that the immediate-release back in the old days with

MS Contin, that's how we used to titrate the dose. We used

to give the MS Contin and then you used to give them

immediate-release morphine. And then the next day you would

incorporate the immediate-release morphine into the MS

Contin. Having the same compound as a rescue dose, for

example, as you're titrating up your ER I think would be

helpful, as well.

**STEVEN P. COHEN, MD:** I think that's true. So

morphine and hydromorphone are available same way, right?

You have IV, but neither of those in the operating room:

Fentanyl is more commonly used, and in the outpatient

setting, oxycodone, and either hydrocodone or oxycodone are

more commonly used as sustained-release. So I mean, I

definitely hear you. I don't think it affects practice as

much as maybe it should or we would like to believe. So I

think it's definitely a positive thing, but there are other

products out there that do it. It doesn't seem to me to have

made a huge difference. It's not like we're all using

morphine because it's an IV.

**GAVRIL W. PASTERNAK, MD, PhD:** I think that depends

on the population. In the cancer pain population, we have an

awful lot of patients in the hospital that are not post-op,

that have not gone and had surgery that are on morphine

Confidential

infusions. And fentanyl obviously has advantages in terms of the on/off, where you just stop the infusion and then the drug goes away. So you may be right in many situations, but there are going to be populations where I think making that conversion.

Someone comes into our place in acute pain crisis, and you start them off on an intravenous PCA with a basal rate, and then all of a sudden they're starting to get better, and you want to get them home and you want to get them over to an oral regimen to manage them I think in that situation. Now, that may be a very small percentage, but I think there are situations where that could be helpful.

**MATTHEW WIEMAN, MD:** I think the whole story, actually there's limitations to it. And I think what you said was kind of key is should we. So the question I would ask is would it not, given some of the specifics of this molecule, so its lack of interaction with some of the other enzyme systems, some of the other potential values that we discussed at the very beginning, would it be valuable to start on a molecule that doesn't have those interactions, and then go down that line. That's where I saw some of the other value is not just using the exact same drug just because, but choosing a molecule like oxymorphone which might not interact.

And a lot of other competitors have different

Confidential                                              END00649528

COMPLETE HEALTHCARE                                        114
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012         Philadelphia, PA*

formulations. Some of them have them all. But none of them
have what we are going to have right now, which is an IV, an
IR, potentially a liquid's an option, and then a TRF, our
new formulation, which is designed to be crush-resistant. So
of course that's a whole new discussion. And we can discuss
that whenever you like. But having the entire suite of
options available to you sounds like it's at least of
interest. And maybe that's one of the things we might have
to do to say why shouldn't we be doing it this way if
there's an option to potentially better care. Any thoughts
about that?

        **ROB GATLEY, MD:** Another point, too, is having all
these options available and availability is a big issue. As
Steve brought up, there's a routine. You have morphine
available. You have oxycodone available. But there's an
inertia issue here. There might be some value having someone
on IV oxymorphone because you're going to switch them to
oral, but if it's not in the formulary, you're going to have
to have a good reason to argue for it to be added to the
formulary so you actually have the option. And that's an
issue, the obstacles to availability.

        **HOWARD A. HEIT, MD, FACP, FASAM:** Do you think part
of it as far as switching or rotating through the same
molecule as opposed to rotating to a different molecule
where you don't know the variability and costs? I would

Confidential                                        END00649529

think it would be easier to switch to the same molecule in a
different formulation than switching to a different molecule
and then titrating up or down because you have to be very
conservative when you make the switch.

**ROB GATLEY, MD** I think one of the issues that we
need to try and find coming out of this is taking arguments
like that as a leverage to get this on formulary so that it
actually can be used.

**GAVRIL W. PASTERNAK, MD, PHD:** May I ask a very
silly question? When Jack Fishman made all these things back
in the 1960s, they were new and novel, and he made
oxymorphone, oxycodone, naloxone and naltrexone. Not a bad
job. But with regards to an intravenous formulation or an
oral formulation, what kind of intellectual property
protection do you have? What is to prevent someone from just
getting the drug and selling the drug as a drug to a
pharmacy, which them makes up their own? And most of your
hospitals for intravenous might do that. I'm just curious
from the industry perspective, how do you protect that and
does it matter, or do you think it's enough of a lead-in
that you don't care, that you'll make it up on the secondary
oral from the IV? I'm just curious.

**MATTHEW WIEMAN, MD:** I'll look for legal help in
the room because I don't have that. But I can tell you that
it's definitely a consideration. This definitely the

Confidential                                                    END00649530

COMPLETE HEALTHCARE                                               116
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

discussion would lead to those details to say, first it's

can we. Would it be good? Can we, should we, can we possibly

afford it? And it's an extremely valid question, which is

kind of like formulary. And in the end if we can't do it or

if you're literally spending money, the company has to bring

in revenue to be able to produce these drugs. So it's a

valid question. I personally don't know the exact details

about how the patent would be on those formulations

themselves, but I can certainly find out.

      **JOHN PEPPIN, DO:** It depends on how your patent's

written.

      **MATTHEW WIEMAN, MD:** Yeah, formulation versus --

      **MALE SPEAKER:** (inaudible) the patent that's

written covers IV and covers every delivery (inaudible)

      **GAVRIL W. PASTERNAK, MD, PHD:** Well, I don't know.

But composition of matter has to be in public domain. I

mean, I worked on them when I was a graduate student.

      **NEIL H. SHUSTERMAN, MD FACP:** It's been gone for

decades. Composition of matter has been gone for decades.

      **GAVRIL W. PASTERNAK, MD, PHD:** Absolutely. So when

you have an extended-release, your patent is on the release

mechanisms or on the pill itself or how you make it. But for

oral and for IV, all you do is you take the molecule and

dissolve it. So the actual cost of designing it is pretty

minimal, but on the other hand, all someone has to do is

**Confidential**                                        **END00649531**

COMPLETE HEALTHCARE                                               117
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012      Philadelphia, PA

sell the powder.

**MATTHEW WIEMAN, MD:** I won't go into it too much,
but we do currently have some patents around producing the
actual raw form of the during however with the specific
criteria and manufacturing strength. So again, I don't know
the exact how that translates, but it's a great question. I
can't answer that. You bring up a great point, though: Can
we do it? Is it going to make anything for the company so we
can move on?

But one of the questions I had overriding as well,
which goes back to what I think a lot of us agree to, if you
have IV in the hospital, are you more likely to become
comfortable and inherently better at using that medication
so that later down the line you may have more of a chance of
having this in your armamentarium and actually choosing it
with comfort?

**MALE SPEAKER:** Yes.

**MATTHEW WIEMAN, MD:** And how much of an impact is
that, and would that potentially overcome some of the
potential barriers with financial impact?

**CHRIS HERNDON, PHARMD:** I think it would be a much
easier sell at P&T, but you'd have to be competitive with
the other drugs. I mean, even with the shortages that we're
having with getting a hold of some of that stuff right now,
it would be a much easier sell if it was this, which may be

Confidential                                          END00649532

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

118

better in certain circumstances and the cost is somewhat

comparable. But I think a lot of it boils down to that. But

if you could show like in same-day surgery or in the PACU

that throughput is better because you're not having to

tinker with dose finding and how much oral are they going to

need to get them out the door. I think a lot of that comes

down to the financial. I mean, I know patient care is

important, but unfortunately that's not always the driver

for decisions.

**MATTHEW WIEMAN, MD:** What Rob said ties into that,

and what you had said, which is could some of the messages

around safety and some of the other reasons, the story

combined, all of a sudden the minor issues combined turn

into a story that would make it attractive to have it

available. And of course we'd have to make it somewhat

financially available.

**GAVRIL W. PASTERNAK, MD, PHD:** Well, basically I

think that this is a molecule that most people haven't had a

lot of experience with at this point. So the first question

a physician would ask I think is "What kind of patients and

what kind of pain does is drug effective for?" And there

anything that you can do to expand their exposure to the use

of the drug I think would be advantageous.

**MARTIN D. CHEATLE, PhD:** Yeah, why is it better

than the alternatives? So cost is (inaudible).

Confidential

**MATTHEW WIEMAN, MD:** And if you never use it,
you're never going to start to figure that out, aside from
of course studies, which you had just brought up. I guess
I'd turn it over to you for a second. With your experience
in IV, do you have any comments about how you've seen it?
Does it have any differences that you find? You've made a
couple of comments already.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah. It's great
to have all three formulations for us on formulary, and it's
definitely like the go-to rescue drug. So when a thing
works, that's when definitely it has a strong place for
that. However, I would say like we have like 50 operating
rooms and almost 200 cases a day. And if it can be used for
something like fentanyl, which is like used pretty much in
every case. The reason is and especially this is what all
the anesthesiologists always talk about is that they don't
want to use this. They will read about this on/off, like
they come out of the other anesthesia with the fentanyl. And
another thing is there have been a couple of studies or
something they keep quoting about like there was an increase
in the use of naloxone in patients who had oxymorphone
intra-op, postoperatively. And they don't even want to go
there or even try it. They kind of are concerned about that.

**MATTHEW WIEMAN, MD:** That's an interesting point
because the data that that comes from to my understanding is

Confidential                                          END00649534

COMPLETE HEALTHCARE                                              120
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012         Philadelphia, PA

based on fixed dose, very kind of old style studies in which

they gave them what we found out later, or the folks that

were here at that time, were very high doses of oxymorphone.

So they'd come out and get 20 and 40 milligram pills, and we

would see results where a lot of them had side effects.

**NALINI VADIVELU, MBBS, MD, DNB:** These things have

to be clarified, you know? And I guess the doctors have to

understand that info. That may be more marketing. I don't

know.

**MATTHEW WIEMAN, MD:** So perhaps some data with the

new study models.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah. And then

it's like Martin just said how the doctors are so -- no

familiarity. If they are familiar with something, and you

already know what to expect, what are the possible side

effects, and you've done this before, you've treated those

side effects. Things are moving so fast and you just don't

want to get into some waters it's too hard for you to

handle. I think just the fear. It may not be true, but --

**MATTHEW WIEMAN, MD:** Because the other thing you

mentioned is what was the -- that makes sense. You come in,

fentanyl's great. It's on, it's off. Surgery is over. Quick,

stop it. We go out. We didn't give him much.

**NALINI VADIVELU, MBBS, MD, DNB:** And that will be

competitor. Even in the PACU you use methadone. And then

Confidential                                          END00649535

COMPLETE HEALTHCARE                                                   121
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

it's also like (inaudible) significant long half-life.

    **MALE SPEAKER:** (inaudible)

    **NALINI VADIVELU, MBBS, MD, DNB:** I know, I know.
But for a really short time, for just that recovery room,
for half an hour.

    **MATTHEW WIEMAN, MD:** Well, what's interesting is
that again some of that may be a misunderstanding because
the half-life with the IV is quite short.

    **NALINI VADIVELU, MBBS, MD, DNB:** But I'm saying
what people are using. I'm not even saying about the
science. But all these things have to be available to the
doctors more.

    **GAVRIL W. PASTERNAK, MD, PHD:** Does this have a QT
problem?

    **MATTHEW WIEMAN, MD:** Excuse me?

    **GAVRIL W. PASTERNAK, MD, PHD:** Does oxymorphone
have a QT?

    **NALINI VADIVELU, MBBS, MD, DNB:** You see, all these
are big advantages which have to be --

    **MATTHEW WIEMAN, MD:** Yeah, there's no QT flags that
I'm aware of.

    [Crosstalk]

    **STEVEN P. COHEN, MD:** I had written like a very
inflammatory thing to guidelines for methadone, in like a
response their guidelines in *Annals of Internal Medicine*. I

Confidential                                          END00649536

COMPLETE HEALTHCARE                                                    122
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

was doing a review. And I saw that oxycodone, and they were
like some isolated reports, not like methadone or TCAs or
anything like this, with QT. So I would guess the drugs are
closely related. Like I said, it's neither here nor there.

**NEIL H. SHUSTERMAN, MD FACP:** We measured it in the
clinic. We obtained EKGs, and thorough QT study was not
required at the time of approval for this drug.

**NALINI VADIVELU, MBBS, MD, DNB:** I don't know how
to get, maybe more studies or maybe more physician
education.

**MATTHEW WIEMAN, MD:** All right.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah, we're
lacking in that. I just brought this one here. Of course I'm
not supposed to give it, I mean to you like that from me.
But I can just say what we use. Like he was just asking what
is the interconversion we use. Maybe that's not what you
recommend. But normally for 1 milligram of IV of oxymorphone
we convert it to 10 of the pill, the IR.

**MATTHEW WIEMAN, MD:** That is what is on the PI now.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah. And then
usually for breakthrough we give PO like sometimes even up
to 20. And we expect to see a result in like three to six
hours.

**MATTHEW WIEMAN, MD:** Now, you had said kind of last
resort, as the end of the line.

Confidential                                                    END00649537

COMPLETE HEALTHCARE                                              123
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah, yeah.

**MATTHEW WIEMAN, MD:** Do you see that is there any change in that over time? Have you seen people think this may be better off at an earlier stage?

**NALINI VADIVELU, MBBS, MD, DNB:** Yes. The fact that it is on the formulary has definitely changed over like the last three, four years. When it first came, and even now it's only restricted for the acute pain service or for the palliative service. It's not available for every physician in the hospital now. But even within these two services which are allowed to use it, we've started using them a little bit more just because it's available.

**HOWARD S. SMITH, MD:** Have you noticed that there's more oral use, as well?

**NALINI VADIVELU, MBBS, MD, DNB:** Oral use?

**HOWARD S. SMITH, MD:** As follow-up.

**NALINI VADIVELU, MBBS, MD, DNB:** Oxycodone is very close. They first would like to try oxycodone and like Dr. Pasternak says, most of the time it works. But then sometimes we use it, once in a while. In palliative care it's a totally different situation, using it like much, much more, IV Opana.

**HOWARD S. SMITH, MD:** Opana.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah, IV and IR. And then discharging them with ER.

Confidential                                          END00649538

COMPLETE HEALTHCARE                                          124
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

**HOWARD S. SMITH, MD:** So it seemingly it may have made a difference.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah, there is a difference, no doubt. Because it's available.

**ROB GATLEY, MD:** What are you saying, Howard, that if someone has used IV oxymorphone for whatever reason, are they more likely to be followed up with PO oxymorphone?

**HOWARD S. SMITH, MD:** Yes.

**NALINI VADIVELU, MBBS, MD, DNB:** It will happen, I can tell you with the palliative. So far at Yale I can expect that. It happens. We haven't done a study to see how many percentage of people, but we can see that it's happening. But not so much in the acute postoperative pain. They tend to go onto oxycodone PO and then get discharged like that. The surgeons, too, are not familiar. So you have to get to talk to the surgeons, too.

**MALE SPEAKER:** Why does critical care hospice use oxymorphone? That's unusual with the hospices I know.

**NALINI VADIVELU, MBBS, MD, DNB:** They use it because they think that the patients are taking such high doses of opioids. You should see some of our patients take extraordinarily high doses of opioids, so they feel that it'll be safe for them. Nothing is going to happen. They could tolerate it.

**M. CARY REID, MD, PHD:** That's in the inpatient

Confidential

COMPLETE HEALTHCARE                                                    125
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

setting. So we wouldn't see that in a home hospice or out-

of-hospital setting. The cost would be prohibitive I think.

**ROB GATLEY, MD:** As far as familiarity, I know that

in veterinary medicine, oxymorphone IV is used quite

extensively, often in preference to morphine. We don't

really know why. We haven't looked in the literature to see

how that developed. But it's not a rescue medication in

veterinary medicine. It's a first-line choice.

**GAVRIL W. PASTERNAK, MD, PHD:** Morphine in the

veterinary population is a tough drug to use. You give it to

the mice, they run around the cage. You give it to the rats,

they lie down. You give it to the dogs, they vomit. You give

it to the cats, God knows what happens, the proverbial cat

reaction.

**MALE SPEAKER:** Horses run faster.

**MALE SPEAKER:** I'm sorry?

**MALE SPEAKER:** Horses, they run faster.

**GAVRIL W. PASTERNAK, MD, PHD:** Well, actually I

think they're giving them other things. So I don't know

whether oxymorphone has that same species variability that

morphine does. But morphine really buries them. Well, what

was fascinating was when my little puppies were ill, and I

was talking to some people at the Animal Medical Center,

which is just down the road from us. And my dog had a

cardiologist. He had an oncologic surgeon. He had an

Confidential

anesthesiologist. He had an internist because he had a little congestive failure. When they went to the ICU they didn't know whether to admit him to the cardiac ICU or the pulmonary ICU.

**MALE SPEAKER:** Better care than many humans.

**GAVRIL W. PASTERNAK, MD, PHD:** No question. But I was talking to the anesthesiologists, and they say that certain species of dogs they use different opiates in because they think they work better. So I'm just wondering whether some of that might be playing a role in the choice of oxymorphone as opposed to morphine.

**ROB GATLEY, MD:** Looking at what little I have of the literature, it's possible it's species-specific, and there's really strong reasons for doing it, or it might be just tradition. It's been around for a very long time, and veterinarians and surgeons used to use it. And like evolution diverged. The vets still use it; human surgeons don't. Some of that might be research. When Opana ER came out, it was studied in indications for chronic pain. It was studied in low back pain. It was studied in osteoarthritis. It really wasn't studied much in situations of someone's in an acute situation, surgical, then going to an oral from surgery from an acute situation. So there isn't really a body of literature on that. To show that might be helpful.

**GAVRIL W. PASTERNAK, MD, PHD:** Yeah, but

Confidential                                                    END00649541

oxymorphone has an extraordinary body of literature in the

veterinary world. I mean, all the initial evaluations of

these compounds back in the '60s, '70s, '80s were all done

on rodents and done on dogs. So the veterinary population

doesn't have to work on the FDA studies. They've got all the

original studies exploring the molecule itself.

**MARTIN D. CHEATLE, PhD:** They're more discerning

than surgeons.

**GAVRIL W. PASTERNAK, MD, PHD:** Well, we heard this

morning that they spent five times the amount of time

learning about pain killers.

**MARTIN D. CHEATLE, PhD:** So I think the business

issue, you have to first demonstrate that it's a better

molecule. Otherwise, why should I use one versus the other,

and if you can demonstrate that. And second is I think

people are more comfortable. I did a consult at a 600-bed

regional hospital. All the inpatient is handled by

hospitalists, who have very little training in any of this.

And their biggest questions and concerns are, "I have

someone on a PCA with this, and how do I get him out of the

hospital." Now they're incentivized to get people out, so

they're really motivated to do it.

And all the consults are about how do I convert

this to this and what can I do? We did an audit, and there

are like four or five Narcan cases per month because they

Confidential                                          END00649542

COMPLETE HEALTHCARE                                                     128
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

were just so unfamiliar with the drugs, they were just

flipping from one to the other and not knowing the

conversion.

        **MATTHEW WIEMAN, MD:** So I'm hearing safety and

money right there.

