**PSJ2 Exh 99**



Confidential

END00648960



Confidential

END00648961



Confidential

END00648962

# *AGENDA*

| 8:00 AM – 8:15 AM | Welcome and introductions | Matt Wieman |
|---|---|---|
| 8:15 AM – 8:30 AM | Meeting objectives | Howard Smith - Chair |
| 8:30 AM – 9:30 AM | Opioid therapy for chronic moderate to severe pain management: best practices | John Peppin |
| 9:30 AM – 10:15 AM | Oxymorphone pharmacology | Chris Herndon |
| 10:15 AM – 10:30 AM | Break | |
| 10:30 AM – 12:00 PM | Oxymorphone continuum of care | Howard Smith |
| Noon – 12:45 PM | LUNCH | |
| 12:45 PM – 1:45 PM | Effect of reformulation of OPANA® ER on abuse of the product: early experience from surveillance data through 3Q2012 | Neil Shusterman |
| 1:45 PM – 2:45 PM | Oxymorphone in pain management | Matt Wieman Rob Gatley |
| 2:45 PM – 3:00 PM | Closing statements | Matt Wieman Howard Smith |
| 3:00 PM | Departures | |

*endo* Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

4

4

**END00648963**

## *Meeting Objectives*

– Best practices for opioid therapy in chronic pain management
  – Risks and challenges associated with the use of opioids
  – Barriers to the successful use of opioids
  – Practitioner knowledge and training gaps
  – Patient knowledge gaps
  – Risk mitigation strategies
  – Best practices development

– Oxymorphone molecule for chronic pain management
  – Uniqueness of the molecule as a therapeutic agent
  – Place in pain management armamentarium and continuum of pain care
  – Knowledge/informational/clinical study gaps regarding the molecule



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

5

5

END00648964



Confidential

END00648965

## Challenges Associated With Chronic Opioid Therapy

- Opioid prescribing for pain of noncancer origin is increasing
    - Concomitant increased opioid overdose and mortality[1]
- 2007, opioids implicated in >11,000 fatal overdoses[1]
    - 17,000 deaths from NSAIDs[2,3]
- Some states have enacted legislation to
    - Limit opioid dosing
    - Improve patient screening and monitoring
    - Encourage appropriate follow-up of aberrant drug-related behavior[4]
- Data not yet available to show whether these measures will work
- Can implementation on evidence-based "best practices" mitigate abuse and misuse without creating barriers to care?

1. Paulozzi. et al. Pain Med. 2011;12(5):747-754
2. Gurkirpal. Am J Med 1998;105:S31-38
3. Wolfe et al. NEJM. 1999;340:1888-1899
4. AMDG. Available at: http://www.agencymeddirectors.wa.gov/Files/OpioidGdline.pdf



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

7

**END00648966**

## *Physician Knowledge*

--------------------------------------------------------------------------------

- Physicians not confident in their knowledge of opioid abuse, misuse, addiction, diversion
  - Physician survey: 70% concerned about facilitating abuse or addiction[1]
  - Retrospective analysis UDM program
    - 55% of physicians continued to prescribe[2]

1. Wenghofer et al. Can Fam Physician. 2011;57:324-332
2. Gupta et al. Pain Physician. 2011;14:383-389



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES.

8

Confidential

END00648967

## *Physician Training*

- Most undergraduate medical curricula include surprisingly little training in pain management, opioids, addiction, end of life, palliative medicine, and giving bad news is poorly addressed[1,2]
  - <30% of US medical schools require opioid instruction[1]
  - <10% require instruction about abuse and addiction
  - <10% in palliative medicine/EOL
  - Mean number of hours in pain management was 11.1 (range, 1–31 hours)[1]
    - Veterinary schools devoted 5-fold more hours[2]

1.  Mezei et al. J Pain. 2011;12(12):1199-1208
2.  Watt-Watson. Pain Res Manag. 2009; 14(6):439-444

*endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

9

## *What Is Fundamental Knowledge for Responsible Opioid Prescribing?*

- Complexity of chronic pain
  - Requires "nonlinear" wholistic thinking
- Clinical pharmacology of opioids
  - Selecting appropriate opioid molecule
  - Selecting appropriate dose and treatment duration
  - Adjuvant and opioid-sparing therapies
- Factors contributing to attractiveness for abuse
  - Molecule-based vs formulation-based attractiveness
  - Benefits and limitations of abuse-deterrent formulations
  - Appropriate/inappropriate use of abuse-deterrent formulations
- Detection and management of aberrant drug behavior
  - Patient COMPLETE history and physical examination
    - Includes psychological evaluation, comorbidities, other medications etc...
  - Patient opioid treatment agreement



