**PSJ2 Exh 103**

Strictly Confidential and Proprietary

# Percocet®

## Quarterly Business Review

## First Quarter 2002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927196



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927197



Percocet® - TRx Trend

Total Percocet Prescription Actuals vs. Plan

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927198



Percocet® Prescription Trends

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927199



Percocet® 7.5/325 and 10/325
Actual TRx vs. Plan TRx

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Percocet® 7.5/325 and 10/325 Weekly TRx Trend

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927201



Percocet® 7.5/325 and 10/325
Actual Tablets vs. Plan Tablets

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927202



Percocet® 7.5/325 and 10/325 Weekly Tablet Trend

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927203



# Percocet® 7.5/325 and 10/325 - Pipeline Trends

## 7.5/325 and 10/325 Pipeline Trends

Strictly Confidential and Proprietary

Proprietary and Confidential

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927204

# Percocet® 5/325 Pipeline Trends



Source: IMS Pipeline

Strictly Confidential and Proprietary

ENDO-OPIOID_MDL-04927205

# Percocet® Variants – Pipeline



## 7.5/500 10/650 Variants Pipeline Trends

Strictly Confidential and Proprietary

Source: IMS Pipeline

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927206

# Percocet 7.5/325 and 10/325 Share of Voice

Oxycontin leads all detailing activity with 68% share of details for quarter end 1/2002.  Percocet had a 12% share of details in quarter end 1/2002 as compared to 4% in quarter end 4/2001.



Calls

Source: IMS IPS

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927207

# Percocet® – Key Strategies

■ Convert current 7.5/500 and 10/650 writers to the new 7.5/325 and 10/325 products.

Strictly Confidential and Proprietary



Percocet® 7.5/325 and 10/325 Conversion Share

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927209



# Percocet 7.5/325 and 10/325
## Frequency to Conversion Share

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927210

# Percocet®
## Awareness & Message Tracking Study

■ Physician recall of the *Perc 325* detail improved significantly in the 2nd wave of the study

■ The sales message is having a positive impact on physicians

  – To varying degrees, all physicians remember our primary message

  – The vast majority of physicians rate the primary message as highly credible

  – Generally, physicians rate the primary message as highly important

  – Approximately 90% indicate that have prescribed the new strengths recently

  – More than 60% indicate their prescribing will increase in the future

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927211

# Percocet® Awareness & Message Tracking Study
## Wave Response Comparison for Key Questions

| | WAVE # 1 (Feb 4-22) | WAVE # 2 (Mar 26-Apr 15) |
|---|---|---|
| Avg. Detail Length | 6.5 minutes | 5.8 minutes |
| Primary Message from Detail | 74% – new strengths | 80% – new strengths |
| | 19% - better pain control | 22% - fewer side effects |
| | *8% said "specify new strengths" | *4.3% said "specify new strengths" |
| How credible was the message? | 96% rated 7-8-9 on 9 point scale | 96% rated 7-8-9 on 9 point scale |
| How important was the message? | 82% rated 7-8-9 on 9 point scale | 84% rated 7-8-9 on 9 point scale |
| Did the Doc remember a Sales Rep Close? | 60% said yes | 45% said yes |
| % of Docs reporting to have Rxed in last 30 days | 86% | 90% |
| Intent to Rx 7.5/325 and 10/325 in the Future | 68.5% would increase use | 61% would increase |
| | 29.5% would remain the same | 37% would remain the same |
| | 2% would decrease | 2 % would decrease |

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927212

# Strategy – Convert 7.5 and 10 Writer

- Key Issue:  Conversion share is flattening

- Tactics:
  - New detail piece with low back data
  - Weekly six wave direct mail
  - Prescription pad stamps
  - Lunch and learn programs
  - Early View
  - Journal Advertising

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927213

# Percocet® – Key Strategies

- Convert current 7.5/500 and 10/650 writers to the new 7.5/325 and 10/325 products.

- Convert current 5/325 mg writers to new Percocet 7.5/325 and 10/325.

