PSJ2 Exh 104

**File Provided Natively**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ENDO-CHI_LIT-00241436





breakthrough thinking. collaboration. customer focus. accountability.

## WHAT IS REMS?

- REMS – RISK EVALUATION AND MITIGATION STRATEGY
- REMS are part of certain drug and biologics applications to ensure the benefits of the drug (NDA/ANDA) or biologic (BLA) would outweigh the risks.
- The FDA may require that a REMS include elements that are necessary to assure safe use of the drug/biologic because of it's inherent toxicity or potential harmfulness, if it is determined that:
  - The drug/biologic is shown to be effective but is associated with a serious adverse drug experience.  The REMS is strategy to mitigate specific serious risk listed in the labeling for the drug/biologic
  - FDA is also authorized to require sponsors of approved applications without a REMS to submit a proposed REMS if the FDA becomes aware of new safety information

3

3

breakthrough thinking. collaboration. customer focus. accountability.

## REMS BACKGROUND

- FDAAA – FOOD AND DRUG ADMINISTRATION AMENDMENTS ACT OF 2007
  - Signed into Law September 27, 2007
- To ensure industry compliance regarding REMS, civil money penalties can be applied for sponsor's violation to the requirement for a REMS
- The drug/biologic will be considered misbranded if the sponsor fails to comply with a requirement of the REMS.

CONFIDENTIAL – For Internal Use Only.

4

4

breakthrough thinking. collaboration. customer focus. accountability.

## REMS VS. RISKMAP

- Required versus Recommended
- Content comparison using the Opana ER RiskMAP as an example
  - Submission of Assessments
  - Additional potential elements of the strategy (MedGuide and PPI)
  - Communication Plan
  - ETASU
  - Implementation System

CONFIDENTIAL – For Internal Use Only.                                    5

breakthrough thinking. collaboration. customer focus. accountability.

## ENDO'S READINESS: CURRENT FDA-APPROVED RISK MINIMIZATION ACTIVITIES FOR ENDO'S PRODUCTS

- RiskMAP – the forerunner to REMS
- Several of our products have Medication Guides
  - Required if the FDA determines that the drug product is:
    1. one for which patient labeling could help prevent serious adverse effects
    2. one that has serious risk(s) (relative to benefits) of which patients should be made aware because information concerning the risk(s) could affect patients' decision to use, or to continue to use, the product
    3. important to health and patient adherence to directions for use is crucial to the drug's effectiveness

CONFIDENTIAL – For Internal Use Only.

6

6

breakthrough thinking. collaboration. customer focus. accountability.

## CURRENT AND FUTURE FDA-APPROVED RISK MINIMIZATION ACTIVITIES# FOR ENDO'S PRODUCTS

| Class/Product | Current FDA-approved Risk Minimization Activities | | | REMS in Prep? |
|---|---|---|---|---|
| | Med Guide (MG) | RiskMAP | REMS | |
| Antidepressants<br>   Amitriptyline HCl tablets<br>   Trazodone HCl tablets<br>   Venlafaxine HCl tablets | ✓ | | | |
| Aveed* | – | – | – | ✓ |
| Clonazepam tablets | ✓ | | ✓ (MG only) | |
| Fentanyl generic* | – | – | – | ✓ |
| Fortesta | ✓ | | | |
| NSAIDs | ✓ | | | |
| Levetiracetam tablets | ✓ | | Not any more | |
| Metoclopramide tablets | ✓ | | Not any more | |
| Morphine sulfate ER | | | | ✓ |
| Mycophenolate | ✓ | | | ✓ |
| Opana ER | | ✓ | | ✓ |
| Oxycodone HCl ER | | | | ✓ |
| Primidone tablets | ✓ | | Not any more | |
| Propoxyphene(s) | ✓ | | ✓ (MG only) | |
| Voltaren Gel | ✓ | | | |
| Zolpidem tartrate tablets | ✓ | | Not any more | |
| **Totals** | **11** | **1** | **2** | **6 Products; 4 REMS** |

\* Unapproved                                    CONFIDENTIAL – For Internal Use Only.
\# Not including Patient Labeling (required for products containing estrogen)

7

breakthrough thinking. collaboration. customer focus. accountability.

# ENDO'S READINESS: PARTICIPATION IN CLASS-WIDE REMS FOR PAIN PRODUCTS

| Products(s) | Opana ER Oxycodone HCl ER Morphine sulfate ER | Actiq generic (fentanyl) |
|---|---|---|
| Class | Long Acting / Extended Release (LAER) Opioids (21 Companies) | Transmucosal Immediate Release Fentanyls (TIRF) (10 Companies) |
| ETASUs | 1.  HCP training program<br>2.  Patient education materials<br>3.  HCP notification | 1.  HCPs specially certified<br>2.  Specially certified pharmacies<br>3.  Dispensed only with evidence of safe-use conditions |
| About the REMS program | The Sponsors will ensure that training is provided to healthcare providers who prescribe ER/LA opioids.<br>The training will be conducted by accredited, independent continuing education (CE) providers, under educational grant provided by the Sponsors.<br>Assessments of the effect of the CE program will be provided to the FDA. | Access to these medicines will be restricted to appropriately trained distributers, pharmacists, prescribers, and patients.<br>Access requires successful completion of Knowledge Assessment. Entities re-enrolled every 2 years.<br>Major assessments provided to the FDA: operational metrics of the REMS. |
| Expected REMS approval | Class REMS: February 2012<br>Interim REMS: December 2011 | Class REMS: December 2011<br>Endo's ANDA: 4Q2012 |

CONFIDENTIAL – For Internal Use Only.    8

8

breakthrough thinking. collaboration. customer focus. accountability.

