# PSJ2 Exh 105

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
      *************************
 4
      IN RE:  NATIONAL            MDL No. 2804
 5    PRESCRIPTION OPIATE
      LITIGATION                  Case No.
 6                                1:17-MD-2804
      *************************
 7
      THIS DOCUMENT RELATES TO    Hon. Dan A. Polster
 8    ALL CASES
 9    *************************
10        HIGHLY CONFIDENTIAL - SUBJECT TO
11          FURTHER CONFIDENTIALITY REVIEW
12
13              VIDEOTAPED DEPOSITION OF
14            CURTIS WRIGHT, IV, M.D., M.P.H.
15
16            Wednesday, December 19th, 2018
17                    9:01 a.m.
18
19        Held At:
20            Grappone Conference Center
21            70 Constitution Avenue
22            Concord, New Hampshire
23
24    REPORTED BY:
25    Maureen O'Connor Pollard, RMR, CLR, CSR
```

1      A.   This is pretty much my entire group.

2      Q.   Okay.  So everybody listed among the

3  authors are Purdue Pharma employees who worked

4  for you or with you?

5      A.   Well, they didn't work for me.

6  Salvatore Carino was the computer guy in

7  marketing who had the IMS data that we used, and

8  so he was the one that had to make the data

9  available to us and make it available in a form

10  that we could use.

11           Meredith Smith was the epidemiologist

12  that was hired to service both Dr. Haddox and

13  myself in that group.  David Haddox, myself,

14  Doug Kramer, medical officer, and Mary-Ann

15  Zalman was the medical writer.  I remembered who

16  she is at last.

17      Q.   All right.  So you recognize this

18  article as one you all participated in, correct?

19      A.   Yes.

20      Q.   If we turn to Page 141.  And by the

21  way, let's just put the date on the record.  The

22  date of the publication is 2006, correct?

23      A.   (Nodding in the affirmative).

24      Q.   So if we turn to Page 141.  So if you

25  look on the top paragraph of the first column,

```
 1      can you read the sentence beginning "The

 2      remarkable constancy"?

 3           A.    "The remarkable constancy of the

 4      relationship of drug abuse sequelae to the

 5      magnitude of prescriptive usage, among opioids,

 6      suggests that as legitimate use of an opioid

 7      medication increases, the prevalence of

 8      non-medical use and its consequences increase as

 9      well."

10           Q.    Okay.  And does that correctly reflect

11      the conclusions you reached as a result of your

12      study?

13           A.    That is the primary conclusion of the

14      study, along with the secondary finding that it

15      didn't matter what the drug was.

16           Q.    And so can you -- the sentence you

17      read out loud, can you restate that in more lay

18      terms, please?

19                 MR. SNAPP:  Object to the form.

20           A.    Yes.

21      BY MS. SINGER:

22           Q.    Could you do that?

23           A.    Yes.  We have a control system in this

24      country that is intended to prevent drugs

25      leaking out of the prescriptive proper use for a
```

```
 1    patient.  Our -- my hypothesis going in, and it
 2    was my hypothesis, is that has a certain
 3    percentage effectiveness.  Some percent of the
 4    drugs that are intended to get to patients leak
 5    out.  When they leak out, if they leak out in a
 6    fixed amount, then the number of cases will be
 7    constant.  There's so many drug addicts who are
 8    diverting them.  If it's a percentage, you know,
 9    the system is 99.9 percent effective, say, then
10    as you put more drugs into the prescriptive drug
11    flow, as there are more in the marketplace, as
12    there's more in the pharmacies, as they're more
13    in the prescriptions, as there's more in the
14    medicine cabinets at home, more will leak out.
15              So given the given set of controls
16    that were operative during the period of this
17    study, the more prescription drugs you had in
18    the marketplace the more drug abuse cases you
19    would have.
20         Q.   And what was the period of the study?
21         A.   You would ask that.  1994 to 2002.
22         Q.   Okay.  And so going back to how you
23    presented this, it is not a fixed amount, it is
24    a percentage, so you increase the volume you
25    increase the --
```

```
 1        A.   Number of cases.
 2        Q.   And in reaching this conclusion you
 3   relied again on DAWN ED data, correct?
 4        A.   The sources of this data were
 5   multiple.  One was the DAWN emergency department
 6   data which was -- had some problems because they
 7   changed -- periodically they change those
 8   surveys and assure us that everything is okay.
 9   Sometimes statistically they're not.  And we
10   then had to use the IMS data for how many kilos
11   of oxycodone, how many kilos of hydrocodone, how
12   many kilos of fentanyl, how many kilos of
13   morphine were in the pharmaceutical pipeline, so
14   we had to reduce all of the companies that made
15   morphine down to a total, and then we had to
16   adjust so that we were adding the right amount
17   of morphine and the right amount of oxycodone
18   and the right amount of fentanyl, converting it
19   all to morphine equivalence.
20             Clear so far?
21        Q.   Crystal.
22             So effectively, DAWN ED data gave you
23   the measure of abuse, correct?
24        A.   It was a surrogate measure of abuse.
25             MR. SNAPP:  Object to the form.
```