# PSJ2 Exh 108

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3
       _____
 4
       IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
 5     OPIATE LITIGATION                  Case No. 17-md-2804
 6
       This document relates to:          Judge Dan
 7                                        Aaron Polster
 8     The County of Cuyahoga v. Purdue
       Pharma, L.P., et al.
 9     Case No. 17-OP-45005
10     City of Cleveland, Ohio vs. Purdue
       Pharma, L.P., et al.
11     Case No. 18-OP-45132
12     The County of Summit, Ohio,
       et al. v. Purdue Pharma, L.P.,
13     et al.
       Case No. 18-OP-45090
14     _____
15
16
17
             Videotaped Deposition of Hugh Shannon
18
                       Cleveland, Ohio
19
                     January 24, 2019
20
                         9:02 a.m.
21
22
23
24     Reported by:  Bonnie L. Russo
25     Job No. 3196191
```

Page 84

1   people that the drug cartels have
2   responsibility for people who ingest the drugs
3   that they send into the country and ultimately
4   die?
5        A.   Any?  That's a broad category.  I
6   can't speak for all people.  I can speak for
7   what I know.
8        Q.   Okay.  What do you know?
9        A.   So the -- yes, there are -- people
10  who sell illicit drugs, who manufacture illicit
11  drugs and ship illicit drugs into this country
12  bear some responsibility, not all.
13            The market was not created by them.
14  They were created by massive distributions in
15  dispensing of prescription opioids.
16       Q.   Yeah.  And I -- I'm going to get to
17  that.  But I want to just -- let's just take it
18  one chain at a time.
19            So the cartels, they clearly have
20  some responsibility, right, by creating
21  these -- these illegal drugs that are shipped
22  into the country that are used unlawfully.
23            MR. GALLUCCI:  Object --
24            BY MR. CHEFFO:
25       Q.   Agree?