# PSJ2 Exh 109

Page 1

         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
                   EASTERN DIVISION


  _____

  IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
  OPIATE LITIGATION                  Case No. 17-md-2804

  This document relates to:          Judge Dan
                                     Aaron Polster
  The County of Cuyahoga v. Purdue
  Pharma, L.P., et al.
  Case No. 17-OP-45005
  City of Cleveland, Ohio vs. Purdue
  Pharma, L.P., et al.
  Case No. 18-OP-45132
  The County of Summit, Ohio,
  et al. v. Purdue Pharma, L.P.,
  et al.
  Case No. 18-OP-45090
  _____




      Videotaped Deposition of Thomas Gilson, M.D.

                   Cleveland, Ohio

                  January 22, 2019

                     9:13 a.m.



  Reported by:  Bonnie L. Russo
  Job No. 3196188

Page 200

1   in million or hundred of millions of dollars
2   into this community, and then people are dying,
3   right?
4              We can agree on that.
5              MR. BADALA:  Objection to form.
6              BY MR. CHEFFO:
7       Q.    Can we?
8       A.    Everybody reasonable would agree
9   with that I think.
10      Q.    Right.
11             And so what I'm just trying to find
12  out is you've told us in some way -- and in
13  some way it's removed, right -- to conduct and
14  -- and people having addiction and introducing
15  others.
16             And I just want to understand what
17  -- what percentage and how culpable.
18             And -- and if you can't give me
19  percentages, are the drug cartels more culpable
20  than a distributor or manufacturer?
21             MR. BADALA:  Objection to form.
22             THE WITNESS:  I -- I can't give you
23  percentages.  I feel the crisis, as we looked
24  retrospectively, falls back to the defendants.
25  And the drug cartels are part of the sequence

Page 201

```
 1      of events, if you will.  But the crisis is
 2      started with the distributors and --
 3              BY MR. CHEFFO:
 4         Q.   Would we have a crisis --
 5         A.   -- the manufacturers.
 6         Q.   -- if we didn't have drug cartels?
 7              MR. BADALA:  Objection to form.
 8              BY MR. CHEFFO:
 9         Q.   Where -- where is the illicit heroin
10      and fentanyl coming from, Doctor?
11         A.   This --
12              MR. BADALA:  Which question are you
13      asking?  You just asked two questions.
14              MR. CHEFFO:  That's okay.
15              MR. BADALA:  Okay.  Objection to
16      form.
17              THE WITNESS:  Which one would you
18      like me to answer, sir?
19              BY MR. CHEFFO:
20         Q.   Where is it coming from?
21              MR. BADALA:  Objection to form.
22              THE WITNESS:  Based on my
23      discussions with law enforcement, a lot of the
24      heroin that entered the county came from
25      Mexico.  A lot of fentanyl was manufactured in
```

Page 209

1           You would agree with me that, of
2    those four categories, they have some
3    culpability, but you can't quantify it, right?
4           MR. BADALA:  Objection to form.
5           THE WITNESS:  They're a part of this
6    process of an opioid crisis.  But again, you
7    know, overprescribing, overdistributing in this
8    area creates that crisis.  And they are, you
9    know, degrees of separation away from that
10   process.  But ultimately it's that process that
11   I think sets us in to this result.
12          BY MR. CHEFFO:
13     Q.   You -- let me ask you.
14          Has any expert ever told you that
15   that's the case that, there is a kind of -- and
16   everything that happens today with a drug
17   cartel or a street dealer or a criminal doctor
18   somehow is related to something that happened
19   with the defendants in this lawsuit?
20          Have you heard an expert tell you
21   that?
22          MR. BADALA:  Objection to form.
23          THE WITNESS:  I've had discussions
24   with a lot of people.  And I think there's a
25   consensus that, when we talk about the opioid

Page 210

1    crisis, the genesis is back with the -- looking
2    retrospectively, is back at the prescribing and
3    distribution practices of the defendants; and
4    that these cartels and things, when I discuss
5    them with law enforcement, you know, is a
6    population again that we're kind of seeing
7    addicted to opioids and changing substances.
8            But if I understood your question
9    correctly, the interpretation would be that the
10   crisis, as we understand it, starts back with
11   prescribing and distribution and evolves into
12   other more criminal activities.
13           BY MR. CHEFFO:
14       Q.  Do -- do -- do pharmaceuticals
15   companies prescribe anything?
16           You said that three times.
17           Do -- do -- are you aware of whether
18   pharmaceutical companies, as a doctor,
19   prescribe medicines; or is that something
20   doctors do?
21       A.  Doctors do.  But there --
22       Q.  Right.
23       A.  -- were influences of the prescribe
24   -- of the manufacturers --
25       Q.  So --

Page 211

1  A. -- on those prescribing practices.
2  Q. -- if somebody comes out of medical
3  school and never saw a pharmaceutical rep today
4  and improperly and illegally prescribes
5  opioids, it's your testimony under oath that
6  that somehow is related to the defendant of
7  this -- the defendant's conduct; is that right?
8  MR. BADALA: Objection to form.
9  THE WITNESS: No. I wouldn't say
10 that.
11 BY MR. CHEFFO:
12 Q. Okay. So -- so if that person wrote
13 the prescriptions, and they had never had any
14 influence from any pharmaceutical company or
15 any distributor, you would agree with me that
16 none of their conduct or none of those
17 prescriptions have anything to do with the
18 defendants, right?
19 MR. BADALA: Objection to form.
20 THE WITNESS: I'm trying to follow
21 you. If someone comes out of medical school --
22 BY MR. CHEFFO:
23 Q. Uh-huh. And -- and writes
24 prescriptions --
25 A. Writes a prescription for --