**PSJ2 Exh 111**

```
                                                        Page 1
 1            IN THE UNITED STATES COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4
 5            ~~~~~~~~~~~~~~~~~~~~
 6   IN RE:  NATIONAL PRESCRIPTION   MDL NO. 2804
 7   OPIATE LITIGATION
 8                                Case No. 17-mdl-2804
 9
10                                Judge Dan Aaron Polster
11   This document relates to:
12
13   City of Cleveland, Ohio v. Purdue Pharma L.P.,
14   et al.,
15   Case No. 1:18-OP-45132
16
17            ~~~~~~~~~~~~~~~~~~~~
18             Videotaped deposition of
19              GREGORY L. HALL, M.D.
20               December 19, 2018
21                   9:10 a.m.
22                   Taken at:
                    Tucker Ellis
23                950 Main Avenue
                  Cleveland, Ohio
24
25             Wendy L. Klauss, RPR
```

Page 224

1  Other than providing information to
2  help identify patients who may be suffering
3  from pain that is inadequately treated, have
4  you written prescriptions based on what you
5  perceive to be marketing regarding prescription
6  opioids?
7  MR. CIACCIO: Objection to form.
8  A. I really write prescriptions based
9  on education, and I'm open to get education
10  from a number of venues, some of the time it's
11  a marketer from a specific device, can find the
12  good, the bad side effects. So I don't
13  discriminate against marketing, and I'm able to
14  analyze their information and their pros and
15  cons and the patient outcomes as well.
16  Q. What are some of the other sources
17  of information for you about pros and cons of
18  prescription medications?
19  A. It's been so long. I mean, the
20  pharmacists.
21  Q. Do you read the prescribing
22  information that comes with prescription
23  medication?
24  A. In the form that we get on the app
25  on the phone, Hippocrates, we will see side

Page 225

1  effects and contraindications and things of
2  that nature.
3       Q.    Hippocrates is an online source of
4  the FDA-approved prescribing information?
5       A.    Yes.
6       Q.    Does Hippocrates include what are
7  called black box warnings?
8       A.    Yes.
9       Q.    Have you ever reviewed the black
10 box warnings on prescription opioids?
11      A.    Yes.
12      Q.    Is addiction one of the things
13 that's warned about in the black box?
14      A.    Absolutely.
15      Q.    For how long have you known about
16 the addictive properties of prescription
17 opioids?
18      A.    Well, I mean, I think that as time
19 has passed, the sense of the addictive quality
20 of it has significantly ramped up.  So
21 OxyContin, for example, was marketed initially
22 as really not a danger for addiction, and then
23 that was amended.  So it's a matter of when
24 that was.
25      Q.    When did you first learn of the