PSJ6 NPS Opp Exh 3

# *Summit County Drug Unit*

### Summit County, Ohio

*Drew Alexander, Sheriff*



## CONFIDENTIAL INVESTIGATIVE REPORT

### Investigative Case Number : <u>DU-0791</u>

| | |
|---|---|
| **From :** <u>Detective Carmen R. Ingram</u> | **Date of Incident :** <u>05/19/03</u> |
| **To :** <u>Captain Baker, Sgt. Johnston, file</u> | **Date Investigated :** <u>05/23/03</u> |
| **Subject (s) :** <u>Karen L. Dawson, LPN</u> | **Arrests :** <u>Karen L. Dawson, LPN</u> |
| **Place of Occurrence :** <u>Cope Pharmacy</u> | _____ |
| <u>Village Green Pharmacy</u> | _____ |
| _____ | _____ |

## SYNOPSIS :

On May 19, 2003, Detective C. R. Ingram received a telephone call from Kimberly Hodgkiss, C.N.P. at Hartville Family Physicians.  Kimberly Hodgkiss, C.P.N. stated that Melinda Shadowitz, M.D. had provided Karen L. Dawson with Vicodin and Ritalin prescriptions and then learned that Karen L. Dawson had just received the same prescriptions from another doctor.  Melinda Shadowitz, M.D. further advised that Karen L. Dawson had taken the prescriptions written by her to two different pharmacies to be filled.  Karen L. Dawson was arrested and charged with 2 counts of Deception to Obtain.

## POSSIBLE CHARGES :

| | | |
|---|---|---|
| **2925.22** | **Deception to Obtain a Dangerous Drug** | **Felony 4** |
| **2925.22** | **Deception to Obtain a Dangerous Drug** | **Felony 5** |

## ACTION TAKEN :

On May 19, 2003, Detective C. R. Ingram received a telephone call from Kimberly Hodgkiss, C.N.P. at Hartville Family Physicians.

---

***Participating Agencies:*** *County of Summit Sheriff and Prosecutor, Akron & Barberton Police, Bureau of Alcohol Tobacco & Firearms, Cuyahoga Falls Police, Drug Enforcement Administration, Federal Bureau of Investigation, Internal Revenue Service, Ohio B.C.I & I, Springfield, Twinsburg, & University of Akron Police.*

Page 1 of 5

CONFIDENTIAL

SUMMIT_001843287

## Continuation of Confidential Investigative Report
Page 2 of 5

Kimberly Hodgkiss, C.P.N. stated that in the morning hours of May 19, 2003 Karen L. Dawson arrived at Hartville Family Physicians to be seen as a new patient.  Kimberly Hodgkiss, C.P.N. stated that Karen L. Dawson had been seen by Melinda Shadowitz, M.D.  Kimberly Hodgkiss, C.P.N. stated that Karen L. Dawson advised Melinda Shadowitz, M.D. that she suffered from Fibromylagia and had been out of Vicodin for six days.  At the conclusion of the exam Melinda Shadowitz, M.D. issued Karen L. Dawson a prescription for 120 Vicodin HP and 90 Methylphenidate 20 mg.

A short time later Melinda Shadowitz, M.D. was contacted by the pharmacist at Cope Pharmacy.  The pharmacist advised Melinda Shadowitz, M.D. that they had just received her prescription for Karen L. Dawson for Methylphenidate.  The pharmacist further advised Melinda Shadowitz, M.D. that Robert Gsellman, M.D. had just contacted Cope Pharmacy and advised them that Karen L. Dawson had just been in his office seeking medications but was given none.  Melinda Shadowitz, M.D. was advised by the pharmacist that Karen L. Dawson had not produced the prescription for Vicodin, but had just filled a prescription 6 days earlier for 120 Vicodin HP issued by Patrick Rich, D.O.  Melinda Shadowitz, M.D. then advised the Pharmacist to place a "hold" on the Methylphenidate prescription.

Melinda Shadowitz, M.D. then contacted other pharmacies inquiring about the Vicodin prescription issued to Karen L. Dawson.  Melinda Shadowitz, M.D. learned that the Vicodin prescription had already been filled by Karen L. Dawson at the Village Green Pharmacy.  Melinda Shadowitz, M.D. also learned that Karen L. Dawson had numerous Vicodin prescriptions from several physicians on file at Village Green Pharmacy.

Kimberly Hodgkiss, C.P.N. stated that Karen L. Dawson gave an address of 1360 Melanie Drive Apt. 11, Uniontown, Ohio 44685, a telephone number 330 896 0551, and a work number 330 543 8844. Karen L. Dawson had also provided Melinda Shadowitz, M.D. with a date of birth of ██/60 and Social Security Number ██████8572.

