PSJ6 NPS Opp Exh 6

**Multi-Jurisdictional Law Enforcement Task Force Addendum to 2005 Justice Assistance Grant Application Continued.**

# Drug Threat Assessment



## Summit County, Ohio

Threat Assessment prepared by,

**Captain Hylton E. Baker**
**Summit County Sheriff's Office**
**Summit County Drug Unit**

53 University Avenue,
Akron, Ohio 44308

Communications Center : 330-643-2181
Summit County Drug Unit Office : 330-543-2170
Fax : 330-374-7603

- 1 -


EXHIBIT 2 Baker

SUMMIT_000023567

I. Introduction

**Threat Assessment for the Greater Summit County, Ohio area.**

A. Data Sources

Akron Beacon Journal

Akron/Canton Area Partners for Progress

Akron/Canton Regional Airport

Akron-Fulton International Airport

Akron Metropolitan Housing Authority

Akron Police Department

Barberton Police Department

Bureau of Alcohol, Tobacco and Firearms

Cleveland Plain Dealer

Cuyahoga County Airport

Cuyahoga Falls News Press

Cuyahoga Falls Police Department

Dassault Falcon Aircraft Corporation

Detroit Metropolitan Airport

DHL Worldwide Express

Drug Enforcement Administration (Cleveland –R/O)

Federal Bureau of Investigation (Akron-R/O)

Federal Express

Greater Akron Drug Task Force

Greyhound

SUMMIT_000023568

John S. Knight Foundation

Kent State Airport

National Drug Intelligence Center

Northeast Ohio Trade and Economic Consortium (NEOTEC)

Ohio Bureau of Criminal Identification & Investigation

Ohio Department of Agriculture

Ohio Department of Development, Office of Statistic Research

Ohio High Intensity Drug Trafficking Areas (HIDTA)

Ohio Highway Patrol

Ohio Office of Criminal Justice Services

Pittsburgh International Airport

Portage County Regional Airport

Springfield Township Police Department

Stow Police Department

Summit County Drug Unit

Summit County Emergency Management Agency

Summit County Engineer

Summit County Medical Examiners Office

Summit County Sheriff's Office

The Repository

Toledo Express Airport

Twinsburg Police Department

United Parcel Services

- United States Citizenship and Immigration Service

- United States Coast Guard

- United States Department of Agriculture

- United States Department of Commerce, Bureau of the Censes

- United States Department of Homeland Security, Office of Immigration Statistics

- University of Akron Police Department

- Youngstown-Warren Regional Airport

This assessment is based on intelligence information and observations as a result of various drug investigations conducted throughout Summit County. Governmental statistical data provides an intimate view of the county. Combined, this data provides a profile of drug abuse and drug distribution trends that threaten to undermine the socio-economic fabric of the communities and citizens that make up Summit County, Ohio.

SUMMIT_000023570

## II. Environmental and Related Threats:

### A. Geography:

Summit County is located in northeast Ohio. It was so named because it has the highest elevation on the Ohio and Erie Canal. The total population figures as established in the 2000 U. S. Census is 542,899 (Note: 2003 population figure is 546,733, representing an increase of 0.7%). Summit County encompasses a total area of 420 square miles, including 7 square miles of water. 2000 U.S. Census Bureau figures indicate a population density of 1,315.4 persons per square mile. Summit County includes the municipal jurisdictions of Akron, Barberton, Bath, Clinton, Copley, Coventry Township, Cuyahoga Falls, Fairlawn, Green, Hudson, Village of Lakemore, Macedonia, Manchester, Mogadore, Munroe Falls, New Franklin, Northfield, Northfield Center, Norton, Peninsula, Reminderville, Richfield, Silver Lake, Springfield Township, Stow, Tallmadge, Twinsburg, Twinsburg Township and Uniontown. Summit County is strategically located between Chicago, Illinois and New York City, New York. A network of major interstate highways including I-71, I-76, I-77, and I-80 are found in or near Summit County. These highways also allow access to other major highways including I-70, I-75, and I-90. By location alone, the greater Summit County, Ohio area presents itself as a prime area of opportunity for the transportation and distribution of illicit drugs by drug-trafficking organizations.

Summit County is home to the Blossom Music Center, located in northern Summit County. Blossom Music Center is known nationwide as a concert entertainment venue. Blossom Music Center receives 350,000 visitors per year from across the nation,

attending various concert opportunities. Associated with many patrons of the venue are various illicit drugs. In the past three years, officers of the Summit County Drug Unit have arrested more than 400 patrons for trafficking, use and possession of illegal drugs. Drugs transported into Summit County and seized at this location include significant amounts of Marijuana, PCP, Methamphetamine, Cocaine, LSD, Heroin, and Psilocybin.

Additionally, there are three airports within Summit County; two are commercial and both have international designations. Long Lake which is part of the Portage Lakes area is a designated landing location for Pontoon Planes. Within 50 miles of Summit County there is access to seven airports, two with international designations. Within 100 miles of Summit County there are an additional five airports with international designations, including Detroit, Michigan, which is a source city for the distribution of cocaine into the Summit County, Ohio area.

Summit County rests within 35 miles of the Port of Cleveland, which offers access overseas and Great Lakes shipping of millions of tons of cargo annually. Private pleasure craft abound on Lake Erie and boats going back and forth to Canada are virtually un-checked. The Ohio-Canada border encompasses approximately 146 miles, including forested areas, the Great Lakes, and numerous rivers. The waterways and airfields along the border compound the enforcement difficulties for border and local authorities. The Great Lakes and St. Lawrence River borders constitute approximately 5,592 miles of shoreline, including hundreds of isolated islands and long stretches of remote wilderness. These waterways are home to millions of recreational and commercial vessels, among which trafficking vessels may hide. Small aircrafts traversing the border fly relatively

SUMMIT_000023572

unimpeded between the two countries. Radar coverage is virtually nonexistent, and many aircraft cross the border unrestricted, landing at unmonitored airfields.

Drug transportation and distribution have increased especially in inter-city areas among students and street gangs. Within Summit County there is one State University with a transient student population of approximately 23,000. In a Summit County Drug Unit case several University of Akron students were arrested and charged in a conspiracy to distribute Canadian marijuana in the Summit County, Ohio area. There are fifty-two identified motorcycle / street gangs with an estimated 973 members. In addition, there are forty-three Akron Metropolitan Housing Authority (AMHA) sites with 762 homes and 4,013 Section 8 (low income) residences with a combined total of more than 13,509 residents. Historically these areas have been havens for street gang members distributing their illicit wares.

Law enforcement efforts must be continually focused upon identifying and dismantling drug-trafficking organizations while utilizing sophisticated and innovative investigative techniques. Related statistics for the Summit County Drug Unit convey the importance of concentrated interdiction efforts and investigations to terminate the activity of drug-trafficking organizations in this geographic region of Ohio, and the United States.

SUMMIT_000023573