# PSJ2 Exh 122

# FILED UNDER SEAL