# PSJ2 Exh 124

FILED UNDER SEAL