# PSJ2 Exh 132

Highly Confidential - Subject to Further Confidentiality Review

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                       -  -  -
 5
    IN RE:  NATIONAL           :  HON. DAN A.
 6  PRESCRIPTION OPIATE        :  POLSTER
    LITIGATION                 :
 7                             :
    APPLIES TO ALL CASES       :  NO.
 8                             :  1:17-MD-2804
                               :
 9
              - HIGHLY CONFIDENTIAL -
10
    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                       -  -  -
12
                   July 19, 2018
13
                       -  -  -
14
15          Videotaped deposition of
    MICHAEL ORIENTE, taken pursuant to
16  notice, was held at the law offices of
    Weitz & Luxenberg, 700 Broadway, New York
17  New York, beginning at 9:01 a.m., on the
    above date, before Michelle L. Gray, a
18  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                     -  -  -
21
             GOLKOW LITIGATION SERVICES
22      877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

1  when we start off, I want to understand
2  your position from everything that we
3  have heard, McKesson played zero role in
4  causing the opioid crisis that we have in
5  America today?
6             MS. HENN:  Objection to
7        form.
8  BY MR. KENNEDY:
9        Q.   Is that correct?  And that's
10  a clear yes or no.
11       A.   I don't believe we caused
12  it.
13       Q.   I didn't say that.  Did you
14  play a role --
15            MS. HENN:  Counsel.
16  BY MR. KENNEDY:
17       Q.   My question is very simple.
18  Would you agree that McKesson played a
19  role, they didn't cause it all, but
20  played a role in the crisis that we have
21  in America today as it relates to
22  prescription opioids?
23            MS. HENN:  And, Counsel, I
24       would just ask that you let the

1          witness finish his answers.
2                  MR. KENNEDY:  I'm sorry.
3                  THE WITNESS:  We did play a
4          role as a distributor, yes.
5                  MR. KENNEDY:  That's all I'm
6          asking.
7                  MS. HENN:  Are you done with
8          your answer?
9                  THE WITNESS:  Yes, I am.
10         Thank you.
11    BY MR. KENNEDY:
12         Q.   Now, let me ask you -- I
13    want to -- there may be some things that
14    we can very easily agree upon.  All
15    right?  Because I want to ask you about
16    what McKesson knew or should have known
17    what was going on in America as we
18    continue to discuss what they did and
19    didn't do.  All right?
20         A.   All right.
21         Q.   Late '90s, early 2000s, we
22    have an opioid crisis in the United
23    States of America.  True?
24         A.   I'm not familiar that far