# PSJ2 Exh 133

# ABC Diversion Control Program effective June 25, 2007

**Steve Mays**
**Senior Director - Corporate Security & Regulatory Affairs**
**AmerisourceBergen Corporation**

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000101
ABDCMDL00000101

**AmerisourceBergen**

# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.71(a)** - "All applicants and registrants shall provide **effective controls** and procedures to **guard against** theft and **diversion** of controlled substances."

Distributor Response: Develop policy to ....

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000102
ABDCMDL00000102

**AmerisourceBergen**

# HOW?

Distributors usually implement policies that mirror the Code of Federal Regulations' requirements:

**1301.72  - Physical Security Controls** – vault / cage construction and alarm system requirements – No Problem

**1304 – Records and Reports of Registrants** – information, maintenance, and inventory requirements – No Problem

**1305 – Orders For Schedule I & II Controlled Substances** – ordering, filling, executing, and endorsing DEA Forms 222 – No Problem

**1301.74 – Other Security Controls** – make a **good faith** inquiry; report **suspicious** orders; report **significant** losses – gray area

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL                                                                                                                    ABC-MSAGC00000103
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                ABDCMDL00000103

**AmerisourceBergen**

# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.74(b)** - "The registrant shall design and operate a system to **disclose** to the registrant **suspicious orders** of controlled substances.  The registrant shall inform Field Diversion Office of the Administration in his area of suspicious orders **when discovered** by the registrant."

- 4 -

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000104
ABDCMDL00000104

# Regulatory Responsibility

▸ Reporting suspicious orders to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls to prevent diversion.

▸ DEA cannot / will not tell a distributor:
  – if an order is or is not legitimate; and/or
  – if the distributor should or should not ship an order

▸ Distributor must make a "business" decision whether or not to ship the order.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation
CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000105
ABDCMDL00000105

**AmerisourceBergen**

# ABC's Diversion Control Program

- ▸ **"Know Your Customer" Due Diligence**

- ▸ **48-Hour Reporting**

- ▸ **Order Monitoring Program (OMP)**

- ▸ **Investigations**

- ▸ **Education and Training**

- 6 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000106
ABDCMDL00000106

**AmerisourceBergen**

# New Customer Due Diligence

▸ "Know Your Customer" Due Diligence investigations completed on all new Retail and Distributor Accounts.

– Retail chain pharmacies are exempted.

▸ Included in New Account Setup Process

– New Account Questionnaire (CSRA Form 590)

– On-site visit includes photographs inside and out (or physical description of premises)

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000107

ABDCMDL00000107

# New Customer Due Diligence

▸ Monthly Sales Limits

– All new accounts set at the lowest threshold level for DEA business type in ABC's Order Monitoring Program (OMP)

▸ "Do Not Ship" List

– Customers to whom ABC has ceased distribution to due to suspicious activity

– Other sources

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000108

ABDCMDL00000108

# Order Monitoring Program (OMP)

▶ The Controlled Substances/Listed Chemicals Order Monitoring Program (OMP) was developed to identify suspicious orders and purchasing trends.

▶ Historically Controlled Substance / Listed Chemical order monitoring has been based on a **ship and report** process.

▶ ABC's OMP process is now based on: identify, capture, investigate, and report suspicious orders; all **prior to shipment**.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000109
ABDCMDL00000109

**AmerisourceBergen**

# OMP Customer Account Type and Size

▸ Each Customer is classified by "Customer Type," which represents how the customer is registered with DEA.
  – Hospital/Clinic, Retail Pharmacy, Distributor, etc.
  – This value is loaded using the NTIS Database synch process.

▸ Each customer is then categorized by "Customer Size" based upon average revenue relative to its peers in the same "Customer Type."

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000110

ABDCMDL00000110

# OMP Item Family and Threshold

▸ All controlled substance and listed chemical products are grouped into item "families" based upon the drug's active ingredient, which has a corresponding Generic Code Number (GCN).

▸ The OMP will combine all sales of items within the same GCN family (e.g., hydrocodone / vicodin; oxycodone / percocet; Alprazolam / Xanax), for each customer.

- 11 -

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000111

ABDCMDL00000111

# OMP Item Family and Threshold

▸ Item threshold levels are established from accumulated monthly sales for all customers based on item family, DEA type, and customer size.

▸ A customer's threshold level is initially set by item family based on the customer's DEA type and customer size.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation
CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000112
ABDCMDL00000112

# OMP Order Processing

▸ A customer's incoming orders are accumulated by item family, and the total item family order quantity is applied to the predetermined Item family monthly threshold.

▸ If the order quantity falls below the Item family threshold, the order will process normally.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000113
ABDCMDL00000113

# OMP Order Processing

▸ If the order quantity goes over the item family threshold, the order will be placed into "OMP Review."

▸ All subsequent orders within the same item family will be rejected while an item within the same family is under review.

▸ Each distribution center (DC) is responsible for initial review of all orders in OMP Review.
   – If the DC can determine the order is not suspicious, the DC will release the order.
   – If the DC is unsure, the order will be flagged to be investigated by Corporate (CSRA).

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation
CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
ABC-MSAGC00000114
ABDCMDL00000114

# OMP Order Processing

- ▶ All OMP orders that the DC released, as well as those flagged for CSRA Review, are sent to CSRA each morning.

- ▶ Based upon information available to CSRA, flagged orders will either be released or placed in "Investigate" status.

- ▶ All orders placed into Investigate status are electronically reported to DEA on a daily basis.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000115

ABDCMDL00000115

# OMP Order Processing

▸ CSRA conducts the investigation and will notify the distribution center of the final disposition of the order (release or cancel).

▸ CSRA will also determine if any permanent action needs to be taken with the customer.

  – Customers who have legitimate needs will have their size or threshold levels increased.

  – Customers with continued suspicious ordering patterns may have their ability to order control substances effected.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation
CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000116

ABDCMDL00000116



# Order Monitoring Process
## (OMP)



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000117
ABDCMDL00000117



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

ABC-MSAGC00000118

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDCMDL00000118

**AmerisourceBergen**

# Order Monitoring Program (OMP)

▸ A Distributor can't solely rely on computer systems and programs to prevent diversion.

▸ All employees have a role and responsibility in a successful Order Monitoring Program:

- Sales
- Procurement
- Management (DC / HQ)
- Order fillers
- Customer service
- IT

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000119
ABDCMDL00000119

**AmerisourceBergen**

# Investigations

▶ Sources of Investigations
- Order Monitoring Program (OMP)
- Monthly Customer Product Mix/Ratio Report
- Notification by DEA
- Notification by ABC DC Personnel

▶ Typical Investigation Process
- One-year purchase history
- On-site inspection
- **CSRA Form 590 Pharmacy Questionnaire**
- **CSRA Form 590c Retail Pharmacy Verification Checklist**

▶ Decision
- Cease distribution of CS/LC to customer
- Customer Sign applicable compliance agreement

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation
CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000120
ABDCMDL00000120

# Education and Training

‣ All appropriate associates are trained on ABC's Diversion Control Program

‣ ABC also holds training and educational courses for its customers and vendors regarding this subject matter.



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000121

ABDCMDL00000121



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000122
ABDCMDL00000122