# PSJ2 Exh 134

# FILED UNDER SEAL