# PSJ2 Exh 137

FILED UNDER SEAL