# PSJ2 Exh 138

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OHIO

 3                       EASTERN DIVISION

 4

 5

 6   *****************************

 7   IN RE:

 8   NATIONAL PRESCRIPTION OPIATE    MDL NO. 2804
     LITIGATION
 9

     This document relates to:      Case No. 17-MD-2804
10
     All cases                      Hon. Dan A. Polster
11   *****************************

12              HIGHLY CONFIDENTIAL - SUBJECT

13            TO FURTHER CONFIDENTIALITY REVIEW

14                 VIDEOTAPED DEPOSITION OF:

15                        RONALD LINK

16                        MOTLEY RICE

17                     55 Cedar Street

18                  Providence, Rhode Island

19             December 11, 2018     9:09 a.m.

20

21

22                   Darlene M. Coppola

23                Registered Merit Reporter

24                Certified Realtime Reporter
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Well, if the purpose of the system is
 2     to prevent diversion and there's no system in
 3     place to do it --
 4          A.   Yeah.
 5          Q.   -- then naturally, the chances of
 6     diversion increase, correct?
 7          A.   Yes.  Yeah.
 8          Q.   So, see, that's one of those questions
 9     that has a logical answer.  So I appreciate
10     you answering it logically rather than trying
11     to do the dance.  Okay?
12                    MR. BUSH:  Objection to the
13     speech by counsel.
14     BY MR. BAKER:
15          Q.   So these narcotics that have a higher
16     opportunity for diversion when they are not
17     being monitored, those are the same narcotics,
18     according to the DEA, that are causing deaths
19     in this opioid crisis, correct?
20          A.   Correct.
21          Q.   And those are the same narcotics that
22     are sold by CVS pharmacies, correct?
23          A.   Correct.
24          Q.   And those are the same narcotics that
```