# PSJ2 Exh 139

FILED UNDER SEAL