# PSJ2 Exh 140

# FILED UNDER SEAL