# PSJ2 Exh 141

FILED UNDER SEAL