# PSJ2 Exh 146



## PATIENT BOOKLET

# Answers
*to Your*
# Questions



## Duragesic®
*FENTANYL TRANSDERMAL SYSTEM*

**Life, uninterrupted.**

Confidential

JAN-MS-02757826



Confidential

JAN-MS-02757827

# A guide to controlling your pain and controlling your life

Finding the right therapy is an important part of managing chronic pain. Your doctor has determined that the continuous pain relief provided by DURAGESIC, a strong pain-relieving medicine that comes in an adhesive patch, is the right therapy for you and the kind of chronic pain that you have.

While you are using DURAGESIC, questions may come up from time to time. This booklet provides answers to commonly asked questions about DURAGESIC.

The more you know about your chronic pain and about your pain medication, DURAGESIC, the better you will be able to communicate with your doctor and work together to manage your pain effectively.

This booklet and the patient instructions provided in the box of DURAGESIC patches are valuable references for you. Keep them with you when you start therapy, and refer to them whenever you need to throughout your therapy.

If you have questions that aren't answered in this booklet, ask your doctor or call the Janssen ONE TO ONE Customer Action Center at 1-800-JANSSEN from 9 AM to 5 PM, Eastern Time, Monday through Friday to speak to a trained medical professional. You can also find more valuable information about DURAGESIC on the Internet at **www.duragesic.com**.



**Duragesic**®

*FENTANYL TRANSDERMAL SYSTEM*

3

JAN-MS-02757828

# Q. *Table of Contents*

## About the Patch    Page

**Q.** What is DURAGESIC? . . . . . . . . . . . . . 6

**Q.** What is fentanyl? . . . . . . . . . . . . . . . . 7

**Q.** How does DURAGESIC work? . . . . . . . 8

**Q.** How quickly does DURAGESIC
take effect? . . . . . . . . . . . . . . . . . . . . . 10

**Q.** How long does DURAGESIC work
to control pain? . . . . . . . . . . . . . . . . . . 10

**Q.** What are the advantages of the
DURAGESIC patch? . . . . . . . . . . . . . . 11

## How to Use

**Q.** How do I apply the patch? . . . . . . . . . 14

**Q.** How often should I replace the
patch? . . . . . . . . . . . . . . . . . . . . . . . . . 15

**Q.** What should I do if the patch
does not stick well or falls off? . . . . . . . 15

**Q.** How should I dispose of
used patches? . . . . . . . . . . . . . . . . . . . 17

**Q.** Is it okay to shower with the
patch on? . . . . . . . . . . . . . . . . . . . . . . 17

**Q.** Are there any special instructions
for storing the patch? . . . . . . . . . . . . . . 18

Confidential

JAN-MS-02757829

# *Table of Contents*

**Q.** Can I cut the patch? . . . . . . . . . . . . . . 18

**Q.** Can other people use my
DURAGESIC patches? . . . . . . . . . . . . . 19

**Q.** What should I do with leftover
DURAGESIC patches? . . . . . . . . . . . . . 19

### Your Progress

**Q.** What if I still feel pain every
now and then? . . . . . . . . . . . . . . . . . . . 20

**Q.** Can I stop wearing the patch
if I feel better? . . . . . . . . . . . . . . . . . . . 21

**Q.** If I feel pain, what should I tell
my doctor about it? . . . . . . . . . . . . . . . 21

### Your Concerns

**Q.** Will I become addicted to
DURAGESIC? . . . . . . . . . . . . . . . . . . . . 22

**Q.** If I take DURAGESIC, will my
body get used to it so that it will
soon lose its effectiveness? . . . . . . . . . 23

**Q.** What are the important side
effects and precautions associated
with DURAGESIC? . . . . . . . . . . . . . . . . 24

**Q.** Where can I find more information
about DURAGESIC? . . . . . . . . . . . . . . . 26



5

JAN-MS-02757830



## Q. *What is* DURAGESIC?

**A.** DURAGESIC is a thin, adhesive, rectangular patch that is worn on your skin. DURAGESIC delivers a strong pain-relieving medicine called "fentanyl" through the skin and into the bloodstream. Through this time-released transdermal system, each DURAGESIC patch provides up to 3 days (72 hours) of pain relief. It should only be used to relieve moderate-to-severe chronic pain that persists for longer than 3 months. It should only be used when other less strong medicines have not been effective and when pain needs to be controlled around the clock.

DURAGESIC IS NOT INTENDED FOR USE if you have pain that will go away in a few days, such as pain from surgery, medical or dental procedures, or short-lasting painful conditions.



6

Confidential

JAN-MS-02757831



## Q

*What is fentanyl?*

## A.

Fentanyl is the strong pain-relieving medicine contained in the DURAGESIC patch. DURAGESIC has been used for more than 10 years to effectively relieve pain.[1]

Fentanyl is part of a family of medications called opioid analgesics, which are the major class of pain-relieving medicines used in managing moderate-to-severe pain. Opioids relieve pain by interacting with certain parts of the central nervous system that affect the way your body feels pain. Fentanyl, by attaching to specific sites in the cells of your body called opioid receptors, alters the feeling of pain.



**Duragesic®**
*FENTANYL TRANSDERMAL SYSTEM*

7

Confidential

JAN-MS-02757832



**Q.** *How does* DURAGESIC *work?*

**A.** The unique design of the DURAGESIC patch allows tiny amounts of fentanyl to be delivered into the body over a period of up to 3 days (72 hours) per patch.

What allows this process to happen is that the sticky side of each patch is made of a special material, called a semi-permeable membrane, which allows the medication to pass through it at a controlled rate.

When the patch is applied to the skin, the fentanyl inside the patch slowly moves through this membrane and becomes absorbed by the skin underneath. The fentanyl concentrates in the upper skin layers in what is called a depot. Once the depot is formed, the fentanyl is carried by the bloodstream to the central nervous system a little bit at a time, where it works to relieve pain.

8

Confidential

JAN-MS-02757833



9

Confidential

JAN-MS-02757834

**Q.** *How quickly does DURAGESIC take effect?*

**A.** The first time you use DURAGESIC, it can take up to 24 hours for the patch to begin working. This allows enough time for the depot of fentanyl in your skin to form and for the medication in your bloodstream to reach the right level to relieve your pain. Your doctor can give you medicine to relieve your pain during this period.

As long as you continue to replace the patch every 72 hours (or as directed by your doctor), the level of fentanyl in your system should remain consistent. A consistent level of medication in your system should mean a consistent level of pain relief. If you still feel occasional pain after you have started using DURAGESIC, you should talk about it with your doctor. (See "If I feel pain, what should I tell my doctor about it?" on page 21.)

**Q.** *How long does DURAGESIC work to control pain?*

**A.** For continuous pain control, you should wear the patch for 3 days (72 hours), or as directed by your doctor. Then remove the patch and replace it as directed by your doctor. (See "How do I apply the patch?" on page 14.)

10

Confidential

JAN-MS-02757835



## *What are the advantages of the DURAGESIC patch?*

**A.** DURAGESIC is convenient. Each DURAGESIC patch gives you up to 72 hours of effective pain relief. That means you should only have to change your DURAGESIC patch every 3 days instead of having to stop your daily activities to take a pill every 4, 6, 8, or 12 hours.

DURAGESIC also gives you consistent pain relief. The slow release of fentanyl into the bloodstream minimizes the peaks and valleys in pain relief found with other pain medications. This means you may avoid some of the problems that can occur with other pain therapies, such as having your pain come back several times a day before you take the next dose.

DURAGESIC is generally well tolerated. Because DURAGESIC enters the body through the skin instead of through the stomach, it may lessen local side effects in the digestive system. For more information on the side effects, please see "What are the important side effects and precautions associated with DURAGESIC?" on page 24.



11

Studies have shown that patients prefer DURAGESIC over other short-acting and long-acting opioid pain therapies:

- In clinical studies, 75% of people using DURAGESIC reported excellent or good responses to therapy versus only 42.5% on their previous opioid medication.*

- In another trial of 504 people, the largest cross-sectional study to date comparing 2 opioids, patients were significantly more satisfied with DURAGESIC than with sustained-release oral morphine.[2]

*Data obtained from 40 patients in clinical trials at a 1-month follow up evaluation. Previous analgesic regimens included immediate-release oxycodone preparations and short and long-acting morphine preparations.

