# PSJ2 Exh 150

| | |
|---|---|
| **From:** | Rehkop, Brenda D |
| **To:** | Rausch, Jim H |
| **Sent:** | 5/5/2011 1:43:12 PM |
| **Subject:** | PS holds |

Jim,

Can we have the PS hold removed from our order flow?? This is the hold the system puts on "suspicious" orders.

We do not do anything with these orders except have to remember to release them.

Thank you,

Brenda Rehkop

Customer Service Representative

Covidien / Mallinckrodt Dosage Pharmaceuticals

675 McDonnell Blvd.

Hazelwood, Mo 63042

USA

800-325-8888 - phone

800-323-5039 - fax

DPharma@Covidien.com

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
MAL-MI 000041925
MNK-T1_0000300799