# PSJ2 Exh 152

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.



# Lifestyle Drugs & Internet Pharmacies

McKESSON
Empowering Healthcare

BEYOND BOUNDARIES
NATIONAL OPERATIONS CONFERENCE 2007

Donald Walker
Senior Vice President
Distribution Operations



EXHIBIT
12

MCK_WVA_000010
MCKMDL00403340
Confidential – Subject to Protective Order
MCK-WVAG-003-0001332

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

**MCKESSON**
*Empowering Healthcare*

# Discussion Topics

- Public Health Issue
- DEA Focus
- McKesson Involvement
- Current Status
- Lifestyle Drug Monitoring Program



BEYOND BOUNDARIES · 2 · NATIONAL OPERATIONS CONFERENCE 2007

MCK_WVA_000011

MCKMDL00403341

Confidential - Subject to Protective Order

MCK-WVAG-003-0001333

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

MCK_WVA_000012

MCKMDL00403342

# Public Health Issues

**MCKESSON**
*Empowering Healthcare*

- Abuse of prescription drugs has risen 66% since 2000
- Hot capital hill topic
- Opioid painkillers kill more than cocaine and heroin combined
- Rogue Internet pharmacies distributing
  - Oxycodone C-II opioid analgesic painkiller
  - Hydrocodone C-II and C-III opioid painkiller
  - Phentermine C-IV appetite suppressant
  - Alprazolam C-IV antidepressant



NATIONAL OPERATIONS CONFERENCE 2007

Confidential - Subject to Protective Order

MCK-WVAG-003-0001334

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

# MCKESSON
*Empowering Healthcare*

## DEA Focus

- Internet Pharmacies
  - Investigative work hours have doubled
  - Cutting supply critical to success
  - 218 investigations in 2006
- Wholesalers
  - DEA expects
    * We "know our customers"
    * Wholesalers accountable for controlling quantities shipped
    * 5000 dose units is "average"



NATIONAL OPERATIONS CONFERENCE 2007

4

MCK_WVA_000013

MCKMDL0403343

Confidential - Subject to Protective Order

MCK-WVAG-003-0001335

# McKesson Involvement

- Sept 05 – DEA meeting in Wash DC
  - Outlined Internet issue
- Nov 05 – DEA notified McKesson
  - 6 pharmacies in Florida excessive Hydrocodone
- Jan 06 – Meeting with DEA in Wash DC
  - Clear message from DEA
- Oct 06 – Order to Show Cause
  - Response: Create MOU

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

MCK_WVA_000014

MCKMDL00403344

Confidential - Subject to Protective Order

MCK-WVAG-003-0001336

NATIONAL OPERATIONS CONFERENCE 2007

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

**MCKESSON**
*Empowering Healthcare*

# Current Status

- Apr 07 – Meeting with DEA attorneys
  - Identified new customers and DC's
- What we have done
  - Created new report and process
  - Lifestyle Drug Monitoring Program
  - Drafted response to DEA
  - Added analyst to Regulatory group



BEYOND BOUNDARIES     6     NATIONAL OPERATIONS CONFERENCE 2007

MCK_WVA_000015

MCKMDL00403345

Confidential - Subject to Protective Order

MCK-WVAG-003-0001337

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

# Lifestyle Drug Monitoring Program (LDMP)



## STARTS MAY 1st

- Focus on four drugs
- Measure by "dose units" rather than sell units
- Establish threshold for excessive quantities – 8000 dose units
- Thorough due diligence of customers exceeding threshold
- Reducing orders to customers
- Documentation and reporting to DEA



NATIONAL OPERATIONS CONFERENCE 2007

MCK_WVA_000016

MCKMDL00403346

Confidential - Subject to Protective Order

MCK-WVAG-003-0001338

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA, Subject to FRE 408.

MCK_WVA_000017

MCKMDL00403347

# Lifestyle Drug Monitoring Program (LDMP)

**MCKESSON** — *Empowering Healthcare*

- Level 1
  - Daily Dosage Summary report
  - DU45
  - Contact customer
- Review
  - Approve Y/N
  - Document

- Level 2
  - Physically visit customer
  - Interview customer - questionnaire
  - Document
- Review
  - Approve Y/N

- Level 3
  - Review with regulatory dept
  - Contact local DEA
  - Review with Sr Mgt and Legal
  - Contact DEA headquarters
- Final Review

BEYOND BOUNDARIES — 8 — NATIONAL OPERATIONS CONFERENCE 2007

Confidential - Subject to Protective Order

MCK-WVAG-003-0001339

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Confidential / Exempt from FOIA. Subject to FRE 408.

**MCKESSON**
*Empowering Healthcare*

# Daily Dosage Summary Report

- Captures data on the 4 Lifestyle drugs
  - Oxycodone, Hydrocodone, Phentermine, Alprazolam
- Generic base code
- 8000 dose unit threshold
- Report will be emailed daily to DCM and designees

BEYOND BOUNDARIES            9            NATIONAL OPERATIONS CONFERENCE 2007

MCK_WVA_000018

MCKMDL00403348

Confidential - Subject to Protective Order

MCK-WVAG-003-0001340