# PSJ2 Exh 166



# Opana® ER Savings Card Program Promotional Response & ROI Analysis

September 2010 through March 2012 (Inclusive of Pre-Period)

June 26, 2012



©2012 Cegedim. All rights reserved.  Contains proprietary and confidential information.  Do not distribute



0

# Key Findings



- Analyzing the overall program 13 months post launch (March 2011 through March 2012), the savings card program ROI is 28.9 to 1.

- During three months since December 2011 analysis period, 5,465 new patients and 1,067 new prescribers were acquired through Savings card program.

- 61.7% of Opana ER NRx volume came from Pain prescribers and had the highest average gain of 45.9 NRx per prescriber over their control counterparts.  This is an increase of 9.6 NRx from the December 2011 report period.

- Patient and HCP Print-on-Demand tactics demonstrated the highest average NRx volume gain of 4.7 NRx per participating prescriber per month over the control group compared to other tactics.

- Patient Print-on-Demand card users have the highest average card use of 3.26 times, with 61% of patients using their cards two or more times.



©2012 Cegedim  All rights reserved.  Contains proprietary and confidential information.  Do not distribute  1



**Confidential**                                                                                   **END00563923**

# Executive Summary



**Program Impact:**

| | Incremental Change* | |
|---|---|---|
| Number of Prescribers Measured | NRx Share | NRx Volume** |
| 1,691 | 6.9% | 3,223/month |

\* Incremental is pre versus post period and participating prescribers versus control group
\* Pre-program period is September 2010 through February 2011
\*\* Including total participating prescribers per month across all tactics

- All tactics combined, the Opana ER Savings Card Program participants demonstrated statistically significant incremental gains in NRx share and volume versus the control group.
  - NRx share incremental change of **6.9** share points, an increase of 1 share points from the December 2011 report period.
  - Incremental NRx volume of **3,223** additional NRxs per month, an increase of **445** additional NRxs from the December 2011 report period.
  - **Pain specialty** participating prescribers accounted for 61.7% of Opana ER NRx volume in the promotional period and **had the highest average NRx gain of 45.9 NRx per prescriber** over their control counterparts.
  - **Print-on-Demand** participating prescribers (n=649) had the largest NRx share gain of **9.6 share points** over their control counterparts.
  - In March 2012, HCP and Patient Print-on-Demand participating prescribers demonstrated the highest Opana ER NRx volume gain per participant prescriber per month over their control counterparts of 4.7 **additional incremental NRx.**
- In March 2012, Savings card program NRx claims comprised 7.9% of Opana ER NRxs nationwide, an increase of 1% from the December 2011 report period.



©2012 Capadim  All rights reserved   Contains proprietary and confidential information   Do not distribute 2

END00563924

# Executive Summary



### ROI:

- Analyzing the 13 months for the Savings card program (March 2011 through March 2012) has realized an **ROI of 28.9 to 1**. Meaning, that for every dollar spent on this program, $28.9 in brand revenue was earned*.



| | |
|---|---|
| Total program revenue | $65,670,533 |
| Program costs (all including patient benefit and pharmacy fees) | $ 2,270,586 |
| ROI (Revenue / Costs)[1] | **28.9:1** |

[1] The actual ROI value was rounded to 1 decimal point.

*Based on the Savings card program cost and blended Opana ER WAC price.



©2012 Capgim  All rights reserved   Contains proprietary and confidential information.  Do not distribute  **3**



Confidential

END00563925

# Executive Summary



**Program Response- Patients:**

- Through March 2012, patients using a Pharmacy Direct card, Patient Starter Kit Copay Savings card, Healthcare professional (HCP) or Patient Print-on-Demand card totaled **25,647\*** patients with 25,376 unique patients. This is an increase of **5,465** new patients from the December 2011.
  - **20,230** or **78.9%** of patients were using the Patient Starter Kit Copay Savings card.
  - **4,157** or **16.2%** of patients were using the HCP or Patient Print-on-Demand card.
  - **1,260** or **4.9%** of patients were using the Pharmacy Direct card. The number of patients using the Pharmacy Direct card increased by **41.7%** compare to December 2011 analysis period.
- Of the patients who began using their cards in April 2011, **64%** had used their card more than once among all tactics combined. Participating patients who used the **Patient Print-on-Demand card** had the highest usage with **61%** using their card two or more times and had the average card usage rate of **3.26** times.

