# PSJ2 Exh 168

**File Provided Natively**

**Highly Confidential**

**TEVA_MDL_A_01543565**

# Promotional Response of *FENTORA*

Executive Summary
Vendor: Bayser
April 08 report based on 2nd Semester 07 data





First year LAO value declined

## Promotional Sizing

- Sales and Marketing promotional reach (Jul-Dec 07) is 18K physicians that are skilled in the use of opioids

- Top 3 promotional channels in terms of reach are
  - Mailings: 16K physicians
  - PDEs: 5K physicians
  - Pads: 3K physicians
- Top 3 promotional channels in terms of spend are
  - Detailing: 65%
  - Vouchers: 13%
  - CSPs: 12%

**Recommendation**

- Consideration should be give to expanding FENTORA reach to an additional 22K physicians that are skilled in the use of opioids using the lower cost marketing tactics

Lowest Cost Marketing Tactics (cost per physician)
- Direct Mail – 80 cents per Dr.
- Pad ads - $3 per Dr.
- Patient / office forms (not currently utilized)


FENTORA
fentanyl buccal tablet

3

## Return on Investment

| Promo Combo | ROI | # of Dr |
|---|---|---|
| PDE-Mail-SpeakerTr-Pads-Vouchers | 21.4 | 10 |
| PDE-Mail-e-detail-CSP-Vouchers | 16.8 | 16 |
| PDE-SpeakerTr-Vouchers | 16.8 | 6 |
| PDE-Mail-SpeakerTr-Vouchers | 16.1 | 12 |
| PDE-Vouchers | 13.8 | 79 |
| PDE-Mail-Vouchers | 11.9 | 152 |
| PDE-Mail-Pads-Vouchers | 11.6 | 69 |
| PDE-Mail-Pads-CSPs-Vouchers | 11.2 | 124 |
| PDE-Mail-CSP-Voucher | 10.4 | 227 |
| PDE-Mail-SpeakerTr-Pads-CSPs-Vouchers | 10.0 | 11 |

**Recommendation**
- Mkt & Sales should continue to coordinate activities because the highest ROI promo activities average 4 tactic combinations
- Consideration should be given to adding promo tactics to these physicians

- 25 different combinations of promotional activity were examined which represent 88% of the potential combinations


FENTORA
fentanyl buccal tablet

4



## Top FENTORA writers (Deciles 10-3)

- Linear relationship exists between promotional spend ($) and FENTORA sales which indicates that <u>at this time there is no saturation for this segment</u>.
- 45% of promo resources are directed at Top FENTORA writers and 55% are directed at activation of new FENTORA business

**Promo Response - Top 1,000 Fentora Writers**

$y = 9E\text{-}08x^3 - 0.0007x^2 + 15.578x - 7782.3$
$R^2 = 0.9996$

**Recommendation**

- Marketing promo database should be expanded to include patient level data in order to predict the saturation point
- If patient data is added a physician level assessment can be done to micro target this segment
- At saturation resources should be redirected to activation of new business

FENTORA
fentanyl buccal tablet ⓒ

5

## Activation of New FENTORA writers

- FENTORA currently adds 164-289 new writers* per month (2007) which as the product matures has gradually decreased
- Average time delay between PDE and FENTORA activation is 3.3 months
- The current FENTORA activation rate (hit rate) for 1 PDE is 29% and increases to 34.5% at 6 calls
  - The hit rate levels off at 10 PDEs
- The optimal promo mix for activating a physician is 4-6 PDEs and 1 CSP which activates a physician 52% of the time

**Recommendation**

- Physician activation should continue to be monitored to ensure long-term growth is not sacrificed for short-term gains

- Sales Management should be informed that 1-6 PDEs is the optimal number of calls to activate new business
- Sales Management should be informed that the optimal Promo combination is 4-6 PDEs and 1 CSP

\* New writers are defined as having written FENTORA in a month and not having written FENTORA in the previous 6 months


FENTORA. fentanyl buccal tablet

6

## Cephalon Speaker Programs & Vouchers

**Recommendation**

- 1 CSP has a 43% FENTORA activation rate
- \>1 CPS attendance the activation rate decreases to 41%-40%
- CSPs are used 29% of the time to activate a physician and 71% of the time to grow existing writers
- Vouchers are mainly used by current writers of FENTORA
  - 77% of FENTORA physicians that use vouchers redeem 94% of the vouchers
- The physician activation rate for vouchers is 20% which represent 12% of the vouchers that are utilized.

Note – Physicians that were included in the voucher assessment had a $300 promo ceiling

- Sales Force should be informed that the highest CSP activation rate is after the first CSP and after that there is a marginal decline

- Consideration should be given to increase CSP and Voucher usage to activating more FENTORA physicians <u>if the tactical plan changes from the high FENTORA focus to increasing the writer base</u>


FENTORA
fentanyl buccal tablet

7