# PSJ2 Exh 169

**File Provided Natively**

**File Name:**                    Opana QBR July 2010.v3.pptx

**CONFIDENTIAL**                                                                                    **ENDO-CHI_LIT-00547089**



# ENDO PHARMACEUTICALS



breakthrough thinking. collaboration. customer focus. accountability.

## Quarterly Business Review: Opana ER

1

breakthrough thinking. collaboration. customer focus. accountability.

# QUARTERLY BUSINESS REVIEW AGENDA

- KBQs & Objectives from Prior Quarter
- Key Accomplishments
- Business Review
    - Unit/Prescription
    - Sales Force Performance
    - Marketing Programs
    - Managed Markets
    - Payer Mix
    - Channel Strategy
    - Financial
- Competitive Intelligence Update
- Analytical Insights
- KBQs for Upcoming Quarter

breakthrough thinking. collaboration. customer focus. accountability.

# KEY BUSINESS QUESTIONS FROM LAST QUARTER

- Quarterly KBQs to be established moving forward

breakthrough thinking. collaboration. customer focus. accountability.

# BRAND OBJECTIVES

- Achieve the net sales and demand targets, while managing A&P to within 2% budget

- Efficient deployment of resources to appropriate, highest potential targets to maintain SOV

- Maximize pull-through efforts with current managed care contracts in key states with a focus on Medicare Part D

- EN3288 Launch Readiness

breakthrough thinking. collaboration. customer focus. accountability.

# KEY STRATEGIC ACCOMPLISHMENTS

- Sales Results
  - Q2 2010 TRx were 104.8% to plan
  - Q2 2010 net sales were 102.8% to plan
  - Average Net ASP for Q2 2010 was $412 vs. $425 target (96.8% to plan).
  - In June OPANA® ER had an all-time high in:
    - TRx volume achieving 67,402 TRxs, representing a 3.7% increase over the previous all-time high in March 2010.
    - Market share of 3.55%
- Pull through on promotional resources and initiatives are being maximized from field force and organically
- Maximizing Medicare Part D and Commercial efforts are driving results
  - UHC has increased it's market share of OPANA® ER from 9.1% to 11.5% market share (ending May 2010)

breakthrough thinking. collaboration. customer focus. accountability.

# UNITS/PRESCRIPTIONS

Questions to be answered:
What was the most recent product performance vs our expectations?
What is year to date performance vs our expectations?
What do we think will happen during the rest of the year?  Is it realistic?
What is the competitive influence on all of this?

- Prior Quarter Performance vs. Plan & LBE
  - Market Growth
  - Product Share
  - Competitive Market Share
- YTD Performance vs. Plan & LBE
  - Market Growth
  - Product Share
  - Competitive Market Share
- Rest of year expectations
  - Market Growth
  - Product Share
  - Competitive Market Share
- Product Switching

breakthrough thinking. collaboration. customer focus. accountability.

# OPANA ER FAST FACTS

| | 2010 | | 2009 | % Change | | YTD | | % Change |
|---|---|---|---|---|---|---|---|---|
| | Current Quarter | Prior Quarter | Prior Year | vs. Q1 | vs. 2009 | 2010 | 2009 | 09 vs. 10 |
| | Q2 2010 | Q1 2010 | Q2 2009 | | | | | |
| Market TRx | 5,522,959 | 5,334,952 | 5,365,734 | 3.52% | 2.93% | 10,857,911 | 10,669,571 | 1.77% |
| Product Share | 3.48% | 3.29% | 2.79% | 0.20% | -0.69% | 3.39% | 2.63% | 0.76% |
| Product TRx | 192,450 | 175,386 | 149,949 | 9.73% | 28.34% | 367,836 | 280,193 | 31.28% |
| Shipped Units | 13,155,211 | 12,592,148 | 10,494,500 | 4.47% | 25.35% | 25,747,359 | 19,821,000 | 29.90% |
| Net Sales | $ 56,555,129 | $ 49,766,264 | $ 40,227,655 | 13.64% | 40.59% | $ 106,321,393 | $ 79,910,733 | 33.05% |
| Net ASP | $4.62 | $3.97 | $3.79 | 16.24% | 21.82% | $4.13 | $4.02 | 2.64% |
| Opana ER EUTRx | 12,535,666 | 11,520,459 | 9,799,998 | 8.81% | 27.91% | 24,056,125 | 18,115,763 | 32.79% |
| Opana ER TRx Size | 65 | 66 | 65 | -0.84% | -0.33% | 65 | 65 | 1.15% |

breakthrough thinking. collaboration. customer focus. accountability.

