# PSJ2 Exh 170

Document Produced in Native Format

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER







## Executive Summary – Slide 1



- Although the pain market generates almost 400 Million TRx's annually, EXALGO® competes with a small number of other high-end, branded, powerful Step 3 extended release products, which in total comprise just a few million TRx's.
- The competitive products belong to large companies that dedicate more sales representatives and promotional dollars to this class, in addition, new products are scheduled to launch in the near term.
- Despite this competition, EXALGO® has excelled, more than doubling TRx volume annually during the first two year's of its launch.
- Over 8,000 prescribers have written at least one EXALGO® TRx since launch: because a small group of Pain Specialists typically prescribe this and competitive products, 88% of EXALGO ® volume is driven by the top 2,276 EXALGO® prescribers.
- Sales representatives have exercised their discretion in following the call plan, spending more time with high volume prescribers and less time with others.
- Indeed, the highest decile, Tier A, Priority EP prescribers received up to 40 calls in just 26 weeks, while the "True Zero" prescribers averaged less than 1 per month.
- Unfortunately, because the sales representatives devoted extra time to high volume prescribers, month to month many of the low volume, Tier A prescribers were ignored

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN

4



## Executive Summary – Slide 2

- Even so, about 70% of targeted HCPs have not prescribed EXALGO® in the last year, despite receiving 43% of all calls.
- Patients care most about clinical efficacy, while HCP selects products based on specific attributes including insurance coverage, number of available dosage strengths, efficacy across types of pain and efficacy of the molecule.
- In general, HCP's view EXALGO® as similar to other potent ER opioiods, except that the product has less dosing options and worse formulary status.
- EXALGO® is more often used later in line of therapy than Opana ER, and EXALGO® patients are less persistent than Opana ER patients and are prescribed significantly lower daily doses.
- Managed care access…

- The 32mg launch provides an opportunity to reach the 44% of prescriptions that are not covered by the current EXALGO® strengths and to fend off generic encroachmentby Abbott Laboratoreis

Mallinckrodt          FOR INTERNAL TRAINING PURPOSES ONLY.          COVIDIEN

5



## Market Overview Summary



- Chronic pain troubles a large minority of adults in developed countries, including over 40% of American adults.
- Because so many Americans suffer from pain, this therapeutic class totaled a remarkable 377 Million TRx's and over $11 Billion in sales during fiscal year 2012.
- The World Health Organization has defined a "pain ladder" and articulated the recommended therapy for each step, from non-opioids to strong opioids.
- The Step 3 market, which includes the most potent opioids, should remain stable with slightly diminishing year-on-year growth for at least the next five years.
- The Step 3 market represents only a small portion of the overall market (12.5%) and can be further sub-divided into Immediate Release (IR) and Extended Release (ER) and between branded products and generics.
- Out of the entire market, EXALGO® competes with a small number of high-end opioids for about 2 million Step ER branded prescriptions (excluding Oxycontin).

7



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2. Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3. Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

8















## Competitive Landscape Summary



- Of the five major branded Step 3 competitors, Oxycontin has dominated the landscape for years, enjoying better than 75% market share; a reformulation, launched over a year ago, led to questions about the product efficacy and share loss.
- Opana ER has grown steadily since its launch three years ago and enjoys the next highest share, achieving 15% in 2011.
- Nucynta ER and Butrans are later entrants, each striving to carve out their niche: Nucynta ER has discounted heavily and won formulary positions, while Butrans has pitched great efficacy with a 7 day patch.
- These competitors describe their target patient similarly: middle aged, employed or recently retired, suffering from chronic pain, and on other medication unsuccessfully.
- Nucynta ER has over 1,000 representatives detailing the product, and all of the competitive companies support a larger sales force than Covidien's.
- Because the Step 3 market is not yet genericized, competitive companies plan multiple launches into this therapeutic space during the next three years.

























