# PSJ2 Exh 171

**File Provided Natively**

Confidential





**Key takeaways:**

1)  Must identify and maximize appropriate data and regulatory opportunities with media and

2)  Must create additional ways to differentiate and  distinguish NUCYNTA IR/ER for media



**Janssen R&D conducting company head-to-head study between NUCYNTA® ER and Oxycontin to confirm.**









H2H study data reporting timing to be added
Smart Moves program elements to be verified, moved to appropriate timing areas





"The magnitude of pain in the United States is astounding," write the authors of a January 2012 *New England Journal of Medicine* article which found that more than 116 million Americans have pain that persists for weeks to years with associated financial costs ranging from $560 billions to $635 billion per year.

Many of these patients lack access to effective, tolerable pain medication while others are treated but discontinue due to side effects or lack of efficacy.

Clearly, doctors and patients need options so patients can find relief.

NUCYNTA® IR/ER has demonstrated proven efficacy and safety in moderate to severe pain models.

NUCYNTA® IR/ER has a favorable tolerability profile and favorable discontinuation rates.



NUCYNTA v. Oxy IR poster—Non-inferiority, plus better GI tolerability for NUCYNTA



NUCYNTA v. Oxy IR poster—Non-inferiority, plus better GI tolerability for NUCYNTA

**Seizing Near-Term Media Opportunities: News Bureau Q1-Q2, 2012**

**April**

- **Mainstream Media Pitch:** "When Work Hurts: Occupation and workplace pain"
  - News Hook: Tailored to workforce in priority markets, focusing on repetitive stress injuries, accidents and impact of chronic pain

**May**

- **HCP Media Pitch:** Pr. release timed to Amer Pain Society (16th-19th)
  - News Hook: Poster on new data—2nd DPN Study (prior to August PDUFA)

- **Mainstream Media Pitch:** "Bouncing back from surgery"--Movement after total knee/hip is vital to recovery
  - News Hook: Data supports need to be ambulatory after surgery; ineffective pain management can limit mobility and contribute to health decline

12    Confidential Draft—Program subject to Medical, Legal, Regulatory and HCC review.

NUCYNTA® tapentadol    NUCYNTA ER® tapentadol extended-release tablets

"When Work Hurts: Occupation and workplace pain" (public servants, construction, athletes, skilled labor)



NUCYNTA v. Oxy IR poster—Non-inferiority, plus better GI tolerability for NUCYNTA



- **Chronic pain media briefing—May be most appropriate for when there's new data to share or before the DPN indication PDUFA/Approval.  Maybe to cover**

    - chronic pain,

    - DPN,

    - neuropathic pain, or

    - role of an opioid in treating neuropathic pain

- **Writer's guide can be teed up for DPN so we can highlight MOA**







A multi-pronged, multi-year initiative that **highlights favorable tolerability a discontinuation rate as a key differentiator for NUCYNTA** [®] **and NUCYNTA** [®] **ER** and a potential solution to a dual challenge

Helps differentiate in the earned media space; fills in the gaps between data opportunities



A multi-pronged initiative that **highlights the low discontinuation rate as a key differentiator for NUCYNTA** and a potential solution to a dual challenge



This graphic shows the building blocks for Relief Interrupted and what they allow us to do.

- Survey will link tolerability and discontinuation, pinpoint when patients go off therapy, what they take for pain instead of opioids, how often if at all they speak to their doctor about it and how many unused pills are leftover – ripe for abuse and diversion.

- The KOL working group adds credibility and "buzz" to the effort and allows us to build a program "designed by doctors for doctors."  **At the end of the day, the goal here is to change physician prescribing behavior –get them to stop and think before they write.**

- All this ladders up to the creation of an assessment tool that will allows doctors to identify patients at risk of going off opioid and offer them a different solution with a favorable tolerability profile with the same efficacy as what they were taking.

