IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*,<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF REPLY IN SUPPORT OF DISTRIBUTOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS'
NEGLIGENCE PER SE CLAIMS**

Pursuant to Directions Regarding Filing of Briefs Under Seal, Doc. No. 1719, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Prescription Supply Inc., H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Anda, Inc. (collectively, "Distributor Defendants") hereby provide notice that on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Reply in Support of Distributor Defendants' Motion for Summary Judgment on Plaintiffs' Negligence Per Se Claims

- Summary Sheet for Reply in Support of Distributor Defendants' Motion for Summary Judgment on Plaintiffs' Negligence Per Se Claims (also attached hereto as Exhibit A).

Dated: August 16, 2019                                             Respectfully submitted,

| | |
|---|---|
| /s/ *Geoffrey E. Hobart* | /s/ *Robert A. Nicholas* |
| Geoffrey E. Hobart | Robert A. Nicholas |
| Mark H. Lynch | Shannon E. McClure |
| Christian J. Pistilli | **REED SMITH LLP** |
| **COVINGTON & BURLING LLP** | Three Logan Square |
| One CityCenter | 1717 Arch Street, Suite 3100 |
| 850 Tenth Street NW | Philadelphia, PA 19103 |
| Washington, DC 20001 | Tel: (215) 851-8100 |
| Tel: (202) 662-5281 | Fax: (215) 851-1420 |
| ghobart@cov.com | rnicholas@reedsmith.com |
| mlynch@cov.com | smcclure@reedsmith.com |
| cpistilli@cov.com | |
| | *Counsel for Defendant AmerisourceBergen Drug Corporation* |
| *Counsel for Defendant McKesson Corporation* | |

| | |
|---|---|
| /s/ *F. Lane Heard III* | /s/ *John J. Haggerty* |
| Enu Mainigi | John J. Haggerty (0073572) |
| F. Lane Heard III | James C. Clark |
| George A. Borden | Stephan A. Cornell |
| Ashley W. Hardin | **FOX ROTHSCHILD LLP** |
| **WILLIAMS & CONNOLLY LLP** | 2700 Kelly Road, Suite 300 |
| 725 Twelfth Street NW | Warrington, PA 18976 |
| Washington, DC 20005 | Tel: (215) 345-7500 |
| Tel: (202) 434-5000 | Fax: (215) 345-7507 |
| Fax: (202) 434-5029 | jhaggerty@foxrothschild.com |
| emainigi@wc.com | jclark@foxrothschild.com |
| lheard@wc.com | scornell@foxrothschild.com |
| gborden@wc.com | |
| ahardin@wc.com | *Counsel for Defendant Prescription Supply Inc.* |
| *Counsel for Defendant Cardinal Health, Inc.* | |

| | |
|---|---|
| */s/ William E. Padgett* | */s/ John P. McDonald* |
| William E. Padgett (IN No. 18819-49) | John P. McDonald (TX Bar # 13549090) |
| Kathleen L. Matsoukas (IN No. 31833-49) | C. Scott Jones (TX Bar # 24012922) |
| **BARNES & THORNBURG LLP** | Lauren M. Fincher (TX Bar # 24069718) |
| 11 South Meridian Street | Brandan J. Montminy (TX Bar #24088080) |
| Indianapolis, IN 46204 | **LOCKE LORD LLP** |
| Tel: (317) 236-1313 | 2200 Ross Avenue |
| Fax: (317) 231-7433 | Suite 2800 |
| william.padgett@btlaw.com | Dallas, TX 75201 |
| kathleen.matsoukas@btlaw.com | Tel: (214) 740-8445 |
| | Fax: (214) 756-8110 |
| *Counsel for Defendants H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC and H. D. Smith Holding Company* | jpmcdonald@lockelord.com |
| | sjones@lockelord.com |
| | lfincher@lockelord.com |
| | brandan.montminy@lockelord.com |
| | |
| | *Attorneys for Defendants Henry Schein, Inc. and Henry Schein Medical Systems, Inc.* |

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
Kristina Matic
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel:  617.342.4000
Fax:  617.342.4001
jmatthews@foley.com
kkoski@foley.com
kmatic@foley.com

*Counsel for Defendant Anda, Inc.*

## CERTIFICATE OF SERVICE

  I, Robert A. Nicholas, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                     */s/ Robert A. Nicholas*
                     Robert A. Nicholas