## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SERVICE OF DISTIRBUTORS' CONSOLIDATED REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY, RICO, AND OCPA CLAIMS

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, and the

Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal, ECF No.

1813, Distributors[1] hereby provide notice that on August 16, 2019, they served unredacted copies

of the following documents on all Parties, the Court, and the Special Masters:

- Distributors' Consolidated Reply in Support of Distributors' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO, and OCPA Claims;

- Declaration of Ashley W. Hardin in Support of Distributors' Consolidated Reply in Support of Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO, and OCPA Claims; and

---

[1]     In this notice and the accompanying brief, "Distributors" include Cardinal Health, Inc., McKesson Corp., AmerisourceBergen Drug Corp., Anda, Inc., H.D. Smith, H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Company, H.D. Smith Holdings, LLC, H.D. Smith Holding Company, Prescription Supply Inc., Henry Schein, Inc., and Henry Schein Medical Systems, Inc.

- Summary Sheet for Distributors' Consolidated Reply in Support of Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO, and OCPA Claims (also attached hereto as Exhibit A).

Dated:  August 16, 2019                    Respectfully submitted,

                                           */s/ Enu Mainigi*
                                           WILLIAMS & CONNOLLY LLP
                                           Enu Mainigi
                                           725 Twelfth Street, N.W.
                                           Washington, DC 20005
                                           Telephone: (202) 434-5000
                                           Fax: (202) 434-5029
                                           emainigi@wc.com

                                           *Counsel for Defendant Cardinal Health, Inc.*

                                           *Co-Liaison Counsel for the Distributor Defendants*


                                           */s/ Shannon E. McClure*
                                           Shannon E. McClure
                                           REED SMITH LLP
                                           Three Logan Square
                                           1717 Arch Street, Suite 3100
                                           Philadelphia, PA 19103
                                           Telephone:  (215) 851-8100
                                           Fax: (215) 851-1420
                                           smcclure@reedsmith.com

                                           *Counsel for Distributor Defendant*
                                           *AmerisourceBergen Drug Corporation*

                                           *Co-Liaison Counsel for the Distributor Defendants*


                                           */s/ Geoffrey Hobart*
                                           Geoffrey Hobart
                                           COVINGTON & BURLING LLP
                                           One CityCenter
                                           850 Tenth Street, NW
                                           Washington, DC  20001-4956
                                           Telephone: (202) 662-5281
                                           ghobart@cov.com

                                           *Counsel for Distributor Defendant*
                                           *McKesson Corporation*

                                           *Co-Liaison Counsel for the Distributor Defendants*

**CERTIFICATE OF SERVICE**

I, Ashley W. Hardin, hereby certify that the foregoing document as served via the Court's

ECF system to all counsel of record.


*/s/ Ashley W. Hardin*_____
Ashley W. Hardin