# EXHIBIT B

**Excerpts from the August 2, 2018 Deposition of Jennifer Altier
(former Consultant Marketing Director of an Actavis Generic Defendant)**

- "Q: The Kadian sales force helped promote the availability of oxymorphone?  A: I believe so."  Deposition of Jennifer Altier ("Altier Dep."), Dkt. No. 1974-6, at 33:10-14.

- "Q: Your sales force also promoted generic oxymorphone; is that right?  A: They promoted the availability . . . ***the extent of our promotion was that it was still available*** . . . "  *Id*. at 47:19-48:17 (emphasis added).

- "[O]ur sales force briefly helped create awareness about the product, that it was available."  *Id*. at 297:12-14.

- "[T]he ***only*** information we were providing was that it was ***available***."  *Id*. at 319:16-18 (emphasis added).