# EXHIBIT C

**Excerpts from the January 17, 2019 Deposition of Douglas Boothe
(former Executive VP and CEO of an Actavis Generic Defendant)**

- "Q. Are you aware of what marketing tools were used by Actavis to drive sales of its generic drugs, including opioids, while you were at the company? . . . A: . . . *generic drugs generally don't do a lot of marketing* . . . *[a]gain, the marketing department predominantly did forecasting*."  Deposition of Douglas Boothe ("Boothe Dep."), Dkt No. 1975-6, at 146:21-147:10 (emphasis added).

- "*[T]he bulk of the marketing team* . . . *is mostly product forecasting* and then working very closely with supply chain organization to make certain that the supply chain organization knew the forecast, the volume forecast, so they could build accordingly."  *Id.* at 148:19-149:4 (emphasis added).

- "[S]o what we would do, again, potentially is *we would put a print ad*, so therefore an advertisement, *to announce a product approval or a product becoming available*."  *Id.* at 150:2-9 (emphasis added).

- "Q:  Do you recall that Kadian sales reps were used to market oxymorphone ER at all? . . A: Oxymorphone ER, I believe there was a period of time when *we asked the Kadian sales team to send a message, or to deliver a message of availability that that product was still available.* I don't think that would be -- in my world, constitute as marketing or promotion. *It was a availability reminder*."  *Id.* at 219:4-15 (emphasis added).