# EXHIBIT E



[< NEWS SEARCH]

**11.10.2011 | Investors**

# Watson' Launches Generic Kadian(R)

PARSIPPANY, N.J., Nov. 10, 2011 /PRNewswire via COMTEX/ --

Watson Pharmaceuticals, Inc. (NYSE: WPI) today announced that it has received approval from the United States Food and Drug Administration (FDA) for its Abbreviated New Drug Application (ANDA) for morphine sulfate extended-release capsules USP, the generic equivalent of Actavis' Kadian®. Watson began shipping the product today. Kadian® is indicated to manage moderate to severe pain that continues around-the-clock and is expected to last for an extended period of time.

For the most recent twelve months ending September 30, 2011, Kadian® had sales of approximately $275 million, according to IMS Health data.

**About Watson Pharmaceuticals, Inc.**

Watson Pharmaceuticals, Inc. is an integrated global specialty pharmaceutical company. The Company is engaged in the development, manufacturing, marketing and distribution of generic pharmaceuticals and specialized branded pharmaceutical products focused on Urology and Women's Health. Watson has operations in many of the world's established and growing international markets.

For press release and other company information, visit Watson Pharmaceuticals' Web site at http://www.watson.com.

**Forward-Looking Statement**

Statements contained in this press release that refer to non-historical facts are forward-looking statements that reflect Watson's current perspective of existing information as of the date of this release. It is important to note that Watson's goals and expectations are not predictions of actual performance. Actual results may differ materially from Watson's current expectations depending upon a number of factors, risks and uncertainties affecting Watson's business. These factors include, among others, the impact of competitive products and pricing; the timing and success of product launches; difficulties or delays in manufacturing; the availability and pricing of third party sourced products and materials; successful compliance with FDA and other governmental regulations applicable to Watson and its third party manufacturers' facilities, products and/or businesses; changes in the laws and regulations, including Medicare and Medicaid, affecting among other things, pricing and reimbursement of pharmaceutical products; and such other risks and uncertainties detailed in Watson's periodic public filings with the Securities and Exchange Commission, including but not limited to Watson's quarterly report on form 10-Q for the quarter ended September 30, 2011 and Watson's annual report on Form 10-K for the year ended December 31, 2010. Except as expressly required by law, Watson disclaims any intent or obligation to update these forward-looking statements.

Kadian® is a registered trademark of Actavis Elizabeth, LLC.

| CONTACTS: | Investors: |
| --- | --- |
| | Patty Eisenhaur |
| | (862) 261-8141 |
| | |
| | Media: |
| | Charlie Mayr |
| | (862) 261-8030 |

(Logo: http://photos.prnewswire.com/p... )

SOURCE Watson Pharmaceuticals, Inc.