**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>    *The County of Summit, Ohio*, et al. *v.*<br>    *Purdue Pharma L.P.*, et al.,<br>    Case No. 18-op-45090<br><br>    *The County of Cuyahoga, Ohio*, et al. *v.*<br>    *Purdue Pharma L.P.*, et al.,<br>    Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF SERVICE OF PHARMACY DEFENDANTS' REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT
<u>BASED ON THE STATUTE OF LIMITATIONS</u>**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Dkt. No. 1719, Defendants CVS Indiana, L.L.C. and CVS Rx Services, Inc. ("CVS") provide notice that on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Master:

- Summary Sheet to Pharmacy Defendants' Reply In Support Of Their Motion For Summary Judgment Based On The Statute Of Limitations (attached as Exhibit A);

- Pharmacy Defendants' Reply In Support Of Their Motion For Summary Judgment Based On The Statute Of Limitations;

- Exhibit A to Pharmacy Defendants' Reply In Support Of Their Motion For Summary Judgment Based On The Statute Of Limitations.

Dated: August 16, 2019     Respectfully submitted,

           /s/ Eric R. Delinsky
           Eric R. Delinsky
           Alexandra W. Miller
           Zuckerman Spaeder LLP
           1800 M Street, NW
           Suite 1000
           Washington, DC  20036
           Phone: (202) 778-1800
           Fax: (202) 822-8106
           E-mail: edelinsky@zuckerman.com
           E-mail: smiller@zuckerman.com

           *Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*