# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THE COUNTY OF SUMMIT, OHIO, ET AL.,<br>*Plaintiffs*,<br>v.<br><br>PURDUE PHARMA LP, ET AL.,<br>*Defendant* | MDL NO. 2804<br><br>CASE NO. 17-MD-2804<br><br>JUDGE: DAN AARON POLSTER<br><br>**NOTICE OF SERVICE OF DEFENDANT DISCOUNT DRUG MART, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, and the Order Amending Procedures Regarding Redactions and Filing Briefs under Seal (Doc #: 1813), Defendant Discount Drug Mart, Inc. ("DDM") hereby provides notice that on August 16, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- DDM's Reply in Support of Its Motion for Summary Judgment; and

- Summary Sheet for DDM's Reply in Support of Its Motion for Summary Judgment (attached hereto as Exhibit One).

Respectfully submitted,

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114
(216)621-7860
 (216)621-3415 Fax
tjohnson@cavitch.com
*Attorney for Defendant Discount Drug Mart, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT DISCOUNT DRUG MART, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** was filed and served via PACER this 16th day of August, 2019 on all counsel of record.

>/s/ Timothy D. Johnson
>TIMOTHY D. JOHNSON
>*Attorney for Defendant Discount Drug Mart, Inc.*