UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## NOTICE OF SERVICE OF REPLY IN SUPPORT OF PHARMACY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY CLAIM.

Pursuant to the Court's Directions Regarding Filing of Briefs Under Seal, Dkt. 1719, and Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal, Dkt. 1813, Defendant Walmart Inc. hereby provides notice that on August 16, 2019, counsel for Walmart served copies of the following documents on all Parties, the Court, and the Special Master via a secure file transfer protocol email:

- Reply in Support of Pharmacy Defendants' Motion for Summary Judgment on Plaintiffs' Civil Conspiracy Claim.

- Summary Sheet for Reply in Support of Pharmacy Defendants' Motion for Summary Judgment on Plaintiffs' Civil Conspiracy Claim (also attached as an exhibit to this filing).

1

Dated: August 16, 2019       Respectfully submitted,

/s/  Tara A. Fumerton

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

2