# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF MANUFACTURER DEFENDANTS'
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
FOR PLAINTIFFS' FAILURE TO OFFER PROOF OF CAUSATION**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Manufacturer Defendants (as defined in Manufacturer Defendants' Motion For Summary Judgment For Plaintiffs' Failure To Offer Proof Of Causation) hereby provide notice that on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Manufacturer Defendants' Reply In Support Of Motion For Summary Judgment For Plaintiffs' Failure To Offer Proof Of Causation;

- Declaration of Timothy W. Knapp in Support of Manufacturer Defendants' Reply In Support Of Motion For Summary Judgment For Plaintiffs' Failure To Offer Proof Of Causation, along with Exhibit 1;

- Summary Sheet for Manufacturer Defendants' Reply In Support Of Motion For Summary Judgment For Plaintiffs' Failure To Offer Proof Of Causation (also attached hereto as Exhibit A).

Dated:  August 16, 2019    Respectfully submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

*Co-Liaison Counsel for the Manufacturer Defendants*[1]

/s/ Carole S. Rendon
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

---

[1] Teva Pharmaceutical Industries Ltd., Allergan plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and an Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their motions to dismiss for lack of personal jurisdiction, they are specially appearing to join this motion, and, thus, they do not waive and expressly preserve their personal jurisdiction challenges.

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 16th day of August 2019, the foregoing was served upon all counsel of record via email.

                */s/ Donna M. Welch*
                Donna M. Welch, P.C.
                KIRKLAND & ELLIS LLP
                300 North LaSalle
                Chicago, IL 60654
                Tel: (312) 862-2000
                donna.welch@kirkland.com