UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Track One Cases* | ) ) ) ) | Judge Dan A. Polster |

**NOTICE OF SERVICE OF REPLY IN SUPPORT OF**
**HBC SERVICE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendant HBC Service Company ("Giant Eagle") hereby provides notice that on August 16, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Reply in Support of HBC Service Company's Motion for Summary Judgment;

- Summary Sheet for the Reply in Support of HBC Service Company's Motion for Summary Judgment (also attached hereto as Exhibit A).

A1397038.1

Dated: August 16, 2019

Respectfully submitted,

*/s/ Robert M. Barnes*
Robert M. Barnes
rbarnes@marcus-shapira.com
Scott D. Livingston
livingston@marcus-shapira.com
Joshua A. Kobrin
kobrin@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
*Counsel for Defendant HBC Service Company*

A1397038.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Robert M. Barnes
Robert M. Barnes

A1397038.1