IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**This document relates to:**
*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.,*
Case No. 18-OP-45090

**NOTICE OF SERVICE OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE MEREDITH ROSENTHAL'S OPINIONS AND PROPOSED TESTIMONY**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Certain Defendants (as defined in Defendants' Motion to Exclude Meredith Rosenthal's Opinions and Proposed Testimony) hereby provide notice that, on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Reply in Support of Defendants' Motion to Exclude Meredith Rosenthal's Opinions and Proposed Testimony;

- Declaration of Timothy W. Knapp Regarding Reply in Support of Defendants' Motion to Exclude Meredith Rosenthal's Opinions and Proposed Testimony, along with the corresponding Exhibits 1 to 8;

- Summary Sheet for Reply in Support of Defendants' Motion to Exclude Meredith Rosenthal's Opinions and Proposed Testimony (also attached hereto as Exhibit A).

| | |
|---|---|
| Dated: August 16, 2019 | Respectfully Submitted,<br><br>*/s/ Mark S. Cheffo*<br>Mark S. Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Mark.Cheffo@dechert.com<br><br>*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*<br><br>*Co-Liaison Counsel for the Manufacturer Defendants* |
| */s/ Carole S. Rendon*<br>Carole S. Rendon<br>BAKER & HOSTETLER LLP<br>Key Tower 127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>Telephone: (216) 621- 0200<br>Fax: (216) 696-0740<br>crendon@bakerlaw.com<br><br>*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*<br><br>*Co-Liaison Counsel for the Manufacturer Defendants* | */s/ Enu Mainigi*<br>WILLIAMS & CONNOLLY LLP<br>Enu Mainigi<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br><br>*Counsel for Defendant Cardinal Health, Inc.*<br><br>*Co-Liaison Counsel for the Distributor Defendants* |

*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

*Liaison Counsel for the Chain Pharmacy Defendants*

## CERTIFICATE OF SERVICE

I, Donna M. Welch, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Donna M. Welch
Donna M. Welch
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com