IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 17-op-45004<br><br>and<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P, et al.*,<br>Case No. 18-op-45090. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF REPLY
IN SUPPORT OF NON-RICO SMALL DISTRIBUTORS'
MOTION FOR SUMMARY JUDGMENT BASED ON THEIR *DE MINIMIS* STATUS**

Pursuant to the *Directions Regarding Filing of Briefs Under Seal* (ECF No. 1719) and the *Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal* (ECF No. 1813), Non-RICO Defendants Anda, Inc., H. D. Smith, LLC, H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Prescription Supply Inc. (collectively, the "Small Distributors") hereby provide notice that on August 16, 2019, they served unredacted copies of their Reply in Support of *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their* De Minimis *Status* on all Parties, the Court, and the Special Masters.

Pursuant to the *Directions Regarding Filing of Briefs Under Seal*, the Small Distributors also notified the Drug Enforcement Administration, a nonparty, that its confidential information may be included in the filing.

Dated: August 16, 2019                                    Respectfully submitted,

/s/ John J. Haggerty                                      /s/ James W. Matthews
John J. Haggerty (0073572)                                James W. Matthews
James C. Clark                                            Katy E. Koski
Stephan A. Cornell                                        Kristina Matic
FOX ROTHSCHILD LLP                                        FOLEY & LARDNER LLP
2700 Kelly Road, Suite 300                                111 Huntington Avenue
Warrington, PA 18976                                      Boston, MA 02199
Tel: (215) 345-7500                                       Tel:    617.342.4000
Fax: (215) 345-7507                                       Fax:    617.342.4001
jhaggerty@foxrothschild.com                               Email:  jmatthews@foley.com
jclark@foxrothschild.com                                          kkoski@foley.com
scornell@foxrothschild.com                                        kmatic@foley.com

*Counsel for Defendant,*                                  *Counsel for Defendant Anda, Inc.*
*Prescription Supply Inc.*

/s/ William E. Padgett                                    /s/ John P. McDonald
William E. Padgett (IN No. 18819-49)                      John P. McDonald
Kathleen L. Matsoukas (IN No. 31833-49)                   Texas Bar No. 13549090
BARNES & THORNBURG LLP                                    jpmcdonald@lockelord.com
11 South Meridian Street                                  C. Scott Jones
Indianapolis, IN 46204                                    Texas Bar No. 24012922
Telephone: (317) 236-1313                                 sjones@lockelord.com
Facsimile: (317) 231-7433                                 Lauren M. Fincher
Email: william.padgett@btlaw.com                          Texas Bar No. 24069718
       kathleen.matsoukas@btlaw.com                       lfincher@lockelord.com
                                                          Brandan J. Montminy
*Counsel for Defendants H. D. Smith, LLC,*                Texas Bar No. 24088080
*f/k/a H. D. Smith Wholesale Drug Co.,*                   brandan.montminy@lockelord.com
*H. D. Smith Holdings, LLC and H. D. Smith*               LOCKE LORD LLP
*Holding Company*                                         2200 Ross Avenue
                                                          Suite 2800
                                                          Dallas, TX 75201
                                                          T: 214-740-8445
                                                          F: 214-756-8110

                                                          *Attorneys for Henry Schein, Inc.*
                                                          *and Henry Schein Medical Systems, Inc.*

2

## CERTIFICATE OF SERVICE

      I, John J. Haggerty, certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ John J. Haggerty*
John J. Haggerty (0073572)