**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | |
| *"Track One Cases"* | Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF DEFENDANT MALLINCKRODT'S**
**REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719,

Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1] ("Mallinckrodt") hereby provide notice

that on August 16, 2019, it served unredacted copies of the following documents on all Parties,

the Court, and the Special Masters:

- Defendant Mallinckrodt's Reply Memorandum in Support of its Motion for Partial Summary Judgment;
- Declaration of William T. Davison in Support of Defendant Mallinckrodt's Motion for Partial Summary Judgment along with Exhibits 1 and 2; and
- Summary Sheet for Mallinckrodt's Reply Memorandum In Support Of Its Motion for Partial Summary Judgment (also attached hereto as Exhibit A).

Dated: August 16, 2019                         Respectfully submitted,

                                               */s/ Brien O'Connor*
                                               Brien T. O'Connor
                                               Andrew J. O'Connor
                                               ROPES & GRAY LLP
                                               Prudential Tower

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its motion to dismiss for lack of personal jurisdiction; it is specially appearing for this motion, and, thus, it does not waive and expressly preserves its personal jurisdiction challenges.

800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
brien.o'connor@ropesgray.com
andrew.o'connor@ropesgray.com

*Counsel for Defendants*
*Mallinckrodt LLC and SpecGx LLC, and*
*appearing specially for Mallinckrodt plc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/ Brien T. O'Connor

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com