# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## SUMMARY SHEET FOR DEFENDANT MALLINCKRODT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

**Filing Name**: Defendant Mallinckrodt's Reply Memorandum in Support of its Motion for Partial Summary Judgment

**Filing Parties**: Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1]

**Summary**: Plaintiffs have failed to identify any evidence that creates a dispute of fact regarding the three discrete issues on which Mallinckrodt seeks partial summary judgment:

1. The record contains no evidence that Mallinckrodt promoted its generic products to physicians, much less in a misleading manner.

2. Plaintiffs have failed to identify a single suspicious order Mallinckrodt shipped to any customer.

3. Plaintiffs have failed to develop any evidence that Mallinckrodt's anti-diversion program was deficient after 2012. Indeed, Plaintiffs' own purported experts declined to identify any inadequacies post-2012.

Instead, Plaintiffs fill their 27-page opposition brief with irrelevant statements and conclusory assertions designed to distract the Court from the actual issues raised in Mallinckrodt's Motion for Partial Summary Judgement.

This Court should grant summary judgment to Mallinckrodt on (1) Plaintiffs' marketing-based claims to the extent they are based on Mallinckrodt's generic opioid products; and (2) all diversion-based claims at least as to the time period after 2012.

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its motion to dismiss for lack of personal jurisdiction; it is specially appearing for this motion, and, thus, it does not waive and expressly preserves its personal jurisdiction challenges.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

                                      */s/ Brien T. O'Connor*

                                      Brien T. O'Connor
                                      ROPES & GRAY LLP
                                      Prudential Tower
                                      800 Boylston St.
                                      Boston, MA 02199-3600
                                      (617) 235-4650
                                      Brien.O'Connor@ropesgray.com