IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 17-op-45004<br><br>and<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P, et al.*,<br>Case No. 18-op-45090. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF NON-RICO SMALL DISTRIBUTORS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "FAILURE TO REPORT" AND "FRAUD ON THE DEA" CLAIMS**

Pursuant to the *Directions Regarding Filing of Briefs Under Seal*, ECF No. 1719, Non-RICO Defendants Anda, Inc., H. D. Smith, LLC, H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Prescription Supply Inc. (collectively, the "Small Distributors") hereby provide notice that on August 16, 2019, they served unredacted copies of their Reply Memorandum in Support of Their Motion for Partial Summary Judgment on Plaintiffs' "Failure to Report" and "Fraud on the DEA" Claims on all Parties, the Court, and the Special Masters.

Plaintiffs did not move to sever Henry Schein, Inc. and Henry Schein Medical Systems, Inc., parties to the above referenced motion, and they were not severed per the Court's Order on Plaintiffs' Motion to Sever Defendants, ECF # 2399.  Thus, the Non-RICO Small Distributors'

Motion for Partial Summary Judgment should be decided before the first bellwether trial scheduled in October 2019.

The Summary Sheet for the Small Distributors' Reply Memorandum in Support of Their Motion for Partial Summary Judgment on Plaintiffs' "Failure to Report" and "Fraud on the DEA" Claims is attached hereto as **Exhibit A**.

Dated: August 16, 2019

Respectfully submitted,

*/s/ John J. Haggerty*
John J. Haggerty (0073572)
James C. Clark
Stephan A. Cornell
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
jclark@foxrothschild.com
scornell@foxrothschild.com

*Counsel for Defendant,
Prescription Supply Inc.*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
Kristina Matic
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel:   617.342.4000
Fax:   617.342.4001
Email:  jmatthews@foley.com
        kkoski@foley.com
        kmatic@foley.com

*Counsel for Defendant Anda, Inc.*

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: william.padgett@btlaw.com
       kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC,
f/k/a H. D. Smith Wholesale Drug Co.,
H. D. Smith Holdings, LLC and H. D. Smith
Holding Company*

*/s/ John P. McDonald*
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8445
F: 214-756-8110

*Attorneys for Henry Schein, Inc.
and Henry Schein Medical Systems, Inc.*

2

## **CERTIFICATE OF SERVICE**

    I, William E. Padgett, certify that the foregoing document was served via the Court's ECF system to all counsel of record on August 16, 2019.

    */s/ William E. Padgett*
    William E. Padgett