# NOTICE OF SERVICE: ATTACHMENT 2

# CONSOLIDATED REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY ADJUDICATION WITH RESPECT TO THE CONTROLLED SUBSTANCES ACT (DKT. #1910-1 & #1924-1)

# EXHIBIT LIST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

# EXHIBIT LIST

| Exhibit Number | Description | Date |
|---|---|---|
| 521. | Rannazzisi, Joseph T., Deputy Assistant Administrator, Office of Diversion Control, U.S. DOJ, DEA Letter re: registrants | 06/12/2012 |
| 522. | Settlement and Release Agreement and Administrative Memorandum of Agreement between U.S. DOJ, DEA and McKesson Corporation | 05/02/2008 |
| 523. | Administrative Memorandum of Agreement between U.S. DOJ, DEA and McKesson Corporation, with DOJ Bates | 01/17/2017 |
| 524. | Excerpts of Summit County and the City of Akron, Ohio Plaintiffs' Supplemental Responses and Objections to Manufacturers' Interrogatory Numbers 1, 2, 3, 5, 11, 12, 13, 15, 20, 21, 26, 27, 28 & 29 | 03/04/2019 |
| 525. | Excerpts of Summit County and the City of Akron, Ohio Plaintiffs' Supplemental Responses and Objections to Distributor Defendants' Interrogatory Numbers 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29 | 03/04/2019 |

| 526. | Excerpts of Summit County and the City of Akron, Ohio Plaintiffs' Supplemental Responses and Objections to National Retail Pharmacy Defendants' Interrogatory Numbers 4, 7, 15, 16, & 19 | 03/04/2019 |
|---|---|---|
| 527. | Email from Karen Harper to Howard Davis regarding Revision of QSP Order Monitoring | 11/18/2010 |
| 528. | Email from Karen Harper to Bill Ratcliff regarding DEA Suspicious Order Monitoring Update | 02/29/2008 |
| 529. | Memorandum from Howard Davis to Karen Harper regarding Suspicious Order Monitoring Program, No. C/S Comp 3.0 | 11/02/2010 |
| 530. | Email of Karen Harper regarding Notes to File, Howard Davis | 11/17/2010 |
| 531. | Suspicious Order Monitoring Team Charter | 04/07/2011 |
| 532. | Email from Tiffany Kilper to Karen Harper regarding Peculiar Orders | 01/05/2011 |
| 533. | Rannazzisi, Joseph T., Deputy Assistant Administrator, Office of Diversion Control, U.S. DOJ, DEA letter | 02/07/2007 |
| 534. | Email from Colleen McGinn to Karin Shanahan regarding PPO# 1031374 for the OXYCODONE product | 10/16/2015 |
| 535. | Email from Joseph Tomkiewicz to Colleen McGinn regarding Publix Anda weekly call | 10/28/2015 |
| 536. | Chat RE Anda Publix | 10/16/2015 |
| 537. | Chat RE Publix Oxy Order Issues | 10/30/2015 |
| 538. | Power Point regarding Cephalon Prioritizing Actiq Loyalists | 12/14/2006 |
| 539. | 2005 ACTIQ Marketing Plan | |
| 540. | *United States of America v. Cephalon, Inc.*: Government's Memorandum for Entry of Plea and Sentencing | 09/29/2008 |

