# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document relates to: | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45090 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al*.<br>Case No. 1:17-op-45004 (N.D. Ohio) | |

## NOTICE OF SERVICE FOR REPLY TO MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PREEMPTION BY PHARMACY DEFENDANTS, ABDC, CARDINAL HEALTH, AND MCKESSON (ECF 1867 & 2171)

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF Nos. 1719 & 1813, Pharmacy Defendants hereby provide that on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Reply to Memorandum of Law in Support of Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal Health, and McKesson (ECF 1867 & 2171)[1];

- Summary Sheet for Reply to Memorandum of Law in Support of Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal Health, and McKesson (ECF 1867 & 2171) (also attached hereto as Exhibit A).

---

[1] The ECF numbers listed refer to where the relevant motion and response are filed under seal (if relevant) on the docket.

## CERTIFICATE OF SERVICE

I, Kelly A. Moore, hereby certify that the forgoing document was served via the Court's ECF system to all counsel of record.

/*s*/ Kelly A. Moore