# I IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**This document relates to:**
*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.,*
Case No. 18-OP-45090

---

## EXHIBIT A
## <u>SUMMARY SHEET FOR DEFENDANTS' *DAUBERT* ROADMAP BRIEF</u>

This brief is filed as Defendants' *Daubert* Roadmap Reply Brief pursuant to Special Master Cohen's Amended Order Regarding Pretrial Motions for Track One Trial, Dkt. No. 1709 (June 21, 2019). It responds to Plaintiffs' characterization of the relevant case law in their Roadmap brief, and provides an overview of Defendants' reply briefing in support of their specific motions to exclude Plaintiffs' improper expert testimony.

US 165836329v2