IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| **This document relates to:**<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*,<br>Case No. 18-OP-45090 | |

**EXHIBIT A**
**SUMMARY SHEET FOR**
**DEFENDANTS' SUMMARY JUDGMENT ROADMAP BRIEF**

      This brief is filed as Defendants' Summary Judgment Roadmap Brief pursuant to Special Master Cohen's Amended Order Regarding Pretrial Motions for Track One Trial, Dkt. No. 1709 (June 21, 2019).  It provides an overview of Defendants' motions for summary judgment and explains why the Court should deny Plaintiffs' motions for summary judgment.  It also provides a response to Plaintiffs' characterization and proposed sequencing of Defendants' motions in Plaintiffs' Summary Judgment Roadmap.