IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> This document relates to: <br><br> *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* <br> Case No. 18-op-45090 <br><br> and <br><br> *The County of Cuyahoga v. Purdue Pharma L.P., et al.* <br> Case No. 1:18-op-45004 | **MDL No. 2804** <br> **Case No. 17-md-2804** <br> **Hon. Dan A. Polster** |

**NOTICE OF SERVICE OF DEFENDANTS JANSSEN PHARMACEUTICALS, INC. AND JOHNSON & JOHNSON'S REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Docket No. 1719, Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson ("Defendants") hereby provide notice that on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Defendants' Reply in Support of Defendants' Motion for Summary Judgment;

- Declaration of Jennifer D. Cardelús in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment, along with the corresponding Exhibits; and

- Summary Sheet for Defendants' Reply in Support of Defendants' Motion for Summary Judgment (attached as Exhibit A).

Dated: August 16, 2019

Respectfully Submitted,

<u>/s/ *Charles C. Lifland*</u>
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Charles C. Lifland, hereby certify that the foregoing document was served on August 16, 2019, via electronic transfer to all counsel of record, consistent with the Court's order.

/s/ *Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com