# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,* Case No. 18-op-45090 | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,* Case No. 17-op-45004 | |

**NOTICE OF SERVICE OF WALGREENS' REPLY IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Dkt. 1719 and 1813, Defendants Walgreen Co. and Walgreen Eastern Co. ("Walgreens") hereby provide notice that on August 16, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Walgreens' Reply in Support of Its Motion for Summary Judgment; and

- Summary Sheet for Walgreens' Reply in Support of Its Motion for Summary Judgment (also attached hereto as Exhibit A).

Dated: August 16, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
matthew.brewer@bartlitbeck.com

Lester C. Houtz
Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
les.houtz@bartlitbeck.com
alex.harris@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2019, a notice of the foregoing has been served via CM/ECF to all counsel of record, and copies have been served on the same by email.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Counsel for Walgreen Co. and Walgreen Eastern Co.*