UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −106)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,669 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 15, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                          MDL No. 2804

SCHEDULE CTO−106 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 19−00544 | Covington County, Alabama v. Purdue Pharma L.P. et al |
| **IDAHO** | | | |
| ID | 1 | 19−00286 | State of Idaho v. Endo Health Solutions Inc. et al |
| ID | 4 | 19−00294 | Bingham County v. Purdue Pharma, L.P. et al |
| **LOUISIANA EASTERN** | | | |
| ~~LAE~~ | ~~2~~ | ~~19−11771~~ | ~~City of Slidell v. Purdue Pharma LP et al~~  Opposed 8/8/19 |
| **MINNESOTA** | | | |
| MN | 0 | 19−01995 | City of North St. Paul, Minnesota v. Purdue Pharma L.P. et al |
| **NEW JERSEY** | | | |
| NJ | 2 | 19−15809 | PASSAIC COUNTY, NEW JERSEY v. PURDUE PHARMA L.P. et al |
| **OKLAHOMA WESTERN** | | | |
| ~~OKW~~ | ~~5~~ | ~~19−00703~~ | ~~Board of County Commissioners of Grady County v. Purdue Pharma LP et al~~  Opposed 8/14/19 |
| ~~OKW~~ | ~~5~~ | ~~19−00710~~ | ~~Board of County Commissioners of Caddo County v. Purdue Pharma LP et al~~  Opposed 8/14/19 |
| ~~OKW~~ | ~~5~~ | ~~19−00711~~ | ~~Shawnee City of v. Purdue Pharma LP et al~~  Opposed 8/14/19 |
| **SOUTH CAROLINA** | | | |
| SC | 2 | 19−02099 | Charleston County, South Carolina v. Purdue Pharma LP et al |
| **TEXAS SOUTHERN** | | | |

| | | | | |
|---|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~19-02815~~ | ~~County of Kleberg v. CVS Health Corporation~~ | Opposed 8/13/19 |
| ~~TXS~~ | ~~4~~ | ~~19-02816~~ | ~~County of Jim Hogg v. CVS Health Corporation~~ | Opposed 8/13/19 |