**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P.*, Case No. 17-op-5004 | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster<br>Mag. Judge David A. Ruiz |

**PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN CAUSES OF ACTION**

Plaintiffs Summit County and Cuyahoga County ("Plaintiffs") submit this notice to the Court dismissing the following causes of action pled in their Third Amended Complaints. (*See* Dkt. Nos. 1466 and 1631.)

Plaintiffs dismiss the following causes of action: (1) Negligence (Seventh Claim for Relief); (2) Common Law Fraud (Eighth Claim for Relief); (3) Injury Through Criminal Acts (Ninth Claim for Relief); and (4) Unjust Enrichment (Tenth Claim for Relief).

Dated: August 19, 2019

                                                Napoli Shkolnik PLLC

                                                */s Hunter J. Shkolnik*
                                                Hunter J. Shkolnik (admitted *pro hac vice*)
                                                Salvatore C. Badala (admitted *pro hac vice*)
                                                Joseph L. Ciaccio (admitted *pro hac vice*)
                                                360 Lexington Avenue
                                                New York, New York 10017
                                                hunter@napolilaw.com
                                                sbadala@napolilaw.com
                                                jciaccio@napolilaw.com
                                                Phone: (212) 397-1000

Plevin & Gallucci

*/s Frank Gallucci*
Frank Gallucci (0072680)
55 Public Square, Suite 2222
Cleveland, Ohio 44113
fgallucci@pglawyer.com
Phone: (216) 861-0804

*Counsel for Plaintiff Cuyahoga County*

Motely Rice LLC

By: */s/ Linda Singer*
Linda Singer
Joseph F. Rice
Jodi Westbrook Flowers
Anne McGinness Kearse
David I. Ackerman
Jeffrey C. Nelson
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: (202) 232-5504

*Counsel for Plaintiff Summit County*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.

*/s Salvatore C. Badala*