UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,<br><br>-against-<br><br>THIS DOCUMENT RELATES TO: ALL CASES, | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

**THE HOLDING COMPANY DEFENDANTS'**
**NOTICE REGARDING WAIVER OF SERVICE**

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraphs 6.d., Defendants Pharmaceutical Research Associates L.P. f/k/a Purdue Holdings L.P.; BR Holdings Associates Inc.; PLP Associates Holdings L.P.; PLP Associates Holdings Inc., and BR Holdings Associates L.P. ("the Purdue Holding Company Defendants") hereby submit this notice regarding waiver of service. The proper forms for waiver of service for the Purdue Holding Company Defendants are attached to this notice as Exhibit A. The standard form has been modified to reflect this Court's orders. Requests for waiver of service to the Purdue Holding Company Defendants should be made, complete with all required case information and PDF copies of the complaint and any exhibits, via email to the undersigned counsel.

Date: August 19, 2019

Respectfully submitted,

*/s/ Helene Hechtkopf*
Helene Hechtkopf
Hoguet Newman Regal & Kenney, LLP
10 East 40th Street, 35th Floor
New York, NY 10016
Phone: 212-689-8808
hhechtkopf@hnrklaw.com

*Attorneys for Defendants:*
*Pharmaceutical Research Associates L.P., f/k/a*
*Purdue Holdings L.P.*
*BR Holdings Associates Inc.*
*BR Holdings Associates L.P.*
*PLP Associates Holdings L.P.*
*PLP Associates Holdings Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of August, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Helene Hechtkopf*
Helene Hechtkopf
Hoguet Newman Regal & Kenney, LLP
10 East 40th Street, 35th Floor
New York, NY 10016
Phone: 212-689-8808
hhechtkopf@hnrklaw.com

*Attorneys for Defendants:*
*Pharmaceutical Research Associates L.P., f/k/a*
*Purdue Holdings L.P.*
*BR Holdings Associates Inc.*
*BR Holdings Associates L.P.*
*PLP Associates Holdings L.P.*
*PLP Associates Holdings Inc.*