IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 17-op-45004 | Judge Dan Aaron Polster |

**PLAINTIFFS AND H. D. SMITH HOLDING COMPANIES' JOINT MOTION TO DISMISS DEFENDANTS H. D. SMITH HOLDINGS, LLC AND H. D. SMITH HOLDING COMPANY**

Plaintiffs, County of Cuyahoga, Ohio and State of Ohio ex rel. Michael O'Malley as Prosecuting Attorney of Cuyahoga County (collectively, "Plaintiffs"), and Defendants, H. D. Smith Holdings, LLC and H. D. Smith Holding Company (collectively, the "H. D. Smith Holding Companies"), by and through the undersigned counsel, submit this joint motion to dismiss H. D. Smith Holdings, LLC and H. D. Smith Holding Company from this action. In support of this joint motion, Plaintiffs and the H. D. Smith Holding Companies state that Plaintiffs' Executive Committee (PEC) has agreed to dismiss the H. D. Smith Holding Companies from the above-captioned matter scheduled for trial on October 21, 2019 ("CT1 Trial"). This dismissal of the H. D. Smith Holding Companies will further streamline the October 21, 2019 CT1 Trial and will alleviate the need for the Court to rule on the H. D. Smith Holding Companies' pending motion to dismiss based on lack of personal jurisdiction, filed on October 2, 2018 (ECF No. 1015).

This motion does not relate to or affect Plaintiffs' claims in this action against Defendant H. D. Smith, LLC (f/k/a H. D. Smith Wholesale Drug Company)—which has been severed for purposes of the October 21, 2019 CT1 Trial—and is limited solely to the claims in this action,

Case No. 17-op-45004,[1] and has no bearing on the cases this Court has assigned as Track Two or any other cases pending in the MDL.

Accordingly, Plaintiffs and the H. D. Smith Holding Companies request that the Court dismiss H. D. Smith Holdings, LLC and H. D. Smith Holding Company from this action, with each such party to bear its own costs, attorneys' fees, and expenses related to this matter.

Dated:   August 20, 2019                                   Respectfully submitted,

/s/ William E. Padgett
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:     (317) 236-1313
Fax:    (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

/s/ Peter H. Winberger
Peter H. Winberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
Tel:     (216) 696-3232
Fax:    (216) 696-3924
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY  10017
Tel:     (212) 397-1000
Fax:    (646) 843-7603
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

/s/ Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY  10016
Tel:     (212) 784-6400
Fax:    (212) 213-5949
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel:     (843) 216-9000
Fax:    (843) 216-9290
jrice@motleyrice.com

Paul T. Farrell, Jr.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV  25701
Tel:     (304) 525-9115
Tel:     (800) 479-0053
Fax:    (304) 529-3284
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

---

[1] Neither the H. D. Smith Holding Companies nor H. D. Smith, LLC are defendants in the Summit County lawsuit.

## CERTIFICATE OF SERVICE

  I, William E. Padgett, certify that the foregoing document was served on August 20, 2019, via the Court's ECF system to all counsel of record.

              */s/ William E. Padgett*
              William E. Padgett