# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.* <br> Case No. 17-op-45004 | Judge Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING PLAINTIFFS AND H. D. SMITH HOLDING COMPANIES' JOINT MOTION TO DISMISS H. D. SMITH HOLDINGS, LLC AND H. D. SMITH HOLDING COMPANY

Having considered the Plaintiffs and H. D. Smith Holding Companies' Joint Motion to Dismiss H. D. Smith Holdings, LLC and H. D. Smith Holding Company, it is hereby:

**ORDERED** THAT THE Joint Motion to Dismiss H. D. Smith Holdings, LLC and H. D. Smith Holding Company is **GRANTED**.  H. D. Smith Holdings, LLC and H. D. Smith Holding Company are dismissed from this action, Case No. 17-op-45004.  This Order does not relate to or affect Plaintiffs' claims in this action against Defendant H. D. Smith, LLC (f/k/a H. D. Smith Wholesale Drug Company).  The parties will bear their own costs, attorneys' fees and expenses.

_____
Hon. Dan A. Polster
United States District Judge