# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*City of Fargo, North Dakota v. Purdue Pharma L.P. et al.*<br>Case No. 1:19-op-45675-DAP | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>HON. DAN AARON POLSTER |

### NOTICE OF ECF SERVICE OF PLAINTIFF CITY OF FARGO'S FURTHER RESPONSE TO PLAINTIFFS' RENEWED AND AMENDED MOTION FOR CERTIFICATION OF RULE 23(B)(3)

On August 13, 2019, the City of Fargo, North Dakota electronically filed Plaintiff City of Fargo's Further Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class (Docket No. 2217) on the MDL docket with the Clerk of the Court using the CM/ECF system. The MDL case manager for this MDL later informed counsel for the City of Fargo that due to technical error with the Ohio Northern District CM/ECF system, email notification of electronic filing was not sent to all parties of record. Attached hereto as **Exhibit A** is a copy of the Plaintiff City of Fargo's Further Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class, filed on August 13, 2019.

Dated: August 20, 2019                                                    ANDRUS ANDERSON LLP

By: */s/ Jennie Lee Anderson*
      Jennie Lee Anderson

Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104

Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Attorney for Plaintiff City of Fargo*