IN THE UNITED STATES DISTRICT COURT

NORTHERN DIVISION

NATIONAL OPIATE LITIGATION  Judge: DAN POLSTER

Case No: 1:17-cv-2804

MOTION FOR LEAVE TO FILE BRIEF

AS AMICUS CURIAE

Christopher Stegawski, M.D. is submitting this Leave to File Amicus Curiae Brief (Letter) as it explains the cause of massive opiates use which is the basis for National Opiate Litigation.

Movant took care of chronic pain patients suffering for years from chronic pain in Southern Ohio, one of the area of massive opiates use and realized that many patients suffer from undiscovered disease causing chronic pain and then became ill himself and reported the disease to CDC in 2011 under the name of Fibromyalgia scioto as tick transmitted disease. Movant identified surprising evidence confirming etiology of the disease and explaining state to state difference in opiate use.

Society's response to epidemic is the same as 500 years ago on another continent. Moribound air came, causing massive casualties. Witches having contacts with devil were accused of casting a spell; cyrulics were evidently spreading the disease for their personal gain. The coccoctions witches prepared were not working.

Witches were pharmacologists and pharmacists of those days and cyrulics are now called physicians. But history repeats itself.

-1-

Discovery of Fibromyalgia scioto, curable or treatable disease, puts National Opiates Litigation in a new light and will affect demand for opiates pain treatment, as 90% of opiate use in most affected states may be due to this disease. The Amicus Brief explains it further.

Disclosures:

Movant is physician who is prosecuted for treating pain patients, despite results: reduction of medications of patients for many years previously treated with opiates, what eliminated overdose mortality. During trial 93% of time was allocated to prosecution and most of prosecutorial claims were not adversarily tested.

Movant recently filed §2255 motion in which Fibromyalgia scioto is for the first time presented as public information.

Movant's interest is to spread the knowledge that reason for prescription opiate epidemic is that it is not opiate epidemic. It may prevent also reversals of National Opiate Litigation trials based on new evidence.

Movant prepared brief based on his own discoveries, without any financial support from any entity.

> Medical mistakes
> were, are and will be happening.
> It's not how rong we are,
> but how quickly we correct.

> It may be first time
> in the history of the World,
> that patients, doctors and pharmacists
> are prosecuted in futile hope
> to stop the disease, without knowing
> that it exists.

Respectfully submitted,

*[signature]*

Christopher Stegawski, M.D.

58010-060

Federal Prison Camp

P O Box 6000

Ashland, KY 41105