UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 17-op-45004 | |

**Declaration of Katherine M. Swift in Support of
Defendants' Motion to Exclude Opinions Offered by James Rafalski**

Pursuant to 28 U.S.C. § 1746, I, Katherine M. Swift, hereby declare as follows:

1. I am a partner in the Chicago, Illinois office of Bartlit Beck LLP and counsel for Walgreen Co. and Walgreen Eastern Co., Inc. ("Walgreens") in the above-captioned cases.

2. I make this declaration in support of the Reply in Support of Defendants' Motion to Exclude the Opinions Offered by James Rafalski and to place before the Court true and correct copies of the attached document.

3. Attached as **Exhibit 1** is a true and correct copy of a letter from Ava Rotell Dustin (U.S. Department of Justice) to Linda Singer, dated April 12, 2019.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 16th day of August, 2019.

>   */s/ Katherine M. Swift*
>   Katherine M. Swift
>   **BARTLIT BECK LLP**
>   54 W. Hubbard Street
>   Chicago, Il 60654
>   (312) 494-4400

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2019, a notice of the foregoing has been served via CM/ECF to all counsel of record.

>*/s/ Katherine M. Swift*
>Katherine M. Swift
>
>*Attorney for Walgreen Co. and Walgreen Eastern Co.*