## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

**DECLARATION OF EMILY S. ULLMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF KATHERINE KEYES, ANNA LEMBKE & JONATHAN GRUBER RE THE "GATEWAY HYPOTHESIS" OF CAUSATION**

I, Emily S. Ullman, declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP and counsel to Defendant McKesson Corporation in this action.

2. I make this declaration to place before the Court certain materials relied on in Defendants' Reply in Support of Their Motion to Exclude Expert Testimony of Katherine Keyes, Anna Lembke & Jonathan Gruber Re The "Gateway Hypothesis" of Causation.

3. Attached as **Exhibit 1** is a true and correct copy of a Letter from Harvey A. Siegal, Am Fam Physician. 2003 Dec 1;68(11):2134, *published in reply to* Letter from Erik W.

Gunderson, No data to show link between opioid abuse and heroin use.  Am Fam Physician. 2003 Dec 1;68(11):2134.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 16th day of August 2019, in Washington, D.C.

                                      */s/ Emily S. Ullman*  
                                      EMILY S. ULLMAN