**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF WILLIAM T. DAVISON IN SUPPORT OF
MALLINCKRODT'S REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, William T. Davison, declare as follows:

1. I am an attorney at the law firm of Ropes & Gray LLP and counsel to Defendants Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1] ("Mallinckrodt").

2. I make this declaration on behalf of Mallinckrodt in support of its Reply Memorandum in Support of its Motion for Partial Summary Judgment.

3. Attached as **Exhibit 1** is a true and correct copy of the website printout and corresponding documentation reflecting its capture, marked as Exhibit 20 during the April 23, 2019 deposition of Matthew Perri.

4. Attached as **Exhibit 2** is a true and correct copy of an email correspondence from Plaintiffs' attorney, Dean Kawamoto, to Mallinckrodt attorney, Jennifer Pantina, seeking a meet and confer to discuss Mallinckrodt's document production, dated January 3, 2019. Along with this email is a true and correct copy of the excel spreadsheet attached to the January 3, 2019 email, detailing Mallinckrodt's document production.

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its motion to dismiss for lack of personal jurisdiction; it is specially appearing for this motion, and, thus, it does not waive and expressly preserves its personal jurisdiction challenges.

Executed this 16th day of August, 2019.

*/s/ William T. Davison*
William T. Davison
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7135

*Attorney for Defendants Mallinckrodt LLC and SpecGx LLC, and appearing specially for Mallinckrodt plc*

-3-

## CERTIFICATE OF SERVICE

I, Brien T. O'Connor, hereby certify that the foregoing document was served via file transfer protocol to all counsel of record.

*/s/ Brien T. O'Connor*
Brien T. O'Connor
