# EXHIBIT 2

| | |
|---|---|
| **From:** | Dean Kawamoto <dkawamoto@KellerRohrback.com> |
| **Sent:** | Thursday, January 03, 2019 6:48 PM |
| **To:** | Pantina, Jennifer |
| **Cc:** | O'Connor, Andrew; Tsai, Rocky C.; Davison, William; Derek Loeser; David Ko; Aelish Baig; Mark Chalos; Cate Brewer |
| **Subject:** | Document Date Range [EXTERNAL] |
| **Attachments:** | Mallinckrodt Documents Produced by Year.xlsx |

Jennifer – Given that Mallinckrodt's document production is now substantially complete, RICOH provided us with the attached chart indicating the date range for various documents produced by Mallinckrodt. We are concerned that we appear to have very few documents from the pre-2006 time period. Can we please set up a meet and confer so that we can better understand why this is the case? Many thanks.

Dean


----------------------------

Dean Kawamoto
Keller Rohrback L.L.P.
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: dkawamoto@kellerrohrback.com<mailto:dkawamoto@kellerrohrback.com>
CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

| DocDate | Grand Total |
|---|---|
| 1995 | 102 |
| 1996 | 149 |
| 1997 | 146 |
| 1998 | 249 |
| 1999 | 476 |
| 2000 | 851 |
| 2001 | 1,090 |
| 2002 | 1,295 |
| 2003 | 1,476 |
| 2004 | 2,409 |
| 2005 | 7,045 |
| 2006 | 13,840 |
| 2007 | 27,266 |
| 2008 | 39,156 |
| 2009 | 65,340 |
| 2010 | 109,877 |
| 2011 | 159,888 |
| 2012 | 193,408 |
| 2013 | 183,066 |
| 2014 | 202,616 |
| 2015 | 107,470 |
| 2016 | 75,095 |
| 2017 | 66,770 |
| (blank) | 4,864 |
| Grand Total | 1,263,944 |