UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                                                 MDL No. 2804

(SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on July 31, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs *Town of Pearl River* and *Mandeville City* filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-105" filed on July 31, 2019, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                  MDL No. 2804

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| LOUISIANA EASTERN | | | |
| LAE | 2 | 19−11726 | Mandeville City v. Purdue Pharma LP, et al |
| LAE | 2 | 19−11775 | Town of Pearl River v. Purdue Pharma LP et al |