| | |
|---|---|
| **From:** | Devlin, Frank R. [/O=CVS/OU=HQ/CN=RECIPIENTS/CN=FRDEVLIN] |
| **Sent:** | 5/16/2011 3:56:16 PM |
| **To:** | Mortelliti, John H. [JHMortelliti@cvs.com] |
| **Subject:** | FW: DEA presentation |
| **Attachments:** | DEA Speaking Points IRR.ppt |

**From:** Mortelliti, John H.
**Sent:** Friday, February 11, 2011 3:32 PM
**To:** Devlin, Frank R.; Humphries, Sean J.
**Cc:** Byers, Denise
**Subject:** DEA presentation

Frank,

I explained to them that this is a changing document due to the new LP Analyst position. I also explained how all the pieces tie together to close the loop on PSE and Controls between the DC and the stores. They asked several questions about how the stores handle suspicious orders. I explained that I don't want to speak for the stores because they have several tools and software applications I am not familiar with. I explained that I can only speak about what we consider to be suspicious.

* DEA had several questions regarding Suspicious Orders.
* I started answering their questions then realized what they were looking for was the IRR
* All questioning was answered by the IRR (control and PSE). The IRR and the PPoint appeared to have pleased the agents. They had no other questions concerning Suspicious Orders.
* DEA is now cycle counting 7 control drug items and 2 PSE items
* Agents requested all background checks for control drug area
* Requested master "latest update" control drug area approved list
* Requested corp officer info
* Requested Biennial Inv
* Requested copy of IRR (Control Drug/PSE)
* Requested PPoint (approved for DEA)
* Requested adjustments for control drugs

Prior to the agents going to RX for cycle counts, I jokingly asked Donna Walker if this was going to be another 9 month audit. She laughed and said that she plans on this being a "quick in and out" audit. I don't want to give a false sense of relief but I do feel that things are going good so far. Now we need to get a perfect reconciliation and we are good.

Denise,

Please complete a Word Doc recap and keep it active and updated until audit is completed. Forward the doc to Sean everyday that a change is made (or agents show up). I will continue to monitor the audit as well.

*John Mortelliti*
*Logistics Loss Prevention*
*(609) 267-6700 #6801*

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.