# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

This document relates to:

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*
Case No. 18-op-45090

*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*
Case No. 17-op-45004

MDL No. 2804

Hon. Dan Aaron Polster

## DECLARATION OF ASHLEY W. HARDIN
## IN SUPPORT OF DISTRIBUTORS' AND MANUFACTURERS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS

I, Ashley W. Hardin, declare as follows:

1. I am an attorney at Williams & Connolly LLP, counsel for Defendant Cardinal Health, Inc. in the above-captioned case.

2. I submit this declaration in support of Distributors' and Manufacturers' Reply in Support of Motion for Partial Summary Judgment on Statute of Limitations Grounds.

3. Attached as Exhibit 173 is a true and correct copy of the September 13, 2018 Letter from Hunter J. Shkolnik on behalf of the Plaintiffs' Executive Committee to Special Master David Cohen.

4. Attached as Exhibit 174 is a true and correct copy of the January 30, 2019 Letter from Anne McGinness Kearse to Paul Boehm.

Dated:  August 16, 2019                    Respectfully submitted,

                                                  */s/ Ashley W. Hardin*
WILLIAMS & CONNOLLY LLP
Ashley W. Hardin
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
ahardin@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

    I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                      */s/ Ashley W. Hardin*_____
                                      Ashley W. Hardin