**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(EASTERN DIVISION)**

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION            MDL No. 2804
                                                          Case No. 1:17-md-02804
                                                          Judge Dan A. Polster

**MOTION TO WITHDRAW AS COUNSEL**

Robert M. Stonestreet and Babst, Calland, Clements & Zomnir, P.C. move the Court pursuant to Local Rule 83.9 for an Order allowing him and his firm to withdraw as counsel for Defendant Miami-Luken, Inc. ("Miami-Luken") in the matter styled as "Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.," Case No. 2:17-op-45059 as consolidated into the above-styled matter.

Miami-Luken consents to the withdrawal of counsel as evidenced by Exhibit A attached hereto. Further, Miami-Luken, Inc. will continue to be represented by counsel, Lisa L. Lilly and Francis & Lilly, PLLC, who filed a notice of appearance on August 14, 2019 (ECF 48).

A proposed order is attached as Exhibit B.

                                                       Respectfully submitted,

                                                     *s/ Robert M. Stonestreet*
                                                     Robert M. Stonestreet (OH Bar #095383)
                                                     **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
                                                     300 Summers Street, Suite 1000
                                                     Charleston, WV 25301
                                                     Telephone: 681-205-8888
                                                     Facsimile: 681-205-8814
                                                     rstonestreet@babstcalland.com

{B4447266.2}

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 1:17-md-02804
Judge Dan A. Polster

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, I electronically filed a true and correct copy of the foregoing *"Motion to Withdraw as Counsel"* with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record registered in this matter.

**MIAMI-LUKEN, INC.**

**By Counsel**,

*s/ Robert M. Stonestreet*
Robert M. Stonestreet (OH State Bar #095383)

{B4447266.2}