# EXHIBIT A

**From:** Hochartz, Linda
**Sent:** Thursday, August 15, 2019 9:35 AM
**To:** Schulz, Mychal S.
**Subject:** RE: Representation of Miami-Luken in Case 1:17-op-45059-DAP (Livinggood v. WV Board of Pharmacy, et. al)

ATTENTION: Email sent from outside Babst Calland.

Mychal: I have been informed that Lisa Lilly filed her NoA in this case.

**Linda M. Hochartz**
Legal Secretary

T: 216.430.2049                         600 Superior Avenue
lhochartz@mcdonaldhopkins.com           Suite 2100
www.mcdonaldhopkins.com                 Cleveland, OH 44114



A business advisory and advocacy law firm®

**From:** Schulz, Mychal S. [mailto:MSchulz@babstcalland.com]
**Sent:** Friday, August 09, 2019 10:51 AM
**To:** Hochartz, Linda
**Cc:** Stonestreet, Robert M.; Matheny, Michele L.
**Subject:** RE: Representation of Miami-Luken in Case 1:17-op-45059-DAP (Livinggood v. WV Board of Pharmacy, et. al)

Linda:

The Livinggood case is the only case in which we have made an appearance for Miami-Luken.

Let me know when you have engaged new local counsel.

Thanks! Mychal

**From:** Hochartz, Linda <lhochartz@mcdonaldhopkins.com>
**Sent:** Wednesday, August 7, 2019 8:50 AM
**To:** Schulz, Mychal S. <MSchulz@babstcalland.com>
**Subject:** FW: Representation of Miami-Luken in Case 1:17-op-45059-DAP (Livinggood v. WV Board of Pharmacy, et. al)

ATTENTION: Email sent from outside Babst Calland.

Mr. Schulz: I have confirmed with Richard Blake that you may withdraw once we engage new local counsel. Are there any other cases besides the Livinggood case referenced in your email?

**Linda M. Hochartz**
Legal Secretary

**T: 216.430.2049**                    600 Superior Avenue
**lhochartz@mcdonaldhopkins.com**      Suite 2100
**www.mcdonaldhopkins.com**            Cleveland, OH 44114



A business advisory and advocacy law firm®

**From:** "Schulz, Mychal S." <MSchulz@babstcalland.com>
**Date:** August 5, 2019 at 8:48:34 AM EDT
**To:** "rblake@mcdonaldhopkins.com" <rblake@mcdonaldhopkins.com>
**Cc:** "Stonestreet, Robert M." <RStonestreet@babstcalland.com>, "Matheny, Michele L." <MMatheny@babstcalland.com>
**Subject: RE: Representation of Miami-Luken in Case 1:17-op-45059-DAP (Livinggood v. WV Board of Pharmacy, et. al)**

Hi, Richard. Just a gentle follow-up to my note below.

Thanks. Mychal

**From:** Schulz, Mychal S.
**Sent:** Tuesday, July 30, 2019 3:56 PM
**To:** 'rblake@mcdonaldhopkins.com' <rblake@mcdonaldhopkins.com>
**Cc:** Robert Stonestreet (rstonestreet@babstcalland.com) <rstonestreet@babstcalland.com>; Matheny, Michele L. <MMatheny@babstcalland.com>
**Subject:** Representation of Miami-Luken in Case 1:17-op-45059-DAP (Livinggood v. WV Board of Pharmacy, et. al)
**Importance:** High

Richard:

We were asked by Laurie Miller at Jackson Kelly in Charleston, West Virginia, to appear as local counsel in this matter early last year as Jackson Kelly had a conflict representing Miami-Luken in claims asserted by the Town of Gilbert, WV.

As the case was transferred to the MDL around that time, we have had virtually no active involvement in this matter, though my partner, Robert Stonestreet, continues to receive ECF notices.

I understand that Jackson Kelly has withdrawn as counsel for Miami-Luken in all of the opioid cases, and you have now appeared as counsel for Miami-Luken in all of these cases. My inquiry is whether Babst

2

Calland may withdraw as counsel in the Livinggood case, the details of which are below, or whether you believe we need to remain as counsel of record for Miami-Luken in this matter.

I appreciate your attention to this and ask that you call with any questions or concerns.

Mychal

**Mychal Sommer Schulz**
Attorney at Law
mschulz@babstcalland.com



BB&T Square
300 Summers Street
Suite 1000
Charleston, WV 25301
**Direct:** 681-265-1363
**Main:** 681.265.8888
**Fax:** 681.265.2116
**www.babstcalland.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Babst, Calland, Clements & Zomnir, P.C.

**From:** ohndecf@ohnd.uscourts.gov [mailto:ohndecf@ohnd.uscourts.gov]
**Sent:** Wednesday, February 14, 2018 4:41 PM
**To:** OHNDdb_NEF@ohnd.uscourts.gov
**Subject:** Activity in Case 1:17-op-45059-DAP Livinggood v. West Virginia Board of Pharmacy et al Motion to substitute attorney

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Ohio**

## Notice of Electronic Filing

The following transaction was entered by Stonestreet, Robert on 2/14/2018 at 4:40 PM EST and filed on 2/14/2018

**Case Name:**      Livinggood v. West Virginia Board of Pharmacy et al

**Case Number:**     1:17-op-45059-DAP
**Filer:**           Miami-Luken, Inc.
**Document Number:** 45

**Docket Text:**
**Motion to substitute attorney *Robert M. Stonestreet and the law firm of Babst Calland Clements & Zomnir, P.C.* in place of attorney *Thomas Hurney, Laurie Miller and the law firm of Jackson Kelly, PLLC* filed by Defendant Miami-Luken, Inc.. (Attachments: # (1) Exhibit 1 - 02/12/18 LTF Laurie Miller, # (2) Exhibit 2 02/12 LTF Laurie Miller to all counsel, # (3) Exhibit 3 proposed Order)(Stonestreet, Robert)**