# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# (EASTERN DIVISION)

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 1:17-md-02804
Judge Dan A. Polster

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Robert M. Stonestreet and Babst, Calland, Clements & Zomnir, P.C. have moved to withdraw as counsel for Defendant Miami-Luken, Inc. in the matter styled as "Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.," Case No. 2:17-op-45059 as consolidated into the above-styled matter.

For good cause shown, the Court **GRANTS** the Motion to Withdraw, and **DIRECTS** the Clerk to terminate Robert M. Stonestreet and Babst, Calland, Clements & Zomnir, P.C. as counsel of record for Miami-Luken, Inc. in the matter styled as "Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.," Case No. 2:17-op-45059 as consolidated into the above-styled matter.

It is so **ORDERED**.

DATED: _____, 2019.

_____
Hon. Dan A. Polster
United States District Judge

{B4459108.1}