# EXHIBIT 2

**Harper and Heim Share of Total Henry Schein Inc. Purchases[1]**
*Summit County, OH, 2006-2018*

| Customer Name | Customer ID | Total Purchases for All Products | Share of Total Summit Purchases |
|---|---|---|---|
| Heim | 2568230 | $14,484 | 0.02% |
| Harper | 514404 | $22,254 | 0.03% |

---

[1] The data in the table is derived from Schein's previously produced and voluminous transactional data (HSI Opioid Sales 1.1.06 to 12.31.18.xlsx and 2019.05.19 – HSI Total Transactions to Summit county 2006-2018.xlsx).  For the convenience of the Court and in accordance with Federal Rules of Evidence 1006, Henry Schein submits this summary in lieu of those voluminous spreadsheets.