# EXHIBIT 5

Confidential - Subject to Protective Order



# License Look Up

5/29/2019 2:39 PM

## Brian  David  Heim

| | |
|---|---|
| Status | Inactive |
| Sub-Status | Board Action |
| Board | Medical Board |
| License Type | Doctor of Medicine (MD) |
| License Number | 35.071122 |
| License Issue Date | 09/16/1996 |
| License Expiration Date | 10/01/2014 |
| License Effective Date | 10/02/2012 |
| City | AKRON |
| State | OH |
| Country | |
| Board Action | Yes |

Board Action Details 05/08/2013: BOARD ORDER - Medical license revoked. Based on doctor's conviction in the Summit County Court of Common Pleas on one misdemeanor count of Obstructing Official Business and on the doctor's surrender of his Drug Enforcement Administration Certificate of Registration. (Journal Entry – No hearing requested.) Order effective 5/9/13.
02/13/2013: CITATION - Based on doctor's conviction in the Summit County Court of Common Pleas on one misdemeanor count of Obstructing Official Business and on the doctor's surrender of his Drug Enforcement Administration Certificate of Registration. Notice of opportunity for hearing mailed 2/14/13.
01/12/2005: PROBATION TERMINATED - Doctor's request for release from terms of 9/9/98 consent agreement granted by vote of the Board on 1/12/05.
07/09/2003: PROBATION MODIFIED - DOCTOR'S REQUEST TO ELIMINATE CHART REVIEW REQUIREMENT GRANTED BY VOTE OF THE BOARD ON 7/9/03.
01/09/2002: PROBATION MODIFIED - DOCTOR'S REQUEST TO REAPPLY FOR D.E.A. CERTIFICATE TO PRESCRIBE, ADMINISTER, DISPENSE, ORDER, WRITE ORDERS FOR, GIVE VERBAL ORDERS FOR OR POSSESS ALL SCHEDULE DRUGS GRANTED BY VOTE OF THE BOARD ON 1/9/02, SUBJECT TO HIS MAINTAINING A LOG OF ALL DRUGS PRESCRIBED, ORDERED AND

DISPENSED.

07/11/2001: PROBATION MODIFIED - DOCTOR'S REQUEST TO REDUCE REQUIRED PERSONAL APPEARANCES TO EVERY SIX MONTHS GRANTED BY VOTE OF THE BOARD ON 7/11/01.

04/11/2001: PROBATION MODIFIED - DOCTOR'S REQUEST FOR AUTHORIZATION TO REAPPLY FOR HIS D.E.A. CERTIFICATE TO PRESCRIBE, ADMINISTER, DISPENSE, WRITE ORDERS FOR, GIVE VERBAL ORDERS FOR OR POSSESS SCHEDULE IV AND V CONTROLLED SUBSTANCES GRANTED BY VOTE OF THE BOARD ON 4/11/01, SUBJECT TO DOCTOR'S MAINTENANCE OF A LOG OF ALL DRUGS PRESCRIBED, ORDERED AND DISPENSED.

10/11/2000: PROBATION MODIFIED - DOCTOR'S REQUEST TO REDUCE REQUIRED DRUG SCREENS TO BIMONTHLY GRANTED BY VOTE OF THE BOARD ON 10/11/00.

06/13/2000: PROBATION MODIFIED - DOCTOR'S REQUEST TO USE HOSPITAL D.E.A. NUMBER GRANTED BY VOTE OF THE BOARD ON 6/13/00, PROVIDED THAT HE MAINTAIN A LOG OF ALL DRUGS ORDERED, PRESCRIBED OR ADMINISTERED.

09/08/1999: REINSTATEMENT - DOCTOR'S REQUEST FOR REINSTATEMENT GRANTED BY VOTE OF THE BOARD ON 9/8/99, SUBJECT TO PROBATIONARY TERMS, CONDITIONS AND LIMITATIONS IMPOSED BY 9/9/98 CONSENT AGREEMENT.

09/09/1998: CONSENT AGREEMENT - PERMANENT REVOCATION OF MEDICAL LICENSE STAYED SUBJECT TO SUSPENSION FOR AT LEAST ONE YEAR; INTERIM MONITORING CONDITIONS, CONDITIONS FOR REINSTATEMENT, AND SUBSEQUENT PROBATIONARY TERMS, CONDITIONS AND LIMITATIONS FOR AT LEAST FIVE YEARS ESTABLISHED. BASED ON DOCTOR'S ADMISSION THAT HE PLEAD GUILTY TO 24 FELONY COUNTS OF THEFT OF DRUGS AND 21 FELONY COUNTS OF ILLEGAL PROCESSING OF DRUG DOCUMENTS, FOR WHICH HE WAS FOUND ELIGIBLE FOR TREATMENT IN LIEU OF CONVICTION; AND HIS ADMISSION THAT HIS ABILITY TO PRACTICE IS IMPAIRED BY EXCESSIVE OR HABITUAL USE OF DRUGS OR ALCOHOL. AGREEMENT EFFECTIVE 9/9/98.

07/08/1998: PRE-HEARING SUSPENSION - PURSUANT TO SECTION 3719.121(C), O.R.C., DOCTOR'S MEDICAL LICENSE IMMEDIATELY SUSPENDED BASED ON HIS PLEA OF GUILTY TO 24 FELONY COUNTS OF THEFT OF DRUGS AND 21 FELONY COUNTS OF ILLEGAL PROCESSING OF DRUG DOCUMENTS, FOR WHICH HE WAS FOUND ELIGIBLE FOR TREATMENT IN LIEU OF CONVICTION. NOTICE MAILED 7/9/98.

07/08/1998: CITATION - BASED ON DOCTOR'S PLEA OF GUILTY TO 24 FELONY COUNTS OF THEFT OF DRUGS AND 21 FELONY COUNTS OF ILLEGAL PROCESSING OF DRUG DOCUMENTS, FOR WHICH HE WAS FOUND ELIGIBLE FOR TREATMENT IN LIEU OF CONVICTION. ACTS UNDERLYING DOCTOR'S PLEA INVOLVED HIS THEFT OF CONTROLLED SUBSTANCES, INCLUDING MEPERIDINE, DARVOCET N-100 AND MORPHINE, FOR HIS PERSONAL USE FROM THE PRESCRIPTION MEDICATION DISPENSING SYSTEM AT AN IMMEDIATE CARE CENTER. NOTICE OF OPPORTUNITY FOR HEARING MAILED 7/9/98.

Current date & time: **5/29/2019 2:39 PM**

**Disclaimer:** The Joint Commission and NCQA consider on-line status information as fulfilling the primary source verification requirement for verification of licensure in compliance with their respective credentialing standards.