**EXHIBIT 6**

Address Number: <u>2568231</u> Heim, Brian
Document Name: _____

F2 - Hide Comments

| Doc Creation | | | | Sta |
|---|---|---|---|---|
| Typ User | Date | User Entered Comment | | tus |
| SOM SABREU | 08/30/12 | HS ON FILE. | | AVL |
| PHALL | 03/01/12 | WITHIN SCOPE/LTR HS | | |
| TDD DHAGAN | 01/10/12 | W/IV S/A#021736100 X12/12 TC3 | | AVL |
| PHALL | 10/24/11 | WITHIN SCOPE/HS LTR ON FILE | | |
| SOM THARR2 | 08/17/11 | RCVD HS LETTER--APPROVED | | AVL |
| BMIL02 | 06/10/11 | W/TP.WEB S/A X10/13 HEIM | | |
| TDD BMIL02 | 06/03/11 | W/IV 021736100 S/A X12/11 | | AVL |
| STL BMIL02 | 06/03/11 | W/MP L#35.071122 S/A X10/1/12 | | AVL |

<u>Reel Frame</u>  <u>Date</u>  <u>Comment Line</u>  <u>Entered By</u>  <u>Date Ent</u>

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

56093   Case: 1:17-md-02804-DAP Doc #: 2843-7 Filed: 08/26/19 3 of 14. PageID #: 409534

```
Type Data. . . CS
                              10273894                    Eff Date 083012

Action Code. . I
Address Number _____ 2568231 Heim, Brian                              O
                                                                                P
approved to purchase Testosterone, will continue to notify DEA if orders.   _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _
_____  _


    Opt:   1=Insert Line   9=Delete Line            F24=More Keys
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HSI-MDL-00001199

12002177

```
                                                           Type Data. . . CS
                                                           Eff Date 011012
Action Code. . I
Address Number _____ 2568231 Heim, Brian                            O
                                                                           P
Responsible Party: BRIAN HEIM MD _____  _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _
_____    _


    Opt:   1=Insert Line   9=Delete Line          F24=More Keys
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HSI-MDL-00001200

SOM
Type Data. . . CS
Eff Date 081711

14004837

Action Code. . I
Address Number _____ 2568231 Heim, Brian

O
P

heim approved for controls

Opt:    1=Insert Line    9=Delete Line         F24=More Keys

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HSI-MDL-00001201

```
                                                    Search Type .  TDD
                                                    Type Data. . . CS
                          17342282                   Eff Date 060311
Action Code. . I
Address Number _____  2568231  Heim, Brian                    O
                                                                 P
cat 3 responsible party Brian Heim MD                            —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —

        Opt:    1=Insert Line    9=Delete Line         F24=More Keys
```

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**          HSI-MDL-00001202

Type Data. . . CS
Eff Date 060311

10525536

Action Code. . I
Address Number _____ 2568231 Heim, Brian

O
P

solo heim                                                                    —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —
                                                                             —

Opt:    1=Insert Line    9=Delete Line        F24=More Keys

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    HSI-MDL-00001203

Supplemental / Data maintainable Change.   C
Customers                                     Type Data. . . DN

Action Code. . I                                            O
Address Number _____ 2568231 Heim, Brian                 P

8/23/12-as per shaun to eml the dr a new quest- sent  3306684747 PH  _
8/24/12 recieved completed questionnaire placed in bin to be approved fdu6376 _
8/25 gave to shaun  th                                                _
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_

F24=More Keys

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HSI-MDL-00001204



Aug. 24. 2012  9:42AM

No. 3241   P. 1/2

LICENSE VERIFICATION DEPARTMENT
PHONE: (800) 472-4346 Ext. 5025
FAX:    (631) 843-5390

Date: August 23, 2012   Account: 2568231

Brian Heim
3562 Ridge Park Dr Ste A
Akron         OH  US  44333

Dear Dr. Brian Heim ,

Henry Schein, Inc. is required as a distributor of controlled substances and list one chemicals to "Know Our Customer," based on Federal DEA regulations. The information you provide will assist us in our regular and ongoing review process, and help expedite the release of your current and future controlled substance orders.

