# EXHIBIT 8

**Anda Inc. Defendant Data taken from Supplemental 3 – Data Files[1]**

| County | Date Range | Total Number of Anda Transactions |
|---|---|---|
| Cuyahoga County | 2006-2014 | 2903 |
| Summit County | 2006-2014 | 3339 |

---

[1] The data in the table is derived from the Supplemental 3 – Data Files produced by Plaintiffs in connection with the Expert Report of Craig J. McCann, Ph.D., CFA.  As to Anda, the Data Files contain a large spreadsheet of transactional data related to Anda, Inc. consisting of 6243 individual lines of data containing more than 30 individual elements per line.  The Data Files also include a significant volume of post-2012 ARCOS data which is still subject to a Protective Order and is to remain sealed at this time.  For the convenience of the Court and in accordance with Federal Rule of Evidence 1006, Anda submits this summary in lieu of that voluminous spreadsheet.