# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF ASHLEY W. HARDIN IN SUPPORT OF DISTRIBUTORS' CONSOLIDATED REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY, RICO, AND OCPA CLAIMS

I, Ashley W. Hardin, declare as follows:

1. I am an attorney at Williams & Connolly LLP, counsel for Defendant Cardinal Health, Inc. in the above-captioned case.

2. I submit this declaration in support of Distributors' Consolidated Reply in Support of Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO, and OCPA Claims.

3. Attached as Exhibit 1 is a true and correct copy of the document produced in this litigation bearing Bates stamp US-DEA-00266697.

4. Attached as Exhibit 2 is a true and correct copy of Plaintiffs' Supplemental Responses to Distributor Defendants' Interrogatories 24, 25, 26, and 27.

Dated:  August 16, 2019          Respectfully submitted,

         */s/ Ashley W. Hardin*
         WILLIAMS & CONNOLLY LLP
         Ashley W. Hardin
         725 Twelfth Street, N.W.
         Washington, DC 20005
         Telephone: (202) 434-5000
         Fax: (202) 434-5029
         ahardin@wc.com

         *Counsel for Defendant Cardinal Health, Inc.*

3

**CERTIFICATE OF SERVICE**

    I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                        */s/ Ashley W. Hardin*_____
                                        Ashley W. Hardin