# EXHIBIT 1



U.S. Department of Justice
Drug Enforcement Administration

www.dea.gov

OCT 1 7 2008

John M. Gray
President & Chief Executive Officer
Healthcare Distribution Management Association
901 North Glebe Road
Suite 1000
Arlington, Virginia 22203

Dear Mr. Gray:

The Drug Enforcement Administration (DEA) commends the efforts of the Healthcare Distribution Management Association (HDMA) to assist its membership to fulfill their obligations under the Controlled Substances Act and implementing regulations. The elements set forth in the "Industry Compliance Guidelines: Reporting Suspicious Orders and Preventing Diversion of Controlled Substances" are important to sustaining effective controls to guard against the diversion of controlled substances.

HDMA's industry compliance guidelines represent a concerted effort by HDMA and its primary distributor members to identify and articulate the responsibilities and obligations of controlled substance distributor registrants to design and operate a system to disclose and report suspicious orders as required by the Controlled Substances Act. All distributors must implement processes and procedures to effectively ensure that controlled substances are not diverted to illicit use.

Although diversion control is not a "one size fits all" effort, companies that implement processes and procedures that effectively accomplish these objectives will do much to ensure that vital controlled substances are not diverted to illegitimate uses. DEA encourages all segments of the supply chain to determine if their businesses would benefit from the development of similar, industry-specific guidelines to help support anti-diversion and compliance efforts.

Sincerely,

Wendy H. Goggin
Chief Counsel

Confidential – Subject to Protective Order

US-DEA-00026697