# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>CASE NO.:  1:17-md-2804<br><br>JUDGE DAN AARON POLSTER<br><br><br>**NOTICE OF APPEARANCE**<br>**OF COUNSEL** |

Please take notice that attorney Richard H. Blake of McDonald Hopkins LLC hereby

enters his appearance as counsel on behalf of North Carolina Mutual Wholesale Drug Company

a/k/a Mutual Drug in the above-captioned matter.  Please serve all pleadings, papers and notices

on the undersigned.

Respectfully Submitted,

/s/ *Richard H. Blake*
**RICHARD H. BLAKE** (0083374)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH  44114
216-348-5839 (Office)
216-348-5474 (Facsimile)
rblake@mcdonaldhopkins.com

Attorney for Defendant, North Carolina
Mutual Wholesale Drug Company, a/k/a
Mutual Drug

{8308035: }

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, the foregoing **Notice of Appearance of Counsel** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

<div style="margin-left: 50%;">

*/s/ Richard H. Blake*
RICHARD H. BLAKE (0083374)
Attorney for Defendant, North Carolina Mutual Wholesale Drug Company, a/k/a Mutual Drug

</div>

{8308035: }