# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ) ) | |
| *All Cases* ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that David R. Beasley ("Beasley") hereby withdraws as counsel of record for Defendant Associated Pharmacies, Inc. ("API"). Beasley will be leaving the law firm of Maynard, Cooper & Gale, P.C., and has notified API of same. Beasley's withdrawal will not prejudice API, as it will continue to be represented in this matter by Walter A. Dodgen, Carl S. Burkhalter and Stewart J. Alvis of the law firm of Maynard, Cooper & Gale, P.C.

Dated:  August 29, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ David R. Beasley*
　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Associated Pharmacies, Inc.

**OF COUNSEL:**

Walter A. Dodgen
David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com
dbeasley@maynardcooper.com

Carl S. Burkhalter
Stewart J. Alvis
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardcooper.com
salvis@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David R. Beasley*
Of Counsel