UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: *"Track One Cases"* | ) ) ) | |
| | ) ) ) | ORDER REGARDING ALLERGAN SETTLEMENT |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in light of the Settlement reached between the Allergan Defendants and Cuyahoga and Summit Counties, the claims of the following entities are severed, and the Court will not permit summary judgment motions by or include the Allergan Defendants in any subsequent trial of claims brought by the following named plaintiffs: (1) the City of Akron, Ohio and the Director of Law for the City of Akron, Eve Belfance ("Akron Plaintiffs"); and (2) the City of Cleveland, Ohio, and the Director of Law of the City of Cleveland, Barbara A. Langhenry ("Cleveland Plaintiffs").

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: August 30, 2019**