# DSJ1&2-PR Exh 522

# FILED UNDER SEAL