# DSJ1&2-PR Exh 530

| | |
|---|---|
| From: | Harper, Karen |
| To: | Harper, Karen |
| Sent: | 11/17/2010 9:53:50 PM |
| Subject: | Notes to File, Howard Davis |

Quota Discussion
confused St. Louis improvement initiatives around quota tracking for bulk API with Hobart PQ even after several explanations
confused Frank Sapienze consulting advice and continued to reference Frank's role within DEA

Internal Memo Re SOM
Memo focused on deficiencies in algorithms and did not acknowledge other program attributes, even though he had been given both SOM procedures (verified)
Howard came back several days later and indicated that another procedure had been since been put on his desk and now he understood our program better

Mallinckrodt "firing" Howard "quitting"
3 minutes later asking about Karen and Bill's retirement and Howard's future at Mallinckrodt

Failure to have even very most basic pc skills in word and e-mail


possible talking points --
we are going in a different direction with the program
have to do more with less resources




Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular ███████

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*