# DSJ1&2-PR Exh 531

## SUSPICIOUS ORDER MONITORING TEAM CHARTER

Updated 04/07/11

Team Start Date        03/28/08
Team Leader            Karen Harper
Team Champion          Tom Berry (as of 06/10)
Business Unit          Pharmaceuticals

Process Description
Maintain regulatory compliance with DEA mandated Suspicious Order Monitoring (SOM) as stated in 21CFR 1301.74(b). Upgrade Mallinckrodt's existing SOM program to meet/exceed DEA requirements and to adapt program based upon changing trends in diversion and abuse of controlled substances.

Team Structure and Membership

SOM Leadership Team
    Frequency of meetings: once per month
    Members:        Pat Duft, V-P Legal
                    Don Lohman, Associate General Counsel
                    Bill Ratliff, Director of Security
                    Karen Harper, Sr. Controlled Substance Compliance Manager

SOM Steering Committee
    Frequency of meetings: once per quarter
    Members:        Pat Duft, V-P Legal
                    Don Lohman, Associate General Counsel
                    Bill Ratliff, Director of Security
                    Karen Harper, Sr. Controlled Substance Compliance Manager
                    Eileen Spaulding, Sr. Controlled Substance Compliance Coordinator
                    Mike Gunning, V-P Commercial Operation
                    Jane Williams, V-P Generic Sales
                    Bob Lesnak, V-P Addiction Therapy
                    Jason Jones, V-P Brand Sales
                    Ginger Collier, Sr. Product Manager, Marketing
                    George Saffold, Customer Service Director
                    Jim Rausch, Customer Service Manager
                    Kathy Schaefer, V-P Controller
                    Carol Svejkosky, Finance & Administration Director
                    Suzanne Pea, Customer Accounts Director
                    Susan Moore, Director of Finance
                    Art Morelli, Director of Medical Affairs
                    Debbie Digby, Sr. Analyst, Contracts & Analysis

SOM Subcommittees
    Frequency of meetings: as needed
    Subcommittee
    Name            Director Order Monitoring
                    Indirect Customer Review
                    Distributor Audit
                    Customer Checklist



EXHIBIT 18
WIT Mallinckrodt Collier
DATE: 1-8-19
C. Campbell, RDR CRR CSR #13921

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 00023721
MNK-T1_0000496062