# DSJ1&2-PR Exh 532

| | |
|---|---|
| From: | Kilper, Tiffany L (Rowley) |
| To: | Harper, Karen |
| Sent: | 1/5/2011 10:32:55 PM |
| Subject: | Peculiar Orders |
| Attachments: | 3540_001.pdf |

Karen,

Attached is an example of the current documentation. I'm working on an SOP which explains all the reports involved in this process. I would recommend reconvening with the team you put together for the direct side of the business. This process has a lot to be improved upon, is extremely time consuming and I'm not convinced it is adding much value in its current state. It might be worth considering reports from the Cognos tool, which could look at trends by product and customer. Since orders are shipped out even if they are included in the current report, you are really looking at historical data either way.

Call me when it's convenient to discuss the attached.

Tiffany

Exhibit Mallinckrodt-
Rowley-Kilper-025
2-9-19 (JA)

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000022366
MNK-T1 0000281241

MAL-MI 000022367

| Order Hold Flag | Order Co. | Order Number | Or Ty | Sold To Number | Ship To Number | Ship To Name | Address Line 1 | Address Line 2 | Address Line 3 | Address Line 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | 00157 | 70185044 | SZ | 50005257 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVER | DAVIS DIVISION | 501 WEST 44TH AVENUE | DENVER, CO 80216 | |
| Y | 00157 | 70185165 | SO | 596185 | 596199 | LAKE ERIE MEDICAL,HOLLAND,OH | DBA QUALITY CARE PRODUCTS INC | 6920 HALL ST | SUITES 3,4,5,6 | HOLLAND, OH 43528 |
| Y | 00157 | 70185044 | SZ | 50005257 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVER | DAVIS DIVISION | 501 WEST 44TH AVENUE | DENVER, CO 80216 | |

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Confidential

MNK-T1_0000281242

| Order Hold Flag | Code Ordered | Code Description | Order Date | Request Date | Ship to DEA License # | Target Avg. Qty | Order Quantity | Rolling 30 Day Ord Qty | Cur Month # of Orders | Avg # of Orders | New Cust Flag | New Rpt Cls Flag | Threshold Limit Flag | Irregular Order Pattern Flag | Report Date | Report Time | Short-Dated (w/o PROV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | 9041DS | Cocaine | 1/3/2011 | 1/4/2011 | RA0290988 | 6.000 | 3.000 | 3.000 | 1 | 0 | | | | Y | 1/4/2011 | 11:30:11 | |
| Y | 9250DT | METHADONE DISTRIBUTOR | 1/4/2011 | 1/4/2011 | RL0330148 | 360.000 | 60.000 | 60.000 | 1 | 0 | | | | Y | 1/4/2011 | 11:30:11 | |
| Y | 9250DT | METHADONE DISTRIBUTOR | 1/3/2011 | 1/4/2011 | RA0290988 | 220.153 | 228.000 | 596.000 | 2 | 11 | | | Y | | 1/4/2011 | 11:30:11 | |

MAL-MI 000022368

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Confidential

MNK-T1 0000281243

| Ship-To No. | Item Number | Mo | Year | Order Qty TOTAL | Order Qty AVERAGE | Order Qty MAXIMUM | Ship Qty TOTAL | Ship Qty AVERAGE | Ship Qty MAXIMUM | Order Count |
|---|---|---|---|---|---|---|---|---|---|---|
| 52000277 | 152053 | 3 | 2010 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 1 |
| 52000277 | 152053 | 1 | 2011 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 1 |
| 52000277 | 152053 | 0 | | 5.000 | 2.500 | 3.000 | 5.000 | 2.500 | 3.000 | 2 |
| | | 0 | | 5.000 | 2.500 | 3.000 | 5.000 | 2.500 | 3.000 | 2 |

ok TK 1-5-11

MAL-MI 000022369

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Confidential

MNK-T1 0000281244

*Cancelled orders*

| Order No. | Ord Typ | Order Date | Ship Date | Ship-To No. | Ship-To Alpha Name | Ship-To City | State | PO Number | Item Number | Order Qty | Ship Qty | Unit Price | Price Over Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70165756 | SO | 4/19/2010 | 0/00/0000 | 598199 | LAKE ERIE MEDICAL,HOLLAND,OH | HOLLAND | OH | 3007041 | 577101 | 120.000 | .000 | 5.4200 | 1 |
| 70165756 | SO | 4/19/2010 | 0/00/0000 | 598199 | LAKE ERIE MEDICAL,HOLLAND,OH | HOLLAND | OH | 3007041 | 577101 | 360.000 | .000 | .0000 | |
| 70166015 | SO | 4/21/2010 | 4/21/2010 | 598199 | LAKE ERIE MEDICAL,HOLLAND,OH | HOLLAND | OH | 3007041 | 577101 | 120.000 | 120.000 | 5.4200 | |
| 70186168 | SO | 1/04/2011 | 0/00/0000 | 598199 | LAKE ERIE MEDICAL,HOLLAND,OH | HOLLAND | OH | 3007891 | 577101 | 60.000 | 60.000 | 5.4200 | |

