# DSJ1&2-PR Exh 536

10:10 call returning Jen King's call

anda publix
Jen was looking at numbers
Jen said that to her, the numbers "look fine"
However, numbers are based entirely on IMS dispensing info
started to explain that that would be expected, but was cut off when Christine Baeder joined the call on speakerphone.

christine baeder
berated unprofessional
didn't want to hear anything I said

She said that asking for data was accusing the customer of doing illegal activity.

I offered to meet with the customer, Christine said that under no circumstances would that happen.

Christine said that I report to TGO, and TGO was informed, so there was no need to inform DEA Compliance of the launch.

Christine said Publix has 0.8% overall market share and we (Teva) are trying to capture generic oxycodone market share.

Christine said that Publix's forecast closely matched IMS dispensing data, and that was good enough for them and should be good for me as well.

I asked if I could get the IMS data, as I explained that the more data we have, the better. She agreed.

I asked if the IMS data contains prescriber information; Christine said it does not, and that prescriber information would cost "millions and millions."

**Confidential**                                                                                                                          TEVA_MDL_A_02063728