# DSJ1&2-PR Exh 537

[10/30/2015 12:10 PM] Marianne Geiger:
Hi, whats going on with the Anda/Publix oxy order?
[10/30/2015 12:11 PM] Joseph Tomkiewicz:
Waiting on Michelle, Jen & Christine.
[10/30/2015 12:12 PM] Marianne Geiger:
Did you get info from Publix?
[10/30/2015 12:12 PM] Joseph Tomkiewicz:
Oh yeah.
[10/30/2015 12:12 PM] Marianne Geiger:
and its still not enough?
[10/30/2015 12:12 PM] Joseph Tomkiewicz:
There were some, uh, issues. Michelle has details.
[10/30/2015 12:12 PM] Marianne Geiger:
OK
[10/30/2015 12:13 PM] Marianne Geiger:
Can you give me the Anda portion and I will split the lines, so you can release?
[10/30/2015 12:14 PM] Joseph Tomkiewicz:
It's possible we may be able to release the whole thing shortly, depending on Publix.
[10/30/2015 12:14 PM] Joseph Tomkiewicz:
Which would be much cleaner.
[10/30/2015 12:14 PM] Marianne Geiger:
yes, but Anda should get their piece now and not have to wait.
[10/30/2015 12:15 PM] Joseph Tomkiewicz:
So if we split, would that entail cancelling the orders currently in the system (after releasing our hold), then re-entering?
[10/30/2015 12:16 PM] Joseph Tomkiewicz:
And can we get an acknowledgement from Anda that the product isn't going to Publix until we give the ok?
[10/30/2015 12:17 PM] Marianne Geiger:
no, I can split the lines to what ever you tell me the Anda portion is, after I split you would remove just the hold on that portion of the line and the remainder of the split would stay on hold.
[10/30/2015 12:18 PM] Joseph Tomkiewicz:
Ahh-- I think I get it-- one line becomes two lines, right?
[10/30/2015 12:18 PM] Marianne Geiger:
Yes, you got it
[10/30/2015 12:19 PM] Joseph Tomkiewicz:
(took a bit to get the squirrel cage runnin')
[10/30/2015 12:19 PM] Joseph Tomkiewicz:
(or is that waking up the bats in my belfry?)
[10/30/2015 12:20 PM] Marianne Geiger:
hehe
[10/30/2015 12:20 PM] Joseph Tomkiewicz:
As long as Anda agrees that any of the product won't go to Publix until we give the ok, I'm good.  I'll send over numbers now.
[10/30/2015 12:21 PM] Marianne Geiger:
I don't see why we needs Anda
[10/30/2015 12:21 PM] Marianne Geiger:
Anda OK, it will be a very small portion for their business
[10/30/2015 12:22 PM] Joseph Tomkiewicz:
We can't have any of the product going to Publix until we ok it-- the data was that bad. If Anda can't agree to that, we can't split.
[10/30/2015 12:22 PM] Marianne Geiger:
OK, can you give me the splits and we will confirm with Anda
[10/30/2015 12:22 PM] Marianne Geiger:
that is is just for their business
[10/30/2015 12:22 PM] Joseph Tomkiewicz:
Ok, coming over in a few minutes.
[10/30/2015 12:22 PM] Marianne Geiger:
k



EXHIBIT
023