# DSJ1&2-PR Exh 538

# Marketing Plan 2007



# Presentation Overview

- Launch Plan Assessment
- Market Situation Analysis
  - Disease Overview
  - Opioid Market
  - Competitive Analysis
  - Environmental Trends
- Product Situation Analysis
  - Profile & Position
  - Actiq Performance
  - FENTORA Performance
- SWOT Analysis & Key Issues
- Marketing Strategy
  - Mission & Strategic Vision
  - Objectives, CSFs & Strategies
  - LCM / Clinical Plan
  - Targeting
- Tactical Plan
  - NSM Plan

Terrence Terifay

Matt Napoletano

Michael Richardson

John Messina

Paula Castagno
Cynthia Condodina



# Where We Were

## Launch Plan Assessment & Situation Analysis



# Executing the Plan

- In order to overcome any challenge, two things are vital for success to be achieved
  - Leadership
  - Execution
  } Sales & Marketing Synergy
- 3 main attributes of leadership
  - Passion
  - Style
  - Perseverance
- "Luck doesn't favor the lucky, it favors the prepared team" – Vince Lombardi
- "Success is where preparation and opportunity meet" – Bobby Unser

4



# Market Conditioning & Brand Awareness
## 2005 - 2006

- PF & OV Tech campaigns launched
  - Journal Ads, 3-wave direct mail, animation, booth panels, etc.
- BTP campaign launched
  - Journal Ads, 3-wave direct mail, animation, DA booth, brochures, etc.
- Interviewed 500+ physicians, patients and pharmacists to develop branding, messaging and pricing
- 400+ Physicians provided consultation and advice on commercial and clinical plans
- Public relations and media outreach
- Publications and education presence at major congresses
- 285 Speakers Trained
- 150 field personnel trained, motivated and focused

**70%** of core Actiq prescribers were ready for *FENTORA* & we were ready for them



*FENTORA*™
*fentanyl buccal tablet* Ⓒ

# *FENTORA* CSFs & Accomplishments



| | |
|---|---|
| Actiq loyal Rxers converted within 90 days | Script success driven by Actiq loyalists |
| Clearly differentiated from other BTP treatment options | PK, efficacy (3039, 41, 42), formulation, preference (40) |
| Resources secured & aligned among departments | Launch Team → FAST |
| Physicians & patients have access to *FENTORA* | Product available at wholesalers/retailers |
| Improve assessment & treatment of BTP in CA | Market conditioning activities |
| KOLs support *FENTORA* as optimal treatment for BTP | Successful KOL interaction |
| Abuse & diversion concern minimized | SECURE Program, A/A/D speaker training, ESP tool kit |



# Market Situation

## Disease Overview



# Chronic Pain: Prevalence

- Chronic pain prevalence, diagnosed & treated by underlying conditions



Source: Analysis of secondary data reports by Cephalon Market Research Department

8



# Chronic Pain: Components

## Baseline or Persistent Pain

Pain that is continuous throughout the day (≥12 hours/day) and is managed with around-the-clock medication.

## Breakthrough Pain

Transitory exacerbation, or flare, of moderate-to-severe pain that occurs in patients on chronic opioid therapy with otherwise stable persistent pain.



Portenoy RK, Hagen NA. *Pain.* 1990;41:273-281.
Bennett D, et al. *Pharm Ther.* 2005;30:354-361.



# BTP Prevalence & Characteristics

| | Cancer BTP (N =63)[1] | Noncancer BTP (N=228)[4] |
|---|---|---|
| Prevalence | 64% to 89%[1,2] | 74% |
| Median Episodes/Day | 4 to 7[1-3] | 2 |
| Time to Peak Intensity | 43% in 3 min | 50% in 5 min |
| Median Duration | 30 min | 60 min |
| Incident Related | 55% | 92% |
| Pathophysiology | • somatic (33%)<br>• visceral (20%)<br>• neuropathic (27%)<br>• mixed (20%) | • somatic (38%)<br>• visceral (4%)<br>• neuropathic (18%)<br>• mixed (40%) |

[1]Portenoy, Hagen. *Pain.* 1990;41:273-281
[2]Zeppetella. *J Pain Symptom Manage.* 2000;20:87-92
[3]Portenoy et al. *Pain.* 1999;81:129-134
[4]Portenoy, et al. APS. 2005



FENTORA™
fentanyl buccal tablet

# BTP Pain:
# Current Treatment





# BTP Treatment Patterns

| | # of BTP Episodes | |
|---|---|---|
| **Typical Course of Action** | **≤ 3** | **≥ 4** |
| Increase dose of LAO | 34% | 64% |
| Increase frequency of LAO | 7% | 12% |
| Increase frequency of SAO | 21% | 10% |
| Switch the LAO | 2% | 7% |
| Increase dose of SAO | 28% | 4% |
| Switch the SAO | 3% | 2% |

- The most common treatment choice is to increase the dose of LAOs regardless of # of episodes
- The next most common approach is to either increase the frequency or dose of the SAO
- Switching to an alternative SAO is typically the last course of action



# BTP Pain: Treatment Evolution





# Market Situation

## Opioid Market



# Market Overview
## *Opioid Market 2005*



**Value**
$5,848 M **(- 2%)**

Pure SAO 11%
Combo SAO 21%
LAO 68%

**Volume**
186 M TRx **(+ 7%)**

LAO 12%
Pure SAO 5%
Combo SAO 83%

### Size & Growth

- Opioid market is large
- Value is relatively flat over '04 due to generic LAO entry
- Volume up 7%

### Share

- LAOs make up the largest share in terms of value
- SAOs make up the largest share in terms of volume

Source:  IMS - NPA & NSP 2005

**17**



# Pure SAO
## 2005



**Value**
**$705M**

oxycodone 18%

morphine 4%

hydro-morphone 18%

fentanyl 72%

**Volume**
**$7.8M TRxs**

fentanyl 6%

hydro-morphone 18%

morphine 20%

oxycodone 55%

### Size & Growth

- Pure SAO market is moderate
- Value & Volume have strong growth (>20%)

### Share

- Actiq (fentanyl) made up largest share in terms of value
  - Only branded Pure SAO in 2005
- Oxycodone dominates in terms of volume
  - Fentanyl is often perceived as more potent analgesic & held in reserve

Source: IMS, NPA Audit. Moving annual total, 2Q2005.

