# DSJ1&2-PR Exh 543

# PHYSICIANS' DESK REFERENCE

www.PDR.net
mobilePDR



PDR 59 EDITION 2005

# PHYSICIANS' DESK REFERENCE®

## 2/PADDOCK

Bisacodyl Suppositories USP 10 mg ............................................. 2578
Bisacodyl Tablets USP 5 mg ...................................................... 2578
Castor Oil USP ......................................................................... 2578
Colistimethate for Injection, USP 150 mg ..................................... 2578
Colistin Sulfate USP Powder ...................................................... 2578
Collodion, Flexible USP ............................................................. 2578
Compro (Prochlorperazine) Suppositories,
  USP 25 mg ............................................................................. 2578
Dermabase ............................................................................... 2578
Dexamethasone Sodium Phosphate USP
  Powder .................................................................................. 2578
Dicyclomine Hydrochloride Injection,
  USP 10 mg/mL ....................................................................... 2578
Docusate Sodium Capsules USP 100 mg ...................................... 2578
Encort (Hydrocortisone Acetate
  Suppositories) 30 mg ............................................................. 2578
Fanbase ................................................................................... 2578
Ferrous Gluconate Tablets USP 324 mg ....................................... 2578
Ferrous Sulfate Tablets 324 mg .................................................. 2578
Glycerin USP Liquid .................................................................. 2578
Hydrocortisone USP Micronized Powder ..................................... 2578
Hydrocortisone Acetate USP Micronized
  Powder .................................................................................. 2578
Hydrocortisone Acetate Suppositories
  25 mg .................................................................................... 2578
Hydrocream Base ..................................................................... 2578
Hydromorphone HCl USP non-sterile
  Powder CII ............................................................................. 2578
Hydromorphone HCl Suppositories 3 mg ..................................... 2578
Ipecac Syrup USP .................................................................... 2578
Lanolin USP (Anhydrous) ........................................................... 2578
Liqua-Gel .................................................................................. 2578
Midazolam Hydrochloride Syrup CIV,
  2mg/mL .................................................................................. 2578
Milk of Magnesia USP ................................................................ 2578
Morphine Sulfate USP Suppositories 5 mg,
  10 mg, 20 mg, 30 mg CII ........................................................ 2578
Morphine Sulfate Injection, USP
  4mg/4mL ............................................................................... 2578
Norepinephrine Bitartrate Injection, USP .................................... 2578
Ora-Plus .................................................................................. 2578
Ora-Sweet ............................................................................... 2578
Ora-Sweet SF .......................................................................... 2578
Phenazone Tablets with
  Phenazopyridine (Promethazine Suppositories)
  12.5 mg, 25 mg ...................................................................... 2578
Polybase ................................................................................. 2578
Progesterone USP Micronized Powder ....................................... 2578
Progesterone USP Wettable
  Microcrystalline Powder ......................................................... 2578
Promethazine Hydrochloride Injection USP
  25 mg/mL ............................................................................. 2578
Sorbitol Solution USP 70% ........................................................ 2578
Suspendol-S ........................................................................... 2578
Testosterone Cypionate Injection, USP
  200 mg/mL ........................................................................... 2578
Testosterone USP Micronized non-sterile
  Powder ................................................................................ 2578
Testosterone Propionate USP Micronized
  non-sterile Powder CIII ........................................................ 2578
Triamcinolone Acetonide USP Micronized
  Powder ............................................................................... 2578
Trimethobenzamide HCl Suppositories
  100 mg, 200 mg ................................................................. 2578
Zincate Capsules 220 mg ...................................................... 2578

