# DSJ1&2-PR Exh 544

| From: | Clark, Jessica |
|---|---|
| Sent: | Tuesday, October 25, 2016 7:32 AM |
| To: | Poshni, Faiza; Feniger, Angela; Jones, Heather |
| Cc: | Clark, Jessica; Conti, Joan; Dec, John; Shukla, Jaydeep; Brantley, Eric; Roman, Sonia |
| Subject: | RE: SOMs |
| Attachments: | SOP-SO-0002.doc; SOP-SO-0004.doc |

Good morning Faiza/Angela/Heather.

I am reviewing SOP's for our department and believe SOP SO-0002 (copy attached) should be retired since SOM is now handled by Eric Brantley in Huntsville.
The SOP does address our department's quarterly DEA audit process, but I would propose to modify SOP SO-004 (copy also attached) to include reference to the DEA audit.

SOP SO-002 also addresses monthly Compliance reporting.
Heather/Angela,
When the transfer of all controlled substances to Huntsville is complete in early November, will you need Joan to provide any controlled substance reporting on a forward basis?

Please review when you can and please provide feedback.

Thank you.


**Jessica Clark**
Director, Customer Operations
Par Pharmaceutical | Six Ram Ridge Road | Chestnut Ridge, NY 10977
▆▆▆▆▆▆▆ Fax: 201.391.5217
Jessica.Clark@parpharm.com




**From:** Shukla, Jaydeep
**Sent:** Monday, April 11, 2016 3:52 PM
**To:** Clark, Jessica
**Cc:** Feniger, Angela; Poshni, Faiza
**Subject:** RE: SOMs

Thank you Jessica!

**Jaydeep Shukla** | Specialist, DEA Compliance
Par Pharmaceutical | 2 Ram Ridge Road | Chestnut Ridge, NY 10977
▆▆▆▆▆▆▆ | jaydeep.shukla@parpharm.com
www.parpharm.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0002161313

E1840.2



---

**From:** Clark, Jessica
**Sent:** Monday, April 11, 2016 3:51 PM
**To:** Shukla, Jaydeep
**Cc:** Feniger, Angela; Poshni, Faiza
**Subject:** RE: SOMs

HI Jaydeep,

Yes, we evaluate controlled substance orders based on customer provided usage and/or customer typical purchase patterns.

Jessica Clark
Director, Customer Operations
Par Pharmaceutical Companies, Inc. | Six Ram Ridge Road | Chestnut Ridge, NY 10977
Fax: 201.391.5217
Jessica.Clark@parpharm.com



---

**From:** Shukla, Jaydeep
**Sent:** Thursday, April 07, 2016 11:42 AM
**To:** Clark, Jessica
**Cc:** Feniger, Angela; Poshni, Faiza
**Subject:** SOMs

Hi Jessica,

Is your group evaluating controlled substance orders as per SOP-SO-002 suspicious order monitoring?

Thank you,
Jaydeep

**Jaydeep Shukla** | Specialist, DEA Compliance
Par Pharmaceutical | 2 Ram Ridge Road | Chestnut Ridge, NY 10977
jaydeep.shukla@parpharm.com
www.parpharm.com



2

**E1840.3**

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title:  SUSPICIOUS ORDER MONITORING (SOM) | | |
|---|---|---|
| Department:  SO | | Document No:  SOP-SO-0002 |
| | | Version: 1.6 |
| Legacy Document ID: SO002.1 | | Page:  1 of 4 |

| Written by: | CoSign Digital Signature |
|---|---|
| Checked by: | CoSign Digital Signature |
| Approved by: | CoSign Digital Signature |

**E1840.4**

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title:  SUSPICIOUS ORDER MONITORING (SOM) | | |
|---|---|---|
| Department:  SO | | Document No:  SOP-SO-0002 |
| | | Version: 1.6 |
| Legacy Document ID: SO002.1 | | Page:  2 of 4 |

## Table of Contents

I.   PURPOSE ...........................................................................................................3

II.  POLICY ...............................................................................................................3

III.  ROLES AND RESPONSIBILITIES ....................................................................3

IV.  PROCEDURE ....................................................................................................3

V.   EXTERNAL REFERENCES ...............................................................................4

VI.  REVISION HISTORY .........................................................................................4

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: SUSPICIOUS ORDER MONITORING (SOM) | | |
|---|---|---|
| Department: SO | | Document No: SOP-SO-0002 |
| | | Version: 1.6 |
| Legacy Document ID: SO002.1 | | Page: 3 of 4 |

### I.  PURPOSE

Define process of Suspicious Order Monitoring (SOM) for all controlled substances ordered directly by Par Trade Customers via a Purchase Order.

### II.  POLICY

As determined by Sales Operations with guidance from Quality Compliance ensuring we are in line with DEA requirements.

### III.  ROLES AND RESPONSIBILITIES

Sales Operations/Account Services to monitor applicable Par Trade Customer Purchase Orders for any notable variations in ordering patterns.

### IV.  PROCEDURE

**Par's Trade customers transmit Controlled Purchase Orders via EDI and minimal Purchase Orders come in via fax/scan-email.**

Weekly replenishment Purchase Orders are analyzed by Account Service Executives verses Customer provided usages.
If quantities are higher than the average transmission it is questioned.

