# DSJ1&2-PR Exh 546

| | |
|---|---|
| **Subject:** | FW: SOM Intro Call - 4:00pm Eastern Time |
| **Location:** | Please call 888-287-4068 and code 734128 |
| | |
| **Start:** | Mon 12/1/2008 9:00 PM |
| **End:** | Mon 12/1/2008 9:45 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | GLOTZ Gary |

Is there anyone else who would need to sit in on this initial call?

-----Original Appointment-----
**From:** GLOTZ Gary
**Sent:** Monday, December 01, 2008 11:54 AM
**To:** GLOTZ Gary; LeeAnn Smith; HAMBY Paul
**Subject:** SOM Intro Call - 4:00pm Eastern Time
**When:** Monday, December 01, 2008 3:00 PM-3:45 PM (GMT-06:00) Central Time (US & Canada).
**Where:** Please call 888-287-4068 and code 734128

<<SOM Introduction_ Qualitest.ppt>>
**Please find the attached SOM presentation. We are confirmed for 4:00pm EST today.  Please call 888-287-4068 and code 734128.**

**Gary**

**From:** LeeAnn Smith [mailto:lsmith@qualitestrx.com]
**Sent:** Monday, December 01, 2008 12:23 PM
**To:** GLOTZ Gary
**Subject:** RE: Compliance Solutions Demo request

We'll take the 4:00 time slot.  Joining in from my side will be Spike Pannell and John Schultz, plus myself.  Will you contact us, or will you provide a call in number?

Thank you for your time.
**LeeAnn Smith**
**Information Technology**
ole1.bmp
*character. commitment. community.*
**Qualitest/Vintage Pharmaceuticals**
120, 130, 150 Vintage Drive
Huntsville, AL 35811, USA
Tel: +1 256-859-4011 x3029
████████████████
lsmith@qualitestrx.com
**From:** GLOTZ Gary [mailto:Gary.Glotz@dendrite.com]
**Sent:** Monday, December 01, 2008 10:22 AM

1

**To:** LeeAnn Smith
**Subject:** RE: Compliance Solutions Demo request

Hello LeeAnn.

We have either 2:30pm or 4:00pm EST open today. Once you confirm, I will send you a meeting invite and an intro PPT on SOMs.

Thanks

**Gary Glotz | Sales Director, Regulatory Compliance**
Cegedim Dendrite | 1025 Boulders Parkway, Suite 405, Richmond, VA, 23225
Tel: 888-590-9954 x5003 | Fax: 804-267-1746 | Cell: 804-677-6465 | email: gary.glotz@dendrite.com
ole2.bmp

ole3.bmp

**From:** LeeAnn Smith [mailto:lsmith@qualitestrx.com]
**Sent:** Monday, December 01, 2008 10:17 AM
**To:** GLOTZ Gary
**Subject:** RE: Compliance Solutions Demo request

Yes – this week would be wonderful…  Might you have time this afternoon!

**LeeAnn Smith**
**Information Technology**
ole4.bmp
character. commitment. community.
**Qualitest/Vintage Pharmaceuticals**
120, 130, 150 Vintage Drive
Huntsville, AL 35811, USA
Tel: +1 256-859-4011 x3029

lsmith@qualitestrx.com
**From:** GLOTZ Gary [mailto:Gary.Glotz@dendrite.com]
**Sent:** Monday, December 01, 2008 8:53 AM
**To:** LeeAnn Smith
**Subject:** RE: Compliance Solutions Demo request

Hello LeeAnn,

Can we setup a call this week to discuss SOMs? I tried to call you but you phone was off.

Thank you,

Gary

**Gary Glotz | Sales Director, Regulatory Compliance**
Cegedim Dendrite | 1025 Boulders Parkway, Suite 405, Richmond, VA, 23225
Tel: 888-590-9954 x5003 | Fax: 804-267-1746 | Cell: 804-677-6465 | email: gary.glotz@dendrite.com
ole5.bmp

ole6.bmp

**From:** GLOTZ Gary
**Sent:** Monday, November 24, 2008 3:33 PM

2

E1790.3

**To:** lsmith@qualitestrx.com
**Subject:** FW: Compliance Solutions Demo request

Hello LeeAnn,

I received your email regarding wanting a discussion regarding putting a compliance SOM program in place.

Is your team available at 11:30am EST on Dec 1?

Thank You,

Gary

**Gary Glotz | Sales Director, Regulatory Compliance**
Cegedim Dendrite  |  1025 Boulders Parkway, Suite 405, Richmond, VA, 23225
**Tel:** 888-590-9954 x5003  |  **Fax:** 804-267-1746  |  **Cell:** 804-677-6465  |  **email:** gary.glotz@dendrite.com
ole7.bmp

ole8.bmp

**From:** SUPPORT Sales
**Sent:** Monday, November 24, 2008 2:30 PM
**To:** Marketing Leads
**Subject:** schedule-www.dendrite.com/DEASolutions?ID=421

First Name: LeeAnn
Last Name: Smith
Company: Qualitest Pharmaceuticals
Email: lsmith@qualitestrx.com
Phone: 256-859-4011
Title: IT Director
Origin: North America
Schedule Date: Dec--1-2008 Morning
Comment: In the process of reviewing our current suspicious order monitoring process, but we are well aware that what we have is NOT compliant by today's standards. We are looking for assistance....

*"This e-mail, and any attachments, may contain confidential, and/or legally privileged information, and is intended solely for the use only of the named addressee(s). If you have received this e-mail in error, please notify the sender immediately, and permanently delete the original and any copies of this e-mail, and any attachments, without printing, reading or copying them. Any use, distribution, or copying of this e-mail other than by the intended recipient is strictly prohibited. QUALITEST accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided. The recipient should check this e-mail and any attachments. QUALITEST accepts no liability for damage caused by any malicious code potentially transmitted by this e-mail."*



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001656120

Produced In Native Format

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001656121

















