# DSJ1&2-PR Exh 553

June  2013

In May, the multiplier was changed from 1.25 to 2.0 for all COT's. In May it was impossible for the Master Data group to enter the information in the SOMS share drive folder for all customers that went to SOMS in the month of May.  Therefore, we documented on the SOMS form if it was over by a few bottles of the allowable and/or attached any documentation that we provided to the DEA Affairs including the email from the DEA Affairs that the order was approved.  The May was 2151 and it dropped due to the multiplier when April showed it was 4423.  It is the end of the month and it is hard to enter the information in the share drive. All documentation that is necessary is attached to the form.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

June  2013

McKesson – Aurora, IL
PO# 8144734534 Sales Order Date: 6-3-2013 SD# 630574
55253007230 FENTANYL CITRATE EQ ORAL TRANS 600MCG 30 – over by 2


McKesson – Salt Lake City, UT
PO# 8180869974 Sales Order Date: 6-3-2013 SD# 630583
00591355101 OXYCODONE/ASP 4.8355/325MG TAB 100 – over by 1

Didn't contact the customer.  Over by 3
PO#  814936480  Date:  06/10/2013   SD#   632312
00591355101 OXYCODONE/ASP 4.8355/325MG TAB 100 – QTY  2

Didn't contact the customer:  Over by 13
PO#   8180870480  Date:  06/10/2013   SD#   632334
00591355101 OXYCODONE/ASP 4.8355MG TAB 100 – QTY 12

McKesson – Washington Ct House, OH
PO# 8164935826 Sales Order Date: 6-3-2013 SD# 630528
00591355101 OXYCODONE/ASP 4.8355/325MG TAB 100 – over by 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04176626

June  2013

Anda – Groveport, OH
PO# 1021235 Sales Order Date: 6-6-2013 SD# 631762
00591082401 OXYCODONE/APAP 7.5/500MG TAB 100 – over by 162

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04176627

June  2013

ABC – Romeoville, IL
PO# 019541717 Sales Order Date: 6-6-2013 SD# 631548
55253007230 FENTANYL CITRATE EQ ORAL TRANS 600MCG 30 – over 10

Didn't  contact the customer.  Over by 31
PO#  020864482   Date:  06/06/2013   SD#   631542
00591355101 OXYCODONE/ASP 4.8355/325MG TAB 100 – QTY  84

ABC – Phoenix, AZ
Over by 139
PO#  020864737   Date:  06/10/2013   SD#  632474
OXYCODONE/ASP 4.8355/325MG TAB 100 – QTY   108
Per Marketing (Toni Picone), on 6-11-13, they awarded us their ProGen business
on May 3rd and their monthly usage is expected to increase by about 375
units/mo as a result.

AMERISOURCEBERG
EN DRUG SD# 63247·

ABC – Honolulu, HI
Didn't contact the customer.  Over by 9
PO#  026937279 Date:   06/06/2013   SD#  631546
00591271601 METHYLPHENIDATE HCL ER 27MG TAB 100 – QTY 24

ABC - Phoenix, AZ
Didn't contact the customer.
PO# 020864795 Sales Order Date: 6-11-2013 SD# 632647
00591078201 DIETHYLPROPION HCL ER (CR) 75MG TAB 100 – Over by 1
00591322379 TESTOSTERONE CYP INJ 200MG/ML 10ML – Over by 22

ABC – Suwanee, GA
Didn't contact the customer.
PO# 040371298 Sales Order Date: 6-11-2013 SD# 632666
00591322379 TESTOSTERONE CYP INJ 200MG/ML 10ML – Over by 3

ABC – Glen Allen, VA
Didn't contact the customer.
PO# 041316617 Sales Order Date: 6-11-2013 SD# 632668
00591322379 TESTOSTERONE CYP INJ 200MG/ML 10ML – Over by19

ABC – Salt Lake City, UT
Didn't contact the customer.
PO# 017341803 Sales Order Date: 6-11-2013 SD# 632645
00591078301 DIETHYLPROPION HCL 25MG TAB 100 – Over by 15

