# DSJ1&2-PR Exh 556

# FILED UNDER SEAL