# DSJ1&2-PR Exh 557

Filed Under Seal