# DSJ1&2-PR Exh 558

# FILED UNDER SEAL