# DSJ1&2-PR Exh 559

# FILED UNDER SEAL