# DSJ1&2-PR Exh 560

FILED UNDER SEAL