# DSJ1&2-PR Exh 561

# FILED UNDER SEAL