# DSJ1&2-PR Exh 570

## Produced in Native Format

CONFIDENTIAL

WMT_MDL_000048100

| Segment / Market: Global Governance | Program / Project Name: SOM – Reddwerks Upgrade | Program: US Compliance |
|---|---|---|
| **Problem Statement/Description:** Provide a brief description of the opportunity that this initiative will resolve. The goal of the project is to modify the existing Reddwerks logic to implement calculated store/item combination order thresholds. Any order above the new threshold will generate an order alert. The project also includes the creation of historical order information retention and reporting. This initiative will allow program enhancements to help Walmart avoid DEA enforcement as a result of non-compliance with 21 CFR 1301.74(b). | **Executive Sponsor:** Phyllis Harris<br>**Requester Name:** Compliance<br>**Business Owner:** Tim Harris<br>**Business Area (s):** Pharmacy Logistics<br>**Formats in scope:** | |
| Provide a brief Executive Summary listing the goals, objectives, and benefits of this initiative, as well as any additional risks associated with not doing this effort. The goal of this project is to design and operate a system to identify "Suspicious Orders" of controlled substances. All suspicious orders must be reported to DEA upon detection. A "Suspicious Order" could include an order of unusual quantity, orders which substantially deviate from a normal pattern and orders of unusual frequency. | **Risk of Not Doing Project and Dependencies**<br>• List the risks for not doing this effort<br>Risks include potential DEA enforcement, which could include fines, penalties and license forfeiture, as well as failure to secure VAWD reaccreditation.<br>• List all known dependencies<br>Currently, the 3rd party, Reddwerks, products are not level across all Pharmacy DC's. In order to keep the service costs to the vendor associated with this project lower, and to avoid higher maintenance costs by supporting multiple versions, the product needs to be leveled across all DC's with these enhancements. Leveling the product across all Pharmacy DC's will require updated server technology. The hardware cost will not be covered by this project but will be covered from Division 7, Logistics.<br><br>**Other Benefits** *(e.g., Revenue Margin Enhancements, Future Cost Avoidance, Foundational Needs)*<br>• List the benefits that will be achieved from completing this initiative; soft and hard benefits.<br>Compliance with Federal law and VAWD accreditation standards. | |

## Financials

| Annual Benefit | Sales | SG&A | COGS | Expense Savings |
|---|---|---|---|---|
| FY15 | | | | |
| FY16 | | | | |
| FY17 | | | | |
| Totals | | | | |

| | NPV | IRR | IT Costing | Capex ($M) | Opex ($M) |
|---|---|---|---|---|---|
| | | | FY15 Cost | | |
| | | | Multiyear Project | | |

FY15 Form 1