# DSJ1&2-PR Exh 571

Produced in Native Format

CONFIDENTIAL

WMT_MDL_000048101

# Portfolio Scoring Worksheet

| Project Name: | Suspicious Order Monitoring | Program Name: | Health & Wellness Logistics |
|---|---|---|---|
| | Overall Project Score : | 65 | |

## Corporate Governance Scoring Section

### Improve Program Effectivenes

| | Score |
|---|---|
| Improves Governance Program Maturity<br>0 = No<br>3 = Yes | 3 |
| Improves our Business Processes for Governance<br>0 = No<br>3 = Yes | 3 |
| Improves our Information usage for Governance<br>0 = No<br>3 = Yes | 3 |
| Section Totals | 45 |
| Section Weight and Total Score | 5 |

**Explanation and Justification for Score**
Must provide the business plan for how this initiative will improve one of the three areas listed above.

### Risk Reduction (Existing or Emerging)

| | Score |
|---|---|
| Is this a New or Emerging Risk?<br>1 = No<br>3 = Existing<br>5 = New / Emerging | 3 |
| Is the Risk being mitigated today by manual, systematic, or a combination of both today (regardless if optimal or not)?<br>0 = Yes, with existing system and manual processes; just not optimal<br>1 = Yes with an existing system with no manual processes<br>3 = Yes, but manually with no existing system<br>5 = No, Emerging Risk that has no processes in place today | 5 |
| What is the likelihood that the events or conditions underlying the Risk will occur?<br>1 = Remote<br>2 = Unlikely<br>3 = Possible<br>4 = Likely<br>5 = Almost Certain | 4 |
| What is the potential financial or reputational impact to the company if the events or conditions occur?<br>1 = Minimal<br>2 = Significant<br>3 = Material<br>4 = Severe<br>5 = Catastrophic | 4 |
| Will this effort mitigate any other Risk outside of your area?<br>(If answered, YES, you must list in the Explanation the other Risk(s) being mitigate in the other area(s)).<br>0 = No<br>5 = Yes | 0 |
| Section Totals | 100 |
| Section Weight and Total Score | 20 |

**Explanation and Justification for Scores**

Controlled Substance Risk Assessment, Item 1

## Mandated or Executive Decree

| | Score |
|---|---|
| What is the extent of the Legal or Regulatory requirement? (If there are global implications, you must list the impacted countries and how they are impacted.)<br>1 = Local (Single State or Province)<br>2 = Multiple States / Province<br>3 = National<br>4 = Multiple Countries<br>5 = Global | 3 |
| Is the effort related to a settlement agreement with a Government Agency, Court Order, or Consent Decree? (The Court Order or Consent Decree must be given along with the effective and expiration date.)<br>0 = No<br>5 = Yes | 5 |
| Is this effort Executive directed?<br>Must provide the Executive directive given.<br>1 = No<br>5 = Yes | 5 |
| Is this effort Board directed or informed?<br>Must provide the Executive or Board directive given.<br>1 = No<br>3 = Board Informed<br>5 = Board Directed | 3 |
| Is there a Required Effective Date mandated by Legal or Regulation(s)?<br>Provide Date {Input} | |
| Is there a system "readiness date"? A date that the list must be in place.<br>Provide Date {Input} | |
| Section Totals | 105 |
| Section Weight and Total Score | 37 |

Explanation and Justification for Score
21 CFR 1301.74(b), DEA Memorandum of Agreement effective 3/17/11 - 3/17/15

## Corporate or Business Unit Strategic Alignment

| | Score |
|---|---|
| Effort may also be identified as one of the following;<br>1 = Builds Governance awareness<br>2 = Enhances Governance Maturity<br>3 = Strategic Alignment with Business Operations | 2 |
| Is the effort ensuring alignment or compliance to a Corporate Policy or Directive?<br>(If Yes, must provide the Corporate Policy Name and ID and/or Directive)<br>1 = No<br>3 = Yes | 3 |
| This initiative will assist in achieving the business unit's goals and/or objectives.<br>(Aligning goals and/or objectives must be provided.)<br>1 = No<br>3 = Yes | 3 |
| Section Totals | 24 |

| | Section Weight and Total Score | 4 |
|---|---|---|

Explanation and Justification for Score
POM 887 and POM 1385

## SECURITY

| | |
|---|---|
| Is the effort designed to mitigate physical security risks?<br>0 = No<br>5 = Yes | 5 |
| Is the effort designed to mitigate health or safety risks?<br>0 = No<br>5 = Yes | 5 |
| Is the effort designed to mitigate fraudulent activities?<br>0 = No<br>5 = Yes | 5 |
| Section Totals | 150 |
| Section Weight and Total Score | 30 |

Explanation and Justification for Score
21 CFR 1301.74 (b)