# DSJ1&2-PR Exh 572

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
                        - - -
 3   IN RE: NATIONAL              :  HON. DAN A.
     PRESCRIPTION OPIATE          :  POLSTER
 4   LITIGATION                   :  MDL NO. 2804
                                  :
 5   This document relates to:    :  Case No. 17-MD-2804
                                  :
 6   The County of Summit, Ohio   :
     Ohio et al. v. Purdue Pharma :
 7   L.P., et al., Case No.       :
     17-OP-45004                  :
 8                                :
     The County of Cuyahoga v.    :
 9   Purdue Pharma Purdue Pharma  :
     L.P., et al., Case No.       :
10   18-OP-45090                  :
11                      - - -
12              Friday, May 10, 2019
13                   Volume II
14
                        - - -
15   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                CONFIDENTIALITY REVIEW
16                      - - -
17            Videotaped deposition of
     CRAIG J. MCCANN, Ph.D., CFA, taken pursuant
18   to notice, was held at the law offices of
     Morgan Lewis & Bockius, 1111 Pennsylvania
19   Avenue, NW Washington, DC 20004, beginning
     at 9:08 a.m., on the above date, before
20   Amanda Dee Maslynsky-Miller, a Certified
     Realtime Reporter.
21
                        - - -
22
             GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  - - -

 2              VIDEO TECHNICIAN:  Back on

 3      the record at 11:07 a.m.

 4                  - - -

 5                  EXAMINATION

 6                  - - -

 7      BY MS. FUMERTON:

 8          Q.    Good morning, Dr. McCann.

 9      My name is Tara Fumerton, and I represent

10      Walmart in this action.

11          A.    Good morning.

12          Q.    Good morning.  Right before

13      we went on the record I marked as

14      Exhibits-14 through 17 a series of

15      excerpts from your Appendix 9.  I'm going

16      to ask you some questions about those in

17      a minute, if you can set them aside.

18                Dr. McCann, do you recall

19      yesterday that you were asked questions

20      about whether your calculations took into

21      consideration the fact that a certain

22      number of opioids distributed into Summit

23      County and Cuyahoga County was returned?

24          A.    Yes.
```

```
 1          Q.     And the record will reflect
 2   what you said, but I believe that you
 3   testified that you would need to verify
 4   the extent to which returns were factored
 5   into your analysis, but that in any
 6   event, returns constituted a de minimus
 7   amount of the transactions you reviewed.
 8          A.     Yes.
 9          Q.     Is that a fair summary of
10   your testimony?
11          A.     Yes.
12          Q.     In a data set as large as
13   the one that you reviewed concerning the
14   shipments of opioids into Cuyahoga and
15   Summit County, do you consider de minimus
16   to be 1 percent?
17          A.     I'd have to think through
18   the context a little bit.
19                 But in some contexts, 1
20   percent would be de minimus and in other
21   contexts not.  And it depends on -- let
22   me leave it at that.
23          Q.     Okay.  If returns
24   constituted about 1 percent of the total
```

Highly Confidential - Subject to Further Confidentiality Review

1  amount of opioids being distributed to
2  Cuyahoga or Summit counties, would you
3  consider that to be 1 percent -- I'm
4  sorry, let me --
5           A.    Yes.  That was the easiest
6  question I've had so far.
7           Q.    It would be.  Let me
8  rephrase.
9                 If returns constituted about
10 1 percent of the total amount of opioids
11 being distributed into Cuyahoga and
12 Summit counties, would you consider that
13 to be de minimus?
14          A.    In the context of my
15 opinions, yes.
16          Q.    Okay.  I would like you to
17 now look at the four exhibits that I
18 marked.  And I'm going to go through them
19 quickly and ask you yes-or-no questions.
20 And if you could answer yes or no, I
21 would appreciate it, and I'm sure my
22 colleagues would appreciate it who are
23 waiting to get up here and ask questions,
24 too.