# DSJ1&2-PR Exh 573

From: James Greer
To: Tim Harris; Susanne Hiland; Greg Beam
Sent: 9/27/2010 10:58:11 PM
Subject: RE: DEA Audit at DC 6013



Susanne, The DEA expects the DC's to have a "more intimate relationship with its customers". They are looking for our due diligence in dealing with excessive or suspicious orders. Currently we rely on the Diversion Team to run audits and flag excessive purchases. However, the DEA and indicated more than once that they want the DC to be able to show due diligence. We have an excessive purchase report that is reviewed but we do not have a "flag" amount. Greg and I are to get together to find out what that flag amount should be. Once we figure that out, then the DC can notify me when they have a flag and I can notify the Diversion Team. The DEA has indicated that our electronic communication notifications are our proof of due diligence. They indicated nothing on what the flag amount is and have left that number to us. All we have to do is show we are following it. Greg and I spoke and are in agreement that we do not want to make the flag so high that it does not trigger, but we do not want to make it so low that it is flagging all the time. Jim

James Greer
Sr. Asset Protection Manager
Wal-Mart Pharmacy Distribution Centers
479-277-8719
Cell: 479-616-4841
Fax: 479-273-8880
jagreer@wal-mart.com
Walmart
Mail Stop: 00445
702 SW 8th St. Bentonville, AR 72716

-----Original Message-----
From: Tim Harris
Sent: Monday, September 27, 2010 1:09 PM
To: James Greer
Subject: Fw: DEA Audit at DC 6013

Hey, will you respond to Susanne on this? Thanks.

Tim Harris, Sr. Director
Pharmacy Logistics
Message sent from Blackberry

# Redacted-Privilege

**Redacted-Privilege**

CONFIDENTIAL

WMT_MDL_000057260