# DSJ1&2-PR Exh 574

P-WAG-00213

Message

| | |
|---|---|
| **From**: | Bratton, Edward [edward.bratton@walgreens.com] |
| **Sent**: | 5/23/2016 2:08:19 PM |
| **To**: | Polster, Natasha [tasha.polster@walgreens.com] |
| **Subject**: | State of Integrity |
| **Attachments**: | State of RxIntegrityv10.pptx |

I wasn't able to find a copy of the amphetamine recommendations from the DEA related to slide 5.  Do you want me to remove the recommendations around field action on this item?

**Edward Bratton**
Manager - Pharmaceutical Integrity

Walgreen Co. | 200 Wilmot Road Deerfield, IL 60015
Telephone 847 315 2689 | Mobile 224 226 9494

**Member of Walgreens Boots Alliance**

This email message, including attachments, may contain information that is proprietary,
confidential, privileged and/or exempt from disclosure. Please hold it in confidence to
protect privilege and confidentiality. If you are not the intended recipient, then please
notify the sender and delete this message. Any viewing, copying, publishing, disclosure,
distribution of this information, or the taking of any action in reliance on the contents
of this message by unintended recipients is prohibited and may constitute a violation of
the Electronic Communications Privacy Act.

WAGMDL00010887

P-WAG-00213.001



# State of Rx Integrity

5/10/2016

©2016 Walgreen Co. All rights reserved.

**Member of Walgreens Boots Alliance**

WAGMDL00010888

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Control Drug Trends

Trending of controlled substance reporting.

HIGHLY CONFIDENTIAL

WAGMDL00010889

P-WAG-00213.001

# Growth of selected control drug families

Most recent snap-shot of controlled substance trends.

| Product Family | Q2 2015 QTY | Q2 2016 QTY | % Change |
|---|---|---|---|
| AMPHETAMINES-STIM | 466,842,928 | 523,516,752 | 12% |
| OXYCODONE | 577,610,277 | 631,858,227 | 9% |
| BUPRENORPHINE | 40,451,953 | 44,086,817 | 9% |
| PROMETHAZINE W/CODEINE | 122,769,595 | 131,358,543 | 7% |
| HYDROMORPHONE | 31,391,032 | 32,761,116 | 4% |
| ALPRAZOLAM | 377,838,478 | 383,027,411 | 1% |
| TRAMADOL | 408,354,357 | 402,178,468 | -2% |
| HYDROCODONE | 1,058,225,145 | 1,021,941,342 | -3% |
| METHADONE | 47,411,169 | 44,244,257 | -7% |
| CARISOPRODOL | 61,727,627 | 54,632,638 | -11% |
| PROMETHAZINE VC W/CODEINE | 9,253,139 | 5,906,137 | -36% |



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

3

WAGMDL00010890

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Amphetamine Stimulants

➢ Chain wide year over year 2014 through 2015, the quantity of Amphetamines-Stimulants dispensed has **increased** by an average of 12%.

➢ For 2014 vs 2015, the average quantity per Rx has **increased** by 1.96%.





 ©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

4    4

WAGMDL00010891

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Amphetamine Stimulants - Demographics



> The number of patients taking Amphetamine Stimulants under the age of 30 has increased by 7% and over 30 has increased by 20%.

> The increase under 30 largely matches the growth of patients in that age group, however the over 30 group has had a 20% increase in patients on stimulants but only a 6.9% increase in the number of patients over 30.

> The over 30 increase is larger than expected and might warrant additional attention at the store level to ensure abuse / diversion is not occurring.



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

5

WAGMDL00010892

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Oxycodone

➢ Chain wide year over year 2014 through 2015, the quantity of Oxycodone dispensed has **increased** by an average of 9 %.

➢ For 2013 vs 2014, the average quantity per Rx has **increased** by 1.34%.

➢ For 2014 vs 2015, the average quantity per Rx has **increased** by 1.96%.







