# DSJ1&2-PR Exh 575

**From**: Vicki Mangus [vicki.mangus@andanet.com]
**Sent**: 11/28/2012 4:17:36 PM
**To**: Foreman, Jeffrey [jeffrey.foreman@walgreens.com]; Price, Jeffrey [jeffrey.price@walgreens.com]; Rurka, David [david.rurka@walgreens.com]; Murray Jr, Denman [denman.murray@walgreens.com]; Groth, Bill [bill.groth@walgreens.com]
**CC**: William F Versosky [Bill.Versosky@Andanet.com]; Robert Brown [robert.brown@andanet.com]
**Subject**: Walgreens State Controls Summaries
**Attachments**: #WALGREENS_ANALYSIS-STATES.xlsx; Walgreens Map Control Percent Flagged.pptx

Team Walgreens:

As promised, I've attached a summary dashboard report showing controls by state …. The criteria utilized for this report is as follows:



- ████████████████
- ████████████████████████████████████████
- ███████████████████████████████████
- ███████████████████████
- ███████████████████

**WALGREENS STATE ANALYSIS (attachment #1)\*\***:

- 59% of all FL stores will require a completed questionnaire (approx. 500 stores)

- 38% of all GA stores will require a completed questionnaire (approx. 80 stores)

- Although we thought FL/GA stores might be more "questionable" than other states, the data has actually shows that this is not the case …. On a national level, 21% of Rx's and 24% of pill count are Controlled Substances vs. Non-Controls …. FL/GA stores are not necessarily "abnormal" …. There are other states that have somewhat comparable questionable store percentages ….

\*\* <u>NOTE</u>:  we will also provide a report which will allow you to drill down to the store level based on the flags outlined on the attached summary … hope to have that report to you tomorrow

**MAP SLIDES (attachment #2)**:

- <u>*Slide #1*</u>: ████████████████████████████ ████████████████████████████

- <u>*Slide #2*</u>: ██████████████████████████ ██████████████████████

- <u>*Slide #3*</u>: ████████████████████████████ ████████

HIGHLY CONFIDENTIAL

So, what's the next step guys?  What we'd like to discuss is a realistic timeline on when you think we could receive completed questionnaires back from your FL/GA stores …. & then ultimately, when we would receive completed questionnaires from the other states …. In order for us to provide a "final" list of truly problematic stores, we need to have those completed questionnaires for Robert & his team to review ….

Please take some time to digest this data …. We can discuss further on our Friday 10am CST/11am EST Purchase Agreement Conf Call …. If you have any immediate questions however, feel free to reach out to me prior to Friday's call ….


Vicki J. Mangus
**Director, National Accounts**

2915 Weston Road
Weston, Florida 33331
TF. 1-800-331-ANDA (2632) x 74471
Office. 954-217-4471
Cell. 954-295-4104
vicki.mangus@andanet.com



HIGHLY CONFIDENTIAL

WAGMDL00774716

| State | STORE_NO | FLAGGED | SCRIPTS | PILLS |
|-------|----------|---------|---------|-------|
| AK | 5 | 4 | 20,244 | 892,320 |
| AL | 103 | 55 | 388,712 | 17,597,512 |
| AR | 61 | 33 | 235,216 | 10,218,460 |
| AZ | 253 | 226 | 998,125 | 61,362,790 |
| CA | 625 | 201 | 1,890,397 | 101,670,728 |
| CO | 161 | 148 | 454,529 | 21,380,004 |
| CT | 95 | 69 | 273,249 | 15,541,079 |
| DC | 4 | 2 | 6,644 | 256,172 |
| DE | 63 | 53 | 183,257 | 9,278,291 |
| FL | 855 | 504 | 2,486,634 | 123,579,528 |
| GA | 201 | 77 | 463,780 | 20,635,611 |
| HI | 13 | 6 | 31,964 | 1,795,778 |
| IA | 69 | 8 | 298,837 | 14,065,488 |
| ID | 39 | 15 | 110,858 | 5,001,175 |
| IL | 593 | 43 | 2,138,758 | 100,496,688 |
| IN | 208 | 110 | 597,110 | 31,240,111 |
| KS | 69 | 33 | 253,055 | 11,078,654 |
| KY | 96 | 41 | 325,725 | 15,377,583 |
| LA | 148 | 54 | 536,186 | 22,781,126 |
| MA | 166 | 130 | 481,610 | 22,903,073 |
| MD | 65 | 60 | 164,419 | 7,987,166 |
| ME | 14 | 14 | 24,229 | 1,225,805 |
| MI | 228 | 95 | 762,191 | 40,624,110 |
| MN | 152 | 51 | 519,043 | 28,004,252 |
| MO | 197 | 68 | 737,980 | 34,642,288 |
| MS | 69 | 15 | 245,725 | 10,707,499 |
| MT | 12 | 9 | 37,298 | 1,707,284 |
| NC | 195 | 126 | 591,233 | 27,329,171 |
| NE | 57 | 2 | 231,066 | 11,664,952 |
| NH | 30 | 29 | 74,720 | 3,510,558 |
| NJ | 180 | 118 | 500,098 | 23,800,511 |
| NM | 64 | 35 | 304,260 | 17,603,836 |
| NV | 84 | 79 | 327,249 | 16,764,236 |
| NY | 486 | 194 | 922,647 | 42,755,568 |
| OH | 255 | 192 | 749,434 | 34,299,171 |
| OK | 99 | 46 | 424,998 | 19,460,858 |
| OR | 69 | 64 | 219,233 | 10,793,148 |
| PA | 124 | 101 | 281,137 | 13,220,904 |
| PR | 113 | 7 | 395,917 | 15,747,089 |
| RI | 27 | 15 | 75,657 | 4,063,732 |
| SC | 109 | 74 | 320,694 | 14,907,220 |
| SD | 14 | 4 | 47,258 | 2,346,997 |
| TN | 254 | 120 | 1,022,241 | 45,071,386 |

WAGMDL00774717

.001

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TX | 695 | 74 | 2,532,779 | 126,413,659 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| UT | 44 | 38 | 176,522 | 8,084,338 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| VA | 135 | 104 | 338,693 | 14,377,809 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| VT | 3 | 2 | 5,188 | 239,353 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| WA | 130 | 97 | 403,958 | 19,380,820 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| WI | 226 | 106 | 944,772 | 49,550,164 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| WV | 17 | 12 | 36,471 | 1,817,422 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| WY | 10 | 5 | 32,112 | 1,485,681 | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |
| **Overall - Total** | **7,984** | **3,768** | **25,624,112** | **1,256,739,158** | █ | | █ | | █ | | █ | | █ | | █ | █ | █ | █ |

WAGMDL00774717