# DSJ1&2-PR Exh 576

| | |
|---|---|
| **From:** | Gates, Rick <2603eb99-5f51-40de-b6fb-eba4495e645e@walgreens.com> |
| **Sent:** | Friday, May 20, 2011 10:59 AM |
| **To:** | Ed Svihra <Ed Svihra/Corp/Walgreens@Walgreens>; Pinon, Dwayne <dwayne.pinon@walgreens.com>; Cheryl Creek <Cheryl Creek@Walgreens>; Tisdell, Lorinda <lorinda.tisdell@walgreens.com>; Georgia Lehoczky <Georgia Lehoczky@Walgreens>; Hoover, Eugene <eugene.hoover@walgreens.com>; Gubbins, Terry <terry.gubbins@walgreens.com> |
| **Subject:** | Florida Focus on Profit (Svihra) |

All,

We have a call today with a subset of the team. I think we are in alignment with where we would like to go with this process. Operations feels that this will be beneficial to improving standards and execution at store level.

Proposed Next Steps:

1. MPD's to work with Ed/Team to put in operational next steps following the LP/RXS 5 store audits.

    - LP to share results with MPD/RXS, Operational Follow up processes...

1. Ed -
   Can we change the name for the more compliance based initiatives from "Focus on Profit" to maybe "Focus on Compliance" or something like that.

    - The perception on "focus on profit" in regards to fulfillment of CII prescriptions doesn't seem to coincide.

1. LP/Compliance will recirculate the final product to the team for final review and we will move forward with the process.

Let me know if there is anything additional that I didn't capture or if any further discussion is necessary.

Thanks,

Rick

HIGHLY CONFIDENTIAL

WAGFLDEA00001890

**Rick Gates/Corp/Walgreens**

05/19/2011 11:26 AM

| | | |
|---|---|---|
| | To | Georgia Lehoczky, Terry Gubbins/Corp/Walgreens@Walgreens, Eugene Hoover/Corp/Walgreens@Walgreens, Ed Svihra/Corp/Walgreens@Walgreens |
| | cc | Lorinda.Tisdell@walgreens.com, Dwayne Pinon/Corp/Walgreens@Walgreens, Cheryl Creek |
| | Subject | Fw: Florida Focus on Profit |

Terry, Georgia, Gene, and Ed,

Is there a time on Friday, May 20th (maybe 9am CST or 1pm CST) that we can all get on a quick call to discuss?

HIGHLY CONFIDENTIAL
WAGFLDEA00001891

Thanks,

Rick

----- Forwarded by Rick Gates/Corp/Walgreens on 05/19/2011 11:24 AM -----

| | | | |
|---|---|---|---|
| **Ed Svihra/Corp/Walgreens** <br><br> 05/17/2011 02:18 PM | | To | dwayne.pinon@walgreens.com, Al Carter/Corp/Walgreens@Walgreens, Cheryl Creek/Corp/Walgreens@Walgreens, Georgia Lehoczky/East/OPS/Walgreens@Walgreens, Terry Gubbins/Corp/Walgreens@Walgreens |
| | | cc | rick.gates@walgreens.com, Lorinda Tisdell/Corp/Walgreens@Walgreens |
| | | Subject | Florida Focus on Profit |

HIGHLY CONFIDENTIAL

WAGFLDEA00001892

All,
The recommendations that Dwayne suggested have been incorporated into the attachments below.  Please discard any previous versions that were previously emailed to you.

Dwayne,
Thanks for your comments.  Regarding web-
form #4 and #5, the LP Supervisors already know the protocol for reconciling on-
hand variances and how LPxRx results are investigated.

Thanks to all for your help,

Ed

----- Forwarded by Ed Svihra/Corp/Walgreens on 05/17/2011 02:06 PM -----

**Dwayne Pinon/Corp/Walgreens**

05/17/2011 11:00 AM

| | |
|---|---|
| To | Ed Svihra/Corp/Walgreens@Walgreens |
| cc | Al Carter/Corp/Walgreens@Walgreens, Cheryl Creek/Corp/Walgreens@Walgreens |
| Subject | Re: FL CII Focus on ProfitLink |

HIGHLY CONFIDENTIAL

WAGFLDEA00001893

**CONFIDENTIAL**

Ed:

I made a few suggested edits to the attached.  In addition to Rick, you may want to have Lorinda take a look at this since she participated in our initial meeting to discuss this issue and my understanding is that Florida still falls within her jurisdiction.  I have also copied Al & Cheryl for their comments since they are working on revising the current good faith dispensing policy & corresponding training materials.

With respect to the web form, I made some changes and have a few comments/questions which are listed on the document.  I am somewhat concerned about questions #7 AND #10 since they arguably imply that a pharmacist should be more aggressively questioning prescriptions from pain clinic patients who come in all at once versus those that come as a steady stream and also should be more suspicious of pain clinic patients who happen to show up on warehouse day.  If these are legitimate indicators of inappropriate prescriptions perhaps we should consider not documenting our own potential noncompliance.

Dwayne A. Pinon, R.Ph.
Senior Attorney, Litigation & Regulatory Law
Walgreen Co.
104 Wilmot Road, MS #1434
Deerfield, IL 60015
(847) 315-4452
(847) 315-4660 (fax)

This message and any attachments are confidential attorney work product and may also be protected by the attorney-client privilege.  If you have received this message and are not the intended recipient, please delete the information and contact the sender at dwayne.pinon@walgreens.com.

Ed Svihra/Corp/Walgreens

05/16/2011 10:25 AM

To  rick.gates@walgreens.com

HIGHLY CONFIDENTIAL

WAGFLDEA00001894

| | | |
|---|---|---|
| cc | | dwayne.pinon@walgreens.com |
| Subject | | Florida CII Focus on Profit |

Rick,

As you may be aware, there was a change last October (2010) in how pain management clinics in Florida are being regulated, which has caused a significant increase in the number of CII prescriptions we are filling in the state. After discussions involving Regulatory Law, Loss Prevention in Florida, Terry Gubbins and Georgia Lehoczky, HealthCare LP has drafted a Florida-specific Focus on Profit to address this situation (attached below). Our intent is to have our Loss Prevention Supervisors, with the help of our Pharmacy Supervisors, review this FOP with a minimum of five stores in each district. Specific information will then be collected and analyzed to determine next steps. With the significant increase in these CII drugs being dispensed, we are formulating a plan prior to any potential review by outside agencies.

We would like to have Pharmacy Operations review the attachments below before implementation. One document is the FOP and the other is a mock up of a web-form that we will develop to enter and gather information. (The LP Supervisor will be responsible for entering the information into the web-form.) The information in red offers direction to the LPS and RxS so that we are consistent in our approach.

Please review, or forward to whomever you feel is the right person to review, the attachments below and forward comments back to me.

Thanks for your help,

HIGHLY CONFIDENTIAL

WAGFLDEA00001895

Ed

[attachment "FL Focus on Profit V2.doc" deleted by Ed Svihra/Corp/Walgreens] [attachment "FL FOP - Web Form V2.doc" deleted by Ed Svihra/Corp/Walgreens]

HIGHLY CONFIDENTIAL

WAGFLDEA00001896