# DSJ1&2-PR Exh 577

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) | 3:13 MJ 7003 |
| ADMINISTRATIVE INSPECTION OF ) | CASE NO: |
| WALGREENS CORPORATION ) | |
| 28727 Oregon Road ) | MAGISTRATE |
| Perrysburg, Ohio 43551 ) | VERNELIS K. ARMSTRONG |
| DEA Reg. #RW0294493 ) | |
| ) | I AIO |
| ) | ADMINISTRATIVE INSPECTION |
| ) | WARRANT |

TO: **Wayne Groves**, Diversion Investigator and any other authorized Diversion Investigator or Special Agent of the Drug Enforcement Administration ("DEA") of the United States Department of Justice.

1. Application having been made and probable cause, as defined by the provisions of 21 U.S.C. 880(d)(1) and 21 C.F.R. 1316.10, having been shown by the affidavit of Wayne Groves for an inspection of the controlled premises of Walgreens Corporation (Registrant), 28727 Oregon Road, Perrysburg, Ohio 43551, DEA Reg.# RW0294493, it appears that such inspection is appropriate under 21 U.S.C. § 880.

2. Therefore, pursuant to the provisions of 21 U.S.C. § 880, you are hereby authorized to enter the above-described premises within business hours, which includes night shift hours, for the following purposes:

CONFIDENTIAL

WAGMDL00493697

a. To inspect and copy records, reports, files, official order forms, and other documents required to be made, kept and maintained under the provisions of the Controlled Substances Act, (C.S.A.) 21 U.S.C. §§ 801 et. seq. for the purpose of verifying that said records, reports, files, official order forms, other documents and controlled substances are properly kept and maintained for the time period of 2/1/11, Beginning of Business (BOB), through 2/5/13, Close of Business (COB).

b. To inspect, in a reasonable manner and to a reasonable extent, including the collection of samples if necessary, all pertinent equipment, finished and unfinished controlled substances, containers, and labeling found therein;

c. To inspect all records, files, papers, processes, controls and facilities appropriate for verifications of the records, reports and documents required to be kept under the provisions of the C.S.A. and regulations promulgated there under;

d. To inspect all records, files, papers, processes, controls and facilities appropriate for verifications of the records, reports and documents that have a bearing on Walgreens Corporation, Perrysburg, Ohio, responsibilities

CONFIDENTIAL

WAGMDL00493698

under the provisions of the C.S.A. and regulations promulgated thereunder; and,

e. To inventory any stock of controlled substances and to obtain samples of any such substances.

3. You are hereby further authorized to remove for copying from the above-described controlled premises the following records, reports documents, files and inventories, including computerized records, as are appropriate and necessary to the effective accomplishment of the inspection, and for the purpose of the copying or verifying their correctness or that are used or intended to be used in violation of the C.S.A.:

a. All physical inventories of controlled substances;

b. All executed Official Order Forms, DEA Forms 222;

c. All records showing the receipt and distribution of controlled substances;

d. Any and all copies of DEA Form 41, Registrant's Inventory of Drugs Surrendered and DEA Form 106, Report of Theft or Loss of Controlled Substances; and such other reports or records that document the disposal or distribution of controlled substances;

4. You are hereby further authorized to remove for copying from the above-described controlled premises the following records, reports, documents, files and inventories,

CONFIDENTIAL

WAGMDL00493699

**3:13 MJ 7003**

including computerized records, as are appropriate and necessary to the effective accomplishment of the inspection:

a. All other records which refer to or relate to the distribution of controlled substances:

b. All records pertaining to the filing of suspicious orders reports with the local Field Division Office of DEA pursuant to 21 C.F.R. § 1301.74(b) as well as records pertaining to a distributor maintaining effective controls against diversion pursuant to 21 U.S.C. § 823(e), since the period of 2/1/11, BOB, through 2/5/13, COB.

4. A prompt return shall be made by the inspecting Investigators to a Magistrate Judge for the Northern District of Ohio showing that the inspection has been completed and accounting for all property seized pursuant to this warrant not later than ten (10) days from the issuance of this warrant.

*/s/ Vernelis K. Armstrong*
Vernelis K. Armstrong
U.S. Magistrate Judge
Northern District of Ohio

Date: February 5, 2013

4

CONFIDENTIAL

WAGMDL00493700