# DSJ1&2-PR Exh 579

Message

| | |
|---|---|
| **From**: | Hansen, Suzanne [suzanne.hansen@walgreens.com] |
| **Sent**: | 6/11/2012 2:53:24 PM |
| **To**: | Crawford, Kermit [kermit.crawford@walgreens.com] |
| **CC**: | Madarasz, Anika [anika.madarasz@walgreens.com]; Tisdell, Lorinda [lorinda.tisdell@walgreens.com] |
| **Subject**: | FW: Controlled Substance Program Exec Sum 6 11 12.ppt |
| **Attachments**: | Controlled Substance Program Exec Sum 6 11 12.ppt |

Kermit,

Attached is our new weekly update report.   Please review and let Ani and I know if ok, and any changes you would like to see.  Once approved we will share with Mark and Reuben Sloane and anyone else you would like weekly.

Thank you,
Suzanne
-

HIGHLY CONFIDENTIAL

WAGMDL00745752

# UPDATE FOR CONTROLLED SUBSTANCES PROGRAM

June 11, 2012

P-WAG-02607.001

**Highlights:** Recommendation / resources for Go-forward Governance is being developed.

Security Operations Center is prepared to activate the Contingency Taskforce Emergency Action Plan at any time.

Week of 6/11 includes: Divisional calls held with Market and District leadership (6/11)

Top 500 stores report deployed to district supervision this week

Good Faith Dispensing Policy to Store Leaders (6/13)

## LOGISTICS - Sue Thoss

**Update:**
- As of May, the CIII-V and PSE orders for stores serviced by the Jupiter DC are now serviced by the Orlando DC.
- Jupiter CII stores in states with existing licenses in Perrysburg CII facility were moved to the Perrysburg CII for processing. States remaining at Jupiter are: Florida (do not have pedigree in Perrysburg) and Georgia (no license)
- Emergency order procedures were modified for CII-V product in all facilities. We will no longer accept phone calls or emails from the stores to change their controlled order. New procedure requires pharmacy supervisor approval. CII facilities worked with Rx Purchasing to create the short term process to monitor exception orders from stores.

**Under Review:**
- Transfer remaining CII product from the Jupiter CII facility to the Perrysburg CII facility. **Waiting for the go ahead to do the transfer.**

## PURCHASING - Mike Bleser

**Update:**
- Line limits in place for the 8 drugs:
(Alprazolam 2mg, Carisoprodol 350mg – 500 count, Hydromorphone 2 and 4mg, Methodone 5 and 10 mg, Oxycodone IR 15 and 30mg)
- Process developed with Pharmacy team for District Supervision to approve orders over the line limits by using the Controlled Substance Order Quantity Override Form
- DCs are not allowing manual order for controlled substances - stores must order through SIMS
- Cardinal is not allowing manual ordering for Xanax and Soma drugs - stores must order through SIMS

**Next Steps:**
- Suspicious Ordering enhancements include:
  - Launch of dashboard (June)
  - Adding vendor orders in suspicious ordering program (July)
  - Adding a controlled substance and PSE threshold limit to suspicious ordering program (TBD)
- Cross-functional data review and recommendations on the PDQ process (end of June).

[DateTime]

1

HIGHLY CONFIDENTIAL

WAGMDL00745753

## LOSS PREVENTION - Ken Amos

**Update:**
- Cardinal has flagged 60+ Florida stores as having above average risk as part of Jupiter contingency planning process. Representatives of Cardinal and Walgreens District Loss Prevention Managers have conducted site visit audits in some stores already and will continue to do so over the coming weeks. Cardinal has requested additional data on these stores which is being provided by Rx Purchasing.
- Analytics team:
  - **Redacted – Attorney Client Privileged**
  - Completed Store Index of Top 500 stores by overall composite rank
  - **Redacted – Attorney Client Privileged**
- The Pain Management Focus on Compliance Survey has been created for use by District Loss Prevention and Pharmacy Operations to jointly visit the Top 500 stores with potential risk.

**Next Steps:**
- Store Index of Top 500 stores to be deployed by district supervision week of 6/11/12 - will update analysis monthly and monitor trends.
- Prescriber Index will be ready for initial review by mid-week of 6/11/12. Pharmacist Index to be completed after.

## PHARMACY (Pharmacy Services, Pharmacy Operations, Health and Wellness Initiatives) - Suzanne Hansen

**Update:**
- Proactive action plan created and implemented for 8 stores that discontinued ordering and dispensing of CIIs, Xanax and Soma products
- Communicated updated inventory processes and procedures to Market, District and Store leaders
- Good Faith Dispensing Policy updated including prescription validation steps for pharmacy team members. Policy communication to Store leaders on 6/13/12
- DUR enhancement implemented to alert pharmacists when a patient has been prescribed medications, that in combination, have a high potential of abuse
- Divisional calls held 6/11 with Market and District leadership on updates to:
  - Inventory processes and procedures
  - Good Faith Dispensing updates
  - DUR enhancement
  - Store visits / survey of Top 500 Controlled Substance dispensing pharmacies

**Next Steps:**
- Create Good Faith Dispensing People Plus Learning Policy Acknowledgement for all pharmacy team members the week of 6/25/12
- Developing long term strategy for both ordering and dispensing of controlled substances

## LEGAL - Dwayne Pinon

**Redacted – Attorney Client Privileged and Attorney Work Product**