# DSJ1&2-PR Exh 586

| | |
|---|---|
| **From:** | Weissman, Gabriel <GWeissman@amerisourcebergen.com> |
| **Sent:** | Friday, June 24, 2016 4:13 PM |
| **To:** | Mauch, Robert <RMauch@amerisourcebergen.com>; Norton, Rita <RNorton@amerisourcebergen.com> |
| **Cc:** | Meehan, Fallon <FMeehan@amerisourcebergen.com> |
| **Subject:** | Re: Washington Post Inquiry |

Thanks, Bob.

And Rita – looks like messages crossed in the night. You should have the same statement for review in a message from me that came through at 3:45ish. Welcome any feedback and I can consolidate and get back to HDA.

Thanks,

Gabe

**Gabe Weissman**
AmerisourceBergen
Vice President, Communications

227 Washington St.
Conshohocken, PA 19428

Work: 610.727.3696
Mobile: 267.438.7998
Fax: 610.727.3603

www.amerisourcebergen.com

---

**From:** "Mauch, Robert" <RMauch@amerisourcebergen.com>
**Date:** Friday, June 24, 2016 at 4:10 PM
**To:** "Norton, Rita" <RNorton@amerisourcebergen.com>
**Cc:** "Meehan, Fallon" <FMeehan@amerisourcebergen.com>, Gabe Weissman <gweissman@amerisourcebergen.com>
**Subject:** Re: Washington Post Inquiry

Hi Rita. Happy Friday to you as well. Gabe has point for Washington Post and any other media inquires.

Bob

Sent from my iPhone

On Jun 24, 2016, at 4:04 PM, Norton, Rita <RNorton@amerisourcebergen.com> wrote:

> Hi Bob, Happy Friday! My counterpart at Cardinal, Sean Callinicos received this email from Jon Giacomin about the Wash Post story and forwarded it to me.  We are going to continue to ask John Gray to cc us on these communications so we don't have to rely on you to update us but in the meantime would it be ok if Fallon forwarded these emails to me (unless they're confidential of course) so I can stay in the loop on the policy issues?
> Along these lines, did we (ABC) move forward with the OR Ballot initiative contribution?  I believe the Board agreed to $25T per company for the big 4?  I know there was time sensitivity in order to get it in before the July 1 deadline so we would be reported along with a large number of other contributors since it will be publicly disclosed and therefore less conspicuous.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                               ABDCMDL00370752

Thanks for your help with this!
Rita

**From:** Callinicos, Sean [mailto:sean.callinicos@cardinalhealth.com]
**Sent:** Friday, June 24, 2016 2:15 PM
**To:** Norton, Rita
**Subject:** FW: Washington Post Inquiry

**From:** Parker, John [mailto:jparker@hda.org]
**Sent:** Friday, June 24, 2016 12:22 PM
**To:** 'Ted M. Scherr (tscherr@dakdrug.com)' <tscherr@dakdrug.com>; Giacomin, Jon <Jon.Giacomin@cardinalhealth.com>; rmauch@amerisourcebergen.com; Mark Walchirk (Mark.Walchirk@Mckesson.com) <Mark.Walchirk@Mckesson.com>; Dale Smith (DSmith@hdsmith.com) <DSmith@hdsmith.com>; 'Gregory Drew (gdrew@valuedrugco.com)' <gdrew@valuedrugco.com>; 'Maria M. Burns (maria@bddow.com)' <maria@bddow.com>
**Cc:** Gray, John <jgray@hda.org>
**Subject:** Washington Post Inquiry

[ External Email ]
**To: HDA Executive Committee**

HDA was recently contacted by Lenny Bernstein of the *Washington Post* to gain our perspective on a story he is writing about the relationship between the DEA and wholesalers over the last decade. I know he has reached out to several of our members and, to my knowledge, no one has talked to him on the record. At this time, we have only provided him with background information and context.

In light of our recent Executive Committee discussion in Colorado Springs, I wanted to share with you a statement that we would like to provide Lenny that reflects on DEA's current efforts to engage our industry and how the recently enacted S. 483 will further enhance our ability to work more effectively together. As you will see, the statement takes a positive approach to the recent developments with the DEA rather than focusing on the past.

Given the uncertainty of when the story will run, please let me or John Gray know at your earliest convenience, or at the latest by COB Monday, June 27, whether you are comfortable with the proposed statement below.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

*"GAO's report in July 2015 reaffirmed HDA's long-standing position that enhanced communication, coordination and collaboration between the DEA and supply chain stakeholders is one of the keys to successfully mitigating prescription drug abuse and diversion. To that end, HDA is pleased with the willingness of the new leadership at DEA to meet with and engage registrants, and is encouraged by the Administration's desire to 'reset the relationship' with our industry.*

*"Further, DEA's plan to initiate rulemaking to gain input from our members to ensure greater clarity in the area of 'suspicious orders' monitoring is another step in the right direction and a reflection of the Administration's more collaborative approach. We look forward to engaging with the DEA as this effort unfolds in the coming months.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              ABDCMDL00370753

*"In addition, the Ensuring Patient Access and Drug Enforcement Act (S. 483), signed into law by President Obama in April, will help to further strengthen the relationship between supply chain stakeholders and the DEA. S. 483, which creates an administrative remedy that allows for the submission by registrants of a corrective action plan to address DEA concerns related to Controlled Substances Act compliance, is an acknowledgement by Congress that the current approach needed to be recalibrated to account for the complexity and unique challenges of the pharmaceutical supply chain.*

*"The process created by this law will not only encourage greater clarity, dialogue and collaboration between DEA and its supply chain registrants but will, in fact, bolster DEA's investigative resources and its ability to more precisely and effectively combat prescription drug abuse and diversion. Employing the combined strengths of DEA and the supply chain — establishing a force multiplier — will be the most powerful enforcement tool of all."*

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

In addition, I thought you would be interested in the opinion piece that appeared in today's *Washington Post* entitled, "Is DEA a Bad Guy in the Opioid Addiction Fight?" (https://www.washingtonpost.com/news/powerpost/wp/2016/06/23/is-dea-a-bad-guy-in-opioid-addiction-fight/). The piece builds on the DEA oversight hearing that occurred earlier this week (and was referenced in a previous e-mail to the Executive Committee).

If you have any questions, please let me know.

Thanks,

John

..........................................................
John Parker
Senior Vice President, Communications
Healthcare Distribution Alliance
(703) 885-0216 (w); (703) 801-1172 (c)
www.hda.org

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.