# DSJ1&2-PR Exh 587

| | |
|---|---|
| **From:** | Norton, Rita <RNorton@amerisourcebergen.com> |
| **Sent:** | Monday, October 31, 2016 3:09 PM |
| **To:** | Chou, John <JChou@amerisourcebergen.com>; Mauch, Robert <RMauch@amerisourcebergen.com>; Clark, Gina <GClark@amerisourcebergen.com>; Weissman, Gabriel <GWeissman@amerisourcebergen.com> |
| **Subject:** | RE: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic |

# Privileged

**From:** Chou, John
**Sent:** Monday, October 31, 2016 2:56 PM
**To:** Norton, Rita; Mauch, Robert; Clark, Gina; Weissman, Gabriel
**Subject:** RE: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic

# Privileged

**From:** Norton, Rita
**Sent:** Monday, October 31, 2016 1:40 PM
**To:** Mauch, Robert; Clark, Gina; Weissman, Gabriel
**Cc:** Chou, John
**Subject:** RE: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic

# Privileged

**From:** Mauch, Robert
**Sent:** Monday, October 31, 2016 12:31 PM
**To:** Clark, Gina; Weissman, Gabriel; Norton, Rita
**Cc:** Chou, John
**Subject:** FW: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic

# Privileged

**From:** Mauch, Robert
**Sent:** Monday, October 31, 2016 11:44 AM
**To:** 'Dale Smith' <dsmith@hdsmith.com>; Maria Burns <maria@bddow.com>; Gray, John <jgray@hda.org>; Greg Drew <gdrew@valuedrugco.com>; Jon Giacomin <jon.giacomin@cardinalhealth.com>; Mark Walchirk <Mark.Walchirk@mckesson.com>; Scherr, Ted <tscherr@dakdrug.com>
**Cc:** Kelly, Patrick <pkelly@hda.org>; Parker, John <jparker@hda.org>
**Subject:** RE: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic

Sounds good to me, John. I recommend that we consider including our respective government affairs and public relations staff attend the call as well.

Bob

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Dale Smith [mailto:dsmith@hdsmith.com]
**Sent:** Monday, October 31, 2016 11:27 AM
**To:** Maria Burns <maria@bddow.com>; Gray, John <jgray@hda.org>; Mauch, Robert <RMauch@amerisourcebergen.com>; Greg Drew <gdrew@valuedrugco.com>; Jon Giacomin <jon.giacomin@cardinalhealth.com>; Mark Walchirk <Mark.Walchirk@mckesson.com>; Scherr, Ted <tscherr@dakdrug.com>
**Cc:** Kelly, Patrick <pkelly@hda.org>; Parker, John <jparker@hda.org>
**Subject:** RE: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic

Agreed

Dale Smith
Chairman & CEO
H. D. Smith Holding Company
3063 Fiat Avenue
Springfield, IL  62703
Phone - 217-753-1688
Fax - 217-467-8298
dsmith@hdsmith.com
Helping You Care For Your Community

---

**From:** Maria Burns [mailto:maria@bddow.com]
**Sent:** Monday, October 31, 2016 10:25 AM
**To:** Gray, John <jgray@hda.org>; Bob Mauch <rmauch@amerisourcebergen.com>; Dale Smith <dsmith@hdsmith.com>; Greg Drew <gdrew@valuedrugco.com>; Jon Giacomin <jon.giacomin@cardinalhealth.com>; Mark Walchirk <Mark.Walchirk@mckesson.com>; Scherr, Ted <tscherr@dakdrug.com>
**Cc:** Kelly, Patrick <pkelly@hda.org>; Parker, John <jparker@hda.org>
**Subject:** Re: Washington Post Op-Ed: Is the DEA Partly to Blame for the Opioid Epidemic

John,
I would agree with a conference call.
Thank you.
Maria



**Maria Mitiguy Burns**
Vice President

Burlington Drug Company
91 Catamount Dr. ♦ Milton, VT 05468-3236
tel (802) 893-5105 x 225
fax (802) 891-5921

website | vCard | map | email



**Maria Mitiguy Burns**
Vice President

Dowling's Inc.
91 Catamount Dr. ♦ Milton, VT 05468-3236
tel (802) 893-5105 x 225
fax (802) 891-5921

website | vCard | map | email



**Maria Mitiguy Burns**
President

Pharmacy Health Services
P.O. Box 69 ♦ Middlebury, VT 05753-0069
tel (802) 893-5105 x 225
fax (802) 891-5921

website | vCard | email

CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential or prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this e-mail or attachments is strictly prohibited. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system. Thank you.

On 10/31/2016 10:46 AM, Gray, John wrote:

The Washington Post published this morning an op-ed, "Is the DEA Partly to Blame for the Opioid Epidemic," in which the Washington Post calls for a congressional investigation into the relationship between DEA and industry, particularly wholesalers.  This is a follow-up to the articles published by the Post last week and the two Senate letters that were sent to DOJ.

HDA has numerous hill meetings scheduled this week and is in regular communication with hill staff regarding the activity from last week.

This is NOT a good editorial for the industry. It appears we are headed toward Congressional Hearings on this issue. HDA is beginning to prepare for such an event. The key issue to consider is what is the appropriate response by the organization. We have been silent with the media on this issue as per member request essentially since the suspicious order problem began. It may be time to reconsider that approach.

My suggestion is to convene an Executive Committee conference call to discuss next steps. Please let me know if you agree with this suggestion.

John

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please

immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00371426