# DSJ1&2-PR Exh 590

FILED UNDER SEAL