# DSJ1&2-PR Exh 592

# FILED UNDER SEAL