# DSJ1&2-PR Exh 594

Message

**From:** Kaleta, Ed [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-KALETA, ED ( DB-54042 )11B529DF]
**Sent:** 4/16/2018 4:14:02 PM
**To:** Norton, Rita [RNorton@amerisourcebergen.com]
**CC:** Tallamy, Brad [BTallamy@amerisourcebergen.com]; Davis, Laura [LDavis@amerisourcebergen.com]
**Subject:** RE: Walgreens Hosted McCarthy Fundraiser

Happy to do so, will send invite when I get it.

**From:** Norton, Rita [mailto:RNorton@amerisourcebergen.com]
**Sent:** Friday, April 13, 2018 10:29 AM
**To:** Kaleta, Ed
**Cc:** Tallamy, Brad; Davis, Laura
**Subject:** RE: Walgreens Hosted McCarthy Fundraiser

Hi Ed, we are maxed to his re-elect but can do leadership PAC? Can you do a trade with us for Sessions?

**From:** Kaleta, Ed [mailto:ed.kaleta@walgreens.com]
**Sent:** Friday, April 13, 2018 9:51 AM
**To:** Norton, Rita <RNorton@amerisourcebergen.com>
**Cc:** Tallamy, Brad <BTallamy@amerisourcebergen.com>
**Subject:** Fwd: Walgreens Hosted McCarthy Fundraiser

Rita-
We could really use help on this. Do you have McCarthy $ left?
Tks,
Ed

Sent from my iPhone

Begin forwarded message:

**From:** "Troller, Katharine" <katharine.troller@walgreens.com>
**Date:** April 12, 2018 at 4:52:59 PM EDT
**To:** "Kaleta, Ed" <ed.kaleta@walgreens.com>, Manus Cooney <cooney@acg-consultants.com>, Malloy McDaniel <McDaniel@wfs-dc.com>, Liesl Hickey <lieslhickey@gmail.com>, Laine Evans <levans@GPS-50.com>, "bwild@bhfs.com" <bwild@bhfs.com>, "Ashley Davis (davis@wfs-dc.com)" <davis@wfs-dc.com>, "Lehman, Rob" <Rob.Lehman@wilmerhale.com>, "McGuire, Brian T." <bmcguire@bhfs.com>, Marie Sanderson <msanderson@50-state.com>, David Urban <urban@acg-consultants.com>, "Amottur@bhfs.com" <Amottur@bhfs.com>, "ray.beeman@wc.ey.com" <ray.beeman@wc.ey.com>, Shimmy Stein <Stein@wfs-dc.com>, Larissa Martin <lmartin@50-state.com>, "Martin, Timothy" <Timothy.Martin@wilmerhale.com>, "Fordy, Camille L." <cfordy@bhfs.com>, "CMcCanless@BHFS.com" <CMcCanless@BHFS.com>, "wayne@ptomac.com" <wayne@ptomac.com>, Chris Israel <israel@acg-consultants.com>, "pcox@GPS-50.com" <pcox@GPS-50.com>, "Yarowsky, Jonathan R." <Jonathan.Yarowsky@wilmerhale.com>, "ljohnson@bhfs.com" <ljohnson@bhfs.com>, Molly Ahearn <Ahearn@acg-consultants.com>, Kristi Remington <Remington@wfs-dc.com>, "Donaldson, Kirsten E." <Kirsten.Donaldson@wilmerhale.com>, Laine Evans <levans@50-state.com>, Kate Gillespie <Gillespie@acg-consultants.com>, John D Porter <John.Porter@wc.ey.com>, "Egore@bhfs.com" <Egore@bhfs.com>, "Cindy Brown (brown@wfs-dc.com)" <brown@wfs-dc.com>, "AHochleutner@BHFS.com" <AHochleutner@BHFS.com>, Larissa Martin


Witness: Norton
Exhibit: 1
Date: 1/9/19
Margaret Reihl, CCR, CRR, RPR

CONFIDENTIAL

WAGMDL00646203

<lmartin@50-state.com>, John Kneuer <kneuer@acg-consultants.com>, "Robinson, Matthew N" <Matthew.Robinson@wilmerhale.com>, Julie Philp <Philp@acg-consultants.com>
**Cc:** "Jackson, Alethia" <alethia.jackson@walgreens.com>, "Edet, Nsikan" <nsikan.edet@walgreens.com>, "Greener, Charles" <Chuck.Greener@wba.com>, "Lempres, Claire" <claire.lempres@walgreens.com>
**Subject: Walgreens Hosted McCarthy Fundraiser**

Thanks to everybody for your work on the Carter letter. We ended up with a really impressive list of members who signed on.

Building on that momentum, Walgreens will be hosting House Majority Leader Kevin McCarthy on **April 26 at 9 am** (location TBD) for a pharmacy only fundraiser, and we hope you'll be able to support it. We will discuss HR 592 and the role of pharmacists in the opioid crisis. And we'll also be directly highlighting the letter and the fact that over a dozen of the House's most vulnerable members and three members running for the Senate signed onto it.

We will be scheduling similar events with other Republican leaders in the House and Senate to get this message across loud and clear. We'll be looking for your support as we schedule those events, and will share days and times as we have them.

CONFIDENTIAL

WAGMDL00646204