# DSJ1&2-PR Exh 596

# FILED UNDER SEAL