# DSJ1&2-PR Exh 600
FILED UNDER SEAL