# DSJ1&2-PR Exh 602

| | |
|---|---|
| From: | Jeff Abernathy |
| To: | Gregory Beam; George Chapman; Brooke Leverett; Kristy Spruell; James Greer; Scott Peacock; Miranda Johnson |
| Sent: | 10/16/2014 10:10:03 AM |
| Subject: | Over 20/50 Report |
| Attachments: | Over 20 Report 10.16.14.xls |

All,

Let's talk about Hydro!
As with everything at 6045 over the last week and a half, hydro has affected the Over 20 Report as well. I talked to Kristy about it on Monday and I want to provide a report that is as complete as possible with the volume increase we are experiencing. Before Hydro an Over 20 report on a heavy day would be about 50 lines (item / store combo), Monday the report was over 600 lines.

The report is generated from CSOS, however 4 week totals and averages have to be researched and calculated. To add to that, the database that runs production in the vault is the same database I have to access to research the line items. It can and has slowed production in the vault when I try to research these items (depends on the amount of data I'm pulling), and due to the resources using the database it doesn't retrieve the information quickly. It takes about 1 minute without any interruptions to complete one line on the report. Fifty lines on a heavy day is at least an hour (that's if I'm not pulled away to do other things)....600 lines, that's a 10 hour day without a break.

The last two days the report seems to be manageable at about 100 lines, but it may vary based on daily volume which we are still trying to figure out. As I said before, I want to give everyone the most complete report possible without taxing the system more than necessary. I am open to any suggestions you may have, here are mine.

- I will still run the report to list all item / store combinations over 20 bottles.
- I will continue to research and cut all Oxycodone 30mg orders over 20 bottles.
- I will research all orders over 50 bottles and/or unusual orders
- I will highlight all orders which were cut

- If you look at the report and have a concern with a store / item I didn't research, I will be happy to research those items.

I will attach today's report as an example. If I need to change or add anything please let me know and I will work with everyone to provide the best information I can.


Jeff Abernathy
Walmart DC 6045 – Operations Manager
jeff.abernathy@walmart.com
479.277.9666
Save Money. Live Better.


