# DSJ1&2-PR Exh 603

| | |
|---|---|
| From: | Miranda Johnson |
| To: | George Chapman |
| Sent: | 10/28/2014 3:19:31 PM |
| Subject: | SOM Strategy Deck - Updated |
| Attachments: | SOM Strategy.pptx |

George,

I made some adjustments to the deck based on our conversation with Jim yesterday. Some were cosmetic, but I changed content on slides 2, 5 and 9. Let me know if you have any concerns with the updates. I'll print color copies for our meeting with Phyllis tomorrow.



SOM Strategy.pptx

Thanks,
Miranda Johnson, JD
**Director, Controlled Substances**
**Health and Wellness Practice Compliance**
Office: 479-273-4124 Cell: 479-644-5873
Miranda.Burris@walmart.com

**Walmart   Compliance**
*The Right Way - Every Day!*
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

Health & Wellness Practice Compliance is committed to ensuring compliance with laws and regulations applicable to the practice of health care professions, the **Right Way, Every Day!**


EXHIBIT 4 Walmart Johnson 12.21.17

CONFIDENTIAL                                                                                              WMT_MDL_000009385

Produced in Native Format

CONFIDENTIAL

WMT_MDL_000009386



# SOM Overview & Strategy

October 29, 2014

## Current SOM Program

- Reddwerks Flags Orders:
    - Over 20 bottles (CII DC).
    - Over 50 bottles (All other DCs).
    - >30% increase over rolling 4 week average.

- DC cuts orders:
    - Over 50 bottles down to 50 bottles.
    - Oxy 30 down to 20 bottles.

- Reports
    - Daily: Orders of over 20 bottles of a CII item.
    - Monthly: Orders of CIII-V items that are >3.99% of total dosage units ordered for the facility.



## Improvement Opportunities in Current Program

- Large number of false positives because thresholds aren't based on statistical methodology.

- Flags only identify "unusual size."

- McKesson orders are not considered in evaluation.

- All flags must be cleared before production on any items can begin, so there is limited time for evaluation.

- No defined process for tracking why DC cuts or clears specific orders.

3 

## Strategy Overview

**Phase I**
- Systems Enhancements
- Process Implementation
- Data Monitoring (manual)
- People Resources

**Phase II**
- Statistical Order Evaluation Model
- Data Monitoring (automated)
- Ordering Process Adjustments

**Continuous Improvement**

4



## Phase I – Q1 FYE16

### System Enhancements

- Reddwerks Implementation
- Store Profile Development

### Process Implementation

- Post-Alert evaluations
  - Well trained people resources needed to conduct comprehensive evaluations
- Policy Implementation and Training

### Data Monitoring

- Manual
- Identify trends and outliers for consideration in order evaluations
- Develop reports to monitor SOM program performance
- Develop store clusters for "like store analysis"

### People Resources

- Development of DC based compliance position to execute the program

5





## Phase II Roadmap

### Statistical Order Evaluation Model

- Implement system that incorporates complex model (i.e. Buzzeo)
- Flags for unusual size, frequency and substantial deviation from normal pattern
- Incorporate McKesson orders

### Data Monitoring

- Store Profile enhancements
- Automation of overall trends for ease of monitoring
- Automation of SOM program reporting
- Individual store monitoring would be incorporated into statistical model
- PSE order and sales trends

### Ordering Process Adjustments

- Adjustments to manual orders
- Add hard limits to replenishment system

7






## Resource Needs - Overview

- Headcount for 6 Pharmacy DC compliance positions.
- Funding for system that integrates complex statistical model.
- Analytics support for data monitoring and store clustering.
- Archer support for development of store profile.

## DC Compliance Position - Responsibilities

- Order alert evaluations.
- Support development of technology and SOPs for Phase II.
- Change management and training on new SOM program.
- DC representative for DEA inspections.
- Overall monitoring of trends and provide recommendations for additional facility review.
- PSE reports.
- Facility assessments.

9



# APPENDIX

Walmart



Hard Limit

Threshold for Evaluation

Walmart