# DSJ1&2-PR Exh 604

| | |
|---|---|
| From: | Kristy Spruell |
| To: | Theresa Alford; Chad Ducote |
| Sent: | 11/23/2014 5:33:49 AM |
| Subject: | SOM overview |

Chad,

Theresa mentioned that you are scheduled to meet with Phyllis next week to discuss the SOM program. I hope the attached document helps with your discussion. I tried to provide a general overview of where we started, where we are and where we plan to be in the near future.

Good luck with your discussion.

Thanks,

Kristy Spruell, JD
Sr. Manager, Strategy, Compliance, Safety & Asset Protection - Logistics
Desk Phone 479-258-2021
Mobile Phone 479-866-7427
Kristy.Spruell@walmart.com
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716



CONFIDENTIAL

WMT_MDL_000009158

## Overview of SOM Project Progress

| Beginning of SOM enhancement project | Today | Q1 FY16 - End of Phase 1 | Future – Phase 2 and 3 |
|---|---|---|---|
| **People**<br>• DC associate review only<br>• No consistent training for associates<br>• No home office involvement<br>• Inconsistent application of monitoring standards by associate across DC facilities<br>• No dedicated HO resource | **People**<br>• Tiered evaluation and review processes for selected alerted orders (manual process)<br>• Job aid provided for all DC locations; training delivered<br>• Dedicated Logistics HO resource (1); HW Practice Compliance support (1) | **People**<br>• Tiered evaluation and review processes for all alerted orders (system driven)<br>• Updated job aids will be provided for all DC locations; training delivered<br>• Dedicated HO resource (2); HW Practice Compliance support (1) | **People**<br>• No planned changes from Phase 1 |
| **Processes**<br>• Monitoring levels static and uniform<br>• Monitoring level = 50 bottles (regardless of store history, bottle size, etc) or order amount >30% over rolling 4 week average<br>• DC facilities receiving 100s of "alerts" per day<br>• No documentation of process used to determine 50 bottle monitoring level<br>• Some facilities "cut" orders to 50 bottles, some did not<br>• No process for evaluating Orders of Interest or reporting Suspicious Orders<br>• No process for documenting order evaluations or reporting decisions | **Processes**<br>• DC 6001 – monitoring levels set at calculated levels using new logic (see box at right); all other DCs still using static, uniform levels<br>• Many alerted orders receive individual evaluation (manual process based on DC associate discretion)<br>• All evaluations require documentation (manual process)<br>• Reporting determinations require documentation (manual process) | **Processes**<br>• Monitoring levels determined by statistically sound, well documented, methodology (methodology reviewed and approved by Mu Sigma)<br>• Monitoring levels evaluated and determined by individual store+item combination (monitoring level "threshold" set at individual average+3Standard Deviation based on past 52 week order history)<br>• Number of alerts received expected to drop dramatically (new methodology expected to eliminate "false positive" alerts)<br>• Every alerted order will require evaluation (system driven)<br>• All evaluations will require documentation (systems driven) | **Processes**<br>• All monitoring levels will be reviewed and recalculated at least once per year (planning first review summer 2015)<br>• Like Store Comparisons – developing capability to evaluate stores by comparing them to each other using various data points common to "sister" store groupings<br>• Vendor data – create process to allow full visibility to, and evaluation of, all product orders, regardless of the product source (Walmart DC, McKesson, etc)<br>• Hard Limits – create process to prevent orders beyond determined levels |
| **Policies**<br>• SOM policy did not include processes for evaluating "Orders of Interest" or reporting "Suspicious Orders"<br>• SOM policy only included DC associate responsibilities – no | **Policies**<br>• New policy includes processes for evaluating "Order of Interest" and for reporting "Suspicious Orders" to all required agencies<br>• New policy requires significant | **Policies**<br>• Policy will be updated if necessary when systems upgrades are complete - to be determined<br>• Training will be updated to reflect new systems-driven | **Policies**<br>• SOM policy will continue to be updated as needed<br>• Training will be updated and delivered as needed |

CONFIDENTIAL

WMT_MDL_000009159

| | | | |
|---|---|---|---|
| HO involvement or cross-functional collaboration | stakeholder engagement and cross-functional collaboration<br>• New policy approved by VAWD | processes | |
| Systems<br>• 6001 had very limited ability to monitor orders - KNAPP does not include monitoring functionality<br>• Reddwerks monitoring levels set at 50 bottles for all store+item combinations<br>• Reddwerks did not include reporting capabilities<br>• No process for including McKesson orders in evaluation<br>• No process for "hard limit" levels (except Oxy30)<br>• System (Reddwerks or KNAPP) did not allow alerted orders to be "held" pending evaluation | Systems<br>• 6001 is monitoring orders via an ISD solution prior to the order entering the KNAPP solution (very manual process)<br>• Reddwerks upgrades in development – no changes yet | Systems<br>• 6001 will move to Reddwerks in the control cage; monitoring for controls will work at 6001 just as in all other facilities<br>• Reddwerks monitoring levels will be set to new calculated levels<br>• Reddwerks will "hold" all alerted orders until evaluation is complete and order is released<br>• Reddwerks will require the evaluation of every alerted order<br>• Reddwerks will include significant reporting capabilities<br>• Reddwerks will drive order evaluation behavior, and capture evaluation decisions and "reason codes" via coded requirements and options | Systems<br>• Systems changes may be required to support changing SOM environment<br>• Systems changes may be required to implement Vendor Data incorporation and/or Hard Limit levels – to be scoped Q1 FY16 |

CONFIDENTIAL

WMT_MDL_000009160