# DSJ1&2-PR Exh 605

**From:** Katrina Jamison
**To:** Miranda Johnson
**Sent:** 5/3/2017 8:30:05 PM
**Subject:** RE: Logistics Order Routing Project

Thanks for the heads up, Miranda. I will keep an eye out for a planner, etc. so we can start diving into it and getting traction.

**Katrina Jamison, PharmD, RPh Senior Director Health and Wellness Operations Support**
Phone: 479-273-6121
Katrina.Jamison@walmart.com

Walmart
702 SW 8th Street
Bentonville, AR 72716-0430
Save money. Live better.

**From:** Miranda Johnson
**Sent:** Wednesday, May 03, 2017 3:29 PM
**To:** Katrina Jamison
**Subject:** Logistics Order Routing Project

Hi Katrina,

I think Ramona Sullins will be reaching out to you in the near future to discuss rollout of a project that will route orders directly to McKesson when the DC is out of product. This is a really important project for our suspicious order monitoring program because it will reduce the number of orders going directly to McKesson from the pharmacy. Those direct to McKesson orders limit our ability to get full visibility to what pharmacies order and this project will be very helpful to us.

Anything you can do to help move the rollout of this project forward would be greatly appreciated!

Thanks,
Miranda Johnson, JD
**Director, US Ethics & Compliance**
**Health and Wellness Practice Compliance**
Office: 479-273-4124 Alt: 336-298-7571
Miranda.Burris@walmart.com



U.S. Ethics & Compliance
702 SW 8th Street



CONFIDENTIAL

WMT_MDL_000041598

Bentonville, AR 72716-0230
Save Money. Live Better.

CONFIDENTIAL

WMT_MDL_000041599