# DSJ1&2-PR Exh 606

| | |
|---|---|
| From: | /o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients /cn=583072aa8536418198be79a19135277a-ramona sull |
| To: | R.J. Hermans |
| Sent: | 8/30/2016 3:57:36 PM |
| Subject: | RE: Reddwerks list |

RJ,

I agree with the prority list.

Question about DC 6028 relay. I was under the impression that we still needed

Ramona Sullins - Senior Manager Divisional Operations
Health & Wellness Logistics
D: 479.277.9046  C: 479.426.6951
ramona.sullins@wal-mart.com

Wal-Mart Stores, Inc.
Save Money. Live Better.



---

**From:** R.J. Hermans
**Sent:** Monday, August 29, 2016 4:32 PM
**To:** Ramona Sullins
**Subject:** Reddwerks list

Below is my current ranking of what I will ask Reddwerks to concentrate on. Let me know if you disagree or want to share some feedback on any of them or if you have any to add that I might have missed.

1. Packing Slip Printing Slowness at 6001
2. Linux/VM conversion – 6045 has been bumped up to allow for fixes to CSOS and an additional WM owned test environment
3. Removal of Packing slip – initial note sent, request to not print non controlled, start printing controlled at QC
4. Inbound CSOS changes
5. SOM enhancements – 3 requirements sent to Reddwerks – awaiting business decision as cost is extremely high
6. CSOS support issues and Enhancements(budgeted for next year)

**Way off or not ready to proceed**
SNE Changes – Awaiting SNE testing
CSOS new vault
6001 Cage turnoff – once KNAPP goes live


**Little to no effort for them**
2003 to 2008 server change – installed at 6032, shouldn't need any more involvement from Reddwerks
6028 Relay – almost completed only requires hw team

1 and 2 are really not debatable, #2 has to complete or nearly complete by the end of the year to avoid service support penalties and end of life hardware issues. Really the question becomes how much money do we want to spend on SOM enhancements and do we want to budget money for it to work on next year or pay for some of it this year somehow?

Thanks,

R.J. Hermans Senior Manager

CONFIDENTIAL                                                                                          WMT_MDL_000017434

Logistics Systems and Technology Services
Desk Phone: 479.204.1284
Cell Phone:  479.544.7574
Raymond.Hermans@walmart.com

**Lee Scott Logistics Complex**
**Walmart Distribution Building**
601 N. Walton Blvd.
Bentonville, AR 72712
**Save Money. Live Better.**

CONFIDENTIAL

WMT_MDL_000017435