# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  August 30, 2019

Mr. Jonathan David Blanton
Office of the Attorney General
30 E. Broad Street
14th Floor
Columbus, OH 43215

Re:  Case No. 19-3827, *in re: State of Ohio*
Originating Case No.: 1:17-md-02804 : 1:18-op-45090 : 1:17-OP-45004

Dear Counsel:

   The petition for writ of mandamus has been docketed as case number **19-3827** with the caption listed above.  If you have not already done so, you must serve the petition to the lower court judge and counsel for all the other parties.

   The district court judge to whom this petition refers has been served with this letter.

                                Sincerely yours,

                                s/Amy E. Gigliotti
                                Case Management Specialist
                                Direct Dial No. 513-564-7012

cc:  Ms. Sandy Opacich