# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 1:17-MD-2804 <br><br> Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Stuart G. Parsell of Zeiger, Tigges & Little LLP, 41 South High Street, Suite 3500, Columbus, Ohio 43215, hereby enters his appearance in the applicable MDL proceedings, as that term is defined in Paragraph 1(a) of Case Management Order One (Doc. 232), as counsel for Defendants Rosebay Medical Company L.P., Rosebay Medical Company, Inc. and Beacon Company.

Each of Rosebay Medical Company L.P., Rosebay Medical Company, Inc. and Beacon Company reserves all applicable defenses, including, but not limited to, lack of personal jurisdiction.

Respectfully submitted,

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com

Attorney for Rosebay Medical Company L.P., Rosebay Medical Company, Inc. and Beacon Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of September, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell
Stuart G. Parsell (0063510)

826773