# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 04, 2019

Mr. Brian M. Ercole
Morgan, Lewis & Bockius
200 S. Biscayne Boulevard
Suite 5300
Miami, FL 33131

Mr. Steven A. Reed
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Mr. David B. Salmons
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Re: Case No. 19-3835, *In re: TEVA Pharmaceutical Industries*
Originating Case Nos. : 1:17-md-02804 : 1:18-op-45090

Dear Counsel:

The petition for writ of mandamus has been docketed as case number **19-3835** with the caption listed above.  If you have not already done so, you must serve a copy of the petition to the lower court judge and counsel for all the other parties.

Counsel for petitioner must file an Appearance of Counsel form by **September 18, 2019**.  The forms are available on the court's website.

The district court judge to whom this petition refers has been served with this letter.

Sincerely yours,

s/Amy E. Gigliotti
Case Management Specialist
Direct Dial No. 513-564-7012

cc:  Ms. Sandy Opacich