# EXHIBIT B

**IF YOU WANT TO EXCLUDE YOUR COUNTY OR CITY
YOU MUST ACT BY NOVEMBER 22, 2019**

**EXCLUSION REQUEST FORM
Read this page carefully then turn to Page 2 if you want to sign and send**

**Complete this form ONLY if your County or City does NOT want to remain a Class Member and does not want to share in any potential negotiated Class Settlement.** If your County or City does not complete and submit this form, it will be deemed to be a Class Member so long as it is a County or City in the United States as those terms are described in the Class Notice and is on the list of Class Members found at www.opioidnegotiationclass.info.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| _____ x | | |
| | : | |
| In re NATIONAL PRESCRIPTION | : | 1:17-md-2804 (DAP) |
| OPIATE LITIGATION | : | |
| _____ x | | |

Class Notice Administrator
NPO Litigation
P.O. Box 6727
Portland, OR 97228-6727

Dear Class Notice Administrator:

My County or City does **NOT** want to be a member of the Negotiation Class certified in the *In re National Prescription Opiate Litigation*. I understand that by completing the information requested on page 2, signing, and submitting a copy of this form by email (to the email address on page 2) sent on or before **November 22, 2019** OR by first-class U.S. mail (to the mailing address on page 2) post-marked on or before **November 22, 2019,** I am opting my County or City out of the Negotiation Class and it will **NOT** be a Class Member. I understand that by timely submitting this form, my County or City is foregoing the right to share in any Class settlement that may be obtained. I understand that my County or City is **NOT** guaranteed an opportunity to opt back in if there is a Class settlement, so this is our final decision. I also understand that by opting out, my County or City will not be bound by any judgment entered as part of any Class Settlement.

I understand that if my jurisdiction is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should **NOT** return this Exclusion Request Form if my jurisdiction wants to remain a Class Member.

I understand that, if I have any questions, I may contact Class Counsel at **877-221-7468**, or visit www.opioidsnegotiationclass.info **BEFORE** I mail this form to you and **BEFORE November 22, 2019.**

**TURN TO PAGE 2 IF YOU WANT TO SIGN EXCLUSION/OPT-OUT FORM
AND FOR EMAIL AND MAILING ADDRESSES**

PAGE 1

**IF YOU WANT TO EXCLUDE YOUR COUNTY OR CITY
YOU MUST ACT BY NOVEMBER 22, 2019**

**EXCLUSION REQUEST FORM
<u>Read Information on Page 1 carefully before signing</u>**

Having read and understood the information on page 1, the County or City (circle one) entitled _____ in the State of _____ hereby <u>excludes itself from the Negotiation Class</u> certified by the United States District Court in the Northern District of Ohio in *In Re National Prescription Opiate Litigation*, MDL 2804.  Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my County or City.

Signature: _____

Print name: _____

Title: _____

City or County Represented: _____ (Circle one): City / County

Address: _____

City: _____ State: _____ Zip Code: _____

Phone: _____ Email: _____

Date: _____

**BY NOVEMBER 22, 2019**

**EMAIL TO:**          **OR**     **SEND BY
                                   FIRST CLASS MAIL TO:**

info@OpioidsNegotiationClass.info          NPO Litigation
                                           P.O. Box 6727
                                           Portland, OR 97228-6727

PAGE 2