## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2019, I caused the forgoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record.

*s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER