# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  ) ) ) ) ) ) ) ) ) | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster |
| This document relates to all cases. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James W. Matthews of Foley & Lardner LLP hereby enters his appearance as lead counsel of record for Defendant Apotex Corp. in the above-captioned action.

Dated:  September 11, 2019

Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews (MA BBO #560560)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
jmatthews@foley.com

*Counsel for Apotex Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2019, the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ James W. Matthews*
James W. Matthews
