# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| ) | Case No. 1:17-md-2804 |
| This document relates to all cases. ) ) | |
| ) | Judge Dan Aaron Polster |
| ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ana M. Francisco of Foley & Lardner LLP hereby enters her appearance as lead counsel of record for Defendant Apotex Corp. in the above-captioned action.

Dated:  September 11, 2019                             Respectfully submitted,


                                                       */s/ Ana M. Francisco*
                                                       Ana M. Francisco (MA BBO #564346)
                                                       FOLEY & LARDNER LLP
                                                       111 Huntington Avenue
                                                       Boston, MA 02199
                                                       Telephone: 617.342.4000
                                                       Facsimile: 617.342.4001
                                                       afrancisco@foley.com

                                                       *Counsel for Apotex Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2019, the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Ana M. Francisco*
Ana M. Francisco
