## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of September 2019, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                 */s/ James W. Matthews*
                                                 James W. Matthews