# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This filing applies to: All Cases )<br>)<br>)<br>) | Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF FORM OF WAIVER REQUEST

Pursuant to Paragraph 6(d) of Case Management Order One (ECF #232), attached at **Exhibit A** is a proper form of waiver request for Defendant Apotex Corp.

Defendant Apotex Corp. hereby designates James W. Matthews (jmatthews@foley.com) as the person to electronically accept waiver requests in the above-referenced action, with copies also to be provided electronically to Katy E. Koski (kkoski@foley.com) and Ana M. Francisco (afrancisco@foley.com).

Dated: September 11, 2019

Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
Ana M. Francisco
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel:   617.342.4000
Fax:   617.342.4001
Email: jmatthews@foley.com
         kkoski@foley.com
         afrancisco@foley.com
*Counsel for Defendant Apotex Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of September 2019, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                              */s/ James W. Matthews*
                                              James W. Matthews