# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2804 <br><br> Case No. 1:17 MD 2804 <br><br> Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

## NOTICE OF APPEARANCE

Please take note that the undersigned is hereby entering an appearance as *pro bono* counsel of record for *Amici Curiae* American Medicine and Public Health Historians and the Organization of American Historians in the above-captioned action.

Respectfully submitted,

/s/ Jennifer D. Oliva

Jennifer D. Oliva
DE Bar #5046
*Pro Bono* Counsel for *Amici Curiae* American Medicine and Public Health Historians and the Organization of American Historians
Associate Professor of Law
Seton Hall University School of Law
One Newark Center
Newark, NJ 07012
Phone: 973-642-8151
Fax: 973-642-8194/8546
Email: Jennifer.Oliva@shu.edu

Dated: September 12, 2019