IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | Case No. 17-md-2804 |
| | ) | Hon. Dan A. Polster |
| APPLIES TO ALL CASES | ) ) | |

### GCP PHARMA, LLC.'S NOTICE REGARDING REQUESTS FOR WAIVER OF SERVICE OF SUMMONS

Defendant GCP Pharma, LLC ("GCP") submits this notice and attached form pursuant to Paragraph 6(d) of the Court's Case Management Order One, Dkt. 232.  Requests for waiver of service of summons from GCP can be sent to Steven W. Simcoe at ssimcoe@bestsharp.com with a copy to Emily Payne at epayne@bestsharp.com.  The attached form (Exhibit A) has been modified to reflect the Court's moratorium on filings.

By filing this notice and the attachments as required by the Court's order, GCP does not waive and expressly preserves all defenses and objections, including without limitation objections to the Court's lack of personal jurisdiction, venue, and/or the sufficiency and manner of service of process.

Dated: September 13, 2019

                                                Respectfully submitted,

                                                s/ Steven W. Simcoe
                                                Steven W. Simcoe, OBA #15349
                                                *ssimcoe@bestsharp.com*
                                                **BEST & SHARP**
                                                Williams Center Tower 1
                                                One West Third Street, Suite 900
                                                Tulsa, OK 74103
                                                Telephone: (918) 582-1234
                                                Facsimile: (918) 585-9447
                                                *Attorneys for Defendant GCP Pharma, LLC*

{00539976}

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of September, 2019, the foregoing **Notice Regarding Requests for Waiver of Service of Summons** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                              <u>s/ Steven W. Simcoe               </u>
                                                               Steven W. Simcoe

{00539976}