UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**JOINDER OF PURDUE IN POSITION PAPER OF CERTAIN DEFENDANTS REGARDING RIGHT TO JURY TRIAL ON PLAINTIFFS' NUISANCE CLAIMS**

Purdue Pharma L.P., Purdue Pharma Inc., and the Purdue Frederick Company respectfully join in the Position Paper of Certain Defendants Regarding the Right to Jury Trial on Plaintiffs' Nuisance Claims ([Dkt. 2599] ("Position Paper")), which was submitted in response to the Special Master Cohen's September 10, 2019 request. That Position Paper is incorporated herein as to Purdue.

Dated: September 13, 2019

By: /s/ *Mark S. Cheffo*
Mark S. Cheffo
Sheila L. Birnbaum
Hayden A. Coleman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com
Sheila.Birnbaum@dechert.com
Hayden.Coleman@dechert.com

*Attorneys for Purdue Pharma L.P.,*

1

*Purdue Pharma Inc., and*
*The Purdue Frederick Company*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served via the Court's ECF system to all counsel of record.

                                        By: /s/ *Mark S. Cheffo*
                                        Mark S. Cheffo