# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| **THIS DOCUMENT RELATES TO:** | Case No. 1:17-md-2804 |
| **ALL CASES** | Judge Dan Aaron Polster |

## MOTION TO DISQUALIFY PURSUANT TO 28 U.S.C. § 455(a)

Pursuant to 28 U.S.C. § 455(a), and for the reasons set forth in the accompanying memorandum, the undersigned defendants move the Court to recuse itself from these MDL proceedings.

Dated:  September 14, 2019

Respectfully submitted,

 */s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

| | |
|---|---|
| */s/ Enu Mainigi* | */s/ Geoffrey Hobart* |
| Enu Mainigi | Geoffrey E. Hobart |
| F. Lane Heard III | Mark H. Lynch |
| **WILLIAMS & CONNOLLY LLP** | **COVINGTON & BURLING LLP** |
| 725 Twelfth Street NW | One CityCenter |
| Washington, DC  20005 | 850 Tenth Street NW |
| Tel:  (202) 434-5000 | Washington, DC 20001 |
| Fax:  (202) 434-5029 | Tel: (202) 662-5281 |
| emainigi@wc.com | ghobart@cov.com |
| lheard @wc.com | mlynch@cov.com |
| | |
| *Counsel for Defendant Cardinal Health* | *Counsel for Defendant McKesson Corporation* |
| | |
| /s/   Eric R. Delinsky | */s/ Kelly A. Moore* |
| Eric R. Delinsky | Kelly A. Moore |
| Alexandra W. Miller | **MORGAN, LEWIS & BOCKIUS LLP** |
| **ZUCKERMAN SPAEDER LLP** | 101 Park Avenue |
| 1800 M Street, NW | New York, NY 10178 |
| Suite 1000 | Tel: (212) 309-6612 |
| Washington, DC  20036 | Fax: (212) 309-6001 |
| Tel.: (202) 778-1800 | kelly.moore@morganlewis.com |
| Fax: (202) 822-8106 | |
| edelinsky@zuckerman.com | Elisa P. McEnroe |
| smiller@zuckerman.com | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 1701 Market Street |
| *Counsel for CVS Rx Services, Inc., CVS Indiana, L.L.C., CVS Tennessee Distribution, L.L.C., CVS Pharmacy, Inc., West Virginia CVS Pharmacy, L.L.C., Caremark Rx, L.L.C.* | Philadelphia, PA 19103 |
| | Tel: (215) 963-5917 |
| | Fax: (215) 963-5001 |
| | elisa.mcenroe@morganlewis.com |
| | |
| | *Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center* |

| | |
|---|---|
| */s/ John P. McDonald* | /s/ Kaspar J. Stoffelmayr |
| John P. McDonald (TX Bar # 13549090) | Kaspar J. Stoffelmayr |
| C. Scott Jones (TX Bar # 24012922) | **BARTLIT BECK LLP** |
| **LOCKE LORD LLP** | 54 West Hubbard Street |
| 2200 Ross Avenue | Chicago, IL 60654 |
| Suite 2800 | Tel.: (312) 494-4400 |
| Dallas, TX 75201 | Fax: (312) 494-4440 |
| Tel:  (214) 740-8000 | kaspar.stoffelmayr@bartlitbeck.com |
| Fax:  (214) 756-8758 | |
| jpmcdonald@lockelord.com | *Counsel for Walgreen Co. and Walgreen Eastern Co.* |
| sjones@lockelord.com | |

*Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

 /s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
**JONES DAY**
77 West Wacker
Chicago, IL 60601
Tel.: (312) 269-4335
Fax: (312) 782-8585
ttabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*