# EXHIBIT I

## McBride, Andrew

| | |
|---|---|
| **From:** | David R. Cohen <David@SpecialMaster.Law> |
| **Sent:** | Wednesday, September 19, 2018 9:57 PM |
| **To:** | Kaspar Stoffelmayr |
| **Cc:** | Francis McGovern |
| **Subject:** | RE: Conference |

Thanks Kaspar.  The Judge is there only to explain how MDLs work and how it came about that the federal Opioid cases are pending in front of him - nothing to do with the substance of the litigation.  Also, I arranged for defense counsel to be present during the Judge's panel - Tera Coleman of Baker Hostetler, who works with Carole Rendon.  (The Judge will leave after his panel - he is not attending the rest of the seminar - but Tera knows she is welcome to attend the entire Seminar.)

I will tell the Judge about Sergeant Baeppler, to ensure there is no communication about the case.

-David

===========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**


-------- Original Message --------
Subject: Conference
From: Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlit-beck.com>
Date: Wed, September 19, 2018 4:18 pm
To: "David@SpecialMaster.Law" <David@SpecialMaster.Law>
Cc: Francis McGovern <mcgovern@law.duke.edu>

Dear Special Master Cohen,

In response to Special Master McGovern's inquiry yesterday, I am writing to let you know that several defendants have expressed concerns about Judge Polster's participation in the panel discussion on "Defining the Epidemic - Human and Economic Costs."   It appears that Judge Polster would be speaking publicly about the pending case and subject matter directly related to the plaintiffs' claims for damages.  Moreover, one of Judge Polster's co-panelists, Cleveland Police Sergeant Matthew Baeppler, works for one of the parties before the Court, plaintiff City of Cleveland, in a position directly related to its claims.  In addition, he was originally identified by the plaintiffs as a document custodian in the Track I cases and is likely to be deposed in the litigation.

Thanks.

Kaspar

**Kaspar Stoffelmayr  |  Bartlit Beck Herman Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300, Chicago, IL 60654
P: 312.494.4434  |  M: 312.391.1721  |  kaspar.stoffelmayr@bartlit-beck.com

This message may contain confidential or privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.