# EXHIBIT P

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
# SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

July 25, 2019

**CASE NO.: 2D19-1834**
L.T. No.: 2018-CA-1438

| | | |
|---|---|---|
| ALLERGAN FINANCE, LLC, F/K/A ACTAVIS, INC., ET AL. | v. | STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, ET AL. |
| Appellant / Petitioner(s), | | Appellee / Respondent(s). |

**BY ORDER OF THE COURT:**

Petitioner's petition for a writ prohibiting Judge Mansfield from presiding further in circuit court case number 2018-CA-1438 is granted as the petitioner's motion to disqualify the judge filed in the circuit court is deemed legally sufficient. Accordingly, the chief judge shall immediately appoint a successor judge pursuant to Florida Rule of Judicial Administration 2.215(b)(4). The stay imposed by this court's May 16, 2019, order to show cause is lifted.

SILBERMAN, VILLANTI, and SMITH, JJ., Concur.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| | | |
|---|---|---|
| Arthur Joseph La Plante, Esq. | Dennis Parker Waggoner, Esq. | Robert R. Hearn, Esq. |
| Daniel Shapiro, Esq. | David K. Miller, Esq. | A. Brian Albritton, Esq. |
| Gregory S. Slemp, Esq. | Enu Mainigi, Esq. | William C. Ourand, Esq. |
| Edward M. Wenger | C. Richard Newsome, Esq. | Clifton C. Curry, Jr., Esq. |
| Steven C. Pratico, Esq. | Francisco Ramos, Jr., Esq. | Victoria J. Oguntoye, Esq. |
| Chance Lyman, Esq. | Joseph Logan Murphy, Esq. | Amit Agarwal, Esq. |
| Brian M. Ercole, Esq. | Melissa M. Coates, Esq. | Amy E. Furness, Esq. |
| David C. Frederick, Esq. | Adrien A. Rivard, I I I, Esq. | Derek E. Martin, Esq. |
| Daniel J. Kissane, Esq. | Virginia L. Gulde, Esq. | Spencer Silverglate, Esq |
| Rafferty Taylor, Esq. | Paul J. Gamm, Esq. | William N. Shepherd, Esq. |
| M. Robert Malani, Esq. | Michael S. Vitale, Esq. | |

| | | |
|---|---|---|
| Erik Snapp, Esq. | Christopher J. Donegan, Esq. | Steven A. Reed, Esq. |
| Benjamin C. Block, Esq. | John A. Freedman, Esq. | Jennifer G. Levy, Esq. |
| Joseph Franco, Esq. | J. Matthew Donohue, Esq. | Sean Morris, Esq. |
| Attorney General | Hon. Anthony Rondolino | Rebecca Hillyer, Esq. |
| Nikki Alvarez-Sowles, Clerk | | Hon. Declan P. Mansfield |

td

*Mary Elizabeth Kuenzel*
Mary Elizabeth Kuenzel
Clerk

