UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,        MDL NO. 2804
OPIATE LITIGATION

                                                       Case No. 17-MD-2804

                                                       Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* <br> MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* <br> MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.* <br> MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.* <br> MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.* <br> MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

# MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AMENDED CLASS ACTION COMPLAINTS FOR GOOD CAUSE SHOWN
## RENEWED MOTION

Plaintiffs, through the undersigned, respectfully move for leave to file a Motion to Extent time to file Amended Class Action Complaints. Despite finally being granted access to discovery, some of which is necessary to properly frame class arguments, and despite making concerted efforts to weed through the millions of pages, plaintiffs for the reasons stated in the accompanying motion need more time so they are not unduly prejudiced. Plaintiff NAS Babies made multiple requests over past 18 months for inclusion and were thwarted, however, now that access has been granted it takes more than a mere 2 months to obtain the target information we seek.

For all of these reasons, Plaintiffs' motion for leave should be granted.

Dated: September 14, 2019

    Respectfully submitted,

    /s/ Scott R. Bickford
    MARTZELL, BICKFORD & CENTOLA
    Scott R. Bickford (La. 1165)
    Spencer R. Doody (La. 27795)
    338 Lafayette Street
    New Orleans, Louisiana 70130
    Telephone: 504-581-9065
    Email: srb@mbfirm.com; srd@mbfirm.com

    /s/ Donald Creadore

THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

/s/ Kent Harrison Robbins
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on September 14, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Scott R. Bickford*
SCOTT R. BICKFORD