UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION

MDL NO. 2804

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.* MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.* MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AMENDED CLASS ACTION COMPLAINTS FOR GOOD CAUSE SHOWN

Pursuant to Fed. R. Civ P. 6(b), Plaintiffs hereby respectfully move this Honorable Court to enter an Order extending time to file the Amended Class Action Complaints for thirty (30) days for the following good cause:

1. This Court has set September 16, 2019 to file their Amended Class Action Complaints.

2. On July 12, 2019, the PEC provided the NAS Baby Plaintiffs' counsel the key for a Relativity Database in which 30,185,372 discovery documents were downloaded. That was the first date the PEC gave access to discovery to the NAS Baby counsel.

3. On July 22, 2019, NAS Baby counsel provided the Declaration of Counsel Kevin Thompson in support of NAS Baby counsel's Motion for Expedited Case Management Conference for Good Cause Shown [Rec. Doc. 1943]. Mr. Thompson stated that:

> …the Baby Plaintiffs have deployed attorneys and staff across the country to undertake such review and targeted searches as necessary to support the filing of four class certification motions.

Declaration of Counsel Kevin Thompson [Rec. Doc. 1943] at Paragraph 7. Mr. Thompson further stated that:

> Baby Plaintiffs still do not have access to formal discovery requests and responses as well as notices, such as notices of 30(b)(6) depositions. Therefore, Baby Plaintiffs do not know what was previously requested by the other Plaintiffs nor the Defendants' responses.

Declaration of Counsel Kevin Thompson [Rec. Doc. 1943] at Paragraph 8.  This Court's July 26, 2019 order was responsive to this.

4. On July 26, 2019, in its Order Regarding NAS Baby Motions [Rec. Doc. 2030] this Court recognized that the NAS Baby counsel stated that they had "not received sufficient discovery."  This Court ordered:

> This Court also makes clear that <u>all counsel of record for the NAS Baby cases are entitled to review all formal discovery requests and responses</u>, all existing discovery, and any documents that have been placed under seal, once counsel has signed any required protective orders and discovery sharing agreements.  <u>The PEC shall undertake to provide this access to NAS Baby counsel as soon as possible</u>.

July 26, 2019 Order Regarding NAS Baby Motions [Rec. Doc. 2030] (emphasis added).

5. NAS Baby counsel have diligently worked with PEC counsel to receive all the ordered documents which were to be produced in tranches.

6. Over the past 40 days, a team of attorneys have reviewed millions of documents and Relativity data and have been unable to locate the formal discovery ordered to be produced.

7. Apparently, instead of providing separate production of the formal discovery, the ordered "all formal discovery requests and responses," the PEC created a document dump by downloading that "formal discovery" into the Relativity database. After making its best efforts to search through that massive 30 million document database, NAS Baby counsel found some of the "formal discovery" but cannot identify the complete set of formal discovery as it is fragmented in segments located in different locations in the massive database.

8. Declarations have been made by the PEC and Plaintiffs' Liaison Counsel that the NAS Babies' interests are being protected, but we have not received any of the discovery requests and responses, and the 30(b)(6) notices addressing the NAS Baby issues.  (See Exhibit 1, letter to PEC).

9. NAS Baby counsel are unable to determine what discovery concerning the NAS Babies has been requested.

10. Counsel for the NAS Babies must determine what has been requested and what has been provided in response. This is critical. For example, NAS Baby counsel's independent research has identified many documents not produced that are critical to NAS Babies, such as rats and rabbit studies related to teratogenic effects in utero. Did the PEC attorneys ever request such documents? NAS Baby counsel have yet to find such discovery requests.

11. The lack of this critical discovery involving the NAS Babies unduly prejudices our preparation of the Amended Class Action Complaints for the NAS Babies to meet the Court's September 16, 2019 deadline (as well as prejudices our efforts in preparing a scheduling order with the Defendants and prejudices our preparation of our Motions for Class Certification in compliance with the attached non-document order.)

**WHEREFORE**, Plaintiffs' respectfully request that this Honorable Court enter an Order extending time to file the Amended Class Action Complaints for thirty (30) days, and award Plaintiffs such other and further relief as may be deemed just and proper.

Dated: September 13, 2019

Respectfully submitted,

/s/ Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email: srb@mbfirm.com; srd@mbfirm.com

4

/s/ Donald Creadore
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

/s/ Kent Harrison Robbins
THE LAW OFFICES OF KENT
HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on September 14, 2019. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

/s/Scott R. Bickford
SCOTT R. BICKFORD