**The Law Offices of Kent Harrison Robbins, P.A.**

September 12, 2019
By Email to pweinberger@spanglaw.com
By Email to sskikos@skikoscrawford.com
By Email to trafferty@levinlaw.com

Peter H. Weinberger
Spangenberg, Shibley & Liber
Ste. 1700
1001 Lakeside Avenue, E
Cleveland, OH 44114

Steven J. Skikos
Skikos Crawford Skikos Joseph & Millican - San Francisco
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

Troy A. Rafferty
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502


Re:  NAS Babies Requesting Assistance
     Request for Documents in MDL 2804

Dear Plaintiffs' Liaison Counsel:

We are the law firms[1] representing NAS babies in the MDL, including class actions and individual cases. *See* attached list of NAS baby cases we have filed.

This letter follows up on my July 28, 2019 email to you on the same topic, Judge Polster's attached July 26, 2019 Order [Rec Doc. 2030] ordered that "all counsel of record for the NAS Baby Cases are <u>entitled to review all formal discovery requests and responses, all existing discovery</u>, and any documents that have been placed under seal….<u>The PEC shall undertake to provide this access to NAS Baby counsel as soon as possible</u>."  And my July 10, 2019 letter to Plaintiffs' Liaison Counsel requesting all discovery including

---

[1] The law firms are working in a consortium known as the Opioid Justice Team ("OJT") to share work product and all members to this consortium have executed the Court required protective order and the PEC required participation agreement.

242 Northeast 27th Street, Miami, FL 33137
Office: 305 532 0500     Cell: 305 632 1770
khr@khrlawoffices.com    khrlawoffices.com
Offices:   Miami, FL  |  Miami Beach, FL

*inter alia* deposition notices, requests for production and responses, and interrogatories and responses.

Forty-seven (47) days have lapsed since Judge Polster's Order and we still have not received:

1. Any formal 30(b)(6) deposition notices;
2. Any formal requests for production and responses;
3. Any formal interrogatories and responses; and
4. Any identification of the particular exhibits produced at depositions.

Our team has diligently worked with PEC counsel to receive all the ordered documents which were to be produced in tranches. Over the past 40 days, Mr. Kevin Thompson, with a team of attorneys, reviewed millions of documents and Relativity data and have been unable to locate the formal discovery Judge Polster ordered to be produced.

Declarations have been made by the PEC and Plaintiffs' Liaison Counsel that the NAS Babies' interests are being protected, but we have not received any of the discovery requests and responses, and the 30(b)(6) notices addressing the NAS Baby issues.

We are unable to determine what discovery concerning the NAS Babies has been requested. As counsel for the NAS Babies we must know what has been requested and what has been provided in response. From our own research, we have identified many documents not produced that are critical to NAS Babies, such as rats and rabbit studies related to teratogenic effects in utero.

The lack of this critical discovery involving the NAS Babies prejudices our preparation of the Amended Class Action Complaints for the NAS Babies to meet the Court's September 16, 2019 deadline as well as prejudices our efforts in preparing a scheduling order with the Defendants and prejudices our preparation of our Motions for Class Certification in compliance with the attached non-document order.

Please produce the requested documents by close of business today, September 12, 2019 (Eastern Standard Time) and, if you cannot produce those documents by that time, please call me by close of business today, September 12, 2019 at (305) 532-0500 to meet and confer.

We reserve all of our rights.

Sincerely,

*Kent Harrison Robbins*

Kent Harrison Robbins
Secretary for the Opioid Justice Team

2

Enclosures

cc:     Joseph F. Rice, PEC Co-Lead by email to: jrice@motleyrice.com
Special Master Francis E. McGovern, II by email to McGovern@law.duke.edu
Special Master David R. Cohen, by email to david@specialmaster.law

