## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

**This document relates to:**
*The County of Cuyahoga v. Purdue*
*Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v.*
*Purdue Pharma L.P. et al.,*
Case No. 18-OP-45090

Case No. 17-md-2804
Judge Dan Aaron Polster

### REQUEST FOR PROCEEDINGS TO BE ON THE RECORD

On behalf of the defendants listed below,[1] the undersigned liaison counsel respectfully request that the pretrial telephonic conference currently set for September 16, 2019 at 2:30 p.m. Eastern Time be held on the record with a court reporter present. *See* 28 U.S.C. § 753(b)(3) ("Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.")

---

[1] AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Walgreen Co., Walgreen Eastern Co., Henry Schein, Inc., Henry Schein Medical Systems, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida.

Dated: September 15, 2019

Respectfully Submitted,

/s/ *Charles C. Lifland*
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Johnson & Johnson,*
*Janssen Pharmaceutica, Inc. n/k/a Janssen*
*Pharmaceuticals, Inc., and Ortho-McNeil-Janssen*
*Pharmaceuticals, Inc. n/k/a Janssen*
*Pharmaceuticals, Inc.*

/s/ *Steven A. Reed*
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

*Attorneys for Teva Pharmaceuticals USA, Inc.,*
*Cephalon, Inc., Watson Laboratories, Inc.,*
*Actavis LLC, Actavis Pharma, Inc. f/k/a Watson*
*Pharma, Inc., Warner Chilcott Company, LLC,*
*Actavis South Atlantic LLC, Actavis Elizabeth*
*LLC, Actavis Mid Atlantic LLC, Actavis Totowa*
*LLC, Actavis Kadian LLC, Actavis Laboratories*

*UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake*
*City, and Actavis Laboratories FL, Inc., f/k/a*
*Watson Laboratories, Inc.-Florida*

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant*
*McKesson Corporation*

*Co-Liaison Counsel for the Distributor*
*Defendants*

*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant*
*AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor*
*Defendants*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Distributor Defendant*
*Cardinal Health, Inc.*

3

*Co-Liaison Counsel for the Distributor
Defendants*

*/s/ John P. McDonald*
John P. McDonald (TX Bar # 13549090)
C. Scott Jones (TX Bar # 24012922)
Lauren M. Fincher (TX Bar # 24069718)
Brandan J. Montminy (TX Bar # 24088080)
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Tel: (214) 740-8445
Fax: (214) 756-8110
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Attorneys for Defendants Henry Schein, Inc.
and Henry Schein Medical Systems, Inc.*

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

*Liaison Counsel for the Chain Pharmacy
Defendants*

<u>CERTIFICATE OF SERVICE</u>

I, Charles C. Lifland, hereby certify that the foregoing document was served on September 15, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

/s/ *Charles C. Lifland*
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com