# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that voluntary petitions for relief under Chapter 11 of the Bankruptcy Code were filed by Purdue Pharma L.P. and its affiliated debtors (collectively, the "Debtors"[1]) on September 15, 2019 (the "Petition Date"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and docketed as Case No. 19-23649.  A copy of the petition filed by Purdue Pharma L.P. is attached hereto as **Exhibit A** and is incorporated herein by reference.

PLEASE BE FURTHER ADVISED that pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors continue to manage their property as debtors-in-possession.

PLEASE BE FURTHER ADVISED that Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York, 10017 is proposed counsel to the Debtors and Debtors-in-possession.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

PLEASE BE FURTHER ADVISED that certain actions against the Debtors, such as the commencement or continuation of any litigation that could have been or was commenced before the Petition Date, are stayed pursuant to Bankruptcy Codes section 362(a) as of the Petition Date.  Any action taken against the Debtors or their property, or exercising control of a property of the Debtors, including, without limitation, pursuing causes of action that are property of the estate of the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court is void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.

Dated: September 16, 2019

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

## CERTIFICATE OF SERVICE

I, Lindsey B. Cohan, hereby certify that the foregoing document as served via the Court's ECF system to all counsel of record.

*/s/ Lindsey B. Cohan*
Lindsey B. Cohan