UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 | |
| | Case No. 17-MD-2804 | |
| THIS DOCUMENT RELATES TO: | **Judge Dan Aaron Polster** | |

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP, et al.*<br>MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP, et al.*<br>MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP, et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

# **NOTICE -NAS BABY LITIGATION**

Now come, Counsel for NAS Baby Plaintiffs, who bring notice to the Court of the following:

On August 22, 2019, the Court ordered counsel for NAS Baby Plaintiffs, in a non-document, to amend four complaints to assert class allegations.

On September 14, 2019, Doc. 2605, a Motion for Leave to File Plaintiffs' Motion to Extend Time to File Amended Class Action Complaints for Good Cause Shown Renewed Motion was filed by NAS Baby Plaintiffs;

On September 14, 2019, Doc. 2603, a Motion and Memorandum in Support to Disqualify Judge Pursuant to 28 U.S.C. Sec. 455(a) was filed;

On September 15, 2019, Purdue Pharma L.P., et al., filed for protection under Chapter 11 of the Bankruptcy Code;

On September 16, 2019, Doc. 2607, the Plaintiff Executive Committee filed Plaintiffs' Memorandum in Opposition to Defendants' Motion to Disqualify Judge Pursuant to 28 U.S.C. Sec. 455(a);

On September 16, 2019, Doc. 2608, a Stipulation and [Proposed] Order Severing Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. was filed;

On September 16, 2019, Doc. 2609, Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings was filed.

Counsel for NAS Baby Plaintiffs as of 1:00 p.m. eastern time has attempted to contact both Special Masters to no avail.

Given that NAS Baby Plaintiffs must amend cases that have been stayed and that the Court presently has a motion to recuse itself, and that no action has been taken on any motions filed before the Court for extension of time, or for severance of the Purdue interests in the MDL, Counsel for NAS Baby Plaintiffs will await further instruction from the Court.

All complaints filed on behalf of NAS Babies that would be amended pursuant to Order of this Court include Purdue Pharma and related entities and, as a consequence, cannot be duly filed at this juncture without exposing plaintiffs to contempt from the bankruptcy court; accordingly, the contemplated amended pleadings require editing of the claims against Purdue.  Furthermore, even if Plaintiffs could file amended pleadings pursuant to this Court's order, in the absence of the current stay, Counsel contends that additional time is needed regarding discovery issues in order to further refine its claims.

Dated: September 16, 2019

Respectfully submitted,

/s/ Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com; srd@mbfirm.com

/s/ Donald Creadore
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

/s/ Kent Harrison Robbins
THE LAW OFFICES OF KENT
HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

4

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed via the Court's electronic filing system on September 16, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

>    */s/Scott R. Bickford*
>    SCOTT R. BICKFORD