# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | § CASE NO. 1:17-MD-2804-DAP <br> § <br> § HON. DAN AARON POLSTER <br> § |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Timothy E. Hudson appears in this case as counsel for defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC. Navitus Health Solutions, LLC and Navitus Holdings, LLC expressly preserve, and do not waive, all of their defenses, including, without limitation, lack of personal jurisdiction.

Dated: September 17, 2019.

                                          Respectfully submitted,

                                By:    */s/ Timothy E. Hudson*

                                          Timothy E. Hudson
                                          Texas State Bar No. 24046120
                                          Tim.Hudson@tklaw.com

                                          THOMPSON & KNIGHT LLP
                                          One Arts Plaza
                                          1722 Routh Street, Suite 1500
                                          Dallas, Texas 75201
                                          Telephone: (214) 969-1700
                                          Facsimile: (214) 969-1751

                                          **COUNSEL FOR NAVITUS HEALTH SOLUTIONS, LLC AND NAVITUS HOLDINGS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2019, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio.  The electronic case filing system (ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      */s/ Timothy E. Hudson*
      Timothy E. Hudson