UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO. 1:17-md-2804 ) ) JUDGE DAN A. POLSTER ) |
| **This document applies to:** | ) ) ) |
| *The Town of Man, W. Va. v. AmerisourceBergen Drug Corporation, et al* <br> Member Case No: 1:18-op-45385 (N.D. Ohio) | ) ) ) |

## PRAECIPE TO WITHDRAW APPEARANCE

Kindly withdraw the appearance of William S. Stickman IV of the law firm of Del Sole Cavanaugh Stroyd LLC on behalf of Defendant Cedardale Distributors LLC doing business as Gen-Source Rx.

                    Respectfully submitted,

*/s/ William S. Stickman, IV*
William S. Stickman, IV
PA ID No. 200698
wstickman@dscslaw.com

3 PPG Place, Suite 600
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

*Counsel for Defendant Cedardale Distributors LLC doing business as Gen-Source Rx.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2019, a copy of the foregoing **Praecipe to Withdraw Appearance** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ William S. Stickman, IV*
William S. Stickman, IV
