**Ronald J. Clark**, OSB #880328
E-mail:  ron.clark@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Kaiser Foundation
Health Plan, Kaiser Foundation Health Plan of the
Northwest, and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No.: 2804 <br><br> Case No.  1:17-MD-2804 <br><br> Judge Dan Aaron Polster <br><br> **NOTICE OF APPEARANCE** |

Please take notice that attorney Ronald J. Clark of Bullivant Houser Bailey PC, hereby enters his appearance in the applicable MDL proceedings, as that term is defined in Paragraph 1(a) of the Case Management Order One (Doc. #232), as counsel for Defendants Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Hospitals ("Kaiser Defendants") in the above-captioned matter.

/ / /

/ / /

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF APPEARANCE**
**Page 1**

All future papers, pleadings, and correspondence, except for original process, shall be served upon the following attorney for Kaiser Defendants:

>Ronald J. Clark
>Bullivant Houser Bailey PC
>888 SW Fifth Avenue, Suite 300
>Portland, OR 97204
>Telephone: 503.228.6351
>Facsimile: 503.228.0915
>Email: ron.clark@bullivant.com

DATED:  September 18, 2019

>BULLIVANT HOUSER BAILEY PC

>By  s/Ronald J. Clark
>**Ronald J. Clark**, OSB #880328
>E-mail:  ron.clark@bullivant.com
>Telephone: 503.228.6351
>Attorneys for Defendants Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Hospitals

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

NOTICE OF APPEARANCE
**Page 2**

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be send to all counsel o record by operation of the Court's electronic filing system.

s/Ronald J. Clark
**Ronald J. Clark**, OSB #880328
E-mail:   ron.clark@bullivant.com

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**CERTIFICATE OF SERVICE**
**Page 1**