**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**MEMORANDUM OF CERTAIN DEFENDANTS REGARDING RIGHT TO JURY TRIAL ON PLAINTIFFS' NUISANCE CLAIMS**

In a telephonic hearing with the parties on September 16, 2019, "the Court stated its intention, absent a showing of undue prejudice to any party or controlling Sixth Circuit or Supreme Court precedent to the contrary, to let a jury decide the issue of liability for creating a public nuisance," but that "the Court does not intend to allow the jury to hear any evidence regarding abatement" and, "[i]n the event that the jury finds one or more defendant(s) liable for public nuisance, then the Court intends to retain its equitable jurisdiction to determine through a subsequent hearing whether such nuisance can be abated, and if so, to craft an equitable abatement remedy."  Minute Order, Sept. 17, 2019.

Certain defendants ("Defendants")[1] respectfully submit this memorandum in response to the Court's directive that the parties submit "short memorandum by 12:00 PM on Thursday,

---

[1] AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation; Cardinal Health, Inc.; Henry Schein, Inc. and Henry Schein Medical Systems, Inc.; Mallinckrodt LLC and SpecGx LLC, and appearing specially for Mallinckrodt plc; McKesson Corporation; Walgreens Defendants. Mallinckrodt plc is an Irish company that is not subject to and contests personal

September 19, 2019, if they are aware of any controlling precedent that would prevent the Court from separating the issues as described above, or if they believe, and can describe in what specific way, they would be unduly prejudiced by so separating these issues." *Id.*

Defendants do not object to separating the trial into separate phases addressing liability and remedies, and Defendants agree that (1) the issue of liability on Plaintiffs' nuisance claims is for the jury, Dkt. No. 2599, at 2-5; (2) whether any nuisance can be equitably abated, and if so, the crafting of a *bona fide* equitable remedy are for the Court to decide, *id.* at 6 n.7; and (3) the jury should not hear any evidence regarding any such remedy, *id.* at 6-7.  Defendants submit this memorandum only out of an abundance of caution to preserve their objection that the remedy sought by Plaintiffs under their nuisance claim—i.e., the payment of money—(i) does not constitute abatement, and (ii) is legal, not equitable, relief to which a Seventh Amendment jury trial right attaches.[2]

---

jurisdiction and does not waive and expressly preserves its pending personal jurisdiction challenge.

[2] Defendants incorporate by reference their prior argument that the relief sought by Plaintiffs is the payment of money and does not fit within any exception to the general rule that monetary relief is legal.  *See* Dkt. No. 2599, at 5 & n. 6 (collecting authority).  Per the Court's request during the September 17, 2019 telephonic hearing, defendants will separately address Plaintiffs' claim for future damages under their RICO and conspiracy claims on September 25, 2019.

2

Dated: September 19, 2019

 */s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

 */s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
**BARTLIT BECK LLP**
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

 */s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

Respectfully submitted,

 */s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

 */s/ John P. McDonald*
John P. McDonald
jpmcdonald@lockelord.com
C. Scott Jones
sjones@lockelord.com
Lauren M. Fincher
lfincher@lockelord.com
Brandan J. Montminy
brandan.montminy@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8445
F: 214-756-8110

*Attorneys for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

3

## **CERTIFICATE OF SERVICE**

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart