# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track One Cases* | MDL NO. 2804<br><br>Civ. No. 1:17-md-02804-DAP<br><br>HON. JUDGE DAN A. POLSTER |

## JANSSEN PHARMACEUTICALS, INC. AND JOHNSON & JOHNSON'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. ("Defendants") hereby disclose the following witnesses who may testify at trial on their behalf, either live or by deposition designation in accordance with the governing rules. Defendants also incorporate by reference all witnesses disclosed in Defendants' Joint Witness List.

In serving this witness list, Defendants specifically reserve the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Defendants also reserve the right to supplement and/or to amend their lists with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. Defendants further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Defendants reserve the right to call any of these witnesses in their case in chief.

A. **Expert Witnesses**

1. Bruce Bagley, Ph.D.

    Areas of Testimony: Dr. Bagley is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2. Pradeep Chintagunta, Ph.D.

    Areas of Testimony: Dr. Chintagunta is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

3. Joshua Cohen, Ph.D.

    Areas of Testimony: Dr. Cohen is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

4. Steven Cohen, M.D.

    Areas of Testimony: Dr. Cohen is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

5. Richard De La Garza, Ph.D.

Areas of Testimony: Dr. De La Garza is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

6. Larry Holifield

Areas of Testimony: Mr. Holifield is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

7. Jonathan Ketcham, Ph.D.

Areas of Testimony: Dr. Ketcham is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

8. Rob Lyerla, Ph.D. MGIS

Areas of Testimony: Dr. Lyerla is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

9. Laurentius Marais, Ph.D.

Areas of Testimony: Dr. Marais is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

10. Shawn Patterson, MBA

>Areas of Testimony: Professor Patterson is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

11. <u>Frank Torti, M.D.</u>

    >Areas of Testimony: Dr. Torti is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

12. <u>Douglas Tucker, M.D.</u>

    >Areas of Testimony: Dr. Tucker is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

**B.    Fact Witnesses**

1. <u>Charles Argoff, M.D.</u>, Professor of Neurology, Albany Medical College and Director of the Comprehensive Pain Center at Albany Medical Center

    >Areas of Testimony: Dr. Argoff is expected to testify concerning matters related to his clinical experience related to opioid medications and/or his interactions with pharmaceutical companies.

2. <u>Kanitha Burns</u>, Senior Area Business Manager, Janssen Pharmaceuticals, Inc. ("Janssen")

   <u>Areas of Testimony</u>: Ms. Burns is expected to testify concerning Janssen sales and marketing and/or other topics related to her work-related duties.

3. <u>Kati Chupa</u>, Former Vice President of Primary Care Marketing, Janssen

   <u>Areas of Testimony</u>: Ms. Chupa is expected to testify concerning the marketing of Duragesic and/or other topics related to her work-related duties.

4. <u>Bruce Colligen</u>, Executive Director, Health Policy, J&J

   <u>Areas of Testimony</u>: Mr. Colligen is expected to testify concerning J&J's advocacy regarding health policy, J&J's interactions with third-party advocacy groups, and/or other topics related to his work-related duties.

5. <u>Anne Davis</u>

   <u>Areas of Testimony</u>: Ms. Davis is expected to testify concerning her experience with opioid medications and treatment for chronic pain.

6. <u>Kimberly Deem-Eshleman</u>, Regional Business Director, Janssen

>Areas of Testimony: Ms. Deem-Eshleman is expected to testify concerning Janssen sales, marketing, and prescriber education and/or other topics related to her work-related duties.

7. Michele Dempsey, Director, Controlled Substances Compliance, Johnson & Johnson ("J&J")

   >Areas of Testimony: Ms. Dempsey is expected to testify concerning CSA compliance policies, practices, and procedures and/or other topics related to her work-related duties.

8. Scott Fishman, M.D., Chief, Division of Pain Medicine, University of California, Davis

   >Areas of Testimony: Dr. Fishman is expected to testify concerning matters related to his clinical experience related to opioid medications and/or his interactions with pharmaceutical companies.

