IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Track One Cases* | MDL NO. 2804<br><br>Civ. No. 1:17-md-02804-DAP<br><br>JUDGE POLSTER |

## MCKESSON CORPORATION'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26, Defendant McKesson Corporation ("McKesson") hereby discloses the following witnesses who may testify on its behalf, subject to how the Plaintiffs' evidence is presented at trial. This list is in addition to those witnesses identified on the Defendants' Joint Witness List and in addition to witnesses that may be played as part of McKesson's videotaped designations or counter-designations. McKesson reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. McKesson also reserves the right to supplement and/or to amend this list with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. McKesson further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions.

    A.    **McKesson Corporation Witnesses**

        1.    <u>Gary Boggs</u>, Vice President of Regulatory Affairs and Compliance at McKesson and former DEA official.

      Areas of Testimony: Mr. Boggs may testify about matters within his responsibility and knowledge as Vice President of Regulatory Affairs and Compliance at McKesson and on matter related to his previous relevant employment, including matters within his responsibility and knowledge from his time working at the DEA.

2.    Gene Cavacini, Senior Vice President and Chief Operating Officer for McKesson's Pharmaceutical Distribution business.

      Areas of Testimony: Mr. Cavacini may testify about matters within his responsibility and knowledge as Senior Vice President and Chief Operating Officer for US Pharma and on matters related to his previous relevant employment.

3.    William de Gutierrez Mahoney, Director of Regulatory Affairs.

      Areas of Testimony: Mr. Mahoney may testify about matters within his responsibility and knowledge as a Director of Regulatory Affairs and on matters related to his previous relevant employment.

4.    Gary Hilliard, Director of Regulatory Affairs (former).

      Areas of Testimony: Mr. Hilliard may testify about matters within his responsibility and knowledge as a Director of Regulatory Affairs and on matters related to his previous relevant employment.

5. <u>Tracy Jonas</u>, Director of Operational Excellence and former Director of Regulatory Affairs.

>   <u>Areas of Testimony</u>: Mr. Jonas may testify about matters within his responsibility and knowledge as the Director of Operational Excellence and on matters related to his previous relevant employment.

6. <u>Michael Oriente</u>, Director of Regulatory Affairs.

>   <u>Areas of Testimony</u>: Mr. Oriente may testify about matters within his responsibility and knowledge as Director of Regulatory Affairs and on matters related to his previous relevant employment.

7. <u>Blaine Snider</u>, Distribution Center Manager.

>   <u>Areas of Testimony</u>: Mr. Snider may testify about matters within his responsibility and knowledge as Distribution Center Manager of McKesson's Newcastle, PA, distribution center and on matters related to his previous relevant employment.

8. <u>Donald Walker</u>, Former Senior Vice President of Distribution Operations.

>   <u>Areas of Testimony</u>: Mr. Walker may testify about matters within his responsibility and knowledge as Senior Vice President of Distribution Operations and on matters related to his previous relevant employment.

B.  **Expert Witnesses**

1. Carlos Aquino, Founder and Compliance Consultant at PharmaDiversion LLC and former DEA Diversion Investigator.

    Areas of Testimony: Mr. Aquino may testify about his opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2. Peter Boberg, Ph.D., Vice President at Charles River Associates.

    Areas of Testimony: Dr. Boberg may testify about his opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

3. Justin Victoria, M.B.A., M.S., founder and owner of JR Victoria Consulting LLC.

    Areas of Testimony: Mr. Victoria may testify about his opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

September 25, 2019	Respectfully submitted,

            *s/ Geoffrey Hobart*
            Geoffrey E. Hobart
            Mark Lynch
            COVINGTON & BURLING LLP
            One CityCenter
            850 Tenth Street NW
            Washington, DC 20001
            Tel: (202) 662-5281
            ghobart@cov.com
            mlynch@cov.com

            *Counsel for Defendant McKesson*
            *Corporation*

## **CERTIFICATE OF SERVICE**

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*

Geoffrey E. Hobart
