# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: | JUDGE POLSTER |
| *Track One Cases* | |

## DEFENDANTS' JOINT WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26, the Defendants listed below hereby disclose the following witnesses who may testify at trial on their behalf.[1] This joint defense witness list is made on behalf of the following Defendants: AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation; Cardinal Health, Inc.; Henry Schein, Inc. and

---

[1]  Defendants serve this joint list for purposes of efficiency and to avoid burdening the Court with overlapping or potentially duplicative witness lists. Inclusion of any particular witness, including expert witnesses, on this list does not indicate that every Defendant intends to individually offer that listed witness.  Defendants incorporate by reference their previous statements regarding which parties are offering which expert witnesses.

Henry Schein Medical Systems, Inc.; Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; McKesson Corporation; Teva Pharmaceutical Industries LTD, Teva Pharmaceuticals, USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Warner Chilcott Company, LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. – Salt Lake City, Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc. – Florida; Walgreen Co. and Walgreen Eastern Co. This list is in addition to those witnesses identified on the named Defendants' Individual Witness Lists and in addition to witnesses that may be played as part of these Defendants' videotaped designations or counter-designations.

In serving this joint witness list, Defendants specifically reserve the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Defendants also reserve the right to supplement and/or to amend their lists with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. Defendants' further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Defendants reserve the right to call any of these witnesses and any of Plaintiffs' 30(b)(6) witnesses whose testimony is designated[2] as live witnesses in their case in chief.

---

[2] This includes Margaret June Carr, Thomas Gilson, James Gutierrez, Greta Johnson, Maggie Keenan, Brian Nelsen, Hugh Shannon, and Holly Woods.

## A.    Expert Witnesses

1.    <u>Bruce Bagley, Ph.D.</u>, Professor of International Studies at the University

of Miami.

> <u>Areas of Testimony</u>: Dr. Bagley is expected to testify about the
>
> opinions detailed in his expert report and on matters concerning his
>
> knowledge, skill, experience, education, and training.

2.    <u>Gregory K. Bell Ph.D., M.B.A.</u>, Group Vice President and Life Sciences

Practice Leader, Charles River Associates.

> <u>Areas of Testimony</u>: Dr. Bell is expected to testify about the
>
> opinions detailed in his expert report and on matters concerning his
>
> knowledge, skill, experience, education, and training.

3.    <u>Matt Bialecki CPA, CFF, CGMA</u>, Managing Director of Alvarez &

Marsal Disputes and Investigations, LLC.

> <u>Areas of Testimony</u>: Mr. Bialecki is expected to testify about the
>
> opinions detailed in his expert report and on matters concerning his
>
> knowledge, skill, experience, education, and training.

4.    <u>Pradeep Chintagunta, Ph.D.</u>, Joseph T. and Bernice S. Lewis

Distinguished Service Professor of Marketing at the Graduate School of

Business at the University of Chicago.

Areas of Testimony: Dr. Chintagunta is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

5.  John Dombrowski, M.D., P.C., founder and practitioner at Washington Pain Center; Staff Anesthesiologist at Providence Hospital; Medical Director, Outlook and Bayside Methadone Recovery Clinics; and Adjunct Assistant Professor at Case Western Reserve.

Areas of Testimony: Dr. Dombrowski is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

6.  Adam J. Fein, Ph.D., President, Pembroke Consulting.

Areas of Testimony: Dr. Fein is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

7.  Larry N. Holifield, Co-Founder and Director Corporate Integrity Services LLC.

Areas of Testimony: Mr. Holifield is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

8.      <u>James W. Hughes, Ph.D.</u>, Professor Emeritus of Economics at Bates
College.

   <u>Areas of Testimony</u>: Dr. Hughes is expected to testify about the
   opinions detailed in his expert report and on matters concerning his
   knowledge, skill, experience, education, and training.

9.      <u>Heath Jolliff, DO</u>, Clinical Professor of Emergency Medicine at the Ohio
University Heritage College of Osteopathic Medicine; Associate Program
Director for the Emergency Medicine Residency Program at Adena
Regional Medical Center; founder of and medical toxicologist at Mid-
Ohio Toxicology Services, LLC; and consulting medical toxicologist at
Doctors Hospital-OhioHealth.

