# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: | JUDGE POLSTER |
| *Track One Cases* | |

## DISTRIBUTORS' JOINT WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26, the Defendants listed below hereby disclose the following witnesses who may testify at trial on their behalf.[1]  This joint defense witness list is made on behalf of the following Defendants: AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation; Cardinal Health, Inc.; Henry Schein, Inc. and Henry Schein Medical Systems, Inc.; McKesson Corporation; and Walgreen Co. and Walgreen Eastern Co. (collectively, "Distributor Defendants").  This list is in addition to those witnesses

---

[1]  Distributors serve this joint list for purposes of efficiency and to avoid burdening the Court with overlapping or potentially duplicative witness lists. Inclusion of any particular witness, including expert witnesses, on this list does not indicate that every Distributor intends to individually offer that listed witness.

identified on the named Defendants' Individual Witness Lists and the Defendants' Joint Witness List, and in addition to witnesses that may be played as part of the Distributor Defendants' videotaped designations or counter-designations.

In serving this joint witness list, Distributor Defendants specifically reserve the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point.  Distributor Defendants also reserve the right to supplement and/or to amend their lists with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed.  Distributor Defendants further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions.  Distributor Defendants reserve the right to call any of these witnesses as live witnesses in their case in chief.

A.  **Expert Witnesses**

1.  <u>David A. Kessler, M.D.</u>, Senior Advisor, TPG Capital.

   <u>Areas of Testimony</u>: Dr. Kessler is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2.  <u>Anna Lembke, M.D.</u>, Associate Professor; Chief of the Addiction Medicine Dual Diagnosis Clinic; Medical Director of Addiction Medicine; and Program Director of the Addiction Fellowship in the Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine.

Areas of Testimony: Dr. Lembke is expected to testify about the opinions detailed in her expert report and on matters concerning her knowledge, skill, experience, education, and training.

3.      Meredith B. Rosenthal, Ph.D., C. Boyden Gray Professor of Health Economics and Policy, Harvard T.H. Chan School of Public Health.

Areas of Testimony: Dr. Rosenthal is expected to testify about the opinions detailed in her expert report and on matters concerning her knowledge, skill, experience, education, and training.

4.      Mark A. Schumacher, M.D., Ph.D., Professor and Chief of the Division of Pain Medicine in the Department of Anesthesia and Perioperative Care, University of California, San Francisco.

Areas of Testimony: Dr. Schumacher is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

Dated:        September 25, 2019

Respectfully Submitted,

/s/ Shannon E. McClure
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen
Drug Corporation*

/s/ Eni Mainigi
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal
Health, Inc.*

/s/ John P. McDonald
John P. McDonald
jpmcdonald@lockelord.com
C. Scott Jones
sjones@lockelord.com
Lauren M. Fincher
lfincher@lockelord.com
Brandan J. Montminy
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8445

*Attorneys for Henry Schein, Inc. and Henry
Schein Medical Systems, Inc.*

/s/ Geoffrey Hobart
Geoffrey E. Hobart
Mark Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Counsel for McKesson Corporation*

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen
Eastern Co.*

## <u>CERTIFICATE OF SERVICE</u>

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the

Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart