# EXHIBIT C



**U.S. Department of Justice**
Drug Enforcement Administration
Office of Administrative Law Judges
8701 Morrissette Drive
Springfield, VA 22152
Tel. (202) 307-8188 Fax (202) 307-8198

# FAX TRANSMISSION

Date:        April 16, 2013

To:          Scott Lawson, Esq.
             Frank Mann, Esq.
             Jonathan Novak, Esq.
             Michelle F. Gillice, Esq.
             Robert Walker, Esq.
             Paul Soeffing, Esq.
             (202) 307-4946

             Philip J. Perry, Esq.
             Nathan H. Selzer, Esq.
             Allen M. Gardner, Esq.
             (202) 637-2201

Re:          *Walgreen Co.* Docket No. 13-1
             *Walgreen Co. d/b/a Walgreens #03629* Docket No. 13-9
             *Walgreen Co. d/b/a Walgreens #04727* Docket No. 13-10
             *Walgreen Co. d/b/a Walgreens #06997* Docket No. 13-11
             *Walgreen Co. d/b/a Walgreens #03836* Docket No. 13-16
             *Walgreen Co. d/b/a Walgreens #04391* Docket No. 13-18
             *Walgreen Co. d/b/a Walgreens #03099* Docket No. 13-20
             Notice of Hearing

Sender:      Ikea Pickett
             Secretary
             Office of Administrative Law Judges

YOU SHOULD RECEIVE 3 PAGES, INCLUDING THIS COVER SHEET. IF YOU DO NOT
RECEIVE ALL THE PAGES, PLEASE CALL (202) 307-8188.

## UNITED STATES DEPARTMENT OF JUSTICE

### Drug Enforcement Administration

| | |
|---|---|
| In the Matter of | |
| **Walgreen Co.;**<br>**(Jupiter Distribution Facility)** | **Docket No. 13-1** |
| **Walgreen Co.**<br>**d/b/a Walgreens #03629;**<br>**(Hudson Pharmacy)** | **Docket No. 13-9** |
| **Walgreen Co.**<br>**d/b/a Walgreens #04727;**<br>**(Fort Pierce Pharmacy)** | **Docket No. 13-10** |
| **Walgreen Co.**<br>**d/b/a Walgreens #06997;**<br>**(Oviedo Pharmacy)** | **Docket No. 13-11** |
| **Walgreen Co.**<br>**d/b/a Walgreens #03836;**<br>**(Port Richey Pharmacy)** | **Docket No. 13-16** |
| **Walgreen Co.**<br>**d/b/a Walgreens #04391**<br>**(Fort Pierce 2 Pharmacy)** | **Docket No. 13-18** |
| **Walgreen Co.**<br>**d/b/a Walgreens #03099**<br>**(Fort Myers Pharmacy)** | **Docket No. 13-20** |

## NOTICE OF HEARING

Please take notice that the hearing in the above-captioned matters is scheduled to take

place on the following dates in Arlington, Virginia:

| | |
|---|---|
| April 23, 2013-April 26, 2013 | May 13, 2013-May 16, 2013 |
| April 29, 2013-May 2, 2013 | May 20, 2013-May 23, 2013 |
| May 6, 2013-May 7, 2013 | |

The hearing is scheduled to begin at **9:00 a.m. local time** on April 23, 2013 and will be held at the DEA Hearing Facility (DEAHF), 1550 Crystal Drive, Arlington, Virginia 22202. The parties are instructed to arrive at the courthouse in sufficient time to complete security screening and meet Law Clerk Laura Sambataro, Esq., in Courtroom A at **8:45 a.m. local time** to provide original exhibits. The hearing will commence shortly thereafter.

The parties have noticed a significant number of witnesses to be heard via videoteleconference (VTC). At the outset of each hearing day, counsel for each side will provide Ms. Sambataro with an updated, daily list of any witness(es) it intends to call via VTC.

The copy of proposed exhibits previously received by the OALJ from each party will serve as the Administrative Law Judge's (ALJ) copy for the hearing. The record copy should conform to the same specifications as the ALJ copy. Each party should ensure that it brings a copy of all exhibits for its own use during the hearing.

In accordance with 21 C.F.R. § 1316.44, I have determined that this notice will constitute sufficient notice to the parties without further publication as set forth in 21 C.F.R. § 1316.53.

Dated: April 16, 2013

JOHN J. MULROONEY, II
Chief Administrative Law Judge

### Certificate of Service

This is to certify that the undersigned on April 16, 2013, caused a copy of the foregoing to be delivered via interoffice mail and facsimile to counsel for the Government, Scott Lawson, Esq., Office of Chief Counsel, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, Virginia 22152, and a copy of the foregoing was transmitted via First Class Mail and facsimile, to counsel for the Respondent Philip J. Perry, Esq., Nathan H. Selzer, Esq., and Allen M. Gardner, Esq., Latham & Watkins, LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004.

Ikea Pickett
Secretary to Judge Mulrooney

2