# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT CARDINAL HEALTH, INC'S MOTIONS *IN LIMINE*

Defendant Cardinal Health, Inc. hereby moves *in limine* for an order:

1. Prohibiting Plaintiffs from offering evidence and argument concerning approximately 14,000 suspicious orders which Cardinal Health did not report and did not ship between 2012 and 2015;

2. Prohibiting Plaintiffs from offering evidence and argument concerning a McKesson document, Bates Number MCKMDL0054341; and

3. Prohibiting Plaintiffs from offering opinion testimony by their expert, Dr. Craig McCann, based upon data produced by Cardinal for the years 1996 through 2005.

Dated:  September 25, 2019

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:   /s/ *F. Lane Heard III*
    Enu Mainigi
    F. Lane Heard III
    Ashley W. Hardin

    725 Twelfth Street NW
    Washington, DC  20005
    (202) 434-5000 / tel.
    (202) 434-5029/ fax
    emainigi@wc.com
    lheard@wc.com
    ahardin@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, F. Lane Heard III, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ F. Lane Heard III
F. Lane Heard III