# Exhibit 3

| | |
|---|---|
| **From**: | de Gutierrez-Mahoney, Bill [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=BILL MAHONEY] |
| **Sent**: | 3/11/2013 1:49:20 PM |
| **To**: | Walker, Donald [donald.walker@mckesson.com]; Russell, Bruce [bruce.russell@mckesson.com] |
| **CC**: | Hilliard, Gary [gary.hilliard@mckesson.com] |
| **Subject**: | HDMA notes |

Gary and I attended the HDMA conference last week. These are my notes...

Perhaps the most surprising revelation was Steve Reardon and Gilberto Quintero saying Cardinal does not report suspicious orders to DEA...no upside.


Bill

**Bill Mahoney**

**Director of Regulatory Affairs**

**McKesson Pharmaceutical / South Region**

**Lakeland, FL**

**Phone (863) 616-2904**

**Cell (863) 602-2992**

**bill.mahoney@mckesson.com**

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail, and destroy this communication and all copies thereof, including all attachments.