# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## HENRY SCHEIN DEFENDANTS' WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26 and the Civil Jury Trial Order, ECF No. 1598, entered on May 1, 2019, (as amended on July 29, 2019), Henry Schein, Inc. ("HSI") and Henry Schein Medical Systems, Inc. ("HSMS") (collectively, the "Schein Defendants") hereby disclose the following witnesses who may testify at trial on their behalf, either live or by deposition testimony. Schein Defendants reserve the right to call any witness identified on any party's witness lists (whether or not called), including Defendants' Joint Witness List, and to call as a witness other individuals not included on this list for rebuttal, impeachment, authentication or another purpose not anticipated at this time. Schein Defendants also reserve the right to supplement and/or to amend their list with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. Schein Defendants reserve the right to amend, supplement, or otherwise modify this list as necessary. Schein Defendants reserve the right to call any of these witnesses in their case in chief.

At this time, Schein Defendants identify the following witnesses the Schein Defendants may call to testify live and/or by deposition testimony[1] at trial:

| | |
|---|---|
| 1. | **Shaun Abreu\***<br><br>Mr. Abreu is the Senior Manager of Verifications for Henry Schein, Inc. Schein Defendants anticipate that Mr. Abreu will testify regarding the Controlled Substances Act ("CSA") and related requirements; HSI's practices, policies, and procedures relating to suspicious order monitoring ("SOM"); HSI's anti-diversion efforts; the responsibilities and functions of HSI's Verifications Department; communications with the Drug Enforcement Administration ("DEA") and industry consultants; and HSI's opioid sales. Schein Defendants anticipate Mr. Abreu will also testify regarding other topics addressed in his deposition, any documents introduced into evidence by Plaintiffs of which he has knowledge, and any other topics relevant to the allegations in the Complaint, the proposed relief, or Schein Defendants' defenses. |
| 2. | **Mike DiBello\***<br><br>Mr. DiBello is the former Director of Regulatory Affairs for Henry Schein, Inc. Schein Defendants anticipate that Mr. DiBello will testify regarding the CSA and related requirements; HSI's practices, policies, and procedures relating to SOM; HSI's anti-diversion efforts; the responsibilities and functions of HSI's Regulatory Affairs Department, and communications with DEA and industry consultants, as it relates to his previous employment with Henry Schein, Inc. Schein Defendants anticipate Mr. DiBello will also testify regarding other topics addressed in his deposition or relevant to the allegations in the Complaint, the proposed relief, or Schein Defendants' defenses. |
| 3. | **Jeff Peacock\***<br><br>Mr. Peacock is the Vice President of Quality Assurance and Regulatory Affairs for Henry Schein, Inc. Schein Defendants anticipate that Mr. Peacock will testify regarding the CSA and related requirements; HSI's practices, policies, and procedures relating to suspicious order monitoring; HSI's anti-diversion efforts; the responsibilities and functions of HSI's Regulatory Affairs Department, and communications with DEA and industry consultants. Schein Defendants anticipate Mr. Peacock will also testify regarding other topics addressed in his deposition or relevant to the allegations in the Complaint, the proposed relief, or Schein Defendants' defenses. |
| 4. | **Sergio Tejeda\***<br><br>Mr. Tejeda is the Vice President of Quality Assurance and Regulatory Affairs for Henry Schein, Inc. Schein Defendants anticipate that Mr. Tejeda will testify regarding the CSA and related requirements; HSI's practices, policies, and procedures relating to SOM; HSI's anti-diversion efforts; the responsibilities and functions of HSI's Regulatory Affairs |

---

[1] Witnesses listed with an asterisk are witnesses for whom Schein Defendants designated deposition testimony for trial.

|   |   |
|---|---|
|   | Department; communications with DEA and industry consultants; and HSI's opioid sales. Schein Defendants anticipate Mr. Tejeda will also testify regarding other topics addressed in his deposition, any documents introduced into evidence by Plaintiffs of which he has knowledge, and any other topics relevant to the allegations in the Complaint, the proposed relief, or Schein Defendants' defenses. |
| 5. | **Robert Maness, Ph.D**<br><br>Robert Maness is a Vice President at Charles River Associates. Schein Defendants anticipate that Mr. Maness will testify regarding the opinions detailed in his expert reports and on matters concerning his knowledge, skill, experience, education, and training. In addition, the Schein Defendants anticipate Mr. Maness will testify regarding his assessment of the reports and analysis presented by Plaintiffs' expert witness Craig J. McCann. |
| 6. | **Milton Tyrrell**<br><br>Mr. Tyrrell is a former Staff Coordinator and Unit Chief, Office of Diversion Control, Pharmaceutical Investigations Section for the United States Drug Enforcement Administration and founder of MAT Solutions, LLC. Schein Defendants anticipate Mr. Tyrrell will testify regarding the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training. In addition, the Schein Defendants anticipate Mr. Tyrrell will testify regarding his assessment of the reports and analysis presented by Plaintiffs' expert witnesses, including James Rafalski. |

Dated:  September 25, 2019

        Respectfully Submitted,

        */s/ John P. McDonald*
        John P. McDonald
        C. Scott Jones
        Lauren M. Fincher
        Brandan J. Montminy
        **LOCKE LORD LLP**
        2200 Ross Avenue, Suite 2800
        Dallas, TX 75201
        Tel: (214) 740-8000
        Fax: (214) 756-8758
        jpmcdonald@lockelord.com
        sjones@lockelord.com
        lfincher@lockelord.com
        brandan.montminy@lockelord.com

        *Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

        */s/ John P. McDonald*
        John P. McDonald