IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track One Cases | MDL 2804<br><br>Case No. 17-d-2804<br><br>Hon. Dan Aaron Polster |

### **Plaintiffs' Submission of Judge's Voir Dire Questions**

Plaintiffs hereby submit the following voir dire questions for the Court's review and consideration.  Plaintiff s ask that the court ask these questions of the prospective jurors.

**More Information about the Juror**

- Are you from this country?
- Where did you go to high school?
- Where did you go to college?
- What was the last book you read?
- What was the last movie you saw?

**Interactions with Defendants or Issues**

- Do you or someone close to you interact with drug companies?
- Do you or someone close to you work with a retail pharmacy?

**Feelings about County and Government**

- If you live or have lived in Cuyahoga or Summit County, how do you feel about county government?  How do you feel about the services provided?  How do you feel about county officials?
- How would you describe any interaction you have had with your county or its employees or officials?
- In what ways do you rely on county services?
- Do you have any feelings about how the counties spend tax dollars?

**Problems with Lawsuits**

- Are you against lawsuits for any reason?
- If you or a family member were injured by someone else's negligence, would you consider a lawsuit?
- Do you think there are too many lawsuits?
- How do you feel about lawyers?
- How do you feel about judges?

**Open Mind**

- Will you follow my instructions?
- Can you wait to make up your mind until deliberations?
- Can you be fair to both sides?
- Can you wait for the evidence?
- Will you put your personal beliefs aside and be fair?
- Will you put your personal information aside?

Dated:      September 25, 2019           Respectfully Submitted,

| | |
|---|---|
| s/Paul J. Hanly, Jr. | s/ Joseph F. Rice |
| Paul J. Hanly, Jr. | Joseph F. Rice |
| SIMMONS HANLY CONROY | MOTLEY RICE |
| 112 Madison Avenue, 7th Floor | 28 Bridgeside Blvd. |
| New York, NY 10016 | Mt. Pleasant, SC  29464 |
| (212) 784-6400 | (843) 216-9000 |
| (212) 213-5949 (fax) | (843) 216-9290 (Fax) |
| phanly@simmonsfirm.com | jrice@motleyrice.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| s/ Paul T. Farrell, Jr. | s/ Peter H. Weinberger |
| Paul T. Farrell, Jr. | Peter H. Weinberger (0022076) |
| GREENE KETCHUM, LLP | SPANGENBERG SHIBLEY & LIBER |
| 419 Eleventh Street | 1001 Lakeside Avenue East, Suite 1700 |
| Huntington, WV 25701 | Cleveland, OH  44114 |
| (304) 525-9115 | (216) 696-3232 |
| (800) 479-0053 | (216) 696-3924 (Fax) |
| (304) 529-3284 (Fax) | pweinberger@spanglaw.com |
| paul@greeneketchum.com | |
| | *Plaintiffs' Liaison Counsel* |
| *Plaintiffs' Co-Lead Counsel* | |

| | |
|---|---|
| *s/ W. Mark Lanier* | *s/ Hunter J. Shkolnik* |
| W. Mark Lanier | Hunter J. Shkolnik |
| THE LANIER LAW FIRM | NAPOLI SHKOLNIK |
| 6810 FM 1960 Rd W | 360 Lexington Ave., 11th Floor |
| Houston, TX  77069-3804 | New York, NY  10017 |
| (713) 659-5200 | (212) 397-1000 |
| (713) 659-2204 (Fax) | (646) 843-7603 (Fax) |
| wml@lanierlawfirm.com | hunter@napolilaw.com |
| | |
| *Lead Trial Counsel* | *Counsel for Plaintiff Cuyahoga County, Ohio* |
| | |
| *s/ Linda Singer* | *s/Donald A. Migliori* |
| Linda Singer | Donald A. Migliori |
| MOTLEY RICE LLC | MOTLEY RICE LLC |
| 401 9th St. NW, Suite 1001 | 28 Bridgeside Blvd. |
| Washington, DC 20004 | Mount Pleasant, SC  29464 |
| (202) 386-9626 x5626 | 843-216-9241 |
| (202) 386-9622 (Fax) | 843-416-5481 (Fax) |
| lsinger@motleyrice.com | dmigliori@motleyrice.com |
| | |
| *Counsel for Plaintiff Summit County, Ohio* | *Counsel for Plaintiff Summit County, Ohio* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2019, the foregoing has been served via CM/ECF to all counsel of record.

*s/Peter H. Weinberger*
Peter H. Weinberger

*Plaintiffs' Liaison Counsel*