UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Track One Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANTS' PROPOSED ADDITIONAL QUESTIONS FOR VOIR DIRE AND REQUEST FOR CLARIFICATION OF *VOIR DIRE* PROCESS**

I.

**Defendants' Proposed Additional Questions for Court's *Voir Dire* Examination**

Pursuant to the Court's directive (Dkt. 1598 at III(b)(3)), Defendants request that the Court consider adding the following questions to the Court's *voir dire* examination of the jury panel:

1.     Do you have any negative opinions about drug distributors, pharmaceutical companies, or pharmacies?

2.     Do you believe there should be more regulation of large corporations, such as pharmaceutical companies and drug distributors?

3.     This case is being brought by Cuyahoga County and Summit County against large companies, from outside of the State of Ohio – based on that, would anyone on the jury panel tend to start out favoring the Counties in this case?

4.     If the counties fail to prove their case, would you be able to award them zero damages even though you may live in one of those Counties?

5.     Have you or anyone close to you ever taken an opioid pain medication?  If so, who is the person, when did the person take the medication and what is the person's experience with the medication?

6.	Is there anyone on the jury panel who thinks that opioid medications cannot ever be used safely?

7.	When you have received a prescription from a doctor for a medication you have never taken before, who has ever done internet research on the new medication? Who has not done internet or other research on a new prescription?

8.	Have you heard, read, or seen anything about lawsuits against any of the following entities? [Read a list of Track 1 Defendants.]

9.	Having now heard something about this lawsuit, is there anyone who has any experience, knowledge, opinions or feelings that may be relevant to the issues in this case?  Please explain what those are.

10.	Do you think that even though the burden is on the plaintiffs to prove their case, the defendants should have to prove they did nothing wrong?

11.	Would it be difficult for you to follow a law that stated that corporations and the parties suing the corporations must be treated equally in a lawsuit?

12.	There will evidence in this case about law enforcement. Again, we know from your questionnaires who has worked in law enforcement. Who has ever seriously thought about working in law enforcement?   Who would say that they hold law enforcement in high regard?

13.	Do you think that since there are multiple defendants here in this lawsuit then that probably means those who are being sued likely did something wrong?

14.	There are several separate and distinct Defendants named in this case – is there anyone here who would be unable or unwilling to consider the evidence, if any, as to each separate defendant rather than grouping the Defendants together when considering the questions you will be asked to decide in this case?

II.

**Defendants' Comments on Court's Boilerplate *Voir Dire***

Defendants have reviewed the Court's "boilerplate" *voir dire* previously provided by the Special Master and respectfully provide the following comments.  Defendants believe the following questions on the Court's "boilerplate" list are redundant of information received via the Juror Questionnaire and can be eliminated:  1-4, 14-17, 30-31.  Defendants agree that the Court should ask the jury panel the following questions from the "boilerplate" list: 5, 10-13, 18-29.

Finally, Defendants suggest that questions 6-9 would need to be modified so as to address the corporate (rather than individual) parties in this case.

III.

**Defendants' Request for Clarification of *Voir Dire* Process**

Given outstanding questions regarding the Court's recent orders on voir dire, *see* Dkts. 158 at III(b)(3), Dkt. 2594, Defendants respectfully request a conference with the Court to discuss the the *voir dire* process.

Dated:    September 25, 2019                     Respectfully Submitted,


 /s/ Geoffrey E. Hobart                                    /s/ Enu Mainigi
Geoffrey E. Hobart                                Enu Mainigi
Mark H. Lynch                                     **WILLIAMS & CONNOLLY LLP**
Sonya D. Winner                                   725 Twelfth Street NW
**COVINGTON & BURLING LLP**                       Washington, DC  20005
One CityCenter                                    Tel: (202) 434-5000
850 Tenth Street NW                               Fax: (202) 434-5029
Washington, DC 20001                              emainigi@wc.com
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com                                    *Counsel for Cardinal Health, Inc.*
swinner@cov.com

*Counsel for McKesson Corporation*

 /s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

 /s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
**BARTLIT BECK LLP**
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
matthew.brewer@bartlitbeck.com

Alex J. Harris
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
alex.harris@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

 /s/ Wendy West Feinstein
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Steven A. Reed
Eric W. Sitarchuk
Harvey Bartle
Rebecca J. Hillyer
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
harvey.bartle@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5005
Tel: (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida*

 /s/ Charles C. Lifland
Charles C. Lifland
Sabrina H. Strong
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

Daniel M. Petrocelli
Amy R. Lucas
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Tel: (310) 553-6700
dpetrocelli@omm.com
alucas@omm.com

*Counsel for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

  */s/ John P. McDonald*
John P. McDonald
C. Scott Jones
Lauren M. Fincher
Brandan J. Montminy
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: (214) 740-8000
Fax: (214) 756-8758
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019 a copy of the foregoing has been served on the Parties, the Court, and the Special Masters.

Dated: September 25, 2019

By: */s/ Wendy West Feinstein*
Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219
Tel: (412) 560-3300
wendy.feinstein@morganlewis.com