# EXHIBIT 4

Page 1

1              UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF OHIO
3                    EASTERN DIVISION
4             ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
5   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
    OPIATE LITIGATION
6                                    Case No.
                                     17-md-2804
7

                                     Judge Dan Aaron
8                                    Polster
9   This document relates to:
10  The County of Cuyahoga v. Purdue Pharma, et
    al., Case No. 17-OP-45004
11

    City of Cleveland, Ohio v. Purdue Pharma L.P.,
12  et al., Case No. 18-OP-45132
13  The County of Summit, Ohio, et al. v. Purdue
    Pharma L.P., et al., Case No. 18-OP-45090
14

            ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
15
16

            Videotaped Deposition of
17               MATTHEW PAOLINO
18               December 5, 2018
                    9:02 a.m.
19
20                  Taken at:
21            Akron Bar Association
             57 South Broadway Street
22                 Akron, Ohio
23
24
25          Stephen J. DeBacco, RPR

Page 260

1        Q.    Okay.  Sir, have you ever used a

2    prescription opioid?

3        A.    I have.

4              MR. LEDLIE:  I'm going to instruct

5    the witness not to answer as to any of his

6    personal use.  It's a privacy issue.

7              MR. DAVISON:  And -- and what's the

8    basis for that?

9              MR. LEDLIE:  HIPAA.

10             MR. DAVISON:  Sorry.  Just to make

11   sure I understand the basis.

12             MR. LEDLIE:  Health information

13   protection.  His personal medical usage is not

14   relevant and has been the same objection that's

15   come up.  I understand it hasn't been an issue,

16   but.

17             MR. DAVISON:  Okay.  I just wanted

18   to make sure that the objection was -- was

19   clear on the record, that you're saying it's

20   a -- it's a HIPAA issue for his personal,

21   whether or not he has used an opioid; not any

22   question about the actual prescription, the

23   reason, or anything like that.  But the mere

24   question of yes or no you say is protected by

25   HIPAA?

Page 261

1          MR. LEDLIE:  His personal use of an

2    opioid, I believe, whether he used or did not

3    use an opioid, is protected by HIPAA, yes.

4          MR. DAVISON:  Okay.  Just wanted to

5    make sure the record was clear.

6          MR. LEDLIE:  Sure.

7          MR. DAVISON:  Thank you.

8          MR. LEDLIE:  No problem.

9          MR. DAVISON:  I have nothing

10    further at this time.  I do believe that one of

11    my other cocounsel has a question.

12          MR. LEDLIE:  Sure.

13          MR. DAVISON:  Can we go off the

14    record?

15          THE VIDEOGRAPHER:  Off the record

16    at 3:02 p.m.

17              (Off the record.)

18          THE VIDEOGRAPHER:  Back on the

19    record at 3:03 p.m.

20       EXAMINATION OF MATTHEW PAOLINO

21    BY MR. BREWER:

22       Q.    Good afternoon.

23       A.    Good morning -- afternoon.

24       Q.    My name is Matt Brewer.  I

25    represent Walgreens, and I'll ask a few more