# EXHIBIT 5

```
                                                            Page 1

 1              IN THE UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
                    ~~~~~~~~~~~~~~~~~~~~
 5
 6     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
        OPIATE LITIGATION
 7                                      Case No. 17-md-2804
 8                                      Judge Dan Aaron
        This document relates to:       Polster
 9
        The County of Summit, Ohio, et al.
10      v. Purdue Pharma L.P., et al.
11      Case No. 17-OP-45004
12      The County of Cuyahoga v. Purdue
        Pharma L.P., et al.
13      Case No. 18-OP-45090
14      City of Cleveland, Ohio v. Purdue
        Pharma L.P., et al
15      Case No. 18-OP-45132
16                  ~~~~~~~~~~~~~~~~~~~~
17              Videotaped deposition of
                W. CHRISTOPHER MURRAY, II
18
19                   August 3, 2018
                        9:00 a.m.
20
21                      Taken at:
        Climaco, Wilcox, Peca & Garofoli Co., L.P.A.
22              55 Public Square, Suite 1950
                      Cleveland, Ohio
23
24
25          Renee L. Pellegrino, RPR, CLR
```

Page 346

1  of McKesson?
2      A.   No, I have not.
3      Q.   Have you ever heard of
4  AmerisourceBergen?
5      A.   No.
6      Q.   Do you know the names of any of the
7  other defendants in this lawsuit or anything
8  about the conduct that's alleged in the lawsuit?
9           MR. BADALA:  Objection to form.
10     A.   No, I do not.
11     Q.   Have you ever personally known
12 anybody addicted to opioids?
13          MR. BADALA:  Objection to form.
14          What are you asking, family,
15 friends?  What are you asking here?
16          MR. BOEHM:  The question, I think,
17 speaks for itself.
18          MR. BADALA:  Can you restate that
19 question?
20              (Record read.)
21          MR. BADALA:  I'm still objecting to
22 form.
23     A.   Personally, no.
24     Q.   Have you ever been prescribed opioid
25 medication?

Page 347

1  MR. BADALA: I'm going to object and
2  direct you not to answer that question.
3  MR. BOEHM: I take it you'll tell
4  him not to answer a question if I ask about his
5  family's use?
6  MR. BADALA: Yes, same thing.
7  MR. BOEHM: Well, I'll spare
8  everybody the time of actually asking it then.
9  Okay. Let's go off the record, if
10 we can.
11  THE VIDEOGRAPHER: Going off the
12 record at 5:23 p.m.
13  (Discussion had off the record.)
14  THE VIDEOGRAPHER: Back on the
15 record at 5:24 p.m.
16  MR. BOEHM: Mr. Murray, I very much
17 appreciate your time here today. I know it's
18 not necessarily fun to sit for a deposition, but
19 we appreciate you doing that for us and being
20 willing to testify. Thank you very much. I
21 don't have any other questions for you at this
22 time.
23  I do, for the record, need to state
24 that, as counsel knows, we have not received
25 Mr. Murray's custodial file or I think a lot of