# EXHIBIT 6

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF OHIO

3                 EASTERN DIVISION

4

               ~~~~~~~~~~~~~~~~~~~~

5

6     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804

      OPIATE LITIGATION

7                               Case No. 17-md-2804

8                               Judge Dan Aaron

      This document relates to:      Polster

9

      The County of Cuyahoga v. Purdue

10    Pharma L.P., et al.

      Case No. 18-OP-45090

11

12              ~~~~~~~~~~~~~~~~~~~~

13          Videotaped deposition of

                WALTER PARFEJEWIEC

14

15              November 8, 2018

16                  9:00 a.m.

17

18

19                 Taken at:

20        Climaco, Wilcox, Peca & Garofoli

21         55 Public Square, Suite 1950

22              Cleveland, Ohio

23

24

25         Renee L. Pellegrino, RPR, CLR

Page 181

1    about what you consider to be the opioid problem
2    earlier today, you referenced your concern about
3    your sons a number of times.
4              Do you recall that?
5         A.    Yes.
6         Q.    And I'd like to know, have you
7    personally ever taken an opioid?
8              MR. BADALA:  Objection to form.
9              I'm going to instruct you not to
10   answer that question.
11        Q.    Are you going to follow your
12   counsel's instruction?
13        A.    Yes.
14        Q.    Yes, you're going to follow it or
15   yes, you're answering my question?
16        A.    Yes, I'm going to follow his
17   instruction.
18        Q.    As far as you know, have your sons
19   or any family member ever taken an opioid?
20             MR. BADALA:  Objection.
21             I'm going to instruct you again not
22   to answer that question.
23             THE WITNESS:  Okay.
24             MR. LONERGAN:  Notwithstanding that
25   he referenced his sons voluntarily a number of

```
                                          Page 182
 1   times today as the basis of his concern about
 2   opioids, you're going to tell him that he can't
 3   answer the question?
 4             MR. BADALA:  Taking the pill and his
 5   concern are completely different.
 6        Q.   Are you going to follow your
 7   counsel's advice and not answer my question?
 8        A.   Yes.
 9        Q.   Do you know anyone -- and this is a
10   yes or no question.  Do you know anyone who has
11   ever been addicted to opioids?
12        A.   No.
13        Q.   This is, again, a yes or no
14   question.  Do you know anyone who has died or
15   been hospitalized due to opioid use?
16             MR. BADALA:  Objection to form.
17        A.   No.
18             MR. LONERGAN:  Why don't we take a
19   break.  I might be done.
20             MR. BADALA:  Okay.
21             THE VIDEOGRAPHER:  Off the record,
22   1:44.
23                  (Recess had.)
24             THE VIDEOGRAPHER:  Back on the
25   record, 1:54.
```