# EXHIBIT 7

```
                                                            Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
                   ~~~~~~~~~~~~~~~~~~~~
 5
 6     IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
       OPIATE LITIGATION
 7                                     Case No. 17-md-2804
 8                                     Judge Dan Aaron
       This document relates to:       Polster
 9
10     The County of Cuyahoga v. Purdue
       Pharma L.P., et al.
11     Case No. 18-OP-45090
12     City of Cleveland, Ohio v. Purdue
       Pharma L.P., et al
13     Case No. 18-OP-45132
14     The County of Summit, Ohio, et al.
       v. Purdue Pharma L.P., et al.
15     Case No. 17-OP-45004
16                 ~~~~~~~~~~~~~~~~~~~~
17              Videotaped Deposition of
                       KEITH MARTIN
18
19                     April 3, 2019
                         9:11 a.m.
20
21                      Taken at:
                       Ulmer & Berne
22           1660 W. 2nd Street, Suite 1100
                     Cleveland, Ohio
23
24
25          Renee L. Pellegrino, RPR, CLR
```

Page 189

1  acquired outside the performance of your
2  official duties, you can give an opinion, you
3  can give your personal opinion.
4       A.    Again, it's my opinion that, you
5  know, we -- we got to this place somehow, and it
6  wasn't just through heroin or fentanyl.
7       Q.    But my question was a little more
8  specific than that.  My question was, without
9  heroin, without fentanyl, without carfentanil,
10 wouldn't you agree that -- would there be an
11 opioid epidemic in Ohio today?
12            MR. LEDLIE:  Object to the form of
13 the question.  Asked and answered.  Calls for a
14 legal conclusion.
15            MR. BENNETT:  Objection.
16 Speculation.  Same instruction.
17      A.    My personal belief is we would.
18      Q.    What is that personal belief based
19 on?
20      A.    I've talked to many parents who have
21 lost a child to an overdose, and to be quite
22 honest, it makes me sick because I'm tired of
23 talking to these parents.  And in many, many
24 cases they started out taking an opiate and they
25 didn't start out using heroin or fentanyl, it

Page 190

1  started some other way.  And in almost -- in
2  many of those cases it started with either
3  OxyContin, oxycodone, Vicodin, Percocet,
4  something, whether it was a sports injury,
5  whether it was somebody giving it to their
6  child.  So, you know, I'm basing that on my
7  conversations with parents who have buried their
8  children in Ohio.
9       Q.    Let me ask you if you're familiar
10 with the Controlled Substance Act.
11      A.    Yes.
12      Q.    Are you familiar with the closed
13 system of pharmaceutical distribution under the
14 CSA?
15      A.    No, I'm not.
16      Q.    You've never heard of the closed
17 system of distribution?
18      A.    No.
19      Q.    Okay.  Do you agree that most
20 diversion of prescription opioids happens
21 outside of this closed system?
22            MR. LEDLIE:  Object to the form of
23 the question.
24            MR. BENNETT:  Objection.  Calls for
25 speculation.