# EXHIBIT 9





## AMERISOURCE BERGEN

# DETERMINING SUSPICIOUS ORDERS IS SUBJECTIVE

→ This is a reason to be hyper vigilant, true?

TRUE

→ This is the LEGAL RESPONSIBILITY OF THE DISTRIBUTOR true?

TRUE

DEA may answer a specific question about whether part of a system is appropriate, the DEA will give its opinion

DEA doesn't do legal work for industry. TRUE? TRUE

Industry is required to interpret & follow the law TRUE? TRUE

# Amerisource Bergen

"In the course of your role as a diversion investigator and a group supervisor, you accepted these excessive purchase reports as compliant w/ the Controlled Substances Act?"  <u>YES</u>

BUT AFTER THE FACT reporting of suspicious orders has NEVER been in compliance w/ federal law according to the DEA's guidance provided to registrants

True?  <u>TRUE</u>

**McKESSON**

Distributors can't control what happens to pills once the pills are delivered to the customer of the pharmacy

But lots of control BEFORE that TRUE

**MCKESSON**

Other causes of opioid crisis (e.g. illegal prescribing).

A good Suspicious Order Monitoring system can help catch that true? **TRUE**

**MCKESSON**

Req of 1301.74A is "only to see if customer is registered."

But that's not the only section that applies to registrants

**MCKESSON**

Does § 1301.74 say distributors can't ship suspicious orders?

What's most important, health & safety or company profits?

_____

Plus other sources re-inforce no shipping

Walmart lawyer asked about rogue internet pharmacies as the "greatest threat of diversion."

Internet pharmacies shut down by ~2009 BUT problem continued . . .

**Walmart**

Did Joe Rannazzisi or DEA share the ARCOs data w/ companies?

*Each Company has data*

- The Companies won't agree to sharing  Never seen agree

- The DOJ won't agree to share

- Each company has their own data

- Enforcement always comes from a company's own data  YES  w/ other sources



"THE DEA CAN USE HIDDEN ROOM BUGS"

- WALMART SELLS HIDDEN ROOM BUGS!

- WALMART HIDES CAMERAS

- WALMART HAS SECURITY FORCES TRAINED TO PICK UP & STOP SHOPLIFTERS

# WALMART

"THE DEA CAN USE UNDERCOVER FOLKS"

- Walmart CAN TOO!

- "Mystery shoppers"



LOTS OF DEA TOOLS
FOR FIGHTING DIVERSION

- WALMART CAN SEE IN REAL
TIME AN EXCESSIVE FLOOD
OF PILLS SHOULD BE
THAT'S A VALUABLE TOOL?
YES



"DEA CAN GET A SEARCH WARRANT"

- DOES WALMART NEED A SEARCH WARRANT TO LOOK IN ITS OWN CLOSET? NO

- DOES WALMART NEED A GRAND JURY? NO

- A subpoena? NO

- The FBI? NO



IF THEY ARE BLAMING THE DEA FOR NOT DISCLOSING THEIR INFORMANTS & OTHER SOURCES.

DOES THAT EXCUSE WALMART FOR BREAKING THE LAW? NO

**Walmart** "You're not aware of any deadline that DEA set that changed this practice related to shipping of the suspicious orders"

MB 1990's

DEA NEVER TOLD COMPANIES TO SHIP SUSPICIOUS OR EXCESSIVE ORDERS — THAT WAS THE COMPANY'S DECISION TRUE? TRUE

**Walmart** "WOULD YOU AGREE THAT DRUG TRAFFICKERS & DIVERTERS ARE THE ONES WHO POTENTIALLY BENEFIT IF DEA DECIDES TO ISOLATE ITSELF FROM INDIVIDUALS WHO HELP ADVANCE DEA'S DIVERSION INVESTIGATIONS WHO ARE OUTSIDE OF DEA?

— Drug "traffickers" are the sellers of opioids — the Walmarts, etc. make $ off the sales

"Do you agree that good leaders hold themselves accountable for the decisions they make?!"

THAT SHOULD BE TRUE FOR WALMART TOO

YES



WALMART:

"Do you agree the American public has a right to expect that the leaders of our law enforcement agencies will lead their teams in a fashion consistent with the standards ... "

Do you agree the American public has a right to expect that the leaders of huge companies like Walmart will lead their teams to follow the law, and not try to get away with actions that endanger our communities & people.'









D.E.A.



Michael Mapes



"DISTRIBUTORS / MAN./ PHAR" WERE CONFUSED"

— COMPANIES HAVE IN-HOUSE & OUT SIDE LAWYERS

Agree

— DEA doesn't give legal counsel

Agree

— Some companies hired former employees from DEA

Agree

— If confused, stop selling until questions answered

Agree

ROAD BLOCK



Joseph Rannazzisi



Acting Admin Rosenberg

"DEA is part, of the problem"

— Disagree. DEA tried to stop diversion & clean up supply chain

— If companies stop diversion — DEA is or isn't the issue?



ROAD BLOCK



Joseph Rannazzisi



2005: SAT w/ DISTRIBUTORS & EXPLAINED LAW & WHAT WAS EXPECTED

2006: SENT LETTERS

2007:

BUT COMPANIES DIDN'T DO WHAT DIRECTED TO DO

THEY DIDN'T COMPLY

(COMPANIES CHANGED

REMEMBER RESPONSIBILITIES (KNEW) — Don't know if there

KNOW CERTAIN ISSUES

LAW) was changed — Don't know don't know #'s

DIVERSION CAUSES OVERDOSES & DEATHS — 16,000 in 2014 or 2015



Joseph Rannazzisi







WHAT
COMPLIANCE REQUIRED?

