**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>Hon. Dan A. Polster |

**MCKESSON CORPORATION'S MOTION IN LIMINE TO
EXCLUDE CERTAIN EVIDENCE AND ARGUMENT**

Pursuant to the Federal Rules of Evidence, including but not limited to Rules 402, 403, 801, and 802, and the Court's Amended Order Regarding Pretrial Motions for "Track One" Trial (ECF No. 1709), McKesson Corporation hereby moves for the exclusion of certain evidence and argument for the reasons given in the accompanying memorandum of law, which is incorporated here.

1

Dated:      September 25, 2019                    Respectfully Submitted,


                                                  */s/ Geoffrey E. Hobart*
                                                  Geoffrey E. Hobart
                                                  Mark H. Lynch
                                                  Christian J. Pistilli
                                                  **COVINGTON & BURLING LLP**
                                                  One CityCenter
                                                  850 Tenth Street NW
                                                  Washington, DC 20001
                                                  Tel: (202) 662-5281
                                                  ghobart@cov.com
                                                  mlynch@cov.com
                                                  cpistilli@cov.com

                                                  *Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the

Court's ECF system to all counsel of record.

/s/ Geoffrey E. Hobart

Geoffrey E. Hobart