# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## [PROPOSED] ORDER GRANTING MCKESSON CORPORATION'S MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT

Upon consideration of McKesson Corporation's Motion in Limine to Exclude Certain Evidence and Argument, it is hereby **ORDERED** that McKesson Corporation's Motion in Limine to Exclude Certain Evidence and Argument **GRANTED.**

_____
Hon. Dan A. Polster
United States District Judge