# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

## DECLARATION OF CHRISTIAN J. PISTILLI
## IN SUPPORT OF DISTRIBUTOR DEFENDANTS' MOTION FOR
## SUMMARY JUDGMENT ON PLAINTIFFS' RICO AND OCPA CLAIMS

I, Christian J. Pistilli, declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP and counsel to Defendant McKesson Corporation in this action.

2. I make this declaration to place before the Court certain materials relied on in McKesson Corporation's Motion in Limine to Exclude Certain Evidence and Argument.

3. Attached as **Exhibit 1** is a true and correct copy of "Plaintiffs' Amended First Notice of Deposition Pursuant to Rule 30(b)(6) and Document Request Pursuant to Rule 30(b)(2) and Rule 34 to Defendant McKesson Corporation," dated June 18, 2018.

4. Attached as **Exhibit 2** is a true and correct copy of "Plaintiffs' Amended Second Notice of Deposition Pursuant to Rule 30(b)(6) and Document Request Pursuant to Rule 30(b)(2) and Rule 34 to Defendant McKesson Corporation," dated June 18, 2018.

_____
CHRISTIAN J. PISTILLI

## **CERTIFICATE OF SERVICE**

     I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                            */s/ Geoffrey E. Hobart*
                                            Geoffrey E. Hobart