IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 | MDL No. 2804<br>Hon. Judge Dan A. Polster |

## TEVA DEFENDANTS' AND ACTAVIS GENERIC DEFENDANTS' OMNIBUS MOTION IN LIMINE

Pursuant to Federal Rules of Evidence 402, 403, 404, and 408, and for the reasons set forth in the Teva Defendants' and Actavis Generic Defendants' (collectively, "Moving Defendants") attached Memorandum of Law, Moving Defendants move for the following to be excluded at trial:

- TAD-1: reference to the Cephalon misdemeanor plea;

- TAD-2: reference to "off-label" promotion;

- TAD-3: reference to the 2008 civil settlement between Cephalon and the Office of Inspector General (along with the settlement of the opioid action brought by the Oklahoma Attorney General);

- TAD-4: evidence of any opioid-related harm that occurred outside of the Counties;

- TAD-5: evidence of marketing-related statements or opioid shipments outside of the Counties;

- TAD-6: evidence regarding Teva Defendants' financial support of third-party groups;

- TAD-7: testimony from Russell Portenoy about any improper conduct by Moving Defendants;

- TAD-8: argument that the Actavis Generic Defendants should have made additional warnings regarding their generic medicines or should have stopped selling them;

- TAD-9: reference to the purchase price paid by Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") for the Actavis Generic Defendants; and

- TAD-10: reference to the settlement agreement between Teva Ltd. and Allergan PLC.[1]

Moving Defendants reserve the right to supplement this Motion prior to trial and/or to file additional motions *in limine*, particularly given that certain documents, such as the settlement agreement between Allergan PLC and Plaintiffs, have not yet been produced.  Nor have Plaintiffs provided a manageable list of witnesses or documents that would enable Moving Defendants to identify what specific evidence Plaintiffs intend to introduce at trial and to challenge that particular evidence.

---

[1] Cephalon and Teva USA are referred to as the "Teva Defendants."  Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida are collectively referred to as the "Actavis Generic Defendants."  In addition, Teva Pharmaceutical Industries Ltd., is an Israeli corporation that is not subject to and contests personal jurisdiction; it is specially appearing to join this motion and does not waive and expressly preserves its personal jurisdiction challenges.

| | |
|---|---|
| September 25, 2019 | Respectfully submitted,<br><br>Eric W. Sitarchuk<br>Steven A. Reed<br>Rebecca J. Hillyer<br>Harvey Bartle, IV<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000<br>eric.sitarchuk@morganlewis.com<br>steven.reed@morganlewis.com<br>rebecca.hillyer@morganlewis.com<br>harvey.bartle@morganlewis.com<br><br>Nancy L. Patterson<br>MORGAN, LEWIS & BOCKIUS LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5005<br>Tel: (713) 890-5195<br>nancy.patterson@morganlewis.com<br><br>Wendy West Feinstein<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Oxford Centre, 32nd Floor<br>Pittsburgh, PA 15219-6401<br>Telephone:  (412) 560-3300<br>wendy.feinstein@morganlewis.com<br><br>Brian M. Ercole<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131-2339<br>Telephone: (305) 415-3000<br>brian.ercole@morganlewis.com<br><br>*Attorneys for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida and specially apperaring Teva Pharmaceutical Industries Ltd.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Steven A. Reed*
Steven A. Reed