UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES:<br><br>*ALL CASES* | MDL 2804<br><br>Case No.: 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**CERTAIN PLAINTIFFS' NOTICE OF FILING OF
PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f)**

## NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f)

Certain proposed class member plaintiffs[*] respectfully submit this Notice to the Court regarding their Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f), filed today with the U.S. Court of Appeal for the Sixth Circuit.  A copy of the Petition as transmitted for filing to the Sixth Circuit Clerk of Court is attached to this filing.

Dated: September 25, 2019

                                      Respectfully submitted,

                                      *Counsel for Plaintiffs:*

                                      */s/ James L. Ferraro*
                                      James L. Ferraro, Esq.
                                      Kelley & Ferraro, LLP
                                      950 Main Avenue
                                      Suite 1300
                                      Cleveland, OH 44113
                                      Tel.: 216.202.3450
                                      Email: jlf@ferrarolaw.com

---

[*] City of North Royalton, Ohio; City of East Cleveland, Ohio; City of Mayfield Heights, Ohio; City of Lyndhurst, Ohio; City of Huron, Ohio; and City of Wickliffe, Ohio.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

Dated: September 25, 2019

*/s/ James L. Ferraro*
James L. Ferraro