United States District Court

Northern District of Ohio

Eastern Division

| | |
|---|---|
| In Re National Prescription Opiate Litigation<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**PARTIES' JOINT STIPULATION**

The parties to the above-entitled action, having met and conferred[1], and upon determining that good cause exists for the foregoing, hereby stipulate as follows:

1. 21 U.S.C. § 801 et seq., the Controlled Substances Act ("CSA"), is a federal statute that applies to each substance regulated under federal law.

2. Congress enacted the CSA in 1970.

3. The Drug Enforcement Agency ("DEA") is the federal agency responsible for the implementation and enforcement of regulations corresponding to the CSA.

4. DEA regulates the closed system for drug distribution in the United States.

5. DEA promulgated regulations, 21 C.F.R. § 1301.01 et seq., to implement the CSA in 1971.

6. "Suspicious orders," pursuant to 21 C.F.R. § 1301.74(b), "include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."

---

[1] The parties continue to meet and confer on several additional proposed facts.

7. As part of the closed system for drug distribution, every manufacturer, distributor, pharmacy, pharmacist, and prescriber in the supply chain that handle controlled substances must be registered with DEA.

8. The CSA establishes five schedules of controlled substances: Schedule I, Schedule II, Schedule III, Schedule IV, and Schedule V controlled substances.

9. Oxycodone is classified as a Schedule II controlled substance.

10. DEA was a member of the Suspicious Order Task Force pursuant to the Comprehensive Methamphetamine Control Act of 1996.

11. DEA's Internet Distributor Initiative commenced in July 2005.

12. Manufacturers and Distributors are required to report all transactions involving Schedule II controlled substances and transactions involving certain Schedule III narcotics to DEA's Automation of Reports and Consolidated Order System ("ARCOS").

13. ARCOS also contains records of manufacturers' transactions involving other selected Schedule III and IV psychotropic drugs.

14. DEA can and does use ARCOS data to create summary reports showing how many controlled substances were manufactured and distributed throughout the United States.

15. Data from ARCOS has been available to DEA and other federal law-enforcement officials since 1996.

16. The documents produced by the United States Drug Enforcement Administration ("DEA") related to the Automated Records and Consolidated Orders System ("ARCOS Data") reflecting transactions in drug products containing one or more of fourteen drugs: buprenorphine, codeine, dihydrocodeine, fentanyl, hydrocodone, hydromorphone, levorphanol, meperidine, methadone, morphine, powdered opium, oxycodone, oxymorphone, and tapentadol for the period of January 1, 2006 through December 31, 2014 shall be deemed authentic and presumed admissible for the purposes of this litigation.

17. Cardinal Health, Inc. is an Ohio corporation and is headquartered in Dublin, OH.

18. From at least 1995 to 2007, each of Cardinal Health's more than two dozen distribution centers submitted an ILR each month to the DEA.

19. Walgreen Co. is an Illinois corporation with its principal place of business in Deerfield, Illinois.

20. Walgreen Eastern Co., Inc. is a New York corporation with its principal place of business in Deerfield, IL.

21. Walgreens operates a national retail pharmacy chain.

22. AmerisourceBergen Drug Corporation is incorporated in Delaware and its principal place of business is located in Chesterbrook, PA.

23. Anesta Corporation initially sought approval from the United States Food and Drug Administration ("FDA") for Actiq.

24. Cephalon acquired the rights to Actiq in October 2000.

25. Fentora was approved by the FDA on September 25, 2006 for the management of breakthrough pain in patients with cancer who are already receiving and who are tolerant to opioid therapy for their underlying persistent cancer pain.

26. Actiq and Fentora are both "branded" medicines because they were sold pursuant to an FDA-approved New Drug Application ("NDA), under a brand name (Actiq or Fentora).

27. Teva Ltd. is the indirect parent company of Teva USA, Cephalon, Watson Labs, Actavis LLC, Actavis Pharma, Warner Chilcott, Actavis South Atlantic, Actavis Elizabeth, Actavis Mid Atlantic, Actavis Totowa, Actavis Kadian, Actavis Labs UT, and Actavis Labs FL.

28. Teva Ltd. became the indirect parent of Cephalon in October 2011.

29. Teva USA is a Delaware corporation with its principal place of business in North Wales, Pennsylvania.

30. Prior to October 2011, Teva USA did not manufacture or sell any branded opioid medicines.

31. Cephalon is a Delaware corporation with its principal place of business in West Chester, Pennsylvania.

32. FDA approved each of the opioid medicines sold by Teva USA, Cephalon, Watson Labs, Actavis LLC, Actavis Pharma, Warner Chilcott, Actavis South Atlantic, Actavis Elizabeth, Actavis Mid Atlantic, Actavis Totowa, Actavis Kadian, Actavis Labs UT, and Actavis Labs FL before they were sold or marketed in the United States.

33. Johnson & Johnson is a New Jersey Corporation with principal place of business in New Brunswick, NJ.

34. Janssen Pharmaceuticals, Inc. ("Janssen") is a Pennsylvania corporation with its principal place of business in Titusville, NJ and is a wholly-owned subsidiary of Johnson &Johnson.

35. Janssen Pharmaceuticals, Inc. formerly was known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., which in turn was fka Janssen Pharmaceutica, Inc.

36. Ortho-McNeil-Janssen Pharmaceuticals, Inc., nka Janssen Pharmaceuticals, Inc., was a Pennsylvania corporation with its principal place of business in Titusville, NJ.

