UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,<br><br>-against-<br><br>THIS DOCUMENT RELATES TO: ALL CASES, | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendants Pharmaceutical Research Associates L.P., (formerly named Purdue Holdings L.P.), BR Holdings Associates Inc., PLP Associates Holdings L.P., PLP Associates Holdings Inc., and BR Holdings Associates L.P. (collectively, the "Defendants"), hereby provide this Court with notice that their former counsel, HOGUET NEWMAN REGAL & KENNEY, LLP, has been substituted for new counsel as of the date hereof.  Defendants provide this Court with notice that HAUG PARTNERS LLP shall be substituted as attorney(s) of record for the Defendants.

Date: September 26, 2019

By: _____
John Dougherty, Esq.
Katherine Galle, Esq.
HAUG PARTNERS LLP
One Post Office Square
Boston, Massachusetts 02109
Telephone:  617.426.6800

By: _____
David Zwally, Esq.
Keelan F. Diana, Esq.
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
Telephone:  212.588.0800

*Incoming Counsel for Defendants:*
*Pharmaceutical Research Associates L.P., f/k/a Purdue Holdings L.P.*
*BR Holdings Associates Inc.*
*BR Holdings Associates L.P.*
*PLP Associates Holdings L.P.*
*PLP Associates Holdings Inc.*

By: _____
John J. Kenney, Esq.
Helene R. Hechtkopf, Esq.
HOGUET NEWMAN REGAL & KENNEY, LLP
One Grand Central Place
48th Floor
New York, New York 10165
Telephone:  212.689.8808

*Outgoing Counsel for Defendants:*
*Pharmaceutical Research Associates L.P., f/k/a Purdue Holdings L.P.*
*BR Holdings Associates Inc.*
*BR Holdings Associates L.P.*
*PLP Associates Holdings L.P.*
*PLP Associates Holdings Inc.*