UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,<br><br>-against-<br><br>THIS DOCUMENT RELATES TO: ALL CASES, | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE REGARDING WAIVER OF SERVICE

**IT IS HEREBY STIPULATED AND AGREED** that HAUG PARTNERS LLP be substituted as attorney(s) of record for the Defendants Pharmaceutical Research Associates L.P., (formerly named Purdue Holdings L.P.), BR Holdings Associates Inc., PLP Associates Holdings L.P., PLP Associates Holdings Inc., and BR Holdings Associates L.P. in the above-entitled action(s) in place and stead of HOGUET NEWMAN REGAL & KENNEY, LLP, as of the date hereof.

**IT IS HEREBY STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, each of which shall be deemed to be an original and all of which taken together constitute one and the same Stipulation. A faxed or e-mailed copy of this Stipulation as executed shall have the same force and effect as the original document.

Date: September 26, 2019

By: _____
John Dougherty, Esq.
HAUG PARTNERS LLP
One Post Office Square
Boston, Massachusetts 02109
Telephone: 617.426.6800

By: _____
John J. Kenney, Esq.
HOGUET NEWMAN REGAL & KENNEY, LLP
One Grand Central Place
48th Floor
New York, New York 10165
Telephone: 212.689.8808

*Attorneys for Defendants:*
*Pharmaceutical Research Associates L.P., f/k/a Purdue Holdings L.P.*
*BR Holdings Associates Inc.*
*BR Holdings Associates L.P.*
*PLP Associates Holdings L.P.*
*PLP Associates Holdings Inc.*

By: _____
Edward Mahony