# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No.: 1:17-md-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE

Laura Fitzpatrick of Simmons Hanly Conroy LLC hereby enters her appearance on behalf of Mark T. Garber, Duly Elected Sheriff of Lafayette Parish, in His Capacity as Officer Ex Officio of the Lafayette Parish Sheriff's Office and the Lafayette Parish Law Enforcement District in connection with the above-styled cause of action.

Respectfully submitted,

SIMMONS HANLY CONROY LLC

By */s/ Laura Fitzpatrick*
Laura Fitzpatrick
112 Madison Avenue, 7th Floor
New York, NY 10016
Ph: 212-784-6400
Fax: 212-213-5949

*Attorneys for Mark T. Garber, Duly Elected Sheriff of Lafayette Parish, in His Capacity as Officer Ex Officio of the Lafayette Parish Sheriff's Office and the Lafayette Parish Law Enforcement District*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 26, 2019, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

                                        /s/ *Laura Fitzpatrick*
                                        Laura Fitzpatrick