United States District Court
Northern District of Ohio
Office of the Clerk
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113

**Extreme Hardship Form**

If you have access to the Internet, please complete your summons and extreme hardship form online.

1. Visit the website: www.ohnd.uscourts.gov
2. Click on "Jury Service"
3. Click on the green eJuror logo link at the top of the page

If you complete these documents online, you do not need to return any forms via mail.

Name:_____

Participant Number:_____

The trial for which you have been summonsed is expected to start on <u>October 16, 2019 and last approximately eight weeks.</u> Would this service present an extreme hardship for you? Please circle.

                Yes                No

If Yes, please indicate the circumstances. If No, please write "N/A."

_____
_____
_____
_____
_____
_____
_____
_____

If further information regarding your extreme hardship is needed, the Court will contact you. **Please do not submit an additional excuse request via any other method, as this will delay processing.**

You will receive further information regarding jury service, including parking and directions, prior to your report date. If you are excused from serving on this trial due to an extreme hardship, you will receive written confirmation from the Jury Department.