UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION | MDL 2804 |
| OPIATE LITIGATION | Case No.: 1:17-md-2804 |
| THIS DOCUMENT RELATES: | Judge Dan Aaron Polster |
| *ALL CASES* | |

**CERTAIN PLAINTIFFS' NOTICE OF FILING OF CORRECTED
<u>PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f)</u>**

## NOTICE OF FILING OF CORRECTED PETITION FOR
## PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f)

Certain proposed class member plaintiffs[*] respectfully submit this Notice to the Court regarding their Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f) (Petition), filed on September 25, 2019 with the U.S. Court of Appeal for the Sixth Circuit.  Shortly after filing the Petition with the Sixth Circuit, counsel realized that the Certificate of Compliance had to be revised to comply with the current version of Fed. R. App. P. 5. Counsel notified the U.S. Court of Appeal for the Sixth Circuit and provided a revised certificate. On September 26, 2019, the Petition was docketed with the corrected Certificate of Compliance. The substance of the Petition remains unchanged.  A copy of the Petition with the corrected Certificate as docketed with the U.S. Court of Appeal for the Sixth Circuit is attached to this filing.

Dated: September 27, 2019

Respectfully submitted,

*Counsel for Plaintiffs:*

*/s/ James L. Ferraro*
James L. Ferraro, Esq.
Kelley & Ferraro, LLP
950 Main Avenue
Suite 1300
Cleveland, OH 44113
Tel.: 216.202.3450
Email: jlf@ferrarolaw.com

---

[*] City of North Royalton, Ohio; City of East Cleveland, Ohio; City of Mayfield Heights, Ohio; City of Lyndhurst, Ohio; City of Huron, Ohio; and City of Wickliffe, Ohio.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

Dated: September 27, 2019

*/s/ James L. Ferraro*
James L. Ferraro