UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,     MDL NO. 2804
OPIATE LITIGATION

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## JOINT PROPOSED SCHEDULING ORDER AND POSITIONS ON SCHEDULING

*Proposed Scheduling Order*:

1. NAS Plaintiffs shall disclose on **October 2, 2019** the four cases that will be amended, the identities of the plaintiffs in those four cases, the definitions of the classes those plaintiffs seek to represent, and the identities and area of expertise for any experts whom plaintiffs intend to offer in support of class certification.

2. NAS Plaintiffs shall file their amended complaints in four of the cases to which this Order is applicable no later than **October 7, 2019**. These complaints will be subject to no further amendment and will be the subject of the representative motions for class certification to be heard by the Court.

3. Plaintiffs shall produce to defendants on **October 7, 2019** completed, signed fact sheets for all plaintiffs identified in the four amended complaints. In order for a fact sheet to be complete it must be accompanied by all requested documentation. The fact sheet to be completed by Plaintiffs is attached hereto as Exhibit A.

4. Plaintiffs shall respond to defendants' discovery requests, and produce responsive, non-privileged documents, within 14 days of service of any requests.

5. Plaintiffs shall file their consolidated motion for class certification, accompanied by any expert reports, on **October 21, 2019**.

6. Plaintiffs shall make their experts and class representatives available for deposition before **November 22, 2019**.

7. Defendants' opposition to class certification, accompanied by any expert reports, shall e due on **December 9, 2019**.

8. Defendants shall make their experts available for deposition before **December 20, 2019**.

9. Plaintiffs' reply shall be due on **December 30, 2019**.

*Plaintiffs' Position*:

Plaintiffs object to the Court's order (as communicated by the Special Master), requiring them to conclude all class certification proceedings by end of year. As the Court is aware, Plaintiffs have fought long and hard against the efforts of the PEC to sweep these claims under the rug, while concomitantly and falsely asserting that these interests are being protected by the PEC. It is only now that Plaintiffs have been allowed an opportunity to begin to advocate for themselves and the putative classes.

These are highly serious matters which require best efforts and undivided attention from putative class counsel and this Court. The interests of the NAS infants and children under this Court's protection demand that the process take place judiciously and with a mind toward the gravity of their plight. Rushing through this process is highly inappropriate.

To that end, Plaintiffs join in this proposed scheduling order with serious objection. ***All dates must move forward by four months, including the filings of Motions for Class Certification by February 8, 2020.*** Nothing less will allow Plaintiffs and the putative class their due process of law.

*Defendants' Position*:

Defendants have negotiated and proposed this schedule, which concludes on December 30, 2019, in keeping with the Court's order to provide a schedule for class certification ending by the end of the year. The Court's order arose from unilateral motions by the NAS Plaintiffs to which Defendants were not given time to respond. Defendants have objected to the Special Master and continue to object to this deadline, which does not provide adequate time for Defendants to conduct discovery of Plaintiffs' class representatives.

Defendants have sought for a month to mitigate the effects of this compressed schedule by starting the discovery process promptly. On August 25, Defendants requested from Plaintiffs the most basic information about their claims, including in which cases amendments will be filed, what the putative classes will be, what claims are being asserted on behalf of those classes, who the class representatives will be, and what law or laws will be at issue. Plaintiffs have not provided substantive responses and have indicated that they are not able to do so until their amended complaints are due on October 7. As a result, Defendants have been unable to prepare for or begin conducting discovery.

Dated: September 30, 2019

        Respectfully submitted,

        /s/ Scott R. Bickford
        MARTZELL, BICKFORD & CENTOLA
        Scott R. Bickford (La. 1165)
        Spencer R. Doody (La. 27795)
        338 Lafayette Street
        New Orleans, Louisiana 70130
        Telephone: 504-581-9065
        Email:  srb@mbfirm.com; srd@mbfirm.com


        /s/ Donald Creadore
        THE CREADORE LAW FIRM, P.C.
        Donald Creadore (NY Reg. No. 2090702)
        450 Seventh Avenue – 1408
        New York, NY 10123
        Telephone: 212-355-7200
        Facsimile: 212-583-0412
        Email: Donald@creadorelawfirm.com

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

/s/ Kent Harrison Robbins
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed via the Court's electronic filing system on September 30, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Scott R. Bickford*
SCOTT R. BICKFORD