UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,                    MDL NO. 2804
OPIATE LITIGATION

                                                 Case No. 17-MD-2804

                                                 Judge Dan Aaron Polster

THIS DOCUMENT RELATES TO:

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

### AMENDED JOINT PROPOSED SCHEDULING ORDER
### AND POSITIONS ON SCHEDULING[1]

Pursuant to the Court's order of September 17, 2019, and subject to the objections set forth in the positions of both parties, *infra*, the Plaintiffs in the above-captioned cases ("NAS Plaintiffs") and Defendants identified below[2] respectfully submit the below proposed scheduling order for the motion on NAS class certification:

*Proposed Scheduling Order*:

1. NAS Plaintiffs shall disclose on **October 2, 2019** the four cases that will be amended, the identities of the plaintiffs in those four cases, the definitions of the classes those plaintiffs seek to represent, and the identities and area of expertise for any experts whom plaintiffs intend to offer in support of class certification.

2. NAS Plaintiffs shall file their amended complaints in four of the cases to which this Order is applicable no later than **October 7, 2019**.  These complaints will be subject to no further amendment and will be the subject of the representative motions for class certification to be heard by the Court.

3. Plaintiffs shall produce to defendants on **October 7, 2019** completed, signed fact sheets for all plaintiffs identified in the four amended complaints.  In order for a fact sheet to be complete it must be accompanied by all requested documentation.  The fact sheet to be completed by Plaintiffs is attached hereto as Exhibit A.

4. Plaintiffs shall respond to defendants' discovery requests, and produce responsive, non-privileged documents, within 14 days of service of any requests.

5. Plaintiffs shall file their consolidated motion for class certification, accompanied by any expert reports, on **October 21, 2019**.

---

[1] This filing supersedes that at ECF No. 2690, which was filed in error.

[2] Certain defendants that may be named in the above-captioned cases or soon to be filed amended pleadings are not subject to personal jurisdiction in some or all of these cases, in which responsive pleadings are not yet due pursuant to the Court's orders.  Defendants submit this filing as instructed by the Court but subject to, and without waiver of, all defenses, including lack of personal jurisdiction, no service of process, or ineffective service of process, in each case.

2

6.  Plaintiffs shall make their experts and class representatives available for deposition before **November 22, 2019**.

7.  Defendants' opposition to class certification, accompanied by any expert reports, shall be due on **December 9, 2019**.

8.  Defendants shall make their experts available for deposition before **December 20, 2019**.

9.  Plaintiffs' reply shall be due on **December 30, 2019**.

*Plaintiffs' Position*:

Plaintiffs object to the Court's order (as communicated by the Special Master), requiring them to conclude all class certification proceedings by end of year.  As the Court is aware, Plaintiffs have fought long and hard against the efforts of the PEC to sweep these claims under the rug, while concomitantly and falsely asserting that these interests are being protected by the PEC.  It is only now that Plaintiffs have been allowed an opportunity to begin to advocate for themselves and the putative classes.

These are highly serious matters which require best efforts and undivided attention from putative class counsel and this Court.  The interests of the NAS infants and children under this Court's protection demand that the process take place judiciously and with a mind toward the gravity of their plight.  Rushing through this process is highly inappropriate.

To that end, Plaintiffs join in this proposed scheduling order with serious objection.  ***All dates must move forward by four months, including the filings of Motions for Class Certification by February 8, 2020.***  Nothing less will allow Plaintiffs and the putative class their due process of law.

*Defendants' Position*:

Defendants have negotiated and proposed this schedule, which concludes on December 30, 2019, in keeping with the Court's order to provide a schedule for class certification ending by the end of the year.  The Court's order arose from unilateral motions by the NAS Plaintiffs to which Defendants were not given time to respond.  Defendants have objected to the Special Master and continue to object to this deadline, which does not provide adequate time for Defendants to conduct discovery of Plaintiffs' class representatives.

