# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL NO. 2804 |
| This Document Relates to All Cases | ) ) ) ) ) | Master Docket Case No. 1:17-md-2804 Hon. Dan Aaron Polster |

**<u>NAS PLAINTIFF FACT SHEET</u>**

Plaintiff: _____

(Last Name)          (First Name)

In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. Please answer <u>every question</u> and <u>do not leave</u> <u>any blanks</u> throughout this Fact Sheet. If you do not have room in the space provided to complete your answer, please attach as many sheets of paper as necessary to fully answer the questions.

The term "communication" and/or "correspondence" shall mean and refer to any oral, written or electronic transmission of information, including, without limitation, meetings, discussions, conversations, telephone calls, memoranda, letters, e-mails, text messages, conferences, or seminars or any other exchange of information.

The term "identify" or "identity" with respect to persons, means to give, to the extent known, the person's full name, their present or last known addresses and phone numbers.

The term "person" means natural person, as well as corporate and/or governmental entity.

The terms "Relating to," "relate to," "referring to," "refer to," "reflecting," "reflect," "concerning," or "concern" shall mean regarding, concerning, discussing, embodying, describing, summarizing, containing, constituting, showing, mentioning, reflecting, pertaining to, dealing with, relating to, referring to in any way or manner, or in any way logically or factually, connecting with the matter described in that paragraph of these demands, including documents attached to or used in the preparation of or concerning the preparation of the documents.

The term "you" refers to the named plaintiff.

The term "Birth Mother" refers to the woman who gave birth to the individual claiming injury from neonatal abstinence syndrome.

The term "NAS Plaintiff" refers to the minor plaintiff on whose behalf the named plaintiff has brought this lawsuit and who claims to have suffered neonatal abstinence syndrome and related injuries.

NAS Plaintiff Fact Sheet
Short Form

## I. CASE INFORMATION

1. Name of person completing this form:

   Last Name: _____
   First Name: _____
   Middle Name: _____

2. State the current case caption/number for the civil action which you filed:

   _____

3. State your address, telephone numbers, and e-mail address:

   a. Address:
      Street: _____
      City: _____
      State: _____
      Zip Code: _____

   b. Home Telephone (xxx)xxx-xxxx: _____ Mobile (xxx)xxx-xxxx: _____

   c. Primary e-mail: _____

4. If you are completing this questionnaire in a representative capacity, on behalf of the NAS Plaintiff, please state the following:

   a. Individual or estate you are representing: _____
      and in what capacity you are representing the individual or estate:
      _____

   b. If you were appointed as a representative by a court, state the court:
      _____

   c. Date of appointment (mm/dd/yyyy): _____

   d. State your relationship with the represented person:
      _____

## II. BIRTH MOTHER INFORMATION

1. Provide the following information about the Birth Mother:

   a. Full Name (First, Middle, Last): _____

2

NAS Plaintiff Fact Sheet
Short Form

        b.      Any other names (*e.g.*, maiden name or alias) the Birth Mother has used or by which the Birth Mother has been known and the dates she used those names:

Name: _____ Dates Used (dd/mm/yyyy): _____

        c.      Social Security Number (xx-xxx-xxxx): _____

        d.      Address: _____

        e.      State how long the Birth Mother has lived at her present address:
Number, in years _____

2.      The Birth Mother's Date and Place of Birth: _____

3.      Is the Birth Mother currently, or has she ever been, married?  Yes: _____  No: _____

If "yes," for each spouse, please state the following:

| Name of Spouse (First, Last, MI) | Date of Birth (mm/dd/yyyy) | Current or Last Known Address | Date Marriage Began (mm/dd/yyyy) | Date Marriage Ended (mm/dd/yyyy) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

4.      Does the Birth Mother have any other children who were born with birth defects or other health conditions present at birth? For each such child, list the following:

| Child's Name (First) | Date of Birth (mm/dd/yyyy) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

