## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## ORDER DISMISSING MALLINCKRODT LLC, MALLINCKRODT PLC, AND SPECGX LLC WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

WHEREAS, pursuant to the terms of a Settlement Agreement and Release ("Settlement Agreement") by and among the County of Cuyahoga, Ohio; the State of Ohio *ex rel.* Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley; the County of Summit, Ohio; Summit County Combined General Health District; Summit County Public Health; and the State of Ohio *ex rel.* Prosecuting Attorney for Summit County, Sherri Bevan Walsh (collectively, "Plaintiffs"), and Mallinckrodt LLC, Mallinckrodt plc, and SpecGx LLC (collectively, the "Settling Defendants"), Plaintiffs and the Settling Defendants stipulate to and request the dismissal of the above-captioned actions as to the Settling Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2) ; and

WHEREAS, the Court has been presented with the Settlement Agreement and finds that it was entered into in good faith and that the requested dismissal is on terms the Court considers proper;

**IT IS HEREBY ORDERED** that, subject to the terms of the Settlement Agreement, including, without limitation, Paragraph 9 therein, the above-captioned actions are **DISMISSED WITH PREJUDICE** as to the Settling Defendants, with each party to bear its own costs, fees and disbursements. This dismissal shall not affect the Plaintiffs' claims against any other defendant. The Court retains jurisdiction for the resolution of any disputes arising under the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**SO ORDERED.**

Dated: October 1, 2019

/s/Dan Aaron Polster
HON. DAN AARON POLSTER
United States District Court

63500086 v1