**BLANK ROME LLP**
Terry M. Henry
Melanie S. Carter
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Telephone: (215) 569-5644
THenry@BlankRome.com
MCarter@BlankRome.com
*Attorneys for Defendants*
*Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

<div align="center">

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

</div>

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No. 1:17-md-02804-DAP <br><br> **NOTICE OF APPEARANCE** |

Please enter the appearance of Terry M. Henry of Blank Rome LLP on behalf of Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matters.

<div style="margin-left: 50%;">

**BLANK ROME LLP**

*/s/ Terry M. Henry*
Terry M. Henry, Esquire
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel. (215) 569-5644
THenry@BlankRome.com
*Attorneys for Defendants*
*Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

</div>

Dated:   October 2, 2019

149340.00603/121973381v.1