# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | |
| This document relates to: ) ) | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* ) ) Case No. 18-op-45090 ) ) | **MDL No. 2804** <br> **Case No. 17-md-2804** <br> **Hon. Judge Dan A. Polster** |
| and ) ) | |
| *The County of Cuyahoga v. Purdue Pharma L.P., et al.* ) ) Case No. 1:18-op-45004 ) ) | |

## CERTAIN DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered in In re National Prescription Opiate Litigation (MDL 2804) on May 1, 2019 (as amended in Judge Polster's July 29, 2019 order), Certain Defendants[1] submit the following Objections to Plaintiffs' Affirmative Deposition Designations and Plaintiffs' Counter Deposition Designations.

Defendants hereby serve Objections to the following deposition designations affirmatively designated by Plaintiffs (*see* Exhibit A):

---

[1] The Defendants are Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida, AmerisourceBergen Corporation, AmerisourceBergen Drug Corp., Cardinal Health, Inc., McKesson Corporation, Walgreen Co., Walgreen Eastern Co., Henry Schein Medical Systems, Inc., and Henry Schein, Inc.

1. Mary Applegate
2. Stacy Harper-Avilla
3. Patrick Kelly
4. Thomas Prevoznik
5. Joseph Rannazzisi
6. Joel Saper

Because Plaintiffs have withdrawn all deposition designations to certain witnesses for whom they previously offered affirmative designations (Demetra Ashley, Michael Mapes, Donald Wharton, and Kyle Wright), Defendants are not filing objections to those affirmative designations.  Defendants, however reserve the right to object to any attempt by Plaintiffs to play affirmatively any portion of these witnesses' video depositions at trial and reserve the right to counter-designate testimony for these witnesses.  Defendants file these objections based on Plaintiffs' current deposition designations as of October 2, recognizing that Plaintiffs continue to reduce their witness list and will file a further-reduced list on October 4.  By filing objections today, Defendants do not concede the propriety of or waive any objection to any attempt by Plaintiffs to play deposition testimony from witnesses that do not appear on Plaintiffs' final witness list.

Defendants further hereby serve Objections to the following deposition designations counter-designated by Plaintiffs in response to Defendants' affirmative designations of the witnesses' depositions (*see* Exhibit B):

1. Stacy Harper-Avilla
2. Michael Mapes
3. Keith Martin

4. Thomas Prevoznik

5. Joseph Rannazzisi

6. John Saros

7. Matthew Strait

Defendants further reserve all rights, including all rights to revise or withdraw Objections. Defendants further reserve the right to revise or withdraw these Objections based on the Court's rulings, Plaintiffs' and other individual Defendants' designations of deposition testimony, and evidence introduced at trial. Consistent with prior representation by Plaintiffs' counsel that "objections and colloquy will not be proffered" by Plaintiffs, Defendants have not objected on a line-by-line basis to objections and colloquy; instead, Defendants object to all objections and colloquy as a global matter.

Defendants' objections are made pursuant to the following Objections Key:

| Code | Objection |
|---|---|
| 402 | Relevance. FRE 402. |
| 403 | Undue Prejudice, Confusion, Waste of Time. FRE 403. |
| 408 | Inadmissible Evidence of Settlement or Negotiations. FRE 408. |
| 602 | Lack of Foundation/Speculation. FRE 602. |
| 802 | Hearsay. FRE 802. |
| AA | Asked and Answered. FRE 611(a). |
| AF | Assumes Facts Not in Evidence.  FRE 103(d), 611(a). |
| ARG | Argumentative. FRE 611(a). |
| AU | Authentication Lacking. FRE 901. |
| BER | Best Evidence Rule. FRE 1002. |
| CML | Cumulative. FRE 403, 611(a). |
| CMP | Compound Question. FRE 611(a). |
| CO | Contrary to Court Order. |
| COL | Improper Attorney Colloquy. FRE 103(d), 603. |
| DEM | Demonstrative Not Marked as Exhibit. FRE 103(d), 611(a). |
| HYP | Improper Hypothetical. FRE 602, 701. |
| ILO | Improper Opinion of Lay Witness. FRE 701. |
| INC | Designation Incomplete; Incomprehensible. |
| LC | Calls for Legal Conclusion. FRE 103(d), 602, 701. |
| LDG | Leading. FRE 611(c). |
| MD | Misstates the Document. FRE 103(d), 611(a). |
| MPT | Misstates Prior Testimony. FRE 103(d), 611(a). |
| NAR | Calls for Narrative Response . FRE 103(d), 611(a). |
| NR | Nonresponsive. FRE 611(a). |
| PV | Privileged. FRE 103(d), 501, 502. |
| SCP | Outside the Scope of Designated Topics. FRE 602, 611(a)-(b); FRCP 30(b)(6). |
| SUM | Improper Summary. FRE 1006. |

Dated: October 2, 2019          Respectfully Submitted,

*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

*/s/ Eni Mainigi*
Enu Mainigi
F. Lane Heard III
George A. Borden
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
gborden@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

*/s/ John P. McDonald*
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8445
F: 214-756-8110

*Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

*/s/ Geoffrey Hobart*
Geoffrey E. Hobart
Mark Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Counsel for McKesson Corporation*

By: */s/ Steven A. Reed*
Eric W. Sitarchuk
Steven A. Reed
Harvey Bartle
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
eric.sitarchuk@morganlewis.com
steven.reed@morganlewis.com
harvey.bartle@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel:  (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
Fax: (305) 415-3001
brian.ercole@morganlewis.com

*Counsel for Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa*

*LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida, and appearing specially for Teva Pharmaceutical Industries Ltd.*

## **CERTIFICATE OF SERVICE**

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

>*/s/ Geoffrey E. Hobart*
>Geoffrey E. Hobart