# EXHIBIT B

| | DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR STACY HARPER-AVILLA | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | | |
| | Begin Page | Begin Line | End Page | End Line | Defendants' Objections |
| 4/11/2019 | 18 | 9 | 18 | 9 | INC |
| 4/11/2019 | 31 | 23 | 31 | 25 | VG |
| 4/11/2019 | 32 | 2 | 32 | 3 | VG |
| 4/11/2019 | 32 | 2 | 32 | 9 | VG |
| 4/11/2019 | 32 | 2 | 32 | 9 | VG |
| 4/11/2019 | 34 | 2 | 34 | 11 | LC |
| 4/11/2019 | 34 | 12 | 34 | 16 | VG |
| 4/11/2019 | 34 | 21 | 34 | 21 | VG |
| 4/11/2019 | 34 | 25 | 34 | 25 | INC |
| 4/11/2019 | 127 | 7 | 127 | 9 | VG |
| 4/11/2019 | 127 | 12 | 127 | 14 | VG |
| 4/11/2019 | 127 | 23 | 127 | 25 | VG |
| 4/11/2019 | 128 | 2 | 128 | 4 | VG |
| 4/11/2019 | 128 | 6 | 128 | 9 | 802 |
| 4/11/2019 | 128 | 13 | 129 | 12 | SCP; 602; 802; VG; 402; 403 |
| 4/11/2019 | 128 | 24 | 129 | 12 | 802; 602 |
| 4/11/2019 | 129 | 23 | 129 | 24 | SCP; 402; 802; 602; VG |
| 4/11/2019 | 130 | 1 | 130 | 2 | 402; 802; 602; VG |
| 4/11/2019 | 130 | 1 | 130 | 8 | SCP |
| 4/11/2019 | 130 | 4 | 130 | 7 | 402; 802; 602; VG |
| 4/11/2019 | 130 | 10 | 130 | 14 | SCP |
| 4/11/2019 | 130 | 13 | 130 | 14 | 402; 802; 602; VG |
| 4/11/2019 | 130 | 16 | 130 | 18 | SCP; 402; 802; 602; VG |
| 4/11/2019 | 136 | 19 | 136 | 22 | SCP; LC |
| 4/11/2019 | 136 | 24 | 137 | 5 | SCP; LC |
| 4/11/2019 | 137 | 2 | 137 | 5 | CMP, LDG |
| 4/11/2019 | 137 | 8 | 137 | 11 | SCP; 602; LC |
| 4/11/2019 | 137 | 14 | 137 | 14 | SCP; 602; LC |
| 4/11/2019 | 138 | 21 | 138 | 24 | SCP; LC; 602 |
| 4/11/2019 | 139 | 3 | 139 | 7 | SCP; LC; 602 |
| 4/11/2019 | 139 | 15 | 139 | 20 | LC; SCP; 602; VG |
| 4/11/2019 | 139 | 25 | 140 | 5 | LC; SCP; 602; VG |
| 4/11/2019 | 139 | 25 | 140 | 11 | LC; SCP; 602 |
| 4/11/2019 | 140 | 7 | 140 | 11 | LC; SCP; 602; LDG |
| 4/11/2019 | 140 | 14 | 140 | 14 | LC; SCP; 602; LDG |
| 4/11/2019 | 140 | 15 | 142 | 10 | SCP; 802; 602; 402; 403; AU |
| 4/11/2019 | 142 | 1 | 142 | 10 | LC; SCP; 602 |
| 4/11/2019 | 145 | 18 | 145 | 19 | SCP; 802; 602; 402; 403; INC |
| 4/11/2019 | 146 | 22 | 146 | 24 | LC; SCP; 602; 802; 402; 403 |
| 4/11/2019 | 147 | 1 | 147 | 6 | VG |
| 4/11/2019 | 147 | 9 | 147 | 12 | VG; LDG |
| 4/11/2019 | 147 | 9 | 147 | 14 | 602 |
| 4/11/2019 | 147 | 14 | 147 | 14 | VG; LDG |
| 4/11/2019 | 147 | 16 | 147 | 19 | LDG; LC; 602 |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR STACY HARPER-AVILLA ||||||
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
| | Begin Page | Begin Line | End Page | End Line | Defendants' Objections |
| 4/11/2019 | 147 | 16 | 148 | 1 | 602 |
| 4/11/2019 | 147 | 22 | 148 | 1 | LDG; LC; 602 |
| 4/11/2019 | 148 | 3 | 148 | 5 | VG; LC; 602; HYP |
| 4/11/2019 | 148 | 8 | 148 | 9 | HYP; LC; 602 |
| 4/11/2019 | 148 | 8 | 148 | 14 | VG |
| 4/11/2019 | 148 | 11 | 148 | 14 | LDG; LC; 602 |
| 4/11/2019 | 148 | 17 | 148 | 17 | VG; LDG; LC; 602 |
| 4/11/2019 | 150 | 4 | 150 | 8 | SCP; VG; 602; LC; CMP |
| 4/11/2019 | 150 | 11 | 150 | 13 | SCP;  VG; 602; LC; CMP |
| 4/11/2019 | 150 | 15 | 150 | 19 | VG; CMP; LDG; 602 |
| 4/11/2019 | 150 | 23 | 150 | 24 | VG; CMP; LDG; 602 |
| 4/11/2019 | 151 | 4 | 151 | 9 | SCP; LDG; 602 |
| 4/11/2019 | 151 | 12 | 151 | 12 | SCP; LDG;602 |
| 4/11/2019 | 151 | 14 | 151 | 19 | SCP; LDG; HYP; 602 |
