# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br>)<br>)<br>This document relates to:  )<br>)<br>*The County of Summit, Ohio, et al. v. Purdue*  )<br>*Pharma L.P., et al.*  )<br>Case No. 18-op-45090  )<br>)<br>and  )<br>)<br>*The County of Cuyahoga v. Purdue Pharma*  )<br>*L.P., et al.*  )<br>Case No. 1:18-op-45004  )<br>_____  ) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Hon. Judge Dan A. Polster** |

### AMERISOURCEBERGEN CORPORATION AND AMERISOURCEBERGEN DRUG CORPORATION'S <u>OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS</u>

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered in In re National Prescription Opiate Litigation (MDL 2804) on May 1, 2019 (as amended in Judge Polster's July 29, 2019 order), Defendants AmerisourceBergen Corporation ("ABC") and AmerisourceBergen Drug Corporation ("ABDC") submit the following Objections to Plaintiffs' Affirmative Deposition Designations.

ABDC hereby serves Objections to the following deposition designations affirmatively designated by Plaintiffs (*see* Exhibit A):

1. Eric Cherveny
2. Nathan Elkins
3. Edward Hazewski
4. Stephen Mays

5. Elizabeth Garcia

6. David May

7. Michael M. Miller

Because Plaintiffs have withdrawn all deposition designations to certain previously identified AmerisourceBergen witnesses (Chris Zimmerman, Rita Norton, Kevin Kreutzer, and Marcelino Guerriero), ABC and ABDC are not filing objections to those designations.  ABDC however, reserves the right to object to any attempt by Plaintiffs to play affirmatively any portion of those witnesses' video depositions at trial and reserves the right to counter-designate testimony for these witnesses.

ABC and ABDC further reserve all rights, including all rights to revise or withdraw Objections.  ABC and ABDC further reserve the right to revise or withdraw these Objections based on the Court's rulings, Plaintiffs' and other individual Defendants' designations of deposition testimony, and evidence introduced at trial.  Consistent with prior representation by Plaintiffs' counsel that "objections and colloquy will not be proffered" by Plaintiffs, ABDC has not objected on a line-by-line basis to objections and colloquy; instead, ABDC objects to all objections and colloquy as a global matter.

ABDC's objections are made pursuant to the following Objections Key:

| Code | Objection |
|---|---|
| 402 | Relevance. FRE 402. |
| 403 | Undue Prejudice, Confusion, Waste of Time. FRE 403. |
| 408 | Inadmissible Evidence of Settlement or Negotiations. FRE 408. |
| 602 | Lack of Foundation/Speculation. FRE 602. |
| 802 | Hearsay. FRE 802. |
| AA | Asked and Answered. FRE 611(a). |
| AF | Assumes Facts Not in Evidence.  FRE 103(d), 611(a). |
| ARG | Argumentative. FRE 611(a). |
| AU | Authentication Lacking. FRE 901. |
| BER | Best Evidence Rule. FRE 1002. |
| CML | Cumulative. FRE 403, 611(a). |
| CMP | Compound Question. FRE 611(a). |
| CO | Contrary to Court Order. |
| COL | Improper Attorney Colloquy. FRE 103(d), 603. |
| DEM | Demonstrative Not Marked as Exhibit. FRE 103(d), 611(a). |
| HYP | Improper Hypothetical. FRE 602, 701. |
| ILO | Improper Opinion of Lay Witness. FRE 701. |
| INC | Designation Incomplete; Incomprehensible. |
| LC | Calls for Legal Conclusion. FRE 103(d), 602, 701. |
| LDG | Leading. FRE 611(c). |
| MD | Misstates the Document. FRE 103(d), 611(a). |
| MPT | Misstates Prior Testimony. FRE 103(d), 611(a). |
| NAR | Calls for Narrative Response . FRE 103(d), 611(a). |
| NR | Nonresponsive. FRE 611(a). |
| PV | Privileged. FRE 103(d), 501, 502. |
| SCP | Outside the Scope of Designated Topics. FRE 602, 611(a)-(b); FRCP 30(b)(6). |
| SUM | Improper Summary. FRE 1006. |

Dated: October 2, 2019                                **REED SMITH LLP**

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on October 2, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

<u>/s/ Robert A. Nicholas</u>  
Robert A. Nicholas