# EXHIBIT A

| DEFENDANTS' OBJECTIONS FOR ERIC CHERVENY |||||
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||  |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 11/9/2018 | 24 | 18 | 24 | 23 | VG |
| 11/9/2018 | 114 | 15 | 114 | 22 | ARG |
| 11/9/2018 | 115 | 14 | 115 | 23 | ARG |
| 11/9/2018 | 119 | 11 | 120 | 21 | LC |
| 11/9/2018 | 121 | 20 | 122 | 13 | LC; AA |
| 11/9/2018 | 122 | 19 | 124 | 11 | AA; LC |
| 11/9/2018 | 166 | 13 | 166 | 19 | ARG |
| 11/9/2018 | 227 | 18 | 228 | 13 | CMP |
| 11/9/2018 | 274 | 23 | 275 | 8 | VG; 602 |
| 11/9/2018 | 283 | 6 | 284 | 9 | AA; VG |
| 11/9/2018 | 301 | 1 | 301 | 15 | LC |
| 11/9/2018 | 311 | 4 | 311 | 20 | AA; LC |
| 11/9/2018 | 327 | 12 | 329 | 23 | 602; LC; 402; 403 |
| 11/9/2018 | 329 | 24 | 332 | 3 | 602; 402; 403 |
| 11/9/2018 | 338 | 3 | 338 | 22 | CMP; VG |
| 11/9/2018 | 342 | 10 | 343 | 8 | LC; VG |
| 11/9/2018 | 344 | 14 | 346 | 8 | 602 |
| 11/9/2018 | 354 | 22 | 355 | 17 | 602 |
| 11/9/2018 | 356 | 10 | 356 | 12 | 402 |
| 11/9/2018 | 356 | 14 | 357 | 3 | 602 |
| 11/9/2018 | 374 | 18 | 374 | 20 | Objection to Exhibit 5: 402; 403 |
| 11/9/2018 | 377 | 7 | 377 | 14 | 602; 402; 403 |
| 11/9/2018 | 377 | 20 | 377 | 24 | 602; 402; 403 |
| 11/9/2018 | 378 | 10 | 378 | 16 | 602; 402; 403 |
| 11/9/2018 | 378 | 1 | 378 | 9 | 602; 402; 403 |

| DEFENDANTS' OBJECTIONS FOR NATHAN ELKINS | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 11/14/2018 | 41 | 4 | 41 | 8 | 602 |
| 11/14/2018 | 60 | 9 | 60 | 18 | AU |
| 11/14/2018 | 65 | 10 | 65 | 21 | 602 |
| 11/14/2018 | 65 | 23 | 66 | 4 | 602 |
| 11/14/2018 | 66 | 6 | 66 | 14 | 602 |
| 11/14/2018 | 66 | 20 | 67 | 7 | 602 |
| 11/14/2018 | 67 | 9 | 67 | 23 | 602 |
| 11/14/2018 | 67 | 24 | 68 | 7 | 602 |
| 11/14/2018 | 68 | 9 | 68 | 21 | 602 |
| 11/14/2018 | 68 | 23 | 69 | 8 | BER |
| 11/14/2018 | 69 | 13 | 70 | 4 | 602 |
| 11/14/2018 | 70 | 11 | 70 | 17 | 602 |
| 11/14/2018 | 70 | 19 | 71 | 3 | 602 |
| 11/14/2018 | 71 | 5 | 71 | 21 | 602 |
| 11/14/2018 | 72 | 3 | 72 | 7 | 602 |
| 11/14/2018 | 72 | 8 | 72 | 19 | 602 |
| 11/14/2018 | 72 | 21 | 73 | 6 | 602 |
| 11/14/2018 | 73 | 8 | 74 | 2 | 602; CMP |
| 11/14/2018 | 74 | 3 | 74 | 12 | AF; 602; MPT; VG |
| 11/14/2018 | 74 | 14 | 75 | 1 | 602; MPT; VG |
| 11/14/2018 | 75 | 6 | 75 | 10 | 602 |
| 11/14/2018 | 75 | 12 | 75 | 19 | 602; VG |
| 11/14/2018 | 76 | 21 | 77 | 3 | 602; MPT; VG |
| 11/14/2018 | 77 | 5 | 77 | 12 | 602; MPT |
| 11/14/2018 | 77 | 14 | 77 | 20 | 602; MPT; VG |
| 11/14/2018 | 77 | 22 | 78 | 19 | 602; VG |
| 11/14/2018 | 78 | 21 | 79 | 6 | 602 |
| 11/14/2018 | 79 | 8 | 79 | 15 | 602; VG; AF |
| 11/14/2018 | 79 | 17 | 79 | 22 | 602; AF; VG |
| 11/14/2018 | 80 | 4 | 80 | 13 | 602; AF; VG |
| 11/14/2018 | 113 | 22 | 114 | 10 | 602; AF |
| 11/14/2018 | 114 | 12 | 114 | 22 | 602 |
| 11/14/2018 | 115 | 12 | 116 | 4 | 602; MPT |
| 11/14/2018 | 116 | 5 | 116 | 12 | VG |
| 11/14/2018 | 117 | 23 | 118 | 18 | MPT |
| 11/14/2018 | 125 | 1 | 125 | 4 | 602 |
| 11/14/2018 | 125 | 10 | 125 | 13 | LDG; 602 |
| 11/14/2018 | 125 | 14 | 125 | 21 | MPT |
| 11/14/2018 | 125 | 23 | 126 | 8 | VG |
| 11/14/2018 | 127 | 7 | 127 | 16 | VG |
| 11/14/2018 | 127 | 24 | 128 | 15 | VG; 602 |
| 11/14/2018 | 132 | 12 | 132 | 18 | 402 |
| 11/14/2018 | 135 | 18 | 136 | 6 | 602 |
| 11/14/2018 | 136 | 8 | 136 | 16 | 602; AF |
| 11/14/2018 | 141 | 16 | 142 | 1 | MPT |
| 11/14/2018 | 142 | 3 | 142 | 15 | 602; MPT |

