# EXHIBIT B

| \ | MCKESSON'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS OF DONALD WALKER | | | | |
|---|---|---|---|---|---|
| DEPO DATE | MCKESSON'S OBJECTIONS | | | | |
| | Begin Page | Begin Line | End Page | End Line | OBJECTIONS |
| 1/10/2019 | 411 | 5 | 411 | 16 | MD; ARG |
| 1/10/2019 | 412 | 6 | 413 | 9 | MD; MPT; ARG |
| 1/10/2019 | 413 | 21 | 414 | 5 | 408; MD; CMP |
| 1/10/2019 | 415 | 18 | 415 | 21 | AF; 602; AA |
| 1/10/2019 | 415 | 23 | 415 | 25 | AF; 602; AA |
| 1/10/2019 | 416 | 22 | 417 | 2 | MPT |
| 1/10/2019 | 417 | 5 | 418 | 1 | COL; MPT |
| 1/10/2019 | 420 | 4 | 420 | 5 | AA; 602 |
| 1/10/2019 | 420 | 7 | 420 | 9 | AA; 602 |
| 1/10/2019 | 420 | 11 | 420 | 13 | MD; CO |
| 1/10/2019 | 421 | 6 | 421 | 9 | CMP |
| 1/10/2019 | 421 | 11 | 421 | 14 | CMP |
| 1/10/2019 | 424 | 17 | 424 | 21 | 602; ARG; AF |
| 1/10/2019 | 424 | 23 | 425 | 7 | 602; ARG; AF |
| 1/10/2019 | 426 | 1 | 426 | 25 | 602; ARG; AF |
| 1/10/2019 | 427 | 3 | 427 | 11 | 602; ARG; AF |
| 1/10/2019 | 427 | 14 | 427 | 15 | 602; ARG; AF |
| 1/10/2019 | 427 | 17 | 427 | 22 | 602; ARG; AF |
| 1/10/2019 | 427 | 25 | 428 | 7 | 602; ARG; AF |
| 1/10/2019 | 428 | 9 | 428 | 12 | 602; ARG; AF |
| 1/10/2019 | 428 | 20 | 428 | 24 | 602; ARG; AF |
| 1/10/2019 | 429 | 2 | 429 | 8 | 602; ARG; AF |
| 1/10/2019 | 429 | 12 | 429 | 18 | 602; ARG; AF |
| 1/10/2019 | 429 | 21 | 429 | 23 | 602; ARG; AF |
| 1/10/2019 | 430 | 4 | 430 | 5 | COL; 602; ARG; AF |
| 1/10/2019 | 430 | 6 | 430 | 11 | 602; ARG; AF |
| 1/10/2019 | 430 | 14 | 430 | 18 | 602; ARG; AF |
| 1/10/2019 | 430 | 21 | 430 | 22 | 602; ARG; AF |
| 1/10/2019 | 431 | 4 | 431 | 6 | 602; ARG; AF |
| 1/10/2019 | 431 | 9 | 431 | 15 | 602; ARG; AF |
| 1/10/2019 | 431 | 18 | 431 | 18 | 602; ARG; AF |
| 1/10/2019 | 431 | 23 | 432 | 1 | 602; ARG; AF |
| 1/10/2019 | 432 | 4 | 432 | 6 | 602; ARG; AF |
| 1/10/2019 | 432 | 11 | 432 | 14 | 602; ARG; AF |
| 1/10/2019 | 432 | 17 | 432 | 18 | 602; ARG; AF |
| 1/10/2019 | 432 | 25 | 433 | 4 | 408; 602; ARG; AF |
| 1/10/2019 | 433 | 10 | 433 | 21 | 408; 602; ARG; AF |
| 1/10/2019 | 433 | 24 | 434 | 5 | 408; 602; ARG; AF |
| 1/10/2019 | 433 | 24 | 435 | 5 | 408; 602; ARG; AF |
| 1/10/2019 | 435 | 10 | 435 | 21 | 408; 602; ARG; CO; MD; CMP |
| 1/10/2019 | 435 | 23 | 437 | 18 | 408, 602, ARG, MD |
| 1/10/2019 | 437 | 20 | 439 | 6 | 408, 602, ARG, MD |
| 1/10/2019 | 439 | 10 | 439 | 11 | 408, 602, ARG, MD |
| 1/10/2019 | 439 | 14 | 441 | 3 | 408, 602, ARG, MD |
| 1/10/2019 | 270 | 24 | 271 | 3 | 602; VG; LC; ILO |
| 1/10/2019 | 271 | 11 | 271 | 13 | 602; VG; LC; ILO |
