# EXHIBIT A

| DEPO DATE | WALGREENS' OBJECTIONS | | | | WALGREENS' OBJECTIONS FOR DEBORAH BISH |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 2/1/2019 | 13 | 17 | 13 | 20 | 602 |
| 2/1/2019 | 13 | 22 | 14 | 8 | 602 |
| 2/1/2019 | 14 | 14 | 14 | 23 | 602 |
| 2/1/2019 | 15 | 8 | 15 | 11 | 602 |
| 2/1/2019 | 23 | 18 | 24 | 7 | 602; LC; AF |
| 2/1/2019 | 24 | 11 | 25 | 4 | 403; 602 |
| 2/1/2019 | 35 | 12 | 35 | 13 | 602 |
| 2/1/2019 | 35 | 15 | 35 | 23 | 602 |
| 2/1/2019 | 36 | 2 | 36 | 3 | 602 |
| 2/1/2019 | 37 | 4 | 37 | 17 | 602 |
| 2/1/2019 | 42 | 9 | 42 | 12 | 602 |
| 2/1/2019 | 42 | 14 | 42 | 18 | 602 |
| 2/1/2019 | 42 | 20 | 43 | 2 | 602 |
| 2/1/2019 | 48 | 17 | 48 | 20 | 602 |
| 2/1/2019 | 48 | 23 | 49 | 3 | 602 |
| 2/1/2019 | 50 | 10 | 50 | 22 | 602 |
| 2/1/2019 | 51 | 1 | 51 | 6 | 602 |
| 2/1/2019 | 51 | 9 | 51 | 20 | 602 |
| 2/1/2019 | 51 | 23 | 51 | 23 | 602 |
| 2/1/2019 | 52 | 11 | 52 | 14 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 52 | 17 | 52 | 21 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 52 | 23 | 53 | 3 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 53 | 5 | 53 | 11 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 53 | 13 | 53 | 18 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 53 | 20 | 55 | 10 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 55 | 16 | 56 | 3 | ARG; AA; AF; 403; 602 |
| 2/1/2019 | 59 | 4 | 59 | 15 | AA; VG; 602 |
| 2/1/2019 | 59 | 18 | 60 | 5 | AA; VG; 602 |
| 2/1/2019 | 60 | 8 | 60 | 17 | AA; VG; 602 |
| 2/1/2019 | 60 | 19 | 61 | 6 | AA; VG; 602 |
| 2/1/2019 | 63 | 22 | 64 | 3 | LC; 402; 403; 602 |
| 2/1/2019 | 64 | 5 | 64 | 23 | LC; 402; 403; 602 |
| 2/1/2019 | 65 | 1 | 65 | 9 | LC; 402; 403; 602 |
| 2/1/2019 | 69 | 19 | 70 | 1 | LC; 602 |
| 2/1/2019 | 70 | 3 | 70 | 9 | LC; 602 |
| 2/1/2019 | 72 | 3 | 72 | 8 | AA; VG; 602 |
| 2/1/2019 | 72 | 10 | 72 | 21 | AA; VG; 602 |
| 2/1/2019 | 76 | 19 | 77 | 16 | AU; 802 |
| 2/1/2019 | 78 | 3 | 79 | 23 | AU; 602; 802 |
| 2/1/2019 | 80 | 2 | 80 | 18 | AF; AU; MD; VG; 403; 602; 802 |
| 2/1/2019 | 80 | 20 | 81 | 10 | AF; AU; MD; VG; 403; 602; 802 |
| 2/1/2019 | 81 | 12 | 81 | 16 | AF; AU; MD; VG; 403; 602; 802 |
| 2/1/2019 | 81 | 18 | 82 | 16 | AF; AU; MD; VG; 403; 602; 802 |
| 2/1/2019 | 83 | 12 | 83 | 20 | VG; 403; 602 |
| 2/1/2019 | 83 | 22 | 83 | 24 | VG; 403; 602 |
| 2/1/2019 | 87 | 17 | 87 | 19 | 602 |
| 2/1/2019 | 87 | 21 | 87 | 24 | 602 |
| 2/1/2019 | 88 | 1 | 88 | 15 | AU; MPT; VG; 403; 802 |
| 2/1/2019 | 88 | 18 | 88 | 21 | AU; MPT; VG; 403; 802 |
| 2/1/2019 | 88 | 24 | 89 | 8 | AU; MPT; VG; 403; 802 |
| 2/1/2019 | 89 | 11 | 89 | 13 | AU; MPT; VG; 403; 802 |
| 2/1/2019 | 89 | 24 | 91 | 5 | MPT; VG; 403; 602 |
| 2/1/2019 | 91 | 8 | 91 | 10 | MPT; VG; 403; 602 |
| 2/1/2019 | 92 | 6 | 92 | 13 | MPT; VG; 403; 602 |
