# EXHIBIT B

| WALGREENS' OBJECTIONS FOR MICHAEL DORSEY | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | WALGREENS' OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 1/8/2019 | 252 | 19 | 253 | 9 | 602 |
| 1/8/2019 | 254 | 13 | 255 | 13 | 602; 403 |

| WALGREENS' OBJECTIONS FOR ELIZABETH GARCIA ||||| |
|---|---|---|---|---|---|
| DEPO DATE | WALGREENS' OBJECTIONS |||| |
|  | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 12/14/2018 | 164 | 4 | 164 | 10 | 602; 402; 403 |
| 12/14/2018 | 170 | 1 | 170 | 9 | 602; 402; 403 |
| 12/14/2018 | 182 | 12 | 182 | 19 | 602; 402; 403 |
| 12/14/2018 | 192 | 12 | 193 | 13 | 602; 403 |
| 12/14/2018 | 280 | 13 | 283 | 15 | 602; 403 |
| 12/14/2018 | 285 | 1 | 288 | 10 | 802; 602; 403 |
| 12/14/2018 | 299 | 19 | 301 | 1 | 602; 403 |
| 12/14/2018 | 304 | 17 | 306 | 19 | MD; 602; 403 |
| 12/14/2018 | 315 | 24 | 316 | 19 | MD; 802; 602; 403 |
| 12/14/2018 | 317 | 4 | 317 | 11 | AF; MD; 802; 602; 403 |
| 12/14/2018 | 333 | 20 | 336 | 15 | MD; 802; 602; 403 |
| 12/14/2018 | 337 | 2 | 337 | 14 | MD; 802; 602; 403 |
| 12/14/2018 | 337 | 23 | 340 | 1 | AA; MD; 802; 602; 403 |
| 12/14/2018 | 341 | 24 | 344 | 2 | ARG; AA; 602; 403 |
| 12/14/2018 | 436 | 10 | 437 | 9 | 602; 403 |
| 12/14/2018 | 455 | 20 | 461 | 12 | ARG; AA; MD; 802; 602; 403 |

| WALGREENS' OBJECTIONS FOR EDWARD HAZEWSKI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | WALGREENS' OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 10/25/2018 | 123 | 7 | 128 | 6 | MD; 602; 403 |
| 10/25/2018 | 133 | 3 | 145 | 24 | 802; 602; 403 |
| 10/25/2018 | 147 | 1 | 147 | 14 | 402; 403 |
| 10/25/2018 | 148 | 23 | 149 | 13 | 402; 403; INC |
| 10/25/2018 | 155 | 4 | 159 | 11 | 602; 402; 403 |

| WALGREENS' OBJECTIONS FOR STEPHEN MAYS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | WALGREENS' OBJECTIONS | | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 10/24/2018 | 368 | 5 | 371 | 18 | 802; MD; CMP; 602; 403 |
|  |  |  |  |  |  |

| DEPO DATE | WALGREENS' OBJECTIONS | | | | |
|---|---|---|---|---|---|
| | \multicolumn{4}{c}{WALGREENS' OBJECTIONS FOR JOSEPH TOMKIEWICZ} | | |

| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
|---|---|---|---|---|---|
| 11/28/2018 | 419 | 11 | 421 | 4 | ARG; 602; 403 |
| | | | | | |