# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This document relates to: )<br>)<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* )<br>Case No. 18-op-45090 )<br>)<br>and )<br>)<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.* )<br>Case No. 1:18-op-45004 )<br>_____ ) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Hon. Judge Dan A. Polster** |

## THE TEVA, CEPHALON AND ACTAVIS GENERIC DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered in In re National Prescription Opiate Litigation (MDL 2804) on May 1, 2019 (as amended in Judge Polster's July 29, 2019 order), Teva Pharmaceuticals USA, Inc. ("Teva"), and Cephalon, Inc. ("Cephalon"), and Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida (the "Actavis Generic Defendants", and collectively, the "Teva Defendants") submit the following Objections to Plaintiffs' Affirmative Deposition Designations.

The Teva Defendants hereby serve Objections to the following deposition designations affirmatively designated by Plaintiffs (*see* Exhibit A):

1. Nancy Baran
2. Deborah Bearer
3. Andrew Boyer
4. Rachelle Galant
5. Doron Herman
6. Stephan Kaufhold
7. Nathalie Leitch
8. Jinping McCormick
9. Colleen McGinn
10. David Myers
11. Terri Nataline
12. Michael Perfetto
13. Paul Andrew Pyfer
14. Laura Sippial
15. Sarita Thapar
16. Joseph Tomkiewicz

Because Plaintiffs have withdrawn all deposition designations to certain previously identified witnesses, Defendants are not filing objections to those designations.[1] Defendants,

---

[1] Additionally, on September 16, 2019, counsel for the Teva Defendants requested corrected Plaintiffs' revised designations for the deposition of Michael Dorsey because Plaintiffs' revised line/page designations did not correspond with the transcript. Counsel for Plaintiffs advised that same day that they would provide corrected designations, but failed to provide corrected designations despite several requests. Plaintiffs are now out of time to serve corrected designations for the Dorsey deposition and have waived their right to do so now. To the extent the Court permits Plaintiffs to serve untimely, corrected designations, the Teva Defendants reserve the right to assert

2

however reserve the right to object to any attempt by Plaintiffs to play affirmatively any portion of those witnesses' video depositions at trial and reserve the right to counter-designate testimony for these witnesses.

The Teva Defendants further hereby serve Responses to Plaintiffs' Objections and Objections to Plaintiffs' Counter Designations to Defendants' affirmative designations for the following witnesses (*see* Exhibit B):

1. Jennifer Altier
2. Nancy Baran
3. Jeannette Barrett
4. Douglas Boothe
5. Andrew Boyer
6. Michael Clarke
7. Matthew Day
8. Nathalie Leitch
9. Jinping McCormick
10. Colleen McGinn
11. David Myers
12. Thomas Napoli
13. Terri Nataline
14. Michael Perfetto
15. Sarita Thapar

---

objections to Plaintiffs' revised affirmative designations to the Dorsey deposition. In the interest of preserving its objections, attached as Exhibit C are the Teva Defendants' Objections to the discernable affirmative designations to the Dorsey deposition.

16. Mary Woods

The Teva Defendants further reserve all rights, including all rights to revise or withdraw responsive deposition designations and objections, and the right to adopt and incorporate any responsive designations or objections asserted by any other party, including settled and severed parties. The Teva Defendants further reserve the right to revise or withdraw these designations and objections based on the Court's rulings, Plaintiffs' and other individual Defendants' designations of deposition testimony, and evidence introduced at trial. The Teva Defendants also reserve the right to play, in response to deposition testimony played by Plaintiffs, any testimony they, or any other party or former party, designated affirmatively. The Teva Defendants also reserve the right to play any testimony Plaintiffs have designated. By submitting these designations, the Teva Defendants do not waive any objections to the use of testimony and/or exhibits or their subject matter. The inclusion of any testimony and/or exhibit within these designations should not be construed as an admission that such testimony and/or exhibit is admissible if offered by Plaintiffs or another Defendant. The Teva Defendants expressly reserve the right to object to Plaintiffs' attempts to introduce any testimony and/or exhibit included in these designations.

Consistent with prior representation by Plaintiffs' counsel that "objections and colloquy will not be proffered" by Plaintiffs, the Teva Defendants have not objected on a line-by-line basis to objections and colloquy; instead, the Teva Defendants objects to all objections and colloquy as a global matter.

Defendants' objections are made pursuant to the following Objections Key:

| Code | Objection |
|---|---|
| 402 | Relevance. FRE 402. |
| 403 | Undue Prejudice, Confusion, Waste of Time. FRE 403. |
| 408 | Inadmissible Evidence of Settlement or Negotiations. FRE 408. |
| 602 | Lack of Foundation/Speculation. FRE 602. |
| 802 | Hearsay. FRE 802. |
| AA | Asked and Answered. FRE 611(a). |
| AF | Assumes Facts Not in Evidence. FRE 103(d), 611(a). |
| ARG | Argumentative. FRE 611(a). |
| AU | Authentication Lacking. FRE 901. |
| BER | Best Evidence Rule. FRE 1002. |
| CML | Cumulative. FRE 403, 611(a). |
| CMP | Compound Question. FRE 611(a). |
| CO | Contrary to Court Order. |
| COL | Improper Attorney Colloquy. FRE 103(d), 603. |
| DEM | Demonstrative Not Marked as Exhibit. FRE 103(d), 611(a). |
| HYP | Improper Hypothetical. FRE 602, 701. |
| ILO | Improper Opinion of Lay Witness. FRE 701. |
| INC | Designation Incomplete; Incomprehensible. |
| LC | Calls for Legal Conclusion. FRE 103(d), 602, 701. |
| LDG | Leading. FRE 611(c). |
| MD | Misstates the Document. FRE 103(d), 611(a). |
| MPT | Misstates Prior Testimony. FRE 103(d), 611(a). |
| NAR | Calls for Narrative Response . FRE 103(d), 611(a). |
| NR | Nonresponsive. FRE 611(a). |
| PV | Privileged. FRE 103(d), 501, 502. |
| SCP | Outside the Scope of Designated Topics. FRE 602, 611(a)-(b); FRCP 30(b)(6). |
| SUM | Improper Summary. FRE 1006. |

Dated: October 2, 2019                    Respectfully Submitted,

By: /s/ *Steven A. Reed*
Eric W. Sitarchuk
Steven A. Reed
Harvey Bartle
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
eric.sitarchuk@morganlewis.com
steven.reed@morganlewis.com
harvey.bartle@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel:  (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
Fax: (305) 415-3001
brian.ercole@morganlewis.com

*Counsel for Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis*

*South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida, and appearing specially for Teva Pharmaceutical Industries Ltd.*

## CERTIFICATE OF SERVICE

    I, Steven A. Reed, hereby certify that the foregoing document was filed via the Court's ECF system which will send notification of such filing to all counsel of record.

Dated: October 2, 2019                             */s/ Steven A. Reed*
                                                                      Steven A. Reed