# EXHIBIT B

| DEFENSE RESPONSES FOR JENNIFER ALTIER | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 8/2/2018 | 22 | 7 | 23 | 6 | Response: There is no corresponding designation within the objection range. Testimony related to education grants is relevant because it shows independence between drug manufacturers and third-party organizations. |
| 8/2/2018 | 44 | 5 | 44 | 13 | Response: There is no corresponding designation within the objection range. The witness's personal knowledge of fentanyl products is relevant to her credibility and her work at Actavis. |
| 8/2/2018 | 45 | 17 | 45 | 21 | Response: There is no correponding designation within the objection range. Testimony related to which products were manufactured Actavis, as opposed to Alpharma, is relevant to liability. |
| 8/2/2018 | 62 | 23 | 63 | 24 | Response: There is no corresponding designation within the objection range. The line of questioning does not ask for hearsay, the line of questioning goes to the organizational structure of Actavis and the witness's job duties. |
| 8/2/2018 | 182 | 1 | 182 | 6 | Response: There is no corresponding designation within the objection range. The purpose of the advisory board is relevant to the issue of Defendants working with "key opinion leaders." |

| DEPO DATE | Objection to Plaintiffs' Counters | | | | Objection to Plaintiffs' Counters |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 8/2/2019 | 20 | 10 | 20 | 20 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. Designation is also vague and lacks foundation. |
| 8/2/2019 | 33 | 3 | 33 | 20 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 8/2/2019 | 251 | 23 | 252 | 3 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 8/2/2019 | 263 | 22 | 263 | 24 | Objection to Plaintiffs' Counter: The question misstates the document and the counter is an improper designation: it is unrelated to any previously designted testimony and is a mere attempt by Plaintiffs to designate testimony which should have been |
| 8/2/2019 | 264 | 4 | 264 | 10 | Objection to Plaintiffs' Counter: The question misstates the document and the counter is an improper designation: it is unrelated to any previously designted testimony and is a mere attempt by Plaintiffs to designate testimony which should have been |
| 8/2/2019 | 264 | 11 | 264 | 14 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony and is a mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |

**OBJECTION TO PLAINTIFFS' COUNTERS FOR JENNIFER ALTIER**

| DEFENSE RESPONSES FOR NANCY BARAN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 12/11/2018 | 118 | 8 | 119 | 6 | Response: There is no corresponding designation from 118:21-119:6. The line of questioning does nt ask for heasay or information that the witness lacks a foundation for because it asks for the witness's personal understanding of what "Actavis Per4ma" is and asks about the witness's personal experience in completing self-evaluations. |
| 12/11/2018 | 315 | 11 | 317 | 5 | Response: There is no corresponding designation within the objection range. The line of questioning seeks facts from the witness's personal recollection of a meeting she attended and related communications--for this reason, it is not argumentative, is not outside the witness's foundation of knowledge, and does not seek hearsay. |

| | | | | | OBJECTION TO PLAINTIFFS' COUNTERS FOR NANCY BARAN |
|---|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 12/11/2018 | 138 | 17 | 139 | 22 | Objection to Plaintiffs' Counter: 3) Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 162 | 17 | 165 | 8 | Objection to Plaintiffs' Counter: 2) Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/11/2018 | 165 | 15 | 166 | 7 | Objection to Plaintiffs' Counter: The question misstates prior testimony. It is an improper counter designation because it is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/11/2018 | 167 | 5 | 168 | 10 | Objection to Plaintiffs' Counter: Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/11/2018 | 171 | 15 | 172 | 22 | Objection to Plaintiffs' Counter: Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/11/2018 | 228 | 18 | 231 | 24 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 232 | 1 | 236 | 23 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 236 | 24 | 238 | 18 | Objection to Plaintiffs' Counter: CMP, AF, MD. Additionally, it is an improper counter designation because it is unrelated to any previously designated testimony. |
| 12/11/2018 | 238 | 19 | 239 | 20 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 239 | 21 | 241 | 1 | Objection to Plaintiffs' Counter: AA. Additionally, it is an improper counter designaiton because it is unrelated to any previously designated testimony. |
| 12/11/2018 | 241 | 2 | 244 | 23 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 241 | 2 | 246 | 4 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 249 | 21 | 250 | 8 | Objection to Plaintiff's Counter: 2) Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/11/2018 | 252 | 4 | 252 | 19 | Objecion to Plaintiffs' Counter: MD; CMP; 602 |
| 12/11/2018 | 258 | 22 | 259 | 15 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 259 | 16 | 260 | 24 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 259 | 16 | 261 | 2 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 261 | 1 | 267 | 4 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 262 | 3 | 267 | 4 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 269 | 6 | 270 | 14 | Objection to Plaintiffs' Counter: Overbroad. |

