# EXHIBIT C

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL STEPHEN DORSEY | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/8/2019 | Plaintiff Affirm Revised | 10 | 1 | 10 | 8 |
| 1/8/2019 | Plaintiff Affirm Original | 12 | 8 | 12 | 16 |
| 1/8/2019 | Plaintiff Affirm Original | 38 | 23 | 39 | 21 |
| 1/8/2019 | Plaintiff Affirm Original | 40 | 15 | 40 | 22 |
| 1/8/2019 | Plaintiff Affirm Original | 41 | 7 | 41 | 20 |
| 1/8/2019 | Plaintiff Affirm Original | 44 | 11 | 44 | 21 |
| 1/8/2019 | Plaintiff Affirm Original | 46 | 2 | 46 | 14 |
| 1/8/2019 | Plaintiff Affirm Revised | 50 | 5 | 51 | 1 |
| 1/8/2019 | Plaintiff Affirm Original | 50 | 8 | 50 | 11 |
| 1/8/2019 | Allergan Counter | 50 | 12 | 50 | 12 |
| 1/8/2019 | Plaintiff Affirm Original | 50 | 14 | 50 | 15 |
| 1/8/2019 | Plaintiff Affirm Original | 50 | 17 | 50 | 18 |
| 1/8/2019 | Allergan Counter | 50 | 19 | 50 | 19 |
| 1/8/2019 | Plaintiff Affirm Original | 50 | 21 | 50 | 21 |
| 1/8/2019 | Allergan Counter | 50 | 22 | 50 | 22 |
| 1/8/2019 | Plaintiff Affirm Original | 50 | 24 | 51 | 3 |
| 1/8/2019 | Allergan Counter | 51 | 4 | 51 | 4 |
| 1/8/2019 | Plaintiff Affirm Original | 51 | 6 | 51 | 17 |
| 1/8/2019 | Allergan Counter | 51 | 18 | 51 | 18 |
| 1/8/2019 | Plaintiff Affirm Original | 51 | 20 | 51 | 21 |
| 1/8/2019 | Plaintiff Affirm Original | 57 | 7 | 57 | 10 |
| 1/8/2019 | Allergan Counter | 57 | 11 | 57 | 11 |
| 1/8/2019 | Plaintiff Affirm Original | 57 | 13 | 57 | 13 |
| 1/8/2019 | Teva Resp | 57 | 15 | 57 | 20 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL STEPHEN DORSEY | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/8/2019 | Teva Resp | 64 | 16 | 65 | 6 |
| 1/8/2019 | Plaintiff Affirm Revised | 65 | 5 | 65 | 20 |
| 1/8/2019 | Teva Resp | 65 | 22 | 66 | 4 |
| 1/8/2019 | Plaintiff Affirm Original | 66 | 24 | 67 | 2 |
| 1/8/2019 | Allergan Counter | 67 | 3 | 67 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 67 | 5 | 67 | 8 |
| 1/8/2019 | Allergan Counter | 67 | 9 | 67 | 9 |
| 1/8/2019 | Plaintiff Affirm Original | 67 | 11 | 67 | 15 |
| 1/8/2019 | Allergan Counter | 67 | 16 | 67 | 16 |
| 1/8/2019 | Plaintiff Affirm Original | 67 | 18 | 68 | 19 |
| 1/8/2019 | Plaintiff Affirm Original | 71 | 10 | 71 | 20 |
| 1/8/2019 | Allergan Counter | 72 | 1 | 72 | 14 |
| 1/8/2019 | Plaintiff Affirm Original | 97 | 14 | 97 | 16 |
| 1/8/2019 | Plaintiff Affirm Original | 97 | 19 | 98 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 99 | 24 | 100 | 1 |
| 1/8/2019 | Plaintiff Affirm Original | 100 | 4 | 100 | 10 |
| 1/8/2019 | Plaintiff Affirm Original | 103 | 2 | 103 | 17 |
| 1/8/2019 | Allergan Counter | 103 | 18 | 103 | 21 |
