# Exhibit B

| CARDINAL HEALTH'S OBJECTIONS FOR JENNIFER NORRIS ||||||
|---|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** |||| |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/27/2019 | 22 | 12 | 22 | 24 | LC; 402 |
| 3/27/2019 | 23 | 1 | 23 | 10 | 402; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); SCP |
| 3/27/2019 | 24 | 2 | 24 | 15 | CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); SCP; 403 |
| 3/27/2019 | 24 | 16 | 24 | 23 | CO; SCP; 402 |
| 3/27/2019 | 24 | 24 | 25 | 5 | CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); SCP; 403 |
| 3/27/2019 | 28 | 12 | 28 | 21 | VG |
| 3/27/2019 | 28 | 22 | 29 | 5 | CO; SCP |
| 3/27/2019 | 29 | 1 | 29 | 5 | SCP; CO |
| 3/27/2019 | 29 | 6 | 31 | 12 | SCP; CO (SMO Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 403 |
| 3/27/2019 | 35 | 4 | 36 | 12 | 402; 403 |
| 3/27/2019 | 40 | 2 | 40 | 22 | 402; 403 |
| 3/27/2019 | 41 | 22 | 42 | 17 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 403 |
| 3/27/2019 | 42 | 9 | 42 | 15 | CO (time period); SCP; 403 |
| 3/27/2019 | 43 | 5 | 44 | 20 | SCP; CO(SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 403; LC |
| 3/27/2019 | 49 | 1 | 49 | 16 | VG; 402; INC |
| 3/27/2019 | 49 | 17 | 50 | 6 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 403; LC |
| 3/27/2019 | 50 | 11 | 50 | 16 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 403 |
| 3/27/2019 | 50 | 17 | 50 | 22 | 403; VG |
| 3/27/2019 | 51 | 5 | 52 | 22 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 403; LC |
| 3/27/2019 | 52 | 20 | 52 | 22 | INC; AA |
| 3/27/2019 | 120 | 5 | 120 | 16 | 402; 403; 802 |
| 3/27/2019 | 120 | 17 | 120 | 20 | 802 |
| 3/27/2019 | 120 | 21 | 120 | 24 | SCP; CO; 802 |
| 3/27/2019 | 121 | 1 | 121 | 7 | SCP; CO |
| 3/27/2019 | 121 | 8 | 122 | 23 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); CML |
| 3/27/2019 | 121 | 14 | 122 | 23 | CO (time period) |
| 3/27/2019 | 123 | 13 | 123 | 18 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); CO (time period) |
| 3/27/2019 | 124 | 14 | 124 | 23 | SCP; CO; 403 |

| CARDINAL HEALTH'S OBJECTIONS FOR JENNIFER NORRIS |

| DEPO DATE | CARDINAL HEALTH'S OBJECTIONS | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/27/2019 | 124 | 24 | 125 | 3 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 126 | 9 | 128 | 24 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 129 | 7 | 129 | 20 | VG |
| 3/27/2019 | 129 | 15 | 129 | 19 | AF; ARG |
| 3/27/2019 | 129 | 21 | 133 | 24 | CO (time period) |
| 3/27/2019 | 130 | 15 | 130 | 19 | 403; INC |
| 3/27/2019 | 130 | 15 | 131 | 10 | VG; CMP |
| 3/27/2019 | 131 | 14 | 131 | 24 | SCP |
| 3/27/2019 | 132 | 14 | 132 | 21 | VG; AA |
| 3/27/2019 | 132 | 22 | 133 | 4 | ARG; MPT; CO (time period) |
| 3/27/2019 | 133 | 5 | 133 | 16 | AA; CML |
| 3/27/2019 | 133 | 17 | 133 | 24 | SCP; CO |
| 3/27/2019 | 136 | 20 | 136 | 21 | INC |
| 3/27/2019 | 142 | 20 | 143 | 4 | SCP |
| 3/27/2019 | 143 | 15 | 143 | 20 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); CMP; VG |
| 3/27/2019 | 144 | 12 | 145 | 1 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); CO (time period); VG; ARG; 403; LC |
| 3/27/2019 | 144 | 18 | 144 | 21 | LC |
| 3/27/2019 | 145 | 2 | 145 | 8 | 402; 403; AA; CO; SCP |
| 3/27/2019 | 151 | 19 | 152 | 6 | VG; CMP |
| 3/27/2019 | 152 | 7 | 152 | 16 | VG; ARG; HYP |
| 3/27/2019 | 152 | 17 | 155 | 1 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); LC; VG |
| 3/27/2019 | 153 | 21 | 153 | 24 | VG |
| 3/27/2019 | 154 | 1 | 154 | 8 | LC; ARG |
| 3/27/2019 | 154 | 9 | 155 | 1 | VG; CMP; ARG |
| 3/27/2019 | 155 | 18 | 156 | 10 | VG; LC; MPT; ARG |
| 3/27/2019 | 156 | 11 | 156 | 17 | 402; 403; INC; NAR |
| 3/27/2019 | 158 | 6 | 159 | 2 | 402; NAR |
| 3/27/2019 | 159 | 10 | 159 | 18 | NAR; AF |
| 3/27/2019 | 159 | 10 | 159 | 21 | VG |
| 3/27/2019 | 159 | 22 | 163 | 24 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 160 | 15 | 160 | 21 | AF; VG |
| 3/27/2019 | 161 | 3 | 161 | 8 | HYP; VG |
| 3/27/2019 | 161 | 24 | 161 | 24 | AA |

