UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL OPIATE LITIGATION<br><br>*City of Huntington, West Virginia, et al v. Express Scripts Holding Company et al*<br>Case No. 1-18-op-45984 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL

Please take notice that William Nicholas Reynolds of the law firm of Campbell Woods, PLLC hereby gives notice of his withdrawal as additional counsel for defendant MRNB, Inc. and for MRNB, Inc., incorrectly sued as A+ Pharmacy & Home Medical Equipment, in the above-captioned proceedings. Defendant MRNB, Inc. continues to be represented by Owen A. Reynolds and Michael A. Meadows of the law firm of Campbell Woods, PLLC.

Counsel has given notice of the withdrawal of William Nicholas Reynolds to Defendant MRNB, Inc. and MRNB, Inc., incorrectly sued as A+ Pharmacy & Home Medical Equipment, and MRNB has agreed to the same.

MRNB asks that all filings in this action be served on Owen A. Reynolds and Michael A. Meadows but that the same no longer be served on William Nicholas Reynolds.

Dated:  October 3, 2019

Respectfully submitted,

By: /s/ William Nicholas Reynolds
William Nicholas Reynolds
WV Bar No. 3068
Michael A. Meadows
WV Bar No. 10100
Owen Reynolds
WV Bar No. 13035

          CAMPBELL WOODS, PLLC
          1002 Third Avenue
          Post Office Box 1835
          Huntington, WV  25719-1835
          Telephone:    (304) 529-2391
          Facsimile:     (304) 529-1832
          *Counsel for MRNB, Inc. and MRNB, Inc.,*
          *incorrectly identified as*
          *A+ Pharmacy & Home Medical Equipment*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 3, 2019, I electronically filed the foregoing **Notice of Withdrawal** with the Clerk of Court using the CM/ECF system, which will provide notification of the filing to counsel of record.

          By: /s/ William Nicholas Reynolds
          William Nicholas Reynolds