UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | CASE NO.: 1:17-md-02804 |
| This document relates to: | |
| Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. v. Purdue Pharma L.P., et. al. Case No. 1:18-op-46136-DAP | JUDGE DAN AARON POLSTER **SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT'S JOINDER IN PETITION FOR PERMISSION TO APPEAL** |

Plaintiff, Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc., by and through the undersigned counsel, hereby submits the following Joinder in the Petition for Permission to Appeal Pursuant to Fed.R.Civ.P.23(f) (Dkt. No 2674-1). Sarasota County Public Hospital District incorporates and adopts herein by reference the entirety of said Petition.

Dated: October 3, 2019.   **BENTLEY AND BRUNING, P.A.**

_____
**MORGAN R. BENTLEY, ESQ.**
Florida Bar No. 0962287
mbentley@bentleyandbruning.com
**DAVID A. WALLACE, ESQ.**
Florida Bar No. 0608386
dwallace@bentleyandbruning.com
783 South Orange Avenue, Third Floor
Sarasota, Florida 34236
Telephone: (941) 556-9030 Facsimile: (941) 312-5316
Secondary Email: mdiven@bentleyandbruning.com
*Attorneys for Plaintiff*

| | |
|---|---|
| **STEVEN W. TEPPLER, ESQ.** Florida Bar No. 14787 | **WILLIAM F. ROBERTSON, JR., ESQ.** Kirk-Pinkerton, PA |

1

12920 Fernbank Lane
Jacksonville, Florida 32223
Telephone: (202) 253-5670
steppler@me.com
*Attorney for Plaintiff*

Florida Bar No. 436607
240 S. Pineapple Avenue, 6th Floor
Sarasota, Florida 34236
(941) 364-2400
wrobertson@kirkpinkerton.com
*Attorney for Plaintiff*

2