UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

**PLAINTIFFS' CUYAHOGA COUNTY AND SUMMIT COUNTY'S OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS**

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered in In re National Prescription Opiate Litigation (MDL 2804) on May 1, 2019 (as amended in Judge Polster's July 29, 2019 order), and the Parties' agreement, Plaintiffs submit the following objections to Defendants' affirmative deposition designations.

Plaintiff hereby serves objections to the following deposition designations affirmatively designated by Defendants (*See* Exhibit 1):

1. Altier, Jennifer
2. Ashley, Demetra
3. Baran, Nancy
4. Barnett, Jeannette
5. Bish, Deb
6. Boothe, Douglas
7. Boyer, Andrew
8. Brantley, Eric
9. Clarke, Michael
10. Colligen, Bruce
11. Day, Matthew

12. Dempsey, Michele (Vol. 2)
13. Garcia, Elizabeth
14. Griffin, Eric
15. Harper-Avilla, Stacy
16. Howard, June
17. Kuntz, Ron (1/24/19)
18. Lietch, Nathalie
19. Lin, David
20. Mapes, Michael (Vol. 1)
21. Mapes, Michael (Vol. 2)
22. Martin, Keith
23. McCormick, Jinping
24. McGinn, Colleen
25. McGregor-Beck, Roxanne
26. Moskovitz, Bruce (Day 2)
27. Myers, David
28. Napoli, Thomas
29. Nataline, Terri
30. Perfetto, Michael
31. Prevoznik, Thomas (Vol. 1)
32. Prevoznik, Thomas (Vol. 2)
33. Prevoznik, Thomas (Vol. 3)
34. Rannazzisi, Joseph (Vol. 1)
35. Rannazzisi, Joseph (Vol. 2)
36. Reardon, Steve

37. Ritchie, Bruce

38. Saros, John

39. Strait, Matthew

40. Tejeda, Sergio

41. Thapar, Sarita

42. Vorsanger, Gary (Vol. 2)

43. Walker, Donald

44. Woods, Mary (1/10/19)

45. Wright, Kyle (Vol. 1)

46. Wright, Kyle (Vol. 2)

In addition to the specific objections in Exhibit 1, Plaintiffs object to the use of any affirmative deposition designations of a witness for whom there is no showing of unavailability. Based on Defendants' affirmative designations, these Ohio witnesses include:

1. Holly Woods

2. Hugh Shannon

3. Brian Nelsen

4. Greta Johnson

5. Maggie Keenan

6. James Gutierrez

7. Thomas Gilson

Plaintiffs further object to any and all affirmative designations from depositions taken in proceedings other than this MDL. Based on Defendants' affirmative designations, these witnesses include:

1. Charles Argoff (12/18/18)

2. Scott Fishman (2/26/19 & 2/27/19)

3

3. Lisa Robin (1/24/19)

4. Philip Saigh (1/8/19)

5. Lynn Webster (2/18/19)

6. Kyle Wright (7/7/11)

7. Katie Chupa (1/19/19)

8. Lisa Miller (8/29/18)

9. Alexis Stroud (8/8/18)

Plaintiffs further reserve all rights, including all rights to revise or withdraw designations and objections.  Plaintiffs also reserve the right to revise or withdraw these deposition designations and objections based on the Court's rulings, Defendants' and Plaintiffs' designations of deposition testimony, and evidence introduced at trial.  Plaintiffs also reserve the right to play, in response to deposition testimony played by Defendants, any testimony they designated affirmatively.  Plaintiffs also reserve the right to play any testimony Defendants have designated.  By submitting these objections Plaintiffs do not waive any objections to the use of testimony and/or exhibits or their subject matter.  Plaintiffs expressly reserve the right to object to Defendants' attempts to introduce any testimony and/or exhibit included in these counter deposition designations.

Dated:  October 3, 2019 	Respectfully submitted,

/s/Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

/s/ Joseph F. Rice
Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 Rd W
Houston, TX 77069-3804
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Lead Trial Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

5

*Counsel for Plaintiff Cuyahoga County, Ohio*

Don Migliori
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 (Fax)
dmigliore@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*

## CERTIFICATE OF SERVICE

I certify that this instrument was filed with the Court's ECF system on October 3, 2019, which effectuated service on all counsel of record.

/s/ Jayne Conroy
Jayne Conroy