Exhibit 1

### Altier, Jennifer Objections

| 22 | 6 | 23 | 7 | Relevance | |
|----|----|-----|----|----------|--|
| 44 | 6 | 44 | 13 | Relevance | |
| 45 | 16 | 45 | 21 | Relevance | |
| 63 | 1 | 63 | 23 | Relevance; hearsay | |
| 182 | 2 | 182 | 5 | Relevance | |

1

## Ashley Demetra P Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 10 | 23 | 10 | 23 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another.Plaintiffs further object to any testimony by current or former |
| 22 | 17 | 22 | 24 | speculative, relevance, vague, scope, foundation |
| 28 | 7 | 28 | 12 | speculative, relevance, vague, scope, foundation |
| 28 | 20 | 29 | 1 | speculative, relevance, vague, scope, foundation |
| 29 | 23 | 30 | 2 | speculative, relevance, vague, scope, foundation |
| 30 | 4 | 30 | 12 | speculative, relevance, vague, scope, foundation |
| 30 | 18 | 31 | 4 | speculative, relevance, vague, scope, foundation |
| 35 | 18 | 36 | 19 | speculative, relevance, vague, scope, foundation |
| 38 | 4 | 41 | 7 | speculative, misstates testimony, relevance, vague, scope, foundation |
| 46 | 20 | 47 | 2 | speculative, relevance, vague, scope, foundation |
| 50 | 18 | 51 | 13 | speculative, misstates testimony, relevance, vague, scope, foundation |
| 57 | 12 | 57 | 19 | speculative, relevance, vague, scope, foundation |
| 58 | 9 | 58 | 13 | speculative, relevance, vague, scope, foundation |
| 62 | 20 | 62 | 25 | speculative, relevance, vague, scope, foundation |
| 64 | 13 | 64 | 23 | speculative, relevance, vague, scope, foundation |
| 65 | 6 | 65 | 12 | speculative, relevance, vague, scope, foundation |
| 65 | 20 | 66 | 17 | speculative, relevance, vague, scope, foundation |
| 69 | 21 | 70 | 20 | speculative, relevance, vague, scope, foundation |
| 71 | 1 | 73 | 14 | foundation, beyond witness authorization, speculative, relevance, vague, scope, foundation |
| 74 | 1 | 74 | 18 | speculative, relevance, vague, scope, foundation |
| 78 | 1 | 80 | 7 | compound, mistatement, speculative, relevance, vague, scope, foundation |
| 81 | 19 | 82 | 2 | speculative, misstates testimony, relevance, vague, scope, foundation |
| 84 | 12 | 85 | 4 | speculative, relevance, vague, scope, foundation |
| 88 | 2 | 88 | 18 | speculative, relevance, vague, scope, foundation |
| 93 | 7 | 93 | 15 | speculative, relevance, vague, scope, foundation |
| 95 | 6 | 95 | 24 | speculative, relevance, vague, scope, foundation |
| 97 | 14 | 98 | 6 | speculative, relevance, vague, scope, foundation |
| 99 | 2 | 99 | 9 | speculative, relevance, vague, scope, foundation |
| 103 | 14 | 103 | 20 | speculative, outside witness authorization, relevance, vague, scope, foundation |
| 103 | 24 | 105 | 3 | foundation, beyond witness authorization, speculative, relevance, vague, scope, foundation |
| 135 | 21 | 136 | 18 | speculative, relevance, vague, scope, foundation |
| 138 | 22 | 140 | 18 | speculative, relevance, vague, scope, foundation |
| 141 | 9 | 141 | 15 | speculative, relevance, vague, scope, foundation |
| 146 | 2 | 146 | 8 | speculative, relevance, vague, scope, foundation |
| 147 | 8 | 148 | 1 | speculative, relevance, vague, scope, foundation |
| 148 | 9 | 148 | 15 | speculative, relevance, vague, scope, foundation |
| 150 | 13 | 150 | 16 | speculative, relevance, vague, scope, foundation |
| 153 | 15 | 153 | 19 | speculative, misstates testimony, relevance, vague, scope, foundation |
| 160 | 4 | 160 | 13 | speculative, relevance, vague, scope, foundation |
| 160 | 24 | 161 | 2 | speculative, relevance, vague, scope, foundation |
| 163 | 8 | 163 | 18 | speculative, relevance, vague, scope, foundation |
| 172 | 20 | 173 | 12 | speculative, relevance, vague, scope, foundation |
| 196 | 20 | 197 | 19 | speculative, relevance, vague, scope, foundation |
| 213 | 2 | 213 | 20 | relevance, foundation |
| 219 | 1 | 219 | 17 | relevance, foundation |
| 222 | 16 | 222 | 22 | speculation |
| 241 | 22 | 242 | 15 | speculative, relevance, vague, scope, foundation |
| 248 | 15 | 28 | 24 | speculative, relevance, vague, scope, foundation |
| 250 | 24 | 251 | 7 | speculative, relevance, vague, scope, foundation |
| 329 | 14 | 329 | 22 | asked and answered, speculative, relevance, vague, scope, foundation |

1

## Baran, Nancy Objections

| 118 | 8 | 119 | 5 | **foundation; hearsay** | |
|-----|----|-----|---|-------------------------|---|
| 315 | 11 | 317 | 3 | argumentative; hearsay; foundation | |

1

## Barnett, Jeannette Objections

| 19 | 6 | 21 | 9 | relevance | |
|----|----|-----|----|-----------|---|
| 22 | 6 | 23 | 7 | relevance | |
| 24 | 4 | 24 | 20 | relevance | |
| 25 | 11 | 25 | 19 | relevance | |
| 29 | 5 | 29 | 16 | relevance | |
| 30 | 10 | 30 | 21 | relevance | |
| 31 | 12 | 33 | 2 | relevance | |
| 35 | 12 | 35 | 15 | relevance | |
| 36 | 11 | 37 | 15 | relevance | |
| 44 | 6 | 44 | 13 | relevance | |
| 45 | 16 | 45 | 21 | relevance | |
| 63 | 1 | 63 | 23 | relevance | |
| 182 | 2 | 182 | 5 | relevance | |
| 183 | 11 | 184 | 1 | relevance | |
| 248 | 20 | 249 | 8 | relevance | |
| 251 | 18 | 251 | 22 | relevance | |
| 262 | 19 | 263 | 21 | relevance | |
| 266 | 19 | 268 | 21 | relevance | |
| 270 | 21 | 271 | 12 | relevance | |
| 286 | 2 | 286 | 8 | relevance | |

BISH.DEB.OBJECTIONS.TO.WAG

| 480 | 17 | 481 | 9 | **foundation, speculation, vague as to "unusually large quantity", relevance, calls for expert opinion** |
|---|---|---|---|---|
| 481 | 12 | 482 | 2 | foundation, speculation, vague as to "unusually large", relevance, calls for expert opinion |
| 483 | 19 | 483 | 24 | foundation, speculation, vague as to "unusually large", relevance, calls for expert opinion |
| 485 | 20 | 486 | 5 | foundation, speculation, vague as to "unusual quantities", vague as to "justified", relevance, calls for expert opinion |
| 486 | 7 | 486 | 12 | foundation, speculation, vague as to "illegitimate channels", relevance, calls for expert opinion |
| 486 | 19 | 487 | 20 | vague as to "unusually large quantities" and "unusually large orders", relevance, speculation, calls for expert opinion |
| 492 | 6 | 492 | 13 | foundation, relevance |

1

Boothe, Douglas

| 362 | 23 | 364 | 7 | relevance |
|-----|----|----|----|-----------|

Boyer, Andrew Objections

| 404 | 14 | 405 | 3 | **Overbroad, lacks foundation, vague, confusing to jury** | |
|---|---|---|---|---|---|
| 405 | 6 | 405 | 9 | Overbroad, lacks foundation, vague, confusing to jury | |
| 405 | 12 | 405 | 16 | Overbroad, lacks foundation, vague, confusing to jury | |
| 405 | 19 | 406 | 11 | Overbroad, lacks foundation, vague, confusing to jury | |
| 406 | 14 | 406 | 14 | Overbroad, lacks foundation, vague, confusing to jury | |
| 406 | 18 | 406 | 22 | Overbroad, lacks foundation, vague, confusing to jury | |
| 407 | 13 | 407 | 21 | Overbroad, lacks foundation, vague, confusing to jury | |
| 407 | 24 | 408 | 9 | Overbroad, lacks foundation, vague, confusing to jury | |
| 408 | 18 | 409 | 23 | Overbroad, lacks foundation, vague, confusing to jury | |

