# EXHIBIT E

| | |
|---|---|
| **Subject:** | Plaintiffs' Exhibit List |
| **Date:** | Wednesday, September 25, 2019 at 9:30:05 AM Mountain Daylight Time |
| **From:** | Ackerman, David |
| **To:** | xALLDEFENDANTS-MDL2804-Service@arnoldporter.com, 2804 Discovery, MDL |

External E-mail

TO ALL DEFENDANTS:

Due to recent changes in our exhibit list, we have contacted David Cohen to seek an extension until 5 PM to formally file the exhibit list containing final exhibit numbers with the Court. Additionally, it is not technologically feasible to provide the Court with stamped copies at this time. We will provide the Court and Defendants with stamped copies of exhibits as they are completed.

**David I. Ackerman** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004 | dackerman@motleyrice.com
o. 202.849.4962 x5962 | c. 202.997.1217 | f. 202.386.9622

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com