**BLANK ROME LLP**
Terry M. Henry
Melanie S. Carter
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Telephone: (215) 569-5644
THenry@BlankRome.com
MCarter@BlankRome.com
*Attorneys for Defendants*
*Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No. 1:17-md-02804-DAP<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Melanie S. Carter of Blank Rome LLP on behalf of Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matters.

                                       **BLANK ROME LLP**

                                       */s/ Melanie S. Carter*
                                       Melanie S. Carter, Esquire
                                       One Logan Square
                                       130 North 18th Street
                                       Philadelphia, PA  19103
                                       Tel. (215) 569-5720
                                       MCarter@BlankRome.com
                                       *Attorneys for Defendants*
                                       *Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

Dated:   October 4, 2019

149340.00603/121973427v.1