# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO.  1:17 MD 2804 |
| | JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | |
| | **ORDER** |
| *Track One* Cases | |

The Court has reviewed the proposed jury instructions, verdict forms, and interrogatories just filed by the Track One parties.  Because they were unable to reach anything approaching substantial agreement, the lawyers who have final authority to reach agreement on those documents are hereby **ORDERED** to appear in Courtroom 18B beginning at 9:00 a.m. on Monday, October 7, 2019.  They shall stay until substantial agreement has been reached.

**IT IS SO ORDERED.**

   */s/ Dan A. Polster    October 4, 2019*
**Dan Aaron Polster**
**United States District Judge**