UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,
OPIATE LITIGATION

MDL NO. 2804

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and Rule 15(a)(1)(B), counsel for NAS Plaintiffs in the above-captioned cases seek **a one day** extension of time to file amended complaints and produce completed, signed fact sheets pursuant to the Court's September 30, 2019 scheduling order. (Doc. # 2691.) Good cause exists for this brief extension request, and the brief delay would neither prejudice Defendants nor require extension of any other case management dates.

A court may grant an extension time for good cause shown, upon motion filed before the time has expired. Fed. R. Civ. P. 6(b)(1)(a). Despite the best efforts and undivided attention of NAS Plaintiff's counsel to the task of preparing amended pleadings, counsel anticipate that an extension of time may be necessary. Coordination and finalization of the amended pleadings has taken longer than anticipated due to the complexity of the differing state law issues and the necessary involvement of counsel in multiple states. Due to the importance of the matters at stake, and for the sake of judicial economy, NAS Plaintiff's counsel want to ensure that the amended pleadings will be finalized and perfected so as to minimize the need for further amendment.

NAS Plaintiff's counsel has consulted with counsel for Defendants prior to filing this motion in order to seek agreement, but Defendants oppose this brief extension request. However, the brief extension NAS Plaintiffs seek will not prejudice Defendants, as a one day extension would not cause unnecessary delay or require changing any other case management deadlines.

In sum, NAS Plaintiffs request that for good cause shown, the Court grant NAS Plaintiff's motion for an extension of time and reset the deadline for NAS Plaintiffs to file amended complaints and produce completed, signed fact sheets to October 8, 2019.

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Emily C. White (0085662)
Whitney E. Kaster (0091540)
P.O. Box 6031040
Cleveland, OH. 44103
(216) 373-0539
notices@dannlaw.com

*Counsel for NAS Plaintiffs*

*/s/ Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com;
srd@mbfirm.com

*Counsel for NAS Plaintiffs*

*/s/ Kent Harrison Robbins*
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

*Counsel for NAS Plaintiffs*

*/s/ Donald Creadore*
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

*Counsel for NAS Plaintiffs*

| | |
|---|---|
| */s/ Celeste Brustowicz* | */s/ Kevin W. Thompson* |
| COOPER LAW FIRM, LLC | THOMPSON BARNEY LAW FIRM |
| Celeste Brustowicz (*pro hac vice*) | Kevin W. Thompson (*pro hac vice*) |
| Barry J. Cooper, Jr. (*pro hac vice*) | David R. Barney, Jr. (*pro hac vice*) |
| Stephen H. Wussow (*pro hac vice*) | 2030 Kanawha Boulevard |
| Victor Cobb (*pro hac vice*) | East Charleston, WV 25311 |
| 1525 Religious Street | Telephone: 304-343-4401 |
| New Orleans, LA 70130 | Facsimile: 304-343-4405 |
| Telephone: 504-399-0009 | Email: kwthompsonwv@gmail.com |
| Email: cbrustowicz@sch-llc.com | |
| | *Counsel for NAS Plaintiffs* |
| *Counsel for NAS Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on October 4, 2019. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

>*/s/ Marc Dann*
>Marc Dann