# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,  
OPIATE LITIGATION

MDL NO. 2804

Case No. 17-MD-2804

Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 |

1

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## SUPPLEMENT TO MOTION FOR EXTENSION OF TIME

Counsel for NAS Plaintiffs respectfully supplement their November 4, 2019 Motion for Extension of Time (Doc. No. 2718) requesting a brief extension to file amended complaints and produce complete, signed facts sheets. Counsel for Defendants have indicated to Counsel for NAS Plaintiffs that they do not oppose the Motion for Extension of Time

NAS Plaintiffs request that for good cause shown, the Court grant NAS Plaintiff's motion for an extension of time and reset the deadline for NAS Plaintiffs to file amended complaints and produce completed, signed fact sheets to October 8, 2019.

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Emily C. White (0085662)
Whitney E. Kaster (0091540)
P.O. Box 6031040
Cleveland, OH. 44103
(216) 373-0539
notices@dannlaw.com

*Counsel for NAS Plaintiffs*

*/s/ Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com;
srd@mbfirm.com

*Counsel for NAS Plaintiffs*

*/s/ Kent Harrison Robbins*
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

*Counsel for NAS Plaintiffs*

*/s/ Donald Creadore*
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

*Counsel for NAS Plaintiffs*

*/s/ Celeste Brustowicz*                            */s/ Kevin W. Thompson*     
COOPER LAW FIRM, LLC                THOMPSON BARNEY LAW FIRM
Celeste Brustowicz (*pro hac vice*)       Kevin W. Thompson (*pro hac vice*)
Barry J. Cooper, Jr. (*pro hac vice*)      David R. Barney, Jr. (*pro hac vice*)
Stephen H. Wussow (*pro hac vice*)     2030 Kanawha Boulevard
Victor Cobb (*pro hac vice*)                East Charleston, WV 25311
1525 Religious Street                   Telephone: 304-343-4401
New Orleans, LA 70130               Facsimile: 304-343-4405
Telephone: 504-399-0009             Email: kwthompsonwv@gmail.com
Email: cbrustowicz@sch-llc.com

                                          *Counsel for NAS Plaintiffs*

*Counsel for NAS Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed via the Court's electronic filing system on October 4, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

                                    */s/ Marc E. Dann*
                                    Marc E. Dann