# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track One Cases | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## PLAINTIFFS' AMENDED DESIGNATED LIVE STREAM WITNESSES

1. Walgreens:  Edward Bratton

2. McKesson:  Donald Walker

3. Amerisource Bergen: Chris Zimmerman

4. Teva: Colleen McGinn (Mr. Pyfer, the original live stream designee, was removed from Plaintiffs' Witness List on October 5, 2019 pursuant to Special Master Cohen's witness reduction ruling.  Colleen McGinn, who remains on Plaintiffs' Witness List, has been substituted for Mr. Pyfer as the live stream witness).

5. Actavis: Mary Woods

6. Henry Schein: Shaun Abreau

Dated:  October 5, 2019

                                                        Respectfully submitted,

                                                        /s/Paul J. Hanly, Jr.
                                                        Paul J. Hanly, Jr.
                                                        SIMMONS HANLY CONROY
                                                        112 Madison Avenue, 7th Floor
                                                        New York, NY 10016
                                                        (212) 784-6400

(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
6810 FM 1960 Rd W
Houston, TX 77069-3804
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Lead Trial Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK

2

360 Lexington Ave., 11th Floor
New York, NY  10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Donald Migliori
MOTLEY RICE LLC
28 Bridge Street
Mt. Pleasant, SC 29464
(401) 457-7709
dmigliori@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*