**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br>)<br>)<br>This document relates to:  )<br>)<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*  )<br>    Case No. 18-op-45090  )<br>)<br>and  )<br>)<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*  )<br>    Case No. 1:18-op-45004  )<br>_____)  | **MDL No. 2804<br>Case No. 17-md-2804<br>Hon. Judge Dan A. Polster** |

**CARDINAL HEALTH, INC.'S WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26 and the Civil Jury Trial Order, ECF No. 1598, entered in *In re National Prescription Opiate Litigation* (MDL 2804) on May 1, 2019 (as amended on July 29, 2019 and October 1, 2019, ECF No. 2695),[1] Cardinal Health, Inc. hereby discloses the following witnesses who may testify at trial on its behalf.  The inclusion of any name on the list below is not a statement by Cardinal Health that the named representative will in fact testify, or that the witness is available or subject to subpoena in this matter.  Cardinal Health reserves the right to call any of these witnesses in its case in chief.  In serving this witness list, Cardinal Health specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point.  Cardinal Health further reserves the right to call any witnesses identified on any other party's witness list, including any

---

[1] Cardinal Health maintains its objections as stated in ECF No. 2714.

party who later settles or is severed or dismissed. Cardinal Health reserves the right to conduct a direct examination of any witness called by the Plaintiff. Cardinal Health also reserves the right to call witnesses to rebut the Plaintiffs' case, supplement and/or amend this witness list in response to rulings of the Court on pretrial motion, and supplement and/or amend this witness list in response to other new information. Cardinal Health further reserves the right to call by video additional witnesses not identified on this list that are submitted as part of current or future video designations.

### A. Expert Witnesses

1. <u>John J. MacDonald III</u>, President, Berkeley Research Group

    <u>Areas of Testimony</u>: Mr. MacDonald is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2. <u>Brian Reise</u>, President, Controlled Pharmaceutical Consultants

    <u>Areas of Testimony</u>: Mr. Reise is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

### B. Fact Witnesses

1. <u>Cassi Baker</u>, Vice President of State Government Relations, Cardinal Health

    <u>Areas of Testimony</u>: Ms. Baker may be called to testify concerning her duties and responsibilities as Vice President of State Government Relations, and on matters related to her other previous relevant employment and experience.

2. <u>Linden Barber</u>, Senior Vice President, Chief Regulatory Counsel, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Barber may be called to testify concerning his non-privileged duties and responsibilities as Senior Vice President, Chief Regulatory Counsel, and on matters related to his other previous relevant employment and experience.

3. <u>George Barrett</u>, Former Chief Executive Officer, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Barrett may be called to testify concerning his duties and responsibilities as Chief Executive Officer, and on matters related to his other previous relevant employment and experience.

4. <u>Eric Brantley</u>, Former Director, Compliance, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Brantley may be called to testify concerning his duties and responsibilities as Director of Compliance and on matters related to his other previous relevant employment and experience.

5. <u>Todd Cameron</u>, Senior Vice President, Supply Chain Integrity, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Cameron is expected to testify concerning his duties and responsibilities as Senior Vice President, Supply Chain Integrity, and on matters related to his other previous relevant employment and experience.

6. <u>Raymond Carney</u>, Director of Independent Sales, Central Region, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Carney may be called to testify concerning his duties and responsibilities as Director of Independent Sales, Central Region, and on matters related to his other previous relevant employment and experience.

7. <u>Kristine Fidler</u>, Senior Consultant, Cardinal Health

    <u>Areas of Testimony</u>: Ms. Fidler may be called to testify concerning her duties and responsibilities as Senior Consultant, and on matters related to her other previous relevant employment and experience.

8. <u>Mark Hartman</u>, Former Senior Vice President, Supply Chain Integrity and Regulatory Operations, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Hartman may be called to testify concerning his duties and responsibilities as Senior Vice President, Supply Chain Integrity and Regulatory Operations, and on matters related to his other previous relevant employment and experience.

9. <u>Steve Lawrence</u>, Senior Vice President, Independent Sales, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Lawrence may be called to testify concerning his duties and responsibilities as Senior Vice President, Independent Sales, as the Executive Sponsor of GenerationRx, and on matters related to his other previous relevant employment and experience.

10. <u>Michael Moné</u>, Vice President, Associate General Counsel – Regulatory, Cardinal Health

    <u>Areas of Testimony</u>:  Mr. Moné is expected to testify concerning his non-privileged duties and responsibilities at Cardinal Health and on matters related to his other previous relevant employment and experience.

11. <u>Gilberto Quintero</u>, Senior Vice President, Quality and Regulatory Affairs, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Quintero may be called to testify concerning his duties and responsibilities as Senior Vice President, Quality and Regulatory Affairs, and on matters related to his other previous relevant employment and experience.

12. <u>Nicholas Rausch</u>, Former Director of Operations and SOM Compliance, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Rausch may be called to testify concerning his duties and responsibilities as Director of Operations and SOM Compliance, and on matters related to his other previous relevant employment and experience.

13. <u>Stephen Reardon</u>, Former Vice President, Quality and Regulatory Affairs, Cardinal Health

    <u>Areas of Testimony</u>: Mr. Reardon may be called to testify concerning his duties and responsibilities as Vice President,

Quality and Regulatory Affairs, and on matters related to his other previous relevant employment and experience.

14. <u>Danielle Roberts</u>, Director, Regulatory Management, Cardinal Health

    <u>Areas of Testimony</u>: Ms. Roberts may be called to testify concerning her duties and responsibilities as Director, Regulatory Management, and on matters related to her other previous relevant employment and experience.

15. <u>Patrick Kelly</u>, Healthcare Distribution Alliance

    <u>Areas of Testimony</u>:  Mr. Kelly may be called to testify to respond to Plaintiffs' case.

16. <u>Christa Altobelli</u>, CVS Pharmacist

    <u>Areas of Testimony</u>: Ms. Altobelli may be called to testify to respond to Plaintiffs' case.

17. <u>Shadi Awadallah</u>, CVS Pharmacist

    <u>Areas of Testimony</u>: Ms. Awadallah may be called to testify to respond to Plaintiffs' case.

18. <u>Julie Deal</u>, CVS Pharmacist

    <u>Areas of Testimony</u>: Ms. Deal may be called to testify to respond to Plaintiffs' case.

19. <u>Yasmin Parker</u>, CVS Pharmacist

    <u>Areas of Testimony</u>: Ms. Parker may be called to testify to respond to Plaintiffs' case.

Dated: October 5, 2019   Respectfully submitted,

*/s/ Steven M. Pyser*
Steven M. Pyser
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

    I, Steven Pyser, hereby certify that the foregoing document was served on October 7, 2019 via electronic case filing to all counsel of record.

                                   /s/ *Steven M. Pyser*
                                   Steven M. Pyser
                                   WILLIAMS & CONNOLLY LLP
                                   725 Twelfth Street, N.W.
                                   Washington, DC 20005
                                   Telephone: (202) 434-5000
                                   Fax: (202) 434-5029
                                   emainigi@wc.com

                                   *Counsel for Defendant Cardinal Health, Inc*