# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track One Cases | MDL 2804<br><br>Case No. 17-d-2804<br><br>Hon. Dan Aaron Polster |

## *IN LIMINE* EVIDENTIARY STIPULATIONS

Plaintiffs, the Cuyahoga and Summit County Governments, and the remaining defendants[1] in the Track One trial hereby stipulate and agree that neither party, their counsel, nor their witnesses shall offer evidence or argument of the following in the presence of the jury:

1. Any reference to jurors' self-interest in the outcome of the litigation based on the jurors' status as taxpayers.

2. Any references to any counsel's other current or former (a) clients (by name or by type) or how they obtained them or may obtain future clients, (b) legal and other work, (c) specialization or practice experience, or (d) financial status or resources.  This includes counsel's law firms and staff members.

---

[1] AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; Henry Schein, Inc. and Henry Schein Medical Systems, Inc.; McKesson Corporation; Cephalon, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (collectively, "Teva Defendants"); Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida (collectively, "Actavis Generic Defendants"); and Walgreen Co. and Walgreen Eastern Co.  Teva Pharmaceutical Industries Ltd. has asserted that it is not subject to personal jurisdiction and is specially appearing to join this submission; thus, it does not waive and continues to contest personal jurisdiction and to preserve its pending personal jurisdiction challenge.

3. Any reference to personal matters of an expert or the expert's family, such as divorce proceedings, that have no bearing on the witness's qualifications, opinions, or credibility.

4. Any suggestion or reference that an award of punitive damages is unconstitutional or illegal.

Dated: October 7, 2019 Respectfully Submitted,

| | |
|---|---|
| */s/ Paul J. Hanly, Jr.* <br> Paul J. Hanly, Jr. <br> SIMMONS HANLY CONROY <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> (212) 784-6400 <br> (212) 213-5949 (Fax) <br> phanly@simmonsfirm.com <br><br> *Plaintiffs' Co-Lead Counsel* | */s/ Joseph F. Rice* <br> Joseph F. Rice <br> MOTLEY RICE <br> 28 Bridgeside Blvd. <br> Mt. Pleasant, SC 29464 <br> (843) 216-9000 <br> (843) 216-9290 (Fax) <br> jrice@motleyrice.com <br><br> *Plaintiffs' Co-Lead Counsel* |
| */s/ Paul T. Farrell, Jr.* <br> Paul T. Farrell, Jr. <br> GREENE KETCHUM, LLP <br> 419 Eleventh Street <br> Huntington, WV 25701 <br> (304) 525-9115 <br> (800) 479-0053 <br> (304) 529-3284 (Fax) <br> paul@greeneketchum.com <br><br> *Plaintiffs' Co-Lead Counsel* | */s/ Peter H. Weinberger* <br> Peter H. Weinberger (0022076) <br> SPANGENBERG SHIBLEY & LIBER <br> 1001 Lakeside Avenue East, Suite 1700 <br> Cleveland, OH 44114 <br> (216) 696-3232 <br> (216) 696-3924 (Fax) <br> pweinberger@spanglaw.com <br><br> *Plaintiffs' Liaison Counsel* |
| */s/ W. Mark Lanier* <br> W. Mark Lanier <br> THE LANIER LAW FIRM <br> 6810 FM 1960 Rd W <br> Houston, TX  77069-3804 <br> (713) 659-5200 <br> (713) 659-2204 (Fax) <br> wml@lanierlawfirm.com <br><br> *Lead Trial Counsel* | */s/ Hunter J. Shkolnik* <br> Hunter J. Shkolnik <br> NAPOLI SHKOLNIK <br> 360 Lexington Ave., 11th Floor <br> New York, NY 10017 <br> (212) 397-1000 <br> (646) 843-7603 (Fax) <br> hunter@napolilaw.com <br><br> *Counsel for Plaintiff Cuyahoga County, Ohio* |

*/s/ Linda Singer*
Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*

| */s/ Geoffrey E. Hobart* | */s/ Enu Mainigi* |
|---|---|
| Geoffrey E. Hobart | Enu Mainigi |
| Mark H. Lynch | WILLIAMS & CONNOLLY LLP |
| Sonya D. Winner | 725 Twelfth Street NW |
| COVINGTON & BURLING LLP | Washington, DC 20005 |
| One CityCenter | (202) 434-5000 |
| 850 Tenth Street NW | (202) 434-5029 (Fax) |
| Washington, DC 20001 | emainigi@wc.com |
| (202) 662-5281 | |
| ghobart@cov.com | *Counsel for Cardinal Health, Inc.* |
| mlynch@cov.com | |
| swinner@cov.com | |

*Counsel for McKesson Corporation*

3

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
(215) 851-1420 (Fax)
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
(312) 494-4440 (Fax)
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
matthew.brewer@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
(303) 592-3140 (Fax)
alex.harris@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

| | |
|---|---|
| */s/ Steven A. Reed* | */s/ John P. McDonald* |
| Steven A. Reed | John P. McDonald |
| Eric W. Sitarchuk | C. Scott Jones |
| Harvey Bartle | Lauren M. Fincher |
| Rebecca J. Hillyer | Brandan J. Montminy |
| MORGAN, LEWIS & BOCKIUS LLP | LOCKE LORD LLP |
| 1701 Market Street | 2200 Ross Avenue, Suite 2800 |
| Philadelphia, PA 19103-2921 | Dallas, TX 75201 |
| (215) 963-5000 | (214) 740-8000 |
| (215) 963-5001 (Fax) | (214) 756-8758 (Fax) |
| steven.reed@morganlewis.com | jpmcdonald@lockelord.com |
| eric.sitarchuk@morganlewis.com | sjones@lockelord.com |
| harvey.bartle@morganlewis.com | lfincher@lockelord.com |
| rebecca.hillyer@morganlewis.com | brandan.montminy@lockelord.com |

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
(713) 890-5195
(713) 890-5001 (Fax)
nancy.patterson@morganlewis.com

*Counsel for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-7455
(412) 560-7001 (Fax)
wendy.feinstein@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
(305) 415-3000
(305) 415-3001 (Fax)
brian.ercole@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian*

5

*LLC, Actavis Laboratories UT, Inc. f/k/a
Watson Laboratories, Inc.-Salt Lake City, and
Actavis Laboratories FL, Inc., f/k/a Watson
Laboratories, Inc.-Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2019, the foregoing has been served via CM/ECF to all counsel of record.

>*/s/ Kaspar J. Stoffelmayr*
>Kaspar J. Stoffelmayr
>
>*Counsel for Walgreen Co. and Walgreen Eastern Co.*