# EXHIBIT 3

# Cuyahoga County Independent Child Welfare Panel Report

## June 28, 2018

**Panel Members**

Jan Flory, MSW, Child Welfare Consultant, former Deputy Commissioner for Child Protection, Administration for Children's Services, New York City, Panel Chair

David Crampton, MSW, Ph.D. Associate Professor of Social Work, Jack, Joseph and Morton Mandel School of Applied Social Sciences, Case Western Reserve University

LaJean Ray, Director, Fatima Family Center, long time community advocate

Lolita McDavid, MD MPA, Medical Director, Child Advocacy & Protection UH Cleveland Medical Center; Professor, Pediatrics, CWRU School of Medicine

Marsha Wickliffe, J.D., Child Welfare Professional

0

# Origin of Panel Review

- On March 11, 2018 4 year old Aniya Day-Garrett died.
- An active DCFS investigation was underway with allegations of physical abuse by her mother.
- The DCFS Hotline call, received 3/6/18 began with a call to Aniya's mother who asked that the worker not visit until the following week. This was the 4th report to DCFS over a 14 month period.
- Aniya's mother and the mother's boyfriend were arrested and have been charged.
- Aniya's tragic death has raised questions about the role of DCFS during their involvement with this family.

1

# Mandate of panel

- All child deaths in Cuyahoga County are reviewed by the Cuyahoga County Child Fatality Review Board. There are internal reviews within Cuyahoga County DCFS for all child deaths with involvement by DCFS. The State Department of Jobs and Family Services conducts independent reviews of certain child fatalities with involvement by DCFS, and are reviewing this case.

- In this instance, County Administrator Armond Budish convened a panel of local and national child welfare experts and requested that they conduct an independent review with mandates to:

   -Review the case and assess whether staff followed DCFS policies and procedures

   -Compare the time line or responses and services to the state guidelines for response times

   -Assess whether the investigation and case work reflect solid child welfare practice

2