UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 |
| | Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |

*Rees v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45252

*Ellis v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45464

*Simonson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45479

*Wood v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45264

*DeMaro v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45465

*Delancey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45480

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Cruz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45466

*Stewart v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45481

*Ambrosio v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45375

*Paul v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45467

*Shewmake v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45482

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Lechuga v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45468

*Weatherwax v. Purdue Pharma, LP., et al.*
MDL Case No. #1:19-op-45483

*Whitley v. Purdue Pharma LP., et al.*
MDL Case #1:18-OP-45598

*Brumbarger v. Purdue Pharma, LP., et al.*
MDL Case No. #1:19-op-45469

*Martinez v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45484

*Roach v. McKesson Corporation, et al.*
MDL Case No. #1:18-OP-45662

*Means v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45470

*Warren v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45486

*Hunt v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-OP-45681

*Peterson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45472

*Carlson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45487

*Hanlon v. Purdue Pharma L.P., et al.*
MDL Case No. #1:19-op-45052

*Hampel v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45473

*Flach v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45488

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Whittaker v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45475

*Ivie v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45489

*Moore v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46305

*Tuttle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45476

*Cherry v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45490

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

*Hamawi v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45477

*Ortiz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45492

*Rodriquez v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45463

*Gauthier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45478

*Meinecke v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45493

DC: 7154994-5

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## SECOND AMENDED JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's orders of September 17, 2019 and October 1, 2019, the Plaintiffs in the above-captioned cases ("NAS Plaintiffs") and Defendants identified below[1] respectfully submit the below proposals with respect to the motion on NAS class certification. The parties have reached agreement on the first portion of the scheduling order and related case management provisions. The parties have not reached agreement on the second portion and accordingly present alternative proposals for deadlines following January 7, 2020.

*Agreed-Upon Scheduling Order Provisions*:

1. NAS Plaintiffs shall file their amended complaints in four of the cases to which this Order is applicable no later than **October 8, 2019**.[2] These complaints will be subject to no further amendment and will be the subject of the representative motions for class certification to be heard by the Court.

2. NAS Plaintiffs shall further disclose on **October 14, 2019** the identities and area of expertise for any experts whom they intend to offer in support of class certification.

3. NAS Plaintiffs and Defendants dispute the propriety of additional written discovery of Defendants. Written discovery shall be served on defendants, if any, by **October 15, 2019**. If the parties cannot agree as to whether the served discovery is appropriate by **October 25, 2019**, NAS Plaintiffs shall file a motion to compel.

4. NAS Plaintiffs shall produce to defendants on **October 21, 2019**, signed fact sheets for all plaintiffs identified in the four amended complaints based on information in plaintiffs' possession. In order for a fact sheet to be complete it must be accompanied by all requested documentation in Plaintiffs' possession. The fact sheet to be completed by Plaintiffs is

---

[1] Certain defendants that may be named in the above-captioned cases or soon to be filed amended pleadings are not subject to personal jurisdiction in some or all of these cases, in which responsive pleadings are not yet due pursuant to the Court's orders. Defendants submit this filing as instructed by the Court but subject to, and without waiver of, all defenses, including lack of personal jurisdiction, no service of process, or ineffective service of process, in each case.

[2] This deadline is currently the subject of a motion for extension by the NAS Plaintiffs and will be operative if the motion is granted.

2

    attached hereto as Exhibit A.  If NAS Plaintiffs are not in possession of particular requested information or documents on October 21, they shall state whether they expect to receive such items in the future and when.

5. NAS Plaintiffs' expert reports shall be disclosed on or before **December 1, 2019**.

6. NAS Plaintiffs shall file their consolidated motion for class certification on **January 7, 2020**.

*NAS Plaintiffs' Proposed Scheduling Order Provisions*

1. The consolidated motion for class certification may be amended by leave of court for good cause shown.

2. Plaintiffs shall make their experts available for deposition before **January 15, 2020**.

3. Defendants' expert reports shall be disclosed on or before **February 1, 2020**.

4. Defendants shall make their experts available for deposition before **March 13, 2020**.

5. Defendants' opposition to class certification shall be due on **March 16, 2020**.

6. Plaintiffs' reply shall be due on **April 16, 2020**.

*Defendants' Proposed Scheduling Order Provisions*

1. Plaintiffs shall make their experts available for deposition before **January 31, 2020**.

2. Defendants' expert reports shall be disclosed on or before **February 21, 2020**.

3. Defendants shall make their experts available for deposition before **March 24, 2020**.

4. Defendants' opposition to class certification shall be due on **April 1, 2020**.

5. Plaintiffs' reply shall be due on **April 30, 2020**.

*Agreed-Upon Case Management Provisions*:

1. NAS Plaintiffs shall respond to defendants' discovery requests, and produce responsive, non-privileged documents, within 14 days of service of any requests.

2. Each party shall produce, at the same time it serves the disclosures and other materials required under Fed. R. Civ. P. 26(a)(2) for each of its experts, the "facts or data considered by the witness in forming" the expert's opinions. Documents relied upon that were produced in discovery in this case by any party may be identified by Bates numbers and need not be produced; and materials that are publicly and easily available without cost (e.g., over the Internet) need not be produced. All other data and documents must be produced. Nothing in this paragraph expands in any way the disclosure requirements of FRCP 26(a)-(b).

