# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 |
| | ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| *All Cases* | ) |
| | ) **ORDER REGARDING** |
| | ) **TRIAL EXHIBITS** |
| | ) |

Having received and reviewed the Parties' Exhibits Lists, and even accounting for Special Master Cohen's October 1, 2019, Order Regarding Exhibit and Witness Lists, Doc. #: 2695, the Court anticipates an extraordinary number of exhibits to be prepared for trial and brought to the courthouse. In order to manage space in the courtroom and preserve judicial resources, *hard copies of exhibits are **NOT** to be provided to the Court*. Instead, the Court requests that *all* trial exhibits (individual-party exhibits and joint exhibits) be consolidated onto a single external hard drive. The parties will then jointly provide four of these external hard drives containing all trial exhibits to the Court.[1]

At the end of each trial day, the parties will jointly be responsible for providing a spreadsheet in native excel and pdf formats that lists all exhibits used that day and annotates which exhibits were marked for presentation to the jury.[2] The parties will also jointly be responsible for transferring those exhibits that have been marked for presentation to the jury to a separate "jury

---

[1] One external hard drive for myself, one for my clerk, one for Special Master Cohen, and one as a backup.

[2] The spreadsheet shall be emailed daily to the MDL Case Administrator (Robert_T_Pitts@ohnd.uscourts.gov) and the Opioid MDL Law Clerk (Andrew_Loge@ohnd.uscourts.gov).

hard drive." After the close of the evidence but before deliberation, the parties will provide the "jury hard drive" as well as one backup of that hard drive to the Court to be provided to the jury for their deliberation.

**IT IS SO ORDERED.**

   **/s/ Dan Aaron Polster  October 7, 2019**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**