**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | **MDL 2804** |
| ) | |
| ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **Judge Dan Aaron Polster** |
| *Track One Cases* ) | |
| ) | **MINUTES AND ORDER** |
| ) | **RE JURY QUESTIONNAIRES** |
| ) | |
| ) | |

On Monday, October 7, 2019, the Court held a short conference with Track One trial counsel. During the conference, the Court expressed its preference, for the sake of expediency, to only bring in potential jurors who have completed the 19-page, case-specific jury questionnaires prior to the conference with Track One trial counsel scheduled for 10:00 AM on Friday, October 11, 2019. At this time, there have been more than 200 jury questionnaires returned, and the Jury Department anticipates receiving more over the next few days. Because the typical response time for a potential juror to submit a completed jury questionnaire is between a couple of days to a couple of weeks, potential jurors only now receiving jury questionnaires will not have sufficient time to fill out and submit those questionnaires prior to the scheduled conference. The Court sees no reason to continue to burden the public when those potential jurors will mostly likely not be considered.

None of the attorneys present voiced any objection. Thus, the Court hereby directs the Jury Department to cease sending out new jury questionnaires on Tuesday, October 8, 2019.

If any party would like to object to this directive, they must do so by **no later than 4:00 PM on Monday, October 7, 2019**.

**IT IS SO ORDERED.**

      /s/ Dan Aaron Polster  October 7, 2019
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**