**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | **MDL 2804** |
| ) | |
| ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **Judge Dan Aaron Polster** |
| *Track One Cases* ) | |
| ) | **ORDER REGARDING** |
| ) | **TRIAL TRANSCRIPTS** |
| ) | |

The Court Orders that:

Any Party Attorney who would like to receive realtime feed(s) during the trial must file a non-appeal transcript order request form on or before **Thursday, October 10, 2019**.[1]

- One request form from each Party is sufficient.

- The request shall include an attachment with the name and email address of each Party Attorney who will receive realtime feed(s) on behalf of that Party.

- Lead Counsel for each Party shall ensure a completed *Realtime/Draft Unedited Transcript Disclaimer* is attached to their request (appended to this Order as Exhibit A) so that all Party Attorneys receiving a realtime feed have acknowledged that the realtime/draft shall not be forwarded or distributed to non-ordering Parties or the public.

---

[1] Realtime feeds are only available to Party Attorneys.

Certified, final transcripts will be provided, upon request, on a daily basis throughout the duration of the trial. Any individual who would like to receive daily transcripts must file a non-appeal transcript request order form on or before **Friday, October 11, 2019**.

- For Parties in the trial, one request form from each Party is sufficient. All other transcript orders must be submitted on an individual basis.

- Each transcript order shall include a lead contact person to whom the final transcripts will be delivered each day as well as any additional file formats requested for delivery (PDF format is standard and included).

All orders for realtime feeds and/or transcripts shall be filed by the dates outlined above with Court Reporter Donnalee Cotone selected during the filing. General inquiries may be directed to Donnalee_Cotone@ohnd.uscourts.gov **AND** Sarah_Nageotte@ohnd.uscourts.gov.

**IT IS SO ORDERED.**

   **/s/ Dan Aaron Polster  October 7, 2019**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

# REALTIME/DRAFT UNEDITED TRANSCRIPT DISCLAIMER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　Case No.  1:17-md-2804

NATIONAL PRESCRIPTION
OPIATE LITIGATION

　　　　The realtime/draft unedited transcript of proceedings in the above-titled matter is delivered unedited and uncertified by the court reporter at the request of the undersigned.

　　　　You agree that you will not distribute this realtime/draft unedited transcript in any form, written or electronic, to the public, including news organizations, and other participants and/or nonparticipants.

　　　　The realtime/draft unedited transcript shall not be relied upon for purposes of verbatim citation of the record or used for any purpose that requires a certified transcript of a proceeding.

　　　　The realtime/draft unedited transcript has not been edited, proofread, or corrected. It is a draft transcript and is not certified to be true and correct. It may contain computer-generated mistranslations of stenotype shorthand or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols and shorthand which cannot be deciphered by non-court reporters.

　　　　The realtime/draft unedited transcript may differ from a certified transcript of the same proceedings in content, page and line numbers, punctuation, and formatting. The realtime/draft unedited transcript contains no appearance page, index, or certification page.

　　　　The undersigned agrees to indemnify and hold harmless the court reporter for any use by any person of the realtime/draft unedited transcript.

_____　　　_____
Name of purchaser　　　　　　　　　　　　　On behalf of *(party)*

_____　　　_____
Signature of purchaser　　　　　　　　　　　Date

_____　　　_____
Email　　　　　　　　　　　　　　　　　　　Telephone