IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Track One Cases* | MDL NO. 2804<br><br><br>Civ. No. 1:17-md-02804-DAP<br><br><br>JUDGE POLSTER |

## THE TEVA AND ACTAVIS GENERIC DEFENDANTS' AMENDED WITNESS LIST

Pursuant to the Special Master's Order dated October 1, 2019 requiring the parties to reduce the total number of witnesses by 5:00 p.m. on October 5, 2019 (Dkt. 2695) and Federal Rule of Civil Procedure 26, Teva Pharmaceutical Industries LTD, Teva Pharmaceuticals, USA, Inc., Cephalon, Inc.,  (collectively, "Teva Defendants"), Watson Laboratories, Inc., Actavis LLC, Warner Chilcott Company, LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. – Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc. (collectively, "Actavis Generic Defendants"), hereby disclose the following witnesses who may testify at trial on their behalf.

In serving this amended witness list, the Teva and Actavis Generic Defendants specifically reserve the right to further amend, supplement, or otherwise modify these disclosures prior to trial. The Teva and Actavis Generic Defendants also reserve the right to supplement and/or to amend their lists with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. The Teva and Actavis Generic Defendants further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. The Teva and Actavis Generic Defendants reserve the right to call any of these witnesses and any witness identified in Defendants' Joint Witness List.  The Teva and Actavis Generic Defendants specifically incorporate by reference the witnesses identified in Defendants' Joint Witness List as if fully set forth herein.

**A.  Expert Witnesses**

1. <u>Bruce Bagley, Ph.D.</u>, Professor of International Studies at the University of Miami. [Also on the Defendants' Joint Witness List]

    a) <u>Areas of Testimony</u>: Dr. Bagley is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

2. <u>Pradeep Chintagunta, Ph.D.</u>, Joseph T. and Bernice S. Lewis Distinguished Service Professor of Marketing at the Graduate School of Business at the University of Chicago. [Also on the Defendants' Joint Witness List]

    a) <u>Areas of Testimony</u>: Dr. Chintagunta is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

3. <u>Karl Colder</u>, Former Special Agent in Charge of the Washington Field Division, Drug Enforcement Agency

    a) <u>Areas of Testimony</u>: Dr. Colder is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

4. <u>Howard Dorfman</u>, Adjuct Professor and Distinguished Practitioner at Seton Hall University School of Law

    a) <u>Areas of Testimony</u>: Mr. Dorfman is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

5. <u>Larry N. Holifield</u>, Co-Founder and Director Corporate Integrity Services LLC. [Also on the Defendants' Joint Witness List]

    <u>Areas of Testimony</u>: Mr. Holifield is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

6. <u>Jonathan Ketcham, Ph.D.</u>, Earl G. and Gladys C. Davis Distinguished Research Professor in Business at the W.P. Carey School of Business at Arizona State University [Also on the Defendants' Joint Witness List]

    a) <u>Areas of Testimony</u>: Dr. Ketcham is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

7. <u>Rob Lyerla, Ph.D. MGIS</u>, Professor in the Interdisciplinary Health Sciences PhD program at Western Michigan University and a former Captain in the U.S. Public Health Service. [Also on the Defendants' Joint Witness List]

    a) <u>Areas of Testimony</u>: Dr. Lyerla is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

8. <u>Edward Michna, M.D.</u>, Assistant Professor of Anesthesia at Harvard Medical School.

    a) <u>Areas of Testimony</u>: Dr. Michna is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

9. <u>Sean Nicholson, Ph.D.</u>, Professor in the Department of Policy Analysis and Management and Director of the Sloan Program in Health Administration at Cornell University.

    a) <u>Areas of Testimony</u>: Dr. Nicholson is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

10. <u>Melanie Rosenblatt, M.D.</u>, Medical Director of Pain Management at Pain Management Strategies, Inc. and Medical Director of Acute Pain Management at Holy Cross Hospital.

    a) <u>Areas of Testimony</u>: Dr. Rosenblatt is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

11. <u>Joseph Tomkiewicz</u>, Teva Diversion Operations Manager [Also on Teva's Fact Witness List]

    a) <u>Areas of Testimony</u>: Mr. Tomkiewicz is expected to testify about the opinions detailed in his expert disclosure and on matters concerning his knowledge, skill, experience, education, and training.

