# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,           MDL NO. 2804
OPIATE LITIGATION

                                        Case No. 17-MD-2804

                                        Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.* MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.* MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45493 |

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

## DEFENDANTS' JOINDER IN SECOND AMENDED JOINT PROPOSED SCHEDULING ORDER

Defendants AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation, along with defendants H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company, and defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. hereby join in the Second Amended Joint Proposed Scheduling Order, Docket No. 2726, that was filed with the Court on this date.

Dated: October 7, 2019

Respectfully submitted,


  /s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation and AmerisourceBergen Corporation*

/s/ William E. Padgett
William E. Padgett
Kathleen L. Matsoukas
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com

*Counsel for Defendants Johnson &
Johnson; Janssen Pharmaceuticals, Inc.;
Ortho-McNeil-Janssen Pharmaceuticals,
Inc. n/k/a Janssen Pharmaceuticals, Inc.;
and Janssen Pharmaceutica, Inc. n/k/a
Janssen Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed via the Court's electronic filing system on October 7, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

<u>/s/Robert A. Nicholas</u>
ROBERT A. NICHOLAS
