**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE WITNESS
OBJECTIONS AT 5:00 PM ON TUESDAY, OCTOBER 7**

The Plaintiffs' Executive Committee respectfully requests that this Court grant Plaintiffs leave to file Witness Objections by 5:00 PM Eastern on Tuesday October 8, 2019. In support of this Motion, Plaintiffs state as follows:

1. On October 1, 2019, Special Master Cohen determined that the numbers of witnesses and exhibits listed by both parties were "so excessive they provide no idea to opposing counsel or the Court regarding what actual trial presentations might be." (Dkt. 2695 at 1.) Thus, the Special Master ordered the parties to reduce the number of witnesses and exhibits and to serve revised witness and exhibit lists by 5:00 PM on Saturday, October 5. (*Id.* at 2.) Of particular relevance to this motion, the Special Master ordered Defendants to reduce their witness lists from 200 combined witnesses to 150 combined witnesses. Indeed, certain Defendants added new witnesses to their revised lists served on Saturday, either by including witnesses from the lists of severed defendants or by simply identifying new names just two weeks before the beginning of trial.

2. Although the Civil Trial Jury Order (Dkt. 1598) established a deadline of 12:00 PM on Monday, October 7 for the parties to file objections to witnesses and exhibits, that same

1

Order directed counsel to "make every effort to resolve objections before seeking the Court's assistance." Plaintiffs thus understood the Court to have directed the parties to confer before filing witness objections with the Court.

3. Defendants served objections to Plaintiffs' witnesses earlier today, at which point Plaintiffs realized that the parties were not going to meet and confer concerning objections to witnesses. Indeed, based upon a quick review of the filing, numerous of the objections appearing on Defendants' Objection list have not been previously raised in a meet and confer with counsel.

4. Plaintiffs respectfully seek a modest extension until 5:00 PM on Tuesday, October 8 to file objections to Defendants' witnesses and exhibits. Of necessity, Plaintiffs will not have had the opportunity to confer with Defendants' counsel concerning these objections.

WHEREFORE, Plaintiffs respectfully request until 5:00 PM on Tuesday, October 8 to file objections to Defendants' witness and exhibit lists

Dated: October 7, 2019

    Respectfully submitted,

    By: /s/ Linda Singer_____
    Linda Singer

    Joseph F. Rice
    Jodi Westbrook Flowers
    Anne McGinness Kearse
    David I. Ackerman
    Jeffrey C. Nelson
    MOTLEY RICE LLC
    401 9th Street NW, Suite 1001
    Washington, DC 20004
    Tel: (202) 232-5504

        */s/ Frank Gallucci*
        Frank Gallucci (0072680)
        PLEVIN & GALLUCCI
        55 Public Square, Suite 2222
        Cleveland, Ohio 44113
        fgallucci@pglawyer.com
        Phone: (216) 861-0804

        */s/ Hunter J. Shkolnik*
        Hunter J. Shkolnik (admitted *pro hac vice*)
        Salvatore C. Badala (admitted *pro hac vice*)
        NAPOLI SHKOLNIK PLLC
        360 Lexington Avenue
        New York, New York 10017
        hunter@napolilaw.com
        sbadala@napolilaw.com
        Phone: (212) 397-1000

        */s/Paul J. Hanly, Jr.*
        Paul J. Hanly, Jr.
        SIMMONS HANLY CONROY
        112 Madison Avenue, 7th Floor
        New York, NY 10016
        (212) 784-6400
        (212) 213-5949 (fax)
        phanly@simmonsfirm.com


        */s/ Paul T. Farrell, Jr., Esq.*
        Paul T. Farrell, Jr.
        GREENE KETCHUM, LLP
        419 Eleventh Street
        Huntington, WV 25701
        (304) 525-9115
        (800) 479-0053
        (304) 529-3284 (Fax)
        paul@greeneketchum.com

                */s/ Peter H. Weinberger*
                Peter H. Weinberger (0022076)
                SPANGENBERG SHIBLEY & LIBER
                1001 Lakeside Avenue East, Suite 1700
                Cleveland, OH 44114
                (216) 696-3232
                (216) 696-3924 (Fax)
                pweinberger@spanglaw.com
                Plaintiffs' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                s/Peter H. Weinberger
                Peter H. Weinberger
                Plaintiffs' Liaison Counsel