Schein Defendants'
Trial Exhibit List

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-1 | 11/10/2016 | R-03.01 Customer Verifications Procedure - Rev 7 | HSI-MDL-00000001 | HSI-MDL-00000021 | | | | | | | |
| HS-2 | 12/14/2012 | R-03.01 Customer Verifications Procedure - Rev 6 | HSI-MDL-00000027 | HSI-MDL-00000055 | | | | | | | |
| HS-3 | 4/9/2003 | R-03.01 Customer Verifications Procedure - Rev 4 | HSI-MDL-00000056 | HSI-MDL-00000072 | | | | | | | |
| HS-4 | 3/7/2003 | R-03.01 Customer Verifications Procedure - Rev 3 | HSI-MDL-00000073 | HSI-MDL-00000081 | | | | | | | |
| HS-5 | 5/21/2018 | R-03.07 - Controlled Substance Monitoring & Reporting - Rev 5 | HSI-MDL-00000086 | HSI-MDL-00000103 | | | | | | | |
| HS-6 | 3/29/2016 | R-03.07 - Controlled Substance Monitoring & Reporting - Rev 4 | HSI-MDL-00000104 | HSI-MDL-000001112 | | | | | | | |
| HS-7 | 5/9/2013 | R-03.07 - Controlled Substance Monitoring & Reporting Procedures Rev 3 | HSI-MDL-00000113 | HSI-MDL-00000118 | | | | | | | |
| HS-8 | 9/22/2009 | R-03.07 - Controlled Substance Monitoring & Reporting Procedures Rev 2 | HSI-MDL-00000119 | HSI-MDL-00000133 | | | | | | | |
| HS-9 | 7/8/2006 | R-03.07 Controlled Substance Monitoring & Reporting Procedures Rev 1 | HSI-MDL-00000134 | HSI-MDL-00000138 | | | | | | | |
| HS-10 | 3/7/2003 | R-03.07 - Controlled Substance Monitoring & Reporting Procedures | HSI-MDL-00000139 | HSI-MDL-00000144 | | | | | | | |
| HS-11 | 3/31/2016 | DEA Know Your Customer Due Diligence Procedure | HSI-MDL-00000184 | HSI-MDL-00000193 | | | | | | | |
| HS-12 | 12/3/2012 | R-03.11 Suspicious Orders Monitoring System - Review and Release Procedure Rev 1 | HSI-MDL-00000194 | HSI-MDL-00000204 | | | | | | | |
| HS-13 | 3/2/2018 | S. Abreu Deposition Exhibit 28 - Regulatory Affairs Customer Due Diligence Procedure - Francis O'Regan | HSI-MDL-00000208 | HSI-MDL-00000218 | | | | | | | |
| HS-14 | N/A | Customer Servicing Image - Adolph Harper, Jr. | HSI-MDL-00000983 | HSI-MDL-00000984 | | | | | | | |
| HS-15 | N/A | Customer Servicing Image - Brian Heim | HSI-MDL-00001198 | HSI-MDL-00001210 | | | | | | | |
| HS-16 | N/A | Native File: Ohio Sales to Summit County 1-1-09 to 7-30-2018.xlsx | HSI-MDL-00001612 | HSI-MDL-00001612 | | | | | | | |
| HS-17 | 1/1/2011 | Verifications SOM Yesterday, Today, and Tomorrow | HSI-MDL-00002600 | HSI-MDL-00002600 | | | | | | | |
| HS-18 | 11/8/2011 | License Verification Questionnaire - Sent to Dr. Samuel Ray | HSI-MDL-00002626 | HSI-MDL-00002626 | | | | | | | |
| HS-19 | 4/25/2018 | R-03.07 - Controlled Substance Monitoring & Reporting - Rev 5 | HSI-MDL-00007003 | HSI-MDL-00007008 | | | | | | | |
| HS-20 | 2/10/2011 | M. Dibello Deposition Exhibit 23 - Email from C. Schiavo to M. Dibello and S. Tejeda re: SOM Procedures and enclosing review and release procedures | HSI-MDL-00007353 | HSI-MDL-00007355 | | | | | | | |
| HS-21 | 11/27/2017 | Know Your Customer Site Visit - Virtual | HSI-MDL-00010146 | HSI-MDL-00010150 | | | | | | | |
| HS-22 | No Date | Regulatory Affairs Controlled Substance/List Chemical Due Diligence Procedure - Francis O'Regan, Nicholas Delucia, and Kathleen Reid | HSI-MDL-00011719 | HSI-MDL-00011730 | | | | | | | |
| HS-23 | 7/21/2015 | DEA compliance Update Summary - July 21, 2015 | HSI-MDL-00012986 | HSI-MDL-00012990 | | | | | | | |
| HS-24 | 4/26/2018 | R-03.07 - Controlled Substance Monitoring & Reporting - Rev 5 | HSI-MDL-00017557 | HSI-MDL-00017562 | | | | | | | |
| HS-25 | 12/20/2017 | R-03.07 - Controlled Substance Monitoring & Reporting - Rev 5 | HSI-MDL-00017599 | HSI-MDL-00017604 | | | | | | | |
| HS-26 | 1/29/2009 | R-03.10 Suspicious Orders Monitoring System - Review and Release Procedure | HSI-MDL-00019721 | HSI-MDL-00019723 | | | | | | | |
| HS-27 | 2/23/2009 | R-03.10 Suspicious Orders Monitoring System - Review and Release Procedure | HSI-MDL-00019740 | HSI-MDL-00019742 | | | | | | | |
| HS-28 | 1/26/2012 | S. Tejeda letter to D. Spears at DEA Philadelphia Division re: SOMS pended order and report with doctor contact information | HSI-MDL-00020565 | HSI-MDL-00020565 | | | | | | | |
| HS-29 | 1/19/2016 | Email from L. Kearns to K. Reid, C. Stratton, and DEA-Customer Due Diligence re: Juan Antonio Castillo - Orders Pending | HSI-MDL-00030902 | HSI-MDL-00030904 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-30 | 9/16/2015 | Email from T. Steffanie-Oak to A. Ratcliffe at DOJ regarding potential suspicious activity | HSI-MDL-00040232 | HSI-MDL-00040233 | | | | | | | |
| HS-31 | 11/1/2009 | S. Abreu Deposition Exhibit 16 & M. DiBello Deposition Exhibit 5 - Presentation - Current DEA challenges from a Distributor's Perspective, Mike Dibello, Director of Regulatory Affairs - 7th Annual Controlled Substance Conference | HSI-MDL-00040712 | HSI-MDL-00040712 | | | | | | | |
| HS-32 | 11/10/2016 | R-16.01 PDMA Record Retention Policy - Rev 6 | HSI-MDL-00043335 | HSI-MDL-00043348 | | | | | | | |
| HS-33 | 6/12/2012 | J. Rannazzisi Letter re the CSA - Controlled Substances Act | HSI-MDL-00065789 | HSI-MDL-00065790 | | | | | | | |
| HS-34 | 6/14/2011 | Regulatory Affairs Customer Due Diligence Summary/Approval Form - Dr. Costa | HSI-MDL-00068091 | HSI-MDL-00068096 | | | | | | | |
| HS-35 | 7/28/2011 | Email from C. Schiavo to M. Dibello and S. Tejeda re: DEA Phone Call | HSI-MDL-00068153 | HSI-MDL-00068153 | | | | | | | |
| HS-36 | 3/14/2003 | R-16.01 PDMA Record Retention Policy - Rev 3 | HSI-MDL-00092255 | HSI-MDL-00092270 | | | | | | | |
| HS-37 | 2/7/2007 | S. Abreu Deposition Exhibit 9 - J. Rannazzisi Letter re the CSA - Controlled Substances Act | HSI-MDL-00093112 | HSI-MDL-00093115 | | | | | | | |
| HS-38 | 10/11/2009 | Letter from S. Abreu to DEA Diversion Group Supervisor of PA, enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00093176 | HSI-MDL-00093176 | | | | | | | |
| HS-39 | 10/11/2009 | Oct. 8, 2009 - Worldwide Consolidated HSI - Suspended Orders Released | HSI-MDL-00093177 | HSI-MDL-00093246 | | | | | | | |
| HS-40 | 9/1/2016 | R-03.01 Customer Verifications Procedure - Rev 7 | HSI-MDL-00113431 | HSI-MDL-00113452 | | | | | | | |
