**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 17-op-45004 | |

## WALGREENS' AMENDED WITNESS LIST

Pursuant to the Special Master's Order dated October 1, 2019, requiring the parties to reduce the total number of witnesses by 5:00 p.m. on October 5, 2019 (Dkt. 2695), Defendants Walgreen Co. and Walgreen Eastern Co. ("Walgreens") hereby disclose the following witnesses whom it may call to testify at trial.

In serving this amended witness list, Walgreens specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point.  Walgreens further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions.  Walgreens reserves the right to call any of these witnesses in its case in chief.

In addition to the witnesses identified below, Walgreens may call to testify at trial live or by deposition any witness identified on any other party's witness list, including witness lists provided by Plaintiffs and other Defendants or groups of Defendants, including any party that settles, is severed, or is dismissed.

A. **Expert Witnesses**

1. Gregory Anderson, Consultant.

    Areas of Testimony: Mr. Anderson is expected to testify about the subject matter of his expert report.

2. Laurence C. Baker, Ph.D., Professor of Health Research and Policy; Chair, Department of Health Research and Policy, Stanford University School of Medicine.

    Areas of Testimony: Professor Baker is expected to testify about the subject matter of his expert report.

3. Robert L. Brunner, Vice President, Charles Rivers Associates.

    Areas of Testimony: Mr. Brunner is expected to testify about the subject matter of his expert report.

4. Robert M. Parrado, BPharm., R.Ph., President & CEO, Parrado Pharmacy Consultants, Inc.

    Areas of Testimony: Mr. Parrado is expected to testify about the subject matter of his expert report.

B. **Fact Witnesses**

1. Deborah Bish, Walgreens – Function Manager.[1]

    Areas of Testimony: Ms. Bish is expected to testify concerning her duties, responsibilities, and experiences at the Perrysburg Distribution Center.

2. Luke Forkapa, Walgreens – Pharmacist.

---

[1] If Ms. Bish's health condition does not permit her to testify live, she will testify by deposition.

   <u>Areas of Testimony:</u> Mr. Forkapa is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

3. <u>Justin Joseph</u>, Walgreens – General Manager II.

   <u>Areas of Testimony:</u> Mr. Joseph is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

4. <u>Steve Kneller</u>, Walgreens – General Manager.

   <u>Areas of Testimony:</u> Mr. Kneller is expected to testify concerning his duties, responsibilities, and experiences at the Perrysburg Distribution Center.

5. <u>Debra Lieske</u>, Walgreens – Pharmacy Manager.

   <u>Areas of Testimony:</u> Ms. Lieske is expected to testify concerning her duties, responsibilities, and experiences a pharmacist and pharmacy manager.

6. <u>Natasha Polster</u>, Walgreens - Vice President of Pharmacy Quality, Compliance, and Patient Safety.

   <u>Areas of Testimony:</u> Ms. Polster is expected to testify concerning her duties, responsibilities, and experiences as a pharmacist, pharmacy manager, Vice President of Pharmacy Quality, Compliance, and Patient Safety, and other roles at Walgreens.

7. <u>Kipp Tiger</u>, Walgreens – Pharmacist.

>Areas of Testimony: Mr. Tiger is expected to testify concerning his duties, responsibilities, and experiences as a pharmacist and pharmacy manager.

8. Jaime Whited, Walgreens – Area Healthcare Specialist.

>Areas of Testimony: Mr. Whited is expected to testify concerning his duties, responsibilities, and experiences as an Area healthcare supervisor, pharmacist, and pharmacy manager.

9. Laurie Zaccaro, Walgreens – Asset Protection Manager.

>Areas of Testimony: Ms. Zaccaro is expected to testify concerning her duties, responsibilities, and experiences as an Asset Protection Manager.

Dated: October 5, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: matthew.brewer@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2019, a notice of the foregoing has been served via CM/ECF to all counsel of record.

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr

*Counsel for Walgreen Co. and Walgreen Eastern Co.*