UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 1:17-MD-2804 |
| Case No. 1:18-op-45984 | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Alexander Macia of Spilman Thomas & Battle, PLLC hereby enters his appearance in the applicable MDL proceedings, as counsel for Defendant Highland Behavioral Health Services, Inc.

Highland Behavioral Health Services, Inc. reserves all applicable defenses, including, but not limited to, lack of jurisdiction and the statute of limitations.

Respectfully submitted,

**HIGHLAND BEHAVIORAL HEALTH SERVICES, INC.**

**By: SPILMAN THOMAS & BATTLE, PLLC**

/s/ Alexander Macia
Alexander Macia (WV State Bar No. 6077)
300 Kanawha Boulevard, East
Charleston, WV  25301
(304) 340-3800 / (304) 340-3801 (fax)
amacia@spilmanlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| This document relates to: | Case No. 1:17-MD-2804 |
| Case No. 1:18-op-45984 | Judge Dan Aaron Polster |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Alexander Macia
Alexander Macia (WV State Bar No. 6077)