# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**ORDER CLARIFYING ORDER RE:** <br>**PUBLIC AND MEDIA LOGISTICS** |

In its October 3, 2019, Order Re: Public and Media Logistics, the Court stated that "The trial wells in [Courtrooms 16B and 17B] will be set aside for the use of credentialed members of the media, on a first- come, first-served basis. (Doc #: 2709 at 2, ¶5.b) The Court now clarifies that it did not intend that the trial wells in those courtrooms would be set aside for the exclusive use of the media, but that attorneys representing parties at trial who need access to their electronic communications or data entry devices (e.g., cellular telephones, laptop computers) during the trial are also permitted to use the trial wells, on a first-come, first-served basis.

**IT IS SO ORDERED.**

    /s/ Dan Aaron Polster  October 9, 2019
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**