**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| **This document relates to:**<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*,<br>Case No. 18-OP-45090 | |

## REQUEST FOR PROCEEDINGS TO BE ON THE RECORD

On behalf of the defendants listed below,[1] the undersigned counsel respectfully request that the meeting to discuss juror questionnaires and for-cause challenges, currently set for October 11, 2019 at 12:00 p.m. Eastern Time, and all other proceedings concerning jury selection (including any in-chambers questioning of prospective jurors) be held on the record with a court reporter present. *See* 28 U.S.C. § 753(b)(3) ("Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.")

Dated: October 9, 2019

---

[1] AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein, Inc., McKesson Corporation, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Actavis LLC, and Walgreen Co.

Respectfully Submitted,

| | |
|---|---|
| /s/ Steven A. Reed | /s/ Enu Mainigi |
| Eric W. Sitarchuk | Enu Mainigi |
| Steven A. Reed | WILLIAMS & CONNOLLY LLP |
| Harvey Bartle | 725 Twelfth Street, N.W. |
| Rebecca J. Hillyer | Washington, D.C. 20005 |
| MORGAN, LEWIS & BOCKIUS LLP | Telephone: (202) 434-5000 |
| 1701 Market St. | Facsimile: (202) 434-5029 |
| Philadelphia, PA 19103-2921 | emainigi@wc.com |
| Tel: (215) 963-5000 | |
| Fax: (215) 963-5001 | *Counsel for Cardinal Health, Inc* |
| eric.sitarchuk@morganlewis.com | |
| steven.reed@morganlewis.com | |
| harvey.bartle@morganlewis.com | |
| rebecca.hillyer@morganlewis.com | |

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel: (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
Fax: (305) 415-3001
brian.ercole@morganlewis.com

*Counsel for Cephalon, Inc., Teva Pharmaceuticals USA, Inc.,* and *Actavis LLC*

 */s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
Telephone: (202) 662-5281
Facsimile: (202) 662-6291
ghobart@cov.com

*Counsel for McKesson Corporation*


 */s/ Robert A. Nichols*
Robert A. Nichols
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

 */s/ John P. McDonald*
John P. McDonald
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8445
Facsimile: (214) 756-8110
jpmcdonald@lockelord.com

*Counsel for Henry Schein, Inc.*


 */s/ Kaspar Stoffelmayer*
Kaspar Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
matthew.brewer@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
alex.harris@bartlitbeck.com

*Counsel for Walgreen Co.*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served on October 9, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

                                         */s/ Geoffrey E. Hobart*