# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## HENRY SCHEIN, INC.'S
## AFFIRMATIVE DEPOSITION DESIGNATIONS

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered on May 1, 2019, (as amended on July 29, 2019), attached as **Exhibit A** is Henry Schein, Inc.'s ("Schein") Affirmative Deposition Designations ("Deposition Designations"), including any objections, counters or responsive designations to these designations. By submitting these Deposition Designations, Schein does not waive any objections to the use of testimony and/or exhibits or their subject matter. Schein's inclusion of any testimony and/or exhibit within these Deposition Designations should not be construed as an admission that such testimony and/or exhibit is admissible if offered by Plaintiffs or another defendant. Schein expressly reserves the right to object to Plaintiffs' or another defendant's attempts to introduce any testimony and/or exhibit included in these Deposition Designations. Schein further reserves the right to revise or withdraw these Deposition Designations. Schein additionally reserves the right to play any testimony that has been affirmatively designated by any party. Schein also reserves the right to designate any ongoing or later-discovered testimony.

1

Dated: October 10, 2019	Respectfully Submitted,

*/s/ John P. McDonald*
John P. McDonald
C. Scott Jones
Lauren M. Fincher
Brandan J. Montminy
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: (214) 740-8000
Fax: (214) 756-8758
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ John P. McDonald*
John P. McDonald