| DEFENDANT HENRY SCHEIN'S AFFIRMATIVE DEPOSITION DESIGNATIONS MICHAEL DIBELLO | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/19/2019 | HS Affirm | 15 | 16 | 15 | 19 |
| 2/19/2019 | HS Affirm | 16 | 22 | 17 | 7 |
| 2/19/2019 | HS Affirm | 42 | 15 | 43 | 11 |
| 2/19/2019 | HS Affirm | 148 | 9 | 149 | 7 |
| 2/19/2019 | HS Affirm | 163 | 13 | 163 | 23 |
| 2/19/2019 | HS Affirm | 180 | 12 | 180 | 16 |
| 2/19/2019 | HS Affirm | 180 | 20 | 181 | 10 |

| DEFENDANT HENRY SCHEIN'S AFFIRMATIVE DEPOSITION DESIGNATIONS SERGIO TEJEDA ||||||
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/2/2019 | HS Affirm | 12 | 19 | 12 | 21 |
| 4/2/2019 | HS Affirm | 13 | 5 | 13 | 9 |
| 4/2/2019 | HS Affirm | 68 | 7 | 68 | 9 |
| 4/2/2019 | HS Affirm | 68 | 16 | 69 | 8 |
| 4/2/2019 | HS Affirm | 70 | 18 | 71 | 2 |
| 4/2/2019 | HS Affirm | 181 | 4 | 181 | 11 |
| 4/2/2019 | Plaintiffs' Counter | 181 | 4 | 181 | 21 |
| 4/2/2019 | HS Affirm | 181 | 22 | 182 | 12 |
| 4/2/2019 | HS Affirm | 182 | 15 | 182 | 20 |
| 4/2/2019 | HS Affirm | 183 | 8 | 183 | 11 |
| 4/2/2019 | HS Affirm | 183 | 14 | 183 | 17 |
| 4/2/2019 | HS Affirm | 202 | 21 | 203 | 4 |
| 4/2/2019 | HS Affirm | 203 | 7 | 204 | 9 |
| 4/2/2019 | HS Affirm | 234 | 16 | 234 | 20 |
| 4/2/2019 | HS Affirm | 234 | 23 | 235 | 12 |
| 4/2/2019 | HS Affirm | 262 | 9 | 263 | 9 |
| 4/2/2019 | HS Affirm | 264 | 2 | 264 | 19 |
| 4/2/2019 | HS Affirm | 265 | 2 | 265 | 6 |
| 4/2/2019 | HS Affirm | 265 | 18 | 266 | 3 |
| 4/2/2019 | HS Affirm | 268 | 6 | 269 | 22 |
| 4/2/2019 | HS Affirm | 276 | 12 | 276 | 18 |
| 4/2/2019 | HS Affirm | 278 | 19 | 279 | 3 |
| 4/2/2019 | HS Affirm | 337 | 15 | 338 | 4 |

| DEFENDANT HENRY SCHEIN'S AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JEFF PEACOCK | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/30/2019 | HS Affirm | 16 | 23 | 17 | 14 |
| 1/30/2019 | HS Affirm | 35 | 1 | 35 | 17 |
| 1/30/2019 | HS Affirm | 118 | 8 | 118 | 24 |
| 1/30/2019 | HS Affirm | 119 | 3 | 119 | 9 |
| 1/30/2019 | HS Affirm | 119 | 12 | 119 | 18 |