# EXHIBIT A

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR COLLEEN MCGINN ||||||
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 12/14/2018 | Teva Affirm | 11 | 1 | 11 | 20 |
| 12/14/2018 | Teva Affirm | 13 | 17 | 14 | 2 |
| 12/14/2018 | Teva Affirm | 27 | 9 | 28 | 14 |
| 12/14/2018 | Teva Affirm | 29 | 4 | 29 | 16 |
| 12/14/2018 | Teva Affirm | 31 | 15 | 32 | 4 |
| 12/14/2018 | Teva Affirm | 31 | 17 | 32 | 4 |
| 12/14/2018 | Teva Affirm | 31 | 17 | 32 | 4 |
| 12/14/2018 | Teva Affirm | 34 | 10 | 35 | 7 |
| 12/14/2018 | Teva Affirm | 96 | 24 | 97 | 21 |
| 12/14/2018 | Teva Affirm | 129 | 5 | 130 | 21 |

| PLAINTIFFS' OBJECTIONS AND TEVA'S RESPONSES FOR COLLEEN MCGINN | | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **NOTES** | | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **NOTES** |
| 12/14/2018 | 129 | 5 | 130 | 21 | Plaintiffs' Objection: Non-responsive; speculation; lacks foundation |
| 12/14/2018 | 129 | 5 | 130 | 21 | Response: Responsive because witness explains that duties and responsibilities under DEA regulations exist, but are subject to shifting interpretations. Answer is not speculative and has foundation because answer reflects personal knowledge and experience of the witness. Foundation regarding knowledge and experience in preceeding testimony. |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR DAVID MYERS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 12/13/2018 | Teva Affirm | 9 | 1 | 11 | 2 |
| 12/13/2018 | Allergan & MNK Affirm | 10 | 1 | 11 | 2 |
| 12/13/2018 | Teva Affirm | 24 | 15 | 26 | 14 |
| 12/13/2018 | Allergan & MNK Affirm | 29 | 23 | 30 | 10 |
| 12/13/2018 | Teva Affirm | 29 | 23 | 32 | 23 |
| 12/13/2018 | Allergan & MNK Affirm | 30 | 22 | 32 | 23 |
| 12/13/2018 | Teva Affirm | 34 | 5 | 35 | 1 |
| 12/13/2018 | Allergan & MNK Affirm | 34 | 5 | 35 | 1 |
| 12/13/2018 | Teva Affirm | 35 | 4 | 35 | 16 |
| 12/13/2018 | Allergan & MNK Affirm | 35 | 4 | 35 | 16 |
| 12/13/2018 | Teva Affirm | 36 | 9 | 37 | 2 |
| 12/13/2018 | Allergan & MNK Affirm | 36 | 9 | 37 | 2 |
| 12/13/2018 | Teva Affirm | 37 | 17 | 40 | 14 |
| 12/13/2018 | Allergan & MNK Affirm | 37 | 17 | 40 | 14 |
| 12/13/2018 | Teva Affirm | 40 | 22 | 41 | 3 |
| 12/13/2018 | Allergan & MNK Affirm | 40 | 22 | 41 | 3 |
| 12/13/2018 | Teva Affirm | 41 | 12 | 41 | 24 |
| 12/13/2018 | Allergan & MNK Affirm | 41 | 12 | 41 | 24 |
| 12/13/2018 | Allergan & MNK Affirm | 42 | 2 | 42 | 7 |
| 12/13/2018 | Teva Affirm | 42 | 2 | 42 | 12 |
| 12/13/2018 | Teva Affirm | 42 | 14 | 42 | 18 |
| 12/13/2018 | Teva Affirm | 43 | 4 | 43 | 6 |
| 12/13/2018 | Teva Affirm | 43 | 9 | 43 | 9 |
