United States District Court
Northern District of Ohio

# Non-Appeal Transcript Order

To Be Completed by Ordering Party

| Court Reporter | Donnalee Cotone | Judicial Officer | | Judge Dan Aaron Polster |
|---|---|---|---|---|
| Requested by: | Peter H. Weinberger | | Phone | 216-696-3232 |
| Case Name | In Re: National Prescription Opiate Litigation | | | |
| Case Number | 17-2804 | Date(s) of Proceedings | | 10/21/19-12/13/19 |
| Today's Date | 10/10/19 | Requested Completion Date | | Daily |

**Financial arrangements must be made with the court reporter before transcript is prepared.  If the method of payment is authorized under CJA, submit the AUTH-24 in the OHND CJA eVoucher System**

| Email Address | pweinberger@spanglaw.com | s/Peter H. Weinberger |
|---|---|---|
| | sschebek@spanglaw.com | Signature of Ordering Party |

| **Maximum Rate Per Page** | | | |
|---|---|---|---|
| **Transcript Type** | Original | **First Copy to each party** | **Each add'l Copy** |
| **Ordinary:** A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $3.65 | ☐ $0.90 | ☐ $0.60 |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of an order. | ☐ $4.25 | ☐ $0.90 | ☐ $0.60 |
| **Expedited/7-Day Transcript:** A transcript to be delivered within seven (7) days after receipt of order. | ☐ $4.85 | ☐ $0.90 | ☐ $0.60 |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | ☐ $5.45 | ☐ $1.05 | ☐ $0.75 |
| **Daily:** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.05 | ☐ $1.20 | ☐ $0.90 |
| **Hourly:** A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | ☑ $7.25 | ☐ $1.20 | ☐ $0.90 |
| **Realtime Unedited Transcript**: A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | ☑ $3.05 <br> One feed, $3.05 per page; two to four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

Local Civil Rule 80.1/Criminal Rule 57.20 of the Northern District of Ohio requires transcript requests to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court. Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br><br>This document relates to:<br><br>*Track One Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## PARTY ATTORNEYS RECEIVING REALTIME FEEDS ON BEHALF OF PLAINTIFFS AND THOSE TO RECEIVE DAILY TRANSCRIPTS

Pursuant to the Court's October 7, 2019 Order, Plaintiffs request twenty-two (22) realtime transcript feeds.  Plaintiffs submit the following names and email addresses of each Party Attorney who will receive such feed(s):

| | |
|---|---|
| **Hunter Shkolnik** | **hunter@napolilaw.com** |
| **Salvatore C. Badala** | **sbadala@napolilaw.com** |
| **Peter H. Weinberger** | **pweinberger@spanglaw.com** |
| **Mark Lanier** | **wml@lanierlawfirm.com** |
| **Rachel Lanier** | **rachel.lanier@lanierlawfirm.com** |
| **Jayne Conroy** | **jconroy@simmonsfirm.com** |
| **Mildred Conroy** | **mildred.conroy@lanierlawfirm.com** |
| **Laura Fitzpatrick** | **lfitzpatrick@simmonsfirm.com** |
| **Ellyn Hurd** | **ehurd@simmonsfirm.com** |
| **Bonnie Kendrick** | **bkendrick@simmonsfirm.com** |
| **James Ledlie** | **jledlie@motleyrice.com** |
| **Frank Gallucci** | **fgallucci@pglawyer.com** |
| **Paulina doAmaral** | **pdoamaral@lchb.com** |
| **Lisa Saltzburg** | **lsaltzburg@motleyrice.com** |
| **Don Migliori** | **dmigliori@motleyrice.com** |

| Michelle Carreras | michelle.carreras@lanierlawfirm.com |
|---|---|
| Andrea Bierstein | abierstein@simmonsfirm.com |
| Tony Majestro | amajestro@powellmajestro.com |
| Lou Bograd | lbograd@motleyrice.com |
| Linda Singer | lsinger@motleyrice.com |
| Jeremy Tor | jtor@spanglaw.com |
| Dustin Herman | dherman@spanglaw.com |

Plaintiffs submit the following names and email addresses who will receive the

*daily transcripts:*

**Bonnie Kendrick:   bkendrick@simmonsfirm.com**

**Sheila Schebek:    sschebek@spanglaw.com**

*s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## REALTIME/DRAFT UNEDITED TRANSCRIPT DISCLAIMER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                          Case No.  1:17-md-2804

NATIONAL PRESCRIPTION
OPIATE LITIGATION

The realtime/draft unedited transcript of proceedings in the above-titled matter is delivered unedited and uncertified by the court reporter at the request of the undersigned.

You agree that you will not distribute this realtime/draft unedited transcript in any form, written or electronic, to the public, including news organizations, and other participants and/or nonparticipants.

The realtime/draft unedited transcript shall not be relied upon for purposes of verbatim citation of the record or used for any purpose that requires a certified transcript of a proceeding.

The realtime/draft unedited transcript has not been edited, proofread, or corrected. It is a draft transcript and is not certified to be true and correct. It may contain computer-generated mistranslations of stenotype shorthand or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols and shorthand which cannot be deciphered by non-court reporters.

The realtime/draft unedited transcript may differ from a certified transcript of the same proceedings in content, page and line numbers, punctuation, and formatting. The realtime/draft unedited transcript contains no appearance page, index, or certification page.

The undersigned agrees to indemnify and hold harmless the court reporter for any use by any person of the realtime/draft unedited transcript.


Peter H. Weinberger                              Plaintiffs
_____         _____
Name of purchaser                                On behalf of *(party)*


s/Peter H. Weinberger                            10/10/19
_____         _____
Signature of purchaser                           Date


pweinberger@spanglaw.com                         216-696-3232
_____         _____
Email                                            Telephone