**REALTIME/DRAFT UNEDITED TRANSCRIPT DISCLAIMER**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                                                                       Case No.  1:17-md-2804

NATIONAL PRESCRIPTION
OPIATE LITIGATION

    The realtime/draft unedited transcript of proceedings in the above-titled matter is delivered unedited and uncertified by the court reporter at the request of the undersigned.

    You agree that you will not distribute this realtime/draft unedited transcript in any form, written or electronic, to the public, including news organizations, and other participants and/or nonparticipants.

    The realtime/draft unedited transcript shall not be relied upon for purposes of verbatim citation of the record or used for any purpose that requires a certified transcript of a proceeding.

    The realtime/draft unedited transcript has not been edited, proofread, or corrected. It is a draft transcript and is not certified to be true and correct. It may contain computer-generated mistranslations of stenotype shorthand or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols and shorthand which cannot be deciphered by non-court reporters.

    The realtime/draft unedited transcript may differ from a certified transcript of the same proceedings in content, page and line numbers, punctuation, and formatting. The realtime/draft unedited transcript contains no appearance page, index, or certification page.

    The undersigned agrees to indemnify and hold harmless the court reporter for any use by any person of the realtime/draft unedited transcript.

| | |
|---|---|
| Nancy L. Patterson | Teva, Cephalon and Actavis Generic Defendants |
| Name of purchaser | On behalf of *(party)* |
| /s/ Nancy L. Patterson | October 10, 2019 |
| Signature of purchaser | Date |
| nancy.patterson@morganlewis.com | (713) 890-5195 |
| Email | Telephone |