# EXHIBIT A

| DEFENDANTS' AFFIRMATIVE DESIGNATIONS FOR ELIZABETH GARCIA | | | | | | |
|---|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | | | |
|  | **Designation Type** | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Notes** |
| 12/14/2018 | ABDC Affirm | 25 | 9 | 26 | 19 | |
| 12/14/2018 | ABDC Affirm | 46 | 11 | 47 | 24 | |
| 12/14/2018 | ABDC Affirm | 48 | 3 | 48 | 17 | |
| 12/14/2018 | ABDC Affirm | 50 | 20 | 51 | 11 | |
| 12/14/2018 | ABDC Affirm | 53 | 5 | 53 | 19 | |
| 12/14/2018 | ABDC Affirm | 53 | 23 | 54 | 4 | |
| 12/14/2018 | ABDC Affirm | 54 | 8 | 55 | 19 | |
| 12/14/2018 | ABDC Affirm | 55 | 22 | 56 | 9 | |
| 12/14/2018 | ABDC Affirm | 56 | 15 | 56 | 18 | |
| 12/14/2018 | ABDC Affirm | 56 | 21 | 57 | 3 | |
| 12/14/2018 | ABDC Affirm | 57 | 20 | 58 | 5 | |
| 12/14/2018 | ABDC Affirm | 58 | 8 | 58 | 24 | |
| 12/14/2018 | ABDC Affirm | 61 | 17 | 61 | 21 | |
| 12/14/2018 | ABDC Affirm | 61 | 24 | 62 | 2 | |
| 12/14/2018 | ABDC Affirm | 62 | 21 | 63 | 17 | |
| 12/14/2018 | ABDC Affirm | 63 | 22 | 64 | 2 | |
| 12/14/2018 | ABDC Affirm | 64 | 5 | 64 | 6 | |
| 12/14/2018 | ABDC Affirm | 64 | 8 | 64 | 19 | |
| 12/14/2018 | ABDC Affirm | 65 | 5 | 65 | 15 | |
| 12/14/2018 | ABDC Affirm | 65 | 24 | 66 | 4 | |
| 12/14/2018 | ABDC Affirm | 66 | 7 | 66 | 11 | |
| 12/14/2018 | ABDC Affirm | 66 | 12 | 67 | 4 | |
| 12/14/2018 | ABDC Affirm | 67 | 14 | 67 | 17 | |
| 12/14/2018 | ABDC Affirm | 67 | 18 | 68 | 1 | |
| 12/14/2018 | ABDC Affirm | 68 | 6 | 68 | 23 | |
| 12/14/2018 | ABDC Affirm | 69 | 2 | 69 | 21 | |
| 12/14/2018 | ABDC Affirm | 72 | 9 | 72 | 20 | |
| 12/14/2018 | ABDC Affirm | 72 | 23 | 73 | 12 | |
| 12/14/2018 | ABDC Affirm | 74 | 5 | 74 | 14 | |
| 12/14/2018 | ABDC Affirm | 76 | 20 | 77 | 6 | |
| 12/14/2018 | ABDC Affirm | 77 | 11 | 77 | 18 | |
| 12/14/2018 | ABDC Affirm | 78 | 10 | 78 | 24 | |
| 12/14/2018 | ABDC Affirm | 79 | 17 | 79 | 18 | |
| 12/14/2018 | ABDC Affirm | 79 | 21 | 79 | 22 | |
| 12/14/2018 | ABDC Affirm | 80 | 2 | 80 | 8 | |
| 12/14/2018 | ABDC Affirm | 80 | 15 | 81 | 19 | |

