# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

## PLAINTIFF'S AFFIRMATIVE DEPOSITION DESIGNATIONS

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered on May 1, 2019, as amended July 29, 2019, Plaintiffs submit the following list of witnesses who are anticipated to testify via deposition if they cannot be live in the courtroom. These designations are not yet final, and Plaintiffs reserve the right to revise or withdraw their designations, responses, counters and objections based on the Court's rulings, Defendants' designations of deposition testimony, and evidence introduced at trial. Plaintiffs reserve the right to play, in response to deposition testimony played by Defendants, any testimony they, or any other party or former party, designated affirmatively. Plaintiffs also reserve the right to play any testimony Defendants have designated.

| | |
|---|---|
| 1. | Thomas Prevoznik |
| 2. | Joseph Rannazzisi |
| 3. | Stacy Harper-Avilla |
| 4. | Patrick Kelly |
| 5. | David May |
| 6. | Steve Mays |
| 7. | Edward Hazewski |
| 8. | Eric Cherveny |
| 9. | Nathan Elkins |
| 10. | Jennifer Norris |

| 11. | Steve Reardon |
|---|---|
| 12. | Nathan Hartle |
| 13. | Gary Boggs |
| 14. | Tracy Jonas |
| 15 | David Gustin |
| 16. | Michael Oriente |
| 17. | Tasha Polster |
| 18. | Barbra Martin |
| 19. | Douglas Peterson |
| 20. | Eric Stahmann |
| 21. | Deborah Bish |
| 22. | Nancy Baran |
| 23. | Joseph Tomkiewicz |
| 24. | Colleen McGinn |

Dated: October 10, 2019

Respectfully submitted,

/s/Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

W. Mark Lanier
THE LANIER LAW FIRM
6810 FM 1960 Rd W
Houston, TX  77069-3804
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

*Lead Trial Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY  10017
(212) 397-1000

(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Donald Migliori
MOTLEY RICE LLC
28 Bridge Street
Mt. Pleasant, SC 29464
(401) 457-7709
dmigliori@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*