# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFFS' REQUEST FOR PRODUCTION TO DEFENDANTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that all Defendants respond to the following Requests for Production (the "Requests") in accordance with their obligations under the Federal Rules of Civil Procedure. Responses to the Requests shall be provided in the manner required by Rule 34(b)(2), the Local Rules of the Northern District of Ohio, the Court's Case Management Order One, filed April 11, 2018, Doc. No. 232, and any other applicable law or rules, within seven (7) days of the service of these Requests.

If Defendant finds any term or other aspect of the Requests vague, ambiguous, or otherwise objectionable and intends to so object, counsel for the Plaintiffs offers to promptly meet with counsel for Defendant to resolve any issues.

**DEFINITIONS**

"You" or "Your," means each and every Defendant and its officers, directors, employees, partners, representatives, agents, corporate parent, subsidiaries, affiliates, divisions, predecessors or successors-in-interest, and other Persons or entities acting on its behalf or controlled by it.

"OIG Report" shall mean the report entitled, "Review of the Drug Enforcement Administration's Regulatory and Enforcement Efforts to Control the Diversion of Opioids," issued

by the Office of Inspector General, U.S. Department of Justice, a copy of which is attached hereto as Exhibit A.

"Document" is defined to be synonymous in meaning and equal in scope to the meaning of this term in Fed. R. Civ. P. 34. A draft or non-identical copy is a separate Document within the meaning of this term. In all events, the definition of "Document" shall include "Communication," as defined below.

"Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) and, with respect to oral Communication, includes any Document evidencing such oral Communication. It includes the transmittal of information by any means, including email, SMS, MMS or other "text" messages, messages on "social networking" sites (including but not limited to, Facebook, Google+, MySpace, and Twitter), shared applications from cell phones, or by any other means. "Communication" also shall include, without limitation, all originals and copies that are provided by you or to you by others.

"Person" is defined as any natural Person or any business, legal, or governmental entity, or association.

"Opioid" or "Opioids" refers to that class of drugs, legal or illegal, natural or synthetic, used to control pain, including, but not limited to, the drugs referenced in Plaintiffs' Complaints and Amended Complaints in the above-referenced matter.

## INSTRUCTIONS

The time period covered by these requests is January 1, 1990 through the date of Your response, unless otherwise specified.

All ESI shall be produced in its original native form, including all metadata, and as otherwise provided in Case Management Order No. 3.

All video and audio files must be produced in the manner in which you store and retrieve

them, *i.e.*, in their native formats and as otherwise provided in the to-be-agreed/ordered ESI protocol.

## REQUESTS FOR PRODUCTION

**Request No. 1.** All Documents constituting, concerning or referencing Communications between You and any other Person concerning: (i) the OIG Report; (ii) draft versions of the OIG Report; or (iii) the investigation that culminated in the OIG Report.

**RESPONSE:**

Dated:  October 7, 2019        *s/Peter H. Weinberger*
                               Peter H. Weinberger (0022076)
                               **SPANGENBERG SHIBLEY & LIBER LLP**
                               1001 Lakeside Avenue East, Suite 1700
                               Cleveland, OH  44114
                               (216) 696-3232
                               (216) 696-3924 (FAX)
                               *pweinberger@spanglaw.com*
                               Plaintiffs' Co-Liaison Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October 2019, the foregoing has been served via email on all defense counsel via the email address designated by counsel for such purposes.

                               *s/David I. Ackerman*