# EXHIBIT 1

| | Cardinal's Affirmative Deposition Deisgnations, Plaintiffs' Objections & Cardinal's Responses for Eric Brantley | | |
|---|---|---|---|
| **Depo Date** | **Cardinal's Affirmative Deposition Designations for Eric Brantley** | **Plaintiffs' Objections** | **Cardinal's Responses** |
| 11/27/2018 | 517:24-522:12 | No objection | |
| 11/27/2018 | 522:15-526:19 | No objection | |
| 11/27/2018 | 526:24-527:7 | No objection | |
| 11/27/2018 | 527:20-527:22 | No objection | |
| 11/27/2018 | 527:24-529:4 | No objection | |
| 11/27/2018 | 529:8-533:18 | No objection | |
| 11/27/2018 | 533:25-538:25 | No objection | |
| 11/27/2018 | 542:14-542:16 | No objection | |
| 11/27/2018 | 542:18-542:22 | No objection | |
| 11/27/2018 | 543:1-543:3 | No objection | |
| 11/27/2018 | 544:12-544:21 | No objection | |
| 11/27/2018 | 545:9-545:21 | No objection | |
| 11/27/2018 | 545:23-546:9 | No objection | |
| 11/27/2018 | 546:11-546:20 | No objection | |
| 11/27/2018 | 546:23-547:4 | No objection | |
| 11/27/2018 | 547:6-547:8 | No objection | |
| 11/27/2018 | 547:11-548:11 | No objection | |

| | Cardinal's Affirmative Deposition Deisgnations, Plaintiffs' Objections & Cardinal's Responses for Eric Brantley | | |
|---|---|---|---|
| **Depo Date** | **Cardinal's Affirmative Deposition Designations for Eric Brantley** | **Plaintiffs' Objections** | **Cardinal's Responses** |
| 11/27/2018 | 548:14-548:23 | 548:20-548:25 - Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct). See also p. 553:2-6 (demonstrating effect on witness). To the extent offered for truth, residual HS exception. |
| 11/27/2018 | 549:1-549:3 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 549:10-549:12 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 549:15-549:21 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 550:3-550:14 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 550:21-551:11 | 550:21-550:22; 551:1-551:11 - Hearsay | Response [550:21-550:22]: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception.<br><br>Response [551:1-551:11]: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception. Document is a recorded recollection, and record of a regularly conducted activity. |

| | Cardinal's Affirmative Deposition Deisgnations, Plaintiffs' Objections & Cardinal's Responses for Eric Brantley | | |
|---|---|---|---|
| **Depo Date** | **Cardinal's Affirmative Deposition Designations for Eric Brantley** | **Plaintiffs' Objections** | **Cardinal's Responses** |
| 11/27/2018 | 551:18-552:8 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 552:12-552:18 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 552:22-553:6 | Hearsay | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 553:10-556:13 | 553:10-555:7 - Hearsay | Response [553:10-555:7]: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/27/2018 | 556:20-557:10 | No objection | |
| 11/27/2018 | 557:17-557:20 | No objection | |
| 11/27/2018 | 557:24-559:15 | No objection | |