# EXHIBIT 2

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR STEVE REARDON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/30/2018 | CAH Affirm | 498 | 2 | 499 | 8 |
| 11/30/2018 | CAH Affirm | 499 | 15 | 500 | 23 |
| 11/30/2018 | CAH Affirm | 503 | 15 | 508 | 5 |
| 11/30/2018 | CAH Affirm | 508 | 7 | 508 | 12 |
| 11/30/2018 | CAH Affirm | 508 | 14 | 508 | 20 |
| 11/30/2018 | CAH Affirm | 508 | 22 | 509 | 23 |
| 11/30/2018 | CAH Affirm | 510 | 2 | 510 | 7 |
| 11/30/2018 | CAH Affirm | 510 | 18 | 510 | 22 |
| 11/30/2018 | CAH Affirm | 511 | 8 | 512 | 24 |
| 11/30/2018 | CAH Affirm | 513 | 3 | 516 | 3 |
| 11/30/2018 | CAH Affirm | 516 | 7 | 518 | 6 |
| 11/30/2018 | CAH Affirm | 518 | 8 | 520 | 2 |
| 11/30/2018 | CAH Affirm | 520 | 5 | 520 | 8 |
| 11/30/2018 | CAH Affirm | 520 | 11 | 520 | 13 |
| 11/30/2018 | CAH Affirm | 521 | 11 | 522 | 11 |
| 11/30/2018 | CAH Affirm | 523 | 4 | 523 | 6 |
| 11/30/2018 | CAH Affirm | 524 | 3 | 524 | 4 |
| 11/30/2018 | CAH Affirm | 524 | 7 | 524 | 13 |
| 11/30/2018 | CAH Affirm | 524 | 17 | 525 | 14 |
| 11/30/2018 | CAH Affirm | 525 | 17 | 525 | 20 |
| 11/30/2018 | CAH Affirm | 525 | 24 | 530 | 6 |
| 11/30/2018 | CAH Affirm | 530 | 16 | 531 | 1 |
| 11/30/2018 | CAH Affirm | 531 | 3 | 531 | 8 |
| 11/30/2018 | CAH Affirm | 531 | 17 | 531 | 22 |
| 11/30/2018 | CAH Affirm | 532 | 4 | 532 | 17 |
| 11/30/2018 | CAH Affirm | 534 | 9 | 534 | 13 |

| PLAINITFF'S OBJECTIONS TO DEFENDANTS' AFFIRMATIVE DESIGNATIONS FOR STEVE REARDON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 11/30/2018 | 519 | 22 | 519 | 24 | Hearsay |
| 11/30/2018 | 520 | 1 | 520 | 24 | Hearsay |
| 11/30/2018 | 521 | 5 | 521 | 24 | Hearsay |
| 11/30/2018 | 522 | 1 | 522 | 11 | Hearsay |
| 11/30/2018 | 523 | 1 | 523 | 20 | Hearsay |
| 11/30/2018 | 529 | 1 | 529 | 23 | Hearsay |

| CARDINAL HEALTH'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGNATIONS FOR STEVE REARDON ||||||
|---|---|---|---|---|---|
| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | RESPONSES |
| 11/30/2018 | 176 | 2 | 176 | 5 | Counter designation contingent on objection to use of testimony regarding 2008 settlement. |
| 11/30/2018 | 176 | 7 | 176 | 11 | Counter designation contingent on objection to use of testimony regarding 2008 settlement. |
| 11/30/2018 | 500 | 24 | 503 | 14 | Counter designation contingent on objection to use of Exhibits 3 and 4. |
| 11/30/2018 | 519 | 22 | 519 | 24 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 520 | 1 | 520 | 2 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 520 | 5 | 520 | 8 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 520 | 11 | 520 | 13 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 521 | 11 | 521 | 24 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 522 | 1 | 522 | 11 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 523 | 4 | 523 | 6 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception |
| 11/30/2018 | 529 | 1 | 529 | 23 | Response: offered for purpose other than truth of the matter (e.g. effect on listener, and explains conduct); to the extent offered for truth, residual HS exception. Recorded recollection. |
| 11/30/2018 | 530 | 7 | 530 | 15 | Counter designation contingent on objection to use of exhibit. |
| 11/30/2018 | 532 | 18 | 533 | 19 | Counter designation contingent on objection to use of exhibit. |
| 11/30/2018 | 533 | 20 | 533 | 22 | Counter designation contigent on the admission of Exhibit 5 |
| 11/30/2018 | 534 | 4 | 534 | 8 | Counter designation contingent on the admission of Exhibit 5 |

