UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

**[PROPOSED] ORDER DISMISSING JOHNSON & JOHNSON WITH PREJUDICE PURSUANT TO RULE 41(a)(2)**

WHEREAS, pursuant to the terms of a Settlement Agreement and Release ("Settlement Agreement") by and among the County of Cuyahoga, Ohio; the State of Ohio *ex rel.* Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley; the County of Summit, Ohio; Summit County Combined General Health District; Summit County Public Health; and the State of Ohio *ex rel.* Prosecuting Attorney for Summit County, Sherri Bevan Walsh (collectively, "Plaintiffs"), and Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals Inc., (the "Settling Defendants"), on the other, Plaintiffs and the Settling Defendants stipulate to and request the dismissal of the above-captioned actions as to the Settling Defendants and Noramco, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2); and

WHEREAS, the Court has been presented with the Settlement Agreement and finds that it was entered into in good faith and that the requested dismissal is on terms the Court considers proper;

**IT IS HEREBY ORDERED** that the above-captioned actions are **DISMISSED WITH PREJUDICE** as to the Settling Defendants and Noramco, Inc., with each party to bear its own costs, fees and disbursements. This dismissal shall not affect the Plaintiffs' claims against any other defendant.

The Court retains jurisdiction for the resolution of any disputes arising under the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**SO ORDERED.**

Dated: October __, 2019

_____
HON. DAN AARON POLSTER
United States District Court