# EXHIBIT A

| MCKESSON'S DEPOSITION DESIGNATIONS FOR DONALD WALKER ||||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/10/2019 | McKesson Affirm | 357 | 10 | 357 | 25 |
| 1/10/2019 | McKesson Affirm | 358 | 1 | 358 | 25 |
| 1/10/2019 | McKesson Affirm | 359 | 1 | 359 | 25 |
| 1/10/2019 | McKesson Affirm | 360 | 1 | 360 | 25 |
| 1/10/2019 | McKesson Affirm | 361 | 1 | 361 | 25 |
| 1/10/2019 | McKesson Affirm | 362 | 1 | 362 | 25 |
| 1/10/2019 | McKesson Affirm | 363 | 1 | 363 | 25 |
| 1/10/2019 | McKesson Affirm | 364 | 1 | 364 | 25 |
| 1/10/2019 | McKesson Affirm | 365 | 1 | 365 | 25 |
| 1/10/2019 | McKesson Affirm | 366 | 1 | 366 | 25 |
| 1/10/2019 | McKesson Affirm | 367 | 1 | 367 | 25 |
| 1/10/2019 | McKesson Affirm | 368 | 1 | 368 | 25 |
| 1/10/2019 | McKesson Affirm | 369 | 1 | 369 | 25 |
| 1/10/2019 | McKesson Affirm | 370 | 1 | 370 | 3 |
| 1/10/2019 | McKesson Affirm | 370 | 5 | 370 | 25 |
| 1/10/2019 | McKesson Affirm | 371 | 1 | 371 | 25 |
| 1/10/2019 | McKesson Affirm | 372 | 1 | 372 | 25 |
| 1/10/2019 | McKesson Affirm | 373 | 1 | 373 | 25 |
| 1/10/2019 | McKesson Affirm | 374 | 1 | 374 | 25 |
| 1/10/2019 | McKesson Affirm | 375 | 1 | 375 | 25 |
| 1/10/2019 | McKesson Affirm | 376 | 1 | 376 | 25 |
| 1/10/2019 | McKesson Affirm | 377 | 1 | 377 | 25 |
| 1/10/2019 | McKesson Affirm | 378 | 1 | 378 | 25 |
| 1/10/2019 | McKesson Affirm | 379 | 1 | 379 | 25 |
| 1/10/2019 | McKesson Affirm | 380 | 1 | 380 | 25 |
| 1/10/2019 | McKesson Affirm | 381 | 1 | 381 | 25 |
| 1/10/2019 | McKesson Affirm | 382 | 1 | 382 | 25 |
| 1/10/2019 | McKesson Affirm | 383 | 1 | 383 | 25 |

| MCKESSON'S DEPOSITION DESIGNATIONS FOR DONALD WALKER |

| DEPO DATE | DESIGNATION TYPE | Begin Page at | Begin Line at | End Page at | End Line at |
|---|---|---|---|---|---|
| 1/10/2019 | McKesson Affirm | 384 | 1 | 384 | 25 |
| 1/10/2019 | McKesson Affirm | 385 | 1 | 385 | 25 |
| 1/10/2019 | McKesson Affirm | 386 | 1 | 386 | 25 |
| 1/10/2019 | McKesson Affirm | 387 | 1 | 387 | 25 |
| 1/10/2019 | McKesson Affirm | 388 | 1 | 388 | 25 |
| 1/10/2019 | McKesson Affirm | 389 | 1 | 389 | 25 |
| 1/10/2019 | McKesson Affirm | 390 | 1 | 390 | 25 |
| 1/10/2019 | McKesson Affirm | 391 | 1 | 391 | 25 |
| 1/10/2019 | McKesson Affirm | 392 | 1 | 392 | 25 |
| 1/10/2019 | McKesson Affirm | 393 | 1 | 393 | 25 |
| 1/10/2019 | McKesson Affirm | 394 | 1 | 394 | 25 |
| 1/10/2019 | McKesson Affirm | 395 | 1 | 395 | 25 |
| 1/10/2019 | McKesson Affirm | 396 | 1 | 396 | 25 |
| 1/10/2019 | McKesson Affirm | 397 | 1 | 397 | 25 |
| 1/10/2019 | McKesson Affirm | 398 | 1 | 398 | 25 |
| 1/10/2019 | McKesson Affirm | 399 | 1 | 399 | 25 |
| 1/10/2019 | McKesson Affirm | 400 | 1 | 400 | 25 |
| 1/10/2019 | McKesson Affirm | 401 | 1 | 401 | 25 |
| 1/10/2019 | McKesson Affirm | 402 | 1 | 402 | 25 |
| 1/10/2019 | McKesson Affirm | 403 | 1 | 403 | 25 |
| 1/10/2019 | McKesson Affirm | 404 | 1 | 404 | 25 |
| 1/10/2019 | McKesson Affirm | 405 | 1 | 405 | 25 |
| 1/10/2019 | McKesson Affirm | 406 | 1 | 406 | 25 |
| 1/10/2019 | McKesson Affirm | 407 | 1 | 407 | 25 |
| 1/10/2019 | McKesson Affirm | 408 | 1 | 408 | 25 |
| 1/10/2019 | McKesson Affirm | 409 | 1 | 409 | 25 |
| 1/10/2019 | McKesson Affirm | 410 | 1 | 410 | 11 |
| 1/10/2019 | McKesson Resp | 418 | 22 | 419 | 3 |
| 1/10/2019 | McKesson Resp | 428 | 14 | 428 | 19 |
| 1/10/2019 | McKesson Resp | 436 | 8 | 436 | 8 |

