# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 1:17CV2804 |
| NATIONAL PRESCRIPTION | * | |
| | * | JUDGE POLSTER |
| OPIATE LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**********************************************

**PLAINTIFFS' CORRECTED PROPOSED WITNESS LIST**

| Witness | Title | Description/Purpose |
|---|---|---|
| Prevoznik. Thomas | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division | Mr. Prevoznik is expected to testify concerning his duties and responsibilities as the Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Diversion at DEA and related to his prevent relevant employment. |
| Rannazzisi, Joseph | DEA, Former Head of Office of Diversion Control | Mr. Rannazzisi is expected to testify concerning his duties and responsibilities as the former Head of Office of Diversion Control, DEA and related to his previous relevant employment. |
| Mapes, Michael | Former DEA Diversion Investigator | Mr. Mapes is expected to testify concerning his former duties and responsibilities as a DEA Diversion Investigator and related to his previous relevant employment. |
| Wright, Kyle | DEA, Staff Coordinator Regulatory Section | Mr. Wright is expected to testify concerning matters related to his duties and responsibilities as a Staff Coordinator Regulatory Section at DEA and related to his previous relevant employment. |
| Harper-Avilia, Stacy | DEA, Section Chief on Quotes | Ms. Harper-Avilia will testify concerning matters related to her duties and responsibilities as Section chief on quotas at DEA related to her previous related employment. |
| Ashley, Demetra | DEA, | Expected to testify concerning matters related to his/her employment and claims in this litigation |

1

| Witness | Title | Description/Purpose |
|---|---|---|
| Strait, Matthew | DEA, Senior Policy Advisor | Mr. Strait is expected to testify concerning his duties and responsibilities as Senior Policy Advisor for DEA and related to his previous relevant employment. |
| Kelly, Patrick | HDA/HDMA Executive Vice President of Governmental Affairs | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment |
| Applegate, Mary Dr. | Ohio Department of Medicaid, Medical Director | Dr. Applegate is expected to testify concerning the Ohio Department of Medicaid, her duties and responsibilities there, and her previous relevant employment. |
| Wharton, Donald Dr. | Ohio Department of Medicaid, Assistant Medical Director | Dr. Wharton is expected to testify concerning the Ohio Department of Medicaid, his duties and responsibilities there, and his previous relevant employment. |
| Saper, Joel | Physician, Former APS/AAPM member | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Buzzeo, Ronald | Independent Consultant & Former Deputy Ofice of Diversion Control DEA | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Zimmerman, Chris | Senior Vice President, Corporate Security and Regulatory Affairs, AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| May, David | AmerisourceBergen Corporation, Vice President, Corporate Security and Diversion Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mays, Steve | Vice President, Regulatory Affairs, AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hazewski, Ed | Corporate Security & Regulatory Affairs at AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Cherveny, Eric | Director of Diversion Control & Security AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Elkins, Nathan | District Director at AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Garcia, Elizabeth | Former Corporate Investigator, AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Guerreiro, Marcelino | Diversion Control Analyst, AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Norton, Rita | Senior Vice President Government Affairs at AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Norris, Jennifer | Vice Presidnet Associate General Counsel Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Reardon, Steve | Vice President of Quality Regulatory Assurance; currently self-employed as consultant for Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Rausch, Nick | Vice President of  Strategic Sourcing Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Brantley, Eric | Director of Compliance/Compliance Officer of Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Lawrence, Steve | Senior Vice President Independent Sales at Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Quintero, Gilberto | Chief Quality & Regulatory Affairs Officer at Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Forst, Christopher | Director of Quality Regulatory Assurance Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Cameron, Todd | Vice President of Quality Regulatory Assurance, Supply Chain Integrity Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Morse, Steve | Quality & Regulatory Manager at Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Hartman, Mart | Senior Vice President of Supply Chain Integrity at Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Walker, Donald | McKesson, Former Senior Vice President of Distribution Operations. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hartle, Nate | Vice President of Regulatory Affairs & Compliance McKesson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Boggs, Gary | McKesson, Vice President of Regulatory Affairs and Compliance at McKesson and former DEA official. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Jonas, Tracy | McKesson, Director of Operational Excellence and former Director of Regulatory Affairs. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mahoney, William | McKesson, Director of Regulatory Affairs. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Gustin, David | Director of Regulatory Affairs at McKesson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Oriente, Michael | McKesson, Director of Regulatory Affairs. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hillard, Gary | McKesson, Director of Regulatory Affairs (former). | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Cavacini, Gene | Senior Vice President and Chief Operating Officer for McKesson's Pharmaceutical Distribution business. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Snider, Blaine | McKesson, Distribution Center Manager. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Graziano, David | Regional Director of New Business Development and Strategic Accounts at McKesson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Polster, Tasha | Walgreens - Vice President of Pharmacy Quality, Compliance, and Patient | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| | Safety. | |
| Martin, Barbara | Manager, Inventory Management / Manager - Rx Supply Chain, Stores | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Bratton, Ed | Manager, Pharmaceutical Integrity (Southern Operation (FL)) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Bancroft, Wayne | Lead Business Systems Analyst, IT Integration | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Swords, Rex | VP, Pharmacy Retail Operations and Planning | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Murray, Denny | Director, Inventory Management / Director - Rx Supply Chain Retail | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Dymon, Chris | Former Rx Integrity Manager - Eastern Operations (Ohio); Director, Third Party Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mills, Steve | Business Analyst Sr Rx Integrity (Ohio) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Domzalski, Christopher | Former Chief Audit Executive | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Peterson, Douglas | Manager, IT Supply Chain | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Stahmann, Eric | Manager, Pharmaceutical Integrity | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| George, Tomson | Sr. Manager, Professional Affairs, Pharmacy & Healthcare | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kaleta, Ed | Divisional VP, Federal Government Relations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Lanzetti, Ed | Lead Director, Asset Protection (Florida) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Bleser, Michael | Divisional VP, Generic Rx Purchasing and Rx Supply Chain & Analytics | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---------|-------|--------------------|
| Bamberg, Stephen | Manager, IT Supply Chain & Merchant | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Daugherty, Patricia | Manager Pharmaceutical Integrity (Eastern Operation (Ohio) - after Dymon) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Barnes, Sean | Manager, IT Supply Chain and Merchant | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Geraci, Mark | Vice President & Chief Security Officer for Purdue Pharma L.P. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Crowley, Jack | Former employee of Purdue Pharma L.P., where he served as Executive Director of Controlled Substances Act Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Seid, Stephan | Former employee of Purdue Pharma L.P. Senior and Executive Director of National Accounts and Trade Relations. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Haddox, David | Former employee of Purdue Pharma L.P. he served as Vice President, Risk Management & Health Policy, | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Gasdia, Russel | Former employee of Purdue Pharma L.P.where he served as Head of Strategic Initiatives | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Wright, Curtis | Former employee of Purdue Pharma L.P. who worked in various positions related to abuse and diversion prevention. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Rosen, Burt | Vice President of Federal Government Affairs of Purdue Pharma L.P. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Sackler, Richard | Former President and Chairman of Purdue Pharma | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Sackler, Kathe | Former Director and Vice President of Purdue Pharma | Expected to testify concerning matters related to his/her employment and claims in this litigation |

