# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | * | |
| NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * * * * * * | CASE NO. 1:17CV2804 JUDGE POLSTER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# PLAINTIFFS' OCTOBER 5, 2019 WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs disclose the following witnesses who may testify at trial.

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 1. | Prevoznik. Thomas | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division | Mr. Prevoznik is expected to testify concerning his duties and responsibilities as the Associate Section Chief for the Pharmaceutical Investigations Section of the Diversion Control Diversion at DEA and related to his prevent relevant employment. |
| 2. | Rannazzisi, Joseph | DEA, Former Head of Office of Diversion Control | Mr. Rannazzissi is expected to testify concerning his duties and responsibilities as the former Head of Office of Diversion Control, DEA and related to his previous relevant employment. |
| 3. | Harper-Avilia, Stacy | DEA, Section Chief on Quotas | Ms. Harper-Avilia will testify concerning matters related to her duties and responsibilities as Section chief on quotas at DEA related to her previous related employment. |
| 4. | Kelly, Patrick | HDA/HDMA Executive Vice President of Governmental Affairs | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment and related previous relevant employment |
| 5. | Applegate, Mary Dr. | Ohio Department of Medicaid, Medical Director | Dr. Applegate is expected to testify concerning the Ohio Department of Medicaid, her duties and responsibilities there, and her previous relevant employment. |

1

|  | Witness | Title | Description/Purpose |
|---|---|---|---|
| 6. | Zimmerman, Chris | Senior Vice President, Corporate Security and Regulatory Affairs, AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 7. | May, David | AmerisourceBergen Corporation, Vice President, Corporate Security and Diversion Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 8. | Mays, Steve | Vice President, Regulatory Affairs, AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 9. | Hazewski, Ed | Corporate Security & Regulatory Affairs at AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 10. | Cherveny, Eric | Director of Diversion Control & Security AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 11. | Elkins, Nathan | District Director at AmerisourceBergen Corporation | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 12. | Norris, Jennifer | Vice Presidnet Associate General Counsel Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 13. | Giacalone, Robert | Former SVP of Regulatory Affairs and Chief Regulatory Counsel | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 14. | Mone, Michael | Cardinal Health, Vice President Associate General Counsel | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 15. | Reardon, Steve | Vice President of Quality Regulatory Assurance; currently self-employed as consultant for Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 16. | Cameron, Todd | Vice President of Quality Regulatory Assurance, Supply Chain Integrity Cardinal Health | Expected to testify concerning matters related to his/her employment and claims in this litigation |

|     | Witness | Title | Description/Purpose |
| --- | --- | --- | --- |
| 17. | Walker, Donald | McKesson, Former Senior Vice President of Distribution Operations. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 18. | Hartle, Nate | Vice President of Regulatory Affairs & Compliance McKesson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 19. | Boggs, Gary | McKesson, Vice President of Regulatory Affairs and Compliance at McKesson and former DEA official. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 20. | Jonas, Tracy | McKesson, Director of Operational Excellence and former Director of Regulatory Affairs. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 21. | Gustin, David | Director of Regulatory Affairs at McKesson | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 22. | Oriente, Michael | McKesson, Director of Regulatory Affairs. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 23. | Snider, Blaine | McKesson, Distribution Center Manager. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 24. | Polster, Tasha | Walgreens - Vice President of Pharmacy Quality, Compliance, and Patient Safety. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 25. | Martin, Barbara | Manager, Inventory Management / Manager - Rx Supply Chain, Stores | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 26. | Bratton, Ed | Manager, Pharmaceutical Integrity (Southern Operation (FL)) | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 27. | Peterson, Douglas | Manager, IT Supply Chain | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 28. | Stahmann, Eric | Manager, Pharmaceutical Integrity | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 29. | Tomkiewicz, Joseph | Teva Diversion Operations Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 30. | McGinn, Colleen | Former Teva Director DEA Compliance | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 31. | Abreu, Shaun | Senior Manager of Verifications for Henry Schein, Inc. | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 32. | Alexander, Caleb | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 33. | Courtwright, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 34. | Cutler, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 35. | Keller, Lacey | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 36. | Kessler, David | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 37. | Keyes, Katherine | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 38. | Lembke, Anna | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 39. | Liebman. Jeffrey | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 40. | McCann, Craig | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 41. | McGuire, Thomas | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 42. | Rafalski, Jim | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 43. | Rosenthal, Meredith | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 44. | Wexelblatt, Scott | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 45. | Young, Nancy | Expert | The expert is expected to testify about the opinions detailed his/her expert report and on matters concerning his/her knowledge, skill, experience, education and training |
| 46. | Barrett, George | Cardinal Health, Former Chief Executive Officer | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 47. | Barber, Linden | Cardinal Health, Chief Regulatory Counsel and Senior Vice President; Former DOJ Lawyer working with Office of Diversion Control | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 48. | Baran, Nancy | Former Teva Executive Director, Customer Relations; Former Actavis Executive Director, Customer Relations Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |

