United States District Court
Northern District of Ohio

## Non-Appeal Transcript Order

To Be Completed by Ordering Party

| Court Reporter | Sarah E. Nageotte/Donnalee Cotone | Judicial Officer | | Judge Dan Aaron Polster |
|---|---|---|---|---|
| Requested by: | Steven M Pyser | | Phone | 202.434.5000 |
| Case Name | In Re: National Prescription Opiate Litigation | | | |
| Case Number | 17-md-2804 | Date(s) of Proceedings | | 10/21/2019 - End of Trial |
| Today's Date | 10/10/2019 | Requested Completion Date | | |

**Financial arrangements must be made with the court reporter before transcript is prepared. If the method of payment is authorized under CJA, submit the AUTH-24 in the OHND CJA eVoucher System**

| Email Address | spyser@wc.com | /s/ Steven Pyser |
|---|---|---|
| | | Signature of Ordering Party |

| Maximum Rate Per Page | | | |
|---|---|---|---|
| **Transcript Type** | Original | First Copy to each party | Each add'l Copy |
| **Ordinary:** A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $3.65 | ☐ $0.90 | ☐ $0.60 |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of an order. | ☐ $4.25 | ☐ $0.90 | ☐ $0.60 |
| **Expedited/7-Day Transcript:** A transcript to be delivered within seven (7) days after receipt of order. | ☐ $4.85 | ☐ $0.90 | ☐ $0.60 |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | ☐ $5.45 | ☐ $1.05 | ☐ $0.75 |
| **Daily:** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.05 | ☐ $1.20 | ☐ $0.90 |
| **Hourly:** A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | ☑ $7.25 | ☐ $1.20 | ☐ $0.90 |
| **Realtime Unedited Transcript**: A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | ☑ $3.05<br>One feed, $3.05 per page; two to four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

Local Civil Rule 80.1/Criminal Rule 57.20 of the Northern District of Ohio requires transcript requests to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court. Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This document relates to: )<br>)<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* )<br>Case No. 18-op-45090 )<br>)<br>and )<br>)<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.* )<br>Case No. 1:18-op-45004 )<br>_____ ) | **MDL No. 2804<br>Case No. 17-md-2804<br>Hon. Judge Dan A. Polster** |

**PARTY ATTORNEYS RECEIVING REALTIME FEEDS
ON BEHALF OF CARDINAL HEALTH, INC.**

Pursuant to the Court's October 7, 2019 Order, Dkt. No. 2733, Defendant Cardinal Health, Inc. ("Cardinal") requests real-time transcript feeds. Defendant Cardinal submits the following names and email addresses who will receive such feed(s):

| | |
|---|---|
| Enu Mainigi | emainigi@wc.com |
| Steven M. Pyser | spyser@wc.com |
| Jennifer Wicht | jwicht@wc.com |
| F. Lane Heard | lheard@wc.com |
| Ashley Hardin | ahardin@wc.com |
| Colleen McNamara | cmcnamara@wc.com |
| Suzanne Salgado | ssalgado@wc.com |
| Bradley Masters | bmasters@wc.com |
| Joseph Bushur | jbushur@wc.com |

Dated: October 10, 2019                          Respectfully submitted,

*/s/ Steven M. Pyser*
Steven M. Pyser
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
spyser@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I, Steven Pyser, hereby certify that the foregoing document was served on October 10, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

<pre>
                              /s/ Steven M. Pyser
                              Steven M. Pyser
                              WILLIAMS & CONNOLLY LLP
                              725 Twelfth Street, N.W.
                              Washington, DC 20005
                              Telephone: (202) 434-5000
                              Fax: (202) 434-5029
                              spyser@wc.com

                              Counsel for Defendant Cardinal Health, Inc.
</pre>

**REALTIME/DRAFT UNEDITED TRANSCRIPT DISCLAIMER**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                              Case No.  1:17-md-2804

NATIONAL PRESCRIPTION
OPIATE LITIGATION

    The realtime/draft unedited transcript of proceedings in the above-titled matter is delivered unedited and uncertified by the court reporter at the request of the undersigned.

    You agree that you will not distribute this realtime/draft unedited transcript in any form, written or electronic, to the public, including news organizations, and other participants and/or nonparticipants.

    The realtime/draft unedited transcript shall not be relied upon for purposes of verbatim citation of the record or used for any purpose that requires a certified transcript of a proceeding.

    The realtime/draft unedited transcript has not been edited, proofread, or corrected. It is a draft transcript and is not certified to be true and correct. It may contain computer-generated mistranslations of stenotype shorthand or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols and shorthand which cannot be deciphered by non-court reporters.

    The realtime/draft unedited transcript may differ from a certified transcript of the same proceedings in content, page and line numbers, punctuation, and formatting. The realtime/draft unedited transcript contains no appearance page, index, or certification page.

    The undersigned agrees to indemnify and hold harmless the court reporter for any use by any person of the realtime/draft unedited transcript.

Steven M. Pyser                                   Defendant Cardinal Health, Inc.
Name of purchaser                                 On behalf of *(party)*

/s/ Steven M. Pyser                               10/10/2019
Signature of purchaser                            Date

spyser@wc.com                                     202.434.5000
Email                                             Telephone