# EXHIBIT A

| WALGREENS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR DEBORAH BISH | | | | | | |
|---|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 2/1/2019 | Walgreens Affirm | 475 | 22 | 477 | 10 | |
| 2/1/2019 | Walgreens Affirm | 477 | 17 | 479 | 6 | |
| 2/1/2019 | Walgreens Affirm | 479 | 21 | 480 | 24 | |
| 2/1/2019 | Walgreens Affirm | 481 | 3 | 483 | 20 | |
| 2/1/2019 | Walgreens Affirm | 483 | 23 | 485 | 10 | |
| 2/1/2019 | Walgreens Affirm | 485 | 13 | 485 | 24 | |
| 2/1/2019 | Walgreens Affirm | 486 | 3 | 486 | 9 | |
| 2/1/2019 | Walgreens Affirm | 486 | 12 | 486 | 22 | |
| 2/1/2019 | Walgreens Affirm | 487 | 1 | 487 | 13 | |
| 2/1/2019 | Walgreens Affirm | 487 | 17 | 487 | 20 | |
| 2/1/2019 | Walgreens Affirm | 491 | 20 | 492 | 10 | |
| 2/1/2019 | Walgreens Affirm | 492 | 13 | 492 | 13 | |
| 2/1/2019 | Walgreens Affirm | 492 | 16 | 492 | 21 | |
| 2/1/2019 | Walgreens Affirm | 492 | 24 | 493 | 1 | |
| 2/1/2019 | Walgreens Affirm | 493 | 4 | 493 | 4 | |
| 2/1/2019 | Walgreens Affirm | 493 | 6 | 493 | 7 | |

| WALGREENS' OBJECTIONS TO PLAINTIFFS' COUNTERS FOR DEBORAH BISH | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | WALGREENS' OBJECTIONS | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 2/1/2019 | 87 | 12 | 87 | 19 | AF; HYP; 602; 402; 403; VG |
| 2/1/2019 | 131 | 20 | 131 | 22 | AF; 602; 403; VG |
| 2/1/2019 | 132 | 2 | 132 | 10 | AF; 602; 403; VG |
| 2/1/2019 | 132 | 12 | 133 | 9 | AF; 602; 403; VG |
| 2/1/2019 | 158 | 9 | 158 | 12 | VG |
| 2/1/2019 | 212 | 4 | 212 | 4 | AF; 602; 403; VG; 802; MD; AU |

| WALGREENS' RESPONSES TO PLAINTIFFS' OBJECTIONS FOR DEBORAH BISH | | | | |
|---|---|---|---|---|
| DEPO DATE | | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 2/1/2019 | 480 | 17 | 481 | 9 | Based on the witness's personal knowledge and experience, question understandable to the witness. |
| 2/1/2019 | 481 | 12 | 482 | 2 | Based on witness's personal knowledge and experience, question understandable to the witness. |
| 2/1/2019 | 483 | 19 | 483 | 24 | Based on witness's personal experience, question understandable to the witness. |
| 2/1/2019 | 485 | 20 | 486 | 5 | Based on witness's personal knowledge and experience, question understandable to the witness |
| 2/1/2019 | 486 | 7 | 486 | 12 | Based on the witness's personal knowledge and experience, question understandable to the witness |
| 2/1/2019 | 486 | 19 | 487 | 20 | Based on witness's personal knowledge and experience, question understandable to the witness |
| 2/1/2019 | 492 | 6 | 492 | 13 | Based on witness's personal knowledge and experience, relevant to a topic that Plaintiffs put at issue |