# EXHIBIT A

| DEPO DATE | DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR DEMETRA ASHLEY ||||| |
|---|---|---|---|---|---|---|
| | DESIGNATIONS ||||| |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/15/2019 | Pharm Affirm | 10 | 23 | 10 | 24 | |
| 3/15/2019 | All Def Affirm | 14 | 20 | 18 | 11 | |
| 3/15/2019 | All Def Affirm | 18 | 17 | 20 | 3 | |
| 3/15/2019 | All Def Affirm | 20 | 6 | 22 | 1 | |
| 3/15/2019 | All Def Affirm | 22 | 4 | 22 | 6 | |
| 3/15/2019 | All Def Affirm | 22 | 10 | 22 | 20 | |
| 3/15/2019 | All Def Affirm | 22 | 22 | 22 | 24 | |
| 3/15/2019 | All Def Affirm | 23 | 25 | 28 | 8 | |
| 3/15/2019 | All Def Affirm | 28 | 10 | 28 | 22 | |
| 3/15/2019 | All Def Affirm | 28 | 24 | 29 | 5 | |
| 3/15/2019 | All Def Affirm | 29 | 7 | 29 | 22 | |
| 3/15/2019 | All Def Affirm | 29 | 23 | 29 | 24 | |
| 3/15/2019 | All Def Affirm | 30 | 1 | 30 | 5 | |
| 3/15/2019 | All Def Affirm | 30 | 6 | 30 | 9 | |
| 3/15/2019 | All Def Affirm | 30 | 11 | 30 | 23 | |
| 3/15/2019 | All Def Affirm | 31 | 2 | 31 | 4 | |
| 3/15/2019 | All Def Affirm | 35 | 10 | 35 | 22 | |
| 3/15/2019 | All Def Affirm | 35 | 25 | 36 | 10 | |
| 3/15/2019 | All Def Affirm | 36 | 13 | 36 | 19 | |
| 3/15/2019 | All Def Affirm | 38 | 4 | 38 | 7 | |
| 3/15/2019 | All Def Affirm | 38 | 9 | 38 | 10 | |
| 3/15/2019 | All Def Affirm | 38 | 11 | 40 | 4 | |
| 3/15/2019 | All Def Affirm | 40 | 6 | 40 | 22 | |
| 3/15/2019 | All Def Affirm | 40 | 25 | 41 | 7 | |
| 3/15/2019 | All Def Affirm | 46 | 6 | 46 | 23 | |
| 3/15/2019 | All Def Affirm | 46 | 25 | 48 | 25 | |
| 3/15/2019 | All Def Affirm | 49 | 2 | 50 | 13 | |
| 3/15/2019 | All Def Affirm | 50 | 15 | 50 | 22 | |
| 3/15/2019 | All Def Affirm | 51 | 1 | 51 | 13 | |
| 3/15/2019 | All Def Affirm | 57 | 12 | 57 | 19 | |
| 3/15/2019 | All Def Affirm | 58 | 9 | 58 | 11 | |
| 3/15/2019 | All Def Affirm | 58 | 13 | 60 | 11 | |
| 3/15/2019 | All Def Affirm | 61 | 3 | 62 | 21 | |
| 3/15/2019 | All Def Affirm | 62 | 23 | 63 | 16 | |
| 3/15/2019 | All Def Affirm | 64 | 1 | 64 | 13 | |
| 3/15/2019 | All Def Affirm | 64 | 17 | 65 | 8 | |
| 3/15/2019 | All Def Affirm | 65 | 10 | 65 | 22 | |
| 3/15/2019 | All Def Affirm | 65 | 25 | 66 | 3 | |
| 3/15/2019 | All Def Affirm | 66 | 6 | 66 | 11 | |
| 3/15/2019 | All Def Affirm | 66 | 15 | 68 | 11 | |
| 3/15/2019 | All Def Affirm | 68 | 23 | 69 | 8 | |

| DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR DEMETRA ASHLEY ||||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATIONS |||| |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/15/2019 | All Def Affirm | 69 | 13 | 69 | 24 | |
| 3/15/2019 | All Def Affirm | 70 | 1 | 70 | 9 | |
| 3/15/2019 | All Def Affirm | 70 | 11 | 70 | 17 | |
| 3/15/2019 | All Def Affirm | 70 | 19 | 71 | 2 | |
| 3/15/2019 | All Def Affirm | 71 | 5 | 71 | 11 | |
| 3/15/2019 | All Def Affirm | 71 | 14 | 72 | 7 | |
| 3/15/2019 | All Def Affirm | 72 | 9 | 72 | 16 | |
| 3/15/2019 | All Def Affirm | 72 | 19 | 73 | 12 | |
| 3/15/2019 | All Def Affirm | 73 | 14 | 73 | 14 | |
| 3/15/2019 | All Def Affirm | 74 | 1 | 74 | 8 | |
| 3/15/2019 | All Def Affirm | 74 | 13 | 74 | 18 | |
| 3/15/2019 | All Def Affirm | 78 | 1 | 79 | 24 | |
| 3/15/2019 | All Def Affirm | 79 | 25 | 80 | 3 | |
| 3/15/2019 | All Def Affirm | 80 | 6 | 80 | 7 | |
| 3/15/2019 | All Def Affirm | 81 | 11 | 81 | 20 | |
| 3/15/2019 | All Def Affirm | 81 | 24 | 83 | 18 | |
| 3/15/2019 | All Def Affirm | 84 | 8 | 84 | 14 | |
| 3/15/2019 | All Def Affirm | 84 | 17 | 84 | 21 | |
| 3/15/2019 | All Def Affirm | 84 | 22 | 85 | 4 | |
| 3/15/2019 | All Def Affirm | 85 | 5 | 85 | 15 | |
| 3/15/2019 | All Def Affirm | 85 | 17 | 85 | 18 | |
| 3/15/2019 | All Def Affirm | 85 | 20 | 85 | 24 | |
| 3/15/2019 | All Def Affirm | 86 | 8 | 86 | 16 | |
| 3/15/2019 | All Def Affirm | 86 | 17 | 86 | 20 | |
| 3/15/2019 | All Def Affirm | 86 | 21 | 87 | 15 | |
| 3/15/2019 | All Def Affirm | 88 | 2 | 88 | 5 | |
| 3/15/2019 | All Def Affirm | 88 | 8 | 88 | 15 | |
| 3/15/2019 | All Def Affirm | 88 | 17 | 89 | 22 | |
| 3/15/2019 | All Def Affirm | 88 | 23 | 88 | 23 | |
| 3/15/2019 | Dist Affirm | 89 | 23 | 90 | 10 | |
| 3/15/2019 | All Def Affirm | 93 | 7 | 93 | 11 | |
| 3/15/2019 | All Def Affirm | 93 | 13 | 94 | 5 | |
| 3/15/2019 | All Def Affirm | 94 | 20 | 95 | 20 | |
| 3/15/2019 | All Def Affirm | 95 | 22 | 97 | 19 | |
| 3/15/2019 | All Def Affirm | 97 | 23 | 98 | 6 | |
| 3/15/2019 | All Def Affirm | 98 | 7 | 99 | 1 | |
| 3/15/2019 | All Def Affirm | 99 | 2 | 99 | 5 | |
| 3/15/2019 | All Def Affirm | 99 | 8 | 99 | 22 | |
| 3/15/2019 | All Def Affirm | 100 | 16 | 103 | 15 | |
| 3/15/2019 | All Def Affirm | 103 | 17 | 103 | 25 | |
| 3/15/2019 | All Def Affirm | 104 | 2 | 104 | 2 | |

| DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR DEMETRA ASHLEY ||||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATIONS |||| |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/15/2019 | All Def Affirm | 104 | 4 | 104 | 8 | |
| 3/15/2019 | All Def Affirm | 104 | 11 | 104 | 14 | |
| 3/15/2019 | All Def Affirm | 104 | 23 | 105 | 3 | |
| 3/15/2019 | All Def Affirm | 119 | 9 | 120 | 6 | |
| 3/15/2019 | All Def Affirm | 120 | 7 | 120 | 15 | |
| 3/15/2019 | All Def Affirm | 120 | 20 | 122 | 20 | |
| 3/15/2019 | All Def Affirm | 122 | 24 | 123 | 2 | |
| 3/15/2019 | All Def Affirm | 123 | 11 | 123 | 15 | |
| 3/15/2019 | Dist Affirm | 124 | 13 | 124 | 22 | |
| 3/15/2019 | ABDC Affirm | 124 | 13 | 124 | 22 | |
| 3/15/2019 | Dist Affirm | 125 | 8 | 125 | 17 | |
| 3/15/2019 | ABDC Affirm | 125 | 8 | 125 | 17 | |
| 3/15/2019 | Dist Affirm | 125 | 23 | 126 | 2 | |
| 3/15/2019 | ABDC Affirm | 125 | 23 | 126 | 2 | |
| 3/15/2019 | All Def Affirm | 126 | 18 | 127 | 22 | |
| 3/15/2019 | All Def Affirm | 127 | 24 | 128 | 12 | |
| 3/15/2019 | Dist Affirm | 128 | 24 | 129 | 1 | |
| 3/15/2019 | ABDC Affirm | 128 | 24 | 129 | 1 | |
| 3/15/2019 | Dist Affirm | 129 | 6 | 129 | 6 | |
| 3/15/2019 | ABDC Affirm | 129 | 6 | 129 | 6 | |
| 3/15/2019 | All Def Affirm | 135 | 21 | 136 | 10 | |
| 3/15/2019 | All Def Affirm | 136 | 11 | 136 | 13 | |
| 3/15/2019 | All Def Affirm | 136 | 17 | 136 | 18 | |
| 3/15/2019 | All Def Affirm | 136 | 25 | 137 | 5 | |
| 3/15/2019 | Dist Affirm | 137 | 10 | 137 | 21 | |
| 3/15/2019 | ABDC Affirm | 137 | 10 | 137 | 21 | |
| 3/15/2019 | All Def Affirm | 137 | 22 | 137 | 24 | |
| 3/15/2019 | Dist Affirm | 138 | 2 | 138 | 8 | |
| 3/15/2019 | ABDC Affirm | 138 | 2 | 138 | 8 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 138 | 22 | 139 | 4 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 139 | 15 | 139 | 17 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 139 | 20 | 140 | 10 | |
| 3/15/2019 | All Def Affirm | 140 | 11 | 140 | 18 | |
| 3/15/2019 | All Def Affirm | 141 | 9 | 141 | 11 | |
| 3/15/2019 | All Def Affirm | 141 | 15 | 141 | 15 | |
| 3/15/2019 | All Def Affirm | 145 | 20 | 145 | 22 | |
| 3/15/2019 | All Def Affirm | 145 | 23 | 146 | 9 | |
| 3/15/2019 | All Def Affirm | 146 | 10 | 146 | 20 | |
| 3/15/2019 | All Def Affirm | 146 | 21 | 147 | 7 | |
| 3/15/2019 | All Def Affirm | 147 | 8 | 147 | 11 | |
| 3/15/2019 | All Def Affirm | 147 | 13 | 147 | 13 | |

