# EXHIBIT B

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MARGARET JUNE CARR | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 12/21/2018 | All Def Affirm | 12 | 12 | 12 | 18 |
| 12/21/2018 | All Def Affirm | 151 | 25 | 152 | 22 |
| 12/21/2018 | All Def Affirm | 153 | 10 | 153 | 22 |
| 12/21/2018 | All Def Affirm | 153 | 23 | 153 | 25 |
| 12/21/2018 | All Def Affirm | 154 | 1 | 154 | 15 |
| 12/21/2018 | All Def Affirm | 154 | 22 | 155 | 20 |
| 12/21/2018 | All Def Affirm | 155 | 21 | 156 | 25 |
| 12/21/2018 | All Def Affirm | 157 | 3 | 157 | 10 |
| 12/21/2018 | All Def Affirm | 157 | 14 | 157 | 16 |
| 12/21/2018 | All Def Affirm | 157 | 20 | 157 | 22 |
| 12/21/2018 | All Def Affirm | 157 | 25 | 157 | 25 |