# EXHIBIT C

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR CHAD GARNER | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | |
| | | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** |
| 11/14/2018 | All Def Affirm | 11 | 9 | 11 | 24 |
| 11/14/2018 | All Def Affirm | 16 | 12 | 17 | 13 |
| 11/14/2018 | All Def Affirm | 17 | 21 | 19 | 25 |
| 11/14/2018 | All Def Affirm | 20 | 1 | 20 | 14 |
| 11/14/2018 | All Def Affirm | 20 | 20 | 20 | 23 |
| 11/14/2018 | All Def Affirm | 22 | 7 | 23 | 2 |
| 11/14/2018 | Dist Affirm | 24 | 7 | 24 | 10 |
| 11/14/2018 | Dist Affirm | 24 | 15 | 24 | 18 |
| 11/14/2018 | All Def Affirm | 24 | 19 | 26 | 2 |
| 11/14/2018 | All Def Affirm | 26 | 12 | 26 | 22 |
| 11/14/2018 | All Def Affirm | 28 | 6 | 29 | 23 |
| 11/14/2018 | All Def Affirm | 30 | 1 | 30 | 9 |
| 11/14/2018 | All Def Affirm | 33 | 2 | 33 | 15 |
| 11/14/2018 | All Def Affirm | 34 | 17 | 34 | 18 |
| 11/14/2018 | All Def Affirm | 35 | 1 | 35 | 11 |
| 11/14/2018 | All Def Affirm | 37 | 12 | 37 | 24 |
| 11/14/2018 | All Def Affirm | 37 | 25 | 38 | 21 |
| 11/14/2018 | All Def Affirm | 38 | 22 | 41 | 8 |
| 11/14/2018 | All Def Affirm | 40 | 4 | 40 | 23 |
| 11/14/2018 | All Def Affirm | 42 | 19 | 42 | 24 |
| 11/14/2018 | All Def Affirm | 43 | 24 | 44 | 14 |
| 11/14/2018 | All Def Affirm | 44 | 25 | 48 | 24 |
| 11/14/2018 | All Def Affirm | 49 | 5 | 49 | 22 |
| 11/14/2018 | All Def Affirm | 50 | 5 | 50 | 20 |
| 11/14/2018 | All Def Affirm | 53 | 9 | 54 | 8 |
| 11/14/2018 | All Def Affirm | 56 | 19 | 57 | 12 |
| 11/14/2018 | All Def Affirm | 57 | 21 | 58 | 5 |
| 11/14/2018 | Pharm Affirm | 58 | 12 | 59 | 2 |
| 11/14/2018 | Dist Affirm | 58 | 15 | 59 | 2 |
| 11/14/2018 | All Def Affirm | 59 | 17 | 59 | 24 |
| 11/14/2018 | All Def Affirm | 60 | 9 | 60 | 20 |
| 11/14/2018 | All Def Affirm | 61 | 3 | 61 | 7 |
| 11/14/2018 | All Def Affirm | 62 | 2 | 62 | 4 |
| 11/14/2018 | All Def Affirm | 62 | 15 | 62 | 18 |
| 11/14/2018 | All Def Affirm | 62 | 24 | 64 | 3 |
| 11/14/2018 | Manu & Dist Affirm | 64 | 4 | 64 | 6 |
| 11/14/2018 | All Def Affirm | 64 | 7 | 64 | 16 |
| 11/14/2018 | All Def Affirm | 64 | 23 | 65 | 18 |
| 11/14/2018 | All Def Affirm | 66 | 3 | 66 | 25 |
| 11/14/2018 | All Def Affirm | 67 | 5 | 67 | 12 |
| 11/14/2018 | All Def Affirm | 67 | 13 | 67 | 22 |
| 11/14/2018 | All Def Affirm | 68 | 17 | 69 | 7 |
| 11/14/2018 | All Def Affirm | 70 | 1 | 70 | 15 |
| 11/14/2018 | Manu & Dist Affirm | 70 | 16 | 71 | 9 |
| 11/14/2018 | Manu & Dist Affirm | 71 | 19 | 72 | 1 |
| 11/14/2018 | All Def Affirm | 72 | 2 | 72 | 7 |
