# EXHIBIT D

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR THOMAS GILSON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/14/2019 | All Def Affirm | 20 | 10 | 20 | 20 |
| 1/14/2019 | All Def Affirm | 20 | 23 | 21 | 4 |
| 1/14/2019 | All Def Affirm | 28 | 22 | 29 | 1 |
| 1/14/2019 | All Def Affirm | 31 | 19 | 32 | 4 |
| 1/14/2019 | All Def Affirm | 32 | 7 | 32 | 10 |
| 1/14/2019 | All Def Affirm | 34 | 13 | 34 | 18 |
| 1/14/2019 | All Def Affirm | 34 | 20 | 35 | 15 |
| 1/14/2019 | All Def Affirm | 36 | 3 | 36 | 6 |
| 1/14/2019 | All Def Affirm | 36 | 8 | 37 | 3 |
| 1/14/2019 | All Def Affirm | 37 | 18 | 37 | 20 |
| 1/14/2019 | All Def Affirm | 37 | 22 | 38 | 2 |
| 1/14/2019 | All Def Affirm | 38 | 4 | 39 | 2 |
| 1/14/2019 | All Def Affirm | 39 | 24 | 40 | 6 |
| 1/14/2019 | All Def Affirm | 40 | 8 | 40 | 8 |
| 1/14/2019 | All Def Affirm | 44 | 8 | 44 | 15 |
| 1/14/2019 | All Def Affirm | 45 | 1 | 45 | 6 |
| 1/14/2019 | All Def Affirm | 45 | 8 | 45 | 12 |
| 1/14/2019 | All Def Affirm | 45 | 14 | 45 | 20 |
| 1/14/2019 | All Def Affirm | 45 | 22 | 46 | 15 |
| 1/14/2019 | All Def Affirm | 46 | 18 | 46 | 25 |
| 1/14/2019 | All Def Affirm | 47 | 2 | 47 | 4 |
| 1/14/2019 | All Def Affirm | 47 | 7 | 47 | 8 |
| 1/14/2019 | All Def Affirm | 47 | 12 | 47 | 18 |
| 1/14/2019 | All Def Affirm | 47 | 21 | 47 | 22 |
| 1/14/2019 | All Def Affirm | 50 | 17 | 50 | 20 |
| 1/14/2019 | All Def Affirm | 50 | 23 | 50 | 23 |
| 1/14/2019 | All Def Affirm | 52 | 4 | 52 | 10 |
| 1/14/2019 | All Def Affirm | 53 | 22 | 53 | 25 |
| 1/14/2019 | All Def Affirm | 54 | 3 | 54 | 8 |
| 1/14/2019 | All Def Affirm | 55 | 11 | 55 | 25 |
| 1/14/2019 | All Def Affirm | 56 | 24 | 57 | 1 |
| 1/14/2019 | All Def Affirm | 57 | 3 | 57 | 3 |
| 1/14/2019 | All Def Affirm | 57 | 7 | 57 | 9 |
| 1/14/2019 | All Def Affirm | 57 | 11 | 57 | 18 |
| 1/14/2019 | All Def Affirm | 57 | 20 | 57 | 25 |
| 1/14/2019 | All Def Affirm | 62 | 15 | 62 | 19 |
| 1/14/2019 | All Def Affirm | 62 | 25 | 63 | 3 |
| 1/14/2019 | All Def Affirm | 63 | 7 | 63 | 9 |
| 1/14/2019 | All Def Affirm | 63 | 12 | 63 | 13 |
| 1/14/2019 | All Def Affirm | 64 | 6 | 64 | 9 |
| 1/14/2019 | All Def Affirm | 64 | 11 | 64 | 11 |
| 1/14/2019 | Dist Affirm | 72 | 1 | 72 | 8 |
| 1/14/2019 | Dist Affirm | 72 | 11 | 72 | 12 |
| 1/14/2019 | Dist Affirm | 72 | 16 | 72 | 16 |
| 1/14/2019 | Dist Affirm | 72 | 19 | 72 | 23 |
| 1/14/2019 | Dist Affirm | 74 | 1 | 74 | 18 |
