# EXHIBIT E

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR ERIC GRIFFIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/23/2019 | All Def Affirm | 9 | 15 | 9 | 17 |
| 1/23/2019 | All Def Affirm | 9 | 20 | 9 | 25 |
| 1/23/2019 | All Def Affirm | 10 | 23 | 11 | 1 |
| 1/23/2019 | All Def Affirm | 21 | 15 | 22 | 8 |
| 1/23/2019 | All Def Affirm | 22 | 13 | 23 | 11 |
| 1/23/2019 | All Def Affirm | 24 | 25 | 25 | 8 |
| 1/23/2019 | All Def Affirm | 25 | 18 | 26 | 24 |
| 1/23/2019 | All Def Affirm | 35 | 2 | 36 | 5 |
| 1/23/2019 | All Def Affirm | 36 | 14 | 37 | 5 |
| 1/23/2019 | All Def Affirm | 37 | 11 | 38 | 3 |
| 1/23/2019 | All Def Affirm | 38 | 10 | 38 | 14 |
| 1/23/2019 | All Def Affirm | 38 | 18 | 38 | 23 |
| 1/23/2019 | All Def Affirm | 39 | 10 | 39 | 14 |
| 1/23/2019 | Manu & Dist Affirm | 40 | 18 | 41 | 5 |
| 1/23/2019 | All Def Affirm | 42 | 10 | 42 | 25 |
| 1/23/2019 | Janssen Affirm | 43 | 1 | 43 | 24 |
| 1/23/2019 | All Def Affirm | 43 | 25 | 44 | 22 |
| 1/23/2019 | All Def Affirm | 44 | 24 | 45 | 9 |
| 1/23/2019 | All Def Affirm | 45 | 15 | 45 | 16 |
| 1/23/2019 | All Def Affirm | 45 | 21 | 45 | 25 |
| 1/23/2019 | All Def Affirm | 46 | 2 | 46 | 11 |
| 1/23/2019 | All Def Affirm | 47 | 1 | 47 | 12 |
| 1/23/2019 | Janssen Affirm | 47 | 23 | 47 | 25 |
| 1/23/2019 | Janssen Affirm | 48 | 1 | 48 | 25 |
| 1/23/2019 | Janssen Affirm | 49 | 1 | 49 | 25 |
| 1/23/2019 | Janssen Affirm | 50 | 1 | 50 | 9 |
| 1/23/2019 | All Def Affirm | 50 | 25 | 51 | 10 |
| 1/23/2019 | All Def Affirm | 52 | 3 | 52 | 15 |
| 1/23/2019 | All Def Affirm | 52 | 16 | 52 | 23 |
| 1/23/2019 | All Def Affirm | 57 | 15 | 58 | 15 |
| 1/23/2019 | All Def Affirm | 58 | 16 | 59 | 20 |
| 1/23/2019 | All Def Affirm | 62 | 15 | 63 | 9 |
| 1/23/2019 | All Def Affirm | 63 | 13 | 64 | 5 |
| 1/23/2019 | All Def Affirm | 64 | 12 | 64 | 16 |
| 1/23/2019 | All Def Affirm | 68 | 9 | 68 | 22 |
| 1/23/2019 | All Def Affirm | 69 | 17 | 70 | 3 |
| 1/23/2019 | All Def Affirm | 70 | 7 | 70 | 13 |
| 1/23/2019 | All Def Affirm | 70 | 14 | 74 | 17 |
| 1/23/2019 | All Def Affirm | 76 | 1 | 76 | 18 |
| 1/23/2019 | All Def Affirm | 78 | 22 | 79 | 21 |
| 1/23/2019 | All Def Affirm | 79 | 25 | 80 | 14 |
| 1/23/2019 | All Def Affirm | 81 | 7 | 81 | 23 |
| 1/23/2019 | All Def Affirm | 82 | 13 | 83 | 6 |
| 1/23/2019 | All Def Affirm | 83 | 17 | 83 | 20 |
| 1/23/2019 | All Def Affirm | 89 | 11 | 89 | 21 |
| 1/23/2019 | All Def Affirm | 90 | 14 | 91 | 4 |
| 1/23/2019 | All Def Affirm | 91 | 13 | 91 | 21 |
| 1/23/2019 | All Def Affirm | 98 | 16 | 99 | 1 |
| 1/23/2019 | All Def Affirm | 100 | 13 | 102 | 9 |
| 1/23/2019 | All Def Affirm | 108 | 25 | 109 | 6 |
| 1/23/2019 | All Def Affirm | 111 | 17 | 113 | 1 |
| 1/23/2019 | All Def Affirm | 115 | 12 | 115 | 22 |
| 1/23/2019 | All Def Affirm | 116 | 11 | 117 | 22 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR ERIC GRIFFIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/23/2019 | All Def Affirm | 124 | 10 | 125 | 16 |
| 1/23/2019 | All Def Affirm | 125 | 17 | 125 | 23 |
| 1/23/2019 | All Def Affirm | 126 | 8 | 126 | 9 |
| 1/23/2019 | All Def Affirm | 126 | 24 | 130 | 15 |
| 1/23/2019 | All Def Affirm | 132 | 10 | 133 | 21 |
| 1/23/2019 | All Def Affirm | 133 | 22 | 133 | 25 |
| 1/23/2019 | All Def Affirm | 136 | 16 | 136 | 21 |
| 1/23/2019 | All Def Affirm | 136 | 22 | 137 | 14 |
| 1/23/2019 | Dist & Pharm Affirm | 140 | 8 | 142 | 9 |
| 1/23/2019 | All Def Affirm | 143 | 14 | 143 | 21 |
| 1/23/2019 | All Def Affirm | 143 | 22 | 143 | 22 |
| 1/23/2019 | All Def Affirm | 146 | 18 | 149 | 9 |
| 1/23/2019 | All Def Affirm | 149 | 10 | 149 | 19 |
| 1/23/2019 | All Def Affirm | 153 | 4 | 154 | 17 |
| 1/23/2019 | All Def Affirm | 154 | 18 | 158 | 11 |
| 1/23/2019 | All Def Affirm | 158 | 12 | 161 | 3 |
| 1/23/2019 | All Def Affirm | 161 | 4 | 163 | 14 |
| 1/23/2019 | All Def Affirm | 164 | 4 | 164 | 16 |
