# EXHIBIT F

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JAMES A. GUTIERREZ | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/31/2019 | All Def Affirm | 9 | 3 | 9 | 13 |
| 1/31/2019 | All Def Affirm | 9 | 15 | 9 | 19 |
| 1/31/2019 | All Def Affirm | 9 | 23 | 9 | 25 |
| 1/31/2019 | All Def Affirm | 12 | 18 | 12 | 20 |
| 1/31/2019 | All Def Affirm | 16 | 5 | 16 | 14 |
| 1/31/2019 | All Def Affirm | 16 | 16 | 17 | 2 |
| 1/31/2019 | All Def Affirm | 17 | 6 | 17 | 10 |
| 1/31/2019 | All Def Affirm | 17 | 20 | 18 | 2 |
| 1/31/2019 | All Def Affirm | 18 | 13 | 18 | 16 |
| 1/31/2019 | All Def Affirm | 19 | 8 | 19 | 9 |
| 1/31/2019 | All Def Affirm | 19 | 11 | 19 | 14 |
| 1/31/2019 | All Def Affirm | 19 | 15 | 22 | 7 |
| 1/31/2019 | All Def Affirm | 22 | 9 | 22 | 9 |
| 1/31/2019 | All Def Affirm | 22 | 10 | 22 | 15 |
| 1/31/2019 | All Def Affirm | 22 | 16 | 22 | 18 |
| 1/31/2019 | All Def Affirm | 23 | 6 | 23 | 13 |
| 1/31/2019 | All Def Affirm | 23 | 15 | 24 | 3 |
| 1/31/2019 | All Def Affirm | 27 | 9 | 27 | 13 |
| 1/31/2019 | All Def Affirm | 28 | 1 | 28 | 3 |
| 1/31/2019 | All Def Affirm | 28 | 9 | 28 | 11 |
| 1/31/2019 | All Def Affirm | 29 | 1 | 29 | 4 |
| 1/31/2019 | All Def Affirm | 29 | 6 | 29 | 10 |
| 1/31/2019 | All Def Affirm | 29 | 13 | 29 | 17 |
| 1/31/2019 | All Def Affirm | 29 | 19 | 29 | 22 |
| 1/31/2019 | All Def Affirm | 31 | 13 | 32 | 6 |
| 1/31/2019 | All Def Affirm | 32 | 25 | 33 | 10 |
| 1/31/2019 | All Def Affirm | 34 | 8 | 34 | 11 |
| 1/31/2019 | All Def Affirm | 34 | 13 | 34 | 17 |
| 1/31/2019 | All Def Affirm | 34 | 18 | 34 | 22 |
| 1/31/2019 | All Def Affirm | 34 | 24 | 34 | 24 |
| 1/31/2019 | All Def Affirm | 35 | 5 | 35 | 22 |