# EXHIBIT G

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR STACEY HARPER-AVILLA | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/11/2019 | All Def Affirm | 16 | 11 | 16 | 12 |
| 4/11/2019 | All Def Affirm | 16 | 17 | 16 | 19 |
| 4/11/2019 | Pharm Affirm | 16 | 17 | 16 | 19 |
| 4/11/2019 | All Def Affirm | 17 | 18 | 17 | 25 |
| 4/11/2019 | All Def Affirm | 18 | 1 | 18 | 8 |
| 4/11/2019 | All Def Affirm | 18 | 19 | 18 | 25 |
| 4/11/2019 | All Def Affirm | 19 | 1 | 19 | 9 |
| 4/11/2019 | All Def Affirm | 19 | 17 | 19 | 25 |
| 4/11/2019 | All Def Affirm | 20 | 1 | 20 | 15 |
| 4/11/2019 | All Def Affirm | 21 | 18 | 22 | 18 |
| 4/11/2019 | All Def Affirm | 22 | 22 | 23 | 16 |
| 4/11/2019 | All Def Affirm | 29 | 20 | 30 | 17 |
| 4/11/2019 | All Def Affirm | 31 | 3 | 31 | 7 |
| 4/11/2019 | McKesson Affirm | 31 | 10 | 31 | 14 |
| 4/11/2019 | CAH Affirm | 31 | 10 | 31 | 14 |
| 4/11/2019 | CAH Affirm | 31 | 17 | 31 | 21 |
| 4/11/2019 | McKesson Affirm | 31 | 17 | 31 | 25 |
| 4/11/2019 | CAH Affirm | 31 | 23 | 31 | 25 |
| 4/11/2019 | McKesson Affirm | 32 | 2 | 32 | 3 |
| 4/11/2019 | CAH Affirm | 32 | 2 | 32 | 3 |
| 4/11/2019 | All Def Affirm | 32 | 20 | 33 | 2 |
| 4/11/2019 | McKesson Affirm | 33 | 13 | 33 | 23 |
| 4/11/2019 | All Def Affirm | 34 | 2 | 34 | 16 |
| 4/11/2019 | All Def Affirm | 34 | 21 | 35 | 5 |
| 4/11/2019 | All Def Affirm | 35 | 13 | 35 | 24 |
| 4/11/2019 | All Def Affirm | 36 | 10 | 36 | 14 |
| 4/11/2019 | All Def Affirm | 36 | 17 | 37 | 5 |
| 4/11/2019 | All Def Affirm | 39 | 20 | 39 | 22 |
| 4/11/2019 | All Def Affirm | 39 | 25 | 39 | 25 |
| 4/11/2019 | All Def Affirm | 40 | 10 | 40 | 20 |
| 4/11/2019 | All Def Affirm | 40 | 24 | 40 | 25 |
| 4/11/2019 | All Def Affirm | 41 | 3 | 41 | 5 |
| 4/11/2019 | All Def Affirm | 41 | 13 | 42 | 24 |
| 4/11/2019 | All Def Affirm | 43 | 3 | 43 | 4 |
| 4/11/2019 | All Def Affirm | 43 | 6 | 44 | 4 |
| 4/11/2019 | All Def Affirm | 44 | 7 | 44 | 16 |
| 4/11/2019 | All Def Affirm | 44 | 21 | 44 | 25 |
| 4/11/2019 | All Def Affirm | 45 | 9 | 45 | 12 |
| 4/11/2019 | All Def Affirm | 46 | 1 | 46 | 4 |
| 4/11/2019 | All Def Affirm | 46 | 6 | 46 | 15 |
| 4/11/2019 | All Def Affirm | 46 | 17 | 46 | 20 |
| 4/11/2019 | All Def Affirm | 46 | 24 | 47 | 13 |
| 4/11/2019 | All Def Affirm | 47 | 22 | 47 | 25 |
| 4/11/2019 | All Def Affirm | 48 | 1 | 48 | 1 |
| 4/11/2019 | All Def Affirm | 48 | 4 | 48 | 10 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR STACEY HARPER-AVILLA | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/11/2019 | All Def Affirm | 48 | 11 | 48 | 14 |
| 4/11/2019 | All Def Affirm | 49 | 3 | 49 | 7 |
| 4/11/2019 | All Def Affirm | 49 | 8 | 49 | 11 |
| 4/11/2019 | All Def Affirm | 50 | 2 | 52 | 24 |
| 4/11/2019 | All Def Affirm | 53 | 1 | 53 | 7 |
| 4/11/2019 | All Def Affirm | 53 | 9 | 53 | 15 |
| 4/11/2019 | All Def Affirm | 53 | 17 | 53 | 18 |
| 4/11/2019 | All Def Affirm | 54 | 12 | 54 | 14 |
| 4/11/2019 | All Def Affirm | 54 | 19 | 54 | 19 |
| 4/11/2019 | All Def Affirm | 54 | 21 | 54 | 23 |
