# EXHIBIT I

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR GRETA JOHNSON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/15/2019 | All Def Affirm | 17 | 8 | 17 | 8 |
| 1/15/2019 | All Def Affirm | 17 | 10 | 17 | 10 |
| 1/15/2019 | All Def Affirm | 17 | 12 | 17 | 18 |
| 1/15/2019 | All Def Affirm | 19 | 15 | 19 | 17 |
| 1/15/2019 | All Def Affirm | 20 | 11 | 20 | 23 |
| 1/15/2019 | All Def Affirm | 21 | 4 | 21 | 11 |
| 1/15/2019 | All Def Affirm | 22 | 2 | 22 | 4 |
| 1/15/2019 | All Def Affirm | 22 | 12 | 22 | 14 |
| 1/15/2019 | All Def Affirm | 33 | 1 | 33 | 24 |
| 1/15/2019 | All Def Affirm | 39 | 11 | 39 | 23 |
| 1/15/2019 | All Def Affirm | 40 | 6 | 40 | 8 |
| 1/15/2019 | All Def Affirm | 40 | 16 | 40 | 18 |
| 1/15/2019 | All Def Affirm | 41 | 6 | 41 | 8 |
| 1/15/2019 | All Def Affirm | 45 | 24 | 46 | 25 |
| 1/15/2019 | All Def Affirm | 47 | 19 | 47 | 23 |
| 1/15/2019 | All Def Affirm | 48 | 7 | 48 | 8 |
| 1/15/2019 | All Def Affirm | 48 | 12 | 49 | 5 |
| 1/15/2019 | All Def Affirm | 49 | 8 | 49 | 12 |
| 1/15/2019 | All Def Affirm | 50 | 3 | 50 | 10 |
| 1/15/2019 | All Def Affirm | 50 | 19 | 51 | 4 |
| 1/15/2019 | All Def Affirm | 51 | 7 | 52 | 12 |
| 1/15/2019 | All Def Affirm | 53 | 2 | 53 | 5 |
| 1/15/2019 | All Def Affirm | 55 | 21 | 56 | 11 |
| 1/15/2019 | All Def Affirm | 57 | 18 | 58 | 4 |
| 1/15/2019 | All Def Affirm | 61 | 24 | 62 | 6 |
| 1/15/2019 | All Def Affirm | 67 | 13 | 67 | 16 |
| 1/15/2019 | All Def Affirm | 67 | 25 | 68 | 4 |
| 1/15/2019 | All Def Affirm | 68 | 11 | 68 | 13 |
| 1/15/2019 | All Def Affirm | 68 | 22 | 70 | 3 |
| 1/15/2019 | All Def Affirm | 70 | 13 | 70 | 21 |
| 1/15/2019 | All Def Affirm | 71 | 17 | 71 | 23 |
| 1/15/2019 | All Def Affirm | 71 | 25 | 72 | 6 |
| 1/15/2019 | All Def Affirm | 83 | 13 | 84 | 6 |
| 1/15/2019 | All Def Affirm | 85 | 20 | 86 | 25 |
| 1/15/2019 | All Def Affirm | 87 | 2 | 87 | 3 |
| 1/15/2019 | All Def Affirm | 88 | 8 | 88 | 10 |
| 1/15/2019 | All Def Affirm | 90 | 10 | 92 | 2 |
| 1/15/2019 | All Def Affirm | 92 | 4 | 92 | 9 |
| 1/15/2019 | All Def Affirm | 92 | 11 | 92 | 17 |
| 1/15/2019 | All Def Affirm | 93 | 9 | 93 | 22 |
| 1/15/2019 | All Def Affirm | 96 | 8 | 96 | 24 |
| 1/15/2019 | All Def Affirm | 97 | 21 | 97 | 24 |
| 1/15/2019 | All Def Affirm | 98 | 7 | 98 | 19 |
| 1/15/2019 | All Def Affirm | 101 | 9 | 101 | 25 |
| 1/15/2019 | All Def Affirm | 103 | 19 | 103 | 22 |
| 1/15/2019 | All Def Affirm | 104 | 6 | 104 | 10 |

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR<br>GRETA JOHNSON | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/15/2019 | All Def Affirm | 104 | 19 | 105 | 17 |
| 1/15/2019 | All Def Affirm | 105 | 19 | 105 | 21 |
| 1/15/2019 | All Def Affirm | 106 | 19 | 107 | 2 |
| 1/15/2019 | All Def Affirm | 107 | 4 | 107 | 4 |
| 1/15/2019 | All Def Affirm | 107 | 7 | 108 | 3 |
| 1/15/2019 | All Def Affirm | 108 | 5 | 109 | 4 |
| 1/15/2019 | All Def Affirm | 110 | 14 | 110 | 17 |
| 1/15/2019 | All Def Affirm | 110 | 19 | 110 | 24 |
| 1/15/2019 | All Def Affirm | 111 | 11 | 111 | 12 |
| 1/15/2019 | All Def Affirm | 111 | 14 | 111 | 14 |
| 1/15/2019 | All Def Affirm | 112 | 1 | 112 | 3 |
| 1/15/2019 | All Def Affirm | 112 | 5 | 112 | 14 |
| 1/15/2019 | All Def Affirm | 113 | 15 | 114 | 9 |
