# EXHIBIT J

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MAGGIE KEENAN |||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/18/2019 | All Def Affirm | 8 | 16 | 9 | 25 |
| 1/18/2019 | All Def Affirm | 14 | 2 | 14 | 7 |
| 1/18/2019 | All Def Affirm | 15 | 15 | 17 | 13 |
| 1/18/2019 | All Def Affirm | 17 | 16 | 19 | 4 |
| 1/18/2019 | All Def Affirm | 19 | 6 | 21 | 7 |
| 1/18/2019 | All Def Affirm | 21 | 9 | 21 | 15 |
| 1/18/2019 | All Def Affirm | 21 | 17 | 21 | 24 |
| 1/18/2019 | All Def Affirm | 22 | 1 | 22 | 16 |
| 1/18/2019 | All Def Affirm | 22 | 23 | 24 | 10 |
| 1/18/2019 | All Def Affirm | 28 | 18 | 29 | 2 |
| 1/18/2019 | All Def Affirm | 29 | 15 | 30 | 15 |
| 1/18/2019 | All Def Affirm | 30 | 19 | 31 | 7 |
| 1/18/2019 | All Def Affirm | 31 | 11 | 31 | 16 |
| 1/18/2019 | All Def Affirm | 31 | 22 | 32 | 7 |
| 1/18/2019 | All Def Affirm | 33 | 2 | 33 | 10 |
| 1/18/2019 | All Def Affirm | 33 | 17 | 35 | 22 |
| 1/18/2019 | All Def Affirm | 35 | 24 | 36 | 4 |
| 1/18/2019 | All Def Affirm | 37 | 23 | 38 | 15 |
| 1/18/2019 | All Def Affirm | 40 | 2 | 40 | 5 |
| 1/18/2019 | All Def Affirm | 41 | 3 | 43 | 9 |
| 1/18/2019 | All Def Affirm | 43 | 20 | 44 | 16 |
| 1/18/2019 | All Def Affirm | 45 | 23 | 48 | 23 |
| 1/18/2019 | All Def Affirm | 49 | 15 | 50 | 5 |
| 1/18/2019 | All Def Affirm | 50 | 12 | 50 | 20 |
| 1/18/2019 | All Def Affirm | 51 | 20 | 52 | 15 |
| 1/18/2019 | All Def Affirm | 54 | 5 | 54 | 17 |
| 1/18/2019 | All Def Affirm | 55 | 14 | 55 | 20 |
| 1/18/2019 | All Def Affirm | 55 | 22 | 55 | 22 |
| 1/18/2019 | All Def Affirm | 58 | 24 | 59 | 2 |
| 1/18/2019 | All Def Affirm | 59 | 19 | 59 | 22 |
| 1/18/2019 | All Def Affirm | 59 | 24 | 60 | 10 |
| 1/18/2019 | All Def Affirm | 60 | 12 | 60 | 12 |
| 1/18/2019 | All Def Affirm | 61 | 1 | 61 | 4 |
| 1/18/2019 | All Def Affirm | 61 | 6 | 61 | 11 |
| 1/18/2019 | All Def Affirm | 61 | 13 | 61 | 13 |
| 1/18/2019 | All Def Affirm | 63 | 23 | 64 | 1 |
| 1/18/2019 | All Def Affirm | 64 | 3 | 64 | 5 |
| 1/18/2019 | All Def Affirm | 64 | 7 | 64 | 9 |
| 1/18/2019 | All Def Affirm | 66 | 20 | 66 | 24 |
| 1/18/2019 | All Def Affirm | 68 | 1 | 68 | 22 |
| 1/18/2019 | Manu Affirm | 69 | 14 | 69 | 17 |
| 1/18/2019 | Manu Affirm | 70 | 7 | 70 | 8 |
| 1/18/2019 | Manu Affirm | 70 | 11 | 70 | 14 |
| 1/18/2019 | Manu Affirm | 70 | 16 | 70 | 20 |
| 1/18/2019 | Manu Affirm | 70 | 22 | 71 | 4 |
| 1/18/2019 | Manu Affirm | 71 | 7 | 71 | 8 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MAGGIE KEENAN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/18/2019 | Manu Affirm | 72 | 8 | 72 | 11 |
| 1/18/2019 | Manu Affirm | 72 | 14 | 72 | 17 |
| 1/18/2019 | Manu Affirm | 73 | 20 | 73 | 21 |
| 1/18/2019 | Manu Affirm | 73 | 23 | 73 | 25 |
| 1/18/2019 | Manu Affirm | 74 | 20 | 75 | 3 |
| 1/18/2019 | Manu Affirm | 75 | 6 | 75 | 7 |
