# EXHIBIT K

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES ||||||
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | All Def Affirm | 17 | 24 | 17 | 25 |
| 7/11/2019 | McKesson Affirm | 35 | 4 | 35 | 24 |
| 7/11/2019 | CAH Affirm | 35 | 4 | 35 | 24 |
| 7/11/2019 | ABDC Affirm | 35 | 4 | 35 | 24 |
| 7/11/2019 | McKesson Affirm | 36 | 9 | 36 | 13 |
| 7/11/2019 | ABDC Affirm | 36 | 9 | 36 | 13 |
| 7/11/2019 | CAH Affirm | 36 | 9 | 38 | 8 |
| 7/11/2019 | McKesson Affirm | 36 | 19 | 38 | 8 |
| 7/11/2019 | ABDC Affirm | 36 | 19 | 38 | 8 |
| 7/11/2019 | CAH Affirm | 39 | 16 | 41 | 1 |
| 7/11/2019 | ABDC Affirm | 39 | 16 | 41 | 1 |
| 7/11/2019 | Manu Affirm | 39 | 21 | 40 | 18 |
| 7/11/2019 | McKesson Affirm | 40 | 12 | 41 | 8 |
| 7/11/2019 | All Def Affirm | 41 | 12 | 44 | 1 |
| 7/11/2019 | All Def Affirm | 44 | 4 | 44 | 20 |
| 7/11/2019 | All Def Affirm | 44 | 21 | 47 | 6 |
| 7/11/2019 | All Def Affirm | 47 | 5 | 48 | 2 |
| 7/11/2019 | All Def Affirm | 48 | 4 | 50 | 19 |
| 7/11/2019 | All Def Affirm | 50 | 20 | 50 | 22 |
| 7/11/2019 | All Def Affirm | 50 | 23 | 51 | 2 |
| 7/11/2019 | All Def Affirm | 51 | 7 | 51 | 10 |
| 7/11/2019 | All Def Affirm | 51 | 11 | 51 | 12 |
| 7/11/2019 | All Def Affirm | 51 | 13 | 51 | 23 |
| 7/11/2019 | All Def Affirm | 51 | 25 | 52 | 2 |
| 7/11/2019 | All Def Affirm | 52 | 4 | 52 | 9 |
| 7/11/2019 | All Def Affirm | 52 | 10 | 52 | 23 |
| 7/11/2019 | All Def Affirm | 52 | 24 | 53 | 15 |
| 7/11/2019 | All Def Affirm | 53 | 17 | 53 | 17 |
| 7/11/2019 | All Def Affirm | 53 | 19 | 54 | 4 |
| 7/11/2019 | All Def Affirm | 54 | 5 | 54 | 15 |
| 7/11/2019 | All Def Affirm | 54 | 16 | 57 | 8 |
| 7/11/2019 | All Def Affirm | 57 | 16 | 57 | 24 |
| 7/11/2019 | All Def Affirm | 58 | 17 | 59 | 21 |
| 7/11/2019 | All Def Affirm | 60 | 3 | 60 | 24 |
| 7/11/2019 | All Def Affirm | 61 | 21 | 63 | 20 |
| 7/11/2019 | All Def Affirm | 64 | 2 | 64 | 18 |
| 7/11/2019 | All Def Affirm | 64 | 19 | 68 | 7 |
| 7/11/2019 | All Def Affirm | 72 | 1 | 72 | 3 |
| 7/11/2019 | All Def Affirm | 72 | 10 | 73 | 4 |
| 7/11/2019 | All Def Affirm | 73 | 8 | 73 | 10 |
| 7/11/2019 | All Def Affirm | 73 | 13 | 73 | 14 |
| 7/11/2019 | All Def Affirm | 73 | 22 | 74 | 1 |
| 7/11/2019 | All Def Affirm | 74 | 4 | 74 | 8 |
| 7/11/2019 | Dist Affirm | 75 | 15 | 75 | 24 |
| 7/11/2019 | Dist Affirm | 76 | 2 | 77 | 5 |
| 7/11/2019 | Dist Affirm | 77 | 7 | 77 | 12 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | Dist Affirm | 77 | 13 | 77 | 17 |
| 7/11/2019 | Dist Affirm | 77 | 19 | 79 | 2 |
| 7/11/2019 | All Def Affirm | 79 | 3 | 79 | 19 |
| 7/11/2019 | All Def Affirm | 79 | 20 | 80 | 16 |
| 7/11/2019 | All Def Affirm | 80 | 18 | 80 | 22 |
| 7/11/2019 | All Def Affirm | 80 | 24 | 81 | 4 |
| 7/11/2019 | All Def Affirm | 81 | 6 | 82 | 1 |
| 7/11/2019 | All Def Affirm | 82 | 2 | 82 | 4 |
| 7/11/2019 | All Def Affirm | 82 | 6 | 82 | 15 |
| 7/11/2019 | All Def Affirm | 82 | 17 | 82 | 21 |
| 7/11/2019 | Dist Affirm | 82 | 22 | 83 | 4 |
| 7/11/2019 | Dist Affirm | 83 | 6 | 83 | 8 |
| 7/11/2019 | Dist Affirm | 83 | 12 | 83 | 20 |
| 7/11/2019 | All Def Affirm | 83 | 21 | 84 | 6 |
| 7/11/2019 | All Def Affirm | 84 | 12 | 84 | 16 |
| 7/11/2019 | All Def Affirm | 85 | 5 | 85 | 8 |
| 7/11/2019 | All Def Affirm | 85 | 11 | 85 | 11 |
| 7/11/2019 | All Def Affirm | 85 | 15 | 86 | 20 |
| 7/11/2019 | All Def Affirm | 86 | 24 | 86 | 24 |
| 7/11/2019 | All Def Affirm | 87 | 2 | 87 | 7 |
| 7/11/2019 | All Def Affirm | 87 | 13 | 87 | 23 |
| 7/11/2019 | All Def Affirm | 88 | 2 | 88 | 2 |
| 7/11/2019 | All Def Affirm | 88 | 4 | 88 | 17 |
| 7/11/2019 | All Def Affirm | 89 | 1 | 89 | 9 |
| 7/11/2019 | All Def Affirm | 89 | 21 | 90 | 10 |
| 7/11/2019 | All Def Affirm | 90 | 13 | 91 | 7 |
| 7/11/2019 | All Def Affirm | 91 | 8 | 91 | 10 |
| 7/11/2019 | All Def Affirm | 91 | 12 | 91 | 17 |
| 7/11/2019 | All Def Affirm | 91 | 18 | 92 | 15 |
| 7/11/2019 | All Def Affirm | 92 | 23 | 92 | 25 |
| 7/11/2019 | All Def Affirm | 93 | 2 | 93 | 25 |
| 7/11/2019 | All Def Affirm | 94 | 3 | 94 | 3 |
| 7/11/2019 | All Def Affirm | 94 | 22 | 95 | 2 |
| 7/11/2019 | All Def Affirm | 95 | 5 | 95 | 6 |
| 7/11/2019 | All Def Affirm | 95 | 8 | 95 | 17 |
| 7/11/2019 | All Def Affirm | 95 | 18 | 95 | 19 |
| 7/11/2019 | All Def Affirm | 95 | 24 | 96 | 11 |
| 7/11/2019 | All Def Affirm | 96 | 12 | 96 | 12 |
| 7/11/2019 | All Def Affirm | 96 | 15 | 96 | 15 |
| 7/11/2019 | All Def Affirm | 96 | 21 | 96 | 22 |
| 7/11/2019 | All Def Affirm | 97 | 9 | 97 | 10 |
| 7/11/2019 | All Def Affirm | 97 | 12 | 97 | 13 |
