# EXHIBIT A

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN ||||
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 21 | 1 | 21 | 2 |
| 4/3/2019 | All Def Affirm | 22 | 25 | 22 | 25 |
| 4/3/2019 | All Def Affirm | 23 | 1 | 23 | 4 |
| 4/3/2019 | All Def Affirm | 23 | 8 | 23 | 8 |
| 4/3/2019 | All Def Affirm | 26 | 10 | 27 | 8 |
| 4/3/2019 | All Def Affirm | 27 | 10 | 27 | 15 |
| 4/3/2019 | All Def Affirm | 31 | 12 | 31 | 19 |
| 4/3/2019 | All Def Affirm | 31 | 23 | 32 | 9 |
| 4/3/2019 | All Def Affirm | 33 | 9 | 33 | 13 |
| 4/3/2019 | All Def Affirm | 35 | 15 | 35 | 20 |
| 4/3/2019 | All Def Affirm | 35 | 24 | 36 | 2 |
| 4/3/2019 | All Def Affirm | 36 | 6 | 36 | 19 |
| 4/3/2019 | All Def Affirm | 37 | 1 | 37 | 9 |
| 4/3/2019 | All Def Affirm | 37 | 11 | 37 | 11 |
| 4/3/2019 | All Def Affirm | 38 | 3 | 38 | 6 |
| 4/3/2019 | All Def Affirm | 38 | 9 | 38 | 13 |
| 4/3/2019 | All Def Affirm | 41 | 6 | 41 | 17 |
| 4/3/2019 | All Def Affirm | 41 | 24 | 41 | 25 |
| 4/3/2019 | All Def Affirm | 43 | 24 | 44 | 1 |
| 4/3/2019 | All Def Affirm | 44 | 6 | 44 | 10 |
| 4/3/2019 | All Def Affirm | 44 | 13 | 44 | 13 |
| 4/3/2019 | All Def Affirm | 44 | 14 | 44 | 25 |
| 4/3/2019 | All Def Affirm | 45 | 1 | 45 | 2 |
| 4/3/2019 | All Def Affirm | 45 | 3 | 45 | 5 |
| 4/3/2019 | All Def Affirm | 45 | 6 | 45 | 12 |
| 4/3/2019 | All Def Affirm | 46 | 7 | 46 | 11 |
| 4/3/2019 | All Def Affirm | 46 | 14 | 46 | 14 |
| 4/3/2019 | All Def Affirm | 46 | 15 | 46 | 17 |
| 4/3/2019 | All Def Affirm | 46 | 18 | 46 | 23 |
| 4/3/2019 | All Def Affirm | 46 | 18 | 46 | 23 |
| 4/3/2019 | All Def Affirm | 46 | 18 | 46 | 23 |
| 4/3/2019 | All Def Affirm | 47 | 15 | 47 | 17 |
| 4/3/2019 | All Def Affirm | 49 | 24 | 50 | 2 |
| 4/3/2019 | All Def Affirm | 52 | 15 | 52 | 22 |
| 4/3/2019 | All Def Affirm | 54 | 3 | 54 | 4 |
| 4/3/2019 | All Def Affirm | 54 | 16 | 54 | 21 |
| 4/3/2019 | All Def Affirm | 54 | 24 | 55 | 17 |
| 4/3/2019 | All Def Affirm | 55 | 21 | 56 | 1 |
| 4/3/2019 | All Def Affirm | 58 | 7 | 58 | 21 |
| 4/3/2019 | All Def Affirm | 59 | 4 | 59 | 4 |
| 4/3/2019 | All Def Affirm | 59 | 5 | 59 | 12 |
| 4/3/2019 | All Def Affirm | 59 | 13 | 59 | 19 |
| 4/3/2019 | All Def Affirm | 60 | 2 | 60 | 8 |
| 4/3/2019 | All Def Affirm | 60 | 10 | 60 | 13 |
| 4/3/2019 | All Def Affirm | 60 | 16 | 60 | 19 |
| 4/3/2019 | All Def Affirm | 61 | 6 | 61 | 14 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 61 | 17 | 61 | 17 |
| 4/3/2019 | All Def Affirm | 61 | 18 | 61 | 23 |
| 4/3/2019 | All Def Affirm | 62 | 8 | 62 | 14 |
| 4/3/2019 | All Def Affirm | 62 | 15 | 62 | 22 |
| 4/3/2019 | All Def Affirm | 63 | 1 | 63 | 17 |
| 4/3/2019 | All Def Affirm | 64 | 18 | 65 | 6 |
| 4/3/2019 | All Def Affirm | 65 | 15 | 65 | 19 |
| 4/3/2019 | All Def Affirm | 65 | 22 | 66 | 2 |
| 4/3/2019 | All Def Affirm | 66 | 3 | 66 | 5 |
| 4/3/2019 | All Def Affirm | 66 | 9 | 66 | 25 |
| 4/3/2019 | All Def Affirm | 67 | 2 | 67 | 17 |
| 4/3/2019 | All Def Affirm | 67 | 21 | 68 | 7 |
| 4/3/2019 | All Def Affirm | 68 | 9 | 68 | 15 |
| 4/3/2019 | All Def Affirm | 68 | 17 | 68 | 21 |
| 4/3/2019 | All Def Affirm | 69 | 6 | 69 | 8 |
| 4/3/2019 | All Def Affirm | 69 | 16 | 69 | 17 |
| 4/3/2019 | All Def Affirm | 69 | 19 | 69 | 23 |
| 4/3/2019 | All Def Affirm | 76 | 4 | 76 | 14 |
| 4/3/2019 | All Def Affirm | 76 | 20 | 77 | 9 |
| 4/3/2019 | All Def Affirm | 77 | 10 | 77 | 22 |
