# EXHIBIT M

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR BRIAN NELSEN | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/24/2019 | All Def Affirm | 174 | 12 | 174 | 17 |
| 1/24/2019 | All Def Affirm | 175 | 7 | 175 | 14 |
| 1/24/2019 | All Def Affirm | 185 | 24 | 186 | 10 |
| 1/24/2019 | All Def Affirm | 186 | 25 | 187 | 7 |
| 1/24/2019 | All Def Affirm | 187 | 9 | 187 | 11 |
| 1/24/2019 | All Def Affirm | 187 | 13 | 187 | 18 |
| 1/24/2019 | All Def Affirm | 187 | 20 | 188 | 2 |
| 1/24/2019 | All Def Affirm | 188 | 4 | 188 | 11 |
| 1/24/2019 | All Def Affirm | 188 | 13 | 188 | 16 |
| 1/24/2019 | All Def Affirm | 188 | 19 | 189 | 5 |
| 1/24/2019 | All Def Affirm | 189 | 7 | 189 | 10 |
| 1/24/2019 | All Def Affirm | 189 | 12 | 189 | 12 |
| 1/24/2019 | All Def Affirm | 189 | 20 | 190 | 2 |
| 1/24/2019 | All Def Affirm | 190 | 4 | 190 | 5 |
| 1/24/2019 | Manu & Dist Affirm | 190 | 23 | 191 | 3 |
| 1/24/2019 | All Def Affirm | 192 | 16 | 193 | 20 |
| 1/24/2019 | All Def Affirm | 194 | 14 | 194 | 20 |
| 1/24/2019 | All Def Affirm | 194 | 22 | 195 | 2 |
| 1/24/2019 | All Def Affirm | 195 | 4 | 185 | 14 |
| 1/24/2019 | All Def Affirm | 199 | 3 | 199 | 6 |
| 1/24/2019 | All Def Affirm | 199 | 9 | 199 | 16 |
| 1/24/2019 | All Def Affirm | 199 | 19 | 199 | 22 |
| 1/24/2019 | All Def Affirm | 202 | 14 | 202 | 16 |
| 1/24/2019 | All Def Affirm | 202 | 19 | 202 | 21 |
| 1/24/2019 | All Def Affirm | 206 | 2 | 209 | 9 |
| 1/24/2019 | All Def Affirm | 209 | 11 | 209 | 15 |
| 1/24/2019 | All Def Affirm | 209 | 17 | 209 | 21 |
| 1/24/2019 | All Def Affirm | 209 | 23 | 210 | 10 |
| 1/24/2019 | All Def Affirm | 210 | 12 | 210 | 25 |
| 1/24/2019 | All Def Affirm | 211 | 2 | 211 | 5 |
| 1/24/2019 | All Def Affirm | 211 | 7 | 211 | 10 |
| 1/24/2019 | All Def Affirm | 211 | 24 | 212 | 4 |
| 1/24/2019 | All Def Affirm | 221 | 20 | 222 | 24 |
| 1/24/2019 | All Def Affirm | 223 | 8 | 223 | 19 |
| 1/24/2019 | All Def Affirm | 223 | 23 | 224 | 11 |
| 1/24/2019 | All Def Affirm | 224 | 13 | 224 | 18 |
| 1/24/2019 | All Def Affirm | 224 | 24 | 225 | 9 |
| 1/24/2019 | All Def Affirm | 227 | 6 | 227 | 12 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR BRIAN NELSEN ||||||
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
|---|---|---|---|---|---|
| 1/24/2019 | All Def Affirm | 174 | 12 | 174 | 17 |
| 1/24/2019 | All Def Affirm | 175 | 7 | 175 | 14 |
| 1/24/2019 | All Def Affirm | 185 | 24 | 186 | 10 |
| 1/24/2019 | All Def Affirm | 186 | 25 | 187 | 7 |
| 1/24/2019 | All Def Affirm | 187 | 9 | 187 | 11 |
| 1/24/2019 | All Def Affirm | 187 | 13 | 187 | 18 |
| 1/24/2019 | All Def Affirm | 187 | 20 | 188 | 2 |
| 1/24/2019 | All Def Affirm | 188 | 4 | 188 | 11 |
| 1/24/2019 | All Def Affirm | 188 | 13 | 188 | 16 |
| 1/24/2019 | All Def Affirm | 188 | 19 | 189 | 5 |
| 1/24/2019 | All Def Affirm | 189 | 7 | 189 | 10 |
| 1/24/2019 | All Def Affirm | 189 | 12 | 189 | 12 |
| 1/24/2019 | All Def Affirm | 189 | 20 | 190 | 2 |
| 1/24/2019 | All Def Affirm | 190 | 4 | 190 | 5 |
| 1/24/2019 | Manu & Dist Affirm | 190 | 23 | 191 | 3 |
| 1/24/2019 | All Def Affirm | 192 | 16 | 193 | 20 |
| 1/24/2019 | All Def Affirm | 194 | 14 | 194 | 20 |
| 1/24/2019 | All Def Affirm | 194 | 22 | 195 | 2 |
| 1/24/2019 | All Def Affirm | 195 | 4 | 185 | 14 |
| 1/24/2019 | All Def Affirm | 199 | 3 | 199 | 6 |
| 1/24/2019 | All Def Affirm | 199 | 9 | 199 | 16 |
| 1/24/2019 | All Def Affirm | 199 | 19 | 199 | 22 |
| 1/24/2019 | All Def Affirm | 202 | 14 | 202 | 16 |
| 1/24/2019 | All Def Affirm | 202 | 19 | 202 | 21 |
| 1/24/2019 | All Def Affirm | 206 | 2 | 209 | 9 |
| 1/24/2019 | All Def Affirm | 209 | 11 | 209 | 15 |
| 1/24/2019 | All Def Affirm | 209 | 17 | 209 | 21 |
| 1/24/2019 | All Def Affirm | 209 | 23 | 210 | 10 |
| 1/24/2019 | All Def Affirm | 210 | 12 | 210 | 25 |
| 1/24/2019 | All Def Affirm | 211 | 2 | 211 | 5 |
| 1/24/2019 | All Def Affirm | 211 | 7 | 211 | 10 |
| 1/24/2019 | All Def Affirm | 211 | 24 | 212 | 4 |
| 1/24/2019 | All Def Affirm | 221 | 20 | 222 | 24 |
| 1/24/2019 | All Def Affirm | 223 | 8 | 223 | 19 |
| 1/24/2019 | All Def Affirm | 223 | 23 | 224 | 11 |
| 1/24/2019 | All Def Affirm | 224 | 13 | 224 | 18 |
| 1/24/2019 | All Def Affirm | 224 | 24 | 225 | 9 |
| 1/24/2019 | All Def Affirm | 227 | 6 | 227 | 12 |