# EXHIBIT O

| | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | All Def Affirm | 16 | 20 | 17 | 1 |
| 4/26/2019 | All Def Affirm | 16 | 24 | 17 | 1 |
| 4/26/2019 | All Def Affirm | 18 | 18 | 20 | 1 |
| 4/26/2019 | All Def Affirm | 19 | 11 | 19 | 17 |
| 4/26/2019 | All Def Affirm | 19 | 20 | 20 | 1 |
| 4/26/2019 | All Def Affirm | 20 | 10 | 20 | 11 |
| 4/26/2019 | All Def Affirm | 20 | 20 | 21 | 9 |
| 4/26/2019 | Dist Affirm | 21 | 10 | 21 | 13 |
| 4/26/2019 | All Def Affirm | 21 | 15 | 23 | 6 |
| 4/26/2019 | All Def Affirm | 23 | 9 | 23 | 23 |
| 4/26/2019 | All Def Affirm | 23 | 25 | 24 | 7 |
| 4/26/2019 | All Def Affirm | 24 | 10 | 24 | 16 |
| 4/26/2019 | All Def Affirm | 24 | 23 | 25 | 20 |
| 4/26/2019 | All Def Affirm | 26 | 3 | 26 | 5 |
| 4/26/2019 | All Def Affirm | 26 | 8 | 26 | 13 |
| 4/26/2019 | All Def Affirm | 26 | 15 | 26 | 17 |
| 4/26/2019 | All Def Affirm | 26 | 19 | 26 | 23 |
| 4/26/2019 | All Def Affirm | 26 | 25 | 27 | 6 |
| 4/26/2019 | All Def Affirm | 27 | 12 | 27 | 18 |
| 4/26/2019 | All Def Affirm | 27 | 24 | 28 | 6 |
| 4/26/2019 | All Def Affirm | 28 | 13 | 28 | 16 |
| 4/26/2019 | All Def Affirm | 30 | 12 | 31 | 13 |
| 4/26/2019 | All Def Affirm | 31 | 17 | 32 | 5 |
| 4/26/2019 | All Def Affirm | 32 | 9 | 33 | 23 |
| 4/26/2019 | Dist Affirm | 34 | 16 | 34 | 19 |
| 4/26/2019 | Dist Affirm | 35 | 20 | 36 | 19 |
| 4/26/2019 | Dist Affirm | 36 | 25 | 36 | 25 |
| 4/26/2019 | Dist Affirm | 37 | 2 | 37 | 12 |
| 4/26/2019 | Dist Affirm | 37 | 23 | 38 | 10 |
| 4/26/2019 | Dist Affirm | 38 | 12 | 38 | 13 |
| 4/26/2019 | Dist Affirm | 38 | 22 | 38 | 25 |
| 4/26/2019 | Dist Affirm | 39 | 4 | 39 | 4 |
| 4/26/2019 | Dist Affirm | 40 | 12 | 40 | 21 |
| 4/26/2019 | Dist Affirm | 41 | 21 | 41 | 23 |
| 4/26/2019 | Dist Affirm | 42 | 4 | 42 | 6 |
| 4/26/2019 | Dist Affirm | 42 | 8 | 42 | 16 |
| 4/26/2019 | All Def Affirm | 42 | 8 | 42 | 16 |
| 4/26/2019 | All Def Affirm | 42 | 17 | 43 | 14 |
| 4/26/2019 | All Def Affirm | 43 | 21 | 44 | 4 |
| 4/26/2019 | All Def Affirm | 44 | 6 | 44 | 10 |
| 4/26/2019 | All Def Affirm | 45 | 2 | 45 | 6 |
| 4/26/2019 | All Def Affirm | 45 | 10 | 45 | 10 |
| 4/26/2019 | All Def Affirm | 45 | 12 | 46 | 4 |
| 4/26/2019 | All Def Affirm | 46 | 6 | 46 | 7 |
| 4/26/2019 | All Def Affirm | 49 | 24 | 50 | 1 |
| 4/26/2019 | Dist Affirm | 49 | 24 | 50 | 1 |
| 4/26/2019 | Dist Affirm | 51 | 2 | 51 | 8 |
| 4/26/2019 | All Def Affirm | 52 | 10 | 52 | 14 |
| 4/26/2019 | All Def Affirm | 52 | 16 | 52 | 16 |
| 4/26/2019 | All Def Affirm | 52 | 19 | 53 | 11 |
| 4/26/2019 | All Def Affirm | 53 | 16 | 53 | 24 |
| 4/26/2019 | All Def Affirm | 59 | 18 | 59 | 19 |
| 4/26/2019 | All Def Affirm | 59 | 22 | 59 | 22 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | All Def Affirm | 59 | 25 | 60 | 1 |
| 4/26/2019 | All Def Affirm | 60 | 3 | 60 | 5 |
| 4/26/2019 | All Def Affirm | 60 | 8 | 60 | 23 |
| 4/26/2019 | All Def Affirm | 61 | 1 | 61 | 1 |
| 4/26/2019 | All Def Affirm | 61 | 7 | 61 | 12 |
| 4/26/2019 | All Def Affirm | 71 | 16 | 71 | 17 |
| 4/26/2019 | All Def Affirm | 71 | 20 | 71 | 23 |
| 4/26/2019 | All Def Affirm | 72 | 8 | 72 | 9 |
| 4/26/2019 | All Def Affirm | 74 | 1 | 74 | 13 |
| 4/26/2019 | All Def Affirm | 74 | 25 | 75 | 11 |
| 4/26/2019 | All Def Affirm | 75 | 17 | 75 | 24 |
| 4/26/2019 | All Def Affirm | 76 | 6 | 76 | 6 |
| 4/26/2019 | All Def Affirm | 76 | 17 | 76 | 18 |
| 4/26/2019 | All Def Affirm | 76 | 22 | 76 | 24 |
| 4/26/2019 | All Def Affirm | 78 | 17 | 78 | 25 |
| 4/26/2019 | All Def Affirm | 79 | 25 | 80 | 2 |
| 4/26/2019 | All Def Affirm | 80 | 4 | 80 | 8 |
| 4/26/2019 | All Def Affirm | 80 | 10 | 80 | 13 |
| 4/26/2019 | All Def Affirm | 80 | 22 | 80 | 25 |
| 4/26/2019 | All Def Affirm | 81 | 2 | 81 | 11 |
| 4/26/2019 | All Def Affirm | 83 | 16 | 84 | 6 |
| 4/26/2019 | All Def Affirm | 84 | 15 | 84 | 20 |
| 4/26/2019 | All Def Affirm | 85 | 3 | 85 | 5 |
| 4/26/2019 | All Def Affirm | 85 | 7 | 85 | 9 |
| 4/26/2019 | All Def Affirm | 86 | 2 | 86 | 3 |
| 4/26/2019 | All Def Affirm | 86 | 8 | 87 | 5 |
| 4/26/2019 | All Def Affirm | 87 | 10 | 87 | 12 |
| 4/26/2019 | All Def Affirm | 87 | 18 | 87 | 21 |
| 4/26/2019 | All Def Affirm | 87 | 25 | 88 | 7 |
| 4/26/2019 | Dist Affirm | 88 | 8 | 88 | 22 |
| 4/26/2019 | All Def Affirm | 88 | 23 | 88 | 25 |
| 4/26/2019 | Dist Affirm | 89 | 15 | 89 | 21 |
| 4/26/2019 | Dist Affirm | 89 | 24 | 90 | 6 |
| 4/26/2019 | All Def Affirm | 92 | 17 | 93 | 18 |
| 4/26/2019 | All Def Affirm | 94 | 3 | 94 | 6 |
| 4/26/2019 | All Def Affirm | 94 | 8 | 94 | 15 |
| 4/26/2019 | All Def Affirm | 95 | 1 | 95 | 22 |
