# EXHIBIT P

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR PATRICIA RIDEOUT | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/11/2019 | All Def Affirm | 18 | 20 | 20 | 13 |
| 1/11/2019 | All Def Affirm | 20 | 20 | 20 | 23 |
| 1/11/2019 | All Def Affirm | 21 | 4 | 21 | 5 |
| 1/11/2019 | All Def Affirm | 21 | 9 | 21 | 19 |
| 1/11/2019 | All Def Affirm | 22 | 14 | 22 | 15 |
| 1/11/2019 | All Def Affirm | 24 | 23 | 25 | 8 |
| 1/11/2019 | All Def Affirm | 26 | 11 | 26 | 23 |
| 1/11/2019 | All Def Affirm | 28 | 20 | 29 | 18 |
| 1/11/2019 | All Def Affirm | 30 | 4 | 30 | 10 |
| 1/11/2019 | All Def Affirm | 31 | 12 | 32 | 12 |
| 1/11/2019 | All Def Affirm | 32 | 21 | 33 | 12 |
| 1/11/2019 | All Def Affirm | 35 | 8 | 37 | 1 |
| 1/11/2019 | All Def Affirm | 37 | 3 | 37 | 21 |
| 1/11/2019 | All Def Affirm | 38 | 19 | 39 | 6 |
| 1/11/2019 | All Def Affirm | 39 | 8 | 39 | 9 |
| 1/11/2019 | All Def Affirm | 39 | 11 | 39 | 20 |
| 1/11/2019 | All Def Affirm | 40 | 11 | 41 | 2 |
| 1/11/2019 | All Def Affirm | 41 | 4 | 41 | 10 |
| 1/11/2019 | All Def Affirm | 42 | 4 | 42 | 12 |
| 1/11/2019 | All Def Affirm | 42 | 15 | 42 | 23 |
| 1/11/2019 | All Def Affirm | 42 | 25 | 43 | 10 |
| 1/11/2019 | All Def Affirm | 43 | 12 | 43 | 21 |
| 1/11/2019 | All Def Affirm | 44 | 15 | 44 | 21 |
| 1/11/2019 | All Def Affirm | 44 | 23 | 45 | 14 |
| 1/11/2019 | All Def Affirm | 45 | 16 | 45 | 23 |
| 1/11/2019 | All Def Affirm | 45 | 25 | 46 | 11 |
| 1/11/2019 | All Def Affirm | 46 | 13 | 46 | 23 |
| 1/11/2019 | All Def Affirm | 46 | 25 | 47 | 18 |
| 1/11/2019 | All Def Affirm | 47 | 20 | 47 | 20 |
| 1/11/2019 | All Def Affirm | 47 | 22 | 49 | 18 |
| 1/11/2019 | All Def Affirm | 49 | 20 | 50 | 11 |
| 1/11/2019 | All Def Affirm | 50 | 15 | 50 | 24 |
| 1/11/2019 | All Def Affirm | 51 | 1 | 52 | 4 |
| 1/11/2019 | All Def Affirm | 52 | 6 | 52 | 10 |
| 1/11/2019 | All Def Affirm | 52 | 12 | 53 | 4 |
| 1/11/2019 | All Def Affirm | 53 | 6 | 53 | 10 |
| 1/11/2019 | All Def Affirm | 54 | 5 | 54 | 6 |
| 1/11/2019 | All Def Affirm | 55 | 6 | 55 | 7 |
| 1/11/2019 | All Def Affirm | 55 | 9 | 55 | 12 |
| 1/11/2019 | All Def Affirm | 56 | 7 | 57 | 2 |
| 1/11/2019 | All Def Affirm | 57 | 4 | 57 | 5 |
| 1/11/2019 | All Def Affirm | 58 | 13 | 58 | 17 |
| 1/11/2019 | All Def Affirm | 58 | 19 | 59 | 10 |
| 1/11/2019 | All Def Affirm | 59 | 12 | 59 | 19 |
| 1/11/2019 | All Def Affirm | 59 | 21 | 60 | 8 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR PATRICIA RIDEOUT | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/11/2019 | All Def Affirm | 60 | 10 | 60 | 23 |
