# EXHIBIT Q

| DEPO DATE | DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR JOHN SAROS ||||
|---|---|---|---|---|---|
| | DESIGNATIONS |||||
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/22/2019 | All Def Affirm | 4 | 12 | 4 | 24 |
| 1/22/2019 | All Def Affirm | 7 | 17 | 7 | 19 |
| 1/22/2019 | All Def Affirm | 9 | 17 | 9 | 25 |
| 1/22/2019 | All Def Affirm | 10 | 3 | 10 | 6 |
| 1/22/2019 | All Def Affirm | 10 | 15 | 10 | 19 |
| 1/22/2019 | All Def Affirm | 10 | 24 | 11 | 5 |
| 1/22/2019 | All Def Affirm | 11 | 9 | 11 | 11 |
| 1/22/2019 | All Def Affirm | 29 | 19 | 30 | 22 |
| 1/22/2019 | All Def Affirm | 30 | 25 | 32 | 6 |
| 1/22/2019 | All Def Affirm | 32 | 16 | 32 | 20 |
| 1/22/2019 | All Def Affirm | 33 | 14 | 33 | 20 |
| 1/22/2019 | All Def Affirm | 37 | 9 | 37 | 12 |
| 1/22/2019 | All Def Affirm | 37 | 14 | 38 | 10 |
| 1/22/2019 | All Def Affirm | 38 | 12 | 38 | 12 |
| 1/22/2019 | All Def Affirm | 43 | 15 | 43 | 20 |
| 1/22/2019 | All Def Affirm | 44 | 20 | 45 | 10 |
| 1/22/2019 | All Def Affirm | 45 | 17 | 45 | 20 |
| 1/22/2019 | All Def Affirm | 45 | 22 | 45 | 23 |
| 1/22/2019 | All Def Affirm | 47 | 16 | 47 | 21 |
| 1/22/2019 | All Def Affirm | 49 | 1 | 49 | 9 |
| 1/22/2019 | All Def Affirm | 49 | 11 | 49 | 15 |
| 1/22/2019 | All Def Affirm | 49 | 17 | 50 | 11 |
| 1/22/2019 | All Def Affirm | 50 | 14 | 50 | 14 |
| 1/22/2019 | All Def Affirm | 64 | 16 | 65 | 14 |
| 1/22/2019 | All Def Affirm | 67 | 12 | 67 | 17 |
| 1/22/2019 | All Def Affirm | 87 | 8 | 87 | 19 |
| 1/22/2019 | All Def Affirm | 87 | 21 | 87 | 22 |
| 1/22/2019 | All Def Affirm | 98 | 20 | 100 | 6 |
| 1/22/2019 | All Def Affirm | 100 | 22 | 101 | 2 |
| 1/22/2019 | All Def Affirm | 101 | 4 | 101 | 8 |
| 1/22/2019 | All Def Affirm | 101 | 10 | 101 | 13 |
| 1/22/2019 | All Def Affirm | 101 | 15 | 101 | 25 |
| 1/22/2019 | All Def Affirm | 102 | 3 | 102 | 8 |
| 1/22/2019 | All Def Affirm | 102 | 11 | 102 | 11 |
| 1/22/2019 | All Def Affirm | 104 | 9 | 104 | 12 |
| 1/22/2019 | All Def Affirm | 109 | 7 | 109 | 17 |
| 1/22/2019 | All Def Affirm | 109 | 19 | 110 | 18 |
| 1/22/2019 | All Def Affirm | 110 | 21 | 111 | 15 |
| 1/22/2019 | All Def Affirm | 121 | 2 | 121 | 8 |
| 1/22/2019 | All Def Affirm | 121 | 11 | 121 | 14 |
| 1/22/2019 | All Def Affirm | 125 | 6 | 125 | 14 |
| 1/22/2019 | All Def Affirm | 125 | 16 | 126 | 6 |
| 1/22/2019 | All Def Affirm | 126 | 9 | 126 | 14 |
| 1/22/2019 | All Def Affirm | 128 | 3 | 128 | 7 |
| 1/22/2019 | All Def Affirm | 128 | 9 | 128 | 18 |
| 1/22/2019 | All Def Affirm | 128 | 23 | 129 | 21 |
| 1/22/2019 | All Def Affirm | 131 | 6 | 131 | 24 |
| 1/22/2019 | All Def Affirm | 135 | 1 | 135 | 4 |
| 1/22/2019 | All Def Affirm | 135 | 23 | 136 | 1 |
| 1/22/2019 | All Def Affirm | 136 | 4 | 136 | 12 |
| 1/22/2019 | All Def Affirm | 136 | 14 | 136 | 14 |
| 1/22/2019 | All Def Affirm | 136 | 25 | 137 | 4 |
| 1/22/2019 | All Def Affirm | 137 | 6 | 137 | 6 |

| DEFANDANTS' AFFIRMATIVE DESIGNATIONS FOR JOHN SAROS | | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | DESIGNATIONS | | | | |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/22/2019 | All Def Affirm | 137 | 8 | 137 | 10 |
| 1/22/2019 | All Def Affirm | 138 | 1 | 138 | 19 |
| 1/22/2019 | All Def Affirm | 140 | 20 | 141 | 8 |
| 1/22/2019 | All Def Affirm | 141 | 10 | 141 | 25 |
| 1/22/2019 | All Def Affirm | 142 | 2 | 142 | 2 |
| 1/22/2019 | All Def Affirm | 143 | 10 | 144 | 6 |
| 1/22/2019 | All Def Affirm | 157 | 7 | 157 | 10 |
| 1/22/2019 | All Def Affirm | 158 | 8 | 158 | 12 |
| 1/22/2019 | All Def Affirm | 174 | 18 | 174 | 22 |
| 1/22/2019 | All Def Affirm | 174 | 24 | 175 | 12 |
| 1/22/2019 | All Def Affirm | 175 | 15 | 175 | 15 |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR JOHN SAROS ||||||
|---|---|---|---|---|---|
| **DEPO DATE** | **PLAINTIFFS' OBJECTIONS** |||| **DEFENDANTS' RESPONSES** |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 1/22/2019 | 4 | 12 | 4 | 24 | Cover page, not a proper designation | Exhibits 1-4 were designated with corresponding testimony within the transcript as well |
