# EXHIBIT R

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR HUGH SHANNON | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/15/2019 | All Def Affirm | 11 | 19 | 11 | 22 |
| 1/15/2019 | All Def Affirm | 11 | 25 | 12 | 7 |
| 1/15/2019 | All Def Affirm | 12 | 9 | 12 | 25 |
| 1/15/2019 | All Def Affirm | 12 | 9 | 13 | 3 |
| 1/15/2019 | All Def Affirm | 13 | 1 | 13 | 3 |
| 1/15/2019 | All Def Affirm | 13 | 4 | 13 | 16 |
| 1/15/2019 | All Def Affirm | 18 | 4 | 18 | 12 |
| 1/15/2019 | All Def Affirm | 19 | 3 | 20 | 2 |
| 1/15/2019 | All Def Affirm | 20 | 22 | 21 | 17 |
| 1/15/2019 | All Def Affirm | 21 | 21 | 21 | 23 |
| 1/15/2019 | All Def Affirm | 22 | 8 | 22 | 13 |
| 1/15/2019 | All Def Affirm | 22 | 20 | 23 | 1 |
| 1/15/2019 | All Def Affirm | 51 | 12 | 51 | 24 |
| 1/15/2019 | All Def Affirm | 52 | 3 | 52 | 9 |
| 1/15/2019 | All Def Affirm | 54 | 9 | 54 | 21 |
| 1/15/2019 | All Def Affirm | 55 | 12 | 55 | 18 |
| 1/15/2019 | All Def Affirm | 55 | 20 | 55 | 22 |
| 1/15/2019 | All Def Affirm | 72 | 20 | 73 | 5 |
| 1/15/2019 | All Def Affirm | 73 | 8 | 73 | 18 |
| 1/15/2019 | All Def Affirm | 73 | 20 | 74 | 2 |
| 1/15/2019 | All Def Affirm | 74 | 10 | 74 | 19 |
| 1/15/2019 | All Def Affirm | 74 | 21 | 74 | 25 |
| 1/15/2019 | All Def Affirm | 75 | 3 | 75 | 12 |
| 1/15/2019 | All Def Affirm | 75 | 14 | 76 | 8 |
| 1/15/2019 | All Def Affirm | 76 | 22 | 76 | 24 |
| 1/15/2019 | All Def Affirm | 77 | 24 | 78 | 5 |
| 1/15/2019 | All Def Affirm | 78 | 6 | 78 | 12 |
| 1/15/2019 | All Def Affirm | 78 | 13 | 79 | 4 |
| 1/15/2019 | All Def Affirm | 79 | 5 | 79 | 8 |
| 1/15/2019 | All Def Affirm | 79 | 14 | 79 | 20 |
| 1/15/2019 | All Def Affirm | 80 | 5 | 80 | 14 |
| 1/15/2019 | All Def Affirm | 80 | 16 | 81 | 2 |
| 1/15/2019 | All Def Affirm | 82 | 10 | 82 | 12 |
| 1/15/2019 | All Def Affirm | 82 | 14 | 82 | 22 |
| 1/15/2019 | All Def Affirm | 82 | 24 | 83 | 9 |
| 1/15/2019 | All Def Affirm | 92 | 15 | 93 | 10 |
| 1/15/2019 | All Def Affirm | 98 | 8 | 98 | 23 |
| 1/15/2019 | All Def Affirm | 103 | 1 | 103 | 4 |
| 1/15/2019 | All Def Affirm | 103 | 7 | 103 | 12 |
| 1/15/2019 | All Def Affirm | 103 | 24 | 104 | 5 |
| 1/15/2019 | All Def Affirm | 104 | 7 | 104 | 12 |
| 1/15/2019 | All Def Affirm | 106 | 22 | 107 | 7 |
| 1/15/2019 | All Def Affirm | 111 | 11 | 112 | 16 |
| 1/15/2019 | All Def Affirm | 113 | 19 | 114 | 19 |
| 1/15/2019 | All Def Affirm | 118 | 3 | 118 | 21 |

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR HUGH SHANNON | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/15/2019 | All Def Affirm | 119 | 13 | 119 | 25 |
| 1/15/2019 | All Def Affirm | 120 | 3 | 120 | 16 |
| 1/15/2019 | All Def Affirm | 121 | 19 | 122 | 10 |
| 1/15/2019 | All Def Affirm | 124 | 25 | 125 | 5 |
| 1/15/2019 | All Def Affirm | 126 | 3 | 126 | 23 |
| 1/15/2019 | All Def Affirm | 128 | 13 | 129 | 7 |
| 1/15/2019 | All Def Affirm | 131 | 2 | 133 | 19 |
| 1/15/2019 | All Def Affirm | 135 | 5 | 135 | 20 |
| 1/15/2019 | All Def Affirm | 135 | 22 | 136 | 4 |
| 1/15/2019 | All Def Affirm | 138 | 18 | 138 | 20 |
| 1/15/2019 | All Def Affirm | 143 | 15 | 144 | 5 |
| 1/15/2019 | All Def Affirm | 144 | 11 | 144 | 16 |
| 1/15/2019 | All Def Affirm | 145 | 8 | 145 | 18 |
| 1/15/2019 | All Def Affirm | 146 | 3 | 146 | 15 |
| 1/15/2019 | All Def Affirm | 146 | 17 | 146 | 19 |