# EXHIBIT S

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MATTHEW STRAIT ||||||
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS ||||
| | | Begin Page at | Begin Line at | End Page at | End Line at |
|---|---|---|---|---|---|
| 5/31/2019 | All Def Affirm | 13 | 25 | 14 | 2 |
| 5/31/2019 | All Def Affirm | 14 | 19 | 14 | 21 |
| 5/31/2019 | All Def Affirm | 15 | 11 | 15 | 25 |
| 5/31/2019 | All Def Affirm | 16 | 1 | 16 | 25 |
| 5/31/2019 | All Def Affirm | 17 | 1 | 17 | 7 |
| 5/31/2019 | All Def Affirm | 17 | 8 | 17 | 25 |
| 5/31/2019 | All Def Affirm | 18 | 1 | 19 | 15 |
| 5/31/2019 | All Def Affirm | 19 | 21 | 21 | 13 |
| 5/31/2019 | All Def Affirm | 21 | 14 | 22 | 11 |
| 5/31/2019 | All Def Affirm | 22 | 15 | 22 | 25 |
| 5/31/2019 | All Def Affirm | 23 | 1 | 23 | 25 |
| 5/31/2019 | All Def Affirm | 24 | 1 | 24 | 7 |
| 5/31/2019 | All Def Affirm | 24 | 20 | 24 | 25 |
| 5/31/2019 | All Def Affirm | 25 | 1 | 25 | 23 |
| 5/31/2019 | All Def Affirm | 25 | 25 | 25 | 25 |
| 5/31/2019 | All Def Affirm | 26 | 1 | 26 | 25 |
| 5/31/2019 | All Def Affirm | 27 | 1 | 27 | 25 |
| 5/31/2019 | All Def Affirm | 28 | 1 | 28 | 25 |
| 5/31/2019 | All Def Affirm | 29 | 1 | 29 | 25 |
| 5/31/2019 | All Def Affirm | 30 | 1 | 30 | 13 |
| 5/31/2019 | All Def Affirm | 31 | 4 | 31 | 25 |
| 5/31/2019 | All Def Affirm | 32 | 1 | 32 | 10 |
| 5/31/2019 | All Def Affirm | 32 | 11 | 32 | 25 |
| 5/31/2019 | All Def Affirm | 33 | 1 | 33 | 8 |
| 5/31/2019 | All Def Affirm | 33 | 9 | 33 | 14 |
| 5/31/2019 | McKesson Affirm | 37 | 23 | 38 | 16 |
| 5/31/2019 | All Def Affirm | 40 | 1 | 40 | 25 |
| 5/31/2019 | All Def Affirm | 41 | 1 | 41 | 25 |
| 5/31/2019 | All Def Affirm | 42 | 1 | 42 | 19 |
| 5/31/2019 | All Def Affirm | 42 | 21 | 42 | 22 |
| 5/31/2019 | All Def Affirm | 46 | 5 | 46 | 25 |
| 5/31/2019 | All Def Affirm | 47 | 1 | 47 | 1 |
| 5/31/2019 | All Def Affirm | 47 | 5 | 47 | 6 |
| 5/31/2019 | All Def Affirm | 49 | 6 | 49 | 13 |
| 5/31/2019 | All Def Affirm | 49 | 16 | 50 | 7 |
| 5/31/2019 | All Def Affirm | 50 | 23 | 50 | 25 |
| 5/31/2019 | All Def Affirm | 51 | 1 | 51 | 9 |
| 5/31/2019 | All Def Affirm | 51 | 10 | 51 | 13 |
| 5/31/2019 | All Def Affirm | 51 | 16 | 51 | 17 |
| 5/31/2019 | All Def Affirm | 56 | 11 | 56 | 25 |
| 5/31/2019 | All Def Affirm | 57 | 1 | 57 | 7 |
| 5/31/2019 | All Def Affirm | 58 | 11 | 58 | 20 |
| 5/31/2019 | All Def Affirm | 59 | 13 | 59 | 16 |
| 5/31/2019 | All Def Affirm | 59 | 19 | 60 | 19 |
| 5/31/2019 | All Def Affirm | 60 | 21 | 60 | 25 |
| 5/31/2019 | All Def Affirm | 61 | 1 | 61 | 25 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR MATTHEW STRAIT | | | |
|---|---|---|---|---|---|
| **DEPO DATE** | **DESIGNATION TYPE** | **DEFENDANTS' AFFIRMATIVE DESIGNATIONS** | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 5/31/2019 | All Def Affirm | 62 | 1 | 62 | 25 |
| 5/31/2019 | All Def Affirm | 63 | 1 | 63 | 25 |
| 5/31/2019 | All Def Affirm | 65 | 8 | 65 | 19 |
| 5/31/2019 | All Def Affirm | 66 | 14 | 66 | 25 |
| 5/31/2019 | All Def Affirm | 67 | 1 | 67 | 4 |
| 5/31/2019 | All Def Affirm | 68 | 16 | 68 | 25 |
| 5/31/2019 | All Def Affirm | 69 | 1 | 69 | 2 |
| 5/31/2019 | All Def Affirm | 69 | 15 | 69 | 25 |
| 5/31/2019 | All Def Affirm | 116 | 16 | 116 | 25 |
| 5/31/2019 | All Def Affirm | 117 | 1 | 117 | 11 |
| 5/31/2019 | All Def Affirm | 117 | 14 | 117 | 25 |
| 5/31/2019 | All Def Affirm | 118 | 1 | 118 | 1 |
| 5/31/2019 | All Def Affirm | 121 | 10 | 121 | 23 |

