# EXHIBIT T

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR HOLLY WOODS | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 1/7/2019 | All Def Affirm | 9 | 11 | 9 | 21 |
| 1/7/2019 | All Def Affirm | 11 | 10 | 11 | 25 |
| 1/7/2019 | All Def Affirm | 12 | 1 | 12 | 10 |
| 1/7/2019 | All Def Affirm | 12 | 21 | 12 | 25 |
| 1/7/2019 | All Def Affirm | 17 | 25 | 17 | 25 |
| 1/7/2019 | All Def Affirm | 18 | 1 | 18 | 5 |
| 1/7/2019 | All Def Affirm | 18 | 18 | 18 | 25 |
| 1/7/2019 | All Def Affirm | 19 | 1 | 19 | 20 |
| 1/7/2019 | All Def Affirm | 21 | 1 | 21 | 4 |
| 1/7/2019 | All Def Affirm | 21 | 16 | 21 | 25 |
| 1/7/2019 | All Def Affirm | 22 | 1 | 22 | 3 |
| 1/7/2019 | All Def Affirm | 22 | 9 | 22 | 15 |
| 1/7/2019 | All Def Affirm | 23 | 7 | 23 | 25 |
| 1/7/2019 | All Def Affirm | 24 | 1 | 24 | 5 |
| 1/7/2019 | All Def Affirm | 24 | 10 | 24 | 25 |
| 1/7/2019 | All Def Affirm | 25 | 1 | 25 | 10 |
| 1/7/2019 | All Def Affirm | 25 | 18 | 25 | 21 |
| 1/7/2019 | All Def Affirm | 26 | 5 | 26 | 25 |
| 1/7/2019 | All Def Affirm | 27 | 1 | 27 | 25 |
| 1/7/2019 | All Def Affirm | 28 | 1 | 28 | 4 |
| 1/7/2019 | All Def Affirm | 28 | 23 | 28 | 25 |
| 1/7/2019 | All Def Affirm | 29 | 1 | 29 | 17 |
| 1/7/2019 | All Def Affirm | 29 | 20 | 29 | 24 |
| 1/7/2019 | All Def Affirm | 30 | 8 | 30 | 11 |
| 1/7/2019 | All Def Affirm | 30 | 13 | 30 | 15 |
| 1/7/2019 | All Def Affirm | 30 | 17 | 30 | 25 |
| 1/7/2019 | All Def Affirm | 31 | 1 | 31 | 4 |
| 1/7/2019 | All Def Affirm | 31 | 7 | 31 | 9 |
| 1/7/2019 | All Def Affirm | 31 | 18 | 31 | 22 |
| 1/7/2019 | All Def Affirm | 31 | 24 | 31 | 24 |
| 1/7/2019 | All Def Affirm | 32 | 18 | 33 | 1 |
| 1/7/2019 | All Def Affirm | 33 | 10 | 33 | 25 |
| 1/7/2019 | All Def Affirm | 34 | 1 | 34 | 9 |
| 1/7/2019 | All Def Affirm | 34 | 15 | 34 | 22 |
| 1/7/2019 | All Def Affirm | 35 | 4 | 35 | 25 |
| 1/7/2019 | All Def Affirm | 36 | 1 | 36 | 15 |
| 1/7/2019 | All Def Affirm | 36 | 24 | 36 | 25 |
| 1/7/2019 | All Def Affirm | 37 | 1 | 37 | 22 |
| 1/7/2019 | All Def Affirm | 38 | 5 | 38 | 8 |
| 1/7/2019 | All Def Affirm | 38 | 10 | 38 | 10 |
| 1/7/2019 | All Def Affirm | 38 | 12 | 38 | 20 |
| 1/7/2019 | All Def Affirm | 39 | 1 | 39 | 17 |
| 1/7/2019 | All Def Affirm | 39 | 20 | 39 | 25 |
| 1/7/2019 | All Def Affirm | 40 | 1 | 40 | 15 |
| 1/7/2019 | All Def Affirm | 40 | 22 | 40 | 25 |
| 1/7/2019 | All Def Affirm | 41 | 1 | 41 | 16 |

| Date | Ruling | Col3 | Col4 | Col5 | Col6 |
|---|---|---:|---:|---:|---:|
| 1/7/2019 | All Def Affirm | 42 | 4 | 42 | 22 |
| 1/7/2019 | All Def Affirm | 43 | 6 | 43 | 9 |
| 1/7/2019 | All Def Affirm | 43 | 11 | 43 | 20 |
| 1/7/2019 | All Def Affirm | 43 | 22 | 43 | 22 |
| 1/7/2019 | All Def Affirm | 43 | 23 | 43 | 25 |
| 1/7/2019 | All Def Affirm | 44 | 1 | 44 | 12 |
| 1/7/2019 | All Def Affirm | 46 | 9 | 46 | 17 |
| 1/7/2019 | All Def Affirm | 52 | 3 | 52 | 15 |