# EXHIBIT U

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Affirm | 12 | 4 | 12 | 5 |
| 2/28/2019 | All Def Affirm | 24 | 8 | 24 | 14 |
| 2/28/2019 | All Def Affirm | 24 | 17 | 24 | 25 |
| 2/28/2019 | All Def Affirm | 25 | 1 | 25 | 12 |
| 2/28/2019 | All Def Affirm | 26 | 13 | 26 | 17 |
| 2/28/2019 | All Def Affirm | 26 | 19 | 26 | 25 |
| 2/28/2019 | All Def Affirm | 27 | 1 | 27 | 25 |
| 2/28/2019 | All Def Affirm | 28 | 1 | 28 | 21 |
| 2/28/2019 | All Def Affirm | 28 | 22 | 28 | 25 |
| 2/28/2019 | All Def Affirm | 29 | 4 | 29 | 12 |
| 2/28/2019 | All Def Affirm | 29 | 16 | 29 | 22 |
| 2/28/2019 | All Def Affirm | 29 | 23 | 29 | 25 |
| 2/28/2019 | All Def Affirm | 30 | 1 | 30 | 4 |
| 2/28/2019 | All Def Affirm | 30 | 19 | 30 | 21 |
| 2/28/2019 | All Def Affirm | 32 | 3 | 32 | 4 |
| 2/28/2019 | All Def Affirm | 32 | 6 | 32 | 7 |
| 2/28/2019 | All Def Affirm | 32 | 21 | 32 | 23 |
| 2/28/2019 | All Def Affirm | 33 | 20 | 33 | 21 |
| 2/28/2019 | All Def Affirm | 34 | 9 | 34 | 9 |
| 2/28/2019 | All Def Affirm | 35 | 13 | 35 | 14 |
| 2/28/2019 | All Def Affirm | 35 | 20 | 35 | 20 |
| 2/28/2019 | All Def Affirm | 35 | 22 | 35 | 23 |
| 2/28/2019 | All Def Affirm | 36 | 2 | 36 | 2 |
| 2/28/2019 | All Def Affirm | 36 | 22 | 36 | 23 |
| 2/28/2019 | All Def Affirm | 37 | 3 | 37 | 5 |
| 2/28/2019 | All Def Affirm | 37 | 11 | 37 | 15 |
| 2/28/2019 | All Def Affirm | 41 | 12 | 41 | 18 |
| 2/28/2019 | All Def Affirm | 42 | 1 | 42 | 2 |
| 2/28/2019 | All Def Affirm | 42 | 3 | 42 | 7 |
| 2/28/2019 | All Def Affirm | 42 | 15 | 42 | 15 |
| 2/28/2019 | All Def Affirm | 45 | 10 | 46 | 5 |
| 2/28/2019 | All Def Affirm | 46 | 8 | 46 | 8 |
| 2/28/2019 | All Def Affirm | 46 | 21 | 46 | 23 |
| 2/28/2019 | All Def Affirm | 47 | 1 | 47 | 4 |
| 2/28/2019 | All Def Affirm | 47 | 22 | 47 | 22 |
| 2/28/2019 | All Def Affirm | 50 | 24 | 50 | 25 |
| 2/28/2019 | All Def Affirm | 51 | 5 | 51 | 14 |
| 2/28/2019 | All Def Affirm | 51 | 20 | 52 | 12 |
| 2/28/2019 | All Def Affirm | 52 | 21 | 54 | 16 |
| 2/28/2019 | All Def Affirm | 56 | 15 | 57 | 25 |
| 2/28/2019 | All Def Affirm | 58 | 1 | 58 | 25 |
| 2/28/2019 | All Def Affirm | 59 | 1 | 59 | 25 |
| 2/28/2019 | All Def Affirm | 60 | 1 | 60 | 17 |
| 2/28/2019 | All Def Affirm | 61 | 1 | 62 | 19 |
| 2/28/2019 | McKesson Affirm | 63 | 5 | 63 | 11 |
| 2/28/2019 | CAH Affirm | 63 | 5 | 63 | 11 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE J. WRIGHT | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | McKesson Affirm | 63 | 16 | 63 | 17 |
| 2/28/2019 | CAH Affirm | 63 | 16 | 63 | 17 |
| 2/28/2019 | McKesson Affirm | 63 | 22 | 64 | 6 |
| 2/28/2019 | CAH Affirm | 63 | 22 | 64 | 6 |
| 2/28/2019 | All Def Affirm | 65 | 19 | 66 | 15 |
| 2/28/2019 | All Def Affirm | 67 | 4 | 67 | 11 |
| 2/28/2019 | All Def Affirm | 67 | 14 | 67 | 14 |
| 2/28/2019 | All Def Affirm | 68 | 22 | 68 | 24 |
| 2/28/2019 | All Def Affirm | 69 | 1 | 69 | 2 |
| 2/28/2019 | All Def Affirm | 69 | 18 | 70 | 7 |
| 2/28/2019 | Manu Affirm | 70 | 2 | 72 | 16 |
| 2/28/2019 | All Def Affirm | 70 | 8 | 70 | 12 |
| 2/28/2019 | All Def Affirm | 70 | 13 | 70 | 22 |
| 2/28/2019 | All Def Affirm | 70 | 24 | 70 | 24 |
| 2/28/2019 | All Def Affirm | 71 | 1 | 71 | 25 |
| 2/28/2019 | All Def Affirm | 72 | 1 | 72 | 8 |
| 2/28/2019 | All Def Affirm | 72 | 10 | 72 | 14 |
| 2/28/2019 | All Def Affirm | 72 | 16 | 72 | 16 |
| 2/28/2019 | All Def Affirm | 72 | 18 | 72 | 22 |
| 2/28/2019 | All Def Affirm | 72 | 24 | 72 | 24 |
| 2/28/2019 | All Def Affirm | 73 | 1 | 73 | 1 |
| 2/28/2019 | All Def Affirm | 73 | 5 | 73 | 8 |
| 2/28/2019 | All Def Affirm | 74 | 1 | 74 | 9 |
| 2/28/2019 | All Def Affirm | 74 | 10 | 74 | 15 |
| 2/28/2019 | All Def Affirm | 74 | 19 | 74 | 24 |
| 2/28/2019 | Manu Affirm | 75 | 2 | 75 | 4 |
| 2/28/2019 | All Def Affirm | 75 | 2 | 75 | 4 |
| 2/28/2019 | Manu Affirm | 75 | 7 | 75 | 9 |
| 2/28/2019 | All Def Affirm | 75 | 7 | 75 | 9 |
| 2/28/2019 | All Def Affirm | 75 | 11 | 75 | 15 |
| 2/28/2019 | All Def Affirm | 75 | 17 | 75 | 21 |
| 2/28/2019 | All Def Affirm | 75 | 22 | 76 | 11 |
| 2/28/2019 | All Def Affirm | 76 | 14 | 77 | 4 |
| 2/28/2019 | Manu Affirm | 76 | 16 | 77 | 4 |
| 2/28/2019 | Manu Affirm | 77 | 6 | 77 | 6 |
| 2/28/2019 | All Def Affirm | 77 | 6 | 77 | 6 |
| 2/28/2019 | Manu Affirm | 77 | 18 | 77 | 25 |
| 2/28/2019 | All Def Affirm | 77 | 18 | 77 | 25 |
| 2/28/2019 | Manu Affirm | 78 | 2 | 78 | 2 |
| 2/28/2019 | All Def Affirm | 78 | 2 | 78 | 11 |
| 2/28/2019 | All Def Affirm | 80 | 12 | 80 | 16 |
| 2/28/2019 | All Def Affirm | 80 | 17 | 80 | 22 |
| 2/28/2019 | All Def Affirm | 80 | 24 | 81 | 11 |
| 2/28/2019 | All Def Affirm | 81 | 23 | 82 | 7 |
| 2/28/2019 | All Def Affirm | 82 | 12 | 82 | 16 |
| 2/28/2019 | All Def Affirm | 82 | 19 | 82 | 19 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE J. WRIGHT | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | McKesson Affirm | 83 | 16 | 83 | 19 |
| 2/28/2019 | Pharm Affirm | 83 | 16 | 83 | 19 |
| 2/28/2019 | CAH Affirm | 83 | 16 | 83 | 19 |
| 2/28/2019 | McKesson Affirm | 83 | 22 | 83 | 23 |
| 2/28/2019 | Pharm Affirm | 83 | 22 | 83 | 23 |
| 2/28/2019 | CAH Affirm | 83 | 22 | 83 | 23 |
| 2/28/2019 | McKesson Affirm | 84 | 5 | 84 | 13 |
| 2/28/2019 | Pharm Affirm | 84 | 5 | 84 | 13 |
| 2/28/2019 | CAH Affirm | 84 | 5 | 84 | 13 |
| 2/28/2019 | Manu Affirm | 84 | 9 | 84 | 13 |
| 2/28/2019 | McKesson Affirm | 84 | 21 | 84 | 21 |
| 2/28/2019 | Manu Affirm | 84 | 21 | 84 | 21 |
| 2/28/2019 | Pharm Affirm | 84 | 21 | 84 | 21 |
| 2/28/2019 | CAH Affirm | 84 | 21 | 84 | 21 |
| 2/28/2019 | CAH Affirm | 85 | 13 | 85 | 22 |
| 2/28/2019 | McKesson Affirm | 85 | 13 | 85 | 24 |
| 2/28/2019 | McKesson Affirm | 86 | 1 | 86 | 1 |
| 2/28/2019 | All Def Affirm | 86 | 15 | 86 | 19 |
| 2/28/2019 | All Def Affirm | 86 | 20 | 87 | 11 |
| 2/28/2019 | All Def Affirm | 88 | 1 | 88 | 7 |
| 2/28/2019 | All Def Affirm | 88 | 9 | 88 | 23 |
| 2/28/2019 | All Def Affirm | 88 | 13 | 88 | 25 |
| 2/28/2019 | McKesson Affirm | 89 | 2 | 89 | 8 |
| 2/28/2019 | All Def Affirm | 89 | 17 | 90 | 5 |
| 2/28/2019 | All Def Affirm | 90 | 17 | 91 | 16 |
| 2/28/2019 | All Def Affirm | 92 | 7 | 93 | 22 |
| 2/28/2019 | McKesson Affirm | 94 | 17 | 94 | 18 |
| 2/28/2019 | All Def Affirm | 94 | 22 | 97 | 9 |
| 2/28/2019 | All Def Affirm | 97 | 15 | 97 | 24 |
| 2/28/2019 | All Def Affirm | 98 | 14 | 98 | 19 |
| 2/28/2019 | All Def Affirm | 98 | 22 | 99 | 2 |
| 2/28/2019 | All Def Affirm | 99 | 5 | 99 | 6 |
| 2/28/2019 | All Def Affirm | 99 | 24 | 100 | 5 |
| 2/28/2019 | All Def Affirm | 100 | 25 | 101 | 25 |
| 2/28/2019 | All Def Affirm | 102 | 1 | 102 | 6 |
| 2/28/2019 | All Def Affirm | 102 | 10 | 102 | 16 |
| 2/28/2019 | All Def Affirm | 102 | 18 | 103 | 8 |
| 2/28/2019 | All Def Affirm | 103 | 10 | 103 | 12 |
| 2/28/2019 | All Def Affirm | 103 | 13 | 103 | 13 |
| 2/28/2019 | McKesson Affirm | 106 | 6 | 106 | 8 |
| 2/28/2019 | Pharm Affirm | 106 | 6 | 106 | 8 |
| 2/28/2019 | CAH Affirm | 106 | 6 | 106 | 8 |
| 2/28/2019 | McKesson Affirm | 106 | 11 | 106 | 18 |
| 2/28/2019 | Pharm Affirm | 106 | 11 | 106 | 22 |
| 2/28/2019 | CAH Affirm | 106 | 11 | 106 | 22 |
| 2/28/2019 | McKesson Affirm | 106 | 20 | 106 | 22 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE  J. WRIGHT | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Affirm | 108 | 16 | 108 | 19 |
| 2/28/2019 | All Def Affirm | 108 | 21 | 108 | 22 |
| 2/28/2019 | All Def Affirm | 110 | 8 | 110 | 11 |
| 2/28/2019 | All Def Affirm | 110 | 15 | 110 | 19 |
| 2/28/2019 | All Def Affirm | 113 | 23 | 114 | 4 |
| 2/28/2019 | All Def Affirm | 114 | 16 | 114 | 18 |
| 2/28/2019 | All Def Affirm | 114 | 19 | 114 | 25 |
| 2/28/2019 | All Def Affirm | 115 | 2 | 115 | 10 |
| 2/28/2019 | CAH Affirm | 115 | 11 | 115 | 15 |
| 2/28/2019 | McKesson Affirm | 115 | 11 | 115 | 16 |
| 2/28/2019 | All Def Affirm | 115 | 17 | 115 | 23 |
| 2/28/2019 | All Def Affirm | 115 | 24 | 116 | 12 |
| 2/28/2019 | McKesson Affirm | 117 | 13 | 117 | 17 |
| 2/28/2019 | McKesson Affirm | 117 | 19 | 119 | 3 |
| 2/28/2019 | All Def Affirm | 119 | 23 | 120 | 7 |
| 2/28/2019 | All Def Affirm | 120 | 10 | 121 | 1 |
| 2/28/2019 | All Def Affirm | 121 | 3 | 121 | 5 |
| 2/28/2019 | All Def Affirm | 121 | 7 | 121 | 24 |
| 2/28/2019 | All Def Affirm | 122 | 1 | 123 | 6 |
| 2/28/2019 | All Def Affirm | 123 | 9 | 123 | 23 |
| 2/28/2019 | All Def Affirm | 123 | 25 | 124 | 5 |
| 2/28/2019 | All Def Affirm | 124 | 7 | 124 | 7 |
| 2/28/2019 | All Def Affirm | 125 | 5 | 125 | 8 |
| 2/28/2019 | All Def Affirm | 125 | 20 | 125 | 23 |
| 2/28/2019 | All Def Affirm | 125 | 25 | 126 | 16 |
| 2/28/2019 | All Def Affirm | 128 | 1 | 128 | 7 |
| 2/28/2019 | All Def Affirm | 128 | 10 | 128 | 17 |
| 2/28/2019 | All Def Affirm | 128 | 19 | 128 | 24 |
| 2/28/2019 | All Def Affirm | 129 | 1 | 129 | 6 |
| 2/28/2019 | All Def Affirm | 129 | 22 | 129 | 22 |
| 2/28/2019 | McKesson Affirm | 131 | 5 | 131 | 9 |
| 2/28/2019 | McKesson Affirm | 131 | 6 | 131 | 9 |
| 2/28/2019 | All Def Affirm | 132 | 3 | 132 | 13 |
| 2/28/2019 | All Def Affirm | 132 | 16 | 132 | 21 |
| 2/28/2019 | All Def Affirm | 132 | 24 | 133 | 2 |
| 2/28/2019 | All Def Affirm | 133 | 4 | 133 | 11 |
| 2/28/2019 | McKesson Affirm | 134 | 6 | 134 | 11 |
| 2/28/2019 | Pharm Affirm | 134 | 6 | 134 | 11 |
| 2/28/2019 | McKesson Affirm | 134 | 13 | 135 | 5 |
| 2/28/2019 | Pharm Affirm | 134 | 13 | 135 | 5 |
| 2/28/2019 | All Def Affirm | 135 | 7 | 135 | 12 |
| 2/28/2019 | All Def Affirm | 135 | 15 | 135 | 25 |
| 2/28/2019 | All Def Affirm | 136 | 1 | 136 | 25 |
| 2/28/2019 | All Def Affirm | 137 | 1 | 137 | 7 |
| 2/28/2019 | All Def Affirm | 140 | 2 | 140 | 8 |
| 2/28/2019 | All Def Affirm | 140 | 10 | 140 | 24 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE J. WRIGHT | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Affirm | 141 | 2 | 141 | 9 |
| 2/28/2019 | All Def Affirm | 141 | 14 | 141 | 25 |
