**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br><br>)<br>)<br>This document relates to:  )<br><br>)<br>*The County of Summit, Ohio, et al. v. Purdue*  )<br>*Pharma L.P., et al.*  )<br>Case No. 18-op-45090  )<br><br>)<br>and  )<br><br>)<br>*The County of Cuyahoga v. Purdue Pharma*  )<br>*L.P., et al.*  )<br>Case No. 1:18-op-45004  )<br>_____  ) | **MDL No. 2804<br>Case No. 17-md-2804<br>Hon. Judge Dan A. Polster** |

<u>**CERTAIN DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**</u>

Pursuant to the Civil Jury Trial Order, ECF No. 1598, entered in In re National

Prescription Opiate Litigation (MDL 2804) on May 1, 2019 (as amended in Judge Polster's July

29, 2019 order), as well as agreement among the parties, Certain Defendants[1] submit the

following Affirmative Deposition Designations from the Deposition Transcript of Kyle Wright

in the *United States v. $463,497.72.*

The Designating Defendants further notify the Court that this deposition transcript will be

read into the record, due to the absence of an available deposition video.

The Designating Defendants reserve all rights, including all rights to revise or withdraw

designations.  The Designating Defendants further reserve the right to revise or withdraw these

---

[1] The Defendants are AmerisourceBergen Drug Corp., Cardinal Health, Inc., McKesson Corporation, Walgreen Co.., and Henry Schein, Inc.

designations based on the Court's rulings, Plaintiffs' and other individual Defendants'

designations of deposition testimony, and evidence introduced at trial.

The Designating Defendants also reserve the right to play, in response to deposition

testimony played by Plaintiffs or other individual Defendants, any testimony Plaintiffs or other

Defendants have designated.  By submitting these designations, Defendants do not waive any

objections to the use of testimony and/or exhibits or their subject matter. Defendants' inclusion

of any testimony and/or exhibits within these designations should not be construed as an

admission that such testimony and/or exhibit is admissible if offered by Plaintiffs or another

Defendant.

Dated:      October 10, 2019

Respectfully Submitted,


*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug
Corporation*

*/s/ John P. McDonald*
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8445
F: 214-756-8110

*Attorneys for Henry Schein, Inc.*

*/s/ Geoffrey Hobart*
Geoffrey E. Hobart
Mark Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Counsel for McKesson Corporation*


*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreen Co.*


*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
*Counsel for Cardinal Health, Inc*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the

Court's ECF system to all counsel of record.

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart