# EXHIBIT A

| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE J. WRIGHT DEPOSITION TRANSCRIPT IN US v. $463,497.72 | | | |
|---|---|---|---|---|---|
| | | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/7/2011 | Dist and Pharm Affirm | 4 | 17 | 4 | 18 |
| 7/7/2011 | Dist and Pharm Affirm | 5 | 12 | 5 | 22 |
| 7/7/2011 | Dist and Pharm Affirm | 6 | 18 | 7 | 1 |
| 7/7/2011 | Dist and Pharm Affirm | 12 | 13 | 12 | 19 |
| 7/7/2011 | Dist and Pharm Affirm | 16 | 18 | 17 | 9 |
| 7/7/2011 | Dist and Pharm Affirm | 18 | 2 | 18 | 5 |
| 7/7/2011 | Dist and Pharm Affirm | 18 | 10 | 18 | 14 |
| 7/7/2011 | Dist and Pharm Affirm | 18 | 21 | 18 | 25 |
| 7/7/2011 | Dist and Pharm Affirm | 19 | 22 | 20 | 24 |
| 7/7/2011 | Dist and Pharm Affirm | 21 | 7 | 23 | 8 |
| 7/7/2011 | Dist and Pharm Affirm | 25 | 8 | 25 | 11 |
| 7/7/2011 | Dist and Pharm Affirm | 28 | 24 | 29 | 9 |
| 7/7/2011 | Dist and Pharm Affirm | 35 | 21 | 35 | 25 |
| 7/7/2011 | Dist and Pharm Affirm | 36 | 9 | 37 | 16 |
| 7/7/2011 | Dist and Pharm Affirm | 37 | 22 | 39 | 20 |
| 7/7/2011 | Dist and Pharm Affirm | 40 | 19 | 41 | 12 |
| 7/7/2011 | Dist and Pharm Affirm | 41 | 18 | 42 | 24 |
| 7/7/2011 | Dist and Pharm Affirm | 43 | 3 | 43 | 25 |
| 7/7/2011 | Dist and Pharm Affirm | 44 | 17 | 45 | 3 |
| 7/7/2011 | Dist and Pharm Affirm | 46 | 16 | 47 | 22 |
| 7/7/2011 | Dist and Pharm Affirm | 50 | 22 | 51 | 15 |
| 7/7/2011 | Dist and Pharm Affirm | 52 | 13 | 53 | 8 |
| 7/7/2011 | Dist and Pharm Affirm | 54 | 3 | 54 | 13 |
| 7/7/2011 | Dist and Pharm Affirm | 54 | 15 | 54 | 24 |
| 7/7/2011 | Dist and Pharm Affirm | 55 | 2 | 55 | 12 |
| 7/7/2011 | Dist and Pharm Affirm | 55 | 23 | 56 | 2 |
| 7/7/2011 | Dist and Pharm Affirm | 60 | 5 | 60 | 21 |

| | | DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS FOR KYLE J. WRIGHT DEPOSITION TRANSCRIPT IN US v. $463,497.72 | | | |
|---|---|---|---|---|---|
| DEPO DATE | DESIGNATION TYPE | DEFENDANTS' AFFIRMATIVE DESIGNATIONS | | | |
| | | Begin Page at | Begin Line at | End Page at | End Line at |
| 7/7/2011 | Dist and Pharm Affirm | 65 | 8 | 65 | 15 |
| 7/7/2011 | Dist and Pharm Affirm | 66 | 10 | 66 | 17 |
| 7/7/2011 | Dist and Pharm Affirm | 72 | 3 | 72 | 9 |
| 7/7/2011 | Dist and Pharm Affirm | 93 | 1 | 93 | 21 |
| 7/7/2011 | Dist and Pharm Affirm | 104 | 14 | 104 | 23 |
| 7/7/2011 | Dist and Pharm Affirm | 105 | 19 | 106 | 14 |
| 7/7/2011 | Dist and Pharm Affirm | 183 | 3 | 183 | 17 |
| 7/7/2011 | Dist and Pharm Affirm | 183 | 23 | 184 | 4 |
| 7/7/2011 | Dist and Pharm Affirm | 184 | 15 | 185 | 4 |
| 7/7/2011 | Dist and Pharm Affirm | 185 | 12 | 185 | 18 |