United States District Court
Northern District of Ohio

## Non-Appeal Transcript Order

To Be Completed by Ordering Party

| | | | |
|---|---|---|---|
| Court Reporter | Donnalee Cotone | Judicial Officer | Judge Polster |
| Requested by: | Kaspar J. Stoffelmayr | Phone | 312-494-4400 |
| Case Name | In Re: National Prescription Opiate Litigtation | | |
| Case Number | 1:17-md-2804 | Date(s) of Proceedings | 10/16/19 - 12/13/19 (Voir Dire through end of trial) |
| Today's Date | 10/10/2019 | Requested Completion Date | See below |

**Financial arrangements must be made with the court reporter before transcript is prepared. If the method of payment is authorized under CJA, submit the AUTH-24 in the OHND CJA eVoucher System**

| | | | |
|---|---|---|---|
| Email Address | kaspar.stoffelmayr@bartlitbeck.com | /s/Kaspar J. Stoffelmayr | |
| | | Signature of Ordering Party | |

**Maximum Rate Per Page**

| Transcript Type | Original | First Copy to each party | Each add'l Copy |
|---|---|---|---|
| **Ordinary:** A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $3.65 | ☐ $0.90 | ☐ $0.60 |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of an order. | ☐ $4.25 | ☐ $0.90 | ☐ $0.60 |
| **Expedited/7-Day Transcript:** A transcript to be delivered within seven (7) days after receipt of order. | ☐ $4.85 | ☐ $0.90 | ☐ $0.60 |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | ☐ $5.45 | ☐ $1.05 | ☐ $0.75 |
| **Daily:** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.05 | ☐ $1.20 | ☐ $0.90 |
| **Hourly:** A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | ☑ $7.25 | ☐ $1.20 | ☐ $0.90 |
| **Realtime Unedited Transcript**: A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | ☑ $3.05<br>One feed, $3.05 per page; two to four feeds, $2.10 per page; five or more feeds, $1.50 per page. | | |

Local Civil Rule 80.1/Criminal Rule 57.20 of the Northern District of Ohio requires transcript requests to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court. Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.

## REALTIME/DRAFT UNEDITED TRANSCRIPT DISCLAIMER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                                                                          Case No.  1:17-md-2804

NATIONAL PRESCRIPTION
OPIATE LITIGATION

    The realtime/draft unedited transcript of proceedings in the above-titled matter is delivered unedited and uncertified by the court reporter at the request of the undersigned.

    You agree that you will not distribute this realtime/draft unedited transcript in any form, written or electronic, to the public, including news organizations, and other participants and/or nonparticipants.

    The realtime/draft unedited transcript shall not be relied upon for purposes of verbatim citation of the record or used for any purpose that requires a certified transcript of a proceeding.

    The realtime/draft unedited transcript has not been edited, proofread, or corrected. It is a draft transcript and is not certified to be true and correct. It may contain computer-generated mistranslations of stenotype shorthand or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols and shorthand which cannot be deciphered by non-court reporters.

    The realtime/draft unedited transcript may differ from a certified transcript of the same proceedings in content, page and line numbers, punctuation, and formatting. The realtime/draft unedited transcript contains no appearance page, index, or certification page.

    The undersigned agrees to indemnify and hold harmless the court reporter for any use by any person of the realtime/draft unedited transcript.


Kaspar J. Stoffelmayr                                                        Walgreen Co.
Name of purchaser                                                          On behalf of *(party)*


/s/Kaspar J. Stoffelmayr                                                    10/10/2019
Signature of purchaser                                                     Date


kaspar.stoffelmayr@bartlitbeck.com                            (312-494-4400
Email                                                                              Telephone

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 17-op-45004 | |

## PARTY ATTORNEYS RECEIVING REALTIME FEED ON BEHALF OF WALGREENS

Pursuant to the Court's October 7, 2019 Order, Dkt. No. 2733, Defendant Walgreen Co. ("Walgreens") requests one (1) real-time feed to be used at counsel table during the trial. The following Party Attorney is designated by Walgreens to receive credentials and should be contacted to address the logistics of the real-time transcript feed:

Brian Swanson – brian.swanson@bartlitbeck.com

Katherine Swift – kate.swift@bartlitbeck.com

Alex Harris – alex.harris@bartlitbeck.com

Walgreens submits the following name to receive the daily transcript in PDF and .txt (or ascii) formats:

Alex Harris – alex.harris@bartlitbeck.com

Dated: October 10, 2019	Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: matthew.brewer@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Counsel for Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2019, a notice of the foregoing has been served via CM/ECF to all counsel of record.

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr

*Counsel for Walgreen Co.*

## REALTIME/DRAFT UNEDITED TRANSCRIPT DISCLAIMER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                                                                                  Case No.  1:17-md-2804

NATIONAL PRESCRIPTION
OPIATE LITIGATION

    The realtime/draft unedited transcript of proceedings in the above-titled matter is delivered unedited and uncertified by the court reporter at the request of the undersigned.

    You agree that you will not distribute this realtime/draft unedited transcript in any form, written or electronic, to the public, including news organizations, and other participants and/or nonparticipants.

    The realtime/draft unedited transcript shall not be relied upon for purposes of verbatim citation of the record or used for any purpose that requires a certified transcript of a proceeding.

    The realtime/draft unedited transcript has not been edited, proofread, or corrected. It is a draft transcript and is not certified to be true and correct. It may contain computer-generated mistranslations of stenotype shorthand or electronic transmission errors, resulting in inaccurate or nonsensical word combinations, or untranslated stenotype symbols and shorthand which cannot be deciphered by non-court reporters.

    The realtime/draft unedited transcript may differ from a certified transcript of the same proceedings in content, page and line numbers, punctuation, and formatting. The realtime/draft unedited transcript contains no appearance page, index, or certification page.

    The undersigned agrees to indemnify and hold harmless the court reporter for any use by any person of the realtime/draft unedited transcript.

Kaspar J. Stoffelmayr                                                     Walgreen Co.
Name of purchaser                                                        On behalf of *(party)*

/s/Kaspar J. Stoffelmayr                                                  10/10/2019
Signature of purchaser                                                   Date

kaspar.stoffelmayr@bartlitbeck.com                            (312-494-4400
Email                                                                                   Telephone

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 17-op-45004 | |

## PARTY ATTORNEYS RECEIVING REALTIME FEED ON BEHALF OF WALGREENS

Pursuant to the Court's October 7, 2019 Order, Dkt. No. 2733, Defendant Walgreen Co. ("Walgreens") requests one (1) real-time feed to be used at counsel table during the trial. The following Party Attorney is designated by Walgreens to receive credentials and should be contacted to address the logistics of the real-time transcript feed:

Brian Swanson – brian.swanson@bartlitbeck.com

Katherine Swift – kate.swift@bartlitbeck.com

Alex Harris – alex.harris@bartlitbeck.com


Walgreens submits the following name to receive the daily transcript in PDF and .txt (or ascii) formats:

Alex Harris – alex.harris@bartlitbeck.com

Dated: October 10, 2019 	Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: matthew.brewer@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: alex.harris@bartlitbeck.com

*Counsel for Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2019, a notice of the foregoing has been served via CM/ECF to all counsel of record.

>*/s/ Kaspar J. Stoffelmayr*
>Kaspar J. Stoffelmayr
>
>*Counsel for Walgreen Co.*