# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| OPIATE LITIGATION | ) | |
| | ) | Case No. 1:17-md-2804 |
| This document relates to: | ) | |
| | ) | Judge Dan Aaron Polster |
| | ) | |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | ) | |

# Notice of Withdrawal of Counsel

Please take notice that Ronda L. Harvey, Fazal A. Shere and Gerard R. Stowers hereby withdraw their appearance as counsel of record for **Defendant SAJ Distributors** in the above-captioned matters.  Counsel named below continue to represent *Kroger Limited Partnership 1*, *Kroger Limited Partnership II, and The Kroger Company.*

Respectfully submitted,

/s/ Ronda L. Harvey
Ronda L. Harvey (WVSB # 6326)
Fazal A. Shere (WVSB No. 5433)
Unaiza Riaz Tyree (WVSB No. 13253)
Gabriele Wohl (WVSB No. 11132)
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
Telephone: 304-347-1100
Facsimile: 304-347-1756
Email: rharvey@bowlesrice.com
fshere@bowlesrice.com
utyree@bowlesrice.com
gwohl@bowlesrice.com
*Counsel for Defendant Kroger Limited Partnership 1, Kroger Limited Partnership II*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| OPIATE LITIGATION | ) | |
| | ) | Case No. 1:17-md-2804 |
| This document relates to: | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | Judge Dan Aaron Polster |

## Certificate of Service

I hereby certify that on the 11th day of October, 2019, I electronically filed the foregoing *Notice of Withdrawal as Counsel* with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Ronda L. Harvey
Ronda L. Harvey (WVSB # 6326)
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
Telephone:	304-347-1100
Facsimile:	304-347-1756
Email:	rharvey@bowlesrice.com

11351035.1