UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 21 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V. INDICTMENT NO. 6:19cr14-REW
21 U.S.C. § 846

DAVID B. GUSTIN

* * * * *

THE GRAND JURY CHARGES:

Beginning on or about May 2, 2008, and continuing through on or about April 15, 2016, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**DAVID B. GUSTIN**

did conspire with others to knowingly and intentionally distribute and dispense a quantity of pills containing controlled substances, to include oxycodone, a Schedule II controlled substance, hydrocodone, a Schedule II and Schedule III controlled substance during the conspiratorial period, and alprazolam, a Schedule IV controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)-(2), all in violation of 21 U.S.C. § 846.

A TRUE BILL

F(

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** If the conspiracy involved schedule II controlled substances, not more than 20 years imprisonment, $1,000,000 fine, and 3 years supervised release.

If the conspiracy involved schedule III, but not schedule II, controlled substances, not more than 10 years imprisonment, $500,000 fine, and 3 years supervised release.

If the conspiracy involved schedule IV, but not schedule II or III, controlled substances, not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.