UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

COUNTY OF SUMMITT, OH and COUNTY OF CUYAHOGA, OH          PLAINTIFFS

v.                                                                                         CIVIL ACTION NO. 17-MD-2804

PURDUE PHARMA, LP, et al                                                      DEFENDANTS

*****
**ORDER**

Non-Party David Gustin having moved to quash his subpoena, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that non-party David Gustin's Motion to Quash is **GRANTED.**