# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3
      IN RE: NATIONAL           )
 4    PRESCRIPTION              )   MDL No. 2804
      OPIATE LITIGATION         )
 5    _____    )   Case No.
                                )   1:17-MD-2804
 6                              )
      THIS DOCUMENT RELATES     )   Hon. Dan A.
 7    TO ALL CASES              )   Polster
 8
                 WEDNESDAY, APRIL 24, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                         - - -
12             Videotaped deposition of Anna
13   Lembke, M.D., held at the offices of Lieff
14   Cabraser Heimann & Bernstein, LLP, 275
15   Battery Street, 29th floor, San Francisco,
16   California, commencing at 8:07 a.m., on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter and Certified
19   Realtime Reporter.
20
21
22                         - - -
23
              GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A P P E A R A N C E S :
 2
 3        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
          BY:   DONALD C. ARBITBLIT
 4              darbitblit@lchb.com
                ABBY R. WOLF
 5              awolf@lchb.com
          275 Battery Street, 29th Floor
 6        San Francisco, California  94111
          (415) 956-1000
 7
          and
 8
          BY:   PAULINA DO AMARAL
 9              Pdoamaral@lchb.com
          250 Hudson Street, Eighth Floor
10        New York, New York  10013
          (212) 355-9500
11
12
          ROBBINS GELLER RUDMAN & DOWD LLP
13        BY:   AELISH MAROEBAIG
                aelishb@rgrdlaw.com
14        1 Montgomery Street, Suite 1800
          San Francisco, California 94104
15        (415) 393-1500
          Counsel for Plaintiffs
16
17
18        WILLIAMS & CONNOLLY LLP
          BY:   MATTHEW P. MOONEY
19              mmooney@wc.com
          725 Twelfth Street, N.W.
20        Washington, DC 20005
          (202) 434-5331
21        Counsel for Cardinal Health, Inc.
22
23
24
25
```

```
 1
         BARTLIT BECK LLP
 2       BY:   SHARON DESH
               sharon.desh@bartlit-beck.com
 3             (VIA TELECONFERENCE)
         54 West Hubbard Street, Suite 300
 4       Chicago, Illinois  60654
         (312) 494-4400
 5       Counsel for Walgreens
 6
 7
         COVINGTON & BURLING LLP
 8       BY:   SONYA D. WINNER
               swinner@cov.com
 9       415 Mission Street
         San Francisco, California  94105
10       (415) 591-6000
11       and
12       SHOOK, HARDY & BACON, LLP
         BY:   MICHELLE M. FUJIMOTO
13             mfujimoto@shb.com
         5 Park Plaza, Suite 1600
14       Irvine, California  92614
         (949) 475-1500
15       Counsel for McKesson Corporation
16
17
         REED SMITH LLP
18       BY:   MICHAEL J. SALIMBENE, PharmD
               msalimbene@reedsmith.com
19       Three Logan Square
         1717 Arch Street, Suite 3100
20       Philadelphia, Pennsylvania 19103
         (215) 851-8100
21       Counsel for AmerisourceBergen
22
23
24
25
```

```
 1        JONES DAY
          BY:  CHRISTOPHER LOVRIEN
 2             cjlovrien@jonesday.com
          555 South Flower Street, 15th Floor
 3        Los Angeles, California  90071
          (213) 489-3939
 4        Counsel for Walmart
 5
 6

          LOCKE LORD LLP
 7        BY:  LAUREN M. FINCHER
               lauren.fincher@lockelord.com
 8             (VIA TELECONFERENCE)
          600 Congress Avenue, Suite 2200
 9        Austin, Texas 78701
          (512) 305-4700
10        Counsel for Henry Schein, Inc., and
          Henry Schein Medical Systems, Inc.
11
12
13        ROPES & GRAY, LLP
          BY:  ROCKY C. TSAI
14             rocky.tsai@ropesgray.com
          3 Embarcadero Center
15        San Francisco, California  94111
          (415) 315-6300
16
          and
17
          BY:  LEON KOTLYAR
18             Leon.Kotlyar@ropesgray.com
          1211 Avenue of the Americas
19        New York, New York  10036-8704
          (212) 596-9000
20        Counsel for Mallinckrodt
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      ARNOLD & PORTER KAYE SCHOLER LLP
        BY:  ANGELA R. VICARI
 2           Angela.Vicari@arnoldporter.com
        250 West 55th Street
 3      New York, New York  10019
        (212) 836-7568
 4      Counsel for Endo Pharmaceuticals
        Inc., and Endo Health Solutions Inc.
 5
 6
 7      MORGAN, LEWIS & BOCKIUS LLP
        BY:  PAMELA HOLLY
 8           pamela.holly@morganlewis.com
             (VIA TELECONFERENCE)
 9      101 Park Avenue
        New York, New York 10178-0060
10      (212) 309-6000
        Counsel for Teva Pharmaceuticals
11      USA, Inc., Cephalon, Inc., Watson
        Laboratories, Inc., Actavis LLC,
12      Actavis Pharma, Inc., f/k/a Watson
        Pharma, Inc.
13
14
15      MORGAN, LEWIS & BOCKIUS LLP
        BY:  JOHN P. LAVELLE, JR.
16           john.lavelle@morganlewis.com
        1701 Market Street
17      Philadelphia, Pennsylvania 19103-2921
        (215) 963-5000
18      Counsel for Rite Aid
19
20
        KIRKLAND & ELLIS LLP
21      BY:  KARL STAMPFL
             karl.stampfl@kirkland.com
22      300 North Lasalle
        Chicago, Illinois  60654
23      (312) 862-2595
        Counsel for Allergan Finance, LLC
24
25
```