# EXHIBIT 2

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3    IN RE: NATIONAL              )   MDL No. 2804
      PRESCRIPTION OPIATE          )
 4    LITIGATION                   )   Case No.
                                   )   1:17-MD-2804
 5                                 )
      THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6    ALL CASES                    )   Polster
                                   )
 7
 8
 9                       — — —
10              Saturday, May 4, 2019
                         — — —
11
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                CONFIDENTIALITY REVIEW
                         — — —
13
14
15
16        Videotaped Deposition of MEREDITH B.
      ROSENTHAL, Ph.D., held at Robins Kaplan LLP,
17    800 Boylston Street, Suite 2500, Boston,
      Massachusetts, commencing at 8:04 a.m., on
18    the above date, before Michael E. Miller,
      Fellow of the Academy of Professional
19    Reporters, Registered Diplomate Reporter,
      Certified Realtime Reporter and Notary
20    Public.
21
22
23                       — — —
24            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | fax 917.591.5672
25                 deps@golkow.com
```

Golkow Litigation Services                                 Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2         HAGENS BERMAN SOBOL SHAPIRO LLP
           BY:  THOMAS M. SOBOL, ESQUIRE
 3              tom@hbsslaw.com
           55 Cambridge Parkway
 4         Suite 301
           Cambridge, Massachusetts 02142
 5         (617) 482-3700
           Counsel for MDL Plaintiffs
 6
 7         BRANSTETTER STRANCH & JENNINGS PLLC
           BY:  ANTHONY ORLANDI, ESQUIRE
 8              aorlandi@bsjfirm.com
                (via teleconference)
 9              TRICIA HERZFELD, ESQUIRE
                triciah@bsjfirm.com
10              (via teleconference)
           223 Rosa L. Parks Boulevard
11         Suite 200
           Nashville, Tennessee 37203
12         (615) 254-8801
           Counsel for Tennessee Plaintiffs
13
14         KIRKLAND & ELLIS LLP
           BY:  MARTIN L. ROTH, ESQUIRE
15              martin.roth@kirkland.com
           300 North LaSalle
16         Chicago, Illinois 60654
           (312) 862-2000
17         Counsel for Allergan Finance LLC
18
19         KIRKLAND & ELLIS LLP
           BY:  CATIE VENTURA, ESQUIRE
20              catie.ventura@kirkland.com
           1301 Pennsylvania Avenue N.W.
21         Washington, D.C. 20004
           (202) 879-5000
22         Counsel for Allergan Finance LLC
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2         O'MELVENY & MYERS LLP
           BY:  CHARLES C. LIFLAND, ESQUIRE
 3              clifland@omm.com
                MATTHEW KAISER, ESQUIRE
 4              mkaiser@omm.com
           400 South Hope Street
 5         18th Floor
           Los Angeles, California 90071
 6         (213) 430-6000
           Counsel for Janssen Pharmaceuticals Inc.
 7
 8         COVINGTON & BURLING LLP
           BY:  RONALD G. DOVE, JR., ESQUIRE
 9              rdove@cov.com
           850 Tenth Street, NW
10         Washington, D.C. 20001
           (202) 662-5575
11         Counsel for McKesson Corporation
12
13         ROPES & GRAY LLP
           BY:  NICHOLAS BRADLEY, ESQUIRE
14              nick.bradley@ropesgray.com
           1211 Avenue of the Americas
15         New York, New York 10036
           (212) 256-9000
16         Counsel for Mallinckrodt
           Pharmaceuticals
17
18
           BARTLIT BECK LLP
19         BY:  PETER B. BENSINGER, JR., ESQUIRE
                peter.bensinger@bartlit-beck.com
20         54 West Hubbard Street
           Suite 300
21         Chicago, Illinois 60654
           (312) 494-4400
22         Counsel for Walgreens Company
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2         JONES DAY
           BY:  STEVEN N. GEISE, ESQUIRE
 3              sngeise@jonesday.com
           4655 Executive Drive
 4         Suite 1500
           San Diego, California 92121
 5         (858) 314-1200
           Counsel for Walmart Corporation
 6
 7         DECHERT LLP
           BY:  WILL W. SACHSE, ESQUIRE
 8              will.sachse@dechert.com
           Cira Centre
 9         2929 Arch Street
           Philadelphia, Pennsylvania 19104
10         (215) 994-4000
           Counsel for Purdue Pharma
11
12         ARNOLD & PORTER KAYE SCHOLER LLP
           BY:  SAMUEL N. LONERGAN, ESQUIRE
13              samuel.lonergan@arnoldporter.com
           250 West 55th Street
14         New York, New York 10019
           (212) 836-8000
15         Counsel for Endo Health Solutions
           Inc., Endo Pharmaceuticals Inc., Par
16         Pharmaceutical, Inc. and Par
           Pharmaceutical Companies, Inc.
