# EXHIBIT 3

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3    IN RE: NATIONAL             )    MDL No. 2804
      PRESCRIPTION OPIATE         )
 4    LITIGATION                  )    Case No.
                                  )    1:17-MD-2804
 5                                )
      THIS DOCUMENT RELATES TO    )    Hon. Dan A.
 6    ALL CASES                   )    Polster
                                  )
 7
 8
 9                        __  __  __
10                 Sunday, May 5, 2019
                          __  __  __
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                 CONFIDENTIALITY REVIEW
                          __  __  __
13
14
15
16        Videotaped Deposition of MEREDITH B.
      ROSENTHAL, Ph.D., VOLUME 2, held at Robins
17    Kaplan LLP, 800 Boylston Street, Suite 2500,
      Boston, Massachusetts, commencing at
18    8:04 a.m., on the above date, before
      Michael E. Miller, Fellow of the Academy of
19    Professional Reporters, Registered Diplomate
      Reporter, Certified Realtime Reporter and
20    Notary Public.
21
22
23                        __  __  __
24              GOLKOW LITIGATION SERVICES
           877.370.3377 ph | fax 917.591.5672
25                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      A P P E A R A N C E S:
 2         HAGENS BERMAN SOBOL SHAPIRO LLP
           BY:  THOMAS M. SOBOL, ESQUIRE
 3              tom@hbsslaw.com
           55 Cambridge Parkway
 4         Suite 301
           Cambridge, Massachusetts 02142
 5         (617) 482-3700
           Counsel for MDL Plaintiffs
 6
 7
           BRANSTETTER STRANCH & JENNINGS PLLC
 8         BY:  ANTHONY ORLANDI, ESQUIRE
                aorlandi@bsjfirm.com
 9              (via teleconference)
                TRICIA HERZFELD, ESQUIRE
10              triciah@bsjfirm.com
                (via teleconference)
11         223 Rosa L. Parks Boulevard
           Suite 200
12         Nashville, Tennessee 37203
           (615) 254-8801
13         Counsel for Tennessee Plaintiffs
14
15         KIRKLAND & ELLIS LLP
           BY:  MARTIN L. ROTH, ESQUIRE
16              martin.roth@kirkland.com
           300 North LaSalle
17         Chicago, Illinois 60654
           (312) 862-2000
18         Counsel for Allergan Finance LLC
19
20         KIRKLAND & ELLIS LLP
           BY:  CATIE VENTURA, ESQUIRE
21              catie.ventura@kirkland.com
           1301 Pennsylvania Avenue N.W.
22         Washington, D.C. 20004
           (202) 879-5000
23         Counsel for Allergan Finance LLC
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2        O'MELVENY & MYERS LLP
          BY:  CHARLES C. LIFLAND, ESQUIRE
 3             clifland@omm.com
               MATTHEW KAISER, ESQUIRE
 4             mkaiser@omm.com
          400 South Hope Street
 5        18th Floor
          Los Angeles, California 90071
 6        (213) 430-6000
          Counsel for Janssen Pharmaceuticals Inc.
 7
 8        COVINGTON & BURLING LLP
          BY:  RONALD G. DOVE, JR., ESQUIRE
 9             rdove@cov.com
          850 Tenth Street, NW
10        Washington, D.C. 20001
          (202) 662-5575
11        Counsel for McKesson Corporation
12
13        ROPES & GRAY LLP
          BY:  NICHOLAS BRADLEY, ESQUIRE
14             nick.bradley@ropesgray.com
          1211 Avenue of the Americas
15        New York, New York 10036
          (212) 256-9000
16        Counsel for Mallinckrodt
          Pharmaceuticals
17
18
          BARTLIT BECK LLP
19        BY:  PETER B. BENSINGER, JR., ESQUIRE
               peter.bensinger@bartlit-beck.com
20        54 West Hubbard Street
          Suite 300
21        Chicago, Illinois 60654
          (312) 494-4400
22        Counsel for Walgreens Company
23
24
25
```