        **MALE SPEAKER:** But first you have to say it's a

better molecule. Then you have to say that maybe it's a

safer sort of policy to stay within the same molecule base

when you're converting. And hospitals, again, it's patient

satisfaction they get reimbursed on, but also length of stay

is important. So if you can get someone out of the hospital

faster, that's a selling point. And if it's easier to

convert from here to here, I think that's a good point.

        **KAREN F. MARLOWE, PharmD:** (inaudible) people

coming back.

        **MALE SPEAKER:** Right, right.

        **CHRIS HERNDON, PHARMD:** AND that's I think the key.

        **KAREN F. MARLOWE, PharmD:** And if therefore

discharging them on something that they've been doing well

in-house on. Because what I see my residents doing is they

switch them to the discharge med on the day of discharge,

which is something that no matter how much I teach, they

still do it. And so they make the conversion, write the

discharge scripts and the papers and send them out the door.

And within 48 hours they're back in the ER with uncontrolled

**Confidential**                                              **END00649543**

pain or some adverse effect, and we have to readmit them,

which is now a huge event that we're going to be penalized

for.

And so if we could discharge them on the

medication they've been theoretically doing well on and on

the PCA or IV, and have them do well at home, now even if we

have to make some dosage adjustment at home or send them

home with some kind of breakthrough that is a consistent

medication, that would be wonderful.

**MARTIN D. CHEATLE, PhD:** That's our continuum.

**KAREN F. MARLOWE, PharmD:** That's the continuum.

**MARTIN D. CHEATLE, PhD:** What I see all the time is

they'll go from like PCA with high dosing of morphine or

whatever. Then they'll switch them to something else, and

then they'll discharge them with Percocet. So they're kind

of going down this way, and then the patient goes into the

ED as opposed to going from injectable to extended-release

plus breakthrough and getting him out. They aren't going to

come back. And so it is an education process. But it is,

it's familiarity. I know what to expect from this.

**GAVRIL W. PASTERNAK, MD, PHD:** There's also the

lack of incomplete cross-tolerance when I make that

conversion. When you're converting from morphine to

methadone, that's the classic one. But those tables that Ray

Hood developed back in the '50s and '60s really were on the

Confidential                                          END00649544

COMPLETE HEALTHCARE                                                    130
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

basis of the naive patient conversions. And those ratios we

all know do not hold up when you're dealing with a tolerant

patient. I think from the safety perspective, that's also a

point to make.

      **MARTIN D. CHEATLE, PhD:** This one case review is

amazing. This guy came in, I forget what his pain problem

was. But they put him on morphine. They had him on a PCA.

Then they went to oral morphine. Then they added a fentanyl

patch. Then they added a high dose of gabapentin. And this

guy had three different cases of Narcan injections because

of all this. And they just didn't know what to do with him.

They didn't know how to control the pain. And I think if you

just make it really simple and very, we go from IV, we go to

this, we go to extended-release, then we get you out of the

hospital. It's much easier.

      **JOHN PEPPIN, DO:** It's interesting. We did a study

in Lexington on the use of Narcan. It was over the space of

a year. And I think the resident who did it had almost 100

patients who had received Narcan. And there's actually a

protocol in our hospital that's been there for over a

decade. Nobody uses it. The protocol says if the patient's

doing this, then consider Narcan. So what we looked at was

Narcan was used. Was it used appropriately based on that

protocol. None of them, none of them we're appropriate. I

mean, it was really shocking. It was very shocking.

**Confidential**                                                    **END00649545**

COMPLETE HEALTHCARE                                    131
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

**HOWARD A. HEIT, MD, FACP, FASAM:** I think you have
to sell the idea of an oral PCA. When you're going from an
IV, you go to oral patient-controlled analgesia. I think
that's just sort of like a catchy way to do it.

**MALE SPEAKER:** Self-titrateable?

**MALE SPEAKER:** Mm-hm.

**NALINI VADIVELU, MBBS, MD, DNB:** I have a
suggestion.

**HOWARD A. HEIT, MD, FACP, FASAM:** The point is that
it is immediate-release.

**NALINI VADIVELU, MBBS, MD, DNB:** I think that if
like Endo had a booth say like in the ASA, American Society
of Anesthesiology or the postgraduate assembly, if you
really get the anesthesiologists to learn (inaudible) where
they could learn and start using it. Because we have like 30
to 40 million operations a year in USA. And so then once
they start using it, the surgeons will get more familiar and
they'll start discharging their patients, because they're
the ones who write the scripts for discharge. They might
discharge them on oxymorphone.

**MATTHEW WIEMAN, MD:** That was the thought. That may
be a possibility. And one thing you mentioned at the
beginning, too, one of the other ideas was that again
fentanyl, it's quick, it's on, it's off. You need to get
them in, you need to get them in recovery and then out.

Confidential

But lots of cases that I would do would be this person's not going home, or it's going to be an extended stay, or they're going to the ICU. If it's a big case, or it's far enough in, I'm okay to give 5 mgs of morphine now. I've been whisking fentanyl along, it's going to be a little longer. So in my eyes, I guess I would ask, is there any reason in those longer cases or patients you know are staying in or are going to be in a controlled setting, why wouldn't you be able to use oxymorphone, aside from right now formulary issues. Is there any barrier to that in your eyes? Any place for a drug like that?

**NALINI VADIVELU, MBBS, MD, DNB:** For us it's just restricted for the pain service. It's not for the regular anesthesia or just for intraoperative use. It's not really for intraoperative use.

**MATTHEW WIEMAN, MD:** So maybe data on this stuff?

**CHRIS HERNDON, PHARMD:** Can you replicate the studies you did comparing like a CR oxycodone and extended-release Opana to your IV formulations? Because a lot of our people that come in, they want their hydromorphone or their fentanyl. I mean, is there data on likability of IV oxymorphone compared to some of the others?

**MATTHEW WIEMAN, MD:** That's the only one we have out there was the two of those, euphoria and the psychomotor testing. But these are the examples that I needed. This kind

Confidential                                                  END00649547

COMPLETE HEALTHCARE                                            133
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

of data may be helpful to again exposing, showing the data,

having it available so folks get used to it.

        **ROB GATLEY, MD:** That is important. There is a

great lack of data on the use of IV oxymorphone. And the

cases you talked about are complicated people. Palliative

patients, they've got comorbidities. They've got lots of

medications. And I think, Cary, in geriatrics, that's a very

common situation. But I don't see anything having been

published. You've got these complicated patients that are

getting IV oxymorphone, how do they do. And can that be

compared to patients who are complicated who are put on

morphine? There really should be something in the literature

about these are the sites that are using it for this reason,

and these are outcomes. That kind of data would really help

establish to clinicians whether it's valuable to pursue

using IV.

        **MATTHEW WIEMAN, MD:** And the thing about that is

that you're naturally now doing studies. You're now exposing

centers to being able to use the drug. So it's a study, but

yet at least now a certain number, depending how we do it,

will have had access to it. In a certain number of hospitals

and some of these academic centers, it will be an option.

        **STEVEN P. COHEN, MD:** Even the less euphoria is

really a double-edged sword. You know that. There's no

reason in the world that oxycodone should be so much more

Confidential                                          END00649548

popular than MS Contin. It should be the opposite, right? Because morphine is older. Everyone knows morphine. And it's cheaper. I mean, the fact is that these patients, at least the ones with chronic pain, they're all suffering psychologically. They have social issues. They're depressed. They can't sleep. And if you give people a drug and they feel better, even if it's because they feel euphoric, they still say, "This drug works. This one doesn't work. I feel better when I take this than morphine."

So we all say it's great to have less euphoria, that this is good. But in reality when it's practice and people come in, they prefer the drug that makes them feel psychologically better. Because we all know that pain is not just nociception. Pain there's a cognitive component in pain. And so I think it's a good selling point to doctors, but in reality --

**MATTHEW WIEMAN, MD:** Yeah, sometimes you want to create euphoria in someone who's in horrible pain. It would help.

**MALE SPEAKER:** Yeah, these people don't have great lives.

**MATTHEW WIEMAN, MD:** Now for something like that, here's an angle on that. Then we talk about euphoria, cognition, psychomotor like in one group, although they're three separate topics. So one of the thoughts that I had was

Confidential

END00649549

COMPLETE HEALTHCARE                                                    135
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

potentially, and we've all been discussing it, is would the

outcome for this be more important to talk about psychomotor

outcomes, falling, staying on line, as opposed to "How high

am I today?" or "Can I still drive the car?"

        **HOWARD A. HEIT, MD, FACP, FASAM:** You don't want to

go there as a company using the word "euphoria". You want to

go out doing studies as far as likability.

        **MATTHEW WIEMAN, MD:** Likability, yeah.

        **HOWARD A. HEIT, MD, FACP, FASAM:** But you don't

want to go promote in any way, get out in any way, shape or

form euphoria associated with your product.

        **ROB GATLEY, MD:** I think if we're talking about

intranasal or inhaled oxymorphone, which is one of the ideas

that was just kicked around earlier, that would be an issue

because that's the butorphanol story, the Stadol. It's

really a molecule with low likability, butorphanol. But when

it was put in that intranasal administration kit, yeah.

Because of the very rapid onset of effect, it had

effectively a lot of likability.

        **GAVRIL W. PASTERNAK, MD, PHD:** It was only done

intranasally because it was so basically inactive orally.

They couldn't make a pill that had enough bioavailability.

        **ROB GATLEY, MD:** I'd assume with oxymorphone you

wouldn't have the 10 percent bioavailability. You'd have 100

percent, just like if it was IV, if you went to intranasal.

Confidential

That would be a consideration.

**MATTHEW WIEMAN, MD:** Okay. Is there any specific data now that we're talking about? We clearly would like more data. You're saying there's interest.

**GAVRIL W. PASTERNAK, MD, PHD:** I think that the conversion from IV to immediate-release, immediate-release to continued-release, and preferably at two different levels of tolerance I think that would be very helpful. And that would be very nice in terms of selling: the ease of converting the people, as we saw before. And to show that you can use those conversions at different levels of tolerance with the patient I think would be important, particularly because as you get more tolerance, the incomplete cross-tolerance issue, switching from drug A to drug B, becomes much more of a problem.

**RONALD J. TALLARIDA, PHD:** (inaudible) [Any info on fixed dose?]

**MATTHEW WIEMAN, MD:** Not right now. No, we don't.

**KAREN F. MARLOWE, PharmD:** I don't know if it's possible given the chemistry of the agent. The liquid morphine we know is primarily the elixir. But if someone could take the liquid and give it more of an extended-release property so that our cancer patients could still get the benefit.

So many of their caregivers have to be able to get

Confidential                                                    END00649551

COMPLETE HEALTHCARE                                        137
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

up through the night and have to be able to go Q-two-hours
with that liquid formulation. If somebody could take that
liquid and be able to, like some of the transplant people
have been able to do and give it a liposomal form or a
microemulsion so that it had extended-release properties, so
that primarily the palliative care folks could get the
benefits in an extended-release, I know that that has a lot
of implications for the abuse potentials of a liquid
formulation. But I don't know that it's any more than just
having a liquid formulation out there. But as far as the
benefits to that population, I think that would be huge for
them.

          **MATTHEW WIEMAN, MD:** I'll turn that over to Dr.
Pasternak.

          **GAVRIL W. PASTERNAK, MD, PhD:** Well, first of all
if it's liquid in solution, unless you're going to complex
it with something, which I wouldn't. Then it becomes a new
chemical entity. But when we talk about an oral liquid, I
don't know that it really has to be in solution. It would
have to be able to get down an NG tube. It has to get
through a gastrostomy tube. And there people make these slow
release formulations with these little pellets inside. If
you could make those pellets sufficiently small, you could
presumably still have them in an emulsion where you could
actually put them down the tubes and get exactly what you

Confidential
END00649552

COMPLETE HEALTHCARE                                                    138
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

would like, which would be a slow release.

     **MALE SPEAKER:** I've taken the capsule of Avinza and they're microbeads.

     **HOWARD A. HEIT, MD, FACP, FASAM:** Right, taking a microbead and just putting microbeads into that.

     **ROB GATLEY, MD:** I wonder is that even necessary though? Because oxymorphone does have a fairly long half-life. And if you look at the immediate-release, I mean, there's nothing to delay its absorption. Just it's poorly, slowly absorbed, so it ends up with a seven-hour half-life.

     **GAVRIL W. PASTERNAK, MD, PhD:** I don't know the data for oxymorphone per se, but one of the most striking things about opiates has been the lack of correlation between plasma half-lives and analgesic duration. And I think the best example of that would be methadone, where the presumed half-life is, quote/unquote, 24 hours, and yet we have to give it every six to eight hours for pain control. So I mean, if you could show that, then that would be fine. But my guess would be, based on the other compounds I am familiar with, that the half-life is going to not be a very good predictor of the analgesic duration of action.

     **STEVEN P. COHEN, MD:** But there are other long durations, like Kadian, possibly Avinza, I don't know, where you can actually crush it, stick it down an NG tube and have analgesia for 20 hours or 24 hours or something. So it's not

Confidential                                                    END00649553

COMPLETE HEALTHCARE                                            139
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

like it would be unique. Or methadone you could do the same

thing to, right?

        **MATTHEW WIEMAN, MD:** Yeah. I mean, the goal with

that one would be as you were saying, to make the pellets

small enough. Because right now they're small. But if

someone is basically unconscious or really can't swallow or

very demented or massive tumor, I think one of the next

steps would be to create an extremely small version of these

micropellets if possible. And of course this is cutting

edge, and we're thinking about what we can do next. The

other thought I had, too, is there some formulation change

that can occur with stomach acid or enzymes that it gels in

your stomach and then at that point. This is the very

beginning of these thoughts, but there are potential ways to

think about how you could make this a slow release

formulation.

        **GAVRIL W. PASTERNAK, MD, PHD:** You can go with that

high tech stuff, but I think if you can get Ensure down a

tube, then you can get many of these things that we have

that we're talking about down a tube fairly easily, as well.

        **MATTHEW WIEMAN, MD:** Okay. It makes a lot of sense.

We need data. But the formulation itself seems like a good

idea? You would potentially find reason for it in your

practice?

        **GAVRIL W. PASTERNAK, MD, PhD:** When you say IV,

Confidential                                           END00649554

would that also include subcutaneous pumps?

**MATTHEW WIEMAN, MD:** That would open up the door to all of that. The idea is to get people used to it and find out the best patient population. And then from there any kind of unique delivery method. I don't see why we couldn't use it like morphine, all other things aside, in many, many cases.

**GAVRIL W. PASTERNAK, MD, PhD:** But the nice thing is that the solubility I think of oxymorphone should be much greater than morphine.

**MATTHEW WIEMAN, MD:** Yes.

**GAVRIL W. PASTERNAK, MD, PhD:** So for a pump, it might be more amenable to use.

**MATTHEW WIEMAN, MD:** That's a good point.

**NALINI VADIVELU, MBBS, MD, DNB:** I think they use it subcutaneous sometimes.

**MATTHEW WIEMAN, MD:** They do the IM subQ, yeah.

**NALINI VADIVELU, MBBS, MD, DNB:** Palliative care, yeah.

**MATTHEW WIEMAN, MD:** Great.

**NALINI VADIVELU, MBBS, MD, DNB:** But you know, like in our conferences, like they always have booths for say oxycodone booth and fentanyl booth, so that all the people are familiar with those kind of drugs. So if there was another small booth, explaining all these things like the

Confidential

continuum of care, the different preparations, at least

small practices might start getting interested, don't you

think? What do you think, Steve? You are an

anesthesiologist. You can say.

      **STEVEN P. COHEN, MD:** The practice would be

interested if you did which?

      **NALINI VADIVELU, MBBS, MD, DNB:** If you had a

little like exhibition, like inside these big conferences.

      **STEVEN P. COHEN, MD:** You remember the ASA thing?

      **NALINI VADIVELU, MBBS, MD, DNB:** Yeah, yeah.

      **STEVEN P. COHEN, MD:** Okay, so I'm chair of ASRA

this year. Look, I don't get any money. This is (inaudible)

job. But I think that this is great that companies actually

want to do this Because for instance, it's a great way to

educate. And the conferences nowadays, I mean, ASA is just

enormous. I mean, there's 20-something-thousand people. But

the way that the conferences are designed now is there's

like a mandatory hour and a half break where people go into

those things and they see them. So it's not even that it's

just like kind of parenthetically there. Basically they're

designing to do this. And I think it also establishes

loyalty. Everything is written over here. The company's name

is on the program. It goes out with the sponsors. We'd like

to thank this. So I think these are great things. I mean,

look at all these companies that are really big.

**Confidential**

COMPLETE HEALTHCARE                                          142
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

I mean what separates one drug from the other? It's basically advertising. I mean, Lyrica is a nice drug. It's not any better than nortriptyline for anything. Nortriptyline is first-line treatment for all kinds of headache prophylactic, and all the guidelines, European, Canadian and ISP say that TCAs are first-line treatments, just like gabapentinoid drugs. But the only difference is its advertising.

And Pfizer does a lot of these things, also. They have outreach programs everywhere, Johns Hopkins. And I think that the company does a really good job because they don't specifically just have these out. They're educational programs, and you can go and you can speak. I went to Toronto and I spoke in Toronto. I didn't even know that it was being sponsored by Pfizer. My talk had nothing to do with Pfizer. And I showed up for dinner, and there was someone from Pfizer there.

I think that these really establish good publicity for companies. If I were trying to sell a specific product, and I think that this product is really good for that audience for something like ASRA because it's acute pain, it's chronic pain, and it's anesthesiology. All of them are together. These are the venues that I would advertise in. But again, I don't make these marketing decisions.

**NALINI VADIVELU, MBBS, MD, DNB:** It will be cheaper

Confidential
END00649557

for you. It will be cheaper to just go to these big
conferences versus going to each and every hospital in the
whole country, right? I mean, to start with at least.

**ROB GATLEY, MD:** [Are we getting the cart before
the horse?] I'd like to start with (inaudible) because the
advertising has to be based on data. And we're at the point
now saying, "Well, we don't really have data about why it is
useful to have IV." Are there case studies? Are there some
small clinical trials? Or Pat actually from pain management
nursing, a lot of these choices about formulation, what
formulation is suitable for this patient fall across
nursing. Just some data on clinical experience with these.
That's the kind of thing that has to be established first,
and then there's something to present at the booth.

**MATTHEW WIEMAN, MD:** Yeah, and this is the kind of
questions.

**MALE SPEAKER:** But right now we're trying to find
the stuff as the basis of what's at the booth. We don't have
the data yet.

**MATTHEW WIEMAN, MD:** And this is the kind of
questions we're asking from you folks. Is it interesting
enough for us? Because obviously that's what it is. We're
going to have to go get studies, create the data. Then have
a presence scientifically, purely, because it's not labeled
or anything like that. It's going to be based on research.

Confidential                                                    END00649558

COMPLETE HEALTHCARE                                             144
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012        Philadelphia, PA

Then go to symposiums, research kind of seminars. And then

eventually of course you could go commercial if it ends up

going that way. But at least have a scientific presence, is

that what you're saying, at some of these meetings?