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

10

10

**END00648969**

## *Risk Evaluation and Mitigation Strategies*

- Risk Evaluation and Mitigation Strategies (REMS) for long-acting/extended-release (ER/LA) opioids first released in 2009; final version in 2012
  - REMS is just a RISKMAP[1]
  - Never been shown to reduce abuse, misuse, diversion, or overdose deaths
- Focus is on education to ensure that prescribers understand
  - Opioid pharmacology
  - Risks and benefits of opioid therapy
  - Proper patient selection and monitoring
  - How to recognize opioid misuse, abuse, and addiction

1.  Peppin et al. Issues in Law and Medicine. 2011; 27: 91-119



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

11

11

## *Risk Evaluation and Mitigation Strategies*

- Opioid ER/LA REMS are voluntary; physicians not required to have special training before prescribing ER/LA opioids
  - No REMS for hydrocodone or oxycodone combination products
- Survey of 259 physicians[1] found that 48% would comply
  - Only 10%–18% claimed that they would discontinue prescribing opioids if required to comply with REMS
  - However, legislation has affected numbers of physicians who prescribe, empirically eg, HB1 in Kentucky

1. Slevin et al. J Opioid Manag. 2011;7(2):109-115.

 endo
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

12

12

END00648971

## *Prescription Drug Monitoring Programs*

- Prescription Drug Monitoring Programs (PDMPs) gather data on
  - Inappropriate use of prescription drugs
  - Acquisition of controlled substances by "doctor shopping"
  - Initiatives undertaken by regulatory, health, and law enforcement agencies
- PDMPs never been shown to achieve the above goals
  - KASPER in Kentucky has shown an increase in prescribing of opioids since its inception

http://www.propalliance.org/

 endo
Pharmaceuticals

©2002 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

13

13

## Discussion:
### Best Practices in Opioid Therapy

– How are the social concerns of abuse and misuse balanced with the needs of patients who are in legitimate pain and would benefit from chronic opioid therapy?

– What are the best practices to achieve this balance?
  – Educational initiatives
    – Publications and other media
    – Mentoring
    – REMS
  – Medical education
    – Undergraduate
    – Postgraduate



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

14

14

END00648973



Confidential

END00648974

## Oxymorphone Pharmacology
### Chemistry – Receptor Affinity



- Pure semisynthetic opioid agonist relatively selective for the μ receptor[1] and less affinity for the δ,[1] δ,[2] and κ opioid receptor subtypes[2]
- Molecular structure similar to morphine but with greater lipid solubility[1]
- Ceiling to analgesic effects imposed only by AE[1]
- Patients aged >65 years require 40% lower dose vs patients aged 18–40 years[1]
- Half-life is often described as "long"
  - 1.3 hours with IV formulation[3]
  - 7.3 hours with IR formulation (5 mg)[4]
  - 11.3 hours with ER formulation (5 mg)[1]

1. OPANA® ER (oxymorphone hydrochloride extended-release tablets). Full PI, Endo Pharmaceuticals, 2012
2. Metzger et al. J Med Chem. 2001;44(6):857-902
3. Numorphan® (oxymorphone hydrochloride injection). Full PI, Endo Pharmaceuticals, 2012
4. OPANA® IR (oxymorphone hydrochloride immediate-release tablets). Full PI, Endo Pharmaceuticals, 2010



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

16

**Confidential**

## Oxymorphone Pharmacology
### Metabolism

— Oxymorphone metabolized to 2 primary metabolites: oxymorphone-3-glucuronide and the active metabolite, 6-OH-oxymorphone

— Bioavailability of oxymorphone increases 1.6-, 3.7-, and 12.2-fold in patients with mild, moderate, and severe hepatic impairment, respectively

— Up to 38% of oxymorphone dose is excreted in the urine as primary metabolites
  — <1% excreted unchanged

— Oxymorphone bioavailability increases 26%, 57%, and 65% in patients with mild, moderate, and severe renal dysfunction, respectively

OPANA® ER (oxymorphone hydrochloride extended-release tablets). Full PI, Endo Pharmaceuticals, 2012



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES    17

• Oxymorphone is highly metabolized, principally in the liver, and undergoes reduction or conjugation with glucuronic acid to form both a major active metabolite, 6-OH-oxymorphone, and inactive metabolite, oxymorphone-3-glucuronide.