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927214



Percocet 7.5/325 and 10/325
Total Oxy/APAP Market

Source: IMS NPA

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927215



# Percocet 7.5/325 and 10/325
## Total Oxy/APAP Market

Strictly Confidential and Proprietary

Source: IMS NPA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927216



Percocet® 7.5/325 and 10/325
Actual Oxy/APAP Share vs. Plan

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927217

# Strategy – Convert 5mg Writer

■ Key Issue: Continue to drive 5mg conversion

■ Tactics:

– New detail piece with low back data

– Prescription pad stamps

– Hospital Unit Dose

– Early View

– Journal Advertising

– Lunch and learn programs

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927218

# Percocet® – Key Strategies

- Convert current 7.5/500 and 10/650 writers to the new 7.5/325 and 10/325 products.

- Convert current 5/325 mg writers to new Percocet 7.5/325 and 10/325.

- Expand Percocet usage in chronic pain with 7.5/325 and 10/325 products.

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927219



# Percocet 7.5/325 and 10/325 Share of Total Oxycodone TRx

Strictly Confidential and Proprietary

Source: IMS NPA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927220

# Strategy – Increase Percocet Usage in Chronic Pain

■ Key Issue: Accelerate Percocet usage in chronic pain

■ Tactics:

- New detail piece with low back data

- Percocet vs. OxyContin study

- Clinical reprint carrier with new data

- Journal Advertising

- Lunch and learn programs

Strictly Confidential and Proprietary

# Percocet® – Key Strategies

- Convert current 7.5/500 and 10/650 writers to the new 7.5/325 and 10/325 products.

- Convert current 5/325 mg writers to new Percocet 7.5/325 and 10/325.

- Expand Percocet usage in chronic pain with 7.5/325 and 10/325 products.

- Develop advocacy for Percocet 325 with pharmacists to gain stocking for new strengths

Strictly Confidential and Proprietary

# Percocet 7.5/325 and 10/325 Pharmacy Stocking

- Sales Rep Blitz
  - Over 22,000 pharmacy calls made (21 calls/rep/day)
  - Over 14,000 commitments to stock
- Non-personal Blitz
  - Over 50,000 direct mail and faxed
  - 5,000 telemarketing calls
- Strong demand units pulled through
- Sales rep audit:  75% pharmacies stocked

**Demand Units**



Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Strategy – Develop advocacy with pharmacy

- Key Issue:  Close gaps in distribution to increase TRx

- Tactics:
  - NAE diagnostics of key chains
  - Chain specific programs developed to target stores not stocking

Strictly Confidential and Proprietary

ENDO-OPIOID_MDL-04927224

# Percocet® – Key Strategies

- Convert current 7.5/500 and 10/650 writers to the new 7.5/325 and 10/325 products.

- Convert current 5/325 mg writers to new Percocet 7.5/325 and 10/325.

- Expand Percocet usage in chronic pain with 7.5/325 and 10/325 products.

- Develop advocacy for Percocet 325 with pharmacists

- Enhance Percocet's position in managed markets

Strictly Confidential and Proprietary

# Strategy – Improve Percocet 7.5/325 and 10/325 in Managed Market

- Key Issue: Successfully launch Percocet 7.5/325 and 10/325 HUD to gain outpatient TRx

- Tactics:
  - Sales training and direction binder
  - Targeted personal sales calls
  - Non-personal blitz
  - Sales tools
    - Hospital Unit Dose sell sheet
    - Formulary Kit

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927226

Strictly Confidential and Proprietary

# The End

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Percocet® - Critical Success Factors

- Percocet 7.5/325 and 10/325 approval January 1, 2002 or sooner.

- No significant labeling changes to new Percocet 7.5/325 and 10/325

- Adequate sales and promotional resources to successfully launch Percocet 7.5/325 and 10/325

- No generic competitor on Percocet 7.5/325 and 10/325 in 2002.

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927228

# Percocet® - Key Issues

1. Heavy generic substitution of Percocet 7.5/500 and 10/650.

2. 85% of Oxy/APAP prescriptions are still for 5/325

3. Pharmacy's acceptance of two new Percocet strengths

4. Potential market confusion with two APAP strengths of Percocet 7.5 and 10.

5. Percocet use primarily limited to acute, short term use.

6. Limited support for Percocet in managed markets

7. Potential generic competition on Percocet 7.5/325 and 10/325

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Sales Force National Level Prescription Trends Percocet 325 – National – Universe – Call Plan TRXs

Percocet 325 - Xponent National Level -prescribing increased 47.2% over previous the month (Feb02vsJan02)



Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927230

# Sales Force
## National Level Prescription Trends
## Percocet 325 – Universe to Call Plan TRXs

In February 2002, Universe Physicians increased Percocet 325 prescribing 46.5% (Feb02vsJan02). Call Plan Physician prescribing increased 47.7% (Feb02vsJan02). Additionally, Call Plan physicians prescribing made up 71.7% of the total Universe Physician prescribing in February 2002.