## PUBLIC HEALTH ISSUE OF OPIOID USE
*SUMMARY OF THE PUBLIC HEALTH CONUNDRUM*

- Both undertreatment of pain & opioid abuse are significant Public Health issues
- ⬆ Awareness of need to treat pain has ⬆ opioid access & use
- ⬆ Opioid access & use has ⬆ availability of opioids for misuse
- Rx opioid-related deaths,  addiction, abuse & misuse are on the rise
  - Increase has paralleled increase in Rx opioid sales
  - Teens & young adults are fastest growing groups
-  > 70% of non-medical users of Rx pain relievers report friends or relatives as the source (2010 SAMHSA)
  - Awareness & educational interventions with prescribers, patients, public can have significant effects

CONFIDENTIAL – For Internal Use Only

9











breakthrough thinking. collaboration. customer focus. accountability.

# REMS EDUCATION VS "BALANCED" OPIOID EDUCATION (RISKMAP)

## REMS Education

- Education to be provided to LA/ER opioid Rx'ers
  - CE-accredited
  - Supported by IWG educational grants

- Focus will be on reducing risks of death, unintentional OD, addiction, abuse & serious AEs

- Minimal educational "outcomes" possible because of FDAA limitations

- Working closely with ACCME & FDA on:
  - National database
  - Standardized data fields & assessments
  - Independent audits
  - Metrics & timeline

- FDA released Draft Blueprint for CE on 11/7
  - One month public comment period

## "Balanced" Opioid Education

- Addresses both aspects of public health issue
  - Responsible risk mitigation
  - Appropriate dx & tx of chronic pain

- Discusses topics not covered by REMS
  - Evidence-based guidelines
  - Role of opioids in chronic pain
  - Evolving research & data
  - $\mu\mu$-opioid receptor variability
  - Pain in the elderly
  - Multimodal treatment approaches for
    - LBP, OA, NP, etc.

- Educational outcomes to measure success

- All IWG Branded Companies (plus Covidien) plan to continue "balanced" education

CONFIDENTIAL – For Internal Use Only

15









breakthrough thinking. collaboration. customer focus. accountability.

## SUMMARY

- Misuse & abuse of opioids is a major public health issue
  - Deaths from Rx opioids have reached epidemic levels
  - ~ 12 million Americans (age 12+) reported nonmedical use of Rx opioids in the past year
  - Impacting the problem requires concerted efforts of all stakeholders

- Endo has played a leadership role in IWG Activities
  - Selected as one of 3 major opioid  mfgs on Steering Committee
  - Co-chair of Education Sub-team
  - Key roles in Regulatory, Metrics, Patient & Dispenser Sub-teams
  - Integrally involved in FDA/IWG response & negotiations

- Endo is well-positioned to respond to new REMS requirements

- Endo will continue to provide a balanced educational approach
  - Appropriate clinical use of opioids
  - Reduce risks of death, unintentional OD, addiction, misuse & abuse

CONFIDENTIAL—For Internal Use Only.

20







breakthrough thinking. collaboration. customer focus. accountability.

## ENDO'S CURRENT PAIN ACTIVITIES: THE OPANA ER RISKMAP – GOALS AND OBJECTIVES

To minimize the following liabilities:

- Aberrant behavior such as drug abuse, misuse, and addiction
  - Among patients
  - In the community, particularly among young adults
- Unintentional drug overdose
- Accidental exposure
- Diversion from distribution/manufacturing facilities
- Improper patient selection
- Fraudulent prescription activity
- Inadequate patient education

CONFIDENTIAL – For Internal Use Only.                                        24



NADDI take back pilot was brought up at a meeting on Tuesday by the Executive Director of NADDI (National Association of Drug Diversion Investigators).  They are hoping to place mailbox type receptacles in police departments to serve as drop-off points for unneeded medications.  Looking for a sponsor, Initial cost $70K.

breakthrough thinking. collaboration. customer focus. accountability.

## ENDO'S CURRENT PAIN ACTIVITIES: THE OPANA ER RISKMAP – TOOLS

- Product labeling
- Education
  - Professional education initiatives
  - Patient and family
  - Development of new clinically useful validated tools
  - Sales force training
- Tamper-resistant prescription pads
  - Discontinued
- Oversight of the distribution chain
- Postmarketing surveillance

CONFIDENTIAL – For Internal Use Only.

26

26