Detective Ingram then conducted an NCIC check on Karen L. Dawson, which returned no found records.

On May 20th Detective Ingram went to Cope Pharmacy located at 941 W. Nimisila Rd, Clinton, Ohio, met with John Stevenhagen, R. Ph., and obtained a prescription history for Karen L. Dawson.

Detective Ingram then went to Village Green Pharmacy, located at 4195 Massillon Rd, Uniontown, Ohio, met with Nick Salomone, R. Ph., and obtained a prescription history for Karen L. Dawson. While at the pharmacy Detective Ingram learned that the boyfriend of Karen L. Dawson, Todd Dreher sometimes picked up her prescriptions.  Detective Ingram also learned that Todd Dreher was also receiving Vicodin prescriptions.  Detective Ingram then obtained a prescription history for Todd Dreher.

Detective Ingram also went to the area Rite Aid Pharmacy located at 4053 S. Main Street, Akron, Ohio, met with Mel Mermelstein, R. Ph. and obtained a prescription history for both Karen L. Dawson and Todd Dreher.

As a result Detective Ingram learned that Karen L. Dawson had received the following prescriptions and had filled them as indicated below.  Paying CASH at Cope pharmacy and with a PRESCRIPTION CARD at Village Green Pharmacy.

SUMMIT_001843288

**Continuation of Confidential Investigative Report**
Page 3 of 5

|  | Dr. Shadowitz | Dr. Rich |
|---|---|---|
| Village Green Pharmacy | #120 Vicodin HP (INS) | #90 Methylphenidate (INS) |
| Cope Pharmacy | #90 Methylphenidate (CASH) | #120 Vicodin HP (CASH) |

On May 22nd, at approximately 10:41 AM, Detective Ingram contacted Melinda Shadowitz, M.D. by telephone. Detective Ingram asked Melinda Shadowitz, M.D. if she had been aware that Karen L. Dawson had received 120 Vicodin HP and 90 Methylin 20mg from another doctor 6 days ago would she still have prescribed these medications for Karen L. Dawson. Melinda Shadowitz, M.D. stated "absolutely not". Detective Ingram asked Melinda Shadowitz, M.D. if Karen L. Dawson had made her aware that she had recently seen Dr. Rich and Dr. Gsellman. Melinda Shadowitz, M.D. stated that she was not made aware of those doctors but was aware of the pain management and prior family doctor. Detective Ingram asked Melinda Shadowitz, M.D. if it was possible for Karen L. Dawson to have taken 120 Vicodin HP within the last 6 days. Melinda Shadowitz, M.D. that she would have had to have taken 20 a day. Melinda Shadowitz, M.D. stated that the narcotic probably would not kill her but she would have likely overdosed on the Tylenol in it.

On May 22nd, at approximately 12:15PM, Detective Ingram obtained warrants for the arrest of Karen L. Dawson for Deception to Obtain a Dangerous Drug.

At approximately 2:00 PM, Detective Ingram met with Detective Miller at the Franklin Township Police Department. It was decided that we would meet at Cope Pharmacy, have the pharmacist call Karen L. Dawson and advise her prescription was ready to be picked up, and arrest her after she took possession of the prescription.

At approximately 2:20 PM, Detective Ingram arrived at the Cope Pharmacy. Detective Ingram met with Gretchen Birch, R. Ph. Detective Ingram advised Gretchen Birch to call Karen L. Dawson and tell her that the prescription was ready. Gretchen Birch left a message on an answering device for Karen L. Dawson.

While waiting for Karen L. Dawson to arrive, Detective Ingram showed Gretchen Birch an Ohio BMV photo of Karen L. Dawson and asked her if this is the person she knows as Karen Dawson. Gretchen Birch stated that it was the person she knew as Karen L. Dawson. Gretchen Birch stated that Karen L. Dawson had also asked for 3cc syringes while in the pharmacy but were told they did not have them. Gretchen Birch stated that she asked Karen L. Dawson what the syringes were for and Karen L. Dawson stated that she had to take vitamin B-12 daily due to anemia.

At approximately 4:45 PM, it was decided that the pharmacist would notify Franklin Township Police Department when Karen L. Dawson arrived to pick up the prescription.

On the morning of May 23rd, Karen L. Dawson arrived at the Cope Pharmacy and was taken into custody by the Franklin Township Police Department and Detective Miller.

At approximately 11:47AM, Detective Ingram met with Karen L. Dawson at the Summit County Jail.

SUMMIT_001843289

## Continuation of Confidential Investigative Report
Page 4 of 5

Detective Ingram advised Karen L. Dawson of her Miranda Rights. Karen L. Dawson stated that she wanted an attorney. Moments later Karen L. Dawson stated that she would cooperate with Detective Ingram.