12

Confidential

JAN-MS-02757837



**Duragesic®**
FENTANYL TRANSDERMAL
SYSTEM

13

Confidential

JAN-MS-02757838

# Q.

## *How do I apply the patch?*

# A.

To apply the DURAGESIC patch, simply follow these steps:



**PREPARE:** Choose a site to apply the patch on the chest, back, or any flat part of the body where there is no hair, taking care to avoid sensitive areas or areas of excessive movement. If there is hair, **do not shave (shaving irritates the skin).** Instead, clip hair as close to the skin as possible. Clean the application site with clear



water **only. Pat skin completely dry.** Do not apply anything to the skin (lotions, oils, etc) before the patch is applied.



**PEEL:** Peel the liner from the back of the patch.



**PRESS:** Press the patch onto the skin **with the palm of your hand and hold there for a minimum of 30 seconds,** making sure it sticks well, particularly at the edges.



That's all there is to it. Use these instructions when you first apply the DURAGESIC patch and every time you replace it. For more detailed instructions on applying the patch, see the patient instructions enclosed in each box of DURAGESIC patches.

- Each DURAGESIC patch is sealed in its own protective pouch. Until you are ready to use DURAGESIC, do not remove it from the pouch. When you are ready to apply DURAGESIC, tear open the pouch along the dotted line, starting at the slit, and remove the DURAGESIC patch.

- When peeling the liner from the DURAGESIC patch, avoid touching the sticky side. Throw away the liner.

- Do not put the DURAGESIC patch on skin that is excessively oily, burned, broken out, cut, irritated, or damaged in any way.

- Other recommended places on the body to apply the patch include the upper arm and flank. If you have any questions about what places on your body you should or should not apply the patch, please ask your doctor.

- Wash your hands when you have finished applying DURAGESIC.

14

JAN-MS-02757839



**Q** *How often should I replace the patch?*

**A.** The DURAGESIC patch should be removed after 3 days or as directed by your doctor. Then a new patch should be applied to a *different* place on the skin, repeating steps 1 to 3. **Do not apply the new patch to the same place as the last one.**

**Q** *What should I do if the patch does not stick well or falls off?*

**A.** Be sure to follow the directions for applying the patch carefully to make sure it sticks well to your skin. Not all adhesive products stick to all patients. If the patch does not stick well or loosens after application, tape the edges down with first aid tape.

In the event that the patch falls off, discard it and put a new one on at a different skin site. (Read "How should I dispose of used patches?" on page 17 for detailed instructions.) Be sure to let your doctor know that this has happened, and don't replace the new patch until 3 days after you put it on (or as directed by your doctor).



15

Confidential

JAN-MS-02757840



Confidential

JAN-MS-02757841

 **How should I dispose of used patches?**

**A.** Before you put a new patch on, you should always remove and dispose of the used patch properly. To dispose of a used patch, remove it from your skin, fold it in half so that the sticky side sticks to itself, and flush it down the toilet. Make sure that the new and used patches are always out of the reach of children and pets.

Even used DURAGESIC patches contain enough fentanyl to be harmful to infants, children, pets, and adults who have not been prescribed DURAGESIC.

**Q** *Is it okay to shower with the patch on?*

**A.** Yes. You may shower, wash, or bathe with the patch on. Some people even swim while wearing it. You should, however, take care not to scrub the patch area too vigorously, as this may cause the patch to fall off.

If the patch does fall off, please refer to "What should I do if the patch does not stick well or falls off?" on page 15.

Before putting on a new DURAGESIC patch, make sure the new skin area you have selected is dry.



*Duragesic®*
*FENTANYL TRANSDERMAL SYSTEM*

17

Confidential

JAN-MS-02757842

## Q.

*Are there any special instructions for storing the patch?*

## A.

Each box contains 5 patches. Each DURAGESIC patch is sealed in its own protective pouch. Do not remove the patch from its pouch until you are ready to use it. When ready, tear open the pouch and remove the DURAGESIC patch. After you have applied the first one, store the rest in a place out of the reach of children and pets. Patches should be stored in a place where the temperature is lower than 77°F (25°C). When storing the patch, remember that some places can reach temperatures much higher than that, such as a room that receives a lot of sunlight, cupboards near the stove, or the inside of a car. Storing your patches properly will help ensure they are effective when the time comes to use them.

## Q.

*Can I cut the patch?*

## A.

No. The DURAGESIC patch is constructed so that it must be intact in order to provide pain relief. DURAGESIC will not work properly and may not be safe to use if it is cut or damaged. If the gel from inside the patch accidentally contacts your skin, the area should be washed with large amounts of water. Do not use soap, alcohol, or other solvents to remove the gel because they may increase the drug's ability to go through the skin.

18

**Q** *Can other people use my* DURAGESIC *patches?*

**A.** No. The patch must only be used by the person for whom it was prescribed.

**Q** *What should I do with leftover* DURAGESIC *patches?*

**A.** If your doctor decides that you no longer need the DURAGESIC that was prescribed for you, dispose of leftover patches by removing them from their protective pouches, removing the protective liners, folding them in half so that the sticky side sticks to itself, and flushing them down the toilet. Do not flush pouches or protective liners.



**Duragesic®**
*FENTANYL TRANSDERMAL SYSTEM*

19

Confidential

JAN-MS-02757844

# Q.

*What if I still feel pain every now and then?*

# A.

If you still feel occasional pain (what your doctor may refer to as breakthrough pain), you should take the breakthrough pain medication that your doctor has prescribed for you—it will help control your pain during these flare-ups. Because DURAGESIC provides consistent pain control, you may feel like doing activities that you haven't been able to enjoy lately. These activities can also cause breakthrough pain, but that doesn't always mean the patch is not working. It's a good idea to keep track of how often you take the pain pills for breakthrough pain. Write down how much medication you take each day, when you took it, how bad the pain was before you took it, and what you were doing when you felt the pain. Share this information with your doctor, so your doctor can decide if the patch strength you're using is right for you.

Confidential

JAN-MS-02757845

# Q

## *Can I stop wearing the patch if I feel better?*

# A.

No. If you feel better, it's probably because DURAGESIC is working to control your chronic pain. You shouldn't stop any therapy unless your doctor instructs you to do so. If you think that you may no longer need to wear the patch, you should consult with your doctor who will help you find the best course of action.

# Q

## *If I feel pain, what should I tell my doctor about it?*

# A.

When starting any new therapy, it's important to always keep track of your pain. Doing so will help your doctor determine the DURAGESIC patch strength that will best control your pain.

A good first step is describing the level of your pain.

Whenever you feel pain, write down the time you felt it, how severe the pain was (on a scale of 0–10, where 0=no pain, 10=worst possible pain), what you were doing when you felt the pain, and how much medication you took to control it. In addition, you can also use a Faces Pain Scale to describe the level of your pain. It's easy to use; an example is shown below. Whenever you feel pain, just select the face and number that best matches it.



| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**No pain**                                **Worst possible pain**

Be sure to share this information with your doctor.

21

JAN-MS-02757846



**Q.** *Will I become addicted to DURAGESIC?*

**A.** Addiction is relatively rare when patients take opioids appropriately. When talking about opioid therapy, it's not unusual for terms like *addiction* and *physical dependence* to become confused. *Addiction* is a disease, influenced by genetic, psychological, social, and environmental factors, that changes the normal way the nervous system works. Addictive behavior includes not being able to control the use of a drug, using a drug compulsively, continuing to use a drug even if it causes harm, and craving a drug.[3]

*Physical dependence* takes place when the body gets so used to having a drug in the system that it experiences symptoms of withdrawal if the person abruptly stops taking the drug or suddenly takes a lower dose.[3] (Symptoms of opioid withdrawal include nausea, vomiting, diarrhea, anxiety, and shivering.) *Physical dependence* is not the same as addiction. It is easily managed by gradually reducing the dose of the drug if the doctor decides it is appropriate to discontinue therapy.[4]

22

Confidential

JAN-MS-02757847



**Q.** *If I take DURAGESIC, will my body get used to it so that it will soon lose its effectiveness?*

**A.** With regular use of a medication, the body may develop what is called a *tolerance* to the medication. What this means is that the body has become used to the medication over time, so the same amount may have less of an effect than it used to.[3] Tolerance is seen with other medications. It doesn't mean that the drug has lost its effectiveness, it just means that the dose will have to be adjusted to achieve the right level of relief. If you ever experience occasional pain while taking DURAGESIC, be sure to tell your doctor. Your doctor may need to adjust the strength of your DURAGESIC dose.