**Program Response- Prescribers:**

- As of the end of March 2012, unique participating prescribers totaled **6,800 with 83.3% being targets** and 15.5% non-targets.
  - **5,283** or **59.3%** of cumulative prescribers had patients using the Patient Starter Kit Copay Savings card.
  - **2,916** or **32.4%** of prescribers had patients using either a Patient or HCP Print-on-Demand card with **the majority (76%) using the Patient Print-on-Demand card.**
  - **739** or **8.3%** of cumulative prescribers had patients using the Pharmacy Direct card.
- Participating prescribers represented **16.3%** of national Opana ER prescribers (based on IMS Xponent) and 16.7% of Opana ER's target universe.

\*Patients can use multiple cards therefore count of patients in individual card groups may exceed unique totals.
©2012 Capadm  All rights reserved  Contains proprietary and confidential information  Do not distribute  4
Source: OPUS Health matched to IMS Xponent



**Confidential**                                                                                                 **END00563926**



END00563927



END00563928



END00563929



Prescribers with patients who participated in Print-on-Demand tactics demonstrated a **4.68** NRx incremental gain over their control counterparts and have the highest average monthly Opana ER NRx volume gain of **3.23** per participating prescriber over the control group.

OPUS HEALTH
A Division of Cegedim Relationship Management

Matched Participants = 1,691
Control = 1,691

**Prescriber Avg Opana ER NRx Volume Difference between Participant and Control**
(March 2011 – March 2012)

| | Mar 11 | Apr 11 | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | Jan 12 | Feb 12 | Mar 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pharmacy Direct | -0.84 | -0.06 | 0.06 | 0.47 | 0.82 | 3.29 | 2.40 | 3.00 | 4.98 | 4.48 | 5.04 | 3.90 | 1.99 |
| Patient Starter Kit | 1.27 | 1.02 | 1.74 | 1.76 | 1.93 | 2.93 | 3.18 | 2.91 | 2.95 | 3.38 | 3.58 | 3.18 | 3.51 |
| Print-on-Demand | 1.32 | 1.34 | 1.07 | 2.35 | 1.99 | 2.93 | 3.73 | 4.11 | 3.83 | 5.58 | 4.84 | 4.24 | 4.68 |

| Tactic | Avg Monthly Participant NRx Gain (March 2011 - March 2012) |
|---|---|
| *Print-on-Demand | 3.23 |
| Patient Starter Kit | 2.56 |
| Pharmacy Direct | 2.27 |

* Print-on-Demand combines Patient and HCP Print-on-Demand tactics
* **There is potential double counting, since a prescriber can be in more than one group.

endo Pharmaceuticals
©2012 Cegedim.  All rights reserved.  Contains proprietary and confidential information.  Do not distribute
Source: IMS Xponent

Note: NRx gain calculated from matched pair differences of participant versus control within tactic and in the given month.

8

opana ER
(oxymorphone HCI) s
EXTENDED RELEASE TABLETS
5 mg / 10 mg / 20 mg / 40 mg

END00563930

Pain specialists accounted for **61.7%** of Opana ER NRx volume in the promotional period and had an incremental NRx gain of **45.9** NRx per prescriber versus control.