# Q2'10 VS. Q2'09 RECONCILIATION

| **Opana ER**<br>**Q2'09 vs Q2'10 Reconciliation** | | | | |
|---|---|---|---|---|
| | **Q2 2009** | **Q2 2010** | **Variance** | **$ Value** |
| Market TRx | 5,365,734 | 5,638,142 | 272,408 | $  2,604,352 |
| Market Share | 2.79% | 3.41% | 0.6% | $  9,299,762 |
| Product TRx | 149,949 | 192,450 | 42,501 | $ 11,904,115 |
| Units per Rx | 65.36 | 65.14 | -0.22 | $    (140,742) |
| Retail Units | 9,799,998 | 12,535,666 | 2,735,668 | $ 11,763,372 |
| Total Units | 9,799,998 | 12,535,666 | 2,735,668 | $ 11,763,372 |
| Price per Unit | $        3.83 | $        4.30 | $        0.47 | $  4,605,999 |
| Total Demand Sales | $  37,533,992 | $  53,903,364 | $  16,369,371 | $ 16,369,371 |
| Pipeline Change | $  2,693,662.7 | $  2,651,765.2 | $    (41,897.5) | $      (41,897) |
| Total Net Sales | $  40,227,655 | $  56,555,129 | $  16,327,474 | $ 16,327,474 |

breakthrough thinking. collaboration. customer focus. accountability.

# PRODUCT PERFORMANCE







|  |  | Actual/LBE 2010 | | | | Plan 2010 | | |
|---|---|---|---|---|---|---|---|---|
|  |  | Market | TRx | Share |  | Market | TRx | Share |
| Q1 2010 | Actual | 5,334,952 | 175,386 | 3.28% |  | 5,359,002 | 176,606 | 3.30% |
| Q2 2010 | Actual | 5,522,959 | 192,450 | 3.48% |  | 5,362,433 | 184,597 | 3.44% |
| Q3 2010 | LBE | 5,451,251 | 196,615 | 3.61% |  | 5,378,285 | 189,916 | 3.53% |
| Q4 2010 | LBE | 5,474,664 | 202,788 | 3.70% |  | 5,284,347 | 190,934 | 3.61% |
| 2010 Total |  | 21,783,826 | 767,238 | 3.52% |  | 21,384,066 | 742,053 | 3.47% |

Key Assumptions:
• TRx growth of 22% includes negative 6.2% impact from expected competitive threats
• Market Growth flat for 2010
• 9.9% price increase February 2010
• Early impact of UHC win - trending toward an additional ~500 scripts per month
• Does not include the Opana IR branded sales

breakthrough thinking. collaboration. customer focus. accountability.

# COMPETITIVE LANDSCAPE



breakthrough thinking. collaboration. customer focus. accountability.

# SALES FORCE PERFORMANCE

Questions to be answered:
What is our current sales force activity performance vs. expectations?
What is the competitive landscape?  Is it changing?
Where are best practices at a regional/CBSA level?
What are our key field initiatives?  How are we doing?

- Call Activity by position – plan vs. actual
- Share of FF voice vs. competition for most recent quarter and change vs. prior quarter
  - Expectations going forward
- Regional/CBSA insights
- Implementation of field initiatives
  - Speaker Programs
  - Pull through activities
  - Other…

breakthrough thinking. collaboration. customer focus. accountability.

# CALL ACTIVITY: % TO PLAN (SALES FORCE VS. NATION)





Source:  Call Activity – Sales Force Automation (TRex)
         Planned Activity – PDE Calculator

breakthrough thinking. collaboration. customer focus. accountability.