Despite favorable positioning, a specialty sales force, and a robust track record, *OxyContin faces patent expiry in the next year.*

**EXALGO**
(hydromorphone HCl) ⓒ
Extended-Release Tablets **Once Daily**

## OxyContin SWOT

**Strengths**
- Best managed care position/script pass-through in space
- Favorable price position relative to ER brands
- Best product awareness in category
- Dedicated pain specialty sales force
- Multiple dose options aligns with a primary need in the ER pain category
- Broad range of use

**Weaknesses**
- Looming patent loss in 4/2013
- Market did not widely accept TR reformulation

**Opportunities**
- Expanding awareness of the ER pain category

**Threats**
- Increased scrutiny of OxyContin
- Increased scrutiny of the ER pain category
- 3 new brands enter space over the past 3 year period
- Continued expansion of ER opioid generic availability

Mallinckrodt          FOR INTERNAL TRAINING PURPOSES ONLY.          ▌▌ COVIDIEN   28

















The Nucynta ER pricing is the most competitive in the ER category, and the brand faces fewer weaknesses and threats than other competitors.

EXALGO
(hydromorphone HCl) ℂ
Extended - Release Tablets  Once Daily

Nucynta ER SWOT

**Strengths**
- Managed care position/script pass-through already at parity to Opana
- Most competitive price position in ER category
- Largest sales force in ER pain space
- Multiple dose options aligns with a primary need in the ER pain category

**Weaknesses**

**Opportunities**
- Expanding awareness of the ER pain category
- Market interest in trialing none Oxy offerings

**Threats**
- Continued expansion of ER opioid generic availability
- Increased scrutiny of ER opioid category

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN

36





**Butrans' messaging focuses on OA pain relief and the seven day release cycle.**



### Butrans Messages

- One Butrans - 7 days of buprenorphine delivery
- Butrans Transdermal System is an analgesic product that delivers continuous release of medication for seven days
- Butrans Trial Offer: covers patients co-pay for up to $75 on their first 28-day prescription
- Butrans Savings Card for savings of up to $40 on each prescription
- When suffering moderate OA pain, Butrans patch may help make everyday tasks more manageable again
- Prescribe your patients Butrans patch for continuous relief from OA

39



While Butrans enjoys extensive experience in the pain category and a *dedicated specialty sales force, its* patch delivery poses some potential weaknesses.

EXALGO
(hydromorphone HCl) ⒸⒺ
Extended-Release Tablets **Once Daily**

**Butrans SWOT**

| Strengths | Weaknesses |
|---|---|
| • Dedicated pain specialty sales force<br>• Backed by extensive experience in the pain category | • Weak strength offering relative to product set<br>• Patch delivery not a broad need in ER space |
| **Opportunities** | **Threats** |
| • Expanding awareness of the ER pain category | • Increased scrutiny of the ER pain category<br>• Continued expansion of ER opioid generic availability |

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN    40







## Patient Dynamics Summary



- Like patients taking medications in many therapeutic areas, these patients must navigate the entire process, from first visiting a clinician to ultimately filling their prescription at the pharmacy.
- These patients, however, have previously tried and failed multiple other products and suffer complex lives due to persistent, chronic pain.
- Patients report that they prefer products that work well: clinical efficacy ranks as their highest priority.
- These patients, racked by pain for many years, claim that insurance status, co-pay amounts, and other non-clinical factors matter little to them.

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN    44

44













## HCP Perceptions Summary



- · Physicians differ with their patients in how they rank important product attributes.
- · While patients focus predominantly on clinical efficacy, physicians intermingle the duration of pain relief with insurance coverage and abuse potential as top attributes.
- · In a recent market research study, insurance coverage ranked as the most important attribute based on the derived importance.
- · Pain specialists, who treat many of these patients, typically rely on Hydromorphones as 4th and 5th line therapy.
- · Although pain specialists delay the use of Hydromorphones, they do incorporate the products in their arsenal of weapons; primary care physicians are less likely to prescribe Hydromorphones at all.

Mallinckrodt          FOR INTERNAL TRAINING PURPOSES ONLY.          COVIDIEN          51

51









## Performance Overview Summary



- Since launch, EXALGO® has enjoyed steady growth, spiking recently to an all-time high due to the manufacturing issues facing Opana ER.
- Similarly, the EXALGO® market share achieved an all-time high, exceeding 2%.
- The mix of EXALGO® units and DACON remained virtually unchanged, seemingly independent of the overall brand growth.
- EXALGO® ranks as the most expensive product among the competitive set, although the co-pay for EXALGO® is relatively comparable to generics.
- While Opana ER is often used as first or second line therapy, EXALGO ® is much more often relegated to a later stage; in response, the EXALGO® market share for fourth line therapy is high, even though the volume of fourth line TRx's is low.