- Another point to make:  this program was conceived with the goal of maximizing earned media throughout the process:

    - Media opp #1:  Survey results

    - Media opp #2:  White paper dissemination

    - Media opp #3:  Start of real world clinical study of assessment tool

    - **Media opp #4:  Publication of clinical study results in peer-reviewed journal**

    - Media opp #5:  Launch of tool

19









**Teen video shorts**

> Develop funny, engaging or amusing videos and leverage online for "viral" intent

**School Learning Tool for elementary students**

**Teen prescription drug abuse summit**

> Potential partner and venue: Natl. Center on Addiction and Substance Abuse at Columbia University



H2H study data reporting timing to be added
Smart Moves program elements to be verified, moved to appropriate timing areas





## Seizing Short-term Media Opportunities for NUCYNTA® / NUCYNTA® ER

| Month | Audience | Pitch | Targets | News Hook | Brand Track |
|---|---|---|---|---|---|
| February | Consumer | Women & Pain--"Women are feeling the pain, study says--what every woman needs to know" | National & local radio, local market TV, women's books, consumer online | Journal of Pain-Gender Difference Study | What is tolerability and why does it matter? What are the differences in newer pain treatments? |
| | Professional | Reporter briefings on NUCYNTA data @ AAPM | Medical trades reaching pain specialists, PCPs, NPs, P.A.s, Ob/gyns, orthopedic surgeons, D.O.'s, pharmacists | AAPM | Data |
| March | Consumer | "The long road home"--Iraq/Afghanistan troops the next gen of chronic pain patients | American Legion, Radio/print/TV in Ohio, Florida, California (large military & retired military pop) | Major troop withdrawals begin, large numbers of active duty returning to civilian life, tie vet struggle to everyman pain | Why is tolerability important in managing chronic pain? A newer treatment exist to help |
| | Professional | Veterans--tools for dealing with chronic pain | Medical trades reaching PCPs, pain specialists, neurologists, orthopedic surgeons, pain specialists, general surgeons, rehab MDs | Those who have served, need to be served | Why is tolerability important in managing chronic pain? A newer treatment exist to help |

Confidential Draft--Program subject to Medical, Legal, Regulatory and HCC review.

NUCYNTA® NUCYNTA ER ®
tapentadol    tapentadol extended-release tablets

27

## Seizing Short-term Media Opportunities for NUCYNTA® / NUCYNTA® ER

| Month | Audience | Pitch | Targets | News Hook | Brand Track |
|---|---|---|---|---|---|
| April | Consumer | When Work Hurts: Occupation/workplace pain: public servants, construction, athletes, skilled labor | National & local radio, local market TV, workplace segments, HR trades | Pitches tailored to workforce in priority markets: focusing on repetitive stress injuries and accidents on the job—chronic pain mgmt, big economic impact on families, work | Importance of tolerability Pain management, new medication can help rehabilitation New medication, more choice |
| | Professional | | Family practice, pain, hospital trades, nursing trades | | |
| May | Consumer | Bouncing back from pain: For the elderly, getting up and moving after surgery or an injury is vital to recovery—making a difference in health and longevity. Pain can be a barrier to bouncing back. | Weekend morning shows, retirement markets in priority states, retirement community pubs, senior pubs, radio, caregiver columnists, online, nursing trades | Data supports the need to be ambulatory after surgery or for many degenerative conditions. Ineffective pain management can contribute to the decline of a patient's health by limiting mobility | Why is tolerability important and how can it help/impede the recovery process? New medicine can help certain populations with pain |
| | Professional | NUCYNTA* IR/ER data, or leverage opportunity off of category data | Pain trades, local market media around meeting | APS | NUCYNTA* IR/ER brand messages, data messages |

Confidential Draft—Program subject to Medical, Legal, Regulatory and HCC review.

NUCYNTA® ℃  NUCYNTA® ER ℃
tapentadol   tapentadol extended-release tablets

28



## AAPM Media Approach

Scenario 1:

- Press release in support of PAI-3025 poster:  Efficacy and tolerability of Tapentadol IR versus Oxycodone IR for Moderate to Severe, Acute Low Back Pain with Radicular Leg Pain

- Media Targets:  Medical trade media reaching pain specialists, PCPs, NPs, Phys Assts, Pharmacists, Ob/gyns

- Consider select consumer health media

Scenario 2:

- Press release in support of PAI-3025 poster:  Efficacy and tolerability of Tapentadol IR versus Oxycodone IR for Moderate to Severe, Acute Low Back Pain with Radicular Leg Pain

- **Pitch mention of RADARS data** on Tapentadol abuse, non-use among college students

- Media Targets:  Medical trade media reaching pain specialists, PCPs, NPs, Phys Assts, Pharmacists, Ob/gyns

7/29/2019
Confidential Draft–Program subject to Medical, Legal, Regulatory and HCC review.