| 541. | Cephalon DOJ Press Release: *Biopharmaceutical Company, Cephalon, to Pay $425 Million & Enter Plea to Resolve Allegations of Off-Label Marketing* | 09/29/2008 |
|---|---|---|
| 542. | *United States of America v. Cephalon, Inc.:* Celphalon's Guilty Plea Agreement | 08/28/2008 |
| 543. | 2005 Physicians Desk Reference | 2005 |
| 544. | Email from Jessica Clark to Faiza Poshni, Angela Feniger and Heather Jones regarding SOMs | 10/25/2016 |
| 545. | Email from Jill Connell to Tracey Hernandez forwarding Composite Risk Assessment | 03/22/2013 |
| 546. | Cover Email w QT Cegedim SOM Compliance PPT | 12/01/2008 |
| 547. | Email from Kathleen Cross to Debbie Komoroski & Tracey Hernandez regarding Tracey Hernandez's SOM summary & resume | 10/15/2014 |
| 548. | Email from Tracey Hernandez to Sanjay Patel with attachments regarding DEA SOM Compliance | 01/04/2013 |
| 549. | The Drug & Chemical Advisory Group: Evaluation of the Suspicious Orders Monitoring System for Johnson & Johnson | 01/08/2018 |
| 550. | Rannazzisi, Joseph T., Deputy Assistant Administrator, Office of Diversion Control, U.S. DOJ, DEA letter | 12/27/2007 |
| 551. | Email from Nancy Baran to Pat Corridon regarding Suspicious Orders | 08/17/2009 |
| 552. | Actavis Transition | 07/31/2012 |
| 553. | ALLERGAN-MDL-04176625 | 06/2003 |
| 554. | Watson Pharma, Inc. Call Center Operations – Master Data/License Admin. Operational Procedure | 05/03/2004 |
| 555. | Actavis power point: Suspicious Order Monitoring Project Status Review | 11/08/2011 |

| 556. | U.S. DOJ, DEA letter to Geoffrey Hobart, Covington & Burling LLP regarding Registration Consequences for McKesson Corporation Violations of the Controlled Substances Act | 11/04/2014 |
|---|---|---|
| 557. | MCKMDL00478912 | |
| 558. | MCKMDL00616425 | |
| 559. | MCKMDL00616426 | |
| 560. | Email from Sheila Pacheco to Bruce Russell & Gary Hilliard forwarding hydrocodone reports | 11/03/2006 |
| 561. | Email from Michael Oriente to Dave Gustin regarding South-CSMP Distribution Contacts | 08/08/2011 |
| 562. | Cardinal Health letter to Kimberly Howenstein | 02/13/2009 |
| 563. | FTI Consulting Inc. Health Solutions Practice – AmerisourceBergen Corporation CSRA Process Review, Phase 1, Narrative Report | |
| 564. | CSRA Process Review-Findings Matrix | |
| 565. | Suspicious Order Reporting Policy and Procedure | 02/01/1999 |
| 566. | Email from Miranda Johnson to Edgar Rivera regarding Project ID 28098 – Wal-Mart – 62128 – Drug Tracking | 07/09/2015 |
| 567. | Walmart Inc.'s Responses to Plaintiffs (First) Combined Discovery Requests to National Retail Pharmacies Defendants | 11/30.2018 |
| 568. | Email from Prachi Gururaj to Aishwarya Shukla regarding the raw data long with questions | 1/24/2014 |
| 569. | WMT_MDL_000052997 | |
| 570. | WMT_MDL_000048100 | |
| 571. | WMT_MDL_000048101 | |
| 572. | Deposition Transcript Excerpts of Craig J. McCann, volume II | 05/10/2019 |

| 573. | Email from James Greer to Tim Harris, Susanne Hiland & Greg Beam regarding DEA Audit at DC 6013 | 09/27/2010 |
| --- | --- | --- |
| 574. | Email from Edward Bratton to Natasha Polster regarding State of Integrity | 05/23/2016 |
| 575. | Email from Vicki Magnus to Jeffrey Foreman, Jeffrey Price, David Rurka, Denman Murray Jr., & Bill Groth regarding Walgreens State Controls Summaries | 11/28/2012 |
| 576. | Email from Rick Gates to Ed Svihra, Dwayne Pinon, Cheryl Creek, Lorinda Tisdell, Georgia Lehoczky, Eugene Hoover & Terry Gubbins regarding Florida Focus on Profit (Svihra) | 05/20/2011 |
| 577. | *In the Matter of the Administrative Inspection of Walgreens Corporation:* Administration Inspection Warrant | 02/05/2013 |
| 578. | Email from Darem Dughri to Tasha Polster regarding GFD PPt | 10/22/2012 |
| 579. | Email from Suzanne Hansen to Kermit Crawford forwarding Controlled Substance Program Exec Sum 6 11 12 | 06/11/2012 |
| 580. | Walgreen Co. Controlled Substance Anti-Diversion and Compliance Program | 07/17/2012 |
| 581. | Email from Christopher Dymon to Patricia Daugherty forwarding TD GRD Parameters (webinar for PILOT) | 01/21/2013 |
| 582. | *In Re National Prescription Opiate Litigation:* Errata to Ed Bratton 30(b)(6) Deposition | 03/05/2019 |
| 583. | Defendants Walgreen Co. and Walgreen Eastern Co.'s Second Supplemental Responses to Plaintiffs' "(First) Combined Discovery Requests" | 02/19/2019 |
| 584. | Robert L. Corso, Special Agent in Charge, Detroit Field Division, U.S. DOJ, DEA letter to Steve Kneller, Distribution Center Manager-Walgreen Company | 06/25/2009 |