1.  Please describe your practice type: ☐ Large Group  ☒ Solo practice  ☐ Other list _____

2.  Website (if any) _____

3.  What is your licensed specialty? FAMILY PRACTICE ____ / Current practice specialty? FAMILY PRACTICE _____

4.  Is the practice owned by a licensed practitioner? Yes ☒ No ☐  (If no please provide owners name and occupation)
    _____

5.  Is the above listed address your: Home ☐  Office ☒ or Both ☐ ?

6.  If it's your home address, please list practice address. _____

7.  Business phone number. Land line (330) 668-7878  Fax Line (330) 668-4747 ____  Cell (    ) _____

8.  Number of Practitioners in this office? _O_ PA's _O_ NP's ____ Other (list) _____

9.  Do you have an onsite dispensary? Yes ☐ No ☒

10. Do you accept insurance? Yes ☒ No ☐ , % of patients who pay with cash/credit/check? _8_ %

11. Do you have controls to ensure only authorized employees are able to order and receive controlled substances? Yes ☒ No ☐
    If No, please explain: _____

12. Days /Hours of operation: _M-F  8-5_ _____

13. Do you order controlled substances for multiple locations? Yes ☐ No ☒  (If yes, please provide list of locations)

14. Approximately, how many patients does each practitioner see daily? _25_, What percentage of patients are from out of state
    _O_ %

14b. Please circle the approximate % of patients that leave your office with controlled substances daily?

    0%, (10%) 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90%, 100%

14c. Please circle the approximate % of patients you administer controlled substances to daily?

    0% (10%), 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90%, 100%

15. Do you use any of the controlled drug items you order to treat family members or friends? Yes ☐ No ☒ If Yes, are you their
    primary care physician? Yes ☐ No ☐. Please explain in detail: _____

16. Do you use any of the controlled drug items you order for your own personal use? Yes ☐ No ☒ If Yes, are you filling a prescription
    from your personal physician? Yes ☐ No ☐. Please explain: _____

Henry Schein, Inc., 135 Duryea Road, Melville, NY 11747

ISO REGISTERED

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**          **HSI-MDL-00001205**

Aug. 24. 2012  9:42AM                                       No. 3241   P. 2/2

# HENRY SCHEIN®

17. Please list all the controlled substances you intend to order from Henry Schein, Inc. For each controlled substance, please list the expected quantity, expected frequency, and the conditions that the product(s) are being used to treat. This information will be used to expedite the shipment of your current and future controlled substance orders. Please see the below example we provided to assist you in filling out this critical information.

| Product/Drug Name | Expected Order Quantities | Expected Order Frequency, i.e. Monthly, Quarterly, etc. | Please List the Conditions the Products are being used to Treat |
|---|---|---|---|
| *Example*- Alprazolam | *Example*- 1 Bottle 100 count | *Example*- Monthly | *Example*- Anxiety disorder |
| TESTOSTERONE | 4 VIALS | MONTHLY | HYPOGONADISM |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BRIAN HEIM MD _____        AH7542283 _____        35-07-1122 _____        _Brian Heim MD_        8/24/12
Doctor Name (Print)           DEA Number            State License Number        Doctor Signature             Date

2

Henry Schein, Inc., 135 Duryea Road, Melville, NY 11747



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HSI-MDL-00001206

Contact View Screen



| Name and Address | | [back] |
|---|---|---|
| Name | COPLEY PRIMARY CARE, LLC | |
| Public Address | 3562 RIDGE PARK DRIVE, SUITE A<br>AKRON, OH 44333 | |
| Business Phone | (330) 668-7878 | |
| County | Summit | |

### License and Registration Information

| License | First Issue Date | Current Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| PC.021736100-03 | 08/07/2007 | 01/01/2012 | 12/31/2012 | ACTIVE |

License Type: Practitioner Corporation - Category Three
Responsible Party: BRIAN HEIM MD

### Formal Action Information

No formal action exists.

This data is an accurate representation of information currently maintained by the Ohio State Board of Pharmacy as of 1/10/2012.

This secure online license verification system conforms with The Joint Commission's current policy on "Primary Source Verification".

This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       HSI-MDL-00001207


# HENRY SCHEIN®

LICENSE VERIFICATION DEPARTMENT
PHONE: (800) 472-4346 Ext. 5137
FAX: (631) 843-5390

Date: Aug 17,2011 Account: 2568231

Brian Heim
3562 Ridge Park Dr Ste A
Akron OH 443339294

Dear Dr. Heim,

As a prudent healthcare distributor, Henry Schein Inc. regularly monitors its customer's orders of controlled substances, Rx items, and List One Chemicals. In this regular and ongoing review process, your recent order has come to our attention. Consequently, before we release this order, we will need this questionnaire filled out in its entirety and returned to the License Verification Department.