OK. TK 1-5-11

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000022370

Confidential

MNK-T1 0000281245

| Order No. | Ord Typ | Order Date | Ship Date | Ship-To No. | Ship-To Alpha Name | Ship-To City | State | PO Number | Item Number | Order Qty | Ship Qty | Unit Price | Price Over Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70157731 | SO | 1/12/2010 | 1/13/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038352972 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70158847 | SZ | 1/25/2010 | 1/27/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038353793 | 577101 | 84.000 | 84.000 | 9.4200 | |
| 70159854 | SZ | 2/08/2010 | 2/10/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038354608 | 577101 | 72.000 | 72.000 | 9.4200 | |
| 70161011 | SZ | 2/22/2010 | 2/23/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038355465 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70162775 | SZ | 3/15/2010 | 3/17/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038356852 | 577101 | 72.000 | 72.000 | 9.4200 | |
| 70163912 | SZ | 3/29/2010 | 3/30/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038357729 | 577101 | 72.000 | 72.000 | 9.4200 | |
| 70165174 | SZ | 4/12/2010 | 4/13/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038358469 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70166767 | SZ | 5/03/2010 | 5/04/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038359730 | 577101 | 72.000 | 72.000 | 9.4200 | |
| 70167924 | SZ | 5/17/2010 | 5/18/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038360534 | 577101 | 108.000 | 108.000 | 9.4200 | |
| 70168984 | SZ | 5/28/2010 | 6/02/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038361315 | 577101 | 120.000 | 120.000 | 9.4200 | |
| 70170078 | SZ | 6/14/2010 | 6/16/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038362198 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70171258 | SZ | 6/28/2010 | 6/30/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038363035 | 577101 | 108.000 | 108.000 | 9.4200 | |
| 70172844 | SZ | 7/19/2010 | 7/20/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038364210 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70173915 | SZ | 8/02/2010 | 8/03/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038365012 | 577101 | 72.000 | 72.000 | 9.4200 | |
| 70175112 | SZ | 8/16/2010 | 8/17/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038365828 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70176612 | SZ | 9/02/2010 | 9/08/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038366939 | 577101 | 108.000 | 108.000 | 9.4200 | |
| 70178459 | SZ | 9/27/2010 | 9/28/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038368320 | 577101 | 84.000 | 84.000 | 9.4200 | |
| 70180054 | SZ | 10/15/2010 | 10/19/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038369409 | 577101 | 84.000 | 84.000 | 9.4200 | |
| 70180730 | SO | 10/26/2010 | 10/26/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 38369820 | 577101 | 72.000 | 72.000 | 9.4200 | |
| 70181815 | SZ | 11/08/2010 | 11/10/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038370631 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70183000 | SZ | 11/22/2010 | 11/24/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038371461 | 577101 | 84.000 | 84.000 | 9.4200 | |
| 70184102 | SZ | 12/06/2010 | 12/09/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038372223 | 577101 | 132.000 | 132.000 | 9.4200 | |
| 70185168 | SZ | 12/20/2010 | 12/22/2010 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038373112 | 577101 | 96.000 | 96.000 | 9.4200 | |
| 70186044 | SZ | 1/03/2011 | 0/00/0000 | 52000277 | AMERISOURCEBERGEN DRUG CORP,DENVE | DENVER | CO | 038373731 | 577101 | (228.000) | 228.000 | 9.4200 | |