**18**

**FENTORA**™
*fentanyl buccal tablet* ℀

# ROO Market
## *October 2006*

**Volume (TRx)**



OTFC Watson 9%

OTFC Barr 12%

*FENTORA* 13%

Actiq 66%

## Prior to Oct 2006

- Actiq was sole ROO
- Consistent Value growth (more recently due to price increases)
- Strong Volume growth up to 2004 (reached plateau)

## As of Oct 2006

- Generic OTFC introduced
  - Captured 21% of volume
- *FENTORA* introduced
  - Captured 13% of volume

Source: IMS, NPA, Oct 2006

**19**



FENTORA™
*fentanyl buccal tablet* C II

# Customer Analysis[*]

## Pure SAO by Specialty (TRx)



## Pure SAO Sub-Class

- PCPs generate largest volume
- Pain/Anesth only account for 18% of volume

## Actiq by Specialty (TRx)



Legend:
- Pain/Anesth
- PCP
- Other
- Neuro
- Onc
- Psych

## ROO Sub-Class (Actiq)

- Pain/Anesth generate largest volume
  - Typically early adopters of emerging therapies
- The other major contributors are PCPs & Other

*Pain Medicine, Anesthesiology & Physical Medicine and Rehab
**Source: IMS Prescribers - NPA TRx – Class of Trade – NSP Units



# Trade Class

**Pure SAO Distribution Channels**



**ROO (Actiq) Distribution Channels**



- Vast majority of product moves through Retail Pharmacy

- Modest penetration of Pure SAO in non-retail segment

  – Non-Retail often provides spill-over effect

- Less penetration by ROO (Actiq) sub-class in non-retail segment

  – Non-retail segment is price sensitive

*Pain Medicine, Anesthesiology & Physical Medicine and Rehab
**Source: IMS Prescribers - NPA TRx – Class of Trade – NSP Units

**21**



# Market Situation

## Competitive Analysis



# Major Chronic Pain Players

|  | 2005 Pain Sales (US) | Primary Focus | Pain Products | Potential to Lead in Future |
|---|---|---|---|---|
| **Purdue** | $1.4B | Pain Care | OxyContin ($1.36B), MS Contin ($32M), Palladone ($20M)*, OxyIR | Reputation suffers due to OxyContin issues and Palladone withdrawal |
| **J&J** | $1.4B | Primary Care | Duragesic ($687M), Ultracet ($145M), Ultram ($37M), Ultram ER* | Part of corporate strategy is to re-focus efforts in pain, developing new business unit |
| **Endo** | $1.2B | Pain Care | Lidoderm ($573M), Percocet ($122M), Depodur, Opana, Opana ER, Additional generic opioids ($370M) | Potential to lead in the future due to single focus in Pain Category |
| **King/Ligand** | $179M | Oncology, Pain Care | Avinza ($179M) | Strong presence in LAO market with a focus on TR (Remoxy) |
| **Alpharma** | $140M | Pain Care | Kadian ($140M) | Limited product portfolio |

\* Pulled from market due to alcohol risk
Source: IMS 2006



# Product Pipeline

| Company | Phase I-II | Phase III | Reg. – Approval |
|---|---|---|---|
| J&J<br>• Alza<br>• OMP PriCara | | Oros Hydromorphone<br>Tapentadol | Ionsys (Fentanyl Iontophoretic Transdermal System) – Approved May 2006 |
| Endo | Lidoderm (chronic LBP)<br>LidoPAIN (acute LBP)<br>Chronogesic(Chronic moderate to severe pain)<br>Ketoprofen patch<br>Hydrocodone/paracetamol/dextromethorphan<br>Oxycodone/dextromethorphan<br>Oxycodone/paracetamol/dextromethorphan<br>Sufentanil – DURECT<br>Morphine/dextromethorphan | Rapinyl (BTP in cancer patients) | |
| Forest | Memantine<br>Neramexane<br>RGH-896 | Milnacipran | |
| Purdue | | | Tramadol XR |
| BioDelivery Sciences | | BEMA Fentanyl | |



# ROOs in Development



| 2007 | 2008 | 2009 | 2010 or later |
|------|------|------|---------------|

**ALZA**
Ionsys (ITS patch)
Approved

**Endo**
Rapinyl (singuall) P3

**Biodelivery Sciences**
BEMA (buccal) P3

**DELEX**
Aerolef (inhaled) P2b

**Nastech**
Morphine (nasal) P2

**Javelin**
Rylomine (nasal) P3

**Nycomed**
Fentanyl (nasal) P3

**Competitor Vulnerabilities**

ALZA (Ionsys) – Hospital focus (post-op indication)
Endo (Rapinyl) – Delivery system – sublingual **

***FENTORA* Basis for Differentiation**

ALZA (Ionsys)– Office vs Hospital
Endo (Rapinyl)–  OraVescent Technology

Note – not all product in development are expected to launch
* 30 minute onset of action. Not a ROO
** No effervescent reaction
Source: Cephalon Market Research

25



**FENTORA**™
*fentanyl buccal tablet* ₵

# Share of Voice

| Rank | | Pain | PCP |
|---|---|---|---|
| | Depodur | 1st | 8th |
| | Actiq | 2nd | 5th |
| | Kadian | 3rd | 4th |
| | Avinza | 4th | 1st |
| | Duragesic | 5th | 6th |
| | OxyContin | 6th | 3rd |
| | Other | 7th | 7th |
| | Combunox | 8th | 2nd |

## Opioid Sales Calls (Q1 06)

- Actiq has a significant SOV in the Pain specialty (ranked 2nd vs. LA Depodur ) market segment

- The branded LAOs represent the greatest SOV in the PCP segment (approximately 63%) while Actiq SOV was limited to 9%

### Pain Specialists



### Primary Care



Source: IMS IPS Q1 06

**26**

*FENTORA*™
*fentanyl buccal tablet* ℅

# Market Situation

## Market Environment



# Key Environmental Trends

## Key Factors

**Economic**

**Social / Cultural**

**Political / Governmental**

**Legal**

**Clinical / Technological**

## Current Dynamics

- Unfavorable reimbursement environment
- Payers are increasing restrictions to drive usage to less costly drugs
- Payers don't understand BTP

- Abuse and diversion are top-of-mind topics for physicians and other stakeholders
- Society (including many physicians) are critical of their patients' inability to cope with their pain
- Pain patients feel misunderstood by physicians, friends, and family and often become frustrated and depressed
- Patients are often looking for an easy short-term solution to their pain and are not focused on long-term wellness

- Opioid abuse is a hot political issue and physicians are under significant scrutiny about proper use of opioids
- FDA is hypersensitive about safety issues in a post-Cox II and OxyContin world

- DEA guidelines for writing opioids are unclear
- Ongoing issues between the DEA and various pain societies
- Perception that more physicians getting sued/licenses taken away

- Lack of significant practical advancements in pain medicine
- New drugs, routes of administration, and improved control of side effects
- New insights into the anatomy and physiology of pain perception
- Greater understanding of how to integrate pharmacotherapeutic, psychological, and behavioral pain management approaches
- New tracking technology for packaging to avoid diversion



**FENTORA**™
*fentanyl buccal tablet* C‖

# Economic

## Pure SAO (w/o Actiq) Reimbursement



## ROO (Actiq) Reimbursement



## Reimbursement

- Opioid market is highly genericized
- Vast majority of Pure SAOs & ROOs covered by TPP
- *FENTORA* more apt to have TPP reimbursement barriers due to its premium price
  - Tiered co-pays, co-insurance, PAs, step-edits, qty limits, dose limits
- Overall Pure SAO class has slightly greater share of Medicaid reimbursement compare to ROO sub-class

*Source: NDC Claims - 2005

**29**



# Social:  BTP Awareness

## Prescribers

- BTP is a relatively new disease state, only generally recognized by top tier opioid prescribers
  - First in print in 1990 (Portenoy survey)
  - Actiq first product indicated for BTP, launched 1998