## PAR PHARMACEUTICAL, INC. 2578
One Ram Ridge Road
Spring Valley, NY 10977

**Direct Inquiries to:**
Customer Service Representative
(800) 828-9393
(845) 425-7100

**Products Described:**
◆ Acetohexamide HCl Capsules .................................................. 2578
◆ Acyclovir Capsules .................................................................. 2578
◆ Acyclovir Tablets .................................................................... 2578
◆ Allopurinol Tablets ................................................................. 2578
◆ Amantadine HCl Tablets ......................................................... 2578
◆ Amiloride HCl Tablets ............................................................. 2578
◆ Atenolol Tablets ..................................................................... 2578
◆ Benztropine Mesylate Tablets ................................................. 2578
◆ BuSpirone HCl Tablets ............................................................ 2578
◆ Capoten Tablets ..................................................................... 2578
◆ Capozide Tablets and Aspirin Tablets ...................................... 2578
◆ Carisoprodol and Aspirin Tablets ............................................ 2578
◆ Chlordiazepoxide Hydrochloride
  Capsules ............................................................................... 2578
◆ Clomipramine Citrate Tablets .................................................. 2578
◆ Cyproheptadine HCl Tablets ................................................... 2578
◆ Dexamethasone Tablets ......................................................... 2578
◆ Diphenoxylate HCl and Atropine
  Sulfate Tablets ...................................................................... 2578
◆ Doxazosin Mesylate Tablets .................................................. 2578
◆ Doxepin HCl Capsules ........................................................... 2578
◆ Doxycycline Capsules ........................................................... 2578
◆ Enalapril Maleate Tablets ...................................................... 2578
◆ Etodolac Tablets ................................................................... 2578
◆ Famotidine Tablets ............................................................... 2578
◆ Flecainide Acetate Tablets .................................................... 2578
◆ Fluoxetine Capsules ............................................................. 2578
◆ Fluoxetine Oral Solution ....................................................... 2578
◆ Fluphenazine HCl Tablets ..................................................... 2578
◆ Glyburide and Metformin HCl
  Tablets ................................................................................ 2578
◆ Guanfacine Tablets .............................................................. 2578
◆ Hydra-LAZine HCl Tablets ..................................................... 2578
◆ Hydra-Zide Capsules ............................................................ 2578
◆ Hydroxyurea Capsules ......................................................... 2578
◆ Ibuprofen Tablets ................................................................. 2578
◆ Imipramine HCl Tablets ........................................................ 2578
◆ Indapamide Tablets .............................................................. 2578
◆ Isosorbide Dinitrate Tablets .................................................. 2578
◆ Lisinopril Tablets .................................................................. 2578
◆ Lovastatin Tablets ................................................................ 2578
Meclizine HCl Tablets, Oral Suspension ................................. 2578
Megestrol Acetate Oral Suspension ...................................... 2578
Megestrol Acetate Tablets ..................................................... 2578
Meprobamate Tablets ........................................................... 2578
Metaproterenol Sulfate Tablets ............................................. 2578
Metformin HCl Tablets .......................................................... 2578
Metronidazole Tablets .......................................................... 2578
Minoxidil Tablets .................................................................. 2578
Mirtazapine Tablets .............................................................. 2578
Nefazodone Hydrochloride Tablets ........................................ 2578
Nicardipine HCl Capsules ..................................................... 2578
Nizatidine Capsules .............................................................. 2578
Ofloxacin Tablets .................................................................. 2578
Orphengesic Tablets ............................................................. 2578
Orphengesic Forte Tablets .................................................... 2578
Oxaprozin Tablets ................................................................. 2578
Paroxetine Hydrochloride Tablets .......................................... 2578
Prochlorperazine Maleate Tablets ......................................... 2578
Questran Light Powder ......................................................... 2578
Questran Powder .................................................................. 2578
Ranitidine HCl Capsules ....................................................... 2578
Rabeprazole Capsules ......................................................... 2578
Selegiline HCl Tablets .......................................................... 2578
Sorbitol HCl Tablets .............................................................. 2578
SSD Cream ........................................................................... 2578
SSD AF Cream ...................................................................... 2578
Sumycin Syrup ..................................................................... 2578
Sumycin Tablets ................................................................... 2578
Terbutaline HCl Tablets ........................................................ 2578
Tizanidine HCl Tablets ......................................................... 2578
Tolterodine Tartrate Tablets ................................................. 2578
Tramadol Hydrochloride Tablets .......................................... 2578
Triazolam Tablets ................................................................ 2578
ZORprin Tablets ................................................................... 2578

## PARKE-DAVIS 329, 2578
A Division of Warner-Lambert Company
LLC
A Pfizer Company
235 East 42nd Street
New York, NY 10017-5755

**Direct Inquiries to:**
(800) 423-2341
For updates to the product information
listed below, please check the Pfizer Web site,
http://www.pfizer.com,
or call (800) 438-1985.