The Buyer is contacted to review, a written request is asked as to the reason for the increase.
It is reviewed to ensure it is correct and warranted.

Seasonal changes are monitored if applicable to the product.



PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title:  SUSPICIOUS ORDER MONITORING (SOM) | | |
|---|---|---|
| Department:  SO | | Document No:  SOP-SO-0002 |
| | | Version: 1.6 |
| Legacy Document ID: SO002.1 | | Page:  4 of 4 |

Customer Usage grids are created for each controlled drug distributed as a benchmark to monitor Customer Purchase Orders.

Customers may have a change in usage when reported or uncovered grid would then get updated to reflect accordingly.

**Controlled Substance product launch**



**Reporting Suspicious Criminal Activities**

**If criminal activity is suspected, report the following to the state agencies that licensed the facility (e.g. board of pharmacy) and Food and Drug Administration (FDA), as well as Drug Enforcement Administration (DEA) for controlled substances within three days of suspecting criminal activity.**

## V.    EXTERNAL REFERENCES

Sample of a Customer Usage Letter at Product Launch

## VI.    REVISION HISTORY

| Revision | Description of Changes |
|---|---|
| | |

**E1840.7**

Document Could Not Be Rendered

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002161319

E1840.8

CoSign Digital Signature

PAR_OPIOID_MDL_0002161320

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

E1840.9

# CoSign Digital Signature

PAR_OPIOID_MDL_0002161321

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E1840.10**

Document Could Not Be Rendered

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002161322

E1840.11

CoSign Digital Signature

PAR_OPIOID_MDL_0002161323

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E1840.12**

Document Could Not Be Rendered

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002161324

E1840.13

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title:  PRESCRIPTION DRUG ORDER MONITORING | | |
|---|---|---|
| Department:  SO | | Document No:  SOP-SO-0004 |
| | | Version: 1.5 |
| Legacy Document ID:  SO004.0 | | Page:  1 of 4 |

Deleted:

| Written by: | CoSign Digital Signature |
|---|---|
| Checked by: | CoSign Digital Signature |
| Approved by: | CoSign Digital Signature |

**E1840.14**

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title:  PRESCRIPTION DRUG ORDER MONITORING | | |
|---|---|---|
| Department:  SO | | Document No:  SOP-SO-0004 |
| | | Version:  1.5 |
| Legacy Document ID: SO004.0 | | Page:  2 of 4 |

**Deleted:**

## Table of Contents

I.    PURPOSE ................................................................................................................3

II.   POLICY ...................................................................................................................3

III.  ROLES AND RESPONSIBILITIES ........................................................................3

IV.   PROCEDURE ..........................................................................................................3

V.    EXTERNAL REFERENCES ....................................................................................4

VI.   REVISION HISTORY ..............................................................................................4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

E1840.15

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title:  PRESCRIPTION DRUG ORDER MONITORING | | |
|---|---|---|
| Department:  SO | | Document No:  SOP-SO-0004 |
| | | Version:  1.5 |
| Legacy Document ID: SO004.0 | | Page:  3 of 4 |

Deleted:

## I.  PURPOSE

Define process of Prescription Drug Order Monitoring for RX drugs ordered directly by Par Trade Customers via a Purchase Order.

## II.  POLICY

A.    As determined by Sales Operations with guidance from Quality Compliance ensuring we are in line with compliance guidelines.

B.    If the Prescription Drug Order Monitoring process does not meet the requirements of this SOP and criminal activity or suspicious product is suspected (refer to SOP QA109: Notification process to the Federal and State Agencies (DEA, New York State Board of Pharmacy).

## III.  ROLES AND RESPONSIBILITIES

Sales Operations/Account Services to monitor applicable Par Trade Customer Purchase Orders for any notable variations in ordering patterns.

## IV.  PROCEDURE

**Par's Trade customers transmit Prescription Drug Purchase Orders via EDI and minimal Purchase Orders come in via fax/scan-email.**

Weekly replenishment Purchase Orders are analyzed by Account Service Executives verses Customer provided usages.
If quantities are higher than the average transmission it is questioned.

The Buyer is contacted to review, a written request is asked as to the reason for the increase.
It is reviewed to ensure it is correct and warranted.

Seasonal changes are monitored if applicable to the product.

Customers may have a change in usage when reported tracking docs would then

**E1840.16**

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: PRESCRIPTION DRUG ORDER MONITORING | | |
|---|---|---|
| Department: SO | | Document No: SOP-SO-0004 |
| | | Version: 1.5 |
| Legacy Document ID: SO004.0 | | Page: 4 of 4 |

Deleted:

get updated to reflect accordingly.



## V. EXTERNAL REFERENCES

QA109 : Notification process to the Federal and State Agencies (DEA, New York State Board of Pharmacy)

## VI. REVISION HISTORY

| Revision | Description of Changes |
|---|---|
| | No changes required |

**E1840.17**

# CoSign Digital Signature

PAR_OPIOID_MDL_0002161329

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

E1840.18

CoSign Digital Signature

PAR_OPIOID_MDL_0002161330

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E1840.19**

Document Could Not Be Rendered

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002161331

E1840.20

# CoSign Digital Signature

PAR_OPIOID_MDL_0002161332

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E1840.21**

Document Could Not Be Rendered

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002161333

E1840.22

Document Could Not Be Rendered

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002161334