June  2013

ABC – Corona, CA
Didn't contact the customer. This is an NDC# conversion.
PO# 012831815 Sales Order Date: 6-11-2013 SD# 632643
00591260901 HYDROCODONE/APAP 10/500MG TAB 100 – over by 27


ABC CONTROLLED
SUBSTANCE SALES HI

ABC – Phoenix, AZ
Didn't contact the customer.
PO# 020864933 Sales Order Date: 6-13-2013 SD# 633545
00591271501 METHYLPHENIDATE HCL ER 18MG TAB 100 – over by 4

ABC – Morrisville, NC
Didn't contact the customer.
PO# 055451193 Sales Order Date: 6-13-2013 SD# 633465
00591093201 OXYCODONE/APAP 10/325MG TAB 100 – over by 36

ABC – Orlando, FL
Didn't contact the customer.  Over by 30
PO#  046339460   Date:  06/13/2013   SD#   633481
00591355101 OXYCODONE/ASP 4.8355/325MG TAB 100 – QTY  48

ABC – Glen Allen, VA
Didn't contact the customer.
PO# 041316828 Sales Order Date: 6-13-2013 SD# 633528
46987032511 KADIAN ER 30MG CAP 100 – over by 9

ABC – Roanoke, TX
Didn't contact the customer.
PO# 018665544 Sales Order Date: 6-13-2013 SD# 633475
46987032511 KADIAN ER 30MG CAP 100 – over by 2
46987032611 KADIAN ER 60MG CAP 100 - over by 7

ABC – Kent, WA
Didn't contact the customer. Over by 16
PO#   032993701   Date:  06/13/2013   SD#   633483
00591321372 FENTANYL PATCH 75MCG 5 – QTY   96

ABC – Kent, WA
Didn't contact the customer.  Over by 16
PO#   032993734   Date:  06/13/2013   SD#   633488
00591355101 OXYCODONE/ASP 4.8355/325MG TAB 100 – QTY  24

June  2013

ALLERGAN_MDL_04176630

June  2013

Smith Drug, Spartanburg, SC
Nancy Ballew – stated that Amneal is temporarily unavailable.
PO# 367422 Sales Order Date: 6-11-2013 SD# 632833
00591082501 OXYCODONE/APAP 10/650MG TAB 100 – over by 221

Smith Drug, Paragould, AR
Nancy Ballew – stated that Amneal is temporarily unavailable.
PO# 367423 Sales Order Date: 6-11-2013 SD# 632834
00591082501 OXYCODONE/APAP 10/650MG TAB 100 – over by 74

Smith Drug, Valdosta, GA
Nancy Ballew – stated that Amneal is temporarily unavailable.
PO# 367424 Sales Order Date: 6-11-2013 SD# 632832
00591082501 OXYCODONE/APAP 10/650MG TAB 100 – over by 107

RE Order(s) on Hold - RE Order(s) on Hold – FW Order(s) on Hold
Smith Drug SD# 6328  Smith Drug.msg    – Smith Drug.msg

ALLERGAN_MDL_04176631

June  2013

Miami-Luken Inc
Didn't contact customer.  Over by 19
PO#    0446024 Date:        06/07/2013   SD#    632113
00591082501 OXYCODONE/APAP 10/650MG TAB 100 – QTY       24

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                           ALLERGAN_MDL_04176632

June  2013

Auburn Pharmaceutical Company
Didn't contact the customer.  Over by 3
PO#    0158531       Date:  06/07/2013   SD#   632098
00591350030 MODAFINIL 200MG TAB 30 – QTY      24

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ALLERGAN_MDL_04176633

June  2013

Rochester Drug, Rochester, NY
Per Tracy Plouffe, Testosterone is primarily due to a current shortage in the Market.
PO# 1031930 Sales Order Date: 6-13-2013 SD# 633638
00591322379 TESTOSTERONE CYP INJ 200MG/ML 10ML

RE Order(s) on Hold –
ROCHESTER DRUG CC

ALLERGAN_MDL_04176634

June  2013

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04176635