©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

6    6

WAGMDL00010893

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Methadone

➢ Chain wide year over year 2014 through 2015, the quantity sold and number of scripts of Methadone has **decreased** by an average of 4.21%

➢ For 2013 vs 2014, the average quantity per Rx has **decreased** by 5.64%

➢ For 2014 vs 2015, the average quantity per Rx has **decreased** by 2.79%







©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

**7**    7

WAGMDL00010894

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Hydrocodone

➢ Chain wide year over year 2014 through 2015, the quantity sold of Hydrocodone has **decreased** by an average of 4%

➢ For 2013 vs 2014, the average quantity per Rx has **increased** by 1.66%

➢ For 2014 vs 2015, the average quantity per Rx has **increased** by 5.43%





 ©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010895

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Promethazine with Codeine



**Promethazine Seasonality**

Promethazine increases follow a seasonal trend and return to pre-seasonal baseline. We believe this indicates normal seasonal usage and does not represent a greater diversion risk. Additionally some of the increase in promethazine with codeine is offsetting the reduction in promethazine with codeine VC (which dropped 4M milliliters YoY)



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

9

WAGMDL00010896

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# DEA 106 Reporting

Controlled drugs lost or stolen which are reported to the DEA

WAGMDL00010897

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# DEA 106 Submitted Forms





Losses have increased 16% from FY14 to FY15.

FY15 had 833 losses with total quantities of product lost over 1.9 million dosage units.

Average number of losses per month is ~70, with employee pilferage is the top loss root cause making up 32% of losses.

Dates Inclusive FY14-15 (9/1/2013-8/31/2015)

 ©2016 Walgreen Co. All rights reserved.

11

WAGMDL00010898

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# DEA 106 Losses by State

Top 10 States for each category.

| Employee Pilferage | | |
|---|---|---|
| **State** | **Quantity of Losses** | **Incidents** |
| CA | 99726 | 32 |
| IL | 129373 | 31 |
| TN | 73280 | 27 |
| FL | 34556 | 25 |
| TX | 76431 | 17 |
| NY | 33254 | 11 |
| MA | 9729 | 11 |
| MI | 42074 | 11 |
| OH | 22409 | 9 |
| NC | 27623 | 8 |

| Armed Robberies | | |
|---|---|---|
| **State** | **Quantity of Losses** | **Incidents** |
| CA | 172623 | 58 |
| IN | 58378 | 50 |
| TN | 29580 | 14 |
| WI | 30691 | 11 |
| NC | 7654 | 10 |
| WA | 16635 | 8 |
| MA | 18246 | 7 |
| TX | 49666 | 7 |
| MN | 14307 | 7 |
| MO | 9619 | 7 |

| Customer Theft | | |
|---|---|---|
| **State** | **Quantity of Losses** | **Incidents** |
| CA | 15213 | 12 |
| IL | 12617 | 9 |
| FL | 8039 | 5 |
| TX | 2359 | 5 |
| WA | 4124 | 4 |
| MO | 3238 | 3 |
| LA | 59 | 2 |
| MD | 2617 | 2 |
| NY | 2581 | 2 |
| GA | 2722 | 2 |

| Night Break-In | | |
|---|---|---|
| **State** | **Quantity of Losses** | **Incidents** |
| FL | 76415 | 20 |
| WA | 87834 | 11 |
| AR | 80535 | 6 |
| MD | 59740 | 6 |
| OH | 11353 | 3 |
| OR | 22574 | 3 |
| CA | 12877 | 3 |
| GA | 6083 | 2 |
| TN | 15880 | 2 |
| UT | 1604 | 1 |

| Other | | |
|---|---|---|
| **State** | **Quantity of Losses** | **Incidents** |
| NH | 4965 | 19 |
| CA | 12900 | 15 |
| MN | 1015 | 12 |
| MA | 787 | 9 |
| AZ | 8312 | 9 |
| FL | 1823 | 6 |
| NY | 4594 | 6 |
| SC | 467 | 5 |
| MO | 48518 | 5 |
| NC | 2435 | 5 |

| Loss in Transit | | |
|---|---|---|
| **State** | **Quantity of Losses** | **Incidents** |
| FL | 5951 | 8 |
| NJ | 4886 | 6 |
| NY | 3870 | 6 |
| TN | 6884 | 5 |
| NV | 536 | 4 |
| CT | 550 | 4 |
| LA | 1300 | 3 |
| AZ | 361 | 2 |
| CA | 600 | 2 |
| TX | 533 | 2 |



©2016 Walgreen Co. All rights reserved.

12

WAGMDL00010899

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Loss Distribution by Operation



Dates Inclusive FY14-15 (9/1/2013-8/31/2015)

 ©2016 Walgreen Co. All rights reserved.