EXHIBIT SDW
4/15/18
13 Abernathy
WALMART

CONFIDENTIAL

WMT_MDL_000009807

Produced in Native Format

CONFIDENTIAL

WMT_MDL_000009808

| Date | Store | City | State | Item Number | NDC | Description | Item Pack Quantity | Ordered | Sent | 4 Week Total | 4 Week Avg | CSOS Order ID | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2014 | 3757 | | | 3865129 | 406577100 | OXYCODONE 15MG | | | | | | 14x00HH78 | |
| 10/15/2014 | 2117 | | | 3880502 | 228287811 | OXYCODONE 15MG | 100 | 24 | 24 | | | 14x00HGW8 | |
| 10/15/2014 | 2512 | | | 3880502 | 228287811 | OXYCODONE 15MG | 100 | 22 | 22 | | | 14x00HGYT | |
| 10/15/2014 | 1532 | | | 3880502 | 228287811 | OXYCODONE 15MG | 100 | 21 | 21 | | | 14x00HGPV | |
| 10/15/2014 | 1510 | | | 3880629 | 406052301 | OXYCOD/APAP10/325MG | 100 | 25 | 25 | | | 14x00HHOL | |
| 10/15/2014 | 1763 | | | 3880705 | 603388721 | HYD/BIT/ACET 10/325 | 100 | 63 | 50 | 41 | 10 | 14x00HHQ3 | Storage Capacity |
| 10/15/2014 | 3328 | | | 3880705 | 603388721 | HYD/BIT/ACET 10/325 | 100 | 45 | 45 | | | 14x00HH4D | |
| 10/15/2014 | 1611 | | | 3880705 | 603388721 | HYD/BIT/ACET 10/325 | 100 | 24 | 24 | | | 14x00HGQU | |
| 10/15/2014 | 1157 | | | 3880705 | 603388721 | HYD/BIT/ACET 10/325 | 100 | 24 | 24 | | | 14x00HHLQ | |
| 10/15/2014 | 1542 | | | 3880705 | 603388721 | HYD/BIT/ACET 10/325 | 100 | 21 | 21 | | | 14x00HGO0 | |
| 10/15/2014 | 1621 | | | 3880705 | 603388721 | HYD/BIT/ACET 10/325 | 100 | 21 | 21 | | | 14x00HGQZ | |
| 10/15/2014 | 3794 | | | 3880887 | 53746020301 | OXYCO/APAP 5/325MG | 100 | 22 | 22 | | | 14x00HH7A | |
| 10/15/2014 | 2249 | | | 3880888 | 10702001801 | OXYCODONE HCL 5MG | 100 | 21 | 21 | | | 14x00HGWZ | |
| 10/15/2014 | 1608 | | | 3880901 | 53746020401 | OXYCOD/APAP10/325MG | 100 | 21 | 21 | | | 14x00HGQS | |
| 10/15/2014 | 2593 | | | 3880901 | 53746020401 | OXYCOD/APAP10/325MG | 100 | 21 | 21 | | | 14x00HGZM | |
| 10/15/2014 | 5028 | | | 3880910 | 406051201 | OXYCO/APAP 5/325MG | 100 | 28 | 28 | | | 14x00HHZ1 | |
| 10/15/2014 | 1448 | | | 3880910 | 406051201 | OXYCO/APAP 5/325MG | 100 | 22 | 22 | | | 14x00HH03 | |
| 10/15/2014 | 1575 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 46 | 46 | | | 14x00HGQG | |
| 10/15/2014 | 2441 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 34 | 34 | | | 14x00HHS3 | |
| 10/15/2014 | 1449 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 30 | 30 | | | 14x00HGP5 | |
| 10/15/2014 | 1679 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 30 | 30 | | | 14x00HGR0 | |
| 10/15/2014 | 1277 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 25 | 25 | | | 14x00HGL3 | |
| 10/15/2014 | 1422 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 23 | 23 | | | 14x00HGMD | |
| 10/15/2014 | 1634 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 22 | 22 | | | 14x00HGT7 | |
| 10/15/2014 | 3851 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 22 | 22 | | | 14x00HHX2 | |
| 10/15/2014 | 2735 | | | 553184843 | 406012301 | HYDRO/APAP 5/325 | 100 | 21 | 21 | | | 14x00HH0P | |
| 10/15/2014 | 492 | | | 553184846 | 406012401 | HYDRO/APAP 7.5/325MG | 100 | 31 | 31 | | | 14x00HHCQ | |
| 10/15/2014 | 1783 | | | 553184846 | 406012401 | HYDRO/APAP 7.5/325MG | 100 | 28 | 28 | | | 14x00HHQ3 | |
| 10/15/2014 | 5133 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 82 | 50 | 143 | 36 | 14x00HHB4 | Storage Capacity |
| 10/15/2014 | 1575 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 76 | 50 | 91 | 23 | 14x00HGQG | Storage Capacity |
| 10/15/2014 | 1951 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 63 | 50 | 94 | 24 | 14x00HGUL | Storage Capacity |
| 10/15/2014 | 5136 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 48 | 48 | | | 14x00HH86 | |
| 10/15/2014 | 3473 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 46 | 46 | | | 14x00HH5J | |
| 10/15/2014 | 1910 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 43 | 43 | | | 14x00HGU4 | |
| 10/15/2014 | 2537 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 43 | 43 | | | 14x00HGZ4 | |
| 10/15/2014 | 1634 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 42 | 42 | | | 14x00HGT7 | |
| 10/15/2014 | 4239 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 40 | 40 | | | 14x00HH8L | |
| 10/15/2014 | 969 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 33 | 33 | | | 14x00HHK4 | |
| 10/15/2014 | 8177 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 33 | 33 | | | 14x00HI9S | |
| 10/15/2014 | 3511 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 30 | 30 | | | 14x00HH5W | |
| 10/15/2014 | 4309 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 30 | 30 | | | 14x00HH91 | |
| 10/15/2014 | 1772 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 27 | 27 | | | 14x00HGSJ | |
| 10/15/2014 | 2099 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 26 | 26 | | | 14x00HGW1 | |
| 10/15/2014 | 4557 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 26 | 26 | | | 14x00HH9V | |
| 10/15/2014 | 6304 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 25 | 25 | | | 14x00HI4X | |
| 10/15/2014 | 1877 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 24 | 24 | | | 14x00HGTC | |
| 10/15/2014 | 1370 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 23 | 23 | | | 14x00HGLR | |
| 10/15/2014 | 2536 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 23 | 23 | | | 14x00HGZ3 | |
| 10/15/2014 | 520 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 23 | 23 | | | 14x00HHCS | |
| 10/15/2014 | 1983 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 22 | 22 | | | 14x00HGUU | |
| 10/15/2014 | 2507 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 22 | 22 | | | 14x00HGY0 | |
| 10/15/2014 | 3 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 22 | 22 | | | 14x00HHC3 | |
| 10/15/2014 | 1083 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 22 | 22 | | | 14x00HHL4 | |
| 10/15/2014 | 2114 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 22 | 22 | | | 14x00HHR1 | |
| 10/15/2014 | 1608 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 21 | 21 | | | 14x00HGQS | |
| 10/15/2014 | 1881 | | | 553184911 | 406012501 | HYDRO/APAP 10/325MG | 100 | 21 | 21 | | | 14x00HQTS | |