<u>Defendants' Liaison Counsel:</u>
Mark S. Cheffo by email to mark.cheffo@dechert.com
Carole S. Rendon by email to crendon@bakerlaw.com
Enu Mainigi by email to emainigi@wc.com
Shannon E. McClure by email to smcclure@reedsmith.com
Geoffrey E. Hobart by email to ghobart@cov.com
Tyler G. Tarney by email to ttarney@grsm.com
Kaspar Stoffelmayr by email to Kaspar.stoffelmayr@bartlit-beck.com

| Client Name | Case Type | Suit filed date | Individual Docket # | State |
|---|---|---|---|---|
| Rees, Derric and Ceonda | Class Action | 2/28/18 | 1:18-op-45252-DAP | Illinois |
| Wood, Rachel | Class Action | 3/3/18 | 1:18-op-45264-DAP | Missouri |
| Salmons, Walter and Virginia | Class Action | 3/2/18 | 1:18-op-45268-DAP | W. Virginia |
| Ambrosio, Melissa | Class Action | 3/16/18 | 1:18-op-45375-DAP | California |
| Flanagan, Darren and Elena | Class Action | 3/21/18 | 1:18-op-45405-DAP | Tennessee |
| Roxie Whitley, Chris and Diane Denson | Class Action | 3/16/18 | 1:18-op-45598-DAP | Tennessee |
| Roach, Tyler | Class Action | 2/26/18 | 1:18-op-45662-DAP | Louisiana |
| Hunt, Shannon | Class Action | 5/10/18 | 1:18-op-45681-DAP | Maryland |
| Moore, Bobbi Lou | Class Action | 8/15/18 | 1:18-op-46305-DAP | West Virginia |
| Doyle, Erin | Class Action | 5/9/18 | 1:18-op-46327-DAP | Ohio |
| Hanlon, Amanda | Class Action | 8/23/18 | 1:19-op-45052-DAP | New York |
| Puckett, Heather | Individual | 6/20/19 | 1:19-op-45439-DAP | North Carolina |
| Artz, Jennifer | Class Action | 6/17/19 | 1:19-op-45459-DAP | California |
| Gilson, Jamiee | Individual | 6/14/19 | 1:19-op-45461-DAP | Alaska |
| Rodriguez, Jessica | Class Action | 6/14/19 | 1:19-op-45463-DAP | Utah |
| Ellis, Esperenza | Class Action | 6/14/19 | 1:19-op-45464-DAP | New Mexico |
| DeMaro, Samantha | Class Action | 6/14/19 | 1:19-op-45465-DAP | Oklahoma |
| Cruz, Gloria | Class Action | 6/14/19 | 1:19-op-45466-DAP | Massachussetts |
| Paul, Chloe | Class Action | 6/14/19 | 1:19-op-45467-DAP | South Carolina |
| Lechuga, Niola | Class Action | 6/14/19 | 1:19-op-45468-DAP | Oregon |
| Brumbarger, Brandi | Class Action | 6/14/19 | 1:19-op-45469-DAP | Indiana |
| Means, Corey | Class Action | 6/14/19 | 1:19-op-45470-DAP | Louisiana |
| Peterson, Sally | Class Action | 6/14/19 | 1:19-op-45472-DAP | Arkansas |
| Hampel, Jessica | Class Action | 6/14/19 | 1:19-op-45473-DAP | Alabama |
| Whittaker, Shelly | Class Action | 6/14/19 | 1:19-op-45475-DAP | Colorado |
| Tuttle, Nicole | Class Action | 6/15/19 | 1:19-op-45476-DAP | Delaware |
| Hamawi, Marijha; Meghan Lara | Class Action | 6/15/19 | 1:19-op-45477-DAP | Kentucky |
| Gauthier, Krista; Angela Sawyers; Jessica Springborn | Class Action | 6/15/19 | 1:19-op-45478-DAP | Michigan |
| Simonson, Alicia | Class Action | 6/15/19 | 1:19-op-45479-DAP | North Dakota |
| Delancey, Christina | Class Action | 6/15/19 | 1:19-op-45480-DAP | Nevada |
| Stewart, Wendy | Class Action | 6/15/19 | 1:19-op-45481-DAP | Ohio |
| Shewmake, Shilo | Class Action | 6/16/19 | 1:19-op-45482-DAP | Washington |
| Weatherwax, Quincy | Class Action | 6/16/19 | 1:19-op-45483-DAP | Montana |
| Martinez, Jacquelynn | Class Action | 6/16/19 | 1:19-op-45484-DAP | Virginia |
| Williams, Farrah | Class Action | 6/16/19 | 1:19-op-45485-DAP | Tennessee |
| Warren, Desirae | Class Action | 6/16/19 | 1:19-op-45486-DAP | Georgia |
| Carlson, Desiree | Class Action | 6/16/19 | 1:19-op-45487-DAP | Pennsylvania |
| Flach, Brittany | Class Action | 6/16/19 | 1:19-op-45488-DAP | New Jersey |
| Ivie, Billie | Class Action | 6/16/19 | 1:19-op-45489-DAP | North Carolina |
| Cherry, Angela | Class Action | 6/16/19 | 1:19-op-45490-DAP | Arizona |
| Ortiz, Maria | Class Action | 6/17/19 | 1:19-op-45492-DAP | Wisconsin |
| Meinecke, Kjellsi | Class Action | 6/17/19 | 1:19-op-45493-DAP | Minnesota |
| Brant, Shelby L. | Class Action | 6/17/19 | 1:19-op-45494-DAP | Arizona |
| Alexander, Melba | Individual | 6/17/19 | 1:19-op-45502-DAP | Mississippi |
| Berzinski, April | Individual | 6/17/18 | 1:19-op-45503-DAP | Wisconsin |
| Johnson, Jamie | Individual | 6/17/19 | 1:19-op-45504-DAP | Indiana |
| Hutchins, Kiana | Individual | 6/18/19 | 1:19-op-45505-DAP | Indiana |
| Collier, Jessica | Individual | 6/17/19 | 1:19-op-45506-DAP | Ohio |
| Muffley, Amanda | Individual | 6/17/19 | 1:19-op-45507-DAP | Maryland |