9. Coreen "Cory" Kenny, Field Director, Strategic Customer Group Managed Markets, J&J

   >Areas of Testimony: Ms. Kenny is expected to testify concerning sales personnel training and practices in Ohio and/or other topics related to her work-related duties.

10. Ron Kuntz, Product Director for Nucynta, Janssen

6

        Areas of Testimony: Mr. Kuntz is expected to testify concerning the development, launch, and marketing of Nucynta and/or other topics related to his work-related duties.

11. David Lin, Former Director of Sales and Marketing, Janssen

        Areas of Testimony: Mr. Lin is expected to testify concerning the marketing of Nucynta and/or other topics related to his work-related duties.

12. W. Kevin Lonsdorf, M.D.

        Areas of Testimony: Dr. Lonsdorf is expected to testify concerning his clinical experience related to opioid medications.

13. Frank Mashett, Director of Trade Operations, Janssen

        Areas of Testimony: Mr. Mashett is expected to testify concerning Janssen's supply chain, including Janssen's relationships with Distributors, and/or other topics related to his work-related duties.

14. Roxanne McGregor-Beck, Director of Regulatory, Advertising and Promotion, Supporting the Cardiovascular and Metabolism Franchise, Janssen

        Areas of Testimony: Ms. McGregor-Beck is expected to testify concerning the review and approval process for promotional materials and/or other topics related to her work-related duties.

15. <u>Bruce Moskovitz, M.D.</u>, Former Therapeutic Area Head, Medical Affairs, Janssen

    <u>Areas of Testimony</u>: Dr. Moskovitz is expected to testify concerning Duragesic and Nucynta, including the risks and benefits of those medications and steps Janssen has taken to ensure those medications' safe use, and/or other topics related to his work-related duties.

16. <u>Sandra Osthoff</u>

    <u>Areas of Testimony</u>: Ms. Osthoff is expected to testify concerning her experience with opioid medications and treatment for chronic pain.

17. <u>Bruce Ritchie</u>, Regional Business Director, Southeast Region, Janssen

    <u>Areas of Testimony</u>: Mr. Ritchie is expected to testify concerning Janssen's sales and marketing, including its training of its sales representatives, and/or other topics related to his work-related duties.

18. <u>Lisa Robin</u>, Chief Advocacy Officer, Federation of State Medical Boards

    <u>Areas of Testimony</u>: Ms. Robin is expected to testify concerning matters related to her duties and responsibilities as Chief Advocacy

        Officer of the Federation of State Medical Boards and related to her previous relevant employment.

19. <u>Philip Saigh</u>, Executive Director, American Academy of Pain Management

        <u>Areas of Testimony</u>: Mr. Saigh is expected to testify concerning matters related to his duties and responsibilities as the Executive Director of American Academy of Pain Management and related to his previous relevant employment.

20. <u>Donna Trusky</u>

        <u>Areas of Testimony</u>: Ms. Trusky is expected to testify concerning her experience with opioid medications and treatment for chronic pain.

21. <u>Gary Vorsanger, M.D.</u>, Former Senior Medical Director, Medical Affairs, Janssen

        <u>Areas of Testimony</u>: Dr. Vorsanger is expected to testify concerning Duragesic and Nucynta, including submissions to FDA about those medications, and/or other topics related to his work-related duties.

22. <u>Lynn Webster, M.D.</u>, Vice President of Scientific Affairs, PRA Health Sciences

<u>Areas of Testimony</u>: Dr. Webster is expected to testify concerning matters related to his clinical experience related to opioid medications and/or his interactions with pharmaceutical companies.

Dated: September 25, 2019

Respectfully submitted,

By: <u>/s/ *Charles C. Lifland*    </u>
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com

Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Tel: (310) 553-6700
dpetrocelli@omm.com

*Attorneys for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I, Charles C. Lifland, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Charles C. Lifland*
Charles C. Lifland