   <u>Areas of Testimony</u>: Dr. Jolliff is expected to testify about the
   opinions detailed in his expert report and on matters concerning his
   knowledge, skill, experience, education, and training.

10.     <u>Jonathan Ketcham, Ph.D.</u>, Earl G. and Gladys C. Davis Distinguished
Research Professor in Business at the W.P. Carey School of Business at
Arizona State University.

   a)     <u>Areas of Testimony</u>: Dr. Ketcham is expected to testify about the
   opinions detailed in his expert report and on matters concerning his
   knowledge, skill, experience, education, and training.

11.　David A. Kvancz, MS, R.Ph., FASHP, Senior Vice President, Strategic
　　　Client Relationships for Visante and President of Valore Healthcare
　　　Consulting, LLC.

　　　　　Areas of Testimony: Mr. Kvancz is expected to testify about the
　　　　　opinions detailed in his expert report and on matters concerning his
　　　　　knowledge, skill, experience, education, and training.

12.　Rob Lyerla, Ph.D. MGIS, Professor in the Interdisciplinary Health
　　　Sciences PhD program at Western Michigan University and a former
　　　Captain in the U.S. Public Health Service.

　　　a)　Areas of Testimony: Dr. Lyerla is expected to testify about the
　　　　　opinions detailed in his expert report and on matters concerning his
　　　　　knowledge, skill, experience, education, and training.

13.　Michael M. Miller, M.D., DFASAM, DLFAPA, former President of the
　　　American Society of Addiction Medicine and Wisconsin Society of
　　　Addiction Medicine; and former Director of Addiction Program
　　　Development and Training at Rogers Behavioral Health System.

　　　　　Areas of Testimony: Dr. Miller is expected to testify about the
　　　　　opinions detailed in his expert report and on matters concerning his
　　　　　knowledge, skill, experience, education, and training.

14.   <u>Kevin Murphy, Ph.D.,</u> George J. Stigler Distinguished Service Professor of Economics in the Department of Economics and Booth School of Business at The University of Chicago.

<u>Areas of Testimony</u>: Dr. Murphy is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

15.   <u>Shawn Patterson, MBA,</u> Founder of Patterson HCA and Consulting Practice Lead for The Burchfield Group.

a)   <u>Areas of Testimony</u>: Mr. Patterson is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

16.   <u>Jessica Pollner, Ph.D.,</u> Retired Principal of PricewaterhouseCoopers.

<u>Areas of Testimony</u>: Dr. Pollner is expected to testify about the opinions detailed in her expert report and on matters concerning her knowledge, skill, experience, education, and training.

17.   <u>Catherine Rahilly-Tierney, M.D., M.P.H.,</u> Instructor in Medicine at Harvard Medical School; Associate Epidemiologist at Brigham & Women's Hospital; Assistant Professor in Medicine at Boston University; and Staff Physician at VA Boston Healthcare System.

Areas of Testimony: Dr. Rahilly-Tierney is expected to testify about the opinions detailed in her expert report and on matters concerning her knowledge, skill, experience, education, and training.

18.    Lisa Rarick, M.D., a reproductive health and regulatory affairs consultant and a former Food and Drug Administration ("FDA") official.

Areas of Testimony: Dr. Rarick is expected to testify about the opinions detailed in her expert report and on matters concerning her knowledge, skill, experience, education, and training.

19.    Edgar L. Ross, M.D., Director of the Pain Management Fellowship Program at Brigham and Women's Hospital; Associate Professor at Harvard Medical School.

Areas of Testimony: Dr. Ross is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

20.    Douglas Tucker, M.D., Clinical Professor of Psychiatry in the Department of Psychiatry at the University of California, San Francisco (UCSF) School of Medicine.

a)    Areas of Testimony: Dr. Tucker is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

8

21.    Marc Sweeney, R.Ph., Pharm.D., Dean of the School of Pharmacy at

Cedarville University.

Areas of Testimony: Dr. Sweeney is expected to testify about the

opinions detailed in his expert report and on matters concerning his

knowledge, skill, experience, education, and training.

22.    Dennis Wichern, former Drug Enforcement Administration ("DEA")

Special Agent and founder of Prescription Drug Consulting, LLC.