REGISTRNTS TO MAINTAIN
EFFECTIVE CONTROL AGAINST
DIVERSION

To'll NOT at All
D. N. Agree

— REGISTRANT REQ'D TO
REPORT A SUSPICIOUS
ORDER TO DEA

Agree

— MAINTAIN SYSTEM TO DETECT
SUSPICIOUS ORDERS
— BUSINESS DECISION BUT
MUST IDENTIFY SUSPICIOUS
ORDERS

Agree

— DON'T SHIP SUSPICIOUS ORDERS
W/O FULL DUE DILIGENCE
RESOLVED SUSPICIONS

Agree

Joseph
Rannazzisi

# DIVERSION CONTROL 101

IF COMPANY SEES SUSPICIOUS ORDER:

☐ SHIP/SELL?

or

☐ HOLD & INVESTIGATE

HOLDING SHIPMENTS THAT WERE SUSPICIOUS WAS NEW FOR Amerisource in 2007

BEFORE THAT, THEY WOULD BE SUSPICIOUS & SHIP ANYWAY?

HOLD orders? susp. since 1943

We have our suspicions
But we sell anyway

# NOTES ON DISTRIBUTOR MEETINGS (Ex 18)

It says you met w/ the volume/source problems first.

Who did you prioritize?

THE BIG 3

Amerisource

Cardinal

McKesson

# Internet Pharmacies &
# CARDINAL HEALTH

→ MET w/ DEA

→ NEVER CONFESSED

→ Ea Selling pills
   any way

MEETING w/ McKESSON RE
Internet pharmacies

- McKesson was participating
  in this problem too
                     true?   TRUE

    SEE THE WHOLE TRUTH

- WOULD NOTE IF "MORE
    SAID" AT Mtgs -

  So no distributor
       "confessed"?
                     TRUE

Amerisource
lawyer:

"WE'VE NEVER MET BEFORE"

BUT YOU SURE MET HER
CLIENT- Amerisource
Bergan.  TRUE?

TRUE

You do privileged work
for them, right?

YES (did)

WORKING for lawvers

Amerisource Bergan   mtg   re
Inter net    pharmacies (Ex 7)

THIS   SHOWS   THE   GLARING
PROBLEMS   w/   Amerisource's
business

True?   TRUE 1/3ᵈ

SEE   THE   WHOLE   TRUTH

# INTERNET PHARMACY ISSUES

- THIS WAS A HUGE PROBLEM true?  **YES**

- WHERE DID THEY GET DRUGS?  **"DISTRIBUTORS"**

- Did the major distributors bring the problem to the DEA's attention?  **—NO—**

- AREN'T DISTRIBUTORS required to "know their customers"?

  DIVERSION CONTROL 101  **YES**

# INTERNET PHARMACY
## concerns

- THE LAW IS THE LAW IS THE LAW
  SAME LAW TO ALL PHARM.
- THERE IS NO SPECIAL LAW FOR
  INTERNET PHARMACIES TRUE

- HOW DO "ROGUE INTERNET
  PHARMACIES" GET PILLS?
  DISTRIBUTORS
- ARE WE TO BELIEVE AmeriSource
  Bergen / Cardinal / McKesson
  can't figure out a fake pharmacy?
  "ignorance is no excuse"



Michael Mapes



# Amerisource Bergen

The lawyer told you the DEA approved their suspicious order monitoring system at one point in time

- Approved method of providing info (Ex 5)

- This was methamphetamines, not opioids

- And they hold shipping while contacting & reporting to DEA



# ABDC'S LAWYER SAYS "GRADUAL CHANGE"



DID THE QUESTIONS
THE ABDC LAWYER
ASKED YOU CHANGE
ANYTHING AB YOUR
TESTIMONY TODAY
THE THIS HAS ALWAYS
BEEN THE LAW
SINCE 1970's

# INTERNET PHARMACY
# GOT REGISTRATION
## – BLAME DEA/GOV –

- Δ HAVE DUTY TO KNOW THEIR CUSTOMERS
  DEA ≠ REGISTRANT
- WHERE DO INTERNET PHARMACIES GET THEIR PILLS? DEA? GOV?
- IF COMPANY MAINTAINS EFFECTIVE CONTROL, NOT MUCH TO INSPECT?

# RELYING ON STATE INSPECTORS

— DEA ≠ MULTI MILLION DOLLAR CORP?

— IF COMPANIES MAINTAIN EFFECTIVE CONTROL, NOT MUCH TO INSPECT!

# HIPPA: COMPANIES DON'T HAVE PATIENT MED Rx

---

## — THE WHOLE TRUTH:

↳ MANUFACTURERS HAVE DATA OF THEIR TOP PRESCRIBERS

↳ COMPANIES CAN DO THE RED FLAGS TEST w/O RXs

METH DOCUMENT &
SUGGESTION THAT ABDC
HAD A "POLICY"
DEA APPROVED OF

---

— A POLICY IS NO
GOOD IF A COMPANY
DOESN'T FOLLOW IT

— SEATBELT

# RE: ABDC AUDITS & PRIVILEGE LOG

---

— YOU SAID YOU FOUND COMPANY WAS "GENERALLY COMPLIANT?"

— IF YOU ONLY SHOPLIFT ONCE A MONTH INSTEAD OF EVERY TIME YOU ENTER A STORE, THAT'S STILL AGAINST LAW, RIGHT?

# RE: DUTY NOT TO SHIP

— REGULATIONS
— CSA SAYS
REPORT WHEN
DISCOVERED.

c WHEN: @ OR
DURING THAT
TIME

# "MCKESSON REACTED PROMPTLY"

- THEY GOT BUSTED!
- AND DID IT AGAIN
- COST OF DOING BUSINESS