37. Janssen Pharmaceutica, Inc., nka Janssen Pharmaceuticals, Inc., was a Pennsylvania corporation with its principal place of business in Titusville, NJ.

38. Janssen sold the opioid products (1) Duragesic, (2) Nucynta IR, and (3) Nucynta ER for certain periods of time.

39. The FDA approved Duragesic 25-100 ug/hr fentanyl patches on August 7, 1990.

40. The FDA approved Duragesic 12.5 ug/hr fentanyl patches on February 4, 2005.

41. Janssen previously manufactured Nucynta IR (immediate-release tapentadol hydrochloride) in 50, 75, and 100 mg doses.

42. The FDA approved Nucynta IR 50-100 mg on November 20, 2008.

43. Nucynta IR entered the market in June 2009.

44. Janssen no longer sells Nucynta IR or ER, having divested those products in 2015 to Depomed, Inc., an American specialty pharmaceutical company.

45. Janssen previously manufactured Nucynta ER (extended-release tapentadol hydrochloride) in 50, 100, 150, 200, and 250 mg doses.

46. The FDA approved Nucynta ER 50-250 mg on August 25, 2011.

47. Nucynta ER entered the market in September 2011.

Dated: September 25, 2019                                    Respectfully Submitted,

 */s/ Geoffrey E. Hobart*                                     */s/ Enu Mainigi*
Geoffrey E. Hobart                                            Enu Mainigi
Mark H. Lynch                                                 **WILLIAMS & CONNOLLY LLP**
Sonya D. Winner                                               725 Twelfth Street NW
**COVINGTON & BURLING LLP**                                   Washington, DC  20005
One CityCenter                                                Tel: (202) 434-5000
850 Tenth Street NW                                           Fax: (202) 434-5029
Washington, DC 20001                                          emainigi@wc.com
Tel: (202) 662-5281
ghobart@cov.com                                               *Counsel for Cardinal Health, Inc.*
mlynch@cov.com
swinner@cov.com

*Counsel for McKesson Corporation*

| | |
|---|---|
| */s/ Robert A. Nicholas* | */s/ Kaspar Stoffelmayr* |
| Robert A. Nicholas | Kaspar Stoffelmayr |
| Shannon E. McClure | Brian C. Swanson |
| **REED SMITH LLP** | Katherine M. Swift |
| Three Logan Square | Matthew W. Brewer |
| 1717 Arch Street, Suite 3100 | **BARTLIT BECK LLP** |
| Philadelphia, PA 19103 | 54 West Hubbard Street |
| Tel: (215) 851-8100 | Chicago, IL 60654 |
| Fax: (215) 851-1420 | Tel: (312) 494-4400 |
| rnicholas@reedsmith.com | Fax: (312) 494-4440 |
| smcclure@reedsmith.com | kaspar.stoffelmayr@bartlitbeck.com |
| | brian.swanson@bartlitbeck.com |
| *Counsel for AmerisourceBergen Drug Corporation* | kate.swift@bartlitbeck.com |
| | matthew.brewer@bartlitbeck.com |

Alex J. Harris
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
alex.harris@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

 */s/ Steven A. Reed*
Steven A. Reed
Eric W. Sitarchuk
Harvey Bartle
Rebecca J. Hillyer
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
harvey.bartle@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5005
Tel: (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
**MORGAN, LEWIS & BOCKIUS LLP**
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian*

 */s/ Charles C. Lifland*
Charles C. Lifland
Sabrina H. Strong
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

Daniel M. Petrocelli
Amy R. Lucas
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Tel: (310) 553-6700
dpetrocelli@omm.com
alucas@omm.com

*Counsel for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida, and specially appearing Teva Pharmaceutical Industries Ltd.*

 /s/ John P. McDonald
John P. McDonald
C. Scott Jones
Lauren M. Fincher
Brandan J. Montminy
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: (214) 740-8000
Fax: (214) 756-8758
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

 /s/Joseph F. Rice
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com


Paul T. Farrell, Jr., Esq.
**GREENE KETCHUM, LLP**
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*


 /s/W. Mark Lanier
W. Mark Lanier
**LANIER LAW FIRM**
10940 W. Sam Houston Pkwy N., Ste 100
Houston, TX  77064
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Plaintiffs' Trial Counsel*

 /s/Peter H. Weinberger
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

| | |
|---|---|
| /s/ Hunter J. Shkolnik | /s/ Linda Singer |
| Hunter J. Shkolnik | Linda Singer |
| **NAPOLI SHKOLNIK** | **MOTLEY RICE LLC** |
| 360 Lexington Ave., 11th Floor | 401 9th St. NW, Suite 1001 |
| New York, NY 10017 | Washington, DC 20004 |
| (212) 397-1000 | (202) 386-9626 x5626 |
| (646) 843-7603 (Fax) | (202) 386-9622 (Fax) |
| hunter@napolilaw.com | lsinger@motleyrice.com |
| | |
| *Counsel for Plaintiff Cuyahoga County, Ohio* | Donald A. Migliori |
| | **MOTLEY RICE LLC** |
| | 28 Bridgeside Blvd. |
| | Mount Pleasant, SC  29464 |
| | 843-216-9241 |
| | 843-416-5481 (Fax) |
| | dmigliori@motleyrice.com |
| | |
| | *Counsel for Plaintiff Summit County, Ohio* |