Defendants have sought for a month to mitigate the effects of this compressed schedule by starting the discovery process promptly.  On August 25, Defendants requested from Plaintiffs the most basic information about their claims, including in which cases amendments will be filed, what the putative classes will be, what claims are being asserted on behalf of those classes, who the class representatives will be, and what law or laws will be at issue.  Plaintiffs have not provided substantive responses and have indicated that they are not able to do so until their amended complaints are due on October 7.  As a result, Defendants have been unable to prepare for or begin conducting discovery.

3

Dated: September 30, 2019

Respectfully submitted,

/s/ Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com;
srd@mbfirm.com

*Counsel for NAS Plaintiffs*

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (*pro hac vice*)
Barry J. Cooper, Jr. (*pro hac vice*)
Stephen H. Wussow (*pro hac vice*)
Victor Cobb (*pro hac vice*)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

*Counsel for NAS Plaintiffs*

/s/ Kent Harrison Robbins
THE LAW OFFICES OF KENT
HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

*Counsel for NAS Plaintiffs*

/s/ Donald Creadore
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-
7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

*Counsel for NAS Plaintiffs*

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (*pro hac vice*)
David R. Barney, Jr. (*pro hac vice*)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

*Counsel for NAS Plaintiffs*

/s/ Emily S. Ullman
Geoffrey E. Hobart
Emily S. Ullman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
eullman@cov.com

*Counsel for McKesson Corporation*

4

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Attorneys for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Donna M. Welch
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

/s/ Andrew J. O'Connor
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc*

/s/ Angela R. Vicari
Angela R. Vicari
Andrew K. Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212-836-8000
Angela.Vicari@arnoldporter.com
Andrew.Solow@arnoldporter.com

Jonathan Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Sean.Morris@arnoldporter.com

*Attorneys for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

/s/ Terry M. Henry
Terry M. Henry
Melanie S. Carter
Justina L. Byers
BLANK ROME LLP
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com

*Counsel for Defendants Teva
Pharmaceutical Industries Ltd.; Teva
Pharmaceuticals USA, Inc.; Cephalon Inc.;
Watson Laboratories, Inc.; Actavis LLC;
and Actavis Pharma, Inc. f/k/a Watson
Pharma, Inc.*

/s/ Mark S. Cheffo
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma
L.P., Purdue Pharma Inc., and The Purdue
Frederick Company*[3]

/s/ James W. Matthews
James W. Matthews
Katy E. Koski
Ana Francisco
Kristina Matic
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: 617.342.4000
Fax: 617.342.4001
Email: jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com
kmatic@foley.com

*Counsel for Defendant Anda, Inc.*

/s/ William E. Padgett
William E. Padgett
Kathleen L. Matsoukas
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:    (317) 236-1313
Fax:   (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC f/k/a H.
D. Smith Wholesale Drug Company, H. D. Smith
Holdings, LLC and H. D. Smith Holding
Company*

---

[3] On September 15, 2019, Purdue Pharma L.P. and its affiliated debtors filed voluntary petitions for relief under chapter 11 of United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  Purdue Pharma L.P.'s case is docketed as *In re Purdue Pharma L.P.*, No. 19-23649.  Also on September 18, 2019, Purdue Pharma L.P. and its affiliated debtors filed a motion for preliminary injunction seeking an order staying certain active cases to the extent not already stayed by the automatic stay.  To otherwise preserve and without waiving any rights, and out of an abundance of caution, Purdue joins in this proposed scheduling order.

/s/ Enu Mainigi
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel.: (312) 782-3939
Fax: (312) 782-8585
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel:  (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5917
Fax:  (215) 963-5001
elisa.mcenroe@morganlewis.com

*Attorneys for Defendants Rite Aid of Maryland, Inc. and Rite Aid Corp.*

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Tel. (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the foregoing was filed via the Court's electronic filing system on September 30, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Emily S. Ullman*
EMILY S. ULLMAN