NAS Plaintiff Fact Sheet
Short Form

5. Identify the following information for each high school, college, university, vocational school, or other educational institution the Birth Mother has attended:

| Name of School | Address | Dates of attendance (mm/yyyy-mm/yyyy) | Degree Awarded |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6. For the Birth Mother's current employer (or her last employer if unemployed) and each employer for the last ten (10) years, state the following:

| Name of Employer | Address of Employer | Approx. Dates of Employment (mm/yyyy-mm/yyyy) | Occupation/Job Title | Supervisor (First, Last, MI) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

7. If the Birth Mother has been convicted of a felony in the last ten (10) years, state:

   a. the nature of the crime: _____

   b. date of the crime: _____

   c. location of the crime: _____

8. If the Birth Mother has been convicted of any crime involving the use, possession, or sale of any controlled substances, including prescription opioids, state:

   a. the nature of the crime: _____

   b. date of the crime: _____

   c. location of the crime: _____

4

NAS Plaintiff Fact Sheet
Short Form

9. Have you or the Birth Mother ever posted or written anywhere on the internet about Defendants, any medications manufactured, sold, distributed, or dispensed by Defendants, including opioids, or the injuries she or you allege were caused by Defendants' prescription medications, including but not limited to, posting on a personal website, blog, Facebook account, Linked In account, or other social media?

   Yes: _____ No: _____    If "yes," then identify:

   the web address or name and type of social media:
   _____

   _____

### III. INSURANCE AND CLAIM INFORMATION

1. Identify any person, insurance company, or other entity, including Medicare or Medicaid, that provided medical coverage to the Birth Mother (either directly or through group coverage, including any employer) or paid medical bills on her behalf, beginning seven years before the birth of the NAS Plaintiff through the present.

| Name of Entity | Policy Number | Name of Policy Holder/Insured | Approx. Dates of Coverage (mm/yyyy-mm/yyyy) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. Identify any person, insurance company, or other entity, including Medicare or Medicaid, that provided medical coverage to the NAS Plaintiff (either directly or through group coverage, including any employer) or paid medical bills on the NAS Plaintiff's behalf, beginning from the NAS Plaintiff's birth through the present.

| Name of Entity | Policy Number | Name of Policy Holder/Insured | Approx. Dates of Coverage (mm/yyyy-mm/yyyy) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5

NAS Plaintiff Fact Sheet
Short Form

3. In the past 10 years, has the Birth Mother filed social security disability claims (SSI or SSD) or filed a disability claim with a private insurer?

   Yes: _____ No: _____    If "yes," please state:

   Year the claim was filed: _____

   With whom and where the claim was filed: _____

   Nature of disability: _____

   Period of disability: _____

### IV. BIRTH MOTHER MEDICAL BACKGROUND AND SOCIAL HISTORY

1. *Other than prescription opioids*, for each prescription medication the Birth Mother has taken regularly (*i.e.*, over the course of one month or more) in the ten (10) years prior to giving birth to the NAS Plaintiff, identify the following information:

| Name of Prescription Medication Used on a Regular Basis | Name and Address of Doctor(s) that Prescribed the Medication | Name and Address of Pharmacy at which the Prescription was Filled | Approximate dates/years taken | Why Birth Mother was taking the Medication |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

6

NAS Plaintiff Fact Sheet
Short Form

2. Has the Birth Mother ever used tobacco in any form one (1) year before or at any time after the birth of the NAS Plaintiff?

   Yes: _____  No: _____   If "yes," check the answer and state the following:

   _____ Birth Mother is a **past** tobacco user

   Type(s) of tobacco used: _____

   Date on which Birth Mother began using tobacco: _____

   Date on which Birth Mother ceased using tobacco: _____

   Amount of tobacco used: _____ per day for _____ years.

   _____ Birth Mother is a **current** tobacco user

   Type(s) of tobacco used: _____

   Date on which Birth Mother began using tobacco: _____

   Amount of tobacco used: _____ per day for _____ years.

3. Did the Birth Mother ever consume alcohol in any form in the time period between one (1) year before and the birth of the NAS Plaintiff?