| 4/11/2019 | 151 | 23 | 151 | 25 | SCP; LDG; HYP; 602 |
| 4/11/2019 | 152 | 2 | 152 | 7 | LDG; CMP; VG |
| 4/11/2019 | 152 | 2 | 152 | 20 | 602; AF |
| 4/11/2019 | 152 | 8 | 152 | 11 | LDG; VG |
| 4/11/2019 | 152 | 14 | 152 | 20 | LDG; VG |
| 4/11/2019 | 153 | 13 | 153 | 16 | VG; LDG |
| 4/11/2019 | 153 | 18 | 153 | 23 | VG; LDG |
| 4/11/2019 | 153 | 20 | 153 | 23 | SCP; LDG |
| 4/11/2019 | 153 | 25 | 153 | 25 | SCP; LDG |
| 4/11/2019 | 153 | 25 | 154 | 6 | VG; LDG |
| 4/11/2019 | 154 | 2 | 154 | 6 | SCP; LDG; VG |
| 4/11/2019 | 154 | 12 | 154 | 16 | VG |
| 4/11/2019 | 154 | 17 | 154 | 20 | LDG; SCP; 602 |
| 4/11/2019 | 154 | 23 | 154 | 23 | LDG; SCP; 602 |
| 4/11/2019 | 154 | 23 | 155 | 3 | LDG; SCP; 602; VG |
| 4/11/2019 | 154 | 25 | 155 | 3 | LDG; SCP; 602 |
| 4/11/2019 | 155 | 7 | 155 | 7 | LDG; SCP; 602; VG |
| 4/11/2019 | 155 | 9 | 155 | 13 | LDG |
| 4/11/2019 | 156 | 9 | 156 | 15 | LC; LDG |
| 4/11/2019 | 158 | 2 | 158 | 25 | 602; SCP; 402; 403 |
| 4/11/2019 | 158 | 2 | 159 | 4 | AU |
| 4/11/2019 | 159 | 1 | 159 | 4 | 602; VG |
| 4/11/2019 | 159 | 6 | 159 | 7 | 602; VG; AU; SCP; 402; 403 |
| 4/11/2019 | 159 | 6 | 159 | 7 | 602 (Teva); VG (Teva) |
| 4/11/2019 | 159 | 6 | 159 | 13 | 602; VG; AU |
| 4/11/2019 | 159 | 9 | 159 | 13 | 602; VG; CMP; LDG; SCP; 402; 403 |
| 4/11/2019 | 159 | 17 | 159 | 17 | 602; VG; LDG; SCP; 602; 402; 403 |
| 4/11/2019 | 159 | 17 | 159 | 22 | AU |
| 4/11/2019 | 159 | 19 | 159 | 22 | CMP; LDG; SCP; VG; 602; 402; 403 |
| 4/11/2019 | 159 | 19 | 159 | 22 | CMP; MPT |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR STACY HARPER-AVILLA |||||  |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||| |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 4/11/2019 | 160 | 1 | 160 | 1 | CMP; MPT; AU; LDG; SCP; VG; 602; 402; 403 |
| 4/11/2019 | 161 | 4 | 161 | 8 | LDG; CMP; AU; 602 |
| 4/11/2019 | 161 | 10 | 161 | 10 | LDG; CMP; 602; AU |
| 4/11/2019 | 161 | 11 | 161 | 25 | COL; 402; 403 |
| 4/11/2019 | 162 | 2 | 162 | 11 | AU |
| 4/11/2019 | 162 | 8 | 162 | 11 | LDG; MPT; AU |
| 4/11/2019 | 162 | 8 | 162 | 15 | 602 |
| 4/11/2019 | 162 | 13 | 162 | 15 | LDG; AU |
| 4/11/2019 | 162 | 17 | 162 | 21 | VG; AU; LDG |
| 4/11/2019 | 162 | 17 | 162 | 25 | 602 |
| 4/11/2019 | 162 | 24 | 162 | 25 | VG; AU; LDG |
| 4/11/2019 | 163 | 2 | 163 | 5 | VG; AU; LDG; NR |
| 4/11/2019 | 163 | 7 | 163 | 10 | VG ; AU; LDG; NR |
| 4/11/2019 | 163 | 12 | 163 | 13 | COL |
| 4/11/2019 | 163 | 12 | 163 | 15 | AU; MD; 602 |
| 4/11/2019 | 163 | 14 | 163 | 15 | 602; VG; 403 |
| 4/11/2019 | 163 | 17 | 163 | 20 | AU; MD; 602; VG; 403 |
| 4/11/2019 | 163 | 22 | 163 | 24 | AU; LDG; 602; VG; 403 |
| 4/11/2019 | 163 | 25 | 164 | 4 | AU; 602; VG |
| 4/11/2019 | 164 | 6 | 164 | 6 | AU; 602; VG |
| 4/11/2019 | 164 | 8 | 164 | 12 | AU; MPT; CMP; VG; 602; MPT |
| 4/11/2019 | 164 | 16 | 164 | 16 | AU; MPT; CMP; VG; 602 |
| 4/11/2019 | 164 | 17 | 164 | 18 | AU; SCP; 602; 402; 403 |
| 4/11/2019 | 164 | 21 | 164 | 25 | AU; SCP; 602; 402; 403 |
| 4/11/2019 | 164 | 24 | 164 | 25 | MD |
| 4/11/2019 | 165 | 3 | 165 | 18 | MD; AU; SCP; 602; 402; 403 |
| 4/11/2019 | 167 | 4 | 167 | 7 | AF; AU; MD; 602; SCP; 402; 403; VG |
| 4/11/2019 | 167 | 12 | 167 | 12 | AF; AU; MD; 602; SCP; 402; 403; VG |
| 4/11/2019 | 167 | 13 | 167 | 17 | AU; LDG |