| DEPO DATE | DEFENDANTS' OBJECTIONS FOR NATHAN ELKINS ||||  |
|---|---|---|---|---|---|
|  | DEFENDANTS' OBJECTIONS |||| |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 11/14/2018 | 144 | 17 | 145 | 2 | MPT; AF; LDG |
| 11/14/2018 | 150 | 20 | 151 | 6 | 602; MPT |
| 11/14/2018 | 152 | 1 | 152 | 15 | 602; VG |
| 11/14/2018 | 153 | 2 | 153 | 24 | ARG; MPT |
| 11/14/2018 | 158 | 8 | 158 | 14 | 602; MPT; AF |
| 11/14/2018 | 158 | 16 | 159 | 17 | 602 |
| 11/14/2018 | 160 | 17 | 161 | 1 | 602 |
| 11/14/2018 | 161 | 3 | 161 | 8 | AF |
| 11/14/2018 | 161 | 10 | 162 | 6 | MPT; 602; VG |
| 11/14/2018 | 162 | 18 | 163 | 2 | 602 |
| 11/14/2018 | 163 | 4 | 163 | 14 | 602 |
| 11/14/2018 | 165 | 9 | 165 | 21 | LDG; MPT |
| 11/14/2018 | 184 | 20 | 185 | 8 | 602; VG; MPT |
| 11/14/2018 | 190 | 3 | 190 | 22 | ARG |
| 11/14/2018 | 224 | 19 | 226 | 2 | MPT |
| 11/14/2018 | 226 | 4 | 226 | 15 | VG; 602 |
| 11/14/2018 | 228 | 10 | 228 | 21 | VG; AF; 602 |
| 11/14/2018 | 236 | 11 | 236 | 21 | MPT; 602 |
| 11/14/2018 | 239 | 2 | 240 | 4 | VG |
| 11/14/2018 | 241 | 15 | 242 | 13 | VG |
| 11/14/2018 | 248 | 19 | 249 | 16 | 602; VG |
| 11/14/2018 | 249 | 18 | 250 | 7 | 602 |
| 11/14/2018 | 250 | 9 | 250 | 24 | AA |
| 11/14/2018 | 251 | 9 | 251 | 16 | MPT; VG |
| 11/14/2018 | 251 | 17 | 252 | 14 | MPT; VG |
| 11/14/2018 | 252 | 16 | 253 | 3 | 602; VG |
| 11/14/2018 | 253 | 5 | 254 | 2 | 602; VG; AF; MPT |
| 11/14/2018 | 254 | 4 | 254 | 20 | VG |
| 11/14/2018 | 254 | 22 | 255 | 4 | MPT |
| 11/14/2018 | 256 | 8 | 256 | 19 | MPT; 602; LDG |
| 11/14/2018 | 256 | 21 | 257 | 15 | 602; VG |
| 11/14/2018 | 257 | 17 | 258 | 10 | 602; VG |
| 11/14/2018 | 258 | 12 | 258 | 23 | 602 |
| 11/14/2018 | 286 | 20 | 288 | 2 | NAR |
| 11/14/2018 | 288 | 24 | 289 | 13 | 602 |
| 11/14/2018 | 290 | 4 | 290 | 15 | 602 |
| 11/14/2018 | 292 | 24 | 293 | 7 | 602 |
| 11/14/2018 | 294 | 6 | 294 | 19 | MPT |
| 11/14/2018 | 294 | 21 | 295 | 11 | 602 |
| 11/14/2018 | 295 | 12 | 296 | 3 | 602; VG; MPT |
| 11/14/2018 | 297 | 8 | 298 | 3 | 602 |
| 11/14/2018 | 299 | 14 | 299 | 24 | VG |
| 11/14/2018 | 312 | 12 | 313 | 12 | 602; VG |
| 11/14/2018 | 313 | 14 | 314 | 3 | ARG; MPT |
| 11/14/2018 | 318 | 5 | 318 | 12 | VG |
| 11/14/2018 | 318 | 14 | 319 | 1 | MPT |

| DEFENDANTS' OBJECTIONS FOR NATHAN ELKINS | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 11/14/2018 | 319 | 3 | 319 | 17 | MPT; 602 |
| 11/14/2018 | 322 | 24 | 323 | 13 | 602; AF |
| 11/14/2018 | 323 | 15 | 324 | 10 | AF; MPT |
| 11/14/2018 | 342 | 21 | 343 | 11 | VG |
| 11/14/2018 | 353 | 17 | 354 | 5 | MPT |
| 11/14/2018 | 354 | 19 | 355 | 5 | VG |
| 11/14/2018 | 355 | 12 | 355 | 15 | SUM |
| 11/14/2018 | 362 | 12 | 362 | 21 | 602; VG |
| 11/14/2018 | 363 | 2 | 363 | 11 | 602; VG |
| 11/14/2018 | 363 | 13 | 363 | 22 | 602; LDG |
| 11/14/2018 | 367 | 21 | 368 | 3 | ARG; MPT |
| 11/14/2018 | 368 | 5 | 368 | 16 | 602; MPT; LDG |
| 11/14/2018 | 368 | 18 | 369 | 2 | 602 |
| 11/14/2018 | 369 | 4 | 369 | 23 | ARG; 602 |

| DEFENDANTS' OBJECTIONS FOR EDWARD HAZEWSKI |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 10/25/2018 | 22 | 23 | 23 | 11 | AF; 602 |
| 10/25/2018 | 24 | 21 | 25 | 6 | MPT |
| 10/25/2018 | 55 | 10 | 55 | 20 | LDG |
| 10/25/2018 | 56 | 13 | 56 | 23 | LC |
| 10/25/2018 | 58 | 20 | 59 | 12 | LDG; LC; 602 |
| 10/25/2018 | 65 | 8 | 66 | 12 | 602 |
| 10/25/2018 | 86 | 16 | 87 | 7 | LC; 602 |
| 10/25/2018 | 87 | 16 | 88 | 14 | AA; LC; 602 |
| 10/25/2018 | 123 | 7 | 128 | 6 | MD; 602; 403 |
| 10/25/2018 | 133 | 11 | 133 | 21 | 602 |
| 10/25/2018 | 133 | 3 | 145 | 24 | 802; 602; 403 |
| 10/25/2018 | 138 | 17 | 138 | 24 | 602 |
| 10/25/2018 | 139 | 1 | 139 | 10 | MPT |
| 10/25/2018 | 147 | 1 | 147 | 14 | 402; 403 |
| 10/25/2018 | 148 | 23 | 149 | 13 | 402; 403; INC |
| 10/25/2018 | 155 | 4 | 159 | 11 | 602; 402; 403 |
| 10/25/2018 | 156 | 22 | 157 | 6 | 602 |
| 10/25/2018 | 158 | 10 | 158 | 23 | 602 |
| 10/25/2018 | 179 | 12 | 179 | 23 | 602; 802 |
| 10/25/2018 | 180 | 5 | 180 | 13 | 602; 802 |
| 10/25/2018 | 184 | 5 | 184 | 16 | 602 |
| 10/25/2018 | 184 | 17 | 185 | 6 | 602 |
| 10/25/2018 | 220 | 2 | 220 | 12 | 602 |
| 10/25/2018 | 255 | 14 | 255 | 23 | 602; LDG |