| 1/10/2019 | 271 | 15 | 271 | 19 | 602; VG |
| 1/10/2019 | 271 | 25 | 272 | 4 | 602; VG |
| 1/10/2019 | 272 | 13 | 272 | 14 | 602; 802; VG |
| 1/10/2019 | 273 | 4 | 273 | 8 | 602 |

| MCKESSON'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS OF DONALD WALKER ||||||
| DEPO DATE | MCKESSON'S OBJECTIONS |||| |
| | Begin Page | Begin Line | End Page | End Line | OBJECTIONS |
| 1/10/2019 | 273 | 9 | 273 | 13 | 602; VG |
| 1/10/2019 | 273 | 22 | 274 | 3 | 602 |
| 1/10/2019 | 274 | 4 | 274 | 8 | 602; VG; AF |
| 1/10/2019 | 274 | 10 | 274 | 14 | 602; AF |
| 1/10/2019 | 274 | 16 | 274 | 21 | 602; AF; SCP; 402 |
| 1/10/2019 | 274 | 22 | 275 | 2 | NAR |
| 1/10/2019 | 276 | 1 | 276 | 6 | 602; VG |
| 1/10/2019 | 276 | 12 | 276 | 14 | 602; VG |
| 1/10/2019 | 277 | 5 | 277 | 20 | 602; 802; SCP; AF; VG |
| 1/10/2019 | 278 | 7 | 278 | 11 | 602; 802; SCP; AF; VG |
| 1/10/2019 | 278 | 14 | 278 | 16 | 602; 802; SCP; AF; VG |
| 1/10/2019 | 278 | 18 | 278 | 23 | 602; CMP; VG; AF |
| 1/10/2019 | 279 | 8 | 279 | 15 | CMP; LDG; VG; 602 |
| 1/10/2019 | 279 | 21 | 280 | 4 | 602; 802 |
| 1/10/2019 | 280 | 5 | 280 | 7 | AA; 602; 802 |
| 1/10/2019 | 280 | 15 | 280 | 16 | AA; 602; 802 |
| 1/10/2019 | 280 | 18 | 280 | 24 | 602; 802 |
| 1/10/2019 | 280 | 25 | 281 | 3 | AA; 602; 802 |
| 1/10/2019 | 281 | 10 | 281 | 10 | AA; 602; 802 |
| 1/10/2019 | 281 | 11 | 281 | 14 | NAR; AF; 802 |
| 1/10/2019 | 281 | 15 | 281 | 18 | 602; ILO; VG; AF; 802 |
| 1/10/2019 | 281 | 23 | 281 | 24 | 602; ILO; VG; AF; 802 |
| 1/10/2019 | 282 | 2 | 282 | 5 | LDG; 602; CMP; AF |
| 1/10/2019 | 282 | 23 | 283 | 2 | VG; 602; MPT |
| 1/10/2019 | 283 | 11 | 283 | 18 | 602; 802; AF |
| 1/10/2019 | 283 | 25 | 284 | 6 | 602; SCP; 802; AF |
| 1/10/2019 | 284 | 18 | 284 | 25 | 602; 802; AF |
| 1/10/2019 | 285 | 1 | 285 | 10 | CMP; VG; 602 |
| 1/10/2019 | 286 | 7 | 286 | 10 | 602; SCP; VG |
| 1/10/2019 | 286 | 22 | 286 | 23 | LDG; 602; 802 |
| 1/10/2019 | 287 | 9 | 287 | 10 | 602; LDG |
| 1/10/2019 | 287 | 17 | 287 | 21 | CMP; VG; 602; 802; LDG |
| 1/10/2019 | 288 | 1 | 288 | 3 | 802; 602; CMP; VG; LDG |
| 1/10/2019 | 288 | 5 | 288 | 9 | CMP; LDG; 802; 602 |
| 1/10/2019 | 288 | 13 | 288 | 14 | LDG; LC; ILO |
| 1/10/2019 | 288 | 18 | 288 | 24 | LDG; VG; 602; SCP; 802; AF |
| 1/10/2019 | 290 | 9 | 290 | 16 | LDG; NAR; 602; SCP; VG; ARG; 802 |
| 1/10/2019 | 290 | 23 | 291 | 2 | ILO; LDG; NAR; 602; SCP; VG; ARG; 802 |
| 1/10/2019 | 291 | 12 | 291 | 16 | VG; 602 |
| 1/10/2019 | 291 | 19 | 291 | 25 | VG; 602; LDG |
| 1/10/2019 | 292 | 3 | 292 | 5 | 602 |
| 1/10/2019 | 292 | 11 | 292 | 22 | ARG; 602; SCP; CMP; VG; HYP; 802; AF |