| 2/1/2019 | 92 | 15 | 92 | 24 | MPT; VG; 403; 602 |

| Date | Page | Line | Page | Line | Objections |
|---|---|---|---|---|---|
| 2/1/2019 | 93 | 2 | 93 | 4 | MPT; VG; 403; 602 |
| 2/1/2019 | 94 | 8 | 94 | 12 | MPT; VG; 402; 403; 602 |
| 2/1/2019 | 94 | 14 | 95 | 1 | MPT; VG; 402; 403; 602 |
| 2/1/2019 | 95 | 3 | 95 | 9 | MPT; VG; 402; 403; 602 |
| 2/1/2019 | 98 | 4 | 98 | 15 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 98 | 18 | 100 | 2 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 100 | 4 | 101 | 22 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 101 | 24 | 102 | 4 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 102 | 6 | 102 | 17 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 102 | 19 | 103 | 5 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 103 | 7 | 103 | 15 | AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 104 | 4 | 105 | 14 | MPT; 403; 602 |
| 2/1/2019 | 106 | 3 | 106 | 9 | AF; VG; 403; 602 |
| 2/1/2019 | 106 | 11 | 107 | 11 | AF; VG; 403; 602 |
| 2/1/2019 | 107 | 13 | 108 | 6 | AF; VG; 403; 602 |
| 2/1/2019 | 108 | 8 | 108 | 14 | AF; VG; 403; 602 |
| 2/1/2019 | 108 | 24 | 109 | 11 | AU; 602; 802 |
| 2/1/2019 | 110 | 16 | 112 | 10 | AF; HYP; VG; 403; 602 |
| 2/1/2019 | 112 | 12 | 113 | 9 | AF; HYP; VG; 403; 602 |
| 2/1/2019 | 113 | 12 | 113 | 17 | AF; HYP; VG; 403; 602 |
| 2/1/2019 | 113 | 20 | 114 | 5 | AF; HYP; VG; 403; 602 |
| 2/1/2019 | 118 | 14 | 122 | 1 | AU; 602; 802 |
| 2/1/2019 | 122 | 8 | 122 | 11 | AF; VG; 403; 602 |
| 2/1/2019 | 122 | 14 | 123 | 4 | AF; VG; 403; 602 |
| 2/1/2019 | 123 | 7 | 123 | 10 | AF; VG; 403; 602 |
| 2/1/2019 | 123 | 13 | 123 | 19 | AF; VG; 403; 602 |
| 2/1/2019 | 124 | 7 | 124 | 9 | AA; VG; 402 |
| 2/1/2019 | 127 | 3 | 128 | 7 | AU; VG; 403; 602; 802 |
| 2/1/2019 | 128 | 10 | 129 | 8 | AU; VG; 403; 602; 802 |
| 2/1/2019 | 135 | 17 | 136 | 6 | AU; 602; 802 |
| 2/1/2019 | 136 | 20 | 137 | 20 | AF; AU; LC; VG; 403; 602; 802 |
| 2/1/2019 | 137 | 23 | 138 | 4 | AF; AU; LC; VG; 403; 602; 802 |
| 2/1/2019 | 138 | 7 | 138 | 12 | AF; AU; LC; VG; 403; 602; 802 |
| 2/1/2019 | 138 | 15 | 139 | 4 | AF; AU; LC; VG; 403; 602; 802 |
| 2/1/2019 | 147 | 10 | 148 | 9 | AU; 602; 802 |
| 2/1/2019 | 149 | 18 | 150 | 24 | AU; 403; 602; 802 |
| 2/1/2019 | 151 | 9 | 151 | 22 | AF; AU; 403; 602; 802 |
| 2/1/2019 | 154 | 20 | 156 | 12 | AF; AU; 403; 602; 802 |
| 2/1/2019 | 156 | 20 | 157 | 12 | AF; HYP; VG; 403; 602 |
| 2/1/2019 | 157 | 14 | 157 | 15 | AF; HYP; VG; 403; 602 |
| 2/1/2019 | 158 | 15 | 159 | 8 | AF; AU; VG; 403; 602; 802 |
| 2/1/2019 | 159 | 11 | 160 | 7 | AF; AU; VG; 403; 602; 802 |
| 2/1/2019 | 160 | 12 | 160 | 14 | AF; AU; VG; 403; 602; 802 |
| 2/1/2019 | 160 | 17 | 161 | 14 | AF; AU; VG; 403; 602; 802 |