| | OBJECTION TO PLAINTIFFS' COUNTERS FOR NANCY BARAN | | | |
|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 12/11/2018 | 275 | 18 | 291 | 10 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 292 | 16 | 295 | 22 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 296 | 15 | 305 | 15 | Objection to Plaintiffs' Counter: Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 305 | 16 | 306 | 16 | Objection to Plaintiffs' Counter: AA, VG. 3) Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 314 | 19 | 315 | 11 | Objection toPlaintiffs' Counter: 602; 3) Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 315 | 12 | 319 | 3 | Objectin to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 319 | 15 | 319 | 22 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 320 | 12 | 321 | 16 | Objection to Plaintiffs' Counter: Counter is unrelated to any previously designated testimony. |
| 12/11/2018 | 322 | 3 | 322 | 12 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 322 | 3 | 322 | 15 | Objection to Plaintiffs' Counter: Overbroad. |
| 12/11/2018 | 322 | 13 | 335 | 20 | Objection to Plaintiffs' Counter: Counter is unrelated to any previously designated testimony. |

| DEPO DATE | DEFENDANTS' RESPONSES | | | | Defendants' Responses |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 11/2/2018 | 19 | 6 | 20 | 7 | Response: The witness's job experience is relevant to witness's background, foundation for testimony and credibility. |
| 11/2/2018 | 20 | 8 | 21 | 9 | Response: The witness's knowledge of the terms "pharmacovigilance" and "adverse events" are relevant to her credibility and work at Actavis. |
| 11/2/2018 | 22 | 6 | 23 | 7 | Response: The testimony is relevant to the witness's knowledge and experience in pharmacovigilance, which relates to her job duties. |
| 11/2/2018 | 24 | 4 | 24 | 20 | Response: The witness's understanding of the responsibilities of the medical affairs department is relevant to her credibility and job description. |
| 11/2/2018 | 25 | 11 | 25 | 19 | Response: The witness's job experience is relevant to her credibility. |
| 11/2/2018 | 29 | 5 | 29 | 16 | Response: The witness's educational background is relevant to her credibility. |
| 11/2/2018 | 30 | 10 | 30 | 21 | Response: The witness's education and training is relevant to her backgorund, foundation for testimony and credibility. |
| 11/2/2018 | 31 | 12 | 33 | 2 | Response: The witness's job experience is relevant to her background, foundation for testimony and credibility. |
| 11/2/2018 | 35 | 12 | 35 | 14 | Response: The witness's job experience is relevant to her credibility and work at Actavis. |
| 11/2/2018 | 35 | 12 | 35 | 15 | Response: The witness's job experience is relevant to her credibility and work at Actavis. |
| 11/2/2018 | 36 | 11 | 37 | 1 | Response: The line of questioning is relevant because it diretly addresses her job duties at Actavis, which is relevant to witness's background, foundation for testimony and credibility. |
| 11/2/2018 | 37 | 2 | 37 | 15 | Response: The witness's job experience is relevant to her credibility. |
| 11/2/2018 | 44 | 6 | 44 | 13 | Response: The witness's job experience is relevant to her credibility. |
| 11/2/2018 | 45 | 16 | 45 | 21 | Response: The witness's job experience is relevant to her background, foundation for testimony and credibility. |
| 11/2/2018 | 63 | 1 | 63 | 14 | Response: The witness's job description is relevant to her credibility and her work at Actavis; provides foundation for testimony. |
| 11/2/2018 | 63 | 15 | 63 | 23 | Response: The size of the witness's department is relevant to her job description at Actavis. |
| 11/2/2018 | 182 | 2 | 182 | 5 | Response: The question of whether an opioid product is supported by medical science liasons is relevant to marketing. |
| 11/2/2018 | 183 | 11 | 184 | 1 | Response: The question of the function of the promotional review committee is relevant to plaintiffs' claims related to marketing and compliance. |