| 1/8/2019 | Plaintiff Affirm Revised | 106 | 14 | 106 | 16 |
| 1/8/2019 | Plaintiff Affirm Original | 106 | 14 | 107 | 7 |
| 1/8/2019 | Plaintiff Affirm Original | 110 | 9 | 110 | 20 |
| 1/8/2019 | Plaintiff Affirm Original | 111 | 12 | 111 | 15 |
| 1/8/2019 | Plaintiff Affirm Original | 111 | 18 | 112 | 16 |
| 1/8/2019 | Plaintiff Affirm Original | 114 | 16 | 115 | 19 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL STEPHEN DORSEY | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/8/2019 | Plaintiff Affirm Original | 115 | 23 | 116 | 17 |
| 1/8/2019 | Plaintiff Affirm Original | 117 | 13 | 117 | 14 |
| 1/8/2019 | Plaintiff Affirm Revised | 128 | 5 | 128 | 20 |
| 1/8/2019 | Plaintiff Affirm Revised | 128 | 22 | 129 | 2 |
| 1/8/2019 | Plaintiff Affirm Revised | 129 | 4 | 129 | 4 |
| 1/8/2019 | Plaintiff Affirm Original | 165 | 20 | 165 | 23 |
| 1/8/2019 | Plaintiff Affirm Original | 166 | 2 | 166 | 14 |
| 1/8/2019 | Plaintiff Affirm Original | 169 | 4 | 169 | 8 |
| 1/8/2019 | Plaintiff Affirm Original | 169 | 12 | 170 | 1 |
| 1/8/2019 | Plaintiff Affirm Original | 185 | 20 | 186 | 7 |
| 1/8/2019 | Plaintiff Affirm Original | 186 | 10 | 186 | 10 |
| 1/8/2019 | Plaintiff Affirm Original | 186 | 12 | 188 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 189 | 13 | 189 | 17 |
| 1/8/2019 | Plaintiff Affirm Original | 189 | 21 | 189 | 24 |
| 1/8/2019 | Plaintiff Affirm Original | 190 | 4 | 190 | 11 |
| 1/8/2019 | Plaintiff Affirm Original | 190 | 15 | 191 | 1 |
| 1/8/2019 | Plaintiff Affirm Original | 197 | 12 | 197 | 21 |
| 1/8/2019 | Plaintiff Affirm Original | 197 | 24 | 198 | 6 |
| 1/8/2019 | Plaintiff Affirm Original | 198 | 21 | 198 | 24 |
| 1/8/2019 | Plaintiff Affirm Original | 200 | 1 | 200 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 200 | 8 | 201 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 202 | 17 | 202 | 24 |
| 1/8/2019 | Plaintiff Affirm Original | 203 | 3 | 203 | 13 |
| 1/8/2019 | Plaintiff Affirm Original | 203 | 17 | 203 | 22 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| **DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL STEPHEN DORSEY** | | | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/8/2019 | Plaintiff Affirm Original | 204 | 2 | 204 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 204 | 16 | 204 | 19 |
| 1/8/2019 | Plaintiff Affirm Original | 204 | 23 | 205 | 8 |
| 1/8/2019 | Plaintiff Affirm Original | 205 | 11 | 205 | 13 |
| 1/8/2019 | Plaintiff Affirm Revised | 217 | 22 | 217 | 24 |
| 1/8/2019 | Teva Resp | 218 | 2 | 218 | 2 |
| 1/8/2019 | Plaintiff Affirm Revised | 218 | 3 | 218 | 3 |
| 1/8/2019 | Plaintiff Affirm Original | 249 | 10 | 249 | 14 |
| 1/8/2019 | Allergan Counter | 249 | 15 | 249 | 16 |