| DEPO DATE | CARDINAL HEALTH'S OBJECTIONS FOR JENNIFER NORRIS | | | | |
|---|---|---|---|---|---|
| | CARDINAL HEALTH'S OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/27/2019 | 161 | 24 | 163 | 15 | VG |
| 3/27/2019 | 162 | 2 | 162 | 5 | NAR |
| 3/27/2019 | 162 | 11 | 162 | 15 | VG |
| 3/27/2019 | 162 | 16 | 163 | 8 | AA |
| 3/27/2019 | 163 | 18 | 163 | 24 | VG |
| 3/27/2019 | 164 | 1 | 167 | 22 | SCP; ARG; VG |
| 3/27/2019 | 164 | 10 | 167 | 22 | AA |
| 3/27/2019 | 169 | 18 | 169 | 18 | INC |
| 3/27/2019 | 170 | 3 | 174 | 8 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 170 | 20 | 171 | 6 | VG |
| 3/27/2019 | 171 | 7 | 171 | 19 | CMP |
| 3/27/2019 | 171 | 21 | 173 | 22 | VG |
| 3/27/2019 | 173 | 23 | 174 | 8 | AA |
| 3/27/2019 | 175 | 11 | 176 | 2 | AA |
| 3/27/2019 | 176 | 16 | 177 | 2 | CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 176 | 21 | 177 | 2 | ARG |
| 3/27/2019 | 177 | 3 | 177 | 10 | CO (time period) |
| 3/27/2019 | 177 | 3 | 177 | 10 | VG |
| 3/27/2019 | 177 | 3 | 177 | 19 | MPT |
| 3/27/2019 | 177 | 12 | 178 | 3 | AA |
| 3/27/2019 | 177 | 21 | 179 | 1 | CO (SM Cohen Riuling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 178 | 4 | 178 | 23 | AA |
| 3/27/2019 | 178 | 24 | 179 | 1 | INC |
| 3/27/2019 | 179 | 12 | 180 | 21 | VG; SCP; INC |
| 3/27/2019 | 180 | 5 | 180 | 8 | VG; AA |
| 3/27/2019 | 180 | 10 | 180 | 21 | 402 |
| 3/27/2019 | 183 | 19 | 183 | 24 | 402; 403 |
| 3/27/2019 | 184 | 1 | 184 | 5 | VG; CMP |
| 3/27/2019 | 184 | 6 | 185 | 8 | VG; AA; ARG |
| 3/27/2019 | 186 | 19 | 187 | 1 | SCP |
| 3/27/2019 | 187 | 8 | 189 | 24 | 402; 403 |
| 3/27/2019 | 188 | 5 | 188 | 10 | VG; CMP |
| 3/27/2019 | 189 | 14 | 190 | 9 | ARG; AA; SCP; VG |
| 3/27/2019 | 191 | 24 | 192 | 12 | 402; 403 |
| 3/27/2019 | 192 | 13 | 192 | 14 | 402 |
| 3/27/2019 | 192 | 13 | 192 | 17 | MPT; ARG |
| 3/27/2019 | 192 | 19 | 193 | 9 | 402 |