1

## Brantley, Eric Objections

| 548 | 20 | 548 | 25 | Hearsay | |
|-----|----|-----|----|---------|--|
| 549 | 1 | 549 | 21 | Hearsay | |
| 550 | 3 | 550 | 22 | Hearsay | |
| 551 | 1 | 551 | 11 | Hearsay | |
| 551 | 18 | 551 | 25 | Hearsay | |
| 552 | 1 | 552 | 25 | Hearsay | |
| 553 | 1 | 553 | 25 | Hearsay | |
| 554 | 1 | 554 | 25 | Hearsay | |
| 555 | 1 | 555 | 7 | Hearsay | |

Clarke, Michael Objections

| 28 | 6 | 30 | 5 | Relevance | |
|---|---|---|---|---|---|
| **143** | 1 | 143 | 9 | Relevance; hearsay | |
| **221** | 13 | 222 | 9 | argumentative; foundation | |

1

Colligen, Bruce Objections

| **103** | 23 | 104 | 16 | Asked and answered, speculative, foundation |
|---|---|---|---|---|

## Day, Matthew Objections

| 110 | 12 | 110 | 19 | Non-responsive | |
|---|---|---|---|---|---|
| **183** | 20 | 184 | 12 | Non-responsive, speculation | |
| **366** | 19 | 367 | 16 | Overbroad, vague, ambiguous, does not refer to specific exhibits | |

1

## Dempsey, Michele Volume 2 Objections

| 584 | 24 | 585 | 6 | **Foundation, compound, relevance, hearsay** | |
|-----|----|-----|---|-----------------------------------------------|---|
| 600 | 8 | 600 | 12 | Asked and answered, speculation, compound, relevance, calls for expert testimony | |
| 600 | 14 | 600 | 19 | Asked and answered, speculation, compound, relevance, calls for expert testimony | |
| 600 | 21 | 600 | 22 | Asked and answered, relevance, foundation, calls for expert testimony, speculation, compound | |
| 601 | 7 | 601 | 7 | Hearsay, foundation, speculation, relevance | |
| 601 | 10 | 601 | 16 | Hearsay, foundation, speculation, relevance, compound | |
| 615 | 19 | 615 | 22 | Foundation, speculation, relevance | |
| 615 | 19 | 615 | 19 | | |
| 616 | 5 | 616 | 14 | Foundation, speculation, relevance | |
| 616 | 24 | 617 | 5 | Speculation, relevance, foundation | |
| 654 | 19 | 654 | 22 | Foundation, relevance, speculation | |
| 663 | 24 | 664 | 5 | Hearsay, speculation, relevance, compound, asked and answered, foundation | |
| 674 | 13 | 674 | 16 | Speculation, relevance, foundation | |
| 680 | 16 | 680 | 17 | Speculation, relevance | |
| 684 | 23 | 685 | 10 | Compound, speculation, relevance, foundation | |
| 691 | 5 | 691 | 16 | Compound, foundation, speculation, relevance | |
| 691 | 19 | 691 | 20 | Compound, foundation, speculation, relevance | |
| 694 | 9 | 694 | 14 | Relevance, speculation, foundation | |
| 694 | 18 | 694 | 21 | Speculation, relevance, foundation | |
| 694 | 23 | 695 | 1 | Speculation, relevance, foundation | |
| 695 | 23 | 696 | 5 | Speculation, relevance, foundation, hearsay | |
| 696 | 17 | 696 | 22 | Foundation, speculation, relevance, hearsay | |
| 710 | 17 | 710 | 20 | Speculation, foundation, relevance | |
| 727 | 2 | 727 | 7 | Foundation, relevance, compound | |
| 727 | 23 | 728 | 3 | Foundation, relevance, compound, speculation | |
| 732 | 15 | 732 | 18 | Compound, relevance | |
| 734 | 20 | 734 | 24 | Hearsay, foundation | |
| 735 | 6 | 735 | 8 | Speculation | |
| 735 | 10 | 735 | 15 | Speculation | |

1

## Garcia, Elizabeth Objections no Counters

| 46 | 11 | 47 | 24 | relevance | |
|----|----|----|----|-----------|---|
| 48 | 3 | 48 | 17 | relevance | |
| 50 | 20 | 51 | 11 | relevance, foundation | |
| 53 | 5 | 53 | 19 | relevance | |
| 53 | 23 | 54 | 4 | relevance | |
| 54 | 8 | 55 | 19 | relevance | |
| 55 | 22 | 56 | 9 | relevance | |
| 56 | 15 | 56 | 18 | relevance | |
| 56 | 21 | 57 | 3 | relevance | |
| 57 | 20 | 58 | 5 | relevance | |
| 58 | 8 | 58 | 24 | relevance | |
| 61 | 17 | 61 | 21 | relevance | |
| 61 | 24 | 62 | 2 | relevance | |
| 62 | 21 | 63 | 17 | relevance | |
| 63 | 22 | 64 | 2 | relevance | |
| 64 | 5 | 64 | 6 | relevance | |
| 64 | 8 | 64 | 19 | relevance | |
| 65 | 5 | 65 | 15 | relevance | |
| 65 | 24 | 66 | 4 | relevance | |
| 66 | 7 | 66 | 11 | relevance | |
| 66 | 12 | 67 | 4 | relevance | |
| 67 | 14 | 67 | 17 | relevance | |
| 67 | 18 | 68 | 1 | relevance | |
| 68 | 6 | 68 | 23 | relevance | |
| 69 | 2 | 69 | 21 | relevance | |
| 72 | 9 | 72 | 20 | relevance | |
| 72 | 23 | 73 | 12 | relevance | |
| 74 | 5 | 74 | 14 | relevance | |
| 76 | 20 | 77 | 6 | relevance | |
| 77 | 11 | 77 | 18 | relevance | |

| | | | | | |
|---|---|---|---|---|---|
| **78** | 10 | 78 | 24 | relevance | |
| **79** | 17 | 79 | 18 | relevance | |
| **79** | 21 | 79 | 22 | relevance | |
| **80** | 2 | 80 | 8 | relevance | |
| **80** | 15 | 81 | 19 | relevance | |
| **82** | 8 | 82 | 12 | relevance | |
| **83** | 7 | 83 | 11 | relevance | |
| **85** | 12 | 85 | 20 | relevance | |
| **85** | 22 | 86 | 3 | relevance | |
| **86** | 7 | 86 | 14 | relevance | |
| **86** | 18 | 86 | 23 | relevance | |
| **87** | 2 | 87 | 11 | relevance | |
| **88** | 8 | 88 | 17 | relevance, hearsay, foundation | |
| **88** | 20 | 89 | 9 | relevance, hearsay, foundation | |
| **94** | 16 | 95 | 12 | relevance | |
| **215** | 2 | 215 | 11 | foundation | |
| **215** | 14 | 216 | 4 | foundation | |
| **248** | 7 | 250 | 1 | foundation | |

## Griffin, Eric Objections Joint[1]

| 42 | 19 | 42 | 25 | foundation; misstates prior testimony |
|---|---|---|---|---|
| 44 | 10 | 44 | 22 | calls for legal conclusion; speculation; foundation |
| 52 | 3 | 52 | 23 | relevance |
| 57 | 15 | 58 | 15 | relevance; vague |
| 115 | 12 | 115 | 22 | relevance |
| 116 | 11 | 116 | 24 | relevance |
| 116 | 25 | 117 | 9 | hearsay; relevance |
| 117 | 10 | 117 | 22 | relevance |
| 125 | 17 | 125 | 20 | hearsay; relevance |
| 141 | 16 | 141 | 23 | hearsay |
| 154 | 18 | 158 | 5 | hearsay; relevance; foundation |
| 158 | 12 | 160 | 19 | hearsay; relevance; foundation |
| 160 | 20 | 161 | 3 | relevance |
| 161 | 4 | 163 | 14 | hearsay; relevance; foundation |
| 164 | 4 | 164 | 16 | relevance |
| 211 | 1 | 211 | 11 | speculation; foundation |
| 226 | 4 | 227 | 1 | hearsay |
| 263 | 21 | 264 | 9 | speculation; foundation |
| 267 | 5 | 267 | 12 | calls for legal conclusion |
| 267 | 13 | 267 | 18 | vague |
| 279 | 16 | 280 | 15 | relevance; speculation; foundation |