3. Each party must provide the materials required to be produced, including work papers, spreadsheets, data sets, and exhibits, in a usable format to allow evaluation of any analyses performed. To the extent that expert's work product is designated confidential, it shall be subject to the Protective Order (CMO No. 2).All documents produced must bear a Bates Stamp to allow for identification. The parties shall cooperate in exchanging programs or other materials necessary to allow full review and evaluation of the disclosed expert analyses. Nothing in this paragraph expands in any way the disclosure requirements of FRCP 26(a)-(b).

Dated: October 7, 2019

Respectfully submitted,

*/s/ Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com;
srd@mbfirm.com

*Counsel for NAS Plaintiffs*

*/s/ Celeste Brustowicz*
COOPER LAW FIRM, LLC
Celeste Brustowicz (*pro hac vice*)
Barry J. Cooper, Jr. (*pro hac vice*)
Stephen H. Wussow (*pro hac vice*)
Victor Cobb (*pro hac vice*)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

*Counsel for NAS Plaintiffs*

*/s/ Kent Harrison Robbins*
THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

*Counsel for NAS Plaintiffs*

*/s/ Donald Creadore*
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

*Counsel for NAS Plaintiffs*

*/s/ Kevin W. Thompson*
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (*pro hac vice*)
David R. Barney, Jr. (*pro hac vice*)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

*Counsel for NAS Plaintiffs*

*/s/ Emily S. Ullman*
Geoffrey E. Hobart
Emily S. Ullman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
eullman@cov.com

*Counsel for McKesson Corporation*

5

*/s/ Andrew J. O'Connor*
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Mallinckrodt LLC, SpecGx LLC, and specially appearing for Mallinckrodt plc*

*/s/ Terry M. Henry*
Terry M. Henry
Melanie S. Carter
Justina L. Byers
BLANK ROME LLP
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com

*Counsel for Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon Inc.; Watson Laboratories, Inc.; Actavis LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

*/s/ Angela R. Vicari*
Angela R. Vicari
Andrew K. Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212-836-8000
Angela.Vicari@arnoldporter.com
Andrew.Solow@arnoldporter.com

Jonathan Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Sean.Morris@arnoldporter.com

*Attorneys for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

| | |
|---|---|
| */s/ Mark S. Cheffo* | */s/ James W. Matthews* |
| Mark S. Cheffo | James W. Matthews |
| DECHERT LLP | Katy E. Koski |
| Three Bryant Park | Ana Francisco |
| 1095 Avenue of the Americas | Kristina Matic |
| New York, NY 10036 | FOLEY & LARDNER LLP |
| Tel: (212) 698-3500 | 111 Huntington Avenue |
| Mark.Cheffo@dechert.com | Boston, MA 02199 |
| | Tel: 617.342.4000 |
| *Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*[3] | Fax: 617.342.4001 |
| | Email: jmatthews@foley.com |
| | kkoski@foley.com |
| | afrancisco@foley.com |
| | kmatic@foley.com |
| | |
| | *Counsel for Defendant Anda, Inc.* |
| | |
| */s/ Enu Mainigi* | */s/ Kaspar Stoffelmayr* |
| Enu Mainigi | Kaspar Stoffelmayr |
| WILLIAMS & CONNOLLY LLP | BARTLIT BECK LLP |
| 725 Twelfth Street, N.W. | 54 West Hubbard Street |
| Washington, DC 20005 | Chicago, IL 60654 |
| Telephone: (202) 434-5000 | Tel. (312) 494-4400 |
| Fax: (202) 434-5029 | kaspar.stoffelmayr@bartlitbeck.com |
| emainigi@wc.com | |
| | *Counsel for the Walgreens Defendants* |
| *Counsel for Defendant Cardinal Health, Inc.* | |

---

[3] On September 15, 2019, Purdue Pharma L.P. and its affiliated debtors filed voluntary petitions for relief under chapter 11 of United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.  Purdue Pharma L.P.'s case is docketed as *In re Purdue Pharma L.P.*, No. 19-23649.  Also on September 18, 2019, Purdue Pharma L.P. and its affiliated debtors filed a motion for preliminary injunction seeking an order staying certain active cases to the extent not already stayed by the automatic stay.  To otherwise preserve and without waiving any rights, and out of an abundance of caution, Purdue joins in this proposed scheduling order.

*/s/ Tina M. Tabacchi*  
Tina M. Tabacchi  
Tara A. Fumerton  
JONES DAY  
77 West Wacker  
Chicago, IL 60601  
Tel.: (312) 782-3939  
Fax: (312) 782-8585  
tmtabacchi@jonesday.com  
tfumerton@jonesday.com  

*Counsel for Walmart Inc.*

*/s/ Kelly A. Moore*  
Kelly A. Moore  
MORGAN, LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, NY 10178  
Tel:  (212) 309-6612  
Fax: (212) 309-6001  
kelly.moore@morganlewis.com  

Elisa P. McEnroe  
MORGAN, LEWIS & BOCKIUS LLP  
1701 Market Street  
Philadelphia, PA 19103  
Tel:  (215) 963-5917  
Fax:  (215) 963-5001  
elisa.mcenroe@morganlewis.com  

*Attorneys for Defendants Rite Aid of Maryland, Inc. and Rite Aid Corp.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on October 7, 2019. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

>*/s/Emily S. Ullman*
>EMILY S. ULLMAN