12. <u>Douglas Tucker, M.D.</u> [Also on the Defendants' Joint Witness List]

    a) <u>Areas of Testimony</u>: Dr. Tucker is expected to testify about the opinions detailed in his expert report and on matters concerning his knowledge, skill, experience, education, and training.

**B.  Fact Witnesses[1]**

1. <u>Christine Baeder,</u>  Teva Chief Operating Officer US Generics

    a) <u>Areas of Testimony</u>: Ms. Baeder is expected to testify on the topics addressed at her deposition, her duties and responsibilities as the Chief Operating Office for US Generics, the business model for generic manufacturers, the Teva and Actavis Defendants generic business operations and related knowledge.

2. <u>Valli Baldassano</u>, Former Cephalon Executive Vice President and Chief Compliance Officer

    a) <u>Areas of Testimony:</u>  Ms. Baldassano will not be called live, and will only be presented through her Responses to Plaintiffs' Deposition by Written Questions.

3. <u>Tricia Glover</u>, Teva Vice President Compliance

    a) <u>Areas of Testimony:</u>  Ms. Glover is expected to testify on the company's current and historic compliance programs, the Corporate Integrity Agreement and implementation of same, her

---

[1] Witnesses listed with an asterisk are witnesses for whom Defendants designated deposition testimony for trial.

>
> duties and responsibilities as the Vice President of Compliance and related knowledge.

4. Kishore Gopu, Teva Director REMS Operations

   a) Areas of Testimony: Mr. Gopu is expected to testify about the TIRF REMS program, other REMS programs related to opioid products, his duties and responsibilities as a Director of REMS operations and related knowledge.

5. Susan Larijani, Teva Senior Director Medical Information

   a) Areas of Testimony: Ms. Larijani is expected to testify on her duties and responsibilities as the Senior Director of Medical Information and related knowledge.

6. Colleen McGinn, Former Teva Director DEA Compliance*

   a) Areas of Testimony: Ms. McGinn is expected to testify on the topics addressed at her deposition, her duties and responsibilities as the former Director of DEA Compliance and related knowledge.

7. Chris Meyer, Former Teva Director of Sales Operations

   a) Areas of Testimony: Mr. Meyer is expected to testify on his duties and responsibilities as the former Director of Sales Operations and related knowledge.

8. Michael Morreale, Teva Regional Sales Manager

   a) Areas of Testimony: Mr. Morreale is expected to testify on the topics addressed at his deposition, his duties and responsibilities as a Regional Sales Manager and related knowledge.

9. David Myers, Teva Associate Director Marketing; Former Actavis Senior Manager, Products and Communications*

   a) Areas of Testimony: Mr. Myers is expected to testify on the topics addressed at his deposition, his duties and responsibilities as an Associate Director of Marketing at Teva and former Senior Manager of Products and Communications at Actavis and related knowledge.

10. Tom Napoli, Former Actavis Associate Director, Controlled Substance Compliance; Former Watson Manager, Security and DEA Affairs*

    a) Areas of Testimony: Mr. Napoli is expected to testify on the topics addressed at his deposition, his duties and responsibilities as

        a former Associate Director of Controlled Substance Compliance at Actavis and Manager of Security and DEA Affairs at Watson, and related knowledge.

11. <u>Joe Tomkiewicz</u>, Teva Diversion Operations Manager

    a) <u>Areas of Testimony:</u>  Mr. Tomkiewicz is expected to testify on the topics addressed at his deposition, his duties and responsibilities as the Diversion Operations Manager and related knowledge.

12. <u>Paula Williams</u>, Teva Director Medical Education

    a) <u>Areas of Testimony:</u>  Ms. Williams is expected to testify on the topics addressed at her deposition in that matter of the *State of Oklahoma ex rel. Mike Hunter v. Purdue Pharma L.P. et al.*, Case No. CJ-2017-816, her duties and responsibilities the Director of Medical Education and director of marketing and related knowledge.