| HS-41 | 7/10/2007 | Henry Schein Inc. : Export Compliance Program - Corporate Procedural Manual | HSI-MDL-00170080 | HSI-MDL-00170108 | | | | | | | |
| HS-42 | 4/9/2018 | Email from N. Delucia to F. O'Regan and K. Reid regarding letter to distributors and updates to suspicious reporting | HSI-MDL-00176660 | HSI-MDL-00176661 | | | | | | | |
| HS-43 | 10/19/2017 | Email from V. Bostic to K. Strange, J. Peacock, S. Tejeda, N. Delucia, and F. O'Regan re: SOM and DEA notification | HSI-MDL-00177751 | HSI-MDL-00177751 | | | | | | | |
| HS-44 | 6/28/2010 | R-03.01 Customer Verifications Procedure - Rev 5 | HSI-MDL-00177924 | HSI-MDL-00177957 | | | | | | | |
| HS-45 | 4/19/2018 | R-03.07 - Controlled Substance Monitoring & Reporting - Rev 6 | HSI-MDL-00208874 | HSI-MDL-00208879 | | | | | | | |
| HS-46 | 9/27/2006 | S. Abreu Deposition Exhibit 8 - J. Rannazzisi Letter re the CSA - Controlled Substances Act | HSI-MDL-00231455 | HSI-MDL-00231458 | | | | | | | |
| HS-47 | 10/20/2009 | C. Schiavo Deposition Exhibit 6 - Email from C. Schiavo to L. David, M. DiBello, and S. Tejeda re: DEA Meeting 10-21-09.pptx | HSI-MDL-00231976 | HSI-MDL-00231976 | | | | | | | |
| HS-48 | 10/20/2009 | NATIVE: DEA MEETING 10-21-09.pptx | HSI-MDL-00231977 | HSI-MDL-00231977 | | | | | | | |
| HS-49 | 2/3/2010 | Letter from S. Abreu to S. Stewart at Tulsa DEA Resident Office, enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00264760 | HSI-MDL-00264761 | | | | | | | |
| HS-50 | 12/23/2015 | R-03.07 - Controlled Substance Monitoring & Reporting Procedures Rev 4 | HSI-MDL-00283178 | HSI-MDL-00283183 | | | | | | | |
| HS-51 | 2/3/2015 | Letter from S. Abreu to D. White/DEA enclosing enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00310465 | HSI-MDL-00310468 | | | | | | | |
| HS-52 | 8/1/2016 | R-03.01 Customer Verifications Procedure - Rev 7 | HSI-MDL-00311621 | HSI-MDL-00311643 | | | | | | | |
| HS-53 | 9/1/2018 | R-03.01 Customer Verifications Procedure - Rev 8 | HSI-MDL-00316773 | HSI-MDL-00316798 | | | | | | | |
| HS-54 | 7/15/2011 | Regulatory Affairs Customer Due Diligence Summary/Approval Form - Dr. Bahadori | HSI-MDL-00330430 | HSI-MDL-00330440 | | | | | | | |
| HS-55 | 6/14/2011 | Regulatory Affairs Customer Due Diligence Summary/Approval Form - Dr. Sachs | HSI-MDL-00389389 | HSI-MDL-00389394 | | | | | | | |
| HS-56 | 8/22/2011 | R-03.10 Suspicious Orders Monitoring System - Review and Release Procedure Rev 1 | HSI-MDL-00398356 | HSI-MDL-00398365 | | | | | | | |
| HS-57 | 12/11/2012 | Pharma Compliance Group evaluation of the Henry Schein SOM Program | HSI-MDL-00399975 | HSI-MDL-00399987 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-58 | 5/23/2008 | R-03.07 - Controlled Substance Monitoring & Reporting Procedures Rev 2 | HSI-MDL-00401737 | HSI-MDL-00401743 | | | | | | | |
| HS-59 | 10/31/2002 | Schein - N. Fariello letter to A. Sheller re Suspicious order monitoring reports | HSI-MDL-00402519 | HSI-MDL-00402519 | | | | | | | |
| HS-60 | 9/4/2002 | Sept. 4, 2002 - Pended Invoices Not Shipped Report | HSI-MDL-00402520 | HSI-MDL-00402521 | | | | | | | |
| HS-61 | 12/27/2007 | S. Abreu Deposition Exhibit 10 - J. Rannazzisi Letter re the CSA - Controlled Substances Act | HSI-MDL-00404079 | HSI-MDL-00404080 | | | | | | | |
| HS-62 | 9/16/2005 | S. Abreu Deposition Exhibit 12 - Henry Schein Executive Summary from BuzzeoPDMA | HSI-MDL-00404203 | HSI-MDL-00404209 | | | | | | | |
| HS-63 | 3/31/1992 | S. Abreu Deposition Exhibit 11 - Revised Suspicious Order Monitoring Procedures | HSI-MDL-00404222 | HSI-MDL-00404223 | | | | | | | |
| HS-64 | 2/5/1998 | Henry Schein Inc. Verification Procedures for Controlled Drug Orders | HSI-MDL-00404226 | HSI-MDL-00404228 | | | | | | | |
| HS-65 | 9/1/2008 | S. Tejeda Deposition Exhibit 15 - Cegedim Dendrite - Draft of Schein SOM Procedural Review | HSI-MDL-00404369 | HSI-MDL-00404373 | | | | | | | |
| HS-66 | 4/28/2015 | Email from S. Abreu to J. Mullins, B. Brandt, and L. Matalon enclosing letter to DEA | HSI-MDL-00494826 | HSI-MDL-00494826 | | | | | | | |
| HS-67 | 4/28/2015 | Draft letter from S. Abreu to DEA regarding SOM program update - Reports of Pended Orders of Interest | HSI-MDL-00494827 | HSI-MDL-00494827 | | | | | | | |
| HS-68 | 2/14/2018 | Letter from J. Peacock to Schein Team regarding changes in DEA Reporting Process | HSI-MDL-00511422 | HSI-MDL-00511422 | | | | | | | |
| HS-69 | 11/12/2007 | J. Nalveaiko to Indianapolis Group Supervisor DEA letter enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00528805 | HSI-MDL-00528934 | | | | | | | |
| HS-70 | 10/4/2007 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00528935 | HSI-MDL-00529054 | | | | | | | |
| HS-71 | 9/6/2007 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529055 | HSI-MDL-00529147 | | | | | | | |
| HS-72 | 8/2/2007 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529148 | HSI-MDL-00529237 | | | | | | | |
| HS-73 | 7/3/2007 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529238 | HSI-MDL-00529324 | | | | | | | |
| HS-74 | 12/3/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529325 | HSI-MDL-00529399 | | | | | | | |
| HS-75 | 11/5/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529400 | HSI-MDL-00529503 | | | | | | | |
| HS-76 | 10/07/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529504 | HSI-MDL-00529600 | | | | | | | |
| HS-77 | 9/4/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529601 | HSI-MDL-00529694 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-78 | 8/5/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529695 | HSI-MDL-00529791 | | | | | | | |
| HS-79 | 7/2/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529792 | HSI-MDL-00529880 | | | | | | | |
| HS-80 | 6/6/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529881 | HSI-MDL-00529974 | | | | | | | |
| HS-81 | 5/8/2008 | J. Nalveaiko letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00529975 | HSI-MDL-00530061 | | | | | | | |
| HS-82 | 4/10/2008 | J. Nalveaiko letter to Group Supervisor- Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530062 | HSI-MDL-00530146 | | | | | | | |