| 12/13/2018 | Allergan & MNK Affirm | 43 | 10 | 45 | 16 |
| 12/13/2018 | Teva Affirm | 43 | 11 | 45 | 16 |
| 12/13/2018 | Teva Affirm | 45 | 18 | 46 | 13 |
| 12/13/2018 | Allergan & MNK Affirm | 45 | 18 | 46 | 13 |
| 12/13/2018 | Allergan & MNK Affirm | 47 | 14 | 47 | 19 |
| 12/13/2018 | Teva Affirm | 47 | 14 | 49 | 14 |
| 12/13/2018 | Allergan & MNK Affirm | 49 | 7 | 49 | 14 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR DAVID MYERS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 12/13/2018 | Allergan & MNK Affirm | 49 | 16 | 49 | 21 |
| 12/13/2018 | Teva Affirm | 49 | 16 | 53 | 11 |
| 12/13/2018 | Allergan & MNK Affirm | 50 | 5 | 52 | 4 |
| 12/13/2018 | Allergan & MNK Affirm | 52 | 8 | 53 | 11 |
| 12/13/2018 | Allergan & MNK Affirm | 53 | 13 | 53 | 14 |
| 12/13/2018 | Teva Affirm | 53 | 13 | 54 | 9 |
| 12/13/2018 | Allergan & MNK Affirm | 53 | 22 | 54 | 9 |
| 12/13/2018 | Allergan & MNK Affirm | 59 | 17 | 60 | 7 |
| 12/13/2018 | Teva Affirm | 59 | 17 | 62 | 17 |
| 12/13/2018 | Allergan & MNK Affirm | 61 | 6 | 61 | 12 |
| 12/13/2018 | Plaintiff Counter | 62 | 18 | 63 | 14 |
| 12/13/2018 | Teva Affirm | 81 | 5 | 82 | 13 |
| 12/13/2018 | Allergan & MNK Affirm | 81 | 5 | 82 | 13 |
| 12/13/2018 | Teva Affirm | 82 | 15 | 83 | 21 |
| 12/13/2018 | Allergan & MNK Affirm | 82 | 15 | 83 | 21 |
| 12/13/2018 | Allergan & MNK Affirm | 86 | 1 | 86 | 9 |
| 12/13/2018 | Teva Affirm | 103 | 6 | 103 | 13 |
| 12/13/2018 | Teva Affirm | 103 | 15 | 104 | 8 |
| 12/13/2018 | Teva Affirm | 104 | 10 | 104 | 13 |
| 12/13/2018 | Teva Affirm | 104 | 20 | 104 | 24 |
| 12/13/2018 | Teva Affirm | 105 | 2 | 105 | 10 |
| 12/13/2018 | Teva Affirm | 105 | 13 | 105 | 18 |
| 12/13/2018 | Allergan & MNK Affirm | 114 | 14 | 114 | 18 |
| 12/13/2018 | Teva Affirm | 114 | 15 | 114 | 18 |
| 12/13/2018 | Teva Affirm | 114 | 21 | 115 | 2 |
| 12/13/2018 | Allergan & MNK Affirm | 114 | 21 | 115 | 2 |
| 12/13/2018 | Teva Affirm | 115 | 6 | 115 | 10 |
| 12/13/2018 | Allergan & MNK Affirm | 115 | 6 | 115 | 10 |
| 12/13/2018 | Teva Affirm | 115 | 14 | 115 | 19 |
| 12/13/2018 | Allergan & MNK Affirm | 115 | 14 | 115 | 19 |

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR DAVID MYERS | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 12/13/2018 | Allergan & MNK Affirm | 184 | 21 | 184 | 24 |
| 12/13/2018 | Allergan & MNK Affirm | 185 | 3 | 185 | 9 |
| 12/13/2018 | Allergan & MNK Affirm | 185 | 11 | 185 | 12 |
| 12/13/2018 | Plaintiff Counter | 185 | 14 | 185 | 22 |
| 12/13/2018 | Allergan & MNK Affirm | 185 | 23 | 186 | 1 |
| 12/13/2018 | Allergan & MNK Affirm | 186 | 3 | 186 | 4 |