| DEFENDANTS' AFFIRMATIVE DESIGNATIONS FOR ELIZABETH GARCIA | | | | | | |
|---|---|---|---|---|---|---|
| **DEPO DATE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | | | |
| | **Designation Type** | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Notes** |
| 12/14/2018 | ABDC Affirm | 82 | 8 | 82 | 12 | |
| 12/14/2018 | ABDC Affirm | 83 | 7 | 83 | 11 | |
| 12/14/2018 | ABDC Affirm | 85 | 12 | 85 | 20 | |
| 12/14/2018 | ABDC Affirm | 85 | 22 | 86 | 3 | |
| 12/14/2018 | ABDC Affirm | 86 | 7 | 86 | 14 | |
| 12/14/2018 | ABDC Affirm | 86 | 18 | 86 | 23 | |
| 12/14/2018 | ABDC Affirm | 87 | 2 | 87 | 11 | |
| 12/14/2018 | ABDC Affirm | 88 | 8 | 88 | 17 | |
| 12/14/2018 | ABDC Affirm | 88 | 20 | 89 | 9 | |
| 12/14/2018 | ABDC Affirm | 94 | 16 | 95 | 12 | |
| 12/14/2018 | ABDC Affirm | 95 | 15 | 95 | 23 | |
| 12/14/2018 | ABDC Affirm | 96 | 2 | 96 | 5 | |
| 12/14/2018 | ABDC Affirm | 96 | 8 | 96 | 19 | |
| 12/14/2018 | ABDC Affirm | 96 | 22 | 97 | 1 | |
| 12/14/2018 | ABDC Affirm | 97 | 5 | 97 | 7 | |
| 12/14/2018 | ABDC Affirm | 97 | 11 | 97 | 21 | |
| 12/14/2018 | ABDC Affirm | 97 | 24 | 98 | 14 | |
| 12/14/2018 | ABDC Affirm | 98 | 17 | 98 | 23 | |
| 12/14/2018 | ABDC Affirm | 99 | 2 | 99 | 4 | |
| 12/14/2018 | ABDC Affirm | 99 | 6 | 99 | 17 | |
| 12/14/2018 | ABDC Affirm | 99 | 20 | 99 | 21 | |
| 12/14/2018 | ABDC Affirm | 100 | 5 | 100 | 6 | |
| 12/14/2018 | ABDC Affirm | 215 | 2 | 215 | 11 | |
| 12/14/2018 | ABDC Affirm | 215 | 14 | 216 | 4 | |
| 12/14/2018 | ABDC Affirm | 217 | 4 | 217 | 24 | |
| 12/14/2018 | ABDC Affirm | 218 | 3 | 218 | 23 | |
| 12/14/2018 | ABDC Affirm | 219 | 2 | 219 | 8 | |
| 12/14/2018 | ABDC Affirm | 219 | 11 | 219 | 23 | |
| 12/14/2018 | ABDC Affirm | 220 | 2 | 220 | 7 | |
| 12/14/2018 | ABDC Affirm | 220 | 10 | 221 | 6 | |
| 12/14/2018 | ABDC Affirm | 221 | 9 | 222 | 2 | |
| 12/14/2018 | ABDC Affirm | 222 | 5 | 222 | 18 | |
| 12/14/2018 | ABDC Affirm | 222 | 21 | 223 | 10 | |
| 12/14/2018 | ABDC Affirm | 223 | 13 | 223 | 13 | |
| 12/14/2018 | ABDC Affirm | 225 | 6 | 225 | 11 | |
| 12/14/2018 | ABDC Affirm | 225 | 15 | 226 | 1 | |

- 3 -

| DEFENDANTS' AFFIRMATIVE DESIGNATIONS FOR ELIZABETH GARCIA ||||||
| DEPO DATE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS |||| |
|  | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 12/14/2018 | ABDC Affirm | 226 | 4 | 226 | 4 |  |
| 12/14/2018 | ABDC Affirm | 226 | 18 | 226 | 21 |  |
| 12/14/2018 | ABDC Affirm | 226 | 24 | 227 | 11 |  |
| 12/14/2018 | ABDC Affirm | 227 | 14 | 227 | 24 |  |
| 12/14/2018 | ABDC Affirm | 228 | 9 | 228 | 15 |  |
| 12/14/2018 | ABDC Affirm | 228 | 18 | 229 | 2 |  |
| 12/14/2018 | ABDC Affirm | 229 | 5 | 229 | 10 |  |
| 12/14/2018 | ABDC Affirm | 229 | 12 | 230 | 2 |  |
| 12/14/2018 | ABDC Affirm | 248 | 7 | 250 | 1 |  |
| 12/14/2018 | ABDC Affirm | 250 | 8 | 250 | 11 |  |
| 12/14/2018 | ABDC Affirm | 250 | 14 | 250 | 18 |  |
| 12/14/2018 | ABDC Affirm | 251 | 22 | 252 | 12 |  |
| 12/14/2018 | ABDC Affirm | 252 | 15 | 252 | 21 |  |
| 12/14/2018 | ABDC Affirm | 252 | 24 | 253 | 5 |  |
| 12/14/2018 | ABDC Affirm | 253 | 8 | 253 | 9 |  |

| DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS FOR ELIZABETH GARCIA ||||||
|---|---|---|---|---|---|
| **DEPO DATE** | **PLAINTIFFS' OBJECTIONS** |||| **DEFENDANTS' RESPONSES** |
|  | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS |  |
| 12/14/2018 | 46 | 11 | 47 | 24 | relevance | educational background is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 48 | 3 | 48 | 17 | relevance | educational background is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 50 | 20 | 51 | 11 | relevance, foundation | educational and training background is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses; witness testified to training so there is appropriate foundation |
| 12/14/2018 | 53 | 5 | 53 | 19 | relevance | witness's training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 53 | 23 | 54 | 4 | relevance | witness's training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 54 | 8 | 55 | 19 | relevance | witness's education and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 55 | 22 | 56 | 9 | relevance | witness's education and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 56 | 15 | 56 | 18 | relevance | witness's education and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 56 | 21 | 57 | 3 | relevance | witness's education and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 57 | 20 | 58 | 5 | relevance | witness's experience is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 58 | 8 | 58 | 24 | relevance | witness's experience is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 61 | 17 | 61 | 21 | relevance | witness's experience is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 61 | 24 | 62 | 2 | relevance | witness's experience is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 62 | 21 | 63 | 17 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |

- 5 -

| DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS FOR ELIZABETH GARCIA ||||||
| --- | --- | --- | --- | --- | --- |
| DEPO DATE | PLAINTIFFS' OBJECTIONS |||| DEFENDANTS' RESPONSES |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 12/14/2018 | 63 | 22 | 64 | 2 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 64 | 5 | 64 | 6 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 64 | 8 | 64 | 19 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 65 | 5 | 65 | 15 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 65 | 24 | 66 | 4 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 66 | 7 | 66 | 11 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 66 | 12 | 67 | 4 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 67 | 14 | 67 | 17 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 67 | 18 | 68 | 1 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 68 | 6 | 68 | 23 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 69 | 2 | 69 | 21 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 72 | 9 | 72 | 20 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 72 | 23 | 73 | 12 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 74 | 5 | 74 | 14 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 76 | 20 | 77 | 6 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |

| DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS FOR ELIZABETH GARCIA ||||||
|---|---|---|---|---|---|
| **DEPO DATE** | **PLAINTIFFS' OBJECTIONS** |||| **DEFENDANTS' RESPONSES** |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 12/14/2018 | 77 | 11 | 77 | 18 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 78 | 10 | 78 | 24 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 79 | 17 | 79 | 18 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 79 | 21 | 79 | 22 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 80 | 2 | 80 | 8 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 80 | 15 | 81 | 19 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 82 | 8 | 82 | 12 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 83 | 7 | 83 | 11 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 85 | 12 | 85 | 20 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 85 | 22 | 86 | 3 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 86 | 7 | 86 | 14 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 86 | 18 | 86 | 23 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 87 | 2 | 87 | 11 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 88 | 8 | 88 | 17 | relevance, hearsay, foundation | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses; witness's recollection is not hearsay; witness testified to training so foundation has been laid based on |

| DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS FOR ELIZABETH GARCIA ||||||
| DEPO DATE | PLAINTIFFS' OBJECTIONS ||||  DEFENDANTS' RESPONSES |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | witness's knowledge, experience and the testimony that proceeds this section |
| 12/14/2018 | 88 | 20 | 89 | 9 | relevance, hearsay, foundation | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses; witness's recollection is not hearsay; witness testified to training so foundation has been laid based on witness's knowledge, experience and the testimony that proceeds this section |
| 12/14/2018 | 94 | 16 | 95 | 12 | relevance | witness's experience and training is relevant to witness's job duties and plaintiffs' claims and ABDC's defenses |
| 12/14/2018 | 215 | 2 | 215 | 11 | foundation | foundation has been laid based on witness's knowledge, experience, and the testimony that proceeds this section |
| 12/14/2018 | 215 | 14 | 216 | 4 | foundation | foundation has been laid based on witness's knowledge, experience, and the testimony that proceeds this section |
| 12/14/2018 | 248 | 7 | 250 | 1 | foundation | foundation has been laid based on witness's knowledge, experience, and the testimony that proceeds this section |