| PLAINTIFFS' COUNTER DEISGNATIONS TO DEFENDANTS' AFFIRMATIVE DESIGNATIONS FOR STEVE REARDON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/30/2018 | Plaintiff Counter | 24 | 9 | 26 | 15 |
| 11/30/2018 | Plaintiff Counter | 27 | 11 | 28 | 18 |
| 11/30/2018 | Plaintiff Counter | 28 | 22 | 30 | 18 |
| 11/30/2018 | Plaintiff Counter | 32 | 2 | 33 | 7 |
| 11/30/2018 | Plaintiff Counter | 33 | 17 | 34 | 11 |
| 11/30/2018 | Plaintiff Counter | 34 | 15 | 36 | 15 |
| 11/30/2018 | Plaintiff Counter | 36 | 22 | 39 | 10 |
| 11/30/2018 | Plaintiff Counter | 39 | 14 | 40 | 7 |
| 11/30/2018 | Plaintiff Counter | 41 | 14 | 41 | 18 |
| 11/30/2018 | Plaintiff Counter | 42 | 1 | 44 | 17 |
| 11/30/2018 | Plaintiff Counter | 45 | 1 | 46 | 16 |
| 11/30/2018 | Plaintiff Counter | 47 | 17 | 47 | 20 |
| 11/30/2018 | Plaintiff Counter | 48 | 5 | 48 | 13 |
| 11/30/2018 | Plaintiff Counter | 50 | 8 | 50 | 16 |
| 11/30/2018 | Plaintiff Counter | 51 | 7 | 53 | 22 |
| 11/30/2018 | Plaintiff Counter | 54 | 5 | 54 | 8 |
| 11/30/2018 | Plaintiff Counter | 61 | 6 | 62 | 12 |
| 11/30/2018 | Plaintiff Counter | 63 | 11 | 64 | 6 |
| 11/30/2018 | Plaintiff Counter | 64 | 15 | 66 | 7 |
| 11/30/2018 | Plaintiff Counter | 66 | 14 | 69 | 3 |
| 11/30/2018 | Plaintiff Counter | 71 | 16 | 72 | 5 |
| 11/30/2018 | Plaintiff Counter | 77 | 12 | 78 | 18 |
| 11/30/2018 | Plaintiff Counter | 80 | 9 | 80 | 24 |
| 11/30/2018 | Plaintiff Counter | 81 | 9 | 86 | 24 |
| 11/30/2018 | Plaintiff Counter | 88 | 20 | 89 | 13 |
| 11/30/2018 | Plaintiff Counter | 97 | 1 | 100 | 24 |
| 11/30/2018 | Plaintiff Counter | 104 | 14 | 106 | 21 |
| 11/30/2018 | Plaintiff Counter | 110 | 16 | 111 | 20 |
| 11/30/2018 | Plaintiff Counter | 116 | 3 | 117 | 16 |
| 11/30/2018 | Plaintiff Counter | 118 | 20 | 119 | 6 |
| 11/30/2018 | Plaintiff Counter | 122 | 22 | 123 | 11 |
| 11/30/2018 | Plaintiff Counter | 124 | 18 | 131 | 24 |
| 11/30/2018 | Plaintiff Counter | 133 | 4 | 133 | 11 |
| 11/30/2018 | Plaintiff Counter | 134 | 1 | 134 | 17 |
| 11/30/2018 | Plaintiff Counter | 143 | 1 | 148 | 24 |
| 11/30/2018 | Plaintiff Counter | 153 | 13 | 155 | 8 |
| 11/30/2018 | Plaintiff Counter | 161 | 4 | 163 | 12 |
| 11/30/2018 | Plaintiff Counter | 164 | 14 | 164 | 18 |
| 11/30/2018 | Plaintiff Counter | 166 | 4 | 168 | 10 |
| 11/30/2018 | Plaintiff Counter | 170 | 6 | 175 | 15 |
| 11/30/2018 | Plaintiff Counter | 180 | 24 | 182 | 8 |
| 11/30/2018 | Plaintiff Counter | 196 | 10 | 197 | 11 |