| **MCKESSON'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGANTIONS FOR DONALD WALKER** |
| DEPO DATE | \multicolumn{4}{c}{NOTES} | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
|---|---|---|---|---|---|---|
| 1/10/2019 | 360 | 4 | 360 | 15 | Plaintiffs' Objection: Answer is Non-Responsive to Question Asked. | McKesson Response: Testimony is responsive to the question that was asked. |
| 1/10/2019 | 360 | 16 | 360 | 25 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative. |
| 1/10/2019 | 361 | 1 | 361 | 21 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative. |
| 1/10/2019 | 362 | 16 | 362 | 25 | Plaintiffs' Objection: Relevance; speculative. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Testimony is not speculative.  Mr. Walker testified about his personal knowledge of the DEA's interactions with McKesson. |
| 1/10/2019 | 363 | 1 | 363 | 8 | Plaintiffs' Objection: Relevance; speculative. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Testimony is not speculative.  Mr. Walker testified about his personal knowledge of the DEA's interactions with McKesson. |
| 1/10/2019 | 364 | 16 | 364 | 25 | Plaintiffs' Objection: Hearsay; violates judge's ruling on irrelevant, prejudicial testimony. | McKesson Response: Testimony is not hearsay because it is not offered to prove the content of any conversations that are described but rather the nature of the working relationship between McKesson and the DEA.  The residual hearsay exception also applies.<br><br>Testimony is relevant and not prejudicial, and does not violate any court order.  Testimony that is contrary to the plaintiffs' view of the facts is not prejudicial. |
| 1/10/2019 | 365 | 1 | 365 | 11 | Plaintiffs' Objection: Hearsay; violates judge's ruling on irrelevant, prejudicial testimony. | McKesson Response: Testimony is not hearsay because it is not offered to prove the content of any conversations that are described but rather the nature of the working relationship between McKesson and the DEA.  The residual hearsay exception also applies.<br><br>Testimony is relevant and not prejudicial, and does not violate any court order.  Testimony that is contrary to the plaintiffs' view of the facts is not prejudicial. |
| 1/10/2019 | 366 | 1 | 366 | 10 | Plaintiffs' Objection: Hearsay; violates judge's ruling on irrelevant, prejudicial testimony. | McKesson Response: Testimony is not hearsay because it is not offered to prove the content of any conversations that are described but rather to explain why Mr. Walker and McKesson first developed certain aspects of the Controlled Substance Monitoring Program—i.e., blocking orders.  The residual hearsay exception also applies.<br><br>Testimony is relevant and not prejudicial, and does not violate any court order.  Testimony that is contrary to the plaintiffs' view of the facts is not prejudicial. |
| 1/10/2019 | 366 | 11 | 366 | 21 | Plaintiffs' Objection: Leading. | McKesson Response: Questioning is not leading. |

| DEPO DATE | NOTES | | | | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
|---|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | | |
| |  | | | | | MCKESSON'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGANTIONS FOR DONALD WALKER |

| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
|---|---|---|---|---|---|---|
| 1/10/2019 | 366 | 22 | 366 | 25 | Plaintiffs' Objection: Relevance. | McKesson Response: The testimony is relevant to the DEA's policy on suspicious order reporting and McKesson's controlled substance monitoring programs, which is one of the central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation are "material facts in dispute that must be resolved by a jury." See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. #2483], at 28-29. |
| 1/10/2019 | 367 | 1 | 367 | 15 | Plaintiffs' Objection: Relevance. | McKesson Response: The testimony is relevant to the DEA's policy on suspicious order reporting and McKesson's controlled substance monitoring programs, which is one of the central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation are "material facts in dispute that must be resolved by a jury." See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. #2483], at 28-29. |
| 1/10/2019 | 367 | 15 | 367 | 25 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 368 | 1 | 368 | 12 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 370 | 5 | 370 | 25 | Plaintiffs' Objection: Relevance; Foundation. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Mr. Walker is noted as a recipient of the document at page 5.  Mr. Walker testified extensively about his experience with the DEA, including his participation in the January 2006 meeting between McKesson and the DEA, which the document memorializes. |
| 1/10/2019 | 371 | 1 | 371 | 7 | Plaintiffs' Objection: Relevance; Foundation. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Mr. Walker is noted as a recipient of the document at page 5.  Mr. Walker testified extensively about his experience with the DEA, including his participation in the January 2006 meeting between McKesson and the DEA, which the document memorializes. |

| | | MCKESSON'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGANTIONS FOR DONALD WALKER | | | | |
|---|---|---|---|---|---|---|
| DEPO DATE | NOTES | | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
| 1/10/2019 | 372 | 1 | 372 | 22 | Plaintiffs' Objection: Relevance; Foundation. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Mr. Walker is noted as a recipient of the document at page 5. Mr. Walker testified extensively about his experience with the DEA, including his participation in the January 2006 meeting between McKesson and the DEA, which the document memorializes. |
| 1/10/2019 | 373 | 3 | 373 | 24 | Plaintiffs' Objection: Improper Narrative; Non-Responsive to Question Asked. | McKesson Response: Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question.<br><br>Testimony is responsive to the question that was asked. |
| 1/10/2019 | 374 | 1 | 374 | 25 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 375 | 1 | 375 | 10 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 375 | 11 | 375 | 19 | Plaintiffs' Objection: Relevance. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms. |
| 1/10/2019 | 381 | 8 | 381 | 25 | Plaintiffs' Objection: Vague; Improper Narrative. | McKesson Response: Questioning is not vague.<br><br>Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 382 | 1 | 382 | 8 | Plaintiffs' Objection: Vague; Improper Narrative. | McKesson Response: Questioning is not vague.<br><br>Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 385 | 8 | 385 | 25 | Plaintiffs' Objection: Relevance. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case.  Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations. |
| 1/10/2019 | 390 | 14 | 390 | 17 | Plaintiffs' Objection: Non-Responsive to Question Asked. | McKesson Response: Testimony is responsive to the question that was asked. |
| 1/10/2019 | 392 | 18 | 392 | 25 | Plaintiffs' Objection: Relevance; Improper Narrative. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case.  Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations.<br><br>Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |

| MCKESSON'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGANTIONS FOR DONALD WALKER | | | | | | |
|---|---|---|---|---|---|---|
| DEPO DATE | NOTES | | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
| 1/10/2019 | 393 | 1 | 393 | 8 | Plaintiffs' Objection: Relevance; Improper Narrative. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case. Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations.<br><br>Testimony is not narrative. Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 393 | 18 | 393 | 25 | Plaintiffs' Objection: Relevance. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case. Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations. |
| 1/10/2019 | 394 | 1 | 394 | 10 | Plaintiffs' Objection: Relevance. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case. Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations. |
| 1/10/2019 | 394 | 24 | 394 | 25 | Plaintiffs' Objection: Relevance. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case. Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations. |
| 1/10/2019 | 395 | 1 | 395 | 5 | Plaintiffs' Objection: Relevance. | McKesson Response: Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case. Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations. |
| 1/10/2019 | 397 | 13 | 397 | 25 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions. |
| 1/10/2019 | 398 | 1 | 398 | 25 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions. |
| 1/10/2019 | 399 | 1 | 399 | 25 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions. |
| 1/10/2019 | 400 | 1 | 400 | 4 | Plaintiffs' Objection: Improper Narrative. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions. |
| 1/10/2019 | 401 | 2 | 401 | 25 | Plaintiffs' Objection: Improper Narrative; Non-Responsive to Question Asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions.<br><br>Testimony is responsive to the questions that were asked. |
| 1/10/2019 | 402 | 1 | 402 | 25 | Plaintiffs' Objection: Improper Narrative; Non-responsive to question asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions.<br><br>Testimony is responsive to the questions that were asked. |
| 1/10/2019 | 403 | 1 | 403 | 5 | Plaintiffs' Objection: Improper Narrative; Non-responsive to question asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to proper questions.<br><br>Testimony is responsive to the questions that were asked. |