6

| Witness | Title | Description/Purpose |
|---|---|---|
| Tomkiewicz, Joseph | Teva Diversion Operations Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| McGinn, Colleen | Former Teva Director DEA Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Brennan, David | Cephalon, Former Compliance Auditor | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Marchione, Carol | Former Teva Director of Regulatory Affairs | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Day, Matthew | Former Teva Director of Marketing | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Pyfer, Andrew | Former Cephalon National Sales Director | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Spokane, Randy | Former Teva Sales Director | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kreutzer, Kevin | Diversion Control Investigator at AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Morreale, Michael | Teva Regional Sales Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Beckhardt, Stacey | Teva, Former Teva Associate Director, Alliance Development | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Herman, Doran | Senior Vice President, Head of Tax at Teva | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hassler, John | Teva Senior Vice President & General Manager CNS | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Terifay, Terrance | Cephalon, Former Marketing Group Director | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Sippial, Laura | Former Teva Sales Specialist | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Dempsey, Michele | Controlled Substances Compliance Director at Johnson & Johnson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Lin, David | Former Director of Sales and Marketing at Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Burns, Katrina | Marketing Product Director at Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Moskovitz, Bruce | Former Therapeutic Director of Scientific Affairs at Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Cartwright, Carla | Former Director of Federal Affairs at Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Vorsanger, Gary | Therapeutic Area Lead, CNS Medical Affairs (Analgesic & Neuroscience) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mashett, Frank | Director of Training at Janssen Pharmaceuticals, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Abreu, Shaun | Senior Manager of Verifications for Henry Schein, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Dibello, Michael | Former Director of Regulatory Affairs for Henry Schein, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Peacock, Jeff | Vice President of Quality Assurance and Regulatory Affairs for Henry Schein, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Steffanie-Oak, Tina | Manager of Regulatory Affiars at Henry Schein, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Tejeda, Sergio | Vice President of Quality Assurance and Regulatory Affairs for Henry Schein, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Alexander, Caleb | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Courtwright, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Cutler, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Gruber, Jonathan | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |

| Witness | Title | Description/Purpose |
|---|---|---|
| Keller, Lacey | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Kessler, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Keyes, Katherine | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Lembke, Anna | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Liebman. Jeffrey | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| McCann, Craig | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| McGuire, Thomas | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Perri, Matthew | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Rafalski, Jim | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |

| Witness | Title | Description/Purpose |
|---|---|---|
| Rosenthal, Meredith | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Wexelblatt, Scott | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Young, Nancy | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| Portenoy, Russell Dr. | Pain Physician, Former KOL | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Boyer, Andy | Former Teva CEO North America Generics; Former Actavis Sr. VP, Sales and Marketing; Former Watson Sr. VP, Sales & Marketing | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hammergren, John | McKesson, Chief Executive Officer | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mone, Michael | Cardinal Health, Vice President Associate General Counsel | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Morford, Craig | Cardinal Health, Chief Legal & Compliance Officer | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kauffman, Mike | Cardinal Health, Current CEO and Former CFO | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Barrett, George | Cardinal Health, Former Chief Executive Officer | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Barber, Linden | Cardinal Health, Chief Regulatory Counsel and Senior Vice President; Former DOJ Lawyer working with Office of Diversion Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Altier, Jennifer | Marketing Director at Actavis | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Baran, Nancy | Former Teva Executive Director, Customer Relations; Former Actavis Executive Director, Customer Relations Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Boothe, Douglas | Former Actavis CEO | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Clarke, Michael | Former Actavis Vice President Ethics and Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Dorsey, Michael | Teva Director of National Accounts; Former Actavis Director of National Accounts | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Galant, Rachelle | Former Actavis Senior Product Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kaufhold, Stephan | Senior Vice President, Treasurer at Allergan | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Leitch, Nathalie | Director Specialty Rx Products at Actavis | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| McCormick, Jinping | Former Actavis Director of Marketing | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Napoli, Thomas | Former Actavis Associate Director, Controlled Substance Compliance; Former Watson Manager, Security and DEA Affairs | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Nataline, Terri | Former Vice President Regulatory and Medical Affairs at Actavis | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Woods, Mary | Allergan Executive Director, Customer Relations Operations; Former Actavis Executive Director, Customer Relations Operations; Former Watson Associate Director, Call Center Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Lin, David | Former Director of Sales and Marketing, Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Kuntz, Ron | Product Director for Nucynta, Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Vorsanger, Gary | Former Senior Medical Director, Medical Affairs, Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Moskovitz, Bruce | Former Therapeutic Area Head, Medical Affairs, Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Dempsey, Michele | Director of Controlled Substances Compliance at Johnson & Johnson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kohn, Robin | Chief Advocacy Officer, Federation of State Medical Boards | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Panico, Greg | Therapeutic Area Communications Leader at Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Mashett, Frank | Director of Trade Operations, Janssen | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Fitzsimmons, Barry | J&J, Sr. Director Business Development | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Crawford, Kermit | Walgreens, Former Executive VP/President of Pharmacy Health and Wellness; Rite Aid, Former President and CEO | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Atwell, Kristine | Walgreens, Former CII Function Manager at Jupiter Distribution Center | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Merritello, John | Walgreens, Manager of Business Applications Rx Inventory/Rx inventory Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Hunter, William | Walgreens, District Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Whited, James | Healthcare Supervisor Cleveland/Akron at Walgreens | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Zaccaro, Laurie | Walgreens – Asset Protection Manager. | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Diebert, Jennifer | SAIL Coordinator and CII Process Manager at Walgreens Distribution Center | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Bish, Deb | Walgreens – Function Manager (by deposition) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Gillenkirk, Colleen | Teva Sales Specialist | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Kaisen, Valerie | Former Teva Sales Specialist | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Condodina, Cynthia | Teva Director Training & Development | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Bearer, Deborah | Teva Senior Director Global Market Access | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Tomsky, Scott | Vice President Regulatory Affairs, Generic North America at Teva | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Baldassano, Valli | Exec Vice President & Chief Compliance Officer at Cephalon Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Chevlen, Eric Dr. | Physician; Ohio Pain Initiative and Ohio Intractable Pain Act Task Force | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Ducca, Anita Dr. | HDA/HDMA, Senior Vice President of Regulatory Affairs | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment |
| Parran, Theodore Dr. | Physician; Isabel and Carter Wang Professor and Chair in Medical Education, School of Medicine | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Walgreens live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| McKesson  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| AmerisourceBergen live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Janssen/J&J  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| Witness | Title | Description/Purpose |
|---|---|---|
| Cardinal Health  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Teva  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Actavis/Watson  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Allergan  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Henry Schein  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Purdue  live Witness | | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Keenan, Maggie | Cuyahoga County, Director of Office of Budget Management | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Williams, Calvin | Cleveland, Chief of Police | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Gilson, Thomas Dr. | Cuyahoga County, Medical Examiner | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Hall, Gregory Dr. | Cuyahoga County Board of Health, President Pro Tem | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Woods, Holly | Cuyahoga County Director of Human Resources for Benefits and Compensation | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| Witness | Title | Description/Purpose |
|---------|-------|---------------------|
| Weiskittel, Cynthia | Cuyahoga County Director of the Division of Children and Family Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Shannon, Hugh | Cuyahoga County, Director of Operations at Cuyahoga County Medical Examiner's Office | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Papp, Joan Dr. | Attending Physician at MetroHealth Medical Center: Founder of Project DAWN: Member of the Cuyahoga Opiate Task Force | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Rideout, Patricia | Former Director at Cuyahoga County Children and Family Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Carroll, Matthew | Cuyahoga Chief Economic Growth and Opportunity Officer | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |
| Dorman, Rebekah | Director at Invest in Children/Cuyahoga County Office of Early Childhood | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |
| Gillette, Ruth | Cuyahoga Office of Homeless Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |

| Witness | Title | Description/Purpose |
|---|---|---|
| Feinn, Wendy | Budget Analyst at the Cuyahoga County Office of Budget & Management | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |
| Murphy, Martin | Assistant Director at Cuyahoga Common Pleas Court | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |
| Ely, Brian | Substance Abuse Case Manager | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |
| Gray, Shannon | Laboratory Manager at Cuyahoga County | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City. |
| Gingell, Gary | Cleveland Police Commander | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Prince, John | City of Cleveland Detective | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Frantz, Karen | Summa Health System, BSN, RNC | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment. |

| Witness | Title | Description/Purpose |
|---|---|---|
| Bornstein, Shelly | Summit- Founder – Hope United | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Bornstein, Travis | Summit- Founder – Hope United | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Miller-Dawson, Diane | Summit- Director of Finance Summit County | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Baker-Stella, Lori | Summit- Detective, Summit County Sheriff's Office Drug Unit/Drug Enforcement Agency Task Force Officer | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Kohler, Lisa | Summit County Medical Examiner | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Davis, Jack | Summit- Police Chief for the City of Cuyahoga Falls | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Morber, Vince | Summit- Police Chief for the City of Barberton | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| Witness | Title | Description/Purpose |
|---|---|---|
| Paolino, Matthew | Summit- Commander of Summit County Drug Unit | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Twigg, Charles | Summit- Deputy Chief of the Akron Fire Department | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Natko, Joe | Summit- Fire Chief for the City of Akron | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Tucker, Clarence | Summit- Fire Chief for the City of Akron | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Davidson, Amy | Summit- Deputy Executive Director, Social Services – Summit County Children Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Barnes, Julie | Summit- Executive Director, Summit County Children Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Wade, Aimee | Summit- Associate Director of Clinical Services, Summit County ADM | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| Witness | Title | Description/Purpose |
|---|---|---|
| Leonard, Pat Det. | Summit- Detective, Akron Police Department; Cleveland DEA Tactical Diversion Squad and Task Force Officer | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Smith, Doug | Summit- Chief Clinical Officer, Summit County ADM | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Craig, Gerald | Summit- Executive Director of Summit County ADM | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Skoda, Donna | Summit- Health Commissioner, SCPH | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Nelsen, Brian | Summit- Director of Finance and Budget, Summit County | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Johnson, Greta | Summit- Assistant Chief of Staff and Public Information Officer; Summit County Executive's Office | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Rob Brandt | Robby's Voice- President | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| Witness | Title | Description/Purpose |
|---|---|---|
| Orlando Howard | St. Vincent Charity Medical Center- Rosary Hall, Director of Outpatient Treatment Services/Quality Improvement | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| Myers, David | Teva/Actavis, Associate Director, Marketing; Senior Manager, Product Marketing; Senior Manager Products and Communication | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| Baeder, Christine | Teva/Actavis, Chief Operations Officer, US Generics; SVP Customer and Marketing Operations; VP Commercial Operations; Senior Director, Customer Operations; Director, Customer Operations; Senior Product Manager, New Products | Expected to testify concerning matters related to his/her employment and claims in this litigation |

Plaintiffs reserve the right to amend and/or supplement their witness list based on testimony and witness disclosures presented by Defendants.

Respectfully Submitted,

  s/ W. Mark Lanier
W. Mark Lanier
LANIER LAW FIRM
10940 W. Sam Houston Pkwy N,
Suite 100
Houston, Texas 77064
(713) 659-5200
713) 659-2204 Fax
wml@lanierlawfirm.com
*Trial Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700

Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 Fax
pweinberger@spanglaw.com
*Plaintiffs' Liaison Counsel*

Donald A. Migliori
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9600
(843) 216-9290 Fax
dmigliori@motleyrice.com
*Counsel for Plaintiff Summit County, Ohio*


Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 Fax
hunter@napolilaw.com
*Counsel for Plaintiff Cuyahoga County,Ohio*