5

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 49. | Woods, Mary | Allergan Executive Director, Customer Relations Operations; Former Actavis Executive Director, Customer Relations Operations; Former Watson Associate Director, Call Center Operations | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 50. | Bish, Deb | Walgreens – Function Manager | Expected to testify concerning matters related to his/her employment and claims in this litigation |
| 51. | Keenan, Maggie | Cuyahoga County, Director of Office of Budget Management | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 52. | Williams, Calvin | Cleveland, Chief of Police | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 53. | Gilson, Thomas Dr. | Cuyahoga County, Medical Examiner | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 54. | Hall, Gregory Dr. | Cuyahoga County Board of Health, President Pro Tem | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 55. | Weiskittel, Cynthia | Cuyahoga County Director of the Division of Children and Family Services | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

|    | Witness | Title | Description/Purpose |
|----|---------|-------|---------------------|
| 56. | Papp, Joan Dr. | Attending Physician at MetroHealth Medical Center: Founder of Project DAWN: Member of the Cuyahoga Opiate Task Force | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 57. | Gingell, Gary | Cleveland Police Commander | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 58. | Bornstein, Travis | Summit- Founder – Hope United | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 59. | Twigg, Charles | Summit- Deputy Chief of the Akron Fire Department | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 60. | Tucker, Clarence | Summit- Fire Chief for the City of Akron | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 61. | Smith, Doug | Summit- Chief Clinical Officer, Summit County ADM | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 62. | Skoda, Donna | Summit- Health Commissioner, SCPH | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

| | Witness | Title | Description/Purpose |
|---|---|---|---|
| 63. | Nelsen, Brian | Summit- Director of Finance and Budget, Summit County | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 64. | Johnson, Greta | Summit- Assistant Chief of Staff and Public Information Officer; Summit County Executive's Office | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |
| 65. | Orlando Howard | St. Vincent Charity Medical Center-Rosary Hall, Director of Outpatient Treatment Services/Quality Improvement | Expected to testify concerning matters related to his/her duties and responsibilities regarding his/her employment with the County/City and related previous relevant employment as well as matters he/she testified to at his/her deposition. |

In serving this witness list, Plaintiffs specifically reserve the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Plaintiffs also reserve the right to supplement and/or to amend their lists with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. Plaitniffs further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions. Plaintiffs reserve the right to call any of these witnesses and any of Defendants' 30(b)(6) witnesses whose testimony is designated as live witnesses in their case in chief. Plaintiffs reserve the right to amend and/or supplement their witness list based on testimony and witness disclosures presented by Defendants.

Respectfully submitted,

/s/Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

8

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

Plaintiffs' Co-Lead Counsel

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

Plaintiffs' Liaison Counsel

W. Mark Lanier
THE LANIER LAW FIRM
6810 FM 1960 Rd W
Houston, TX 77069-3804
(713) 659-5200
(713) 659-2204 (Fax)
wml@lanierlawfirm.com

Lead Trial Counsel

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

Counsel for Plaintiff Cuyahoga County, Ohio

Donald A. Migliori
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
(202) 386-9626 x5626
(202) 386-9622 (Fax)
dmigliori@motleyrice.com

Counsel for Plaintiff Summit County, Ohio

9