| DEPO DATE | DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR DEMETRA ASHLEY | | | | | |
|---|---|---|---|---|---|---|
| | DESIGNATIONS | | | | | |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/15/2019 | Dist Affirm | 147 | 15 | 147 | 16 | |
| 3/15/2019 | ABDC Affirm | 147 | 15 | 147 | 16 | |
| 3/15/2019 | Dist Affirm | 147 | 20 | 148 | 1 | |
| 3/15/2019 | ABDC Affirm | 147 | 20 | 148 | 1 | |
| 3/15/2019 | Dist Affirm | 148 | 3 | 148 | 11 | |
| 3/15/2019 | ABDC Affirm | 148 | 3 | 148 | 11 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 148 | 16 | 148 | 25 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 149 | 16 | 150 | 2 | |
| 3/15/2019 | All Def Affirm | 150 | 13 | 150 | 15 | |
| 3/15/2019 | All Def Affirm | 150 | 18 | 150 | 18 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 150 | 20 | 150 | 23 | |
| 3/15/2019 | All Def Affirm | 150 | 24 | 151 | 2 | |
| 3/15/2019 | Dist Affirm | 153 | 1 | 153 | 17 | |
| 3/15/2019 | ABDC Affirm | 153 | 1 | 153 | 17 | |
| 3/15/2019 | All Def Affirm | 153 | 3 | 153 | 8 | |
| 3/15/2019 | Dist Affirm | 153 | 19 | 153 | 19 | |
| 3/15/2019 | ABDC Affirm | 153 | 19 | 153 | 19 | |
| 3/15/2019 | Dist Affirm | 153 | 22 | 154 | 2 | |
| 3/15/2019 | ABDC Affirm | 153 | 22 | 154 | 2 | |
| 3/15/2019 | Manu Affirm | 159 | 20 | 160 | 7 | |
| 3/15/2019 | Manu Affirm | 160 | 9 | 160 | 13 | |
| 3/15/2019 | Manu Affirm | 160 | 15 | 160 | 25 | |
| 3/15/2019 | Manu Affirm | 161 | 2 | 161 | 8 | |
| 3/15/2019 | Manu Affirm | 163 | 8 | 163 | 16 | |
| 3/15/2019 | Manu Affirm | 163 | 18 | 163 | 18 | |
| 3/15/2019 | Teva Affirm | 163 | 25 | 164 | 4 | |
| 3/15/2019 | Manu Affirm | 165 | 8 | 165 | 12 | |
| 3/15/2019 | Manu Affirm | 165 | 15 | 165 | 24 | |
| 3/15/2019 | Manu Affirm | 172 | 20 | 172 | 22 | |
| 3/15/2019 | Manu Affirm | 172 | 24 | 172 | 24 | |
| 3/15/2019 | Manu Affirm | 173 | 2 | 173 | 10 | |
| 3/15/2019 | Manu Affirm | 173 | 12 | 173 | 12 | |
| 3/15/2019 | All Def Affirm | 195 | 1 | 196 | 23 | |
| 3/15/2019 | All Def Affirm | 196 | 25 | 197 | 5 | |
| 3/15/2019 | All Def Affirm | 197 | 9 | 197 | 15 | |
| 3/15/2019 | All Def Affirm | 197 | 18 | 197 | 25 | |
| 3/15/2019 | Teva Affirm | 198 | 12 | 198 | 16 | |
| 3/15/2019 | Dist Affirm | 198 | 12 | 198 | 16 | |
| 3/15/2019 | ABDC Affirm | 198 | 12 | 198 | 16 | |
| 3/15/2019 | Dist Affirm | 212 | 2 | 212 | 5 | |
| 3/15/2019 | ABDC Affirm | 212 | 2 | 212 | 5 | |

| DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR DEMETRA ASHLEY ||||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATIONS |||| |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/15/2019 | Dist Affirm | 213 | 2 | 213 | 20 | |
| 3/15/2019 | ABDC Affirm | 213 | 2 | 213 | 20 | |
| 3/15/2019 | Dist Affirm | 219 | 1 | 219 | 15 | |
| 3/15/2019 | All Def Affirm | 219 | 7 | 219 | 15 | |
| 3/15/2019 | All Def Affirm | 219 | 17 | 219 | 17 | |
| 3/15/2019 | ABDC Affirm | 219 | 17 | 219 | 17 | |
| 3/15/2019 | All Def Affirm | 220 | 19 | 222 | 17 | |
| 3/15/2019 | All Def Affirm | 222 | 21 | 222 | 22 | |
| 3/15/2019 | All Def Affirm | 232 | 2 | 232 | 4 | |
| 3/15/2019 | All Def Affirm | 232 | 14 | 233 | 18 | |
| 3/15/2019 | All Def Affirm | 234 | 2 | 234 | 8 | |
| 3/15/2019 | Pharm Affirm | 238 | 23 | 239 | 17 | |
| 3/15/2019 | Dist Affirm | 238 | 23 | 239 | 17 | |
| 3/15/2019 | All Def Affirm | 241 | 22 | 242 | 7 | |
| 3/15/2019 | All Def Affirm | 242 | 9 | 242 | 15 | |
| 3/15/2019 | All Def Affirm | 244 | 18 | 245 | 5 | |
| 3/15/2019 | All Def Affirm | 246 | 4 | 247 | 5 | |
| 3/15/2019 | Pharm Affirm | 248 | 4 | 248 | 7 | |
| 3/15/2019 | Pharm Affirm | 248 | 15 | 248 | 21 | |
| 3/15/2019 | Pharm Affirm | 248 | 23 | 248 | 24 | |
| 3/15/2019 | Pharm Affirm | 249 | 2 | 249 | 13 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 249 | 14 | 250 | 4 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 250 | 13 | 251 | 2 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 251 | 5 | 251 | 7 | |
| 3/15/2019 | McKesson & Cardinal Affirm | 251 | 9 | 251 | 21 | |
| 3/15/2019 | All Def Affirm | 252 | 5 | 252 | 18 | |
| 3/15/2019 | All Def Affirm | 253 | 6 | 253 | 25 | |
| 3/15/2019 | All Def Affirm | 254 | 1 | 254 | 5 | |
| 3/15/2019 | All Def Affirm | 329 | 14 | 329 | 19 | |
| 3/15/2019 | All Def Affirm | 329 | 22 | 329 | 22 | |
| 3/15/2019 | All Def Affirm | 329 | 24 | 330 | 3 | |
| 3/15/2019 | All Def Affirm | 330 | 6 | 330 | 6 | |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR DEMETRA ASHLEY | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | PLAINTIFFS' OBJECTIONS | | | | DEFENDANTS' RESPONSES |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 3/15/2019 | 10 | 23 | 10 | 23 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendants' conduct violated or did not violate the law, as such testimony would invade the province of the jury. | Witness' testimony is unique and not duplicative. This general objection is improper. To the extent plaintiffs' object to specific questions and answers that may elicit testimony about what the law requires, they should so state individually, on a question-by-question basis, so defendants may respond based on the context of the question and answer provided. |
| 3/15/2019 | 22 | 17 | 22 | 24 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 28 | 7 | 28 | 12 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 28 | 20 | 29 | 1 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 29 | 23 | 30 | 2 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 30 | 4 | 30 | 12 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 30 | 18 | 31 | 4 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 35 | 18 | 36 | 19 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 38 | 4 | 41 | 7 | speculative, misstates testimony, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Testimony speaks for itself and was not misstated. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR DEMETRA ASHLEY | | | | | | |
|---|---|---|---|---|---|---|
| DEPO DATE | PLAINTIFFS' OBJECTIONS | | | | | DEFENDANTS' RESPONSES |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 3/15/2019 | 46 | 20 | 47 | 2 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 50 | 18 | 51 | 13 | speculative, misstates testimony, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Testimony speaks for itself and was not misstated. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 57 | 12 | 57 | 19 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Testimony speaks for itself and was not misstated. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section.  Any objection by plaintiffs to this question was waived when plaintiffs failed to object at the deposition. |
| 3/15/2019 | 58 | 9 | 58 | 13 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 62 | 20 | 62 | 25 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 64 | 13 | 64 | 23 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Testimony speaks for itself and was not misstated. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section.  Any objection by plaintiffs to this question was waived when plaintiffs failed to object at the deposition. |
| 3/15/2019 | 65 | 6 | 65 | 12 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 65 | 20 | 66 | 17 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 69 | 21 | 70 | 20 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR DEMETRA ASHLEY ||||||
|---|---|---|---|---|---|
| DEPO DATE | PLAINTIFFS' OBJECTIONS |||| DEFENDANTS' RESPONSES |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 3/15/2019 | 71 | 1 | 73 | 14 | foundation, beyond witness authorization, speculative, relevance, vague, scope, foundation | Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. Question is within scope of Touhy authorization. Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 74 | 1 | 74 | 18 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 78 | 1 | 80 | 7 | compound, mistatement, speculative, relevance, vague, scope, foundation | Questions are not compound; only one question was asked before the witness answered each time. Testimony and document speak for themselves - there was no misstatement. Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge and experience. |
| 3/15/2019 | 81 | 19 | 82 | 2 | speculative, misstates testimony, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Testimony speaks for itself and was not misstated. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 84 | 12 | 85 | 4 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 88 | 2 | 88 | 18 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 93 | 7 | 93 | 15 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 95 | 6 | 95 | 24 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 97 | 14 | 98 | 6 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |

| DEPO DATE | PLAINTIFFS' OBJECTIONS | | | | | DEFENDANTS' RESPONSES |
|---|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |

Table title: PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR DEMETRA ASHLEY

| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | DEFENDANTS' RESPONSES |
|---|---|---|---|---|---|---|
| 3/15/2019 | 99 | 2 | 99 | 9 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 103 | 14 | 103 | 20 | speculative, outside witness authorization, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Question is within scope of Touhy authorization. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 103 | 24 | 105 | 3 | foundation, beyond witness authorization, speculative, relevance, vague, scope, foundation | Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. Question is within scope of Touhy authorization. Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 135 | 21 | 136 | 18 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 138 | 22 | 140 | 18 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 141 | 9 | 141 | 15 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 146 | 2 | 146 | 8 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 147 | 8 | 148 | 1 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 148 | 9 | 148 | 15 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 150 | 13 | 150 | 18 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR DEMETRA ASHLEY |
|---|

| DEPO DATE | PLAINTIFFS' OBJECTIONS | | | | | DEFENDANTS' RESPONSES |
|---|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 3/15/2019 | 153 | 15 | 153 | 19 | speculative, misstates testimony, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Testimony speaks for itself and was not misstated. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 160 | 4 | 160 | 13 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 160 | 24 | 161 | 2 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 163 | 8 | 163 | 18 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 172 | 20 | 173 | 12 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 196 | 20 | 197 | 19 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 213 | 2 | 213 | 20 | relevance, foundation | Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 219 | 1 | 219 | 17 | relevance, foundation | Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 222 | 16 | 222 | 22 | speculation | Not speculative; witness was testifying based on her personal knowledge and experience. |
| 3/15/2019 | 241 | 22 | 242 | 15 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 248 | 15 | 248 | 24 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |
| 3/15/2019 | 250 | 24 | 251 | 7 | speculative, relevance, vague, scope, foundation | Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR DEMETRA ASHLEY | | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **PLAINTIFFS' OBJECTIONS** | | | | **DEFENDANTS' RESPONSES** |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **PLAINTIFFS' OBJECTIONS** | |
| 3/15/2019 | 329 | 14 | 329 | 22 | asked and answered, speculative, relevance, vague, scope, foundation | Question was not asked and answered. Not speculative; witness was testifying based on her personal knowledge and experience. Relevant to plaintiffs' claims and defendants' defenses, including defendants' compliance with DEA regulations. Question/answer are not vague, they are clear and direct. Question is within scope of Touhy authorization. Foundation has been laid based on witness' knowledge, experience, and the testimony that proceeds this section. |

| | PLAINTIFFS' COUNTER DESIGNATIONS FOR DEMETRA ASHLEY | | | | | |
|---|---|---|---|---|---|---|
| DEPO DATE | PLAINTIFFS' COUNTER DESIGNATIONS | | | | | |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at | Notes |
| 3/15/2019 | Plaintiff Counter | 10 | 25 | 10 | 1 | |
| 3/15/2019 | Plaintiff Counter | 31 | 11 | 31 | 15 | |

| DEPO DATE | DEFENDANTS' OBJECTIONS | | | |
|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at |
| 3/15/2019 | 10 | 25 | 10 | 1 |
| 3/15/2019 | 31 | 11 | 31 | 15 |

| BJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR DEMETRA ASHLEY |
|---|
| DEFENDANTS' OBJECTIONS |
| INC |
| 802 |

| DEPO DATE | DEFANDANTS' RESPONSIVE DESIGNATIONS FOR DEMETRA ASHLEY | | | |
|---|---|---|---|---|
| | DESIGNATIONS | | | |
| | Designation Type | Begin Page at | Begin Line at | End Page at |
| 3/15/2019 | Dist Responsive | 31 | 16 | 31 |

| End Line at | Notes |
|---:|---|
| 18 | |