| 11/14/2018 | All Def Affirm | 72 | 8 | 72 | 16 |
| 11/14/2018 | All Def Affirm | 73 | 9 | 73 | 24 |
| 11/14/2018 | Dist Affirm | 73 | 25 | 74 | 4 |
| 11/14/2018 | Pharm Affirm | 73 | 25 | 74 | 4 |
| 11/14/2018 | All Def Affirm | 74 | 5 | 74 | 8 |
| 11/14/2018 | All Def Affirm | 74 | 20 | 76 | 3 |
| 11/14/2018 | All Def Affirm | 76 | 13 | 76 | 20 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR CHAD GARNER | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/14/2018 | All Def Affirm | 82 | 17 | 83 | 5 |
| 11/14/2018 | Dist Affirm | 83 | 14 | 84 | 1 |
| 11/14/2018 | Pharm Affirm | 83 | 14 | 84 | 1 |
| 11/14/2018 | All Def Affirm | 84 | 9 | 84 | 18 |
| 11/14/2018 | All Def Affirm | 86 | 6 | 86 | 18 |
| 11/14/2018 | Manu & Dist Affirm | 89 | 6 | 89 | 24 |
| 11/14/2018 | Manu & Dist Affirm | 90 | 8 | 90 | 12 |
| 11/14/2018 | All Def Affirm | 90 | 13 | 90 | 16 |
| 11/14/2018 | All Def Affirm | 90 | 23 | 91 | 9 |
| 11/14/2018 | All Def Affirm | 92 | 2 | 92 | 6 |
| 11/14/2018 | All Def Affirm | 96 | 3 | 96 | 14 |
| 11/14/2018 | All Def Affirm | 97 | 4 | 97 | 13 |
| 11/14/2018 | All Def Affirm | 98 | 14 | 98 | 19 |
| 11/14/2018 | All Def Affirm | 99 | 3 | 99 | 7 |
| 11/14/2018 | All Def Affirm | 100 | 22 | 101 | 23 |
| 11/14/2018 | All Def Affirm | 102 | 24 | 103 | 4 |
| 11/14/2018 | All Def Affirm | 104 | 14 | 104 | 19 |
| 11/14/2018 | Manu & Dist Affirm | 104 | 25 | 105 | 11 |
| 11/14/2018 | All Def Affirm | 106 | 25 | 107 | 11 |
| 11/14/2018 | All Def Affirm | 110 | 15 | 111 | 21 |
| 11/14/2018 | All Def Affirm | 114 | 9 | 114 | 18 |
| 11/14/2018 | All Def Affirm | 117 | 12 | 118 | 4 |
| 11/14/2018 | All Def Affirm | 118 | 12 | 119 | 7 |
| 11/14/2018 | Manu & Dist Affirm | 119 | 16 | 119 | 24 |
| 11/14/2018 | Manu & Dist Affirm | 120 | 4 | 120 | 16 |
| 11/14/2018 | All Def Affirm | 120 | 24 | 121 | 3 |
| 11/14/2018 | All Def Affirm | 122 | 11 | 123 | 13 |
| 11/14/2018 | All Def Affirm | 126 | 2 | 127 | 24 |
| 11/14/2018 | All Def Affirm | 127 | 25 | 128 | 5 |
| 11/14/2018 | All Def Affirm | 128 | 6 | 128 | 11 |
| 11/14/2018 | Dist Affirm | 128 | 12 | 128 | 21 |
| 11/14/2018 | Pharm Affirm | 128 | 12 | 128 | 21 |
| 11/14/2018 | All Def Affirm | 129 | 4 | 129 | 21 |
| 11/14/2018 | All Def Affirm | 134 | 10 | 134 | 20 |
| 11/14/2018 | All Def Affirm | 134 | 24 | 135 | 23 |
| 11/14/2018 | All Def Affirm | 135 | 24 | 136 | 8 |
| 11/14/2018 | All Def Affirm | 136 | 9 | 136 | 13 |
| 11/14/2018 | All Def Affirm | 136 | 22 | 137 | 4 |
| 11/14/2018 | All Def Affirm | 138 | 12 | 138 | 21 |
| 11/14/2018 | All Def Affirm | 139 | 9 | 140 | 13 |