| 1/14/2019 | Dist Affirm | 74 | 21 | 75 | 11 |
| 1/14/2019 | Dist Affirm | 75 | 14 | 75 | 16 |
| 1/14/2019 | Dist Affirm | 76 | 1 | 76 | 3 |
| 1/14/2019 | Dist Affirm | 76 | 6 | 76 | 9 |
| 1/14/2019 | Dist Affirm | 76 | 11 | 76 | 12 |
| 1/14/2019 | Dist Affirm | 76 | 14 | 76 | 22 |
| 1/14/2019 | Dist Affirm | 76 | 24 | 76 | 25 |
| 1/14/2019 | Dist Affirm | 77 | 1 | 77 | 5 |
| 1/14/2019 | Dist Affirm | 77 | 8 | 77 | 12 |
| 1/14/2019 | All Def Affirm | 102 | 21 | 102 | 22 |
| 1/14/2019 | All Def Affirm | 102 | 25 | 103 | 9 |
| 1/14/2019 | All Def Affirm | 103 | 12 | 103 | 17 |
| 1/14/2019 | All Def Affirm | 103 | 20 | 104 | 11 |
| 1/14/2019 | All Def Affirm | 154 | 21 | 155 | 9 |
| 1/14/2019 | All Def Affirm | 159 | 10 | 159 | 14 |
| 1/14/2019 | All Def Affirm | 159 | 17 | 159 | 21 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/14/2019 | All Def Affirm | 159 | 22 | 160 | 1 |
| 1/14/2019 | All Def Affirm | 160 | 3 | 160 | 17 |
| 1/14/2019 | All Def Affirm | 160 | 19 | 161 | 6 |
| 1/14/2019 | All Def Affirm | 162 | 4 | 162 | 10 |
| 1/14/2019 | All Def Affirm | 163 | 24 | 164 | 3 |
| 1/14/2019 | All Def Affirm | 164 | 6 | 164 | 8 |
| 1/14/2019 | All Def Affirm | 166 | 9 | 166 | 10 |
| 1/14/2019 | All Def Affirm | 166 | 19 | 166 | 20 |
| 1/14/2019 | All Def Affirm | 178 | 11 | 178 | 15 |
| 1/14/2019 | All Def Affirm | 186 | 4 | 186 | 11 |
| 1/14/2019 | All Def Affirm | 186 | 14 | 186 | 15 |
| 1/14/2019 | All Def Affirm | 187 | 2 | 187 | 9 |
| 1/14/2019 | All Def Affirm | 187 | 14 | 187 | 14 |
| 1/14/2019 | All Def Affirm | 187 | 17 | 187 | 17 |
| 1/14/2019 | All Def Affirm | 187 | 18 | 187 | 23 |
| 1/14/2019 | All Def Affirm | 187 | 24 | 188 | 1 |
| 1/14/2019 | All Def Affirm | 188 | 4 | 189 | 5 |
| 1/14/2019 | All Def Affirm | 189 | 8 | 189 | 10 |
| 1/14/2019 | All Def Affirm | 189 | 13 | 189 | 13 |
| 1/14/2019 | All Def Affirm | 190 | 20 | 190 | 21 |
| 1/14/2019 | All Def Affirm | 190 | 21 | 191 | 12 |
| 1/14/2019 | All Def Affirm | 191 | 14 | 191 | 15 |
| 1/14/2019 | All Def Affirm | 193 | 1 | 193 | 6 |
| 1/14/2019 | Pharm Affirm | 193 | 7 | 193 | 18 |
| 1/14/2019 | All Def Affirm | 193 | 25 | 194 | 2 |
| 1/14/2019 | All Def Affirm | 194 | 5 | 194 | 5 |
| 1/14/2019 | All Def Affirm | 194 | 17 | 194 | 19 |
| 1/14/2019 | All Def Affirm | 194 | 22 | 195 | 8 |
| 1/14/2019 | All Def Affirm | 195 | 11 | 195 | 15 |
| 1/14/2019 | All Def Affirm | 195 | 18 | 195 | 21 |