| 1/23/2019 | All Def Affirm | 177 | 23 | 179 | 25 |
| 1/23/2019 | All Def Affirm | 180 | 1 | 180 | 5 |
| 1/23/2019 | All Def Affirm | 180 | 25 | 181 | 9 |
| 1/23/2019 | All Def Affirm | 181 | 10 | 182 | 15 |
| 1/23/2019 | All Def Affirm | 183 | 19 | 184 | 4 |
| 1/23/2019 | All Def Affirm | 186 | 14 | 186 | 23 |
| 1/23/2019 | All Def Affirm | 187 | 3 | 187 | 6 |
| 1/23/2019 | All Def Affirm | 190 | 10 | 190 | 20 |
| 1/23/2019 | All Def Affirm | 191 | 4 | 191 | 13 |
| 1/23/2019 | All Def Affirm | 191 | 20 | 191 | 24 |
| 1/23/2019 | All Def Affirm | 192 | 16 | 193 | 14 |
| 1/23/2019 | All Def Affirm | 195 | 15 | 196 | 12 |
| 1/23/2019 | Manu & Dist Affirm | 203 | 14 | 204 | 6 |
| 1/23/2019 | Manu & Dist Affirm | 205 | 18 | 206 | 19 |
| 1/23/2019 | Manu & Dist Affirm | 207 | 18 | 208 | 2 |
| 1/23/2019 | All Def Affirm | 211 | 1 | 211 | 11 |
| 1/23/2019 | Manu & Dist Affirm | 213 | 7 | 214 | 15 |
| 1/23/2019 | All Def Affirm | 224 | 9 | 224 | 16 |
| 1/23/2019 | All Def Affirm | 224 | 21 | 225 | 1 |
| 1/23/2019 | All Def Affirm | 226 | 4 | 226 | 12 |
| 1/23/2019 | All Def Affirm | 226 | 13 | 227 | 8 |
| 1/23/2019 | All Def Affirm | 228 | 4 | 228 | 11 |
| 1/23/2019 | All Def Affirm | 229 | 3 | 229 | 7 |
| 1/23/2019 | All Def Affirm | 230 | 6 | 230 | 9 |
| 1/23/2019 | All Def Affirm | 237 | 7 | 239 | 6 |
| 1/23/2019 | All Def Affirm | 239 | 7 | 240 | 2 |
| 1/23/2019 | All Def Affirm | 240 | 13 | 241 | 19 |
| 1/23/2019 | All Def Affirm | 246 | 19 | 247 | 7 |
| 1/23/2019 | All Def Affirm | 247 | 20 | 249 | 4 |
| 1/23/2019 | All Def Affirm | 249 | 10 | 249 | 13 |
| 1/23/2019 | All Def Affirm | 250 | 6 | 250 | 9 |
| 1/23/2019 | All Def Affirm | 251 | 4 | 251 | 21 |
| 1/23/2019 | All Def Affirm | 252 | 23 | 258 | 19 |
| 1/23/2019 | All Def Affirm | 259 | 12 | 259 | 18 |
| 1/23/2019 | All Def Affirm | 261 | 11 | 261 | 16 |

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR ERIC GRIFFIN | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/23/2019 | All Def Affirm | 261 | 17 | 262 | 19 |
| 1/23/2019 | All Def Affirm | 263 | 21 | 264 | 13 |
| 1/23/2019 | Manu & Dist Affirm | 264 | 21 | 265 | 8 |
| 1/23/2019 | Manu & Dist Affirm | 266 | 21 | 267 | 18 |
| 1/23/2019 | Manu & Dist Affirm | 267 | 19 | 268 | 19 |
| 1/23/2019 | Manu & Dist Affirm | 269 | 4 | 269 | 21 |
| 1/23/2019 | All Def Affirm | 270 | 18 | 271 | 24 |
| 1/23/2019 | All Def Affirm | 279 | 16 | 280 | 15 |
| 1/23/2019 | All Def Affirm | 281 | 7 | 283 | 9 |
| 1/23/2019 | Pharm Affirm | 285 | 25 | 290 | 25 |
| 1/23/2019 | All Def Affirm | 292 | 15 | 293 | 2 |
| 1/23/2019 | All Def Affirm | 295 | 17 | 295 | 25 |
| 1/23/2019 | All Def Affirm | 298 | 14 | 298 | 18 |
| 1/23/2019 | All Def Affirm | 298 | 25 | 299 | 7 |
| 1/23/2019 | All Def Affirm | 299 | 18 | 299 | 22 |
| 1/23/2019 | All Def Affirm | 299 | 23 | 300 | 3 |
| 1/23/2019 | All Def Affirm | 300 | 19 | 301 | 6 |

| PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AFFIRMATIVE DESIGNATIONS |
|---|---|---|---|---|
| Begin Page at | Begin Line at | End Page at | End Line at | Plaintiffs' Objection |
| 42 | 19 | 42 | 25 | foundation; misstates prior testimony |
| 44 | 10 | 44 | 22 | calls for legal conclusion; speculation; foundation |
| 52 | 3 | 52 | 23 | relevance |
| 57 | 15 | 58 | 15 | relevance; vague |
| 115 | 12 | 115 | 22 | relevance |
| 116 | 11 | 116 | 24 | relevance |
| 116 | 25 | 117 | 9 | hearsay; relevance |
| 117 | 10 | 117 | 22 | relevance |
| 125 | 17 | 125 | 20 | hearsay; relevance |
| 141 | 16 | 141 | 23 | hearsay |
| 154 | 18 | 158 | 5 | hearsay; relevance; foundation |
| 158 | 12 | 160 | 19 | hearsay; relevance; foundation |
| 160 | 20 | 161 | 3 | relevance |
| 161 | 4 | 163 | 14 | hearsay; relevance; foundation |
| 164 | 4 | 164 | 16 | relevance |
| 211 | 1 | 211 | 11 | speculation; foundation |
| 226 | 4 | 227 | 1 | hearsay |