| 4/11/2019 | All Def Affirm | 55 | 1 | 55 | 1 |
| 4/11/2019 | All Def Affirm | 55 | 3 | 55 | 6 |
| 4/11/2019 | All Def Affirm | 55 | 9 | 55 | 10 |
| 4/11/2019 | All Def Affirm | 55 | 12 | 55 | 20 |
| 4/11/2019 | All Def Affirm | 55 | 23 | 56 | 5 |
| 4/11/2019 | All Def Affirm | 56 | 7 | 56 | 9 |
| 4/11/2019 | All Def Affirm | 56 | 11 | 57 | 3 |
| 4/11/2019 | All Def Affirm | 57 | 14 | 57 | 18 |
| 4/11/2019 | All Def Affirm | 57 | 19 | 58 | 10 |
| 4/11/2019 | All Def Affirm | 58 | 13 | 59 | 4 |
| 4/11/2019 | All Def Affirm | 60 | 16 | 60 | 24 |
| 4/11/2019 | All Def Affirm | 61 | 1 | 61 | 1 |
| 4/11/2019 | All Def Affirm | 61 | 16 | 62 | 1 |
| 4/11/2019 | All Def Affirm | 62 | 7 | 62 | 10 |
| 4/11/2019 | All Def Affirm | 62 | 12 | 62 | 19 |
| 4/11/2019 | All Def Affirm | 62 | 21 | 62 | 22 |
| 4/11/2019 | All Def Affirm | 63 | 21 | 63 | 25 |
| 4/11/2019 | All Def Affirm | 64 | 2 | 64 | 3 |
| 4/11/2019 | All Def Affirm | 64 | 5 | 64 | 7 |
| 4/11/2019 | All Def Affirm | 64 | 9 | 64 | 11 |
| 4/11/2019 | All Def Affirm | 64 | 13 | 64 | 14 |
| 4/11/2019 | All Def Affirm | 64 | 16 | 64 | 16 |
| 4/11/2019 | All Def Affirm | 66 | 20 | 67 | 4 |
| 4/11/2019 | All Def Affirm | 68 | 12 | 68 | 25 |
| 4/11/2019 | All Def Affirm | 69 | 13 | 70 | 17 |
| 4/11/2019 | All Def Affirm | 71 | 6 | 71 | 21 |
| 4/11/2019 | All Def Affirm | 71 | 24 | 71 | 24 |
| 4/11/2019 | All Def Affirm | 72 | 1 | 72 | 5 |
| 4/11/2019 | All Def Affirm | 72 | 7 | 72 | 11 |
| 4/11/2019 | All Def Affirm | 72 | 13 | 73 | 1 |
| 4/11/2019 | All Def Affirm | 73 | 3 | 73 | 4 |
| 4/11/2019 | All Def Affirm | 73 | 23 | 74 | 15 |
| 4/11/2019 | All Def Affirm | 75 | 20 | 76 | 5 |
| 4/11/2019 | All Def Affirm | 76 | 7 | 76 | 15 |
| 4/11/2019 | All Def Affirm | 77 | 1 | 77 | 5 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR STACEY HARPER-AVILLA |||||| 
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS |||| 
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/11/2019 | McKesson Affirm | 80 | 4 | 80 | 16 |
| 4/11/2019 | CAH Affirm | 80 | 4 | 80 | 16 |
| 4/11/2019 | All Def Affirm | 81 | 14 | 81 | 25 |
| 4/11/2019 | All Def Affirm | 82 | 1 | 82 | 16 |
| 4/11/2019 | All Def Affirm | 82 | 18 | 82 | 18 |
| 4/11/2019 | All Def Affirm | 82 | 20 | 83 | 5 |
| 4/11/2019 | All Def Affirm | 83 | 11 | 83 | 25 |
| 4/11/2019 | All Def Affirm | 84 | 4 | 84 | 9 |
| 4/11/2019 | All Def Affirm | 84 | 18 | 84 | 20 |
| 4/11/2019 | All Def Affirm | 84 | 21 | 85 | 4 |
| 4/11/2019 | Pharm Affirm | 85 | 15 | 85 | 18 |
| 4/11/2019 | Pharm Affirm | 85 | 20 | 85 | 20 |
| 4/11/2019 | Pharm Affirm | 85 | 22 | 86 | 2 |
| 4/11/2019 | All Def Affirm | 89 | 4 | 89 | 8 |
| 4/11/2019 | All Def Affirm | 89 | 11 | 89 | 13 |
| 4/11/2019 | All Def Affirm | 89 | 15 | 89 | 19 |
| 4/11/2019 | All Def Affirm | 89 | 23 | 90 | 1 |
| 4/11/2019 | All Def Affirm | 90 | 3 | 90 | 7 |
| 4/11/2019 | All Def Affirm | 90 | 10 | 90 | 12 |
| 4/11/2019 | All Def Affirm | 91 | 3 | 91 | 15 |
| 4/11/2019 | All Def Affirm | 91 | 19 | 91 | 21 |
| 4/11/2019 | All Def Affirm | 91 | 22 | 92 | 1 |