| 1/15/2019 | All Def Affirm | 114 | 23 | 116 | 9 |
| 1/15/2019 | All Def Affirm | 126 | 21 | 126 | 25 |
| 1/15/2019 | All Def Affirm | 128 | 4 | 128 | 9 |
| 1/15/2019 | All Def Affirm | 129 | 1 | 129 | 12 |
| 1/15/2019 | All Def Affirm | 135 | 7 | 136 | 7 |
| 1/15/2019 | All Def Affirm | 136 | 17 | 136 | 18 |
| 1/15/2019 | All Def Affirm | 137 | 9 | 138 | 5 |
| 1/15/2019 | All Def Affirm | 138 | 7 | 138 | 17 |
| 1/15/2019 | All Def Affirm | 139 | 4 | 139 | 24 |
| 1/15/2019 | All Def Affirm | 141 | 10 | 141 | 12 |
| 1/15/2019 | All Def Affirm | 141 | 14 | 143 | 5 |
| 1/15/2019 | All Def Affirm | 144 | 2 | 144 | 5 |
| 1/15/2019 | All Def Affirm | 144 | 8 | 144 | 21 |
| 1/15/2019 | All Def Affirm | 144 | 25 | 145 | 7 |
| 1/15/2019 | All Def Affirm | 145 | 10 | 145 | 14 |
| 1/15/2019 | All Def Affirm | 145 | 18 | 145 | 19 |
| 1/15/2019 | All Def Affirm | 145 | 23 | 146 | 7 |
| 1/15/2019 | All Def Affirm | 149 | 8 | 150 | 8 |
| 1/15/2019 | All Def Affirm | 150 | 18 | 151 | 1 |
| 1/15/2019 | All Def Affirm | 151 | 5 | 151 | 12 |
| 1/15/2019 | All Def Affirm | 152 | 21 | 153 | 13 |
| 1/15/2019 | All Def Affirm | 155 | 14 | 157 | 13 |
| 1/15/2019 | All Def Affirm | 158 | 4 | 158 | 10 |
| 1/15/2019 | All Def Affirm | 162 | 21 | 163 | 18 |
| 1/15/2019 | All Def Affirm | 170 | 21 | 171 | 4 |
| 1/15/2019 | All Def Affirm | 172 | 18 | 173 | 13 |
| 1/15/2019 | All Def Affirm | 173 | 15 | 174 | 11 |
| 1/15/2019 | All Def Affirm | 174 | 13 | 175 | 11 |
| 1/15/2019 | All Def Affirm | 184 | 2 | 184 | 21 |
| 1/15/2019 | All Def Affirm | 184 | 23 | 185 | 16 |
| 1/15/2019 | All Def Affirm | 188 | 21 | 189 | 11 |
| 1/15/2019 | All Def Affirm | 189 | 13 | 189 | 24 |
| 1/15/2019 | All Def Affirm | 214 | 9 | 214 | 13 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR GRETA JOHNSON | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/15/2019 | All Def Affirm | 218 | 17 | 218 | 19 |
| 1/15/2019 | All Def Affirm | 219 | 1 | 219 | 9 |
| 1/15/2019 | All Def Affirm | 224 | 10 | 225 | 12 |
| 1/15/2019 | All Def Affirm | 225 | 14 | 225 | 19 |
| 1/15/2019 | All Def Affirm | 245 | 23 | 246 | 1 |
| 1/15/2019 | All Def Affirm | 249 | 1 | 249 | 12 |
| 1/15/2019 | All Def Affirm | 253 | 5 | 253 | 25 |
| 1/15/2019 | All Def Affirm | 263 | 2 | 263 | 14 |
| 1/15/2019 | All Def Affirm | 313 | 16 | 314 | 3 |
| 1/15/2019 | All Def Affirm | 314 | 8 | 314 | 11 |
| 1/15/2019 | All Def Affirm | 365 | 16 | 365 | 22 |
| 1/15/2019 | All Def Affirm | 365 | 24 | 365 | 24 |
| 1/15/2019 | All Def Affirm | 369 | 17 | 370 | 7 |
| 1/15/2019 | All Def Affirm | 378 | 19 | 378 | 24 |
| 1/15/2019 | All Def Affirm | 379 | 20 | 381 | 9 |
| 1/15/2019 | All Def Affirm | 389 | 22 | 390 | 9 |
| 1/15/2019 | All Def Affirm | 427 | 5 | 427 | 11 |
| 1/15/2019 | All Def Affirm | 428 | 7 | 428 | 25 |
| 1/15/2019 | All Def Affirm | 429 | 2 | 429 | 5 |
| 1/15/2019 | All Def Affirm | 429 | 7 | 429 | 12 |
| 1/15/2019 | All Def Affirm | 430 | 15 | 430 | 17 |
| 1/15/2019 | All Def Affirm | 430 | 19 | 430 | 20 |
| 1/15/2019 | All Def Affirm | 433 | 10 | 434 | 18 |
| 1/15/2019 | All Def Affirm | 442 | 8 | 442 | 13 |
| 1/15/2019 | All Def Affirm | 442 | 18 | 443 | 23 |
| 1/15/2019 | All Def Affirm | 443 | 25 | 444 | 16 |