| 1/18/2019 | Manu Affirm | 75 | 14 | 75 | 18 |
| 1/18/2019 | Manu Affirm | 75 | 20 | 76 | 3 |
| 1/18/2019 | All Def Affirm | 77 | 2 | 77 | 5 |
| 1/18/2019 | All Def Affirm | 77 | 7 | 77 | 15 |
| 1/18/2019 | All Def Affirm | 78 | 4 | 78 | 12 |
| 1/18/2019 | All Def Affirm | 78 | 23 | 79 | 17 |
| 1/18/2019 | All Def Affirm | 81 | 4 | 81 | 17 |
| 1/18/2019 | All Def Affirm | 82 | 9 | 82 | 13 |
| 1/18/2019 | All Def Affirm | 82 | 21 | 83 | 25 |
| 1/18/2019 | All Def Affirm | 85 | 11 | 85 | 19 |
| 1/18/2019 | All Def Affirm | 85 | 21 | 86 | 8 |
| 1/18/2019 | All Def Affirm | 87 | 23 | 88 | 2 |
| 1/18/2019 | All Def Affirm | 88 | 5 | 88 | 21 |
| 1/18/2019 | All Def Affirm | 89 | 14 | 89 | 16 |
| 1/18/2019 | All Def Affirm | 89 | 18 | 89 | 18 |
| 1/18/2019 | All Def Affirm | 90 | 11 | 90 | 12 |
| 1/18/2019 | All Def Affirm | 90 | 14 | 90 | 17 |
| 1/18/2019 | All Def Affirm | 90 | 18 | 90 | 19 |
| 1/18/2019 | All Def Affirm | 90 | 21 | 90 | 25 |
| 1/18/2019 | All Def Affirm | 91 | 2 | 91 | 4 |
| 1/18/2019 | All Def Affirm | 91 | 6 | 92 | 5 |
| 1/18/2019 | All Def Affirm | 92 | 7 | 93 | 11 |
| 1/18/2019 | All Def Affirm | 93 | 14 | 94 | 3 |
| 1/18/2019 | All Def Affirm | 94 | 6 | 94 | 8 |
| 1/18/2019 | All Def Affirm | 94 | 10 | 94 | 23 |
| 1/18/2019 | All Def Affirm | 94 | 25 | 95 | 9 |
| 1/18/2019 | All Def Affirm | 95 | 11 | 95 | 14 |
| 1/18/2019 | All Def Affirm | 95 | 16 | 96 | 10 |
| 1/18/2019 | All Def Affirm | 97 | 17 | 97 | 19 |
| 1/18/2019 | All Def Affirm | 97 | 21 | 98 | 12 |
| 1/18/2019 | All Def Affirm | 99 | 7 | 99 | 10 |
| 1/18/2019 | All Def Affirm | 99 | 12 | 100 | 3 |
| 1/18/2019 | All Def Affirm | 100 | 5 | 100 | 19 |
| 1/18/2019 | All Def Affirm | 100 | 21 | 100 | 22 |
| 1/18/2019 | All Def Affirm | 101 | 8 | 102 | 9 |
| 1/18/2019 | All Def Affirm | 102 | 23 | 103 | 3 |
| 1/18/2019 | All Def Affirm | 103 | 22 | 103 | 25 |
| 1/18/2019 | All Def Affirm | 104 | 15 | 105 | 6 |
| 1/18/2019 | All Def Affirm | 106 | 2 | 107 | 4 |
| 1/18/2019 | All Def Affirm | 117 | 17 | 117 | 22 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MAGGIE KEENAN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/18/2019 | All Def Affirm | 117 | 24 | 118 | 14 |
| 1/18/2019 | All Def Affirm | 118 | 16 | 118 | 16 |
| 1/18/2019 | All Def Affirm | 119 | 9 | 119 | 11 |
| 1/18/2019 | All Def Affirm | 119 | 13 | 119 | 14 |
| 1/18/2019 | All Def Affirm | 122 | 15 | 122 | 16 |
| 1/18/2019 | All Def Affirm | 122 | 18 | 122 | 22 |
| 1/18/2019 | All Def Affirm | 122 | 25 | 123 | 2 |
| 1/18/2019 | All Def Affirm | 123 | 4 | 123 | 11 |
| 1/18/2019 | All Def Affirm | 123 | 14 | 123 | 16 |
| 1/18/2019 | All Def Affirm | 124 | 5 | 124 | 7 |
| 1/18/2019 | All Def Affirm | 124 | 9 | 124 | 17 |
| 1/18/2019 | All Def Affirm | 124 | 19 | 125 | 1 |
| 1/18/2019 | All Def Affirm | 126 | 4 | 127 | 4 |
| 1/18/2019 | Manu Affirm | 127 | 5 | 127 | 24 |