| 7/11/2019 | All Def Affirm | 97 | 15 | 97 | 24 |
| 7/11/2019 | All Def Affirm | 97 | 25 | 98 | 4 |
| 7/11/2019 | All Def Affirm | 98 | 7 | 98 | 22 |
| 7/11/2019 | All Def Affirm | 98 | 24 | 98 | 24 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | All Def Affirm | 99 | 2 | 99 | 13 |
| 7/11/2019 | ABDC Affirm | 99 | 22 | 101 | 1 |
| 7/11/2019 | ABDC Affirm | 101 | 11 | 101 | 17 |
| 7/11/2019 | Dist Affirm | 101 | 18 | 103 | 5 |
| 7/11/2019 | ABDC Affirm | 103 | 6 | 103 | 9 |
| 7/11/2019 | ABDC Affirm | 103 | 13 | 103 | 21 |
| 7/11/2019 | ABDC Affirm | 103 | 25 | 104 | 10 |
| 7/11/2019 | ABDC Affirm | 105 | 3 | 105 | 18 |
| 7/11/2019 | Dist Affirm | 105 | 19 | 105 | 24 |
| 7/11/2019 | ABDC Affirm | 105 | 25 | 106 | 17 |
| 7/11/2019 | ABDC Affirm | 107 | 3 | 107 | 16 |
| 7/11/2019 | Dist Affirm | 108 | 2 | 108 | 7 |
| 7/11/2019 | ABDC Affirm | 110 | 16 | 110 | 21 |
| 7/11/2019 | All Def Affirm | 122 | 14 | 122 | 24 |
| 7/11/2019 | All Def Affirm | 125 | 3 | 125 | 12 |
| 7/11/2019 | All Def Affirm | 125 | 21 | 125 | 22 |
| 7/11/2019 | All Def Affirm | 125 | 24 | 126 | 3 |
| 7/11/2019 | All Def Affirm | 126 | 10 | 126 | 20 |
| 7/11/2019 | All Def Affirm | 126 | 21 | 126 | 22 |
| 7/11/2019 | All Def Affirm | 129 | 4 | 129 | 5 |
| 7/11/2019 | All Def Affirm | 129 | 15 | 130 | 2 |
| 7/11/2019 | All Def Affirm | 130 | 8 | 131 | 15 |
| 7/11/2019 | Dist Affirm | 131 | 16 | 131 | 19 |
| 7/11/2019 | Dist Affirm | 131 | 24 | 132 | 7 |
| 7/11/2019 | All Def Affirm | 132 | 9 | 132 | 19 |
| 7/11/2019 | Dist Affirm | 132 | 20 | 132 | 22 |
| 7/11/2019 | Dist Affirm | 133 | 8 | 133 | 20 |
| 7/11/2019 | Dist Affirm | 133 | 24 | 137 | 17 |
| 7/11/2019 | All Def Affirm | 139 | 3 | 140 | 1 |
| 7/11/2019 | All Def Affirm | 140 | 11 | 140 | 12 |
| 7/11/2019 | Dist Affirm | 141 | 1 | 141 | 9 |
| 7/11/2019 | McKesson Affirm | 141 | 10 | 141 | 13 |
| 7/11/2019 | Dist Affirm | 141 | 10 | 143 | 24 |
| 7/11/2019 | McKesson Affirm | 141 | 17 | 142 | 3 |
| 7/11/2019 | McKesson Affirm | 142 | 4 | 142 | 16 |
| 7/11/2019 | Dist Affirm | 145 | 1 | 145 | 6 |
| 7/11/2019 | Dist Affirm | 145 | 13 | 146 | 1 |
| 7/11/2019 | Dist Affirm | 146 | 7 | 146 | 15 |
| 7/11/2019 | Dist Affirm | 146 | 20 | 147 | 8 |
| 7/11/2019 | Dist Affirm | 148 | 21 | 148 | 23 |
| 7/11/2019 | Dist Affirm | 149 | 6 | 149 | 11 |
| 7/11/2019 | Dist Affirm | 149 | 13 | 149 | 16 |
| 7/11/2019 | All Def Affirm | 151 | 7 | 151 | 9 |
| 7/11/2019 | All Def Affirm | 151 | 16 | 151 | 22 |
| 7/11/2019 | All Def Affirm | 152 | 2 | 152 | 2 |
| 7/11/2019 | All Def Affirm | 152 | 19 | 152 | 24 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | All Def Affirm | 153 | 4 | 153 | 4 |
| 7/11/2019 | All Def Affirm | 153 | 6 | 153 | 9 |
| 7/11/2019 | All Def Affirm | 153 | 15 | 153 | 15 |
| 7/11/2019 | ABDC Affirm | 154 | 8 | 154 | 11 |
| 7/11/2019 | ABDC Affirm | 154 | 13 | 154 | 25 |
| 7/11/2019 | ABDC Affirm | 155 | 10 | 155 | 24 |
| 7/11/2019 | ABDC Affirm | 156 | 2 | 157 | 21 |
| 7/11/2019 | ABDC Affirm | 163 | 2 | 163 | 7 |
| 7/11/2019 | ABDC Affirm | 163 | 11 | 163 | 19 |
| 7/11/2019 | Dist Affirm | 163 | 20 | 163 | 25 |
| 7/11/2019 | Dist Affirm | 164 | 1 | 164 | 2 |
| 7/11/2019 | ABDC Affirm | 164 | 3 | 164 | 6 |
| 7/11/2019 | ABDC Affirm | 165 | 13 | 166 | 4 |
| 7/11/2019 | Dist Affirm | 166 | 5 | 166 | 10 |
| 7/11/2019 | ABDC Affirm | 166 | 13 | 167 | 4 |
| 7/11/2019 | Dist Affirm | 166 | 13 | 167 | 24 |
| 7/11/2019 | ABDC Affirm | 167 | 7 | 167 | 24 |
| 7/11/2019 | Dist Affirm | 168 | 2 | 168 | 2 |
| 7/11/2019 | ABDC Affirm | 168 | 8 | 169 | 2 |
| 7/11/2019 | ABDC Affirm | 169 | 16 | 170 | 3 |
| 7/11/2019 | ABDC Affirm | 170 | 22 | 171 | 19 |
| 7/11/2019 | Dist Affirm | 171 | 24 | 172 | 9 |
| 7/11/2019 | Dist Affirm | 172 | 13 | 172 | 14 |
| 7/11/2019 | Dist Affirm | 173 | 9 | 174 | 21 |
| 7/11/2019 | ABDC Affirm | 175 | 2 | 175 | 6 |
| 7/11/2019 | Dist Affirm | 175 | 7 | 175 | 14 |
| 7/11/2019 | Dist Affirm | 177 | 1 | 177 | 16 |
| 7/11/2019 | Dist Affirm | 177 | 19 | 178 | 8 |
| 7/11/2019 | Dist Affirm | 178 | 11 | 178 | 16 |
| 7/11/2019 | Dist Affirm | 178 | 24 | 179 | 1 |
| 7/11/2019 | Dist Affirm | 179 | 3 | 179 | 9 |
| 7/11/2019 | McKesson Affirm | 180 | 14 | 180 | 19 |
| 7/11/2019 | McKesson Affirm | 181 | 1 | 181 | 6 |
| 7/11/2019 | McKesson Affirm | 181 | 11 | 181 | 13 |
| 7/11/2019 | Dist Affirm | 181 | 24 | 182 | 2 |
| 7/11/2019 | Dist Affirm | 182 | 9 | 182 | 23 |
| 7/11/2019 | Dist Affirm | 182 | 24 | 182 | 25 |
| 7/11/2019 | McKesson Affirm | 182 | 24 | 183 | 25 |