| 4/3/2019 | All Def Affirm | 77 | 23 | 78 | 5 |
| 4/3/2019 | All Def Affirm | 78 | 7 | 78 | 7 |
| 4/3/2019 | All Def Affirm | 78 | 10 | 78 | 11 |
| 4/3/2019 | All Def Affirm | 81 | 21 | 81 | 24 |
| 4/3/2019 | All Def Affirm | 81 | 25 | 82 | 5 |
| 4/3/2019 | All Def Affirm | 82 | 7 | 82 | 13 |
| 4/3/2019 | All Def Affirm | 82 | 18 | 82 | 22 |
| 4/3/2019 | All Def Affirm | 82 | 25 | 83 | 5 |
| 4/3/2019 | All Def Affirm | 83 | 8 | 83 | 12 |
| 4/3/2019 | All Def Affirm | 83 | 14 | 83 | 23 |
| 4/3/2019 | All Def Affirm | 84 | 1 | 84 | 1 |
| 4/3/2019 | All Def Affirm | 84 | 15 | 84 | 20 |
| 4/3/2019 | All Def Affirm | 84 | 23 | 84 | 25 |
| 4/3/2019 | All Def Affirm | 85 | 10 | 85 | 14 |
| 4/3/2019 | All Def Affirm | 85 | 17 | 85 | 19 |
| 4/3/2019 | All Def Affirm | 85 | 20 | 85 | 23 |
| 4/3/2019 | All Def Affirm | 86 | 1 | 86 | 7 |
| 4/3/2019 | All Def Affirm | 89 | 9 | 89 | 16 |
| 4/3/2019 | All Def Affirm | 89 | 17 | 89 | 18 |
| 4/3/2019 | All Def Affirm | 89 | 20 | 89 | 20 |
| 4/3/2019 | All Def Affirm | 90 | 4 | 90 | 21 |
| 4/3/2019 | All Def Affirm | 91 | 15 | 91 | 25 |
| 4/3/2019 | All Def Affirm | 92 | 13 | 92 | 16 |
| 4/3/2019 | All Def Affirm | 92 | 18 | 93 | 2 |
| 4/3/2019 | All Def Affirm | 93 | 11 | 93 | 14 |
| 4/3/2019 | All Def Affirm | 95 | 14 | 95 | 16 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN ||||||
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 96 | 1 | 96 | 5 |
| 4/3/2019 | All Def Affirm | 96 | 9 | 96 | 12 |
| 4/3/2019 | All Def Affirm | 96 | 17 | 96 | 21 |
| 4/3/2019 | All Def Affirm | 96 | 25 | 97 | 3 |
| 4/3/2019 | All Def Affirm | 97 | 7 | 97 | 24 |
| 4/3/2019 | All Def Affirm | 98 | 8 | 98 | 13 |
| 4/3/2019 | All Def Affirm | 98 | 16 | 99 | 1 |
| 4/3/2019 | All Def Affirm | 99 | 3 | 99 | 24 |
| 4/3/2019 | All Def Affirm | 100 | 4 | 100 | 8 |
| 4/3/2019 | All Def Affirm | 100 | 13 | 100 | 24 |
| 4/3/2019 | All Def Affirm | 101 | 1 | 101 | 1 |
| 4/3/2019 | All Def Affirm | 102 | 8 | 102 | 12 |
| 4/3/2019 | All Def Affirm | 102 | 19 | 102 | 19 |
| 4/3/2019 | All Def Affirm | 103 | 20 | 103 | 23 |
| 4/3/2019 | All Def Affirm | 104 | 2 | 104 | 5 |
| 4/3/2019 | All Def Affirm | 104 | 10 | 104 | 10 |
| 4/3/2019 | All Def Affirm | 104 | 19 | 104 | 21 |
| 4/3/2019 | All Def Affirm | 105 | 3 | 105 | 4 |
| 4/3/2019 | All Def Affirm | 105 | 13 | 105 | 18 |
| 4/3/2019 | All Def Affirm | 106 | 3 | 106 | 8 |
| 4/3/2019 | All Def Affirm | 106 | 11 | 106 | 13 |
| 4/3/2019 | All Def Affirm | 109 | 9 | 110 | 8 |
| 4/3/2019 | All Def Affirm | 111 | 12 | 111 | 21 |
| 4/3/2019 | All Def Affirm | 111 | 23 | 111 | 25 |
| 4/3/2019 | All Def Affirm | 113 | 22 | 114 | 2 |
| 4/3/2019 | All Def Affirm | 114 | 4 | 114 | 9 |
| 4/3/2019 | All Def Affirm | 120 | 18 | 120 | 20 |
| 4/3/2019 | All Def Affirm | 121 | 6 | 121 | 6 |
| 4/3/2019 | All Def Affirm | 131 | 17 | 131 | 25 |
| 4/3/2019 | All Def Affirm | 132 | 1 | 132 | 2 |
| 4/3/2019 | All Def Affirm | 132 | 9 | 132 | 10 |
| 4/3/2019 | All Def Affirm | 132 | 11 | 132 | 22 |
| 4/3/2019 | All Def Affirm | 132 | 24 | 133 | 15 |
| 4/3/2019 | All Def Affirm | 133 | 17 | 133 | 21 |
| 4/3/2019 | All Def Affirm | 133 | 24 | 133 | 24 |
| 4/3/2019 | All Def Affirm | 134 | 9 | 134 | 12 |
| 4/3/2019 | All Def Affirm | 134 | 22 | 134 | 23 |
| 4/3/2019 | All Def Affirm | 138 | 2 | 138 | 5 |
| 4/3/2019 | All Def Affirm | 138 | 10 | 138 | 15 |