| 4/26/2019 | Dist Affirm | 97 | 25 | 98 | 3 |
| 4/26/2019 | All Def Affirm | 97 | 25 | 98 | 3 |
| 4/26/2019 | Dist Affirm | 98 | 7 | 98 | 9 |
| 4/26/2019 | All Def Affirm | 98 | 7 | 98 | 9 |
| 4/26/2019 | All Def Affirm | 98 | 11 | 98 | 19 |
| 4/26/2019 | All Def Affirm | 100 | 18 | 100 | 19 |
| 4/26/2019 | All Def Affirm | 100 | 24 | 102 | 2 |
| 4/26/2019 | All Def Affirm | 102 | 4 | 102 | 10 |
| 4/26/2019 | All Def Affirm | 102 | 17 | 102 | 21 |
| 4/26/2019 | Dist Affirm | 102 | 23 | 103 | 1 |
| 4/26/2019 | All Def Affirm | 102 | 23 | 103 | 1 |
| 4/26/2019 | All Def Affirm | 103 | 6 | 103 | 10 |
| 4/26/2019 | Dist Affirm | 103 | 6 | 103 | 10 |
| 4/26/2019 | Manu & Dist Affirm | 103 | 23 | 105 | 2 |
| 4/26/2019 | CVS Affirm | 103 | 23 | 105 | 2 |
| 4/26/2019 | CAH Affirm | 103 | 23 | 105 | 2 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | Manu & Dist Affirm | 105 | 21 | 105 | 22 |
| 4/26/2019 | CVS Affirm | 105 | 21 | 105 | 22 |
| 4/26/2019 | CAH Affirm | 105 | 21 | 105 | 22 |
| 4/26/2019 | Manu & Dist Affirm | 105 | 24 | 106 | 13 |
| 4/26/2019 | CVS Affirm | 105 | 24 | 106 | 13 |
| 4/26/2019 | CAH Affirm | 105 | 24 | 106 | 13 |
| 4/26/2019 | Manu & Dist Affirm | 106 | 17 | 106 | 24 |
| 4/26/2019 | CVS Affirm | 106 | 17 | 106 | 24 |
| 4/26/2019 | CAH Affirm | 106 | 17 | 106 | 24 |
| 4/26/2019 | Dist Affirm | 108 | 17 | 108 | 23 |
| 4/26/2019 | All Def Affirm | 108 | 17 | 109 | 9 |
| 4/26/2019 | All Def Affirm | 109 | 6 | 109 | 9 |
| 4/26/2019 | Dist Affirm | 109 | 6 | 109 | 9 |
| 4/26/2019 | All Def Affirm | 109 | 12 | 109 | 16 |
| 4/26/2019 | Dist Affirm | 109 | 12 | 109 | 16 |
| 4/26/2019 | All Def Affirm | 110 | 7 | 110 | 18 |
| 4/26/2019 | All Def Affirm | 111 | 12 | 111 | 13 |
| 4/26/2019 | All Def Affirm | 111 | 18 | 112 | 11 |
| 4/26/2019 | All Def Affirm | 112 | 12 | 112 | 14 |
| 4/26/2019 | Allergan Affirm | 116 | 11 | 116 | 14 |
| 4/26/2019 | Endo Affirm | 116 | 11 | 116 | 14 |
| 4/26/2019 | Allergan Affirm | 116 | 16 | 116 | 22 |
| 4/26/2019 | Endo Affirm | 116 | 16 | 116 | 22 |
| 4/26/2019 | All Def Affirm | 117 | 19 | 117 | 23 |
| 4/26/2019 | All Def Affirm | 117 | 25 | 118 | 14 |
| 4/26/2019 | All Def Affirm | 118 | 23 | 119 | 9 |
| 4/26/2019 | All Def Affirm | 119 | 12 | 119 | 17 |
| 4/26/2019 | All Def Affirm | 119 | 21 | 120 | 9 |
| 4/26/2019 | Allergan Affirm | 120 | 6 | 120 | 9 |
| 4/26/2019 | Allergan Affirm | 120 | 12 | 120 | 14 |
| 4/26/2019 | All Def Affirm | 120 | 13 | 120 | 14 |
| 4/26/2019 | All Def Affirm | 120 | 18 | 120 | 21 |
| 4/26/2019 | Allergan Affirm | 120 | 18 | 120 | 21 |
| 4/26/2019 | All Def Affirm | 120 | 23 | 121 | 10 |
| 4/26/2019 | All Def Affirm | 121 | 13 | 121 | 15 |
| 4/26/2019 | All Def Affirm | 126 | 5 | 126 | 23 |
| 4/26/2019 | All Def Affirm | 128 | 25 | 129 | 3 |
| 4/26/2019 | All Def Affirm | 129 | 5 | 129 | 22 |
| 4/26/2019 | All Def Affirm | 131 | 21 | 132 | 3 |
| 4/26/2019 | All Def Affirm | 132 | 12 | 132 | 22 |
| 4/26/2019 | Manu & Dist Affirm | 140 | 14 | 140 | 19 |
| 4/26/2019 | Manu & Dist Affirm | 140 | 23 | 141 | 4 |
| 4/26/2019 | All Def Affirm | 171 | 9 | 171 | 12 |
| 4/26/2019 | All Def Affirm | 171 | 15 | 171 | 15 |
| 4/26/2019 | All Def Affirm | 180 | 1 | 180 | 5 |
| 4/26/2019 | All Def Affirm | 180 | 21 | 180 | 25 |
| 4/26/2019 | All Def Affirm | 181 | 4 | 181 | 6 |
| 4/26/2019 | All Def Affirm | 182 | 6 | 182 | 13 |
| 4/26/2019 | All Def Affirm | 182 | 19 | 182 | 22 |
| 4/26/2019 | All Def Affirm | 183 | 16 | 184 | 19 |
| 4/26/2019 | Dist Affirm | 184 | 22 | 185 | 2 |
| 4/26/2019 | All Def Affirm | 185 | 11 | 185 | 23 |
| 4/26/2019 | All Def Affirm | 186 | 3 | 186 | 4 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | All Def Affirm | 186 | 7 | 186 | 25 |
| 4/26/2019 | All Def Affirm | 187 | 5 | 187 | 13 |
| 4/26/2019 | Pharm Affirm | 188 | 14 | 188 | 17 |
| 4/26/2019 | All Def Affirm | 188 | 14 | 188 | 17 |
| 4/26/2019 | Pharm Affirm | 188 | 19 | 188 | 21 |
| 4/26/2019 | All Def Affirm | 188 | 19 | 188 | 21 |
| 4/26/2019 | All Def Affirm | 188 | 22 | 189 | 3 |
| 4/26/2019 | All Def Affirm | 189 | 6 | 189 | 19 |
| 4/26/2019 | All Def Affirm | 189 | 24 | 190 | 8 |
| 4/26/2019 | All Def Affirm | 190 | 12 | 190 | 16 |
| 4/26/2019 | All Def Affirm | 190 | 19 | 191 | 5 |
| 4/26/2019 | All Def Affirm | 191 | 6 | 191 | 10 |
| 4/26/2019 | All Def Affirm | 191 | 18 | 192 | 17 |
| 4/26/2019 | All Def Affirm | 192 | 19 | 193 | 6 |
| 4/26/2019 | All Def Affirm | 193 | 8 | 193 | 9 |
| 4/26/2019 | All Def Affirm | 193 | 19 | 193 | 21 |
| 4/26/2019 | All Def Affirm | 193 | 23 | 194 | 2 |
| 4/26/2019 | All Def Affirm | 195 | 9 | 195 | 13 |