| 1/11/2019 | All Def Affirm | 60 | 25 | 61 | 7 |
| 1/11/2019 | All Def Affirm | 61 | 9 | 61 | 14 |
| 1/11/2019 | All Def Affirm | 61 | 16 | 61 | 17 |
| 1/11/2019 | All Def Affirm | 63 | 5 | 63 | 16 |
| 1/11/2019 | All Def Affirm | 63 | 18 | 64 | 4 |
| 1/11/2019 | All Def Affirm | 64 | 6 | 64 | 14 |
| 1/11/2019 | All Def Affirm | 70 | 13 | 70 | 24 |
| 1/11/2019 | All Def Affirm | 71 | 1 | 71 | 10 |
| 1/11/2019 | All Def Affirm | 71 | 16 | 72 | 25 |
| 1/11/2019 | All Def Affirm | 73 | 12 | 74 | 21 |
| 1/11/2019 | All Def Affirm | 75 | 9 | 75 | 18 |
| 1/11/2019 | All Def Affirm | 75 | 20 | 76 | 3 |
| 1/11/2019 | All Def Affirm | 77 | 2 | 77 | 7 |
| 1/11/2019 | All Def Affirm | 77 | 9 | 77 | 15 |
| 1/11/2019 | All Def Affirm | 77 | 17 | 77 | 19 |
| 1/11/2019 | All Def Affirm | 78 | 21 | 79 | 21 |
| 1/11/2019 | All Def Affirm | 79 | 23 | 80 | 7 |
| 1/11/2019 | All Def Affirm | 80 | 9 | 82 | 10 |
| 1/11/2019 | All Def Affirm | 82 | 12 | 82 | 21 |
| 1/11/2019 | All Def Affirm | 82 | 23 | 83 | 10 |
| 1/11/2019 | All Def Affirm | 86 | 23 | 87 | 2 |
| 1/11/2019 | All Def Affirm | 87 | 4 | 87 | 14 |
| 1/11/2019 | All Def Affirm | 88 | 25 | 89 | 1 |
| 1/11/2019 | All Def Affirm | 89 | 4 | 89 | 6 |
| 1/11/2019 | All Def Affirm | 89 | 8 | 89 | 14 |
| 1/11/2019 | All Def Affirm | 90 | 3 | 91 | 16 |
| 1/11/2019 | All Def Affirm | 91 | 20 | 92 | 10 |
| 1/11/2019 | All Def Affirm | 96 | 25 | 97 | 4 |
| 1/11/2019 | All Def Affirm | 97 | 6 | 97 | 22 |
| 1/11/2019 | All Def Affirm | 100 | 4 | 100 | 16 |
| 1/11/2019 | All Def Affirm | 101 | 15 | 101 | 24 |
| 1/11/2019 | All Def Affirm | 102 | 7 | 103 | 5 |
| 1/11/2019 | All Def Affirm | 103 | 25 | 104 | 6 |
| 1/11/2019 | All Def Affirm | 104 | 8 | 104 | 10 |
| 1/11/2019 | All Def Affirm | 105 | 12 | 105 | 22 |
| 1/11/2019 | All Def Affirm | 105 | 24 | 106 | 10 |
| 1/11/2019 | All Def Affirm | 106 | 12 | 107 | 17 |
| 1/11/2019 | All Def Affirm | 108 | 3 | 108 | 17 |
| 1/11/2019 | All Def Affirm | 109 | 9 | 111 | 9 |
| 1/11/2019 | All Def Affirm | 113 | 25 | 114 | 5 |
| 1/11/2019 | All Def Affirm | 117 | 4 | 117 | 24 |
| 1/11/2019 | All Def Affirm | 118 | 1 | 118 | 13 |
| 1/11/2019 | All Def Affirm | 118 | 25 | 119 | 4 |
| 1/11/2019 | All Def Affirm | 119 | 6 | 119 | 19 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/11/2019 | All Def Affirm | 120 | 25 | 121 | 24 |
| 1/11/2019 | All Def Affirm | 122 | 1 | 122 | 9 |
| 1/11/2019 | All Def Affirm | 123 | 4 | 123 | 7 |
| 1/11/2019 | All Def Affirm | 123 | 9 | 123 | 12 |
| 1/11/2019 | All Def Affirm | 123 | 19 | 124 | 12 |
| 1/11/2019 | All Def Affirm | 124 | 14 | 124 | 18 |