| 1/22/2019 | 9 | 17 | 9 | 25 | Relevance | Withdraw designation |
| 1/22/2019 | 10 | 3 | 10 | 6 | Relevance | Withdraw designation |
| 1/22/2019 | 10 | 15 | 10 | 17 | Relevance | Relevant to witnesses' employment history with Summit County |
| 1/22/2019 | 10 | 18 | 10 | 19 | Relevance | Withdraw designation |
| 1/22/2019 | 10 | 24 | 11 | 5 | Relevance | Withdraw designation |
| 1/22/2019 | 11 | 9 | 11 | 11 | Relevance | Withdraw designation |
| 1/22/2019 | 29 | 19 | 30 | 22 | Foundation; misstates prior testimony; argumentative; completeness; witness' full answer omitted | Inclusion of 29:19 - 30:13 resolves foundation objection and unfouned objection regarding the characterization of the witness' answer; 29:19 - 30:13 not required for completeness of this question and answer; no argument; witness' full answer was included |
| 1/22/2019 | 30 | 25 | 32 | 6 | Completeness | See objection to counter designation (32:7-13). The portion of the answer omitted from this designation is not responsive to the question. |
| 1/22/2019 | 32 | 16 | 32 | 20 | Completeness | The only portion of the question that was not included in the designation was attorney colloquy; the question and answer are complete |
| 1/22/2019 | 33 | 14 | 33 | 20 | Foundation; misstates prior testimony; speculation; argumentative | Not speculation as witness was testifying based on his personal knowledge; not a misstatement of previous testimony; witness testified to role at SCCS so appropriate foundation; no argument included in desigation |
| 1/22/2019 | 37 | 14 | 38 | 10 | Foundation; misstates testimony; argumentative; speculative | Not speculation as witness was testifying based on his personal knowledge; not a misstatement of previous testimony; witness testified to role at SCCS so appropriate foundation; no argument included in desigation |
| 1/22/2019 | 38 | 12 | 38 | 12 | Foundation; argumentative | witness testified to role at SCCS so appropriate foundation; no argument included in desigation |
| 1/22/2019 | 43 | 15 | 43 | 20 | Foundation; argumentative | witness testified to role at SCCS so appropriate foundation; no argument included in desigation |
| 1/22/2019 | 44 | 20 | 45 | 10 | Foundation; argumentative; completeness | Witness testified to role at SCCS so appropriate foundation; no argument included in desigation; see also testimony desginated at 30:20 - 32:6, 33:14-20 |
| 1/22/2019 | 45 | 17 | 45 | 20 | Foundation; argumentative | Witness testified to role at SCCS so appropriate foundation; no argument included in desigation; see also testimony desginated at 30:20 - 32:6, 33:14-20 |
| 1/22/2019 | 49 | 1 | 49 | 9 | Speculation; foundation; hearsay | Witness testified to role at SCCS so appropriate foundation; question asking about witness' recollection, so no speculation; no statement being offered to prove the truth of the matter asserted, so no hearsay |
| 1/22/2019 | 49 | 11 | 49 | 15 | Foundation; hearsay; speculation | Witness testified to role at SCCS so appropriate foundation; question asking about witness' recollection, so no speculation; no statement being offered to prove the truth of the matter asserted, so no hearsay |
| 1/22/2019 | 49 | 17 | 50 | 11 | Foundation; speculation; hearsay | Witness testified to role at SCCS so appropriate foundation; question asking about witness' recollection, so no speculation; no statement being offered to prove the truth of the matter asserted, so no hearsay |
| 1/22/2019 | 50 | 14 | 50 | 14 | misstates testimony; argumentative; foundation | no testimony being characterized, so no misstatement; no argument included in designation; Witness testified to role at SCCS so appropriate foundation |
| 1/22/2019 | 64 | 16 | 65 | 14 | Relevance; foundation | Withdraw designation |
| 1/22/2019 | 67 | 12 | 67 | 17 | Relevance; foundation | Withdraw designation |