| | PLAINTIFFS' OBJECTIONS TO THE DESIGNATIONS OF MATTHEW STRAIT | | | |
|---|---|---|---|---|
| **Start Page** | **Start Line** | **End Page** | **End Line** | **Note** |
| 18 | 25 | 18 | 25 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether Defendants' conduct violated or did not violate the law, as such testimony would invade the province of the jury. |
| 18 | 25 | 30 | 13 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 31 | 4 | 33 | 14 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 37 | 23 | 38 | 16 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 46 | 5 | 47 | 6 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 49 | 6 | 50 | 7 | duplicative of other deposition designations, vague, scope, relevance, foundation, calls for privileged information |
| 50 | 23 | 51 | 17 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 56 | 11 | 57 | 7 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 58 | 11 | 58 | 20 | duplicative of other deposition designations, vague, scope, relevance, foundation |
| 59 | 13 | 60 | 15 | duplicative of other deposition designations, vague, scope, relevance, foundation, calls for privileged information |
| 61 | 4 | 63 | 25 | duplicative of other deposition designations, vague, scope, relevance, foundation, calls for privileged information |
| 116 | 16 | 118 | 1 | misstates prior testimony, relevance |
| 121 | 10 | 121 | 23 | relevance, asked and answered, cumulative |

| DEPO DATE | NOTES | | | | |
|---|---|---|---|---|---|
| | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| | **DEFENDANTS' RESPONSES IN SUPPORT OF DESIGNATIONS OF MATTHEW STRAIT** | | | | |
| 5/31/2019 | 18 | 25 | 18 | 25 | Response #1 (Duplicative): Testimony is not duplicative or cumulative of other designations from Mr. Strait's testimony. Nor is Mr. Strait's testimony duplicative or cumulative of any other DEA witness. His specific career path – having been a senior policy advisor for the diversion control program and a liaison between DEA and Congress for the past 20 years – gives him a different perspective on the central issues of this case than the other DEA fact witnesses. In addition, to the extent multiple DEA witnesses testified along similar lines on the issues central to this case, that is relevant to show that those witnesses shared a common understanding of DEA's interpretation and enforcement of the suspicious order monitoring regulation, rather than an outlier view, which is, in turn, relevant to defendants' scienter. |
| 5/31/2019 | 18 | 25 | 30 | 13 | Response #1 (See above); Response #2 (Scope): Testimony is covered by DOJ's authorization of witness's testimony regarding "Your Communications relating to and efforts to comply with the reports and recommendations contained in the following GAO reports."; Response #3 (Vague): The questions and testimony clearly relate to DEA's efforts to comply with the reports and recommendations contained in the GAO reports.; Response #4 (Relevance): Testimony is relevant to DEA's efforts to comply with GAO recommendations. Testimony is also relevant to scienter, an element of each of plaintiffs' claims and a requirement for punitive damages.; Response #5 (Foundation): Question asks for witness's personal understanding of his role as a liaison between DEA and GAO, which he developed during his career at DEA. Witness testified extensively about his personal experience interacting with GAO and addressing their recommendations. |
| 5/31/2019 | 31 | 4 | 33 | 14 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation) |
| 5/31/2019 | 37 | 23 | 38 | 16 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation) |
| 5/31/2019 | 46 | 5 | 47 | 6 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation) |
| 5/31/2019 | 49 | 6 | 50 | 7 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation): Response #6 (Privileged Communication): The question does not seek for privileged communication but rather whether DEA had developed a guidance manual or not at the time. |
| 5/31/2019 | 50 | 23 | 51 | 17 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation) |
| 5/31/2019 | 56 | 11 | 57 | 7 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation) |
| 5/31/2019 | 58 | 11 | 58 | 20 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation) |
| 5/31/2019 | 59 | 13 | 60 | 15 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation): Response #6 (Privileged Communication): The question does not seek for privileged communication but rather whether DEA was seeking to revise its regulations at the time. |
| 5/31/2019 | 61 | 4 | 63 | 25 | See above: Response #1 (Duplicative); Response #2 (Scope); Response #3 (Vague); Response #4 (Relevance); Response #5 (Foundation): Response #6 (Privileged Communication): The question does not seek privileged communications but rather the communications involved in DEA's response to GAO's recommendations. |

| DEFENDANTS' RESPONSES IN SUPPORT OF DESIGNATIONS OF MATTHEW STRAIT | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | NOTES | | | | |
|  | Begin Page at | Begin Line at | End Page at | End Line at | NOTES |
| 5/31/2019 | 116 | 16 | 118 | 1 | See above: Response #4 (Relevance); Response #8 (Misstates prior testimony): Testimony is not a misstatement because it accurately characterizes the document, which the witness agrees the questioner read properly. |
| 5/31/2019 | 121 | 10 | 121 | 23 | See above: Response #4 (Relevance) and Response #1 (Duplicative); Response #7 (Asked and Answered): Testimony was not answered clearly previously. |