| 2/28/2019 | All Def Affirm | 142 | 2 | 142 | 9 |
| 2/28/2019 | Manu Affirm | 142 | 13 | 142 | 23 |
| 2/28/2019 | All Def Affirm | 142 | 16 | 142 | 23 |
| 2/28/2019 | Manu Affirm | 142 | 25 | 142 | 25 |
| 2/28/2019 | All Def Affirm | 142 | 25 | 142 | 25 |
| 2/28/2019 | All Def Affirm | 143 | 2 | 143 | 8 |
| 2/28/2019 | All Def Affirm | 143 | 12 | 143 | 12 |
| 2/28/2019 | All Def Affirm | 143 | 19 | 144 | 12 |
| 2/28/2019 | All Def Affirm | 144 | 14 | 144 | 25 |
| 2/28/2019 | All Def Affirm | 145 | 10 | 145 | 21 |
| 2/28/2019 | All Def Affirm | 145 | 23 | 145 | 25 |
| 2/28/2019 | All Def Affirm | 146 | 1 | 147 | 3 |
| 2/28/2019 | All Def Affirm | 147 | 5 | 147 | 10 |
| 2/28/2019 | All Def Affirm | 147 | 15 | 147 | 18 |
| 2/28/2019 | All Def Affirm | 148 | 9 | 148 | 12 |
| 2/28/2019 | All Def Affirm | 148 | 15 | 148 | 20 |
| 2/28/2019 | All Def Affirm | 148 | 24 | 149 | 2 |
| 2/28/2019 | All Def Affirm | 149 | 5 | 149 | 10 |
| 2/28/2019 | All Def Affirm | 149 | 12 | 149 | 12 |
| 2/28/2019 | All Def Affirm | 150 | 9 | 150 | 19 |
| 2/28/2019 | McKesson Affirm | 150 | 20 | 150 | 24 |
| 2/28/2019 | McKesson Affirm | 151 | 1 | 151 | 1 |
| 2/28/2019 | McKesson Affirm | 151 | 3 | 151 | 6 |
| 2/28/2019 | McKesson Affirm | 151 | 8 | 151 | 8 |
| 2/28/2019 | All Def Affirm | 151 | 23 | 151 | 25 |
| 2/28/2019 | All Def Affirm | 152 | 1 | 152 | 8 |
| 2/28/2019 | All Def Affirm | 153 | 2 | 153 | 11 |
| 2/28/2019 | All Def Affirm | 153 | 19 | 153 | 19 |
| 2/28/2019 | All Def Affirm | 153 | 21 | 153 | 22 |
| 2/28/2019 | All Def Affirm | 153 | 24 | 153 | 24 |
| 2/28/2019 | All Def Affirm | 154 | 1 | 154 | 6 |
| 2/28/2019 | All Def Affirm | 154 | 8 | 154 | 14 |
| 2/28/2019 | All Def Affirm | 154 | 18 | 154 | 19 |
| 2/28/2019 | All Def Affirm | 159 | 12 | 159 | 25 |
| 2/28/2019 | All Def Affirm | 160 | 1 | 160 | 5 |
| 2/28/2019 | All Def Affirm | 162 | 23 | 162 | 25 |
| 2/28/2019 | Manu Affirm | 162 | 23 | 163 | 5 |
| 2/28/2019 | All Def Affirm | 163 | 1 | 163 | 7 |
| 2/28/2019 | Manu Affirm | 163 | 7 | 163 | 7 |
| 2/28/2019 | Manu Affirm | 164 | 1 | 164 | 5 |
| 2/28/2019 | Manu Affirm | 164 | 7 | 164 | 13 |
| 2/28/2019 | All Def Affirm | 164 | 11 | 164 | 13 |
| 2/28/2019 | All Def Affirm | 164 | 15 | 164 | 20 |
| 2/28/2019 | Manu Affirm | 164 | 15 | 164 | 20 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR | | | |
|---|---|---|---|---|---|
| | | KYLE  J. WRIGHT | | | |
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Affirm | 164 | 22 | 165 | 2 |
| 2/28/2019 | Manu Affirm | 164 | 22 | 165 | 2 |
| 2/28/2019 | All Def Affirm | 165 | 4 | 165 | 15 |
| 2/28/2019 | Manu Affirm | 165 | 4 | 165 | 15 |
| 2/28/2019 | All Def Affirm | 165 | 17 | 165 | 20 |
| 2/28/2019 | Manu Affirm | 165 | 17 | 165 | 25 |
| 2/28/2019 | Manu Affirm | 166 | 2 | 166 | 20 |
| 2/28/2019 | All Def Affirm | 167 | 13 | 167 | 15 |
| 2/28/2019 | All Def Affirm | 167 | 18 | 167 | 18 |
| 2/28/2019 | All Def Affirm | 167 | 21 | 167 | 25 |
| 2/28/2019 | All Def Affirm | 168 | 1 | 168 | 10 |
| 2/28/2019 | All Def Affirm | 168 | 19 | 168 | 21 |
| 2/28/2019 | Manu Affirm | 170 | 2 | 170 | 14 |
| 2/28/2019 | All Def Affirm | 170 | 2 | 170 | 20 |
| 2/28/2019 | McKesson Affirm | 171 | 18 | 172 | 1 |
| 2/28/2019 | All Def Affirm | 172 | 10 | 172 | 12 |
| 2/28/2019 | All Def Affirm | 172 | 23 | 172 | 25 |
| 2/28/2019 | All Def Affirm | 173 | 1 | 173 | 5 |
| 2/28/2019 | All Def Affirm | 173 | 10 | 173 | 25 |
| 2/28/2019 | All Def Affirm | 174 | 1 | 174 | 17 |
| 2/28/2019 | All Def Affirm | 174 | 19 | 174 | 22 |
| 2/28/2019 | All Def Affirm | 174 | 24 | 175 | 10 |
| 2/28/2019 | All Def Affirm | 179 | 8 | 179 | 25 |
| 2/28/2019 | All Def Affirm | 180 | 1 | 180 | 19 |
| 2/28/2019 | All Def Affirm | 180 | 21 | 180 | 25 |
| 2/28/2019 | All Def Affirm | 181 | 1 | 181 | 8 |
| 2/28/2019 | All Def Affirm | 181 | 18 | 181 | 25 |
| 2/28/2019 | All Def Affirm | 182 | 1 | 182 | 2 |
| 2/28/2019 | All Def Affirm | 182 | 7 | 182 | 17 |
| 2/28/2019 | Manu Affirm | 182 | 11 | 182 | 17 |
| 2/28/2019 | All Def Affirm | 182 | 19 | 183 | 3 |
| 2/28/2019 | Manu Affirm | 182 | 19 | 183 | 3 |
| 2/28/2019 | All Def Affirm | 183 | 5 | 183 | 17 |
| 2/28/2019 | Manu Affirm | 183 | 5 | 183 | 17 |
| 2/28/2019 | Manu Affirm | 184 | 11 | 184 | 14 |
| 2/28/2019 | Manu Affirm | 184 | 17 | 184 | 18 |
| 2/28/2019 | Manu Affirm | 184 | 20 | 184 | 20 |
| 2/28/2019 | All Def Affirm | 184 | 22 | 184 | 25 |
| 2/28/2019 | All Def Affirm | 185 | 1 | 185 | 11 |
| 2/28/2019 | All Def Affirm | 185 | 14 | 185 | 20 |
| 2/28/2019 | All Def Affirm | 185 | 23 | 185 | 23 |
| 2/28/2019 | All Def Affirm | 186 | 13 | 186 | 25 |
| 2/28/2019 | All Def Affirm | 187 | 1 | 187 | 3 |
| 2/28/2019 | All Def Affirm | 187 | 14 | 187 | 16 |
| 2/28/2019 | All Def Affirm | 187 | 25 | 187 | 25 |
| 2/28/2019 | All Def Affirm | 191 | 13 | 191 | 18 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | **DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE  J. WRIGHT** | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Affirm | 191 | 20 | 191 | 25 |
| 2/28/2019 | All Def Affirm | 192 | 1 | 192 | 6 |
| 2/28/2019 | Manu Affirm | 192 | 1 | 192 | 6 |
| 2/28/2019 | Manu Affirm | 193 | 5 | 193 | 10 |
| 2/28/2019 | Manu & Dist Affirm | 193 | 5 | 193 | 13 |
| 2/28/2019 | Manu & Dist Affirm | 193 | 15 | 194 | 6 |
| 2/28/2019 | Manu & Dist Affirm | 194 | 8 | 194 | 10 |
| 2/28/2019 | Manu & Dist Affirm | 194 | 13 | 194 | 13 |
| 2/28/2019 | Manu Affirm | 195 | 3 | 195 | 8 |
| 2/28/2019 | Manu Affirm | 195 | 10 | 195 | 25 |
| 2/28/2019 | All Def Affirm | 195 | 22 | 195 | 25 |
| 2/28/2019 | All Def Affirm | 196 | 3 | 196 | 13 |
| 2/28/2019 | Manu Affirm | 196 | 3 | 196 | 13 |
| 2/28/2019 | All Def Affirm | 196 | 15 | 196 | 18 |
| 2/28/2019 | Manu Affirm | 196 | 15 | 196 | 21 |
| 2/28/2019 | Manu Affirm | 196 | 23 | 198 | 4 |
| 2/28/2019 | All Def Affirm | 197 | 6 | 197 | 25 |
| 2/28/2019 | All Def Affirm | 198 | 1 | 198 | 4 |
| 2/28/2019 | All Def Affirm | 198 | 6 | 198 | 15 |
| 2/28/2019 | Manu Affirm | 198 | 6 | 198 | 15 |
| 2/28/2019 | All Def Affirm | 198 | 17 | 199 | 3 |
| 2/28/2019 | Manu Affirm | 198 | 17 | 199 | 3 |
| 2/28/2019 | All Def Affirm | 199 | 5 | 199 | 10 |
| 2/28/2019 | Manu Affirm | 199 | 5 | 199 | 10 |
| 2/28/2019 | Manu Affirm | 201 | 24 | 202 | 1 |
| 2/28/2019 | All Def Affirm | 202 | 1 | 202 | 1 |
| 2/28/2019 | All Def Affirm | 202 | 10 | 202 | 15 |
| 2/28/2019 | All Def Affirm | 202 | 24 | 202 | 25 |
| 2/28/2019 | Pharm Affirm | 208 | 5 | 208 | 8 |
| 2/28/2019 | Pharm Affirm | 208 | 10 | 208 | 12 |
| 2/28/2019 | Pharm Affirm | 208 | 14 | 208 | 17 |
| 2/28/2019 | Pharm Affirm | 208 | 22 | 208 | 24 |
| 2/28/2019 | Manu Affirm | 208 | 25 | 209 | 3 |
| 2/28/2019 | All Def Affirm | 209 | 2 | 209 | 3 |
| 2/28/2019 | All Def Affirm | 209 | 8 | 209 | 9 |
| 2/28/2019 | All Def Affirm | 209 | 13 | 209 | 14 |
| 2/28/2019 | Manu Affirm | 209 | 13 | 209 | 14 |
| 2/28/2019 | All Def Affirm | 210 | 19 | 210 | 25 |
| 2/28/2019 | Manu Affirm | 210 | 19 | 210 | 25 |
| 2/28/2019 | All Def Affirm | 211 | 1 | 211 | 10 |
| 2/28/2019 | All Def Affirm | 211 | 12 | 212 | 8 |
| 2/28/2019 | Manu Affirm | 212 | 1 | 212 | 8 |
| 2/28/2019 | Manu Affirm | 212 | 11 | 212 | 16 |
| 2/28/2019 | All Def Affirm | 212 | 11 | 212 | 25 |
| 2/28/2019 | Manu Affirm | 212 | 18 | 213 | 2 |
| 2/28/2019 | All Def Affirm | 213 | 1 | 213 | 7 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Affirm | 214 | 12 | 214 | 21 |
| 2/28/2019 | All Def Affirm | 215 | 6 | 215 | 16 |
| 2/28/2019 | All Def Affirm | 215 | 18 | 216 | 10 |
| 2/28/2019 | All Def Affirm | 216 | 12 | 216 | 21 |
| 2/28/2019 | All Def Affirm | 217 | 5 | 217 | 22 |
| 2/28/2019 | Manu Affirm | 217 | 5 | 217 | 22 |
| 2/28/2019 | All Def Affirm | 218 | 17 | 218 | 19 |
| 2/28/2019 | Manu Affirm | 218 | 17 | 218 | 19 |
| 2/28/2019 | Manu Affirm | 218 | 21 | 218 | 21 |
| 2/28/2019 | All Def Affirm | 218 | 21 | 218 | 25 |
| 2/28/2019 | All Def Affirm | 219 | 1 | 219 | 2 |
| 2/28/2019 | All Def Affirm | 219 | 11 | 219 | 17 |
| 2/28/2019 | Manu Affirm | 220 | 20 | 221 | 3 |
| 2/28/2019 | All Def Affirm | 220 | 22 | 220 | 25 |
| 2/28/2019 | All Def Affirm | 221 | 6 | 221 | 11 |
| 2/28/2019 | All Def Affirm | 223 | 10 | 223 | 23 |
| 2/28/2019 | All Def Affirm | 223 | 25 | 224 | 23 |
| 2/28/2019 | All Def Affirm | 224 | 25 | 224 | 25 |
| 2/28/2019 | All Def Affirm | 225 | 18 | 226 | 1 |
| 2/28/2019 | All Def Affirm | 226 | 3 | 226 | 8 |
| 2/28/2019 | All Def Affirm | 226 | 11 | 226 | 12 |
| 2/28/2019 | All Def Affirm | 228 | 9 | 228 | 16 |
| 2/28/2019 | All Def Affirm | 228 | 18 | 228 | 19 |
| 2/28/2019 | All Def Affirm | 229 | 4 | 229 | 7 |
| 2/28/2019 | All Def Affirm | 229 | 10 | 229 | 11 |
| 2/28/2019 | All Def Affirm | 229 | 19 | 229 | 21 |
| 2/28/2019 | All Def Affirm | 229 | 25 | 230 | 6 |
| 2/28/2019 | All Def Affirm | 230 | 9 | 230 | 10 |
| 2/28/2019 | All Def Affirm | 230 | 12 | 230 | 15 |
| 2/28/2019 | All Def Affirm | 230 | 18 | 231 | 18 |
| 2/28/2019 | All Def Affirm | 231 | 9 | 231 | 15 |
| 2/28/2019 | All Def Affirm | 231 | 20 | 231 | 25 |
| 2/28/2019 | All Def Affirm | 232 | 3 | 232 | 25 |
| 2/28/2019 | All Def Affirm | 233 | 1 | 233 | 5 |
| 2/28/2019 | All Def Affirm | 233 | 19 | 234 | 9 |
| 2/28/2019 | All Def Affirm | 234 | 11 | 234 | 18 |
| 2/28/2019 | All Def Affirm | 234 | 20 | 235 | 13 |
| 2/28/2019 | All Def Affirm | 235 | 15 | 235 | 16 |
| 2/28/2019 | All Def Affirm | 236 | 2 | 236 | 5 |
| 2/28/2019 | All Def Affirm | 237 | 9 | 237 | 11 |
| 2/28/2019 | All Def Affirm | 237 | 15 | 237 | 17 |
| 2/28/2019 | All Def Affirm | 237 | 20 | 237 | 21 |
| 2/28/2019 | All Def Affirm | 238 | 23 | 238 | 25 |
| 2/28/2019 | All Def Affirm | 239 | 1 | 239 | 1 |
| 2/28/2019 | All Def Affirm | 239 | 3 | 239 | 5 |
| 2/28/2019 | All Def Affirm | 240 | 3 | 240 | 16 |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE J. WRIGHT**