17
18         MORGAN LEWIS & BOCKIUS LLP
           BY:  WENDY WEST FEINSTEIN, ESQUIRE
19              wendy.feinstein@morganlewis.com
           One Oxford Center
20         Thirty-Second Floor
           Pittsburgh, Pennsylvania 15219
21         (412) 560-3300
           Counsel for Teva Pharmaceuticals USA
22         Inc., Cephalon Inc., Watson
           Laboratories Inc., Actavis LLC, and
23         Actavis Pharma Inc. f/k/a Watson
           Pharma Inc.
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2        REED SMITH LLP
          BY:  LOUIS W. SCHACK, ESQUIRE
 3             lschack@reedsmith.com
          1717 Arch Street
 4        Suite 3100
          Philadelphia, Pennsylvania 19103
 5        (215) 851-8100
          Counsel for AmerisourceBergen Drug
 6        Corporation
 7
 8        WILLIAMS & CONNOLLY LLP
          BY:  CARL R. METZ, ESQUIRE
 9             cmetz@wc.com
          725 Twelfth Street, N.W.
10        Washington, D.C. 20005
          (202) 434-5000
11        Counsel for Cardinal Health Inc.
12
13        MORGAN LEWIS & BOCKIUS LLP
          BY:  CATHERINE ESCHBACH, ESQUIRE
14             ceschbach@morganlewis.com
               (via teleconference)
15        1000 Louisiana Street
          Suite 4000
16        Houston, Texas 77002
          (713) 890-5000
17        Counsel for Rite Aid
18
19        LOCKE LORD LLP
          BY:  ANNA K. FINGER, ESQUIRE
20             anna.k.finger@lockelord.com
               (via teleconference)
21        2200 Ross Avenue
          Suite 2800
22        Dallas, Texas 75201
          (214) 740-8000
23        Counsel for Henry Schein, Inc. and
          Henry Schein Medical Systems, Inc.
24
25
```

```
 1    A P P E A R A N C E S:
 2        MARCUS & SHAPIRA LLP
          BY:  RICHARD I. HALPERN, ESQUIRE
 3             halpern@marcus-shapira.com
               (via teleconference)
 4        One Oxford Centre
          35th Floor
 5        Pittsburgh, Pennsylvania 15219
          (412) 471-3490
 6        Counsel for HBC Services
 7
 8        FOLEY & LARDNER LLP
          BY:  KRISTINA J. MATIC, ESQUIRE
 9             kmatic@foley.com
               (via teleconference)
10        777 East Wisconsin Avenue
          Milwaukee, Wisconsin 53202
11        (414) 271-2400
          Counsel for Anda Inc.
12
13
14    VIDEOGRAPHER:
15        VINCENT ROSICA,
          Golkow Litigation Technologies
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                        INDEX
 2
       APPEARANCES                              2
 3
       PROCEEDINGS                             10
 4
 5
       EXAMINATION OF MEREDITH B. ROSENTHAL, Ph.D.:
 6
            BY MR. ROTH                        10
 7
 8
       CERTIFICATE                            472
 9
       ERRATA                                 474
10
       ACKNOWLEDGMENT OF DEPONENT             475
11
       LAWYER'S NOTES                         476
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    PROCEEDINGS
 2              (May 4, 2019 at 8:04 a.m.)
 3              THE VIDEOGRAPHER:  We're now on
 4      record.  My name is Vince Rosica.  I'm
 5      a videographer for Golkow Litigation
 6      Services.  Today's date is May 4th,
 7      2019 and the time is 8:04 a.m.
 8              This video deposition is being
 9      held in Boston, Massachusetts in the
10      matter of National Prescription Opiate
11      Litigation, MDL No. 2804, for the
12      Northern District of Ohio, Eastern
13      Division Court.  The deponent is
14      Meredith Rosenthal.
15              Counsel will be noted on the
16      stenographic record.  The court
17      reporter is Mike Miller and will now
18      swear in the witness.
19         MEREDITH B. ROSENTHAL, Ph.D.,
20             having been duly sworn,
21              testified as follows:
22                    EXAMINATION
23  BY MR. ROTH:
24      Q.    Good morning, Professor
25  Rosenthal.
```

Highly Confidential - Subject to Further Confidentiality Review

1      A.     Confirmation bias is a
2    psychological phenomenon, in essence that you
3    find what you expect to find.
4      Q.     And does that exist in
5    economics?
6      A.     It's a known psychological
7    bias.  I imagine that economists are humans
8    too.
9           MR. ROTH:  Okay.  Why don't we
10      pause on that, take --
11          THE WITNESS:  You're going to
12      end the day there?
13          MR. ROTH:  I might.  So let's
14      stop.  Give us five to caucus, and
15      that might be a really nice place to
16      end the day.
17          THE VIDEOGRAPHER:  The time is
18      5:48 p.m.  We're off the record.
19          (Proceedings recessed at
20      5:48 p.m.)
21              --o0o--
22
23
24
25

Golkow Litigation Services                         Page 471