```
 1     A P P E A R A N C E S:
 2         JONES DAY
           BY:  STEVEN N. GEISE, ESQUIRE
 3              sngeise@jonesday.com
           4655 Executive Drive
 4         Suite 1500
           San Diego, California 92121
 5         (858) 314-1200
           Counsel for Walmart Corporation
 6
 7         DECHERT LLP
           BY:  WILL W. SACHSE, ESQUIRE
 8              will.sachse@dechert.com
           Cira Centre
 9         2929 Arch Street
           Philadelphia, Pennsylvania 19104
10         (215) 994-4000
           Counsel for Purdue Pharma
11
12         ARNOLD & PORTER KAYE SCHOLER LLP
           BY:   SAMUEL N. LONERGAN, ESQUIRE
13               samuel.lonergan@arnoldporter.com
           250 West 55th Street
14         New York, New York 10019
           (212) 836-8000
15         Counsel for Endo Health Solutions
           Inc., Endo Pharmaceuticals Inc., Par
16         Pharmaceutical, Inc. and Par
           Pharmaceutical Companies, Inc.
17
18         MORGAN LEWIS & BOCKIUS LLP
           BY:  WENDY WEST FEINSTEIN, ESQUIRE
19              wendy.feinstein@morganlewis.com
           One Oxford Center
20         Thirty-Second Floor
           Pittsburgh, Pennsylvania 15219
21         (412) 560-3300
           Counsel for Teva Pharmaceuticals
22         USA Inc., Cephalon Inc., Watson
           Laboratories Inc., Actavis LLC, and
23         Actavis Pharma Inc. f/k/a Watson
           Pharma Inc.
24
25
```

```
 1     A P P E A R A N C E S:
 2         REED SMITH LLP
           BY:  LOUIS W. SCHACK, ESQUIRE
 3              lschack@reedsmith.com
           1717 Arch Street
 4         Suite 3100
           Philadelphia, Pennsylvania 19103
 5         (215) 851-8100
           Counsel for AmerisourceBergen Drug
 6         Corporation
 7
 8         WILLIAMS & CONNOLLY LLP
           BY:  CARL R. METZ, ESQUIRE
 9              cmetz@wc.com
           725 Twelfth Street, N.W.
10         Washington, D.C. 20005
           (202) 434-5000
11         Counsel for Cardinal Health Inc.
12
           MORGAN LEWIS & BOCKIUS LLP
13         BY:  AJANI BROWN, ESQUIRE
                ajani.brown@morganlewis.com
14              (via teleconference)
           1000 Louisiana Street
15         Suite 4000
           Houston, Texas 77002
16         (713) 890-5000
           Counsel for Rite Aid
17
18         LOCKE LORD LLP
           BY:  MADELEINE E. BRUNNER, ESQUIRE
19              maddie.brunner@lockelord.com
                (via teleconference)
20         2200 Ross Avenue
           Suite 2200
21         Dallas, Texas 75201
           (214) 740-8000
22         Counsel for Henry Schein, Inc. and
           Henry Schein Medical Systems, Inc.
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2        MARCUS & SHAPIRA LLP
          BY:  RICHARD I. HALPERN, ESQUIRE
 3            halpern@marcus-shapira.com
              (via teleconference)
 4        One Oxford Centre
          35th Floor
 5        Pittsburgh, Pennsylvania 15219
          (412) 471-3490
 6        Counsel for HBC Services
 7
 8        FOLEY & LARDNER LLP
          BY:  KRISTINA J. MATIC, ESQUIRE
 9            kmatic@foley.com
              (via teleconference)
10        777 East Wisconsin Avenue
          Milwaukee, Wisconsin 53202
11        (414) 271-2400
          Counsel for Anda Inc.
12
13     ALSO PRESENT:
14        FORREST MCCLUER, Ph.D.
          Greylock McKinnon Associates
15        (via teleconference)
16
       VIDEOGRAPHER:
17
              VINCENT ROSICA,
18            Golkow Litigation Technologies
19
20
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                        INDEX
 2
       APPEARANCES                                   478
 3
       PROCEEDINGS                                   485
 4
 5
       EXAMINATION OF MEREDITH B. ROSENTHAL, Ph.D.:
 6
              BY MR. METZ                            746
 7
              BY MR. GEISE                           843
 8
              BY MR. SOBOL                           845
 9
10
       CERTIFICATE                                   847
11
       ERRATA                                        849
12
       ACKNOWLEDGMENT OF DEPONENT                    850
13
       LAWYER'S NOTES                                851
14
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Litigation Services                                    Page 483

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | (May 5, 2019 at 8:04 a.m.) |
| 3 | THE VIDEOGRAPHER: We're now on |
| 4 | record. My name is Vince Rosica. I'm |
| 5 | a videographer for Golkow Litigation |
| 6 | Services. Today's date is May 5th, |
| 7 | 2019, and the time is 8:04 a.m. |
| 8 | This video deposition is being |
| 9 | held in Boston, Massachusetts in the |
| 10 | matter of National Prescription Opiate |
| 11 | Litigation, MDL No. 2804 for the |
| 12 | Northern District of Ohio, Eastern |
| 13 | Division Court. |
| 14 | The deponent is Meredith |
| 15 | Rosenthal. |
| 16 | Counsel will be noted on the |
| 17 | stenographic report. |
| 18 | The court reporter is Mike |
| 19 | Miller and will now swear in the |
| 20 | witness. |
| 21 | (Witness sworn.) |
| 22 | MR. SOBOL: Before you begin, I |
| 23 | think the professor had one quick |
| 24 | update. |
| 25 | THE WITNESS: Yes. Remember |