         **NALINI VADIVELU, MBBS, MD, DNB:** I mean, even with

just what you have. You have all this stuff. Do you agree?

         **STEVEN P. COHEN, MD:** You're absolutely right. I

mean, look at, they come out with another muscle relaxant.

There are 40 of them available. And you go and they

advertise this thing. And it's the same thing for

everything. A massage table. Have you ever been to these

things?

         **MATTHEW WIEMAN, MD:** Yeah.

         **STEVEN P. COHEN, MD:** Someone gives you free

massages and they have coffee over there. And people go over

there and they buy the massage tables. There's nothing. You

have a drug. It works. It's approved.

         **NALINI VADIVELU, MBBS, MD, DNB:** We have some data.

We need a little more.

         **STEVEN P. COHEN, MD:** I'm not sure what data you're

looking for.

         [Crosstalk]

         **MATTHEW WIEMAN, MD:** Not necessarily head-to-head.

Just data to say "We've been there. We've done that. We do

have data to show that you can use it IV and there's good

Confidential

results. So it's safe, and there's not a head-to-head

outcome, but we can show you. We actually have used it.

We've studied it. Here it is." It may not be mind-blowing,

but it creates an opportunity to discuss and disseminate the

literature.

**HOWARD A. HEIT, MD, FACP, FASAM:** Well, you're

never going to have head-to-head data are you?

**MATTHEW WIEMAN, MD:** Sorry?

**HOWARD A. HEIT, MD, FACP, FASAM:** You're never

going to have head-to-head like oxymorphone to A, B.

**MATTHEW WIEMAN, MD:** It's very unlikely.

**MALE SPEAKER:** I think impossible because no

company's going to submit to it because they'd lose the

race.

**NALINI VADIVELU, MBBS, MD, DNB:** It's FDA-approved.

**ROB GATLEY, MD:** But there's other sources of data.

There might not be randomized clinical trials, but

experience and case studies. I think like Pat you just say

something about pain management nursing because I think

that's an area that the availability of formulations like

this are important, as Karen was mentioning, there's a

nursing issue, that it would be valuable to have an oral

liquid that lasted a longtime so there would be fewer doses.

A lot of times the quality of pain management has to do with

administration of it. It's not going to work if the

Confidential                                                    END00649560

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

146

patient's not getting it.

HOWARD A. HEIT, MD, FACP, FASAM: But then you're going to best clinical practices, which is fine, especially in pain management. There's so little hard data that the next best thing is best clinical practices, and that's what you're saying.

PATRICIA BRUCKENTHAL, PhD, ANP-C: But you have the practical applications. You presented that in the last slide deck. There are probably three points. You said earlier, your patients remember three points. I remember three points. But there are still three points from that last slide deck that I remembered about the older adult, the bioavailability, and the psychomotor. And that interested me as a nurse to have that information. You could still go out to these venues and present case studies or what's unique or why should I prescribe this drug if it was available. That's the sticking point again, and we brought that up from the beginning. It's difficult to get access to that particular drug.

ROB GATLEY, MD: And does that prove to be an issue. If you've got someone on a drug that's a tablet and they're not able to swallow it and you have to make a conversion. Is that really of value to know that there's another product, same molecule.

PATRICIA BRUCKENTHAL, PhD, ANP-C: I think it's a

Confidential

COMPLETE HEALTHCARE                                      147
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

big value, and that discussion came out: the continuum of

care and not having to do the math and convert. I know you

have to do the math to convert, but from the same drug to

the same drug is a lot easier than from this drug to a

different drug.

       **GAVRIL W. PASTERNAK, MD, PHD:** It's the Windows 8

approach. [Laughter] Same operating system, multiple

devices. Same drug, multiple approaches. I think that would

be valuable.

       **ROB GATLEY, MD:** There's one more topic we wanted

to get out of this that I think is important. And that's

there's been the abuse of long-acting opioids, of OxyContin

in particular, so Opana ER has been reformulated as a TRF.

And in that little window of time, as Neil's going to talk

about, between when oxycodone became tamper-resistant and

when Opana ER became tamper-resistant, there was a huge

migration of abusers from OxyContin to Opana ER. So now

Opana is known as a drug of abuse. It's got a popularity it

never had before. That's also likely to pull abusers towards

other forms of oxymorphone, like IR, which at present

doesn't have any tamper-resistant features. It's extremely

easy to crush IR. So that's another consideration in this

topic of formulations. If the ER is tamper-resistant, should

the IR also be converted to tamper-resistant? Would that

make a difference to your practice? Do you think that would

**Confidential**                                      **END00649562**

COMPLETE HEALTHCARE                                              148
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

be an important issue?

          **MARTIN D. CHEATLE, PhD:** It will be important for
publicity. If you said all the products were tamper-
resistant, you would probably get interest from a lot of
physicians.

          **HOWARD A. HEIT, MD, FACP, FASAM:** The majority or
abuse of the immediate-release or the continued-release is
just taking the whole pill. Second is then crushing it.
Third is shooting it, and fourth is snorting it.

          **STEVEN P. COHEN, MD:** Yeah, and it really only
deters a small percentage of abuse. So the people who are
going to sell it or divert it, because there's lower street
value, are the people who are going to crush it. But the
people who just take two or three pills, it doesn't stop
that. But the other thing is, the typical thing that I do
and just because it's cheaper and you don't have to go
through all the authorization, which again is a big, huge
pain, is if someone's a good candidate for opioids, they go
on something where you don't need authorization, a cheap
drug, morphine, fentanyl, where you don't have that those
things. Or you can take the transdermal.

          The formulation by itself is abuse-deterrent. but
then if somebody starts to exhibit a lot of aberrant
behaviors, and I'm curious, they just go off. There's on
irrevocable right for somebody with chronic back pain or

Confidential                                          END00649563

abdominal pain to be on opioids. And this is the practice of

the large majority of people. If somebody is on morphine,

and then they're testing positive on urine tox screens, or

they're losing prescriptions or there's a lot of things,

they go off. And this is the same thing. No one is putting

these people on an abuse-deterrent formulation because again

it's just a big, huge headache. And I think a lot of primary

care doctors are looking for a reason to get these people

who are escalating doses, off.

      **MALE SPEAKER:** And fentanyl's very abusable.

      **MALE SPEAKER:** Right.

      **MALE SPEAKER:** The street value is about a buck and

(inaudible).

      **MALE SPEAKER:** They cut heroin with fentanyl all

the time.

      **MATTHEW WIEMAN, MD:** I think that's a good point.

And I think that's one of the comebacks to the honesty part

of why the academic honesty and transparency are right up

front, which is that clearly there can be no claims made

about the TRF formulations of any kind at this point.

There's preliminary data. You're going to see some right

after lunch, as well, the publications come out for

OxyContin new formulation.

      I guess the idea is does it matter to you that

it's one more step. So it's the analogy of walking down the

Confidential                                    END00649564

COMPLETE HEALTHCARE                                               150
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

street, one door is open. The next door is closed. The next

door is locked with an alarm system. The folks that want to

get it may get it, but does it matter to you that there's

potentially, and again we're going to have to wait for the

ultimately results, some incremental benefit in what TRF may

bring to the market?

        **ROB GATLEY, MD:** I think it's formulation-specific,

too. As Howard was mentioning, the most common form of abuse

is just swallowing tablets whole, and with long-actings the

next would be chewing them. In the Lynn Webster study where

he compared intact OxyContin to crushed OxyContin, he also

compared it to Oxy IR, to instant release. And when they

were taken orally, there was a huge difference between the

crushed and the intact OxyContin. but between crushed

OxyContin and intact Oxy IR, there wasn't really any

difference in likability. So if there was a tamper-resistant

version of oxymorphone IR for people who just were going to

chew it, it wouldn't really make any difference.

        **MATTHEW WIEMAN, MD:** And I can see, it makes sense.

If you have a serious problem with a patient it's not a

solution. But could it be part of your practice? Again, with

oxymorphone to me it comes to why not start with a drug that

has a TRF formulation if it's available. So that's kind of

where I'm coming from with that. I don't see it as a silver

bullet.

Confidential                                    END00649565

COMPLETE HEALTHCARE                                              151
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012        Philadelphia, PA

**STEVEN P. COHEN, MD:** It's a great thing, but the
thing is a lot of the drugs that have a TRF formulation are
even more expensive or you require authorization or there's
REMS. And that's why people start with morphine.

**MATTHEW WIEMAN, MD:** Sure.

**STEVEN P. COHEN, MD:** And I'm not saying if you're
an addictionologist, but if you're a guy in private
practice. We had this yesterday. Someone came in, and it was
written abuse all over, and they were wanting opioids I'm
not going to put them on opioids no matter what. It's just a
road that I don't want to go down. So I think it's great,
but I think that when you create a formulation like this and
then you have to go through loopholes to get it, whatever it
is, filling out forms or having a talk or having to fail
this therapy and this therapy or this therapy,
authorization, then it becomes a problem.

**MARTIN D. CHEATLE, PhD:** That's why hydrocodone is
still the most abused drug because people just say, "I don't
have to do anything."

**STEVEN P. COHEN, MD:** It's easy.

**MARTIN D. CHEATLE, PhD:** I can give you 60. Now
we're going to do REMS. I don't have to do that. I can
always give you Vicodin. I can just give you hydrocodone.
And that's why it's abused by everybody. Addicts go to
what's available, period. And if you can do anything to

Confidential                                    END00649566

COMPLETE HEALTHCARE                                              152
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

mitigate the risk, there's probably an advantage from the
publicity perspective. I'm not sure it will really change
anything.

**MATTHEW WIEMAN, MD:** You guys will see some
interesting data, too, in Neil's section where there are
some thoughts by different groups and some data that shows
that there perhaps are some fingerprints of abuse for
different molecules. So there's different routes of choice
of certain different molecules. And you'll see it in
context. It's pretty interesting. Rob, did we hit the last?

**ROB GATLEY:** I think we've hit pretty much all the
points now. We discussed the value of the different
formulations. We had some background slides that were really
very similar to what Chris covered in his presentation. And
with the formulations, we wanted to talk about what kind of
patients you would use them for, in what situations. I think
we've hit that with where IR and IV would be useful, and to
wish-list formulations like oral solution, where that might
be used.

**MATTHEW WIEMAN, MD:** Some of the settings will be
interesting, too, because we broke it down to something
about, so the IV. I thought about this patient type or the
setting. So there's a lot of combinations of potential there
that we could look at. So, where are some places, and we've
started that discussion, where it may be used, and we may

Confidential                                    END00649567

COMPLETE HEALTHCARE                                             153
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

find some good places for it.

**HOWARD A. HEIT, MD, FACP, FASAM / ROB GATLEY, MD:**
Can you go back to the slide that had the graph on it just
for a second? You illustrated something about absorption and
that whole fat solubility. Because you see the two peaks
there with the IR. That's because patients were fed at four
hours a fatty meal, and that's one of the odd things about
the absorption of oxymorphone ER. If it's combined with fat
or with alcohol, it's absorbed more rapidly from the gut.

**HOWARD A. HEIT, MD, FACP, FASAM:** Right. Wasn't
there just a paper published about cognitive ability, about
taking it two, three hours after or taking it on a fasting?

**ROB GATLEY, MD:** Yeah, I think it's Gustason[sp?]?
Yeah.

**HOWARD A. HEIT, MD, FACP, FASAM:** Last week.

**ROB GATLEY, MD:** Right, it was a Swedish group.
That was an IAS study. They did show that there was a very
minimal effect of patients who were fed on cognition.

**HOWARD A. HEIT, MD, FACP, FASAM:** And taking it
fasting as far as their cognitive ability, reaction time.

**GAVRIL W. PASTERNAK, MD, PHD:** How much of a change
in the differences in absorption with alcohol?

**MATTHEW WIEMAN, MD:** It ranges from negative to 270
percent increase, depending on the dose of alcohol you get.
The folks that reached that level were taking 240

**Confidential**                                          **END00649568**

COMPLETE HEALTHCARE                                          154
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

milliliters of 40 percent alcohol, so they were doing a

beaker full of straight vodka. And they were made to drink

it all at once. So it was an interesting study.

**MALE SPEAKER:** And a cheeseburger.

**MATTHEW WIEMAN, MD:** Yeah. What they found, the

important thing about that is that there was a big range in

what happened. In the end it wasn't discovered why, and when

you did out the numbers, the C-max went up and down. But the

overall area under the curve didn't change, so that's why

they were able to say this wasn't like a Palladone dose-

dumping type issue. However, it's absolutely true that you

have very variable and usually rate of increase of the drug

in your plasma with alcohol.

**GAVRIL W. PASTERNAK, MD, PHD:** The Palladone was

the fact that they matrix they used was alcohol soluble.

**MATTHEW WIEMAN, MD:** Exactly. That's why I was

saying it's important to note, it's true, we had this

interaction. To caveat it, we don't know why. You should

never drink alcohol with it, and we proved that it wasn't a

dose-dumping phenomenon based on the area under the curve.

**GAVRIL W. PASTERNAK, MD, PHD:** By the way, they

knew that about Palladone long before the launch.

**MATTHEW WIEMAN, MD:** I was not aware of that.

**MALE SPEAKER:** But your pills are not soluble in

alcohol at all?

Confidential                                      END00649569

COMPLETE HEALTHCARE                                        155
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**MATTHEW WIEMAN, MD:** They showed no release. There was no dose-dumping of the pill if it was placed in solution.

**ROB GATLEY, MD:** It didn't cause any breakdown of the matrix. The effect was the same as fat. The alcohol had the same effect as a fatty meal.

**MALE SPEAKER:** The newer matrix actually showed slower release.

**MATTHEW WIEMAN, MD:** Yes, it actually slows down. It's polyethylene oxide, so it's actually basically a type of a (inaudible).

**GAVRIL W. PASTERNAK, MD, PHD:** I'm just wondering whether or not this may have an impact on the abuse liability if you're going to increase your bioabsorption 200 percent in the presence of alcohol, that seems like a party.

**MATTHEW WIEMAN, MD:** It's certainly something that is not recommended to do. We have found it. We don't know why.

**MALE SPEAKER:** There are a lot of things we don't recommend.

**MATTHEW WIEMAN, MD:** No, it's an important fact. And that's out there. It has to be dealt with.

**ROB GATLEY:** I think we covered the topics there. So we've got lunch until 12:45 in the same room we had for breakfast.

Confidential                                         END00649570

[lunch]


[FILE 4]

**MATTHEW WIEMAN, MD:** So as Neil says, we're bringing us back together. Post-lunch here, a little bit more of a push. I think we've had a really good set of conversations. I think we've hit on a lot of topics, which is the nature of this right now.

**MALE SPEAKER:** Question. I'm sorry to interrupt.

**MATTHEW WIEMAN, MD:** No, no.

**MALE SPEAKER:** This is what the product is made out of, which I found fascinating. This is the matrix.

**MATTHEW WIEMAN, MD:** It is interesting. No, thank you.

[Background Conversation]

**MATTHEW WIEMAN, MD:** So thanks again. Welcome back from lunch. Just a little bit more time. Just to keep everybody energized here. I think you're going to really like this next section. A lot of really interesting data on some of the initial preliminary results. And again we have another distinguished guest here: the Vice President of Clinical Development and Medical Sciences and Senior Medical Advisor, Neil Shusterman.

Confidential

END00649571

COMPLETE HEALTHCARE                                          157
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

Effect of Reformulation of Opana ER on Abuse of the Product:

Early Experience from Surveillance Data through 3Q 2012

**NEIL SHUSTERMAN:** Thank you, Matt. So, as I

mentioned earlier, I spent most of my career in clinical

development, designing clinical trials, conducting clinical

trials, analyzing the results, defending the results to the

FDA. But recently I moved over to the dark side: drug

safety. So what I see every day is the bad, the ugly, and

the uglier: about 601 reports of adverse drug reactions from

spontaneous reporting each year, and whatever we bring in

from our clinical trials. So I have a very skewed view of

the world now than I did before. I don't see any benefit. I

only see bad.

But anyway, I bring that up as a segue to actually

going off-script for a couple of minutes because Matt graced

me with 15 extra minutes, and I was wondering how I was

going to fill them. And this morning as part of the early

part of the discussion, I was interested a lot in what John

had to say. And one of the premises, or I should say one of

the supporting facts that I heard in evidence was that both

at the undergraduate and the graduate medical level, there's

not enough education about not only opioids, but proper pain

management. And a lot of information along those lines was

shared with the group.

So that's actually a lead-in to, if that's sort of

Confidential                                          END00649572

the starting position, then how do we educate people? And I
know you can take it at any part in the training cycle you
want, starting from medical student to trainee to obviously
people practicing in health care professions. So the FDA did
put into effect earlier this year the Risk Evaluation and
Mitigation Strategy for the Extended-release and Long-Acting
opioid products, otherwise known as the ERLA REMS. And all
companies are mandated to be part of it. So I did want to
correct one misimpression this morning. Not a single
taxpayer dollar is going to that REMS. It's coming from all
of the member companies, of which there are about, depending
on who's getting new drugs approved. I don't think Zogenix
will be part of it right way based on the committee meeting
that occurred. But it's about 20 companies.

          So what I'm interested in sort of stimulating a
discussion on is the FDA has reached the conclusion, and I
don't think it's an unreasonable conclusion, that if
education is the missing element, why wouldn't supplying
education be not a cure for all of the problems that ail
this area in terms of abuse, misuse, and diversion, but
wouldn't it be the right direction. So I'm kind of
interested in why that theme didn't seem to play.

          Probably a lot of people here have read a number
of articles in the *Annals of Internal Medicine* and *JAMA*,
people putting up relatively negative views about the FDA's

Confidential                                          END00649573

efforts. And please keep in mind, the FDA is nothing else is

a regulatory body that needs to function within the laws of

the land. So I've read a lot of those articles. There's a

lot of ideas about out there, "Why don't they do this? Why

don't they do that?" If they don't have the regulatory

authority within law to do something, they're not allowed.

That's what the United States is all about in terms of our

system of government.

So for example, some people said it should be

mandatory. All physicians to get their DEA license renewed

should go through some kind of educational process. But what

they're failing to understand is that there is no

regulation. The FDA cannot do that. Until Congress puts a

law in place that says that and it's signed by the

President, they can't do that. So there's sort of this

people saying things in press and leading to this general

impression that the REMS is either a set-up for failure,

which it might be. It might not work. But it's sort of what

they have under their control under the laws of the land.

So at least going back to the premise of

education, I would like some comments and feedback about

that. Because we're spending a fair amount of our good money

and our own internal peoples' time trying to make this work

because that's what the FDA has asked from us, and that's

what we're committed to do. And I wish Linda Kalinski[sp?],

Confidential                                                    END00649574

COMPLETE HEALTHCARE                                                    160
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

who is our educational guru, were here to participate in

this discussion as well. So I'll throw it open to anybody

who wants to just comment. There's no right or wrong answer.