• As a consequence of the important metabolic role of the liver in oxymorphone metabolism and clearance, the bioavailability of oxymorphone increases from 1.6-fold in patients with mild hepatic impairment to 3.7-fold in patients with moderate hepatic impairment, and to 12.2-fold in patients with severe hepatic impairment.

• Less than 1% of an oxymorphone dose is excreted in the urine unchanged. In subjects with normal hepatic and renal function, approximately 33%–38% of the dose is excreted as the primary glucuronide metabolite, oxymorphone-3-glucuronide.

• A pharmacokinetic study involving 24 patients with renal dysfunction found an increase of 26%, 57%, and 65% in oxymorphone bioavailability in patients with mild (creatinine clearance 51–80 mL/min), moderate (creatinine clearance 30–50 mL/min), and severe (creatinine clearance <30 mL/min) renal impairment, respectively, compared with healthy controls.

**Reference:** OPANA® ER (oxymorphone hydrochloride extended-release tablets). Full Prescribing Information, Endo Pharmaceuticals Inc., Chadds Ford, PA, 2012

17

END00648976



## Oxymorphone Pharmacology
### Urine toxicology testing

- Opioid analgesic metabolites that are chemically identical to opioid medications complicate the interpretation of toxicology testing[1]
- Oxymorphone metabolites do not resemble any prescribed opioids[2]
- Urine toxicology testing should reveal almost exclusively oxymorphone[2]

1. Smith. Mayo Clin Proc. 2009;84:613-624
2. Sloan. J Opioid Manag. 2008;4:131-144

*endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES.

18

- Opioid analgesics with metabolites that are chemically identical to other opioid medications can complicate the interpretation of toxicology testing.[1]
- Oxymorphone may offered an advantage in this regard because it is not metabolized into any available opioids or their metabolites.[2] As a consequence, urine toxicology testing for patients receiving oxymorphone should reveal almost exclusively oxymorphone.

### References

1. Smith HS. Opioid metabolism. *Mayo Clin Proc.* 2009;84(7):613-624.
2. Sloan PA, Barkin RL. Oxymorphone and oxymorphone extended release: a pharmacotherapeutic review. *J Opioid Manag.* 2008;4(3):131-144.

18

**END00648977**

## Oxymorphone Pharmacology
### Pharmacokinetic drug interactions

– No biotransformation of oxymorphone by any of the major cytochrome P450 (CYP) isoforms

– No inhibition of any of the major CYP isoforms

– Neither low-dose nor high-dose oxymorphone induces or inhibits CYP3A4 or CYP2C9 enzyme activity

– No dosage adjustment is required when oxymorphone is administered with CYP-metabolized drugs, unless pharmacodynamic effects must be considered (eg, central nervous system depressants)

– Absence of CYP metabolism facilitates combination with adjuvant analgesics (eg, serotonin-norepinephrine reuptake inhibitors, tricyclic antidepressants) and combination with concomitant medications for comorbidity

OPANA® ER (oxymorphone hydrochloride extended-release tablets). Full PI, Endo Pharmaceuticals, 2012



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

• In vitro studies have shown that none of the major cytochrome P450 (CYP) isoenzymes (1A2, 2C9, 2C19, 2D6, 2E1, or 3A4) mediate the biotransformation of oxymorphone to 6-OH-oxymorphone at therapeutically relevant plasma concentrations.

• Likewise, oxymorphone incubated with human liver microsomes at a concentration of ≤50 μM was not shown to inhibit the major CYP isoenzymes.

• In healthy volunteers, neither low-dose oxymorphone extended release (20 mg every 12 hours orally) nor high-dose oxymorphone extended release (60 mg every 12 hours orally + naltrexone 50 mg once daily) induced or inhibited CYP3A4 or CYP2C9 enzyme activity.