Source: IMS – Xponent

Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927231



# Sales Force
## National Level Prescription Trends
### Call Plan – Percocet 325 vs Percocet 325 Mkt TRXs

Call Plan Physician had a 33.2% conversion share in February 2002.

DEC 01 – FEB 02

PERC325 MKT: Perc 7.5  Perc 10  Perc 7.5/325  Perc 10/325
Oxy/APAP 7.5/500  Oxy/APAP 10/650  Endo 7.5/500  Endo 10/650

Strictly Confidential and Proprietary

Source:  IMS – Xponent
Note: Does not include PR or Mes 96-99

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927232

# Sales Force
## National Level Prescription Trends
## Percocet 325– Conversion Share

Call Plan Physician had a 33.2% conversion share in February 2002.



Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927233



*Sales Force*
*National Level Promotional Trends*
*Percocet 325– Call Plan TRXs vs Calls*

Strictly Confidential and Proprietary

Source: IMS – Xponent
Ventiv Call Data

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927234



*Sales Force*
*National Level Promotional Trends*
*Percocet 325– Details by Calls*

Strictly Confidential and Proprietary

Source: Ventiv Call Data

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927235

*Sales Force*
*National Level Promotional Trends*
*Percocet 325 – Calls to Decile*



Strictly Confidential and Proprietary

Source: Ventiv Call Data

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927236

*Sales Force – Call Plan*
*National Level Promotional Trends*
*Percocet 325 – Percent Reach to Decile – YTD*



Source: Ventiv Call Data

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927237

*Sales Force – Universe*
*National Level Promotional Trends*
*Percocet 325 – Percent Reach to Decile - YTD*

Strictly Confidential and Proprietary



Source: Ventiv Call Data

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927238



*Sales Force*
*National Level Promotional Trends*
*Percocet 325 – Calls  and Call Goals by Decile*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927239



*Sales Force*
*National Level Prescriber Trends*
*Percocet 325– Prescriber Trends*

## DEC 01 - FEB 02

Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927240



*Sales Force*
*National Level Prescriber Trends*
*Percocet 325– New Prescriber Trends*

Source: IMS – Xponent
Note: Does not include PR or Mes 98-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927241



*Sales Force*
*National Level Prescriber Trends*
*Percocet 325– New Prescriber TRX Trends*

Strictly Confidential and Proprietary

Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927242

*Sales Force*
*National Level Prescriber Trends*
*Percocet 325 TRXs – Prescribers by Top Ten State*

Florida is the leading state in Percocet 325 TRX volume at 12,416 YTD Feb 02. This is an 80% increase over the second highest state, NJ (6,893 TRXs).



Strictly Confidential and Proprietary

Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927243



*Sales Force*
*National Level Prescriber Trends*
*Percocet 325 TRXs – Prescribers by Top Ten State*

Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927244

# Sales Force
## National Level Prescriber Trends
### Percocet 325 TRXs – Prescribers by Top Ten Specialty

PCP continue to be the largest prescribers of Percocet. They have translated that over to Percocet 325 prescribing writing 23,561 TRXs YTD Feb 02. However, PM, AN, ORS average 5-6 TRXs/phys and PCPs avg 3.



**DEC 01 - FEB 02**

Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



*Sales Force National Level Prescriber Trends Percocet 325 TRXs – Prescribers by Top Ten Specialty*

Source: IMS – Xponent
Note: Does not include PR or Mes 96-99

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927246

# Overall Promotion Trend
## Calls vs Goal



Source: IMS – Xponent

Strictly Confidential and Proprietary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927247



*Overall Promotion Trend Detail vs Month*

Strictly Confidential and Proprietary

Source: IMS – Xponent
Ventiv Call Data

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-04927248