Karen L. Dawson stated that she had been taking Vicodin since approximately 2002 after visiting the Western Reserve Spine & Pain Management office. Karen L. Dawson stated that she would see Dr. Othee a pain management doctor once a month. Karen L. Dawson stated that Dr. Othee prescribed Vicodin for her to be taken 4 times a day.

Karen L. Dawson stated that approximately 2 – 4 months she began to develop a problem with Vicodin and had seen multiple doctors on at least two occasions. Karen L. Dawson stated that she did not tell Dr. Shadowitz that she had seen Dr. Rich and obtained the same prescriptions 6 days earlier.

I asked Karen L. Dawson if she had taken all the Vicodin she had obtained from Dr. Rich and she stated that she had given some to her boyfriend, Todd Dreher.

Karen L. Dawson stated that on May 19, 2003, she went to see Dr. Gsellman, accompanied by her boyfriend Todd Dreher. After Dr. Gsellman told her that she would have to wait 2 days to obtain a prescription they left. Karen L. Dawson states that they then went back home to their Melanie Drive residence where Todd Dreher made a telephone call to Dr. Shadowitz and scheduled Karen L. Dawson an appointment. Todd Dreher then accompanied her to the appointment.

Karen L. Dawson stated that she had recently been terminated by Dr. Prestagaard because he stated that they "don't see eye to eye". Karen L. Dawson stated that this was because Dr. Prestagaard had referred her to Cuyahoga Falls pain management and she missed the appointment.

Karen L. Dawson stated that Todd Dreher was continually giving her pills 8-10 at a time and telling her he was "doing this for you". Karen L. Dawson stated that if she did not take the pills that Todd Dreher would become very upset.

Karen L. Dawson stated that she is currently taking approximately 20 Vicodin a day. Karen L. Dawson also stated that she has a problem with Ritalin and is currently taking approximately 9 a day.

Karen L. Dawson is an LPN at Children's Hospital Medical Center of Akron. I asked Karen L. Dawson if she has ever stole medication from the hospital and she stated that she had not.

On May 27, 2003, I spoke with Mark Coberly, R. Ph., the pharmacist who had filled the Vicodin Prescription from Doctor Shadowitz on May 19, at Village Green Pharmacy. I asked Mark Coberly if he had been aware that Karen L. Dawson had filled a prescription for 120 Vicodin HP from Dr. Rich 6 days ago would he have filled the Vicodin prescription issued by Dr. Shadowitz. Mark Coberly stated that he would not have filled it.. Mark Coberly, R. Ph., also stated that because she paid in cash 6 days earlier it would have gone undetected had Dr. Gsellman not contacted Cope Pharmacy.

Detective Ingram also learned that Todd Dreher had picked up three 3cc syringes on one occasion.

Detective Ingram then spoke to Jay Culler, R. Ph., at the Giant Eagle on Massillon Rd. Detective Ingram obtained a prescription history for both Karen L. Dawson and Todd Dreher. Detective Ingram

## Continuation of Confidential Investigative Report
### Page 5 of 5

also inquired about the purchase of syringes by either Karen L. Dawson or Todd Dreher.  Detective Ingram was advised that Todd Dreher had purchased a 3cc syringe on one occasion.

Detective Ingram also spoke with Gretchen Birch, R. Ph. at Cope Pharmacy.  Detective Ingram asked Gretchen Birch if she had been aware that Karen L. Dawson had filled a prescription for 90 Ritalin from Dr. Rich 4 days ago would she have filled the Ritalin prescription issued by Dr. Shadowitz. Gretchen Birch stated that she would not have filled it.

Additional charges are pending ....

**EVIDENCE :**

(DU-03-13627)   Cope Pharmacy Rx2003646 for 90 Ritalin 20 mg from Melinda Shadowitz, M.D. for Karen Dawson.
Cope Pharmacy Rx4018508 for 120 Vicodin HP from Patrick Rich, D.O. for Karen Dawson.

(DU-03-13628)   Village Green Pharmacy Rx419347 for 90 Ritalin 20 mg from Patrick Rich, D.O. for Karen Dawson.
Village Green Pharmacy Rx419659 for 120 Vicodin HP from Melinda Shadowitz, M.D. for Karen Dawson.

**PHYSICAL DESCRIPTION(S) :**

| Name: Karen L. Dawson | Race/Sex: W/F | Hgt : 5'02" |
|---|---|---|
| Street Address:  1360 Melanic Dr #11 | DOB: ████ 1960 | Wgt : 135 |
| City, State & Zip:  Uniontown, Ohio | SSN: ████ 8572 | Hair : Brown |
| Telephone : | Control #: 117198 | Eyes : Brown |

**Respectfully Submitted :**

_Detective C. R. Ingram_

Detective C. R. Ingram

June 2, 2003

Date

SUMMIT_001843291