*Duragesic®*

*FENTANYL TRANSDERMAL SYSTEM*

23

Confidential

JAN-MS-02757848

**Q.** *What are the important side effects and precautions associated with DURAGESIC?*

**A.** Before using DURAGESIC, you and your household members need to be aware of some important information about using this drug. You should discuss with your doctor the most important side effects of this drug prior to your using it. ALWAYS FEEL FREE TO CONTACT YOUR DOCTOR WITH ANY QUESTIONS OR CONCERNS YOU MAY HAVE ABOUT DURAGESIC AND ANY SUSPECTED SIDE EFFECTS.

HERE ARE SOME OF THE IMPORTANT THINGS YOU NEED TO KNOW ABOUT USING DURAGESIC:

1. One important side effect is slow, shallow, and/or difficulty in breathing, which can occur if the dose of DURAGESIC is too high. You and your household members should discuss with your doctor what signs and symptoms to look for and what to do if these develop. If you are uncertain what to do, call your doctor or get other emergency medical help.

2. Do not take other medications (prescription or over-the-counter) while wearing DURAGESIC unless specifically told to do so by your doctor. Be especially careful about drugs that can make you sleepy.

3. Do not drink alcohol while wearing the patch.

24

Confidential

JAN-MS-02757849

4. Do not drive a vehicle or operate dangerous machinery unless specifically told that you may do so by your doctor.

5. Direct sources of heat may increase the amount of medication you receive through the skin from the patch. Do not use electric blankets, heating pads, sun lamps, heated water beds, or other sources of direct heat on a patch. Avoid sunbathing, long hot baths, or other sources of heat.

6. If you develop a fever of 102°F or greater, contact your doctor. The increased temperature could cause you to receive more medication than you should from the patch.

7. Do not wear more than one patch at a time unless specifically told you may do so by your doctor.

8. Do not use this patch if you are nursing an infant unless specifically told you may do so by your doctor. The medication can get into human milk and can cause serious problems for the infant.

9. DURAGESIC should not be used by children younger than 12 years or by patients younger than 18 years who weigh less than 110 pounds unless your doctor has enrolled the patient in an authorized research program.

10. Be sure to dispose of used and unused patches so they cannot be touched by any other people or pets.

*Please see enclosed full Prescribing Information including Boxed Warning for more details.*



**Duragesic®**

*FENTANYL TRANSDERMAL SYSTEM*

25

Confidential

JAN-MS-02757850



*Where can I find more information about DURAGESIC?*

You can log on to **www.duragesic.com** on the Internet to find resources to help you learn more about DURAGESIC, talking with your doctor about pain, and other aspects of chronic pain management.

You can call the Janssen ONE TO ONE Customer Action Center at 1-800-JANSSEN, 9 AM to 5 PM, Eastern Time, Monday through Friday. A trained medical professional will answer your questions.

26

Confidential

JAN-MS-02757851



**References:**

**1.** Southam MA. Transdermal fentanyl therapy: system design, pharmacokinetics and efficacy. *Anticancer Drugs.* 1995;6(suppl 3):29-34.

**2.** Payne R, Mathias SD, Pasta DJ, Wanke LA, Williams R, Mahmoud R. Quality of life and cancer pain: satisfaction and side effects with transdermal fentanyl versus oral morphine. *J Clin Oncol.* 1998:16:1588-1593.

**3.** Savage S, Covington EC, Helt HA, Hunt J, Joranson D, Schnoll SH. Definitions related to the use of opioids for the treatment of pain: a consensus document from the American Academy of Pain Medicine, the American Pain Society, and the American Society of Addiction Medicine. *Am Pain Soc* [online]. Available at: http://www.ampainsoc.org/advocacy/opioids2.html.

**4.** Passik SD, Portenoy RK, Ricketts PL. Substance abuse issues in cancer patients: part 1: prevalence and diagnosis. *Oncology.* 1998:4:517-521.

***Duragesic*®**

*FENTANYL TRANSDERMAL SYSTEM*

# Life, uninterrupted.

Confidential

JAN-MS-02757852

# DURAGESIC®
## (FENTANYL TRANSDERMAL SYSTEM) CII

### Full Prescribing Information

=

---

**BECAUSE SERIOUS OR LIFE-THREATENING HYPOVENTILATION COULD OCCUR, DURAGESIC® (FENTANYL TRANSDERMAL SYSTEM) IS CONTRAINDICATED:**

- In the management of acute or post-operative pain, including use in out-patient surgeries
- In the management of mild or intermittent pain responsive to PRN or non-opioid therapy
- In doses exceeding 25 µg/h at the initiation of opioid therapy

(See CONTRAINDICATIONS for further information.)

**DURAGESIC® SHOULD NOT BE ADMINISTERED TO CHILDREN UNDER 12 YEARS OF AGE OR PATIENTS UNDER 18 YEARS OF AGE WHO WEIGH LESS THAN 50 KG (110 LBS) EXCEPT IN AN AUTHORIZED INVESTIGATIONAL RESEARCH SETTING. (See PRECAUTIONS - Pediatric Use.)**

*DURAGESIC® is indicated for treatment of chronic pain (such as that of malignancy) that:*

- Cannot be managed by lesser means such as acetaminophen-opioid combinations, non-steroidal analgesics, or PRN dosing with short-acting opioids and
- Requires continuous opioid administration.

**The 50, 75, and 100 µg/h dosages should ONLY be used in patients who are already on and are tolerant to opioid therapy.**

---

### DESCRIPTION

DURAGESIC® (fentanyl transdermal system) is a transdermal system providing continuous systemic delivery of fentanyl, a potent opioid analgesic, for 72 hours. The chemical name is N-Phenyl-N-(1-2-phenylethyl)-4-piperidyl) propanamide. The structural formula is:

$$CH_3 CH_2 CON \quad N-CH_2 CH_2$$

The molecular weight of fentanyl base is 336.5, and the empirical formula is $C_{22}H_{28}N_2O$. The n-octanol:water partition coefficient is 860:1. The pKa is 8.4.

### System Components and Structure

The amount of fentanyl released from each system per hour is proportional to the surface area (25 µg/h per 10 cm²). The composition per unit area of all system sizes is identical. Each system also contains 0.1 mL of alcohol USP per 10 cm².

| Dose* (µg/h) | Size (cm²) | Fentanyl Content (mg) |
|---|---|---|
| 25 | 10 | 2.5 |
| 50** | 20 | 5 |
| 75** | 30 | 7.5 |
| 100** | 40 | 10 |

*Nominal delivery rate per hour
**FOR USE ONLY IN OPIOID TOLERANT PATIENTS

DURAGESIC® is a rectangular transparent unit comprising a protective liner and four functional layers. Proceeding from the outer surface toward the surface adhering to skin, these layers are:

1) a backing layer of polyester film; 2) a drug reservoir of fentanyl and alcohol USP gelled with hydroxyethyl cellulose; 3) an ethylene-vinyl acetate copolymer membrane that controls the rate of fentanyl delivery to the skin surface; and 4) a fentanyl containing silicone adhesive. Before use, a protective liner covering the adhesive layer is removed and discarded.



(Not to Scale)

The active component of the system is fentanyl. The remaining components are pharmacologically inactive. Less than 0.2 mL of alcohol is also released from the system during use.

Do not cut or damage DURAGESIC®. If the DURAGESIC® system is cut or damaged, controlled drug delivery will not be possible.

### CLINICAL PHARMACOLOGY
#### Pharmacology

Fentanyl is an opioid analgesic. Fentanyl interacts predominantly with the opioid µ-receptor. These µ-binding sites are discretely distributed in the human brain, spinal cord, and other tissues.

In clinical settings, fentanyl exerts its principal pharmacologic effects on the central nervous system. Its primary actions of therapeutic value are analgesia and sedation. Fentanyl may increase the patient's tolerance for pain and decrease the perception of suffering, although the presence of the pain itself may still be recognized.