OPUSHEALTH
A Division of Cegedim Relationship Management

Matched Participants = 1,691
Control = 1,691



**Participant Opana ER NRx Volume and Avg. NRx by Prescriber by Specialty**

| Specialty | Number of Prescribers | Avg NRx per Participant Prescriber (Mar 2011-Mar 2012) | Avg NRx per Control Prescriber (Mar 2011-Mar 2012) | Avg NRx Gain |
|---|---|---|---|---|
| NP/PA | 127 | 52.2 | 13.8 | 38.4 |
| Neurology | 15 | 44.1 | 8.6 | 35.5 |
| Other | 782 | 26.9 | 13.1 | 13.9 |
| PCP | 272 | 24.9 | 13.1 | 11.7 |
| Pain | 495 | 114.3 | 68.4 | 45.9 |

Total participating prescriber NRx volume: 91,691 NRx

endo
Pharmaceuticals

©2012 Cegedim  All rights reserved  Contains proprietary and confidential information  Do not distribute  9

opana ER
(oxymorphone HCl)®
EXTENDED RELEASE TABLETS
5 mg / 7.5 mg / 10 mg · 20 mg · 40 mg

Source: IMS Xponent

END00563931



In March 2012, Savings Card Program claims comprised **8.0%** of Opana ER NRxs nationwide, **1%** increase since the December 2011 analysis time period. Participant prescribers represent **16.3%** of national Opana ER prescribers. **0.6 %** increase since the December analysis time period.

Participant Prescribers = 6,803
All Prescribers = 41,730

**Breakdown of OPUS vs. National NRx Claims - Opana ER**
(March 2011 - March 2012)

Note: OPUS claims and participant prescribers counts represent data in OPUS health database. National claims represent Opana claims and all prescribers represent prescribers who prescribe Opana in IMS Xponent data.

©2012 Capatim  All rights reserved.  Contains proprietary and confidential information.  Do not distribute  10

Source: OPUS Health and IMS Xponent

 END00563932



NRx Share and Volume

**ROI**

Program Summary

Appendix

©2012 Cegedim. All rights reserved.  Contains proprietary and confidential information.  Do not distribute

11

END00563933

## ROI Calculation Based on Paired Differences

**OPUS**HEALTH
A Division of Cegedim Relationship Management

*Based on paired differences*
*(Test prescribers versus control prescribers for each matched pair)*

| | | |
|---|---|---|
| 1 Monthly Rx difference (Test prescriber NRx-Control prescriber NRx) [1] | | 3.16 |
| 2 Prescribers per month (weighted average with all prescribers) | | 2,819 |
| 3 Program months | | 13 |
| 4 Incremental NRx (line 1 x line 2 x line 3) [2] | | 115,643 |
| 5 Net NRx value (Blended price of actuals [3]) | $ | 567.87 |
| 6 Total program revenue (line 4 x line 5) [4] | $ | 65,670,533 |
| 7 Program costs (all including patient benefit and pharmacy fees) | $ | 2,270,596 |
| 8 ROI  (Revenue / Costs) [5] | | 28.9:1 |

[1] The number of Test/Control pairs per month are based on the month Test prescriber has patient's script redeemed with the Savings card.

[2] The number in line 4 is different from the result of calculations (line 1 x line 2 x line 3) due to the rounding of the numbers in line 1 and 2. The actual monthly Rx difference is 3.15503121651296 and prescribers per month is 2819.49798420629.

[3] WAC price per pill in conjunction with the % allocation of Opana ER pills based on strength (see slide 27 for details).

[4] The number in line 6 is different from the result of calculations (line 4 x line 5) due to the rounding of the numbers in line 4 and 5. The actual incremental NRx is 115642.854015861 and net NRx value is 567.873682905078.

[5] The actual ROI value was rounded to 1 decimal point.

*endo*
Pharmaceuticals

Sources:  OPUS Health Database of program transactions (March 2011 through March 2012)
and   IMS Xponent (September 2010 through March 2012 inclusive of pre-period)  12
©2012 Cegedim. All rights reserved. Contains proprietary and confidential information. Do not distribute.

*opana* ER
(oxymorphone HCl) tablets
EXTENDED-RELEASE TABLETS
5mg / 7.5mg / 15 mg / 20 mg / 30 mg / 40mg

Confidential

END00563934



13

Confidential END00563935



Confidential

END00563936



Confidential

END00563937



END00563938



Through March 2012, cumulative participating patients totaled *25,647 increasing 5,708 patients since the December analysis period. 78.9% used the Patient Starter Kit Co-pay Savings card.