# CALL ACTIVITY: % TO PLAN (REGION)



Source:  Call Activity – Sales Force Automation (TRex)
Planned Activity – PDE Calculator

breakthrough thinking. collaboration. customer focus. accountability.

# RX PERFORMANCE: % TO GOAL

**Q1**



**Q2**



Source:  IMS Weekly Sales (Jan – June) / IC Goals

breakthrough thinking. collaboration. customer focus. accountability.

# % PRESCRIBER REACH (ALL DECILES)





Source:  Reach = Number of IC Eligible prescribers reached/ IC Eligible Prescribers
          Target Reach = Number of  Field Targeted IC Eligible Prescribers reached / Field Targeted IC Eligible Prescribers

breakthrough thinking. collaboration. customer focus. accountability.

# % PRESCRIBER REACH (DECILES 6-10)





Source:  Reach = Number of IC Eligible prescribers reached/ IC Eligible Prescribers
Target Reach = Number of  Field Targeted IC Eligible Prescribers reached / Field Targeted IC Eligible Prescribers

breakthrough thinking. collaboration. customer focus. accountability.

# MARKETING PROGRAMS

- Pull through on promotional resources and initiatives are being maximized
  - Speaker Programs
    - 67% utilized YTD June 201017% of attendees attended more than 1 program and of those, 86% had consistent responsiveness post program
    - Higher increase on NRx lift for Specialist for the Day programs, but not statistically significant
    - Pain specialists especially low market decile HCPs tend to have the best response to speaker programs within the 1st 4 weeks post program
    - 1st QTR showed a 13% response rate within the first 6 weeks post program
      - A new predictive, model once applied from field sales should increase lift from 13% to 25%
    - ROI for Q1, though not positive for the entire program, still results in 1.34 increase in NRx over those who do not attend
  - CO-pay Cards
    - Adjudications are at 112% to plan (34.7 vs. 30.9) May vs. Prior Month
    - Adjudications are at a 11.6% TRx/Adjudication ratio, reinforcing growth from both organic and field force initiatives
  - Journal Media advertising 105% reach to plan, being driven from additional outreach to Geriatric community with OA message

- New initiatives
  - Launched unbranded banner advertising, complementing journal advertising strategy
  - Launched OPANA.com "Mapped" literature program to healthcare practioner (HCP) and Direct to Patient(DTP) channels
  - Introduced "Understanding Chronic Low Back Pain" anatomical poster for exam rooms to complement pull through opportunities with consultative selling method.
  - Launched of the Healthnet non-personal direct mail campaign, for pull through efforts on chronic low back pain messages , piloting NPP with underperforming plan

# MANAGED MARKETS

Questions to be answered:
What did we accomplish last quarter?
What do we plan to do this quarter?
How are we doing in our key plans?

- Contracts signed in current quarter
- Contracts expected to be signed next quarter
- Contract performance for key customers (top 5-10)
- Key initiatives

breakthrough thinking. collaboration. customer focus. accountability.

# CURRENT QUARTER CONTRACTING

| Plan | Type | Lives | Change | Expected Results | Timing |
|------|------|-------|--------|------------------|--------|
| Health First Health Plans | Commercial | 33K | Extend terms for 2 years | | |
| Health First Health Plans | Medicare Part D | 22K | 2011 business maintained, extends terms, 2 years | | |
| HealthSpring | Medicare Part D | 585K | 2011 business maintained; Opana® ER changed to T2 - 1 of 2 from T2 - 1 of 1 | | |
| Prime Therapeutics | Commercial | 2.1M | Extend terms for 2 years | | |
| Rx Solutions | Medicare Part D | 6.3M | 2011 business maintained | | |
| RxAmerica | Commercial | 2.4M | Extend terms for 6 months | | |

breakthrough thinking. collaboration. customer focus. accountability.