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN

56

















Almost 2/3 of the EXALGO® TRx's are for one tablet, while just over half of the 16mg TRx's are for more than one tablet.

**EXALGO**
(hydromorphone HCl) ℮
Extended-Release Tablets **Once Daily**

- 63% of all EXALGO® Rxs are for one tablet per day.
- 23% of all Rxs are for two tablets a day.
- Only 49% of 16 mg Rxs are for one tablet per day.
  - 51% of 16 mg Rxs are for multiple tablets per day.
  - 27% are for 2 tablets per day.
  - 20% of Rxs are for between 3 to 5 tablets per day.

Source: IMS LRx Xponent™

Mallinckrodt        FOR INTERNAL TRAINING PURPOSES ONLY.        COVIDIEN















# EXALGO® Profile Summary



- The EXALGO® product profile fits its use—a potent hydromorphine that reaches peak concentrations slowly, allowing for once a day dosing.
- The EXALGO® Brand Essence focuses on the comfort of both Patients and Physicians, and the positioning is as a once daily, dependable solution for chronic pain, focusing on the clinical attributes of the product.
- The target patients for EXALGO® have previously taken either an oxycodone or a hydrocodone and otherwise largely resemble the target patients of competitors.
- Many physicians respond favorably to the EXALGO® message and positioning, but in general, physicians view the product as similar to other branded Step 3 products except that they perceive the managed care coverage and the available dosing as weaknesses specifically for EXALGO®.
- Indeed, half of physicians cite cost/insurance concerns as the primary reason for not prescribing EXALGO® to more patients with moderate to severe chronic pain.

Mallinckrodt          FOR INTERNAL TRAINING PURPOSES ONLY.          COVIDIEN

72





The EXALGO® product profile fits its use—a potent hydromorphine that reaches peak concentrations slowly, allowing for once a day dosing.

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

| Description | EXALGO® tablets contain hydromorphone hydrochloride, a mu-opioid agonist. Utilizing the OROS® delivery system, EXALGO® radually and consistently releases hydromorphone for once-daily dosing. |
|---|---|
| Indication | EXALGO® is an opioid agonist indicated for once daily administration for the management of moderate to severe pain in opioid tolerant patients requiring continuous, around-the-clock opioid analgesia for an extended period of time. |
| Pharmacokinetics | • Compared to IR hydromorphone, EXALGO® eaches peak concentrations more slowly and has a lower $C_{max}$<br>• Plasma levels rise for the first 6 to 8 hours after the initial dose<br>• EXALGO® reaches steady-state concentrations in 3 to 4 days<br>• At steady state, EXALGO® provides a more stable and consistent concentration of hydromorphone than immediate-release hydromorphone<br>• Consuming alcohol does not significantly alter the release of EXALGO® into the blood stream.  Drug release is also generally unaffected by the presence of food. |
| Efficacy | • EXALGO® reduced mean pain intensity (numerical rating scale) by 50% in successfully converted patients during the conversion/titration phase (6.4 at week 1, 3.2 at week 4)<br>• The placebo group had an increase in median pain intensity scores 8x the increase in pain intensity scores found in the EXALGO® group from baseline to week 12 (1.6 vs 0.2, respectively) |
| Metabolism | • Hydromorphone is the active metabolite of hydrocodone<br>• EXALGO® (hydromorphone) is not metabolized by CYP450 and has no active metabolites |
| Dosing and Administration | • The tablets are to be administered every 24 hours with or without food<br>• EXALGO® is available in 8 mg, 12 mg, 16 mg, and 32 mg dosage strength |
| Adverse Events | • Most common adverse reactions (>10%) are: constipation (31%), nausea (28%), vomiting, somnolence, headache, and dizziness |

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN









EXALGO®  POA GS                                                                        7/29/2019

























Half of physicians cite cost/insurance concerns as the primary reason for not prescribing EXALGO® to more patients with moderate to severe chronic pain.