30

## AAPM Message Track

- At this year's American Academy of Pain Management (AAPM) meeting, data was shared comparing tapentadol (NUCYNTA®) versus oxycodone IR for moderate to severe, acute low back pain with radicular leg pain (sciatica).

- Results showed that a flexible-dosing regimen of tapentadol IR was non-inferior to oxycodone IR for relief of acute LBP, with a more favorable gastrointestinal tolerability profile.

- In addition, two RADARS System surveillance data also shared at AAPM showed that NUCYNTA® has low rates of abuse, misuse and diversion.  In fact, one study showed that among college students, the rate is low and decreasing over time.

- Given the high unmet need for relief among pain patients, doctors can feel confident about NUCYNTA® and NUCYNTA® ER as an effective and tolerable alternative with a favorable discontinuation rate.

31

Confidential Draft–Program subject to Medical, Legal, Regulatory and HCC review.



31

## Bringing Relief Interrupted to Life Sooner: Advancing a Critical Data Point

- "Fast track" consumer survey to help drive media interest, identify tolerability as a major culprit in discontinuation
  - When in their course of treatment do they discontinue?
  - What they do for pain management when they go off therapy?
  - Do they discuss other options with their doctors?
  - How many unused pills remain in the medicine cabinet?

- Merchandise survey data through media, advocacy groups, PDMP activities
  - Underscores need to re-evaluate treatment options to ensure patients are getting the relief they need

*Goal:  Illustrating a need in the market and positioning NUCYNTA® / NUCYNTA® ER as the right solution for physicians by reinforcing what makes it different—efficacy <u>and</u> tolerability*

32

Confidential Draft–Program subject to Medical, Legal, Regulatory and HCC review.

NUCYNTA® ℞
tapentadol

NUCYNTA ER ℞
tapentadol extended-release tablets





**1-Year Safety Study**

Constipation (tapentadol ER, 22.6 percent; oxycodone CR, 38.6 percent);
Nausea (tapentadol ER, 18.1 percent; oxycodone CR, 33.2 percent); and
Vomiting (tapentadol ER, 7.0 percent; oxycodone CR, 13.5 percent).



35

## Research About
## *Let's Talk Pain* Web Site

- July/Aug 2011: Online survey--758 members of APF

- Asked to review www.LetsTalkPain.org before completing

- Key takeaways…

  – Asked to consider the 6 **current site features**, respondents asked to choose the one they would find most useful

    - Info on treatment options, such as non-opioid & futures          82 percent
    - Tools for communicating about pain (videos, pain journal)          73 percent

  – 35.8% provided additional suggestions for site (unaided)

    - Tips for creating and utilizing support groups
    - Online forum or message board
    - Caregiver education
    - Tips for coping with emotional issues
    - Updated info on alternative therapies
    - Medical news and current events in the pain arena
    - Skills for communicating with pharmacists

36

Confidential Draft--Program subject to Medical, Legal, Regulatory and HCC review.

NUCYNTA'℃          NUCYNTA'ER ℃
tapentadol          tapentadol extended release tablets

36

## Opportunities for
### *Let's Talk Pain*

- **Develop communication tools for patients/HCPs to launch with findings on gaps found in surveys**

- **Consider adding LTP members to strengthen coalition**
  - Dispell misunderstanding about advocacy organizations

- **Tell the true story of unmet medical need in chronic pain patients**

37

Confidential Draft–Program subject to Medical, Legal, Regulatory and HCC review.

NUCYNTA® ℂ
tapentadol

NUCYNTA® ER ℂ
tapentadol extended-release tablets

37