| 585. | Barbara Martin, Manager, RX Inventory Drugs Stores, Walgreen Co. message to Dan Coughlin regarding Mt. Vernon DEA Audit | 09/08/2010 |
|---|---|---|
| 586. | Email from Gabriel Weissman to Robert Mauch & Rita Norton regarding Washington Post Inquiry | 06/24/2016 |
| 587. | Email from Rita Norton to John Chou, Robert Mauch, Gina Clark & Gabriel Weissman regarding Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic | 10/31/2016 |
| 588. | Email from John Gray to Robert Mauch, Dale Smith, John Gray, Greg Drew, Jon Giacomin, Maria Burns, Mark Walchirk & Ted Scherr regarding Washington Post DEA Stories | 10/27/2016 |
| 589. | Email from Carl Thorsen to Kristen Freitas & Jewelyn Cosgrove regarding Draft Questions | 04/03/2014 |
| 590. | Email from Patrick Kelly to Connie Woodburn, Ann Berkey and morton@amerisourcebergen.com regarding E&C Hearion today on Drug Diversion | 03/01/2012 |
| 591. | Email from Rita Norton to Chris Zimmerman and David May forwarding Feedback requested – new proposed language on S. 483 | 08/18/2015 |
| 592. | Email from Nancy Macan McNally to Ann Berkey regarding Recap of 05-22-14 meeting on Marino/Blackburn Legislation | 05/23/2014 |
| 593. | Email from Mary Staples forwarding NACDS Regional Chain Conference Call Summary-February 19th | 02/26/2013 |
| 594. | Email from Ed Kaleta to Rita Norton regarding Walgreens Hosted McCarthy Fundraiser | 04/16/2018 |
| 595. | Email from Chris Zimmerman to Robert Mauch regarding Follow-up with DEA | 11/17/2015 |

| 596. | Email from Adrian Durbin to Ann Berkey, Matthew Shiraki & Mary McDevitt regarding Report on House Energy & Commerce Subcommittee Hearing on DEA and FDA Transparency | 04/09/2014 |
| --- | --- | --- |
| 597. | Email from Efrem M. Grail to Margaret A. Garlitz forwarding AmerisourceBergen – DEA (letter to Hon. Dianne Feinstein) | 06/07/2007 |
| 598. | GMMB memorandum to John Parker regarding Strategy to Turn the Tide in West Virginia | 06/19/2015 |
| 599. | Email from Rita Norton to Gabriel Weissman, Lauren Moyer, Chris Zimmerman, David May, Stacie Heller & Brad Tallamy | 12/27/2016 |
| 600. | SGAC Annual Meeting | 11/12-13/2014 |
| 601. | DRAFT Options for Controlled Substance Regulatory Activity for Review Purposes Only | |
| 602. | Email from Jeff Abernathy to Gregory Beam, George Chapman, Brooke Leverett, Kristy Spruell, James Greer, Scott Peacock & Miranda Johnson regarding Over 20/50 Report | 10/16/2014 |
| 603. | Email from Miranda Johnson to George Chapman regarding SOM Strategy Deck – Updated | 10/28/2014 |
| 604. | Email from Kristy Spruell to Theresa Alford & Chad Ducote regarding SOM overview | 11/23/2014 |
| 605. | Email from Katrina Johnson to Miranda Johnson regarding Logistics Order Routing Project | 05/03/2017 |
| 606. | Email from Ramona Sullins to R.J. Hermans regarding Reddwerks list | 08/30/2016 |

Dated: August 16, 2019

7