1. Please describe your practice type: Large Group ✗Solo practice Other list _____

2. Website (if any) _____

3. What is your licensed specialty? FAMILY PRACTICE / Current practice specialty? _____

4. Is the practice owned by a licensed practitioner? Yes ✗ No____ (If no please provide owners name and occupation)

_____

5. Is the above listed address your office address or home address? __OFFICE__

6. If it's your home address, please list practice address. _____

7. Business phone number. Land line (330) 668-7878 Fax Line (330) 668-4747 Cell ( ) _____

8. Number of Practitioners in this office? 1 , PA's____ Other please list _____

9. Do you have an onsite dispensary? Yes ✗ No____

10. Do you accept insurance? Yes ✗ No____, % of patients who pay with cash/credit/check? 30 %

11. Days /Hours of operation: M - TH - 8-5 F 8-2

12. Do you order controlled substances for multiple locations? Yes____ No ✗ (If yes, please provide list of locations)

13. Please list the control substances and estimated amounts you intend to order from Henry Schein, Inc.

TESTOSTERONE, VICODIN - AMOUNT VARIES

2 VIALS TESTOSTERONE, 1 BOTTLE VICODIN EVERY 4-6 MONTHS

14. Please indicate the expected frequency of your orders for controlled substances. EVERY 6-8 WKS

15. Please list the conditions that the controlled substances are being used to treat? ACUTE MUSCULOSKELETAL PAIN, HYPOGONADISM

16. How many patients does each practitioner see daily? 30 , Percent of patients from out of state 6 %

17. Out of those patients what percentage do you dispense (Patients leave office with drug supply) controlled substances to? 5-10 , Administer (In office use only) to? 0

18. Do you use any of the control drug items you order to self medicate? Yes____ No ✗

➢ If Yes, please explain: _____

BRIAN HEIM MD | BH7542283 | 35-07-1122 | Brian Heim MD
Doctor Name (Print) | DEA Number | State License Number | Doctor Signature

We appreciate your cooperation.

Contact View Screen



| Name and Address | | CRC |
|---|---|---|
| Name | COPLEY PRIMARY CARE, LLC | |
| Public Address | 3562 RIDGE PARK DRIVE, SUITE A<br>AKRON, OH 44333 | |
| Business Phone | (330) 668-7878 | |
| County | Summit | |

### License and Registration Information

| License | First Issue Date | Current Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| PC.021736100-03 | 08/07/2007 | 01/01/2011 | 12/31/2011 | ACTIVE |

**License Type:** Practitioner Corporation - Category Three
**Responsible Party:** BRIAN HEIM MD

### Formal Action Information

No formal action exists.

This data is an accurate representation of information currently maintained by the Ohio State Board of Pharmacy as of 6/3/2011.

This secure online license verification system conforms with The Joint Commission's current policy on "Primary Source Verification".

This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER HSI-MDL-00001209

## MedProID - State License Detail 

| | | |
|---|---|---|
| Report Date | : | 6/3/2011 10:51:41 AM (EST) |
| WebID User | : | HENRYSCHEIN08 |

─────────────────── **SLN Information** ───────────────────

| | | |
|---|---|---|
| Name | : | Brian David Heim |
| Address | : | 3562 Ridge Park Drive - Suite #A |
| City/State/Zip | : | Akron OH, 44333 |
| | | |
| License State | : | OH - Ohio |
| License # | : | 35.071122 |
| License Expires | : | 10/01/2012 |
| Status | : | Active |
| | | |
| Prof Designation | : | Doctor of Medicine |
|   - Certification Code | : | MD |
|   - Description | : | MEDICAL DOCTOR |
|   - Specialty | : | Family Practice/Obstetrics & Gynecology |
| Disciplinary Action | : | YES |

─────────────────── **DEA Information** ───────────────────

| | | |
|---|---|---|
| Name | : | Brian D Heim MD |
| Address | : | 3562 Ridge Park Drive |
| | | Suite A |
| City/State/Zip | : | Akron, OH 44333 |
| | | |
| DEA State | : | OH - Ohio |
| DEA # | : | BH7542283 |
| Status | : | Active |
| DEA # Expires | : | 10/31/2013 |
| Business Activity Code | : | Practitioner |
| Drug Schedule | : | 22N 33N 4 5 |

─────────────────── **NPI Information** ───────────────────

| | | |
|---|---|---|
| Name | : | Brian D Heim MD |
| | | |
| Mailing Address | : | 3562 Ridge Park Dr |
| | | Suite A |
| City/State/Zip | : | Akron, OH 44333 |
| Phone # | : | (330)668-7878 |
| Fax # | : | (330)668-4747 |
| | | |
| Practice Address | : | 3562 Ridge Park Dr |
| | | Suite A |
| City/State/Zip | : | Akron, OH 44333 |
| Phone # | : | (330)668-7878 |
| Fax # | : | (330)668-4747 |
| | | |
| NPI # | : | 1619952561 |
| NPI State | : | OH - Ohio |
| NPI Provided Status | : | NPI-Active |
| NPI Taxonomy | : | 207Q00000X - Family Medicine |
| NPI Provided State License # | : | 35071122 |
| Gender | : | Male |
| Enumeration Date | : | 12/14/2005 |
| Last Update Date | : | 10/21/2008 |

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**        HSI-MDL-00001210