*Emailed Penny 1-5-11*

MA-L-MI 000022371

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Confidential

MNK-T1_0000281246

| Ship-To No. | Item Number | Mo | Year | Order Qty TOTAL | Order Qty AVERAGE | Order Qty MAXIMUM | Ship Qty TOTAL | Ship Qty AVERAGE | Ship Qty MAXIMUM | Order Count |
|---|---|---|---|---|---|---|---|---|---|---|
| 52000277 | 575501 | 1 | 2010 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 1 |
| 52000277 | 575501 | 4 | 2010 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 1 |
| 52000277 | 575501 | 5 | 2010 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 1 |
| 52000277 | 575501 | 7 | 2010 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 60.000 | 1 |
| 52000277 | 575501 | 8 | 2010 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 1 |
| 52000277 | 575501 | 10 | 2010 | 108.000 | 54.000 | 60.000 | 48.000 | 24.000 | 48.000 | 2 |
| 52000277 | 575501 | 11 | 2010 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 1 |
| 52000277 | 575501 | 12 | 2010 | 156.000 | 78.000 | 96.000 | 156.000 | 78.000 | 96.000 | 2 |
| 52000277 | 575501 | 0 |  | 576.000 | 57.600 | 96.000 | 516.000 | 51.600 | 96.000 | 10 |
| 52000277 | 575562 | 4 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 575562 | 7 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 575562 | 11 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 575562 | 0 |  | 72.000 | 24.000 | 24.000 | 72.000 | 24.000 | 24.000 | 3 |
| 52000277 | 577101 | 1 | 2010 | 180.000 | 90.000 | 96.000 | 180.000 | 90.000 | 96.000 | 2 |
| 52000277 | 577101 | 2 | 2010 | 168.000 | 84.000 | 96.000 | 168.000 | 84.000 | 96.000 | 2 |
| 52000277 | 577101 | 3 | 2010 | 144.000 | 72.000 | 72.000 | 144.000 | 72.000 | 72.000 | 2 |
| 52000277 | 577101 | 4 | 2010 | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 | 1 |
| 52000277 | 577101 | 5 | 2010 | 300.000 | 100.000 | 120.000 | 300.000 | 100.000 | 120.000 | 3 |
| 52000277 | 577101 | 6 | 2010 | 204.000 | 102.000 | 108.000 | 204.000 | 102.000 | 108.000 | 2 |
| 52000277 | 577101 | 7 | 2010 | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 | 1 |
| 52000277 | 577101 | 8 | 2010 | 168.000 | 84.000 | 96.000 | 168.000 | 84.000 | 96.000 | 2 |
| 52000277 | 577101 | 9 | 2010 | 192.000 | 96.000 | 108.000 | 192.000 | 96.000 | 108.000 | 2 |
| 52000277 | 577101 | 10 | 2010 | 156.000 | 78.000 | 84.000 | 156.000 | 78.000 | 84.000 | 2 |
| 52000277 | 577101 | 11 | 2010 | 180.000 | 90.000 | 96.000 | 180.000 | 90.000 | 96.000 | 2 |
| 52000277 | 577101 | 12 | 2010 | 228.000 | 114.000 | 132.000 | 228.000 | 114.000 | 132.000 | 2 |
| 52000277 | 577101 | 1 | 2011 | 228.000 | 228.000 | 228.000 | 228.000 | 228.000 | 228.000 | 1 |
| 52000277 | 577101 | 0 |  | 2340.000 | 97.500 | 228.000 | 2340.000 | 97.500 | 228.000 | 24 |
| 52000277 | 577162 | 2 | 2010 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 48.000 | 1 |
| 52000277 | 577162 | 4 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 577162 | 5 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 577162 | 7 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 577162 | 8 | 2010 | 48.000 | 24.000 | 24.000 | 48.000 | 24.000 | 24.000 | 2 |
| 52000277 | 577162 | 9 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 577162 | 11 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 577162 | 12 | 2010 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 24.000 | 1 |
| 52000277 | 577162 | 0 |  | 240.000 | 26.667 | 48.000 | 240.000 | 26.667 | 48.000 | 9 |
| 52000277 | 872510 | 1 | 2010 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 1 |
| 52000277 | 872510 | 5 | 2010 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 1 |
| 52000277 | 872510 | 6 | 2010 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 1 |
| 52000277 | 872510 | 8 | 2010 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 1 |
| 52000277 | 872510 | 1 | 2011 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 1 |
| 52000277 | 872510 | 0 |  | 20.000 | 4.000 | 4.000 | 20.000 | 4.000 | 4.000 | 5 |
|  |  | 0 |  | 3248.000 | 63.686 | 228.000 | 3188.000 | 62.510 | 228.000 | 51 |

MAL-MI 000022372

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Confidential

MNK-T1 0000281247

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

**Kilper, Tiffany L (Rowley)**

| | |
|---|---|
| From: | Kilper, Tiffany L (Rowley) |
| Sent: | Wednesday, January 05, 2011 9:36 AM |
| To: | Myers, Penny |
| Subject: | ABC |

Penny,

I have an order for Amerisource showing up on the Peculiar Order Report for 577101. They average about 97 bottles an order and this order is for 288 bottles. Do you know any reason why they would be placing higher than average orders?

Thanks,

Tiffany

*Spoke to Penny regarding ABC Methadone orders. All ok.*
*TK 1-5-11*

1

MNK-T1_000028124B
Confidential
MAL-MI 000022373