## Patients

- Do not recognize term "Breakthrough Pain"



# BTP Communication

| Topic | Physician* | Patient** |
|---|---|---|
| BTP Terminology | If BTP discussed, use "BTP" and "pain flares" interchangeably | Don't use "BTP", describe pain as "uncontrolled" or use descriptive terminology (e.g., flares, burning) |
| Quality of Life | Treatment success reported by patient in terms of function or activity | • Focus on holistic impact on life<br>• E.g. emotion, personality, social, & function |
| Fear | • Patient abuse, addiction, & diversion of opioids<br>• Regulatory scrutiny | • Addiction (loss of independence)<br>• Over medication (sedated / confused)<br>• Running out of opioids (rationing)<br>• Anxiety over severity and timing of next BTP episode (unpredictability)<br>• Physicians will stop prescribing opioids |
| Communication of Pain | Distance themselves from chronic pain patients | Hold back communicating full impact of pain |

31



# Market Drivers
# BTP Market

## Growth Drivers

- Aging baby boomers and growing US population will increase the size of the chronic pain patient population
- Increase in treatment of chronic pain with opioids
- Pain Specialists are more aggressive in treating chronic pain
- More sophisticated usage of opioids by PCPs who continue to drive the majority of opioid TRx volume
- Increasing understanding about the proper identification, diagnosis and treatment of BTP
- New competitive entries

## Growth Inhibitors

- Scrutiny from regulators and general confusion on the part of key stakeholders fuels concern about the abuse, addiction, and diversion of opioids
- Due to the widespread availability of generics in the opioid market, managed care has placed significant restrictions on the use of branded opioids
- Chronic pain practice standards (especially for BTP) are still evolving
- Physicians believe that increasing the dose or dosing frequency of LAOs can adequately cover a BTP episode while ignoring the effects of overmedication [influenced by Purdue and Janssen]
- Perception by some physicians that SAOs are a preferred treatment option for BTP based on familiarity, ease-of-use, and cost

32

**FENTORA**
fentanyl buccal tablet ℅

# Summary

- The chronic pain opioid market remains attractive because of its substantial size and growth
  - Pure SAOs – highest growth rate (TRx +21%, $ +23%)
  - Combination SAOs – dominate volume (83% TRx market share)
  - LAOs – dominate market value (68% $ market share)
- Generic expirations of blockbuster brands (ie, Duragesic, OxyContin) has resulted in a promotional void in the pain market
- Innovative drug delivery technology is the foundation of recent successful brands and drugs in the later stage of development



# Summary

- BTP remains an untapped market
  - Physicians rely heavily on LAOs when addressing patients' BTP
  - Physicians also utilize generic SAOs due to familiarity, ease of use and cost
  - Even among high-users of Actiq, SAOs remain the treatment standard for BTP
- For the treatment of BTP, a communication gap exists between physicians and patients
- Concerns over opioid misuse and reimbursement hurdles continue to be key barriers to utilization
- The pain specialist continues to be the key market segment for new brand adoption
- Several new formulations of ROOs are in development and should come to market over the next 1-5 years helping to solidify this emerging sub-class of opioids

*FENTORA*™
*fentanyl buccal tablet* ℂ

# Product Situation

## Profile & Position



# *FENTORA* Description & Indication





## Description

*FENTORA, which employs the OraVescent® drug delivery technology, is a potent opioid analgesic, intended for buccal administration. FENTORA is formulated as a flat-faced, round, beveled-edge tablet.*

## Indication

*FENTORA is indicated for the management of <u>breakthrough pain in patients with cancer</u> who are already receiving and who are tolerant to opioid therapy for their underlying persistent cancer pain*

Prescribing Information

**36**



# *FENTORA*
# **Product Profile Comparison**

| Attributes | | *FENTORA* | Actiq |
|---|---|---|---|
| Indication | | Launch: BTP in patients w/ Ca<br>2008: BTP in non-Ca patients | BTCP |
| Efficacy | Onset | 15 min (99-14)<br>10 min + "meaningful relief" (3039) | 15 min |
| | Duration | 60 min (99-14)<br>120 min (3039) | 60 min |
| PK<br>(*FENTORA* 400 mcg vs Actiq 800 mcg) | Absolute Bioavailability | 65% | 47% |
| | Transmucosal Absorption | 48% | 22% |
| | Cmax (mean ng/mL) | 1.02 | 1.26 |
| | Tmax (median, min) | 46.8 | 90.8 |
| Administration | Convenience | Discreet tablet | Lozenge on a stick |
| | Ease of Use | Passive administration | Active administration |
| | Dosage | Launch: 100, 200, 400, 600, 800 mcg<br>sNDA: 300 mcg<br>In development: higher dose | 200, 400, 600, 800, 1200, 1600 mcg |
| | Titration | Multiple 100 & 200 mcg tablets | 1 higher strength at a time |

37

# *FENTORA*
# Product Profile Comparison

| Attributes | | *FENTORA* | Actiq |
|---|---|---|---|
| Safety | AE Profile | Comparable to other opioids (except for application site abnormalities) | Comparable to other opioids (except for application site abnormalities) |
| | Abuse Potential | Comparable to other opioids | Comparable to other opioids |
| | Accidental Exposure | Comparable to other opioids | Lozenge on stick presents potential concerns:<br>– Pediatric exposure<br>– Partially used unit exposure |
| Formulation | | Sugar-free | Sugar |



# *FENTORA*
# Product Profile Comparison

| Features/Benefits | *FENTORA* | Actiq | SAOs |
|---|:---:|:---:|:---:|
| Efficacy – Onset | +++ | ++ | - |
| Efficacy – Duration | ++ | ++ | + |
| Convenience | ++ | + | ++ |
| Ease of Use | + | - | ++ |
| Ease of Titration | + | - | ++ |
| Side Effect Profile | + | - | ++ |
| Abuse Potential | - | - | - |

Sources: TrialZ Study, Jan 2005  (Conjoint Study).
MDS Study, Dec 2004

**39**



# FENTORA Product Profile: Physician Reactions

## Physician Perception of *FENTORA*

| Drivers | Barriers |
|---------|----------|
| • Faster onset of pain relief<br>• Overall efficacy<br>• Convenient administration<br>• Ease of use (vs IV administration)<br>• Sugar-free<br>• Unique delivery system<br>• Utilizes less fentanyl<br>• Discreet (ie, no handle vs Actiq) | • Anticipated high cost (reimb. hassle)<br>• Potential for abuse<br>• Potent opioid (held in reserve)<br>• No handle administration*<br>  – Actiq saves $ with partial dosing<br>  – Perception Actiq can be removed if S/Es |

- Overwhelmingly, the majority of physicians expressed an interest in this product and felt it had a place in their practice

* Contrary to Actiq PI (physicians perception)
Source: Summary of Market Research Q4 04 – Q1 06

**40**



# Position & RTB

## Position Statement

*FENTORA* is the first and only fentanyl buccal tablet which utilizes an effervescent reaction to provide the most **rapid onset of analgesia** of any oral opioid, resulting in improved patient functioning and activities of daily living.