**For Medical Information Contact:**
(800) 438-1985
24 hours a day, seven days a week

**Distribution:**
1855 Shelby Oaks Drive North
Memphis, TN 38134
(901) 387-5200
Customer Service:
(800) 533-4535

**Products Described:**
◆ Accupril Tablets ..................................................................... 2579
◆ Accuretic Tablets .................................................................... 2581
◆ Lipitor Tablets ........................................................................ 2585
◆ Neurontin Capsules ............................................................... 2589
◆ Neurontin Oral Solution .......................................................... 2589
◆ Neurontin Tablets ................................................................... 2589

## PARKEDALE PHARMACEUTICALS, INC. 329, 2578
(See KING PHARMACEUTICALS, INC)

## PBM PHARMACEUTICALS, INC. 2594
204 North Main Street
Gordonsville, VA 22942

**Direct Inquiries to:**
Customer Service
(866) 366-6282
Fax: (302) 266-7556

**Products Described:**
Animi-3 Capsules ................................................................... 2594
Donnatal Extentabs ............................................................... 2594

## PEDINOL PHARMACAL INC. 2594
30 Banfi Plaza North
Farmingdale, NY 11735

**Direct Inquiries to:**
Director of Professional Services
(631) 293-9500
E-mail: Info@Pedinol.com

**Products Described:**
Castellani Paint Modified, Color
  and Colorless ....................................................................... 2594
Formalyde-10 Spray ............................................................. 2594
Fungoid Tincture .................................................................. 2594
Gris-PEG Tablets .................................................................. 2594
Lactinol Lotion ..................................................................... 2595
Lactinol-E Creme ................................................................. 2595
Lazerformalyde Solution ...................................................... 2595
Lazer-Dri Topical Powder ..................................................... 2595
Pedi-Boro Soak Paks ........................................................... 2595
Pedi-Dri Topical Powder ...................................................... 2595
Pedi-Pro Foot Powder .......................................................... 2595
PNS Unna Boot ................................................................... 2595
Oxiderm Roll-On ................................................................. 2595
Nail Scrub with Brush ......................................................... 2595
Sal-Acid Plasters ................................................................ 2595
Sal-Plant Gel ....................................................................... 2595
Ti-Screen Sunscreens, Lotion, Sports Gel,
  Spray and Lip Protectant .................................................. 2595
Ureacin-10 Lotion ............................................................... 2595
Ureacin-20 Creme ............................................................... 2595

**Other Products Available:**
Breeze Mist Foot Powder
Fungoid Tincture Topical Antifungal
  Treatment Kit
Hydrisalic Gel
Hydrisinol Creme
Hydrisinol Lotion
LazerCreme

## PERSON & COVEY, INC. 2595
616 Allen Avenue
Glendale, CA 91221-5018

**Direct Inquiries to:**
FAX: (818) 547-9821
E-mail: helpdesk@personandcovey.com

**Products Described:**
Drysol Solution ..................................................................... 2595
Xerac AC Solution ................................................................ 2595

## PFIZER INC. 329, 2596
235 East 42nd Street
New York, NY 10017-5755

**Direct Inquiries to:**
For updates to the product information
listed below, please check the Pfizer Web site,
http://www.pfizer.com,
or call (800) 438-1985.

**For Medical Information Contact:**
(800) 438-1985
24 hours a day, seven days a week

**Distribution:**
1855 Shelby Oaks Drive North
Memphis, TN 38134
(901) 387-5200
Customer Service:
(800) 533-4535

**Pfizer Companies Include:**
Agouron Pharmaceuticals
(see PARKE-DAVIS)
(see PHARMACIA & UPJOHN)
(see G.D. SEARLE & CO)

**Products Described:**
Aricept Tablets ..................................................................... 329, 2596
◆ Cardura Tablets .................................................................. 329, 2599
◆ Diflucan Injection ................................................................ 329, 2605
◆ Diflucan Oral Suspension .................................................... 329, 2605
◆ Diflucan Tablets .................................................................. 329, 2605
◆ Geodon Capsules ................................................................ 329, 2609
◆ Geodon for Injection ........................................................... 329, 2609
◆ Glucotrol XL Extended
  Release Tablets ................................................................. 329, 2615
◆ Inspra Tablets ..................................................................... 329, 2617
◆ Norvasc Tablets .................................................................. 329, 2621
◆ Rebif Injection .................................................................... 329, 2623
◆ Relpax Tablets .................................................................... 329, 2625
◆ Rescriptor Tablets ............................................................... 329, 2629
◆ Spiriva HandiHaler .............................................................. 329, 2634
◆ Streptomycin Sulfate Injection ............................................ 329, 2637
◆ Tikosyn Capsules ................................................................ 329, 2639
◆ Unasyn for Injection ............................................................ 329, 2644
◆ VFEND I.V. ......................................................................... 329, 2647
◆ VFEND Oral Suspension ..................................................... 329, 2647
◆ VFEND Tablets ................................................................... 329, 2647
◆ Viagra Tablets .................................................................... 329, 2656
◆ Viracept Oral Powder .......................................................... 330, 2659
◆ Viracept Tablets ................................................................. 330, 2659
Zithromax Capsules, 250 mg .............................................. 2672
Zithromax for IV Infusion .................................................... 2677
Zithromax for Oral Suspension,
  1 g ................................................................................... 2672
Zithromax for Oral Suspension,
  300 mg, 600 mg, 900 mg .............................................. 2665
Zithromax Tablets, 250 mg,
  500 mg, 600 mg ............................................................... 2665
Zithromax Tri-Pak ............................................................... 330, 2665
Zithromax Z-Pak ................................................................. 330, 2672
Zoloft Oral Concentrate ...................................................... 330, 2681
Zoloft Tablets ..................................................................... 330, 2681
Zyrtec Chewable Tablets .................................................... 330, 2688
Zyrtec Syrup ....................................................................... 330, 2688
Zyrtec Tablets .................................................................... 330, 2688
Zyrtec-D 12 Hour Extended
  Release Tablets ............................................................... 330, 2690