13

WAGMDL00010900

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# DEA 106 – Top Drugs Lost

| Drug Name | # of Losses |
|---|---|
| HYDROCODONE/ACETAMINOPHEN 10-325 | 509 |
| HYDROCODONE/ACETAMINOPHEN 7.5-325 | 277 |
| HYDROCODONE/ACETAMINOPHEN 5-325 | 245 |
| OXYCODONE 15MG* IMMEDIATE REL | 238 |
| OXYCODONE/ACETAMINOPHEN 10-325MG | 228 |
| ALPRAZOLAM 2MG TABLETS | 216 |
| OXYCODONE/ACETAMINOPHEN 5-325MG TAB | 189 |
| OXYCODONE 5MG IMMEDIATE REL TABS | 185 |
| OXYCODONE 30MG IMMEDIATE REL TABS | 178 |
| OXYCODONE 10MG IMMEDIATE  REL TABS | 158 |

Top 5 drugs make up 20% of all losses reported.

Note: Each incident may  have multiple products which are lost, stolen or pilfered.

**Employee Pilferage**

| | |
|---|---|
| HYDROCODONE/ACETAMINOPHEN 10-325 T | 340 |
| HYDROCODONE/ACETAMINOPHEN 7.5-325 T | 175 |
| HYDROCODONE/ACETAMINOPHEN 5-325 TB | 145 |
| ALPRAZOLAM 2MG TABLETS | 145 |
| ALPRAZOLAM 1MG TABLETS | 75 |

**Armed Robbery**

| | |
|---|---|
| OXYCODONE 15MG* IMMEDIATE REL TABS | 114 |
| OXYCODONE/ACETAMINOPHEN 10-325MG TB | 98 |
| OXYCODONE 30MG IMMEDIATE REL TABS | 86 |
| OXYCODONE 10MG IMMEDIATE  REL TABS | 75 |
| OXYCODONE 5MG IMMEDIATE REL TABS | 62 |

**Night Break-in**

| | |
|---|---|
| HYDROCODONE/ACETAMINOPHEN 10-325 T | 69 |
| HYDROCODONE/ACETAMINOPHEN 7.5-325 T | 58 |
| OXYCODONE/ACETAMINOPHEN 5-325MG TAB | 56 |
| OXYCODONE/ACETAMINOPHEN 10-325MG TB | 53 |
| OXYCODONE/ACETAMINOPHN 7.5-325MG TB | 50 |
| HYDROCODONE/ACETAMINOPHEN 5-325 TB | 50 |

Dates Inclusive FY14-15 (9/1/2013-8/31/2015)



©2016 Walgreen Co. All rights reserved.

14

WAGMDL00010901

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# DEA 106 - Incidents Reported On Time

| Loss Type | Over Due | Report on Time |
|---|:---:|:---:|
| **Operation 1 - Western** | **11.54%** | **87.18%** |
| Armed Robbery | 2.65% | 97.35% |
| Customer Theft | 0.00% | 100.00% |
| Employee Pilferage | 22.34% | 74.47% |
| Loss in Transit | 13.64% | 86.36% |
| Night Break-in | 13.51% | 86.49% |
| Other | 13.40% | 84.54% |
| **Operation 2 - Southern** | **10.56%** | **89.11%** |
| Armed Robbery | 4.88% | 95.12% |
| Customer Theft | 0.00% | 100.00% |
| Employee Pilferage | 16.67% | 82.50% |
| Loss in Transit | 4.84% | 95.16% |
| Night Break-in | 6.67% | 93.33% |
| Other | 12.50% | 87.50% |
| **Operation 3 - Eastern** | **3.20%** | **96.00%** |
| Armed Robbery | 0.00% | 97.62% |
| Customer Theft | 0.00% | 100.00% |
| Employee Pilferage | 6.85% | 93.15% |
| Loss in Transit | 0.00% | 100.00% |
| Night Break-in | 0.00% | 100.00% |
| Other | 2.02% | 96.97% |
| Grand Total | 8.33% | 90.82% |

 ©2016 W

15

WAGMDL00010902

HIGHLY CONFIDENTIAL

# Flagged Orders

©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

16

HIGHLY CONFIDENTIAL

WAGMDL00010903

P-WAG-00213.001

# Flagged Orders



### FISCAL 2014

### FISCAL 2015

0.11%  2.86%  22.88%

74.16%

■ Reduced Tolerance/Ceiling
■ Reduced by Ceiling
■ Exceeded Tolerance Limit
■ Tolerance/Tracked Ceiling

0.88%  3.01%  18.63%

77.48%

■ Reduced Tolerance/Ceiling
■ Reduced by Ceiling
■ Exceeded Tolerance Limit
■ Tolerance/Tracked Ceiling

## Orders Flagged and Cancelled Chain-wide

Hydrocodone re-class to CII

Hydrocodone NDC change/back-order

Clonazepam manufacture back-order

©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010904

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Flagged Orders

**If stores check the Ceiling Limits tool before ordering they can avoid having orders being flagged and reduced due to tolerance or celling limits.**



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.