| Client Name | Case Type | Suit filed date | Individual Docket # | State |
|---|---|---|---|---|
| Martin, Penny | Individual | 6/17/19 | 1:19-op-45508-DAP | Indiana |
| Kirk, Krystle | Individual | 6/17/19 | 1:19-op-45509-DAP | North Carolina |
| Martin, Kimberly | Individual | 6/18/19 | 1:19-op-45510-DAP | Florida |
| Dixon, Deborah | Individual | 6/18/19 | 1:19-op-45511-DAP | South Carolina |
| Gauthier, Mechelle | Individual | 6/18/19 | 1:19-op-45514-DAP | Florida |
| Gibson, Amanda | Individual | 6/18/19 | 1:19-op-45515-DAP | North Carolina |
| Goldman, Jenni | Individual | 6/18/19 | 1:19-op-45516-DAP | Texas |
| Goss, Heather | Individual | 6/18/19 | 1:19-op-45518-DAP | Colorado |
| Herring, Courtney | Individual | 6/18/19 | 1:19-op-45519-DAP | South Carolina |
| Howell, Reannan | Individual | 6/17/19 | 1:19-op-45520-DAP | Texas |
| Johnson, Aracya | Individual | 6/18/19 | 1:19-op-45521-DAP | Alaska |
| Kommer, Elizabeth | Individual | 6/18/19 | 1:19-op-45522-DAP | Indiana |
| Lively, Carol | Individual | 6/18/19 | 1:19-op-45523-DAP | Georgia |
| Lyle, Alyssa | Individual | 6/18/19 | 1:19-op-45524-DAP | Georgia |
| Massey, Melanie | Individual | 6/18/19 | 1:19-op-45525-DAP | North Carolina |
| McAnany, Samantha | Individual | 6/18/19 | 1:19-op-45526-DAP | Texas |
| Shockley, Kayla | Individual | 6/18/19 | 1:19-op-45527-DAP | Texas |
| Taylor, Jessica | Individual | 6/18/19 | 1:19-op-45528-DAP | Texas |
| Taylor, Lori | Individual | 6/18/19 | 1:19-op-45529-DAP | Texas |
| Tindall, Nichole | Individual | 6/18/19 | 1:19-op-45530-DAP | Florida |
| Atkinson, Sandra | Individual | 6/20/19 | 1:19-op-45531-DAP | Florida |
| Goforth, Rebecca | Individual | 6/20/19 | 1:19-op-45532-DAP | Colorado |
| Chancey, Musette | Individual | 6/20/19 | 1:19-op-45533-DAP | Minnesota |
| Patterson, Gena | Individual | 6/20/19 | 1:19-op-45534-DAP | Texas |
| Perkins, Jessica | Individual | 6/20/19 | 1:19-op-45535-DAP | Florida |
| Shepard, Amy | Individual | 6/20/19 | 1:19-op-45536-DAP | Kentucky |
| Taylor Brooke Underwood | Individual | 6/20/19 | 1:19-op-45537-DAP | Tennessee |
| Richardson, Waikeisha | Individual | 6/20/19 | 1:19-op-45538-DAP | North Carolina |
| VonCannon, Caroline | Individual | 6/20/19 | 1:19-op-45540-DAP | North Carolina |
| Whittington, Kaegan | Individual | 6/20/19 | 1:19-op-45541-DAP | Mississippi |
| Thomas, Jennifer | Individual | 6/20/19 | 1:19-op-45542-DAP | Florida |
| Wright, Naomi | Individual | 6/20/19 | 1:19-op-45543-DAP | Illinois |
| Scully, Jenny | Individual | 6/20/19 | 1:19-op-45544-DAP | New York |
| Watson, Paula | Individual | 6/20/19 | 1:19-op-45545-DAP | Florida |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: "*Track One Cases*" | ) ) ) | |
| | ) ) ) | ORDER REGARDING NAS BABY MOTIONS |