Areas of Testimony: Mr. Wichern is expected to testify about the

opinions detailed in his expert report and on matters concerning his

knowledge, skill, experience, education, and training.

23.    R.K. Wright, M.D., J.D., Fellow for the American Society of Clinical

Pathology and the College of American Pathologists.

Areas of Testimony: Dr. Wright is expected to testify about the

opinions detailed in his expert report and on matters concerning his

knowledge, skill, experience, education, and training.

**B.     Fact Witnesses[3]**

1.     <u>Mary Applegate</u>, Medical Director, Ohio Department of Medicaid.

<u>Areas of Testimony</u>: Dr. Applegate is expected to testify concerning the Ohio Department of Medicaid, her duties and responsibilities there, and her previous relevant employment.

2.     <u>Demetra Ashley</u>,* Former Acting Assistant Administrator to the Diversion Control Center.

<u>Areas of Testimony</u>: Ms. Ashley is expected to testify concerning her duties and responsibilities as the Former Acting Assistant Administrator to the Diversion Control Center and related to her previous relevant employment.

3.     <u>Hylton Baker</u>, Captain, Sheriff's Department, Summit County, Former Commander of Summit County Drug Unit.

<u>Areas of Testimony</u>: Mr. Baker is expected to testify concerning his duties and responsibilities as a Sheriff's Department Police Officer, as a Former Commander of Summit County Drug Unit, and related to his previous relevant employment.

---

[3] Witnesses listed with an asterisk are witnesses for whom Defendants designated deposition testimony for trial.

4.      <u>Lori Baker-Stella</u>, Summit County Sheriff's Office/ DEA Tactical
Diversion Squad.

> <u>Areas of Testimony</u>: Ms. Stella is expected to testify concerning
> her duties and responsibilities as a Summit County Police Officer,
> as a member of DEA's Tactical Diversion Squad, and related to
> her previous relevant employment.

5.      <u>Kenneth Ball</u>, Akron Police Chief.
> <u>Areas of Testimony</u>: Mr. Ball is expected to testify concerning his
> duties and responsibilities as an Akron Police Officer and related
> to his previous relevant employment.

6.      <u>Julie Barnes</u>, Executive Director of Children's Services, Summit County.

> <u>Areas of Testimony</u>: Ms. Barnes is expected to testify concerning
> her duties and responsibilities as Executive Director of Children's
> Services, Summit County and related to her previous relevant
> employment.

7.      <u>Gary Brack</u>, MetroHealth's Interim Director of Ambulatory Care at
Cuyahoga County Jail.
> <u>Areas of Testimony</u>: Mr. Brack is expected to testify concerning
> his duties and responsibilities as Interim Director of Ambulatory
> Care at Cuyahoga County Jail and related to his previous relevant
> employment.

8.      Christopher Cabot, Program Administrator for the Division of Children and Family Services.

> Areas of Testimony: Mr. Cabot is expected to testify concerning his duties and responsibilities as Program Administrator for the Division of Children and Family Services and related to his previous relevant employment.

9.      Vince Caraffi, Supervisor at Cuyahoga County Board of Health; Former Chair of Cuyahoga County Opiate Task Force.

> Areas of Testimony: Mr. Caraffi is expected to testify concerning his duties and responsibilities as Supervisor at Cuyahoga County Board of Health, as the Former Chair of Cuyahoga County Opiate Task Force, and related to his previous relevant employment.

10.     Margaret Carr, Director of Employee Benefits for Summit County.

> Areas of Testimony: Ms. Carr is expected to testify concerning her duties and responsibilities as the Director of Employee Benefits for Summit County and related to her previous relevant employment.

11.     Michael Connelly, Captain in Cleveland Police Department; Former Northern Ohio Law Enforcement Task Force Co-Commander.

> Areas of Testimony: Mr. Connelly is expected to testify about his duties and responsibilities as a police officer in Cleveland Police

Department, as a Co-Commander of the Northern Ohio Law Enforcement Task Force, and related to his previous relevant employment.

12.     Jerry Craig, Executive Director Summit County ADAMHS Board.

Areas of Testimony: Mr. Craig is expected to testify concerning matters related to his duties and responsibilities as Executive Director of the Summit County ADAMHS Board and related to his previous relevant employment.

13.     William Denihan, Former CEO of the Cuyahoga County ADAMHS Board.

Areas of Testimony: Mr. Denihan is expected to testify concerning matters related to his duties and responsibilities as former CEO of the Cuyahoga County ADAMHS board and related to his previous relevant employment.

14.     Chad Garner, Director of OARRS for the Ohio Board of Pharmacy.

Areas of Testimony: Mr. Garner is expected to testify concerning matters related to his duties and responsibilities as Director of OARRS for the Ohio Board of Pharmacy and related to his previous relevant employment.

15.     Mickhal Garrett, Father of Aniya Day-Garrett.

Areas of Testimony: Mr. Garrett is expected to testify concerning matters related to Cuyahoga County's Department of Children and Family Services' interactions with the family of Aniya Day-Garrett and the deceased minor, and the convictions of Sierra Day and Deonte Lewis for the aggravated murder of Ms. Day-Garrett.

16.    Brad Gessner, Chief Counsel for Summit County Prosecutor's Office.

Areas of Testimony: Mr. Gessner is expected to testify concerning matters related to his duties and responsibilities as Chief Counsel for Summit County Prosecutor's Office and related to his previous relevant employment.

17.    Thomas Gilson, Chief Medical Examiner, Cuyahoga County.

Areas of Testimony: Mr. Gilson is expected to testify concerning matters related to his duties and responsibilities as Chief Medical Examiner for Cuyahoga County and related to his previous relevant employment.

18.    Merle Gordon, Director of the Cleveland Department of Public Health.

Areas of Testimony: Ms. Gordon is expected to testify concerning matters related to her duties and responsibilities as Director of the Cleveland Department of Public Health and related to her previous relevant employment.

19.     <u>David Gretick</u>, Former Program Manager for the Office of Mental Health and Substance Abuse for the City of Cleveland's Public Health Department.

      a)     <u>Areas of Testimony</u>: Mr. Gretick is expected to testify concerning matters related to his duties and responsibilities as the former Program Manager for the Office of Mental Health and Substance Abuse for the City of Cleveland's Public Health Department and related to his previous relevant employment.

20.     <u>Eric Griffin</u>,* the Director of Compliance and Enforcement for the Ohio State Board of Pharmacy.

      <u>Areas of Testimony</u>: Mr. Griffin is expected to testify concerning matters related to his duties and responsibilities as Director of Compliance and Enforcement for the Ohio State Board of Pharmacy.

21.     <u>James Gutierrez</u>, Assistant Prosecutor of Cuyahoga County Prosecutor's Office.

      <u>Areas of Testimony</u>: Mr. Gutierrez is expected to testify concerning matters related to his duties and responsibilities as Assistant Prosecutor of Cuyahoga County Prosecutor's Office and related to his previous relevant employment.

22.     <u>Gregory Hall</u>, Cuyahoga County Board of Health Board Member.

Areas of Testimony: Mr. Hall is expected to testify concerning matters related to his duties and responsibilities as a Board Member on the Cuyahoga County Board of Health and related to his previous relevant employment.

23.    Orman Hall, Executive Director of the Fairfield County ADAMHS Board, Former Chair of Governor's Opiate Action Team.

Areas of Testimony: Mr. Hall is expected to testify concerning matters related to his duties and responsibilities as Director of the ADAMHS Board, Former Chair of the Governor's Opiate Action Team and related to his previous relevant employment.

24.    Stacy Harper-Avilla,* Section Chief on Quotas, DEA.

Areas of Testimony: Ms. Harper-Avilla is expected to testify concerning matters related to her duties and responsibilities as Section Chief on Quotas at DEA and related to her previous relevant employment.

25.    June Howard,* Chief, Targeting and Analysis Unit.

Areas of Testimony: Ms. Howard is expected to testify concerning matters related to her duties and responsibilities as Chief,

Targeting and Analysis Unit and related to her previous relevant employment.

26.     <u>Mark Hurst</u>, Director of the Ohio Department of Mental Health and Addiction Services.

>   <u>Areas of Testimony</u>: Mr. Hurst is expected to testify concerning matters related to his duties and responsibilities as Director of the State Department of Mental Health and Addiction Services and related to his previous relevant employment.

27.     <u>Claire Kaspar</u>, Forensic Toxicologist at the Cuyahoga County Medical Examiner's Office.

>   <u>Areas of Testimony</u>: Ms. Kasper is expected to testify concerning matters related to her duties and responsibilities as Forensic Toxicologist at the Cuyahoga County Medical Examiner's Office and related to her previous relevant employment.

28.     <u>Darin Kearns</u>, Deputy Executive Director of Fiscal Services for Summit County Children Services.

>   <u>Areas of Testimony</u>: Mr. Kearns is expected to testify concerning matters related to his duties and responsibilities as Deputy Executive Director of Fiscal Services for Summit County Children Services and related to her previous relevant employment.

17

29.  <u>Maggie Keenan</u>,* Director of the Cuyahoga Office of Budget and
Management.

>    <u>Areas of Testimony</u>: Ms. Keenan is expected to testify concerning
>    matters related to her duties and responsibilities as Director of the
>    Cuyahoga Office of Budget and Management and related to her
>    previous relevant employment.

30.  <u>Lisa Kohler</u>, Chief Medical Examiner, Summit County.

>    <u>Areas of Testimony</u>: Ms. Kohler is expected to testify concerning
>    matters related to her duties and responsibilities as Chief Medical
>    Examiner of Summit County and related to her previous relevant
>    employment.

31.  <u>Louis LaMarca</u>, Clinical Director for Community Assessment &
Treatment Services.

>    <u>Areas of Testimony</u>: Mr. LaMarca is expected to testify concerning
>    matters related to his duties and responsibilities as Clinical
>    Director for Community Assessment & Treatment Services and
>    related to his previous relevant employment.

32.  <u>Molly Leckler</u>, Administrator, Cuyahoga County Drug Court.

>    <u>Areas of Testimony</u>: Ms. Leckler is expected to testify concerning
>    matters related to her duties and responsibilities as Administrator

for the Cuyahoga County Drug Court and related to her previous relevant employment.

33.    Patrick Leonard, Detective in the Akron Police Department and Diversion Detective in the DEA Tactical Diversion Task Force.

Areas of Testimony: Mr. Leonard is expected to testify concerning matters related to his duties and responsibilities as a police officer in both the Akron Police Department and the DEA Task Force.

34.    Allisyn Leppla, Former Program Manager, Cuyahoga County Board of Health; Former member of the Cuyahoga County Opiate Task Force.

Areas of Testimony: Ms. Leppla is expected to testify concerning her former duties and responsibilities as the Program Manager for the Cuyahoga County Board of Health, as a former member of the Cuyahoga County Opiate Task Force, and related to her previous relevant employment.

35.    Michael Mapes,* Former DEA Diversion Investigator.

Areas of Testimony: Mr. Mapes is expected to testify concerning his former duties and responsibilities as a DEA Diversion Investigator and related to his previous relevant employment.

36.     Keith Martin,* Assistant Special Agent, DEA.

        Areas of Testimony: Mr. Martin is expected to testify concerning

        his duties and responsibilities as an Assistant Special Agent at

        DEA and related to his previous relevant employment.

37.     David Merriman, Assistant Director of Health and Human Services,

        Cuyahoga County.

        Areas of Testimony:  Mr. Merriman is expected to testify

        concerning his duties and responsibilities as Assistant Director of

        Health and Human Services for Cuyahoga County and related to

        his previous relevant employment.

38.     Kenneth Mills, Former Jail Director, Cuyahoga County.

        Areas of Testimony: Mr. Mills is expected to testify concerning his

        duties and responsibilities as the Former Jail Director in Cuyahoga

        Office and related to his previous relevant employment.

39.     Chris Murray, Director of Cuyahoga Office of the Treasury.

        Areas of Testimony: Mr. Murray is expected to testify concerning

        his duties and responsibilities as the Director of Cuyahoga Office

        of the Treasury and related to his previous relevant employment.

40.     Brian Nelsen,* Summit County's Director of Budget and Finance.

20

Areas of Testimony: Mr. Nelsen is expected to testify concerning his duties and responsibilities as Summit County's Director of Budget and Finance and related to his previous relevant employment.

41.     Joan Papp, Director of the Office of Opioid Safety at MetroHealth; Member of Cuyahoga County Opiate Task Force.

Areas of Testimony: Ms. Papp is expected to testify concerning her duties and responsibilities as the Director of the Office of Opioid Safety at MetroHealth, as a member of the Cuyahoga County Opiate Task Force, and related to her previous relevant employment.

42.     Walter Parfejewiec, Director of Health and Human Services, Cuyahoga County.

Areas of Testimony: Mr. Parfejewiec is expected to testify concerning his duties and responsibilities as the Director of Health and Human Services, Cuyahoga County and related to his previous relevant employment.

43.     Steve Perch, Toxicologist, Summit County.

Areas of Testimony: Mr. Perch is expected to testify concerning his duties and responsibilities as a toxicologist in Summit County, and related to his previous relevant employment.

44.  <u>Victor Perez,</u> Former Chief Prosecutor of the City of Cleveland.

  <u>Areas of Testimony</u>: Mr. Perez is expected to testify concerning his duties and responsibilities as the former Chief Prosecutor of the City of Cleveland and related to his previous relevant employment.

45.  <u>Jackie Pollard</u>, Assistant Director of Community Health for the Summit County Public Health Department.

  a)  <u>Areas of Testimony</u>: Ms. Pollard is expected to testify concerning her duties and responsibilities as the Assistant Director of Community Health for the Summit County Public Health Department and related to her previous relevant employment.

46.  <u>Thomas Prevoznik</u>,* Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Division, DEA.

  <u>Areas of Testimony</u>: Mr. Prevoznik is expected to testify concerning his duties and responsibilities as the Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Diversion at DEA and related to his prevent relevant employment.

47.  <u>John Prince</u>, Cleveland Police Detective, DEA Tactical Diversion Squad.

  <u>Areas of Testimony</u>: Detective Prince is expected to testify concerning his duties and responsibilities as a police officer in the

22

Cleveland Police Department, as a detective on DEA's Tactical

Diversion Squad, and related to his previous relevant employment.

48. <u>Joseph Rannazzisi</u>,* Former Head of Office of Diversion Control, DEA.

> <u>Areas of Testimony</u>: Mr. Rannazzisi is expected to testify
>
> concerning his duties and responsibilities as the Former Head of
>
> Office of Diversion Control, DEA and related to his previous
>
> relevant employment.

49. <u>Patricia Rideout</u>*, Former Director of Cuyahoga County Department of

Children and Family Services.

> <u>Areas of Testimony</u>: Ms. Rideout is expected to testify concerning
>
> her duties and responsibilities as the Former Director of Cuyahoga
>
> County Department of Children and Family Services and related to
>
> her previous relevant employment.

50. <u>John Saros</u>*, Former Executive Director of Summit County Department of

Children Services.

> <u>Areas of Testimony</u>: Mr. Saros is expected to testify concerning
>
> his duties and responsibilities as the Former Director of Summit
>
> County Department of Children Services and related to his
>
> previous relevant employment.

51.    <u>Hugh Shannon</u>, Administrator, Cuyahoga County Medical Examiner's Office.

        <u>Areas of Testimony</u>: Mr. Shannon is expected to testify concerning his duties and responsibilities as Administrator, Cuyahoga County Medical Examiner's Office and related to his previous relevant employment.

52.    <u>Mitchell Sheehan</u>, Sergeant Cleveland Division of Police.

        <u>Areas of Testimony</u>: Mr. Sheehan is expected to testify concerning his duties and responsibilities as Sergeant Cleveland Division of Police and related to his previous relevant employment.

53.    <u>Derek Siegle</u>, Executive Director of the Ohio High Intensity Drug Trafficking Area ("HIDTA").

        <u>Areas of Testimony</u>: Mr. Siegle is expected to testify concerning matters related to his duties and responsibilities as the Executive Director of Ohio HIDTA and related to his previous relevant employment.

54.    <u>Doug Smith</u>, Chief Clinical Officer for Summit County's ADAMHS Board.

        <u>Areas of Testimony</u>: Mr. Smith is expected to testify concerning matters related to his duties and responsibilities as Chief Clinical

Officer for Summit County's ADAMHS Board and related to his previous relevant employment.

55.     <u>Persis Sosiak</u>, Commissioner of Health for the Cleveland Department of Public Health.

Areas of Testimony: Ms. Sosiak is expected to testify concerning her duties and responsibilities as a Commissioner of Health for the Cleveland Department of Public Health and related to her previous relevant employment.

56.     <u>Matthew Strait</u>,* Senior Policy Advisor, DEA

Areas of Testimony: Mr. Strait is expected to testify concerning his duties and responsibilities as Senior Policy Advisor for DEA and related to his previous relevant employment.

57.     <u>Carolyn Stevenson</u>, Benefits and Workers' Compensation Administrator for Summit County.

Areas of Testimony: Mr. Stevenson is expected to testify concerning matters related to his duties and responsibilities as Benefits and Workers' Compensation Administrator for Summit County and related to his previous relevant employment.

58.     <u>Jeffrey Sturmi</u>, Deputy Chief Probation Officer, Akron Municipal Drug Court.

25

Areas of Testimony: Mr. Sturmi is expected to testify concerning matters related to his duties and responsibilities as Deputy Chief Probation Officer, Akron Municipal Drug Court and related to his previous relevant employment.

59.  Deborah Watkins, Former Director of the Office of Child Support Services for Cuyahoga County.

Areas of Testimony: Ms. Watkins is expected to testify concerning her duties and responsibilities as Former Director of the Office of Child Support Services for Cuyahoga County and related to her previous relevant employment.

60.  Cynthia Weiskittel, Director, Division of Children and Family Services, Cuyahoga County.

Areas of Testimony: Ms. Weiskittel is expected to testify concerning matters related to her duties and responsibilities as the Director of the Division of Children and Family Services in Cuyahoga County and related to her previous relevant employment.

61.  Nycole West, Director of Human Resources for the City of Cleveland.

Areas of Testimony: Ms. West is expected to testify concerning matters related to her duties and responsibilities as the Director of

Human Resources for the City of Cleveland and related to her previous relevant employment.

62. <u>Donald Wharton</u>, Assistant Medical Director, Ohio Department of Medicaid.

<u>Areas of Testimony</u>: Dr. Wharton is expected to testify concerning the Ohio Department of Medicaid, his duties and responsibilities there, and his previous relevant employment.

63. <u>Gert Wilms</u>, Chief Prosecutor for the City of Akron.

<u>Areas of Testimony</u>: Ms. Wilms is expected to testify concerning matters related to her duties and responsibilities as the Chief Prosecutor for the City of Akron and related to her previous relevant employment.

64. <u>Holly Woods</u>, Director of Human Resources for Benefits and Compensation for Cuyahoga County.

<u>Areas of Testimony</u>: Ms. Woods is expected to testify concerning matters related to her duties and responsibilities as the Director of Human Resources for Benefits and Compensation for Cuyahoga County and related to her previous relevant employment.

65. <u>Kyle J. Wright</u>,* Staff Coordinator Regulatory Section, DEA

<u>Areas of Testimony</u>: Mr. Wright is expected to testify concerning matters related to his duties and responsibilities as a Staff Coordinator Regulatory Section at DEA and related to his previous relevant employment.

Dated:      September 25, 2019

Respectfully Submitted,

<u>/s/ Shannon E. McClure</u>
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

<u>/s/ Eni Mainigi</u>
Enu Mainigi
F. Lane Heard III
George A. Borden
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
gborden@wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

<u>/s/ John P. McDonald</u>
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800

<u>/s/ Charles C. Lifland</u>
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor Los Angeles, CA 90067-6035
Tel: (310) 553-6700
dpetrocelli@omm.com

Dallas, TX 75201
T: 214-740-8445
F: 214-756-8110

*Attorneys for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

*Attorneys for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho- McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Steven A. Reed*
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com
Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals, USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

*/s/ Geoffrey Hobart*
Geoffrey E. Hobart
Mark Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Counsel for McKesson Corporation*

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

## <u>CERTIFICATE OF SERVICE</u>

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the

Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