   Yes: _____  No: _____

   If "yes," complete the answer below that best describes the Birth Mother's alcohol consumption in the time period between one (1) year before and one (1) year after the birth of the NAS Plaintiff:

   \_\_\_\_ drinks per week; or

   \_\_\_\_ drinks per month; or

   \_\_\_\_ drinks per year; or

   Other (describe alcohol consumption): _____

4. Excluding opioids, did the Birth Mother consume any recreational drugs (or prescription drugs used for a nonmedical purpose) in any form in the time period between one (1) year before and two (2) years after the birth of the NAS Plaintiff?

   Yes: _____  No: _____

   If "yes," list the drug type, amount, and date of consumption: _____

   _____

7

NAS Plaintiff Fact Sheet
Short Form

5. Has the Birth Mother ever been the subject of an investigation by Child Protective Services (or similar social services agency) relating to the custody of her children?

   Yes: _____   No: _____

   If "yes," describe the reason: _____

   _____

### V. BIRTH MOTHER OPIOID INFORMATION

1. To the extent a licensed healthcare provider prescribed opioids to the Birth Mother (including medication-assisted therapy during the Birth Mother's pregnancy), please provide:

   Diagnosis supporting the prescription: _____

   Opioid prescribed: _____  Dates taken: _____

   Prescribing Healthcare Provider: _____

   Prescribing Healthcare Provider address: _____

   Dispensing Pharmacy: _____

   Dispensing Pharmacy Address: _____

   Diagnosis supporting the prescription: _____

   Opioid prescribed: _____  Dates taken: _____

   Prescribing Healthcare Provider: _____

   Prescribing Healthcare Provider address: _____

   Dispensing Pharmacy: _____

   Dispensing Pharmacy Address: _____

NAS Plaintiff Fact Sheet
Short Form

2. State the following information related to the Birth Mother's use of non-prescribed opioids, including any prescription pills used without a prescription written to the Birth Mother and any heroin or street fentanyl.

   Non-prescribed opioid used: _____

   Frequency used: _____ Dates taken: _____

   Non-prescribed opioid obtained from: _____


   Non-prescribed opioid used: _____

   Frequency used: _____ Dates taken: _____

   Non-prescribed opioid obtained from: _____


   Non-prescribed opioid used: _____

   Frequency used: _____ Dates taken: _____

   Non-prescribed opioid obtained from: _____


3. Please provide the following information regarding any witnesses to the Birth Mother's use of prescribed or non-prescribed opioids use:

| **Witness Name** | **Witness Address** | **Opioid Use Witnessed (Type of Opioid and Relevant Dates)** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9

NAS Plaintiff Fact Sheet
Short Form

## VI. BIOLOGICAL FATHER INFORMATION

1. Provide the following information about the NAS Plaintiff's biological father:

   a. Full Name (First, Middle, Last): _____

   b. Any other names the biological father has used or by which he has been known and the dates he used those names:

   Name: _____ Dates Used (dd/mm/yyyy): _____

   c. Social Security Number (xx-xxx-xxxx): _____

   d. Address: _____

2. Did the biological father ever consume alcohol in any form in the time period between one (1) year before and the birth of the NAS Plaintiff?

   Yes: _____ No: _____

   If "yes," complete the answer below that best describes the biological father's alcohol consumption in the time period between one (1) year before and one (1) year after the birth of the NAS Plaintiff:

   ____ drinks per week; or

   ____ drinks per month; or

   ____ drinks per year; or

   Other (describe alcohol consumption): _____

3. Did the biological father consume any recreational drugs (or prescription drugs used for a nonmedical purpose), including non-prescribed opioids, in any form in the time period between one (1) year before and two (2) years after the birth of the NAS Plaintiff?

   Yes: _____ No: _____

   If "yes," list the drug type, amount, and date of consumption: _____

   _____

NAS Plaintiff Fact Sheet
Short Form

## VII.   NAS PLAINTIFF CLAIM INFORMATION

1.   Do you allege that you represent an individual that suffered, or is currently suffering from, physical and/or bodily injury as a result of neonatal abstinence syndrome?

   Yes: _____  No: _____

   If "yes," describe the physical and/or bodily injuries, and state whether the NAS Plaintiff currently suffers from the injury:

   _____

   _____

   _____

   _____

   _____

2.   Do you claim that the Birth Mother's use of opioids during pregnancy caused any psychological, psychiatric (including depression), cognitive or mental injury to the NAS Plaintiff? If "yes," describe the psychological, psychiatric, cognitive or mental injury:

   _____

   _____

   _____

   _____

   _____

3.   Do you claim that the Birth Mother's use of opioids during pregnancy caused any physical injury or birth defect to the NAS Plaintiff? If "yes," describe the physical injury or birth defect:

   _____

   _____

   _____

   _____

   _____

NAS Plaintiff Fact Sheet
Short Form

4. Do you claim that the Birth Mother's use of opioids during pregnancy caused any developmental delay type injury to the NAS Plaintiff? If "yes," describe the developmental delay type injury:

 

### VIII. NAS PLAINTIFF MEDICAL PROVIDERS AND HOSPITALIZATIONS

1. Identify the name and address of the NAS Plaintiff's current family and/or primary care physician:

2. Identify all healthcare providers who examined, treated, or provided consultation to the NAS Plaintiff from the NAS Plaintiff's birth to the present for any reason, and for each consultation, examination, or treatment, state the following information:

| Healthcare Provider's Name | Healthcare Provider's Specialty | Address | Approx. Dates/Years of Visits | Reason for Visit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NAS Plaintiff Fact Sheet
Short Form

3. For each hospitalization at any time from birth to the present, state the following information:

| Name of Hospital | Address and Telephone Number of Hospital | Admission Date(s) | Reason for Admission |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. Identify the following for each pharmacy that has dispensed medication for the NAS Plaintiff since birth:

| Name of Pharmacy | Address of Pharmacy | Telephone Number of Pharmacy | Name of medication dispensed | Approx. Dates/Years You Used Pharmacy |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

5. Identify all social services providers (including social workers, early childhood educators, child protective services employees, or other home visitors) who have evaluated, provided care or treatment for, or otherwise interacted with the NAS Plaintiff from birth to the present for any reason, and for each evaluation, consultation, examination, or treatment, state the following information:

| Social Services Provider's Name | Social Services Provider's Specialty | Address | Approx. Dates/Years of Interaction | Reason for Interaction |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

13

NAS Plaintiff Fact Sheet
Short Form

## IX.  DOCUMENTATION

1. **Documents in your possession**: If you have any of the following materials in your possession (and they are not subject to any privilege including but not limited to attorney client protection or work-product), please attach a copy to this Fact Sheet.

   A. A copy of any document constituting the appointment of you or the named plaintiff as a representative of the NAS Plaintiff.

   B. All diagnostic tests and test results, including original films or video of ultra sounds, MRIs, x-rays, CT scans, etc., taken of the NAS Plaintiff from birth to the present.

   C. Copies of all documents from physicians, healthcare providers, social services providers, or others related to the NAS Plaintiff's neonatal abstinence syndrome and alleged injuries.

   D. All statements obtained from or given by any person having knowledge of facts relevant to the subject of this litigation in your possession (excluding information subject to the attorney-client privilege or work product protection).

   E. All documents relating to the NAS Plaintiff's neonatal abstinence syndrome and alleged injuries, including, but not limited to medical records, medical bills, prescriptions, diaries, notes, rehabilitation instructions, etc., whether made by you or any other person or entity, other than your attorney in this action.

   F. All photographs, drawings, slides, or videos, relating to the NAS Plaintiff's alleged injury and the limits the alleged injury has placed on the NAS Plaintiff's life.

   G. All journals, diaries, notes, letters, or emails written by you, the birth mother or the NAS Plaintiff from the NAS Plaintiff's birth to the present.

2. **Authorizations**:

   A. Please sign and attach to this Fact Sheet the authorizations for release of records appended hereto for all healthcare providers and social services providers listed in your responses to this Fact Sheet.

   B. Please attach to this Fact Sheet a copy of each authorization for the release of records that you have submitted to any health care provider listed in this fact sheet.

NAS Plaintiff Fact Sheet
Short Form

# PLAINTIFF VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

_____
Print Name

_____
Signature

_____
Date