| 4/11/2019 | 167 | 18 | 167 | 20 | AU; LDG; MD; ARG; SCP; 602 |
| 4/11/2019 | 167 | 22 | 167 | 22 | AU; LDG; MD; ARG; SCP; 602 |
| 4/11/2019 | 167 | 24 | 168 | 2 | AU; VG; LDG; 602 |
| 4/11/2019 | 168 | 6 | 168 | 7 | AU; VG; LDG; 602 |
| 4/11/2019 | 168 | 9 | 168 | 13 | AU; MD; 602; VG; CMP; HYP; SCP; NR; LDG |
| 4/11/2019 | 168 | 19 | 168 | 22 | AU; MD; 602; VG; CMP; NR; LDG; HYP; SCP |
| 4/11/2019 | 168 | 23 | 169 | 7 | AU; 602; VG; CMP; LDG |
| 4/11/2019 | 169 | 12 | 169 | 14 | AU; 602; VG; CMP; LDG |
| 4/11/2019 | 169 | 16 | 169 | 22 | AU; SCP; 602; BER; 402; 403 |
| 4/11/2019 | 170 | 18 | 170 | 20 | AU; MD; SCP; 602; CMP |
| 4/11/2019 | 171 | 2 | 171 | 4 | AU; MD; SCP; 602; CMP |
| 4/11/2019 | 171 | 6 | 171 | 8 | MPT; SCP; 602 |
| 4/11/2019 | 171 | 6 | 171 | 16 | AU |
| 4/11/2019 | 171 | 13 | 171 | 16 | 602; SCP; HYP; VG; LDG |
| 4/11/2019 | 172 | 6 | 172 | 9 | 602; SCP; AU; HYP; VG; LDG |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR STACY HARPER-AVILLA |||||  |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||| |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 4/11/2019 | 172 | 10 | 172 | 11 | 602; SCP; 402; 403; AU |
| 4/11/2019 | 173 | 9 | 173 | 25 | AU; SCP; 602; 402; 403; INC |
| 4/11/2019 | 175 | 6 | 175 | 12 | AU; SCP; VG; 602; HYP |
| 4/11/2019 | 176 | 3 | 176 | 8 | AU; SCP; VG; 602; HYP |
| 4/11/2019 | 176 | 10 | 176 | 11 | AU; SCP; VG; 602; LDG; HYP |
| 4/11/2019 | 176 | 15 | 176 | 15 | AU; SCP; VG; 602; LDG; HYP |
| 4/11/2019 | 177 | 3 | 177 | 5 | COL; MPT - ending at "set quota." |
| 4/11/2019 | 177 | 3 | 177 | 7 | VG; LDG; 602 |
| 4/11/2019 | 177 | 13 | 177 | 20 | 602; VG; CMP, HYP; SCP; AF; MPT; ARG |
| 4/11/2019 | 177 | 25 | 177 | 25 | 602; VG; CMP, HYP; SCP; AF; MPT; ARG |
| 4/11/2019 | 178 | 2 | 178 | 17 | AU; CMP; 602; SCP; MPT; 402; 403; LDG |
| 4/11/2019 | 178 | 12 | 178 | 17 | 602; LDG; AU |
| 4/11/2019 | 178 | 22 | 178 | 23 | AU; 602; LDG |
| 4/11/2019 | 178 | 25 | 179 | 2 | AU; 602; SCP; 402; 403; BER; LDG |
| 4/11/2019 | 179 | 6 | 179 | 6 | AU; 602; SCP; 402; 403; BER; LDG |
| 4/11/2019 | 179 | 8 | 179 | 12 | AU; SCP; 602; 402; 403; BER |
| 4/11/2019 | 179 | 15 | 179 | 15 | AU; SCP; 602; 402; 403; BER |
| 4/11/2019 | 180 | 2 | 180 | 13 | AU; SCP; 602; 402; 403; BER |
| 4/11/2019 | 180 | 11 | 180 | 13 | VG; 602; SCP |
| 4/11/2019 | 180 | 19 | 180 | 20 | VG); 602; SCP |
| 4/11/2019 | 180 | 19 | 181 | 12 | AU; SCP; 602; 402; 403; BER |
| 4/11/2019 | 181 | 9 | 181 | 12 | MD; SCP |
| 4/11/2019 | 181 | 16 | 181 | 16 | MD; AU; SCP; 602; 402; 403; BER |
| 4/11/2019 | 181 | 18 | 181 | 18 | AU; SCP; ILO; MPT; 602; VG |
| 4/11/2019 | 181 | 21 | 181 | 23 | AU; SCP; ILO; MPT; 602; VG |
| 4/11/2019 | 182 | 21 | 183 | 24 | SCP; 602; 402; 403; BER |
| 4/11/2019 | 182 | 21 | 183 | 25 | AU |
| 4/11/2019 | 183 | 25 | 183 | 25 | INC |
| 4/11/2019 | 184 | 10 | 184 | 11 | AU; SCP; 602; INC |
| 4/11/2019 | 184 | 13 | 184 | 20 | AU; SCP; 602; 402; 403; LDG |
| 4/11/2019 | 184 | 25 | 185 | 12 | AU; SCP; 602; 402; 403; BER; AF |
| 4/11/2019 | 185 | 7 | 185 | 12 | SCP; 602 |
| 4/11/2019 | 185 | 17 | 185 | 18 | SCP; 602; AU; 402; 403; BER; AF |
| 4/11/2019 | 185 | 20 | 185 | 25 | AU; SCP; 602; 402; 403; BER; AF; LDG |
| 4/11/2019 | 185 | 23 | 185 | 25 | CMP; LDG; 602 |
| 4/11/2019 | 186 | 3 | 186 | 3 | SCP; 602; 402; 403; BER; AF; LDG |
| 4/11/2019 | 186 | 5 | 186 | 9 | SCP; VG |
| 4/11/2019 | 186 | 11 | 186 | 11 | SCP; VG |
| 4/11/2019 | 186 | 20 | 186 | 22 | SCP; VG; 602 |
| 4/11/2019 | 186 | 25 | 186 | 25 | SCP; VG; 602 |
| 4/11/2019 | 187 | 2 | 187 | 4 | SCP; 602; LDG |
| 4/11/2019 | 187 | 9 | 187 | 11 | SCP; 602; LDG |
| 4/11/2019 | 187 | 13 | 187 | 14 | LDG; 602; SCP |
| 4/11/2019 | 187 | 18 | 187 | 18 | LDG; 602; SCP |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR STACY HARPER-AVILLA ||||||
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||| |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 4/11/2019 | 187 | 20 | 187 | 23 | 602; SCP; LDG |
| 4/11/2019 | 188 | 3 | 188 | 4 | 602; SCP; LDG |
| 4/11/2019 | 188 | 6 | 188 | 7 | 602; SCP; LDG |
| 4/11/2019 | 188 | 18 | 188 | 21 | SCP; 802; BER; 602; 402; 403; AU |
| 4/11/2019 | 188 | 20 | 188 | 21 | Objection to Exhibit: 802 |
| 4/11/2019 | 189 | 8 | 189 | 24 | 802 |
| 4/11/2019 | 189 | 8 | 190 | 5 | SCP; 802; BER; 602; 402; 403; AU |
| 4/11/2019 | 190 | 6 | 190 | 21 | SCP; 802; BER; 602; 402; 403; INC; AU |
| 4/11/2019 | 191 | 24 | 191 | 25 | SCP; INC |
| 4/11/2019 | 192 | 1 | 192 | 7 | AU; SCP; 602; 402; 403 |
| 4/11/2019 | 194 | 15 | 194 | 18 | SCP; CMP; 602; 402; 403; AF |
| 4/11/2019 | 194 | 24 | 194 | 25 | SCP; CMP; 602; 402; 403; AF |
| 4/11/2019 | 195 | 2 | 195 | 4 | AU |
| 4/11/2019 | 195 | 19 | 197 | 1 | SCP; 802; BER; 602; 402;403 |
| 4/11/2019 | 195 | 19 | 197 | 5 | AU |
| 4/11/2019 | 197 | 2 | 197 | 5 | MD; CMP; SCP; AF; 602; 402; 403 |
| 4/11/2019 | 197 | 16 | 197 | 18 | MD; CMP; SCP; AU; AF; 602; 402; 403 |
| 4/11/2019 | 197 | 20 | 197 | 21 | AU; 602; SCP; ARG; 402; 403; LDG |
| 4/11/2019 | 197 | 25 | 197 | 25 | AU; 602; SCP; ARG; 402; 403; LDG |
| 4/11/2019 | 198 | 2 | 198 | 5 | VG; SCP; ARG; 602; 402; 403; LDG |
| 4/11/2019 | 198 | 8 | 198 | 14 | AU; SCP; CMP; ARG; 602; 402; 403; LDG |
| 4/11/2019 | 198 | 18 | 198 | 19 | AU; SCP; CMP; ARG; 602; 402; 403; LDG |
| 4/11/2019 | 198 | 21 | 199 | 5 | AU; CMP; SCP; MPT; ARG; AF; 602; 402; 403 |
| 4/11/2019 | 199 | 8 | 199 | 10 | AU; CMP; SCP; MPT; ARG; AF;602; 402; 403 |
| 4/11/2019 | 199 | 13 | 199 | 16 | AU; SCP; 602; 402; 403 |
| 4/11/2019 | 200 | 2 | 200 | 10 | SCP; 602; 402; 403; BER; AU |
| 4/11/2019 | 200 | 2 | 200 | 13 | AU |
| 4/11/2019 | 200 | 11 | 200 | 13 | CMP; SCP; 602; 402; 403; LDG; ARG; AU |
| 4/11/2019 | 200 | 16 | 200 | 16 | CMP; SCP; AU; 602; 402; 403; LDG; ARG |
| 4/11/2019 | 201 | 5 | 201 | 7 | CMP; AU; SCP; 602; 402; 403; LDG; ARG |
| 4/11/2019 | 201 | 9 | 201 | 9 | CMP; AU; SCP; 602; 402; 403; LDG; ARG |
| 4/11/2019 | 201 | 11 | 201 | 19 | AU; SCP; 602; 402; 403; BER |
| 4/11/2019 | 202 | 7 | 202 | 11 | AU; MD; SCP; CMP; 602; 402; 403; AF |
| 4/11/2019 | 202 | 14 | 202 | 15 | AU; MD; SCP; CMP; 602; 402; 403; AF |
| 4/11/2019 | 202 | 17 | 203 | 7 | AU; SCP; 602; 402; 403; INC |
| 4/11/2019 | 203 | 16 | 203 | 18 | AU; 602; SCP; 402; 403; INC |
| 4/11/2019 | 204 | 4 | 204 | 5 | SCP; 602; 402; 403 |
| 4/11/2019 | 204 | 7 | 204 | 12 | SCP; 602; 402; 403 |
| 4/11/2019 | 204 | 13 | 204 | 16 | SCP; 602; 402; 403 |
| 4/11/2019 | 204 | 17 | 206 | 1 | SCP; 602; 402; 403; BER |
| 4/11/2019 | 206 | 2 | 206 | 4 | 602; AF; SCP; 402; 403 |
| 4/11/2019 | 206 | 8 | 206 | 9 | 602; AF; SCP; 402; 403 |
| 4/11/2019 | 206 | 11 | 206 | 20 | SCP; 602; 402; 403; INC; ARG |
| 4/11/2019 | 206 | 18 | 206 | 20 | SCP; AF; 602 |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR STACY HARPER-AVILLA |||||  |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||| |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 4/11/2019 | 207 | 4 | 207 | 6 | SCP; 602; 402; 403; ARG |
| 4/11/2019 | 207 | 11 | 207 | 12 | SCP; 602; 402; 403; ARG |
| 4/11/2019 | 209 | 9 | 209 | 18 | SCP; 602; INC |
| 4/11/2019 | 210 | 18 | 210 | 20 | 602; VG; MPT |
| 4/11/2019 | 210 | 23 | 211 | 3 | 602; VG; MPT |
| 4/11/2019 | 210 | 25 | 211 | 3 | 602; VG; MPT |
| 4/11/2019 | 211 | 5 | 211 | 5 | 602; VG; MPT |
| 4/11/2019 | 211 | 7 | 211 | 11 | VG |
| 4/11/2019 | 211 | 13 | 211 | 14 | VG |
| 4/11/2019 | 212 | 22 | 212 | 22 | SCP; 602 |
| 4/11/2019 | 212 | 22 | 213 | 4 | 602 |
| 4/11/2019 | 213 | 1 | 213 | 4 | SCP; 602 |
| 4/11/2019 | 213 | 6 | 213 | 7 | SCP; MD; 602 |
| 4/11/2019 | 213 | 6 | 213 | 15 | 602 |
| 4/11/2019 | 213 | 10 | 213 | 13 | SCP; MD; 602 |
| 4/11/2019 | 213 | 17 | 213 | 20 | CMP; SCP; LC; 602; VG; LDG |
| 4/11/2019 | 213 | 24 | 213 | 25 | CMP; SCP; LC; 602; VG; LDG |
| 4/11/2019 | 214 | 2 | 214 | 3 | COL |
| 4/11/2019 | 214 | 2 | 214 | 11 | AU |
| 4/11/2019 | 214 | 4 | 214 | 11 | SCP; 602; 402; 403; INC |
| 4/11/2019 | 214 | 18 | 215 | 17 | SCP; 602; 402; 403; BER |
| 4/11/2019 | 214 | 18 | 215 | 20 | AU |
| 4/11/2019 | 215 | 18 | 215 | 20 | MD; SCP; 602; 402; 403; ARG |
| 4/11/2019 | 215 | 18 | 215 | 20 | LDG |
| 4/11/2019 | 216 | 1 | 216 | 3 | MD; AU; SCP; 602; 402; 403; ARG; LDG |
| 4/11/2019 | 216 | 18 | 216 | 22 | AU; MD; SCP; 602; 402; 403; ARG; LDG |
| 4/11/2019 | 217 | 1 | 217 | 2 | AU; MD; SCP; 602; 402; 403; ARG; LDG |
| 4/11/2019 | 217 | 3 | 217 | 11 | AU; MD; 602 |
| 4/11/2019 | 217 | 4 | 217 | 11 | SCP; 602; 402; 403; AF; BER |
| 4/11/2019 | 217 | 17 | 217 | 17 | AU; MD; 602; SCP; 402; 403; AF; BER |
| 4/11/2019 | 218 | 2 | 218 | 9 | MPT |
| 4/11/2019 | 218 | 14 | 218 | 17 | MPT |
| 4/11/2019 | 218 | 21 | 218 | 24 | MPT |
| 4/11/2019 | 219 | 1 | 219 | 4 | CMP; LDG; MPT; INC |
| 4/11/2019 | 219 | 8 | 219 | 10 | VG; MPT; LDG |
| 4/11/2019 | 219 | 12 | 219 | 12 | VG; MPT; LDG |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR MICHAEL MAPES |||||
|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||  |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 7/12/2019 | 537 | 11 | 538 | 21 | ARG; LDG; AF; CMP; 602; 402; 403; 1006; MPT |
| 7/12/2019 | 543 | 18 | 543 | 23 | LC; 602; 403; VG; LDG |
| 7/12/2019 | 544 | 2 | 545 | 25 | ARG; AF; 802; 602; 402; 403; VG; LDG; LC |
| 7/12/2019 | 546 | 16 | 546 | 19 | ARG; HYP; 602; 402; 403; VG; LDG |
| 7/12/2019 | 546 | 23 | 547 | 17 | ARG; 602; 403; VG; LDG; MPT; LC |
| 7/12/2019 | 549 | 3 | 550 | 3 | AA; ARG; 602; 403; VG; SCP; LDG |
| 7/12/2019 | 550 | 20 | 550 | 22 | INC; 802; 602; 403; LDG |
| 7/12/2019 | 550 | 25 | 553 | 16 | ARG; AF; SCP; 802; 602; 403; VG; MPT; LC; LDG; 408 |
| 7/12/2019 | 555 | 10 | 557 | 10 | ARG; AF; SCP; MPT; 602; 402; VG; 802; CMP; LDG; LC; 408 |
| 7/12/2019 | 558 | 9 | 559 | 14 | ARG; AF; SCP; 802; 602; 403; VG; MD; MPT; LDG; LC; 408 |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR KEITH MARTIN ||||||
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
|  | Begin Page | Begin Line | End Page | End Line | Defendants' Objections |
| 4/3/2019 | 39 | 6 | 39 | 11 | 602, VG |
| 4/3/2019 | 39 | 24 | 40 | 3 | 602, VG |
| 4/3/2019 | 40 | 7 | 40 | 11 | 602, VG |
| 4/3/2019 | 51 | 4 | 51 | 11 | VG |
| 4/3/2019 | 51 | 14 | 52 | 7 | VG |
| 4/3/2019 | 62 | 2 | 62 | 7 | 602, VG |
| 4/3/2019 | 64 | 4 | 64 | 12 | VG, CML |
| 4/3/2019 | 68 | 22 | 69 | 3 | VG, 402 |
| 4/3/2019 | 90 | 22 | 91 | 14 | VG, 402 |
| 4/3/2019 | 93 | 15 | 93 | 18 | 602 |
| 4/3/2019 | 94 | 3 | 94 | 13 | 602 |
| 4/3/2019 | 94 | 18 | 94 | 21 | 602 |
| 4/3/2019 | 122 | 4 | 122 | 16 | VG, SCP, 402, NR |
| 4/3/2019 | 146 | 17 | 146 | 19 | VG, 402 |
| 4/3/2019 | 150 | 8 | 150 | 11 | VG, 402, COL |
| 4/3/2019 | 154 | 19 | 155 | 14 | VG, SCP, 402, NR |
| 4/3/2019 | 254 | 5 | 254 | 20 | 602, VG, MPT, LDG, 403 |
| 4/3/2019 | 256 | 5 | 256 | 17 | VG, COL, LDG, 402 |
| 4/3/2019 | 257 | 22 | 258 | 10 | VG, 402, 403, NAR |
| 4/3/2019 | 258 | 20 | 258 | 21 | VG, 402, 403, NAR |
| 4/3/2019 | 259 | 6 | 259 | 9 | VG, 402, 403, LDG |
| 4/3/2019 | 259 | 11 | 259 | 16 | VG; 402; 403; LDG |
| 4/3/2019 | 259 | 18 | 259 | 19 | 402; 403 |
| 4/3/2019 | 260 | 9 | 261 | 20 | VG; 402; 403; MPT; LDG |
| 4/3/2019 | 262 | 12 | 263 | 16 | VG; 402; 403 |
| 4/3/2019 | 264 | 4 | 266 | 1 | 602; VG; 402; 403; LDG |
| 4/3/2019 | 266 | 5 | 266 | 8 | 602; VG; 402; 403 |
| 4/3/2019 | 266 | 14 | 268 | 21 | 602; VG; 402; 403 |
| 4/3/2019 | 269 | 5 | 271 | 11 | 602; VG; SCP; LDG; 802 |
| 4/3/2019 | 273 | 11 | 274 | 24 | 602; VG; 402; 403; SCP; 802 |
| 4/3/2019 | 275 | 13 | 275 | 21 | 602; 402; 403 |
| 4/3/2019 | 275 | 23 | 276 | 1 | 602; 402; 403 |
| 4/3/2019 | 276 | 3 | 276 | 5 | 602; VG; 402 |
| 4/3/2019 | 276 | 8 | 276 | 8 | 602; VG; 402 |
| 4/3/2019 | 276 | 10 | 276 | 12 | 602; VG; 402 |
| 4/3/2019 | 276 | 14 | 277 | 3 | 602; 402; 403; 802 |
| 4/3/2019 | 278 | 2 | 278 | 14 | 602; VG; 402; 403 |
| 4/3/2019 | 280 | 11 | 281 | 2 | 602; VG; 402; 403; ILO; LC |
| 4/3/2019 | 289 | 9 | 290 | 10 | VG; 402 |
| 4/3/2019 | 291 | 5 | 291 | 16 | 602; VG; 402; 403; NR; SCP |
| 4/3/2019 | 302 | 10 | 303 | 6 | VG |
| 4/3/2019 | 325 | 11 | 326 | 1 | VG; NR |
| 4/3/2019 | 326 | 25 | 327 | 21 | 602; VG |
| 4/3/2019 | 337 | 8 | 337 | 23 | 602; VG; 402; 403; SCP; NR; INC |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR THOMAS PREVOZNIK |||||
|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||  |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 4/17/2019 | 168 | 3 | 171 | 19 | 602; NR |
| 4/17/2019 | 173 | 12 | 173 | 20 | 602 |
| 4/17/2019 | 191 | 10 | 191 | 24 | 602; SCP; 408; NR; 402; 403 |
| 4/17/2019 | 192 | 11 | 196 | 13 | 602; SCP; 408; NR; 402; 403 |
| 4/17/2019 | 201 | 16 | 202 | 20 | 602; SCP; 408; NR; 402; 403 |
| 4/17/2019 | 203 | 23 | 205 | 14 | 602; SCP |
| 4/17/2019 | 209 | 10 | 209 | 17 | LC; ILO; 602 |
| 4/17/2019 | 237 | 13 | 237 | 19 | INC |
| 4/17/2019 | 361 | 24 | 362 | 14 | INC |
| 4/18/2019 | 455 | 10 | 457 | 16 | NR; 408; 402; 403 |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR JOSEPH RANNAZZISI ||||||
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
| | Begin Page | Begin Line | End Page | End Line | Defendants' Objections |
| 4/26/2019 | 29 | 2 | 30 | 2 | Improper counter-designation; lack of foundation; calls for speculation; lack of personal knowledge (602) |
| 4/26/2019 | 40 | 22 | 41 | 20 | Lack of foundation -- witness testified that he did not attend distributor briefings; lack of personal knowledge (602); calls for speculation |
| 4/26/2019 | 57 | 6 | 57 | 8 | Calls for speculation -- asks what witness would have done; incomplete hypothetical; relevance |
| 4/26/2019 | 57 | 15 | 57 | 23 | Calls for speculation -- asks what witness would have done; incomplete hypothetical; relevance |
| 4/26/2019 | 99 | 2 | 99 | 17 | Non-responsive; assumes facts not in evidence re: manufacturers diverting quota; 403 |
| 4/26/2019 | 107 | 18 | 108 | 15 | Non-responsive -- coincident responsibility is irrelevant to question re: whether DEA had a "manufacturer initiative"; 403 -- confusing to the jury because witness suggests that DEA had a "manufacturer initiative," when it did not. |
| 4/26/2019 | 109 | 17 | 109 | 21 | Non-responsive -- witness did not answer the question; improper counter-designation. |
| 4/26/2019 | 109 | 25 | 110 | 5 | Non-responsive -- witness did not answer the question; improper counter-designation |
| 4/26/2019 | 110 | 19 | 110 | 21 | Non-responsive -- witness did not answer the question |
| 4/26/2019 | 110 | 25 | 111 | 10 | Non-responsive -- witness did not answer the question |
| 4/26/2019 | 112 | 10 | 122 | 22 | Non-responsive -- witness did not answer the question; improper counter-designation; 403 |
| 4/26/2019 | 114 | 14 | 115 | 19 | Non-responsive; 403 -- would mislead jury by suggesting that the 2006 and 2007 letters informed manufacturers that they needed to monitor pharmacies, when they did not; 403; witness misstates the record |
| 4/26/2019 | 116 | 24 | 117 | 17 | Non-responsive -- witness did not answer the question, which asked him to identify any "guidance in writing" requiring manufacturers to "know what is happening with their drugs downstream."   Witness pointed to the CSA and CFR, which contain no such guidance.  Witness misstates the record; 403. |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR JOSEPH RANNAZZISI ||||| |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
|  | Begin Page | Begin Line | End Page | End Line | Defendants' Objections |
| 4/26/2019 | 202 | 18 | 203 | 20 | Improper counter-designation; lack of foundation; incomplete hypothetical; calls for speculation |
| 4/26/2019 | 253 | 1 | 253 | 23 | Hearsay; non-responsive; lack of foundation |
| 5/15/2019 | 530 | 22 | 531 | 19 | Lack of personal knowledge (602); lack of foundation |
| 5/15/2019 | 631 | 17 | 681 | 2 | Improper Counter-Designation.  Defendants incorporate their objections to Plaintiffs' affirmative designations. |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR JOHN SAROS |||||  |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** |||| |
|  | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 1/22/2019 | 23 | 5 | 24 | 8 | NR; 402; 403 |
| 1/22/2019 | 24 | 10 | 29 | 4 | NR; 402; 403; INC |
| 1/22/2019 | 29 | 9 | 29 | 18 | 402 |
| 1/22/2019 | 32 | 7 | 32 | 13 | NR |
| 1/22/2019 | 32 | 15 | 32 | 15 | COL |
| 1/22/2019 | 33 | 21 | 35 | 15 | NR: 402; 602 |
| 1/22/2019 | 35 | 16 | 36 | 3 | 402 |
| 1/22/2019 | 39 | 2 | 41 | 23 | 602; NR; 40:19 - 41:23 subject of pending MIL. |
| 1/22/2019 | 42 | 12 | 43 | 10 | 602; NR |
| 1/22/2019 | 45 | 11 | 45 | 16 | NR; CML |
| 1/22/2019 | 46 | 21 | 47 | 14 | NR |
| 1/22/2019 | 104 | 13 | 104 | 24 | NR |
| 1/22/2019 | 131 | 25 | 132 | 17 | NR |
| 1/22/2019 | 135 | 5 | 135 | 12 | INC |
| 1/22/2019 | 157 | 11 | 158 | 7 | NR |
| 1/22/2019 | 173 | 12 | 173 | 18 | NR; 403; 402 |

| | DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR MATTHEW STRAIT | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** | | | | |
| | Begin Page | Begin Line | End Page | End Line | Defendants' Objections |
| 5/31/2019 | 71 | 22 | 71 | 24 | 602 |
| 5/31/2019 | 72 | 7 | 72 | 12 | 602 |
| 5/31/2019 | 72 | 13 | 72 | 16 | 602 |
| 5/31/2019 | 72 | 17 | 72 | 20 | 602 |
| 5/31/2019 | 72 | 21 | 73 | 1 | ARG; CMP; INC; VG |
| 5/31/2019 | 74 | 11 | 74 | 12 | INC; VG; NAR |
| 5/31/2019 | 75 | 7 | 75 | 8 | SCP; INC; VG |
| 5/31/2019 | 76 | 11 | 76 | 17 | SCP; CMP |
| 5/31/2019 | 76 | 19 | 77 | 14 | NAR; SCP |
| 5/31/2019 | 77 | 15 | 77 | 16 | INC; AF |
| 5/31/2019 | 77 | 20 | 77 | 20 | INC; AF |
| 5/31/2019 | 78 | 20 | 78 | 22 | INC; AF; LC |
| 5/31/2019 | 79 | 3 | 79 | 5 | VG; LC; SCP |
| 5/31/2019 | 79 | 9 | 79 | 9 | VG; LC; SCP |
| 5/31/2019 | 79 | 11 | 79 | 13 | LC; SCP; INC |
| 5/31/2019 | 81 | 22 | 81 | 22 | INC |
| 5/31/2019 | 82 | 18 | 83 | 11 | NAR |
| 5/31/2019 | 83 | 3 | 83 | 11 | NR |
| 5/31/2019 | 83 | 17 | 84 | 3 | 802; LF; AU; NAR |
| 5/31/2019 | 90 | 24 | 91 | 7 | 602 |
| 5/31/2019 | 91 | 16 | 91 | 20 | CMP; VG; REL; 403 |
| 5/31/2019 | 91 | 22 | 92 | 4 | CMP; VG; REL; 403 |
| 5/31/2019 | 93 | 2 | 93 | 7 | 602 |
| 5/31/2019 | 93 | 8 | 93 | 10 | 602 |
| 5/31/2019 | 93 | 12 | 93 | 16 | 602 |
| 5/31/2019 | 94 | 25 | 95 | 2 | 602 |
| 5/31/2019 | 95 | 4 | 95 | 5 | 602 |
| 5/31/2019 | 95 | 7 | 95 | 7 | 602; ARG; 403 |
| 5/31/2019 | 95 | 9 | 95 | 10 | 602; ARG; 403 |
| 5/31/2019 | 95 | 12 | 95 | 14 | 602; AF; ARG; 403 |
| 5/31/2019 | 95 | 18 | 95 | 22 | 602; AF; ARG; 403 |
| 5/31/2019 | 96 | 1 | 96 | 1 | 602; AF; ARG; 403 |
| 5/31/2019 | 96 | 3 | 96 | 9 | 602; AF; ARG; 403 |
| 5/31/2019 | 96 | 19 | 97 | 23 | 602; 403 |
| 5/31/2019 | 97 | 24 | 98 | 6 | 602; 403 |
| 5/31/2019 | 98 | 7 | 98 | 19 | 602; 403 |
| 5/31/2019 | 98 | 21 | 99 | 10 | SCP; 602; 403 |
| 5/31/2019 | 99 | 12 | 99 | 19 | ARG; SCP; AF; 403; 602 |
| 5/31/2019 | 100 | 1 | 102 | 1 | 802; 602; 403; SCP; AU |
| 5/31/2019 | 102 | 2 | 102 | 6 | 403 |
| 5/31/2019 | 102 | 9 | 102 | 14 | 802; 602; 403; SCP |
| 5/31/2019 | 102 | 15 | 102 | 23 | 602 |
| 5/31/2019 | 102 | 24 | 103 | 9 | 602 |
| 5/31/2019 | 103 | 10 | 103 | 15 | 602 |
| 5/31/2019 | 103 | 17 | 104 | 6 | 602 |
| 5/31/2019 | 104 | 7 | 104 | 12 | 602; AA |
| 5/31/2019 | 104 | 21 | 105 | 1 | 602; CMP |
| 5/31/2019 | 105 | 3 | 106 | 18 | 802; 602; 403; SCP; AU |
| 5/31/2019 | 106 | 19 | 106 | 25 | 602; AF; SCP |
| 5/31/2019 | 107 | 2 | 107 | 9 | 602; ARG; 403; SCP |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR MATTHEW STRAIT | | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' OBJECTIONS** | | | | |
| | **Begin Page** | **Begin Line** | **End Page** | **End Line** | **Defendants' Objections** |
| 5/31/2019 | 110 | 12 | 110 | 22 | 602 |
| 5/31/2019 | 111 | 10 | 111 | 13 | CMP; ARG; INC |
| 5/31/2019 | 112 | 1 | 112 | 13 | 602; 403; ARG; AF |