| DEFENDANTS' OBJECTIONS FOR STEPHEN MAYS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 10/24/2018 | 79 | 3 | 79 | 9 | 602 |
| 10/24/2018 | 82 | 8 | 82 | 19 | LDG; 602 |
| 10/24/2018 | 83 | 2 | 83 | 11 | LDG; 602 |
| 10/24/2018 | 84 | 21 | 85 | 9 | MPT |
| 10/24/2018 | 88 | 21 | 89 | 5 | CMP; AF |
| 10/24/2018 | 96 | 7 | 96 | 15 | 602; 402 |
| 10/24/2018 | 111 | 2 | 112 | 2 | 602 |
| 10/24/2018 | 112 | 4 | 112 | 14 | 602; AA; CMP |
| 10/24/2018 | 112 | 24 | 113 | 5 | 602 |
| 10/24/2018 | 129 | 20 | 130 | 10 | AA; 402; LC |
| 10/24/2018 | 130 | 11 | 130 | 21 | AA; 402; LC |
| 10/24/2018 | 131 | 24 | 132 | 6 | 602 |
| 10/24/2018 | 136 | 9 | 136 | 18 | LDG; MPT |
| 10/24/2018 | 137 | 24 | 138 | 14 | 602; MPT |
| 10/24/2018 | 140 | 7 | 141 | 2 | 602; CMP |
| 10/24/2018 | 141 | 23 | 142 | 6 | 602 |
| 10/24/2018 | 142 | 15 | 142 | 24 | 602; 402 |
| 10/24/2018 | 144 | 4 | 144 | 13 | 602 |
| 10/24/2018 | 144 | 22 | 145 | 3 | AA |
| 10/24/2018 | 151 | 14 | 152 | 2 | CMP; 602 |
| 10/24/2018 | 165 | 18 | 166 | 1 | AF |
| 10/24/2018 | 209 | 14 | 209 | 19 | AF; MPT |
| 10/24/2018 | 210 | 9 | 210 | 14 | AF; MPT |
| 10/24/2018 | 223 | 22 | 224 | 7 | AF; MPT |
| 10/24/2018 | 249 | 20 | 250 | 17 | CMP; MPT; AF |
| 10/24/2018 | 262 | 2 | 262 | 8 | LDG; AF |
| 10/24/2018 | 263 | 14 | 263 | 23 | MPT |
| 10/24/2018 | 271 | 5 | 271 | 16 | MPT |
| 10/24/2018 | 279 | 19 | 280 | 1 | LDG; AF |
| 10/24/2018 | 281 | 3 | 281 | 11 | AF |
| 10/24/2018 | 303 | 2 | 303 | 10 | 602 |
| 10/24/2018 | 303 | 12 | 303 | 21 | 602; AF |
| 10/24/2018 | 333 | 8 | 333 | 18 | AF |
| 10/24/2018 | 360 | 14 | 360 | 19 | 403 |
| 10/24/2018 | 361 | 24 | 362 | 5 | LC; VG; CO |
| 10/24/2018 | 368 | 5 | 371 | 18 | 802; MD; CMP; 602; 403 |
| 10/24/2018 | 370 | 16 | 371 | 7 | 602 |
| 10/24/2018 | 371 | 15 | 371 | 18 | VG; 602 |
| 2/8/2019 | 14 | 10 | 14 | 17 | MPT; AA |
| 2/8/2019 | 14 | 21 | 14 | 24 | AA |
| 2/8/2019 | 15 | 10 | 15 | 15 | AA |
| 2/8/2019 | 15 | 20 | 16 | 1 | AA |
| 2/8/2019 | 16 | 11 | 16 | 18 | AA |
| 2/8/2019 | 16 | 19 | 16 | 23 | AA |
| 2/8/2019 | 18 | 12 | 18 | 17 | MPT; LDG |
| 2/8/2019 | 19 | 4 | 19 | 13 | 602 |

| DEFENDANTS' OBJECTIONS FOR STEPHEN MAYS | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 2/8/2019 | 19 | 22 | 20 | 5 | LDG; 602; AF |
| 2/8/2019 | 21 | 11 | 21 | 14 | 602; LDG |
| 2/8/2019 | 23 | 8 | 23 | 13 | LDG; 602 |
| 2/8/2019 | 23 | 15 | 23 | 21 | LDG; MPT; 602 |
| 2/8/2019 | 23 | 22 | 24 | 3 | LDG; MPT; 602 |
| 2/8/2019 | 24 | 4 | 24 | 13 | LDG; MPT; 602 |
| 2/8/2019 | 24 | 18 | 24 | 22 | LDG; 602 |
| 2/8/2019 | 24 | 23 | 25 | 5 | LDG; 602 |
| 2/8/2019 | 25 | 6 | 25 | 16 | MPT; 602 |
| 2/8/2019 | 27 | 1 | 27 | 7 | AA |
| 2/8/2019 | 27 | 24 | 28 | 3 | AA |
| 2/8/2019 | 29 | 18 | 29 | 24 | 602 |
| 2/8/2019 | 30 | 1 | 30 | 4 | 602 |
| 2/8/2019 | 30 | 5 | 30 | 22 | 602; LDG |
| 2/8/2019 | 31 | 18 | 33 | 8 | 602 |
| 2/8/2019 | 33 | 12 | 33 | 19 | 602 |
| 2/8/2019 | 34 | 6 | 34 | 10 | LDG |
| 2/8/2019 | 34 | 16 | 35 | 6 | 602 |
| 2/8/2019 | 36 | 1 | 36 | 8 | 602; AF |
| 2/8/2019 | 36 | 9 | 36 | 23 | 602; AF |
| 2/8/2019 | 38 | 3 | 38 | 10 | 602; VG |
| 2/8/2019 | 38 | 24 | 39 | 4 | VG |
| 2/8/2019 | 42 | 8 | 42 | 18 | 602 |
| 2/8/2019 | 53 | 15 | 53 | 19 | 802 |
| 2/8/2019 | 53 | 20 | 53 | 24 | 602; AF |
| 2/8/2019 | 54 | 1 | 54 | 7 | 602 |
| 2/8/2019 | 54 | 8 | 54 | 14 | 602 |
| 2/8/2019 | 57 | 4 | 57 | 14 | LDG; AA |
| 2/8/2019 | 57 | 23 | 58 | 8 | AF; MPT |
| 2/8/2019 | 60 | 12 | 61 | 2 | 602 |
| 2/8/2019 | 61 | 3 | 61 | 10 | 602 |
| 2/8/2019 | 62 | 9 | 62 | 14 | 602; 402 |
| 2/8/2019 | 62 | 18 | 62 | 24 | 602; 402 |
| 2/8/2019 | 64 | 5 | 64 | 15 | 602 |
| 2/8/2019 | 64 | 16 | 64 | 23 | 602 |
| 2/8/2019 | 65 | 11 | 65 | 17 | AA |
| 2/8/2019 | 66 | 9 | 66 | 20 | LC |
| 2/8/2019 | 66 | 21 | 67 | 4 | LC |
| 2/8/2019 | 68 | 23 | 69 | 8 | AA |
| 2/8/2019 | 69 | 10 | 69 | 17 | AA |
| 2/8/2019 | 70 | 4 | 70 | 8 | 402 |
| 2/8/2019 | 71 | 12 | 71 | 23 | CMP |
| 2/8/2019 | 72 | 22 | 73 | 3 | AA |
| 2/8/2019 | 73 | 18 | 73 | 22 | AA |
| 2/8/2019 | 74 | 13 | 74 | 21 | 402; MPT |
| 2/8/2019 | 74 | 23 | 75 | 7 | 602 |

| DEPO DATE | DEFENDANTS' OBJECTIONS FOR STEPHEN MAYS ||||  |
|---|---|---|---|---|---|
|  | DEFENDANTS' OBJECTIONS |  |  |  |  |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 2/8/2019 | 75 | 21 | 76 | 1 | 602 |
| 2/8/2019 | 76 | 19 | 77 | 1 | 602 |
| 2/8/2019 | 81 | 13 | 81 | 18 | VG |
| 2/8/2019 | 82 | 6 | 82 | 23 | MPT; AA; 402 |
| 2/8/2019 | 84 | 4 | 84 | 12 | AA; 402 |
| 2/8/2019 | 86 | 3 | 86 | 20 | 402 |
| 2/8/2019 | 89 | 11 | 89 | 17 | 602 |
| 2/8/2019 | 90 | 10 | 90 | 14 | AA |
| 2/8/2019 | 90 | 16 | 91 | 1 | 403 |
| 2/8/2019 | 92 | 17 | 92 | 23 | NAR; 602; LDG |
| 2/8/2019 | 93 | 12 | 93 | 19 | 602; LDG |
| 2/8/2019 | 93 | 20 | 94 | 2 | 602; LDG; AA |
| 2/8/2019 | 94 | 3 | 94 | 9 | 602; LDG; AF; VG |
| 2/8/2019 | 95 | 14 | 95 | 17 | 602 |

8

| DEFENDANTS' OBJECTIONS FOR ELIZABETH GARCIA |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |

| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| 12/14/2018 | 100 | 12 | 100 | 18 | 602 |
| 12/14/2018 | 100 | 20 | 101 | 2 | 602; AF |
| 12/14/2018 | 101 | 4 | 101 | 9 | 602; AF |
| 12/14/2018 | 101 | 11 | 101 | 21 | 602; AF |
| 12/14/2018 | 101 | 23 | 102 | 4 | 602; AF; AA |
| 12/14/2018 | 107 | 18 | 108 | 1 | MPT; 602 |
| 12/14/2018 | 112 | 14 | 112 | 23 | 602 |
| 12/14/2018 | 113 | 22 | 114 | 4 | 602 |
| 12/14/2018 | 117 | 4 | 117 | 13 | CMP; 602; AF |
| 12/14/2018 | 117 | 15 | 117 | 21 | 602; AF |
| 12/14/2018 | 122 | 6 | 122 | 13 | 602; VG |
| 12/14/2018 | 122 | 23 | 123 | 7 | VG; 602; AF |
| 12/14/2018 | 125 | 18 | 126 | 6 | 602; AF |
| 12/14/2018 | 126 | 8 | 126 | 14 | 602; AF |
| 12/14/2018 | 132 | 2 | 132 | 15 | 602; AF |
| 12/14/2018 | 132 | 17 | 132 | 22 | 602; AF |
| 12/14/2018 | 133 | 8 | 133 | 14 | 602; MPT; AF |
| 12/14/2018 | 135 | 14 | 136 | 1 | 602; MPT; AF |
| 12/14/2018 | 136 | 3 | 136 | 8 | 602 |
| 12/14/2018 | 136 | 10 | 136 | 21 | 602; AF |
| 12/14/2018 | 140 | 2 | 140 | 7 | 602; AF |
| 12/14/2018 | 141 | 18 | 142 | 7 | 602; BER |
| 12/14/2018 | 142 | 9 | 142 | 19 | 602 |
| 12/14/2018 | 151 | 1 | 151 | 6 | 602; BER; AF |
| 12/14/2018 | 152 | 11 | 152 | 17 | 602; AF |
| 12/14/2018 | 153 | 4 | 153 | 16 | 602; AF |
| 12/14/2018 | 153 | 18 | 153 | 24 | 602; AF; BER |
| 12/14/2018 | 155 | 7 | 155 | 18 | 602; BER; AF |
| 12/14/2018 | 160 | 9 | 160 | 14 | 602; AF |
| 12/14/2018 | 164 | 4 | 164 | 10 | 602; 402; 403 |
| 12/14/2018 | 170 | 20 | 171 | 3 | 602; AF |
| 12/14/2018 | 170 | 1 | 170 | 9 | 602; 402; 403 |
| 12/14/2018 | 171 | 13 | 171 | 18 | 602; AF |
| 12/14/2018 | 172 | 16 | 172 | 22 | 602; BER; AF |
| 12/14/2018 | 172 | 24 | 173 | 9 | 602; BER; AF |
| 12/14/2018 | 173 | 11 | 173 | 17 | 602; AF |
| 12/14/2018 | 173 | 19 | 174 | 6 | 602; MPT; AF |
| 12/14/2018 | 174 | 8 | 174 | 17 | 602; MPT; AF |
| 12/14/2018 | 175 | 2 | 175 | 8 | 602; AF |
| 12/14/2018 | 175 | 13 | 175 | 20 | 602; AF |
| 12/14/2018 | 176 | 4 | 176 | 11 | 602; AF |
| 12/14/2018 | 176 | 13 | 176 | 17 | ARG |
| 12/14/2018 | 177 | 20 | 178 | 9 | 602; AF; BER |
| 12/14/2018 | 178 | 11 | 178 | 15 | VG; MPT; AF |
| 12/14/2018 | 178 | 21 | 179 | 2 | ARG |
| 12/14/2018 | 182 | 4 | 182 | 10 | 602 |
| 12/14/2018 | 182 | 12 | 182 | 19 | 602 |

| DEFENDANTS' OBJECTIONS FOR ELIZABETH GARCIA ||||| 
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||  |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 12/14/2018 | 182 | 12 | 182 | 19 | 602; 402; 403 |
| 12/14/2018 | 184 | 21 | 185 | 7 | VG |
| 12/14/2018 | 185 | 9 | 185 | 17 | CMP; 602 |
| 12/14/2018 | 187 | 14 | 187 | 21 | 602; AF |
| 12/14/2018 | 188 | 11 | 188 | 21 | AF |
| 12/14/2018 | 190 | 1 | 190 | 7 | 602; AF; MPT |
| 12/14/2018 | 191 | 13 | 191 | 16 | 602; AF; MPT |
| 12/14/2018 | 192 | 12 | 192 | 18 | 602; AF; MPT |
| 12/14/2018 | 192 | 20 | 193 | 3 | 602 |
| 12/14/2018 | 192 | 12 | 193 | 13 | 602; 403 |
| 12/14/2018 | 203 | 10 | 203 | 16 | 602; VG |
| 12/14/2018 | 203 | 18 | 204 | 8 | 602; VG |
| 12/14/2018 | 205 | 3 | 205 | 8 | 602; AF; VG |
| 12/14/2018 | 205 | 10 | 205 | 16 | 602; AF |
| 12/14/2018 | 211 | 15 | 211 | 23 | 602; AF |
| 12/14/2018 | 212 | 1 | 212 | 9 | 602; AF |
| 12/14/2018 | 212 | 20 | 213 | 2 | 602; AF |
| 12/14/2018 | 216 | 5 | 216 | 11 | 602 |
| 12/14/2018 | 216 | 13 | 216 | 19 | 602 |
| 12/14/2018 | 216 | 21 | 217 | 3 | 602 |
| 12/14/2018 | 223 | 23 | 224 | 5 | 602; AF; VG |
| 12/14/2018 | 224 | 11 | 224 | 16 | 602; AF |
| 12/14/2018 | 224 | 18 | 224 | 22 | 602; AF |
| 12/14/2018 | 250 | 20 | 251 | 5 | 602; AF |
| 12/14/2018 | 255 | 15 | 255 | 22 | 602; AF |
| 12/14/2018 | 255 | 24 | 256 | 17 | 602; AF |
| 12/14/2018 | 256 | 19 | 256 | 24 | 602 |
| 12/14/2018 | 257 | 16 | 257 | 22 | 602; AF; AA |
| 12/14/2018 | 258 | 14 | 258 | 21 | 602; AF; AA |
| 12/14/2018 | 258 | 23 | 259 | 3 | 602; AF; AA |
| 12/14/2018 | 259 | 14 | 259 | 21 | 602 |
| 12/14/2018 | 260 | 5 | 260 | 13 | 602 |
| 12/14/2018 | 260 | 15 | 260 | 21 | 602; AF |
| 12/14/2018 | 263 | 10 | 263 | 17 | MPT |
| 12/14/2018 | 264 | 17 | 264 | 22 | 602; AF; MPT |
| 12/14/2018 | 265 | 8 | 265 | 16 | 602; AF; MPT |
| 12/14/2018 | 265 | 23 | 266 | 4 | ARG |
| 12/14/2018 | 268 | 21 | 269 | 2 | 602; AF |
| 12/14/2018 | 269 | 4 | 269 | 11 | 602; AF |
| 12/14/2018 | 269 | 13 | 269 | 19 | 602; AF |
| 12/14/2018 | 269 | 21 | 270 | 6 | 602; AA |
| 12/14/2018 | 273 | 24 | 274 | 10 | 602 |
| 12/14/2018 | 274 | 12 | 274 | 22 | 602 |
| 12/14/2018 | 275 | 21 | 276 | 4 | 602 |
| 12/14/2018 | 276 | 19 | 277 | 2 | VG |
| 12/14/2018 | 277 | 4 | 277 | 13 | 602; AF |
| 12/14/2018 | 277 | 22 | 278 | 4 | 602; AF; AA |

| DEFENDANTS' OBJECTIONS FOR ELIZABETH GARCIA ||||| 
| DEPO DATE | DEFENDANTS' OBJECTIONS ||| |
| | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 12/14/2018 | 278 | 8 | 278 | 20 | 602; CMP; VG |
| 12/14/2018 | 279 | 8 | 279 | 11 | 602 |
| 12/14/2018 | 280 | 13 | 283 | 15 | 602; 403 |
| 12/14/2018 | 281 | 11 | 281 | 17 | 602; CMP; VG |
| 12/14/2018 | 283 | 1 | 283 | 6 | 602; AF; VG |
| 12/14/2018 | 285 | 1 | 285 | 15 | 602 |
| 12/14/2018 | 285 | 21 | 286 | 4 | 602; AF |
| 12/14/2018 | 285 | 1 | 288 | 10 | 802; 602; 403 |
| 12/14/2018 | 286 | 6 | 286 | 12 | 602; VG |
| 12/14/2018 | 286 | 14 | 286 | 20 | 602; VG |
| 12/14/2018 | 286 | 22 | 287 | 4 | 602 |
| 12/14/2018 | 288 | 2 | 288 | 10 | ARG; 602 |
| 12/14/2018 | 295 | 21 | 295 | 22 | AA |
| 12/14/2018 | 297 | 4 | 297 | 11 | 602; 802; VG; CMP |
| 12/14/2018 | 297 | 14 | 297 | 16 | 802; VG; 602; CMP |
| 12/14/2018 | 297 | 18 | 298 | 1 | 602; LDG; 802; AF |
| 12/14/2018 | 298 | 9 | 298 | 11 | 602; 802; AF |
| 12/14/2018 | 298 | 13 | 298 | 23 | 602; 802; AF |
| 12/14/2018 | 298 | 24 | 299 | 7 | CMP; VG; 602; ILO; 802; AF; MD |
| 12/14/2018 | 299 | 19 | 300 | 3 | 602; AF |
| 12/14/2018 | 299 | 12 | 299 | 15 | CMP; VG; 602; ILO; 802; AF; MD |
| 12/14/2018 | 299 | 19 | 301 | 1 | 602; 403 |
| 12/14/2018 | 300 | 5 | 300 | 10 | 602 |
| 12/14/2018 | 300 | 12 | 300 | 18 | 602 |
| 12/14/2018 | 300 | 9 | 300 | 14 | 602; VG |
| 12/14/2018 | 300 | 18 | 301 | 2 | 602; SCP; 802 |
| 12/14/2018 | 301 | 3 | 301 | 12 | 602; NAR; ARG; 802; AF |
| 12/14/2018 | 301 | 13 | 301 | 18 | 602; SCP; ILO; 802; AF |
| 12/14/2018 | 301 | 20 | 301 | 24 | 602; SCP; ILO; 802; AF |
| 12/14/2018 | 302 | 2 | 302 | 4 | 602; SCP; ILO |
| 12/14/2018 | 302 | 7 | 302 | 8 | 602; SCP; ILO |
| 12/14/2018 | 302 | 10 | 302 | 15 | 602 |
| 12/14/2018 | 302 | 20 | 303 | 1 | ILO; CMP; 602; 402 |
| 12/14/2018 | 303 | 5 | 303 | 8 | ILO; CMP; 602; 402 |
| 12/14/2018 | 304 | 24 | 305 | 8 | 602; 802 |
| 12/14/2018 | 304 | 17 | 306 | 19 | MD; 602; 403 |
| 12/14/2018 | 305 | 10 | 305 | 18 | 602; AA |
| 12/14/2018 | 305 | 13 | 305 | 16 | 602; ILO; SCP; HYP; 802; AF |
| 12/14/2018 | 305 | 19 | 305 | 20 | 602; ILO; SCP; HYP; 802; AF |
| 12/14/2018 | 305 | 22 | 305 | 25 | HYP; 602; ILO; SCP |
| 12/14/2018 | 306 | 10 | 306 | 19 | MPT; AF |
| 12/14/2018 | 306 | 3 | 306 | 5 | 602; ILO; SCP; HYP |
| 12/14/2018 | 306 | 7 | 306 | 9 | 602; SCP |
| 12/14/2018 | 306 | 10 | 306 | 23 | 602; SCP; 802 |
| 12/14/2018 | 307 | 2 | 307 | 5 | SCP; 602; 802; AF |
| 12/14/2018 | 307 | 7 | 307 | 8 | SCP; 602; 802; AF |
| 12/14/2018 | 307 | 13 | 307 | 21 | SCP; 602; 802 |
| 12/14/2018 | 307 | 22 | 308 | 4 | 602; ILO; HYP; 802; AF |
| 12/14/2018 | 308 | 9 | 308 | 9 | 602; ILO; HYP; 802; AF |
| 12/14/2018 | 308 | 11 | 308 | 20 | 602; SCP; 802 |
| 12/14/2018 | 308 | 21 | 308 | 25 | 602; ILO; VG |
| 12/14/2018 | 309 | 3 | 309 | 3 | 602; ILO; VG |

| DEFENDANTS' OBJECTIONS FOR ELIZABETH GARCIA ||||| |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 12/14/2018 | 309 | 9 | 309 | 15 | CMP; 802; 402; 602; AF |
| 12/14/2018 | 309 | 17 | 309 | 17 | CMP; 802; 602; AF; 402 |
| 12/14/2018 | 309 | 19 | 309 | 23 | 602; AF |
| 12/14/2018 | 310 | 12 | 310 | 13 | LDG; LC |
| 12/14/2018 | 310 | 15 | 310 | 15 | LDG; LC |
| 12/14/2018 | 310 | 24 | 310 | 25 | VG; ARG; LDG |
| 12/14/2018 | 311 | 2 | 311 | 2 | VG; ARG; LDG |
| 12/14/2018 | 311 | 4 | 311 | 7 | 602; VG |
| 12/14/2018 | 311 | 14 | 311 | 14 | 602; VG |
| 12/14/2018 | 311 | 16 | 311 | 25 | 602; VG; CMP; ARG; LDG; LC |
| 12/14/2018 | 312 | 2 | 312 | 3 | 602; VG; CMP; ARG; LDG; LC |
| 12/14/2018 | 312 | 9 | 312 | 10 | CMP; LDG; VG; LC |
| 12/14/2018 | 312 | 18 | 312 | 19 | AA |
| 12/14/2018 | 312 | 24 | 312 | 24 | AA |
| 12/14/2018 | 313 | 10 | 313 | 14 | SCP; 602; AF |
| 12/14/2018 | 313 | 17 | 313 | 17 | SCP; 602; AF |
| 12/14/2018 | 313 | 19 | 313 | 23 | SCP; 602; AF |
| 12/14/2018 | 314 | 1 | 314 | 2 | SCP; 602; AF |
| 12/14/2018 | 314 | 4 | 314 | 10 | MPT; ARG; VG |
| 12/14/2018 | 314 | 14 | 314 | 15 | MPT; ARG; VG |
| 12/14/2018 | 315 | 4 | 315 | 6 | ILO; LC; 602; VG |
| 12/14/2018 | 315 | 10 | 315 | 12 | ILO; LC; 602; VG |
| 12/14/2018 | 315 | 13 | 315 | 17 | 602 |
| 12/14/2018 | 315 | 22 | 316 | 1 | 602 |
| 12/14/2018 | 315 | 24 | 316 | 19 | MD; 802; 602; 403 |
| 12/14/2018 | 316 | 4 | 316 | 4 | ILO; 602 |
| 12/14/2018 | 316 | 6 | 316 | 7 | ILO; 602 |
| 12/14/2018 | 316 | 12 | 316 | 17 | 602; HYP |
| 12/14/2018 | 316 | 19 | 316 | 24 | 602; HYP |
| 12/14/2018 | 316 | 25 | 317 | 8 | AF |
| 12/14/2018 | 317 | 9 | 317 | 11 | 602; SCP; VG |
| 12/14/2018 | 317 | 15 | 317 | 15 | 602; SCP; VG |
| 12/14/2018 | 317 | 17 | 317 | 20 | 602; ILO; SCP |
| 12/14/2018 | 317 | 25 | 318 | 6 | 602; ILO; SCP |
| 12/14/2018 | 317 | 4 | 317 | 11 | AF; MD; 802; 602; 403 |
| 12/14/2018 | 318 | 13 | 319 | 9 | INC |
| 12/14/2018 | 318 | 20 | 318 | 23 | MPT; ARG; CMP; SCP |
| 12/14/2018 | 319 | 11 | 320 | 18 | INC |
| 12/14/2018 | 319 | 18 | 319 | 22 | CMP; VG; 602; NR |
| 12/14/2018 | 320 | 10 | 320 | 14 | SCP; 602; ILO; HYP; INC |
| 12/14/2018 | 324 | 23 | 325 | 5 | 602; AF |
| 12/14/2018 | 324 | 7 | 324 | 12 | 402 |
| 12/14/2018 | 324 | 19 | 324 | 19 | 402 |
| 12/14/2018 | 325 | 7 | 325 | 13 | 602 |
| 12/14/2018 | 325 | 1 | 325 | 10 | 402 |
| 12/14/2018 | 326 | 3 | 326 | 12 | 602; AF; BER |
| 12/14/2018 | 326 | 20 | 326 | 23 | 402 |
| 12/14/2018 | 327 | 18 | 328 | 4 | 602; AF; BER |
| 12/14/2018 | 328 | 8 | 328 | 16 | 602; AF |
| 12/14/2018 | 333 | 20 | 336 | 15 | MD; 802; 602; 403 |
| 12/14/2018 | 334 | 10 | 334 | 16 | 602 |
| 12/14/2018 | 335 | 2 | 335 | 9 | 602; AA |
| 12/14/2018 | 336 | 6 | 336 | 10 | 602; AA |

| DEFENDANTS' OBJECTIONS FOR ELIZABETH GARCIA ||||||
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
| | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 12/14/2018 | 337 | 2 | 337 | 9 | 602; AA |
| 12/14/2018 | 337 | 23 | 338 | 8 | 602; AA |
| 12/14/2018 | 337 | 2 | 337 | 14 | MD; 802; 602; 403 |
| 12/14/2018 | 337 | 23 | 340 | 1 | AA; MD; 802; 602; 403 |
| 12/14/2018 | 338 | 10 | 338 | 18 | 602; AA |
| 12/14/2018 | 339 | 7 | 340 | 1 | 602; VG |
| 12/14/2018 | 341 | 10 | 341 | 17 | ARG |
| 12/14/2018 | 341 | 24 | 344 | 2 | ARG; AA; 602; 403 |
| 12/14/2018 | 342 | 4 | 342 | 12 | ARG |
| 12/14/2018 | 342 | 14 | 343 | 9 | NR; ARG |
| 12/14/2018 | 436 | 10 | 436 | 18 | 602; AF |
| 12/14/2018 | 436 | 10 | 437 | 9 | 602; 403 |
| 12/14/2018 | 455 | 21 | 456 | 10 | 602; AF; VG |
| 12/14/2018 | 455 | 20 | 461 | 12 | ARG; AA; MD; 802; 602; 403 |
| 12/14/2018 | 456 | 21 | 457 | 4 | 602; ARG; AA |
| 12/14/2018 | 457 | 6 | 457 | 16 | AA; ARG; AF |
| 12/14/2018 | 457 | 22 | 458 | 7 | AA; ARG |
| 12/14/2018 | 458 | 9 | 458 | 14 | AA; ARG |
| 12/14/2018 | 458 | 16 | 458 | 21 | 602; AF; AA; VG |
| 12/14/2018 | 459 | 1 | 459 | 13 | AA |
| 12/14/2018 | 459 | 20 | 460 | 4 | AA |
| 12/14/2018 | 460 | 6 | 460 | 14 | ARG; AA |
| 12/14/2018 | 460 | 16 | 461 | 5 | ARG; AA |

| DEFENDANTS' OBJECTIONS FOR DAVID MAY | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 8/4/2018 | 16 | 5 | 16 | 15 | LDG; LC |
| 8/4/2018 | 16 | 17 | 16 | 20 | LDG |
| 8/4/2018 | 119 | 15 | 120 | 7 | 602; CMP; LDG |
| 8/4/2018 | 120 | 9 | 121 | 8 | 602; LDG; MPT |
| 8/4/2018 | 152 | 17 | 153 | 3 | INC; 602; AA |
| 8/4/2018 | 181 | 6 | 181 | 19 | SCP |
| 8/4/2018 | 205 | 6 | 205 | 21 | 602; VG |
| 8/4/2018 | 211 | 9 | 212 | 10 | 602; SCP |
| 8/4/2018 | 256 | 15 | 257 | 24 | SCP; LC |
| 8/4/2018 | 258 | 2 | 259 | 2 | SCP; LC; AA |
| 8/4/2018 | 276 | 16 | 282 | 6 | ARG; AF; AU; 602; LDG; 403; MPT |
| 8/4/2018 | 283 | 24 | 284 | 23 | 602 |
| 8/4/2018 | 314 | 5 | 316 | 14 | 602; 403; ARG |
| 8/4/2018 | 320 | 10 | 320 | 19 | 402; 403; ARG |
| 8/4/2018 | 341 | 16 | 342 | 4 | 402; 403; SCP |
| 8/4/2018 | 357 | 3 | 357 | 19 | 602; SCP |
| 8/4/2018 | 358 | 16 | 359 | 1 | 602; SCP |

| DEFENDANTS' OBJECTIONS FOR MICHAEL M. MILLER | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 6/4/2019 | 186 | 8 | 186 | 10 | COL |
| 6/4/2019 | 186 | 11 | 186 | 15 | 602 |
| 6/4/2019 | 186 | 18 | 186 | 19 | INC; 602 |
| 6/4/2019 | 186 | 21 | 186 | 22 | 602 |
| 6/4/2019 | 186 | 24 | 187 | 6 | MPT; LDG; 602 |
| 6/4/2019 | 186 | 24 | 187 | 10 | CML |
| 6/4/2019 | 187 | 7 | 187 | 10 | 602 |
| 6/4/2019 | 187 | 13 | 187 | 17 | 602 |
| 6/4/2019 | 187 | 13 | 187 | 22 | CML |
| 6/4/2019 | 187 | 19 | 187 | 22 | LDG; 602 |
| 6/4/2019 | 188 | 6 | 188 | 10 | CMP |
| 6/4/2019 | 214 | 9 | 215 | 14 | CML; 402 |
| 6/4/2019 | 214 | 9 | 214 | 11 | 602 |
| 6/4/2019 | 214 | 12 | 215 | 13 | 602 |
| 6/4/2019 | 215 | 14 | 215 | 14 | 602; LDG; VG |
| 6/4/2019 | 215 | 16 | 215 | 18 | CML; 602; LDG; VG; 402 |
| 6/4/2019 | 227 | 13 | 237 | 8 | CML; 402 |
| 6/4/2019 | 227 | 13 | 227 | 16 | 602; VG |
| 6/4/2019 | 227 | 17 | 227 | 24 | 602 |
| 6/4/2019 | 227 | 21 | 227 | 24 | VG |
| 6/4/2019 | 228 | 1 | 228 | 3 | 602; LDG |
| 6/4/2019 | 228 | 4 | 228 | 5 | 602 |
| 6/4/2019 | 228 | 7 | 228 | 13 | 602 |
| 6/4/2019 | 228 | 14 | 228 | 15 | 602 |
| 6/4/2019 | 228 | 17 | 228 | 19 | 602 |
| 6/4/2019 | 228 | 21 | 228 | 23 | 602 |
| 6/4/2019 | 228 | 24 | 229 | 1 | 602 |
| 6/4/2019 | 229 | 3 | 229 | 4 | 602 |
| 6/4/2019 | 229 | 6 | 229 | 10 | 602; VG |
| 6/4/2019 | 229 | 11 | 230 | 21 | 602 |
| 6/4/2019 | 230 | 24 | 230 | 24 | 602 |
| 6/4/2019 | 231 | 3 | 231 | 9 | 602 |
| 6/4/2019 | 231 | 12 | 231 | 14 | 602 |
| 6/4/2019 | 231 | 16 | 231 | 17 | 602; VG |
| 6/4/2019 | 231 | 19 | 232 | 4 | 602; VG |
| 6/4/2019 | 232 | 5 | 232 | 8 | LDG; CMP; MPT; VG |
| 6/4/2019 | 232 | 11 | 232 | 11 | LDG; CMP; MPT; VG |
| 6/4/2019 | 232 | 13 | 232 | 15 | LDG; VG; 602 |
| 6/4/2019 | 232 | 18 | 232 | 20 | LDG; VG; 602 |
| 6/4/2019 | 232 | 22 | 232 | 24 | COL; MPT; 602; VG |
| 6/4/2019 | 233 | 1 | 233 | 13 | 602; LDG; MPT; CMP; CML |
| 6/4/2019 | 233 | 14 | 233 | 15 | 602; VG; MPT |
| 6/4/2019 | 233 | 18 | 234 | 1 | 602; VG; MPT |
| 6/4/2019 | 234 | 3 | 234 | 4 | 602; VG |
| 6/4/2019 | 234 | 7 | 234 | 7 | 602; MPT; VG |

| DEPO DATE | DEFENDANTS' OBJECTIONS FOR MICHAEL M. MILLER ||||| 
|---|---|---|---|---|---|
| | DEFENDANTS' OBJECTIONS ||||  |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 6/4/2019 | 234 | 9 | 234 | 14 | 602; MPT; VG |
| 6/4/2019 | 235 | 8 | 235 | 12 | 602; MPT; VG |
| 6/4/2019 | 235 | 22 | 235 | 24 | 602; MPT; VG |
| 6/4/2019 | 235 | 24 | 235 | 24 | ARG |
| 6/4/2019 | 236 | 2 | 236 | 4 | 602; MPT; VG |
| 6/4/2019 | 236 | 3 | 236 | 4 | ARG |
| 6/4/2019 | 236 | 6 | 236 | 7 | 602; 402; 403 |
| 6/4/2019 | 236 | 10 | 236 | 11 | 602; 402; 403 |
| 6/4/2019 | 236 | 12 | 236 | 19 | 602 |
| 6/4/2019 | 236 | 20 | 236 | 22 | 602; LDG |
| 6/4/2019 | 237 | 2 | 237 | 8 | 602; LDG |