| 1/10/2019 | 293 | 4 | 293 | 5 | ARG; 602; SCP; CMP; VG; HYP; 802; AF |
| 1/10/2019 | 293 | 7 | 293 | 15 | 602; SCP; VG; HYP; 802; AF |
| 1/10/2019 | 294 | 2 | 294 | 5 | SCP; VG; 602; 802 |
| 1/10/2019 | 294 | 11 | 294 | 14 | SCP; VG; 602 |
| 1/10/2019 | 294 | 18 | 294 | 22 | SCP; 602; VG |
| 1/10/2019 | 294 | 24 | 295 | 2 | SCP; VG; 602 |
| 1/10/2019 | 295 | 3 | 295 | 6 | 602; SCP; VG; MPT |
| 1/10/2019 | 295 | 17 | 295 | 19 | AA |

| MCKESSON'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS OF DONALD WALKER ||||| 
|---|---|---|---|---|
| DEPO DATE | MCKESSON'S OBJECTIONS |||| 
|  | Begin Page | Begin Line | End Page | End Line | OBJECTIONS |
| 1/10/2019 | 297 | 4 | 297 | 11 | 602; 802; VG; CMP |
| 1/10/2019 | 297 | 14 | 297 | 16 | 802; VG; 602; CMP |
| 1/10/2019 | 298 | 9 | 298 | 11 | 602; 802; AF |
| 1/10/2019 | 298 | 24 | 299 | 7 | CMP; VG; 602; ILO; 802; AF; MD |
| 1/10/2019 | 300 | 18 | 301 | 2 | 602; SCP; 802 |
| 1/10/2019 | 301 | 3 | 301 | 12 | 602; NAR; ARG; 802; AF |
| 1/10/2019 | 301 | 13 | 301 | 18 | 602; SCP; ILO; 802; AF |
| 1/10/2019 | 302 | 2 | 302 | 4 | 602; SCP; ILO |
| 1/10/2019 | 302 | 20 | 303 | 1 | ILO; CMP; 602; 402 |
| 1/10/2019 | 305 | 13 | 305 | 16 | 602; ILO; SCP; HYP; 802; AF |
| 1/10/2019 | 305 | 22 | 305 | 25 | HYP; 602; ILO; SCP |
| 1/10/2019 | 306 | 7 | 306 | 9 | 602; SCP |
| 1/10/2019 | 307 | 2 | 307 | 5 | SCP; 602; 802; AF |
| 1/10/2019 | 307 | 22 | 308 | 4 | 602; ILO; HYP; 802; AF |
| 1/10/2019 | 308 | 21 | 308 | 25 | 602; ILO; VG |
| 1/10/2019 | 309 | 9 | 309 | 15 | CMP; 802; 402; 602; AF |
| 1/10/2019 | 310 | 12 | 310 | 13 | LDG; LC |
| 1/10/2019 | 310 | 24 | 310 | 25 | VG; ARG; LDG |
| 1/10/2019 | 311 | 4 | 311 | 7 | 602; VG |
| 1/10/2019 | 311 | 16 | 311 | 25 | 602; VG; CMP; ARG; LDG; LC |
| 1/10/2019 | 312 | 18 | 312 | 19 | AA |
| 1/10/2019 | 313 | 10 | 313 | 14 | SCP; 602; AF |
| 1/10/2019 | 313 | 19 | 313 | 23 | SCP; 602; AF |
| 1/10/2019 | 314 | 4 | 314 | 10 | MPT; ARG; VG |
| 1/10/2019 | 315 | 4 | 315 | 6 | ILO; LC; 602; VG |
| 1/10/2019 | 316 | 4 | 316 | 4 | ILO; 602 |
| 1/10/2019 | 316 | 12 | 316 | 17 | 602; HYP |
| 1/10/2019 | 317 | 9 | 317 | 11 | 602; SCP; VG |
| 1/10/2019 | 317 | 17 | 317 | 20 | 602; ILO; SCP |
| 1/10/2019 | 318 | 13 | 319 | 9 | INC |
| 1/10/2019 | 318 | 20 | 318 | 23 | MPT; ARG; CMP; SCP |
| 1/10/2019 | 319 | 11 | 320 | 18 | INC |
| 1/10/2019 | 319 | 18 | 319 | 22 | CMP; VG; 602; NR |
| 1/10/2019 | 320 | 10 | 320 | 14 | SCP; 602; ILO; HYP; INC |
| 1/10/2019 | 324 | 7 | 324 | 12 | 402 |
| 1/10/2019 | 325 | 1 | 325 | 10 | 402 |
| 1/10/2019 | 326 | 20 | 326 | 23 | 402 |