| 2/1/2019 | 161 | 17 | 161 | 22 | AF; AU; VG; 403; 602; 802 |
| 2/1/2019 | 165 | 21 | 166 | 3 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 166 | 6 | 166 | 22 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 167 | 1 | 167 | 10 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 167 | 13 | 167 | 19 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 167 | 22 | 168 | 11 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 168 | 14 | 168 | 19 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 168 | 22 | 169 | 9 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 171 | 8 | 172 | 14 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 172 | 17 | 173 | 23 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 174 | 1 | 174 | 15 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 174 | 18 | 175 | 5 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 175 | 8 | 175 | 10 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 180 | 8 | 182 | 9 | AF; AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 186 | 23 | 188 | 12 | AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 188 | 14 | 188 | 20 | AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 190 | 7 | 190 | 22 | AU; MD: MPT; VG; 403; 602; 802 |

| Date | From Pg | From Ln | To Pg | To Ln | Objections |
|---|---|---|---|---|---|
| 2/1/2019 | 191 | 1 | 191 | 17 | AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 191 | 21 | 192 | 4 | AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 192 | 7 | 192 | 17 | AU; MD: MPT; VG; 403; 602; 802 |
| 2/1/2019 | 193 | 12 | 193 | 14 | AU; MD: VG; 403; 602; 802 |
| 2/1/2019 | 193 | 17 | 193 | 21 | AU; MD: VG; 403; 602; 802 |
| 2/1/2019 | 197 | 21 | 200 | 4 | AU; 602; 802 |
| 2/1/2019 | 210 | 12 | 210 | 23 | AU; 602; 802 |
| 2/1/2019 | 211 | 6 | 212 | 1 | AF; AU; INC; MD; VG; 403; 602; 802 |
| 2/1/2019 | 213 | 8 | 213 | 9 | ARG; HYP; INC; VG; 403; 602 |
| 2/1/2019 | 213 | 12 | 213 | 14 | ARG; HYP; INC; VG; 403; 602 |
| 2/1/2019 | 284 | 6 | 284 | 12 | AU; 602; 802 |
| 2/1/2019 | 284 | 16 | 284 | 19 | AU; 602; 802 |
| 2/1/2019 | 286 | 11 | 286 | 15 | AU; 802; 602 |
| 2/1/2019 | 287 | 7 | 290 | 10 | AF; ARG; AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 296 | 24 | 299 | 22 | AF; ARG; AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 300 | 1 | 300 | 20 | AF; ARG; AU; HYP; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 300 | 23 | 301 | 11 | AF; ARG; AU; HYP; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 301 | 13 | 301 | 21 | AF; ARG; AU; HYP; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 301 | 24 | 302 | 14 | AF; ARG; AU; HYP; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 312 | 15 | 313 | 14 | AU; 602; 802 |
| 2/1/2019 | 314 | 7 | 314 | 16 | AU; 402; 602; 802 |
| 2/1/2019 | 322 | 11 | 324 | 10 | AF; ARG; AU; LC; MD; VG; 402; 403; 602; 802 |
| 2/1/2019 | 340 | 12 | 340 | 19 | AU; MD; VG; 402; 403; 602; 802 |
| 2/1/2019 | 340 | 21 | 340 | 22 | AU; MD; VG; 402; 403; 602; 802 |
| 2/1/2019 | 374 | 19 | 376 | 1 | AU; 402; 602; 402 |
| 2/1/2019 | 376 | 3 | 376 | 16 | ARG; AU; LC; 402; 403; 602; 802 |
| 2/1/2019 | 376 | 18 | 379 | 7 | ARG; AU; 802; 602; 402; 403; LC |
| 2/1/2019 | 380 | 10 | 380 | 23 | ARG; AU; 802; 602; 402; 403; VG |
| 2/1/2019 | 422 | 3 | 426 | 4 | AU; LC; 602; 802 |
| 2/1/2019 | 427 | 1 | 427 | 2 | MD; 602 |
| 2/1/2019 | 427 | 5 | 427 | 6 | MD; 602 |
| 2/1/2019 | 428 | 9 | 429 | 1 | AU; MD; 403; 602; 802 |
| 2/1/2019 | 429 | 3 | 429 | 4 | AU; MD; 403; 602; 802 |
| 2/1/2019 | 429 | 18 | 430 | 3 | ARG; AU; MD; VG; MPT; 403; 602; 802 |
| 2/1/2019 | 430 | 6 | 432 | 6 | ARG; AU; MD; VG; MPT; 403; 602; 802 |
| 2/1/2019 | 436 | 6 | 437 | 2 | AF; AU; 602; 802 |
| 2/1/2019 | 437 | 5 | 438 | 8 | AF; AU; 602; 802 |
| 2/1/2019 | 441 | 7 | 442 | 11 | AF; AU; 602; 802 |
| 2/1/2019 | 443 | 12 | 443 | 14 | 403; 602 |
| 2/1/2019 | 443 | 17 | 443 | 23 | 403; 602 |
| 2/1/2019 | 458 | 20 | 460 | 15 | AU; 403; 602; 802 |
| 2/1/2019 | 463 | 11 | 466 | 13 | AF; AU; HYP; MD; MPT; 403; 602; 802 |
| 2/1/2019 | 494 | 6 | 496 | 19 | ARG; AU; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 496 | 22 | 497 | 24 | ARG; AU; INC; MD; MPT; VG; 403; 602; 802 |
| 2/1/2019 | 498 | 6 | 498 | 23 | AA; ARG; AU; MD; MPT; SCP; VG; 403; 602; 802 |
| 2/1/2019 | 499 | 2 | 499 | 2 | AA; ARG; AU; MD; MPT; SCP; VG; 403; 602; 802 |
| 2/1/2019 | 499 | 6 | 499 | 14 | AA; ARG; AU; MD; MPT; SCP; VG; 403; 602; 802 |
| 2/1/2019 | 499 | 17 | 499 | 18 | AA; ARG; AU; MD; MPT; SCP; VG; 403; 602; 802 |
| 2/1/2019 | 500 | 1 | 501 | 5 | 402; 403 |
| 2/1/2019 | 502 | 11 | 502 | 13 | AF; 403; 602 |
| 2/1/2019 | 502 | 16 | 502 | 16 | AF; 403; 602 |
| 2/1/2019 | 502 | 21 | 503 | 13 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 503 | 16 | 503 | 19 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 503 | 22 | 504 | 1 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 504 | 4 | 504 | 10 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 504 | 13 | 504 | 23 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 505 | 1 | 505 | 9 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 505 | 17 | 506 | 6 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 506 | 10 | 507 | 1 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |
| 2/1/2019 | 507 | 4 | 507 | 5 | AA; AF; ARG; MPT; SCP; VG; 403; 602 |

| DEPO DATE | WALGREENS' OBJECTIONS | | | | WALGREENS' OBJECTIONS FOR EDWARD KALETA |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 12/18/2018 | 25 | 16 | 25 | 17 | AA; ARG |
| 12/18/2018 | 25 | 20 | 26 | 3 | AA; ARG |
| 12/18/2018 | 26 | 6 | 26 | 13 | AA; ARG |
| 12/18/2018 | 60 | 20 | 61 | 2 | 602 |
| 12/18/2018 | 61 | 4 | 61 | 9 | 602 |
| 12/18/2018 | 68 | 4 | 68 | 7 | 602 |
| 12/18/2018 | 68 | 10 | 69 | 7 | 602 |
| 12/18/2018 | 83 | 6 | 83 | 10 | 402; 403 |
| 12/18/2018 | 86 | 9 | 87 | 7 | 402; 403; 602 |
| 12/18/2018 | 88 | 18 | 88 | 22 | 602; 402; 403 |
| 12/18/2018 | 90 | 5 | 92 | 3 | 602; 802; 402; 403 |
| 12/18/2018 | 92 | 6 | 93 | 6 | 602; 802; 402; 403 |
| 12/18/2018 | 93 | 9 | 94 | 9 | 602; 802; 402; 403 |
| 12/18/2018 | 94 | 11 | 94 | 18 | 602; 802; 402; 403 |
| 12/18/2018 | 94 | 20 | 95 | 6 | 602; 802; 402; 403 |
| 12/18/2018 | 95 | 9 | 95 | 13 | 402; 403 |
| 12/18/2018 | 98 | 9 | 99 | 4 | 802; 602 |
| 12/18/2018 | 202 | 11 | 202 | 15 | 602 |
| 12/18/2018 | 202 | 17 | 203 | 21 | 602 |
| 12/18/2018 | 210 | 9 | 210 | 13 | 602 |
| 12/18/2018 | 212 | 10 | 213 | 7 | 602 |
| 12/18/2018 | 213 | 9 | 214 | 2 | 602 |
| 12/18/2018 | 220 | 10 | 220 | 18 | 602 |
| 12/18/2018 | 234 | 9 | 234 | 18 | AA |
| 12/18/2018 | 234 | 20 | 235 | 5 | AA |
| 12/18/2018 | 235 | 7 | 235 | 11 | AA |
| 12/18/2018 | 235 | 12 | 235 | 15 | ARG; AA |
| 12/18/2018 | 235 | 17 | 236 | 5 | ARG; AA |
| 12/18/2018 | 236 | 7 | 236 | 12 | ARG; AA |
| 12/18/2018 | 272 | 19 | 272 | 22 | 602 |
| 12/18/2018 | 276 | 6 | 276 | 20 | 602; 802; ILO |
| 12/18/2018 | 276 | 22 | 277 | 1 | 602; 802; ILO |
| 12/18/2018 | 285 | 10 | 285 | 23 | AF; MD; 602 |
| 12/18/2018 | 286 | 2 | 286 | 3 | AF; MD; 602 |
| 12/18/2018 | 328 | 20 | 329 | 13 | 602; ILO |
| 12/18/2018 | 329 | 14 | 330 | 3 | 402; 403; 408; 602 |
| 12/18/2018 | 330 | 5 | 331 | 4 | 402; 403; 408; 602 |
| 12/18/2018 | 331 | 5 | 332 | 20 | 402; 403 |
| 12/18/2018 | 332 | 21 | 332 | 22 | 402; 403; ARG |
| 12/18/2018 | 332 | 24 | 333 | 12 | 402; 403; ARG |
| 12/18/2018 | 333 | 14 | 333 | 15 | 402; 403; ARG |
| 12/18/2018 | 333 | 17 | 333 | 22 | 402; 403; ARG |
| 12/18/2018 | 342 | 2 | 342 | 7 | 402; 403; 602; 802 |
| 12/18/2018 | 342 | 9 | 345 | 7 | 402; 403; 602; 802 |
| 12/18/2018 | 345 | 9 | 345 | 22 | 402; 403; 602; 802 |
| 12/18/2018 | 346 | 1 | 346 | 1 | 402; 403; 602; 802 |
| 12/18/2018 | 346 | 4 | 346 | 10 | 402; 403; 602; 802 |
| 12/18/2018 | 346 | 12 | 347 | 12 | 402; 403; 602; 802 |
| 12/18/2018 | 347 | 14 | 347 | 21 | 402; 403; 602; 802 |
| 12/18/2018 | 347 | 23 | 349 | 19 | 402; 403; 602; 802 |
| 12/18/2018 | 349 | 22 | 350 | 6 | 402; 403; 602; 802 |
| 12/18/2018 | 350 | 8 | 350 | 16 | 402; 403; 602; 802 |
| 12/18/2018 | 350 | 18 | 351 | 19 | 402; 403; 602; 802 |
| 12/18/2018 | 351 | 21 | 352 | 5 | 402; 403; 602; 802 |

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2018 | 352 | 8 | 352 | 18 | 402; 403; 602; 802 |
| 12/18/2018 | 354 | 19 | 354 | 24 | 402; 403; 602; 802 |
| 12/18/2018 | 355 | 3 | 355 | 15 | 402; 403; 602; 802 |
| 12/18/2018 | 355 | 18 | 356 | 5 | 402; 403; 602; 802 |
| 12/18/2018 | 356 | 7 | 356 | 20 | 402; 403; 602; 802 |
| 12/18/2018 | 356 | 22 | 357 | 10 | 402; 403; 602; 802 |
| 12/18/2018 | 357 | 12 | 357 | 18 | 402; 403; 602; 802 |
| 12/18/2018 | 377 | 5 | 377 | 23 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 378 | 3 | 378 | 18 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 378 | 22 | 379 | 19 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 379 | 22 | 380 | 2 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 380 | 5 | 380 | 18 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 380 | 23 | 381 | 7 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 381 | 11 | 381 | 18 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 381 | 22 | 382 | 2 | 402; 403; 408; 602; 802 |
| 12/18/2018 | 382 | 4 | 382 | 14 | 402; 403; 408; 602; 802 |

| WALGREENS' OBJECTIONS FOR BARBARA MARTIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | WALGREENS' OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 1/25/2019 | 48 | 18 | 49 | 4 | LC |
| 1/25/2019 | 49 | 5 | 49 | 15 | LC |
| 1/25/2019 | 50 | 5 | 50 | 16 | LC |
| 1/25/2019 | 50 | 17 | 50 | 24 | LC |
| 1/25/2019 | 54 | 7 | 55 | 19 | AA; ARG |
| 1/25/2019 | 60 | 11 | 60 | 19 | AA; MPT |
| 1/25/2019 | 142 | 6 | 142 | 9 | 402; 403; 602 |
| 1/25/2019 | 161 | 14 | 161 | 18 | 602 |
| 1/25/2019 | 163 | 6 | 163 | 10 | 602 |
| 1/25/2019 | 166 | 12 | 167 | 22 | 402; 403; 602; 802 |
| 1/25/2019 | 172 | 13 | 172 | 16 | 602; 802 |
| 1/25/2019 | 174 | 3 | 174 | 22 | 602; 802; AF |
| 1/25/2019 | 175 | 5 | 175 | 23 | 602; 802 |
| 1/25/2019 | 184 | 11 | 184 | 17 | 602; LC |
| 1/25/2019 | 185 | 4 | 185 | 21 | 602; 802 |
| 1/25/2019 | 188 | 24 | 189 | 8 | VG |
| 1/25/2019 | 264 | 22 | 265 | 5 | 602; AF |
| 1/25/2019 | 278 | 18 | 279 | 1 | 602; AF; LC |
| 1/25/2019 | 295 | 20 | 296 | 3 | 602; AF; LC |
| 1/25/2019 | 298 | 14 | 299 | 11 | 402; 403 |
| 1/25/2019 | 299 | 14 | 299 | 18 | 802 |
| 1/25/2019 | 303 | 19 | 303 | 23 | 402; 403 |
| 1/25/2019 | 314 | 3 | 314 | 13 | 402; 403; 408 |
| 1/25/2019 | 315 | 4 | 315 | 14 | 802 |
| 1/25/2019 | 320 | 6 | 322 | 11 | 602; 802 |
| 1/25/2019 | 323 | 22 | 323 | 23 | 602; 802 |
| 1/25/2019 | 325 | 4 | 328 | 3 | 602; 802; AF |
| 1/25/2019 | 329 | 9 | 329 | 12 | 402; 403 |
| 1/25/2019 | 331 | 8 | 331 | 20 | 402; 403 |
| 1/25/2019 | 333 | 1 | 334 | 21 | 402; 403 |
| 1/25/2019 | 336 | 2 | 338 | 19 | 402; 403 |
| 1/25/2019 | 339 | 3 | 339 | 14 | 402; 403; 408; 802 |
| 1/25/2019 | 341 | 24 | 343 | 7 | 402; 403; 408; 602; 802 |
| 1/25/2019 | 343 | 22 | 344 | 8 | 402; 403; 408; 602; 802; AF |
| 1/25/2019 | 346 | 15 | 348 | 5 | 402; 403; 408; 602; 802; AF |
| 1/25/2019 | 349 | 7 | 349 | 14 | 402; 403 |
| 1/25/2019 | 350 | 5 | 351 | 17 | 402; 403; 802 |