**DEFENSE RESPONSES FOR JEANNETTE BARRETT**

| DEFENSE RESPONSES FOR JEANNETTE BARRETT | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 11/2/2018 | 248 | 20 | 249 | 8 | Response: The circumstances under which the witness was terminated from Actavis are relevant to the witness's credibility. |
| 11/2/2018 | 251 | 18 | 251 | 22 | Response: The witness's involvement with generic drugs at Actavis is relevant to her work at Actavis. |
| 11/2/2018 | 262 | 19 | 263 | 21 | Response: Questioning about the studies conducted with Kadian (an opioid product) that supported FDA approval is relevant because it relates to FDA approval and efficacy of the drug. |
| 11/2/2018 | 266 | 19 | 267 | 3 | Response: The witness's job experience is relevant to her bacground, foundation for testimony and credibility. |
| 11/2/2018 | 267 | 4 | 268 | 21 | Response: The witness's personal experience with opioids is relevant to credibility. |
| 11/2/2018 | 270 | 21 | 271 | 12 | Response: The wintess's job experience is relevant to her background, foundation for testimony and credibility. |
| 11/2/2018 | 286 | 2 | 286 | 8 | Response: The question of whether the witness observed improper conduct at Actavis is relevant to all of plaintiffs' claims against this defendant. |

| | | | | | |
|---|---|---|---|---|---|
| **OBJECTION TO PLAINTIFFS' COUNTERS FOR JEANNETTE A. BARRETT** | | | | | |
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 11/2/2018 | 51 | 1 | 51 | 13 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 11/2/2018 | 63 | 24 | 64 | 23 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. Counter unrelated to any previoulsy designated testimony. |
| 11/2/2018 | 65 | 7 | 65 | 10 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. Counter unrelated to any previoulsy designated testimony. |
| 11/2/2018 | 67 | 3 | 67 | 12 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. Counter unrelated to any previoulsy designated testimony. |
| 11/2/2018 | 260 | 9 | 261 | 23 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is unrelated to any previously designated testimony. |
| 11/2/2018 | 268 | 22 | 269 | 10 | Objection to Plaintiffs' Counter: 402, Overbroad. |
| 11/2/2018 | 269 | 11 | 270 | 20 | Objection to Plaintiffs' Counter: 402 and Improper Counter Designation because counter is unrelated to any previously designated testimony. |
| 11/2/2018 | 271 | 13 | 274 | 21 | Objection to Plaintiffs' Counter: Overbroad. |

| DEFENSE RESPONSES FOR DOUGLAS BOOTHE | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/17/2019 | 362 | 23 | 364 | 7 | Response: Objection does not correspond with designated testimony. Designated testimony regarding Defendants' relationship with key opinion leaders is relevant to plaintiffs' liability claims against defendants (i.e. RICO, improper promotion). |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR DOUGLAS BOOTHE | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Objection to Plaintiffs' Counters | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 1/17/2019 | 169 | 12 | 170 | 16 | Objection to Plaintiffs' Counter: Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 1/17/2019 | 173 | 13 | 175 | 4 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |

| DEFENSE RESPONSES FOR ANDREW BOYER | | | | | |
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/15/2019 | 404 | 14 | 405 | 3 | Response: Not overbroad or vague because the questions seek to clarify prior testimony and establish a foundation for further testimony. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury as designated testimony clarifies and contextualizes preceding designated testimony. |
| 1/15/2019 | 405 | 6 | 405 | 9 | Response: Not overbroad or vague because the questions seek to clarify prior testimony and establish a foundation for further testimony. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury as designated testimony seeks to clarify and contextualize preceding designated testimony. |
| 1/15/2019 | 405 | 12 | 405 | 16 | Response: Not overbroad or vague because the questions seek to clarify prior testimony and establish a foundation for further testimony. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because designated testimony clarifies and contextualizes preceding designated testimony. |
| 1/15/2019 | 405 | 19 | 406 | 11 | Response: Not overbroad or vague because the questions establish a foundation for further testimony. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because questions ask for specific information regarding witness's recollection of Defendants' business activities. |
| 1/15/2019 | 406 | 14 | 406 | 14 | Response: Not overbroad or vague because the questions establish a foundation for further testimony. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because questions ask for specific information regarding witness's recollection of Defendants' business activities. |

| | | | | DEFENSE RESPONSES FOR ANDREW BOYER | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/15/2019 | 406 | 18 | 406 | 22 | Response: Not overbroad or vague because the question asks for specific information regarding the occurence of detailing of generic opioids at Actavis. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because questions ask for specific information regarding witness's recollection of Defendants' business activities. |
| 1/15/2019 | 407 | 13 | 407 | 21 | Response: Not overbroad or vague because the questions ask for specific information regarding sponsorship of CMEs for generic products at Actavis and Teva. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because questions ask for specific information regarding witness's recollection of Defendants' business activities. |
| 1/15/2019 | 407 | 24 | 408 | 9 | Response: Not overbroad or vague because the question asks for specific information regarding the sponsorship of CMEs at Actavis and Teva. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because questions ask for specific information regarding witness's recollection of Defendants' business activities. |
| 1/15/2019 | 408 | 18 | 409 | 23 | Response: Not overbroad or vague because the question asks for specific information regarding Defendants' relationship to third parties and Defendants' detailing since 1998. Does not lack foundation because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. Not confusing to the jury because questions ask for specific information regarding witness's recollection of Defendants' business activities. |

| | OBJECTION TO PLAINTIFFS' COUNTERS FOR ANDREW BOYER | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 1/15/2019 | 169 | 9 | 169 | 17 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; Counter is unrelated to any previously designated testimony |
| 1/15/2019 | 169 | 19 | 170 | 8 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; Counter is unrelated to any previously designated testimony |
| 1/15/2019 | 204 | 4 | 204 | 21 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; counter is unrelated to any previously designated testimony. |
| 1/15/2019 | 206 | 1 | 206 | 5 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; counter is unrelated to any previously designated testimony. |
| 1/15/2019 | 225 | 8 | 226 | 10 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; MPT; 403 |
| 1/15/2019 | 349 | 18 | 349 | 18 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated |

| DEFENSE RESPONSES FOR MICHAEL CLARKE | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 12/7/2018 | 28 | 6 | 30 | 5 | Response: Witness's membership in professional organizations is relevant to credibility. Defendants' relationship wtih third party organizations is relevant to causation. |
| 12/7/2018 | 143 | 1 | 143 | 9 | Response: Testimony from the VP of compliance regarding messages from DEA, the key regulator responsible for enforcing the law, is relevant to scienter, causation, and credibility. Hearsay not offered for truth of matter asserted, but effect on listener and timing. |
| 12/7/2018 | 221 | 13 | 222 | 9 | Response: Questions are not argumentative because they seek factual information regarding suspicious order monitoring protocols. Does not lack foundation because questions relate to facts within the witness's personal knowledge. Foundation laid for witness's knowledge and experience in preceding testimony. |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR MICHAEL CLARKE | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Objection to Plaintiffs' Counters | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 12/7/2018 | 143 | 14 | 145 | 6 | Objection to Plaintiffs' Counter: Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; Counter is unrelated to any previously designated testimony |

| DEFENSE RESPONSES FOR MATTHEW DAY | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/4/2019 | 110 | 12 | 110 | 19 | Response: Training regarding abuse, misuse, etc. relates directly to the Controlled Substances Act and therefore is responsive. |
| 1/4/2019 | 183 | 20 | 184 | 12 | Response: Witness is discussing the sales training provided which is directly responsive to the quesion asked. The witness has firsthand knowlege of the trainings provided and therefore the answer is not speculative. |
| 1/4/2019 | 366 | 19 | 367 | 16 | Response: The question refers specifically to a particular series of promotional materials the witness developed, which were discussed earlier in the deposition. The question was not objected to and it was effective as a means of communicating the line of questions that the witness answered specifically and clearly. |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR MATTHEW DAY | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Objection to Plaintiffs' Counters | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 1/4/2019 | 54 | 19 | 54 | 21 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 1/4/2019 | 55 | 13 | 55 | 20 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 1/4/2019 | 82 | 21 | 83 | 4 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 1/4/2019 | 90 | 20 | 91 | 12 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; Overbroad; 602 |
| 1/4/2019 | 91 | 14 | 91 | 24 | Objection to Plaintiffs' Counter: Improper counter designation. Counter is mere attempt by Plaintiffs to designate testimony which should have hav ebeen affirmatively designated; Overbroad; 602 |
| 1/4/2019 | 92 | 2 | 92 | 8 | Objection to Plaintiffs' Counter: Improper counter designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 100 | 15 | 100 | 20 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 100 | 22 | 101 | 10 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 101 | 12 | 101 | 19 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 101 | 21 | 103 | 23 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602; overbroad |
| 1/4/2019 | 110 | 20 | 111 | 18 | Objection to Plaintiffs' Counter: Overbroad; 602 |
| 1/4/2019 | 119 | 1 | 120 | 7 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 121 | 21 | 122 | 5 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 122 | 23 | 123 | 4 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 124 | 1 | 125 | 22 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 125 | 24 | 126 | 1 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 136 | 1 | 136 | 13 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR MATTHEW DAY | | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 1/4/2019 | 143 | 22 | 144 | 22 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 167 | 14 | 167 | 14 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; INC |
| 1/4/2019 | 181 | 16 | 181 | 23 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated |
| 1/4/2019 | 182 | 15 | 182 | 21 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/4/2019 | 270 | 23 | 272 | 21 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |

| DEPO DATE | DEFENDANTS' RESPONSES | | | | Defendants' Responses |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| | | | | | |
| 1/22/2019 | 21 | 8 | 22 | 17 | Response: This line of questioning relates to statements on the witness's resume about her work on the drugs at issue in this case and therefore it is relevant. |
| 1/22/2019 | 44 | 20 | 45 | 14 | Response: Discussing targets of sales force for drug at issue in this case so directly relevant. |

DEFENSE RESPONSES FOR NATHALIE LEITCH

| | OBJECTION TO PLAINTIFFS' COUNTERS FOR NATHALIE LEITCH | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 1/22/2019 | 76 | 13 | 78 | 8 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602; INC |
| 1/22/2019 | 100 | 20 | 101 | 1 | Objection to Plaintiffs' Counter: 602; AA |
| 1/22/2019 | 101 | 5 | 103 | 19 | Objection to Plaintiffs' Counter: Overbroad; 602; AA; MPT |

| | | | | | DEFENSE RESPONSES FOR JINPING MCCORMICK |
|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' RESPONSES** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Defendants' Responses** |
| 1/9/2019 | 187 | 12 | 187 | 14 | Response: Suspicious order monitoring, and types of data used in SOM system, is directly relevant to the issues (i.e. liability, causation) in this case. The question is clear and contains no argument. |
| 1/9/2019 | 187 | 19 | 189 | 18 | Response: Suspicious order monitoring, and types of data used in SOM system, is directly relevant to the issues (i.e. liability, causation) in this case. The questions are clear and contain no argument. |
| 1/9/2019 | 226 | 5 | 227 | 23 | Response: Suspicious order monitoring is directly relevant to the issues (i.e. liability, causation) in this case. |

| DEPO DATE | Objection to Plaintiffs' Counters | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 1/9/2019 | 20 | 10 | 20 | 20 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602; INC |

**OBJECTION TO PLAINTIFFS' COUNTERS FOR JINPING McCORMICK**

| DEFENSE RESPONSES FOR COLLEEN MCGINN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 12/14/2018 | 129 | 5 | 130 | 21 | Response: Responsive because witness explains that duties and responsibilities under DEA regulations exist, but are subject to shifting interpretations. Answer is not speculative and has foundation because answer reflects personal knowledge and experience of the witness. Foundation regarding knowledge and experience in preceeding testimony. |

| DEFENSE RESPONSES FOR DAVID MYERS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 12/13/2018 | 103 | 6 | 105 | 18 | Response: Relevant to understanding corporate ownership and responsibility for Anda entity and related distribution of opioid products. |
| 12/13/2018 | 114 | 21 | 115 | 19 | Response: Relevant to differentiating advertising between brand and generic products. |
| 12/13/2018 | 183 | 21 | 186 | 4 | Response: Objection does not correspond with designated testimony. The examination is not argumentative in that the questions seek, and the responses provide, factual testimony. |

| | | | | | OBJECTION TO PLAINTIFFS' COUNTERS FOR DAVID A. MYERS |
|---|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 12/13/2018 | 185 | 14 | 185 | 22 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/13/2018 | 368 | 4 | 368 | 9 | Objection to Plaintiffs' Counter: VG; HYP; 602 |

| DEFENSE RESPONSES FOR THOMAS NAPOLI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/17/2019 | 88 | 2 | 89 | 5 | Response: Relevant to explaining processes for suspicious order monitoring, which is directly relevant to plaintiffs' claims against defendants. |
| 1/17/2019 | 341 | 5 | 343 | 17 | Response: Relevant to company and witness's views on suspicious order monitoring and internal controls. |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR THOMAS P. NAPOLI | | | | |
|---|---|---|---|---|
| **DEPO DATE** | **Objection to Plaintiffs' Counters** | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection to Plaintiffs' Counters** |
| 1/17/2019 | 113 | 21 | 118 | 7 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 193 | 19 | 195 | 9 | Objection to Plaintiffs' Counter: 602 |
| 1/17/2019 | 196 | 20 | 197 | 18 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 197 | 21 | 198 | 24 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 199 | 3 | 199 | 17 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 200 | 6 | 202 | 15 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 202 | 18 | 203 | 18 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 218 | 15 | 223 | 21 | Objection to Plaintiffs' Counter: Overbroad |

| DEFENSE RESPONSES FOR TERRI NATALINE | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 12/13/2018 | 257 | 24 | 258 | 9 | Response: Witness's compensation is relevant to background and position at Actavis. |
| 12/13/2018 | 276 | 5 | 278 | 19 | Response: Objection does not correspond to designated testimony. Designated testimony is relevant to Actavis acquisition of Kadian. |

| DEFENSE RESPONSES FOR MICHAEL PERFETTO | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 12/18/2018 | 118 | 8 | 119 | 5 | Response: There is no hearsay testimony offered or elicitied. The witness worked at Actavis and attended site visits, and therefore has personal knowledge of the site visits about which he is being asked. |
| 12/18/2018 | 315 | 11 | 317 | 3 | Response: There are no hearsay statements made or elicited in this line of questioning. The witness's personal knowledge of marketing (or lack thereof) of generics at Actavis is based upon his experiences and career at Actavis. The questions and responses are not argumentative and are factual in nature. |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR MICHAEL PERFETTO | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Objection to Plaintiffs' Counters | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 12/18/2018 | 109 | 22 | 109 | 24 | Objection to Plaintiffs' Counter: INC |
| 12/18/2018 | 110 | 11 | 111 | 9 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. Counter is unrelated to any previously designated testimony. |
| 12/18/2018 | 116 | 3 | 118 | 7 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. Counter is unrelated to any previously designated testimony. |
| 12/18/2018 | 119 | 5 | 119 | 8 | Objection to Plaintiffs' Counter: VG |
| 12/18/2018 | 120 | 24 | 121 | 8 | Objection to Plaintiffs' Counter: 602; VG |
| 12/18/2018 | 121 | 10 | 122 | 3 | Objection to Plaintiffs' Counter: ARG; 602; HYP |

| DEFENSE RESPONSES FOR SARITA THAPAR | | | | | |
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/10/2019 | 100 | 24 | 101 | 20 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. FDA inspections of the pharmacovigilance department are relevant to government oversight and involvement in regulating opioids and other controlled substances, which is relevant to the parties claims and defenses. |
| 1/10/2019 | 102 | 23 | 103 | 11 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations. |
| 1/10/2019 | 106 | 6 | 106 | 19 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations. |
| 1/10/2019 | 107 | 18 | 109 | 4 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations. |
| 1/10/2019 | 109 | 23 | 111 | 16 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations and internal SOPs related to adverse event reporting. |
| 1/10/2019 | 140 | 15 | 141 | 6 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations. |
| 1/10/2019 | 204 | 2 | 205 | 8 | Response: The line of questioning goes to handling of drug safety and adverse event reporting, which is relevant to the parties' claims and defenses. |
| 1/10/2019 | 243 | 13 | 243 | 16 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations and internal SOPs related to adverse event reporting. |
| 1/10/2019 | 247 | 8 | 247 | 10 | Response: Whether and what branded opioids Actavis manufactured/distributed/sold is relevant to plaintiffs' claims. |
| 1/10/2019 | 270 | 2 | 270 | 4 | Response: Whether Actavis audited the activities of third-party pharmacovigilence and other entities it retained is relevant to plaintiffs' claims. |

| DEFENSE RESPONSES FOR SARITA THAPAR | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/10/2019 | 284 | 21 | 286 | 8 | Response: Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations and internal SOPs related to adverse event reporting. |
| 1/10/2019 | 288 | 4 | 290 | 24 | Response: Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations and internal SOPs related to adverse event reporting. |
| 1/10/2019 | 310 | 13 | 312 | 15 | Response: Witness's testimony is based on witness's personal knowledge acquired during career at Actavis. Testimony is relevant to Actavis's maintenance of pharmacovigilance department and efforts to comply with relevant government regulations and internal SOPs related to adverse event reporting. |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR SARITA THAPAR | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Objection to Plaintiffs' Counters | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 1/10/2019 | 46 | 7 | 47 | 6 | Objection to Plaintiffs' Counter: 402; 403 |
| 1/10/2019 | 218 | 17 | 219 | 23 | Objection to Plaintiffs' Counter: VG; INC |

| DEFENSE RESPONSES FOR MARY WOODS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' RESPONSES | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Responses |
| 1/10/2019 | 127 | 6 | 127 | 22 | Response: Testimony is factual, and not argumentative. Testimony is relevant to suspicious order monitoring system process at Defendant company. |
| 1/10/2019 | 139 | 4 | 140 | 9 | Response: Testimony is relevant to operation of suspicious order monitoring system at Defendant entity, which is related to plaintiffs' claims against defendant at relevant time. |

| OBJECTION TO PLAINTIFFS' COUNTERS FOR MARY WOODS | | | | |
|---|---|---|---|---|
| DEPO DATE | Objection to Plaintiffs' Counters | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Objection to Plaintiffs' Counters |
| 1/10/2019 | 20 | 17 | 25 | 8 | Objection to Plaintiffs' Counter: Improper Counter Designation. Overbroad. Counter is mere attempt by Plaintiffs to designate testimony whcih should have been affirmativley designated. Counter is unrelated to any previously designated testimony. |
| 1/10/2019 | 21 | 2 | 21 | 11 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 21 | 12 | 22 | 4 | Objection to Plaintiffs' Counter: VG; LC |
| 1/10/2019 | 22 | 5 | 22 | 15 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 24 | 3 | 24 | 8 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 86 | 15 | 86 | 24 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 87 | 11 | 87 | 24 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 87 | 11 | 89 | 24 | Objection to Plaintiffs' Counter: Improper Counter Designation. Overbroad. Counter is mere attempt by Plaintiffs to designate testimony which shuld have been affirmatively designated. |
| 1/10/2019 | 88 | 1 | 88 | 12 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 88 | 15 | 88 | 21 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 88 | 22 | 89 | 4 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 89 | 5 | 89 | 11 | Objection to Plaintiffs' Counter: VG |
| 1/10/2019 | 89 | 12 | 89 | 22 | Objection to Plaintiffs' Counter: VG; 602 |