| 1/8/2019 | Plaintiff Affirm Original | 250 | 15 | 251 | 4 |
| 1/8/2019 | Plaintiff Affirm Original | 251 | 9 | 251 | 22 |
| 1/8/2019 | Plaintiff Affirm Original | 252 | 13 | 253 | 14 |
| 1/8/2019 | Plaintiff Affirm Original | 253 | 18 | 253 | 21 |
| 1/8/2019 | Plaintiff Affirm Original | 254 | 2 | 255 | 18 |
| 1/8/2019 | Plaintiff Affirm Original | 255 | 23 | 256 | 5 |
| 1/8/2019 | Plaintiff Affirm Original | 256 | 11 | 256 | 15 |
| 1/8/2019 | Plaintiff Affirm Original | 256 | 19 | 256 | 23 |
| 1/8/2019 | Plaintiff Affirm Original | 257 | 5 | 257 | 8 |
| 1/8/2019 | Plaintiff Affirm Original | 257 | 14 | 257 | 19 |
| 1/8/2019 | Plaintiff Affirm Original | 257 | 23 | 258 | 6 |
| 1/8/2019 | Plaintiff Affirm Original | 266 | 17 | 267 | 12 |
| 1/8/2019 | Plaintiff Affirm Original | 267 | 15 | 267 | 18 |
| 1/8/2019 | Plaintiff Affirm Original | 267 | 24 | 268 | 11 |
| 1/8/2019 | Plaintiff Affirm Original | 268 | 16 | 268 | 17 |

| DEFENDANTS' OBJECTIONS FOR MICHAEL STEPHEN DORSEY | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 1/8/2019 | 50 | 5 | 51 | 1 | 602; VG |
| 1/8/2019 | 50 | 12 | 50 | 12 | 602, 802 |
| 1/8/2019 | 50 | 19 | 50 | 19 | 602, 802 |
| 1/8/2019 | 50 | 22 | 50 | 22 | 602, 802 |
| 1/8/2019 | 51 | 4 | 51 | 4 | 802, 602 |
| 1/8/2019 | 51 | 18 | 51 | 18 | 802, 602 |
| 1/8/2019 | 57 | 11 | 57 | 11 | 602, 802, VG |
| 1/8/2019 | 67 | 3 | 67 | 3 | 602, SCP |
| 1/8/2019 | 67 | 9 | 67 | 9 | 602, SCP |
| 1/8/2019 | 67 | 16 | 67 | 16 | 602, SCP |
| 1/8/2019 | 100 | 2 | 100 | 2 | 802, 602, VG |
| 1/8/2019 | 106 | 14 | 106 | 16 | VG; 602 |
| 1/8/2019 | 111 | 16 | 111 | 16 | 602, VG, 402 |
| 1/8/2019 | 128 | 24 | 129 | 2 | AA |
| 1/8/2019 | 165 | 24 | 165 | 24 | SCP, VG |
| 1/8/2019 | 169 | 9 | 169 | 10 | AA, MPT |
| 1/8/2019 | 186 | 8 | 186 | 8 | 602, VG |
| 1/8/2019 | 186 | 11 | 186 | 11 | 602, VG |
| 1/8/2019 | 189 | 18 | 189 | 19 | AF, 602 |
| 1/8/2019 | 190 | 12 | 190 | 13 | AF, 602 |
| 1/8/2019 | 203 | 14 | 203 | 15 | AF, VG |
| 1/8/2019 | 203 | 23 | 203 | 24 | AF, VG |
| 1/8/2019 | 204 | 20 | 204 | 21 | AF, 602 |
| 1/8/2019 | 217 | 23 | 218 | 3 | VG; 402; 602 |

| DEFENDANTS' OBJECTIONS FOR MICHAEL STEPHEN DORSEY | | | | |
|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 1/8/2019 | 218 | 3 | 218 | 3 | 602; AU |
| 1/8/2019 | 251 | 5 | 251 | 7 | AF, 602 |
| 1/8/2019 | 253 | 16 | 253 | 16 | 802 |
| 1/8/2019 | 253 | 22 | 253 | 24 | 602, VG, AF |
| 1/8/2019 | 255 | 19 | 255 | 21 | 602, VG, MD |
| 1/8/2019 | 256 | 6 | 256 | 9 | AA, MD |
| 1/8/2019 | 256 | 16 | 256 | 17 | AA, 602 |
| 1/8/2019 | 257 | 9 | 257 | 12 | 602, AA |
| 1/8/2019 | 257 | 20 | 257 | 21 | 602, AA |
| 1/8/2019 | 268 | 12 | 268 | 14 | 602, AF |