| | CARDINAL HEALTH'S OBJECTIONS FOR<br>JENNIFER NORRIS | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/27/2019 | 193 | 10 | 197 | 5 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 193 | 16 | 194 | 5 | HYP; VG |
| 3/27/2019 | 194 | 6 | 194 | 24 | ARG; 402 |
| 3/27/2019 | 194 | 19 | 195 | 4 | AA |
| 3/27/2019 | 195 | 5 | 195 | 20 | 402 |
| 3/27/2019 | 195 | 23 | 196 | 6 | AA; SCP |
| 3/27/2019 | 196 | 7 | 196 | 10 | 402; ARG |
| 3/27/2019 | 196 | 7 | 197 | 5 | AA; ARG |
| 3/27/2019 | 196 | 11 | 196 | 18 | 402 |
| 3/27/2019 | 197 | 1 | 197 | 5 | AA; ARG |
| 3/27/2019 | 197 | 6 | 197 | 11 | MPT; VG |
| 3/27/2019 | 198 | 3 | 198 | 12 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 198 | 23 | 199 | 10 | MPT; ARG; SCP; 402 |
| 3/27/2019 | 199 | 13 | 199 | 20 | 402; 403 |
| 3/27/2019 | 199 | 21 | 202 | 1 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); 402 |
| 3/27/2019 | 200 | 1 | 200 | 14 | ARG; 402; MPT; 403 |
| 3/27/2019 | 200 | 15 | 201 | 3 | ARG; VG; CMP; 402 |
| 3/27/2019 | 201 | 4 | 202 | 1 | SCP |
| 3/27/2019 | 201 | 21 | 202 | 1 | AA |
| 3/27/2019 | 202 | 2 | 202 | 5 | MPT |
| 3/27/2019 | 202 | 17 | 202 | 22 | MPT; ARG; INC |
| 3/27/2019 | 202 | 17 | 203 | 15 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 202 | 23 | 203 | 2 | 402; ARG |
| 3/27/2019 | 203 | 16 | 203 | 18 | ARG; 402; 403; AF; NR |
| 3/27/2019 | 203 | 20 | 204 | 3 | AA |
| 3/27/2019 | 204 | 4 | 204 | 15 | AA |
| 3/27/2019 | 204 | 9 | 204 | 13 | 402; 403 |
| 3/27/2019 | 211 | 6 | 213 | 19 | SCP; 402 |
| 3/27/2019 | 213 | 6 | 213 | 11 | 402; 403; ARG |
| 3/27/2019 | 213 | 12 | 213 | 17 | ARG; VG; 402; 403 |
| 3/27/2019 | 214 | 8 | 224 | 21 | SCP |
| 3/27/2019 | 217 | 2 | 217 | 12 | 403; ARG; 402 |
| 3/27/2019 | 217 | 19 | 217 | 24 | VG; SCP; 402; 403 |
| 3/27/2019 | 218 | 1 | 218 | 11 | HYP; 402; 403; ARG |
| 3/27/2019 | 218 | 12 | 219 | 13 | ARG; SCP |

| DEPO DATE | CARDINAL HEALTH'S OBJECTIONS FOR JENNIFER NORRIS ||||  |
|---|---|---|---|---|---|
| | CARDINAL HEALTH'S OBJECTIONS |||| |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/27/2019 | 220 | 10 | 220 | 24 | ARG; SCP |
| 3/27/2019 | 221 | 6 | 221 | 19 | ARG; SCP |
| 3/27/2019 | 221 | 20 | 222 | 1 | ARG; VG; SCP |
| 3/27/2019 | 222 | 14 | 222 | 18 | SCP; 402 |
| 3/27/2019 | 222 | 19 | 223 | 13 | ARG; 402; 403; SCP |
| 3/27/2019 | 223 | 1 | 223 | 13 | ARG; SCP; 402 |
| 3/27/2019 | 224 | 3 | 224 | 21 | ARG; 402; 403 |
| 3/27/2019 | 225 | 4 | 226 | 2 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18) |
| 3/27/2019 | 226 | 11 | 226 | 24 | SCP; CO (time period) |
| 3/27/2019 | 228 | 11 | 231 | 1 | SCP; CO (time period) |
| 3/27/2019 | 233 | 2 | 235 | 22 | SCP; CO (time period) |
| 3/27/2019 | 236 | 9 | 237 | 5 | SCP; CO (time period) |
| 3/27/2019 | 255 | 14 | 255 | 17 | ARG |
| 3/27/2019 | 255 | 18 | 255 | 24 | CMP |
| 3/27/2019 | 260 | 8 | 261 | 10 | SCP; CO (SM Cohen Ruling re: Walmart 30b6 Topics, 9/3/18); VG; ARG |
| 3/27/2019 | 292 | 11 | 292 | 20 | ARG; 802 |
| 3/27/2019 | 293 | 1 | 294 | 18 | ARG; 403; MPT; INC |
| 3/27/2019 | 293 | 17 | 294 | 5 | MPT; ARG; 403; INC; 402 |
| 3/27/2019 | 294 | 6 | 294 | 18 | 403; INC; 402; ARG |
| 3/27/2019 | 295 | 9 | 295 | 12 | 403; ARG; INC |