Harper-Avilla Stacy Plaintiff Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 17 | 18 | 17 | 18 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another.Plaintiffs further object to any testimony by current or former |
| 18 | 19 | 19 | 9 | doesn't accurately describe authorization of witness, vague, broad |
| 31 | 3 | 31 | 7 | vague, speculative |
| 33 | 13 | 33 | 23 | vague, confusing |
| 35 | 1 | 35 | 24 | speculative, compound, vague, confusing, foundation, relevance |
| 36 | 10 | 35 | 5 | vague, speculative, confusing, foundation, overbroad, relevance |
| 39 | 20 | 39 | 25 | vague, speculative, confusing, foundation, overbroad, relevance |
| 40 | 2 | 40 | 8 | vague, speculative, confusing, foundation, overbroad, relevance |
| 42 | 22 | 43 | 4 | speculative, vague, foundation |
| 45 | 9 | 45 | 17 | relevance, scope, overbroad, vague, foundation, speculative |
| 46 | 1 | 46 | 8 | relevance, scope, overbroad, vague, foundation, speculative |
| 52 | 23 | 56 | 9 | vague, speculative, confusing, foundation, overbroad, relevance |
| 59 | 14 | 59 | 22 | relevance, scope, overbroad, vague, foundation, speculative |
| 60 | 16 | 61 | 1 | relevance, scope, overbroad, vague, foundation, speculative |
| 61 | 22 | 62 | 6 | relevance, scope, overbroad, vague, foundation, speculative |
| 64 | 2 | 64 | 16 | relevance, scope, overbroad, vague, foundation, speculative |
| 68 | 12 | 68 | 25 | outside witness authorization, relevance, scope, overbroad, vague, foundation, speculative |
| 70 | 9 | 70 | 12 | relevance, scope, overbroad, vague, foundation, speculative |
| 72 | 19 | 73 | 4 | relevance, scope, overbroad, vague, foundation, speculative |
| 75 | 20 | 77 | 8 | relevance, scope, overbroad, vague, foundation, speculative |
| 78 | 25 | 78 | 24 | relevance, scope, overbroad, vague, foundation, speculative |
| 82 | 12 | 82 | 18 | relevance, scope, overbroad, vague, foundation, speculative |
| 85 | 15 | 85 | 20 | relevance, scope, overbroad, vague, foundation, speculative |
| 89 | 4 | 90 | 12 | relevance, scope, overbroad, vague, foundation, speculative |
| 91 | 25 | 92 | 6 | relevance, scope, overbroad, vague, foundation, speculative |
| 92 | 20 | 93 | 2 | relevance, scope, overbroad, vague, foundation, speculative |
| 94 | 12 | 94 | 18 | relevance, scope, overbroad, vague, foundation, speculative |
| 95 | 5 | 95 | 16 | relevance, scope, overbroad, vague, foundation, speculative |
| 97 | 7 | 97 | 13 | relevance, scope, overbroad, vague, foundation, speculative |
| 98 | 17 | 98 | 24 | relevance, scope, overbroad, vague, foundation, speculative |
| 99 | 12 | 99 | 17 | relevance, scope, overbroad, vague, foundation, speculative |
| 99 | 24 | 100 | 6 | relevance, scope, overbroad, vague, foundation, speculative |
| 104 | 21 | 106 | 14 | relevance, scope, overbroad, vague, foundation, speculative |
| 106 | 16 | 107 | 14 | relevance, scope, overbroad, vague, foundation, speculative |
| 109 | 20 | 110 | 10 | relevance, scope, overbroad, vague, foundation, speculative |
| 111 | 15 | 112 | 7 | relevance, scope, overbroad, vague, foundation, speculative |
| 112 | 14 | 112 | 18 | relevance, scope, overbroad, vague, foundation, speculative |
| 131 | 7 | 131 | 11 | relevance, scope, overbroad, vague, foundation, speculative |
| 131 | 22 | 133 | 9 | speculative, hearsay |

1

Howard June P Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 12 | 18 | 12 | 18 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former |
| 15 | 11 | 15 | 23 | calls for legal conclusion, speculative, relevance, vague, scope, foundation |
| 20 | 4 | 20 | 12 | speculative, relevance, vague, scope, foundation |
| 20 | 19 | 21 | 4 | speculative, relevance, vague, scope, foundation |
| 25 | 25 | 26 | 5 | speculative, relevance, vague, scope, foundation |
| 29 | 23 | 31 | 16 | speculative, relevance, vague, scope, foundation |
| 34 | 6 | 34 | 15 | speculative, relevance, vague, scope, foundation |
| 40 | 18 | 43 | 24 | speculative, relevance, vague, scope, foundation |
| 44 | 23 | 44 | 4 | speculative, relevance, vague, scope, foundation |
| 47 | 2 | 47 | 13 | speculative, relevance, vague, scope, foundation |
| 48 | 4 | 48 | 8 | relevance, speculative, witness has no knowledge |
| 49 | 2 | 49 | 9 | argumentative, speculative, relevance, vague, scope, foundation |
| 50 | 12 | 50 | 21 | mischaracterizes prior testimony, relevance, speculative |
| 54 | 17 | 55 | 22 | scope, relevance, lawyer colloquy |
| 56 | 2 | 56 | 8 | relevance, vague, scope |
| 56 | 23 | 57 | 12 | relevance, scope, calls for legal conclusion |
| 57 | 21 | 58 | 7 | scope, relevance, vague |

1

### Kuntz, Ron (1.24.19) Objections

| 355 | 4 | 355 | 8 | **Speculation, relevance, compound, foundation** | |
|-----|---|-----|---|--------------------------------------------------|--|
| 357 | 12 | 357 | 16 | Speculation, foundation, compound, calls for expert testimony | |
| 359 | 5 | 359 | 7 | Relevance, foundation. calls for expert testimony | |

1

Leitch, Nathalie Objections

| 21 | 8 | 22 | 17 | relevance | |
|----|----|----|----|-----------|--|
| 44 | 20 | 45 | 14 | relevance | |

1

## Lin, David Objections

| 368 | 5 | 368 | 8 | **Speculation, compound, foundation, speculation** | |
|---|---|---|---|---|---|
| 368 | 10 | 369 | 7 | Speculation, compound, foundation, speculation | |
| 369 | 9 | 369 | 10 | Relevance, foundation, speculation | |
| 369 | 12 | 370 | 6 | Relevance, foundation, speculation | |
| 374 | 12 | 374 | 21 | Nonresponsive | |

1

Mapes Michael Volume 1 Plaintiff Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 17 | 24 | 17 | 24 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 17 | 25 | 17 | 25 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendantsʼ conduct violated or did |
| 17 | 26 | 17 | 26 | Plaintiffs object to any questions that treat Mapes as a 30(b)(6) witness as beyond the scope |
| 23 | 16 | 23 | 20 | vague |
| 35 | 4 | 41 | 11 | speculative,foundation, relevance, scope |
| 53 | 7 | 53 | 17 | relevance, vague, scope |
| 73 | 1 | 73 | 14 | scope, relevance |
| 73 | 22 | 74 | 8 | scope, relevance |
| 75 | 23 | 76 | 3 | scope, relevance |
| 77 | 1 | 77 | 7 | speculative, vague, foundation, relevance, scope |
| 77 | 13 | 77 | 24 | speculative, vague, foundation, relevance, scope |
| 80 | 14 | 84 | 16 | speculative, improper hypothetical, vague, foundation, relevance, scope |
| 85 | 5 | 85 | 6 | relevance, scope |
| 87 | 2 | 87 | 15 | relevance, vague, incomplete hypothetical, scope |
| 87 | 21 | 88 | 2 | relevance, vague, scope |
| 89 | 25 | 90 | 14 | relevance, vague, incomplete hypothetical, scope |
| 91 | 8 | 91 | 12 | relevance, vague, incomplete hypothetical, scope |
| 92 | 13 | 92 | 25 | relevance, vague, incomplete hypothetical, scope |
| 94 | 22 | 96 | 22 | relevance, vague, scope |
| 97 | 25 | 98 | 13 | relevance, vague, scope |
| 98 | 19 | 94 | 24 | relevance, vague, scope |
| 102 | 4 | 102 | 12 | vague, speculation, relevance |
| 103 | 6 | 104 | 4 | vague, scope, speculation, relevance |
| 125 | 3 | 135 | 6 | vague, scope, speculation, relevance |
| 139 | 22 | 149 | 12 | scope, relevance |
| 146 | 11 | 146 | 20 | scope, foundation, vague, relevance |
| 148 | 21 | 149 | 14 | scope, foundation, vague, relevance |
| 151 | 7 | 153 | 15 | scope, foundation, vague, relevance |
| 166 | 5 | 166 | 17 | scope, foundation, vague, relevance |
| 167 | 18 | 168 | 2 | scope, foundation, vague, relevance |
| 172 | 7 | 172 | 14 | scope, foundation, vague, relevance |
| 178 | 11 | 179 | 9 | scope, foundation, vague, relevance |
| 181 | 1 | 181 | 13 | scope, foundation, vague, relevance |
| 181 | 4 | 182 | 14 | scope, foundation, vague, relevance |
| 183 | 23 | 183 | 12 | scope, foundation, vague, relevance |
| 188 | 14 | 189 | 2 | scope, foundation, vague, relevance |
| 197 | 14 | 198 | 12 | scope, foundation, vague, relevance |
| 203 | 25 | 205 | 11 | scope, foundation, vague, relevance |
| 208 | 11 | 210 | 16 | scope, lack of timeframe, foundation, vague, relevance |
| 214 | 10 | 214 | 17 | scope, foundation, vague, relevance |
| 215 | 16 | 216 | 2 | cumulative, vague, relevance |
| 216 | 10 | 217 | 1 | scope, foundation, vague, relevance |
| 218 | 7 | 218 | 23 | scope, foundation, vague, relevance |
| 219 | 22 | 219 | 2 | scope, foundation, vague, relevance |
| 221 | 13 | 221 | 21 | incomplete hypothetical, scope, foundation, vague, relevance |
| 222 | 16 | 224 | 24 | incomplete hypothetical, calls for expert testimony, scope, foundation, vague, relevance |
| 224 | 21 | 227 | 2 | incomplete hypothetical, speculation, calls for expert testimony, scope, foundation, vague, relevance |
| 227 | 3 | 232 | 10 | relevance, speculative, scope, argumentative, misleading |
| 235 | 21 | 236 | 4 | asked and answered, relevance, form |
| 239 | 2 | 239 | 16 | scope, relevance, vague, incomplete hypothetical |
| 240 | 6 | 240 | 16 | scope, relevance, vague, incomplete hypothetical |
| 240 | 18 | 248 | 15 | cumulative, scope, vague, relevance |
| 249 | 11 | 250 | 10 | relevance, scope, vague, calls for legal conclusion, improper hypothetical |
| 265 | 10 | 266 | 20 | vague, scope, foundation, speculation, relevance |
| 267 | 2 | 268 | 1 | vague, scope, foundation, speculation, relevance |
| 268 | 14 | 268 | 19 | vague, scope, foundation, speculation, relevance |
| 276 | 2 | 276 | 22 | vague, scope, foundation, speculation, relevance |
| 277 | 24 | 278 | 11 | vague, scope, foundation, speculation, relevance |
| 280 | 13 | 281 | 1 | vague, scope, foundation, speculation, relevance |
| 283 | 9 | 283 | 18 | vague, scope, calls for legal conclusion, relevance |
| 283 | 20 | 284 | | vague, scope, foundation, relevance |

1

Mapes Michael Volume 2 Plaintiff Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 324 | 11 | 324 | 11 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 324 | 12 | 324 | 12 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether DefendantsÕ conduct violated or did |
| 525 | 19 | 530 | 17 | scope, relevance, foundation, speculative |

1

## MARTIN, KEITH - OBJECTIONS

| 65 | 22 | 66 | 2 | **FRE 403; Speculation; Lack of Foundation** |
|---|---|---|---|---|
| 82 | 20 | 82 | 22 | Objection to Form |
| 83 | 3 | 83 | 5 | Objection to Form |
| 85 | 10 | 85 | 14 | FRE 403; Vague; Misleading; Argumentative |
| 85 | 17 | 85 | 19 | FRE 403; Vague; Misleading; Argumentative |
| 85 | 20 | 85 | 23 | FRE 403; Vague; Misleading; Argumentative |
| 86 | 1 | 86 | 3 | FRE 403; Vague; Misleading; Argumentative |
| 95 | 14 | 95 | 16 | FRE 403; Speculation; Lack of Foundation |
| 96 | 1 | 96 | 5 | FRE 403; Speculation; Lack of Foundation |
| 96 | 9 | 96 | 12 | FRE 403; Speculation; Lack of Foundation |
| 96 | 17 | 96 | 21 | FRE 403; Speculation; Lack of Foundation |
| 96 | 25 | 96 | 25 | FRE 403; Speculation; Lack of Foundation |
| 98 | 22 | 99 | 1 | FRE 403; Not CT1 Evidence |
| 99 | 3 | 99 | 13 | FRE 403; Irrelevant; Not CT1 Evidence |
| 100 | 20 | 100 | 24 | FRE 403; Irrelevant; Not CT1 Evidence |
| 101 | 1 | 101 | 1 | FRE 403; Irrelevant; Not CT1 Evidence |
| 102 | 8 | 102 | 12 | FRE 403; Irrelevant; Not CT1 Evidence |
| 102 | 19 | 102 | 19 | FRE 403; Irrelevant; Not CT1 Evidence |
| 103 | 20 | 103 | 23 | FRE 403; Speculation; Lack of Foundation |
| 104 | 2 | 104 | 5 | FRE 403; Speculation; Lack of Foundation |
| 104 | 10 | 104 | 10 | FRE 403; Speculation; Lack of Foundation |
| 104 | 19 | 104 | 21 | FRE 403; Irrelevant; Not CT1 Evidence |
| 105 | 3 | 105 | 4 | FRE 403; Irrelevant; Not CT1 Evidence |
| 178 | 23 | 179 | 6 | FRE 403; Incomplete hypothetical; Not CT1 Evidence |
| 179 | 13 | 180 | 1 | FRE 403; Incomplete hypothetical; Not CT1 Evidence |
| 180 | 5 | 180 | 7 | FRE 403; Incomplete hypothetical; Not CT1 Evidence |
| 213 | 1 | 213 | 4 | FRE 403; Vague; Calls for legal conclusion |
| 213 | 6 | 213 | 8 | FRE 403; Vague; Calls for legal conclusion |
| 213 | 18 | 213 | 24 | FRE 403; Vague; Calls for legal conclusion |
| 214 | 3 | 214 | 9 | FRE 403; Vague; Calls for legal conclusion |

| 214 | 12 | 214 | 13 | FRE 403; Vague; Calls for legal conclusion |
| 214 | 18 | 214 | 19 | FRE 403; Vague; Calls for legal conclusion |
| 223 | 7 | 223 | 15 | FRE 403; Incomplete hypothetical; Calls for legal conclusion; Lack of Foundation |
| 223 | 21 | 223 | 23 | FRE 403; Incomplete hypothetical; Calls for legal conclusion; Lack of Foundation |
| 223 | 25 | 223 | 25 | FRE 403; Incomplete hypothetical; Calls for legal conclusion; Lack of Foundation |
| 329 | 19 | 329 | 24 | FRE 403 |

## McCormick, Jinping Objections

| 187 | 12 | 187 | 14 | argumentative, relevance | |
|-----|----|-----|----|--------------------------|--|
| 187 | 19 | 189 | 18 | argumentative, relevance | |
| 226 | 5 | 227 | 23 | Relevance | |

1

McGinn, Colleen Objections no Counters

| **129** | 5 | 130 | 21 | Non-responsive; speculation; lacks foundation |

## McGregor-Beck, Roxanne Objections

| 314 | 14 | 314 | 24 | Compound, foundation, asked and answered | |
|---|---|---|---|---|---|
| **339** | 1 | 339 | 2 | Speculation, foundation, relevance | |

1

Moskovitz, Bruce Day 2  Objections

| **584** | **17** | **584** | **20** | **Speculation, relevance, foundation, compound** | |
|---------|--------|---------|--------|---------------------------------------------------|--|
| **588** | 11 | 588 | 15 | Compound, relevance, foundation | |
| **665** | 8 | 665 | 13 | Compound, relevance | |

1

Myers, David Objections

| 103 | 6 | 105 | 18 | relevance | |
|---|---|---|---|---|---|
| **114** | 21 | 115 | 19 | relevance | |
| **183** | 21 | 186 | 4 | argumentative | |

1

### Napoli, Thomas Objections

| 88 | 2 | 89 | 5 | relevance | |
|---|---|---|---|---|---|
| **338** | 19 | 341 | 4 | foundation; relevance | |
| **341** | 5 | 343 | 17 | relevance | |

1

Nataline, Terri Objections no

| 257 | 24 | 258 | 9 | relevance | |
|-----|----|----|----|-----------|---|
| **276** | 5 | 278 | 19 | relevance | |

Perfetto, Michael Objections

| 118 | 8 | 119 | 5 | **foundation; hearsay** | |
|-----|---|-----|---|---|---|
| 315 | 11 | 317 | 3 | argumentative; hearsay; foundation | |

1

Prevoznik Thomas Volume 1 Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 18 | 11 | 18 | 11 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former |
| 74 | 7 | 75 | 13 | foundation, relevance, improper characterization, scope |
| 78 | 8 | 78 | 20 | scope |
| 85 | 15 | 86 | 3 | scope |
| 86 | 24 | 88 | 6 | scope |
| 105 | 10 | 105 | 21 | vague, relevance, scope |
| 143 | 1 | 143 | 12 | misstates testimony, vague, relevance |
| 144 | 11 | 145 | 3 | vague, relevance, scope |
| 151 | 1 | 151 | 17 | vague, relevance, scope |
| 157 | 18 | 162 | 6 | cumulative, vague, relevance, scope |
| 182 | 12 | 185 | 2 | cumulative, vague, relevance, scope |
| 230 | 1 | 236 | 24 | scope |
| 243 | 24 | 245 | 5 | scope |
| 253 | 4 | 263 | 17 | scope, calls for legal conclusion, relevance, speculation |
| 321 | 11 | 321 | 21 | misstates evidence, foundation, relevance |
| 366 | 24 | 374 | 9 | argumentative, scope, calls for legal conclusion |
| 390 | 17 | 403 | 19 | scope |

1

Prevoznik Thomas Prevoznik Volume 2 Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 430 | 2 | 430 | 2 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another.  Plaintiffs further object to any testimony by current or forme |
| 445 | 166 | 449 | 18 | scope, foundation, vague, speculative, relevance |
| 460 | 7 | 472 | 13 | improper hypotheticals, asked and answered several times, cumulative, scope |
| 489 | 21 | 496 | 24 | improper hypotheticals, asked and answered several times, cumulative, scope |
| 503 | 18 | 505 | 6 | cumulative, asked and answered, scope |
| 521 | 17 | 523 | 21 | scope, foundation, vague, speculative, relevance |

1

Prevoznik Thomas Volume 3 Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 1060 | 23 | 1060 | 23 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another.Plaintiffs further object to any testimony by current or former |
| 1090 | 13 | 1090 | 21 | scope |
| 1110 | 6 | 1110 | 13 | mischaracterizes testimony |
| 1112 | 15 | 1113 | 10 | speculation |
| 1118 | 5 | 1118 | 20 | scope, speculation |
| 1119 | 18 | 1118 | 24 | scope, foundation |
| 1127 | 13 | 1128 | 3 | speculation |
| 1134 | 20 | 1135 | 6 | asked and answered, argumentative |
| 1137 | 10 | 1137 | 19 | vague, foundation, mischaracterizes the document |
| 1151 | 5 | 1151 | 15 | relevance, scope, speculation |
| 1155 | 6 | 1156 | 15 | relevance, scope, speculation |
| 1162 | 24 | 1163 | 13 | relevance, scope, speculation |
| 1175 | 7 | 1189 | 9 | scope, cumulative |
| 1201 | 10 | 1223 | 17 | asked and answered, scope, cumulative |
| 1232 | 10 | 1246 | 13 | relevance, scope, cumulative |
| 1255 | 11 | 1262 | 22 | relevance, scope, cumulative |

1

Rannazzisi Joseph Plaintiff Objections volume 1

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 16 | 20 | 16 | 20 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former |
| 19 | 18 | 19 | 19 | relevance, lawyer colloquy |
| 19 | 24 | 20 | 11 | argumentative, speculative |
| 20 | 7 | 200 | 9 | relevance |
| 22 | 11 | 23 | 13 | speculative, vague, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance |
| 23 | 22 | 24 | 1 | speculative, vague, overbroad, argumentative, beyond scope, relevance, foundation |
| 24 | 3 | 24 | 16 | speculative, vague, overbroad, argumentative, beyond scope, relevance, foundation |
| 24 | 23 | 25 | 20 | relevance, argumentative, speculative, foundation |
| 26 | 3 | 28 | 16 | speculative, vague, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance, beyond touhy, asked and answered several times, foundation, compound |
| 30 | 16 | 30 | 19 | speculative, vague, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance, foundation |
| 31 | 5 | 31 | 19 | speculative, vague, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance |
| 32 | 9 | 33 | 23 | relevance, vague, argumentative |
| 34 | 16 | 39 | 4 | speculative, witness lacks requisite personal knowledge of document, vague, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance, beyond touhy, foundation, compound |
| 44 | 1 | 46 | 7 | speculative, vague, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance, beyond touhy, asked and answered several times, foundation, compound |
| 49 | 24 | 50 | 1 | foundation, vague, speculative, overbroad, argumentative, beyond scope, mischaracterizes earlier testimony |
| 52 | 10 | 53 | 2 | relevance, vague, foundation, scope |
| 53 | 3 | 53 | 24 | relevance, vague, foundation, scope |
| 59 | 18 | 61 | 12 | relevance, vague, speculative, scope, argumentative, foundation, overbroad |
| 71 | 16 | 72 | 9 | relevance, foundation, speculative, consultant privilege, vague, argumentative, scope |
| 74 | 25 | 78 | 25 | relevance, foundation, speculative, consultant privilege, vague, argumentative, scope |
| 79 | 25 | 84 | 20 | relevance, foundation, speculative, consultant privilege, vague, argumentative, scope |
| 85 | 3 | 88 | 12 | relevance, foundation, speculative, consultant privilege, vague, argumentative, scope, mischaracterizes testimony |
| 88 | 3 | 88 | 25 | relevance, foundation, argumentative |
| 89 | 15 | 90 | 6 | relevance, argumentative, foundation, speculative, vague, scope |
| 92 | 24 | 93 | 18 | relevance, foundation, scope, speculative, vague |
| 9 | 3 | 94 | 6 | vague, foundation, duplicative |
| 94 | 8 | 94 | 15 | vague, foundation, relevance |
| 95 | 1 | 95 | 22 | relevance, duplicative, scope, vague |
| 97 | 25 | 98 | 19 | relevance, duplicative, scope, vague |
| 100 | 18 | 103 | 10 | vague, speculative, overbroad, argumentative, beyond scope, requires getting into state of mind of dea, relevance, beyond touhy, asked and answered several times, incomplete hypothetical, foundation, compound |
| 103 | 23 | 106 | 24 | vague, foundation, relevance, overbroad, beyond scope, speculative |
| 108 | 17 | 109 | 16 | vague, mischaracterizes witness testimony, beyond scope, foundation, speculative, relevance, scope |
| 110 | 7 | 110 | 18 | relevance |
| 111 | 12 | 111 | 20 | vague, incomplete hypothetical, scope, asked and answered, duplicative, vague, scope |
| 111 | 22 | 112 | 14 | mischaracterizes testimony, vague, relevance, scope, asked and answered, foundation, speculative, completeness, rule 106 |
| 116 | 11 | 116 | 22 | vague |
| 120 | 6 | 120 | 21 | relevance, vague, speculative, duplicative, argumentative, foundation, scope, asked and answered |
| 120 | 23 | 121 | 15 | relevance, vague, speculative, duplicative, scope |
| 126 | 5 | 126 | 23 | relevance |
| 128 | 25 | 129 | 22 | relevance, scope, vague |
| 131 | 21 | 132 | 3 | vague, duplicative, foundation, overbroad, speculative |
| 132 | 12 | 132 | 22 | vague, duplicative, argumentative, overbroad |
| 140 | 14 | 141 | 4 | vague, duplicative, speculative, argumentative, relevance |
| 171 | 9 | 171 | 15 | vague, beyond scope, relevance, argumentative, speculative, overbroad |
| 180 | 1 | 180 | 5 | relevance, vague, speculative, argumentative |
| 180 | 21 | 181 | 6 | relevance, speculative, lacks personal knowledge, mistakes testimony, vague, argumentative, asked and answered |
| 182 | 6 | 182 | 22 | vague, relevance, beyond scope, foundation, speculative, overbroad |
| 184 | 13 | 184 | 19 | vague, speculative, foundation |
| 185 | 11 | 186 | 13 | compound, relevance, vague, completeness, witness lacks personal knowledge, foundation |
| 188 | 23 | 190 | 8 | relevance |
| 190 | 12 | 194 | 2 | relevance, vague, foundation, rule 106, mistakes record and evidence, hearsay, completeness |
| 195 | 9 | 196 | 21 | vague, scope, incomplete hypothetical, compound, relevance |
| 196 | 18 | 197 | 16 | vague, scope, relevance, foundation |
| 199 | 15 | 202 | 8 | relevance, duplicative, scope, vague, incomplete hypothetical, asked and answered, compound, speculation |
| 204 | 6 | 204 | 18 | duplicative, relevance, scope, incomplete hypothetical, speculative, foundation |
| 213 | 16 | 216 | 6 | duplicative, relevance, scope, speculative, foundation, asked and answered, vague, compound |
| 217 | 11 | 223 | 9 | duplicative, relevance, scope, speculative, foundation, asked and answered, vague, compound |
| 227 | 24 | 228 | 6 | duplicative, vague |
| 229 | 10 | 229 | 22 | vague, argumentative, duplicative, relevance, scope, speculative, foundation, asked and answered |
| 229 | 24 | 230 | 2 | duplicative, argumentative, vague, relevance, scope, speculative, foundation |
| 230 | 3 | 230 | 15 | witness doesn't understand the question, duplicative, argumentative, vague, relevance, scope, speculative, foundation |
| 233 | 23 | 236 | 14 | duplicative, relevance, scope, speculative, foundation, asked and answered, vague |
| 238 | 7 | 238 | 20 | scope, foundation, relevance, vague, compound |
| 240 | 2 | 240 | 20 | duplicative, relevance, scope, speculative, foundation, asked and answered, vague |
| 240 | 12 | 240 | 20 | vague, foundation, duplicative |
| 240 | 22 | 241 | 9 | vague, relevance |
| 241 | 11 | 242 | 4 | vague, foundation, duplicative, speculative, relevance |
| 242 | 6 | 243 | 25 | speculative, foundation, vague, witness lacks personal knowledge, relevance |
| 248 | 3 | 248 | 17 | form, mistakes testimony, foundation, speculative, relevance, lacks personal knowledge, vague |
| 248 | 19 | 249 | 10 | mischaracterizes testimony, vague, relevance, scope, speculative |
| 251 | 21 | 252 | 5 | foundation, vague |
| 252 | 7 | 252 | 24 | improper hypothetical, speculation, relevance, duplicative |
| 261 | 1 | 265 | 4 | scope, foundation, relevance, speculative, incomplete hypothetical, outside touhy, vague |
| 267 | 8 | 271 | 23 | scope, foundation, relevance, speculative, incomplete hypothetical, outside touhy, vague |
| 271 | 24 | 274 | 4 | scope, mistakes testimony, asked and answered, foundation, relevance, speculative, incomplete hypothetical, outside touhy, vague |
| 274 | 10 | 276 | 2 | mistakes prior testimony, improper hypothetical, speculation, relevance, duplicative |
| 277 | 8 | 282 | 17 | scope, mistakes testimony, asked and answered, foundation, relevance, speculative, incomplete hypothetical, outside touhy, vague |
| 286 | 13 | 287 | 1 | scope, speculation |
| 314 | 21 | 318 | 7 | scope, mistakes testimony, asked and answered, foundation, relevance, speculative, incomplete hypothetical, outside touhy, vague |
| 320 | 1 | 329 | 7 | scope, mistakes testimony, asked and answered, foundation, relevance, speculative, incomplete hypothetical, outside touhy, vague |
| 331 | 2 | 331 | 16 | scope, asked and answered, misstates prior testimony, speculation, relevance, lacks personal knowledge |

1

Rannazzisi Joseph Volume 2  Plaintiff Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 517 | 14 | 517 | 14 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former |
| 519 | 13 | 520 | 15 | outside scope of touhy, relevance, speculative, witness not allowed to answer |
| 546 | 15 | 546 | 16 | question with no answer |

1

Reardon, Steve Objections

| 519 | 22 | 519 | 24 | Hearsay | |
|-----|----|----|----|---------|--|
| **520** | 1 | 520 | 24 | Hearsay | |
| **521** | 5 | 521 | 24 | Hearsay | |
| **522** | 1 | 522 | 11 | Hearsay | |
| **523** | 1 | 523 | 20 | Hearsay | |
| **529** | 1 | 529 | 23 | Hearsay | |

1

Ritchie, Bruce Objections

| **178** | **8** | **178** | **9** | **Relevance** | |
|---------|-------|---------|-------|---------------|---|
| **178** | 11 | 179 | 14 | Relevance | |

1

Saros, John Objections

| 4 | 12 | 4 | 24 | Cover page, not a proper designation |
|---|---|---|---|---|
| 9 | 17 | 9 | 25 | Relevance |
| 10 | 3 | 10 | 6 | Relevance |
| 10 | 15 | 10 | 19 | Relevance |
| 10 | 24 | 11 | 5 | Relevance |
| 11 | 9 | 11 | 11 | Relevance |
| 29 | 19 | 30 | 22 | Foundation; misstates prior testimony; argumentative; completeness; witness' full answer omitted |
| 30 | 25 | 32 | 6 | Completeness |
| 32 | 16 | 32 | 20 | Completeness |
| 33 | 14 | 33 | 20 | Foundation; misstates prior testimony; speculation; argumentative |
| 37 | 14 | 38 | 10 | Foundation; misstates testimony; argumentative; speculative |
| 38 | 12 | 38 | 12 | Foundation; argumentative |
| 43 | 15 | 43 | 20 | Foundation; argumentative |
| 44 | 20 | 45 | 10 | Foundation; argumentative; completeness |
| 45 | 17 | 45 | 20 | Foundation; argumentative |
| 49 | 1 | 49 | 9 | Speculation; foundation; hearsay |
| 49 | 11 | 49 | 15 | Foundation; hearsay; speculation |
| 49 | 17 | 50 | 11 | Foundation; speculation; hearsay |
| 50 | 14 | 50 | 14 | misstates testimony; argumentative; foundation |
| 64 | 16 | 65 | 14 | Relevance; foundation |
| 67 | 12 | 67 | 17 | Relevance; foundation |
| 87 | 8 | 87 | 19 | Speculation; foundation; argumentative; prejudicial |
| 87 | 21 | 87 | 22 | Foundation; speculation |
| 98 | 20 | 100 | 6 | Calls for expert opinion |
| 100 | 22 | 101 | 2 | Argumentative; calls for expert opinion |
| 101 | 4 | 101 | 8 | Foundation; calls for expert opinion |
| 101 | 10 | 101 | 13 | Foundation; argumentative; calls for expert opinion |
| 101 | 15 | 101 | 25 | Relevance; calls for expert opinion on State funding of SCCS |
| 102 | 3 | 102 | 8 | Relevance; foundation; calls for expert opinion |
| 102 | 11 | 102 | 11 | Foundation; relevance; speculative |
| 104 | 9 | 104 | 12 | Relevance; completeness; 403 |
| 109 | 7 | 109 | 17 | Speculation; foundation; calls for expert testimony |
| 109 | 19 | 110 | 18 | Foundation; argumentative; misstates testimony |
| 110 | 21 | 111 | 15 | Relevance; argumentative; foundation |
| 125 | 6 | 125 | 14 | Relevance; foundation; argumentative |
| 125 | 16 | 126 | 6 | Foundation; relevance; argumentative |

| | | | | |
|---|---|---|---|---|
| **128** | 3 | 128 | 7 | Foundation; compound; argumentative |
| **128** | 9 | 128 | 18 | Relevance |
| **128** | 23 | 129 | 21 | Relevance |
| **131** | 6 | 131 | 24 | Relevance; completeness; argumentative |
| **135** | 1 | 135 | 4 | Foundation; completeness |
| **135** | 23 | 136 | 1 | Foundation; argumentative |
| **136** | 4 | 136 | 12 | Argumentative |
| **136** | 25 | 137 | 4 | Foundation; argumentative; calls for expert testimony |
| **137** | 8 | 137 | 10 | Calls for expert opinion |
| **138** | 1 | 138 | 19 | Calls for expert testimony |
| **140** | 20 | 141 | 8 | Compound; argumentative; calls for expert testimony |
| **141** | 10 | 141 | 25 | Compound; argumentative; relevance |
| **143** | 10 | 144 | 6 | Calls for expert testimony; relevance |
| **157** | 7 | 157 | 10 | Incomplete answer designated; completeness; fact could be stipulated |
| **158** | 8 | 158 | 12 | Argumentative; foundation; misstates testimony |
| **174** | 18 | 174 | 22 | Relevance; argumentative; calls for expert testimony |
| **174** | 24 | 175 | 12 | Relevance; argumentative; speculation |
| **175** | 15 | 175 | 15 | Relevance; argumentative; speculation |

Strait Matthew Plaintiff Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 18 | 25 | 18 | 25 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former |
| 18 | 25 | 30 | 13 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 31 | 4 | 33 | 14 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 37 | 23 | 38 | 16 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 46 | 5 | 47 | 6 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 49 | 6 | 50 | 7 | duplicative of other deposition designations, vague, scope, relevance, foundation, calls for privileged information |
| 50 | 23 | 51 | 17 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 56 | 11 | 57 | 7 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 58 | 11 | 58 | 20 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 59 | 13 | 60 | 15 | duplicative of other deposition designations, vague, scope, relevance, foundation, calls for privileged information |
| 61 | 4 | 63 | 25 | duplicative of other deposition designations, vague, scope, relevance, foundation, calls for privileged information |
| 116 | 16 | 118 | 1 | misstates prior testimony, relevance |
| 121 | 10 | 121 | 23 | relevance, asked and answered, cumulative |

1

## Tejeda, Sergio Objections no Counters

| 48 | 6 | 48 | 12 | Plaintiff Supplemental Designation | |
|---|---|---|---|---|---|
| 53 | 1 | 53 | 1 | Plaintiff Supplemental Designation | |
| 141 | 23 | 144 | 7 | Plaintiff Supplemental Designation | |
| 147 | 8 | 148 | 21 | Plaintiff Supplemental Designation | |
| 155 | 22 | 155 | 24 | Plaintiff Supplemental Designation | |
| 157 | 16 | 158 | 3 | Plaintiff Supplemental Designation | |
| 158 | 8 | 158 | 10 | Plaintiff Supplemental Designation | |
| 159 | 1 | 159 | 6 | Plaintiff Supplemental Designation | |
| 171 | 3 | 172 | 1 | Plaintiff Supplemental Designation | |
| 173 | 6 | 173 | 10 | Plaintiff Supplemental Designation | |
| 175 | 7 | 175 | 14 | Plaintiff Supplemental Designation | |
| 181 | 4 | 181 | 21 | Plaintiff Counter Designation | |
| 186 | 11 | 187 | 14 | Plaintiff Supplemental Designation | |
| 196 | 1 | 196 | 5 | Plaintiff Supplemental Designation | |
| 220 | 3 | 220 | 12 | Plaintiff Supplemental Designation | |
| 228 | 21 | 229 | 10 | Plaintiff Supplemental Designation | |
| 232 | 4 | 232 | 15 | Plaintiff Supplemental Designation | |
| 248 | 23 | 249 | 3 | Plaintiff Supplemental Designation | |
| 336 | 13 | 337 | 1 | Plaintiff Supplemental Designation | |

## Thapar, Sarita Objections

| 100 | 24 | 101 | 20 | **Relevance; Speculative** | |
|-----|----|----|-----|----------------------------|--|
| 102 | 23 | 103 | 11 | Relevance; Speculative | |
| 106 | 6 | 106 | 19 | Relevance; Speculative | |
| 107 | 18 | 109 | 4 | Relevance; Speculative | |
| 109 | 23 | 111 | 16 | Relevance; Speculative | |
| 140 | 15 | 141 | 6 | Relevance; Speculative | |
| 204 | 2 | 205 | 8 | Relevance | |
| 243 | 13 | 243 | 16 | Relevance; Speculative | |
| 247 | 8 | 247 | 10 | Relevance | |
| 270 | 2 | 270 | 4 | Relevance | |
| 284 | 21 | 286 | 7 | Relevance | |
| 288 | 4 | 290 | 24 | Relevance | |
| 310 | 13 | 312 | 15 | foundation; relevance | |

1

Vorsanger, Gary Volume 2 Objections

| 486 | 18 | 486 | 23 | **Foundation, compound, relevance** | |
|---|---|---|---|---|---|
| 495 | 15 | 495 | 18 | Relevance, speculative, call for expert testimony. compound | |
| 495 | 20 | 496 | 11 | Relevance, speculative, call for expert testimony. compound | |
| 530 | 19 | 530 | 22 | Relevance, foundation, compound | |
| 530 | 24 | 531 | 10 | Relevance, foundation, compound | |
| 547 | 19 | 547 | 20 | Foundation, speculative, calls for expert testimony | |
| 547 | 22 | 548 | 1 | Foundation, speculative, calls for expert testimony | |
| 563 | 13 | 563 | 21 | Speculation, foundation, relevance, hearsay, calls for expert testimony, prejudicial | |
| 575 | 20 | 575 | 21 | Speculation, relevance | |
| 576 | 1 | 576 | 12 | Speculation, relevance | |
| 576 | 14 | 576 | 16 | Foundation, speculation, relevance, prejudicial test | |
| 576 | 18 | 578 | 11 | Foundation, speculation, relevance, prejudicial test | |

Walker, Donald Objections

| 357 | 10 | 357 | 25 | |
|-----|----|-----|----|---|
| 358 | 1 | 358 | 25 | |
| 359 | 1 | 359 | 25 | |
| 360 | 1 | 360 | 25 | 360:4-15 - Answer is Non-Responsive to Question Asked; 360:16-360:25 - Improper Narrative |
| 361 | 1 | 361 | 25 | 361:1-361:21 - Improper Narrative |
| 362 | 1 | 362 | 25 | 362:16-362:25 - Relevance; speculative |
| 363 | 1 | 363 | 25 | 363:1-8 - Relevance; speculative |
| 364 | 1 | 364 | 25 | 364:16-25-Hearsay; violates judge's ruling on irrelevant, prejudicial testimony |
| 365 | 1 | 365 | 25 | 365:1-11 - Hearsay; violates judge's ruling on irrelevant, prejudicial testimony |
| 366 | 1 | 366 | 25 | 366:1-10 - Hearsay; violates judge's ruling on irrelevant, prejudicial testimony; 366:11-21 - Leading; 366:22-25 - Relevance |
| 367 | 1 | 367 | 25 | 367:1-14 - Relevance; 367:15-25 - Improper Narrative |
| 368 | 1 | 368 | 25 | 368:1-12 - Improper Narrative |
| 369 | 1 | 369 | 25 | |
| 370 | 1 | 370 | 3 | |
| 370 | 5 | 370 | 25 | Relevance; Foundation |
| 371 | 1 | 371 | 25 | 371:1-7 - Relevance; Foundation |
| 372 | 1 | 372 | 25 | 372:1-22 - Relevance; Foundation |
| 373 | 1 | 373 | 25 | 373:3-24 - Improper Narrative; Non-Responsive to Question Asked |
| 374 | 1 | 374 | 25 | Improper Narrative |
| 375 | 1 | 375 | 25 | 375:1-10 - Improper Narrative; 375:11-19 - Relevance |
| 376 | 1 | 376 | 25 | |
| 377 | 1 | 377 | 25 | |
| 378 | 1 | 378 | 25 | |
| 379 | 1 | 379 | 25 | |
| 380 | 1 | 380 | 25 | |
| 381 | 1 | 381 | 25 | 381:8-25 - Vague; Improper Narrative |
| 382 | 1 | 382 | 25 | 382:1-8 - Vague; Improper Narrative |
| 383 | 1 | 383 | 25 | |
| 384 | 1 | 384 | 25 | |
| 385 | 1 | 385 | 25 | 385:8-25 - Relevance |
| 386 | 1 | 386 | 25 | |
| 387 | 1 | 387 | 25 | |
| 388 | 1 | 388 | 25 | |
| 389 | 1 | 389 | 25 | |
| 390 | 1 | 390 | 25 | 390:14-17 - Non-Responsive to Question Asked |
| 391 | 1 | 391 | 25 | |
| 392 | 1 | 392 | 25 | 392:18-25 - Relevance; Improper Narrative |
| 393 | 1 | 393 | 25 | 393:1-8 - Relevance; Improper Narrative; 393:18-25 - Relevance |
| 394 | 1 | 394 | 25 | 394:1-10 - Relevance; 394:24-25 - Relevance |
| 395 | 1 | 395 | 25 | 395:1-5 - Relevance |
| 396 | 1 | 396 | 25 | |
| 397 | 1 | 397 | 25 | 397:13-25 - Improper Narrative |
| 398 | 1 | 398 | 25 | Improper Narrative |
| 399 | 1 | 399 | 25 | Improper Narrative |
| 400 | 1 | 400 | 25 | 400:1-4 - Improper Narrative |
| 401 | 1 | 401 | 25 | 401:2-25 - Improper Narrative; Non-Responsive to Question Asked |
| 402 | 1 | 402 | 25 | Improper Narrative; Non-responsive to question asked |
| 403 | 1 | 403 | 25 | 403:1-5 - Improper Narrative; Non-responsive to question asked; 403:9-25 - Relevance; Speculation |
| 404 | 1 | 404 | 25 | 404:1 - Relevance; Speculation; 404:2-23 - Improper Narrative; Non-Responsive to Question Asked |
| 405 | 1 | 405 | 25 | 405:4-6 - Hearsay beginning with "The DRAs reported" |
| 406 | 1 | 406 | 25 | 406:10-20 - Improper Narrative; Non-Responsive to Question Asked |
| 407 | 1 | 407 | 25 | 407:4-15 - Improper Narrative; Non-reposnsive to question asked |
| 408 | 1 | 408 | 25 | 408:1-19 - Improper Narrative; Non-responsive to question asked; Revelance |
| 409 | 1 | 409 | 25 | 409:4-19 - Improper Narrative; Non-responsive to question asked; 409:20-25 - Relevance; violates court's order on irrelevant and prejudicial testimony; improper narrative |
| 410 | 1 | 410 | 11 | Improper narrative; relevance; violates court's order on irrelevant and prejudical testimony |

1

## Woods, Mary 1-10-19 Objections

| 127 | 6 | 128 | 21 | argumentative, relevance | |
|-----|---|-----|----|--------------------------|--|
| 130 | 12 | 132 | 23 | | |
| 139 | 4 | 140 | 9 | Relevance | |

1

Wright Kyle Vol 1 objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 12 | 4 | 12 | 5 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 12 | 6 | 12 | 7 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendants☐ conduct violated or did |
| 30 | 1 | 52 | 25 | relevance, consultant privilege, scope, foundation, speculation |
| 72 | 4 | 72 | 10 | relevance, foundation, scope, speculation, |
| 72 | 12 | 73 | 8 | relevance, foundation, scope, speculation, |
| 74 | 1 | 74 | 24 | completeness, relevance, foundation, scope, speculation |
| 75 | 2 | 77 | 6 | relevance, foundation, scope, speculation |
| 77 | 23 | 78 | 11 | relevance, foundation, scope, speculation |
| 80 | 17 | 81 | 11 | duplicative/cumulative, relevance, foundation, scope, speculation |
| 81 | 23 | 82 | 19 | relevance, foundation, scope, speculation |
| 83 | 16 | 83 | 23 | relevance, foundation, scope, speculation |
| 84 | 5 | 84 | 21 | relevance, foundation, scope, speculation |
| 85 | 13 | 86 | 1 | relevance, foundation, scope, speculation |
| 86 | 25 | 91 | 16 | relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 92 | 7 | 93 | 22 | relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 98 | 14 | 99 | 6 | asked and answered, relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 99 | 24 | 100 | 5 | relevance, foundation, scope, speculation |
| 100 | 25 | 102 | 21 | improper impeachment, relevance, foundation, scope, speculation |
| 102 | 23 | 103 | 13 | relevance, foundation, scope, speculation |
| 106 | 6 | 106 | 22 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation |
| 108 | 16 | 109 | 6 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 110 | 8 | 110 | 19 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 113 | 23 | 116 | 12 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 117 | 13 | 119 | 3 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 119 | 23 | 124 | 7 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 125 | 5 | 126 | 16 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 127 | 1 | 129 | 22 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 131 | 5 | 133 | 11 | improper impeachment, relevance, foundation, scope, speculation |
| 134 | 6 | 137 | 7 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 140 | 2 | 142 | 25 | relevance, duplicative, foundation, improper use of document, scope, speculation, argumentative |
| 143 | 2 | 143 | 12 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 143 | 19 | 147 | 18 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 148 | 9 | 149 | 12 | improper impeachment, relevance, foundation, scope, speculation |
| 150 | 9 | 151 | 8 | relevance, duplicative, foundation, scope, speculative, argumentative |
| 151 | 23 | 152 | 8 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 153 | 19 | 154 | 19 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 159 | 12 | 160 | 5 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 162 | 23 | 163 | 7 | relevance |
| 164 | 1 | 166 | 20 | relevance, duplicative, foundation, improper hypothetical, scope |
| 167 | 13 | 168 | 21 | scope, relevance, speculative, foundation |
| 170 | 2 | 170 | 20 | asked and answered, relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 171 | 18 | 172 | 1 | asked and answered, relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 172 | 10 | 172 | 23 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 172 | 23 | 175 | 10 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 179 | 8 | 181 | 8 | relevance, scope, speculative |
| 181 | 18 | 182 | 2 | relevance, scope, speculative |
| 182 | 7 | 183 | 17 | relevance, scope, speculative |
| 184 | 11 | 185 | 23 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 186 | 13 | 187 | 25 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 189 | 16 | 189 | 25 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 191 | 13 | 191 | 24 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 193 | 11 | 194 | 13 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 195 | 3 | 199 | 10 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 201 | 24 | 202 | 1 | relevance |
| 202 | 24 | 202 | 25 | incomplete |
| 208 | 5 | 208 | 24 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 211 | 9 | 211 | 21 | relevance, completeness, foundation, scope |
| 212 | 4 | 213 | 7 | asked and answered, foundation, scope, speculation |
| 214 | 56 | 215 | 18 | speculative, cumulative |
| 217 | 5 | 217 | 22 | cumulative, relevance |
| 218 | 17 | 219 | 17 | cumulative, relevance, scope, speculative |
| 220 | 20 | 221 | 3 | cumulative, relevance, scope, speculative |
| 223 | 10 | 224 | 21 | cumulative, foundation, relevance, scope, speculative |
| 225 | 18 | 225 | 19 | answer with no question |
| 225 | 24 | 226 | 12 | cumulative, foundation, witness lacks knowledge, scope, speculative, overbroad, relevance, calls for expert testimony |
| 228 | 9 | 228 | 19 | cumulative, foundation, witness lacks knowledge, scope, speculative, overbroad, relevance, calls for expert testimony |
| 229 | 4 | 230 | 20 | cumulative, foundation, witness lacks knowledge, scope, speculative, overbroad, relevance, calls for expert testimony |
| 231 | 15 | 232 | 14 | foundation, improper hypothetical, scope, speculative, overbroad, relevance |
| 233 | 19 | 234 | 20 | foundation, improper hypothetical, scope, speculative, overbroad, relevance |
| 235 | 10 | 235 | 23 | cumulative, relevance, scope, speculative |
| 236 | 2 | 236 | 5 | relevance |
| 237 | 9 | 239 | 5 | relevance, calls for expert testimony |
| 245 | 11 | 245 | 16 | relevance, argumentative, speculative |
| 247 | 12 | 247 | 24 | relevance, argumentative, speculative |
| 255 | 4 | 256 | 8 | cumulative, relevance, scope, speculative |
| 259 | 12 | 259 | 17 | calls for legal conclusion |
| 261 | 2 | 262 | 4 | relevance, speculative |

1

Wright Kyle vol 2 Objections

| Start Page | Start Line | End Page | End Line | Note |
|---|---|---|---|---|
| 278 | 4 | 278 | 4 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 278 | 5 | 278 | 5 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendants' conduct violated or did n |
| 478 | 23 | 479 | 10 | relevance, cumulative |
| 479 | 21 | 480 | 19 | relevance, cumulative, argumentative |
| 481 | 10 | 481 | 17 | relevance, cumulative, argumentative |
| 487 | 7 | 487 | 23 | asked and answered, argumentative, cumulative, relevance |
| 488 | 16 | 289 | 15 | speculative, cumulative, relevance |
| 491 | 22 | 492 | 4 | relevance, cumulative |
| 496 | 8 | 497 | 5 | calls for legal confusion, relevance, speculative |
| 499 | 1 | 499 | 3 | relevance |
| 501 | 4 | 501 | 8 | relevance |
| 503 | 8 | 503 | 20 | cumulative, misstates prior testimony, relevance |
| 523 | 5 | 527 | 13 | improper questioning based on improper use of transcript, argumentative, completeness, improper impeachment, relevance, scope |
| 532 | 19 | 533 | 6 | asked and answered, argumentative, cumulative, relevance |
| 536 | 1 | 528 | 19 | asked and answered, argumentative, cumulative, relevance |
| 539 | 5 | 539 | 16 | relevance, cumulative, argumentative |
| 542 | 4 | 543 | 11 | scope, relevance |
| 544 | 7 | 547 | 8 | scope, relevance, argumentative |
| 550 | 12 | 550 | 25 | relevance, cumulative, argumentative, scope, speculative |
| 554 | 11 | 554 | 25 | scope, relevance, argumentative |

1