13. <u>Mary Woods</u>, Allergan Executive Director, Customer Relations Operations; Former Actavis Executive Director, Customer Relations Operations; Former Watson Associate Director, Call Center Operations

    a) <u>Areas of Testimony:</u>  Ms. Woods is expected to testify on the topics addressed at her deposition, the Actavis Generic Defendants' SOM programs, her duties and responsibilities as the former Executive Director of Customer Relations Operations at Actavis and Director of Call Center Operation at Watson, and related knowledge.

## C. Fact Witnesses from Severed or Settled Defendants' Lists[2]

1. <u>Charles Argoff, M.D.</u>, Professor of Neurology, Albany Medical College and Director of the Comprehensive Pain Center at Albany Medical Center*

    a) <u>Areas of Testimony: Dr. Argoff is expected to testify concerning matters related to his clinical experience related to opioid medications and/or his interactions with pharmaceutical companies.</u>

2. <u>Scott Fishman, M.D.</u>, Chief, Division of Pain Medicine, University of California, Davis*

---

[2] Witnesses listed with an asterisk are witnesses for whom Defendants designated deposition testimony for trial.

      a)     Areas of Testimony: Dr. Fishman is expected to testify concerning matters related to his clinical experience related to opioid medications and/or his interactions with pharmaceutical companies.

3. Lisa Robin, Chief Advocacy Officer, Federation of State Medical Boards*

      Areas of Testimony: Ms. Robin is expected to testify concerning matters related to her duties and responsibilities as Chief Advocacy Officer of the Federation of State Medical Boards and related to her previous relevant employment.

4. Philip Saigh, Executive Director, American Academy of Pain Management*

      a)     Areas of Testimony: Mr. Saigh is expected to testify concerning matters related to his duties and responsibilities as the Executive Director of American Academy of Pain Management and related to his previous relevant employment.

5. Lynn Webster, M.D., Vice President of Scientific Affairs, PRA Health Sciences*

      a)     Areas of Testimony: Dr. Webster is expected to testify concerning matters related to his clinical experience related to opioid medications and/or his interactions with pharmaceutical companies.Areas of Testimony:  Mr. Gopu is expected to testify about the TIRF REMS program, other REMS programs related to opioid products, his duties and responsibilities as a Director of REMS

Dated: October 7, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Steven A. Reed*
　　　　　　　　　　　　　　　　　　Steven A. Reed
　　　　　　　　　　　　　　　　　　Eric W. Sitarchuk
　　　　　　　　　　　　　　　　　　Harvey Bartle
　　　　　　　　　　　　　　　　　　Rebecca J. Hillyer
　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-2921
　　　　　　　　　　　　　　　　　　Tel: (215) 963-5000
　　　　　　　　　　　　　　　　　　Fax: (215) 963-5001
　　　　　　　　　　　　　　　　　　steven.reed@morganlewis.com
　　　　　　　　　　　　　　　　　　eric.sitarchuk@morganlewis.com
　　　　　　　　　　　　　　　　　　harvey.bartle@morganlewis.com
　　　　　　　　　　　　　　　　　　rebecca.hillyer@morganlewis.com

　　　　　　　　　　　　　　　　　　Nancy L. Patterson
　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 4000
　　　　　　　　　　　　　　　　　　Houston, Texas 77002-5005
　　　　　　　　　　　　　　　　　　Tel: (713) 890-5195
　　　　　　　　　　　　　　　　　　Fax: (713) 890-5001
　　　　　　　　　　　　　　　　　　nancy.patterson@morganlewis.com

　　　　　　　　　　　　　　　　　　Wendy West Feinstein (0064973)
　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　One Oxford Centre, Thirty-Second Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219-6401
　　　　　　　　　　　　　　　　　　Tel: (412) 560-7455
　　　　　　　　　　　　　　　　　　Fax: (412) 560-7001
　　　　　　　　　　　　　　　　　　wendy.feinstein@morganlewis.com

　　　　　　　　　　　　　　　　　　*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 7, 2019, the Teva Defendants' and Actavis Generic Defendants' Amended Witness List , was filed with the Clerk of the Court and served all counsel of record via the Court's CM/ECF system.  If electronic notice is not indicated through the court's e-filing system, a true and correct copy of the foregoing document was delivered via electronic mail or U.S. Mail

/s/ Steven A. Reed
Steven A. Reed