| HS-83 | 3/6/2008 | J. Nalveaiko letter to Group Supervisor- Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530147 | HSI-MDL-00530311 | | | | | | | |
| HS-84 | 2/6/2008 | J. Nalveaiko letter to Group Supervisor- Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530312 | HSI-MDL-00530407 | | | | | | | |
| HS-85 | 12/10/2009 | D. Remondino letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530408 | HSI-MDL-00530553 | | | | | | | |
| HS-86 | 9/8/2009 | D. Remondino letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530554 | HSI-MDL-00530634 | | | | | | | |
| HS-87 | 8/5/2009 | D. Remondino letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530635 | HSI-MDL-00530636 | | | | | | | |
| HS-88 | 8/4/2009 | Aug. 4, 2009 - Suspended Orders Released Report | HSI-MDL-00530637 | HSI-MDL-00530713 | | | | | | | |
| HS-89 | 7/2/2009 | D. Remondino letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530714 | HSI-MDL-00530792 | | | | | | | |
| HS-90 | 7/1/2009 | July 1, 2009 - Suspended Orders Released Report | HSI-MDL-00530793 | HSI-MDL-00530815 | | | | | | | |
| HS-91 | 4/8/2009 | J. Nalveaiko letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530816 | HSI-MDL-00530877 | | | | | | | |
| HS-92 | 3/5/2009 | J. Nalveaiko letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530878 | HSI-MDL-00530939 | | | | | | | |
| HS-93 | 2/4/2009 | J. Nalveaiko letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00530940 | HSI-MDL-00531003 | | | | | | | |
| HS-94 | 1/8/2009 | J. Nalveaiko letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531004 | HSI-MDL-00531096 | | | | | | | |
| HS-95 | 12/2/2010 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531097 | HSI-MDL-00531238 | | | | | | | |

*Schein Defendants'*
Trial Exhibit List

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-96 | 11/2/2010 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531239 | HSI-MDL-00531378 | | | | | | | |
| HS-97 | 10/4/2010 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531379 | HSI-MDL-00531520 | | | | | | | |
| HS-98 | 9/7/2010 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531521 | HSI-MDL-00531661 | | | | | | | |
| HS-99 | 8/3/2010 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531662 | HSI-MDL-00531803 | | | | | | | |
| HS-100 | 7/6/2010 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531804 | HSI-MDL-00531952 | | | | | | | |
| HS-101 | 6/2/2010 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00531953 | HSI-MDL-00532101 | | | | | | | |
| HS-102 | 5/6/2010 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532102 | HSI-MDL-00532262 | | | | | | | |
| HS-103 | 4/2/2010 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532263 | HSI-MDL-00532319 | | | | | | | |
| HS-104 | 3/3/2010 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532320 | HSI-MDL-00532456 | | | | | | | |
| HS-105 | 2/3/2010 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532457 | HSI-MDL-00532565 | | | | | | | |
| HS-106 | 1/8/2010 | D. Remondino letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532566 | HSI-MDL-00532674 | | | | | | | |
| HS-107 | 9/10/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532675 | HSI-MDL-00532908 | | | | | | | |
| HS-108 | 8/2/2012 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00532909 | HSI-MDL-00533140 | | | | | | | |
| HS-109 | 7/2/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00533141 | HSI-MDL-00533382 | | | | | | | |
| HS-110 | 6/4/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00533383 | HSI-MDL-00533623 | | | | | | | |
| HS-111 | 5/1/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00533624 | HSI-MDL-00533853 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-112 | 3/29/2012 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00533854 | HSI-MDL-00534073 | | | | | | | |
| HS-113 | 3/5/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00534074 | HSI-MDL-00534279 | | | | | | | |
| HS-114 | 2/3/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00534280 | HSI-MDL-00534474 | | | | | | | |
| HS-115 | 1/3/2012 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00534475 | HSI-MDL-00534639 | | | | | | | |
| HS-116 | 12/5/2011 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00534640 | HSI-MDL-00534809 | | | | | | | |
| HS-117 | 11/2/2011 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00534810 | HSI-MDL-00534974 | | | | | | | |
| HS-118 | 10/4/2011 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00534975 | HSI-MDL-00535136 | | | | | | | |
| HS-119 | 9/7/2011 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535137 | HSI-MDL-00535294 | | | | | | | |
| HS-120 | 8/2/2011 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535295 | HSI-MDL-00535439 | | | | | | | |
| HS-121 | 7/6/2011 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535440 | HSI-MDL-00535577 | | | | | | | |
| HS-122 | 6/2/2011 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535578 | HSI-MDL-00535699 | | | | | | | |
| HS-123 | 5/3/2011 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535700 | HSI-MDL-00535822 | | | | | | | |
| HS-124 | 4/6/2011 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535823 | HSI-MDL-00535942 | | | | | | | |
| HS-125 | 3/4/2011 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00535943 | HSI-MDL-00536066 | | | | | | | |
| HS-126 | 2/2/2011 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536067 | HSI-MDL-00536200 | | | | | | | |
| HS-127 | 1/7/2011 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536201 | HSI-MDL-00536340 | | | | | | | |
| HS-128 | 4/29/2015 | S. Abreu letter to DEA re Reports of Pended Orders of Interest | HSI-MDL-00536341 | HSI-MDL-00536345 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-129 | 4/2/2015 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536346 | HSI-MDL-00536347 | | | | | | | |
| HS-130 | 4/1/2015 | April 1, 2015 - Pended Orders Released Report | HSI-MDL-00536348 | HSI-MDL-00536435 | | | | | | | |
| HS-131 | 3/4/2015 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536436 | HSI-MDL-00536440 | | | | | | | |
| HS-132 | 3/1/2015 | Mar. 1, 2015 - Pended Orders Released Report | HSI-MDL-00536441 | HSI-MDL-00536530 | | | | | | | |
| HS-133 | 2/3/2015 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536531 | HSI-MDL-00536535 | | | | | | | |
| HS-134 | 2/1/2015 | Feb. 1, 2015: Pended Orders Released Report | HSI-MDL-00536536 | HSI-MDL-00536621 | | | | | | | |
| HS-135 | 1/2/2015 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536622 | HSI-MDL-00536626 | | | | | | | |
| HS-136 | 1/2/2015 | Jan. 1, 2015: Pended Orders Released Report | HSI-MDL-00536627 | HSI-MDL-00536712 | | | | | | | |
| HS-137 | 12/9/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536713 | HSI-MDL-00536717 | | | | | | | |
| HS-138 | 12/1/2014 | Dec. 1, 2014: Pended Orders Released Report | HSI-MDL-00536718 | HSI-MDL-00536805 | | | | | | | |
| HS-139 | 11/6/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536806 | HSI-MDL-00536810 | | | | | | | |
| HS-140 | 11/1/2014 | Nov. 1, 2014: Pended Orders Released Report | HSI-MDL-00536811 | HSI-MDL-00536902 | | | | | | | |
| HS-141 | 10/1/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00536903 | HSI-MDL-00536907 | | | | | | | |
| HS-142 | 10/1/2014 | Oct. 1, 2014: Pended Orders Released Report | HSI-MDL-00536908 | HSI-MDL-00537004 | | | | | | | |
| HS-143 | 9/8/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537005 | HSI-MDL-00537009 | | | | | | | |
| HS-144 | 9/1/2014 | Sept. 1, 2014: Pended Orders Released Report | HSI-MDL-00537010 | HSI-MDL-00537091 | | | | | | | |
| HS-145 | 8/4/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537092 | HSI-MDL-00537097 | | | | | | | |
| HS-146 | 8/1/2014 | Aug. 1, 2014: Pended Orders Released Report | HSI-MDL-00537098 | HSI-MDL-00537179 | | | | | | | |
| HS-147 | 7/1/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537180 | HSI-MDL-00537182 | | | | | | | |
| HS-148 | 7/1/2014 | July 1, 2014: Pended Orders Released Report | HSI-MDL-00537183 | HSI-MDL-00537265 | | | | | | | |
| HS-149 | 6/6/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537266 | HSI-MDL-00537270 | | | | | | | |
| HS-150 | 6/1/2014 | June 1, 2014: Pended Orders Released Report | HSI-MDL-00537271 | HSI-MDL-00537355 | | | | | | | |
| HS-151 | 5/8/14 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537356 | HSI-MDL-00537360 | | | | | | | |
| HS-152 | 5/1/2014 | May 1, 2014: Pended Orders Released Report | HSI-MDL-00537361 | HSI-MDL-00537443 | | | | | | | |
| HS-153 | 5/1/2014 | May 1, 2014: Pennsylvania Customers with Monthly Purchases of Controlled Substances Report | HSI-MDL-00537444 | HSI-MDL-00537448 | | | | | | | |
| HS-154 | 5/1/2014 | May 1, 2014: Shipped Orders by Release Date for Alabama | HSI-MDL-00537449 | HSI-MDL-00537458 | | | | | | | |
| HS-155 | 4/1/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537459 | HSI-MDL-00537463 | | | | | | | |
| HS-156 | 4/1/2014 | April 1, 2014: Pended Orders Released Report | HSI-MDL-00537464 | HSI-MDL-00537545 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-157 | 3/7/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537546 | HSI-MDL-00537550 | | | | | | | |
| HS-158 | 3/1/2014 | March 1, 2014: Pended Orders Released Report | HSI-MDL-00537551 | HSI-MDL-00537632 | | | | | | | |
| HS-159 | 2/7/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537633 | HSI-MDL-00537633 | | | | | | | |
| HS-160 | 2/1/2014 | Feb. 1, 2014: Pended Orders Released Report | HSI-MDL-00537634 | HSI-MDL-00537713 | | | | | | | |
| HS-161 | 2/7/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537714 | HSI-MDL-00537794 | | | | | | | |
| HS-162 | 1/2/2014 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537795 | HSI-MDL-00537799 | | | | | | | |
| HS-163 | 1/1/2014 | Jan. 1, 2014: Pended Orders Released Report | HSI-MDL-00537800 | HSI-MDL-00537879 | | | | | | | |
| HS-164 | 11/4/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537880 | HSI-MDL-00537884 | | | | | | | |
| HS-165 | 11/1/2013 | Nov. 1, 2013: Pended Orders Released Report | HSI-MDL-00537885 | HSI-MDL-00537967 | | | | | | | |
| HS-166 | 10/1/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00537968 | HSI-MDL-00537972 | | | | | | | |
| HS-167 | 10/1/2013 | Oct. 1, 2013: Pended Orders Released Report | HSI-MDL-00537973 | HSI-MDL-00538059 | | | | | | | |
| HS-168 | 9/3/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538060 | HSI-MDL-00538063 | | | | | | | |
| HS-169 | 9/1/2013 | Sept. 1, 2013: Pended Orders Released Report | HSI-MDL-00538064 | HSI-MDL-00538151 | | | | | | | |
| HS-170 | 8/5/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538152 | HSI-MDL-00538158 | | | | | | | |
| HS-171 | 8/1/2013 | Aug. 1, 2013: Pended Orders Released Report | HSI-MDL-00538159 | HSI-MDL-00538249 | | | | | | | |
| HS-172 | 7/1/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538250 | HSI-MDL-00538255 | | | | | | | |
| HS-173 | 7/1/2013 | July 1, 2013: Pended Orders Released Report | HSI-MDL-00538256 | HSI-MDL-00538345 | | | | | | | |
| HS-174 | 6/3/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538346 | HSI-MDL-00538350 | | | | | | | |
| HS-175 | 6/1/2013 | June 1, 2013: Pended Orders Released and Not Shipped Report | HSI-MDL-00538351 | HSI-MDL-00538442 | | | | | | | |
| HS-176 | 5/1/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538443 | HSI-MDL-00538447 | | | | | | | |
| HS-177 | 5/1/2013 | May 1, 2013: Pended Orders Released Report | HSI-MDL-00538448 | HSI-MDL-00538543 | | | | | | | |
| HS-178 | 4/1/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538544 | HSI-MDL-00538548 | | | | | | | |
| HS-179 | 4/1/2013 | April 1, 2013: Pended Orders Released Report | HSI-MDL-00538549 | HSI-MDL-00538647 | | | | | | | |
| HS-180 | 3/5/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538648 | HSI-MDL-00538652 | | | | | | | |
| HS-181 | 3/1/2013 | March 1, 2013: Pended Orders Released Report | HSI-MDL-00538653 | HSI-MDL-00538748 | | | | | | | |
| HS-182 | 2/6/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538749 | HSI-MDL-00538753 | | | | | | | |
| HS-183 | 2/11/2013 | S. Abreu letter to L. Mize - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538754 | HSI-MDL-00538758 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-184 | 2/1/2013 | Feb. 1, 2013: Pended Orders Released Report | HSI-MDL-00538759 | HSI-MDL-00538947 | | | | | | | |
| HS-185 | 1/2/2013 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00538948 | HSI-MDL-00538954 | | | | | | | |
| HS-186 | 1/1/2013 | Jan. 1, 2013: Pended Orders Not Shipped & Suspended Orders Released Report | HSI-MDL-00538955 | HSI-MDL-00539141 | | | | | | | |
| HS-187 | 12/3/2012 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00539142 | HSI-MDL-00539146 | | | | | | | |
| HS-188 | 12/1/2012 | Dec. 1, 2012: Suspended Orders Released Report | HSI-MDL-00539147 | HSI-MDL-00539343 | | | | | | | |
| HS-189 | 11/5/2012 | S. Abreu letter to DEA Group Supervisor enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00539344 | HSI-MDL-00539344 | | | | | | | |
| HS-190 | 11/1/2012 | Nov. 1, 2012: Pended Orders Not Shipped & Suspended Orders Not Released Report | HSI-MDL-00539345 | HSI-MDL-00539547 | | | | | | | |
| HS-191 | 9/28/2012 | S. Abreu letter to M. Wissel - Michigan Bureau of Health Services enclosing monthly customer reports with pending orders both released and deleted. | HSI-MDL-00539548 | HSI-MDL-00539549 | | | | | | | |
| HS-192 | 10/1/2012 | Oct. 1, 2012: Pended Orders Not Shipped & Suspended Orders Released Report | HSI-MDL-00539550 | HSI-MDL-00539737 | | | | | | | |
| HS-193 | 12/14/2012 | R-03.01 Customer Verifications Procedure - Rev 6 | HSI-MDL-00547104 | HSI-MDL-00547133 | | | | | | | |
| HS-194 | 1/30/2015 | Email from T. Steffanie-Oak to J. Peacock re: Suspicious Orders and including thank you email from USDOJ regarding suspicious report on Dr. Villareal | HSI-MDL-00570616 | HSI-MDL-00570619 | | | | | | | |
| HS-195 | 5/7/2018 | J. Peacock Deposition Exhibit 15 - Email from S. Tejeda to J. Peacock regarding and attaching Henry Schein Suspicious Order Monitoring System Memo | HSI-MDL-00572919 | HSI-MDL-00572920 | | | | | | | |
| HS-196 | 5/2/2018 | Henry Schein Suspicious Order Monitoring System memo.docx | HSI-MDL-00572921 | HSI-MDL-00572922 | | | | | | | |
| HS-197 | 9/30/2008 | Email from C. Schiavo to L. David, S. Tejeda, and M. Dibello re: Customer Due Diligence - Longwood Medical, Dr. Jaramillo | HSI-MDL-00577159 | HSI-MDL-00577160 | | | | | | | |
| HS-198 | 3/22/2016 | R-03.07 - Controlled Substance Monitoring & Reporting Procedures Rev 4 | HSI-MDL-00590870 | HSI-MDL-00590879 | | | | | | | |
| HS-199 | 3/24/2009 | C. Schiavo letter to M. Kuzma re Suspicious Order for Dr. Dupont | HSI-MDL-00616669 | HSI-MDL-00616678 | | | | | | | |
| HS-200 | 9/3/2007 | Letter from R. Williamson to M. Dibello and S. Tejeda enclosing report regarding review of Henry Schein's SOMS | HSI-MDL-00619797 | HSI-MDL-00619801 | | | | | | | |
| HS-201 | 8/21/2011 | Regulatory Affairs Customer Due Diligence Summary/Approval Form - Dr. Tulumello | HSI-MDL-00640547 | HSI-MDL-00640559 | | | | | | | |
| HS-202 | 7/22/2011 | Due Diligence and suspicious order monitoring regarding Dr. Herman Novinsky | HSI-MDL-00641501 | HSI-MDL-00641513 | | | | | | | |
| HS-203 | 11/15/2012 | Email from S. Tejeda to S. Abreu, L. Matalon, J. Mullins, and L. David re: Clarification from Cegedim Meeting | HSI-MDL-00644464 | HSI-MDL-00644464 | | | | | | | |
| HS-204 | N/A | Native File: Ohio Opioid sales since 01012001 for 46 zip codes part m 02082019.xls | HSI-MDL-00648726 | HSI-MDL-00648726 | | | | | | | |
| HS-205 | 7/11/2012 | S. Tejeda Deposition Exhibit 10 - Email from M. Steele to S. Abreu, D. Tomaselli, and C. Schiavo regarding DEA request for Dr. Brian Helm purchase invoices for controlled substances from Jan 2011 through present. | HSI-MDL-00648727 | HSI-MDL-00648727 | | | | | | | |
| HS-206 | 7/11/2012 | HSI Shipped order by DEA for Controlled Substance - Brian Heim | HSI-MDL-00648728 | HSI-MDL-00648729 | | | | | | | |
| HS-207 | 8/19/2011 | UPS Tracking Proof of Delivery - Heim | HSI-MDL-00648730 | HSI-MDL-00648730 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-208 | 9/20/2011 | UPS Tracking Proof of Delivery - Heim | HSI-MDL-00648731 | HSI-MDL-00648731 | | | | | | | |
| HS-209 | 8/20/2011 | UPS Tracking Proof of Delivery - Heim | HSI-MDL-00648732 | HSI-MDL-00648732 | | | | | | | |
| HS-210 | 7/20/2012 | Fax to Brian Heim from D. Tomaselli, Verification Department with Controlled Drug Invoices | HSI-MDL-00648733 | HSI-MDL-00648734 | | | | | | | |
| HS-211 | 7/20/2012 | Email from D. Tomaselli to Dr. Heim with Invoice Copies re: Control Drug Report | HSI-MDL-00648735 | HSI-MDL-00648735 | | | | | | | |
| HS-212 | 7/26/2012 | Email from D. Tomaselli to Dr. Heim confirming receipt of prior email with Invoice Copies re: Control Drug Report | HSI-MDL-00648736 | HSI-MDL-00648736 | | | | | | | |
| HS-213 | 7/18/2012 | HSI Shipped order by DEA for Controlled Substance - Brian Heim | HSI-MDL-00648737 | HSI-MDL-00648738 | | | | | | | |
| HS-214 | 7/10/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648739 | HSI-MDL-00648739 | | | | | | | |
| HS-215 | 6/5/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648740 | HSI-MDL-00648741 | | | | | | | |
| HS-216 | 5/21/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648742 | HSI-MDL-00648742 | | | | | | | |
| HS-217 | 4/24/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648743 | HSI-MDL-00648743 | | | | | | | |
| HS-218 | 4/9/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648744 | HSI-MDL-00648744 | | | | | | | |
| HS-219 | 3/27/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648745 | HSI-MDL-00648745 | | | | | | | |
| HS-220 | 3/15/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648746 | HSI-MDL-00648746 | | | | | | | |
| HS-221 | 3/1/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648747 | HSI-MDL-00648747 | | | | | | | |
| HS-222 | 2/6/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648748 | HSI-MDL-00648749 | | | | | | | |
| HS-223 | 1/11/2012 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648750 | HSI-MDL-00648750 | | | | | | | |
| HS-224 | 12/27/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648751 | HSI-MDL-00648751 | | | | | | | |
| HS-225 | 12/5/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648752 | HSI-MDL-00648752 | | | | | | | |
| HS-226 | 11/14/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648753 | HSI-MDL-00648753 | | | | | | | |
| HS-227 | 10/24/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648754 | HSI-MDL-00648755 | | | | | | | |
| HS-228 | 10/10/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648756 | HSI-MDL-00648756 | | | | | | | |
| HS-229 | 9/19/2011 | Original Invoice from Henry Schein to Brian Heim - 2 | HSI-MDL-00648757 | HSI-MDL-00648757 | | | | | | | |
| HS-230 | 9/19/2011 | Original Invoice from Henry Schein to Brian Heim - 1 | HSI-MDL-00648758 | HSI-MDL-00648759 | | | | | | | |
| HS-231 | 8/17/2011 | Original Invoice from Henry Schein to Brian Heim - 1 | HSI-MDL-00648760 | HSI-MDL-00648760 | | | | | | | |
| HS-232 | 8/17/2011 | Original Invoice from Henry Schein to Brian Heim - 2 | HSI-MDL-00648761 | HSI-MDL-00648761 | | | | | | | |
| HS-233 | 7/20/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648762 | HSI-MDL-00648762 | | | | | | | |
| HS-234 | 6/13/2011 | Original Invoice from Henry Schein to Brian Heim | HSI-MDL-00648763 | HSI-MDL-00648763 | | | | | | | |
| HS-235 | 5/14/2019 | DEA/Prof License Maintenance - Harper, Jr. | HSI-MDL-00648785 | HSI-MDL-00648785 | | | | | | | |
| HS-236 | 6/8/2011 | Email from M. Mapes to E. Grail, M. DiBello, and M. Han regarding review of Henry Schein's SOM program | HSI-MDL-00650510 | HSI-MDL-00650510 | | | | | | | |
| HS-237 | 6/7/2011 | Letter from M. Mapes to E. Grail at Reed Smith regarding review of Henry Schein's SOM program | HSI-MDL-00650511 | HSI-MDL-00650514 | | | | | | | |
| HS-238 | 5/1/1999 | Henry Schein Pharmaceutical Pricing Guide | HSI-MDL-00650935 | HSI-MDL-00650958 | | | | | | | |
| HS-239 | 3/1/1996 | Henry Schein Dental '96 Catalog March 15-September 14 | HSI-MDL-00651041 | HSI-MDL-00651085 | | | | | | | |
| HS-240 | 1/1/2002 | Sullivan-Schein Dental Merchandise Catalog 2002 | HSI-MDL-00651131 | HSI-MDL-00651189 | | | | | | | |
| HS-241 | 1/1/2007 | Sullivan-Schein - Everything Dental | HSI-MDL-00651190 | HSI-MDL-00651230 | | | | | | | |
| HS-242 | 1/1/2011 | Henry Schein Dental 2011 Merchandise Catalog | HSI-MDL-00651231 | HSI-MDL-00651282 | | | | | | | |
| HS-243 | 1/1/2016 | Henry Schein Dental 2016 Supplies Catalog | HSI-MDL-00651283 | HSI-MDL-00651326 | | | | | | | |
| HS-244 | 1/1/2002 | Henry Schein Medical and Pharmaceutical Vol 1 | HSI-MDL-00651327 | HSI-MDL-00651421 | | | | | | | |
| HS-245 | 1/1/2001 | Henry Schein Medical and Pharmaceutical Vol 1 | HSI-MDL-00651422 | HSI-MDL-00651503 | | | | | | | |
| HS-246 | 1/1/2002 | Henry Schein Medical Surgical and Pharmaceutical Formulary Through June 2002 | HSI-MDL-00651504 | HSI-MDL-00651543 | | | | | | | |
| HS-247 | 1/1/2009 | Henry Schein Dental Endodontic Catalog | HSI-MDL-00651544 | HSI-MDL-00651555 | | | | | | | |
| HS-248 | 1/1/2018 | Henry Schein Medical catalog | HSI-MDL-00651556 | HSI-MDL-00651601 | | | | | | | |
| HS-249 | N/A | Henry Schein Controlled Substances Reference Materials List | HSI-MDL-00651602 | HSI-MDL-00651604 | | | | | | | |
| HS-250 | 3/1/2009 | Henry Schein Dental March 2009 Oral Surgeon Catalog | HSI-MDL-00651605 | HSI-MDL-00651654 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-251 | 3/1/2009 | Henry Dental Schein March 2009 Periodontics Catalog | HSI-MDL-00651655 | HSI-MDL-00651719 | | | | | | | |
| HS-252 | 1/1/2017 | Henry Schein Dental 2017 Supplies Catalog | HSI-MDL-00651755 | HSI-MDL-00652990 | | | | | | | |
| HS-253 | N/A | Native File: Brian Heim ARCOS Data - All Distributors.xlsx | HSI-MDL-00653158 | HSI-MDL-00653158 | | | | | | | |
| HS-254 | N/A | Native File: Adolph Harper ARCOS Data - All Distributors.xlsx | HSI-MDL-00653159 | HSI-MDL-00653159 | | | | | | | |
| HS-255 | 8/15/2019 | https ://www.micromd.com/about-us/ : About MicroMD - EMR & Practice Management Software Vendors | HSI-MDL-00653160 | HSI-MDL-00653161 | | | | | | | |
| HS-256 | 8/15/2019 | https ://www.micromd.com : Electronic Medical Records and Practice Management Software _ MicroMD | HSI-MDL-00653162 | HSI-MDL-00653166 | | | | | | | |
| HS-257 | 8/15/2019 | https ://www.micromd.com/solutiions/ : Medical Practice Management Software _ MicroMD | HSI-MDL-00653173 | HSI-MDL-00653175 | | | | | | | |
| HS-258 | 3/1/2019 | Henry Schein at a Glance - 2018 | HSI-MDL-00653176 | HSI-MDL-00653177 | | | | | | | |
| HS-259 | 6/10/2019 | https://www.henryschein.com/us-en/Contact.aspx : General Information | HSI-MDL-00653178 | HSI-MDL-00653178 | | | | | | | |
| HS-260 | 6/10/2019 | https://www.micromd.com/henry-schein-micromd-family-plan/ : Henry Schein MicroMD Family Plan _ MicroMD | HSI-MDL-00653179 | HSI-MDL-00653180 | | | | | | | |
| HS-261 | 2/20/2019 | Henry Schein Annual Report 2018 10K | HSI-MDL-00653181 | HSI-MDL-00653338 | | | | | | | |
| HS-262 | 6/10/2019 | https://www.henryschein.com/us-en/dental/in-office-service-repairs/about-in-office-service.aspx : Henry Schein In-Office Equipment Service: Nationwide Leader | HSI-MDL-00653339 | HSI-MDL-00653339 | | | | | | | |
| HS-263 | 6/10/2019 | https://www.henryschein.com/us-en/Corporate/OurHistory.aspx : Our History | HSI-MDL-00653340 | HSI-MDL-00653351 | | | | | | | |
| HS-264 | 1/6/2014 | Harvard Business School Article by Rebecca Henderson, Raffaella Sadun, Aldo Sesia, and Russell Eiseenstat: Henry Schein Doing Well By Good? | HSI-MDL-00653352 | HSI-MDL-00653383 | | | | | | | |
| HS-265 | 5/19/2019 | Native File: HSI Total Transactions to Summit County 2006-2018 HIGHLY CONFIDENTIAL.xlsx | HSI-MDL-00653384 | HSI-MDL-00653384 | | | | | | | |
| HS-266 | 5/10/2019 | Exhibit 1.A to Maness Expert Report - Corrected Total Opioid Dosage Unit Market Shares - Removal of Schein Animal Health 2006-2014 - Ohio | HSI-MDL-00653385 | HSI-MDL-00653388 | | | | | | | |
| HS-267 | 5/10/2019 | Exhibit 1.B to Maness Expert Report - Corrected Total MME Market Shares - Removal of Schein Animal Health 2006-2014 - Ohio | HSI-MDL-00653389 | HSI-MDL-00653393 | | | | | | | |
| HS-268 | 5/10/2019 | Exhibit 2.A to Maness Expert Report - Corrected Total Opioid Dosage Unit Market Shares - Removal of Schein Animal Health 2006-2014 - Cuyahoga County, OH | HSI-MDL-00653394 | HSI-MDL-00653395 | | | | | | | |
| HS-269 | 5/10/2019 | Exhibit 2.B to Maness Expert Report - Corrected Total MME Market Shares - Removal of Schein Animal Health 2006-2014 - Cuyahoga County, OH | HSI-MDL-00653396 | HSI-MDL-00653398 | | | | | | | |
| HS-270 | 5/10/2019 | Exhibit 3.A to Maness Expert Report - Corrected Total Opioid Dosage Unit Market Shares - Removal of Schein Animal Health 2006-2014 - Summit County, OH | HSI-MDL-00653399 | HSI-MDL-00653400 | | | | | | | |
| HS-271 | 5/10/2019 | Exhibit 3.B to Maness Report - Corrected Total MME Market Shares - Removal of Schein Animal Health 2006-2014 - Summit County, OH | HSI-MDL-00653401 | HSI-MDL-00653403 | | | | | | | |
| HS-272 | 5/10/2019 | Exhibit A to Maness Expert Report - Maness CV | HSI-MDL-00653404 | HSI-MDL-00653416 | | | | | | | |
| HS-273 | 5/10/2019 | Exhibit B - Tyrrell Expert Report - Tyrrell CV | HSI-MDL-00653417 | HSI-MDL-00653418 | | | | | | | |
| HS-274 | 5/10/2019 | Native File: HSI Inc Non IC Sales 2013-2018 (Totals).xlsx | HSI-MDL-00653419 | HSI-MDL-00653419 | | | | | | | |
| HS-275 | 5/10/2019 | Native File: RV-HSInc. 2006 to 2012 Hyperion Enterprise (Totals).xlsx | HSI-MDL-00653420 | HSI-MDL-00653420 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-276 | 5/10/2019 | Native: HSI Opioid Sales 1.1.06 to 12.31.18 | HSI-MDL-00653421 | HSI-MDL-00653421 | | | | | | | |
| HS-277 | 5/10/2019 | Ex. 1 - Table - Henry Schein, Inc. Data taken from ARCOS Opioid Transactions, Summit County, OH 2006-2014 | HSI-MDL-00653422 | HSI-MDL-00653422 | | | | | | | |
| HS-278 | 5/10/2019 | Ex. 2 - Table - Harper Heim Share of Total Henry Schein, Inc. Purchases in Summit County, OH 2006-2018 | HSI-MDL-00653423 | HSI-MDL-00653423 | | | | | | | |
| HS-279 | 10/9/2014 | Code of Federal Regulations - 21 C.F.R. 1301.71 - Security Requirements Generally | HSI-MDL-00653424 | HSI-MDL-00653426 | | | | | | | |
| HS-280 | 10/9/2014 | Code of Federal Regulations - 21 C.F.R. 1301.72 - Physical security controls for non-practitioners; narcotirc treatment programs and compounders for narcotic treatment programs; storage areas | HSI-MDL-00653427 | HSI-MDL-00653430 | | | | | | | |
| HS-281 | 10/25/1974 | Code of Federal Regulations - 21 C.F.R. 1301.73 - Physical security controls for non-practitioners; compounders for narcotirc treatment programs; manufacturing and compounding areas | HSI-MDL-00653431 | HSI-MDL-00653432 | | | | | | | |
| HS-282 | 3/21/2017 | Code of Federal Regulations - 21 C.F.R. 1301.74 - Other security controls for non-practitioners; narcotirc treatment programs and compounders for narcotic treatment programs | HSI-MDL-00653433 | HSI-MDL-00653435 | | | | | | | |
| HS-283 | 8/26/2016 | Code of Federal Regulations - 21 C.F.R. 1301.75 - Physical security controls for practitioners | HSI-MDL-00653436 | HSI-MDL-00653436 | | | | | | | |
| HS-284 | 10/9/2014 | Code of Federal Regulations - 21 C.F.R. 1301.76 - Other security controls for practitioners | HSI-MDL-00653437 | HSI-MDL-00653438 | | | | | | | |
| HS-285 | 7/25/2000 | Code of Federal Regulations - 21 C.F.R. 1301.77 - Security controls for freight forwarding facilities | HSI-MDL-00653439 | HSI-MDL-00653439 | | | | | | | |
| HS-286 | 1/29/2013 | Civil Action No. 5:13-cv-00210-SL, United States of America v. Brian D. Heim, M.D., Doc. 1, Complaint | HSI-MDL-00653440 | HSI-MDL-00653446 | | | | | | | |
| HS-287 | 1/22/2014 | Civil Action No. 5:13-cv-00210-SL, United States of America v. Brian D. Heim, M.D., Doc. 14, Memorandum Opinion and Order Granting Motion for Summary Judgment | HSI-MDL-00653447 | HSI-MDL-00653458 | | | | | | | |
| HS-288 | 3/25/2014 | No. 5:14-cr-00096-JRA, United States of America v. Adolph Harper, Jr., Doc. 1, Indictment | HSI-MDL-00653459 | HSI-MDL-00653494 | | | | | | | |
| HS-289 | 11/14/2014 | No. 5:14-cr-00412-DAP, United States of America v. Brian Heim, Doc. 1, Information | HSI-MDL-00653495 | HSI-MDL-00653503 | | | | | | | |
| HS-290 | 1/23/2015 | No. 5:14-cr-00096-JRA, United States of America v. Adolph Harper, Jr., Doc. 74, Government's Sentencing Memorandum | HSI-MDL-00653504 | HSI-MDL-00653523 | | | | | | | |
| HS-291 | 5/29/2019 | Ohio - Elicense Ohio License Look Up - Adolph Harper | HSI-MDL-00653524 | HSI-MDL-00653527 | | | | | | | |
| HS-292 | 5/29/2019 | Ohio - Elicense Ohio License Look Up - Brian Heim | HSI-MDL-00653528 | HSI-MDL-00653531 | | | | | | | |
| HS-293 | 1/1/2010 | 2010 Henry Schein Supplies, Equipment, Technology and Services Catalog | HSI-MDL-00653532 | HSI-MDL-00654681 | | | | | | | |
| HS-294 | 3/25/2019 | C. McCann Deposition Exhibit 17 - Excerpt of McCann Appendix 9 - Opioid Total Dosage Units by Company in Summit County, OH (p. 3852-54) | HSI-MDL-00654682 | HSI-MDL-00654684 | | | | | | | |
| HS-295 | 3/25/2019 | C. McCann Deposition Exhibit 22 - Excerpt of McCann Appendix 9 - Distributor Market Share by Year in Summit County, OH (p. 3864-65) | HSI-MDL-00654685 | HSI-MDL-00654686 | | | | | | | |
| HS-296 | N/A | S. Abreu Deposition Exhibit 4 - Code of Federal Regulations - 21 C.F.R. 1301.74 (b) - Registration of Manufacturers, Distributors, and Dispensors of Controlled Substances | HSI-MDL-00654687 | HSI-MDL-00654687 | | | | | | | |
| HS-297 | N/A | Native: HSI.xlsx - Output file from McCann's Expert report | HSI-MDL-00654688 | HSI-MDL-00654688 | | | | | | | |

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-298 | 3/25/2019 | Excerpt of McCann Appendix 9 - Opioid Total Dosage Units by Individual DEA Number in Summit County, OH (p. 3855-60) | HSI-MDL-00654689 | HSI-MDL-00654694 | | | | | | | |
| HS-299 | 3/25/2019 | Excerpt of McCann Appendix 9 - Opioid Total MME by Company in Summit County, OH (p. 3849-3865) | HSI-MDL-00654695 | HSI-MDL-00654711 | | | | | | | |
| HS-300 | 3/25/2019 | Excerpt of McCann Appendix 9 - State and County Opioid Total Dosage Unit Market Share (p. 3845-48) | HSI-MDL-00654712 | HSI-MDL-00654715 | | | | | | | |
| HS-301 | 3/25/2019 | Table 25 - McCann Expert Report - Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 1996-2018 | HSI-MDL-00654716 | HSI-MDL-00654716 | | | | | | | |
| HS-302 | 3/25/2019 | Table 27 - McCann Expert Report - Twice Trailing Twelve-Month Maximum Threshold Flagged Transactions, Summit County, OH 1996-2018 | HSI-MDL-00654717 | HSI-MDL-00654717 | | | | | | | |
| HS-303 | 3/25/2019 | Table 29 - McCann Expert Report - Three Times Trailing Twelve-Month Maximum Threshold Flagged Transactions, Summit County, OH 1996-2018 | HSI-MDL-00654718 | HSI-MDL-00654718 | | | | | | | |
| HS-304 | 3/25/2019 | Table 31 - McCann Expert Report - 8,000 Dosage Units Monthly Threshold Flagged Transactions, Summit County, OH 1996-2018 | HSI-MDL-00654719 | HSI-MDL-00654719 | | | | | | | |
| HS-305 | 3/25/2019 | Table 33 - McCann Expert Report - Maximum Daily Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018 | HSI-MDL-00654720 | HSI-MDL-00654720 | | | | | | | |
| HS-306 | 3/25/2019 | Excerpt of McCann Appendix 9 - Total Dosage Units Per Cap by Distributor in Summit County, OH (p. 3861-63) | HSI-MDL-00654721 | HSI-MDL-00654723 | | | | | | | |
| HS-307 | 10/31/2002 | Letter from N. Fariello to M. Wissel regarding Schein's monthly reporting | HSI-MDL-00654724 | HSI-MDL-00654724 | | | | | | | |
| HS-308 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654725 | HSI-MDL-00654726 | | | | | | | |
| HS-309 | 10/31/2002 | Letter from N. Fariello to D. Raber regarding Schein's monthly reporting | HSI-MDL-00654727 | HSI-MDL-00654727 | | | | | | | |
| HS-310 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654728 | HSI-MDL-00654729 | | | | | | | |
| HS-311 | 10/31/2002 | Letter from N. Fariello to Mr. Cox regarding Schein's monthly reporting | HSI-MDL-00654730 | HSI-MDL-00654730 | | | | | | | |
| HS-312 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654731 | HSI-MDL-00654732 | | | | | | | |
| HS-313 | 10/31/2002 | Letter from N. Fariello to R. Carter regarding Schein's monthly reporting | HSI-MDL-00654733 | HSI-MDL-00654733 | | | | | | | |
| HS-314 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654734 | HSI-MDL-00654735 | | | | | | | |
| HS-315 | 10/31/2002 | Letter from N. Fariello to M. Castillo regarding Schein's monthly reporting | HSI-MDL-00654736 | HSI-MDL-00654736 | | | | | | | |
| HS-316 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654737 | HSI-MDL-00654738 | | | | | | | |
| HS-317 | 10/31/2002 | Letter from N. Fariello to Mr. Hargroder regarding Schein's monthly reporting | HSI-MDL-00654739 | HSI-MDL-00654739 | | | | | | | |
| HS-318 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654740 | HSI-MDL-00654741 | | | | | | | |
| HS-319 | 10/31/2002 | Letter from N. Fariello to R. Rine regarding Schein's monthly reporting | HSI-MDL-00654742 | HSI-MDL-00654742 | | | | | | | |
| HS-320 | 9/4/2002 | Sept. 4, 2012 Pended Orders Not Shipped Report | HSI-MDL-00654743 | HSI-MDL-00654744 | | | | | | | |
| HS-321 | 11/1/2002 | USPS Certified Mail Receipt for mailings to Mr. Hargroder, Ms. Carter, Mr. Cox, Mr. Rine, and Mr. Wissel | HSI-MDL-00654745 | HSI-MDL-00654746 | | | | | | | |
| HS-322 | 11/1/2002 | USPS Certified Mail Receipt for mailings to Mr. Wissel and Mr. Sheller | HSI-MDL-00654747 | HSI-MDL-00654747 | | | | | | | |
| HS-323 | 12/19/2017 | Email from D. Skoda to R. Marountas re Harper | SUMMIT_000264148 | SUMMIT_000264148 | | | | | | | |
| HS-324 | 9/16/2019 | Henry Schein Inc. Annual Opioid Transaction Lines, Summit County, OH, 2006-2018 | HSI-MDL-00654748 | HSI-MDL-00654748 | | | | | | | |
| HS-325 | 9/13/2019 | Summit Unique Customers and Orders | HSI-MDL-00654749 | HSI-MDL-00654749 | | | | | | | |
| HS-326 | n/a | Table 1 - Maness Report | HSI-MDL-00654750 | HSI-MDL-00654750 | | | | | | | |

*Schein Defendants'*
Trial Exhibit List

| Ex. No. | Date | Description | BegBates | EndBates | 901 Stip | Admission Stip | Plaintiffs' Objections | Defendants' Objections | Offered | Admitted | Not Admitted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HS-327 | n/a | Table 2 - Maness Report | HSI-MDL-00654751 | HSI-MDL-00654751 | | | | | | | |
| HS-328 | n/a | Table 3 - Maness Report | HSI-MDL-00654752 | HSI-MDL-00654752 | | | | | | | |
| HS-329 | n/a | Table 4 - Maness Report | HSI-MDL-00654753 | HSI-MDL-00654753 | | | | | | | |
| HS-330 | 9/24/2017 | Minutes of the HDA Board of Directors Meeting, Phoenix, Arizona, June 11, 2017 | HDA_MDL_000022922 | HDA_MDL_000022929 | | | | | | | |
| HS-331 | 6/11/2017 | Minutes of the HDMA Annual Board & Membership Meeting, Board of Directors Meeting, Laguna Beach, California, September 29, 2014 | HDA_MDL_000088202 | HDA_MDL_000088207 | | | | | | | |
| HS-332 | 9/29/2014 | Minutes of the HDMA Board of Directors Meeting, San Antonio, Texas, June 7, 2015 | HDA_MDL_000159193 | HDA_MDL_000159197 | | | | | | | |
| HS-333 | 6/7/2015 | Minutes of the HDMA Annual Board & Membership Meeting, Board of Directors Meeting, White Sulphur Springs, West Virginia, September 26, 2016 | HDA_MDL_000159339 | HDA_MDL_000159344 | | | | | | | |
| HS-334 | 5/8/2013 | State Medical Board of Ohio - letter to Brian D. Heim (Jeff Peacock Deposition Exhibit 20) | HSI-MDL-00654764 | HSI-MDL-00654788 | | | | | | | |
| HS-335 | 9/9/2019 | Summit County Clerk Docket, CR-2012-05-1313 | HSI-MDL-00654762 | HSI-MDL-00654763 | | | | | | | |
| HS-336 | 12/20/2012 | Case No. CR 12 05 1313, The State of Ohio vs. Brian D. Heim, Journal Entry | HSI-MDL-00654759 | HSI-MDL-00654759 | | | | | | | |
| HS-337 | 11/30/2012 | Case No. CR 12 05 1313, The State of Ohio vs. Brian D. Heim, Journal Entry | HSI-MDL-00654760 | HSI-MDL-00654761 | | | | | | | |
| HS-338 | 11/28/2012 | Case No. CR 12 05 1313, The State of Ohio vs. Brian D. Heim, Written Plea of Guilty | HSI-MDL-00654754 | HSI-MDL-00654758 | | | | | | | |
| HS-339 | 11/9/2012 | E-mail from G. Tiamsic to D. Droz re Ohio State - HSI Reporting of Controlled Substances | HSI-MDL-00397292 | HSI-MDL-00397292 | | | | | | | |
| HS-340 | 11/9/2012 | Letter from S. Tejeda to D. Droz re Ohio State - HSI Reporting of Controlled Substances | HSI-MDL-00397293 | HSI-MDL-00397294 | | | | | | | |
| HS-341 | 11/9/2012 | 2011-2012 - Missing Information.xlsx | HSI-MDL-00397295 | HSI-MDL-00397295 | | | | | | | |
| HS-342 | 11/9/2012 | October 2012.xlsx | HSI-MDL-00397296 | HSI-MDL-00397296 | | | | | | | |