| 12/13/2018 | Teva Affirm | 361 | 12 | 361 | 18 |
| 12/13/2018 | Teva Affirm | 362 | 1 | 362 | 4 |
| 12/13/2018 | Teva Affirm | 362 | 6 | 363 | 5 |
| 12/13/2018 | Teva Affirm | 363 | 7 | 363 | 17 |
| 12/13/2018 | Teva Affirm | 364 | 3 | 364 | 13 |
| 12/13/2018 | Teva Affirm | 364 | 17 | 364 | 24 |
| 12/13/2018 | Allergan & MNK Affirm | 366 | 14 | 367 | 1 |
| 12/13/2018 | Teva Affirm | 366 | 14 | 367 | 8 |
| 12/13/2018 | Teva Affirm | 367 | 11 | 367 | 22 |
| 12/13/2018 | Teva Affirm | 368 | 1 | 368 | 2 |
| 12/13/2018 | Plaintiff Counter | 368 | 4 | 368 | 7 |
| 12/13/2018 | Plaintiff Counter | 368 | 9 | 368 | 9 |
| 12/13/2018 | Teva Affirm | 368 | 20 | 368 | 22 |
| 12/13/2018 | Teva Affirm | 369 | 1 | 369 | 11 |
| 12/13/2018 | Teva Affirm | 369 | 13 | 369 | 13 |
| 12/13/2018 | Allergan & MNK Affirm | 369 | 20 | 371 | 4 |
| 12/13/2018 | Teva Affirm | 369 | 21 | 371 | 4 |
| 12/13/2018 | Allergan & MNK Affirm | 371 | 6 | 371 | 11 |
| 12/13/2018 | Teva Affirm | 371 | 6 | 371 | 15 |
| 12/13/2018 | Teva Affirm | 371 | 18 | 372 | 3 |
| 12/13/2018 | Teva Affirm | 372 | 6 | 372 | 13 |
| 12/13/2018 | Teva Affirm | 372 | 16 | 372 | 24 |
| 12/13/2018 | Teva Affirm | 373 | 2 | 373 | 5 |
| 12/13/2018 | Teva Affirm | 373 | 16 | 373 | 17 |
| 12/13/2018 | Teva Affirm | 373 | 19 | 375 | 4 |
| 12/13/2018 | Allergan & MNK Affirm | 379 | 24 | 380 | 5 |

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR DAVID MYERS | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | |
| | | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** |
| 12/13/2018 | Allergan & MNK Affirm | 380 | 7 | 380 | 13 |
| 12/13/2018 | Allergan & MNK Affirm | 383 | 16 | 383 | 19 |
| 12/13/2018 | Allergan & MNK Affirm | 383 | 21 | 384 | 11 |
| 12/13/2018 | Allergan & MNK Affirm | 384 | 14 | 385 | 24 |
| 12/13/2018 | Allergan & MNK Affirm | 386 | 4 | 386 | 9 |

### PLAINTIFFS' OBJECTIONS AND TEVA'S RESPONSES FOR DAVID MYERS

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 12/13/2018 | 103 | 6 | 105 | 18 | Plaintiffs' Objection: relevance |
| 12/13/2018 | 103 | 6 | 105 | 18 | Response: Relevant to understanding corporate ownership and responsibility for Anda entity and related distribution of opioid products. |
| 12/13/2018 | 114 | 21 | 115 | 19 | Plaintiffs' Objection: relevance |
| 12/13/2018 | 114 | 21 | 115 | 19 | Response: Relevant to differentiating advertising between brand and generic products. |
| 12/13/2018 | 183 | 21 | 186 | 4 | Plaintiffs' Objection: argumentative |
| 12/13/2018 | 183 | 21 | 186 | 4 | Response: Objection does not correspond with designated testimony. The examination is not argumentative in that the questions seek, and the responses provide, factual testimony. |
| 12/13/2018 | 185 | 14 | 185 | 22 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated. |
| 12/13/2018 | 368 | 4 | 368 | 9 | Objection to Plaintiffs' Counter: VG; HYP; 602 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR THOMAS NAPOLI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/17/2019 | Teva Affirm | 8 | 1 | 9 | 22 |
| 1/17/2019 | Allergan & MNK Affirm | 8 | 1 | 9 | 22 |
| 1/17/2019 | Teva Affirm | 10 | 8 | 11 | 15 |
| 1/17/2019 | Allergan & MNK Affirm | 10 | 8 | 11 | 15 |
| 1/17/2019 | Plaintiff Counter | 11 | 16 | 11 | 19 |
| 1/17/2019 | Teva Affirm | 11 | 20 | 12 | 8 |
| 1/17/2019 | Allergan & MNK Affirm | 11 | 20 | 12 | 8 |
| 1/17/2019 | Teva Affirm | 12 | 22 | 14 | 6 |
| 1/17/2019 | Teva Affirm | 12 | 22 | 14 | 6 |
| 1/17/2019 | Allergan & MNK Affirm | 12 | 22 | 14 | 6 |
| 1/17/2019 | Teva Affirm | 14 | 16 | 15 | 1 |
| 1/17/2019 | Allergan & MNK Affirm | 14 | 16 | 15 | 1 |
| 1/17/2019 | Teva Affirm | 17 | 3 | 18 | 5 |
| 1/17/2019 | Allergan & MNK Affirm | 17 | 3 | 18 | 5 |
| 1/17/2019 | Teva Affirm | 18 | 17 | 19 | 2 |
| 1/17/2019 | Allergan & MNK Affirm | 18 | 17 | 19 | 2 |
| 1/17/2019 | Teva Affirm | 20 | 17 | 22 | 1 |
| 1/17/2019 | Allergan & MNK Affirm | 20 | 17 | 22 | 1 |
| 1/17/2019 | Teva Affirm | 22 | 6 | 23 | 8 |
| 1/17/2019 | Allergan & MNK Affirm | 22 | 6 | 23 | 8 |
| 1/17/2019 | Allergan & MNK Affirm | 24 | 13 | 27 | 23 |
| 1/17/2019 | Teva Affirm | 30 | 13 | 32 | 21 |
| 1/17/2019 | Allergan & MNK Affirm | 30 | 13 | 32 | 21 |
| 1/17/2019 | Allergan & MNK Affirm | 36 | 3 | 37 | 16 |
| 1/17/2019 | Plaintiff Counter | 40 | 6 | 41 | 3 |
| 1/17/2019 | Allergan & MNK Affirm | 41 | 4 | 41 | 24 |
| 1/17/2019 | Teva Affirm | 41 | 18 | 43 | 3 |
| 1/17/2019 | Allergan & MNK Affirm | 42 | 1 | 43 | 3 |
| 1/17/2019 | Teva Affirm | 59 | 11 | 61 | 7 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR THOMAS NAPOLI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/17/2019 | Allergan & MNK Affirm | 59 | 11 | 61 | 7 |
| 1/17/2019 | Teva Affirm | 61 | 23 | 62 | 13 |
| 1/17/2019 | Teva Affirm | 73 | 4 | 75 | 6 |
| 1/17/2019 | Allergan & MNK Affirm | 73 | 4 | 75 | 6 |
| 1/17/2019 | Teva Affirm | 88 | 2 | 89 | 5 |
| 1/17/2019 | Allergan & MNK Affirm | 88 | 2 | 89 | 5 |
| 1/17/2019 | Teva Affirm | 96 | 11 | 97 | 21 |
| 1/17/2019 | Allergan & MNK Affirm | 96 | 11 | 97 | 21 |
| 1/17/2019 | Teva Affirm | 100 | 3 | 101 | 3 |
| 1/17/2019 | Allergan & MNK Affirm | 100 | 3 | 101 | 3 |
| 1/17/2019 | Teva Affirm | 106 | 15 | 107 | 17 |
| 1/17/2019 | Allergan & MNK Affirm | 106 | 15 | 107 | 17 |
| 1/17/2019 | Plaintiff Counter | 113 | 21 | 118 | 7 |
| 1/17/2019 | Teva Affirm | 117 | 16 | 117 | 18 |
| 1/17/2019 | Allergan & MNK Affirm | 117 | 16 | 117 | 18 |
| 1/17/2019 | Teva Affirm | 118 | 8 | 118 | 17 |
| 1/17/2019 | Allergan & MNK Affirm | 118 | 8 | 118 | 17 |
| 1/17/2019 | Teva Affirm | 121 | 2 | 121 | 8 |
| 1/17/2019 | Allergan & MNK Affirm | 121 | 2 | 121 | 8 |
| 1/17/2019 | Teva Affirm | 121 | 12 | 123 | 10 |
| 1/17/2019 | Allergan & MNK Affirm | 121 | 12 | 123 | 10 |
| 1/17/2019 | Teva Affirm | 133 | 6 | 134 | 23 |
| 1/17/2019 | Allergan & MNK Affirm | 133 | 6 | 134 | 23 |
| 1/17/2019 | Teva Affirm | 136 | 10 | 137 | 16 |
| 1/17/2019 | Allergan & MNK Affirm | 136 | 10 | 137 | 16 |
| 1/17/2019 | Allergan & MNK Affirm | 155 | 22 | 156 | 2 |
| 1/17/2019 | Teva Affirm | 155 | 22 | 156 | 22 |
| 1/17/2019 | Allergan & MNK Affirm | 156 | 5 | 157 | 3 |
| 1/17/2019 | Teva Affirm | 157 | 16 | 158 | 23 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR THOMAS NAPOLI ||||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/17/2019 | Allergan & MNK Affirm | 158 | 5 | 158 | 9 |
| 1/17/2019 | Allergan & MNK Affirm | 158 | 11 | 159 | 5 |
| 1/17/2019 | Allergan & MNK Affirm | 159 | 7 | 159 | 15 |
| 1/17/2019 | Allergan & MNK Affirm | 162 | 14 | 162 | 17 |
| 1/17/2019 | Allergan & MNK Affirm | 162 | 21 | 163 | 5 |
| 1/17/2019 | Allergan & MNK Affirm | 163 | 8 | 164 | 4 |
| 1/17/2019 | Allergan & MNK Affirm | 164 | 8 | 164 | 11 |
| 1/17/2019 | Allergan & MNK Affirm | 165 | 17 | 166 | 23 |
| 1/17/2019 | Plaintiff Counter | 165 | 24 | 168 | 18 |
| 1/17/2019 | Teva Affirm | 166 | 1 | 166 | 23 |
| 1/17/2019 | Teva Affirm | 168 | 19 | 170 | 12 |
| 1/17/2019 | Allergan & MNK Affirm | 168 | 19 | 170 | 12 |
| 1/17/2019 | Teva Affirm | 172 | 12 | 173 | 24 |
| 1/17/2019 | Allergan & MNK Affirm | 172 | 12 | 173 | 24 |
| 1/17/2019 | Allergan & MNK Affirm | 185 | 11 | 186 | 13 |
| 1/17/2019 | Allergan & MNK Affirm | 189 | 11 | 193 | 2 |
| 1/17/2019 | Allergan & MNK Affirm | 193 | 4 | 193 | 16 |
| 1/17/2019 | Plaintiff Counter | 193 | 18 | 195 | 9 |
| 1/17/2019 | Allergan & MNK Affirm | 195 | 10 | 195 | 14 |
| 1/17/2019 | Plaintiff Counter | 195 | 15 | 196 | 7 |
| 1/17/2019 | Plaintiff Counter | 196 | 20 | 197 | 18 |
| 1/17/2019 | Plaintiff Counter | 197 | 21 | 198 | 24 |
| 1/17/2019 | Plaintiff Counter | 199 | 3 | 199 | 17 |
| 1/17/2019 | Plaintiff Counter | 200 | 6 | 202 | 15 |
| 1/17/2019 | Plaintiff Counter | 202 | 18 | 203 | 18 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND PLAINTIFFS' COUNTERS FOR THOMAS NAPOLI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/17/2019 | Teva Affirm | 217 | 13 | 218 | 14 |
| 1/17/2019 | Plaintiff Counter | 218 | 15 | 223 | 21 |
| 1/17/2019 | Teva Affirm | 223 | 22 | 224 | 14 |
| 1/17/2019 | Allergan & MNK Affirm | 255 | 14 | 256 | 21 |
| 1/17/2019 | Teva Affirm | 257 | 8 | 261 | 19 |
| 1/17/2019 | Allergan & MNK Affirm | 257 | 8 | 261 | 19 |
| 1/17/2019 | Allergan & MNK Affirm | 262 | 17 | 263 | 9 |
| 1/17/2019 | Allergan & MNK Affirm | 264 | 1 | 273 | 10 |
| 1/17/2019 | Allergan & MNK Affirm | 273 | 12 | 273 | 17 |
| 1/17/2019 | Allergan & MNK Affirm | 276 | 10 | 281 | 19 |
| 1/17/2019 | Allergan & MNK Affirm | 293 | 10 | 297 | 21 |
| 1/17/2019 | Allergan & MNK Affirm | 297 | 23 | 298 | 22 |
| 1/17/2019 | Allergan & MNK Affirm | 299 | 1 | 300 | 4 |
| 1/17/2019 | Allergan & MNK Affirm | 314 | 3 | 319 | 5 |
| 1/17/2019 | Allergan & MNK Affirm | 319 | 17 | 323 | 12 |
| 1/17/2019 | Teva Affirm | 338 | 19 | 340 | 7 |
| 1/17/2019 | Allergan & MNK Affirm | 338 | 19 | 343 | 17 |
| 1/17/2019 | Teva Affirm | 341 | 6 | 343 | 15 |

## PLAINTIFFS' OBJECTIONS AND TEVA'S RESPONSES FOR THOMAS NAPOLI

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 1/17/2019 | 88 | 2 | 89 | 5 | Plaintiffs' Objection: relevance |
| 1/17/2019 | 88 | 2 | 89 | 5 | Response: Relevant to explaining processes for suspicious order monitoring, which is directly relevant to plaintiffs' claims against |
| 1/17/2019 | 113 | 21 | 118 | 7 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 193 | 19 | 195 | 9 | Objection to Plaintiffs' Counter: 602 |
| 1/17/2019 | 196 | 20 | 197 | 18 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 197 | 21 | 198 | 24 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 199 | 3 | 199 | 17 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 200 | 6 | 202 | 15 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 202 | 18 | 203 | 18 | Objection to Plaintiffs' Counter: Improper Counter Designation. Counter is mere attempt by Plaintiffs to designate testimony which should have been affirmatively designated; 602 |
| 1/17/2019 | 218 | 15 | 223 | 21 | Objection to Plaintiffs' Counter: Overbroad |
| 1/17/2019 | 338 | 19 | 341 | 4 | Plaintiffs' Objection: foundation; relevance |
| 1/17/2019 | 338 | 19 | 341 | 4 | Reponse: Relevant to suspicious order monitoring, internal controls protocols, and DEA compliance.  Foundation regarding reporting set forth in prior testimony and based upon personal experience of witness. |
| 1/17/2019 | 341 | 5 | 343 | 17 | Plaintiffs' Objection: relevance |
| 1/17/2019 | 341 | 5 | 343 | 17 | Response: Relevant to company and witness's views on suspicious order monitoring and internal controls. |