| PLAINTIFFS' COUNTER DEISGNATIONS TO DEFENDANTS' AFFIRMATIVE DESIGNATIONS FOR STEVE REARDON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/30/2018 | Plaintiff Counter | 199 | 23 | 203 | 23 |
| 11/30/2018 | Plaintiff Counter | 205 | 1 | 208 | 24 |
| 11/30/2018 | Plaintiff Counter | 237 | 3 | 237 | 9 |
| 11/30/2018 | Plaintiff Counter | 257 | 9 | 262 | 21 |
| 11/30/2018 | Plaintiff Counter | 338 | 12 | 340 | 20 |
| 11/30/2018 | Plaintiff Counter | 341 | 3 | 342 | 19 |
| 11/30/2018 | Plaintiff Counter | 410 | 4 | 414 | 14 |
| 11/30/2018 | Plaintiff Counter | 415 | 9 | 418 | 8 |
| 11/30/2018 | Plaintiff Counter | 419 | 16 | 421 | 16 |
| 11/30/2018 | Plaintiff Counter | 423 | 14 | 425 | 2 |
| 11/30/2018 | Plaintiff Counter | 426 | 12 | 430 | 6 |
| 11/30/2018 | Plaintiff Counter | 433 | 4 | 434 | 7 |
| 11/30/2018 | Plaintiff Counter | 437 | 20 | 440 | 8 |
| 11/30/2018 | Plaintiff Counter | 443 | 15 | 444 | 23 |
| 11/30/2018 | Plaintiff Counter | 445 | 20 | 456 | 20 |
| 11/30/2018 | Plaintiff Counter | 464 | 4 | 466 | 22 |
| 11/30/2018 | Plaintiff Counter | 467 | 21 | 468 | 8 |
| 11/30/2018 | Plaintiff Counter | 468 | 14 | 468 | 21 |
| 11/30/2018 | Plaintiff Counter | 469 | 20 | 470 | 21 |
| 11/30/2018 | Plaintiff Counter | 473 | 10 | 480 | 14 |

| CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 11/30/2018 | 24 | 12 | 24 | 14 | INC |
| 11/30/2018 | 28 | 22 | 29 | 12 | 403 |
| 11/30/2018 | 29 | 13 | 30 | 18 | 802; 402; 403; 602 |
| 11/30/2018 | 30 | 14 | 30 | 18 | ARG |
| 11/30/2018 | 32 | 2 | 33 | 7 | 802; 602; VG; 403; Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653) |
| 11/30/2018 | 33 | 17 | 34 | 10 | LC |
| 11/30/2018 | 33 | 20 | 33 | 22 | INC |
| 11/30/2018 | 34 | 16 | 35 | 15 | ARG; LC; 602; Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653) |
| 11/30/2018 | 35 | 1 | 35 | 6 | 602 |
| 11/30/2018 | 35 | 8 | 35 | 9 | INC |
| 11/30/2018 | 35 | 22 | 36 | 15 | LC; 402 |
| 11/30/2018 | 36 | 23 | 37 | 2 | LC; ARG; 402; AA |
| 11/30/2018 | 37 | 3 | 39 | 7 | 802; ARG; 602; AA; Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653) |
| 11/30/2018 | 39 | 16 | 39 | 19 | AA |
| 11/30/2018 | 39 | 21 | 40 | 7 | ARG; AA; INC; Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653) |
| 11/30/2018 | 42 | 1 | 42 | 6 | Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653); INC |
| 11/30/2018 | 42 | 1 | 42 | 13 | 802; 602; ARG; LC |
| 11/30/2018 | 42 | 14 | 43 | 24 | LC; Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653) |
| 11/30/2018 | 44 | 1 | 44 | 10 | LC |
| 11/30/2018 | 44 | 4 | 44 | 6 | INC |
| 11/30/2018 | 46 | 10 | 46 | 16 | VG |
| 11/30/2018 | 50 | 8 | 50 | 16 | ARG; 602; AF; 403 |
| 11/30/2018 | 51 | 23 | 51 | 24 | MPT; 602; INC |
| 11/30/2018 | 53 | 2 | 53 | 22 | 802; 602; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 54 | 5 | 54 | 8 | AA |

| DEPO DATE | CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|---|
| | CARDINAL HEALTH'S OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 11/30/2018 | 61 | 6 | 61 | 24 | 602; 802; CMP; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 63 | 11 | 64 | 6 | 602; AF |
| 11/30/2018 | 63 | 23 | 64 | 6 | AA |
| 11/30/2018 | 64 | 18 | 65 | 1 | 802; 602; 403; AF; 402; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 66 | 16 | 66 | 22 | 602; 802; 402; 403; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 66 | 23 | 67 | 1 | 402; 802; 403 |
| 11/30/2018 | 67 | 2 | 69 | 3 | 602; 403; 802 |
| 11/30/2018 | 68 | 21 | 69 | 3 | AA |
| 11/30/2018 | 71 | 22 | 72 | 5 | AA |
| 11/30/2018 | 77 | 12 | 78 | 18 | 802; 602; INC; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 78 | 14 | 78 | 18 | ARG |
| 11/30/2018 | 80 | 9 | 80 | 24 | INC; 802; 602; LC; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 81 | 9 | 82 | 24 | 802; 602; LC; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |

| CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | **Defendants' Objections** |
| 11/30/2018 | 83 | 1 | 83 | 10 | AF; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 83 | 11 | 84 | 15 | 402; ARG; 403 |
| 11/30/2018 | 84 | 16 | 85 | 9 | 802; 602; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 85 | 10 | 86 | 24 | MPT; ARG; 602; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 88 | 20 | 89 | 13 | 602; 403; 402; AA; MPT; 802; Objection to the use of Exhibit 3 (subject of pending Motion in Limine, Dkt. 2653) |
| 11/30/2018 | 97 | 1 | 100 | 24 | ARG; AF; 402; 802; VG; 403; Objection to use of Exhibit 5 |
| 11/30/2018 | 97 | 18 | 97 | 21 | MPT |
| 11/30/2018 | 104 | 23 | 105 | 4 | MPT; AF; ARG; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 111 | 2 | 111 | 4 | INC; MPT |
| 11/30/2018 | 111 | 8 | 111 | 20 | ARG; MPT |
| 11/30/2018 | 116 | 3 | 117 | 16 | 403; CMP; 602; 403; 802 |
| 11/30/2018 | 116 | 18 | 116 | 20 | INC |
| 11/30/2018 | 118 | 20 | 119 | 6 | 403; MPT |
| 11/30/2018 | 122 | 22 | 123 | 11 | 403; ARG; 402 |
| 11/30/2018 | 125 | 1 | 131 | 24 | 402; 403; 602; 802; Objection to use of Exhibit 7 |
| 11/30/2018 | 133 | 4 | 133 | 11 | 402; 403; ARG; 602; AA |
| 11/30/2018 | 143 | 4 | 143 | 7 | 602; ARG |
| 11/30/2018 | 143 | 9 | 148 | 5 | 402; INC; Objection to Exhibit 10 as it concerns manufacturing business not pharmaceutical (See 144:14-16; 146: 17-18) |

| CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 11/30/2018 | 148 | 6 | 148 | 24 | Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge; INC |
| 11/30/2018 | 153 | 13 | 154 | 17 | 602; ARG; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 154 | 18 | 155 | 8 | ARG |
| 11/30/2018 | 161 | 4 | 161 | 13 | INC |
| 11/30/2018 | 161 | 10 | 163 | 6 | ARG; 602; AF |
| 11/30/2018 | 163 | 7 | 163 | 12 | ARG |
| 11/30/2018 | 164 | 14 | 164 | 18 | 602; 402 |
| 11/30/2018 | 166 | 4 | 166 | 11 | INC |
| 11/30/2018 | 168 | 4 | 168 | 10 | INC; CMP |
| 11/30/2018 | 170 | 6 | 170 | 21 | 802; 602; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 171 | 21 | 172 | 3 | 402; 802; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 172 | 4 | 173 | 2 | 402; 403 |
| 11/30/2018 | 173 | 3 | 173 | 7 | 402; 403 |
| 11/30/2018 | 173 | 8 | 174 | 14 | 402; 403; 602; Objection to all testimony regarding Exhibit 4, a hearsay government pre-hearing statement Mr. Reardon never saw about a time period of which he does not have relevant knowledge |
| 11/30/2018 | 174 | 24 | 175 | 15 | 402; ARG; 602 |
| 11/30/2018 | 181 | 20 | 182 | 3 | ARG; AA |
| 11/30/2018 | 196 | 17 | 196 | 21 | 602 |
| 11/30/2018 | 196 | 23 | 197 | 3 | 602; 802 |
| 11/30/2018 | 199 | 23 | 200 | 1 | ARG; 602; 802 |

| CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 11/30/2018 | 200 | 9 | 200 | 13 | 602; 802 |
| 11/30/2018 | 200 | 19 | 200 | 22 | 802; 402 |
| 11/30/2018 | 200 | 23 | 201 | 3 | 402 |
| 11/30/2018 | 201 | 5 | 201 | 10 | 802; ARG; 402 |
| 11/30/2018 | 201 | 12 | 203 | 23 | ARG; 402; MPT; AF; 602 |
| 11/30/2018 | 205 | 7 | 207 | 19 | 602; LC; 602; 802 |
| 11/30/2018 | 208 | 3 | 208 | 22 | ARG; 402; 602 |
| 11/30/2018 | 208 | 19 | 208 | 22 | INC |
| 11/30/2018 | 237 | 3 | 237 | 9 | 602; INC |
| 11/30/2018 | 257 | 9 | 257 | 19 | ARG; MPT |
| 11/30/2018 | 257 | 20 | 258 | 14 | ARG; MPT; CMP |
| 11/30/2018 | 258 | 15 | 259 | 2 | ARG; MPT; CMP |
| 11/30/2018 | 259 | 3 | 259 | 10 | MPT; INC |
| 11/30/2018 | 259 | 17 | 259 | 20 | 602; INC |
| 11/30/2018 | 260 | 3 | 261 | 3 | 402; INC; 802 |
| 11/30/2018 | 262 | 2 | 262 | 21 | 402; AF; 602; 802 |
| 11/30/2018 | 338 | 13 | 340 | 19 | 602; 402 |
| 11/30/2018 | 340 | 8 | 340 | 9 | 403 |
| 11/30/2018 | 341 | 3 | 341 | 17 | AF; AA; 602 |
| 11/30/2018 | 341 | 18 | 342 | 19 | 602; 402; INC |
| 11/30/2018 | 415 | 9 | 415 | 21 | LC |
| 11/30/2018 | 415 | 23 | 416 | 10 | LC |
| 11/30/2018 | 416 | 16 | 417 | 4 | LC; INC |
| 11/30/2018 | 417 | 21 | 418 | 5 | LC |
| 11/30/2018 | 419 | 16 | 419 | 21 | LC |
| 11/30/2018 | 420 | 11 | 420 | 15 | LC |
| 11/30/2018 | 439 | 14 | 439 | 16 | LC; ARG |
| 11/30/2018 | 440 | 3 | 440 | 8 | 602 |
| 11/30/2018 | 443 | 17 | 444 | 23 | 602 |
| 11/30/2018 | 445 | 20 | 449 | 5 | 602 |
| 11/30/2018 | 447 | 7 | 447 | 17 | HYP; LC |
| 11/30/2018 | 448 | 2 | 448 | 16 | 402; INC; 403 on entire questions based on use of word "opium" |
| 11/30/2018 | 450 | 17 | 451 | 1 | LC |
| 11/30/2018 | 451 | 3 | 451 | 14 | LC |
| 11/30/2018 | 452 | 16 | 453 | 15 | 602 |
| 11/30/2018 | 453 | 2 | 453 | 15 | HYP; LC |
| 11/30/2018 | 454 | 14 | 454 | 20 | AF; 602; MPT |
| 11/30/2018 | 456 | 2 | 456 | 20 | 402 |

| CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|
| **DEPO DATE** | **CARDINAL HEALTH'S OBJECTIONS** | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 11/30/2018 | 466 | 2 | 466 | 5 | INC |
| 11/30/2018 | 467 | 21 | 468 | 8 | LC; CMP; AA |
| 11/30/2018 | 468 | 14 | 468 | 21 | AA |
| 11/30/2018 | 469 | 20 | 470 | 8 | 602; HYP |
| 11/30/2018 | 470 | 9 | 470 | 16 | 402; VG; 403; 602; HYP |
| 11/30/2018 | 473 | 10 | 473 | 19 | AA |
| 11/30/2018 | 473 | 21 | 473 | 24 | 402 |
| 11/30/2018 | 474 | 1 | 475 | 6 | 602; ILO |
| 11/30/2018 | 475 | 11 | 476 | 11 | 402; 602; 403 |
| 11/30/2018 | 476 | 12 | 477 | 14 | 602; ILO |
| 11/30/2018 | 477 | 15 | 477 | 21 | MPT; AF |
| 11/30/2018 | 477 | 23 | 480 | 14 | 602; ILO |
| 11/30/2018 | 261 | 13 | 261 | 16 | ARG; AF; 602; CMP |
| 11/30/2018 | 261 | 17 | 261 | 17 | ARG, AF, 602 |
| 11/30/2018 | 261 | 19 | 261 | 23 | ARG; AF; 602; CMP |
| 11/30/2018 | 262 | 1 | 262 | 10 | ARG; AF; 602; CMP |
| 11/30/2018 | 269 | 22 | 270 | 6 | VG |
| 11/30/2018 | 270 | 23 | 271 | 10 | AA |
| 11/30/2018 | 272 | 15 | 273 | 20 | MPT |
| 11/30/2018 | 281 | 5 | 281 | 8 | VG; 602 |
| 11/30/2018 | 281 | 11 | 281 | 20 | VG; 602 |
| 11/30/2018 | 281 | 21 | 282 | 11 | VG |
| 11/30/2018 | 293 | 18 | 296 | 12 | 602 |
| 11/30/2018 | 294 | 4 | 294 | 6 | VG |
| 11/30/2018 | 294 | 10 | 294 | 11 | VG |
| 11/30/2018 | 295 | 9 | 295 | 11 | 602 |
| 11/30/2018 | 295 | 12 | 295 | 12 | 602 |
| 11/30/2018 | 295 | 16 | 295 | 18 | 602 |
| 11/30/2018 | 295 | 19 | 295 | 19 | 602 |
| 11/30/2018 | 295 | 24 | 296 | 4 | 602 |
| 11/30/2018 | 296 | 5 | 296 | 5 | 602 |
| 11/30/2018 | 296 | 7 | 296 | 8 | 602 |
| 11/30/2018 | 299 | 7 | 299 | 15 | 602 |
| 11/30/2018 | 299 | 22 | 299 | 23 | AA |
| 11/30/2018 | 300 | 3 | 300 | 5 | AA |
| 11/30/2018 | 300 | 16 | 301 | 5 | 602; 802 |
| 11/30/2018 | 301 | 14 | 301 | 18 | 602 |
| 11/30/2018 | 302 | 6 | 302 | 8 | MD |
| 11/30/2018 | 302 | 11 | 302 | 11 | MD |

| DEPO DATE | CARDINAL HEALTH'S OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF STEVE REARDON | | | | |
|---|---|---|---|---|---|
| | CARDINAL HEALTH'S OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Defendants' Objections |
| 11/30/2018 | 302 | 15 | 302 | 18 | MD |
| 11/30/2018 | 302 | 24 | 303 | 5 | MD |

| CARDINAL HEALTH'S COUNTER-DESIGNATIONS FOR STEVE REARDON | | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' COUNTER DESIGNATIONS** | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/30/2018 | CAH Counter | 26 | 16 | 26 | 19 |
| 11/30/2018 | CAH Counter | 26 | 22 | 27 | 9 |
| 11/30/2018 | CAH Counter | 28 | 19 | 28 | 21 |
| 11/30/2018 | CAH Counter | 30 | 22 | 31 | 7 |
| 11/30/2018 | CAH Counter | 44 | 18 | 44 | 20 |
| 11/30/2018 | CAH Counter | 44 | 22 | 44 | 23 |
| 11/30/2018 | CAH Counter | 89 | 15 | 89 | 22 |
| 11/30/2018 | CAH Counter | 89 | 24 | 90 | 9 |
| 11/30/2018 | CAH Counter | 90 | 23 | 91 | 2 |
| 11/30/2018 | CAH Counter | 91 | 4 | 91 | 6 |
| 11/30/2018 | CAH Counter | 92 | 5 | 92 | 16 |
| 11/30/2018 | CAH Counter | 101 | 7 | 101 | 7 |
| 11/30/2018 | CAH Counter | 101 | 10 | 101 | 14 |
| 11/30/2018 | CAH Counter | 110 | 4 | 110 | 11 |
| 11/30/2018 | CAH Counter | 110 | 13 | 110 | 15 |
| 11/30/2018 | CAH Counter | 134 | 19 | 135 | 6 |
| 11/30/2018 | CAH Counter | 176 | 2 | 176 | 5 |
| 11/30/2018 | CAH Counter | 176 | 7 | 176 | 11 |
| 11/30/2018 | CAH Counter | 182 | 15 | 182 | 18 |
| 11/30/2018 | CAH Counter | 182 | 20 | 182 | 22 |
| 11/30/2018 | CAH Counter | 409 | 5 | 409 | 9 |
| 11/30/2018 | CAH Counter | 421 | 18 | 422 | 16 |
| 11/30/2018 | CAH Counter | 425 | 22 | 425 | 23 |
| 11/30/2018 | CAH Counter | 426 | 6 | 426 | 11 |
| 11/30/2018 | CAH Counter | 430 | 14 | 430 | 17 |
| 11/30/2018 | CAH Counter | 434 | 8 | 434 | 17 |
| 11/30/2018 | CAH Counter | 434 | 19 | 434 | 23 |
| 11/30/2018 | CAH Counter | 497 | 10 | 497 | 13 |
| 11/30/2018 | CAH Counter | 500 | 24 | 503 | 14 |
| 11/30/2018 | CAH Counter | 524 | 2 | 524 | 2 |
| 11/30/2018 | CAH Counter | 530 | 7 | 530 | 15 |
| 11/30/2018 | CAH Counter | 532 | 18 | 533 | 19 |
| 11/30/2018 | CAH Counter | 533 | 20 | 533 | 22 |
| 11/30/2018 | CAH Counter | 534 | 1 | 534 | 1 |
| 11/30/2018 | CAH Counter | 534 | 4 | 534 | 8 |