| DEPO DATE | NOTES | | | | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
|---|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | | |
| | | | | | **MCKESSON'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGANTIONS FOR DONALD WALKER** | |
| 1/10/2019 | 403 | 9 | 403 | 25 | Plaintiffs' Objection: Relevance; Speculation. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case. The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time. Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Testimony is not speculative. Mr. Walker testified about his personal knowledge of the DEA's interactions with McKesson. |
| 1/10/2019 | 404 | 1 | 404 | 1 | Plaintiffs' Objection: Relevance; Speculation. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case. The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time. Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Testimony is not speculative. Mr. Walker testified about his personal knowledge of the DEA's interactions with McKesson. |
| 1/10/2019 | 404 | 2 | 404 | 23 | Plaintiffs' Objection: Improper Narrative; Non-Responsive to Question Asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to a proper question.<br><br>Testimony is responsive to the question that was asked. |
| 1/10/2019 | 405 | 4 | 405 | 6 | Plaintiffs' Objection: Hearsay beginning with "The DRAs reported". | McKesson Response: Testimony is not hearsay because it is not offered to prove the content of any conversations that are described but rather the nature of the working relationship between McKesson and the DEA. The residual hearsay exception also applies. |
| 1/10/2019 | 406 | 10 | 406 | 20 | Plaintiffs' Objection: Improper Narrative; Non-Responsive to Question Asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to a proper question.<br><br>Testimony is responsive to the question that was asked. |
| 1/10/2019 | 407 | 4 | 407 | 15 | Plaintiffs' Objection: Improper Narrative; Non-reposnisive to question asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to a proper question.<br><br>Testimony is responsive to the question that was asked. |
| 1/10/2019 | 408 | 1 | 408 | 19 | Plaintiffs' Objection: Improper Narrative; Non-reponsive to question asked; Revelance. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to a proper question.<br><br>Testimony is responsive to the question that was asked.<br><br>Testimony is highly relevant to McKesson's controlled substance monitoring program and McKesson's suspicious order reporting to the DEA, which are central to this case. Testimony tends to prove that the DEA agreed that McKesson's suspicious order monitoring program under its Controlled Substance Monitoring Program ("CSMP") complied with applicable regulations. |
| 1/10/2019 | 409 | 4 | 409 | 19 | Plaintiffs' Objection: Improper Narrative; Non-responsive to question asked. | McKesson Response: Testimony is not narrative. Mr. Walker provided testimony in response to a proper question.<br><br>Testimony is responsive to the question that was asked. |

| | MCKESSON'S RESPONSES IN SUPPORT OF AFFIRMATIVE DESIGANTIONS FOR DONALD WALKER | | | | | |
|---|---|---|---|---|---|---|
| DEPO DATE | NOTES | | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | MCKESSON'S RESPONSES |
| 1/10/2019 | 409 | 20 | 409 | 25 | Plaintiffs' Objection:  Relevance; violates court's order on irrelevant and prejudicial testimony; improper narrative. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Testimony is relevant and not prejudicial, and does not violate any court order.  Testimony that is contrary to the plaintiffs' view of the facts is not prejudicial.<br><br>Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |
| 1/10/2019 | 410 | 1 | 410 | 11 | Plaintiffs' Objection: Improper narrative; relevance; violates court's order on irrelevant and prejudical testimony. | McKesson Response: Testimony is relevant to McKesson's interactions with the DEA and McKesson's controlled substance monitoring programs, which the plaintiffs have placed at issue in this case.  The DEA's policy on suspicious order monitoring and reporting is central to this case, and McKesson's interactions with the DEA speak to the DEA's policy over time.  Moreover, the DEA's actions with respect to controlled substances break any causal link between McKesson's actions and plaintiffs' alleged harms.<br><br>Testimony is relevant and not prejudicial, and does not violate any court order.  Testimony that is contrary to the plaintiffs' view of the facts is not prejudicial.<br><br>Testimony is not narrative.  Mr. Walker provided testimony in response to a proper question. |