| 11/14/2018 | All Def Affirm | 141 | 2 | 141 | 11 |
| 11/14/2018 | All Def Affirm | 141 | 19 | 142 | 15 |
| 11/14/2018 | All Def Affirm | 143 | 10 | 143 | 21 |
| 11/14/2018 | All Def Affirm | 146 | 19 | 147 | 21 |
| 11/14/2018 | Manu Affirm | 149 | 12 | 151 | 4 |
| 11/14/2018 | All Def Affirm | 153 | 14 | 154 | 21 |
| 11/14/2018 | Manu & Pharm Affirm | 154 | 22 | 155 | 13 |
| 11/14/2018 | Pharm Affirm | 158 | 25 | 159 | 2 |
| 11/14/2018 | Pharm Affirm | 159 | 10 | 159 | 13 |
| 11/14/2018 | Dist Affirm | 162 | 15 | 162 | 23 |
| 11/14/2018 | All Def Affirm | 171 | 5 | 171 | 25 |
| 11/14/2018 | Manu Affirm | 173 | 12 | 173 | 14 |
| 11/14/2018 | All Def Affirm | 173 | 19 | 174 | 12 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR CHAD GARNER | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/14/2018 | Manu & Dist Affirm | 174 | 19 | 175 | 15 |
| 11/14/2018 | All Def Affirm | 175 | 16 | 177 | 10 |
| 11/14/2018 | Manu & Dist Affirm | 178 | 13 | 179 | 8 |
| 11/14/2018 | All Def Affirm | 187 | 8 | 187 | 20 |
| 11/14/2018 | Manu & Dist Affirm | 189 | 10 | 190 | 6 |
| 11/14/2018 | All Def Affirm | 190 | 17 | 190 | 24 |
| 11/14/2018 | All Def Affirm | 190 | 25 | 191 | 16 |
| 11/14/2018 | All Def Affirm | 191 | 24 | 192 | 12 |
| 11/14/2018 | All Def Affirm | 192 | 13 | 193 | 4 |
| 11/14/2018 | All Def Affirm | 193 | 5 | 193 | 20 |
| 11/14/2018 | All Def Affirm | 195 | 15 | 195 | 20 |
| 11/14/2018 | All Def Affirm | 199 | 12 | 199 | 15 |
| 11/14/2018 | All Def Affirm | 199 | 23 | 200 | 7 |
| 11/14/2018 | All Def Affirm | 200 | 21 | 201 | 12 |
| 11/14/2018 | All Def Affirm | 204 | 7 | 204 | 13 |
| 11/14/2018 | All Def Affirm | 204 | 22 | 205 | 4 |
| 11/14/2018 | All Def Affirm | 205 | 10 | 205 | 15 |
| 11/14/2018 | All Def Affirm | 205 | 16 | 205 | 24 |
| 11/14/2018 | All Def Affirm | 207 | 1 | 208 | 22 |
| 11/14/2018 | All Def Affirm | 209 | 8 | 210 | 7 |
| 11/14/2018 | Pharm Affirm | 221 | 15 | 221 | 17 |
| 11/14/2018 | Dist Affirm | 221 | 18 | 221 | 24 |
| 11/14/2018 | Pharm Affirm | 221 | 20 | 221 | 24 |
| 11/14/2018 | All Def Affirm | 228 | 3 | 228 | 4 |
| 11/14/2018 | All Def Affirm | 228 | 8 | 229 | 11 |

| | DEFENDANTS' RESPONSIVE DEPOSITION DESIGNATIONS FOR CHAD GARNER | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 11/14/2018 | All Def Responsive | 78 | 13 | 78 | 17 |
| 11/14/2018 | Plaintiff Responsive | 78 | 18 | 79 | 16 |
| 11/14/2018 | All Def Responsive | 161 | 22 | 162 | 6 |
| 11/14/2018 | All Def Responsive | 231 | 1 | 231 | 5 |
| 11/14/2018 | All Def Responsive | 232 | 3 | 232 | 5 |