| 1/14/2019 | All Def Affirm | 195 | 23 | 196 | 2 |
| 1/14/2019 | All Def Affirm | 196 | 5 | 196 | 5 |
| 1/14/2019 | All Def Affirm | 196 | 7 | 196 | 10 |
| 1/14/2019 | All Def Affirm | 196 | 13 | 196 | 15 |
| 1/14/2019 | All Def Affirm | 196 | 18 | 197 | 19 |
| 1/14/2019 | All Def Affirm | 198 | 12 | 199 | 11 |
| 1/14/2019 | All Def Affirm | 199 | 25 | 200 | 15 |
| 1/14/2019 | All Def Affirm | 200 | 17 | 200 | 19 |
| 1/14/2019 | All Def Affirm | 201 | 4 | 201 | 6 |
| 1/14/2019 | All Def Affirm | 201 | 9 | 201 | 9 |
| 1/14/2019 | All Def Affirm | 201 | 22 | 201 | 24 |
| 1/14/2019 | All Def Affirm | 202 | 1 | 202 | 18 |
| 1/14/2019 | All Def Affirm | 202 | 25 | 203 | 3 |
| 1/14/2019 | All Def Affirm | 206 | 6 | 207 | 5 |
| 1/14/2019 | All Def Affirm | 207 | 6 | 208 | 6 |
| 1/14/2019 | All Def Affirm | 210 | 4 | 210 | 6 |
| 1/14/2019 | All Def Affirm | 210 | 8 | 210 | 19 |
| 1/14/2019 | Janssen Affirm | 212 | 11 | 213 | 3 |
| 1/14/2019 | All Def Affirm | 219 | 13 | 219 | 16 |
| 1/14/2019 | All Def Affirm | 219 | 19 | 220 | 5 |
| 1/14/2019 | All Def Affirm | 221 | 10 | 221 | 11 |
| 1/14/2019 | All Def Affirm | 221 | 14 | 221 | 20 |
| 1/14/2019 | All Def Affirm | 221 | 22 | 222 | 1 |
| 1/14/2019 | All Def Affirm | 223 | 7 | 223 | 20 |
| 1/14/2019 | All Def Affirm | 224 | 15 | 224 | 18 |
| 1/14/2019 | All Def Affirm | 224 | 20 | 224 | 25 |
| 1/14/2019 | All Def Affirm | 225 | 2 | 225 | 3 |
| 1/14/2019 | All Def Affirm | 225 | 10 | 225 | 12 |
| 1/14/2019 | All Def Affirm | 225 | 14 | 225 | 15 |
| 1/14/2019 | All Def Affirm | 225 | 19 | 226 | 1 |
| 1/14/2019 | All Def Affirm | 226 | 9 | 226 | 14 |
| 1/14/2019 | All Def Affirm | 226 | 16 | 226 | 16 |

DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR THOMAS GILSON

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR THOMAS GILSON |
|---|---|---|---|---|---|

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/14/2019 | All Def Affirm | 229 | 1 | 229 | 4 |
| 1/14/2019 | All Def Affirm | 273 | 25 | 275 | 9 |
| 1/14/2019 | All Def Affirm | 275 | 12 | 275 | 16 |
| 1/14/2019 | All Def Affirm | 278 | 22 | 278 | 24 |
| 1/14/2019 | All Def Affirm | 279 | 2 | 279 | 3 |
| 1/14/2019 | All Def Affirm | 280 | 22 | 280 | 24 |
| 1/14/2019 | All Def Affirm | 281 | 2 | 281 | 7 |
| 1/14/2019 | All Def Affirm | 282 | 6 | 282 | 13 |
| 1/14/2019 | All Def Affirm | 282 | 15 | 282 | 17 |
| 1/14/2019 | All Def Affirm | 282 | 19 | 282 | 20 |
| 1/14/2019 | All Def Affirm | 282 | 23 | 283 | 2 |
| 1/14/2019 | All Def Affirm | 284 | 3 | 284 | 5 |
| 1/14/2019 | Pharm Affirm | 285 | 9 | 286 | 5 |
| 1/14/2019 | All Def Affirm | 286 | 11 | 286 | 13 |
| 1/14/2019 | All Def Affirm | 287 | 20 | 287 | 21 |
| 1/14/2019 | All Def Affirm | 287 | 23 | 287 | 25 |
| 1/14/2019 | All Def Affirm | 288 | 4 | 289 | 3 |
| 1/14/2019 | All Def Affirm | 289 | 18 | 289 | 19 |
| 1/14/2019 | All Def Affirm | 289 | 21 | 290 | 3 |
| 1/14/2019 | All Def Affirm | 290 | 5 | 290 | 5 |
| 1/14/2019 | All Def Affirm | 291 | 10 | 294 | 15 |
| 1/14/2019 | All Def Affirm | 294 | 20 | 295 | 11 |
| 1/14/2019 | All Def Affirm | 297 | 22 | 297 | 23 |
| 1/14/2019 | All Def Affirm | 298 | 1 | 298 | 2 |
| 1/14/2019 | All Def Affirm | 299 | 18 | 299 | 20 |
| 1/14/2019 | All Def Affirm | 299 | 23 | 300 | 21 |
| 1/14/2019 | All Def Affirm | 300 | 24 | 301 | 10 |
| 1/14/2019 | All Def Affirm | 301 | 13 | 301 | 24 |
| 1/14/2019 | All Def Affirm | 303 | 22 | 303 | 24 |
| 1/14/2019 | All Def Affirm | 304 | 2 | 304 | 25 |
| 1/14/2019 | All Def Affirm | 307 | 11 | 307 | 14 |
| 1/14/2019 | All Def Affirm | 307 | 17 | 308 | 7 |
| 1/14/2019 | All Def Affirm | 308 | 10 | 308 | 12 |
| 1/14/2019 | All Def Affirm | 308 | 13 | 308 | 18 |
| 1/14/2019 | All Def Affirm | 308 | 20 | 309 | 6 |
| 1/14/2019 | All Def Affirm | 313 | 1 | 313 | 4 |
| 1/14/2019 | All Def Affirm | 313 | 11 | 313 | 11 |
| 1/14/2019 | All Def Affirm | 313 | 18 | 313 | 22 |
| 1/14/2019 | All Def Affirm | 313 | 24 | 315 | 1 |
| 1/14/2019 | Dist Affirm | 320 | 15 | 320 | 18 |
| 1/14/2019 | Dist Affirm | 320 | 20 | 320 | 23 |
| 1/14/2019 | Dist Affirm | 324 | 22 | 324 | 25 |
| 1/14/2019 | Dist Affirm | 325 | 3 | 325 | 10 |
| 1/14/2019 | Dist Affirm | 325 | 13 | 326 | 4 |
| 1/14/2019 | Dist Affirm | 326 | 13 | 326 | 20 |
| 1/14/2019 | Dist Affirm | 326 | 23 | 327 | 6 |
| 1/14/2019 | Dist Affirm | 329 | 4 | 329 | 7 |
| 1/14/2019 | Dist Affirm | 329 | 12 | 329 | 25 |
| 1/14/2019 | All Def Affirm | 330 | 1 | 330 | 10 |
| 1/14/2019 | Dist Affirm | 330 | 20 | 331 | 24 |
| 1/14/2019 | Dist Affirm | 332 | 21 | 332 | 25 |
| 1/14/2019 | Dist Affirm | 333 | 3 | 333 | 22 |
| 1/14/2019 | Dist Affirm | 333 | 24 | 334 | 3 |
| 1/14/2019 | Dist Affirm | 337 | 15 | 337 | 17 |
| 1/14/2019 | Dist Affirm | 337 | 20 | 337 | 25 |
| 1/14/2019 | Dist Affirm | 338 | 3 | 338 | 6 |
| 1/14/2019 | All Def Affirm | 342 | 4 | 342 | 19 |
| 1/14/2019 | All Def Affirm | 342 | 22 | 343 | 7 |