| 263 | 21 | 264 | 9 | speculation; foundation |
| 267 | 5 | 267 | 12 | calls for legal conclusion |
| 267 | 13 | 267 | 18 | vague |
| 279 | 16 | 280 | 15 | relevance; speculation; foundation |

| RESPONSES FOR ERIC GRIFFIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | NOTES | | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 1/23/2019 | 42 | 19 | 42 | 25 | Response: The question does not misstate prior testimony. The witness testified the board came to realize that there was an opioid crisis before he became a board member in 2008 when he joined. The response does not lack foundation because the question asks for the witness's personal understanding of the board's awareness of an opioid crisis. |
| 1/23/2019 | 44 | 10 | 44 | 22 | Response: The question does not call for a legal conclusion or call for the witness to speculate. The question asks for the witness's understanding of diversion based on his experience and as a member of the Board of Pharmacy. The testimony does not lack foundation as the questions ask for the witness's personal understanding of diversion, which he developed during his career and experience on the Board. |
| 1/23/2019 | 52 | 3 | 52 | 23 | Response: Testimony is relevant to witness's experience with opioid- and drug-related crimes and time period during which he first noticed the relationship. Testimony goes to causation and statute of limitations. |
| 1/23/2019 | 57 | 15 | 58 | 15 | Response: Testimony is relevant to the prevalence of prescription pills, heroin and other drugs available during the 2002-2005 time period, which Plaintiffs have deemed to be the relevant time period. Testimony goes to causation and statute of limitations. Questions are clear and unambiguous. |
| 1/23/2019 | 115 | 12 | 115 | 22 | Response: The article and related testimony is relevant in that it describes the former Board of Pharmacy executive director's efforts, or lack thereof, to combat pill mills during a period of time relevant to this litigation. Testimony goes to causation and mitigation of damages. |
| 1/23/2019 | 116 | 11 | 116 | 24 | Response: The article and related testimony is relevant in that it describes the former Board of Pharmacy executive director's efforts, or lack thereof, to combat pill mills during a period of time relevant to this litigation. Testimony goes to causation and mitigation of damages. |
| 1/23/2019 | 116 | 25 | 117 | 9 | Response: The article and related testimony is relevant in that it describes the former Board of Pharmacy executive director's efforts, or lack thereof, to combat pill mills during a period of time relevant to this litigation. Testimony goes to causation and mitigation of damages. The article is not offered for the truth of the matter asserted and/or it falls within the exception for public records. |
| 1/23/2019 | 117 | 10 | 117 | 22 | Response: The article and related testimony is relevant in that it describes the former Board of Pharmacy executive director's efforts, or lack thereof, to combat pill mills during a period of time relevant to this litigation. Testimony goes to causation and mitigation of damages. |
| 1/23/2019 | 125 | 17 | 125 | 20 | Response: The article and related testimony is relevant in that it describes the former Board of Pharmacy executive director's efforts, or lack thereof, to combat pill mills during a period of time relevant to this litigation. The article is not offered for the truth of the matter asserted and/or it falls within the exception for public records. |
| 1/23/2019 | 141 | 16 | 141 | 23 | Response: The article is not offered for the truth of the matter asserted and/or it falls within the exception for public records. |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Response |
|---|---|---|---|---|---|---|
| 1/23/2019 | 154 | 18 | 158 | | 5 | Response: The Board of Pharmacy Order and related testimony is relevant to show instances of diversion of opioids occurring as early as 1996 and 1997, and that the Ohio Board of Pharmacy was aware of these instances and was conducting investigations. Further, the testimony does not lack foundation because the witness previously testified he is involved with the Board of Pharmacy's compliance, enforcement and licensing obligations and processes. The document is not offered for the truth of the matter asserted and/or it falls within the exception for public records. |
| 1/23/2019 | 158 | 12 | 160 | | 19 | Response: The settlement agreement and related testimony is relevant to show instances of diversion of opioids occurring as early as 1978 and 1979, and that the Ohio Board of Pharmacy was aware of these instances and was conducting investigations. Further, the testimony does not lack foundation because the witness previously testified he is involved with the Board of Pharmacy's compliance, enforcement and licensing obligations and processes. The document is not offered for the truth of the matter asserted and/or it falls within the exception for public records. |
| 1/23/2019 | 160 | 20 | 161 | | 3 | Response: The board's processes for monitoring prescription and dispensing habits in the state in the 1970s are relevant for purposes of comparison to the processes currently in place, including the use of OARRS. Testimony goes to causation and mitigation of damages. |
| 1/23/2019 | 161 | 4 | 163 | | 14 | Response: The Board of Pharmacy Order and related testimony is relevant to show instances of diversion of opioids occurring as early as 1981 to 1983, and that the Ohio Board of Pharmacy was aware of these instances and was conducting investigations. Further, the testimony does not lack foundation because the witness previously testified he is involved with the Board of Pharmacy's compliance, enforcement and licensing obligations and processes. The document is not offered for the truth of the matter asserted and/or it falls within the exception for public records. |
| 1/23/2019 | 164 | 4 | 164 | | 16 | Response: The Order of the State Board of Pharmacy and related testimony is relevant to show instances of diversion of opioids occurring as early as 1981 to 1983, and that the Ohio Board of Pharmacy was aware of these instances and was conducting investigations. |
| 1/23/2019 | 211 | 1 | 211 | | 11 | Response: Question asks for witness's understanding of OARRS based upon his experience and personal knowledge. Question does not ask witness to speculate, but use his experience and personal knowledge to address scenario presented. |
| 1/23/2019 | 226 | 4 | 227 | | 1 | Response: Not hearsay, because statement not going to truth of whether there was actually an epidemic, but the point in time at which Ohio began to identify or acknowledge an epidemic. |
| 1/23/2019 | 263 | 21 | 264 | | 9 | Response: Does not lack foundation and not speculative because asks question within scope of personal knowledge and experience of witness. Foundation laid for witness's knowledge and experience in preceding testimony. |
| 1/23/2019 | 267 | 5 | 267 | | 12 | Response: Does not call for legal conclusion. Asks for undestanding of who can determine whether a prescription is for a legitimate medical purpose, not an interpretation of the law. |
| 1/23/2019 | 267 | 13 | 267 | | 18 | Response: Question is not vague; clear follow-up to prior question regarding entities/individuals who can determine whether a prescription is for a legitimate medical purpose. |

| | | | | | |
|---|---|---|---|---|---|
| 1/23/2019 | 279 | 16 | 280 | 15 | Response: Question does not ask witness to speculate; asks for information within scope of personal knowledge and based on witness's experience as member of Board of Pharmacy. Questioning is relevant to causation and mitigation of damages. |