| 4/11/2019 | All Def Affirm | 92 | 6 | 92 | 6 |
| 4/11/2019 | All Def Affirm | 92 | 20 | 92 | 24 |
| 4/11/2019 | All Def Affirm | 93 | 1 | 93 | 2 |
| 4/11/2019 | All Def Affirm | 93 | 4 | 94 | 4 |
| 4/11/2019 | All Def Affirm | 94 | 10 | 94 | 11 |
| 4/11/2019 | All Def Affirm | 95 | 5 | 95 | 9 |
| 4/11/2019 | All Def Affirm | 95 | 13 | 95 | 16 |
| 4/11/2019 | All Def Affirm | 96 | 6 | 96 | 7 |
| 4/11/2019 | All Def Affirm | 96 | 8 | 96 | 11 |
| 4/11/2019 | All Def Affirm | 96 | 13 | 96 | 15 |
| 4/11/2019 | All Def Affirm | 96 | 24 | 97 | 9 |
| 4/11/2019 | All Def Affirm | 97 | 11 | 97 | 13 |
| 4/11/2019 | All Def Affirm | 97 | 15 | 98 | 11 |
| 4/11/2019 | All Def Affirm | 98 | 17 | 98 | 20 |
| 4/11/2019 | All Def Affirm | 98 | 23 | 98 | 24 |
| 4/11/2019 | All Def Affirm | 99 | 1 | 99 | 15 |
| 4/11/2019 | All Def Affirm | 99 | 17 | 99 | 17 |
| 4/11/2019 | All Def Affirm | 99 | 19 | 100 | 3 |
| 4/11/2019 | All Def Affirm | 100 | 5 | 100 | 6 |
| 4/11/2019 | All Def Affirm | 100 | 8 | 100 | 14 |
| 4/11/2019 | All Def Affirm | 104 | 21 | 105 | 6 |
| 4/11/2019 | All Def Affirm | 105 | 9 | 106 | 5 |
| 4/11/2019 | All Def Affirm | 106 | 16 | 106 | 18 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR STACEY HARPER-AVILLA |||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/11/2019 | All Def Affirm | 106 | 22 | 106 | 23 |
| 4/11/2019 | All Def Affirm | 106 | 25 | 107 | 1 |
| 4/11/2019 | All Def Affirm | 107 | 4 | 107 | 6 |
| 4/11/2019 | All Def Affirm | 107 | 8 | 107 | 11 |
| 4/11/2019 | All Def Affirm | 107 | 13 | 107 | 14 |
| 4/11/2019 | Pharm Affirm | 107 | 16 | 108 | 3 |
| 4/11/2019 | All Def Affirm | 109 | 1 | 109 | 16 |
| 4/11/2019 | All Def Affirm | 109 | 20 | 109 | 21 |
| 4/11/2019 | All Def Affirm | 109 | 23 | 110 | 3 |
| 4/11/2019 | All Def Affirm | 110 | 5 | 110 | 6 |
| 4/11/2019 | All Def Affirm | 110 | 8 | 110 | 10 |
| 4/11/2019 | All Def Affirm | 110 | 12 | 110 | 15 |
| 4/11/2019 | All Def Affirm | 110 | 16 | 111 | 4 |
| 4/11/2019 | Pharm Affirm | 111 | 15 | 111 | 18 |
| 4/11/2019 | Dist Affirm | 111 | 15 | 111 | 18 |
| 4/11/2019 | Pharm Affirm | 111 | 20 | 111 | 21 |
| 4/11/2019 | Dist Affirm | 111 | 20 | 111 | 21 |
| 4/11/2019 | Pharm Affirm | 111 | 23 | 112 | 1 |
| 4/11/2019 | Dist Affirm | 111 | 23 | 112 | 1 |
| 4/11/2019 | Pharm Affirm | 112 | 4 | 112 | 7 |
| 4/11/2019 | Dist Affirm | 112 | 4 | 112 | 7 |
| 4/11/2019 | Pharm Affirm | 112 | 9 | 112 | 18 |
| 4/11/2019 | Dist Affirm | 112 | 9 | 112 | 18 |
| 4/11/2019 | Pharm Affirm | 112 | 21 | 112 | 24 |
| 4/11/2019 | Dist Affirm | 112 | 21 | 112 | 24 |
| 4/11/2019 | Pharm Affirm | 113 | 1 | 113 | 1 |
| 4/11/2019 | Dist Affirm | 113 | 1 | 113 | 1 |
| 4/11/2019 | Pharm Affirm | 113 | 3 | 113 | 6 |
| 4/11/2019 | Dist Affirm | 113 | 3 | 113 | 6 |
| 4/11/2019 | Pharm Affirm | 113 | 9 | 113 | 9 |
| 4/11/2019 | Dist Affirm | 113 | 9 | 113 | 9 |
| 4/11/2019 | All Def Affirm | 113 | 11 | 113 | 19 |
| 4/11/2019 | All Def Affirm | 113 | 21 | 113 | 21 |
| 4/11/2019 | All Def Affirm | 113 | 23 | 114 | 2 |
| 4/11/2019 | All Def Affirm | 114 | 3 | 114 | 16 |
| 4/11/2019 | McKesson Affirm | 124 | 8 | 124 | 12 |
| 4/11/2019 | McKesson Affirm | 125 | 20 | 125 | 23 |
| 4/11/2019 | CAH Affirm | 125 | 20 | 125 | 23 |
| 4/11/2019 | McKesson Affirm | 125 | 25 | 125 | 25 |
| 4/11/2019 | CAH Affirm | 125 | 25 | 125 | 25 |
| 4/11/2019 | McKesson Affirm | 126 | 2 | 126 | 17 |
| 4/11/2019 | CAH Affirm | 126 | 2 | 126 | 17 |
| 4/11/2019 | McKesson Affirm | 127 | 4 | 127 | 9 |
| 4/11/2019 | CAH Affirm | 127 | 4 | 127 | 9 |
| 4/11/2019 | McKesson Affirm | 127 | 12 | 127 | 14 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR STACEY HARPER-AVILLA | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/11/2019 | CAH Affirm | 127 | 12 | 127 | 25 |
| 4/11/2019 | McKesson Affirm | 127 | 23 | 127 | 25 |
| 4/11/2019 | McKesson Affirm | 128 | 2 | 128 | 4 |
| 4/11/2019 | CAH Affirm | 128 | 2 | 128 | 4 |
| 4/11/2019 | McKesson Affirm | 129 | 13 | 129 | 24 |
| 4/11/2019 | McKesson Affirm | 130 | 1 | 130 | 2 |
| 4/11/2019 | McKesson Affirm | 130 | 4 | 130 | 7 |
| 4/11/2019 | McKesson Affirm | 130 | 23 | 130 | 24 |
| 4/11/2019 | McKesson Affirm | 131 | 3 | 131 | 5 |
| 4/11/2019 | McKesson Affirm | 131 | 7 | 131 | 7 |
| 4/11/2019 | McKesson Affirm | 131 | 10 | 131 | 11 |
| 4/11/2019 | McKesson Affirm | 131 | 22 | 132 | 25 |
| 4/11/2019 | McKesson Affirm | 133 | 5 | 133 | 9 |
| 4/11/2019 | All Def Affirm | 156 | 16 | 157 | 1 |

| PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | | |
|---|---|---|---|---|
| Start Page | Start Line | End Page | End Line | Note |
| 17 | 18 | 17 | 18 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another.Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendants' conduct violated or did not violate the law, as such testimony would invade the province of the jury. |
| 18 | 19 | 19 | 9 | doesn't accurately describe authorization of witness, vague, broad |
| 31 | 3 | 31 | 7 | vague, speculative |
| 33 | 13 | 33 | 23 | vague, confusing |
| 35 | 1 | 35 | 24 | speculative, compound, vague, confusing, foundation, relevance |
| 36 | 10 | 35 | 5 | vague, speculative, confusing, foundation, overbroad, relevance |
| 39 | 20 | 39 | 25 | vague, speculative, confusing, foundation, overbroad, relevance |
| 40 | 2 | 40 | 8 | vague, speculative, confusing, foundation, overbroad, relevance |
| 42 | 22 | 43 | 4 | speculative, vague, foundation |
| 45 | 9 | 45 | 17 | relevance, scope, overbroad, vague, foundation, speculative |
| 46 | 1 | 46 | 8 | relevance, scope, overbroad, vague, foundation, speculative |
| 52 | 23 | 56 | 9 | vague, speculative, confusing, foundation, overbroad, relevance |
| 59 | 14 | 59 | 22 | relevance, scope, overbroad, vague, foundation, speculative |
| 60 | 16 | 61 | 1 | relevance, scope, overbroad, vague, foundation, speculative |
| 61 | 22 | 62 | 6 | relevance, scope, overbroad, vague, foundation, speculative |
| 64 | 2 | 64 | 16 | relevance, scope, overbroad, vague, foundation, speculative |
| 68 | 12 | 68 | 25 | outside witness authorization, relevance, scope, overbroad, vague, foundation, speculative |
| 70 | 9 | 70 | 12 | relevance, scope, overbroad, vague, foundation, speculative |
| 72 | 19 | 73 | 4 | relevance, scope, overbroad, vague, foundation, speculative |
| 75 | 20 | 77 | 8 | relevance, scope, overbroad, vague, foundation, speculative |
| 78 | 25 | 78 | 24 | relevance, scope, overbroad, vague, foundation, speculative |
| 82 | 12 | 82 | 18 | relevance, scope, overbroad, vague, foundation, speculative |
| 85 | 15 | 85 | 20 | relevance, scope, overbroad, vague, foundation, speculative |
| 89 | 4 | 90 | 12 | relevance, scope, overbroad, vague, foundation, speculative |

| PLAINTIFFS' OBJECTIONS TO DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | | |
|---|---|---|---|---|
| Start Page | Start Line | End Page | End Line | Note |
| 91 | 25 | 92 | 6 | relevance, scope, overbroad, vague, foundation, speculative |
| 92 | 20 | 93 | 2 | relevance, scope, overbroad, vague, foundation, speculative |
| 94 | 12 | 94 | 18 | relevance, scope, overbroad, vague, foundation, speculative |
| 95 | 5 | 95 | 16 | relevance, scope, overbroad, vague, foundation, speculative |
| 97 | 7 | 97 | 13 | relevance, scope, overbroad, vague, foundation, speculative |
| 98 | 17 | 98 | 24 | relevance, scope, overbroad, vague, foundation, speculative |
| 99 | 12 | 99 | 17 | relevance, scope, overbroad, vague, foundation, speculative |
| 99 | 24 | 100 | 6 | relevance, scope, overbroad, vague, foundation, speculative |
| 104 | 21 | 106 | 14 | relevance, scope, overbroad, vague, foundation, speculative |
| 106 | 16 | 107 | 14 | relevance, scope, overbroad, vague, foundation, speculative |
| 109 | 20 | 110 | 10 | relevance, scope, overbroad, vague, foundation, speculative |
| 111 | 15 | 112 | 7 | relevance, scope, overbroad, vague, foundation, speculative |
| 112 | 14 | 112 | 18 | relevance, scope, overbroad, vague, foundation, speculative |
| 131 | 7 | 131 | 11 | relevance, scope, overbroad, vague, foundation, speculative |
| 131 | 22 | 133 | 9 | speculative, hearsay |

| RESPONSES FOR STACY HARPER-AVILLA |

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 4/11/2019 | 17 | 18 | 17 | 18 | Response: Plaintiffs' objection is overbroad and impossible to provide a respond to without Plaintiffs actually providing information as to what testimony they are objecting to. Furthermore, as a 30(b)(6) witness of the regulator responsible for enforcing the law, testimony of the DEA's understanding of the law and its requirements is relevant and will assist the trier of fact in determining whether Defendants complied with the law. |
| 4/11/2019 | 18 | 19 | 19 | 9 | Response: Question accurately describes the DEA's authorization for Ms. Harper-Avilla's testimony. |
| 4/11/2019 | 31 | 3 | 31 | 7 | Response: Question asks whether Ms. Harper-Avilla understood the reasons quota was set, provides a specific time period, and the question is squarely within the topics for which Ms. Harper-Avilla was authorized to provide testimony. |
| 4/11/2019 | 33 | 13 | 33 | 23 | Response: Plaintiffs provide no support as to why the questions are vague and confusing. Questions discuss Ms. Harper-Avilla's role in the quota process and the witness demonstrated no confusion over the questions. |
| 4/11/2019 | 35 | 1 | 35 | 5 | Response: Plaintiffs' objection to an answer rather than a question at 35:1-35:5 is inappropriate. The question simply asks for the witnesses definition of a term which the witness provides; Response 1; Response 2 |
| 4/11/2019 | 35 | 13 | 35 | 24 | Response: DEA and other agencies' roles in setting the aggregate production quota is relevant to the supply chain and the amount of opioid products manufacturers were allowed to make. The questions are specific with respect to asking what other agencies are involved in setting the production quota; Response 1; Response 2 |
| 4/11/2019 | 39 | 20 | 39 | 25 | Response: It has been established that Ms. Harper-Avilla managed the quota department and testified as to the training received by her staff. The staffs' ability is relevant to the determinations of quota made by DEA and the question is properly limited to the quota department; Response 1; Response 2 |
| 4/11/2019 | 42 | 22 | 43 | 4 | Response: Response 2; Foundation has been established by the factors taken into by DEA. Harper-Avilla has demonstrated that these factors were considered by DEA and that she had the knowledge of what factors were considered. |
| 4/11/2019 | 45 | 9 | 45 | 17 | Response: Harper-Avilla was designated to provide testimony on the DEA's quota process, which includes its legal requirements. Ms. Harper-Avilla has demonstrated knowledge of the quota regulations and questions as to the DEA's understanding of such requirements are factual, not speculative; Response 1; Response 2; Response 3 |
| 4/11/2019 | 46 | 1 | 46 | 8 | Response: Harper-Avilla was designated to provide testimony on the DEA's quota process, which includes its legal requirements. Ms. Harper-Avilla has demonstrated knowledge of the quota regulations and questions as to the DEA's understanding of such requirements are factual, not speculative; Response 1; Response 2; Response 3 |
| 4/11/2019 | 52 | 23 | 56 | 9 | Response: Plaintiffs have failed to provide specific objections to specific questions; Questions are specifically tailored to other factors considered by DEA under the statute; Response 1; Response 2 |
| 4/11/2019 | 60 | 16 | 61 | 1 | Response: Question was specific to time witness worked in unit; Response 1; Response 2 |
| 4/11/2019 | 61 | 22 | 62 | 6 | Response: Question was specific to time witness worked in unit; Response 1; Response 2; Response 3 |
| 4/11/2019 | 64 | 2 | 64 | 16 | Response: Objection to answer is inappropriate; Question was specific to time witness worked in unit; Response 1; Response 2; Response 3 |
| 4/11/2019 | 68 | 12 | 68 | 25 | Response: Question was specific to time witness worked in unit; Response 1; Response 2; Response 3 |
| 4/11/2019 | 70 | 9 | 70 | 12 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 72 | 19 | 73 | 4 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 75 | 20 | 77 | 7 | Response: Response 1; Response 2; Response 3 |

| | | RESPONSES FOR STACY HARPER-AVILLA | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | | NOTES | | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **NOTES** |
| 4/11/2019 | 82 | 12 | 82 | 18 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 85 | 15 | 85 | 20 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 89 | 4 | 90 | 12 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 91 | 25 | 92 | 6 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 92 | 20 | 93 | 2 | Response: Repsonse 1; Response 2; Response 3 |
| 4/11/2019 | 95 | 5 | 95 | 16 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 97 | 7 | 97 | 13 | Response: Witness testified that she recognized the format of the chart and that it accurately reflected the aggregate production quota during the relevant time period; Response 1; Response 2; Response 3 |
| 4/11/2019 | 98 | 17 | 98 | 24 | Response: Witness testified that she recognized the format of the chart and that it accurately reflected the aggregate production quota during the relevant time period; Response 1; Response 2; Response 3 |
| 4/11/2019 | 99 | 12 | 99 | 17 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 99 | 24 | 100 | 6 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 104 | 21 | 106 | 14 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 106 | 16 | 107 | 14 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 109 | 20 | 110 | 10 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 111 | 15 | 112 | 7 | Response: Response 1; Response 2; Response 3 |
| 4/11/2019 | 112 | 14 | 112 | 18 | Response: Response 1; Response 2; Response 3 |

## STACY HARPER-AVILLA RESPONSE KEY

1. Relevance:  Testimony is relevant to DEA's policies and procedures in setting the Aggregate Production Quota; Manufacturing Quota; and Procurement Quota for opioids manufactured and distributed in the United States.  Plaintiffs allege that too many opioids were manufactured and distributed in the United States.  As the Aggregate Production Quota limits the total amount of prescription opioids manufactured and distributed in the United States, the setting of that quota is relevant to both Plaintiffs' allegations and Defendants Defenses.

2. Foundation and Speculation:  Question asks for Ms. Harper-Avilla's personal understanding of DEA's process for setting quota.  Ms. Harper-Avilla ran the quota department during her career at DEA and was responsible for setting the quota during the relevant time period.  For time periods when Ms. Harper-Avilla was not responsible for setting the quota, she testified on behalf of DEA as a 30(b)(6) witness.

3. Scope: Ms. Harper Avilla was authorized to testify on behalf of DEA regarding the practices and procedures related to the establishment of opioid procurement quotas and productions quotas, including her involvement in setting those quotas.  She was also authorized to testify as to the basis for procurement quotas and production quotas from 1995 to 2018.