| 1/18/2019 | Manu Affirm | 129 | 3 | 129 | 5 |
| 1/18/2019 | Manu Affirm | 129 | 8 | 129 | 9 |
| 1/18/2019 | All Def Affirm | 130 | 2 | 130 | 25 |
| 1/18/2019 | All Def Affirm | 131 | 3 | 131 | 4 |
| 1/18/2019 | All Def Affirm | 139 | 14 | 141 | 12 |
| 1/18/2019 | All Def Affirm | 141 | 15 | 142 | 4 |
| 1/18/2019 | All Def Affirm | 143 | 19 | 143 | 25 |
| 1/18/2019 | All Def Affirm | 144 | 3 | 144 | 12 |
| 1/18/2019 | All Def Affirm | 145 | 3 | 145 | 8 |
| 1/18/2019 | All Def Affirm | 145 | 10 | 146 | 3 |
| 1/18/2019 | All Def Affirm | 146 | 6 | 146 | 6 |
| 1/18/2019 | All Def Affirm | 151 | 18 | 151 | 24 |
| 1/18/2019 | All Def Affirm | 152 | 1 | 152 | 3 |
| 1/18/2019 | All Def Affirm | 152 | 5 | 152 | 16 |
| 1/18/2019 | All Def Affirm | 152 | 18 | 152 | 24 |
| 1/18/2019 | All Def Affirm | 153 | 1 | 153 | 5 |
| 1/18/2019 | All Def Affirm | 153 | 7 | 153 | 10 |
| 1/18/2019 | All Def Affirm | 154 | 23 | 154 | 25 |
| 1/18/2019 | All Def Affirm | 155 | 2 | 155 | 6 |
| 1/18/2019 | All Def Affirm | 157 | 4 | 157 | 10 |
| 1/18/2019 | All Def Affirm | 157 | 12 | 158 | 2 |
| 1/18/2019 | All Def Affirm | 158 | 5 | 158 | 11 |
| 1/18/2019 | All Def Affirm | 158 | 13 | 158 | 13 |
| 1/18/2019 | All Def Affirm | 159 | 13 | 159 | 20 |
| 1/18/2019 | All Def Affirm | 159 | 22 | 160 | 17 |
| 1/18/2019 | All Def Affirm | 160 | 19 | 161 | 23 |
| 1/18/2019 | All Def Affirm | 161 | 25 | 162 | 18 |
| 1/18/2019 | All Def Affirm | 163 | 1 | 163 | 17 |
| 1/18/2019 | All Def Affirm | 164 | 1 | 164 | 2 |
| 1/18/2019 | All Def Affirm | 164 | 9 | 164 | 13 |
| 1/18/2019 | All Def Affirm | 164 | 15 | 164 | 21 |
| 1/18/2019 | All Def Affirm | 166 | 8 | 166 | 9 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MAGGIE KEENAN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/18/2019 | All Def Affirm | 166 | 11 | 166 | 22 |
| 1/18/2019 | All Def Affirm | 168 | 9 | 168 | 15 |
| 1/18/2019 | All Def Affirm | 168 | 25 | 169 | 11 |
| 1/18/2019 | All Def Affirm | 169 | 13 | 169 | 18 |
| 1/18/2019 | All Def Affirm | 170 | 12 | 170 | 20 |
| 1/18/2019 | All Def Affirm | 171 | 3 | 171 | 21 |
| 1/18/2019 | All Def Affirm | 172 | 7 | 172 | 17 |
| 1/18/2019 | All Def Affirm | 173 | 8 | 173 | 21 |
| 1/18/2019 | All Def Affirm | 175 | 5 | 175 | 8 |
| 1/18/2019 | All Def Affirm | 175 | 10 | 175 | 23 |
| 1/18/2019 | All Def Affirm | 175 | 25 | 176 | 9 |
| 1/18/2019 | All Def Affirm | 176 | 11 | 176 | 15 |
| 1/18/2019 | All Def Affirm | 176 | 17 | 176 | 17 |
| 1/18/2019 | All Def Affirm | 176 | 22 | 177 | 2 |
| 1/18/2019 | All Def Affirm | 177 | 4 | 177 | 14 |
| 1/18/2019 | All Def Affirm | 177 | 16 | 177 | 16 |
| 1/18/2019 | All Def Affirm | 178 | 6 | 178 | 9 |
| 1/18/2019 | All Def Affirm | 178 | 11 | 178 | 17 |
| 1/18/2019 | Manu Affirm | 183 | 10 | 183 | 14 |
| 1/18/2019 | Manu Affirm | 183 | 17 | 183 | 24 |