| 7/11/2019 | Dist Affirm | 183 | 3 | 184 | 13 |
| 7/11/2019 | McKesson Affirm | 184 | 4 | 184 | 4 |
| 7/11/2019 | McKesson Affirm | 184 | 11 | 184 | 12 |
| 7/11/2019 | Dist Affirm | 184 | 14 | 185 | 24 |
| 7/11/2019 | Dist Affirm | 186 | 2 | 188 | 18 |
| 7/11/2019 | Dist Affirm | 188 | 25 | 189 | 14 |
| 7/11/2019 | Dist Affirm | 190 | 8 | 190 | 13 |
| 7/11/2019 | Dist Affirm | 193 | 18 | 194 | 9 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | Dist Affirm | 194 | 10 | 194 | 15 |
| 7/11/2019 | McKesson Affirm | 195 | 20 | 196 | 7 |
| 7/11/2019 | All Def Affirm | 195 | 20 | 196 | 7 |
| 7/11/2019 | Dist Affirm | 197 | 14 | 198 | 1 |
| 7/11/2019 | Dist Affirm | 198 | 8 | 198 | 12 |
| 7/11/2019 | Dist Affirm | 198 | 14 | 199 | 3 |
| 7/11/2019 | All Def Affirm | 200 | 14 | 200 | 22 |
| 7/11/2019 | All Def Affirm | 201 | 8 | 201 | 25 |
| 7/11/2019 | All Def Affirm | 202 | 9 | 202 | 17 |
| 7/11/2019 | All Def Affirm | 202 | 22 | 204 | 4 |
| 7/11/2019 | All Def Affirm | 204 | 17 | 205 | 11 |
| 7/11/2019 | All Def Affirm | 206 | 8 | 206 | 14 |
| 7/11/2019 | All Def Affirm | 206 | 15 | 207 | 5 |
| 7/11/2019 | All Def Affirm | 208 | 2 | 208 | 10 |
| 7/11/2019 | Dist Affirm | 208 | 11 | 208 | 11 |
| 7/11/2019 | Manu Affirm | 208 | 11 | 208 | 11 |
| 7/11/2019 | Dist Affirm | 208 | 15 | 208 | 22 |
| 7/11/2019 | Manu Affirm | 208 | 15 | 208 | 22 |
| 7/11/2019 | Dist Affirm | 208 | 25 | 209 | 5 |
| 7/11/2019 | Manu Affirm | 208 | 25 | 209 | 5 |
| 7/11/2019 | All Def Affirm | 209 | 7 | 209 | 9 |
| 7/11/2019 | All Def Affirm | 209 | 12 | 209 | 20 |
| 7/11/2019 | All Def Affirm | 209 | 23 | 209 | 25 |
| 7/11/2019 | All Def Affirm | 210 | 2 | 210 | 3 |
| 7/11/2019 | All Def Affirm | 210 | 10 | 210 | 16 |
| 7/11/2019 | All Def Affirm | 211 | 14 | 212 | 18 |
| 7/11/2019 | McKesson Affirm | 214 | 10 | 214 | 12 |
| 7/11/2019 | CAH Affirm | 214 | 10 | 214 | 12 |
| 7/11/2019 | ABDC Affirm | 214 | 10 | 214 | 12 |
| 7/11/2019 | McKesson Affirm | 214 | 16 | 214 | 17 |
| 7/11/2019 | CAH Affirm | 214 | 16 | 214 | 17 |
| 7/11/2019 | ABDC Affirm | 214 | 16 | 214 | 17 |
| 7/11/2019 | Dist Affirm | 215 | 5 | 215 | 8 |
| 7/11/2019 | Dist Affirm | 215 | 10 | 215 | 10 |
| 7/11/2019 | Dist Affirm | 215 | 12 | 215 | 21 |
| 7/11/2019 | Dist Affirm | 215 | 24 | 216 | 2 |
| 7/11/2019 | Dist Affirm | 216 | 4 | 216 | 9 |
| 7/11/2019 | McKesson Affirm | 216 | 10 | 216 | 14 |
| 7/11/2019 | McKesson Affirm | 216 | 20 | 217 | 1 |
| 7/11/2019 | Dist Affirm | 217 | 25 | 218 | 10 |
| 7/11/2019 | Dist Affirm | 218 | 13 | 218 | 20 |
| 7/11/2019 | Dist Affirm | 218 | 23 | 218 | 23 |
| 7/11/2019 | McKesson Affirm | 219 | 22 | 220 | 2 |
| 7/11/2019 | ABDC Affirm | 219 | 22 | 220 | 5 |
| 7/11/2019 | CAH Affirm | 219 | 24 | 220 | 5 |
| 7/11/2019 | CAH Affirm | 220 | 8 | 220 | 10 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | ABDC Affirm | 220 | 8 | 221 | 17 |
| 7/11/2019 | CAH Affirm | 220 | 14 | 220 | 19 |
| 7/11/2019 | McKesson Affirm | 220 | 14 | 221 | 17 |
| 7/11/2019 | ABDC Affirm | 221 | 20 | 221 | 21 |
| 7/11/2019 | McKesson Affirm | 221 | 20 | 221 | 21 |
| 7/11/2019 | All Def Affirm | 221 | 25 | 222 | 6 |
| 7/11/2019 | All Def Affirm | 223 | 14 | 224 | 11 |
| 7/11/2019 | All Def Affirm | 224 | 21 | 224 | 24 |
| 7/11/2019 | All Def Affirm | 225 | 2 | 225 | 2 |
| 7/11/2019 | All Def Affirm | 225 | 4 | 225 | 21 |
| 7/11/2019 | All Def Affirm | 225 | 24 | 226 | 4 |
| 7/11/2019 | Dist Affirm | 226 | 5 | 226 | 8 |
| 7/11/2019 | Dist Affirm | 226 | 12 | 226 | 12 |
| 7/11/2019 | All Def Affirm | 226 | 14 | 227 | 2 |
| 7/11/2019 | All Def Affirm | 227 | 3 | 228 | 2 |
| 7/11/2019 | Dist Affirm | 228 | 13 | 229 | 1 |
| 7/11/2019 | Pharm Affirm | 228 | 13 | 229 | 1 |
| 7/11/2019 | All Def Affirm | 229 | 17 | 229 | 21 |
| 7/11/2019 | Dist Affirm | 232 | 14 | 232 | 20 |
| 7/11/2019 | Dist Affirm | 235 | 21 | 235 | 25 |
| 7/11/2019 | Dist Affirm | 236 | 3 | 236 | 4 |
| 7/11/2019 | All Def Affirm | 236 | 6 | 238 | 12 |
| 7/11/2019 | All Def Affirm | 238 | 19 | 239 | 9 |
| 7/11/2019 | All Def Affirm | 239 | 14 | 239 | 16 |
| 7/11/2019 | All Def Affirm | 239 | 24 | 240 | 9 |
| 7/11/2019 | All Def Affirm | 240 | 13 | 240 | 16 |
| 7/11/2019 | All Def Affirm | 240 | 18 | 240 | 25 |
| 7/11/2019 | All Def Affirm | 241 | 4 | 241 | 8 |
| 7/11/2019 | Pharm Affirm | 241 | 19 | 243 | 3 |
| 7/11/2019 | Dist Affirm | 244 | 13 | 245 | 16 |
| 7/11/2019 | Walmart Affirm | 245 | 23 | 246 | 1 |
| 7/11/2019 | All Def Affirm | 246 | 16 | 247 | 14 |
| 7/11/2019 | All Def Affirm | 247 | 15 | 247 | 17 |
| 7/11/2019 | All Def Affirm | 248 | 1 | 248 | 15 |
| 7/11/2019 | All Def Affirm | 265 | 10 | 265 | 24 |
| 7/11/2019 | All Def Affirm | 266 | 4 | 266 | 10 |
| 7/11/2019 | All Def Affirm | 266 | 13 | 266 | 17 |
| 7/11/2019 | All Def Affirm | 266 | 18 | 266 | 20 |
| 7/11/2019 | All Def Affirm | 267 | 2 | 267 | 4 |
| 7/11/2019 | All Def Affirm | 267 | 7 | 267 | 7 |
| 7/11/2019 | All Def Affirm | 267 | 18 | 267 | 21 |
| 7/11/2019 | All Def Affirm | 268 | 1 | 268 | 6 |
| 7/11/2019 | All Def Affirm | 268 | 8 | 268 | 19 |
| 7/11/2019 | All Def Affirm | 270 | 8 | 270 | 13 |
| 7/11/2019 | All Def Affirm | 270 | 17 | 270 | 18 |
| 7/11/2019 | All Def Affirm | 271 | 19 | 271 | 24 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/11/2019 | All Def Affirm | 272 | 5 | 272 | 5 |
| 7/11/2019 | All Def Affirm | 272 | 13 | 272 | 17 |
| 7/11/2019 | All Def Affirm | 272 | 18 | 272 | 21 |
| 7/11/2019 | All Def Affirm | 273 | 2 | 273 | 3 |
| 7/11/2019 | All Def Affirm | 274 | 21 | 274 | 25 |
| 7/11/2019 | All Def Affirm | 275 | 5 | 275 | 5 |
| 7/11/2019 | All Def Affirm | 275 | 16 | 275 | 20 |
| 7/11/2019 | All Def Affirm | 275 | 25 | 275 | 25 |
| 7/11/2019 | All Def Affirm | 276 | 1 | 276 | 7 |
| 7/11/2019 | All Def Affirm | 276 | 22 | 276 | 22 |
| 7/11/2019 | All Def Affirm | 277 | 24 | 278 | 7 |
| 7/11/2019 | All Def Affirm | 278 | 11 | 278 | 11 |
| 7/11/2019 | McKesson Affirm | 280 | 13 | 280 | 18 |
| 7/11/2019 | McKesson Affirm | 281 | 1 | 281 | 1 |
| 7/11/2019 | All Def Affirm | 281 | 3 | 281 | 10 |
| 7/11/2019 | All Def Affirm | 281 | 13 | 281 | 13 |
| 7/11/2019 | All Def Affirm | 282 | 25 | 283 | 3 |
| 7/11/2019 | All Def Affirm | 283 | 7 | 283 | 7 |
| 7/11/2019 | All Def Affirm | 283 | 9 | 283 | 13 |
| 7/11/2019 | All Def Affirm | 283 | 18 | 283 | 18 |
| 7/11/2019 | McKesson Affirm | 283 | 20 | 283 | 23 |
| 7/11/2019 | McKesson Affirm | 284 | 3 | 284 | 3 |
| 7/11/2019 | McKesson Affirm | 285 | 1 | 285 | 8 |
| 7/11/2019 | McKesson Affirm | 285 | 11 | 285 | 11 |
| 7/11/2019 | All Def Affirm | 285 | 13 | 285 | 22 |
| 7/11/2019 | All Def Affirm | 286 | 1 | 286 | 1 |
| 7/11/2019 | All Def Affirm | 291 | 8 | 291 | 14 |
| 7/11/2019 | All Def Affirm | 291 | 18 | 291 | 18 |
| 7/11/2019 | All Def Affirm | 292 | 1 | 292 | 4 |
| 7/11/2019 | All Def Affirm | 292 | 7 | 292 | 11 |
| 7/11/2019 | All Def Affirm | 292 | 15 | 292 | 20 |
| 7/11/2019 | All Def Affirm | 292 | 23 | 292 | 23 |
| 7/11/2019 | McKesson Affirm | 292 | 25 | 293 | 7 |
| 7/11/2019 | McKesson Affirm | 293 | 12 | 293 | 12 |
| 7/11/2019 | McKesson Affirm | 293 | 14 | 293 | 22 |
| 7/11/2019 | McKesson Affirm | 294 | 2 | 294 | 2 |
| 7/11/2019 | Pharm Affirm | 304 | 22 | 305 | 4 |
| 7/12/2019 | Manu & Dist Affirm | 332 | 25 | 333 | 9 |
| 7/12/2019 | Manu & Dist Affirm | 332 | 25 | 333 | 9 |
| 7/12/2019 | Manu & Dist Affirm | 333 | 16 | 333 | 18 |
| 7/12/2019 | Manu & Dist Affirm | 333 | 16 | 333 | 18 |
| 7/12/2019 | ABDC Affirm | 448 | 24 | 449 | 4 |
| 7/12/2019 | ABDC Affirm | 449 | 8 | 449 | 19 |
| 7/12/2019 | ABDC Affirm | 449 | 21 | 450 | 20 |
| 7/12/2019 | ABDC Affirm | 450 | 22 | 451 | 1 |
| 7/12/2019 | Dist Affirm | 511 | 4 | 511 | 18 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MICHAEL MAPES | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/12/2019 | Dist Affirm | 512 | 14 | 512 | 17 |
| 7/12/2019 | Dist Affirm | 512 | 23 | 514 | 3 |
| 7/12/2019 | Dist Affirm | 514 | 10 | 514 | 18 |
| 7/12/2019 | Dist Affirm | 517 | 24 | 518 | 1 |
| 7/12/2019 | Manu Affirm | 518 | 2 | 518 | 9 |
| 7/12/2019 | Dist Affirm | 518 | 2 | 519 | 3 |
| 7/12/2019 | Manu Affirm | 518 | 10 | 519 | 3 |
| 7/12/2019 | Dist Affirm | 520 | 14 | 520 | 20 |
| 7/12/2019 | Dist Affirm | 521 | 7 | 521 | 9 |
| 7/12/2019 | Dist Affirm | 521 | 15 | 521 | 18 |
| 7/12/2019 | Manu & Dist Affirm | 525 | 18 | 525 | 20 |
| 7/12/2019 | Manu & Dist Affirm | 525 | 18 | 525 | 20 |
| 7/12/2019 | Manu & Dist Affirm | 526 | 2 | 526 | 4 |
| 7/12/2019 | Manu & Dist Affirm | 526 | 2 | 528 | 4 |
| 7/12/2019 | Manu & Dist Affirm | 528 | 14 | 528 | 20 |
| 7/12/2019 | Manu & Dist Affirm | 528 | 14 | 528 | 20 |
| 7/12/2019 | Manu & Dist Affirm | 529 | 2 | 529 | 10 |
| 7/12/2019 | Manu & Dist Affirm | 529 | 16 | 529 | 17 |
| 7/12/2019 | Dist Affirm | 529 | 18 | 529 | 20 |
| 7/12/2019 | Dist Affirm | 530 | 5 | 530 | 11 |
| 7/12/2019 | Manu & Dist Affirm | 530 | 13 | 530 | 17 |
| 7/12/2019 | ABDC Affirm | 538 | 22 | 539 | 3 |
| 7/12/2019 | ABDC Affirm | 539 | 5 | 539 | 12 |
| 7/12/2019 | ABDC Affirm | 539 | 14 | 539 | 16 |
| 7/12/2019 | ABDC Affirm | 539 | 19 | 540 | 4 |

| PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF MICHAEL MAPES |
|---|---|---|---|---|
| Start Page | Start Line | End Page | End Line | Objections |
| 17 | 24 | 17 | 24 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 17 | 25 | 17 | 25 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether DefendantsÃ• conduct violated or did not violate the law, as such testimony would invade the province of the jury. |
| 17 | 26 | 17 | 26 | Plaintiffs object to any questions that treat Mapes as a 30(b)(6) witness as beyond the scope |
| 23 | 16 | 23 | 20 | vague |
| 35 | 4 | 41 | 11 | speculative, foundation, relevance, scope |
| 53 | 7 | 53 | 17 | relevance, vague, scope |
| 73 | 1 | 73 | 14 | scope, relevance |
| 73 | 22 | 74 | 8 | scope, relevance |
| 75 | 23 | 76 | 3 | scope, relevance |
| 77 | 1 | 77 | 7 | speculative, vague, foundation, relevance, scope |
| 77 | 13 | 77 | 24 | speculative, vague, foundation, relevance, scope |
| 80 | 14 | 84 | 16 | speculative, improper hypothetical, vague, foundation, relevance, scope |
| 85 | 5 | 85 | 6 | relevance, scope |
| 87 | 2 | 87 | 15 | relevance, vague, incomplete hypothetical, scope |
| 87 | 21 | 88 | 2 | relevance, vague, scope |
| 89 | 25 | 90 | 14 | relevance, vague, incomplete hypothetical, scope |
| 91 | 8 | 91 | 12 | relevance, vague, incomplete hypothetical, scope |
| 92 | 13 | 92 | 25 | relevance, vague, incomplete hypothetical, scope |
| 94 | 22 | 96 | 22 | relevance, vague, scope |
| 97 | 25 | 98 | 13 | relevance, vague, scope |
| 98 | 19 | 94 | 24 | relevance, vague, scope |

### PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF MICHAEL MAPES

| Start Page | Start Line | End Page | End Line | Objections |
|---|---|---|---|---|
| 102 | 4 | 102 | 12 | vague, speculation, relevance |
| 103 | 6 | 104 | 4 | vague, scope, speculation, relevance |
| 125 | 3 | 135 | 6 | vague, scope, speculation, relevance |
| 139 | 22 | 149 | 12 | scope, relevance |
| 146 | 11 | 146 | 20 | scope, foundation, vague, relevance |
| 148 | 21 | 149 | 16 | scope, foundation, vague, relevance |
| 151 | 7 | 153 | 15 | scope, foundation, vague, relevance |
| 166 | 5 | 166 | 17 | scope, foundation, vague, relevance |
| 167 | 18 | 168 | 2 | scope, foundation, vague, relevance |
| 172 | 7 | 172 | 14 | scope, foundation, vague, relevance |
| 178 | 11 | 179 | 9 | scope, foundation, vague, relevance |
| 181 | 1 | 181 | 13 | scope, foundation, vague, relevance |
| 181 | 4 | 182 | 14 | scope, foundation, vague, relevance |
| 183 | 23 | 183 | 12 | scope, foundation, vague, relevance |
| 188 | 14 | 189 | 2 | scope, foundation, vague, relevance |
| 197 | 14 | 198 | 12 | scope, foundation, vague, relevance |
| 203 | 25 | 205 | 11 | scope, foundation, vague, relevance |
| 208 | 11 | 210 | 16 | scope, lack of timeframe, foundation, vague, relevance |
| 214 | 10 | 214 | 17 | scope, foundation, vague, relevance |
| 215 | 16 | 216 | 2 | cumulative, vague, relevance |
| 216 | 10 | 217 | 1 | scope, foundation, vague, relevance |
| 218 | 7 | 218 | 23 | scope, foundation, vague, relevance |
| 219 | 22 | 219 | 10 | scope, foundation, vague, relevance |
| 221 | 13 | 221 | 21 | incomplete hypothetical, scope, foundation, vague, relevance |
| 222 | 16 | 224 | 24 | incomplete hypothetical, calls for expert testimony, scope, foundation, vague, relevance |
| 224 | 21 | 227 | 2 | incomplete hypothetical, speculation, calls for expert testimony, scope, foundation, vague, relevance |
| 227 | 3 | 232 | 20 | relevance, speculative, scope, argumentative, misleading |
| 235 | 21 | 236 | 4 | asked and answered, relevance, form |
| 239 | 2 | 239 | 16 | scope, relevance, vague, incomplete hypothetical |
| 240 | 6 | 240 | 16 | scope, relevance, vague, incomplete hypothetical |
| 240 | 18 | 248 | 15 | cumulative, scope, vague, relevance |
| 249 | 11 | 250 | 10 | relevance, scope, vague, calls for legal conclusion, improper hypothetical |

| PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF MICHAEL MAPES | | | | |
|---|---|---|---|---|
| Start Page | Start Line | End Page | End Line | Objections |
| 265 | 10 | 266 | 20 | vague, scope, foundation, speculation, relevance |
| 267 | 2 | 268 | 1 | vague, scope, foundation, speculation, relevance |
| 268 | 14 | 268 | 19 | vague, scope, foundation, speculation, relevance |
| 276 | 2 | 276 | 22 | vague, scope, foundation, speculation, relevance |
| 277 | 24 | 278 | 11 | vague, scope, foundation, speculation, relevance |
| 280 | 13 | 281 | 1 | vague, scope, foundation, speculation, relevance |
| 283 | 9 | 283 | 18 | scope, vague, calls for legal conclusion, relevance |
| 283 | 20 | 284 | 3 | vague, scope, foundation, relevance |
| 324 | 11 | 324 | 11 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 324 | 12 | 324 | 12 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendants' conduct violated or did not violate the law, as such testimony would invade the province of the jury. |
| 525 | 19 | 530 | 17 | scope, relevance, foundation, speculative |

| | | | | | |
|---|---|---|---|---|---|
| | | | RESPONSES FOR MICHAEL MAPES | | |
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **NOTES** |
| 7/11/2019 | 17 | 24 | 17 | 24 | Response: Testimony is not duplicative or cumulative of other designations. Mr. Mapes's specific career path gives him a different perspective on the central issues of this case than other witnesses. In addition, to the extent multiple DEA witnesses testified along similar lines on the issues central to this case, that is relevant to show that those witnesses shared a common understanding of DEA's interpretation and enforcement of the suspicious order monitoring regulation, rather than an outlier view, which is, in turn, relevant to defendants' scienter. (Hereinafter "5 - Unique perspective and common understanding") |
| 7/11/2019 | 17 | 25 | 17 | 25 | Response: Testimony is relevant to DEA's policy on suspicious order monitoring and reporting which are central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation - including "whether DEA investigators view [monthly ILRs and Excessive Order Reports] as compliant with the CSA," whether DEA accepted certain defendants' reporting as compliant, whether "DEA imposed a no-ship requirement," and whether DEA changed its interpretation of the law are "material facts in dispute that must be resolved by a jury." See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. #2483], at 28-29. Testimony is also relevant to scienter, an element of each of plaintiffs' claims and a requirement for punitive damages." (Hereinafter "1 - DEA understanding and practice"). In addition, questions ask for witness's personal understanding of DEA's suspicious order reporting policy and guidance, which he developed during his career at DEA. Witness testified extensively about his personal experience reviewing excessive purchase reports, providing guidance to registrants about DEA's suspicious order monitoring and reporting expectations, and approving registrant's suspicious order monitoring systems. (Hereinafter "2 - Personal experience") |
| 7/11/2019 | 23 | 16 | 23 | 20 | Response: 2 - Personal experience; and question understandable to the witness |
| 7/11/2019 | 35 | 4 | 41 | 11 | Response: 1 - DEA understanding and practice; 2 - Personal experience; Testimony is also covered by DOJ's authorization of witness's testimony regarding "Your general employment history with the DEA; "Your general duties in your various positions held in DEA"; "Your personal recollection of your communications with DEA registrants about what makes an order 'suspicious' under 21 CFR 1301.74, including communications at distributor initiative meetings and at industry conferences;" "Your personal recollection of advice you provided third-parties regarding registrants' obligation to monitor orders placed with third-party registrants, including the use of chargeback data;" "Your personal recollection regarding the nature of ARCOS and CSOS data and how registrants submitted the data to DEA historically"; "Your personal recollection of DEA's general practices and procedures relating to processing and analyzing ARCOS data;" "Your personal recollection of any information publicly disclosed by the United States regarding enforcement actions taken by DEA against any Track 1 defendant;" and "Your personal recollection regarding 'DEA's interpretation and enforcement of, and practices related to 21 USC 823 and 21 CFR 1301.74' and 'DEA's interpretation, enforcement, and practices regarding the obligation to monitor orders' to the extent covered by the foregoing authorized specific topics" (hereinafter "3 - Authorized as personal recollection); and Touhy authorization is not required for questions relating to information learned outside of witness's employment with DEA (hereinafter "4 - No authorization required"). |
| 7/11/2019 | 53 | 7 | 53 | 17 | Response: 1 - DEA understanding and practice; 2 - Personal experience; 3 - Authorized; and question understandable to the witness |
| 7/11/2019 | 73 | 1 | 73 | 14 | Response: 1 - DEA understanding and practice; 3 - Authorized as personal recollection and/or 4 - No authorization required |
| 7/11/2019 | 73 | 22 | 74 | 8 | Response: 1 - DEA understanding and practice; 3 - Authorized as personal recollection |
| 7/11/2019 | 75 | 23 | 76 | 3 | Response: 1 - DEA understanding and practice; 3 - Authorized and/or 4 - No authorization required |
| 7/11/2019 | 77 | 1 | 77 | 7 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 77 | 13 | 77 | 24 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 80 | 14 | 84 | 16 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 85 | 5 | 85 | 11 | Response: 1 - DEA understanding and practice; 3 - Authorized as personal recollection |
| 7/11/2019 | 87 | 2 | 87 | 15 | Response: 1 - DEA understanding and practice; 2 - Personal experience; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 87 | 21 | 88 | 2 | Response: 1 - DEA understanding and practice; 2 - Personal experience; 3 - Authorized; question understandable to the witness |

| | \multicolumn{5}{c}{RESPONSES FOR MICHAEL MAPES} |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 7/11/2019 | 89 | 25 | 90 | 14 | Response: 1 - DEA understanding and practice; 2 - Personal experience; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 91 | 8 | 91 | 12 | Response: 1 - DEA understanding and practice; 2 - Personal experience; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 92 | 13 | 92 | 25 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 94 | 22 | 96 | 22 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 97 | 25 | 98 | 13 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 98 | 19 | 98 | 24 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 102 | 4 | 102 | 12 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; question understandable to the witness |
| 7/11/2019 | 103 | 6 | 104 | 7 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 125 | 3 | 135 | 6 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 139 | 22 | 149 | 12 | Response: 1 - DEA understanding and practice; 3 - Authorized as personal recollection and/or 4 - No authorization required |
| 7/11/2019 | 146 | 11 | 146 | 20 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 148 | 21 | 149 | 16 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 151 | 7 | 153 | 15 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 166 | 5 | 166 | 17 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 167 | 18 | 168 | 2 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 172 | 7 | 172 | 14 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 178 | 11 | 179 | 9 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 181 | 1 | 181 | 13 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 181 | 4 | 182 | 14 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 183 | 23 | 184 | 12 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 188 | 14 | 189 | 2 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 197 | 14 | 198 | 12 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 203 | 25 | 205 | 11 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 208 | 11 | 210 | 16 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 214 | 10 | 214 | 17 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 215 | 16 | 216 | 2 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 5 - Perspective and common understanding; question understandable to the witness |
| 7/11/2019 | 216 | 10 | 217 | 1 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 218 | 7 | 218 | 23 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 219 | 22 | 220 | 5 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 221 | 13 | 221 | 21 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 222 | 16 | 224 | 24 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |

| | | | | | |
|---|---|---|---|---|---|
| | | | RESPONSES FOR MICHAEL MAPES | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 7/11/2019 | 224 | 21 | 227 | 2 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 227 | 3 | 232 | 20 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 235 | 21 | 236 | 4 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 5 - Perspective and understanding; question understandable to the witness |
| 7/11/2019 | 239 | 2 | 239 | 16 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 240 | 6 | 240 | 16 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 240 | 18 | 248 | 15 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; 5 - Perspective and common understanding; question understandable to the witness |
| 7/11/2019 | 249 | 11 | 250 | 10 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 265 | 10 | 266 | 20 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 267 | 2 | 268 | 1 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 268 | 14 | 268 | 19 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 276 | 2 | 276 | 22 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized; question understandable to the witness |
| 7/11/2019 | 277 | 24 | 278 | 11 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 280 | 13 | 281 | 1 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection; question understandable to the witness |
| 7/11/2019 | 283 | 9 | 283 | 18 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/11/2019 | 283 | 20 | 284 | 3 | Response: 1 - DEA understanding and practice; 2 - Personal experience ; 3 - Authorized as personal recollection and/or 4 - No authorization required; question understandable to the witness |
| 7/12/2019 | 324 | 11 | 324 | 11 | Response: Testimony is not duplicative or cumulative of other designations. Mr. Mapes's specific career path gives him a different perspective on the central issues of this case than other witnesses. In addition, to the extent multiple DEA witnesses testified along similar lines on the issues central to this case, that is relevant to show that those witnesses shared a common understanding of DEA's interpretation and enforcement of the suspicious order monitoring regulation, rather than an outlier view, which is, in turn, relevant to defendants' scienter. (Hereinafter "5 - Unique perspective and common understanding") |
| 7/12/2019 | 324 | 12 | 324 | 12 | Response: Testimony is relevant to DEA's policy on suspicious order monitoring and reporting which are central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation - including "whether DEA investigators view [monthly ILRs and Excessive Order Reports] as compliant with the CSA," whether DEA accepted certain defendants' reporting as compliant, whether "DEA imposed a no-ship requirement," and whether DEA changed its interpretation of the law are "material facts in dispute that must be resolved by a jury." See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. #2483], at 28-29. Testimony is also relevant to scienter, an element of each of plaintiffs' claims and a requirement for punitive damages." (Hereinafter "1 - DEA understanding and practice"). In addition, questions ask for witness's personal understanding of DEA's suspicious order reporting policy and guidance, which he developed during his career at DEA. Witness testified extensively about his personal experience reviewing excessive purchase reports, providing guidance to registrants about DEA's suspicious order monitoring and reporting expectations, and approving registrant's suspicious order monitoring systems. (Hereinafter "2 - Personal experience" |

| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **NOTES** |
|---|---|---|---|---|---|
| | | | | | **RESPONSES FOR MICHAEL MAPES** |
| 7/12/2019 | 525 | 19 | 530 | 17 | Response: 1 - DEA understanding and practice; 2 - Personal experience; question understandable to the witness; testimony is also covered by DOJ's authorization of witness's testimony regarding "Your general duties in your various positions held in DEA"; "Your personal recollection of your practices and procedures relating to ARCOS data and suspicious order reports"; and "Your personal recollection regarding 'DEA's interpretation and enforcement of, and practices related to 21 USC 823 and 21 CFR 1301.74' to the extent covered by the foregoing authorized specific topics" (hereinafter "3 - Authorized as personal recollection); and Touhy authorization is not required for questions relating to information learned outside of witness's employment with DEA (hereinafter "4 - No authorization required"). |

**Response Key for Michael Mapes**

1 - DEA understanding and practice (Relevance): Testimony is relevant to DEA's policy on suspicious order monitoring and reporting which are central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation - including ""whether DEA investigators view [monthly ILRs and Excessive Order Reports] as compliant with the CSA,"" whether DEA accepted certain defendants' reporting as compliant, whether ""DEA imposed a no-ship requirement,"" and whether DEA changed its interpretation of the law are ""material facts in dispute that must be resolved by a jury."" See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. #2483], at 28-29. Testimony is also relevant to scienter, an element of each of plaintiffs' claims and a requirement for punitive damages.""

2 - Personal experience (Foundation and Speculation): Questions ask for witness's personal understanding of DEA's suspicious order reporting policy and guidance, which he developed during his career at DEA. Witness testified extensively about his personal experience reviewing excessive purchase reports, providing guidance to registrants about DEA's suspicious order monitoring and reporting expectations, and approving registrant's suspicious order monitoring systems.

3 - Authorized as personal recollection (Scope): Testimony is also covered by DOJ's authorization of witness's testimony regarding ""Your general employment history with the DEA; ""Your general duties in your various positions held in DEA""; ""Your personal recollection of your communications with DEA registrants about what makes an order 'suspicious' under 21 CFR 1301.74, including communications at distributor initiative meetings and at industry conferences;"" ""Your personal recollection of advice you provided third-parties regarding registrants' obligation to monitor orders placed with third-party registrants, including the use of chargeback data;"" ""Your personal recollection regarding the nature of ARCOS and CSOS data and how registrants submitted the data to DEA historically""; ""Your personal recollection of DEA's general practices and procedures relating to processing and analyzing ARCOS data;"" ""Your personal recollection of any information publicly disclosed by the United States regarding enforcement actions taken by DEA against any Track 1 defendant;"" and ""Your personal recollection regarding 'DEA's interpretation and enforcement of, and practices related to 21 USC 823 and 21 CFR 1301.74' and 'DEA's interpretation, enforcement, and practices regarding the obligation to monitor orders' to the extent covered by the foregoing authorized specific topics.""

4 - No authorization required (Scope): Touhy authorization is not required for questions relating to information learned outside of witness's employment with DEA.

5 - Unique perspective and common understanding (Duplicative / Cumulative): Testimony is not duplicative or cumulative of other designations. Mr. Mapes's specific career path gives him a different perspective on the central issues of this case than other witnesses. In addition, to the extent multiple DEA witnesses testified along similar lines on the issues central to this case, that is relevant to show that those witnesses shared a common understanding of DEA's interpretation

and enforcement of the suspicious order monitoring regulation, rather than an outlier view, which is, in turn, relevant to defendants' scienter.