| 4/3/2019 | All Def Affirm | 138 | 17 | 138 | 19 |
| 4/3/2019 | All Def Affirm | 138 | 20 | 138 | 24 |
| 4/3/2019 | All Def Affirm | 139 | 2 | 139 | 3 |
| 4/3/2019 | All Def Affirm | 141 | 4 | 141 | 7 |
| 4/3/2019 | All Def Affirm | 141 | 12 | 141 | 15 |
| 4/3/2019 | All Def Affirm | 141 | 24 | 142 | 2 |
| 4/3/2019 | All Def Affirm | 142 | 5 | 142 | 5 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 142 | 10 | 142 | 13 |
| 4/3/2019 | All Def Affirm | 142 | 18 | 142 | 20 |
| 4/3/2019 | All Def Affirm | 142 | 23 | 143 | 3 |
| 4/3/2019 | All Def Affirm | 143 | 4 | 143 | 6 |
| 4/3/2019 | All Def Affirm | 143 | 10 | 143 | 14 |
| 4/3/2019 | All Def Affirm | 143 | 18 | 143 | 18 |
| 4/3/2019 | All Def Affirm | 146 | 7 | 146 | 16 |
| 4/3/2019 | All Def Affirm | 146 | 23 | 147 | 9 |
| 4/3/2019 | All Def Affirm | 147 | 11 | 147 | 21 |
| 4/3/2019 | All Def Affirm | 147 | 24 | 148 | 13 |
| 4/3/2019 | All Def Affirm | 148 | 15 | 148 | 15 |
| 4/3/2019 | All Def Affirm | 150 | 12 | 150 | 17 |
| 4/3/2019 | All Def Affirm | 150 | 20 | 150 | 20 |
| 4/3/2019 | All Def Affirm | 160 | 17 | 160 | 22 |
| 4/3/2019 | All Def Affirm | 160 | 25 | 160 | 25 |
| 4/3/2019 | All Def Affirm | 161 | 1 | 161 | 11 |
| 4/3/2019 | All Def Affirm | 161 | 14 | 161 | 18 |
| 4/3/2019 | All Def Affirm | 161 | 20 | 162 | 6 |
| 4/3/2019 | All Def Affirm | 162 | 11 | 163 | 7 |
| 4/3/2019 | All Def Affirm | 163 | 8 | 163 | 15 |
| 4/3/2019 | All Def Affirm | 163 | 16 | 163 | 18 |
| 4/3/2019 | All Def Affirm | 163 | 24 | 164 | 7 |
| 4/3/2019 | All Def Affirm | 164 | 20 | 164 | 24 |
| 4/3/2019 | All Def Affirm | 168 | 21 | 169 | 5 |
| 4/3/2019 | All Def Affirm | 169 | 8 | 169 | 13 |
| 4/3/2019 | All Def Affirm | 169 | 16 | 169 | 19 |
| 4/3/2019 | All Def Affirm | 170 | 5 | 170 | 5 |
| 4/3/2019 | All Def Affirm | 170 | 19 | 171 | 3 |
| 4/3/2019 | All Def Affirm | 171 | 14 | 171 | 16 |
| 4/3/2019 | All Def Affirm | 172 | 5 | 172 | 9 |
| 4/3/2019 | All Def Affirm | 172 | 13 | 172 | 17 |
| 4/3/2019 | All Def Affirm | 172 | 20 | 172 | 20 |
| 4/3/2019 | All Def Affirm | 172 | 21 | 173 | 2 |
| 4/3/2019 | All Def Affirm | 178 | 23 | 179 | 6 |
| 4/3/2019 | All Def Affirm | 179 | 13 | 180 | 1 |
| 4/3/2019 | All Def Affirm | 180 | 5 | 180 | 7 |
| 4/3/2019 | All Def Affirm | 181 | 13 | 181 | 18 |
| 4/3/2019 | All Def Affirm | 181 | 24 | 181 | 25 |
| 4/3/2019 | All Def Affirm | 182 | 1 | 182 | 9 |
| 4/3/2019 | All Def Affirm | 182 | 23 | 183 | 2 |
| 4/3/2019 | All Def Affirm | 183 | 4 | 183 | 4 |
| 4/3/2019 | All Def Affirm | 184 | 6 | 184 | 23 |
| 4/3/2019 | All Def Affirm | 185 | 23 | 185 | 24 |
| 4/3/2019 | All Def Affirm | 186 | 1 | 186 | 2 |
| 4/3/2019 | All Def Affirm | 186 | 10 | 186 | 13 |
| 4/3/2019 | All Def Affirm | 186 | 18 | 186 | 19 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 188 | 2 | 188 | 11 |
| 4/3/2019 | All Def Affirm | 190 | 9 | 190 | 11 |
| 4/3/2019 | All Def Affirm | 190 | 12 | 190 | 21 |
| 4/3/2019 | All Def Affirm | 191 | 1 | 191 | 4 |
| 4/3/2019 | All Def Affirm | 191 | 7 | 191 | 7 |
| 4/3/2019 | All Def Affirm | 191 | 8 | 191 | 11 |
| 4/3/2019 | All Def Affirm | 191 | 12 | 191 | 14 |
| 4/3/2019 | All Def Affirm | 191 | 20 | 192 | 10 |
| 4/3/2019 | All Def Affirm | 192 | 14 | 192 | 19 |
| 4/3/2019 | All Def Affirm | 192 | 22 | 192 | 22 |
| 4/3/2019 | All Def Affirm | 192 | 23 | 192 | 25 |
| 4/3/2019 | All Def Affirm | 193 | 1 | 193 | 2 |
| 4/3/2019 | All Def Affirm | 193 | 7 | 193 | 14 |
| 4/3/2019 | All Def Affirm | 193 | 16 | 193 | 21 |
| 4/3/2019 | All Def Affirm | 193 | 25 | 194 | 5 |
| 4/3/2019 | All Def Affirm | 194 | 15 | 194 | 17 |
| 4/3/2019 | All Def Affirm | 196 | 10 | 196 | 14 |
| 4/3/2019 | All Def Affirm | 196 | 18 | 196 | 19 |
| 4/3/2019 | All Def Affirm | 197 | 16 | 197 | 19 |
| 4/3/2019 | All Def Affirm | 197 | 20 | 197 | 21 |
| 4/3/2019 | All Def Affirm | 197 | 23 | 197 | 23 |
| 4/3/2019 | All Def Affirm | 197 | 24 | 197 | 25 |
| 4/3/2019 | All Def Affirm | 198 | 2 | 198 | 4 |
| 4/3/2019 | All Def Affirm | 198 | 7 | 198 | 7 |
| 4/3/2019 | All Def Affirm | 204 | 22 | 204 | 23 |
| 4/3/2019 | All Def Affirm | 205 | 5 | 205 | 7 |
| 4/3/2019 | All Def Affirm | 205 | 15 | 205 | 18 |
| 4/3/2019 | All Def Affirm | 205 | 22 | 205 | 22 |
| 4/3/2019 | All Def Affirm | 207 | 3 | 207 | 5 |
| 4/3/2019 | All Def Affirm | 207 | 8 | 207 | 8 |
| 4/3/2019 | All Def Affirm | 208 | 8 | 208 | 17 |
| 4/3/2019 | All Def Affirm | 208 | 25 | 209 | 3 |
| 4/3/2019 | All Def Affirm | 209 | 7 | 209 | 7 |
| 4/3/2019 | All Def Affirm | 210 | 2 | 210 | 3 |
| 4/3/2019 | All Def Affirm | 210 | 6 | 210 | 14 |
| 4/3/2019 | All Def Affirm | 210 | 20 | 210 | 23 |
| 4/3/2019 | All Def Affirm | 211 | 1 | 211 | 5 |
| 4/3/2019 | All Def Affirm | 211 | 9 | 211 | 14 |
| 4/3/2019 | All Def Affirm | 211 | 16 | 211 | 25 |
| 4/3/2019 | All Def Affirm | 212 | 5 | 212 | 19 |
| 4/3/2019 | All Def Affirm | 212 | 23 | 213 | 4 |
| 4/3/2019 | All Def Affirm | 213 | 6 | 213 | 8 |
| 4/3/2019 | All Def Affirm | 213 | 18 | 213 | 24 |
| 4/3/2019 | All Def Affirm | 214 | 3 | 214 | 9 |
| 4/3/2019 | All Def Affirm | 214 | 12 | 214 | 13 |
| 4/3/2019 | All Def Affirm | 214 | 18 | 214 | 19 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN |||||
|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 215 | 11 | 215 | 19 |
| 4/3/2019 | All Def Affirm | 215 | 22 | 215 | 22 |
| 4/3/2019 | All Def Affirm | 216 | 2 | 216 | 9 |
| 4/3/2019 | All Def Affirm | 216 | 11 | 216 | 24 |
| 4/3/2019 | All Def Affirm | 217 | 10 | 217 | 19 |
| 4/3/2019 | All Def Affirm | 218 | 2 | 218 | 5 |
| 4/3/2019 | All Def Affirm | 218 | 11 | 218 | 18 |
| 4/3/2019 | All Def Affirm | 218 | 20 | 218 | 25 |
| 4/3/2019 | All Def Affirm | 219 | 3 | 219 | 7 |
| 4/3/2019 | All Def Affirm | 219 | 13 | 219 | 13 |
| 4/3/2019 | All Def Affirm | 220 | 18 | 220 | 20 |
| 4/3/2019 | All Def Affirm | 221 | 1 | 221 | 3 |
| 4/3/2019 | All Def Affirm | 221 | 9 | 221 | 11 |
| 4/3/2019 | All Def Affirm | 221 | 14 | 221 | 16 |
| 4/3/2019 | All Def Affirm | 221 | 23 | 221 | 25 |
| 4/3/2019 | All Def Affirm | 222 | 5 | 222 | 7 |
| 4/3/2019 | All Def Affirm | 222 | 12 | 222 | 15 |
| 4/3/2019 | All Def Affirm | 222 | 21 | 222 | 24 |
| 4/3/2019 | All Def Affirm | 223 | 7 | 223 | 15 |
| 4/3/2019 | All Def Affirm | 223 | 21 | 223 | 23 |
| 4/3/2019 | All Def Affirm | 223 | 25 | 224 | 12 |
| 4/3/2019 | All Def Affirm | 224 | 16 | 224 | 24 |
| 4/3/2019 | All Def Affirm | 225 | 4 | 225 | 7 |
| 4/3/2019 | All Def Affirm | 225 | 12 | 225 | 12 |
| 4/3/2019 | All Def Affirm | 225 | 21 | 226 | 12 |
| 4/3/2019 | All Def Affirm | 227 | 3 | 227 | 15 |
| 4/3/2019 | All Def Affirm | 227 | 16 | 227 | 18 |
| 4/3/2019 | All Def Affirm | 227 | 25 | 228 | 5 |
| 4/3/2019 | All Def Affirm | 228 | 8 | 228 | 11 |
| 4/3/2019 | All Def Affirm | 228 | 21 | 229 | 11 |
| 4/3/2019 | All Def Affirm | 230 | 6 | 230 | 11 |
| 4/3/2019 | All Def Affirm | 230 | 12 | 230 | 13 |
| 4/3/2019 | All Def Affirm | 230 | 21 | 230 | 25 |
| 4/3/2019 | All Def Affirm | 231 | 21 | 232 | 16 |
| 4/3/2019 | All Def Affirm | 233 | 20 | 234 | 15 |
| 4/3/2019 | All Def Affirm | 235 | 3 | 235 | 5 |
| 4/3/2019 | All Def Affirm | 235 | 8 | 235 | 10 |
| 4/3/2019 | All Def Affirm | 235 | 14 | 235 | 23 |
| 4/3/2019 | All Def Affirm | 236 | 10 | 236 | 15 |
| 4/3/2019 | All Def Affirm | 236 | 25 | 236 | 25 |
| 4/3/2019 | All Def Affirm | 237 | 17 | 237 | 19 |
| 4/3/2019 | All Def Affirm | 238 | 2 | 238 | 5 |
| 4/3/2019 | Endo Affirm | 240 | 14 | 240 | 18 |
| 4/3/2019 | All Def Affirm | 243 | 6 | 243 | 14 |
| 4/3/2019 | All Def Affirm | 243 | 22 | 244 | 8 |
| 4/3/2019 | All Def Affirm | 245 | 4 | 245 | 8 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 245 | 13 | 245 | 15 |
| 4/3/2019 | All Def Affirm | 246 | 11 | 246 | 14 |
| 4/3/2019 | All Def Affirm | 246 | 18 | 246 | 25 |
| 4/3/2019 | All Def Affirm | 247 | 7 | 247 | 12 |
| 4/3/2019 | All Def Affirm | 247 | 15 | 248 | 16 |
| 4/3/2019 | All Def Affirm | 248 | 19 | 248 | 24 |
| 4/3/2019 | All Def Affirm | 249 | 1 | 249 | 17 |
| 4/3/2019 | All Def Affirm | 249 | 19 | 249 | 22 |
| 4/3/2019 | All Def Affirm | 249 | 24 | 250 | 12 |
| 4/3/2019 | All Def Affirm | 251 | 2 | 251 | 3 |
| 4/3/2019 | All Def Affirm | 251 | 5 | 251 | 13 |
| 4/3/2019 | All Def Affirm | 252 | 6 | 252 | 8 |
| 4/3/2019 | All Def Affirm | 252 | 17 | 252 | 18 |
| 4/3/2019 | All Def Affirm | 256 | 18 | 257 | 21 |
| 4/3/2019 | Janssen Affirm | 290 | 11 | 290 | 25 |
| 4/3/2019 | Endo Affirm | 290 | 11 | 290 | 25 |
| 4/3/2019 | All Def Affirm | 290 | 11 | 291 | 4 |
| 4/3/2019 | Janssen Affirm | 291 | 1 | 291 | 4 |
| 4/3/2019 | Endo Affirm | 291 | 1 | 291 | 4 |
| 4/3/2019 | All Def Affirm | 291 | 19 | 291 | 22 |
| 4/3/2019 | All Def Affirm | 291 | 24 | 291 | 25 |
| 4/3/2019 | All Def Affirm | 304 | 21 | 305 | 7 |
| 4/3/2019 | All Def Affirm | 305 | 8 | 305 | 14 |
| 4/3/2019 | All Def Affirm | 305 | 16 | 305 | 17 |
| 4/3/2019 | All Def Affirm | 306 | 14 | 306 | 25 |
| 4/3/2019 | All Def Affirm | 307 | 22 | 308 | 1 |
| 4/3/2019 | All Def Affirm | 308 | 2 | 308 | 12 |
| 4/3/2019 | All Def Affirm | 308 | 16 | 308 | 16 |
| 4/3/2019 | All Def Affirm | 312 | 18 | 313 | 5 |
| 4/3/2019 | All Def Affirm | 313 | 9 | 313 | 9 |
| 4/3/2019 | All Def Affirm | 315 | 22 | 316 | 4 |
| 4/3/2019 | All Def Affirm | 320 | 8 | 322 | 1 |
| 4/3/2019 | All Def Affirm | 323 | 10 | 324 | 21 |
| 4/3/2019 | All Def Affirm | 325 | 6 | 325 | 10 |
| 4/3/2019 | All Def Affirm | 326 | 2 | 326 | 9 |
| 4/3/2019 | All Def Affirm | 326 | 11 | 326 | 15 |
| 4/3/2019 | All Def Affirm | 329 | 5 | 329 | 24 |
| 4/3/2019 | All Def Affirm | 330 | 18 | 330 | 22 |
| 4/3/2019 | All Def Affirm | 331 | 5 | 331 | 6 |
| 4/3/2019 | All Def Affirm | 332 | 21 | 333 | 20 |
| 4/3/2019 | All Def Affirm | 333 | 22 | 334 | 10 |
| 4/3/2019 | All Def Affirm | 334 | 18 | 334 | 22 |
| 4/3/2019 | All Def Affirm | 334 | 25 | 335 | 7 |
| 4/3/2019 | All Def Affirm | 335 | 10 | 335 | 13 |
| 4/3/2019 | All Def Affirm | 335 | 15 | 335 | 15 |
| 4/3/2019 | All Def Affirm | 335 | 16 | 336 | 3 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/3/2019 | All Def Affirm | 336 | 5 | 336 | 10 |
| 4/3/2019 | All Def Affirm | 336 | 13 | 336 | 13 |

| PLAINTIFFS' OBJECTIONS TO KEITH MARTIN DEPOSITION DESIGNATIONS ||||| 
|---|---|---|---|---|
| **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection** |
| 65 | 22 | 66 | 2 | FRE 403; Speculation; Lack of Foundation |
| 82 | 20 | 82 | 22 | Objection to Form |
| 83 | 3 | 83 | 5 | Objection to Form |
| 85 | 10 | 85 | 14 | FRE 403; Vague; Misleading; Argumentative |
| 85 | 17 | 85 | 19 | FRE 403; Vague; Misleading; Argumentative |
| 85 | 20 | 85 | 23 | FRE 403; Vague; Misleading; Argumentative |
| 86 | 1 | 86 | 3 | FRE 403; Vague; Misleading; Argumentative |
| 95 | 14 | 95 | 16 | FRE 403; Speculation; Lack of Foundation |
| 96 | 1 | 96 | 5 | FRE 403; Speculation; Lack of Foundation |
| 96 | 9 | 96 | 12 | FRE 403; Speculation; Lack of Foundation |
| 96 | 17 | 96 | 21 | FRE 403; Speculation; Lack of Foundation |
| 96 | 25 | 96 | 25 | FRE 403; Speculation; Lack of Foundation |
| 98 | 22 | 99 | 1 | FRE 403; Not CT1 Evidence |
| 99 | 3 | 99 | 13 | FRE 403; Irrelevant; Not CT1 Evidence |
| 100 | 20 | 100 | 24 | FRE 403; Irrelevant; Not CT1 Evidence |
| 101 | 1 | 101 | 1 | FRE 403; Irrelevant; Not CT1 Evidence |
| 102 | 8 | 102 | 12 | FRE 403; Irrelevant; Not CT1 Evidence |
| 102 | 19 | 102 | 19 | FRE 403; Irrelevant; Not CT1 Evidence |
| 103 | 20 | 103 | 23 | FRE 403; Speculation; Lack of Foundation |
| 104 | 2 | 104 | 5 | FRE 403; Speculation; Lack of Foundation |
| 104 | 10 | 104 | 10 | FRE 403; Speculation; Lack of Foundation |
| 104 | 19 | 104 | 21 | FRE 403; Irrelevant; Not CT1 Evidence |
| 105 | 3 | 105 | 4 | FRE 403; Irrelevant; Not CT1 Evidence |
| 178 | 23 | 179 | 6 | FRE 403; Incomplete hypothetical; Not CT1 Evidence |
| 179 | 13 | 180 | 1 | FRE 403; Incomplete hypothetical; Not CT1 Evidence |
| 180 | 5 | 180 | 7 | FRE 403; Incomplete hypothetical; Not CT1 Evidence |
| 213 | 1 | 213 | 4 | FRE 403; Vague; Calls for legal conclusion |
| 213 | 6 | 213 | 8 | FRE 403; Vague; Calls for legal conclusion |

| PLAINTIFFS' OBJECTIONS TO KEITH MARTIN DEPOSITION DESIGNATIONS | | | | |
|---|---|---|---|---|
| **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **Objection** |
| 213 | 18 | 213 | 24 | FRE 403; Vague; Calls for legal conclusion |
| 214 | 3 | 214 | 9 | FRE 403; Vague; Calls for legal conclusion |
| 214 | 12 | 214 | 13 | FRE 403; Vague; Calls for legal conclusion |
| 214 | 18 | 214 | 19 | FRE 403; Vague; Calls for legal conclusion |
| 223 | 7 | 223 | 15 | FRE 403; Incomplete hypothetical; Calls for legal conclusion; Lack of Foundation |
| 223 | 21 | 223 | 23 | FRE 403; Incomplete hypothetical; Calls for legal conclusion; Lack of Foundation |
| 223 | 25 | 223 | 25 | FRE 403; Incomplete hypothetical; Calls for legal conclusion; Lack of Foundation |
| 329 | 19 | 329 | 24 | FRE 403 |

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | **NOTES** |
| |  | | | | DEFENDANTS' RESPONSES IN SUPPORT OF AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KEITH MARTIN *See attached response key* |

| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
|---|---|---|---|---|---|
| 4/3/2019 | 65 | 22 | 66 | 2 | Response: 1, 3, 4 |
| 4/3/2019 | 82 | 20 | 82 | 22 | Response: 1, 3, 4 |
| 4/3/2019 | 83 | 3 | 83 | 5 | Response: 1, 3, 4 |
| 4/3/2019 | 85 | 10 | 85 | 14 | Response: 1, 3, 4, 9 |
| 4/3/2019 | 85 | 17 | 85 | 19 | Response: 1, 3, 4, 8, 9 |
| 4/3/2019 | 85 | 20 | 85 | 23 | Response: 1, 3, 4, 9 |
| 4/3/2019 | 86 | 1 | 86 | 3 | Response: 1, 3, 4, 8, 9 |
| 4/3/2019 | 95 | 14 | 95 | 16 | Response: 1, 3, 4 |
| 4/3/2019 | 96 | 1 | 96 | 5 | Response: 1, 3, 4 |
| 4/3/2019 | 96 | 9 | 96 | 12 | Response: 1, 3, 4 |
| 4/3/2019 | 96 | 17 | 96 | 21 | Response: 1, 3, 4 |
| 4/3/2019 | 96 | 25 | 96 | 25 | Response: 1, 3, 4, 8 |
| 4/3/2019 | 98 | 22 | 99 | 1 | Response: 1, 2, 3 |
| 4/3/2019 | 99 | 3 | 99 | 13 | Response: 1, 2, 3, 8 |
| 4/3/2019 | 100 | 20 | 100 | 24 | Response: 1, 2, 3 |
| 4/3/2019 | 101 | 1 | 101 | 1 | Response: 1, 2, 3, 8 |
| 4/3/2019 | 102 | 8 | 102 | 12 | Response: 1, 2, 3, 4 |
| 4/3/2019 | 102 | 19 | 102 | 19 | Response: 1, 2, 3, 4, 8 |
| 4/3/2019 | 103 | 20 | 103 | 23 | Response: 1, 3, 4 |
| 4/3/2019 | 104 | 2 | 104 | 5 | Response: 1, 3, 4, 8 |
| 4/3/2019 | 104 | 10 | 104 | 10 | Response: 1, 3, 4, 8 |
| 4/3/2019 | 104 | 19 | 104 | 21 | Response: 1, 2, 3, 4 |
| 4/3/2019 | 105 | 3 | 105 | 4 | Response: 1, 2, 3, 4, 8 |
| 4/3/2019 | 178 | 23 | 179 | 6 | Response: 1, 2, 3, 4, 10 |
| 4/3/2019 | 179 | 13 | 180 | 1 | Response: 1, 2, 3, 4, 8, 10 |
| 4/3/2019 | 180 | 5 | 180 | 7 | Response: 1, 2, 3, 4, 8, 10 |
| 4/3/2019 | 213 | 1 | 213 | 4 | Response: 1, 3, 7 |
| 4/3/2019 | 213 | 6 | 213 | 8 | Response: 1, 3, 7, 8 |
| 4/3/2019 | 213 | 18 | 213 | 24 | Response: 1, 3, 7, 8 |
| 4/3/2019 | 214 | 3 | 214 | 9 | Response: 1, 3, 4, 7, 8 |
| 4/3/2019 | 214 | 12 | 214 | 13 | Response: 1, 3, 4, 7, 8 |
| 4/3/2019 | 214 | 18 | 214 | 19 | Response: 1, 3, 4, 7, 8 |
| 4/3/2019 | 223 | 7 | 223 | 15 | Response: 1, 3, 4, 7, 8, 10 |
| 4/3/2019 | 223 | 21 | 223 | 23 | Response: 1, 3, 4, 7, 10 |
| 4/3/2019 | 223 | 25 | 223 | 25 | Response: 1, 3, 4, 7, 8, 10 |
| 4/3/2019 | 329 | 19 | 329 | 24 | Response: 1, 3, 4 |

**Defendants' Response Key for Keith Martin**

1) **Relevance (General):** Testimony is relevant to DEA's and certain defendants' efforts to combat diversion of prescription opioid medications and comply with the CSA, which are central issues in this case.  The Court expressly held that "the record is replete with disputes of material fact as to whether each Defendant complied with its obligations under the CSA, which preclude summary judgment."  *See* Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. # 2483], at 20.  The Court further held that DEA's interpretation of the law, assessment of whether certain actions by Defendants complied with the CSA, and enforcement activities (including whether DEA "impose[d] a no-ship requirement") presented "material facts in dispute that must be resolved by a jury." *See id.* at 28–29.  Testimony regarding DEA's own investigatory and enforcement activities (or lack thereof) is also central to issues of proximate causation that must be decided by the jury.

2) **Relevance (CT1 Evidence):**  Though certain plaintiffs and defendants have been severed from the CT1 trial for different reasons, evidence concerning those entities, including DEA's interactions with those entities and assessment of those entities' compliance with the CSA, is nonetheless relevant in assessing DEA's and other defendant's efforts to combat diversion of prescription opioid medications and comply with the CSA, which are central issues in this case.  Such testimony is also central to issues of proximate causation as to remaining defendants, which must be decided by the jury.

3) **Foundation and Speculation:**  Question asks for witness's personal understanding and recollection of DEA's and certain defendants' efforts to combat diversion of prescription opioid medications and comply with the CSA, which are central issues in this case.  Witness testified extensively about his career with DEA and experience working in drug investigations, and was not asked to speculate regarding anyone else's knowledge or understanding besides his own.

4) **Scope (Authorization):** Testimony is covered by DOJ's authorization of witness's testimony regarding "Your general employment history with the DEA"; "Your general duties as Assistant Special Agent in Charge for DEA"; "Your personal recollection of your communications with any representative of Summit County, OH; Akron, OH; Cleveland, OH; and/or Cuyahoga County, OH regarding or relating to prescription opioids"; "Your personal knowledge of the DEA's general involvement with the Summit County, OH Drug Unit"; "Your personal recollection of your communications with any members of the Summit County, OH Drug Unit"; "Your personal knowledge of DEA's general efforts to combat diversion, respond to the Opioid epidemic, and/or form a joint task force to combat the Opioid epidemic in Summit County, OH; Akron, OH; Cleveland, OH; Cuyahoga County, OH; or any township, village, or city within Summit County or Cuyahoga County"; and "Your personal knowledge of DEA's general efforts to investigate any pharmacists, pharmacy interns, doctors or other prescribers in the City of Cleveland, the City of Akron, Cuyahoga County, or Summit County, or any township, village, or city within Summit County or Cuyahoga County, prior to registering them or renewing their registration to lawfully prescribe or dispense controlled substances."

5) **Scope (Touhy):** Scope objection does not apply.  Touhy authorization is not required for questions relating to information learned outside of witness's employment with DEA.

6) **Duplicative/Cumulative:** Testimony is not duplicative or cumulative of other designations from Mr. Martin's testimony.  Nor is Mr. Martin's testimony duplicative or cumulative of any other DEA witness.  His specific career path—having been a Special Agent responsible for drug investigations in multiple cities through 2015, and then moving to Cleveland and assuming the role of Assistant Special Agent in Charge of DEA's Cleveland field office—gives him a different perspective on the central issues of this case than the other DEA fact witnesses.  In addition, to the extent multiple DEA witnesses testified along similar lines on the issues central to this case, that is relevant to show that those witnesses shared a common understanding of DEA's interpretation and enforcement of the suspicious order monitoring regulation, rather than an outlier view, which is, in turn, relevant to defendants' scienter.

7) **Legal Conclusion:** Question does not call for legal conclusion, but rather Mr. Martin's personal understanding and/or knowledge of certain facts that are central to this case, including the source of certain drugs that have caused harm in Summit and Cuyahoga Counties.

8) **Answer**:  Plaintiffs provide no basis to strike answer as non-responsive or for any other reason, and general objection to answer provided by Mr. Martin, based on his own personal understanding and in response to a valid question, is inappropriate.

9) **Argumentative**:  Question is not argumentative.  It does not ask or require the witness to agree to a conclusion unsupported by facts elicited during the deposition, and does not challenge, harass, or badger the witness in any way, as demonstrated by Mr. Martin's willingness to answer the question and the lack of any argumentative objection on the record.

10) **Hypothetical**:  Question does not pose an incomplete hypothetical.  Hypothetical includes all relevant parameters, does not instruct Mr. Martin to disregard other factors that may bear on his answer or otherwise restrict his ability to provide a response, and was not confusing as posed.  To the extent Mr. Martin required any clarification, such clarification was subsequently provided.