| 4/26/2019 | All Def Affirm | 195 | 17 | 196 | 3 |
| 4/26/2019 | All Def Affirm | 196 | 6 | 196 | 21 |
| 4/26/2019 | All Def Affirm | 197 | 4 | 197 | 6 |
| 4/26/2019 | All Def Affirm | 197 | 9 | 197 | 16 |
| 4/26/2019 | Dist Affirm | 199 | 15 | 199 | 17 |
| 4/26/2019 | Pharm Affirm | 199 | 15 | 199 | 17 |
| 4/26/2019 | Dist Affirm | 199 | 23 | 200 | 4 |
| 4/26/2019 | Pharm Affirm | 199 | 23 | 200 | 4 |
| 4/26/2019 | All Def Affirm | 200 | 6 | 200 | 11 |
| 4/26/2019 | All Def Affirm | 200 | 16 | 200 | 23 |
| 4/26/2019 | Dist Affirm | 200 | 25 | 201 | 3 |
| 4/26/2019 | Pharm Affirm | 200 | 25 | 201 | 3 |
| 4/26/2019 | Dist Affirm | 201 | 10 | 201 | 19 |
| 4/26/2019 | Pharm Affirm | 201 | 10 | 201 | 24 |
| 4/26/2019 | Dist Affirm | 201 | 21 | 201 | 24 |
| 4/26/2019 | Dist Affirm | 202 | 4 | 202 | 8 |
| 4/26/2019 | Pharm Affirm | 202 | 4 | 202 | 8 |
| 4/26/2019 | Dist Affirm | 204 | 6 | 204 | 12 |
| 4/26/2019 | Pharm Affirm | 204 | 6 | 204 | 12 |
| 4/26/2019 | CAH Affirm | 204 | 6 | 204 | 12 |
| 4/26/2019 | Dist Affirm | 204 | 15 | 204 | 18 |
| 4/26/2019 | Pharm Affirm | 204 | 15 | 204 | 18 |
| 4/26/2019 | CAH Affirm | 204 | 15 | 204 | 18 |
| 4/26/2019 | Pharm Affirm | 213 | 6 | 213 | 9 |
| 4/26/2019 | Pharm Affirm | 213 | 11 | 213 | 25 |
| 4/26/2019 | Pharm Affirm | 214 | 1 | 214 | 8 |
| 4/26/2019 | Pharm Affirm | 214 | 10 | 214 | 17 |
| 4/26/2019 | Pharm Affirm | 214 | 22 | 215 | 7 |
| 4/26/2019 | Pharm Affirm | 215 | 15 | 215 | 22 |
| 4/26/2019 | Pharm Affirm | 216 | 2 | 216 | 6 |
| 4/26/2019 | Dist Affirm | 217 | 11 | 217 | 15 |
| 4/26/2019 | Giant Eagle Affirm | 217 | 11 | 217 | 15 |
| 4/26/2019 | CAH Affirm | 217 | 11 | 217 | 15 |
| 4/26/2019 | Dist Affirm | 217 | 20 | 217 | 24 |
| 4/26/2019 | CAH Affirm | 217 | 20 | 217 | 24 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | Giant Eagle Affirm | 217 | 20 | 218 | 4 |
| 4/26/2019 | Dist Affirm | 218 | 1 | 218 | 4 |
| 4/26/2019 | CAH Affirm | 218 | 1 | 218 | 4 |
| 4/26/2019 | Dist Affirm | 218 | 9 | 218 | 13 |
| 4/26/2019 | Giant Eagle Affirm | 218 | 9 | 218 | 13 |
| 4/26/2019 | CAH Affirm | 218 | 9 | 218 | 13 |
| 4/26/2019 | All Def Affirm | 218 | 14 | 220 | 10 |
| 4/26/2019 | All Def Affirm | 220 | 12 | 221 | 3 |
| 4/26/2019 | All Def Affirm | 221 | 9 | 221 | 13 |
| 4/26/2019 | All Def Affirm | 221 | 15 | 221 | 16 |
| 4/26/2019 | All Def Affirm | 221 | 18 | 222 | 7 |
| 4/26/2019 | All Def Affirm | 222 | 9 | 222 | 14 |
| 4/26/2019 | All Def Affirm | 222 | 17 | 222 | 18 |
| 4/26/2019 | Manu & Dist Affirm | 222 | 20 | 222 | 23 |
| 4/26/2019 | Manu & Dist Affirm | 223 | 5 | 223 | 9 |
| 4/26/2019 | All Def Affirm | 226 | 16 | 228 | 10 |
| 4/26/2019 | All Def Affirm | 228 | 23 | 229 | 13 |
| 4/26/2019 | All Def Affirm | 229 | 15 | 229 | 19 |
| 4/26/2019 | All Def Affirm | 229 | 21 | 230 | 5 |
| 4/26/2019 | All Def Affirm | 230 | 7 | 230 | 15 |
| 4/26/2019 | All Def Affirm | 230 | 16 | 231 | 10 |
| 4/26/2019 | All Def Affirm | 231 | 13 | 232 | 13 |
| 4/26/2019 | All Def Affirm | 232 | 15 | 233 | 12 |
| 4/26/2019 | All Def Affirm | 233 | 23 | 234 | 7 |
| 4/26/2019 | All Def Affirm | 234 | 12 | 234 | 24 |
| 4/26/2019 | All Def Affirm | 235 | 2 | 235 | 8 |
| 4/26/2019 | All Def Affirm | 235 | 24 | 236 | 3 |
| 4/26/2019 | All Def Affirm | 236 | 7 | 236 | 14 |
| 4/26/2019 | All Def Affirm | 238 | 7 | 238 | 10 |
| 4/26/2019 | All Def Affirm | 238 | 14 | 239 | 7 |
| 4/26/2019 | All Def Affirm | 239 | 9 | 239 | 12 |
| 4/26/2019 | All Def Affirm | 239 | 14 | 239 | 20 |
| 4/26/2019 | All Def Affirm | 239 | 24 | 240 | 14 |
| 4/26/2019 | All Def Affirm | 240 | 17 | 240 | 20 |
| 4/26/2019 | Dist Affirm | 240 | 22 | 241 | 1 |
| 4/26/2019 | Pharm Affirm | 240 | 22 | 241 | 1 |
| 4/26/2019 | Dist Affirm | 241 | 4 | 241 | 9 |
| 4/26/2019 | Pharm Affirm | 241 | 4 | 241 | 15 |
| 4/26/2019 | Dist Affirm | 241 | 11 | 241 | 15 |
| 4/26/2019 | Dist Affirm | 241 | 18 | 241 | 19 |
| 4/26/2019 | Pharm Affirm | 241 | 18 | 241 | 25 |
| 4/26/2019 | Dist Affirm | 241 | 21 | 241 | 25 |
| 4/26/2019 | Dist Affirm | 242 | 3 | 242 | 4 |
| 4/26/2019 | Pharm Affirm | 242 | 3 | 242 | 4 |
| 4/26/2019 | Dist Affirm | 242 | 6 | 243 | 25 |
| 4/26/2019 | Dist Affirm | 247 | 15 | 247 | 23 |
| 4/26/2019 | Pharm Affirm | 247 | 15 | 247 | 23 |
| 4/26/2019 | All Def Affirm | 248 | 3 | 248 | 6 |
| 4/26/2019 | All Def Affirm | 248 | 12 | 248 | 21 |
| 4/26/2019 | All Def Affirm | 249 | 3 | 249 | 10 |
| 4/26/2019 | Pharm Affirm | 251 | 10 | 251 | 14 |
| 4/26/2019 | Dist Affirm | 251 | 10 | 251 | 14 |
| 4/26/2019 | CAH Affirm | 251 | 10 | 251 | 24 |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI**

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | Dist Affirm | 251 | 21 | 251 | 24 |
| 4/26/2019 | Dist Affirm | 252 | 2 | 252 | 11 |
| 4/26/2019 | CAH Affirm | 252 | 2 | 252 | 11 |
| 4/26/2019 | Dist Affirm | 252 | 16 | 252 | 24 |
| 4/26/2019 | CAH Affirm | 252 | 16 | 252 | 24 |
| 4/26/2019 | Dist Affirm | 258 | 4 | 258 | 8 |
| 4/26/2019 | All Def Affirm | 259 | 3 | 260 | 9 |
| 4/26/2019 | All Def Affirm | 260 | 14 | 261 | 12 |
| 4/26/2019 | All Def Affirm | 261 | 14 | 262 | 2 |
| 4/26/2019 | All Def Affirm | 262 | 5 | 262 | 8 |
| 4/26/2019 | All Def Affirm | 262 | 17 | 262 | 19 |
| 4/26/2019 | All Def Affirm | 262 | 22 | 263 | 10 |
| 4/26/2019 | All Def Affirm | 263 | 13 | 264 | 7 |
| 4/26/2019 | All Def Affirm | 264 | 10 | 264 | 17 |
| 4/26/2019 | All Def Affirm | 264 | 19 | 265 | 4 |
| 4/26/2019 | All Def Affirm | 267 | 8 | 267 | 14 |
| 4/26/2019 | All Def Affirm | 267 | 20 | 268 | 20 |
| 4/26/2019 | All Def Affirm | 268 | 23 | 269 | 5 |
| 4/26/2019 | All Def Affirm | 269 | 7 | 269 | 17 |
| 4/26/2019 | All Def Affirm | 269 | 19 | 270 | 3 |
| 4/26/2019 | All Def Affirm | 270 | 8 | 270 | 16 |
| 4/26/2019 | All Def Affirm | 270 | 21 | 271 | 8 |
| 4/26/2019 | All Def Affirm | 271 | 12 | 272 | 4 |
| 4/26/2019 | All Def Affirm | 272 | 7 | 273 | 13 |
| 4/26/2019 | All Def Affirm | 273 | 20 | 274 | 13 |
| 4/26/2019 | All Def Affirm | 274 | 18 | 275 | 15 |
| 4/26/2019 | All Def Affirm | 275 | 19 | 276 | 2 |
| 4/26/2019 | All Def Affirm | 277 | 8 | 277 | 15 |
| 4/26/2019 | All Def Affirm | 277 | 21 | 278 | 17 |
| 4/26/2019 | All Def Affirm | 278 | 23 | 279 | 11 |
| 4/26/2019 | All Def Affirm | 279 | 17 | 279 | 20 |
| 4/26/2019 | All Def Affirm | 279 | 22 | 280 | 16 |
| 4/26/2019 | Dist Affirm | 280 | 17 | 280 | 19 |
| 4/26/2019 | Dist Affirm | 281 | 1 | 281 | 4 |
| 4/26/2019 | All Def Affirm | 282 | 4 | 282 | 17 |
| 4/26/2019 | All Def Affirm | 286 | 13 | 286 | 15 |
| 4/26/2019 | All Def Affirm | 286 | 22 | 287 | 1 |
| 4/26/2019 | All Def Affirm | 287 | 14 | 288 | 9 |
| 4/26/2019 | All Def Affirm | 288 | 13 | 288 | 24 |
| 4/26/2019 | All Def Affirm | 289 | 22 | 290 | 9 |
| 4/26/2019 | All Def Affirm | 290 | 14 | 291 | 15 |
| 4/26/2019 | Dist Affirm | 291 | 19 | 291 | 23 |
| 4/26/2019 | Pharm Affirm | 291 | 19 | 291 | 23 |
| 4/26/2019 | CAH Affirm | 291 | 19 | 291 | 23 |
| 4/26/2019 | Dist Affirm | 292 | 1 | 292 | 1 |
| 4/26/2019 | Pharm Affirm | 292 | 1 | 292 | 1 |
| 4/26/2019 | CAH Affirm | 292 | 1 | 292 | 1 |
| 4/26/2019 | Dist Affirm | 292 | 4 | 292 | 12 |
| 4/26/2019 | CAH Affirm | 292 | 4 | 292 | 12 |
| 4/26/2019 | Pharm Affirm | 292 | 4 | 292 | 17 |
| 4/26/2019 | CAH Affirm | 292 | 4 | 292 | 17 |
| 4/26/2019 | Pharm Affirm | 293 | 4 | 293 | 6 |
| 4/26/2019 | CAH Affirm | 293 | 4 | 293 | 6 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | All Def Affirm | 297 | 9 | 297 | 20 |
| 4/26/2019 | All Def Affirm | 297 | 22 | 297 | 22 |
| 4/26/2019 | All Def Affirm | 297 | 25 | 298 | 1 |
| 4/26/2019 | Dist Affirm | 298 | 3 | 298 | 5 |
| 4/26/2019 | All Def Affirm | 299 | 2 | 299 | 4 |
| 4/26/2019 | All Def Affirm | 299 | 7 | 299 | 11 |
| 4/26/2019 | All Def Affirm | 303 | 5 | 303 | 8 |
| 4/26/2019 | All Def Affirm | 303 | 11 | 305 | 5 |
| 4/26/2019 | All Def Affirm | 309 | 3 | 309 | 9 |
| 4/26/2019 | All Def Affirm | 310 | 14 | 310 | 19 |
| 4/26/2019 | All Def Affirm | 310 | 24 | 311 | 1 |
| 4/26/2019 | All Def Affirm | 313 | 4 | 313 | 9 |
| 4/26/2019 | All Def Affirm | 313 | 15 | 313 | 21 |
| 4/26/2019 | All Def Affirm | 313 | 23 | 313 | 23 |
| 4/26/2019 | All Def Affirm | 314 | 21 | 314 | 24 |
| 4/26/2019 | All Def Affirm | 315 | 6 | 316 | 2 |
| 4/26/2019 | All Def Affirm | 316 | 4 | 316 | 12 |
| 4/26/2019 | Dist Affirm | 317 | 3 | 317 | 4 |
| 4/26/2019 | All Def Affirm | 317 | 5 | 317 | 6 |
| 4/26/2019 | All Def Affirm | 317 | 10 | 317 | 10 |
| 4/26/2019 | All Def Affirm | 317 | 14 | 317 | 18 |
| 4/26/2019 | All Def Affirm | 317 | 22 | 318 | 2 |
| 4/26/2019 | All Def Affirm | 318 | 6 | 318 | 7 |
| 4/26/2019 | All Def Affirm | 320 | 1 | 320 | 3 |
| 4/26/2019 | All Def Affirm | 320 | 6 | 320 | 10 |
| 4/26/2019 | All Def Affirm | 320 | 12 | 320 | 19 |
| 4/26/2019 | All Def Affirm | 320 | 25 | 321 | 10 |
| 4/26/2019 | All Def Affirm | 321 | 14 | 321 | 25 |
| 4/26/2019 | All Def Affirm | 322 | 5 | 322 | 18 |
| 4/26/2019 | All Def Affirm | 322 | 22 | 323 | 15 |
| 4/26/2019 | All Def Affirm | 324 | 3 | 324 | 7 |
| 4/26/2019 | All Def Affirm | 324 | 9 | 324 | 13 |
| 4/26/2019 | All Def Affirm | 324 | 19 | 324 | 24 |
| 4/26/2019 | Dist Affirm | 327 | 6 | 327 | 9 |
| 4/26/2019 | Dist Affirm | 327 | 17 | 327 | 24 |
| 4/26/2019 | Dist Affirm | 328 | 1 | 328 | 3 |
| 4/26/2019 | Dist Affirm | 328 | 8 | 328 | 9 |
| 4/26/2019 | Dist Affirm | 328 | 11 | 328 | 11 |
| 4/26/2019 | All Def Affirm | 328 | 14 | 329 | 3 |
| 4/26/2019 | All Def Affirm | 328 | 17 | 328 | 21 |
| 4/26/2019 | All Def Affirm | 328 | 24 | 329 | 3 |
| 4/26/2019 | All Def Affirm | 329 | 5 | 329 | 7 |
| 4/26/2019 | All Def Affirm | 331 | 2 | 331 | 5 |
| 4/26/2019 | All Def Affirm | 331 | 12 | 331 | 16 |
| 4/26/2019 | All Def Affirm | 332 | 25 | 333 | 3 |
| 4/26/2019 | All Def Affirm | 333 | 6 | 333 | 8 |
| 4/26/2019 | Dist Affirm | 340 | 8 | 340 | 13 |
| 4/26/2019 | All Def Affirm | 340 | 14 | 340 | 18 |
| 4/26/2019 | All Def Affirm | 340 | 22 | 340 | 23 |
| 4/26/2019 | All Def Affirm | 344 | 11 | 344 | 15 |
| 4/26/2019 | All Def Affirm | 344 | 19 | 344 | 25 |
| 4/26/2019 | All Def Affirm | 346 | 2 | 346 | 4 |
| 4/26/2019 | All Def Affirm | 346 | 9 | 346 | 20 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 4/26/2019 | All Def Affirm | 346 | 22 | 346 | 22 |
| 4/26/2019 | All Def Affirm | 347 | 3 | 347 | 3 |
| 4/26/2019 | All Def Affirm | 356 | 15 | 357 | 18 |
| 5/15/2019 | Giant Eagle Affirm | 453 | 13 | 454 | 8 |
| 5/15/2019 | Walmart Affirm | 453 | 16 | 453 | 25 |
| 5/15/2019 | Walmart Affirm | 454 | 1 | 454 | 5 |
| 5/15/2019 | Dist Affirm | 515 | 2 | 516 | 4 |
| 5/15/2019 | Dist Affirm | 517 | 14 | 518 | 9 |
| 5/15/2019 | Manu Affirm | 518 | 10 | 518 | 18 |
| 5/15/2019 | CAH Affirm | 518 | 10 | 519 | 6 |
| 5/15/2019 | Dist Affirm | 518 | 19 | 519 | 15 |
| 5/15/2019 | Pharm Affirm | 518 | 19 | 519 | 15 |
| 5/15/2019 | Dist Affirm | 520 | 1 | 520 | 2 |
| 5/15/2019 | Pharm Affirm | 520 | 1 | 520 | 7 |
| 5/15/2019 | Dist Affirm | 520 | 4 | 520 | 7 |
| 5/15/2019 | Dist Affirm | 520 | 10 | 520 | 10 |
| 5/15/2019 | Pharm Affirm | 520 | 10 | 520 | 15 |
| 5/15/2019 | Dist Affirm | 520 | 12 | 520 | 15 |
| 5/15/2019 | Dist Affirm | 521 | 11 | 521 | 14 |
| 5/15/2019 | Pharm Affirm | 521 | 11 | 521 | 14 |
| 5/15/2019 | CAH Affirm | 521 | 11 | 521 | 14 |
| 5/15/2019 | All Def Affirm | 523 | 7 | 523 | 15 |
| 5/15/2019 | All Def Affirm | 523 | 16 | 524 | 9 |
| 5/15/2019 | All Def Affirm | 524 | 10 | 524 | 17 |
| 5/15/2019 | Manu & Dist Affirm | 525 | 3 | 528 | 14 |
| 5/15/2019 | Dist Affirm | 528 | 15 | 528 | 19 |
| 5/15/2019 | Manu & Dist Affirm | 528 | 20 | 530 | 16 |
| 5/15/2019 | Pharm Affirm | 530 | 7 | 530 | 16 |
| 5/15/2019 | CAH Affirm | 530 | 7 | 530 | 21 |
| 5/15/2019 | Dist Affirm | 530 | 17 | 530 | 21 |
| 5/15/2019 | Pharm Affirm | 530 | 17 | 530 | 21 |
| 5/15/2019 | All Def Affirm | 531 | 20 | 534 | 20 |
| 5/15/2019 | All Def Affirm | 535 | 6 | 535 | 15 |
| 5/15/2019 | Dist Affirm | 537 | 6 | 538 | 1 |
| 5/15/2019 | All Def Affirm | 538 | 2 | 538 | 7 |
| 5/15/2019 | All Def Affirm | 538 | 13 | 540 | 17 |
| 5/15/2019 | All Def Affirm | 540 | 20 | 541 | 15 |
| 5/15/2019 | All Def Affirm | 541 | 17 | 542 | 21 |
| 5/15/2019 | All Def Affirm | 543 | 6 | 543 | 16 |
| 5/15/2019 | All Def Affirm | 544 | 7 | 544 | 8 |
| 5/15/2019 | All Def Affirm | 544 | 12 | 544 | 19 |
| 5/15/2019 | All Def Affirm | 544 | 21 | 545 | 15 |
| 5/15/2019 | All Def Affirm | 545 | 17 | 545 | 18 |
| 5/15/2019 | All Def Affirm | 546 | 6 | 546 | 16 |
| 5/15/2019 | All Def Affirm | 547 | 12 | 548 | 15 |
| 5/15/2019 | All Def Affirm | 548 | 18 | 548 | 25 |
| 5/15/2019 | All Def Affirm | 549 | 4 | 549 | 12 |
| 5/15/2019 | All Def Affirm | 549 | 16 | 549 | 20 |
| 5/15/2019 | All Def Affirm | 550 | 25 | 551 | 21 |
| 5/15/2019 | All Def Affirm | 551 | 24 | 552 | 15 |
| 5/15/2019 | All Def Affirm | 552 | 19 | 553 | 9 |
| 5/15/2019 | All Def Affirm | 553 | 12 | 554 | 6 |
| 5/15/2019 | Dist Affirm | 555 | 7 | 555 | 25 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR JOSEPH RANNAZZISI | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 5/15/2019 | Dist Affirm | 556 | 14 | 558 | 1 |
| 5/15/2019 | Dist Affirm | 558 | 13 | 558 | 17 |
| 5/15/2019 | All Def Affirm | 562 | 8 | 564 | 17 |
| 5/15/2019 | Manu & Dist Affirm | 565 | 9 | 567 | 6 |
| 5/15/2019 | Manu & Dist Affirm | 567 | 9 | 567 | 25 |
| 5/15/2019 | Manu & Dist Affirm | 571 | 4 | 571 | 24 |
| 5/15/2019 | Manu & Dist Affirm | 571 | 25 | 573 | 17 |
| 5/15/2019 | All Def Affirm | 574 | 15 | 575 | 15 |
| 5/15/2019 | All Def Affirm | 576 | 3 | 576 | 16 |
| 5/15/2019 | All Def Affirm | 576 | 18 | 576 | 19 |
| 5/15/2019 | All Def Affirm | 576 | 21 | 577 | 2 |
| 5/15/2019 | All Def Affirm | 579 | 9 | 582 | 8 |
| 5/15/2019 | Dist Affirm | 584 | 2 | 585 | 25 |
| 5/15/2019 | Pharm Affirm | 584 | 13 | 586 | 24 |
| 5/15/2019 | Dist Affirm | 586 | 1 | 586 | 24 |
| 5/15/2019 | Dist Affirm | 589 | 20 | 590 | 4 |
| 5/15/2019 | Pharm Affirm | 589 | 20 | 590 | 4 |
| 5/15/2019 | Dist Affirm | 590 | 22 | 590 | 25 |
| 5/15/2019 | Pharm Affirm | 590 | 22 | 591 | 1 |
| 5/15/2019 | Dist Affirm | 591 | 1 | 592 | 12 |
| 5/15/2019 | Dist Affirm | 592 | 16 | 593 | 2 |
| 5/15/2019 | Dist Affirm | 593 | 7 | 593 | 17 |
| 5/15/2019 | Dist Affirm | 593 | 19 | 594 | 21 |
| 5/15/2019 | All Def Affirm | 594 | 22 | 595 | 15 |
| 5/15/2019 | Dist Affirm | 595 | 16 | 595 | 25 |
| 5/15/2019 | Dist Affirm | 596 | 2 | 596 | 2 |
| 5/15/2019 | Dist Affirm | 596 | 4 | 596 | 4 |
| 5/15/2019 | Dist Affirm | 596 | 6 | 597 | 9 |
| 5/15/2019 | Dist Affirm | 599 | 6 | 599 | 25 |
| 5/15/2019 | Dist Affirm | 600 | 4 | 601 | 20 |
| 5/15/2019 | Dist Affirm | 601 | 22 | 602 | 9 |
| 5/15/2019 | Dist Affirm | 602 | 12 | 602 | 21 |
| 5/15/2019 | Dist Affirm | 602 | 25 | 603 | 10 |
| 5/15/2019 | All Def Affirm | 611 | 6 | 611 | 17 |
| 5/15/2019 | All Def Affirm | 611 | 19 | 612 | 2 |
| 5/15/2019 | All Def Affirm | 615 | 4 | 615 | 22 |
| 5/15/2019 | All Def Affirm | 616 | 13 | 616 | 18 |
| 5/15/2019 | All Def Affirm | 616 | 13 | 617 | 1 |
| 5/15/2019 | All Def Affirm | 616 | 22 | 617 | 1 |
| 5/15/2019 | All Def Affirm | 624 | 12 | 626 | 7 |
| 5/15/2019 | All Def Affirm | 628 | 13 | 630 | 2 |

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | |
| 4/26/2019 | 1 | 7 | 1 | 7 | |
| 4/26/2019 | 19 | 18 | 19 | 19 | RESPONSE: Testimony not designated. |
| 4/26/2019 | 19 | 24 | 20 | 11 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.  Not Argumentative. |
| 4/26/2019 | 20 | 7 | 200 | 9 | RESPONSE:  Plaintiffs' objection is overbroad and impossible to provide a response to without Plaintiffs actually providing information as to what testimony they are objecting to. |
| 4/26/2019 | 22 | 11 | 23 | 13 | RESPONSE: Relevant to Suspicious Order Monitoring: Testimony is relevant to DEA's policy on suspicious order monitoring and reporting, which are central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation—including "whether DEA investigators view [monthly ILRs and Excessive Order Reports] as compliant with the CSA," whether DEA accepted certain defendants' reporting as compliant, whether "DEA imposed a no-ship requirement," and whether DEA changed its interpretation of the law are "material facts in dispute that must be resolved by a jury.  See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. # 2483], at 28–29<br><br>RESPONSE:Not Outside Scope – Covered by DOJ Authorization: Testimony is covered by the December 10, 2018 letter from Ava Rostell Dustin authorizing witness to testify regarding his personal recollection on 10 topics, including his employment history and general duties in various positions held at DEA; communications with registrants about what makes an order "suspicious"; advice he provided third-parties regarding registrants' obligation to monitor orders place with third-party registrants; interactions with manufacturers and distributors while at DEA; DEA's practices and procedures relating to ARCOS data and suspicious order reports; requests received by DEA for de-identified ARCOS data; his role in establishing procurement and manufacturing quotas for opioid medications; information regarding the non-privileged documents he obtained while at DEA and retained at the time of his departure; and DEA's interpretation and enforcement of, and practices related to 21 U.S.C. § 823 and 21 C.F.R. § 1301.74 and DEA's interpretation, enforcement, and practices regarding the obligation to monitor orders.  See Dkt. # 1176.3., Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony.<br><br> RESPONSE: Does Not Seek Testimony About the Mindset of DEA: Asks for witness's personal recollection of DEA's interpretation, policies, and procedures, based on his experience during his career at DEA<br><br>RESPONSE: Not Vague<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 23 | 22 | 24 | 1 | RESPONSE: Does Not Lack Foundation or Call for Speculation: Question asks for witness's personal understanding of DEA's suspicious order reporting policy and guidance, which he developed during his tenure as head of DEA's Office of Diversion Control.  Witness testified extensively about his personal experience regarding how the Office of Diversion Control, under his leadership, interpreted and enforced the CSA and 21 C.F.R. 1301.74(b).  ,<br><br> RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.,<br><br>RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony.<br><br>RESPONSE: Testimony Re: Use of ARCOS/Suspicious Order Reports Is Relevant to causation.,<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 24 | 3 | 24 | 16 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.,<br><br>RESPONSE: Testimony Re: Use of ARCOS/Suspicious Order Reports Is Relevant to causation.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 24 | 23 | 26 | 20 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Testimony Re: Use of ARCOS/Suspicious Order Reports Is Relevant to causation.,  Not Argumentative. |
| 4/26/2019 | 26 | 3 | 28 | 16 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Scope N/A: Touhy authorization not required for information learned outside witness's employment at DEA.,<br><br>RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony .<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 30 | 16 | 30 | 19 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br>RESPONSE: Not Vague. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| | | | | DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI |
|---|---|---|---|---|
| DEPO DATE | NOTES | | | |
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 4/26/2019 | 31 | 5 | 31 | 19 | RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony.<br><br>RESPONSE: Does Not Seek Testimony About the Mindset of DEA: Asks for witness's personal recollection of DEA's interpretation, policies, and procedures, based on his experience during his career at DEA.<br><br>RESPONSE: Testimony Relating to Quotas Does Not Lack Foundation and Is Not Speculative: Question asks for witness's personal knowledge about the process for setting quotas, a topic specifically authorized by DOJ.  The Group responsible for establishing quotas reported to witness from 2006–2015, and witness was responsible for approving annual quotas for opioids.<br><br>RESPONSE: Not Vague. RESPONSE: Not Argumentative. |
| 4/26/2019 | 32 | 9 | 33 | 23 | RESPONSE: Testimony Re: Use of ARCOS/Suspicious Order Reports Is Relevant to causation.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 34 | 16 | 39 | 4 | RESPONSE: Will withdraw on the basis of lack of personal knowledge of document, provided that plaintiffs do the same with respect to their designations of testimony from other fact witnesses. |
| 4/26/2019 | 44 | 1 | 46 | 7 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.  RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Does Not Seek Testimony About the Mindset of DEA: Asks for witness's personal recollection of DEA's interpretation, policies, and procedures, based on his experience during his career at DEA.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 49 | 24 | 50 | 1 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control. RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. Question does not refer to or mischaracterize prior testimony, as evidenced by the witness's agreement. |
| 4/26/2019 | 52 | 10 | 53 | 2 | RESPONSE: Relevant to causation.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague.<br><br>Added responsive designation to include witness's complete response. |
| 4/26/2019 | 53 | 3 | 53 | 24 | RESPONSE: Objection includes many lines that were not designated. Relevant to causation. Not speculative -- many of witness's personal documents and PowerPoint presentations refer to these types of diversion.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 59 | 18 | 61 | 12 | RESPONSE: Relevant to causation. Not speculative, vague, or lacking foundation -- asks whether witness was aware of certain criticism being made.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 71 | 16 | 72 | 9 | RESPONSE: Relevant to bias. Existence of agreement with plaintiffs is not privileged. Not speculative or lacking foundation -- question asked witness whether he personally had a consulting agreement, which is a fact within the scope of his personal knowledge. Touhy does not apply to quesiton about post-DEA employment.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 4/26/2019 | 74 | 25 | 78 | 25 | RESPONSE: Relevant to bias. Privilege objections to designated questions were overruled during the deposition. Designated testimony involves questions about witness's employment as a consultant, which are purely factual questions -- not speculative, vague, or lacking foundation.<br><br>RESPONSE: Scope N/A: Touhy authorization not required for information learned outside witness's employment at DEA.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Not Argumentative. |
| 4/26/2019 | 79 | 25 | 84 | 20 | RESPONSE: Relevant to bias. Privilege objections to designated questions were overruled during the deposition. Designated testimony involves questions about witness's employment as a consultant, which are purely factual questions -- not speculative, vague, or lacking foundation.<br><br>RESPONSE: Scope N/A: Touhy authorization not required for information learned outside witness's employment at DEA.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Not Argumentative. |
| 4/26/2019 | 85 | 3 | 88 | 2 | RESPONSE: Relevant to bias. Privilege objections to designated questions were overruled during the deposition. Designated testimony involves questions about witness's employment as a consultant, which are purely factual questions -- not speculative, vague, or lacking foundation.<br><br>RESPONSE: Scope N/A: Touhy authorization not required for information learned outside witness's employment at DEA.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Not Argumentative. |
| 4/26/2019 | 88 | 3 | 88 | 25 | RESPONSE: Relevant to bias. Designated testimony involves questions about witness's employment as a consultant, which are purely factual questions -- not lacking foundation.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 89 | 15 | 90 | 6 | RESPONSE: Within the scope of topic #9 of Touhy authorization letter. Not lacking foundation or speculative -- questions relate to facts within the witness's personal knowledge.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 92 | 24 | 93 | 18 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br><br>RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony.<br><br>RESPONSE:  Not Vague.<br><br>RESPONSE: Questions track language of DEA regulations for establishing quotas -- not speculative, vague, or lacking foundation. |
| 4/26/2019 | 9 | 3 | 94 | 6 | RESPONSE:  Plaintiffs' objection is overbroad and impossible to provide a response to without Plaintiffs actually providing information as to what testimony they are objecting to. |
| 4/26/2019 | 94 | 8 | 94 | 15 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 95 | 1 | 95 | 22 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br><br>RESPONSE: Not Vague. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 4/26/2019 | 97 | 25 | 98 | 19 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 100 | 18 | 103 | 10 | RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br><br>RESPONSE: Does Not Seek Testimony About the Mindset of DEA: Asks for witness's personal recollection of DEA's interpretation, policies, and procedures, based on his experience during his career at DEA.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not Argumentative. |
| 4/26/2019 | 103 | 23 | 106 | 24 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Questions relate to statements made by witness on a podcast and lay the necessary foundation for testimony about the transcript. |
| 4/26/2019 | 108 | 17 | 109 | 16 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 110 | 7 | 110 | 18 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29. |
| 4/26/2019 | 111 | 11 | 111 | 20 | RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not asked and answered -- previous answer was not responsive to question. Question does not pose a hypothetical -- asks for witness's understanding of manufacturers' responsibilities to regulate supply chain. |
| 4/26/2019 | 111 | 22 | 112 | 14 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Not asked and answered -- prior answers are not responsive to the question. |
| 4/26/2019 | 116 | 11 | 116 | 22 | RESPONSE: Testimony was not designated by defendants. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 4/26/2019 | 120 | 6 | 120 | 21 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation. |
| | | | | | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control. |
| | | | | | RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3. |
| | | | | | RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials. |
| | | | | | RESPONSE: Testimony Relating to Quotas Is Relevant to causation and defendants' scienter. |
| | | | | | RESPONSE: Not Vague. |
| | | | | | RESPONSE: Not Argumentative |
| 4/26/2019 | 120 | 23 | 121 | 15 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control. |
| | | | | | RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3. |
| | | | | | RESPONSE: Testimony Re: Use of ARCOS/Suspicious Order Reports Is Relevant to causation. |
| | | | | | RESPONSE: Not Vague. |
| 4/26/2019 | 126 | 5 | 126 | 23 | RESPONSE: Relevant to credibility/bias. |
| 4/26/2019 | 128 | 25 | 129 | 22 | RESPONSE: Relevant to credibility and bias. |
| | | | | | RESPONSE: Scope N/A: Touhy authorization not required for information learned outside witness's employment at DEA. |
| | | | | | RESPONSE: Not Vague. |
| 4/26/2019 | 131 | 21 | 132 | 3 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control. |
| | | | | | RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3. |
| | | | | | RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony. |
| | | | | | RESPONSE: Not Vague. |
| 4/26/2019 | 132 | 12 | 132 | 22 | RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials. |
| | | | | | RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony. |
| | | | | | RESPONSE: Not Vague. |
| | | | | | RESPONSE:  Not Argumentative. |
| 4/26/2019 | 140 | 14 | 141 | 4 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29. |
| | | | | | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control. |
| | | | | | RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials. |
| | | | | | RESPONSE: Not Vague. |
| | | | | | RESPONSE:  Not Argumentative. |
| 4/26/2019 | 171 | 9 | 171 | 15 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29. |
| | | | | | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control. |
| | | | | | RESPONSE: Not Vague. |
| | | | | | RESPONSE:  Not Argumentative. |

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 4/26/2019 | 180 | 1 | 180 | 5 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Not Argumentative. |
| 4/26/2019 | 180 | 21 | 181 | 6 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Not Argumentative.<br><br>RESPONSE: Not a proper 602 objection -- witness was asked IF He had no personal knowledge about an event to establish foundation for further examination. He was not, for example, being asked questions about events he did not attend. |
| 4/26/2019 | 182 | 6 | 182 | 22 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Not speculative or overbroad -- question asks witness to confirm a statement he made in testimony to Congress. Relevant to causation. |
| 4/26/2019 | 184 | 13 | 184 | 19 | RESPONSE: Question asks about witness's own general practice for responding to questions from Congress. Not vague, speculative, or lacking foundation. Foundation laid for Congressional testimony being one of his "general job duies" at DEA.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 185 | 11 | 186 | 13 | RESPONSE: Not compound -- question was "Did I read that question accurately?" Plaintiffs' counsel objected before defense counsel was able to finish reading the relevant passage and asking the question. Relevant to causation. Witness has personal knowledge based on his experience at DEA; he had previously testified before Congress on the subject. Relevant to causation.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 188 | 23 | 190 | 8 | RESPONSE: Relevant to causation. |
| 4/26/2019 | 190 | 19 | 194 | 2 | RESPONSE: Relevant to causation. Foundation: Questions relate to prior Congressional testimony by witness.  Hearsay: Not hearsay because questions relate to witness's own prior testimony before Congress. No misstatement of the record: Counsel read exhibit to witness and asked questions about the direct quotes. No completeness problem: witness referenced additional testimony after speaking objection from plaintiffs' counsel.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 195 | 9 | 196 | 21 | RESPONSE: Relevant to causation. Not compound --operative question is "would that be diversion?" . Not an incomplete hypothetical -- no additional information needed for witness to answer question.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE:  Not Vague. |
| 4/26/2019 | 196 | 18 | 197 | 16 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| | | | | | **DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI** |
| 4/26/2019 | 199 | 15 | 202 | 8 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 204 | 5 | 204 | 18 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Question is not a hypothetical, let alone an incomplete hypothetical. |
| 4/26/2019 | 213 | 6 | 216 | 6 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 217 | 11 | 223 | 9 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 227 | 24 | 228 | 6 | RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE: Not Overbroad, Vague, or Speculative: Foundational question to establish basis for further testimony.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 229 | 10 | 229 | 22 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel.<br><br>RESPONSE: Not Vague. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 4/26/2019 | 229 | 24 | 230 | 2 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.

RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.

RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.

RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.

RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel.

RESPONSE: Not Vague. |
| 4/26/2019 | 230 | 3 | 230 | 15 | RESPONSE: Question was clarified before the witness answered.

RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.

RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.

RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.

RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.

RESPONSE:  Not Vague. |
| 4/26/2019 | 233 | 23 | 236 | 14 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.

RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.

RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.

RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.

RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).

RESPONSE: Not Vague. |
| 4/26/2019 | 238 | 7 | 238 | 20 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.

RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.

RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.

RESPONSE: Not Vague. |
| 4/26/2019 | 240 | 2 | 240 | 20 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.

RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.

RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.

RESPONSE:  Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.

RESPONSE: Not Vague. |
| 4/26/2019 | 240 | 12 | 240 | 20 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.

RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.

RESPONSE: Not Vague. |

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
|---|---|---|---|---|---|
| 4/26/2019 | 240 | 22 | 241 | 9 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 241 | 11 | 242 | 4 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE:  Not Vague. |
| 4/26/2019 | 242 | 6 | 243 | 25 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  Objection spans multiple topics, including letters sent to registrants under the witness's signature. Witness clearly has personal knowledge of those letters. Questions about distributor initiative establish his lack of personal knowledge of those meetings. |
| 4/26/2019 | 248 | 3 | 248 | 17 | RESPONSE: Does not misstate testimony -- Mr. Prevoznik testified that DEA stopped briefings because of litigation. Not proper 602 objection -- merely establishes the witness's lack of personal knowledge.<br><br>RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 248 | 19 | 249 | 10 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Does not mischaracterize tesitmony -- witness agreed with premise of the question. |
| 4/26/2019 | 251 | 21 | 252 | 5 | RESPONSE: Not vague in light of prior questions, which establish context and foundation. Foundation: witness testified that he reviewed the memos. |
| 4/26/2019 | 252 | 7 | 252 | 24 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE:  Not improper hypothetical -- question asks about witness's typical practice while working at the Office of Diversion Control. |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | NOTES |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | |
| 4/26/2019 | 261 | 1 | 265 | 4 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague<br><br>RESPONSE:  DOJ specifically authorized testimony on the witness's personal recollection regarding DEA's interpretation and enforcement of 21 C.F.R. 1374(b). Plaintiffs must identify which question (out of the multiple transcript pages covered by this objection) that they claim is an "improper hypothetical." |
| 4/26/2019 | 267 | 8 | 271 | 23 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague<br><br>RESPONSE:  DOJ specifically authorized testimony on the witness's personal recollection regarding DEA's interpretation and enforcement of 21 C.F.R. 1374(b). Plaintiffs must identify which question (out of the multiple transcript pages covered by this objection) that they claim is an "improper hypothetical." |
| 4/26/2019 | 271 | 24 | 274 | 4 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not Vague<br><br>RESPONSE:  DOJ specifically authorized testimony on the witness's personal recollection regarding DEA's interpretation and enforcement of 21 C.F.R. 1374(b). Plaintiffs must identify which question (out of the multiple transcript pages covered by this objection) that they claim is an "improper hypothetical." |
| 4/26/2019 | 274 | 10 | 276 | 2 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE:  Not duplicative/cumulative of other designations from witness's testimony or any other DEA witness.  To the extent multiple DEA witnesses testified on similar subjects, relevant to show common understanding among DEA officials.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE:  DOJ specifically authorized testimony on the witness's personal recollection regarding DEA's interpretation and enforcement of 21 C.F.R. 1374(b). Plaintiffs must identify which question (out of the multiple transcript pages covered by this objection) that they claim is an "improper hypothetical." |

**DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO AFFIRMATIVE DESIGNATIONS OF JOSEPH RANNAZZISI**

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 4/26/2019 | 277 | 8 | 282 | 17 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE:  DOJ specifically authorized testimony on the witness's personal recollection regarding DEA's interpretation and enforcement of 21 C.F.R. 1374(b). Plaintiffs must identify which question (out of the multiple transcript pages covered by this objection) that they claim is an "improper hypothetical." |
| 4/26/2019 | 286 | 13 | 287 | 1 | RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3. |
| 4/26/2019 | 314 | 21 | 318 | 7 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel.<br><br>RESPONSE: Not Vague. |
| 4/26/2019 | 320 | 1 | 329 | 7 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel.<br><br>RESPONSE: Not Vague.<br><br>RESPONSE: Questions relate to the witness's recollection of how DEA interpreted and enforced the suspicious order regulation, which was specifically authorized by DOJ. |
| 4/26/2019 | 331 | 2 | 331 | 16 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE: Improper objection covering multiple questions.  Defendants cannot respond unless plaintiffs identify which form objection(s) apply to which question(s).<br><br>RESPONSE: Not "Asked and Answered": Question was not previously asked by defense counsel. |
| 5/15/2019 | 519 | 13 | 520 | 15 | RESPONSE: Relevant to SOM: Relates to DEA's policy on suspicious order monitoring and reporting, including whether DEA's policy and interpretation changed, which are fact issues.  See Dkt. # 2483 at 28-29.<br><br>RESPONSE: Does not lack foundation/call for speculation: Personal knowledge based on witness's experience as head of Office of Diversion Control.<br><br>RESPONSE: Within scope – Authorized by December 10, 2008 letter.  See Dkt. # 1176.3.<br><br>RESPONSE:  Objection covers many different questions -- plaintiffs must specify which one they think the witness wasn't allowed to answer.  See Witness's answers on 519:1-2, 519:10, and 519:15. |
| 5/15/2019 | 546 | 15 | 546 | 16 | RESPONSE: Answer inadvertently omitted. Responsive designation added. |

| | DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | | | | **OBJECTIONS** |
| | | **Begin Page at** | **Begin Line at** | **End Page at** | **End Line at** | |
| 4/26/2019 | Plaintiff Counter-Designations | 25 | 21 | 26 | 2 | |
| 4/26/2019 | Plaintiff Counter-Designations | 29 | 2 | 30 | 2 | Improper counter-designation; lack of foundation; calls for speculation; lack of personal knowledge (602) |
| 4/26/2019 | Plaintiff Counter-Designations | 40 | 22 | 41 | 20 | Lack of foundation -- witness testified that he did not attend distributor briefings; lack of personal knowledge (602); calls for speculation |
| 4/26/2019 | All Def Counter-Designations | 52 | 19 | 53 | 2 | |
| 4/26/2019 | Plaintiff Counter-Designations | 57 | 6 | 57 | 8 | Calls for speculation -- asks what witness would have done; incomplete hypothetical; relevance |
| 4/26/2019 | Plaintiff Counter-Designations | 57 | 15 | 57 | 23 | Calls for speculation -- asks what witness would have done; incomplete hypothetical; relevance |
| 4/26/2019 | Plaintiff Counter-Designations | 87 | 6 | 87 | 9 | |
| 4/26/2019 | Plaintiff Counter-Designations | 87 | 13 | 87 | 17 | |
| 4/26/2019 | Plaintiff Counter-Designations | 99 | 2 | 99 | 17 | Non-responsive; assumes facts not in evidence re: manufacturers diverting quota; 403 |
| 4/26/2019 | Plaintiff Counter-Designations | 107 | 18 | 108 | 15 | Non-responsive -- coincident responsibility is irrelevant to question re: whether DEA had a "manufacturer initiative"; 403 -- confusing to the jury because witness suggests that DEA had a "manufacturer initiative," when it did not |
| 4/26/2019 | Plaintiff Counter-Designations | 109 | 17 | 109 | 21 | Non-responsive -- witness did not answer the question; improper counter-designation |
| 4/26/2019 | Plaintiff Counter-Designations | 109 | 25 | 110 | 5 | Non-responsive -- witness did not answer the question; improper counter-designation |
| 4/26/2019 | Plaintiff Counter-Designations | 110 | 19 | 110 | 21 | Non-responsive -- witness did not answer the question |
| 4/26/2019 | Plaintiff Counter-Designations | 110 | 25 | 111 | 10 | Non-responsive -- witness did not answer the question |
| 4/26/2019 | Plaintiff Counter-Designations | 112 | 10 | 122 | 22 | Non-responsive -- witness did not answer the question; improper counter-designation; 403 |
| 4/26/2019 | Plaintiff Counter-Designations | 114 | 14 | 115 | 19 | Non-responsive; 403 -- would mislead jury by suggesting that the 2006 and 2007 letters informed manufacturers that they needed to monitor pharmacies, when they did not; 403; witness misstates the record |
| 4/26/2019 | Plaintiff Counter-Designations | 116 | 24 | 117 | 17 | Non-responsive -- witness did not answer the question, which asked him to identify any "guidance in writing" requiring manufacturers to "know what is happening with their drugs downstream."   Witness pointed to the CSA and CFR, which contain no such guidance.  Witness misstates the record; 403. |
| 4/26/2019 | Plaintiff Counter-Designations | 202 | 18 | 203 | 20 | Improper counter-designation; lack of foundation; incomplete hypothetical; calls for speculation |
| 4/26/2019 | Plaintiff Counter-Designations | 247 | 24 | 248 | 2 | |
| 4/26/2019 | Plaintiff Counter-Designations | 253 | 1 | 253 | 23 | Hearsay; non-responsive; lack of foundation |
| 4/26/2019 | Plaintiff Counter-Designations | 256 | 9 | 257 | 4 | |
| 5/15/2019 | Plaintiff Counter-Designations | 530 | 22 | 531 | 19 | Lack of personal knowledge (602); lack of foundation |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/15/2019 | All Def Counter-Designations | 546 | 15 | 546 | 22 | |
| 5/15/2019 | Plaintiff Counter-Designations | 631 | 17 | 681 | 2 | Improper Counter-Designation.  Defendants incorporate their objections to Plaintiffs' affirmative designations. |