| 1/11/2019 | All Def Affirm | 124 | 20 | 125 | 17 |
| 1/11/2019 | All Def Affirm | 125 | 19 | 126 | 2 |
| 1/11/2019 | All Def Affirm | 126 | 15 | 126 | 21 |
| 1/11/2019 | All Def Affirm | 128 | 2 | 128 | 6 |
| 1/11/2019 | All Def Affirm | 128 | 9 | 129 | 7 |
| 1/11/2019 | All Def Affirm | 129 | 9 | 129 | 23 |
| 1/11/2019 | All Def Affirm | 129 | 25 | 130 | 10 |
| 1/11/2019 | All Def Affirm | 133 | 10 | 133 | 20 |
| 1/11/2019 | All Def Affirm | 134 | 5 | 134 | 16 |
| 1/11/2019 | All Def Affirm | 134 | 21 | 136 | 17 |
| 1/11/2019 | All Def Affirm | 138 | 6 | 138 | 11 |
| 1/11/2019 | All Def Affirm | 138 | 13 | 138 | 16 |
| 1/11/2019 | All Def Affirm | 138 | 18 | 139 | 15 |
| 1/11/2019 | All Def Affirm | 139 | 17 | 140 | 4 |
| 1/11/2019 | All Def Affirm | 140 | 8 | 140 | 19 |
| 1/11/2019 | All Def Affirm | 140 | 21 | 141 | 16 |
| 1/11/2019 | All Def Affirm | 145 | 13 | 146 | 10 |
| 1/11/2019 | All Def Affirm | 146 | 17 | 147 | 18 |
| 1/11/2019 | All Def Affirm | 148 | 11 | 148 | 14 |
| 1/11/2019 | All Def Affirm | 148 | 16 | 149 | 6 |
| 1/11/2019 | All Def Affirm | 149 | 21 | 150 | 11 |
| 1/11/2019 | All Def Affirm | 150 | 20 | 151 | 18 |
| 1/11/2019 | All Def Affirm | 153 | 15 | 153 | 17 |
| 1/11/2019 | All Def Affirm | 153 | 19 | 153 | 20 |
| 1/11/2019 | All Def Affirm | 153 | 22 | 154 | 2 |
| 1/11/2019 | All Def Affirm | 154 | 12 | 154 | 16 |
| 1/11/2019 | All Def Affirm | 155 | 7 | 155 | 18 |
| 1/11/2019 | All Def Affirm | 155 | 20 | 156 | 3 |
| 1/11/2019 | All Def Affirm | 156 | 18 | 156 | 22 |
| 1/11/2019 | All Def Affirm | 156 | 24 | 156 | 25 |
| 1/11/2019 | All Def Affirm | 157 | 11 | 157 | 20 |
| 1/11/2019 | All Def Affirm | 158 | 15 | 158 | 19 |
| 1/11/2019 | All Def Affirm | 158 | 21 | 158 | 21 |
| 1/11/2019 | All Def Affirm | 163 | 22 | 164 | 21 |
| 1/11/2019 | All Def Affirm | 165 | 10 | 166 | 11 |
| 1/11/2019 | All Def Affirm | 168 | 22 | 169 | 18 |
| 1/11/2019 | All Def Affirm | 169 | 20 | 170 | 22 |
| 1/11/2019 | All Def Affirm | 170 | 24 | 171 | 13 |
| 1/11/2019 | All Def Affirm | 171 | 18 | 171 | 22 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR PATRICIA RIDEOUT | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/11/2019 | All Def Affirm | 172 | 1 | 172 | 6 |
| 1/11/2019 | All Def Affirm | 173 | 17 | 173 | 19 |
| 1/11/2019 | All Def Affirm | 173 | 21 | 174 | 1 |
| 1/11/2019 | All Def Affirm | 184 | 18 | 185 | 9 |
| 1/11/2019 | All Def Affirm | 185 | 16 | 186 | 13 |
| 1/11/2019 | All Def Affirm | 186 | 19 | 186 | 25 |
| 1/11/2019 | All Def Affirm | 189 | 13 | 190 | 19 |
| 1/11/2019 | All Def Affirm | 191 | 7 | 192 | 3 |
| 1/11/2019 | All Def Affirm | 192 | 22 | 193 | 3 |
| 1/11/2019 | All Def Affirm | 193 | 5 | 194 | 11 |
| 1/11/2019 | All Def Affirm | 199 | 8 | 201 | 16 |
| 1/11/2019 | All Def Affirm | 201 | 23 | 204 | 4 |
| 1/11/2019 | All Def Affirm | 204 | 7 | 204 | 19 |
| 1/11/2019 | All Def Affirm | 204 | 23 | 205 | 10 |
| 1/11/2019 | All Def Affirm | 205 | 12 | 206 | 4 |
| 1/11/2019 | All Def Affirm | 207 | 13 | 209 | 25 |
| 1/11/2019 | All Def Affirm | 210 | 2 | 210 | 16 |
| 1/11/2019 | All Def Affirm | 210 | 20 | 212 | 16 |
| 1/11/2019 | All Def Affirm | 212 | 18 | 213 | 9 |
| 1/11/2019 | All Def Affirm | 215 | 24 | 216 | 19 |
| 1/11/2019 | All Def Affirm | 217 | 2 | 217 | 7 |
| 1/11/2019 | All Def Affirm | 217 | 13 | 220 | 14 |
| 1/11/2019 | All Def Affirm | 220 | 16 | 221 | 19 |
| 1/11/2019 | All Def Affirm | 221 | 21 | 222 | 8 |
| 1/11/2019 | All Def Affirm | 222 | 10 | 222 | 11 |
| 1/11/2019 | All Def Affirm | 224 | 5 | 224 | 23 |
| 1/11/2019 | All Def Affirm | 226 | 3 | 227 | 7 |
| 1/11/2019 | All Def Affirm | 227 | 23 | 229 | 19 |
| 1/11/2019 | All Def Affirm | 230 | 2 | 233 | 25 |
| 1/11/2019 | All Def Affirm | 234 | 7 | 234 | 15 |
| 1/11/2019 | All Def Affirm | 237 | 24 | 238 | 6 |
| 1/11/2019 | All Def Affirm | 239 | 13 | 241 | 6 |
| 1/11/2019 | All Def Affirm | 241 | 15 | 242 | 10 |
| 1/11/2019 | All Def Affirm | 242 | 12 | 243 | 10 |
| 1/11/2019 | All Def Affirm | 244 | 2 | 244 | 9 |
| 1/11/2019 | All Def Affirm | 248 | 20 | 250 | 3 |
| 1/11/2019 | All Def Affirm | 250 | 15 | 251 | 2 |
| 1/11/2019 | All Def Affirm | 251 | 14 | 253 | 16 |
| 1/11/2019 | All Def Affirm | 254 | 2 | 254 | 17 |
| 1/11/2019 | All Def Affirm | 254 | 20 | 255 | 3 |
| 1/11/2019 | All Def Affirm | 255 | 7 | 255 | 12 |
| 1/11/2019 | All Def Affirm | 256 | 9 | 256 | 18 |
| 1/11/2019 | All Def Affirm | 256 | 22 | 257 | 21 |
| 1/11/2019 | All Def Affirm | 259 | 2 | 259 | 12 |
| 1/11/2019 | All Def Affirm | 260 | 18 | 261 | 5 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR PATRICIA RIDEOUT | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/11/2019 | All Def Affirm | 261 | 22 | 265 | 12 |
| 1/11/2019 | All Def Affirm | 265 | 24 | 266 | 7 |
| 1/11/2019 | All Def Affirm | 267 | 7 | 268 | 7 |
| 1/11/2019 | All Def Affirm | 270 | 13 | 270 | 18 |
| 1/11/2019 | All Def Affirm | 271 | 11 | 271 | 25 |
| 1/11/2019 | All Def Affirm | 272 | 8 | 272 | 14 |
| 1/11/2019 | All Def Affirm | 272 | 18 | 272 | 25 |
| 1/11/2019 | All Def Affirm | 274 | 14 | 276 | 11 |
| 1/11/2019 | All Def Affirm | 276 | 17 | 276 | 22 |
| 1/11/2019 | All Def Affirm | 277 | 3 | 277 | 13 |
| 1/11/2019 | All Def Affirm | 277 | 22 | 278 | 20 |
| 1/11/2019 | All Def Affirm | 279 | 1 | 279 | 17 |
| 1/11/2019 | All Def Affirm | 281 | 5 | 281 | 11 |
| 1/11/2019 | All Def Affirm | 281 | 16 | 282 | 2 |
| 1/11/2019 | All Def Affirm | 282 | 18 | 284 | 6 |
| 1/11/2019 | All Def Affirm | 284 | 13 | 284 | 20 |
| 1/11/2019 | All Def Affirm | 285 | 19 | 285 | 24 |
| 1/11/2019 | All Def Affirm | 286 | 9 | 286 | 17 |
| 1/11/2019 | All Def Affirm | 290 | 22 | 291 | 2 |
| 1/11/2019 | All Def Affirm | 291 | 11 | 291 | 24 |
| 1/11/2019 | All Def Affirm | 293 | 12 | 294 | 2 |
| 1/11/2019 | All Def Affirm | 296 | 21 | 297 | 7 |
| 1/11/2019 | All Def Affirm | 297 | 23 | 298 | 7 |
| 1/11/2019 | All Def Affirm | 298 | 17 | 298 | 23 |
| 1/11/2019 | All Def Affirm | 299 | 10 | 300 | 16 |
| 1/11/2019 | All Def Affirm | 300 | 18 | 301 | 11 |
| 1/11/2019 | All Def Affirm | 304 | 5 | 305 | 9 |
| 1/11/2019 | All Def Affirm | 306 | 3 | 306 | 24 |
| 1/11/2019 | All Def Affirm | 307 | 6 | 307 | 15 |
| 1/11/2019 | All Def Affirm | 309 | 9 | 309 | 20 |
| 1/11/2019 | All Def Affirm | 311 | 13 | 312 | 14 |
| 1/11/2019 | All Def Affirm | 314 | 12 | 314 | 16 |
| 1/11/2019 | All Def Affirm | 315 | 6 | 315 | 12 |
| 1/11/2019 | All Def Affirm | 316 | 9 | 317 | 17 |
| 1/11/2019 | All Def Affirm | 318 | 1 | 318 | 14 |
| 1/11/2019 | All Def Affirm | 319 | 11 | 320 | 11 |
| 1/11/2019 | All Def Affirm | 320 | 21 | 321 | 2 |
| 1/11/2019 | All Def Affirm | 321 | 10 | 321 | 15 |
| 1/11/2019 | All Def Affirm | 321 | 24 | 323 | 15 |
| 1/11/2019 | All Def Affirm | 327 | 1 | 327 | 9 |
| 1/11/2019 | All Def Affirm | 330 | 10 | 330 | 18 |
| 1/11/2019 | All Def Affirm | 330 | 25 | 331 | 16 |
| 1/11/2019 | All Def Affirm | 331 | 21 | 332 | 7 |
| 1/11/2019 | All Def Affirm | 332 | 19 | 333 | 18 |
| 1/11/2019 | All Def Affirm | 334 | 19 | 334 | 20 |

| **DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR PATRICIA RIDEOUT** |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/11/2019 | All Def Affirm | 335 | 17 | 339 | 3 |
| 1/11/2019 | All Def Affirm | 341 | 8 | 341 | 18 |
| 1/11/2019 | All Def Affirm | 341 | 20 | 342 | 17 |
| 1/11/2019 | All Def Affirm | 342 | 19 | 342 | 22 |
| 1/11/2019 | All Def Affirm | 344 | 23 | 345 | 3 |
| 1/11/2019 | All Def Affirm | 345 | 9 | 345 | 14 |
| 1/11/2019 | All Def Affirm | 346 | 10 | 347 | 2 |
| 1/11/2019 | All Def Affirm | 347 | 6 | 348 | 3 |
| 1/11/2019 | All Def Affirm | 348 | 5 | 348 | 7 |
| 1/11/2019 | All Def Affirm | 349 | 9 | 349 | 16 |
| 1/11/2019 | All Def Affirm | 349 | 18 | 350 | 4 |
| 1/11/2019 | All Def Affirm | 351 | 3 | 351 | 9 |
| 1/11/2019 | All Def Affirm | 351 | 11 | 352 | 3 |