| 1/22/2019 | 87 | 8 | 87 | 19 | Speculation; foundation; argumentative; prejudicial | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting issues (98:20 - 99:4) so appropriate foundation; question asking about witness' recollection and knowledge pertaining to his direct involvement in issue discussed, so no speculation; no argument included in designation; probative value of evidence of negative public image (and related causes) of SCCS outweighs any prejudice |
| 1/22/2019 | 87 | 21 | 87 | 22 | Foundation; speculation | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting issues (98:20 - 99:4) so appropriate foundation; question asking about witness' recollection and knowledge pertaining to his direct involvement in issue discussed, so no speculation |
| 1/22/2019 | 98 | 20 | 100 | 6 | Calls for expert opinion | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions |
| 1/22/2019 | 100 | 22 | 101 | 2 | Argumentative; calls for expert opinion | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; testimony regarding State funding is factual in nature, witness is offering no opinion; no argument included in designation |
| 1/22/2019 | 101 | 4 | 101 | 8 | Foundation; calls for expert opinion | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; testimony regarding State funding is factual in nature, witness is offering no opinion |

| PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR JOHN SAROS | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | PLAINTIFFS' OBJECTIONS | | | | DEFENDANTS' RESPONSES |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 1/22/2019 | 101 | 10 | 101 | 13 | Foundation; argumentative; calls for expert opinion | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; testimony regarding State funding is factual in nature, witness is offering no opinion; no argument included in designation |
| 1/22/2019 | 101 | 15 | 101 | 25 | Relevance; calls for expert opinion on State funding of SCCS | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; testimony regarding State funding is factual in nature, witness is offering no opinion; testimony is relevant as it goes to the issue of the SCCS budget and from which sources SCCS received funding |
| 1/22/2019 | 102 | 3 | 102 | 8 | Relevance; foundation; calls for expert opinion | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; testimony regarding State funding is factual in nature, witness is offering no opinion; testimony is relevant as it goes to the issue of the SCCS budget and from which sources SCCS received funding |
| 1/22/2019 | 102 | 11 | 102 | 11 | Foundation; relevance; speculative | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; testimony regarding State funding is factual in nature, witness is offering no opinion; testimony is relevant as it goes to the issue of the SCCS budget and from which sources SCCS received funding; witness testifying to his knowledge, so no speculation |
| 1/22/2019 | 104 | 9 | 104 | 12 | Relevance; completeness; 403 | Testimony is relevant as it goes to the issue of the SCCS budget and sources of funding for SCCS; probative value of testimony outweighs any prejudice |
| 1/22/2019 | 109 | 7 | 109 | 17 | Speculation; foundation; calls for expert testimony | Testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions; witness testified to role at SCCS so appropriate foundation; question asks about witness' personal knowledge so no speculation |
| 1/22/2019 | 109 | 19 | 110 | 18 | Foundation; argumentative; misstates testimony | Witness testified to role at SCCS so appropriate foundation; no argument included in designation; no characterization of testimony so does not misstate testimony |
| 1/22/2019 | 110 | 21 | 111 | 15 | Relevance; argumentative; foundation | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting issues (98:20 - 99:4) so appropriate foundation; no characterization of testimony, so does not misstate testimony; testimony is relevant as it goes to the issue of the SCCS budget and from which sources SCCS received funding and purposes of such funding; no argument included in designation |
| 1/22/2019 | 125 | 6 | 125 | 14 | Relevance; foundation; argumentative | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting issues (98:20 - 99:4) so appropriate foundation; testimony is relevant as it goes to the issue of the SCCS budget and from which sources SCCS received funding and purposes of such funding; no argument included in designation |
| 1/22/2019 | 125 | 16 | 126 | 6 | Foundation; relevance; argumentative | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting issues (98:20 - 99:4) so appropriate foundation; testimony is relevant as it goes to the issue of the SCCS budget and from which sources SCCS received funding and purposes of such funding; no argument included in designation |
| 1/22/2019 | 128 | 3 | 128 | 7 | Foundation; compound; argumentative | Witness testified to role at SCCS and knowledge regarding impact of drugs on SCCS, so appropriate foundation; no compound; no argument included in designation |
| 1/22/2019 | 128 | 9 | 128 | 18 | Relevance | Testimony and accompanying exhibit No. 3 is relevant as it goes to the issue of the impact of the recession on SCCS and staffing cuts made in 2008/2009 as a result of the recession |
| 1/22/2019 | 128 | 23 | 129 | 21 | Relevance | Testimony and accompanying exhibit No. 3 is relevant as it goes to the issue of the impact of the recession on SCCS and staffing cuts made in 2008/2009 as a result of the recession |
| 1/22/2019 | 131 | 6 | 131 | 24 | Relevance; completeness; argumentative | Testimony and accompanying exhibit No. 3 is relevant as it goes to the issue of the impact of the recession on SCCS and budgetary cuts made in 2008/2009 as a result of the recession; no argument included in designation |
| 1/22/2019 | 135 | 1 | 135 | 4 | Foundation; completeness | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting issues (98:20 - 99:4) so appropriate foundation |
| 1/22/2019 | 135 | 23 | 136 | 1 | Foundation; argumentative | Witness testified to role at SCCS, and specifically to his knowledge regarding budgting and staffing issues so appropriate foundation; no argument included in designation |
| 1/22/2019 | 136 | 4 | 136 | 12 | Argumentative | no argument included in designation |
| 1/22/2019 | 136 | 25 | 137 | 4 | Foundation; argumentative; calls for expert testimony | Witness testified to role at SCCS and issues impacting the number of children in custody so appropriate foundation; no argument included in designation; testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions |
| 1/22/2019 | 137 | 8 | 137 | 10 | Calls for expert opinion | testimony goes to facts of which witness established he had personal knowledge, not lay or expert opinions |
| 1/22/2019 | 138 | 1 | 138 | 19 | Calls for expert testimony | Testimony authenticates and identifies Exhibit No. 4, no expert or lay opinions included |

| | PLAINTIFFS' OBJECTIONS & DEFENDANTS' RESPONSES FOR JOHN SAROS | | | | | |
|---|---|---|---|---|---|---|
| **DEPO DATE** | **PLAINTIFFS' OBJECTIONS** | | | | | **DEFENDANTS' RESPONSES** |
| | Begin Page at | Begin Line at | End Page at | End Line at | PLAINTIFFS' OBJECTIONS | |
| 1/22/2019 | 140 | 20 | 141 | 8 | Compound; argumentative; calls for expert testimony | No compound; no argument included in designation; testimony regarding facts of which witness established he had personal knowledge, not lay or expert opinions |
| 1/22/2019 | 141 | 10 | 141 | 25 | Compound; argumentative; relevance | No compound; no argument included in designation; testimony and accompanying exhibit No. 4 is relevant as it goes to the issue of staffing and budgetary cuts made by SCCS that were unrelated to opioids and left a deficit in resources for the agency |
| 1/22/2019 | 143 | 10 | 144 | 6 | Calls for expert testimony; relevance | Testimony regarding facts of which witness established he had personal knowledge, not lay or expert opinions; testimony is relevant as it goes to the issue of staffing and budgetary cuts made by SCCS that were unrelated to opioids and left a deficit in resources for the agency and other causes of increased workload |
| 1/22/2019 | 157 | 7 | 157 | 10 | Incomplete answer designated; completeness; fact could be stipulated | Improper objection (fact could be stipulated); remaining portion of answer (157:11 - 158:7) is nonresponsive |
| 1/22/2019 | 158 | 8 | 158 | 12 | Argumentative; foundation; misstates testimony | Foundation established 157:7-10; no argument included in designation; no prior testimony characterized |
| 1/22/2019 | 174 | 18 | 174 | 22 | Relevance; argumentative; calls for expert testimony | Testimony regarding facts of which witness established he had personal knowledge, not lay or expert opinions; testimony is relevant as it goes to the issue of impact of substance abuse on SCCS budget; no argument included in designation |
| 1/22/2019 | 174 | 24 | 175 | 12 | Relevance; argumentative; speculation | testimony is relevant as it goes to the issue of impact of substance abuse on SCCS budget; testimony regarding witness' personal knowledge, so not speculative; no argument included in designation |
| 1/22/2019 | 175 | 15 | 175 | 15 | Relevance; argumentative; speculation | testimony is relevant as it goes to the issue of impact of substance abuse on SCCS budget; testimony regarding witness' personal knowledge, so not speculative; no argument included in designation |

| | PLAINTIFFS' COUNTER DESIGNATIONS FOR JOHN SAROS | | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **PLAINTIFFS' COUNTER DESIGNATIONS** | | | | |
| | Designation Type | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/22/2019 | Plaintiff Counter | 23 | 6 | 29 | 4 |
| 1/22/2019 | Plaintiff Counter | 29 | 9 | 29 | 18 |
| 1/22/2019 | Plaintiff Counter | 30 | 23 | 32 | 15 |
| 1/22/2019 | Plaintiff Counter | 32 | 7 | 32 | 15 |
| 1/22/2019 | Plaintiff Counter | 33 | 21 | 35 | 15 |
| 1/22/2019 | Plaintiff Counter | 33 | 21 | 36 | 3 |
| 1/22/2019 | Plaintiff Counter | 39 | 2 | 42 | 7 |
| 1/22/2019 | Plaintiff Counter | 42 | 12 | 43 | 10 |
| 1/22/2019 | Plaintiff Counter | 45 | 11 | 45 | 16 |
| 1/22/2019 | Plaintiff Counter | 45 | 25 | 47 | 25 |
| 1/22/2019 | Plaintiff Counter | 47 | 22 | 48 | 7 |
| 1/22/2019 | Plaintiff Counter | 86 | 1 | 86 | 5 |
| 1/22/2019 | Plaintiff Counter | 100 | 7 | 100 | 21 |
| 1/22/2019 | Plaintiff Counter | 104 | 13 | 104 | 25 |
| 1/22/2019 | Plaintiff Counter | 104 | 13 | 104 | 24 |
| 1/22/2019 | Plaintiff Counter | 121 | 2 | 121 | 15 |
| 1/22/2019 | Plaintiff Counter | 121 | 2 | 121 | 14 |
| 1/22/2019 | Plaintiff Counter | 131 | 25 | 132 | 17 |
| 1/22/2019 | Plaintiff Counter | 135 | 5 | 135 | 12 |
| 1/22/2019 | Plaintiff Counter | 135 | 23 | 136 | 14 |
| 1/22/2019 | Plaintiff Counter | 145 | 11 | 145 | 14 |
| 1/22/2019 | Plaintiff Counter | 157 | 11 | 158 | 7 |
| 1/22/2019 | Plaintiff Counter | 173 | 12 | 173 | 18 |

| DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS FOR JOHN SAROS ||||| |
|---|---|---|---|---|---|
| DEPO DATE | DEFENDANTS' OBJECTIONS |||| |
| | Begin Page at | Begin Line at | End Page at | End Line at | DEFENDANTS' OBJECTIONS |
| 1/22/2019 | 23 | 6 | 24 | 8 | NR; 402; 403 |
| 1/22/2019 | 24 | 10 | 29 | 4 | NR; 402; 403; INC |
| 1/22/2019 | 29 | 9 | 29 | 18 | 402 |
| 1/22/2019 | 32 | 7 | 32 | 13 | NR |
| 1/22/2019 | 32 | 15 | 32 | 15 | COL |
| 1/22/2019 | 33 | 21 | 35 | 15 | NR; 402; 602 |
| 1/22/2019 | 35 | 16 | 36 | 3 | 402 |
| 1/22/2019 | 39 | 2 | 41 | 23 | 602; NR; 40:19 - 41:23 subject of pending motion in limine |
| 1/22/2019 | 42 | 12 | 43 | 10 | 602; NR |
| 1/22/2019 | 45 | 11 | 45 | 16 | NR: CML |
| 1/22/2019 | 46 | 21 | 47 | 14 | NR |
| 1/22/2019 | 104 | 13 | 104 | 24 | NR |
| 1/22/2019 | 131 | 25 | 132 | 17 | NR |
| 1/22/2019 | 135 | 5 | 135 | 12 | INC |
| 1/22/2019 | 157 | 11 | 158 | 7 | NR |
| 1/22/2019 | 173 | 12 | 173 | 18 | NR; 402; 403 |