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR | | | |
| | | KYLE  J. WRIGHT | | | |
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | Pharm Affirm | 241 | 2 | 241 | 8 |
| 2/28/2019 | Pharm Affirm | 241 | 11 | 241 | 24 |
| 2/28/2019 | Pharm Affirm | 244 | 4 | 244 | 13 |
| 2/28/2019 | McKesson Affirm | 244 | 14 | 244 | 20 |
| 2/28/2019 | McKesson Affirm | 245 | 11 | 245 | 16 |
| 2/28/2019 | CAH Affirm | 245 | 11 | 245 | 16 |
| 2/28/2019 | All Def Affirm | 246 | 13 | 246 | 18 |
| 2/28/2019 | All Def Affirm | 247 | 12 | 247 | 24 |
| 2/28/2019 | All Def Affirm | 251 | 7 | 251 | 18 |
| 2/28/2019 | All Def Affirm | 252 | 13 | 252 | 25 |
| 2/28/2019 | Manu Affirm | 252 | 13 | 253 | 6 |
| 2/28/2019 | All Def Affirm | 253 | 1 | 253 | 16 |
| 2/28/2019 | All Def Affirm | 253 | 18 | 253 | 18 |
| 2/28/2019 | All Def Affirm | 254 | 7 | 254 | 25 |
| 2/28/2019 | All Def Affirm | 255 | 1 | 255 | 7 |
| 2/28/2019 | All Def Affirm | 255 | 9 | 255 | 19 |
| 2/28/2019 | All Def Affirm | 255 | 21 | 256 | 8 |
| 2/28/2019 | All Def Affirm | 257 | 2 | 257 | 15 |
| 2/28/2019 | McKesson Affirm | 257 | 24 | 258 | 3 |
| 2/28/2019 | CAH Affirm | 257 | 24 | 258 | 3 |
| 2/28/2019 | All Def Affirm | 259 | 12 | 259 | 17 |
| 2/28/2019 | All Def Affirm | 259 | 20 | 259 | 25 |
| 2/28/2019 | All Def Affirm | 260 | 4 | 260 | 25 |
| 2/28/2019 | All Def Affirm | 261 | 1 | 261 | 7 |
| 2/28/2019 | All Def Affirm | 261 | 1 | 261 | 25 |
| 2/28/2019 | All Def Affirm | 261 | 9 | 261 | 25 |
| 2/28/2019 | All Def Affirm | 262 | 1 | 262 | 4 |
| 3/4/2019 | All Def Affirm | 306 | 10 | 306 | 13 |
| 3/4/2019 | All Def Affirm | 306 | 15 | 306 | 17 |
| 3/4/2019 | All Def Affirm | 306 | 19 | 306 | 21 |
| 3/4/2019 | All Def Affirm | 320 | 11 | 320 | 15 |
| 3/4/2019 | All Def Affirm | 321 | 8 | 321 | 16 |
| 3/4/2019 | All Def Affirm | 321 | 18 | 321 | 22 |
| 3/4/2019 | All Def Affirm | 321 | 24 | 321 | 25 |
| 3/4/2019 | All Def Affirm | 341 | 21 | 342 | 1 |
| 3/4/2019 | All Def Affirm | 342 | 3 | 342 | 9 |
| 3/4/2019 | All Def Affirm | 342 | 11 | 342 | 13 |
| 3/4/2019 | All Def Affirm | 342 | 15 | 342 | 16 |
| 3/4/2019 | All Def Affirm | 383 | 23 | 384 | 1 |
| 3/4/2019 | All Def Affirm | 384 | 3 | 384 | 8 |
| 3/4/2019 | All Def Affirm | 384 | 13 | 384 | 14 |
| 3/4/2019 | Manu Affirm | 411 | 23 | 412 | 5 |
| 3/4/2019 | Manu Affirm | 412 | 7 | 412 | 15 |
| 3/4/2019 | Manu Affirm | 412 | 17 | 412 | 22 |
| 3/4/2019 | Manu Affirm | 412 | 24 | 412 | 24 |
| 3/4/2019 | Manu Affirm | 413 | 1 | 413 | 3 |

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
|---|---|---|---|---|---|
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 3/4/2019 | Manu Affirm | 413 | 5 | 413 | 5 |
| 3/4/2019 | All Def Affirm | 478 | 23 | 479 | 10 |
| 3/4/2019 | All Def Affirm | 479 | 21 | 480 | 19 |
| 3/4/2019 | All Def Affirm | 481 | 10 | 481 | 17 |
| 3/4/2019 | All Def Affirm | 487 | 7 | 487 | 19 |
| 3/4/2019 | All Def Affirm | 487 | 22 | 488 | 18 |
| 3/4/2019 | All Def Affirm | 488 | 20 | 489 | 15 |
| 3/4/2019 | All Def Affirm | 491 | 22 | 492 | 4 |
| 3/4/2019 | Manu Affirm | 493 | 13 | 494 | 9 |
| 3/4/2019 | Pharm Affirm | 493 | 13 | 494 | 15 |
| 3/4/2019 | Manu Affirm | 494 | 22 | 496 | 11 |
| 3/4/2019 | All Def Affirm | 496 | 8 | 496 | 11 |
| 3/4/2019 | All Def Affirm | 496 | 13 | 496 | 14 |
| 3/4/2019 | Manu Affirm | 496 | 13 | 497 | 1 |
| 3/4/2019 | All Def Affirm | 496 | 23 | 497 | 1 |
| 3/4/2019 | All Def Affirm | 497 | 4 | 497 | 10 |
| 3/4/2019 | Manu Affirm | 497 | 4 | 497 | 15 |
| 3/4/2019 | All Def Affirm | 497 | 17 | 497 | 21 |
| 3/4/2019 | All Def Affirm | 498 | 8 | 498 | 14 |
| 3/4/2019 | All Def Affirm | 498 | 23 | 500 | 13 |
| 3/4/2019 | All Def Affirm | 500 | 15 | 501 | 6 |
| 3/4/2019 | All Def Affirm | 501 | 8 | 501 | 8 |
| 3/4/2019 | McKesson Affirm | 503 | 8 | 503 | 16 |
| 3/4/2019 | CAH Affirm | 503 | 8 | 503 | 16 |
| 3/4/2019 | McKesson Affirm | 503 | 19 | 503 | 20 |
| 3/4/2019 | CAH Affirm | 503 | 19 | 503 | 20 |
| 3/4/2019 | All Def Affirm | 523 | 5 | 523 | 11 |
| 3/4/2019 | All Def Affirm | 523 | 14 | 523 | 19 |
| 3/4/2019 | All Def Affirm | 523 | 22 | 524 | 13 |
| 3/4/2019 | All Def Affirm | 524 | 22 | 524 | 23 |
| 3/4/2019 | All Def Affirm | 524 | 22 | 525 | 10 |
| 3/4/2019 | All Def Affirm | 524 | 25 | 525 | 10 |
| 3/4/2019 | All Def Affirm | 525 | 14 | 525 | 25 |
| 3/4/2019 | All Def Affirm | 526 | 4 | 526 | 4 |
| 3/4/2019 | All Def Affirm | 526 | 19 | 527 | 3 |
| 3/4/2019 | All Def Affirm | 527 | 6 | 527 | 13 |
| 3/4/2019 | All Def Affirm | 532 | 19 | 532 | 22 |
| 3/4/2019 | All Def Affirm | 533 | 6 | 533 | 6 |
| 3/4/2019 | McKesson Affirm | 536 | 1 | 536 | 3 |
| 3/4/2019 | CAH Affirm | 536 | 1 | 536 | 3 |
| 3/4/2019 | McKesson Affirm | 536 | 5 | 536 | 5 |
| 3/4/2019 | CAH Affirm | 536 | 5 | 536 | 5 |
| 3/4/2019 | McKesson Affirm | 536 | 7 | 536 | 23 |
| 3/4/2019 | CAH Affirm | 536 | 7 | 536 | 23 |
| 3/4/2019 | All Def Affirm | 537 | 9 | 538 | 4 |
| 3/4/2019 | All Def Affirm | 538 | 6 | 538 | 8 |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE  J. WRIGHT**

| DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE  J. WRIGHT | | | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 3/4/2019 | All Def Affirm | 538 | 10 | 538 | 19 |
| 3/4/2019 | All Def Affirm | 539 | 5 | 539 | 8 |
| 3/4/2019 | McKesson Affirm | 539 | 9 | 539 | 16 |
| 3/4/2019 | All Def Affirm | 542 | 4 | 542 | 10 |
| 3/4/2019 | All Def Affirm | 542 | 13 | 543 | 3 |
| 3/4/2019 | All Def Affirm | 543 | 6 | 543 | 11 |
| 3/4/2019 | All Def Affirm | 543 | 23 | 544 | 9 |
| 3/4/2019 | All Def Affirm | 544 | 11 | 544 | 11 |
| 3/4/2019 | McKesson Affirm | 544 | 13 | 544 | 20 |
| 3/4/2019 | CAH Affirm | 544 | 13 | 544 | 20 |
| 3/4/2019 | All Def Affirm | 545 | 8 | 545 | 10 |
| 3/4/2019 | All Def Affirm | 545 | 21 | 546 | 7 |
| 3/4/2019 | All Def Affirm | 546 | 11 | 546 | 11 |
| 3/4/2019 | All Def Affirm | 546 | 19 | 546 | 20 |
| 3/4/2019 | All Def Affirm | 546 | 23 | 546 | 23 |
| 3/4/2019 | All Def Affirm | 547 | 3 | 547 | 8 |
| 3/4/2019 | All Def Affirm | 550 | 12 | 550 | 15 |
| 3/4/2019 | All Def Affirm | 550 | 25 | 550 | 25 |
| 3/4/2019 | All Def Affirm | 554 | 11 | 554 | 16 |
| 3/4/2019 | All Def Affirm | 554 | 25 | 554 | 25 |

| RESPONSIVE DEPOSITION DESIGNATIONS FOR  KYLE WRIGHT | | | | | |
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 2/28/2019 | All Def Responsive | 100 | 6 | 100 | 24 |
| 2/28/2019 | All Def Responsive | 130 | 11 | 131 | 25 |
| 2/28/2019 | All Def Responsive | 132 | 1 | 132 | 2 |
| 2/28/2019 | All Def Responsive | 147 | 19 | 148 | 8 |
| 2/28/2019 | All Def Responsive | 202 | 23 | 203 | 1 |
| 2/28/2019 | All Def Responsive | 225 | 8 | 225 | 19 |

| | | | | |
|---|---|---|---|---|
| PLAINTIFFS' OBJECTIONS FOR KYLE WRIGHT | | | | |
| Start Page | Start Line | End Page | End Line | Note |
| 12 | 4 | 12 | 5 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 12 | 6 | 12 | 7 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether DefendantsÕ conduct violated or did not violate the law, as such testimony would invade the province of the jury. |
| 30 | 1 | 52 | 25 | relevance, consultant privilege, scope, foundation, speculation |
| 72 | 4 | 72 | 10 | relevance, foundation, scope, speculation, |
| 72 | 12 | 73 | 8 | relevance, foundation, scope, speculation, |
| 74 | 1 | 74 | 24 | completeness, relevance, foundation, scope, speculation |
| 75 | 2 | 77 | 6 | relevance, foundation, scope, speculation |
| 77 | 23 | 78 | 11 | relevance, foundation, scope, speculation |
| 80 | 17 | 81 | 11 | duplicative/cumulative, relevance, foundation, scope, speculation |
| 81 | 23 | 82 | 19 | relevance, foundation, scope, speculation |
| 83 | 16 | 83 | 23 | relevance, foundation, scope, speculation |
| 84 | 5 | 84 | 21 | relevance, foundation, scope, speculation |
| 85 | 13 | 86 | 1 | relevance, foundation, scope, speculation |
| 86 | 25 | 91 | 16 | relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 92 | 7 | 93 | 22 | relevance, duplicative of other deposition designations, foundation, scope, speculation |

| | | | | |
|---|---|---|---|---|
| 98 | 14 | 99 | 6 | asked and answered, relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 99 | 24 | 100 | 5 | relevance, foundation, scope, speculation |
| 100 | 25 | 102 | 21 | improper impeachment, relevance, foundation, scope, speculation |
| 102 | 23 | 103 | 13 | relevance, foundation, scope, speculation |
| 106 | 6 | 106 | 22 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 108 | 16 | 109 | 6 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 110 | 8 | 110 | 19 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 113 | 23 | 116 | 12 | relevance, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 117 | 13 | 119 | 3 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 119 | 23 | 124 | 7 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 125 | 5 | 126 | 16 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 127 | 1 | 129 | 22 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 131 | 5 | 133 | 11 | improper impeachment, relevance, foundation, scope, speculation |
| 134 | 6 | 137 | 7 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 140 | 2 | 142 | 25 | relevance, duplicative, foundation, improper use of document, scope, speculation, argumentative |
| 143 | 2 | 143 | 12 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |

| | | | | |
|---|---|---|---|---|
| 143 | 19 | 147 | 18 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 148 | 9 | 149 | 12 | improper impeachment, relevance, foundation, scope, speculation |
| 150 | 9 | 151 | 8 | relevance, duplicative, foundation, scope, speculative, argumentative |
| 151 | 23 | 152 | 8 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 153 | 19 | 154 | 19 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 159 | 12 | 160 | 5 | relevance, duplicative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 162 | 23 | 163 | 7 | relevance |
| 164 | 1 | 166 | 20 | relevance, duplicative, foundation, improper hypothetical, scope |
| 167 | 13 | 168 | 21 | scope, relevance, speculative, foundation |
| 170 | 2 | 170 | 20 | asked and answered, relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 171 | 18 | 172 | 1 | asked and answered, relevance, duplicative of other deposition designations, foundation, scope, speculation |
| 172 | 10 | 172 | 23 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 172 | 23 | 175 | 10 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 179 | 8 | 181 | 8 | relevance, scope, speculative |
| 181 | 18 | 182 | 2 | relevance, scope, speculative |
| 182 | 7 | 183 | 17 | relevance, scope, speculative |
| 184 | 11 | 185 | 23 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 186 | 13 | 187 | 25 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 189 | 16 | 189 | 25 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |

| | | | | |
|---|---|---|---|---|
| 191 | 13 | 191 | 20 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 193 | 11 | 194 | 13 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 195 | 3 | 199 | 10 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 201 | 24 | 202 | 1 | relevance |
| 202 | 24 | 202 | 25 | incomplete |
| 208 | 5 | 208 | 24 | relevance, cumulative, foundation, calls for legal conclusion, scope, speculation, argumentative |
| 211 | 9 | 211 | 21 | relevance, completeness, foundation, scope |
| 212 | 4 | 213 | 7 | asked and answered, foundation, scope, speculation |
| 214 | 56 | 215 | 18 | speculative, cumulative |
| 217 | 5 | 217 | 22 | cumulative, relevance |
| 218 | 17 | 219 | 17 | cumulative, relevance, scope, speculatve |
| 220 | 20 | 221 | 3 | cumulative, relevance, scope, speculatve |
| 223 | 10 | 224 | 25 | cumulative, foundation, relevance, scope, speculatve |
| 225 | 18 | 225 | 19 | answer with no question |
| 225 | 24 | 226 | 12 | cumulative, foundation, witness lacks knowledge, scope, speculative, overbroad, relevance, calls for expert testimony |
| 228 | 9 | 228 | 19 | cumulative, foundation, witness lacks knowledge, scope, speculative, overbroad, relevance, calls for expert testimony |
| 229 | 4 | 230 | 20 | cumulative, foundation, witness lacks knowledge, scope, speculative, overbroad, relevance, calls for expert testimony |
| 231 | 15 | 232 | 14 | foundation, improper hypothetical, scope, speculative, overbroad, relevance |
| 233 | 19 | 234 | 20 | foundation, improper hypothetical, scope, speculative, overbroad, relevance |
| 235 | 10 | 235 | 13 | cumulative, relevance, scope, speculatve |

| | | | | |
|---|---|---|---|---|
| 236 | 2 | 236 | 5 | relevance |
| 237 | 9 | 239 | 5 | relevance, calls for expert testimony |
| 245 | 11 | 245 | 16 | relevance, argumentative, speculative |
| 247 | 12 | 247 | 24 | relevance, argumentative, speculative |
| 255 | 4 | 256 | 8 | cumulative, relevance, scope, speculatve |
| 259 | 12 | 259 | 17 | calls for legal conclusion |
| 261 | 2 | 262 | 4 | relevance, speculative |
| 278 | 4 | 278 | 4 | Plaintiffs object to the extent that certain Defendant deposition designations of the DEA depositions and certain 30(b)(6) depositions are duplicative of one another. |
| 278 | 5 | 278 | 5 | Plaintiffs further object to any testimony by current or former DEA agents designated by the Defendants to the extent that such testimony seeks to define what the law requires or whether DefendantsÕ conduct violated or did not violate the law, as such testimony would invade the province of the jury. |
| 478 | 23 | 479 | 10 | relevance, cumulative |
| 479 | 21 | 480 | 19 | relevance, cumulative, argumentative |
| 481 | 10 | 481 | 17 | relevance, cumulative, argumentative |
| 487 | 7 | 487 | 23 | asked and answered, argumentative, cumulative, relevance |
| 488 | 16 | 289 | 15 | speculative, cumulative, relevance |
| 491 | 22 | 492 | 4 | relevance, cumulative |
| 496 | 8 | 497 | 15 | calls for legal confusion, relevance, speculative |
| 499 | 1 | 499 | 3 | relevance |
| 501 | 4 | 501 | 8 | relevance |
| 503 | 8 | 503 | 20 | cumulative, misstates prior testimony, relevance |

| | | | | |
|---|---|---|---|---|
| 523 | 5 | 527 | 13 | improper questioning based on improper use of transcript, argumentative, completeness, improper impeachment, relevance, scope |
| 532 | 19 | 533 | 6 | asked and answered, argumentative, cumulative, relevance |
| 536 | 1 | 528 | 19 | asked and answered, argumentative, cumulative, relevance |
| 539 | 5 | 539 | 16 | relevance, cumulative, argumentative |
| 542 | 4 | 543 | 11 | scope, relevance |
| 544 | 7 | 547 | 8 | scope, relevance, argumentative |
| 550 | 12 | 550 | 25 | relevance, cumulative, argumentative, scope, speculative |
| 554 | 11 | 554 | 25 | scope, relevance, argumentative |

| | | | | | |
|---|---|---|---|---|---|
| | | | | |**Responses FOR KYLE WRIGHT** |
| **DEPO DATE** | | |**NOTES** | | |
| |**Begin Page at** |**Begin Line at** |**End Page at** |**End Line at** |**NOTES** |
| 2/28/2019 | 30 | 1 | 53 | 25 | RESPONSE: Consultant Privilege: Does not apply. Existence and terms of consulting agreement are not privileged. Relevance: Relevant to credibility and potential bias. Scope: Touhy authorization does not apply to questions that do not relate to information he learned while working for DEA. Speculation and Foundation: The objection covers 22 transcript pages, so it is unclear what Q&A this objection relates to. Questions about Mr. Wright's consulting agreement with plaintiffs do not require him to speculate and do not require additional foundation.  See Responses 2 and 4. |
| 2/28/2019 | 72 | 4 | 72 | 10 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 72 | 12 | 73 | 8 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 74 | 1 | 74 | 1 | RESPONSE: Will withdraw designation of 74:1. |
| 2/28/2019 | 75 | 2 | 78 | 6 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 77 | 23 | 78 | 11 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 80 | 17 | 81 | 11 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 81 | 23 | 82 | 19 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 83 | 16 | 83 | 23 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 84 | 5 | 84 | 21 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 85 | 13 | 86 | 1 | RESPONSE: See Responses 1, 2, and 3. Objection includes testimony that was not designated by defendants. |
| 2/28/2019 | 86 | 25 | 91 | 16 | RESPONSE: See Responses 1, 2, 3, and 5. |
| 2/28/2019 | 92 | 7 | 93 | 22 | RESPONSE: See Responses 1, 2, 3, and 5. |
| 2/28/2019 | 98 | 14 | 99 | 6 | RESPONSE: See Responses 1, 2, 3, and 5. Not asked and answered -- witness's prior answer was not clear. |
| 2/28/2019 | 99 | 24 | 100 | 5 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 100 | 25 | 102 | 21 | RESPONSE: Impaches testimony at 99:24-100:5. Designated 100:6-24 to provide full context. See Responses 1, 2, and 3. |
| 2/28/2019 | 102 | 23 | 103 | 13 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 106 | 6 | 106 | 22 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 108 | 16 | 109 | 6 | RESPONSE: Objection includes testimony that was not designated. See Responses 1, 2, 3, 6, and 9. |
| 2/28/2019 | 110 | 8 | 110 | 19 | RESPONSE: See Responses 1, 2, 3, 6, and 9. |
| 2/28/2019 | 113 | 23 | 116 | 12 | RESPONSE: See Responses 1, 2, 3, 6, and 9. |
| 2/28/2019 | 117 | 13 | 119 | 3 | RESPONSE: Testimony not designated by defendants.  See Responses 1, 2, 3, 6, and 9. |
| 2/28/2019 | 119 | 23 | 124 | 7 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 125 | 5 | 126 | 16 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 127 | 1 | 129 | 22 | RESPONSE: Objection includes testimony not designated by defendants. See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 131 | 5 | 133 | 11 | RESPONSE: Proper impeachment -- witness's answer to previous question contradicted prior answer. Additional designation provides context for impeachment. See Responses 1, 2, and 3. |
| 2/28/2019 | 134 | 6 | 137 | 7 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 140 | 2 | 142 | 25 | RESPONSE: See Responses 1, 2, 3, 5, and 9. Proper use of document to refresh witness's recollection. |
| 2/28/2019 | 143 | 2 | 143 | 12 | RESPONSE: See Responses 1, 2, 3, 6, and 9. |
| 2/28/2019 | 143 | 19 | 147 | 18 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 148 | 9 | 149 | 12 | RESPONSE: See Responses 1, 2, and 3. Not improper impeachment -- witness's previous answer contradicted prior testimony where he mentioned a court appearance and comments from a judge. |
| 2/28/2019 | 150 | 9 | 151 | 8 | RESPONSE: See Responses 1, 2, 3, 5, and 9. |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2019 | 151 | 23 | 152 | 8 | RESPONSE: See Responses 1, 2, 3, and 5. Does not call for a legal conclusion -- no question from defense counsel in this excerpt.  See Response 9. |
| 2/28/2019 | 153 | 21 | 154 | 19 | RESPONSE: See Responses 1, 2, 3, 5, and 6.  See Response 9. |
| 2/28/2019 | 159 | 12 | 160 | 5 | RESPONSE: See Responses 1, 2, 3, and 5. Asking a witness to identify a document does not "call for a legal conclusion."  See Response 9. |
| 2/28/2019 | 162 | 23 | 163 | 7 | RESPONSE: See Response 1. Exhibit reflects witness's contemporaneous understanding -- prior to this litigation -- of suspicious order monitoring, the central issue of this litigation. That is clearly relevant. |
| 2/28/2019 | 164 | 1 | 166 | 20 | RESPONSE: See Responses 1, 2, 3, and 5. Exhibit reflects witness's contemporaneous understanding -- prior to this litigation -- of suspicious order monitoring, the central issue of this litigation. That is clearly relevant. Plaintiffs' objection covers multiple transcript pages with many questions. Insofar as plaintiffs believe that a question is an "improper hypothetical," plaintiffs must identify that specific question so defendants can respond. |
| 2/28/2019 | 167 | 13 | 168 | 21 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 170 | 2 | 170 | 20 | RESPONSE: See Responses 1, 2, 3, and 5. Not asked and answered -- witness's prior answer was unclear. |
| 2/28/2019 | 171 | 18 | 172 | 1 | RESPONSE: See Responses 1, 2, 3, and 5. Not asked and answered -- prior testimony was limited to specific context of distributor briefings; this question is not. |
| 2/28/2019 | 172 | 10 | 172 | 23 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 172 | 23 | 175 | 10 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 179 | 8 | 181 | 8 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 181 | 18 | 182 | 2 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 182 | 7 | 183 | 17 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 184 | 11 | 185 | 23 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 186 | 13 | 187 | 25 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 189 | 16 | 189 | 25 | RESPONSE: Testimony not designated. |
| 2/28/2019 | 191 | 13 | 191 | 20 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 193 | 11 | 194 | 13 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 195 | 3 | 199 | 10 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 201 | 24 | 202 | 1 | RESPONSE: See Response 1. Question refers to a central concept in plaintiffs' SOM-related allegations against manufacturers. |
| 2/28/2019 | 202 | 24 | 202 | 25 | RESPONSE: Remainder of Q&A inadvertently omitted. |
| 2/28/2019 | 208 | 5 | 208 | 24 | RESPONSE: See Responses 1, 2, 3, 5, 6, and 9. |
| 2/28/2019 | 211 | 9 | 211 | 21 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 212 | 4 | 213 | 7 | RESPONSE: See Responses 1, 2, and 3. |
| 2/28/2019 | 214 | 12 | 215 | 18 | RESPONSE: See Responses 2 and 5. |
| 2/28/2019 | 217 | 4 | 217 | 22 | RESPONSE: See Responses 1 and 5. |
| 2/28/2019 | 218 | 17 | 219 | 17 | RESPONSE: See Responses 1, 2, 3, and 5. |
| 2/28/2019 | 220 | 20 | 221 | 3 | RESPONSE: See Responses 1, 2, 3, and 5. |
| 2/28/2019 | 223 | 10 | 224 | 25 | RESPONSE: See Responses 1, 2, 3, and 5. |
| 2/28/2019 | 225 | 18 | 225 | 19 | RESPONSE: Question inadvertently omitted. Added designation to correct. |
| 2/28/2019 | 225 | 24 | 226 | 12 | RESPONSE: See Responses 1, 2, 3, and 5. Calls for witnesses's personal knowledge -- not expert testimony. |
| 2/28/2019 | 228 | 9 | 228 | 19 | RESPONSE: Responses 1, 2, 3, 5, and 7. |
| 2/28/2019 | 229 | 4 | 230 | 20 | RESPONSES: See Responses 1, 2, 3, 5, and 7. Not a proper 602 objection because witness question was prefaced with "to your knowledge." |
| 2/28/2019 | 231 | 15 | 232 | 14 | RESPONSE: See Responses 1, 2, and 3. Not improper hypothetical -- asks question based on witness's personal experience. |
| 2/28/2019 | 233 | 19 | 234 | 20 | RESPONSE: See Responses 1, 2, and 3. Not an improper hypothetical -- asks questions based on witness's personal experience. |
| 2/28/2019 | 235 | 10 | 235 | 13 | RESPONSE: See Responses 1, 2, 3, and 5. |

| 2/28/2019 | 236 | 2 | 236 | 5 | RESPONSE: Relevant to causation. |
|---|---|---|---|---|---|
| 2/28/2019 | 237 | 9 | 239 | 5 | RESPONSE: Will withdraw. |
| 2/28/2019 | 245 | 11 | 245 | 16 | RESPONSE: See Responses 1, 3, and 9. |
| 2/28/2019 | 247 | 12 | 247 | 24 | RESPONSE: See Responses 1, 3, and 9. |
| 2/28/2019 | 255 | 4 | 256 | 8 | RESPONSE: See Responses 1, 2, 3, and 5. |
| 2/28/2019 | 259 | 12 | 259 | 17 | RESPONSE: Does not call for a legal conclusion -- asks for answer based on personal experience at DEA. |
| 2/28/2019 | 261 | 2 | 262 | 4 | RESPONSE: See Responses 1 and 2. |
| 3/4/2019 | 478 | 23 | 479 | 10 | RESPONSE: Relevant to credibility and bias. Not cumulative -- first time this topic was addressed. |
| 3/4/2019 | 479 | 21 | 480 | 19 | RESPONSE: Relevant to credibility and bias. Not cumulative -- first time this topic was addressed.  See Response 9. |
| 3/4/2019 | 481 | 10 | 481 | 17 | RESPONSE: Relevant to credibility and bias. Not cumulative -- first time this topic was addressed.  See Response 9. |
| 3/4/2019 | 487 | 7 | 487 | 23 | RESPONSE: See Responses 1, 5, and 9. |
| 3/4/2019 | 488 | 16 | 489 | 15 | RESPONSE: See Responses 1, 2, and 5. |
| 3/4/2019 | 491 | 22 | 492 | 4 | RESPONSE: See Responses 1 and 5. |
| 3/4/2019 | 496 | 8 | 497 | 14 | RESPONSE: See Responses 1, 2, and 6. |
| 3/4/2019 | 499 | 1 | 499 | 3 | RESPONSE: Relevant to credibility and bias. |
| 3/4/2019 | 501 | 4 | 501 | 8 | RESPONSE: See Response 1. |
| 3/4/2019 | 503 | 8 | 503 | 20 | RESPONSE: See Responses 1 and 5. Does not misstate testimony -- witness agreed the question reflected "exactly what [he] said." |
| 3/4/2019 | 523 | 4 | 527 | 13 | RESPONSE: See Responses 1, 5, and 9. Objection covers over 4 pages, not all of which involve questioning based on a transcript. Plaintiffs must identified specific questions to allow defendants to respond. Proper impeachment -- witness initially gave answer inconsistent with prior testimony under oath. |
| 3/4/2019 | 532 | 19 | 533 | 6 | RESPONSE: Relevant to credibility and bias. See Responses 5 and 9. |
| 3/4/2019 | 536 | 1 | 538 | 19 | RESPONSE: See Responses 1,5, and 9. |
| 3/4/2019 | 539 | 5 | 539 | 16 | RESPONSE: Relevant to causation. See Responses 5 and 9. |
| 3/4/2019 | 542 | 4 | 543 | 11 | RESPONSE: Relevant to causation. See Response 3. |
| 3/4/2019 | 544 | 7 | 547 | 8 | RESPONSE: See Responses 1, 2, 3, and 9. Relevant to causation. |
| 3/4/2019 | 550 | 12 | 550 | 25 | RESPONSE: See Responses 2, 3, 5, and 9. Relevant to causation. |
| 3/4/2019 | 554 | 11 | 554 | 25 | Relevant to causation. See Responses 3 and 9. |

**RESPONSE KEY FOR KYLE WRIGHT**

1) Relevance: Testimony is relevant to DEA's policy on suspicious order monitoring and reporting, which are central issues in this case. The Court expressly held that DEA's interpretation and enforcement of the suspicious order monitoring regulation—including "whether DEA investigators view [monthly ILRs and Excessive Order Reports] as compliant with the CSA," whether DEA accepted certain defendants' reporting as compliant, whether "DEA imposed a no-ship requirement," and whether DEA changed its interpretation of the law are "material facts in dispute that must be resolved by a jury. See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. # 2483], at 28–29. Testimony is also relevant to scienter, an element of each of plaintiffs' claims and a requirement for punitive damages.

2) Does Not Lack Foundation/Call for Speculation: Question asks for the witness's personal understanding of DEA's suspicious order reporting policy and guidance, which he developed during his career at DEA. Witness testified extensively about his personal experience reviewing excessive purchase reports, providing guidance to registrants about DEA's suspicious order reporting expectations, investigating excessive purchase and/or suspicious order reports, and analyzing registrants' transaction data using ARCOS and other tools.

3) Not Outside Scope – Covered by Touhy: Covered by DOJ's authorization of the witness's testimony regarding "Your general duties in your various positions held in DEA"; "Your personal recollection of your practices and procedures relating to ARCOS data and suspicious order reports"; and "Your personal recollection regarding 'DEA's interpretation and enforcement of, and practices related to 21 U.S.C. § 823 and 21 C.F.R. § 1301.74' to the extent covered by the foregoing authorized specific topics." See Letter from A. Dustin to K. Wright (Dec. 10, 2018) [Dkt. No. 1176-4].

4) Not Outside Scope – Touhy Does Not Apply: Scope objection does not apply. Touhy authorization is not required for questions relating to information learned outside of Mr. Wright's employment with DEA.

5) Not Duplicative/Cumulative: Testimony is not duplicative or cumulative of other designations from Mr. Wright's testimony. Nor is Mr. Wright's testimony duplicative or cumulative of any other DEA witness. His specific career path – having been a Diversion Investigator through 1995, while Excessive Purchase Reports were standard practice, then moving to headquarters and participating in the Distributor Initiative and DEA's change in SOM policy – gives him a different perspective on the central issues of this case than the other DEA fact witnesses. In addition, to the extent multiple DEA witnesses testified along similar lines on the issues central to this case, that is relevant to show that those witnesses shared a common understanding of DEA's interpretation and enforcement of the suspicious order monitoring regulation, rather than an outlier view, which is, in turn, relevant to defendants' scienter.

6) Does Not Call for a Legal Conclusion: Question relates to how DEA interpreted and enforced the CSA and 21 C.F.R. § 1301.74(b), which are questions of fact to be decided by the jury. See Order and Opinion Regarding Plaintiffs' Summary Judgment Motions Addressing the Controlled Substances Act [Dkt. # 2483], at 28–29.

7) Does Not Call for Expert Testimony: Asks for witness's personal knowledge and experience based on his career at DEA.

8) Not Vague.

9) Not Argumentative."