Highly Confidential - Subject to Further Confidentiality Review

```
 1              yesterday you were asking me about if
 2              I had testified in other litigation
 3              related to opioids, and I knew that I
 4              had been retained in a case, and I
 5              could not remember whether I had
 6              actually testified.  So I looked that
 7              up, and indeed, sometime around five
 8              years ago, not recently enough to
 9              appear in the case captions that I
10              list at the back of my CV, I testified
11              in a matter related to Actiq, the
12              Cephalon drug.
13                      MR. ROTH:  You anticipated my
14              very first question.
15                      THE WITNESS:  Excellent.
16                 MEREDITH B. ROSENTHAL, Ph.D.,
17            having been previously duly sworn,
18                     testified as follows:
19      BY MR. ROTH:
20          Q.    What was the nature of your
21      expert opinion in that case?
22          A.    I did a damages analysis for
23      class certification proceedings.
24          Q.    And was it limited to a single
25      manufacturer?
```

1  baseline percentage, that delta is capturing
2  how that defendant's promotion relates to the
3  aggregate average; is that right?
4              MR. SOBOL:  Objection, asked
5        and answered.
6        A.    As we discussed earlier, I
7  don't use the table in that way.  I'm using
8  it to narrow the aggregate by excluding
9  individual defendants.
10             And when I do that, for
11 example, to exclude Aventis, just as an
12 alphabetically first choice, I am excluding
13 ultimately the effect that I observe in the
14 econometric model of Aventis' marketing,
15 whether that generates sales for its product
16 or someone else's product.
17             MR. ROTH:  Okay.  I think with
18        that I am done for the time being.
19        It's been a pleasure.  I believe
20        Mr. Metz has some questions, so I will
21        be passing the microphone to him.  And
22        I can't promise I won't come back,
23        depending on what else happens, but
24        thank you so much.
25             THE WITNESS:  Okay.  Thank you.

Highly Confidential - Subject to Further Confidentiality Review

```
 1                THE VIDEOGRAPHER:  The time is
 2      1:56 p.m.  We're now off record.
 3                (Recess taken, 1:56 p.m. to
 4      1:58 p.m.)
 5                THE VIDEOGRAPHER:  The time is
 6      1:58 p.m.  We're back on the record.
 7                     EXAMINATION
 8   BY MR. METZ:
 9        Q.    Good afternoon, Professor
10   Rosenthal.
11        A.    Good afternoon.
12        Q.    My name is Carl Metz.  I
13   represent Cardinal Health, which is one of
14   the distributor defendants in this case.
15        A.    I apologize for forgetting the
16   name of your employer as it were.
17        Q.    That's all right.  You're
18   referring to testimony yesterday where you
19   were asked about the distributor defendants,
20   you named two companies, and the third name,
21   Cardinal, eluded you.  Yes?
22        A.    Exactly, yes.
23        Q.    Okay.  At various places in
24   your report, you refer to marketing
25   defendants, correct?
```

```
 1    significant dummy variable in Model C, it
 2    wouldn't necessarily be the case that that
 3    variable would exist in the but-for world.
 4    BY MR. METZ:
 5         Q.    Okay.  So to -- if I could
 6    strip that down to a more relatable
 7    statement.
 8               You're postulating a but-for
 9    world in which the State of Ohio's General
10    Assembly does not enact the statute that we
11    just looked at?
12               MR. SOBOL:  Objection,
13         mischaracterizes her testimony.
14         A.    I don't know about the specific
15    law, but many of those events, including the
16    state medical board guidelines, which appear
17    to interact with the law, are posited by
18    plaintiffs to have been caused by the conduct
19    of defendants.
20               MR. METZ:  Why don't we go off
21         the record.
22               THE VIDEOGRAPHER:  The time is
23         3:26 p.m.  We're now off the record.
24               (Recess taken, 3:26 p.m. to
25         3:33 p.m.)
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                MR. SOBOL:  Nothing further.
 2                MR. ROTH:  No follow-up here.
 3                THE VIDEOGRAPHER:  That
 4       concludes the deposition of Meredith
 5       Rosenthal.  The time is 3:36 p.m., and
 6       we're now off the record.
 7                (Proceedings recessed at
 8       3:36 p.m.)
 9                     --o0o--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```