I'm just interested in sort of if education isn't the

answer, or this isn't the way to go about it, what works

these days? What should be tried? What makes sense? Anybody.

          **PATRICIA BRUCKENTHAL**, **PhD**, **ANP-C**: I'm thinking one

of the issues we grapple with is what's the education, what

are going to educate people about. I think there's probably

different levels of learners. One thing we know is education

in and of itself doesn't change behavior. So this is a

really complex problem, and I know from teaching on the

undergraduate level, the gradual level and then out to

practice there are certain concepts that I think should be

taught at a certain level and then the student or the

learner hasn't been exposed to something, some concept, and

so it's not valuable to them.

          So from a practical reason, teaching the

pharmacology of opioids is an important thing for a student

to know, like learning how to use an antihypertensive or

learning how to use an antimicrobial agent. That's

important. But some of these other things that we're talking

about, the complexities may not be as meaningful to people

until they're out in practice.

          **NEIL SHUSTERMAN:** But all this education is geared

**Confidential**                                          **END00649575**

to practicing physicians. I think many people probably have
read the FDA's blueprints. I think a lot of things in there
are basic, sound approaches: which patients you select for
opioids, how you monitor them once they're on the drugs,
when you take them off of that. I think a lot of that is
actually missing from physicians' and health care providers'
repertoire of what they do rather than just writing a script
saying, "Take this. This will help your pain."

        **GAVRIL W. PASTERNAK, MD, PHD:** There's also an
extraordinary amount of diversity of opinion as to what you
should do for each one of those points.

        **NEIL SHUSTERMAN:** Yes.

        **GAVRIL W. PASTERNAK, MD, PHD:** And that to me is a
major issue. Education is great, but what's the curriculum?
Who decides what we should say? And the problem, as I
mentioned earlier this morning, is that you tell people, and
then they hit other people that have a difference of
opinion. When we tell the students, they hear us. They got
the floors. They have other doctors they follow, different
opinion. And it's right back to where we started. So the
question I guess I would have is what criteria, what are we
going to teach them. Is there anything that really is
sufficiently established that everybody would agree that
this is important, or are you going to have controversy, in
which case people are just going to walk away from us

Confidential                                                        END00649576

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

162

saying, "I don't believe it, and I'll believe the other
guy."

**NEIL SHUSTERMAN:** Well, as I said, I think the
blueprint itself gets to be interpreted by the education
providers. The content is not dictated by the companies. And
then the actual delivery of it is independent of us and is
audited by the FDA. So from the standpoint of an educational
approach, it's probably as good as things are in the 21st
century. But I'm kind of looking if there's other kind of
ways in an adult learning situation that maybe the FDA could
have been more creative in how they went about in terms of
education. [Laughter]

**MALE SPEAKER:** Sorry. I just can't keep my mouth
shut.

**NEIL SHUSTERMAN:** I was hoping you would say that.

**JOHN PEPPIN, DO:** Well, first of all the FDA spent
a lot of taxpayer dollars in the FDA. They're not funding
the REMS programs, but they spent millions of dollars with
committee meetings, et cetera, et cetera. So I mean, just to
verify that point. Secondly, they certainly could have done
things like make it mandatory, if they were willing to work
with other agencies. They could have worked with the DEA.
They could have made this part of just your DEA license. I'm
not saying they should have, but they could have done that.

**NEIL SHUSTERMAN:** Not without legislation. DEA

Confidential                                                      END00649577

COMPLETE HEALTHCARE                                                163
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

doesn't have that authority either. They need legislation.

**JOHN PEPPIN, DO:** That is not absolutely for sure.
I mean, they may well have had the authority to do that, the
DEA now. But okay, apart from that. Basically the way the
REMS has been formulated really is just very similar to what
we've been doing before. So if I'm a talking head at a
meeting, and I do a lot of that, right? I'm a ham. I like
standing up and talking to people. Do I really change
behaviors? Do I really make an impact? Not much. And the
data shows that with CME.

And talk about creative. I mean, it needs to be
creative. It needs to be interactive. It needs to be
something very unusual. They need to work with adult
education and come up with programs that are going to make a
difference. But that's another problem with REMS: There is
no evaluation. So what are we going to do? We're going to
look in three years or five years, and if people are still
dying from opiates, then what?

**NEIL SHUSTERMAN:** Well, there's an evaluation of
the individuals who take the education and the success of
how many prescribers we've reached and things like that.

**MALE SPEAKER:** I think that's smoke screen.

**NEIL SHUSTERMAN:** So the FDA uses a lot of the same
sources of data that the company uses. So although they may
not explicitly state that, I think they're kind of looking

Confidential

END00649578

COMPLETE HEALTHCARE                                    164
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

in the background there of what's happening. And they've

gone on record at least with us as saying, "If this is not

reducing the outcomes you're talking about -- deaths from

overdoses, abuse rates, things like that -- then they need

to move in an additional direction or a different

direction."

          **MARTIN D. CHEATLE, PhD:** I think the problem is the

way that REMS is set up, it's the archaic way of teaching.

They don't do it in the medical schools anymore. We just got

a grant at Penn from the Pain Consortium from the NIH to

develop one of these educational modules for nursing,

pharmacy, this and that. But we actually got experts from

the learning center about how we can do this differently.

And I think they didn't do that.

          I like case-driven ones. And what we're doing is

setting up scenarios. So a patient comes in with this, and

here's when it went really well on script, and here's when

it went really poorly. And they just found by using the

right expertise that they can really get the message across

in sort of case-based good and bad scenarios. And I even

suggested they get like a communications person in. I always

thought that was just for football players, but actually we

did a seminar with a couple of communications people. They

are really bright about how you hit audiences, how you

communicate your message, identifying what the audience is.

Confidential                                          END00649579

COMPLETE HEALTHCARE                                             165
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

So I think it's just such an archaic kind of again talking-
head, just these are the points. I'm not sure it's going to
have much of an impact.

           **STEVEN P. COHEN, MD:** So they have to say that, you
know, you see this all the time, smoking can be hazardous to
your health. Everyone knows this. There's no one in the
world who picks up a cigarette now who doesn't know that
smoking can be bad. It's the same thing with alcohol. So the
government is mandated to do things like this. So the army,
you put young 18-year-old guys and 18-year-old girls
together in a stressful situation, there's alcohol.

           There's going to be complaints of sexual
harassment, and it happens at all the academies. So now
everybody every single year has to sit through a video that
you shouldn't rape someone. If someone says no, they mean
no. But these things still are going to happen. And maybe
you can get very, very, very low-hanging fruit from this.
And like I say, the government does this stuff all the time.
Like war is an inherently dangerous job, you know, to be a
solider, and so they can have you go through weeks and weeks
of training, cultural sensitivity. If you didn't drop it on
the ground, don't pick up unexplored (inaudible) And maybe
you can save a couple of people. But people are still always
going to die. And opioids, again, there's an inherent risk
to prescribing these.

Confidential                                        END00649580

COMPLETE HEALTHCARE                                          166
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

So what ends up happening is you start to -- sorry for all these clichés -- basically you're kind of punching tickets. Like, this is what we have to do, and this is the least painful way to do it. And it's a reasonable thing to do because look at, people, doctors know, everyone knows that opioids have a risk. This is what you should do. Patients know when they're doing something right and doing something wrong. I think some people you can make it safer, but for 95 percent of the cases where a problem happens, I don't think it can be prevented by REMS. So people take kind of the easy road out.

I think the government has to require things like this, just like if you're advertising for a chairmanship at Mass General. It has to go into a magazine, even though if you're some guy off the street and you say, "Well, I'd like to be the Chairman of Surgery at Mass General," you have no chance. But it's something it's actually mandated to do. They have to. It's a government organization. Sorry, I went way off.

**NEIL SHUSTERMAN:** No, I appreciate all these comments because this is something that we literally live and breathe every day. And we have to. We have obviously no choice because we're a regulated industry. Anyway, that was fun. I appreciate that.

So what I'm going to do today is this is really

Confidential                                          END00649581

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

167

the first audience that we've actually presented some of our

surveillance data, which we've been monitoring ever since

Opana was approved. And several years ago, obviously, as

oxycodone went through a reformulation, we figured, well,

the next big abusable drug on the blog was going to be us.

And we partnered with the German company, Grunenthal, using

their technology, with is the INTAC technology, to

reformulate Opana in a way that resisted crushing. Now, bear

in mind that the original formulation of Opana had a gelling

agent in it, so it already tended to resist solubilization

and therefore intravenous abuse has in general been a low

frequency form of abuse. And the reformulation also has that

gelling property through polyethylene oxide, as I think Matt

mentioned, and that also becomes a gel state when mixed with

water. So that barrier remains the same.

However, as I'll show you, the old Opana was very,

very easy to crush. Anybody in this room could easily do it

by just taking their first and reducing it to a powder on a

tabletop. And therein lay the problem as I'll get to because

nasal insufflation, snorting was the major route of abuse

with Opana. And we felt therefore we needed to come up with

a technology that would make it harder. Does it fix all the

world's problems with abuse? Obviously not. Anybody who is

dedicated, and we know there's people out there, will

continue to find ways to get around that. But for those who

Confidential                                                    END00649582

wanted the quick and easy way, they're at a party, they
wanted to snort it, you just can't do it that easily, as
I'll show you in a couple of minutes. That was the theory
going through our heads as we developed this formulation.
So, I've gone through a lot of that formulation history, but
then I'll also show you some data since it's been on the
market.

Everybody's seen this slide. I don't see how any
of these talks can start without showing the magnitude of
the problem. And we felt that being responsible to what we
knew to be our specific contribution to the problem was the
right thing to do.

**HOWARD A. HEIT, MD, FACP, FASAM:** It's interesting
that the lines are always parallel to each other, directly
related to the sales are the percentages, that the deaths go
up in the same rate.

**NEIL SHUSTERMAN:** Treatment and sales.

**MALE SPEAKER:** Yeah.

**JOHN PEPPIN, DO:** You'd see the same thing with
heroin, right?

**HOWARD A. HEIT, MD, FACP, FASAM:** Well, I mean,
availability, availability. That there's a percentage,
almost a fixed percentage that will use it. It's if you want
to say alcohol, 14 percent in the United States, opioids 4
to 5 percent. It's a fixed percentage. I mean, genetics

Confidential                                                    END00649583

COMPLETE HEALTHCARE                                          169
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

plays a great role in addiction medicine.

**MARTIN D. CHEATLE, PhD:** And the thing that's
interesting, though, because all of those opioid deaths, I
think the average number of drugs on board it was 4.5. I
mean, opiate was just one of them. And when it was opiates,
they just put it in the opioid bin. They really need to talk
about benzodiazepines, that are prescription drugs, and it's
the combination that kills them, not just the opiates.

**HOWARD A. HEIT, MD, FACP, FASAM:** And how they
collected the specimen, too.

**ROB GATLEY, MD:** Actually an interesting point with
the parallel is if there was a cumulative increasing risk
the longer you're on an opioid, the greater your chance of
becoming addicted and the greater your chance of death,
you'd think the curve for death and treatment would be
steeper than the sales.

**MALE SPEAKER:** Yes.

**ROB GATLEY, MD:** So it looks more like it's an
acute problem that affects a certain percentage.

**MALE SPEAKER:** Well, that's a point.

**HOWARD A. HEIT, MD, FACP, FASAM:** It would be real
interesting to put the sales of benzos on that.

**NALINI VADIVELU, MBBS, MD, DNB:** Yeah, benzo.

**MALE SPEAKER:** That would be real interesting.

**NALINI VADIVELU, MBBS, MD, DNB:** With the

Confidential                                    END00649584

COMPLETE HEALTHCARE                                        170
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

buprenorphine, I was reading about it doesn't need that

(inaudible) benzo and buprenorphine, you know?

**MALE SPEAKER:** That started in New Zealand when it

first came, New Zealand and Australia.

**NALINI VADIVELU, MBBS, MD, DNB:** So this is very

important, what are the other drugs they were taking. Is

this death is just only due to this drug?

**NEIL SHUSTERMAN:** This is the CDC information that

everybody's seen that. It came out in 2011 I believe, or

early 2012. No, they've been on this hobbyhorse, as well,

beating the drum.

**HOWARD A. HEIT, MD, FACP, FASAM:** I notice they

call them painkillers. I mean, pejorative term right in the

title, right?

**MALE SPEAKER:** (inaudible) [Laughter]

**MALE SPEAKER:** I don't think that was on there.

[Background Conversation]

**MALE SPEAKER:** When they use the word "painkillers"

do they really mean opiates or do they mean the NSAIDs,

acetaminophen? Are they included in that?

**NEIL SHUSTERMAN:** This is their title.

**MALE SPEAKER:** I understand that, but when they

decide what drugs to put in here.

**NEIL SHUSTERMAN:** So I thought this is where there

is at least one opioid in the mix.

Confidential                                    END00649585

COMPLETE HEALTHCARE                                              171
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**MALE SPEAKER:** But you're absolutely right, and we do notice the term knocked around.

**MALE SPEAKER:** NSAIDs wouldn't be part of that.

**NEIL SHUSTERMAN:** That was intentional, obviously.

**MALE SPEAKER:** Yes.

**GAVRIL W. PASTERNAK, MD, PHD:** If you ask the average person if Advil's a painkiller, they'll say yes.

**MARTIN D. CHEATLE, PhD:** But again, it's misleading to practitioners when you say this is opiates because that's what they think. And then people who need opiates don't get them because the doctor's so afraid. If you said, "No, no, that was a polydrug death," then it's a little bit different territory.

**NEIL SHUSTERMAN:** Anyway, I went through this about the crush-resistance. The key point here is this was approved at the end of 2011. Interestingly it got hung up at the FDA for a year for nothing to do with the actual application, but something to do with another part of the FDA. So those of us who kind of believe that, that this could be valuable, have been distressed during 2011 as we saw OxyContin being harder to abuse and Opana being features on *USA Today* and being called the new, superpotent OxyContin and all that. But it was launched in February of this year.

So here's the physical characteristics that make it unique. The original Opana, and this is hardness measured

Confidential                                    END00649586

in newtons unit of force. It just needed a force of about

100 newtons to crush it. A human single bite can get up to

about 550 newtons. And the new Opana we claim to be at least

1,000 because the formal testing equipment that we can make

a claim on with the FDA only goes up to 1,000 newtons. But

we struck it with a hammer, which we have measured as 5,000

newtons, and it's not crushable by a hammer either. So the

stuff is hard.

      **GAVRIL W. PASTERNAK, MD, PHD:** Does that change if

you freeze it?

      **NEIL SHUSTERMAN:** No, that's not changed if you

freeze it. I don't know, people saw it here. So what happens

with that cut rod, it then goes into a machine that cuts it

into individual tablets. It comes out of the extrusion

process as that rod. And then obviously the length of each

tablet is its height. So, it is hard.

      During the preapproval process for this

formulation, we did some work at Columbia, where we had

experienced individuals, those who routinely snort opioid

products for recreational purposes, in a crossover study

manipulate both forms, the old Opana and the new Opana,

before we submitted it for FDA approval. And obviously they

didn't have a lot of time to think about it in advance, but

the lab virtually anything that they asked for to try to

manipulate it. They manipulated 28 of the new tablets, so

Confidential                                                          END00649587

these are actual instances, and 25 of the old.

And what they found at the end of the day is that the overwhelming majority of instances, they were able to reduce the old to a powder. They were not allowed to actually snort it, and very infrequently were they able to reduce to anything but crumbled little pieces at the most. Which, as you can see here, "Would you be willing to snort the material?" In all instances they said yes for the old, and an extremely reduced percentage gave the same answer. That's actually one out of 28 gave that answer for the new Opana. So going into our submission to the FDA, we were generally optimistic that what we intended it to be able to prevent, it was going to do that.

I have to put up the important limitations here of the data. The most important limitation is that these are observational data. So they're surveillance data. They weren't derived from studies specifically designed to answer the question whether abuse levels have been affected. And the time frame is relatively short. I'll be showing you six to nine month data because that's the length of time it's been out on the market, relatively low number of observations. And because during this time old Opana was kind of coming down out of the supply chain and new Opana was coming up, there hasn't been obviously stabilization of the prescription data because both were circulating at the

Confidential

COMPLETE HEALTHCARE                                                    174
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

same time.

So with those limitations, let me go through the
sources. I think a lot of people here are probably familiar
with both Inflexxion, which has the NAVIPPRO System, and
RADARS, which has a number of systems available. We
subscribe to their drug diversion information, which is from
the law enforcement side, and the poison center information,
which is the intake reports from 50 of the 57 poison control
centers in the United States. So they provide complementary
views of the data, and the NAVIPPRO information comes from
addiction treatment center intake information.

The reason to show you this is because this
illustrates the overlap period. So the new formulation was
introduced in February. We now at the retail level, 92
percent of Opana that's going out a retail pharmacy door is
the new formulation. Personally I'm a little surprised that
there's still a little bit of the old formulation around,
but that's what IMS data appears to show. And during the
majority of the year, we were coming up and the old
formulation was going down.

And then I superimposed here the periods of
observation I'm going to show you. So the RADARS will look
through June 30th of this year. And the NAVIPPRO data, so
NAVIPPRO first put images of the new Opana into their system
on April 1st, so basically they weren't able to

Confidential                                                    END00649589

COMPLETE HEALTHCARE                                           175
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

differentiate between the old and new before that time. But

actually since their system is online and a little bit more

real time, they were able to give us data through September

30th. So you'll see these data from the two sources, and

that gives you kind of a reference point of what we're

talking about.

         Okay, let's look through the NAVIPPRO data first

for total level of abuse. The NAVIPPRO System represents a

national program of surveillance of substance abuse through

recording of information from the ASI-MV, Addiction Severity

Index-Multimedia Version, which is the intake questionnaire

that's used in a number of addiction treatment centers

throughout the country. Please bear in mind this is not a

probability-weighted sample. In fact, it may not even be

generalizable to the entire population, as I'll show you in

the next slide. But it does provide important information in

a sensitive population at high risk for prescription opioid

abuse.

         So everybody who comes in gets these screens, and

they're asked to indicate what substances they've taken in

the last 30 days, and that information is then recorded,

becomes part of their treatment file at their treatment

center. But it also is uploaded in an anonymous, HIPAA-

compliant fashion to Inflexxion.

         And what we're showing here is the fact that old

Confidential                                          END00649590

Opana used to be octagonal. New Opana is round but has a biconcave form. And then there has been two strengths of generic extended-release oxymorphone on the market this year, 7 1/2 and 15 milligrams. And then this is Opana IR. So not only do the pictures come up so they can choose, but there's also sort of false positives and false negatives, so there's fake images, as well, to sort of calibrate how well the individuals are actually filling out the information.

So, overall throughout the country there's about 506 sites that use the ASI-MV. During the period of time we're talking about here, 396 of those sites were active online and able to supply information. Because the upload process of new information depends on the site doing it, not all of them were on board at the same exact point in time, and some were coming on board later in the process or some were dropping out of the information.

Here's the distribution of the centers around the country. You'll see that there's a notable spots that are not included, Kentucky and West Virginia being two of them of note.

**M. CARY REID, MD, PHD:** Something about the distribution that's interesting, there are many states not represented at all. Why might that be?

**NEIL SHUSTERMAN:** Obviously addiction treatment centers subscribe to this service, so whether they have

Confidential                                                      END00649591

chosen not to use it or to use it is a totally business-driven decision I would say or a voluntary decision. And I guess this point also. 68 percent of all the assessments came from five states.

And this is the number of assessments. So if you look through 2011 when the only formulation of Opana that was circulating was the old formulation, there were 70,000 total assessments done. And there are less here because these are quarterly assessments. This is a rolled up number, obviously, you can see that, through the first three quarters of 2012. Of this larger number, anybody who reported any opioid abuse, so this includes all abuse, both illegal and legal, and this all substances, so benzodiazepines, amphetamines, whatever is in the top number. But if they said any of the opioids, it rolls down to this number on this row here.

So you need to be able to express the information in some kind of rate form to allow comparisons from one period of time to another. And what they've been using in the NAVIPPRO System is dispensed prescriptions during that time. So, interestingly the two formulations have different NDC codes, so we can actually track with a high degree of precision which formulation from prescriptions are actually being dispensed. So that gives us the specificity in addition to the actual identification of the tablets to

Confidential                                                    END00649592

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

178

separate the old formulation and the new formulation in the data. So this is where the current information is, and that's where we get the 91, 92 percent versus the 8 percent for the old versus new.

This is a plot over time of reports of past 30 day abuse per 100,000 prescriptions dispensed during the same period of time. So for the old formulation, designated OF in blue, the new formulation, designated crush-resistant, CRF, and I'm going to say this is projecting as green. Sorry, sorry. Yellow. And the generic oxymorphone in green, which is available in the 7 1/2 and 15 milligram strengths in 2012.

So here's sort of the baseline. During all of 2011, 89 per 100,000 prescriptions dispensed reports of 30-day abuse of the original Opana. And then you see as the new formulation came on board in the second quarter that the rate, either compared back to this rate or compared to the concomitant rate of the still-circulating crushable Opana is shown there. I'd be very careful about these later quarters because that's when the number of prescriptions dropped very low, and you can see the confidence interval around that number has ballooned out. But there is evidence here of a reduction in abuse in the time period under observation.

**GAVRIL W. PASTERNAK, MD, PHD:** What percentage of the market is generic as opposed to Opana?

Confidential                                                                    END00649593

COMPLETE HEALTHCARE                                                    179
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**NEIL SHUSTERMAN:** Randy, what would you say?

**RANDY:** About 10 percent.

**MALE SPEAKER:** Is generic?

**RANDY:** Yes.

**NEIL SHUSTERMAN:** In those two dose strengths.

**MALE SPEAKER:** So in absolute numbers, even with the new formulation, still much more of the abuse comes from Opana than it comes from the generic.

**RANDY:** No, that bar is the old formulation, right?

**MALE SPEAKER:** Hm?

**RANDY:** The blue bar is the old formulation.

**NEIL SHUSTERMAN:** Yeah, the blue bar is the old from.

**MALE SPEAKER:** [Crosstalk] times 61, right?

**RANDY:** Wait, your question was what percent of the market is generic? That's what you asked me, right?

**MALE SPEAKER:** Right.

**RANDY:** So all oxymorphone currently about 10 percent of it is generic extended-release oxymorphone 7 1/2 and 15.

**MALE SPEAKER:** Right. So that means that the rate 61 for 90 percent of the oxymorphone sold because the old stuff is being pushed out, which means that you have to either multiply the yellow by ten or divide the green by ten for a relative total amount, not percentages.

MEDICAL TRANSCRIBERS OF NEW YORK
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

Confidential                                                    END00649594

**RANDY:** These are relative. They're rates.

**MALE SPEAKER:** That's per 100,000.

**RANDY:** It's already (inaudible)

**MALE SPEAKER:** If you've got ten times -- okay,
never mind.

**NEIL SHUSTERMAN:** I think the other important point
is because the generic is relatively low, again the
confidence intervals are pretty wide. But the trend here and
the suggestion that leaving crushable products out on the
market could be presaging a yet even greater problem I think
is what the data could be suggesting.

**HOWARD A. HEIT, MD, FACP, FASAM:** Do you think
there was a rush to abuse it in the end?

**NEIL SHUSTERMAN:** Yeah.

**MALE SPEAKER:** In third quarter '12, use it or lose
it.

**NEIL SHUSTERMAN:** Oh, you mean for the old Opana?

**MALE SPEAKER:** Mm-hm.

**NEIL SHUSTERMAN:** I don't know if this represents
material that was hoarded.

**MALE SPEAKER:** Right. And patients hoard.

**NEIL SHUSTERMAN:** Yeah. Somebody went to somebody's
cabinet and found it late in the year, so it was available
and reported that as such. All I know from our actual data
is that there still is crushable Opana in the retail

Confidential                                                    END00649595

channel, at least as reported by IMS, because there's about 8 percent still being dispensed at the retail level.

**MARTIN D. CHEATLE, PhD:** You know what would be interesting is to plot in all those the abuse of heroin, and I bet that went up.

**NEIL SHUSTERMAN:** Well, so that's obviously the Sisero[sp?] article or letter to the editor in the *New England Journal* and some other indicators. The NAVIPPRO group recently published on the oxycodone data looking at heroin use and suggesting that that has not gone up. But I think that is not at all by any stretch of the imagination a settled issue. I think that's still quite an open issue about what's happening. Because there probably are pockets of different availability, and I think that's around the country there is variability on that point.

**MARTIN D. CHEATLE, PhD:** The overall trend, since people have been more frightened to prescribe opiates, opiate prescribing goes down, heroin goes up. Overall, not just the tamper-resistant. The docs say, "I'm afraid of prescribing opiates." So if you go by a region and the opioid prescriptions go down, heroin goes up. They just shift their addiction.

**HOWARD A. HEIT, MD, FACP, FASAM:** I think that that also shows when new Oxy was introduced in Canada, the deaths from new Oxy went up because they couldn't get at it and

Confidential                                                                    END00649596

COMPLETE HEALTHCARE                                           182
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

couldn't get high, and so instead of taking one and chewing

it, they took three and swallowed it to try to achieve the

same clinical effect.

         **NEIL SHUSTERMAN:** So another way of looking at it,

that was longitudinally over that period of time. But

NAVIPPRO summarized the data in chunks of time. So looking

what we're calling the before, that's not accurate. This

represents what I'm going to say is the old formulation, and

because we have longitudinal data, this is looking at it all

the way from July of last year, which is for some reason cut

off on this graph, going all the way out to September. But

the new formulation came on board in the system in April, so

that's April to September.

         And again, corrected for prescriptions by 100,000.

And here's the overall statistic that we have used to

generate this number of a 59 percent reduction over this

time period. And on an absolute basis, you can see where the

generic low dose strengths, because they came on board early

in the year, also still exist.

         The ASI-MV also records route of abuse, so this

allows us some specificity in terms of understanding our

specific problem. So this is what Matt was referring to

before. This is sort of the fingerprint of each abused

substance. And for oxymorphone you can see far and away

nasal inhalation is the predominant route of abuse, followed

Confidential                                          END00649597

by intended route of administration, which is obviously oral
swallow, and then intravenous and other routes. Intravenous
is here. Chewing and other routes, rectal or whatever, are
there.

So how did the new formulation impact this
distribution of route of abuse. You saw, I showed you for
the old formulation it was about 77 percent. That's dropped
down to 20 percent. Based on how the formulation was
intended to perform, what we showed in the small number of
individuals who tried to manipulate it before it was
approved, it would appear at this point in time that in the
real world, it's trending in the same direction. It's hard
to crush, and people are unable to insufflate it nearly as
frequently as they were with the old formulation.

So I said both formulations had a gelling agent,
and this shows that we haven't inadvertently increased a
different form of abuse, i.e., injection, with the new
formulation. So they're both about the same, and obviously
we're not claiming any change in that.

Switching to the RADARS data. This adds a
complementary data screen. So people familiar with RADARS
know that it captures de-identified prescription drug abuse,
misuse, and diversion data for specific products using 3-
digit zip codes to be able to localize it throughout the
United States. And then they calculate rates based on

Confidential                                        END00649598

population, as well as drug availability in those 3-digit zip codes. This is captured through 50 of the 57 US poison control centers, so it has a high representation of the entire United States. But since most people usually will call a poison control center by phone, it doesn't have as much of the visual specificity that the ASI-MV data has, so bear that in mind. And in the data I'm going to show you here, they did not separate out between old Opana and new Opana during the period that I'll be showing you.

A separate stream of information is based on a collaborative effort with the National Association of Drug Diversion Investigators, NADDI, where they monitor new investigations opened up by 300 prescription drug diversion investigators from law enforcement across the country. They are surveyed quarterly and asked to report what new investigations they've opened for which drugs.

So this is the coverage of RADARS. A few pockets of missing states that have not yet signed on board. Richard Dart, who runs the RADARS program actually has told us that he's pretty close to getting that number 50 up significantly higher, so 53, 54. I don't know if they'll ever get all 57. It requires additional work from the poison control centers in capturing during the intake phase. So obviously in a cost-constrained environment, amount of resources makes it a little bit challenging. But it's pretty good coverage. And

Confidential                                                      END00649599

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

185

the drug diversion, obviously 300 investigators doesn't cover the entire United States, so the red indicates where they have investigators who are sending in information.

This is actually interesting because they're also monitoring data for OxyContin during this time period. And they've divided time into three epochs: the period of time when OxyContin was crush-resistant and Opana wasn't, and then the period before that, the period during that, and the period where we were both crush-resistant. So let's see how that looks. They used two denominators. I have both available but for the sake of saving time in the presentation, and they both show the same thing, I'm going to be showing the data, which is sort of like prescription data. Here they call it per 1,000 unique recipients of dispensed drug. This is all derived from IMS data.

Here's what I was talking about in terms of the time periods. Prior to the third quarter of 2010, what was actually available was crushable forms of both drugs. And what you see here, the blue dotted line represents the overall rate averaged over that period of time. So somewhere around .7, .75 exposures. This is how they expressed their data, per 1,000 unique recipients of dispensed drug.

After the new OxyContin is introduced into the marketplace, you can see that the Opana rate jumped by 35 percent to this figure here. And then if you look at their

Confidential                    END00649600

data presenting at the end of the second quarter, so this is

June 30th, you see from the peak to down here there's a 35

percent reduction. This phenomenon is kind of interesting

because this suggests that individuals will move to whatever

is the path of least resistance in an environment where

maybe their drug of choice was constrained. And that's I

think invariably caused the squeezing the balloon effect or

other analogies to that.

A similar pattern was shown with the drug

diversion program. They don't go as far back in time, so

they can't separate it into those three periods. But over

basically all of 2011, comparing that rate to the rate in

the second quarter of 2012 is about a 45 percent reduction.

So these are obviously early data. They need to be

confirmed by additional observations over longer time

periods. But they certainly go in the direction that we

postulated when we developed the formulation and then had it

approved and introduced it in the marketplace. And at the

same time, there is a potential worrisome trend that leaving

crushable generic oxymorphone out on the market could be

recapitulating the problem that actually existed before.

What I didn't show, or I think I did, is that for generic

oxymorphone, its major route of abuse is back to snorting,

as well. So, questions, observations, reflections?

**HOWARD A. HEIT, MD, FACP, FASAM:** I have a

**Confidential**                                              **END00649601**

question. Why your company, Purdue Pharma, do not get together and make clear why generic companies are getting a free ride with all these drugs as they come on board, as far as abusability. Because what happens, there's OxyContin now generic being introduced again in Canada. It seems that the generic forms get a free ride, both in cost, programs, education. And do you folk go and point that out I presume to the FDA?

**NEIL SHUSTERMAN**: Not to go too far off course, but both Purdue and Endo have filed citizens petitions with the FDA in terms of asking them to reevaluate their policies towards this particular class of drugs and crushable versus noncrushable, and the role of what some people call abuse-deterrent formulations, crush-resistant formulations, whatever lingo you want. How the FDA is going to rule on that, and they have a lot of their own issues to contend with.

Because obviously there's a bunch of generic companies out there saying, "Hey, health care costs are high. We need generic formulations in the United States. These are the rules that we got our drugs approved." So it's going to be an interesting review by the FDA where they eventually land. You're quite right. There was a lot of provincial input to Ottawa asking the Canadian Health Canada not to approve the generics. And they said, no, they met all

Confidential                                        END00649602

COMPLETE HEALTHCARE                                    188
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

the requirements.

**MALE SPEAKER:** And they're presumed that the
generic has a greater market presentation secondary to the
cost. I'm just presuming that.

**NEIL SHUSTERMAN:** Well, that's what happens
obviously in every other generic introduction, right?

**MALE SPEAKER:** Yes.

**M. CARY REID, MD, PHD:** A question on the Addiction
Severity Index. The numerators are from individuals who are
treatment-seeking, right?

**NEIL SHUSTERMAN:** Well, they could be seeking or
they could be court-appointed, so it could be voluntary or
involuntary.

**MALE SPEAKER:** But non-treatment-seeking we don't
know.

**NEIL SHUSTERMAN:** Right. I think anybody who
attended or followed the FDA's advisory committee back in
the end of 2010 heard about the various limitations of the
data sources in the United States, SAMHSA data, DAWN data,
these sources. There's no perfect data source.

**M. CARY REID, MD, PHD:** right. But the trends are
moving in the direction you want them to move, or they
certainly suggest.

**NEIL SHUSTERMAN:** Yes. We much prefer to be part of
the solution than the problem. Okay, thank you.

**Confidential**                                      **END00649603**

COMPLETE HEALTHCARE                                                189
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**MATTHEW WIEMAN, MD:** Thanks, Neil.

[FILE 5]

Oxymorphone in Pain Management

**MATTHEW WIEMAN**, MD: All right, pretty much
officially the last section here. I think we've had again a
lot of really good conversation. So I'm going to ask some
very specific questions now to kind of pull some things
together. Obviously we have so many ideas that have come
out, which is great, that we're going to get back to some of
those a little bit later. And I'm going to reach out to each
one of you to discuss some of the things that you were each
interested in, as well as of course finalizing the summary
of what came out of today.

But now's the time for some of the straightforward
brass bolts of me asking you what we can do for Opana ER,
taking in all the discussion that we've had, to push this
forward clinically over the next several years as short
term, medium term, long term. And yes, some of them are
going to be the classic pharma questions, but we do have
some very specific ideas, too, that we wanted to run by you
and gauge how interested you were in those topics, and also
get some specific feedback is it important to you, is it
not, how would you like to see it, do you have any other
kind of comments.

And then when I'm done with that, Rob is going to

Confidential                                    END00649604

190

kind of finalize some things that you all brought up that
isn't specifically on our list, as well. So the system that
we talked about, things that are a little bit broader, but
we wanted to get some real detailed numbers from you guys
for answers about Opana ER.

So one of the thoughts really is kind of the
basics. We did talk about this, but it was tough to get too
many direct answers. Are there a set of patients that you
folks do use, and I know you may not, but do you find there
are some patients that suit this drug? Is there a disease
state that you find, or is there a setting? It just helps us
focus on where it's currently being used and where there
might be ideas. You had said in your area it's in that
palliative care, it's the last.

**NALINI VADIVELU, MBBS, MD, DNB:** The typical
patients would be people who have already taken opioids
before, so they're non-opioid-naive. That would be the
typical patient. Disease states I'd say cancer. And then the
care settings that we're using right now, the inpatient
setting.

**MATTHEW WIEMAN, MD:** That's perfect. Thank you very
much. That's the kind of thing we need to build on and find
out where to go next. I'm just going to kind of put people
on the spot if you don't mind.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** In the

Confidential                                                    END00649605

COMPLETE HEALTHCARE                                            191
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

outpatient noncancer population. So currently it's not the

go-to drug. Part of that's cultural and history, so it

wasn't the drug that I was trained on. And then the other

part is access to it.

**MATTHEW WIEMAN, MD:** That's great. The reason and

the answers. That's going to help us. Great.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** But I have used

it anecdotally. And again, the one or two cases or few cases

that I can recall, I mean it's an effective drug, but that's

an anecdotal answer. But I've tried it on patients and then

they can't access it. And our population is primarily

musculoskeletal.

**MATTHEW WIEMAN, MD:** Musculoskeletal.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** Primarily. I

mean, we have others.

**MATTHEW WIEMAN, MD:** So are you similar? Is it

towards the end, or does it ever occur to you to use

oxymorphone in the earlier setting, earlier on before

they've tried all the other drugs?

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** Only after I've

recently seen my rep.

**MATTHEW WIEMAN, MD:** All right. Impact apparently.

And then settings, you just described.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** That's the only

setting I work in.

**Confidential**

**MATTHEW WIEMAN, MD:** Great. Could I ask you?

**M. CARY REID, MD, PHD:** Sure, so palliative care and out in the primary care world. I think the answer is I use it sparingly, probably because I wasn't trained in a situation where it was used. In the limited cases where I've seen it used, I think it's effective. I will leave the meeting with the better appreciation for its value in geriatric patients. I think that may be a niche to focus on.

**MATTHEW WIEMAN, MD:** Okay. And any ideas that come up, now that you've heard these things. Thanks very much.

**RONALD J. TALLARIDA, PHD:** I'm not a physician, but I'm oriented toward preferring oxymorphone over that because it is a secondary, it's a product of oxycodone.

**MATTHEW WIEMAN, MD:** Okay, so you like that.

**RONALD J. TALLARIDA, PHD:** I like that, and I think that accounts for its potency and it has therefore I think a more specific spectrum of action.

**MATTHEW WIEMAN, MD:** All right. Is there any information that might help us get further along with this?

**RONALD J. TALLARIDA, PHD:** Not off the top of my head. It's certainly something I'd like to think about, yes.

**MATTHEW WIEMAN, MD:** No problem. How about yourself?

**MARTIN D. CHEATLE, PhD:** I don't prescribe. But in the university-based pain clinic that I work in they mostly

Confidential                                              END00649607

use methadone and OxyContin. In the community I have seen
more use of oxymorphone for some reason. I don't know why.

MATTHEW WIEMAN, MD: Are they with more complicated
patients? I mean, you're probably dealing with pretty
complicated patients, anyway.

MARTIN D. CHEATLE, PhD: I think it's just more the
sort of opinion of the person who runs the clinic. They just
feel that methadone should be used, and they know how to use
it, and it's low abuse potential, and it's cheap. And that's
their belief.

MATTHEW WIEMAN, MD: All right. And I'm hearing
this. I mean obviously right off the bat the first four
folks have mentioned that they weren't trained on it and
they don't really have access to it.

MALE SPEAKER: But you have to highlight why it's
different and why it's superior in certain cases.

MATTHEW WIEMAN, MD: Of the few things that we've
mentioned, any of those the most important to you?

STEVEN P. COHEN, MD: I think the geriatric
component is important. There's more and more people that
are living longer that if you can sort of highlight that
it's maybe a safer drug in terms of fall. That would be
probably my primary one off the top of my head.

STEVEN P. COHEN, MD: I can think of a couple of
scenarios, and I'll go over them. But I think it's also

Confidential                                    END00649608

important to recognize that it's like NSAIDs. I mean, one is

not superior to another, and they recommend that if you try

one drug, I mean, everyone recommends it, and it doesn't

work, then you try another drug. So there are some

differences, but the similarities far dwarf the number of

differences.

So the advantages would be IV, sustained release,

abuse-deterrent form, or TRF, tamper-resistant, and then an

immediate-release. So like for the OR, patients who perhaps

are opioid-naive but will need opioids after for a period of

time. Elderly people with like hip or knee replacements who

are going to go to rehab, and they often end up on opioids.

Another thing is like I said, people, even though they'll be

tried on one opioid, they won't stay on that. And they may

be on opioids for years, but they won't stay on one

particular drug for the rest of their life because they'll

develop whatever it is, tolerance. And because of incomplete

cross-tolerance, they'll rotate opioids. It could also be a

good choice for opioid rotation.

**MATTHEW WIEMAN, MD:** And just to put mine out

there. I always saw that the irony in that is that we're

again trying to find a patient that's perfect for it. And I

say this when I'm talking internally as well. The same

reason that it's potentially a good idea for patients that

are uncomplicated, young, starting this out, might be on it

Confidential                                    END00649609

for a longer period of time is the same reason that you find it probably a good thing for the complicated patients: kind of its lack of interactions, its long half-life.

So that's why we ask these questions. Because it's a pretty difficult job to create the science that's going to be most interesting to the clinicians when the drug is what it is. And it has a lot of great attributes, but it's hard to find an exact patient because it quite honestly may be good for a variety of patients. So that's why we're trying to -- yeah.

**RONALD J. TALLARIDA, PHD:** Do you offhand know the IMS data on prescriptions for this drug versus others? I'm curious to know where it stands.

**MATTHEW WIEMAN, MD:** Do we have that kind of data?

**Randy:** Well, I can verbalize it for you. If you look at the entire kind of long-acting opioid class, probably about 30 percent of it is morphine sulfate extended-release, about 30 percent or so is OxyContin. Our market share of prescriptions is about 4 percent. So, 30, 30, 4, and then you have a mix of other things: Nucynta, Kadian, Avinza.

**MALE SPEAKER:** So you have 4 percent [Crosstalk]

**MALE SPEAKER:** Extended-release

[Crosstalk]

**MALE SPEAKER:** Fentanyl I didn't mention, but

Confidential                                                    END00649610

fentanyl has a big chunk of that, as well. I'm not sure what the share is.

**MARTIN D. CHEATLE, PhD:** The other thing, this truly is a unique molecule metabolite. I mean, that's another advantage is that if you have someone who's high risk, and it's an abuse-deterrent formulation, and you can monitor them uniquely for that metabolite. That's something that should be emphasized.

**MATTHEW WIEMAN, MD:** All right, thank you. That's a good point.

**MARTIN D. CHEATLE, PhD:** So you stratify high risk. Well, the urine drug screen, it just says opiates, yes or no. And so that's not good enough necessarily.

**MATTHEW WIEMAN, MD:** That's a good point. Thanks. Dr. Smith?

**HOWARD S. SMITH, MD:** Nothing new. I, like a lot of the people in this room, see patients that have already seen other people in the community and so forth, and so by the time I see them, they've already been tried on many opioids. And so they are on a double-digit amount of medicines, and so the lack of CYP interactions is of significance, without having drug-drug interactions. And the fact that the potency is high is also a consideration.

**MATTHEW WIEMAN, MD:** Great, thanks.

**CHRIS HERNDON, PharmD:** I guess there's two

Confidential                                              END00649611

different points. One is where I'm using it now, and that
seems to be primarily in some of our patients that have been
put on opioids, whether rightfully so or not, and have
become tolerant and tolerant quickly to whatever agent
they're put on. I've tended to have good luck if they're not
candidates of methadone, especially if there's a lot of
cardiovascular baggage. So that tends to make up half of the
people we have on it now. And the other half are the folks
that, "Well, I'd like to try you on this drug." "I'm not
taking that. That makes people die." You know, for whatever
media perception that they've gotten over the years. And so
hardly any of the patients that I see that are legitimate
pain patients have heard of this, and it's not, "I saw a
documentary that they give morphine to people who are dying,
and I'm not going to take OxyContin because everybody's
abusing it, and methadone is for heroin addicts."

You know, everybody has their own preconceived
notions. But I haven't seen the dose creep, and so the
patients who Vicodin worked great and now it doesn't. And
then we went to the next thing, and that worked great, and
it lasted about a month or two. They seem to be a little bit
more stable on oxymorphone.

**MATTHEW WIEMAN, MD:** Okay. And any other
suggestions about where to go with this, besides what you
just said.

Confidential                                              END00649612

COMPLETE HEALTHCARE                                              198
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**CHRIS HERNDON, PharmD:** You mean data I'd like to see?

**MATTHEW WIEMAN, MD:** Yeah.

**CHRIS HERNDON, PharmD:** I'd love to see data in obese patients specific to some of the big push-back we get with like the fentanyl is changes in body weight and habitus and the kinetics of the drug.

**MATTHEW WIEMAN, MD:** Distribution?

**CHRIS HERNDON, PharmD:** And distribution. I'd love to see specific data on changes in sleep disordered breathing with this versus some of the others. And another thing that I don't think we have is, like we talked about yesterday, what happens to these medications when you take them orally in patients that have had bariatric surgeries of different types.

**MATTHEW WIEMAN, MD:** Gotcha. All right, thank you. That's great.

**JOHN PEPPIN, DO:** I base my prescribing on the quality of the lunch brought by the rep.

**MATTHEW WIEMAN, MD:** All right. Well, that's clear. That's easy to handle.

**JOHN PEPPIN, DO:** Actually, I mean this isn't available to me just because I work in the hospital. But I have prescribed it for patients in Kentucky and also in Iowa. You know, it usually was the patient who had failed

Confidential                                    END00649613

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012      Philadelphia, PA*

199

other things, I wanted to keep the least divertable and abusable number of units available, which is another benefit.

**MATTHEW WIEMAN, MD:** Yeah. Well, there is data that shows most patients do take two to three OxyContins a day as opposed to two Opanas in one of the studies that we have. So that's interesting. That could also be an interest going forward with reimbursement and limits on numbers.

**MALE SPEAKER:** Typical patients will be just about anybody with chronic pain, except for fibromyalgia.

**MATTHEW WIEMAN, MD:** Okay. And I'm going to get some more specific questions after we go to the next one. I'll skip Neil because I know what he's going to say.

**NEIL SHUSTERMAN:** I don't prescribe.

**MATTHEW WIEMAN, MD:** Yeah. Dr. Marlowe.

**KAREN F. MARLOWE, PharmD:** Patients our residents are using it with or I'm suggesting it to them are typically it is their second or third agent. And it typically is those patients that have had multiple intolerances. And a lot of times we're using it in patients with chronic pancreatitis, we're using it in patients with sickle cell. They list multiple allergies. They've had problems with morphine.

They've had problems with OxyContin. They won't ever try them again. It's not that they failed them for pain reasons. They've got other issues with them. And our issue

Confidential

COMPLETE HEALTHCARE                                                    200
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

is getting it approved, getting them on it. And a lot of my
patients are either Medicaid or self-pay, getting them
qualified. And then if I can get them on it, they'll usually
be successful.

**MATTHEW WIEMAN, MD:** So it sounds like some of your
patient populations are specific. Would it be of any value
to you to have a study, knowing that it is an opioid and
likely you're going to see an effect, but will it be of
value to you to see some basic data on that specific area,
say sickle cell patients and Opana?

**KAREN F. MARLOWE, PharmD:** Extremely helpful. I
mean, their pain we know is different. It's a mix of bone
infarction and a mix of skeletal muscle pain. It's very
different, and so for them, their response rates. Plus they
have a psychosocial aspect that's very distinct, especially
the adult sickle cell patient. So when you put that stew
together, they respond very differently.

**MATTHEW WIEMAN, MD:** Okay. It's a nice avenue. What
about yourself?

**NALINI VADIVELU, MBBS, MD, DNB:** I had a question.
The ER, like have they ever given it like three times a day?

**MATTHEW WIEMAN, MD:** I'm sure it has been. We
haven't studied it at three times a day. The dose is twice a
day, but of course anecdotally I've heard it being used in
different --

**Confidential**                                          **END00649615**

**HOWARD A. HEIT, MD, FACP, FASAM:** I think one of
the things, in outpatient medicine it's how much time you
have to spend in writing the prescription. So is it on the
formulary and what tier it is and what expense it is to the
patient. So that's I think a number one issue. Number two,
as far as putting on an addictionologist hat, is I wonder if
the amount of Opana, that is number of pills per month,
compared to the number of pills of morphine or OxyContin is
less. Because if you could show in a study that you're
prescribing less pills, that means there's less to be abused
or diverted.

**MATTHEW WIEMAN, MD:** Good point. And we have that
data actually.

**HOWARD A. HEIT, MD, FACP, FASAM:** I think that's
really important. Because I know in my practice I do pill
counts. I give enough medicine from appointment to
appointment plus three days. He can't use those unless you
call me first. And so it makes my life easier if I could use
one pill twice a day as opposed to whatever.

**MATTHEW WIEMAN, MD:** Sure. And Todd, what was the
name of that study?

**TODD KIRBY:** I published a bit on that. And what we
looked at OxyContin compared to Opana ER, and we looked at
comparable dose strengths in a chronic low back pain
population, folks who had been on chronic opioid. So they

Confidential                                                        END00649616

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

202

qualified by having been on opioids for at least two
consecutive months in the osteoarthritis population and in
the general population. So we did it without cancer. By
diagnosis we did it all comers. We did it when they were
both crushable. We did it after OxyContin became crush-
resistant and Opana ER was still crushable, and we've done
it since. And we saw about a half a tablet a day difference
between the two.

       **MALE SPEAKER:** Opana was less.

       **TODD KIRBY:** Opana was less. Opana was a half a
tablet a day less. And at the highest strength, if you took
the 80 compared to the 40, you saw a whole tablet a day
difference. After it became crush-resistant, OxyContin only
went down to 0.45, still statistically significant. So the
difference was maintained. And now that's been preserved
again when they're both crushable. So if you think about not
just doing a pill count in our practice, but if you think
about some of the restrictions on the class that the
commercial insurers are imposing or that the states are
imposing, they're talking about an absolute ceiling for
number of tablets in a month, then a DACON rate that's
lower, daily average consumption rate that's lower, without
conceding any quality of pain relief, might be of interest.

       **HOWARD A. HEIT, MD, FACP, FASAM:** Yeah, because
they don't make a distinction, let's say 120 tablets per

**Confidential**

**END00649617**

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

203

month by the insurance company, they don't make a
distinction of 120 10 or --

**TODD KIRBY:** They don't care what.

**MALE SPEAKER:** -- which is ridiculous, or 40 80.
And if you can show they use less pills per unit of time to
treat X, Y and Z, I think that's important.

**ROB GATLEY, MD:** I think there was one reason it
might not be promoted with that study was it was approached
from the pharmacoeconomic situation. It's less expensive to
cover Opana because there's fewer pills prescribed. The
addiction end wasn't really the focus of that research. But
to that point, one issue is the duration of analgesia.
They're supposed to be twice-daily pills. I think those
prescribing them know that OxyContin doesn't really last a
whole full 12 hours.

**HOWARD A. HEIT, MD, FACP, FASAM:** Most people it
doesn't. About 50 percent, it's a TID dose, the end of dose
failure. What's the end of dose failure do you think of
Opana compared to OxyContin?

**MALE SPEAKER:** Well, it much more consistently
lasts the 12 hours.

**HOWARD A. HEIT, MD, FACP, FASAM:** I think that's a
very important clinical point.

**ROB GATLEY, MD:** I think a problem with using that
data to push the addiction message is the idea, well are

Confidential

these extra OxyContin pills being diverted to abuse. You

would have expected a drop in DACON after it became crush-

resistant, and there really wasn't much of a difference. So

the data makes it look more like it's a duration of

analgesia question as opposed to a diversion question.

**MALE SPEAKER:** How much was the drop?

**MALE SPEAKER:** You're talking about drop in abuse?

**ROB GATLEY, MD:** No, in the DACON, the daily

average consumption, that if there was m ore OxyContin going

out because some was being diverted to abuse, then you would

expect the reformulation to have made a difference. But

since it didn't make a big difference, it's more likely just

duration of analgesia.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** But still from a

public policy standpoint or a public perception standpoint,

the unit dose per period of time makes a difference and

sends out a reaction. So I think it's an important point. I

had a horrible interesting experience with our district

attorney's office. It didn't matter if you were to talk

about patient outcomes and dosing, and if 240 doses of

something was equal to 60 doses of something else, and

somebody got analgesic effect from it, that wasn't what was

driving the issues on the table at the point. It was the

doses that were available per period of time. And horrified.

They really didn't understand the clinical aspect of giving

Confidential                                                    END00649619

out 120 doses in a month period or 240 doses because the
availability of that being on the street, or potential.

**HOWARD A. HEIT, MD, FACP, FASAM:** It's also human
nature that if the pill box is filled this much, "Oh, if I
take a couple extra, no big deal because I've got a lot
left." I mean, I've heard this 100 times. Where if I only
have this much, then I'm going to be sparing when I take it,
or take it more as prescribed, which patients don't do.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** So that might be
an interesting, important information.

**MATTHEW WIEMAN, MD:** Okay. Dr. Pasternak.

**GAVRIL W. PASTERNAK, MD, PhD:** I don't have a whole
lot to add.

**MATTHEW WIEMAN, MD:** That's okay. Whatever you
have.

**GAVRIL W. PASTERNAK, MD, PhD:** I know our pain
service is using it. I don't think they're using it as
frequently as they do the others. I think it's a second-line
drug. I'm not in a position to use it a whole lot myself.

**MATTHEW WIEMAN, MD:** Okay. All right. Just to keep
the discussion going, I'm going to go to the next slide, but
we'll have more of these in some more detail. So we
basically just covered this because I said "What are the
gaps that you have here?" And we got at least an idea from
almost everyone in the room about what might help them move

Confidential                                      END00649620

COMPLETE HEALTHCARE                                            206
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

forward. And some of those were specific that I'm going to
get to now.

      The barriers, I think we also covered these in
general. We know that the number one barrier is having it
available to you to prescribe. And then the second part of
that, my understanding, you can tell me if I'm wrong, was
the fact that it's just not something that a lot of folks
are used to using in their training.

      **STEVEN P. COHEN, MD:** So you have the same problem
that like a spinal cord stimulator or radiofrequency or
device manufacturers have. If a company that makes
radiofrequency generator sponsors a big, expensive trial
that shows that it's effective in this context, it's not
really that beneficial to their company because you can use
any one. There's ten other devices on the market.

      So when people write guidelines for opioids, like
for sickle cell anemia, central pain, neuropathic pain, they
do it in classes. No one separates the opioid. They write
"opioids" right? Second-line treatment, third-line treatment
or first-line treatment in certain cases with IASP. So even
if you do a study and you show that it's never been studied
in this context, it doesn't mean that people are going to
prescribe oxymorphone. They may still keep prescribing
OxyContin or MS Contin.

      So unless you do a head-to-head trial, but if I

**Confidential**                                                    **END00649621**

were your company I wouldn't do a head-to-head trial because
these drugs probably have very similar effectiveness or
efficacy. So with doing these trials, this is the problem.

**MATTHEW WIEMAN**, MD: Yeah. You hit on exactly the
issue about this is kind of why this discussion is being
held is about that specific area, about doing studies in
individual disease states. How much does it matter to you?
On one side, it may not. On the other side, there's folks
that feel that that disease state's different enough that it
would matter to them. But this is the kind of conversation
we need. So thank you.

And I'll hit on this now that we're here. Are
there any other disease states that folks here, and I heard
sickle cell, are of particular interest? Would you say,
"Well, even if it says it works, it would be nice to have
it." Or what's the value in being able to have a
publication? It may not go into the PI. Something you could
talk about. If you asked you could get some information on
it, have a scientific presence. Is there any other disease
state that comes to mind?

**GAVRIL W. PASTERNAK**, MD, PHD: Not specifically,
but I think your point's well-taken about the fact that
opioids are lumped. But in terms of disease states, if I
were thinking about them, I would look for disease states
that would expand the market. In other words, disease states

Confidential                                                    END00649622

where the opiates are not widely used, where they may
actually be appropriate and indicated.

      **MATTHEW WIEMAN, MD:** Where there's a gap. That
makes sense.

      **MALE SPEAKER:** What would those be?

      **MALE SPEAKER:** Well, I'll leave it to you guys.
You're smarter.

      **STEVEN P. COHEN, MD:** They've done them for central
pain. They've done them for phantom pain. They've done them
for back pain. They've done them for diabetic neuropathy.
Raj compared TCAs to opioids in comparative effectiveness
studies. I mean, then you're left with these conditions that
people are going to be very reluctant to prescribe opioids
as a class to. I know people don't even like using that
term, functional pain disorders, but things like abdominal
pain, pelvic pain, fibromyalgia.

      So I mean, they haven't been studied for this and
there's no evidence. But even if you show benefit, people
are going to say -- it's like when Dan Carr was testing
intranasal ketamine in patients and did fibromyalgia. People
were like, "What? Are we going to use this in fibromyalgia
really?" I'm sorry I keep using fibromyalgia as an example.
I don't mean it. The F-word.

      **MATTHEW WIEMAN, MD:** Sure. I can see that. So there
is some slight difference of opinion. I understand your take

**Confidential**                                      **END00649623**

on it and that's kind of why I'm asking. But it is

interesting to see. Even though we may not be able to make a

claim, and I won't ask you but that's what we're going to

try to figure out based on some of the comments here today

as well, but is there any incremental value in saying, "No,

we're not showing you that we're better than something. It's

not a head-to-head. It's not ground-breaking that it works

in eye pain. However, no one else has data to show you that

it does. And since so few people understand this molecule,

there may be some incremental value in that, and that's kind

of what I'm looking for. But that's absolutely the debate

that we have at the table back at Endo.

**NALINI VADIVELU, MBBS, MD, DNB:** You could think

about migraine and cluster headaches and stuff. It's not

really for opioids, but --

**MATTHEW WIEMAN, MD:** Because I'm taking, ER, but

the molecule, you never know.

**NALINI VADIVELU, MBBS, MD, DNB:** It's very painful,

right, migraine headaches?

**STEVEN P. COHEN, MD:** You will never get buy-in

from neurologists for headaches. Because I'll tell you, we

have a neurologist who runs our clinic, and these are his

words exactly. "Opioids have a special place in health [hell

for headache patients] (inaudible) patients."

**MALE SPEAKER:** That's more like myth than bias.

**Confidential**                                                    **END00649624**

COMPLETE HEALTHCARE                                          210
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**STEVEN P. COHEN, MD:** There's definitely data that you can look at, and I can say we did this study. It made *The New York Times*. We looked at all the headache evacuees from Morocco and Afghanistan. There were about 2,000 of them. And we looked at things that were associated with return-to-duty. And opioids were strongly associated with not returning to duty. That's not cause and effect. It could just be these people had lots of other problems. They were depressed. They had more pain at baseline, you know, greater disability and so they complained louder. They were put on opioids.

But there's other data to support when they look at people with things like migraine and in three years or five years, most people will stay the same. Some people will regress. Some people would progress. And there was definitely an association with opioids and progression. So I don't think that that's even a winnable battle. I'm not a neurologist.

**NALINI VADIVELU, MBBS, MD, DNB:** I'm just saying that's one place where they haven't found (inaudible) with opioids.

**MATTHEW WIEMAN, MD:** I think I beat that one down. But there's a potential to have some ideas there. And believe me, that's the debate we have. They're all valid points.

**Confidential**                                END00649625

Now we come down to, this isn't what I'm going to

discuss next actually, because here are some very specific

questions. One of the things we're thinking about doing is

creating a higher dose. This goes to a couple of things. It

goes to the fact that a lot of the patients that are chronic

patients on Opana ER were on greater than 80 milligrams a

day, so 87 milligrams a day was the average in our pivotal

trial for experienced patients with chronic low back pain at

the end of the trial. So this means that's more than two 40

milligram pills.

So convenience, the need for it instead of giving

other multiples, the confusion we talked about before. It's

relatively low-hanging fruit. There's risk of having the FDA

not like us pursuing this angle, but do you think having a

higher dose, knowing that information, so a 50 and a 60

milligram tablet perhaps, knowing that that is based on the

data we know and also the fact that the pill number again is

an issue nowadays, would that be of any interest to you? And

I know it's a little difficult with folks that are not

prescribing a ton of it right now, but what do you think

about high dose? Is that something that makes sense: patient

convenience, convenience for you?

**MARTIN D. CHEATLE, PhD:** I mean, it's generally a

no-no nowadays. Everyone's talking about PROP and

everything, having these set parameters, which is not based

Confidential                                    END00649626

on evidence, but most things aren't. So I think there's just

his perception that higher doses are bad, and that's why

they've sort of taken off higher doses of OxyContin. And so

I'm not sure that's a winnable battle.

**MATTHEW WIEMAN, MD:** That's definitely one of the

barriers right there.

**RONALD J. TALLARIDA, PHD:** That goes with what I

was saying before about one advantage of combinations is

that you lower the dose.

**MATTHEW WIEMAN, MD:** Mm-hm. And that would take

care of less pills as well if you had a combination. Anybody

feel different about the high dose, I mean as well as that

opinion because that's definitely valid.

**MALE SPEAKER:** (inaudible)

**MATTHEW WIEMAN, MD:** So make it easier.

**GAVRIL W. PASTERNAK, MD, PHD:** And there you have a

little bit of the fact that people are more understanding

that they use high doses. But the doses that we use in

cancer pain can oftentimes be much higher than the ones

you'd use in just --

**MALE SPEAKER:** I've never quite understood.

**MALE SPEAKER:** What's that?

**JOHN PEPPIN, DO:** We're not dealing with a

different physiology between pain in cancer and pain in

other things.

Confidential

END00649627

MALE SPEAKER: I'm not so sure about that.

MALE SPEAKER: I haven't seen good published data.

GAVRIL W. PASTERNAK, MD, PHD: The pain from a cord compression is not the pain from just a sprained low back.

JOHN PEPPIN, DO: Oh, no, but I mean the mechanism would be neuropathic pain versus somatic versus inflammatory pain.

GAVRIL W. PASTERNAK, MD, PHD: They're never a single entity. But the bottom line is if you take a look at the doses of opiates we use in our patients. Rich Payne[sp?] set the record: 1500 milligrams of morphine intravenously an hour.

MALE SPEAKER: Actually I got close to that.

MALE SPEAKER: That's a lot.

HOWARD A. HEIT, MD, FACP, FASAM: He went to divinity school afterwards. [Laughter]

MALE SPEAKER: Actually that was when he was a fellow.

STEVEN P. COHEN, MD: Well, going back to Chris' suggestion, so specific disease states and then he was saying that maybe there's less tolerance. Right, I'm saying I agree that that may not be the case, but this is how studies get designed. Someone says, "Hey, when my patients are on Opana they don't escalate the doses." And so this would be something to look at. You can do a really quick

Confidential                                           END00649628

COMPLETE HEALTHCARE                                                    214
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

pilot to determine whether or not you -- And then of course

look at specific disease states, and as you were saying,

psychomotor, like you break your hip, that's a bad thing if

you're elderly. It's very costly. People die.

      **MATTHEW WIEMAN, MD:** Well, this leads into the next

ideas were really kind of I'm thinking about high dose, and

then I'm thinking about a couple of different studies. And

one of the studies was actually looking at it in cancer

pain. And one of the things that we were thinking about

doing is actually looking at it in cancer pain in a head-to-

head trial potentially versus morphine.

      A small study. So there would be some limitation

of risk based on the fact that these are cancer patients

receiving their opioid experience. They're going to either

now be on a larger dose or a long-term drug, what is the

outcome. And again, with this study there could be a

finding, a pilot study that could introduce new data.

      Since it is in cancer pain, we have very limited

data, certainly no randomized, placebo-controlled trials

really with our drug in cancer. It is a kind of a disease

state, but it also combines looking at it against the gold

standard. There's more risk there, but there's a potential,

because we know if you give enough -- but if we have

something like morphine there to say these patients, even if

they did as well, there's a chance for a win there to say

**Confidential**                                                    **END00649629**

you shouldn't just consider this one drug. This drug works
in this. Does that sound like something interesting?

      **KAREN F. MARLOWE, PharmD:** My biggest complaint
about those types of trials is that either those trials do
not give enough demographic information for me to know how
to use them, or they aren't selective enough in their
inclusion criteria. So I'll read one of those trials and I
can't tell how to use the information. So I'll look at it
and I can't tell were they using it in neuropathic pain.

      And this goes back to your comment. I don't know
was it effective in patients with primarily cancer pain that
was neuropathic in origin, somatic, visceral. And so, yes,
it was effective, or it was more effective than morphine.
But I don't know anything. Because cancer pain is so broad.
And so if you all design it right, it'll be helpful, but it
needs to either be specific enough to the type of pain or
discrete enough into the patients are enrolled, they have
metastatic bone pain or they have visceral pain or they're
all breast cancer patients, it's metastatic. That would be
helpful.

      **STEVEN P. COHEN, MD:** I would argue the opposite.
With this study, you're not determining efficacy, that you
should have very broad criteria so that it's more
generalizable. You want a lot of different practitioners.
You don't want just the best. You don't want one specific

Confidential                                                    END00649630

disease state. I mean, these are kind of the guidelines. But I definitely hear exactly what you're saying. It's hard. So how does this generalize to my patient? But they usually say that with more inclusive criteria that the generalizability is great. This is good for something where you already know that it's efficacious.

**KAREN F. MARLOWE, PharmD:** And I would agree if they get that, awesome. But if they only get one or two of each.

**MATTHEW WIEMAN, MD:** So perhaps we use this again to find out what happens in a more generalized way, and then see if there's any hits. Again, depending on the numbers. But we'd have to decide. There's going to be some inherent complexities in designing a study with cancer patients.

**JOHN PEPPIN, DO:** You could do double crossover, double-dummy crossover.

**MATTHEW WIEMAN, MD:** Now, would you be able to get patients into that? Okay.

**KAREN F. MARLOWE, PharmD:** Some of the palliative care trials and the dyspnea trials are double-dummy crossover on some of the inhaled opioids that have looked at this. They are very low numbers, 20,40 patients.

**MALE SPEAKER:** But it takes on a whole different meaning. We have to use senators and legislators, right, for double-dummy. [Laughter]

Confidential                                                           END00649631

**MATTHEW WIEMAN, MD:** Of course, the placebo.

**GAVRIL W. PASTERNAK, MD, PHD:** I hear the politicians don't inhale. [Laughter]

**MARTIN D. CHEATLE, PhD:** But they use (inaudible) [Laughter] So a secondary benefit of doing some studies is you could increase positive recognition, where people say [Crosstalk]

**MATTHEW WIEMAN, MD:** Yes. We may not see giant "It's the best thing since sliced bread for a scratch of your cornea," which can be pretty bad. But, yeah, there's some more generalizable, some information. Because currently there's just a lack of information, especially about our product, as well.

And the next question surrounds all the studies. But the next study we were thinking about particularly was again how do you deal with that, trying to get the information, but going head-to-head and they're opioids, there's so much variability, you might just be able to hurt yourself. It may not do much but say something negative, which again we want to be transparent and open, but we don't want to necessarily conduct a study on purpose that's going to not have a fair chance of showing some kind of a result, or has a lot of detrimental potential.

So something that kind of mitigated that in one of our sessions we discussed potentially doing chronic low back

Confidential                                                        END00649632

patients, opioid-experienced, that failed OxyContin. So
you're looking at a group of patients which apparently a lot
of folks here are prescribing anyway. But again, you're
getting more data. It may not be mind-blowing, but there may
be some hits in a smaller study that allow us to say, "Well,
in fact you use it this way. It is a small study. We may go
to a bigger study. At least we have a publication where we
have a study that shows in this group of patients it
worked."

        **MALE SPEAKER:** How do you define failed?

        **MATTHEW WIEMAN, MD:** The devil's in the details for
that, how we do that.

        **MALE SPEAKER:** I think there are multiple studies
for that (inaudible) they have enough patients.

        **MATTHEW WIEMAN, MD:** And that's more one of the
disease states, so chronic low back pain. But why would we
do that over again because we've done that and it's common?
Well, the addition of the OxyContin. Because again, no one's
really going to go head-to-head. You're never going to see a
study head-to-head, so this would be close. That's what
would make it unique is that you're seeing direct kind of
fails.

        **MALE SPEAKER:** You wanted to do that with the
cancer study, right? You wanted to do a head-to-head.

        **MATTHEW WIEMAN, MD:** Morphine we wanted to do,

Confidential                                              END00649633

COMPLETE HEALTHCARE                                          219
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

yeah. The cancer study, we thought --

**JOHN PEPPIN, DO:** Because we don't care what
happens to cancer patients.

**MATTHEW WIEMAN, MD:** Well, we thought it's a tough
group to treat.

**MALE SPEAKER:** We don't care if they get opiate-
induced hyperalgesia.

**MATTHEW WIEMAN, MD:** No, we care. We care about all
our patients. The point is that the chances there are that
we may do pretty well against a drug like morphine. So those
two areas. Now, they apply across the board. So the next big
question is outcomes. And this applies to all the studies.
When you look at this stuff now, and you see the VAS, you
see typical outcomes, or you even see your patients. We all
are aware that things are kind of changing. And in reality
how you treat your patients are can they get up, can they go
to work, or whatever goals they have. So the goals are it's
no more "Oh, great. They're a three, not a five or not an
eight."

What other ideas for outcomes would make you
interested in seeing some of these studies? And that's one
of the ways to make some of these studies more unique, as
well, is putting in some new outcomes that necessarily are
more clinically relevant. And so that's open all the way up
to things like, "Are your patients feeling isolated?" Are

Confidential                                          END00649634

COMPLETE HEALTHCARE                                                    220
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

there reported outcome measures that we can come up with

that you care about sleep disturbance, depression?

I'm just throwing it all out there. Are there

outcomes that you would like to see in some of these studies

that we're thinking about doing? Because they could be put

in, as we develop them, into almost any.

**MARTIN D. CHEATLE, PhD:** I would just say again,

that if it's true that it's very specific and you're drug-

testing, you can compare it to other drugs in terms of hit

rates on your drug screening. So for example, if someone is

given oxy-oxy or whatever, it comes back as opiate, yes or

no. If you could say using this drug compared to OxyContin

or another drug, that we have a better way of identifying

people who are diverting or misusing. Because that's unique.

I mean, if that's what you're saying.

**MALE SPEAKER:** The urine drug test that is totally

negative opens up a differential diagnosis. It doesn't tell

you that the patient diverted the medication.

**MARTIN D. CHEATLE, PhD:** No, but if you have

someone on oxy base, for example, most people if they use

urine drug screens, it'll just say opiates present or not

present.

**MALE SPEAKER:** It'll say either negative or

positive.

**HOWARD A. HEIT, MD, FACP, FASAM:** Right. So if this

Confidential                                          END00649635

drug is specific, like fentanyl, for example, I think you have to be very careful when you do a urine drug screen on fentanyl because a lot of them won't show fentanyl. So you're accusing patients of diversion when they really aren't diverting.

**MALE SPEAKER:** (inaudible)

**MARTIN D. CHEATLE, PhD:** Not unless the lab test is directed at that molecule. And they're getting more sophisticated. But again, it's knowing the strengths and limitations of your test, whether it be a point-of-care or laboratory test.

**MATTHEW WIEMAN, MD:** Okay. So involving urine drug screening, and again the details to be worked out in each of the different types of studies we think about.

**HOWARD A. HEIT, MD, FACP, FASAM:** I think following on what Marty said, I'd look at it the opposite way is that if I do a point-of-care screening in my office and don't expect it to be positive, that's good news. The point-of-care testing is good for natural opiates, such as codeine and morphine, it won't tell you which one. It's also good to rule out marijuana and cocaine. So to say a negative point-of-care testing can actually be reassuring that at least they're not doing X, Y and Z, as long as you record that in the chart. So just taking 100 degrees opposite.

**MATTHEW WIEMAN, MD:** How about those other major

Confidential

END00649636

COMPLETE HEALTHCARE                                              222
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

issues? When you read the next study, I mean, I would assume
this is true, but is there any kind of more direction you
might be able to give us on function, quality of life? What
do you want to see about that? Are there specific tools you
do like? Are there outcomes that you want to see that you're
more excited to read about?

           **JOHN PEPPIN, DO:** You can take outcomes that are
clinically relevant. So dropping your pain numbers by 20
percent may or may not be statistically relevant, but may
not be clinically relevant. So functionality of course is
something that everybody harps on. Frankly I think that
should be part of any clinical trial. But let's say for
this, you can do this very simply. There's a thing called
the 6-minute walk, which we've actually gotten a couple of
companies to do. It hasn't been validated in chronic pain,
but it's been validated in a number of other disease states.
And you just make marks on the carpet, you walk 6 minutes,
and you write down the distance. And then they can do it
again, see if they have improved. It's very simple.

           **MATTHEW WIEMAN, MD:** How about sleep?
           **MALE SPEAKER:** I wanted to go back.
           **MATTHEW WIEMAN, MD:** Yeah, let's go back.
           **M. CARY REID, MD, PHD:** Because of activity and the
mobile health, lots of interest in activity looking at these
tools to quantify amount of steps per day, amount of time

Confidential
END00649637

COMPLETE HEALTHCARE                                          223
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

spent out of the apartment. And moving way beyond the self-

report measure, where those data are collected on the

outside. And I'm not opposed to the performance-based

measures, but I think in conjunction with would be

important.

   **MATTHEW WIEMAN, MD:** That's a good point.

   **STEVEN P. COHEN, MD:** The issue with sleep I think

is really, really important and there's a very, very high

co-prevalence rate. Opioids induce sleep, but they decrease

all slow-wave sleep, or stage 3, stage 4, and they decrease

REM sleep. And you need slow-wave sleep for regeneration of

tissues and healing and immune function. You need REM for

sanity, memory formation. There's no question that it's

going to affect. So are you going to basically send them for

sleep studies? And it's going to decrease. There's no

question it's going to decrease all that sleep. Or are you

going to use some of these scales? We measure sleep with

one, like Athens. I don't think it's the most common. They

have a lot of them.

   But if they're on it for a long period of time,

are they going to be on steady doses? Because when you first

take opioids, you increase the amount of time that you

sleep, especially with long-acting. But it doesn't mean that

it's good sleep. And then when they're on it for a longer

period of time, then you have a paradoxical effect. I think

**Confidential**

COMPLETE HEALTHCARE                                              224
Pain Management Summit: Focus On Opioid Therapy
December 15, 2012        Philadelphia, PA

it's just a very difficult thing to deal with sleep. I mean,
it would be great if you could. I think if they made those
core domain outcome measures, that would be one right now.
But it's not because they made them (inaudible).

JOHN PEPPIN, DO: (inaudible) potentially this
could be a class effect. Unfortunately the data isn't --

MATTHEW WIEMAN, MD: As you had mentioned, this is
the conundrum that we're in: trying to be able to prove some
of the uniqueness in the drug.

MALE SPEAKER: It would be very helpful to do it
for one particular entity.

MATTHEW WIEMAN, MD: And we don't know the details
yet. There's lots of work to be done. And again, we may run
into a wall on any one of these.

STEVEN P. COHEN, MD: You have to do psych stuff.

MATTHEW WIEMAN, MD: Psych stuff is the next one I
was going to bring up: isolation, depression. Are these
things that you want to see on these studies?

STEVEN P. COHEN, MD: But how are they different
than any other opiate I guess is what I'm saying.

MATTHEW WIEMAN, MD: We don't know, but again in
this case we would hope to find out if there is a hit, and
if there isn't, right now we would at least be producing
data that other people don't have on certain disease states.
I'm not saying that's the way to go. That's why I'm having

Confidential                                                    END00649639

COMPLETE HEALTHCARE                                        225
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012       Philadelphia, PA*

to say tear it up. I'm agreeing with all of you on this.
There's a struggle to decide which one is the most valuable.
Because that's what the real question is with this wall
here. And I'll just finish it up, the last pieces are the
continuum of care. And I think we really have gone through
that pretty in detail, and there's a lot of potential.

        So if you looked at all these before I hand it
over to Rob, who's going to go over a couple of things that
I might have missed. He took some notes about some major
topics. If you look at these basic ideas, and you had a set
amount of dollars to spend, where would you rank these? High
dose, cancer study, other types of disease state studies,
which we already talked about we'd hopefully add some
interesting endpoints, the continuum of care information.

        And then one thing I didn't mention yet was going
more into detail on either a separate study or a study that
combines cognition and psychomotor. Is there anything there
that someone wants to say, "That's my favorite."

        **NALINI VADIVELU, MBBS, MD, DNB:** Can we do a
methadone study comparing with the different opioids, where
we're looking at patient satisfaction and also nausea and
vomiting.

        **MATTHEW WIEMAN, MD:** Okay. So it's more patient-
related outcomes it looks like, patient-reported outcomes.

        **GAVRIL W. PASTERNAK, MD, PHD:** It seems to me that

**Confidential**                                     **END00649640**

a lot of things you're looking at there, you're going to have a negative effect of the drug. You know, cognitive, psychomotor effects. We know that opiates will work for neuropathic pain, but at very high doses or higher doses, much more likely to have side effects. So I'm not so sure that I would necessarily jump into a study where I know that the drug is going to be a negative and it hasn't been studied before. Why do you want your drug known as the negative? Even if the others have the same effects, your drug is the one that's been actually demonstrated to be, proved to be negative.

**MATTHEW WIEMAN, MD:** It's definitely part of the risk:benefit analysis of doing these studies.

**Randy:** One of the reasons why cognitive is up there is the feedback we've received is that relative to the other long-acting opioids, that Opana ER actually has less impact on cognitive impairment. So we're trying to see is there a way to explore does this product actually have less relative cognitive impairment versus MSC or Oxy.

**MARTIN D. CHEATLE, PhD:** If you can prove that in the psychomotor effects, then it doesn't matter what the disease state is. It separates it.

**MATTHEW WIEMAN, MD:** That's why these will be sprinkled into the appropriate study.

**MALE SPEAKER:** If you have someone with cancer who

Confidential

has difficulty with ambulation because of their

chemotherapy, it would be important to have a drug that

doesn't complicate that more than another drug.

**MATTHEW WIEMAN, MD:** Yeah. If you took a geriatric

pain patients, OA patients, started them on morphine,

started them on Opana ER, followed out their psychomotor,

followed out something. You're absolutely right. There is

very detailed analysis going on right now which you're a

part of, of the risk:benefit analysis of doing this. But

this has all been really good feedback.

**MALE SPEAKER:** It would have to be in opiate-naive

patients.

**MATTHEW WIEMAN, MD:** Sure they may already be --

**HOWARD A. HEIT, MD, FACP, FASAM:** That's the

studies that have been done with driving. They could say

that it did affect your reaction time, but they couldn't say

anything about cognitive skills, because they didn't have a

measurement before let's say addiction was present, before

cancer was present, before chronic pain was present, which

all affect cognitive development.

**MATTHEW WIEMAN, MD:** Yeah, it gets very

complicated. We'd have to decide what we'd be willing to

live with.

**MALE SPEAKER:** It would have to be very pure.

**MATTHEW WIEMAN, MD:** Yeah.

MEDICAL TRANSCRIBERS OF NEW YORK
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

Confidential                                    END00649642

**HOWARD S. SMITH, MD:** Unless it was a cancer crossover, morphine and then over to oxymorphone.

**MATTHEW WIEMAN, MD:** That's absolutely on the board for discussion.

**STEVEN P. COHEN, MD:** There was a study in post-herpetic neuralgia that compared amitriptyline to morphine, and it favored morphine, but the p-value was 0.06. So I mean, at least with shorter term follow-up, you don't even have to compare it to another opioid, you could compare it to gabapentin or you could compare to amitriptyline.

**MATTHEW WIEMAN, MD:** Lots of options.

**MALE SPEAKER:** But you can see the criticism of that. You're using different classes of drugs, et cetera. It's hard to know.

**MALE SPEAKER:** The drug class thing, no matter which one of those studies you do you're going to run into that.

**MALE SPEAKER:** No, but if you're using an opiate, you're using opiates.

**MARTIN D. CHEATLE, PhD:** But the market share you're trying to increase is in one opiate versus another. So if I prove that this is better than gabapentin, I go --

**MALE SPEAKER:** Right. We said that's a problem for every single study unless you compare one to another.

**MATTHEW WIEMAN, MD:** And now I know this is a class

Confidential                                                END00649643

effect, as well, or it's an effect of making someone feel
better, and I've already mentioned this before, but is there
a way that we could create some interesting endpoints that
focus in on the psychiatry of the patient?

    **GAVRIL W. PASTERNAK, MD, PHD:** I still have a
problem. It's like trying to fix somebody up with a girl.
And you say, "She's not as ugly as the last one." [Laughter]
I think going after the negatives, you know, people are just
going to remember the negative aspect of it.

    **MATTHEW WIEMAN, MD:** Then you know what? It's
totally valid. So then I would ask you, what is your best
shot on goal for oxymorphone if you can do one thing this
year?

    **MALE SPEAKER:** I have to think about it a little
more. But see what things you could do where the oxymorphone
would be a positive, not where it's going to be just not as
bad as the other one.

    **JOHN PEPPIN, DO:** For example, what if you had the
money and were willing to do this, but you did a study on as
many opiates as you -- methadone, oxycodone, oxymorphone,
and just do five or six. And you look at sleep studies and
see if it induces sleep apnea. I mean, that would be very
helpful for us as clinicians because maybe one opiate's
worse than another. I don't know.

    **MALE SPEAKER:** It will never happen.

Confidential        END00649644

COMPLETE HEALTHCARE                                           230
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012     Philadelphia, PA*

**MALE SPEAKER:** They're all negative.

**GAVRIL W. PASTERNAK, MD, PHD:** It's sort of like
focusing on the wart. In other words, from the marketing
perspective, I think focusing on negatives is not the best
way to go. But in terms of medicine, I think it would be
wonderful to have that information. I was just thinking in
terms of from the company perspective.

**MATTHEW WIEMAN, MD:** Well, thank you. I really
appreciate it. I think we had a really good discussion.
We'll wrap up a couple of points with Rob, and then he's
going to hand it back over to me just to finish up. But I'm
going to be touching back again with all of you as well to
talk about each of these and flesh some of them out if you
can. And you can see the issue we have here is we're trying
to find some meaningful data to move forward with for this
life cycle of the product. Thank you.

        [FILE 6]

Closing Statements

**ROB GATLEY:** I'm just going to touch on some points
aside from those ones that were the specific goals before we
had the meeting. Some other things that came up during the
discussion that I think are also of value pursuing. I know
the first session we had on best practices and education, it
was highlighted that the culture of practice is an issue, of
an inertia towards change, reluctance to implement things

Confidential                                        END00649645

that are brought up through education and following mentors
who might not be following a good pattern of practice.

        So I think one of the things that came out of that
is the importance of novel ways of implementing education.
We brought up apps, electronic medical records. One of the
things that a pharmaceutical company could do is a program
to link up practitioners with mentors with access to comment
and to possibly sessions at meetings, to link up
practitioners with someone who does have a good standard of
care. I think an important thing that came out of that
session was the idea that if you're getting into the
electronic media, you've also got an instant source of data.
So I think that's something we should look at, is ways to
develop those ideas into a source of data and some ongoing
study.

        I also was thinking about this after we had that
discussion with the whole idea of your following your mentor
who you respect as a clinician, you're not going to question
him, but we're in this age of electronic media. It brought
me to mind of the Arab Spring. If you're going on rounds
with your smart phone, are you going to maybe say, "Well,
Gavril Pasternak says this."

        **GAVRIL W. PASTERNAK, MD, PhD:** Oh, they won't do
that.

        **ROB GATLEY:** I think that's an area to explore.

Confidential                                            END00649646

[Background Conversation]

**MATTHEW WIEMAN, MD:** Be careful what you say.

**ROB GATLEY:** So I think maybe a way to think in that area of educational issues, you would say would be the most important, as a priority to work in that area: apps, CMR, online education. What would be a priority to head off on for an initiative?

**JOHN PEPPIN, DO:** We did a program with Pearl Schwartz, what's her group? Creative Educational --

**HOWARD A. HEIT, MD, FACP, FASAM:** It was case-based.

**JOHN PEPPIN, DO:** It was case-based. And they actually had an actor who played the role of a patient. It was really quite good.

**CHRIS HERNDON, PharmD:** That was fun.

**MALE SPEAKER:** And Chris did that, that's right. You did that, too. And we really had a good time. But they had a booth on a couple of these where you would go in and sit down, and the doc and the patient would interact and ask questions. And I think they had some data going out about six months.

**MALE SPEAKER:** You entered a sort of like hallway, and there were posters. And you stood in front of the posters and used your --

**MALE SPEAKER:** I remember that.

Confidential

[Crosstalk]

**MALE SPEAKER:** -- what do you call it? The video hand-held, what's the hand-held device they used?

**MALE SPEAKER:** (inaudible) response system?

**MALE SPEAKER:** No, the device. One of us would speak about the poster, and you'd go through eight posters. It took 20 minutes. Then you went into an examining room in which there were certain questions you would ask. Like, "I want to do a urine drug test." And the actors would say, "Why? Do you think I'm an addict?" And how to respond to certain things. "Why do I have this? It's my Constitutional right. I don't have to do this." Or that the urine test came back inappropriately positive, how did you react. It was like case-based learning, and it was very well-received.

**MALE SPEAKER:** And they actually looked at I think about six months as far as the effect.

**MALE SPEAKER:** The retention there was great.

**MALE SPEAKER:** The retention was really good.

**MALE SPEAKER:** But it was very time intensive.

**MALE SPEAKER:** And expensive.

**MALE SPEAKER:** And expensive.

**MATTHEW WIEMAN, MD:** That reminds me of something, to expand upon that. It reminds me of doing the simulator training in residency. You know, whatever your simulation was. Most of us it was going into the OR and there was an

Confidential                              END00649648

airway fire or some major disaster. And everyone's watching
you from above.

Again, time intensive is the issue. Because we
know that we have this type of like in medical school
training, there already is the ob/gyn, get over the ob/gyn
nervousness, examining that patient. You get tested
basically on seeing a patient. But should pain be, since
it's very unique, could we try to get that devoted to? And
potentially again, actors and/or a type of a simulation
where it's more interesting.

**JOHN PEPPIN, DO:** You might be able to do a web-
based thing or something. There's ways to do I think that
wouldn't be as expensive.

**ROB GATLEY:** That would reduce costs. And also
there's the potential with that kind of thing you can go
through electronically, answer the questions, see the
electronic patient, and have someone online available for
chat some specialists who are doing it in their time to be
available for those to give you that feedback.

**ROB GATLEY, MD:** It would be a hell of a lot
cheaper, and plus they could do it on their own schedule.

**MATTHEW WIEMAN, MD:** Yeah, you wouldn't be taking
anything out of their either school curriculum or their
work. They could do it after.

**GAVRIL W. PASTERNAK, MD, PHD:** Do you worry about

Confidential                                          END00649649

COMPLETE HEALTHCARE                                              235
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

the number of these programs that people are getting hit

with these days, and whether you're going to make an input?

I mean, I probably get about 20 of these a week from various

different organizations, from neurology and cardiology

sending them to me, God knows why. I'm just wondering as the

web becomes very much used, at what point do people just

desensitize? I mean, 15 years ago I answered every email.

Now half of them get thrown away without even looking past

the title. I'm just curious how you would make it so people

would actually pay attention to yours as opposed to someone

else's.

**ROB GATLEY:** Probably the most effective way is

coupling it with real-life mentoring. If your attending

suggests that you go to this website, or somebody you refer

to for pain consults recommends it.

**CHRIS HERNDON, PHARMD:** Or make it CME.

**ROB GATLEY:** I guess if your drug rep recommends

it, as well. But then you get into the whole question of

that wouldn't be CME if it's linked to the pharmaceutical

company as the source.

**CHRIS HERNDON, PHARMD:** Are you talking about

training people already in practice or postgrads?

**ROB GATLEY:** It could be for either. The event at

APS was for clinicians in practice. But it's a good model.

**MALE SPEAKER:** Pain Paradox.

Confidential                                              END00649650

COMPLETE HEALTHCARE                                                236
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

**MALE SPEAKER:** Pain Paradox, yeah. That's right.

**JOHN PEPPIN, DO:** One of the ideas that I had
discussed, we've just never been able to pull together
because of funding but would be, let's just say we're going
to use residents, maybe family practice and internal
medicine residents. And you make it competitive.

So the director of a program recommends someone.
And then they go to a meeting. Say you pick 30, 40, I don't
know, however many, and they go to a meeting. And it's very
interactive, case-based. You have some of the mentors there,
folks like us would be there, and we interact with them. And
then over the year, they would have to do certain things on
the web and interactive. Maybe you have a meeting at the
end. And that kind of input over a year I think might
actually make a difference. It's a small group, but still.
It's a start.

**MATTHEW WIEMAN, MD:** Well, that's it. We all agree
it's not working right now, and there's got to be more of
it. And it's got to be in a different format. So we're going
to have to make it creative enough and interesting enough so
that we get that retention, and then you also get even the
initial, "I'm going to answer the email," or "I'm going to
buy into this as an idea."

**GAVRIL W. PASTERNAK, MD, PHD:** You were talking
about these programs at the APS. That's bringing coals to

MEDICAL TRANSCRIBERS OF NEW YORK
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

Confidential                                          END00649651

COMPLETE HEALTHCARE                                                    237
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012          Philadelphia, PA*

Newcastle, isn't it? I mean, they're the people who are
already interested in pain, and the people that you really
need to educate are the people -- I mean, the hardest thing
is when the people don't realize how ignorant they are. And
so what you really should be focusing on to me would be the
family practice guys, pediatricians who have a lot of
difficulty with pediatric pain. It's very difficult to
evaluate and people are very reluctant to treat.

        **MATTHEW WIEMAN, MD:** Yes, so some of the folks that
are referring to you, just messed cases already. And those
are the folks who would get the most out of this. And we are
currently dealing with just restrictions on who we can
actually proactively reach out to because they don't allow
us to expand the long-acting market. So ironically, the
folks that need the data the most, the pharmaceutical
companies are not allowed to get too close to.

        **MALE SPEAKER:** But if you're educating them about
pain.

        **MATTHEW WIEMAN, MD:** Yes.

        **MALE SPEAKER:** As opposed to educating them about
oxymorphone. I mean, that would be an extraordinary service.

        **MATTHEW WIEMAN, MD:** This goes back to the original
comment, I forget who made it, but at the beginning the
suggestion was to even potentially have whoever the person
comes up and speaks to you is focused more on the education,

**Confidential**                                                      END00649652

COMPLETE HEALTHCARE                                                  238
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

less on -- if we don't have an enormous amount to say, this
is what I heard anyway, about one particular thing, you may
get a lot more credibility by walking in the door and
saying, "Let's talk about pain for a little bit."

　　　　**ROB GATLEY:** I think an important concept that came
up a lot when we were talking about education best practices
is, is this going to change things. Is this program, that
thing, going to actually change practice? So one thing with
the apps, the EMR, with the idea of something web-based is
if you can gather data, and six months down the line poll
these same people who went in before and say, "Has it
changed your practice?"

　　　　So maybe, Gav, what were you saying? How do you
sell this as being a better source of information than all
20 others out there. If it was perhaps started in an
academic environment, where you do the program, you follow
up in six months, did it actually make a change? If it has a
validation as being effective.

　　　　**GAVRIL W. PASTERNAK, MD, PHD:** There are a lot of
academic places and people that would be very interested in
this kind of educational approach. And with a nonrestricted
grant, people I think would be very, very happy to set these
things up for you.

　　　　**MALE SPEAKER:** Another thing is medical students,
often all they use is their palms. Remember the big books

Confidential                                          END00649653

you used to carry in your pocket? It's all gone. They just kind of look up what the disease state is and what the drugs are. It would be very easy just to sort of lap in something that has to do with pain education.

ROB GATLEY: I think something that would draw people back to it, too, is through gathering the data and following up, you make that person an individual. They haven't just visited a website anonymously, but you're following up and measuring what's happened in their own practice.

JOHN PEPPIN, DO: I don't think we ask them, "Has this changed your practice." I think we measure that in some way. So maybe they have to give five cases or maybe we have to ask them questions about some cases or something.

MATTHEW WIEMAN, MD: Anyone who comes on, say someone who rotates through, whatever number comes in for the next rotation for the pain practice, the pain service, they're rotating through perhaps, give that one crowd a set of those case studies and have them do it again at the end. Like you said, some sort of measurement with an academic group that you're following, there's an incentive for them to try, they have to do this, to see if it works.

PATRICIA BRUCKENTHAL, PhD, ANP-C: One thing I did for simulating patients, we started previewing that our students love is the digitalized patients. So we have a case

Confidential                                                    END00649654

that teaches health assessment through all the systems, and

her memory is unbelievable. So you can type in your

assessment questions, and then the digitalized patient

verbally answers you. And check, she has a mother who's

sitting in the room. You can ask the mother to leave, and

ask her some other questions. I don't know how much that

costs, but it's a really engaging method of learning.

**ROB GATLEY:** It actually costs less than doing it

live time at a conference.

**PATRICIA BRUCKENTHAL, PhD, ANP-C:** But everybody

loves to access it. The Digital Age.

**MALE SPEAKER:** That resident thing, you can call it

the Pasternak Award, and you have a little bronze, just a

moustache, just on the top.

**ROB GATLEY:** One other area I think we need to get

back to is just the whole thing with different formulations

and with the oxymorphone molecule itself. Availability,

access, familiarity were things that came up as themes again

and again. We're not going to use it if it's not available.

We're not using it. We're not going to ask for it. So I

think there's a need for initiatives to get out data from

whatever centers are using IV oxymorphone or who are using

IR as a first-line if there's something published within

there's a ground to try using it or advocate for it to be

covered. And then that also establishes experience. So those

**Confidential**                                                        **END00649655**

COMPLETE HEALTHCARE                                                        241
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

are initiatives, getting out data of people who are actually
using these things.

        **CHRIS HERNDON, PHARMD:** One quick barrier that I
find a lot when I actually do write for one of the TRICARE
patients for this stuff, it is terrible for them to find a
pharmacy that actually has it. And so if you guys could like
maybe negotiate with one of the large chains to stock at
least one bottle of the common strengths or something. I
mean, it takes hours to dig through the local places to find
who has them. I don't know why they're so reluctant to stock
it. But it really is a barrier for me.

        **MATTHEW WIEMAN, MD:** Yeah, we found that to be very
true and very regional. But it's a big issue, and we're
certainly working on different angles for our pharmacy
connection.

        Well, I think we're pretty much at the end here.
Thanks, Rob, for finalizing all this. Howard, would you like
to just say a final word or two. Thanks for all your help.

        **HOWARD S. SMITH, MD:** Thank you, everybody, for
coming. It was a very lively discussion. Does anybody have
any last words or advice for Endo as far as a particular
study that would be important, like one thing that they
could do or two things that they could do in terms of
education, clinical study, review article that would be
important?

Confidential                                          END00649656

COMPLETE HEALTHCARE
Pain Management Summit: Focus On Opioid Therapy
*December 15, 2012        Philadelphia, PA*

242

**MATTHEW WIEMAN, MD:** I think we've had a lot of discussion today. It's a little bit hard. But this is just the beginning. So we now have all met here to open the discussion. We'll be obviously coming back with a lot of information and kind of summaries on what we did discuss. I'll be reaching out to each one of you to discuss some of the specific areas that you expressed interest in and to ask you some more questions. So I think there's a lot of opportunity to work together I the next year. And again, as you come up with these ideas on your plane or train or car ride home, take a second and write it down so when I reach out next time, we'll continue our conversation.

**MALE SPEAKER:** Thank you.

**MATTHEW WIEMAN, MD:** Thank you. Thanks, everybody. Safe travels. [Applause]

MEDICAL TRANSCRIBERS OF NEW YORK
401 EAST 81 STREET, SUITE 12E • NEW YORK, NY 10028
(212) 988-4121

Confidential                                    END00649657