• Thus, it is not expected that oxymorphone, or its metabolites, will act as inhibitors of any of the major CYP enzymes.

19

END00648978

## Oxymorphone Pharmacology
### Dose Ceiling

– For all opioids, therapy with doses ≥180 mg/d morphine equivalents is controversial because of limited evidence of safety and efficacy and epidemiologic data associating high opioid doses with AEs (eg, falls in the elderly) and deaths from overdose[1,2]

– Limited data available for oxymorphone suggest that higher doses do not appear to be associated with a marked worsening of tolerability[3]

   – A post hoc analysis of pooled data from 422 patients with chronic pain from 10 clinical trials of oxymorphone ER ≥60 mg/d (equivalent to ≥180 mg/d morphine) was conducted to describe the AE profile of high-dose oxymorphone ER

   – With increasing dose, the frequency of AEs typically associated with opioids showed small increases (<10%), no change, or small decreases

   – Some AEs not commonly associated with opioids (ie, anxiety, pyrexia, upper respiratory infections) were reported at least 3-fold more frequently with the higher doses of oxymorphone ER relative to the lower doses

1.  Saunders et al. J Gen Intern Med. 2010;25:310-315.
2.  Gomes et al. Arch Intern Med. 2011;171:686-691.
3.  Gould & Wieman. Consult Pharm. 2012;27(10):698-718.



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

20

Confidential

END00648979

## Oxymorphone Pharmacology
### Euphoria and Cognitive/Psychomotor Effects

- A study in healthy volunteer recreational opioid users found single intact doses of oxymorphone ER produce less positive subjective effects (eg, euphoria) and less cognitive/psychomotor impairment compared with single intact equianalgesic doses of oxycodone controlled release (CR)[1,2]

- Intensity of positive subjective effects is one of several factors making a drug attractive for abuse[3]

- Psychomotor impairment can lead to falls in the elderly[4]

- The methodology of this study could not distinguish the extent to which the molecule or the formulation contributed to the observed differences

  - The pharmacokinetics of drug release differed substantially between oxymorphone ER and oxycodone CR[1,2]

  - Crushing of oxycodone CR tablets can have a radical effect on subjective effects and has not been studied with oxymorphone ER[5]

1. Schoedel et al. Pain Physician. 2010;13:561-573
2. Schoedel et al. J Opioid Manag. 2011;73:179-192
3. Butler et al. Harm Reduct J. 2006;3:5-16
4. Saunders et al. J Gen Intern Med 2010;25:310-316
5. Webster et al. Pain Medicine 2012;13:790-801



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL - FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

21

Confidential

## *Discussion:*
## *Oxymorphone Pharmacology*

– Are there aspects of oxymorphone pharmacology of which prescribers need to be more aware?
  – Metabolism
  – Interpretation of urine toxicology
  – Drug-drug interactions/combination therapy
  – Dose ceiling/high-dose therapy
  – Euphoria and cognition
– Are there aspects of oxymorphone pharmacology requiring further research?
– Suggestions for educational activities?



©2002 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL - FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES    22

22

**Confidential**



23

END00648982



Confidential

END00648983



*Oxymorphone Continuum of Care*

- Available formulations
    - Oxymorphone ER
    - Oxymorphone IR
    - Oxymorphone injection
- Other formulations – value?
    - Oral liquid - ?
    - Suppository - ?
    - Transdermal - ?
    - Fixed-dose combinations?

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

25

Confidential

END00648984

## *Oxymorphone Continuum of Care*
## *Oxymorphone ER*

- Bioavailability ~10% after oral administration[1]
- OPANA® ER exhibits linear, dose-proportional pharmacokinetics at doses ranging from 5–40 mg[2]
- Steady state achieved in 3 days
- $C_{max}$ is 2.5–4.0 hours (single dose)
- Plasma levels increased following fatty meals
- $t_{1/2}$ 11.3 hours for 5-mg dose[1]

Mean steady-state plasma concentrations after multiple-dose administration of 5, 10, 20, and 40 mg



1. OPANA® ER (oxymorphone hydrochloride extended-release tablets). Full PI, Endo Pharmaceuticals, 2012
2. Adams & Ahdieh. Pharmacotherapy. 2004;24:468-476

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

26

Confidential

END00648985

## *Oxymorphone Continuum of Care*
### *Reformulated Oxymorphone ER*

- On December 9, 2011, the FDA approved oxymorphone ER reformulated with a hardened polyethylene oxide (PEO) matrix (INTAC™, Grünenthal GmbH, Aachen, Germany) designed to be crush resistant
    - Oxymorphone ER with the PEO matrix replaced the previous formulation of oxymorphone ER, which had a polysaccharide hydrogel (PSH) matrix (TimeRx®; Endo Pharmaceuticals Inc., Chadds Ford, PA) in February 2012
- 3 open-label, randomized, single-dose crossover studies were completed to demonstrate bioequivalence of oxymorphone ER-PEO and oxymorphone ER-PSH[1]
    - EN3288-103: 40-mg tablets in fasted subjects
    - EN3288-104: 40-mg tablets in fed subjects
    - EN3288-105: 5-mg tablets in fasted subjects
    - The 3 studies shared a similar methodology
- Bioequivalence of oxymorphone ER-PEO and oxymorphone ER-PSH was demonstrated in fasted and fed subjects taking 40-mg tablets and in fasted subjects taking 5-mg tablets[1]

1. Benedek et al. Drug Des Devel Ther. 2011;5:455-463.



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES.

27

27

## *Oxymorphone Continuum of Care*
### *Oxymorphone ER indications*

- Oxymorphone ER is indicated for the relief of chronic moderate to severe pain in patients requiring around-the-clock opioid treatment for an extended period[1]

- Oxymorphone ER is not indicated
  - As an as-needed analgesic
  - In the immediate postoperative period (12–24 hours following surgery) for patients not previously taking opioids because of the risk for oversedation and respiratory depression requiring reversal with opioid antagonists
  - In the postoperative period if the pain is mild or not expected to persist for an extended period

1. OPANA® ER (oxymorphone hydrochloride extended-release tablets). Full PI. Endo Pharmaceuticals. 2012



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

28

• Oxymorphone ER is indicated for the relief of moderate to severe pain in patients requiring continuous, around-the-clock opioid treatment for an extended period of time.

• Oxymorphone ER is not indicated as an as-needed analgesic, or in the immediate postoperative period (12–24 hours following surgery) for patients not previously taking opioids, because of the risk for oversedation and respiratory depression requiring reversal with opioid antagonists. In addition, oxymorphone ER is not indicated in the postoperative period if the pain is mild or not expected to persist for an extended period of time.

Confidential

END00648987



*Discussion:*
*Oxymorphone Continuum of Care: Oxymorphone ER*

− Are there aspects of oxymorphone ER of which prescribers
  need to be more aware?
  − Pharmacology
  − Efficacy and safety
  − Abuse liability

• Oxymorphone ER is indicated for the relief of moderate to severe pain in patients requiring continuous, around-the-clock opioid treatment for an extended period of time.

• Oxymorphone ER is not indicated as an as-needed analgesic, or in the immediate postoperative period (12–24 hours following  surgery) for patients not previously taking opioids, because of the risk for oversedation and respiratory depression requiring reversal with opioid antagonists. In addition, oxymorphone ER is not indicated in the postoperative period if the pain is mild or not expected to persist for an extended period of time.

29

END00648988

## Oxymorphone Continuum of Care
### Oxymorphone IR

- The single-dose profile following oral administration of oxymorphone IR is characterized by a short time to peak concentration ($t_{max}$), a rapid distribution phase, and ≥1 slower elimination phase

- The median $t_{max}$ following oral administration was 0.5 hours and $t_{1/2}$ was 7.3 hours (5-mg dose)

- The plasma concentrations following administration of the IR tablet are subject to peak-to-trough swing and are increased after fatty meals



INVESTIGATIONAL DRUG BROCHURE, PROJECT EN3202/EN3203 –
Oxymorphone ER/IR, DOCUMENT EDITION DATE: February 27, 2003

©2002 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

*endo* Pharmaceuticals

30

Confidential

END00648989

## Discussion:
### Oxymorphone Continuum of Care: Oxymorphone IR

– Are there aspects of oxymorphone IR of which prescribers
  need to be more aware?
  – Value of having IR available?
  – Abuse liability: should it have abuse-deterrent features?
  – Use in opioid-naive/ first-line use
  – Breakthrough pain in chronic pain therapy

@ endo
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL
USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES.

31

Confidential

## Discussion:
### Oxymorphone Continuum of Care: Oxymorphone Injection

- How is oxymorphone injection used and why?
  - Limited literature: better relief, less sedation vs morphine[1]
  - Patient type
    - Complicated patients
    - Labor and delivery
    - Multiple allergies/opioid intolerance
    - Polypharmacy/drug interactions
    - Intractable pain
    - Acute postoperative pain refractory to other opioids
  - Care setting
    - OR
    - Emergency
    - ICU
    - Interventions/procedures
    - PCA

1. Sinatra et al. Anesthesiology, 1989;71:502-507

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

*endo*
Pharmaceuticals

32

Confidential

END00648991

## Discussion:
### Oxymorphone Continuum of Care: Oxymorphone oral liquid

– How would you use an oral liquid formulation?
  – Patient type
    – Geriatrics/pediatrics
    – Psychiatric
    – ENT
    – Cancer
    – Patient preference
  – Care setting

©2002 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

*endo*
Pharmaceuticals

33

33

END00648992



34

Confidential

END00648993



Confidential

END00648994

## Content

- The rationale for reformulation of OPANA ® ER
- Early results of the effect of the reformulation
    - How is the effect being measured?
    - What does the data show?

*endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES    36

**Confidential**                                                                **END00648995**



37

END00648996



Confidential

END00648997

## *Prescription Drug Abuse*

- Since market introduction of OPANA® ER in 2006, Endo has been involved in many efforts to control abuse, misuse, and diversion
  - Monitoring efforts have shown that the majority of abuse is through the nasal route, where individuals insufflate (inhale through the nose) the drug
- Endo directed research efforts to finding a tablet that would resist efforts to crush it
  - While allowing the active medication to be absorbed after being swallowed by patients needing appropriate pain relief
- The US FDA approved the crush-resistant formulation (CRF) of OPANA® ER on December 9, 2011
  - Commercial introduction of this formulation in February 2012



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

39

39

## *Design Considerations for the New Formulation*

- Impact the major route of abuse of OPANA® ER
  - Crushing and subsequent insufflation
- Manufactured to be at least 5−10 times harder than the original tablet

| Object | Hardness (N) |
|---|---|
| OPANA® ER CRF | >1000 |
| Typical tablet | <200 |
| OPANA® ER | 71−125 |
| Hammer strike | ~5000 |
| Maximum single human bite | ~550 |

 *endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

40

40



41

END00649000



Confidential

END00649001

## *Important limitations*

- These are observational data and must not be construed as having been derived from studies designed to specifically answer the question of whether reformulation of OPANA® ER has been successful in reducing overall abuse levels or affecting routes of administration when abused
- There are several issues with these data (addressing whether the results are clinically meaningful and statistically significant), including
  - Short time frame (longevity of effect)
  - Low numbers of observations
  - Lack of stabilization around the prescription data



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

43

Limitations

43

**END00649002**



Three streams of data about abuse come from 2 sources (NAVIPPRO and RADARS)

44

END00649003



Graph represents uptake of reformulated Opana ER during 2012 after introduction in February. Horizontal bars represent time periods for each data stream that covers new formulation. Feb 20, 2012 was first date new formulation shipped to retail pharmacies.

45

END00649004



46

END00649005

## The NAVIPPRO System

- National program that includes surveillance of substance abuse
  - As well as prevention and intervention educational programs
- ASI-MV (Addiction Severity Index – Multimedia Version) Connect
  - Allows examination of abuse trends among a sensitive population at high risk for prescription opioid abuse
  - However, the ASI-MV network is not a probability sample
    - Results may not be generalizable to the US population of prescription drug abusers

*endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

*47*

Explanation of NAVIPPRO System and ASI-MV

47

**END00649006**



Explanation of NAVIPPRO System and ASI-MV

Confidential                                                                                          END00649007

## *Description of the NAVIPPRO Data Sources (April through Sept 2012)*

- There are sites that contribute assessments to the ASI-MV but are not tracking reformulated OPANA® ER
  - Updating to the newer version of the ASI-MV program for all participating sites within the ASI-MV network takes time
- ASI-MV sites tracking reformulated OPANA® ER comprised 78.3% (n=396) of all active sites contributing data to the network (n=506)

NAVIPPRO Surveillance Report, Analysis of Data for Reformulated Opana ER,
November 19, 2012

*endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL
USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

49

Limitations of NAVIPPRO data sources during this period

49

**END00649008**



National coverage of NAVIPPRO System. A "limitation" slide.

50

END00649009

## The NAVIPPRO Data Set

### ASI-MV Participant Characteristics per Period

|  | 2011 | 1Q2012 | 2Q2012 | 3Q2012 |
|---|---|---|---|---|
| All respondents | 70,744 | 18,108 | 11,095 | 14,371 |
| Respondents reporting any past 30-day Rx opioid abuse | 14,437 | 3610 | 2222 | 2988 |

### Total Dispensed Prescriptions per Time Period*

|  | 2011 | 1Q2012 | 2Q2012 | 3Q2012 |
|---|---|---|---|---|
| OPANA® ER OF | 1,069,867 | 238,103 | 54,129 | 14,652 |
| OPANA® ER CRF | -- | -- | 102,960 | 126,700 |
| Generic oxymorphone ER | N/A | 6334 | 9670 | 15,094 |

* Prescription data are derived from IMS Health, and only include prescriptions dispensed in states that contributed data to the ASI-MV network during the current reporting period.



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

51

Confidential

END00649010



NAVIPPRO data by calendar quarter. **Notice inclusion of generic oxymorphone ER data.** This represents 2 low dose strengths that are on the market.

52

**END00649011**



NAVIPPRO data using a "before" and "after" analysis. The "before" time started on 7/1/2011 and extended to data cutoff on 9/30/2012 and represents tracking of old Opana ER. The "after" time started on 4/1/2012 when NAVIPPRO started making the new tablet images available to their clients. Because both formulations were circulating after that point, notice the "overlap" of "before" and "after"

53



Confidential



The historic pattern of abuse of each major opioid. Original Opana ER was heavily dominated by snorting.

55

END00649014



A "before" and "after" comparison of snorting.

Confidential

END00649015



57

Confidential

END00649016



Confidential

END00649017

## *The RADARS System and Programs*

- Collects de-identified reports of prescription drug abuse, misuse, and diversion for specific drug products occurring in a 3-digit ZIP code
  - Rates of abuse in each 3-digit ZIP code are then calculated based on population and drug availability
- Poison center
  - Composed of 50 of 57 US poison centers
    - Participating poison centers send cases for the RADARS System drugs of interest on a weekly basis
- Drug diversion
  - Composed of 300 prescription drug diversion investigators or regulatory agencies
    - Surveyed quarterly and asked to report the number of new diversion cases investigated in that quarter

 endo
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES
59

Description of RADARS System and streams of information we have available to us.

59

**END00649018**



RADARS Poison Control Center coverage. You might not need this slide.

Confidential



RADARS Drug Diversion Investigator coverage. You might not need this slide.

61

END00649020

## RADARS Data

- RADARS investigated
    - The effect of the introduction of reformulated OxyContin® on the rate of abuse of OPANA® ER before the introduction of reformulated OPANA® ER
    - The effect of the introduction of reformulated OPANA® ER on the rate of abuse of OPANA® ER (combined rate for crush-resistant and original formulations) after the introduction of reformulated OxyContin®

@ endo
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

62

How RADARS present their data. Very important to understand.

62

## RADARS Data

- Abuse, misuse, and diversion rate calculations are performed using 2 denominators
  - Rate per 100,000 persons
    - Provides a community-based perspective of prescription drug abuse, misuse, and diversion
  - Rate per 1000 Unique Recipients of Dispensed Drug (URDD)
    - Accounts for availability of the prescribed product in a given community

@2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

endo
Pharmaceuticals

63

How RADARS present their data. Very important to understand.

63

**END00649022**



Poison Control Center data before and after introduction of OxyContin reformulation (ORF) and Opana ER reformulation. Horizontal lines represent average level of abuse during indicated time periods. This denominator is **URDD**.

64



RADARS Drug Diversion data are not available as far back as poison control center data. Horizontal line represents average number of diversion incidents over indicated time period. The denominator is **URDD**.

65

**Confidential**

## Data Summary

- These early data support the hypothesis that the reformulation of OPANA® ER is having the desired effect on the rates and routes of abuse of the product

- Trends for the 2 strengths of crushable generic oxymorphone ER suggest that widespread introduction of all strengths of generic crushable drug will lead to widespread diversion, manipulation, and abuse

*endo*
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES.

66

Summary

66

END00649025



Confidential

END00649026

## Backups

@2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

*endo*
Pharmaceuticals

53

Confidential

END00649027

## Next Steps

- Endo will continue to review the available data with Inflexxion (NAVIPPRO)
- Determine when it is appropriate to perform a formal hypothesis testing as to whether
  - Prescription-adjusted rates (and routes) of past 30-day abuse for reformulated OPANA® ER are significantly different from original OPANA® ER (baseline) and the generic formulations of oxymorphone ER



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

69

Limitations

69



70

**END00649029**

## NAVIPPRO Data Summarizes

- Past 30-day abuse of reformulated OPANA® ER and selected comparators as rates based on
    1. The total ASI-MV sample tracking reformulated OPANA® ER
    2. The subset of the ASI-MV sample tracking reformulated OPANA® ER and reporting prescription opioid abuse
    3. The total number of prescriptions dispensed
- Distribution of routes of administration reported by individuals within the ASI-MV network who indicated past 30-day abuse of reformulated OPANA® ER and comparators

 endo
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

71

Confidential

END00649030



Poison Control Center data before and after introduction of OxyContin reformulation (ORF) and Opana ER reformulation. Horizontal lines represent average level of abuse during indicated time periods. This denominator is **population.**

72

END00649031



RADARS Drug Diversion data are not available as far back as poison control center data. Horizontal line represents average number of diversion incidents over indicated time period. The denominator is **population**.

73

END00649032

## Discussion:
## Oxymorphone ER Epidemiology of Abuse Data

– What has been the impact of the introduction of tamper-resistant
formulations on your use of chronic opioid therapy?

– Has the presentation of aberrant drug behavior changed as a result of
the introduction of tamper-resistant formulations?
  – If so, what do practitioners need to look for in these patients?

– What strategies do you use to identify high-risk patients?



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL
USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

74

74

END00649033



Confidential

END00649034

## Discussion:
### Oxymorphone in Chronic Pain Management

– How does oxymorphone fit into your chronic pain
  management armamentarium?
  – Typical patients
  – Disease states
  – Care settings

*endo*
Pharmaceuticals

©2002 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL
USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

76

76

**END00649035**

## Discussion:
### *Oxymorphone in Chronic Pain Management*

– What knowledge gaps need to be addressed for prescribers to give adequate consideration to oxymorphone when it may be a suitable option for management of acute or chronic pain?

  – Pharmacology and formulations
  – Safety/efficacy in specific disease states or populations
  – Other considerations



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

77

77

Confidential

## Discussion:
### Oxymorphone in Chronic Pain Management

– What are potential barriers to oxymorphone selection?
  – Lack of familiarity, modeling, or mentoring by speciality
  – Availability and coverage of formulations
  – Patient concerns



©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES

78

Confidential

END00649037



As Endo develops clinical study protocols, what are the most meaningful outcome measures we should include?

Confidential

## *Knowledge Gaps in Specific Areas*

- Do you believe there are knowledge gaps or a need for further research in these areas?
    - Oxymorphone at high doses (>180 mg/d morphine equivalent)
    - Value of ER TRF – need for IR TRF
    - Use in cancer pain
    - Use in specific disease states
    - Use in nociceptive vs. neuropathic pain
    - Subjective effects and cognitive/psychomotor effects
    - Continuum of care
        - Value of multiple formulations
        - Potential value of additional formulations (eg, oral liquid)

 endo
Pharmaceuticals

©2012 Endo Pharmaceuticals Inc. All rights reserved. CONFIDENTIAL – FOR INTERNAL USE ONLY. NOT FOR DISSEMINATION OR PROMOTIONAL PURPOSES.

80

80

**END00649039**



Confidential

END00649040



Confidential

END00649041