In addition to analgesia, alterations in mood, euphoria and dysphoria, and drowsiness commonly occur. Fentanyl depresses the respiratory centers, depresses the cough reflex, and constricts the pupils. Analgesic blood levels of fentanyl may cause nausea and vomiting directly by stimulating the chemoreceptor trigger zone, but nausea and vomiting are significantly more common in ambulatory than in recumbent patients, as is postural syncope.

Opioids increase the tone and decrease the propulsive contractions of the smooth muscle of the gastrointestinal tract. The resultant prolongation in gastrointestinal transit time may be responsible for the constipating effect of fentanyl. Because opioids may increase biliary tract pressure, some patients with biliary colic may experience worsening rather than relief of pain.

While opioids generally increase the tone of urinary tract smooth muscle, the net effect tends to be variable, in some cases producing urinary urgency, in others, difficulty in urination.

At therapeutic dosages, fentanyl usually does not exert major effects on the cardiovascular system. However, some patients may exhibit orthostatic hypotension and fainting.

Histamine assays and skin wheal testing in man indicate that clinically significant histamine release rarely occurs with fentanyl administration. Assays in man show no clinically significant histamine release in dosages up to 50 µg/kg.

#### Pharmacokinetics (see graph and tables)

DURAGESIC® (fentanyl transdermal system) releases fentanyl from the reservoir at a nearly constant amount per unit time. The concentration gradient existing between the saturated solution of drug in the reservoir and the lower concentration in the skin drives drug release. Fentanyl moves in the direction of the lower concentration at a rate determined by the copolymer release membrane and the diffusion of fentanyl through the skin layers. While the actual rate of fentanyl delivery to the skin varies over the 72 hour application period, each system is labeled with a nominal flux which represents the average amount of drug delivered to the systemic circulation per hour across average skin.

While there is variation in dose delivered among patients, the nominal flux of the systems (25, 50, 75, and 100 µg of fentanyl per hour) are sufficiently accurate as to allow individual titration of dosage for a given patient. The small amount of alcohol which has been incorporated into the system enhances the rate of drug flux through the rate-limiting copolymer membrane and increases the permeability of the skin to fentanyl.

Following DURAGESIC® application, the skin under the system absorbs fentanyl, and a depot of fentanyl concentrates in the upper skin layers. Fentanyl then becomes available to the systemic circulation. Serum fentanyl concentrations increase gradually following initial DURAGESIC® application, generally leveling off between 12 and 24 hours and remaining relatively constant, with some fluctuation, for the remainder of the 72 hour application period. Peak serum concentrations of fentanyl generally occurred between 24 and 72 hours after initial application (see Table A). Serum fentanyl concentrations achieved are proportional to the DURAGESIC® delivery rate. With continuous use, serum fentanyl concentrations continue to rise for the first few system applications. After several sequential 72-hour applications, patients reach and maintain a steady state serum concentration that is determined by individual variation in skin permeability and body clearance of fentanyl (see graph and Table B).

After system removal, serum fentanyl concentrations decline gradually, falling about 50% in approximately 17 (range 13-22) hours. Continued absorption of fentanyl from the skin accounts for a slower disappearance of the drug from the serum than is seen after an IV infusion, where the apparent half-life is approximately 7 (range 3-12) hours.

#### Serum Fentanyl Concentrations Following Multiple Applications of DURAGESIC® 100 µg/h (n=10)



#### TABLE A
#### FENTANYL PHARMACOKINETIC PARAMETERS FOLLOWING FIRST 72-HOUR APPLICATION OF DURAGESIC®

| Dose | Mean (SD) Time to Maximal Concentration $T_{max}$ (h) | Mean (SD) Maximal Concentration $C_{max}$ (ng/mL) |
|---|---|---|
| DURAGESIC® 25 µg/h | 38.1 (18.0) | 0.6 (0.3) |
| DURAGESIC® 50 µg/h | 34.8 (15.4) | 1.4 (0.5) |
| DURAGESIC® 75 µg/h | 33.5 (14.5) | 1.7 (0.7) |
| DURAGESIC® 100 µg/h | 36.8 (15.7) | 2.5 (1.2) |

NOTE: After system removal there is continued systemic absorption from residual fentanyl in the skin so that serum concentrations fall 50%, on average, in 17 hours.

#### TABLE B
#### RANGE OF PHARMACOKINETIC PARAMETERS OF INTRAVENOUS FENTANYL IN PATIENTS

| | Clearance (L/h) Range [70 kg] | Volume of Distribution $V_{ss}$ (L/kg) Range | Half-Life $t_{1/2}$ (h) Range |
|---|---|---|---|
| Surgical Patients | 27 - 75 | 3 - 8 | 3 - 12 |
| Hepatically Impaired Patients | 3 - 80* | 0.8 - 8* | 4 - 12* |
| Renally Impaired Patients | 30 - 78 | | |

* Estimated

NOTE: Information on volume of distribution and half-life not available for renally impaired patients.

Fentanyl plasma protein binding capacity decreases with increasing ionization of the drug. Alterations in pH may affect its distribution between plasma and the central nervous system. Fentanyl accumulates in the skeletal muscle and fat and is released slowly into the blood.

The average volume of distribution for fentanyl is 6 L/kg (range 3-8, N=8). The average clearance in patients undergoing various surgical procedures is 46 L/h (range 27-75, N=8). The kinetics of fentanyl in geriatric patients has not been well studied, but in geriatric patients the clearance of IV fentanyl may be reduced and the terminal half-life greatly prolonged (see PRECAUTIONS).

Fentanyl is metabolized primarily via human cytochrome P450 3A4 isoenzyme system. In humans the drug appears to be metabolized primarily by oxidative N-dealkylation to norfentanyl and other inactive metabolites that do not contribute materially to the observed activity of the drug. Within 72 hours of IV fentanyl administration, approximately 75% of the dose is excreted in urine, mostly as metabolites with less than 10% representing unchanged drug. Approximately 9% of the dose is recovered in the feces, primarily as metabolites. Mean values for unbound fractions of fentanyl in plasma are estimated to be between 13 and 21%.

Skin does not appear to metabolize fentanyl delivered transdermally. This was determined in a human keratinocyte cell assay and in clinical studies in which 92% of the dose delivered from the system was accounted for as unchanged fentanyl that appeared in the systemic circulation.

#### Pharmacodynamics
#### Analgesia

DURAGESIC® is a strong opioid analgesic. In controlled clinical trials in non-opioid-tolerant patients, 60 mg/day IM morphine was considered to provide analgesia approximately equivalent to DURAGESIC® 100 µg/h in an acute setting.

Minimum effective analgesic serum concentrations of fentanyl in opioid naive patients range from 0.2 to 1.2 ng/mL; side effects increase in frequency at serum levels above 2 ng/mL. Both the minimum effective concentration and the concentration at which toxicity occurs rise with increasing tolerance. The rate of development of tolerance varies widely among individuals.

#### Ventilatory Effects

At equivalent analgesic serum concentrations, fentanyl and morphine produce a similar degree of hypoventilation. A small number of patients have experienced clinically significant hypoventilation with DURAGESIC®. Hypoventilation was manifested by respiratory rates of less than 8 breaths/minute or a $pO_2$ greater then 55 mm Hg. In clinical trials of 357 postoperative (acute pain) patients treated with DURAGESIC®, 13 patients experienced hypoventilation. In these studies the incidence of hypoventilation was higher in nontolerant women (10) than in men (3) and in patients weighing less than 63 kg (9 of 13). Although patients with impaired respiration were not common in the trials, they had higher rates of hypoventilation. In addition, post-marketing reports have received of opioid-naive post-operative

JAN-MS-02757853

patients who have experienced clinically significant hypoventilation with DURAGESIC*, DURAGESIC* is contraindicated in the treatment of postoperative and acute pain.

While most patients using DURAGESIC* chronically develop tolerance to fentanyl induced hypoventilation, episodes of slowed respirations may occur at any time during therapy; medical intervention generally was not required in these instances.

Hypoventilation can occur throughout the therapeutic range of fentanyl serum concentrations. However, in non-opioid-tolerant patients the risk of hypoventilation increases at serum fentanyl concentrations greater than 2 ng/mL, especially for patients who have an underlying pulmonary condition or who receive usual doses of opioids or other CNS drugs associated with hypoventilation in addition to DURAGESIC*. The use of initial doses exceeding 25 µg/h is contraindicated in patients who are not tolerant to opioid therapy. The use of DURAGESIC* should be monitored by clinical evaluation. As with other drug level measurements, serum fentanyl concentrations may be useful clinically, although they do not reflect patient sensitivity to fentanyl and should not be used by physicians as a sole indicator of effectiveness or toxicity.

See BOX WARNING, CONTRAINDICATIONS, WARNINGS, PRECAUTIONS, ADVERSE REACTIONS and OVERDOSAGE for additional information on hypoventilation.

**Cardiovascular Effects**
Fentanyl may infrequently produce bradycardia. The incidence of bradycardia in clinical trials with DURAGESIC* was less than 1%.

**CNS Effects**
In opioid naive patients, central nervous system effects increase when serum fentanyl concentrations are greater than 3 ng/mL.

**CLINICAL TRIALS**
DURAGESIC* (fentanyl transdermal system) was studied in patients with acute and chronic pain (postoperative and cancer pain models); however, DURAGESIC* is contraindicated for postoperative analgesia.

The analgesic efficacy of DURAGESIC* was demonstrated in an acute pain model with surgical procedures expected to produce various intensities of pain (eg, hysterectomy, major orthopedic surgery). Clinical use and safety was evaluated in patients experiencing chronic pain due to malignancy. Based on the results of these trials, DURAGESIC* was determined to be effective in both populations, but safe only for use in patients with chronic pain. Because of the risk of hypoventilation (4% incidence) in postoperative patients with acute pain, DURAGESIC* is contraindicated for postoperative analgesia. (See BOX WARNING, CLINICAL PHARMACOLOGY-Ventilatory Effects, and CONTRAINDICATIONS.)

DURAGESIC* as therapy for pain due to cancer has been studied in 153 patients. In this patient population, DURAGESIC* has been administered in doses of 25 µg/h to 600 µg/h. Individual patients have used DURAGESIC* continuously for up to 866 days. At one month after initiation of DURAGESIC* therapy, patients generally reported lower pain intensity scores as compared to a prestudy analgesic regimen of oral morphine (see graph).

**Visual Analogue Score of Pain Intensity Ratings at Entry in the Study and After One Month of DURAGESIC* Use**



**INDICATIONS AND USAGE**
DURAGESIC* (fentanyl transdermal system) is indicated in the management of chronic pain in patients who require continuous opioid analgesia for pain that cannot be managed by lesser means such as acetaminophen-opioid combinations, non-steroidal analgesics, or PRN dosing with short-acting opioids.

DURAGESIC* should not be used in the management of acute or postoperative pain because serious or life-threatening hypoventilation could result. (See BOX WARNING and CONTRAINDICATIONS.)

In patients with chronic pain, it is possible to individually titrate the dose of the transdermal system to minimize the risk of adverse effects while providing analgesia. In properly selected patients, DURAGESIC* is a safe and effective alternative to other opioid regimens. (See DOSAGE and ADMINISTRATION.)

**CONTRAINDICATIONS**
**BECAUSE SERIOUS OR LIFE-THREATENING HYPOVENTILATION COULD OCCUR, DURAGESIC* (FENTANYL TRANSDERMAL SYSTEM) IS CONTRAINDICATED:**

- **In the management of acute or post-operative pain, including use in out-patient surgeries because there is no opportunity for proper dose titration (See CLINICAL PHARMACOLOGY and DOSAGE AND ADMINISTRATION),**

- **In the management of mild or intermittent pain that can otherwise be managed by lesser means such as acetaminophen-opioid combinations, non-steroidal analgesics, or PRN dosing with short-acting opioids, and**

- **In doses exceeding 25 µg/h at the initiation of opioid therapy because of the need to individualize dosing by titrating to the desired analgesic effect.**

DURAGESIC* is also contraindicated in patients with known hypersensitivity to fentanyl or adhesives.

**WARNINGS**
**DURAGESIC* (FENTANYL TRANSDERMAL SYSTEM) SHOULD NOT BE ADMINISTERED TO CHILDREN UNDER 12 YEARS OF AGE OR PATIENTS UNDER 18 YEARS OF AGE WHO WEIGH LESS THAN 50 KG (110 LBS) EXCEPT IN AN AUTHORIZED INVESTIGATIONAL RESEARCH SETTING. (See PRECAUTIONS-Pediatric Use.)**

PATIENTS WHO HAVE EXPERIENCED ADVERSE EVENTS SHOULD BE MONITORED FOR AT LEAST 12 HOURS AFTER DURAGESIC* REMOVAL SINCE SERUM FENTANYL CONCENTRATIONS DECLINE GRADUALLY AND REACH AN APPROXIMATE 50% REDUCTION IN SERUM CONCENTRATIONS 17 HOURS AFTER SYSTEM REMOVAL.

DURAGESIC* SHOULD BE PRESCRIBED ONLY BY PERSONS KNOWLEDGEABLE IN THE CONTINUOUS ADMINISTRATION OF POTENT OPIOIDS, IN THE MANAGEMENT OF PATIENTS RECEIVING POTENT OPIOIDS FOR TREATMENT OF PAIN, AND IN THE DETECTION AND MANAGEMENT OF HYPOVENTILATION INCLUDING THE USE OF OPIOID ANTAGONISTS.

THE CONCOMITANT USE OF OTHER CENTRAL NERVOUS SYSTEM DEPRESSANTS, INCLUDING OTHER OPIOIDS, SEDATIVES OR HYPNOTICS, GENERAL ANESTHETICS, PHENOTHIAZINES, TRANQUILIZERS, SKELETAL MUSCLE RELAXANTS, SEDATING ANTIHISTAMINES, AND ALCOHOLIC BEVERAGES MAY PRODUCE ADDITIVE DEPRESSANT EFFECTS. HYPOVENTILATION, HYPOTENSION AND PROFOUND SEDATION OR COMA MAY OCCUR. WHEN SUCH COMBINED THERAPY IS CONTEMPLATED, THE DOSE OF ONE OR BOTH AGENTS SHOULD BE REDUCED BY AT LEAST 50%.

ALL PATIENTS SHOULD BE ADVISED TO AVOID EXPOSING THE DURAGESIC* APPLICATION SITE TO DIRECT EXTERNAL HEAT SOURCES, SUCH AS HEATING PADS OR ELECTRIC BLANKETS, HEAT LAMPS, SAUNAS, HOT TUBS, AND HEATED WATER BEDS, ETC., WHILE WEARING THE SYSTEM. THERE IS A POTENTIAL FOR TEMPERATURE-DEPENDENT INCREASES IN FENTANYL RELEASE FROM THE SYSTEM. (See PRECAUTIONS - Patients with Fever/External Heat.)

**PRECAUTIONS**
**General**
DURAGESIC* (fentanyl transdermal system) doses greater than 25 µg/h are too high for initiation of therapy in non-opioid-tolerant patients and should not be used to begin DURAGESIC* therapy in these patients. (See BOX WARNING.)

DURAGESIC* may impair mental and/or physical ability required for the performance of potentially hazardous tasks (eg, driving, operating machinery). Patients who have been given DURAGESIC* should not drive or operate dangerous machinery unless they are tolerant to the side effects of the drug.

Patients should be instructed to keep both used and unused systems out of the reach of children. Used systems should be folded so that the adhesive side of the system adheres to itself and flushed down the toilet immediately upon removal. Patients should be advised to dispose of any systems remaining from a prescription as soon as they are no longer needed. Unused systems should be removed from their pouch and flushed down the toilet.

**Hypoventilation (Respiratory Depression)**

Hypoventilation may occur at any time during the use of DURAGESIC*.

Because significant amounts of fentanyl are absorbed from the skin for 17 hours or more after the system is removed, hypoventilation may persist beyond the removal of DURAGESIC*. Consequently, patients with hypoventilation should be carefully observed for degree of sedation and their respiratory rate monitored until respiration has stabilized.

The use of concomitant CNS active drugs requires special patient care and observation. (See WARNINGS.)

**Chronic Pulmonary Disease**

Because potent opioids can cause hypoventilation, DURAGESIC* (fentanyl transdermal system) should be administered with caution to patients with pre-existing medical conditions predisposing them to hypoventilation. In such patients, normal analgesic doses of opioids may further decrease respiratory drive to the point of respiratory failure.

**Head Injuries and Increased Intracranial Pressure**

DURAGESIC* should not be used in patients who may be particularly susceptible to the intracranial effects of $CO_2$ retention such as those with evidence of increased intracranial pressure, impaired consciousness, or coma. Opioids may obscure the clinical course of patients with head injury. DURAGESIC* should be used with caution in patients with brain tumors.

**Cardiac Disease**

Fentanyl may produce bradycardia. Fentanyl should be administered with caution to patients with bradyarrhythmias.

**Hepatic or Renal Disease**

At the present time insufficient information exists to make recommendations regarding the use of DURAGESIC* in patients with impaired renal or hepatic function. If the drug is used in these patients, it should be used with caution because of the hepatic metabolism and renal excretion of fentanyl.

**Patients with Fever/External Heat**

Based on a pharmacokinetic model, serum fentanyl concentrations could theoretically increase by approximately one third for patients with a body temperature of 40°C (104°F) due to temperature-dependent increases in fentanyl release from the system and increased skin permeability. Therefore, patients wearing DURAGESIC* systems who develop fever should be monitored for opioid side effects and the DURAGESIC* dose should be adjusted if necessary.

ALL PATIENTS SHOULD BE ADVISED TO AVOID EXPOSING THE DURAGESIC* APPLICATION SITE TO DIRECT EXTERNAL HEAT SOURCES, SUCH AS HEATING PADS OR ELECTRIC BLANKETS, HEAT LAMPS, SAUNAS, HOT TUBS, AND HEATED WATER BEDS, ETC., WHILE WEARING THE SYSTEM. THERE IS A POTENTIAL FOR TEMPERATURE-DEPENDENT INCREASES IN FENTANYL RELEASE FROM THE SYSTEM.

**Drug Interactions**

**Central Nervous System Depressants**

When patients are receiving DURAGESIC*, the dose of additional opioids or other CNS depressant drugs (including benzodiazepines) should be reduced by at least 50%. With the concomitant use of CNS depressants, hypotension may occur.

**Agents Affecting Cytochrome P450 3A4 Isoenzyme System**

CYP3A4 inhibitors: Since the metabolism of fentanyl is mediated by the CYP3A4 isozyme, coadministration of drugs that inhibit CYP3A4 activity may cause decreased clearance of fentanyl. The expected clinical results would be increased or prolonged opioid effects. Thus patients coadministered with inhibitors of CYP3A4 such as macrolide antibiotics (e.g., erythromycin), azole antifungal agents (e.g., ketoconazole), and protease inhibitors (e.g., ritonavir) while receiving DURAGESIC* should be carefully monitored and dosage adjustment made if warranted.

CYP3A4 inducers: Cytochrome P450 inducers, such as rifampin, carbamazepine, and phenytoin, induce metabolism and as such may cause increased clearance of fentanyl. Caution is advised when administering DURAGESIC* to patients receiving these medications and if necessary dose adjustments should be considered.

**Drug or Alcohol Dependence**

Use of DURAGESIC* in combination with alcoholic beverages and/or other CNS depressants can result in increased risk to the patient. DURAGESIC* should be used with caution in individuals who have a history of drug or alcohol abuse, especially if they are outside a medically controlled environment.

**Ambulatory Patients**

Strong opioid analgesics impair the mental or physical abilities required for the performance of potentially dangerous tasks such as driving a car or operating machinery. Patients who have been given DURAGESIC* should not drive or operate dangerous machinery unless they are tolerant to the effects of the drug.

**Carcinogenesis, Mutagenesis, and Impairment of Fertility**

Because long-term animal studies have not been conducted, the potential carcinogenic effects of DURAGESIC* are unknown. There was no evidence of mutagenicity in the Ames *Salmonella* typhimurium mutagenicity assay, the primary rat hepatocyte unscheduled DNA synthesis assay, the BALB/c-3T3 transformation test, the mouse lymphoma assay, the human lymphocyte and CHO chromosomal aberration in-vitro assays, or the in-vivo micronucleus test.

**Pregnancy – Pregnancy Category C**

Fentanyl has been shown to impair fertility and to have an embryocidal effect in rats when given in intravenous doses 0.3 times the human dose for a period of 12 days. No evidence of teratogenic effects has been observed after administration of fentanyl to rats. There are no adequate and well-controlled studies in pregnant women. DURAGESIC* should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery**

DURAGESIC* is not recommended for analgesia during labor and delivery.

**Nursing Mothers**

Fentanyl is excreted in human milk; therefore DURAGESIC* is not recommended for use in nursing women because of the possibility of effects in their infants.

**Pediatric Use**

The safety and efficacy of DURAGESIC* in pediatric patients has not been established. (See BOX WARNING and CONTRAINDICATIONS.)

DURAGESIC* SHOULD NOT BE ADMINISTERED TO CHILDREN UNDER 12 YEARS OF AGE OR PATIENTS UNDER 18 YEARS OF AGE WHO WEIGH LESS THAN 50 KG (110 LBS) EXCEPT IN AN AUTHORIZED INVESTIGATIONAL RESEARCH SETTING.

**Geriatric Use**

Information from a pilot study of the pharmacokinetics of IV fentanyl in geriatric patients indicates that the clearance of fentanyl may be greatly decreased in the population above the age of 60. The relevance of these findings to transdermal fentanyl is unknown at this time.

Since elderly, cachectic, or debilitated patients may have altered pharmacokinetics due to poor fat stores, muscle wasting, or altered clearance, they should not be started on DURAGESIC* doses higher than 25 µg/h unless they are already taking more than 135 mg of oral morphine a day or an equivalent dose of another opioid (see DOSAGE AND ADMINISTRATION).

**Information for Patients**

A patient instruction sheet is included in the package of DURAGESIC* systems dispensed to the patient.

**Disposal of DURAGESIC***

DURAGESIC* should be kept out of the reach of children. DURAGESIC* systems should be folded so that the adhesive side of the system adheres to itself, then the system should be flushed down the toilet immediately upon removal. Patients should dispose of any systems remaining from a prescription as soon as they are no longer needed. Unused systems should be removed from their pouches and flushed down the toilet.

If the gel from the drug reservoir accidentally contacts the skin, the area should be washed with clear water.

**ADVERSE REACTIONS**

In post-marketing experience, deaths from inappropriate use of DURAGESIC* (fentanyl transdermal system) have been reported. (See BOX WARNING and CONTRAINDICATIONS.)

**Pre-marketing Clinical Trial Experience:**

The safety of DURAGESIC* has been evaluated in 357 postoperative patients and 153 cancer patients for a total of 510 patients. Patients with acute pain used DURAGESIC* for 1 to 3 days. The duration of DURAGESIC* use varied in cancer patients; 56% of patients used DURAGESIC* for over 30 days, 28% continued treatment for more than 4 months, and 10% used DURAGESIC* for more than 1 year.

Hypoventilation was the most serious adverse reaction observed in 13 (4%) postoperative patients and in 3 (2%) of the cancer patients. Hypotension and hypertension were observed in 11 (3%) and 4 (1%) of the opioid-naive patients.

Various adverse events were reported; a causal relationship to DURAGESIC* was not always determined. The frequencies presented here reflect the actual frequency of each adverse effect in patients who received DURAGESIC*. There has been no attempt to correct for a placebo effect, concomitant use of other opioids, or to subtract the frequencies reported by placebo-treated patients in controlled trials.

The following adverse reactions were reported in 153 cancer patients at a frequency of 1% or greater; similar reactions were seen in the 357 postoperative patients studied.

**Body as a Whole:** abdominal pain†, headache*

**Cardiovascular:** arrhythmia, chest pain

**Digestive:** nausea**, vomiting**, constipation**, dry mouth**, anorexia*, diarrhea*, dyspepsia*, flatulence

**Nervous:** somnolence**, confusion**, asthenia**, dizziness*, nervousness*, hallucinations*, anxiety*, depression*, euphoria*, tremor, abnormal coordination, speech disorder, abnormal thinking, abnormal gait, abnormal dreams, agitation, paresthesia, amnesia, syncope, paranoid reaction

**Respiratory:** dyspnea*, hypoventilation*, apnea*, hemoptysis, pharyngitis, hiccups

**Skin and Appendages:** sweating**, pruritus*, rash, application site reaction - erythema, papules, itching, edema

**Urogenital:** urinary retention*

* Reactions occurring in 3% - 10% of DURAGESIC* patients

** Reactions occurring in 10% or more of DURAGESIC* patients

---

The following adverse effects have been reported in less than 1% of the 510 postoperative and cancer patients studied; the association between these events and DURAGESIC* administration is unknown. This information is listed to serve as alerting information for the physician.

**Cardiovascular:** bradycardia

**Digestive:** abdominal distention

**Nervous:** aphasia, hypertonia, vertigo, stupor, hypotonia, depersonalization, hostility

**Respiratory:** stertorous breathing, asthma, respiratory disorder

**Skin and Appendages, General:** exfoliative dermatitis, pustules

**Special Senses:** amblyopia

**Urogenital:** bladder pain, oliguria, urinary frequency

**Post-Marketing Experience:**

The following adverse reactions reported to have been observed in association with the use of DURAGESIC* and not reported in the pre-marketing adverse reactions section above include:

**Body as a Whole:** edema

**Cardiovascular:** tachycardia

**Metabolic and Nutritional:** weight loss

**Special Senses:** blurred vision

**DRUG ABUSE AND DEPENDENCE**

Fentanyl is a Schedule II controlled substance and can produce drug dependence similar to that produced by morphine. DURAGESIC* (fentanyl transdermal system) therefore has the potential for abuse. Tolerance, physical and psychological dependence may develop upon repeated administration of opioids. Iatrogenic addiction following opioid administration is relatively rare. Physicians should not let concerns of physical dependence deter them from using adequate amounts of opioids in the management of severe pain when such use is indicated.

**OVERDOSAGE**

**Clinical Presentation**

The manifestations of fentanyl overdosage are an extension of its pharmacologic actions with the most serious significant effect being hypoventilation.

**Treatment**

For the management of hypoventilation immediate countermeasures include removing the DURAGESIC* (fentanyl transdermal system) system and physically or verbally stimulating the patient. These actions can be followed by administration of a specific narcotic antagonist such as naloxone. The duration of hypoventilation following an overdose may be longer than the effects of the narcotic antagonist's action (the half-life of naloxone ranges from 30 to 81 minutes). The interval between IV antagonist doses should be carefully chosen because of the possibility of re-narcotization after system removal; repeated administration of naloxone may be necessary. Reversal of the narcotic effect may result in acute onset of pain and the release of catecholamines.

If the clinical situation warrants, ensure a patent airway is established and maintained, administer oxygen and assist or control respiration as indicated and use an oropharyngeal airway or endotracheal tube if necessary. Adequate body temperature and fluid intake should be maintained.

If severe or persistent hypotension occurs, the possibility of hypovolemia should be considered and managed with appropriate parenteral fluid therapy.

**DOSAGE AND ADMINISTRATION**

With all opioids, the safety of patients using the products is dependent on health care practitioners prescribing them in strict conformity with their approved labeling with respect to patient selection, dosing, and proper conditions for use.

As with all opioids, dosage should be individualized. The most important factor to be considered in determining the appropriate dose is the extent of pre-existing opioid tolerance. (See BOX WARNING and CONTRAINDICATIONS.) Initial doses should be reduced in elderly or debilitated patients (see PRECAUTIONS).

DURAGESIC* (fentanyl transdermal system) should be applied to non-irritated and non-irradiated skin on a flat surface such as chest, back, flank or upper arm. Hair at the application site should be clipped (not shaved) prior to system application. If the site of DURAGESIC* application must be cleansed prior to application of the system, do so with clear water. Do not use soaps, oils, lotions, alcohol, or any other agents that might irritate the skin or alter its characteristics. Allow the skin to dry completely prior to system application.

DURAGESIC* should be applied immediately upon removal from the sealed package. Do not alter the system (eg, cut) in any way prior to application.

The transdermal system should be pressed firmly in place with the palm of the hand for 30 seconds, making sure the contact is complete, especially around the edges.

Each DURAGESIC* may be worn continuously for 72 hours. If analgesia for more than 72 hours is required, a new system should be applied to a different skin site after removal of the previous transdermal system.

DURAGESIC* should be kept out of the reach of children. Used systems should be folded so that the adhesive side of the system adheres to itself, then the system should be flushed down the toilet immediately upon removal. Patients should dispose of any systems remaining from a prescription as soon as they are no longer needed. Unused systems should be removed from their pouches and flushed down the toilet.

**Dose Selection**

DOSES MUST BE INDIVIDUALIZED BASED UPON THE STATUS OF EACH PATIENT AND SHOULD BE ASSESSED AT REGULAR INTERVALS AFTER DURAGESIC* APPLICATION. REDUCED DOSES OF DURAGESIC* ARE SUGGESTED FOR THE ELDERLY AND OTHER GROUPS DISCUSSED IN PRECAUTIONS. DURAGESIC* DOSES GREATER THAN 25 µG/H SHOULD NOT BE USED FOR INITIATION OF DURAGESIC* THERAPY IN NON-OPIOID-TOLERANT PATIENTS.

In selecting an initial DURAGESIC* dose, attention should be given to 1) the daily dose, potency, and characteristics of the opioid the patient has been taking previously (eg, whether it is a pure agonist or mixed agonist-antagonist), 2) the reliability of the relative potency estimates used to calculate the DURAGESIC* dose needed (potency estimates may vary with the route of administration), 3) the degree of opioid tolerance, if any, and 4) the general condition and medical status of the patient. Each patient should be maintained at the lowest dose providing acceptable pain control.

**Initial DURAGESIC* Dose Selection**

There has been no systematic evaluation of DURAGESIC* as an initial opioid analgesic in the management of chronic pain, since most patients in the clinical trials were converted to DURAGESIC* from other narcotics. Therefore, unless the patient has pre-existing opioid tolerance, the lowest DURAGESIC* dose, 25 µg/h, should be used as the initial dose. To convert patients from oral or parenteral opioids to DURAGESIC* use the following methodology:

1. Calculate the previous 24-hour analgesic requirement.

2. Convert this amount to the equianalgesic oral morphine dose using Table C.

3. Table D displays the range of 24-hour oral morphine doses that are recommended for conversion to each DURAGESIC* dose. Use this table to find the calculated 24-hour morphine dose and the corresponding DURAGESIC* dose. Initiate DURAGESIC* treatment using the recommended dose and titrate patients upwards (no more frequently than every 3 days after the initial dose or than every 6 days thereafter) until analgesic efficacy is attained. The recommended starting dose when converting from other opioids to DURAGESIC* is likely too low for 50% of patients. This starting dose is recommended to minimize the potential for overdosing patients with the first dose. For delivery rates in excess of 100 µg/h, multiple systems may be used.

**Table C[a]**
**EQUIANALGESIC POTENCY CONVERSION**

| Name | Equianalgesic Dose (mg) | |
|---|---|---|
| | IM[a,b] | PO |
| morphine | 10 | 60 (30)[d] |
| hydromorphone (Dilaudid*) | 1.5 | 7.5 |
| methadone (Dolophine*) | 10 | 20 |
| oxycodone | 15 | 30 |
| levorphanol (Levo-Dromoran*) | 2 | 4 |
| oxymorphone (Numorphan*) | 1 | 10 (PR) |
| heroin | 5 | 60 |
| meperidine (Demerol*) | 75 | — |
| codeine | 130 | 200 |

[a] All IM and PO doses in this chart are considered equivalent to 10 mg of IM morphine in analgesic effect. IM denotes intramuscular, PO oral, and PR rectal.

[b] Based on single-dose studies in which an intramuscular dose of each drug listed was compared with morphine to establish the relative potency. Oral doses are those recommended when changing from parenteral to an oral route.

Reference: Foley, K.M. (1985) The treatment of cancer pain. NEJM 313(2):84-95.

* Although controlled studies are not available, in clinical practice it is customary to consider the doses of opioid given IM, IV or subcutaneously to be equivalent. There may be some differences in pharmacokinetic parameters such as $C_{max}$ and $T_{max}$.

⁴ The conversion ratio of 10 mg parenteral morphine = 30 mg oral morphine is based on clinical experience in patients with chronic pain. The conversion ratio of 10 mg parenteral morphine = 60 mg oral morphine is based on a potency study in acute pain. Reference: Ashburn and Lipman (1993) Management of pain in the cancer patient. Anesth Analg 76:402-416.

### TABLE D[1]
### RECOMMENDED INITIAL DURAGESIC* DOSE BASED UPON DAILY ORAL MORPHINE DOSE

| Oral 24-hour Morphine (mg/day) | DURAGESIC* Dose (μg/h) |
|---|---|
| 45-134 | 25 |
| 135-224 | 50 |
| 225-314 | 75 |
| 315-404 | 100 |
| 405-494 | 125 |
| 495-584 | 150 |
| 585-674 | 175 |
| 675-764 | 200 |
| 765-854 | 225 |
| 855-944 | 250 |
| 945-1034 | 275 |
| 1035-1124 | 300 |

NOTE: In clinical trials these ranges of daily oral morphine doses were used as a basis for conversion to DURAGESIC*.

[1] THIS TABLE SHOULD NOT BE USED TO CONVERT FROM DURAGESIC* TO OTHER THERAPIES, BECAUSE THIS CONVERSION TO DURAGESIC* IS CONSERVATIVE. USE OF TABLE D FOR CONVERSION TO OTHER ANALGESIC THERAPIES CAN OVERESTIMATE THE DOSE OF THE NEW AGENT. OVERDOSAGE OF THE NEW ANALGESIC AGENT IS POSSIBLE (See DOSAGE AND ADMINISTRATION - Discontinuation of DURAGESIC*.)

The majority of patients are adequately maintained with DURAGESIC* administered every 72 hours. A small number of patients may not achieve adequate analgesia using this dosing interval and may require systems to be applied every 48 hours rather than every 72 hours. An increase in the DURAGESIC* dose should be evaluated before changing dosing intervals in order to maintain patients on a 72-hour regimen.

Because of the increase in serum fentanyl concentration over the first 24 hours following initial system application, the initial evaluation of the maximum analgesic effect of DURAGESIC* cannot be made before 24 hours of wearing. The initial DURAGESIC* dosage may be increased after 3 days (see Dose Titration).

During the initial application of DURAGESIC*, patients should use short-acting analgesics as needed until analgesic efficacy with DURAGESIC* is attained. Thereafter, some patients still may require periodic supplemental doses of other short-acting analgesics for 'breakthrough' pain.

### Dose Titration

The recommended initial DURAGESIC* dose based upon the daily oral morphine dose is conservative, and 50% of patients are likely to require a dose increase after initial application of DURAGESIC*. The initial DURAGESIC* dosage may be increased after 3 days based on the daily dose of supplemental analgesics required by the patient in the second or third day of the initial application.

Physicians are advised that it may take up to 6 days after increasing the dose of DURAGESIC* for the patient to reach equilibrium on the new dose (see graph in CLINICAL PHARMACOLOGY). Therefore, patients should wear a higher dose through two applications before any further increase in dosage is made on the basis of the average daily use of a supplemental analgesic.

Appropriate dosage increments should be based on the daily dose of supplementary opioids, using the ratio of 90 mg/24 hours of oral morphine to a 25 μg/h increase in DURAGESIC* dose.

### Discontinuation of DURAGESIC*

To convert patients to another opioid, remove DURAGESIC* and titrate the dose of the new analgesic based upon the patient's report of pain until adequate analgesia has been attained. Upon system removal, 17 hours or more are required for a 50% decrease in serum fentanyl concentrations. Opioid withdrawal symptoms (such as nausea, vomiting, diarrhea, anxiety, and shivering) are possible in some patients after conversion or dose adjustment. For patients requiring discontinuation of opioids, a gradual downward titration is recommended since it is not known what dose level the opioid may be discontinued without producing the signs and symptoms of abrupt withdrawal.

TABLE D SHOULD NOT BE USED TO CONVERT FROM DURAGESIC* TO OTHER THERAPIES, BECAUSE THE CONVERSION TO DURAGESIC* IS CONSERVATIVE. USE OF TABLE D FOR CONVERSION TO OTHER ANALGESIC THERAPIES CAN OVERESTIMATE THE DOSE OF THE NEW AGENT. OVERDOSAGE OF THE NEW ANALGESIC AGENT IS POSSIBLE.

### HOW SUPPLIED

DURAGESIC* (fentanyl transdermal system) is supplied in cartons containing 5 individually packaged systems. See chart for information regarding individual systems.

| DURAGESIC* Dose (μg/h) | System Size (cm²) | Fentanyl Content (mg) | NDC Number |
|---|---|---|---|
| DURAGESIC*-25 | 10 | 2.5 | 50458-033-05 |
| DURAGESIC*-50* | 20 | 5 | 50458-034-05 |
| DURAGESIC*-75* | 30 | 7.5 | 50458-035-05 |
| DURAGESIC*-100* | 40 | 10 | 50458-036-05 |

*FOR USE ONLY IN OPIOID TOLERANT PATIENTS.

### Safety and Handling

DURAGESIC* is supplied in sealed transdermal systems which pose little risk of exposure to health care workers. If the gel from the drug reservoir accidentally contacts the skin, the area should be washed with copious amounts of water. Do not use soap, alcohol, or other solvents to remove the gel because they may enhance the drug's ability to penetrate the skin. Do not alter or damage DURAGESIC* system. If the DURAGESIC* system is cut or damaged, controlled drug delivery will not be possible.

KEEP DURAGESIC* OUT OF THE REACH OF CHILDREN

Do not store above 77°F (25°C). Apply immediately after removal from individually sealed package. Do not use if the seal is broken. For transdermal use only.

Rx only

DEA order form required. A schedule CII narcotic.

Manufactured by:
ALZA Corporation.
Mountain View, CA 94043

Distributed by:
Janssen Pharmaceutica Products, L.P.
Titusville, NJ 08560

7500315
Revised January 2000, February 2001
© Janssen 2001



JANSSEN
PHARMACEUTICA
PRODUCTS, L.P.

JAN-MS-02757856

## Indication

DURAGESIC® (fentanyl transdermal system) CII is indicated for patients in chronic pain who require continuous opioid analgesia and whose pain cannot be managed by lesser means such as acetaminophen-opioid combinations, nonsteroidal analgesics, or p.r.n. dosing with short-acting opioids.

---

**BECAUSE SERIOUS OR LIFE-THREATENING HYPOVENTILATION COULD OCCUR, DURAGESIC IS CONTRAINDICATED:**

- In the management of acute or postoperative pain, including use in outpatient surgeries
- In the management of mild or intermittent pain responsive to p.r.n. or non-opioid therapy
- In dosages exceeding 25 mcg/hr at the initiation of opioid therapy

(See CONTRAINDICATIONS section of full Prescribing Information for further information.)

---

DURAGESIC SHOULD NOT BE ADMINISTERED TO CHILDREN UNDER 12 YEARS OF AGE OR PATIENTS UNDER 18 YEARS OF AGE WHO WEIGH LESS THAN 50 KG (110 LBS) EXCEPT IN AN AUTHORIZED INVESTIGATIONAL RESEARCH SETTING. (SEE PRECAUTIONS—PEDIATRIC USE SECTION OF FULL PRESCRIBING INFORMATION FOR FURTHER INFORMATION.)

**DURAGESIC is indicated for treatment of chronic pain (such as that of malignancy) that:**

- Cannot be managed by lesser means such as acetaminophen-opioid combinations, nonsteroidal analgesics, or p.r.n. dosing with short-acting opioids and
- Requires continuous opioid administration

The 50, 75, and 100 mcg/hr dosages should ONLY be used in patients already on and tolerant to opioid therapy

---

NOTE: Since elderly, cachectic, or debilitated patients may have altered pharmacokinetics due to poor fat stores, muscle wasting, or altered clearance, they should not be started on DURAGESIC doses higher than 25 mcg/hr unless they are taking more than 135 mg/day of oral morphine or equivalent dose of another opioid.

Please see full Prescribing Information, including Boxed Warning.


www.duragesic.com



JANSSEN
ONE TO ONE
Customer Action Center℠
1-800-JANSSEN
9am to 5pm ET, Mon to Fri.
http://us.janssen.com

JANSSEN
PHARMACEUTICA
PRODUCTS, L.P.

© Janssen 2001          01-DR-655          Printed in U.S.A.          November 2001

JAN-MS-02757857