**OPUS**HEALTH
*A Division of Capgemini Relationship Management*

Cumulative Participating Patients by Month and Group
(March 2011 - March 2012)

* Patients can use multiple cards so individual card groups may exceed unique totals
Total unique patients through March 2012 = 25,376 with 269 using multiple cards

©2012 Capgemini. All rights reserved.  Contains proprietary and confidential information.  Do not distribute.

17

Source: OPUS Health

                                                                                              END00563939



END00563940



As of March 2012, **59.3%** of participating prescribers had patients using a Patient Starter Kit Co-pay Savings card. **24.9%** had patients using a Patient Print-on-Demand card.

OPUS HEALTH
A Division of Cegedim Relationship Management

**Cumulative Participating Prescribers by Month**
(March 2011 - March 2012)

| | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Feb-12 | Mar-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ HCP Print on Demand | | | 1 | 30 | 90 | 144 | 217 | 279 | 356 | 437 | 520 | 599 | 659 |
| ☐ Pharmacy Direct | 3 | 4 | 22 | 152 | 245 | 318 | 380 | 438 | 498 | 560 | 635 | 692 | 739 |
| ■ Patient Print on Demand | 84 | 330 | 677 | 748 | 902 | 1,095 | 1,258 | 1,407 | 1,525 | 1,688 | 1,996 | 2,097 | 2,217 |
| ☐ Patient Starter Kit Copay Card | 217 | 986 | 1,702 | 2,281 | 2,692 | 3,118 | 3,484 | 3,860 | 4,183 | 4,505 | 4,851 | 5,104 | 5,283 |

Note: There is potential double counting, since a prescriber can be in more than one group.
Total unique prescribers through March 2012 = 6,800 with 1,708 using multiple cards.

endo Pharmaceuticals®  ©2012 Cegedim. All rights reserved.  Contains proprietary and confidential information.  Do not distribute.  **19**

opana ER
(oxymorphone HCl) 8
PRESCRIBING INFORMATION

Source: OPUS Health

END00563941



Confidential
END00563942



Of the top 10 states by total adjudications, MD had the most co-pays **under $30**. TN had the most **over $100**. FL had the highest number of adjudications with the lowest average co-pay before benefit at $82.37 (of the top 10 states).

**OPUS**HEALTH
A Division of Cegedim Relationship Management

### Adjudications for Top 10 states
(March 2011 – March 2012)

FL has the most adjudications

|  | CA | MD | VA | IN | TX | PA | OH | NC | TN | FL |
|---|---|---|---|---|---|---|---|---|---|---|
| **ADJUDICATIONS** | 2,361 | 2,955 | 3,327 | 3,348 | 4,121 | 4,461 | 5,163 | 5,230 | 5,555 | 6,548 |
| **■% Under $30** | 8.4% | 15.2% | 6.0% | 5.6% | 5.4% | 8.0% | 5.8% | 3.9% | 4.8% | 6.1% |
| **■% Bet $30 and $49** | 39.9% | 35.8% | 33.5% | 29.1% | 37.6% | 47.4% | 29.1% | 26.1% | 20.1% | 37.4% |
| **■% Bet $50 and $100** | 30.2% | 25.0% | 34.4% | 41.9% | 38.7% | 26.5% | 41.3% | 53.2% | 33.1% | 41.5% |
| **■% Over $100** | 21.5% | 24.0% | 26.2% | 23.4% | 18.3% | 18.1% | 23.8% | 16.8% | 34.9% | 15.0% |
| **AVG_COPAY** | $118.76 | $113.67 | $116.59 | $109.33 | $95.52 | $115.91 | $117.84 | $94.50 | $176.40 | $82.37 |

**Number of patients = 14,847**

Note: co-pays are BEFORE benefit

**endo.** Pharmaceuticals

©2012 Cegedim. All rights reserved  Contains proprietary and confidential information.  Do not distribute  21

**opana ER** (oxymorphone HCl)

EXTENDED-RELEASE TABLETS
5 mg · 10 mg · 20 mg · 30 mg · 40 mg

Source: OPUS Health

**Confidential**



## Analysis Background



**ROI Methodology:**
- The ROI methodology uses a paired samples t-test which compares each test and control prescriber pair. Incremental NRx in each month is the average NRx difference between each pair test prescriber (those with participating patients) and respective control prescriber. Statistically significant differences are multiplied by the total number of prescribers participating in the program in the given month and added across the program months.

**Participating Prescribers:**
- A total of 6,800 unique prescribers who participated in the Opana ER Savings Card program as of March 2012 were identified in the OPUS card program database (based on prescriber's DEA identification number). Of these, 6,530 had at least 1 Opana ER TRx in the analysis period in IMS Xponent, and therefore could be measured.

**Control Prescribers:**
- A control group was established retrospectively as one was not established prior to the rollout of the program in March 2011. 35,455 prescribers were identified in IMS Xponent as having prescribed at least 1 Opana ER TRx in the analysis period and did not have a card redemption for the Opana ER Savings Card program in the promotional period. These prescribers could then be used for the control group pool.

**Market definition:**
- Opana ER, Embeda, Oxycontin, Nucynta, Nucynta ER, Kadian, Exalgo, Avinza

**Time Period:**
- Pre-Period: September 2010 through February 2011
- Promotion-Period: March 2011 through March 2012



©2012 Capatim. All rights reserved. Contains proprietary and confidential information. Do not distribute.  23

# Program Overview and Objectives



The Prescriber Promotional Response Analysis measures the impact of the Opana ER Patient Experience Program Copay Card on prescribers that have patients using the Opana ER Copay cards in their practices.  The analysis is for the 13 month period ending March 31, 2012.

**Program Overview:**
- The Opana ER Patient Experience Program was launched in March, 2011 with the following components:
  - In Office Patient Savings Card contained in the Program Starter Kit
  - Patient Print-on-Demand enables patients to visit the Opana ER website and download and print a copay card
    - Prior to downloading a card, patients are presented with optional enrollment into the CRM program and then receive a Welcome Email
  - The Pharmacy Direct program generates a copay card via fax to the pharmacy for patients who have not previously used a copay card.

- The HCP Print on Demand program allowed prescribers to print up to 10 copay cards from the Opana ER site to distribute to patients.

**Program Objective:**
- Increase NRx share and volume among participating prescribers.



©2012 Capgemini  All rights reserved  Contains proprietary and confidential information.  Do not distribute  24

**Confidential**                                                                                                                 **END00563946**



END00563947

# Opana ER Net Price Assumptions

OPUS HEALTH
A Division of Cegedim Relationship Management

| Product | Strength | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q2'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Average % Contribution | 13 wk avg Pills per TRx as of Q3'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q3'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Average % Contribution | 13 wk avg Pills per TRx |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar-11 | Mar-11 | Mar-11 | Mar-11 | Apr-11 | Apr-11 | Apr-11 | Apr-11 | May-11 | May-11 | May-11 | May-11 | Jun-11 | Jun-11 | Jun-11 |
| **Opana ER** | | | | | | | | | | | | | | | | |
| OPANA ER/END 372006 | 5MG | $ 1.7999 | 5% | 60.5 | $ 5.44 | $ 1.7999 | 5% | 60.5 | $ 5.44 | $ 1.7999 | 5% | 60.5 | $ 5.44 | $ 1.7999 | 5% | 60.50 |
| OPANA ER/END 372006 | 10MG | $ 3.4563 | 17% | 38.72 | $ 3.4563 | 38.72 | $ 3.4563 | 17% | 38.72 | $ 3.4563 | 17% | 38.72 | $ 3.4563 | 17% | 38.72 |
| OPANA ER/END 372006 | 20MG | $ 6.1304 | 25% | 54.10 | $ 6.1304 | 25% | 62.20 | $ 6.1304 | 25% | 62.20 | $ 6.1304 | 25% | 99.94 | $ 6.1304 | 25% | 99.94 |
| OPANA ER/END 372006 | 30MG | $ 8.6224 | 15% | 84.97 | $ 8.6224 | 15% | 84.97 | $ 8.6224 | 15% | 84.97 | $ 8.6224 | 15% | 84.90 | $ 8.6224 | 15% | 84.90 |
| OPANA ER/END 372006 | 40MG | $11.52 | 38% | 77.5 | $ 338.97 | $11.5367 | 38% | 77.5 | $ 338.97 | $11.52 | 37% | 339.24 | $11.5367 | 37% | 77.50 |
| Weighted price per TRx for Opana ER | | | | | $561.55 | | | | $561.85 | | | | $556.44 | | | $556.44 |

| Product | Strength | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q3'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Average % Contribution | 13 wk avg Pills per TRx as of Q3'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q3'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Average % Contribution | 13 wk avg Pills per TRx |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Jul-11 | Jul-11 | Jul-11 | Jul-11 | Aug-11 | Aug-11 | Aug-11 | Aug-11 | Sep-11 | Sep-11 | Sep-11 | Sep-11 | Oct-11 | Oct-11 | Oct-11 |
| **Opana ER** | | | | | | | | | | | | | | | | |
| OPANA ER/END 372006 | 5MG | $ 1.7999 | 5% | 60.50 | $ 5.44 | $ 1.7999 | 5% | 60.50 | $ 5.44 | $ 1.7999 | 5% | 60.50 | $ 5.44 | $ 1.7999 | 5% | 60.50 |
| OPANA ER/END 372006 | 10MG | $ 3.4563 | 17% | 60.88 | $ 38.72 | $ 3.4563 | 17% | 60.88 | $ 38.72 | $ 3.4563 | 38% | 60.88 | $ 33.62 | $ 3.4563 | 38% | 59.42 |
| OPANA ER/END 372006 | 20MG | $ 6.1304 | 26% | 62.20 | $ 59.74 | $ 6.1304 | 26% | 62.20 | $ 99.80 | $ 6.1304 | 26% | 99.52 | $ 5.1107 | 26% | 99.52 |
| OPANA ER/END 372006 | 30MG | $ 8.6224 | 15% | 84.90 | $ 85.90 | $ 8.6224 | 15% | 84.90 | $ 85.90 | $ 8.6224 | 15% | 85.93 | $ 8.6224 | 15% | 85.90 |
| OPANA ER/END 372006 | 40MG | $11.5367 | 37% | 77.50 | $ 300.24 | $11.5367 | 38% | 77.50 | $ 338.27 | $ 5.1307 | 37% | 348.09 | $11.5367 | 38% | 348.09 |
| Weighted price per TRx for Opana ER | | | | | $556.44 | | | | $561.00 | | | | $556.98 | | | $556.38 |

| Product | Strength | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q4'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q4'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx as of Q4'11 | Weighted price per TRx | WAC Unit Price using FDB Data | Avg % Contribution | 13 wk avg Pills per TRx |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Nov-11 | Nov-11 | Nov-11 | Nov-11 | Dec-11 | Dec-11 | Dec-11 | Dec-11 | Jan-12 | Jan-12 | Jan-12 | Jan-12 | Feb-12 | Feb-12 | Mar-12 |
| **Opana ER** | | | | | | | | | | | | | | | | |
| OPANA ER/END 372006 | 5MG | $ 1.7999 | 5% | 60.50 | $ 5.44 | $ 1.7999 | 5% | 60.50 | $ 5.44 | $ 1.7999 | 5% | 60.50 | $ 5.44 | $ 1.7999 | 5% | 60.50 |
| OPANA ER/END 372006 | 10MG | $ 3.4563 | 18% | 38.62 | $ 3.0697 | 18% | 38.62 | $ 3.0697 | 18% | 62.80 | $ 38.55 | $ 3.0697 | 57% | 62.80 | $ 39.89 | $ 3.0697 |
| OPANA ER/END 372006 | 20MG | $ 6.1735 | 26% | 62.27 | $ 58.32 | $ 6.0301 | 26% | 62.56 | $ 37.96 | $ 6.0301 | 26% | 8.5548 | $ 6.0301 | 26% | 62.80 | $ 1.0104 |
| OPANA ER/END 372006 | 30MG | $ 5.0294 | 20% | 84.90 | $ 85.93 | $ 5.0294 | 20% | 86.25 | $ 5.0297 | 20% | 86.25 | $ 2.1135 | 57% | 86.25 | $ 2.0219 | $ 5.0294 |
| OPANA ER/END 372006 | 40MG | $ 11.5367 | 38% | 77.5 | $ 348.09 | $11.5367 | 38% | 76.19 | $ 333.42 | $ 5.4235 | 39% | 76.19 | $ 2.0219 | 39% | 76.19 | $ 4.0269 |
| Weighted price per TRx for Opana ER | | | | | $557.16 | | | | $556.38 | | | | $960.38 | | | |

*WAC unit price per pill strength, average % of strength contribution and 13 weeks average pills per Trx were provided by Endo.

endo Pharmaceuticals
©2012 Cegedim. All rights reserved.  Contains proprietary and confidential information.  Do not distribute.   26

opana ER
oxymorphone HCl ER
5 mg / 10 mg / 20 mg / 30 mg / 40 mg

Confidential

END00563948

## Statistical Tests



- These statistical tests represent monthly pairwise differences for March 2011 through March 2012.
- A probability value of <=.05 indicates a significant difference between test and control physicians.

| Metric | Participants to Control Group Difference (Mean) | Lower CL Mean | Upper CL Mean | StdDev | Lower CL StdDev | Upper CL StdDev | LMPU Lower CL StdDev | LMPU Upper CL StdDev | StdErr | Minimum | Maximum | tValue | DF | Probability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N Rx Total | -19177 | 1.7925 | 2.0728 | 17.7338 | 11.6031 | 11.8445 | 11.6040 | 11.8443 | 0.0701 | -41.016 | 466.3 | 24.33 | 21681 | <.0001 |
| Market N Rx Total | -4.122 | 3.9157 | 4.4283 | 23.1887 | 22.9540 | 23.3874 | 22.9038 | 23.387 | 0.1563 | -200.2 | 617.4 | 23.38 | 21683 | <.0001 |
| N Rx Share | 0.0629 | 0.959 | 0.0677 | 0.3696 | 0.3632 | 0.3701 | 0.3632 | 0.3701 | 0.00247 | -1 | 1 | 25.43 | 21682 | <.0001 |
| T Rx Total | -19177 | 1.7923 | 2.073 | 17.7466 | 11.6309 | 11.8955 | 11.6367 | 11.8099 | 0.0762 | -61.016 | 466.3 | 24.2 | 21682 | <.0001 |
| Market T Rx Total | -4.1316 | 3.8246 | 4.4386 | 29.2311 | 23.0159 | 23.4503 | 23.0196 | 23.4499 | 0.1567 | -200.2 | 617.4 | 23.37 | 21682 | <.0001 |
| T Rx Share | 0.0637 | 0.9579 | 0.0675 | 0.3686 | 0.3632 | 0.3701 | 0.3632 | 0.3701 | 0.00247 | -1 | 1 | 23.34 | 21682 | <.0001 |



©2012 Cegedim  All rights reserved  Contains proprietary and confidential information.  Do not distribute  27

Source: OPUS Health and IMS Xponent

**opana ER**
oxymorphone HCl CII
5 mg / 10 mg / 20 mg / 40 mg

Confidential     END00563949



**Thank you.**

**For More Information, Contact**

Corinne Snider, Account Manager

908.443.2523

corinne.snider@cegedim.com