# MANAGED MARKETS FAST FACTS



| Plan | Contracted Gross Sales (000's) | Contracted Net Sales (000's) | Ave Discount % |
|---|---|---|---|
| Caremark Inc | $ 47,398 | $ 31,440 | 36.8% |
| Express Scripts | $ 16,204 | $ 9,814 | 14.7% |
| UHG (Rx Solutions Comm & Part D) | $ 15,466 | $ 8,205 | 16.7% |
| Medco (Coventry Comm, Part D) | $ 9,210 | $ 5,289 | 9.0% |
| Aetna | $ 8,202 | $ 4,921 | 7.6% |
| Humana | $ 7,717 | $ 4,819 | 6.7% |
| UPMC | $ 4,245 | $ 2,215 | 4.7% |
| Health Net | $ 2,146 | $ 1,288 | 2.0% |
| Catalyst Rx | $ 526 | $ 367 | 0.4% |
| Health First | $ 292 | $ 161 | 0.3% |
| All Others | $ 1,238 | $ 754 | 1.1% |
| Total | $ 112,643 | $ 69,273 | 100.0% |

| Top Commercial Plans - OPANA ER Market Share | | | | |
|---|---|---|---|---|
| Plan | Q1 09 | Q2 09 | Q3 09 | Q4 09 |
| Caremark PCS | 0.0% | 0.0% | 0.0% | 0.0% |
| Express Scripts | 1.2% | 1.4% | 1.5% | 1.7% |
| Caremark Inc. | 0.9% | 1.1% | 1.2% | 1.3% |
| Aetna | 0.8% | 0.9% | 0.9% | 1.0% |
| Coventry (Medco) | 2.9% | 3.9% | 4.2% | 4.4% |
| UPMC | 20.7% | 22.9% | 22.7% | 23.1% |
| RxSolutions | 1.7% | 2.2% | 2.3% | 1.7% |
| Humana | 1.0% | 1.0% | 1.4% | 1.5% |
| Health Net | -0.6% | -0.4% | -0.4% | 0.1% |
| Benchmark | 2.8% | 3.1% | 3.2% | 3.5% |

| Top Medicare Part D Plans - OPANA ER Market Share | | | | |
|---|---|---|---|---|
| Plan | Q1 09 | Q2 09 | Q3 09 | Q4 09 |
| Prescription Solutions | 0.9% | 1.0% | 1.1% | 1.2% |
| Humana | 1.6% | 2.0% | 2.2% | 2.4% |
| Coventry (Medco) | 1.9% | 2.3% | 2.2% | 2.5% |
| Silverscript | 0.9% | 1.1% | 1.3% | 1.3% |
| Aetna | 0.5% | 0.7% | 0.7% | 1.1% |
| Health Net | 0.7% | 0.7% | 0.7% | 0.8% |
| UPMC | 14.7% | 17.3% | 17.2% | 20.0% |
| Benchmark | 0.8% | 1.0% | 1.0% | 1.2% |

breakthrough thinking. collaboration. customer focus. accountability.

# SEGMENT MARKETING INITIATIVES

Questions to be answered:

How are we doing with our key Segment Marketing initiatives?

How are our current Segment Marketing investments performing?

What is the impact of access on resource allocation and resulting sales performance at plan, product, and regional levels?

- Update on key annual initiatives
  - Unbranded
  - By Product
  - By Customer
  - By Sales Region
- Update on key quarterly accomplishments
- Segment Marketing program financial performance for previous quarter
- Update on access-based resource allocation and regional impact

breakthrough thinking. collaboration. customer focus. accountability.

# SOURCE OF BUSINESS AND SWITCHING



New Patient starts are at relatively unchanged levels (around 17%) although the % dipped in December due to spike in continuing patients, probably associated with end-of-year Rx filling.



Opana ER's net switching has improved in 2010, with growing amounts switching from Oxycontin and Kadian and net switching for Embeda changing to a gain for Opana ER.  The loss to Exalgo in May represents possible area of concern.

Note that net switching accounts for about 1% of Opana ER volume.

*Dynamic Market= New Therapy Starts+Switch To+Add On
** Most recent month of switching requires future allocation and is therefore excluded

CONFIDENTIAL – For Internal Use Only.

breakthrough thinking. collaboration. customer focus. accountability.

# MONTHLY PAYER MIX CHANGE



Graphical concept is to illustrate  the method of payment (MOP) percent change from reference point of January 2010.

Part D grew from 17.2% to 19.1% of total TRx during this period and Medicaid grew from 6.5% to 8.1%.

Base Month = January 2010

# CHANNEL STRATEGY

Questions to be answered:
Is the amount of product in the distribution channel appropriate?
How has the inventory changes influenced our sales?
What do we anticipate happening for the rest of the year?

- Current inventory levels (current levels & change vs. prior quarter)
  - Wholesale
  - Retail
- Insight into upcoming changes within retail channels
  - Potential buy-ins or weardowns
  - Distribution changes that would impact total product in the pipeline

breakthrough thinking. collaboration. customer focus. accountability.

# CHANNEL STRATEGY-WHOLESALE

- DSA: Opana ER outbound sales average increased $1.8MM (7%) over the last quarter.  Inventory levels kept pace with sales, adding $2.0MM to on-hand inventory quantities; this increase in inventory translates into a 1 day increase from 20.8 DOH at the end of 2010Q1 to 21.8 DOH this quarter.  DSA trends are reflected below




- Non-DSA: X-Factory sales reflect an average increase of $319K (16%) over the last quarter.

- Retail: Based on available intelligence and controlled substance nature of this product, it can be assumed inventory levels within retailers has remained fairly flat, keeping pace with sales.  This assumption is supported on the following slide.

- Q3 projection:  Channel activity during third quarter 2010 should remain consistent with demand.

- Q4 projection:  The only potential impact to inventory relates to the Channel Strategy team's renegotiations of one or two of the existing DSAs.  While unlikely that negotiations would wrap up by quarter end, any impact on inventories will be discussed with management well before execution, in addition to instigating a staggered  implementation if inventories are impacted.

- *All financial figures are GROSS and are based on the most current WAC, allowing for accurate period to period comparisons*
- *DSA monthly sales averages are based on an 8 week average sales of wholesaler to retail/institutional customers*
- *Non-DSA monthly sales averages are based on 12 week average X-Factory sales from Endo to non-DSA customers*

breakthrough thinking. collaboration. customer focus. accountability.

# CHANNEL STRATEGY-RETAIL PHARMACY INVENTORY



## Stable Retail Inventory in 2010

**OPANA ER Retail Inventory**

|  | Q4 2009 | Q1 2010 | Q2 2010 (est) |
|---|---|---|---|
| Qty on hand (bottle) | 30,128 | 30,934 | 32,336 |
| Days on hand | 31.0 | 30.0 | 30.3 |
| Value on hand (MM) | $  20.24 | $20.78 | $      21.72 |

**OPANA ER Retail Inventory Change**

|  | Q1'10 vs Q4'09 | Q2'10 vs Q4'09 | Q2'10 vs Q1'10 |
|---|---|---|---|
| Qty on hand (bottle) | 807 | 2,208 | 1,401 |
| Days on hand | -1.0 | -0.7 | 0.3 |
| Value on hand (MM) | $      0.54 | $      1.48 | $      0.94 |

- Retail quantity on hand (QOH) was stable, with a slight increase of $0.5MM in Q1'10
- Retail days on hand (DOH) was stable, with a slight decrease of 1 day in Q1'10
- YTD Value of retail inventory increase is ~$1.5MM
- Q2'10 realized ~$0.9MM benefit from inventory change over Q1'10

- *All financial figures are GROSS and are based on the most current WAC, allowing for accurate period to period comparisons*
- *Retail inventory estimates provided by IntegriChain (data through May 2010)*
- *DOH comparisons use 3-week average for end of reported periods*

# FINANCIAL

<u>Questions to be answered:</u>
How is our current product performance?  How does that compare to our expectations?
What is driving over/under performance?
What do we expect for the rest of the year?
What is the longer term revenue outlook?

- Previous quarter product P&L

- YTD product P&L

- Next quarter product P&L (projected)

- Full year product P&L (projected)

- 18 month rolling revenue forecast (by quarter)
  - Base, high, low

breakthrough thinking. collaboration. customer focus. accountability.

# 2010 FULL YEAR FINANCIAL PERFORMANCE

| | Actual 2009 Total | Plan 2010 Total | LBE 2010 Total | 2010 vs 2009 $ | % | LBE vs Plan $ | % |
|---|---|---|---|---|---|---|---|
| **Revenue** | 258,808,385 | 334,924,564 | 350,325,585 | 91,517,200 | 35.4% | 15,401,021 | 4.6% |
| Growth | | | | | | | |
| **Sales Deductions & Returns** | 86,829,857 | 119,917,580 | 135,395,060 | 48,565,203 | 55.9% | 15,477,480 | 12.9% |
| **Net Sales** | 171,978,528 | 215,006,984 | 214,930,525 | 42,951,997 | 25.0% | -76,459 | 0.0% |
| Growth | | | | | | | |
| **Gross Margin** | 141,384,639 | 155,523,017 | 150,119,147 | 8,734,507 | 6.2% | -5,403,870 | -3.5% |
| Gross Profit % | *82.2%* | *72.3%* | *69.8%* | | | | |
| Marketing | 18,840,060 | 16,299,170 | 13,412,882 | -5,427,178 | -28.8% | -2,886,288 | -17.7% |
| Selling | 43,573,330 | 47,323,820 | 43,871,008 | 297,677 | 0.7% | -3,452,813 | -7.3% |
| Managed Markets | 4,213,614 | 2,420,721 | 2,292,654 | -1,920,960 | -45.6% | -128,067 | -5.3% |
| Business Information | 1,511,962 | 2,425,858 | 2,071,807 | 559,845 | 37.0% | -354,052 | -14.6% |
| **Product Research & Development** | 14,923,109 | 12,693,442 | 16,131,266 | 1,208,157 | 8.1% | 3,437,823 | 27.1% |
| **Total Operating Expense** | 83,062,075 | 81,163,012 | 77,779,616 | -5,282,459 | -6.4% | -3,383,396 | -4.2% |
| **Product Contribution** | $ 50,698,056 | $ 70,360,005 | $ 66,575,479 | $15,877,423 | 31.3% | $ (3,784,526) | -5.4% |
| Contribution % | *29.5%* | *32.7%* | *31.0%* | | | | |

breakthrough thinking. collaboration. customer focus. accountability.

# 1H 2010 P&L

|  | Actual 2009 1st Half | Plan 2010 1st Half | LBE 2010 1st Half | 1H10 vs 1H09 $ | % | LBE vs Plan $ | % |
|---|---|---|---|---|---|---|---|
| **Revenue** | 117,413,907 | 164,332,142 | 169,859,127 | 52,445,220 | 44.7% | 5,526,986 | 3.4% |
| Growth |  |  |  |  |  |  |  |
| **Sales Deductions & Returns** | 37,509,103 | 57,371,915 | 63,537,734 | 26,028,631 | 69.4% | 6,165,819 | 10.7% |
| **Net Sales** | 79,904,804 | 106,960,226 | 106,321,394 | 26,416,589 | 33.1% | -638,833 | -0.6% |
| Growth |  |  |  |  |  |  |  |
| **Gross Margin** | 65,738,345 | 80,461,137 | 79,514,640 | 13,776,295 | 21.0% | -946,497 | -1.2% |
| **Gross Profit %** | *82.3%* | *75.2%* | *74.8%* |  |  |  |  |
| Marketing | 10,301,708 | 9,277,467 | 8,526,938 | -1,774,770 | -17.2% | -750,529 | -8.1% |
| Selling | 20,978,033 | 24,328,746 | 24,036,361 | 3,058,329 | 14.6% | -292,385 | -1.2% |
| Managed Markets | 2,373,584 | 1,433,946 | 1,097,802 | -1,275,782 | -53.7% | -336,144 | -23.4% |
| Business Information | 731,005 | 1,270,257 | 1,108,826 | 377,821 | 51.7% | -161,431 | -12.7% |
| **Product Research & Development** | 5,645,661 | 9,826,391 | 11,171,261 | 5,525,600 | 97.9% | 1,344,869 | 13.7% |
| **Total Operating Expense** | 40,029,990 | 46,136,807 | 45,941,188 | 5,911,198 | 14.8% | -195,619 | -0.4% |
| **Product Contribution** | $ 23,134,758 | $ 31,319,330 | $ 29,203,401 | $6,068,642 | 26.2% | $ (2,115,930) | -6.8% |
| **Contribution %** | *29.0%* | *29.3%* | *27.5%* |  |  |  |  |

breakthrough thinking. collaboration. customer focus. accountability.

# 2Q 2010 P&L

| | Actual | Plan | LBE | 2Q10 vs 2Q09 | | LBE vs Plan | |
| | Qtr 2 2009 | Qtr 2 2010 | Qtr 2 2010 | $ | % | $ | % |
|---|---|---|---|---|---|---|---|
| **Revenue** | 61,829,962 | 83,144,215 | 90,255,357 | 28,425,396 | 46.0% | 7,111,143 | 8.6% |
| Growth | | | | | | | |
| **Sales Deductions & Returns** | 21,602,307 | 30,483,829 | 33,700,228 | 12,097,921 | 56.0% | 3,216,399 | 10.6% |
| **Net Sales** | 40,227,655 | 52,660,386 | 56,555,129 | 16,327,475 | 40.6% | 3,894,743 | 7.4% |
| Growth | | | | | | | |
| **Gross Margin** | 33,089,612 | 37,408,419 | 40,298,824 | 7,209,213 | 21.8% | 2,890,406 | 7.7% |
| **Gross Profit %** | *82.3%* | *71.0%* | *71.3%* | | | | |
| Marketing | 5,299,993 | 4,307,980 | 3,817,451 | -1,482,542 | -28.0% | -490,529 | -11.4% |
| Selling | 11,237,091 | 11,914,679 | 11,547,051 | 309,960 | 2.8% | -367,627 | -3.1% |
| Managed Markets | 1,452,523 | 679,982 | 518,181 | -934,342 | -64.3% | -161,801 | -23.8% |
| Business Information | 287,722 | 578,859 | 710,819 | 423,097 | 147.1% | 131,960 | 22.8% |
| **Product Research & Development** | 2,945,801 | 7,611,561 | 8,069,627 | 5,123,826 | 173.9% | 458,066 | 6.0% |
| **Total Operating Expense** | 21,223,130 | 25,093,060 | 24,663,129 | 3,439,999 | 16.2% | -429,931 | -1.7% |
| **Product Contribution** | $ 10,521,668 | $ 10,705,359 | $ 13,399,862 | $2,878,194 | 27.4% | $ 2,694,503 | 25.2% |
| **Contribution %** | *26.2%* | *20.3%* | *23.7%* | | | | |

breakthrough thinking. collaboration. customer focus. accountability.

# 3Q 2010 P&L

| | | Actual | Plan | LBE | 3Q10 vs 3Q09 | | LBE vs Plan | |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 3 2009 | Qtr 3 2010 | Qtr 3 2010 | $ | % | $ | % |
| **Revenue** | | 66,176,813 | 84,426,249 | 88,061,439 | 21,884,626 | 33.1% | 3,635,190 | 4.3% |
| | Growth | | | | | | | |
| **Sales Deductions & Returns** | | 21,359,998 | 30,953,871 | 35,168,078 | 13,808,080 | 64.6% | 4,214,207 | 13.6% |
| **Net Sales** | | 44,816,815 | 53,472,378 | 52,893,361 | 8,076,546 | 18.0% | -579,017 | -1.1% |
| | Growth | | | | | | | |
| **Gross Margin** | | 36,941,355 | 37,955,167 | 34,525,271 | -2,416,084 | -6.5% | -3,429,897 | -9.0% |
| | **Gross Profit %** | *82.4%* | *71.0%* | *65.3%* | | | | |
| | Marketing | 3,689,325 | 3,603,636 | 2,640,728 | -1,048,597 | -28.4% | -962,908 | -26.7% |
| | Selling | 10,472,691 | 11,641,205 | 9,485,110 | -987,581 | -9.4% | -2,156,096 | -18.5% |
| | Managed Markets | 782,198 | 486,966 | 689,611 | -92,587 | -11.8% | 202,645 | 41.6% |
| | Business Information | 269,540 | 580,466 | 474,572 | 205,033 | 76.1% | -105,894 | -18.2% |
| **Product Research & Development** | | 5,270,771 | 1,827,931 | 3,559,348 | -1,711,423 | -32.5% | 1,731,417 | 94.7% |
| **Total Operating Expense** | | 20,484,524 | 18,140,204 | 16,849,368 | -3,635,155 | -17.7% | -1,290,836 | -7.1% |
| **Product Contribution** | | $ 14,328,824 | $ 19,204,963 | $ 16,777,902 | $2,449,079 | 17.1% | $ (2,427,061) | -12.6% |
| | **Contribution %** | *32.0%* | *35.9%* | *31.7%* | | | | |

breakthrough thinking. collaboration. customer focus. accountability.

# 2009 – 2011 NET SALES RANGE



| Net Sales Summary | 2009 Total | Q1 2010 | Q2 2010 | Q3 2010 | Q4 2010 | 2010 Total | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 | 2011 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | $ - | $ - | $ - | $ 53.6 | $ 63.7 | $ 223.7 | $ 63.4 | $ 66.7 | $ 73.3 | $ 75.2 | $ 278.6 |
| High | $ - | $ - | $ - | $ 56.7 | $ 72.4 | $ 235.4 | $ 72.7 | $ 75.2 | $ 90.0 | $ 100.4 | $ 338.3 |
| Low | $ - | $ - | $ - | $ 50.7 | $ 55.1 | $ 212.1 | $ 54.0 | $ 58.2 | $ 56.7 | $ 49.9 | $ 218.9 |
| Actual + Forecast | $ 158.4 | $ 49.8 | $ 56.6 | $ 53.6 | $ 56.5 | $ 216.5 | $ 61.3 | $ 63.7 | $ 65.4 | $ 62.6 | $ 253.0 |

CONFIDENTIAL – For Internal Use Only.

breakthrough thinking. collaboration. customer focus. accountability.

# 2009 – 2010 – 2011

| | **2009** Actual | **2010** Act + LBE | **2011** Forecast | **% Growth** 09 vs. 10 | 10 vs. 11 |
|---|---|---|---|---|---|
| **Market TRx** | 21,448,411 | 21,783,826 | 21,715,469 | 1.56% | -0.31% |
| **Opana ER TRx** | 608,630 | 767,238 | 859,216 | 26.06% | 11.99% |
| **Avg Mkt Share** | 2.84% | 3.52% | 3.96% | 0.68% | 0.43% |
| *Exit Mkt Share* | *3.18%* | *3.74%* | *4.06%* | *0.56%* | *0.32%* |
| **Opana ER EUTRx** | 39,662,790 | 50,072,980 | 55,968,825 | 26.25% | 11.77% |
| **Shipments** | 43,539,700 | 53,418,463 | 60,805,991 | 22.69% | 13.83% |
| **Net Sales** | $ 172,203,651 | $ 216,456,131 | $ 252,966,555 | 25.70% | 16.87% |
| **ASP** | $ 3.96 | $ 4.05 | $ 4.16 | 2.45% | 2.67% |

# KEY BUSINESS QUESTIONS FOR NEXT QUARTER

- How will we finance appropriate pre-market awareness of Revopan?
  - Market Research
  - Payors
  - Tactics to HCP Segments (Physicians, NP/PA's, Office Managers, Pharmacists
- How will we maintain our growth trajectory with field force disruption and SOV numbers decreasing?
- Timing, type and with whom we will have complimentary TRF business ventures, reinforcing our position as a TRF solution provider?