**EXALGO**
(hydromorphone HCl) Ⓒ
Extended-Release Tablets  **Once Daily**

Top Reasons for Not Prescribing EXALGO® to More Patients
with Moderate to Severe Chronic Pain

| | PMs | | PCPs | |
|---|---|---|---|---|
| | W2 (n=75) | W3 (n=80) | W2 (n=77) | W3 (n=79) |
| • Cost/Insurance/Formulary concerns (Net) | 50% | 56% | 69% | 52% |
| ➢ Insurance coverage concerns | 32% | 41% | 38% | 28% |
| ➢ Cost/not cost-effective/high co-pay | 9% | 33% | 23% | 29% |
| ➢ Formulary status concerns | 9% | 3% | 8% | 4% |
| • Too new/more familiar with other medications | 38% | 11% | 15% | 44% |

Q added W1
Base - Total Physicians (bases vary)
Q34c  What are the primary reasons you are not prescribing EXALGO® to more of your patients with moderate to severe chronic pain? [OPEN END]

Mallinckrodt                     FOR INTERNAL TRAINING PURPOSES ONLY.                    ☐☐ COVIDIEN   90





# EXALGO® SWOT Analysis

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets **Once Daily**

## Strengths

- Once daily dosing
- Delivery system yields steady and consistent PK profile
- Hydromorphone efficacy
- Demonstrated safety record and commitment
- No CYP450

## Weaknesses

- Perceived as Dilaudid
- Poor patient persistence
- Limited strength options
- Limited resources (Sales force, MSLs, National Accounts & A&P spend)
- Lifecycle timeline

## Opportunities

- Develop and strongly position EXALGO® in the treatment algorithm
- Commercial Managed Care coverage pull through
- 32mg launch
- Decline in competitor promotional focus
- Hospital use of IR hydromorphone
- Teaching proper conversion and titration
- Enhanced KOL relationships

## Threats

- Physician and patient discontinuation
- New brand and generic entrants (i.e., Remoxy, Opana TR)
- EXALGO®generics
- Increased government influence
- New class wide REMS
- MHC pricing reaction

Mallinckrodt — FOR INTERNAL TRAINING PURPOSES ONLY. — COVIDIEN



























## Overview Summary



- Launch to date, 8,259 prescribers have written EXALGO® at least once.
- The number of monthly EXALGO® writers continues to increase over time and reached an all time high in the latest data month.
- Similarly, EXALGO® average productivity has increased over time, surpassing four TRx per prescriber in the most recent data period.
- EXALGO® prescribers who started writing prior to April 2011 (the first year after the launch) contribute the majority of EXALGO® TRx volume.
- In fact, the early adopter cohorts from May, June and July 2010 contribute more than 30% of the most recent three month EXALGO® TRx volume.
- Specialty dynamics for EXALGO® differ from that of the competitive products; for other brands, PCPs contribute a greater percentage of TRx volume than for EXALGO® .





























40% of EXALGO® prescriptions are coming from EXALGO® Decile 4-1 prescribers, however, these HCPs required 3x the effort (PDEs) to generate these Rxs.



**About 88% of EXALGO® prescriptions are driven by the top 2,276 targeted HCPs.**

EXALGO
(hydromorphone HCl)
Extended-Release Tablets **Once Daily**

**EXALGO® ® Prescription Behavior by Targets**

| EXALGO® TRx Prescription Behavior | # of Targeted HCPs | % of Calls | Total EXALGO® Prescriptions |
|---|---|---|---|
| 0 | 12,954 | 43% | 0 |
| 1 | 1,021 | 6% | |
| 2 | 531 | 4% | |
| 3 to 5 | 892 | | |
| 6 to 10 | 800 | | 6,243 |
| 11 to 20 | | 11% | 13,997 |
| More than 20 | | 22% | 80,471 |

*Updates in Progress*

f calls have
12,954
who have
not prescribed
EXALGO®

**Source:** IMS Xponent® PlanTrak™ Monthly data, from April 2011 through March 2012.

Mallinckrodt      FOR INTERNAL TRAINING PURPOSES ONLY.      COVIDIEN  121

121









## Discontinuance Summary

- One third of EXALGO® writers in the last year have discontinued.
- Over half of these Discontinuers were "one and done" prescribers, only trying EXALGO® for one month.
- Opana ER and OxyContin retain more than 85% of the top decile writers (Deciles 5-10) while EXALGO® retains just over 60%.
- Nearly 70% of EXALGO® volume comes from physicians who write all EXALGO® strengths, yet only 25% of writers use all strengths.
- Discontinuers tend to only write one strength.

Mallinckrodt                      FOR INTERNAL TRAINING PURPOSES ONLY.                      COVIDIEN

















## Successful Adopter Analysis Summary



- "Successful adopters" include EXALGO® targets that have written at least 20 projected Rxs since launch.
- The majority of patients come from successful adopters who demonstrate superior ability to effectively prescribe EXALGO®.
- These physicians are more likely to start patients at better doses, refill/titrate patients, and use breakthrough meds.
- Successful adopters are slightly less likely to start patients on a dose of EXALGO® that is lower than a patient's previous therapy.
- Dabbling physicians have trouble prescribing EXALGO® and are the most likely to lose touch with their patients

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    COVIDIEN

134

















## Patient Behavior Summary



EXALGO
(hydromorphone HCl) ℂ
Extended · Release Tablets  **Once Daily**

- Patients taking Step 3 prescriptions have on average suffered from chronic pain for more than 10 years, are truly limited by their pain, are more likely female, more often live in the suburbs, and on average are in their mid-40's.
- Overall, EXALGO® patients are less persistent than Opana ER patients.
- Persistency improves for EXALGO® and Opana ER when not used as a first line therapy.
- Patient persistence is correlated to use of breakthrough medication and prior therapy.
- EXALGO® and Opana ER titration behavior is similar with only 30 – 35% of patients titrating their dose; however, the starting dose of Opana ER is much higher than EXALGO®
    - EXALGO® mean daily doses are 78% lower than Opana ER
    - Opana ER median starting dose is 50% higher than EXALGO® median starting dose (90 mg vs 60 mg)
    - Opana ER median final dose after titration is 2.25x the EXALGO® median final dose (180 mg vs 80 mg)

**Patients tend to be middle aged, suburban, suffering from chronic pain for years, and unemployed.**

EXALGO
(hydromorphone HCl) ©
Extended-Release Tablets **Once Daily**



Female 60%  Male 40%

- Average age = 46
- 25% employed full time
- More likely suburban
- On average, suffered from chronic pain for almost ten years

Chronic Pain Characteristics

- Pain is linked to many causes, with injury (27%) and arthritis (20%) being the most common

- Patients have chronic pain in multiple locations
  - The vast majority (78%) cite chronic back/spine pain
  - More than half (53%) indicate lower body pain

- Chronic pain "completely interferes" with work and exercise in almost half of patients (48%)

- Patients perceive significant improvements after taking their medication, but pain is not completely suppressed (pain levels go from 9 out of 10, to 4 out of 10)

**Source:** Patient Segmentation Research, IMA, Fielded May 31st and June 13th, 2011, n=215

Mallinckrodt                    FOR INTERNAL TRAINING PURPOSES ONLY.                    ◼◼ COVIDIEN    144

144







**Many factors can influence patient persistence, including *prior therapy, dosing, titration, and* breakthrough medication use.**

EXALGO
(hydromorphone HCl) ℮
Extended ·Release ·Tablets · **Once Daily**

**Key Patient Metrics Reflecting or Influencing Persistence**

- Prior therapy
- Length of therapy
  - At different time points (ex. 30 days or less, greater than 180 days)
  - Means days of therapy
- Average dose
- Titration behavior
- Rescue medication use

Mallinckrodt          FOR INTERNAL TRAINING PURPOSES ONLY.          COVIDIEN   147

147









## Persistency varies based on Main Prior Therapy.

**EXALGO**
(hydromorphone HCl) ⊝
Extended-Release Tablets **Once Daily**

| Main Prior Therapy | EXALGO®<br>Median Days of Therapy | Opana® ER<br>Median Days of Therapy | OxyContin®<br>Median Days of Therapy |
|---|---|---|---|
| OxyContin | 30 | 98 | N/A |
| Hycd Combos | 30 | 58 | 30 |
| Fentanyl Patch | 34 | 59 | 47 |
| Hydromorphone IR | 49 | 53 | 30 |
| Opana ER | 37 | N/A | 77 |
| MS-Contin® | 30 | 60 | 58 |
| Oxy Combos | 30 | 59 | 30 |
| Methadone | 30 | 57 | 49 |
| Oxy IR | 30 | 58 | 30 |
| Kadian® | 58 | 83 | 87 |
| Nucynta® | 30 | 59 | 30 |
| Butrans® | 30 | 52 | 39.5 |
| Avinza® | 59 | 90 | 90 |
| EXALGO® | N/A | 68.5 | 73 |

**Source:** IMS LRx Xponent™

Mallinckrodt     FOR INTERNAL TRAINING PURPOSES ONLY.     COVIDIEN

152



This chart categorizes EXALGO patients by the previous main therapy. If the main therapy was a LAO, then the patient was included in the persistence curve. The percentage point at each mark on the x axis represents the proportion of patient still on therapy at that point. For instance, at day 60 about 57% of EXALGO patients who previously used Avinza were still on EXALGO therapy.



EXALGO® POA GS



EXALGO® POA GS





21.4 is mean dose of EXALGO; Opana ER = 63 mg;











The majority of EXALGO®  patients never titrate. Even patients who do titrate (about 30%), only titrate once. So only 30% ever titrate, of those who do titrate 68% titrate one time. 23% titrate two times.



The mean EXALGO® start might seem higher than you expected. It is because even though many patients don't take multiple tablets with their first dose, when they do the daily dose jumps quick. For instance, patients that take 4 16 mg tablets are at a level of 320 which is a huge gap from those taking 40 or 60 mg per day. So the 20% starting with multiple tablets is a small group but it drives the average up. Since EXALGO® has a smaller patient count that Opana ER, the mean starting dose gets skewed much more easily.  The median might be a better way to summarize the difference between the products. The median final dose is 100 mg difference, which is the biggest gap between any of the metrics in the table.







81% of patients had a visible IR breakthrough med that was taken during EXALGO®
treatment. Assumes perfect compliance and does not account for patients with low
compliance ir meds.





## Call Plan Execution Summary



- At a national level, sales representatives delivered more than the expected call volume for tiers A, B, C and unclassified prescribers combined.

- Indeed, for tier A, the sales representatives exceeded the expected total call volume by 20%; this total call volume, however, included Pennsaid and Pennsaid Sample calls, so the actual number of Exalgo calls lagged the expected volume.

- For the 6,449 prescribers falling within the A tier and EP priority, the actual Exalgo call volume (51,668 calls in 6 months) lagged the expected call volume (77,388 for the same time period), missing the goal by more than 30%.

- Within this group of prescribers, however, the sales representative applied far more calls to some prescribers and below the recommended level for others.

- This decision-making correlated with Exalgo volume: the 1,043 MD's in Deciles 4 and above averaged more than 12 calls in 6 months, while the 5,406 MD's in Deciles 1 - 3 and in the "True Zero" category averaged less than 12 calls in 6 months.

- Call attainment trends varied by geography and in general were similar for each territory across the tier groups.



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2.  Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3.  Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

170



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2. Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3. Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

171



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2.  Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3.  Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

172



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2.  Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3.  Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2.  Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3.  Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

174



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2.  Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3.  Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

175



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**
2. Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3. Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

176



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2. Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3. Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.



- Chronic pain is a worldwide problem. The prevalence of chronic pain in developed countries ranges from 27% to 48%,[2] and has been estimated to be 43% in the United States.[2]
- In a World Health Organization study of chronic pain, 22% of primary care patients reported persistent pain, and patients with pain were more likely to have an anxiety or depressive disorder, have unfavorable health perceptions, and experience significant activity limitations.[3]

**References**

2.  Tsang A, von Korff M, Lee S, et al. Common chronic pain conditions in developed and developing countries: gender and age differences and comorbidity with depression-anxiety disorders. *J Pain*. 2008;9(10):883-891.
3.  Gureje O, von Korff M, Simon GE, Gater R. Persistent pain and well-being: a World Health Organization Study in primary care. *JAMA*. 1998;280(2):147-151.

178







**Unaided message recall for EXALGO® continues to center on once-a-day dosing, *better efficacy and long duration of action*.**

EXALGO
(hydromorphone HCl) ᴱᴿ
Extended-Release Tablets  Once Daily

| EXALGO® | Total | | PMs | | PCPs | |
|---|---|---|---|---|---|---|
| | W2 (n=101) | W3 (n=89) | W2 (n=67) | W3 (n=61) | W2 (n=34) | W3 (n=28) |
| 24 hour dosing/Once a day dosing | 24% | 26% | 27% | 23% | 18% | 32% |
| Good/better efficacy | 23% | 20% | 24% | 18% | 21% | 24% |
| Long duration of action | 20% | 17% | 12% | 13% | 35% | 24% |
| Active metabolite/hydromorphone/long acting dilaudid | 15% | 17% | 10% | 21% | 24% | 11% |
| Effective for moderate pain | 9% | 13% | 7% | 7% | 12% | 24% |
| Good/improved/better insurance/formulary coverage | 20% | 12% | 24% | 13% | 12% | 11% |
| Effective for chronic pain | 5% | 9% | 6% | 7% | 3% | 13% |
| Good/improved availability | 1% | 8% | 1% | 11% | 0% | 3% |
| True/proven 24-hour dosing/efficacy | 3% | 8% | 1% | 2% | 6% | 18% |
| Minimal/less abuse/misuse/overdose potential | 10% | 8% | 9% | 2% | 12% | 18% |

- *"True once daily long acting pain relief with the potency and tolerability of hydromorphone." (PCP)*
- *"New, more comprehensive formulary coverage, availability of the medication in comparison to oxycodone preparations." (PM)*
- *"Discussed appropriate patient selection for this medication. Discussed possibly selecting as alternative due to Opana shortage." (PM)*
- *"Significant relief from their moderate-to-severe chronic pain with a once-a-day, extended-release oral tablet. Has a special osmotic delivery system releasing hydromorphone at a constant rate." (PCP)*

Base = Total Physicians W2: PMs (n=67), PCPs (n=34); W3: PMs (n=61); PCPs (n=39)
QB2  In your last discussion, what was the main message the Covidien sales representative conveyed about EXALGO® ? [OPEN END]

Mallinckrodt          **FOR INTERNAL TRAINING PURPOSES ONLY.**          ◻◻ COVIDIEN      181









**Coverage without prior authorization and enhanced co-pay discount program are among the top 5 messages most likely to motivate prescribing.**

EXALGO
(hydromorphone HCl) ℞
Extended-Release Tablets  Once Daily

Top 5 EXALGO® Messages Most Likely to Motivate Prescribing

| | Total | | PMs | | PCPs | |
|---|---|---|---|---|---|---|
| | W2 (n=89) | W3 (n=82) | W2 (n=59) (A) | W3 (n=53) (B) | W2 (n=30) (A) | W3 (n=29* *) (B) |
| Metabolic properties of EXALGO® may simplify pain management<br>• Hydromorphone is not metabolized through the CYP450 pathway<br>• No active drug metabolites | 58% | 49% | 57% | 57% | 60% | 35% |
| Now covered for 8 out of 10 commercial and Med D lives without prior authorization* | N/A | 42% | N/A | 38% | N/A | 48% |
| Enhanced co-pay discount program offers up to $60 off each prescription fill or refill* | N/A | 41% | N/A | 40% | N/A | 42% |
| EXALGO® delivers steady blood plasma levels around the clock with a once daily dose | 45% | 36% | 49% | 39% | 36% | 32% |
| Indicated for once daily administration for the management of moderate to severe pain in opioid tolerant patients requiring continuous, around-the-clock opioid analgesia for an extended period of time | 48% | 38% | 41% | 33% | 62% | 42% |

*New message added this wave

**Note: Small base size—interpret findings and significant differences with caution

Base = Physicians likely to increase prescribing after sales detail and who discussed the message during the most recent detail (bases vary)

QB11  For each of the messages discussed about EXALGO® during your last detail visit, what message or messages most motivated you to prescribe that product?

Mallinckrodt                FOR INTERNAL TRAINING PURPOSES ONLY.                COVIDIEN  185

185

