## Reason to Believe

*FENTORA* employs the **OraVescent® drug delivery technology**, which generates a reaction that releases carbon dioxide when the tablet comes in contact with saliva[1,2]

- It is believed that transient pH changes accompanying this reaction may optimize dissolution (at a lower pH) and membrane permeation (at a higher pH)



# Messaging
## *(Vanilla at Launch)*

- Onset of pain relief within 15 min in some patients (1st time pt measured)

- Duration of pain relief up to 60 min (last time pt measured)

- OraVescent drug delivery technology may optimize delivery of fentanyl across the buccal mucosa

- Fentanyl is readily absorbed, achieving an absolute bioavailability of 65%

- AEs comparable to other opioids, except for application site abnormalities (8%)

- Convenient, discreet, and sugar-free tablet

**Note:**
- 99-14 data only included in label at launch



# Product Situation

## Actiq Performance



# Actiq Gross Sales

- Actiq continues growth in Sales



Source: Internal shipment data

*Actuals through 10/06,
11,12/06: per 9+3 forecast

44



# Actiq Pricing

- Price increases have aided revenue growth

**Average WAC Price Per TRx is ~ $1,863 (Q306)**

$1,863

Value per Rx

| | |
|---|---|
| $1,900 | |
| $1,800 | |
| $1,700 | |
| $1,600 | |
| $1,500 | |
| $1,400 | |
| $1,300 | |
| $1,200 | |
| $1,100 | |
| $1,000 | |
| $900 | |
| $800 | |
| $700 | |
| $600 | |
| $500 | |

Q1 01, Q2 01, Q3 01, Q4 01, Q1 02, Q2 02, Q3 02, Q4 02, Q1 03, Q2 03, Q3 03, Q4 03, Q1 04, Q2 04, Q3 04, Q4 04, Q1 05, Q2 05, Q3 05, Q4 05, Q1 06, Q206, Q306

—— $ per Rx

\* Price increase

Source: IMS NPA Audit; Internal price as of Sep 2006

45



# Actiq TRxs

- Actiq has performed beyond expectations despite limited data
- Field Force has been able to maintain TRx volume



Source: IMS NPA

* Actuals through 10/06,
11,12/06: per 9+3 forecast



# PDEs* & TRxs



*  11/05 and 12/05 PDE data does not include any of the detailing from the Oncology Sales Force
Source: IMS NPA & SMART Call File



# Actiq Monthly Prescriber Count
## by Specialty*

- PCPs continue to outnumber Pain Specialists



September 2006

* Cephalon defined Specialty Group
Source: NDC



# Actiq Monthly TRx
## *by Specialty**

- Pain Specialists continue to write majority of prescriptions



**October 2006**

Cephalon defined Specialty Group
* Anesthesiology, PM&R and Pain
Source: IMS NPA

**49**



# Conditions Treated with Actiq

- Despite promotion in BTCP, Actiq use mirrors that of all opioids

**Underlying Conditions
Treated with Actiq**

N=774 Patients



**Chronic Pain Patients
Treated with Opioids**
Estimate – 2.8 M Patients



Source: ACTIQ - Gfk V2 Chart Audit, 2006 * Chronic pain –
Cephalon market research 2nd reports

**50**



# Product Situation

## *FENTORA* Performance



# Product Availability

- Initial supply chain hiccups (resolved quickly)
- Currently stocked in ~1,400 pharmacies
  - ~13% of the number of pharmacies stocking Actiq (11K)
  - Initial stocking more in independent pharmacies

Source:  October Pharmacy Stocking



# *FENTORA* Shipments
## *Forecast vs Actual*



### *FENTORA* Shipments  ($20M YTD 11/16, 315% of Tot '06F)





**54**



# ROO Weekly TRxs
## *As of 11/17/06*



**55**

# *FENTORA* vs. Actiq *
## Weekly TRxs





# *FENTORA* TRxs
## *Forecast vs Actual*



**FENTORA TRxs (119% of Tot '06F)**

# FENTORA TRx Origin
## *Sum of weeks 10/06 – 11/10*



TRx Source

TRx Switch

19%

3%

16%

62%

58%

42%

**New** **Switch** **Continuation** **Unclassified**

**Actiq** **Other**



# Specialty Count & Productivity



- Pain Specialists are early adopters driving TRxs
- Avg units per script = 55 (~ 2 cartons)

# TRx by Targets



**Details**

**>1**

88%

47%

62%

40%

**Productivity**

|  | Rxers | TRxs | TRx/Doc |
|---|---|---|---|
| Core 2,131 (Dec 3-10) | 541 | 2,787 | 5.2 |
| High Opioid Non-Actiq 8,126 | 10 | 18 | 1.8 |
| Low Actiq 6,660 (Dec 0-2) | 89 | 187 | 2.1 |
| Non-Targets 0 | 157 | 539 | 3.4 |

Data from FENTORA launch to November 17, 2006
Source: WK Source Prescriber

60

**FENTORA**™
*fentanyl buccal tablet* ℀

# Field Activity

- Cephalon Speaker Programs (CSP)
  - 284 Speakers Trained (148 E & 136 W)
  - FENTORA YTD (2 mos) – 781 completed, 271 pending
    - Reach YTD:  5,570 attendees (non-Cephalon)
    - Reach Pending:  1,700
  - Actiq YTD – ~ 400/qtr

- October vouchers
  - 942 redeemed
  - 20% of TRxs



# Vouchers by Strength
## *October*

### Total vouchers redeemed: 942



| | | | | |
|---|---|---|---|---|
| 🟦 100 | 🟧 200 | 🟫 400 | 🟪 600 | 🟨 800 |

Source:  NDC October 2006



# SWOT & Key Issues



# *FENTORA* SWOT Analysis

| Strengths | Weaknesses |
|---|---|
| • Onset of analgesia 10 min | • <u>C-II abuse and diversion potential</u> |
| • Duration of analgesia 120 min | • <u>Cost vs. other SAOs (branded and generic alternative therapeutic options)</u> |
| • Discreet and convenient dosing formulation | • <u>Reimbursement restrictions</u> |
| • Predictable bioavailability vs. Actiq | • <u>Limited label (BTP in cancer patients) at launch and potentially up to 3 years post-launch due to carcinogenicity study</u> |
| • Efficient drug delivery (65% absolute bioavailability) | • Perceived safety concerns of fentanyl due to misunderstanding of potency and equianalgesic conversion (mg vs. mcg) |
| • Easier dose titration scheme than Actiq | • Cephalon not a lead player in pain market |
| • Data on Actiq to *FENTORA* switch | • Current sales force size limits ability to expand into new market segments, e.g., broader audience, hospitals, etc. |
| • <u>Clinical program to expand label</u> | |
| • Patent on *FENTORA* through 2019 | |
| • Published data in non-cancer BTP | |



# *FENTORA* SWOT Analysis

## Opportunities

- KOL eagerness to evaluate and establish standards for treatment guidelines for BTP
- Increased focus on pain management from JCAHO (5th vital sign) and NIH (Decade of pain Control and Research)
- Though limited, there is some increasing awareness and understanding of BTP
- Concentrated Actiq prescriber base enables for focused targeting
- Limited number of promoted products within the market segment (SOV)
- Aging population
- Opportunity to develop outcomes data for BTP (burden of illness)

## Threats

- Limited understanding of BTP and its appropriate management outside a small community of pain specialists
- Fear of abuse and diversion with opioids
- Increasing government restrictions on C-II opioids
- Generic SAOs
- Generic OTFC
- Published data for Actiq vs. IV morphine documenting median time for pain relief 4.2 minutes
- Managed care and other third-party payers (including Medicare Part D and Medicaid) increasing their efforts to restrict high-cost drug use
- Competitive pricing pressure
- Treatment guidelines include competitive products, e.g. Actiq, SAOs
- Emerging ROO pain formulations (e.g., Rapinyl)

*Pending study results 3039



# Key Issues

- Third Party Payers manage costs by placing reimbursement limitations/restrictions on premium priced therapies
- Limited number of health care providers prescribe a ROO for BTP
- FENTORA is not clearly differentiated from other BTP and non-BTP treatment options
- Physicians and patients have limited understanding about the appropriate diagnosis and treatment of BTP; a contributing factor is the communication disconnect between physicians and patients in regards to pain
- Anticipated dosing and administration challenges for both physicians and patients
- Risk for abuse, addiction, and diversion
- Limited KOL and professional society relationships impact peer-to-peer knowledge and uptake of FENTORA



# Where We Are Now

## Today's Objective:
## Commercial Alignment



# Where we are now

- Product Uptake:  initial trial & utilization by Actiq loyalists

- Product Profile:  Little more than Actiq without a stick
  - Launch Promotional Package – PK Story, Sugar Free

- Goal:  Lay the groundwork to expand the product profile & position FENTORA as the gold standard BTP product beyond Actiq loyalists

- Today's Objective:  Establish commercial alignment in laying the foundation for the future



# Where we're going

## Marketing Strategy



# Marketing Strategy

## Mission & Strategic Vision



# Mission

## **Franchise Mission**

Establish Cephalon as a major player in pain management

## **FENTORA Mission**

Establish FENTORA as the gold standard for BTP



# Three Year Strategy



**What _FENTORA_ Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

**Differentiate from existing options**

| Receptive to _FENTORA_ profile | Willing to try _FENTORA_ in select BTP patients | Using _FENTORA_ routinely in select BTP patients | Routine use of _FENTORA_ to treat BTP in a broader population | _FENTORA_ is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of _FENTORA_ |

2007 - 2008

2008 - 2009

Note – Strategy reflects clinical plan in development

**_FENTORA_**™
_fentanyl buccal tablet_ ⓒⓘⓘ

# Three Year Strategy



**What *FENTORA* Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

Reinforce and promote routine use

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008                2008 - 2009

Note – Strategy reflects clinical plan in development

73

**FENTORA**™
*fentanyl buccal tablet* ℂ

# Three Year Strategy



**What *FENTORA* Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

Promote noncancer data

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008

2008 - 2009

Note – Strategy reflects clinical plan in development

**74**

**FENTORA**™
*fentanyl buccal tablet* ℀

# Three Year Strategy



**What _FENTORA_ Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

Promote superiority data

| Receptive to _FENTORA_ profile | Willing to try _FENTORA_ in select BTP patients | Using _FENTORA_ routinely in select BTP patients | Routine use of _FENTORA_ to treat BTP in a broader population | _FENTORA_ is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of _FENTORA_ |

2007 - 2008

2008 - 2009

**FENTORA**™
_fentanyl buccal tablet_ ℂ

# Three Year Strategy



**What *FENTORA* Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

**Promote chronic pain management data**

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of FENTORA to treat BTP in a broader population | *FENTORA* viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008          2008 - 2009



FENTORA™
fentanyl buccal tablet

# Three Year Strategy



**What *FENTORA* Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

| Differentiate from existing options | Reinforce and promote routine use | Promote noncancer data | Promote superiority data | Promote chronic pain management data |

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC while maximizing benefits of *FENTORA* |

## *FENTORA* Positioning

*FENTORA* is the first and only fentanyl buccal tablet that utilizes an effervescence reaction to provide the most **rapid onset** of analgesia of any oral opioid resulting in improved patient functioning and activities of daily living

Note – Strategy reflects clinical plan in development

**77**



# Marketing Strategy

## 2007 Objectives, CSFs, Strategies



# Objectives
## 2007

> ### $139.5M Total Revenue
> ### 81,207 TRxs

## Assumptions

- TRx Share @ month 12 = 28% of ROO (fentanyl) Market
- FENTORA will grow from Actiq conversion & incremental market growth
- WAC/TRx = $1,357 (2.5% annual price increase)



# TRx Objectives
## *2006 - 2007*



**Monthly TRx Forecast**



# Critical Success Factors



## Issues

## CSFs

| Issues | CSFs |
|--------|------|
| Reimbursement challenges | Maximize access |
| Need to expand prescribing audience | Gain acceptance among Actiq users & beyond |
| *FENTORA* not well differentiated | Physicians understand *FENTORA* is a superior treatment option for BTP |
| Limited BTP awareness/knowledge | Improve awareness & understanding of BTP |
| Dosing & administration challenges | Clear & consistent messaging on dosing & administration |
| Risk for abuse & diversion | Clear & consistent communication of *FENTORA* risks |
| Limited KOL & professional society relationships | KOLs and professional societies support *FENTORA* |

# Key Strategies – FENTORA

**Issue**

Third Party Payers manage costs by placing reimbursement limitations/restrictions on premium priced therapies

**Critical Success Factor**

Physicians & patients have access to reasonable/favorable reimbursement for FENTORA

**Strategies**

Manage and mitigate managed care barriers (cost, generic step-edit):

- Selectively contract with MCOs
- Educate MCOs regarding:
  - FENTORA value to health system
  - BTP:
    - Optimal assessment and treatment of BTP
    - Establish the Burden of Illness of BTP
    - Further develop ROO sub-class as an optimal treatment for BTP
  - Minimize risk of Abuse, Addiction, and Diversion
- Provide physician/patient assistance access programs

82

# Key Strategies – FENTORA

**Issue**

Limited number of health care providers prescribe a ROO for BTP

**Critical Success Factor**

Expand FENTORA prescribing audience with Actiq users and beyond

**Strategies**

- Maximize core prescriber to set the stage for expanded use
- Expand use with high opioid prescribers and low Actiq users
- Explore broader audience, non-retail segment opportunities, as well as other potential channels

83

# Key Strategies – FENTORA

**Issue**

FENTORA is not clearly differentiated from other BTP and non-BTP treatment options

**Critical Success Factor**

Physicians understand FENTORA is a superior treatment option for BTP

**Strategies**

- Create high level of awareness among target segments
- Educate physicians on the potential limitations of prescribing LAOs and SAOs to treat BTP
- Leverage new clinical data when available and appropriate
- Further develop ROO sub-class as an optimal treatment for BTP

# Key Strategies – FENTORA

**Issue**

Physicians and patients have limited understanding about the appropriate diagnosis and treatment of BTP; a contributing factor is the communication disconnect between physicians and patients in regards to pain

**Critical Success Factor**

BTP awareness and understanding of treatment options among physicians and patients

**Strategies**

- Continue to establish BTP as a distinct clinical problem among opioid prescribing physicians
- Facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP
- Support BTP educational initiatives

# Key Strategies – FENTORA

**Issue**

Anticipated dosing and administration challenges for both physicians and patients

**Critical Success Factor**

Physicians and patients understand the proper dosing and administration of FENTORA

**Strategies**

Educate physicians and patients on
- How the delivery system is different from traditional oral administration
- Dosing, conversion and titration
- Package Handling & Administration

86

# Key Strategies – FENTORA

**Issue**

Limited KOL and professional society relationships impact peer-to-peer knowledge and uptake of FENTORA

**Critical Success Factor**

KOLs and societies support FENTORA as an effective treatment option for BTP

**Strategies**

- Improve and expand KOL and society relationships
- Continue to consult KOLs to better inform Cephalon on the optimal design of FENTORA clinical studies, as well as the positioning of the brand

87

# Key Strategies – FENTORA

**Issue**

Risk for abuse, addiction, and diversion

**Critical Success Factor**

FENTORA risks are understood by health care professionals

**Strategies**

- Educate HCPs on appropriate patient selection
- Educate patients about safe use of FENTORA and allay fears of opioids
- Continue to implement risk minimization tools
- Maximize SECURE outreach program initiatives

# What's going to get us there

## Enhancing the Product Profile:
## Clinical Development Plan



# LCM Plan

**Cancer BTP**
NDA filed with 99-14, 99-15, 1026, 1027, 1028, 1029

**Cancer BTP-Differentiation**
File sNDA for additional claims with 3039

**Non-Cancer BTP**
File sNDA for Non-Cancer New Indication with 3040, 3041, 3042, 3052

**Non-CA BTP Differentiation**
Pain Anxiety Symptoms

**HTH BTP**
Establish HTH Superiority for Non-Cancer BTP

**Chronic Pain**
a) Optimize BTP/Decrease ATC
b) Switch from SAOs
c) Switch from LAOs

Note – Promotion is based on positive clinical results



# *FENTORA* Clinical Update



# New BTP Efficacy Data in Patients with Cancer



# Study 3039
# Efficacy, Safety, and Tolerability Study in Patients with Cancer and Breakthrough Pain



# Efficacy Measures with Each Episode

- Pain Intensity- (0= no pain to 10= worst pain)
  - Completed prior to dosing and at 5, 10, 15, 30, 45, 60, 90, 120 min post dosing
- Pain Relief- (0= none to 4= complete)
  - Completed at 5, 10, 15, 30, 45, 60, 90, 120 min post dosing
- Time to meaningful pain relief
- Use of Rescue Medication
- Global Medication Performance Assessment (0= poor to 4= excellent)
  - 60 and 120 min post dose

# Successful Dose of *FENTORA* Following Titration



Successful dose = The dose strength that provided adequate analgesia for 2 consecutive episodes of BTP without unacceptable adverse events.

Study 3039

95

# Mean Pain Intensity Differences (PID) Over Time

$SPID_{60}$:  *FENTORA* 9.8 ± 0.26 vs Placebo 5.0 ± 0.38   p<0.0001



*** *P*<0.0001

# Clinically Significant Change in Pain Intensity (≥33% Reduction)



** *P*<0.01
Study 3039

# Clinically Significant Change in Pain Intensity (>50% Reduction)



* *P*<0.05
*** *P*<0.0001
Study 3039

# Patients Prefer *FENTORA* to Previously Used Medication



# Study 3039 Conclusions

- *FENTORA* was significantly superior to placebo on all measures of efficacy

- Efficacy observed as early as early as 10 minutes after taking *FENTORA* and maintained through 120 minutes

- First study in which clinically relevant responses separate at 10 min time point

- Episodes treated with placebo were over ~3x as likely to require rescue medication as those treated with *FENTORA*

- Well tolerated with AEs being typical of opioids; frequency less than that seen in 099-14

Study 3039

**100**

# Non-Cancer Program



# Noncancer BTP Clinical Trials

- **3040:** Open-label, 18-month study in chronic pain patients with BTP

- **3041:** Double-blind, placebo-controlled, short-term efficacy study in neuropathic pain patients

- **3042:** Double-blind, placebo-controlled, short-term efficacy study in low-back pain patients

- **3052:** Double-blind, placebo-controlled, 12-week efficacy study in chronic pain patients

- **3054:** Open-Label, 4-week study in chronic pain patients Evaluating the Impact of *FENTORA* on Pain Associated Anxiety

# Status of Noncancer Studies

- **Supportive efficacy studies**
  - **3041**: completed
  - **3042**: completed
- **3040**
  - >800 patients exposed
  - >180 patients exposed for 1 year
- **3052**
  - Pivotal study
  - "Agreement" with US Food and Drug Administration on study design
  - 91/120 patients enrolled
- **3054**
  - First patient screened November 27, 2006
- **Supplemental New Drug Application**
  - To be submitted 4Q2007

# Effects of *FENTORA* in Opioid-tolerant Patients With Non–cancer-related BTP

## Results from Studies 3041 and 3042



# Successful Dose Following Titration



Successful dose = the dose strength that provided
adequate analgesia for two thirds of episodes of BTP
without unacceptable AEs

**105**

# Mean PIDs Over Time



**Study 3041: Neuropathic Pain**

*P=.0436
†P<.01

# Mean PIDs Over Time (cont'd)

### Study 3042: Low-back Pain



*P=.0039
†P<.001

107

# Clinically Significant (≥33%) Change in Pain Intensity



## Study 3041: Neuropathic Pain

# Clinically Significant (≥33%) Change in Pain Intensity (cont'd)



**Study 3042: Low-back Pain**

*P=.008

†P<.001

# Rescue Medication Use in Chronic Neuropathic Pain and Chronic Low-back Pain Studies



*P≤.05

# Conclusions From Chronic Neuropathic Pain and Chronic Low-back Pain Studies

- >80% of patients in both studies found a successful *FENTORA* dose in the range of 100 mcg to 800 mcg
- Patient populations had significant comorbidities
- Efficacy first observed as early as 10 minutes after taking *FENTORA* and maintained through 120 minutes in both studies
- Clinically significant pain relief greater with *FENTORA* compared with placebo as early as 15 minutes
- Episodes treated with placebo were more than 4× as likely to require rescue medication as those treated with *FENTORA*
- *FENTORA was* well tolerated and AEs typical of those seen with opioids

111

# Study 3040
# Open-label Non-Cancer Pain
# Interim Results



# Global Medication Performance Assessment



# POMS Total Mood Disturbance: Change From Baseline (3 Months)



**Reduction = improvement**

POMS = profile of mood states

# SF-36 Physical Functioning: Change From Baseline (3 Months)



**Increase = improvement**

# Patients Prefer *FENTORA* to Previously Used Medication



Assessed after 1 month of maintenance

Study 3040

# Summary of Interim Data

- Patients reflective of intended population
  - Back pain was the most prevalent condition
  - Patients had a high number of comorbid conditions
- *FENTORA* was well tolerated
  - 88% of patients found a successful dose
  - AEs were those commonly associated with opioid use
- Patients overwhelmingly reported a preference for *FENTORA* versus their previous BTP medication

Study 3040

# New Studies for 2007

- PK
  - Sublingual vs Buccal Delivery – Nov 2006
  - Evaluation of 1000 and 1200 mcg doses – 1Q2007
- Clinical Studies
  - 2 Head-to-Head studies against oxycodone IR
    - 3055 – March 2007
    - 3056 – July 2007
  - 2 Relative potency studies
    - 1046 – *FENTORA* vs IV Morphine January 2007
    - ## – *FENTORA* vs Oxycodone IR 4Q 2007

# What's going to get us there

## Effective Targeting & Tactics



# Targeting



# Rxers Reaction to Messages



**Motivation to prescribe**

* *To what degree does this new information motivate you to prescribe FENTORA over other short-acting opioid (SAO) medications for breakthrough pain (1-7 scale)?*

Source: Gfk V2 Q2 06  N = 77 (users) N = 52 (non-users)    **121**

# Targeting



# Tactical Plan



# CSF #1:  Physicians & patients have access to reasonable/favorable reimbursement for *FENTORA*

## STRATEGY

- Selectively contract with MCOs
- Educate MCOs regarding:
  - *FENTORA* value to health system
  - BTP:
    - Optimal assessment and treatment of BTP
    - Establish the Burden of Illness of BTP
    - Further develop ROO sub-class as an optimal treatment for BTP
  - Minimize risk of Abuse, Addiction, and Diversion
- Provide physician/patient assistance access programs

## TACTICS

- AMCP Dossier
- NAM Slide Kit
- Formulary Kit
- Reprints
- BTP Collateral Material
  - Direct Mail, Journal Ads, targeted media
- ESP Tool Kit & Collateral
- AMCP Convention Presence
- Reimbursement Kit / Hotline
- Debit Card Pilot Program
- In-Office Reimbursement Training

# CSF #2: Expand *FENTORA* prescribing audience beyond Actiq users

| STRATEGY | TACTICS |
|---|---|
| • Maximize core prescribers to set the stage for expanded use<br><br>• Expand use with high opioid prescribers and low Actiq users<br><br>• Explore non-retail segments opportunities, as well as other potential channels | • NSM Workshops<br>• Field driven promotional programs<br>  – CSPs – $6M<br>  – Vouchers – 75/rep 1st half, 50/rep 2nd half<br>  – Sales collateral materials (w/ 3039)<br>    • Actiq users material<br>    • Animation, case study series<br>  – Hospital program – grand rounds<br>  – Reprints<br>• Marketing driven promotional programs<br>  – Direct mail, targeted media, journal ads<br>  – E-detail<br>  – Website<br>  – Convention presence |

# CSF #3: Physicians understand *FENTORA* is a superior treatment option for BTP

## STRATEGY

- Create high level of awareness among target segments
- Educate physicians on the potential limitations of prescribing LAOs and SAOs to treat BTP
- Leverage new clinical data when available and appropriate
- Further develop ROO sub-class as an optimal treatment for BTP

## TACTICS

- Appropriate dissemination of clinical data
- Branded collateral material
- CSPs
- Case Studies Program
- *FENTORA* animation
- PR outreach to KOLs, societies, advocacy groups, & pain centers of excellence
- Government affairs outreach to USP
- SECURE educational initiatives

# CSF #4: BTP awareness and understanding of treatment options among physicians and patients

| STRATEGY | TACTICS |
|---|---|
| • Continue to establish BTP as a distinct clinical problem among opioid prescribing physicians<br><br>• Facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP<br><br>• Support BTP educational initiatives | • BTP campaign<br>  – Journal ad & targeted media<br>  – DA Convention Booth<br>  – BTP website<br>  – Direct Mail<br>  – PR initiatives (outreach, etc)<br><br>• ISS Support (e.g. Knox Todd, MD)<br><br>• Appropriate support of 3rd party educators<br><br>• In-office patient material |

# CSF #5: Physicians and patients understand the proper dosing and administration of *FENTORA*

| STRATEGY | TACTICS |
|---|---|
| • Educate physicians and patients on<br>  – How the delivery system is different from traditional oral administration<br>  – Dosing and titration<br>  – Package Handling & Administration | • Administration poster<br>• Wallet card<br>• Administration script for Prof Services<br>• Pain diary<br>• Flip chart<br>• Patient starter kit<br>• Catalina newsletter<br>• E-detail<br>• Pod cast<br>• Blackberry download (in booth promotion)<br>• Case Studies |

# CSF #6: *FENTORA* risks are understood by health care professionals

## STRATEGY

- Educate HCPs on appropriate patient selection
- Educate patients about safe use of *FENTORA* and allay fears of opioids
- Continue to implement risk minimization tools
- Maximize SECURE outreach program initiatives

## TACTICS

- Branded collateral materials
- Lunch & Learns
- AAD CSPs
- SECURE educational initiatives
- ESP initiatives
- Media outreach training (issues mgt)

# CSF #7: KOLs and societies support *FENTORA* as an effective treatment option for BTP

| STRATEGY | TACTICS |
|---|---|
| • Improve and expand select KOL and society relationships | • Implement KOL Plan, e.g. roundtables, congress interaction, one-on-ones, HOVs |
| • Continue to consult KOLs to develop clinical & commercial plans | • Speaker Training / CSPs |
| | • Media outreach training |
| | • Society outreach initiatives, e.g. educational programs |
| | • Implement Pain Centers of Excellence Program |
| | • Ad Boards |
| | • Consultant Meetings |

# 2007 Promotional Budget

| Category | Spend | Share of Total Spend |
|---|---|---|
| Market Research | $1,750,000 | 6% |
| Consultants | $400,000 | 1% |
| Journal Reprints | $200,000 | 1% |
| Conventions | $1,600,000 | 6% |
| Advertising/Promotional Materials | $8,900,000 | 32% |
| Sample Coupons | $6,000,000 | 21% |
| Public Relations | $600,000 | 2% |
| Field Driven  Speaker Programs (CSPs) | $6,000,000 | 21% |
| Medical Education | $2,500,000 | 9% |
| Corporate Contributions | $50,000 | 0% |
| TOTAL SPEND | $28,000,000 | 100% |

# Tactical Plan

## *FENTORA* Campaign Evolution



# Campaign



# Campaign Evolution



**Jan 07** — Vanilla
- *Launch concept*
- *Core messages*
- *OV Tech / PK*
- *Efficacy: 99-14*

**April 07** — Mocha
- *New concept*
- *Refine messages*
- *New Dose: 300 mcg*
- *Efficacy: 3039*
- *Revised PI*

**Jan 08** — Chocolate
- *Concept evolution*
- *Enhanced messages*
- *New PK Data*
- *New Dose: higher*
- *Add mountain graphs*

# Current Campaign



## New *FENTORA*—relief for breakthrough pain in opioid tolerant patients with cancer

- Onset of pain relief within 15 minutes in some patients*[1]
- Duration of pain relief up to 60 minutes (last time point measured)[1]
- OraVescent® drug delivery technology may optimize delivery of fentanyl across the buccal mucosa[1]
- Fentanyl is readily absorbed, achieving an absolute bioavailability of 65%[1]
- Convenient, discreet, sugar-free tablet



# Campaign Evolution



**Jan 07**  **April 07**  **Jan 08**

**Vanilla**  **Mocha**  **Chocolate**

- *Launch concept*
- *Core messages*
- *OV Tech / PK*
- *Efficacy: 99-14*

- *New concept*
- *Refine messages*
- *New Dose:  300 mcg*
- *Efficacy: 3039*
- *Revised PI*

- *Concept evolution*
- *Enhanced messages*
- *New PK Data*
- *New Dose: higher*
- *Add mountain graphs*

# Campaign Evolution



Jan 07 — April 07 — Jan 08

**Vanilla**
- *Launch concept*
- *Core messages*
- *OV Tech / PK*
- *Efficacy: 99-14*

**Mocha**
- *New concept*
- *Refine messages*
- *New Dose:  300 mcg*
- *Efficacy: 3039*
- *Revised PI*

**Chocolate**
- *Concept evolution*
- *Enhanced messages*
- *New PK Data*
- *New Dose: higher*
- *Add mountain graphs*

# Overtreatment of BTP With ATC Medication



Bennett D et al. *Pharm Ther.* 2005;30:354-361.
Simon S. *MedGenMed.* 2005;7(4):54.

# Inadequate Treatment with Traditional SAO



Bennett D et al. *Pharm Ther*. 2005;30:354-361.

# Ideal BTP Treatment



# Tactical Plan

## BTP Campaign Evolution



# Expanded BTP Disease Awareness Campaign

**Goal: To continue to establish BTP as a distinct clinical problem & to facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP**

➢ **Phase I (completed)**

  ➢ **Understand how others in the industry have built disease states (Bipolar, HPV, Depression Pain, RLS)**

  ➢ **Understand physician and patient interactions around BTP**

  ➢ **Create a 'portrait' of our target audience**

  ➢ **Understand how to leverage the internet**

➢ **Phase II (Nov 06 – Jan 07)**

  ➢ **Create BTP messaging & concepts based on Ph I learnings**

  ➢ **Start enhancing BTP.com / Start to maximize internet search**

➢ **Phase III (April 2007) – Execution**





# *FENTORA*™
# NSM Workshops



# *FENTORA*™ NSM Training Objectives:

The purpose of the *FENTORA* training workshops are to increase the knowledge base of the PCS and OAS representatives in preparation to meet the strategic objective of; maintaining current prescribing activity with the "ACTIQ® loyalists" and expanding their prescribing universe to those physicians that treat breakthrough pain with SAO but have had limited experience with ACTIQ.  This strategy will be met by implementing the following tactics in each of the proposed workshops:

➤ Consistently communicate *FENTORA* marketing messages
➤ Effectively use resources (CVA, Clinical Reprints, Formulary Kit)
➤ Increase reimbursement/MCO knowledge to minimize reimbursement obstacles
➤ Strengthen clinical proficiency
➤ Reinforce territory acumen through  scenario driven learning (skill enhancement with HCP, critical office staff and Pharmacist)



# Workshop #1
# *Breakthrough Barriers*: Reimbursement

## This workshop is designed to be a 2 step process:

- ➤ Step #1- will provide a lecturer to educate the audience on the managed care environment and provide time for Q&A
- ➤ Step #2- will provide application based learning utilizing knowledge gleaned from step #1, practice with the FENTORA Formulary Kit and sharing of best practices, successes and ideas
- ➤ **Logistics:**
  - ➤ 4 rooms w/ 4 presenters (AD's and M.Felker) for presentation (step #1)
  - ➤ 4 rooms- AM facilitators at district tables for appliction (step #2)

*Recommended Time:2 hours*



# Workshop #2 (Rotating w/ Workshop #3 Clinical)
# *Breakthrough Vision*: Core Visual Aid

This workshop is designed to be a 2 step process:
➢ Step #1- Gallery Walk of CVA spreads
➢ Step #2- Application

➢ **Logistics**
  ➢ 1 room for 'Gallery walk' 75-80 participants- 12-13 attendees / spread *(rotating w/ Clinical Workshop #3)*
    Request Marketing Participation (1 hour)

  ➢ 1 room for application/ verbalization – 1 district /table (7-10 tables**)**
    AM to be district facilitators at table( 30 minutes)

*Recommended time 3 hours (due to rotation w/ CVA Workshop #3)*



Case: 1:17-md-02804-DAP  Doc #: 2557-18  Filed: 08/30/19  146 of 150.  PageID #: 411953

# Workshop #3 (rotating w/ Workshop #2 CVA)
# *Breakthrough Science:* Clinical Proficiency

➢ **Clinical Presentation**
- ✓ 3039 data from completed trial
- ✓ 3042 and 3041 queries
    - ✓ Utilization of data in the field (potential as WLF- April time frame)

➢ **Application Exercise**
- ✓ Verbalization (99-14,1028)
    - ➢ Utilization of approved reprints

➢ **Logistics**
- ➢ Clinical Presentation (J. Messina or A. Narayana)
    - ➢ 1 room w/ 75-80 attendees
    - ➢ Presentation for 1 hour
- ➢ Application
    - ➢ AM to be facilitator at district table
    - ➢ 1 room 7-10 tables 1 district per table

*Recommended Time 3 hours (due to rotation w/ CVA Workshop #2)*

149

**FENTORA**™
*fentanyl buccal tablet* ©

## Situational Driven Aptitude

➢ Increasing your territory acumen based on:
- ⅄ Data Review
  - ✓ Proper customer
  - ✓ Knowledge of customer
  - ✓ Establish outcome
- ⅄ Message
  - ✓ Identify the KIC
  - ✓ Be relevant
- ⅄ Tools
  - ✓ Determine resource
  - ✓ Review resource
  - ✓ Maintain a deliberate and specific focus
- ⅄ Communication: *Dialogue Initiated- Monologue Concluded*
  - ✓ End every customer interaction with a KIS
  - ✓ ***"Give your customer a "KIC" and always leave them with a "KIS"***
- ⅄ Analysis
  - ✓ Achievement of established outcome
  - ✓ Assessment of next steps
  - ***Recommended Time 2.5 hours***



# Workshop #4:
# *Breakthrough Skills*: Skill Refinement (cont.)

➢ Logistics

    ◂ 4 rooms (optimal)

    ◂ Facilitator presents  background and direction of workshop

    ◂ AM are table facilitators

    ◂ PCS/OAS develop territory specific scenarios (reality based)

        1. Representative defines outcome of call but keeps the goal concealed until after individual presentation

        2. Representative flip charts highlights of office for table

        3. Representative presents (role plays) to table utilizing peers as doctor, nurse and pharmacist

        4. Table debrief w/ peers and AM



# Additional Workshops

➢ Regulatory(60 minutes)

✓Compliance (mandatory)

✓Presentations broken out by sales force



# Thank you!

## Questions?