## PHARMACEUTICAL ASSOCIATES, INC. 2692
A Subsidiary of Beach Products, Inc.
201 Delaware Street
Greenville, SC 29605

**Direct Inquiries to:**
Clete Harmon, Vice President, Q.A.
(800) 845-8210
FAX: (864) 277-7282 / (864) 236-0116

**Products Described:**
Acetaminophen Oral Solution USP ..................................... 2692
Acetaminophen and Codeine
  Phosphate Oral Solution USP ........................................ 2692
Aluminum Hydroxide Gel USP
  Concentrate ................................................................... 2692
Amantadine Hydrochloride Syrup
  USP ............................................................................... 2692
Chloral Hydrate Syrup USP ............................................... 2692
Cimetidine Hydrochloride Oral
  Solution ........................................................................ 2692
Diphenhydramine Hydrochloride
  Elixir USP ..................................................................... 2692
Docusate Sodium Liquid .................................................. 2692
Docusate Sodium Syrup USP .......................................... 2692
Ethosuximide Syrup ........................................................ 2692
Ferrous Sulfate Liquid ..................................................... 2692
Fluocinone Oral Solution USP ........................................ 2692
Fluphenazine Hydrochloride Elixir
  USP .............................................................................. 2692
Fluphenazine HCl (Concentrate) ..................................... 2692
Guaifenesin Syrup USP ................................................... 2692
Guaifenesin Syrup with Codeine ..................................... 2692
Guaifenesin Syrup and
  Dextromethorphan ........................................................ 2692
Haloperidol Oral Solution USP
  (Concentrate) ............................................................... 2692
Hydrocodone Bitartrate and
  Acetaminophen Oral Solution ...................................... 2692
Hydroxyzine HCl Syrup USP ........................................... 2692
Lactulose Solution USP ................................................... 2692
MAG-AL Liquid ................................................................ 2692
MAG-AL Plus with Simethicone ..................................... 2692
MAG-AL Plus XS with
  Simethicone ................................................................. 2692
Metoclopramide Oral Solution
  USP ............................................................................. 2692
Milk of Magnesia .......................................................... 2692
Milk of Magnesia Concentrate ..................................... 2692
Mineral Oil ................................................................... 2692
Nystatin Oral Suspension ............................................ 2692
Oxybutynin Chloride Syrup USP ................................. 2692
Perphenazine Oral Solution USP
  (Concentrate) ............................................................ 2692
Phenobarbital Elixir .................................................... 2692
Potassium Chloride Oral Solution
  USP 10% .................................................................... 2692
Potassium Chloride Oral Solution
  USP 20% .................................................................... 2692
Potassium Citrate and Citric Acid
  Oral Solution USP ..................................................... 2692
Prednisolone Sodium Phosphate
  Oral Solution ............................................................ 2692
Prednisone Oral Solution USP ................................... 2692
Promethazine Hydrochloride and
  Codeine Phosphate Syrup ....................................... 2692
Promethazine Syrup USP,
  Regular .................................................................... 2692
Pseudoephedrine Hydrochloride
  Syrup ....................................................................... 2692
Sodium Citrate and Citric Acid
  Oral Solution USP .................................................. 2692
Sorbitol Solution USP ................................................ 2692
Sore Throat Spray .................................................... 2692
Sucralfate Suspension ............................................. 2692
Ticirateses Oral Solution ........................................ 2692
Trihexyphenidyl Hydrochloride
  Elixir USP ............................................................... 2692
Valproic Acid Syrup USP ......................................... 2692

## PHARMACIA &