18    18

WAGMDL00010905

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Flagged Items

In 2015, the most frequently flagged items were fentanyl, this is due to the default tolerance being 2 packages for items with no history of movement.  A SIMS enhancement to increase the lowest default tolerance would prevent many of these flagged orders.

| Fiscal Year 2014, Top 20 Items Flagged | |
|---|---|
| Product Name | Total Count |
| FENTANYL 50MCG/HR TS (MYL)      5 | 1,699 |
| TESTOSTERN CYP 200MG/ML (PAD)+1ML | 545 |
| FENTANYL 100MCG/HR TS (WAT)  + 5 | 511 |
| SUBOXONE 8-2MG SL FILM      +30 | 498 |
| FENTANYL 75MCG/HR TS (WAT)  + 5 | 481 |
| WAL-FEX D 24HR AL TAB10S 240MG/DS | 465 |
| WAL-FEX D 24HR ALRGY  240MG/DS15S | 459 |
| FENTANYL 100MCG/HR TS (MYL)    5 | 421 |
| LYRICA 75MG CAP           + 90 | 413 |
| FENTANYL 12MCG/HR TS (MYL)  + 5 | 360 |
| LYRICA 100MG CAP          + 90 | 321 |
| FENTANYL 75MCG/HR TS (MYL)      5 | 319 |
| LYRICA 150MG CAP          + 90 | 304 |
| FENTANYL 25MCG/HR TS (WAT) +  5 | 299 |
| LYRICA 50MG CAP           + 90 | 294 |
| CLARITIN D 12HR TAB  10S 120MG/DS | 292 |
| FENTANYL 25MCG/HR TS (MYL)      5 | 290 |
| WAL-ITIN D 12HR TAB 10S 120MG/DS | 281 |
| FENTANYL 12MCG/HR TS (SAN)      5 | 274 |
| ALLEGRA D 24HR TAB 10S  240MG/DS | 270 |

| Fiscal Year 2015, Top 20 Items Flagged | |
|---|---|
| Product Name | Total Count |
| FENTANYL 100MCG/HR TS (WAT)  + 5 | 1,124 |
| SUBOXONE 8-2MG SL FILM      +30 | 1,051 |
| TESTOSTERN CYP 200MG/ML (PAD)+1ML | 897 |
| ACETAMIN-COD 300-30 TAB (TEV) 100 | 882 |
| FENTANYL 75MCG/HR TS (WAT)  + 5 | 836 |
| FENTANYL 50MCG/HR TS (MYL)      5 | 795 |
| CLONAZEPAM 0.5MG TAB (PPC)    100 | 736 |
| CLONAZEPAM 0.5MG TAB (TV)    100 | 726 |
| CLONAZEPAM 0.5MG TABS (ACC) 100 | 688 |
| WALG AL/SIN D D/T CAP 24S 60MG/DS | 683 |
| LYRICA 75MG CAP           + 90 | 682 |
| PROMETH-COD 6.25-10 SYR(HIT)+16OZ | 682 |
| FENTANYL 12MCG/HR TS (SAN)      5 | 672 |
| FENTANYL 25MCG/HR TS (MYL)      5 | 669 |
| CLONAZEPAM 0.5MG TAB (MYL)    100 | 625 |
| GUAIATUSSIN AC SYRP   (HT) +473ML | 562 |
| FENTANYL 50MCG/HR TS (WAT)  + 5 | 559 |
| FENTANYL 100MCG/HR TS (MYL)    5 | 559 |
| LYRICA 100MG CAP          + 90 | 541 |
| FENTANYL 12MCG/HR TS (MYL)  + 5 | 525 |



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010906

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Flagged Orders vs. Ceiling Tool (last 12 months)



**Flagged Orders Compared to Ceiling Limit Tool Usage**

©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.



20    20

WAGMDL00010907

HIGHLY CONFIDENTIAL

# CSO Override Forms

©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010908

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Controlled Substance Override Forms



## CSO Overrides Submitted

*Keep in mind, ABC still has the right refuse to fill an order although Rx Integrity has approved.  Stores should monitor their ABC Invoices to understand why an item would be omitted from the order.*



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010909

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Ceiling Limits Tool Usage

**Store visits to the Ceiling Limits Tool for Fiscal 2015**



➢ **75% of the chain has logged into the ceiling limits tool at least once FY15.**

➢ **42% of all stores who've logged into the tool, used it 10 or less times.**

➢ **Increase awareness around the importance of using the ceiling limits tool in the ordering process will help reduce flagged orders and mitigate delay of product delivery.**



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

23   23

WAGMDL00010910

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Prescriber Tickets

Management of prescriber profiles and resolution of data issues with regards to prescribers ability to write for controlled substances.

WAGMDL00010911
HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Prescriber Tickets

Master Prescriber started July 2014

Total of 17,406 Tickets opened from start to end of FY15

  4,452 tickets are RX Integrity (25%)

  On average, 306 new tickets opened each month for   FY15

505 instances where there was more than 1 ticket per prescriber

  Up to 9 tickets were opened for the same prescriber

  Top 5 States with Prescriber Tickets

    Illinois, California, Florida, New York, and Texas



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010912

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Opened RX Integrity Tickets Per Month



- ➢ **November 2014 spike caused by Master Prescriber blocking prescriber profiles with outdated data from HMS and One Walgreens**

- ➢ **At that time, more stores were continually rolled out on master prescriber.  Slow One Walgreens data loads prevented updated prescriber information from pushed down to store systems, which resulted in additional tickets being opened.**

- ➢ **The tickets went down as HMS and One Walgreens caught up and Master Prescriber blocking logic was turned off.**

©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

26   26

WAGMDL00010913

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Turn around time for Tickets



**Closed Tickets**

- ➢ **Almost 50% of tickets were resolved within 48 hours**
- ➢ **75% of tickets closed within 7 days.**
- ➢ **2% of tickets were reopened by the stores after closed by RX Integrity.**



©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

27    27

WAGMDL00010914

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Ticket Resolutions – Started December 2014



## How Tickets are Resolved



## Source of Incorrect Information

- ➤ **9.5% of Tickets required the NPI to be updated**
- ➤ **47.6% of tickets required the DEA to be updated**
- ➤ **Non-Issue means that by the time the ticket was assigned the data had been resolved by the new HMS data load.**

©2016 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.



28    28

WAGMDL00010915

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# Controlled Substance Annual Inventories

HIGHLY CONFIDENTIAL

WAGMDL00010916

P-WAG-00213.001

# Pharmacy Annual Controlled Substance Inventories

- ➤ Annual Inventory (June 9th each year)
    - ▪ Prior to June 2014, the Annual Inventory was a manual (i.e. paper) process. Management had very little insight into how many stores were completing it or when it was being completed.
    - ▪ Starting in June 2014, the Annual Inventory has been completed electronically using an online tool. Management now has immediate insight into how many stores are completing it and when they are being completed. The 2014 and 2015 Annual Inventories were completed with a 99% completion rate by midnight on June 10th.
- ➤ Other inventories were added to the online tool since it was developed for the Annual Inventory.
- ➤ PIC Change inventories account for the majority of online inventories (average of 186 / month).





©2015 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00010917

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD Complaints

Analysis of frequency and type of patient complaints received related to GFD.

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD Complaints



**% of Complaints**



**% of CS Volume**

VS.



## Complaints by Month

**Jump Caused By Hydrocodone Complaints During Transition to C2.**

Hydrocodone only

**Oxycodone makes up 2 out of every 3 of Complaints, but only 11% of Controlled Substance Volume**

©[YEAR] Walgreen Co. All rights reserved.

32

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD Complaints - Non Dispensing Pharmacists

**Non Dispensing RPhs consist of RPh that dispense significantly less controlled substances compared to their peers. This takes into account volume and other factors to get a picture of pharmacists who are choosing to not dispense controlled substances rather than follow GFD effectively.**



**Breakdown:** Non-Dispensing RPh Top Areas

-Eastern Operation has the largest percentage, as a result of 2 large regions; New York and Chicago

**Non-Dispensing RPh Distribution vs. All RPh**

**Comparison:** % of RPh in each category in the chain, vs the % of RPh in each category who are classified as non-dispensing RPh .

-A much higher rate of Staff RPh are non-dispensing RPh than other categories

©[YEAR] Walgreen Co. All rights reserved.

33

WAGMDL00010920

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD Trending

Analysis of various metrics effected by the roll-out of GFD policy including early refills, cash only prescriptions and high quantity target drug prescriptions.

WAGMDL00010921

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD-Early Refills



**Early Refill % for TD-GFD Drugs are down, while the trend is up for all other drugs**

## Top Early Refill % Drugs(LY)

| Drug Class | E.R. % |
|---|---|
| Sedative | 4.48% |
| Benzodiazepine Sedative | 4.28% |
| Barbituate | 3.98% |
| Pregabalin | 3.60% |
| Stimulants | 3.36% |
| Buprenorphine Patch | 3.33% |
| Benzodiazepine | 3.01% |
| Benzodiazepine Anxiety | 2.65% |
| Amphetamine | 1.94% |
| Methadone | 1.21% |
| Hydromorphone | 0.64% |
| Oxycodone | 0.52% |
| Hydrocodone | 0.48% |

- An Early Refill is a script filled <u>5 or more days</u> before it is due

- Pharmacists are doing a good job keeping early refills down for addictive substances such as TD-GFD drugs

- Begin to Monitor Benzodiazepine and Sedatives, which show a higher than normal rate of Early Refills.

<u>Metric</u>: **Average Length of Early Refill. I.E. How early is it (in days)**

-Controlled drugs are lower throughout than non-controlled.

-Steady decline overall



 ©[YEAR] Walgreen Co. All rights reserved.

35

WAGMDL00010922

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD - Cash Percentage



**Steady decrease in Cash percentage since the launch of GFD.**

## Top Cash%

| Drug Class | Cash % |
|---|---|
| Phentermine | 45.41% |
| Codeine Liquid | 22.94% |
| Hydrocodone Liquid | 12.19% |
| Carisoprodol | 9.35% |
| Codeine Solid | 8.46% |
| Buprenorphine | 8.11% |
| Hydrocodone | 6.25% |
| Oxycodone | 4.93% |
| Methadone | 4.65% |
| Hydromorphone | 3.82% |



**Metric**: TD-GFD cash scripts picked up on the same day as a non-control under a Third Party Insurance

-Spiked in late 2012, and there has been a steady decrease from then on.

- Cash percentage has dropped overall since GFD began
- Begin to Monitor Codeines and Hydrocodone Liquid for Cash Percentages
- Educate Pharmacists on filling Cash TD-GFD Drugs at the same time as Third Party non-controls.

©[YEAR] Walgreen Co. All rights reserved.

36

WAGMDL00010923

HIGHLY CONFIDENTIAL

P-WAG-00213.001

# GFD- New Patient High Quantity/Multiple Prescriber

**Patient has received this prescription from Walgreens before.**

**This prescription is from the same prescriber for the same medication as the previous fill**



## High Dose Scripts (>360) for patients new to Walgreens

-Huge drop over the previous 4 years

-Hydromorphone is almost non-existent

## Percent of Scripts that are for the same medication, but a different prescriber

-Methadone % dropped in late 2014

- All TD-GFD drugs are higher than average



©[YEAR] Walgreen Co. All rights reserved.

WAGMDL00010924

HIGHLY CONFIDENTIAL

P-WAG-00213.002

Sheet1

| | Column1 |
|---|---|
| INITIATE | 666 |
| HMS | 571 |
| CORPED | 390 |

To resize chart data range, drag lower right corner of range.

WAGMDL00010925

P-WAG-00213.003

Sheet1

|        | 2014 | 2015 |
|--------|------|------|
| Jul-14 | 63   |      |
| Aug-14 | 308  |      |
| Sep-14 | 404  |      |
| Oct-14 | 417  |      |
| Nov-14 | 1000 |      |
| Dec-14 | 328  |      |
| Jan-15 | 129  | 129  |
| Feb-15 | 169  | 169  |
| Mar-15 | 201  | 201  |
| Apr-15 | 171  | 171  |
| May-15 | 199  | 199  |
| Jun-15 | 256  | 256  |
| Jul-15 | 317  | 317  |
| Aug-15 | 272  | 272  |
| Sep-15 | 218  | 218  |

WAGMDL00010926

P-WAG-00213.004

Sheet1

| Disposition | Number of Tickets |
|---|---|
| WAG Record | 1107 |
| Non-Issue | 898 |
| CORPED Update | 205 |
| HMS Update | 184 |
| Unknown | 85 |
| White List | 35 |

To resize chart data range, drag lower right corner of range.

WAGMDL00010927

P-WAG-00213.005

Sheet1

|  | Percentage of Tickets |
|---|---|
| 48 Hours or Less | 49.3% |
| 3-7 Days | 25.3% |
| 8-14 Days | 9.0% |
| 15-21 Days | 7.8% |
| 22-30 Days | 7.0% |
| 30 Days or more | 1.6% |

WAGMDL00010928