Currently pending before the Court are three motions filed by counsel representing various plaintiffs in the "NAS Baby" cases. The motion and related documents filed at **docket no. 1950** seek appointment of attorney Scott Bickford as "NAS Baby Liaison Counsel" The motion filed at **docket no. 1998** seeks appointment of a different attorney, Marc Dann, as "NAS Baby Liaison Counsel" and two other attorneys as "NAS Baby Lead Counsel." And the motion and related documents filed at **docket no. 1943** ask the Court to set a case management conference to address the NAS Baby cases. In all of these motions, counsel state they have not received sufficient discovery, and/or will not have sufficient time to review existing discovery, before their upcoming deadline for filing a motion for class certification.

Except as follows, the Court **DENIES** all of these motions. The Court will meet with no more than four attorneys representing the NAS Baby cases at 9:30 a.m. on August 7, 2019, to discuss discovery-related issues. All counsel who represent NAS Babies will choose which four attorneys will attend; absent agreement, none will attend.

The Court also makes clear that all counsel of record for the NAS Baby cases are entitled to review all formal discovery requests and responses, all existing discovery, and any documents that have been placed under seal, once counsel has signed any required protective orders and discovery sharing agreements. The PEC shall undertake to provide this access to NAS Baby counsel as soon as possible.

Finally, in light of NAS Baby counsel's suggestions that they need more time for discovery, and the timing of the upcoming Track One trial, the Court directs counsel for the NAS Baby cases and counsel for defendants to meet and confer and propose joint modifications to the briefing schedule for class certification.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** July 26, 2019

# Activity in Case 1:17-md-02804-DAP In Re: National Prescription Opiate Litigation Order

ohndecf@ohnd.uscourts.gov
To  OHNDdb_CleECF@ohnd.uscourts.gov

Thu 8/22/2019 2:44 PM

If there are problems with how this message is displayed, click here to view it in a web browser.

**U.S. District Court**

**Northern District of Ohio**

**Notice of Electronic Filing**

The following transaction was entered on 8/22/2019 at 8:43 AM EDT and filed on 8/22/2019

**Case Name:**    In Re: National Prescription Opiate Litigation
**Case Number:**    [1:17-md-02804-DAP](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Order [non-document]** - The Court construes NAS Baby Plaintiffs' Status Report, Doc #: [2489], as (1) a motion asking the Court for an extension of time to September 16, 2019 to move for leave to file amended complaints in the 4 cases subject to Doc #: [1829], and (2) a motion giving NAS Baby Plaintiffs time until September 23, 2019 to confer with Defendants and propose an agreed scheduling order that will permit the Court to hold a class certification hearing by the end of the year. The Court grants NAS Baby Plaintiffs an extension of time to September 16, 2019 to file a motion for leave to file amended complaints. The Court directs Defendants and NAS Baby Plaintiffs to confer and file an agreed scheduling order, no later than 12:00 noon on Monday, September 23, 2019, that will permit the Court to review a fully briefed class certification motion by the end of this year. Judge Dan Aaron Polster on 8/22/19. (P,R)

**1:17-md-02804-DAP** Notice has been electronically mailed to: