# EXHIBIT 4

Highly Confidential - Subject to Further Confidentiality Review

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

IN RE:  NATIVE         :
PRESCRIPTION OPIATE   :    MDL NO. 2804
LITIGATION            :

---------------------------------------------

                      :    CASE NO.
THIS DOCUMENT         :    1:17-MD-2804
RELATES TO ALL CASES:      Hon. Dan A. Polster

- - -

Thursday, April 25, 2019

- - -

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of DAVID A. KESSLER, M.D. (Day 1), taken pursuant to notice, was held at Baron & Budd, 600 New Hampshire Avenue NW, Floor G, Washington, DC 20037, beginning at 9:28 a.m., on the above date, before Lisa V. Feissner, RDR, CRR, Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 2

```
 1   APPEARANCES:
 2       LEVIN PAPANTONIO THOMAS MITCHELL
         RAFFERTY & PROCTOR PA
 3       BY: TROY A. RAFFERTY, ESQUIRE
         316 South Baylen Street - Suite 600
 4       Pensacola, Florida 32502
         (850) 435-7163
 5       trafferty@levinlaw.com
         -- Representing Plaintiffs
 6
         SEEGER WEISS LLP
 7       BY: PARVIN K. AMINOLROAYA, ESQUIRE
         BY: KSENIYA LEZHNEV, ESQUIRE
 8       77 Water Street - 8th Floor
         New York, NY 10005
 9       212-584-0700
         paminolroaya@seegerweiss.com
10       klezhnev@seegerweiss.com
         -- Representing Plaintiffs
11
         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
12       BY: LEXI J. HAZAM, ESQUIRE
         275 Battery Street - 29th Floor
13       San Francisco, CA 94111-3339
         (415) 956-1000
14       lhazam@lchb.com
         -- Representing Plaintiffs
15
         NAPOLI SHKOLNIK PLLC
16       BY: HUNTER J. SHKOLNIK, ESQUIRE
         360 Lexington Avenue - 11th Floor
17       New York, NY 10017
         (844) 230-7676
18       hunter@napolilaw.com
         -- Representing Cuyahoga County Plaintiffs
19
         SPANGENBERG SHIBLEY & LIBER LLP
20       BY: PETER H. WEINBERGER, ESQUIRE
         1001 Lakeside Avenue East - Suite 1700
21       Cleveland, OH 44114-1149
         (216) 600-0114
22       pweinberger@spanglaw.com
         -- Representing Plaintiffs
23
24
```

Golkow Litigation Services - 877.370.DEPS

```
 1   APPEARANCES:  (Continued)
 2      MOTLEY RICE LLC
        BY: LINDA SINGER, ESQUIRE
 3      (via video stream / realtime stream)
        401 9th St. NW, Suite 1001
 4      Washington, DC 20004
        (202) 386-9626
 5      lsinger@motleyrice.com
        -- Representing Plaintiffs
 6
        BARON & BUDD P.C.
 7      WILLIAM G. POWERS, ESQUIRE
        NOAH RICH, ESQUIRE
 8      (via video stream / realtime stream)
        600 New Hampshire Avenue, NW
 9      The Watergate, Suite 10-A
        Washington, DC 20037
10      (202) 333-4562
        wpowers@baronbudd.com
11      nrich@baronbudd.com
        -- Representing Plaintiffs
12
        SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
13      BY: MARK G. CRAWFORD, ESQUIRE
        (via video stream / realtime stream)
14      One Sansome Street - Suite 2830
        San Francisco, California 94104
15      (415) 546-7300
        mcrawford@skikos.com
16      -- Representing Plaintiffs
17      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        BY: MATIAS BUSTAMANTE, ESQUIRE
18      (via video stream / realtime stream)
        275 Battery Street - 29th Floor
19      San Francisco, CA 94111
        (415) 956-1000
20      mbustamante@lchb.com
        -- Representing Plaintiffs
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

Page 4

```
 1   APPEARANCES:  (Continued)
 2      MORGAN & MORGAN
        BY: EMILY JEFFCOTT, ESQUIRE
 3      (via video stream / realtime stream)
        700 South Palafox Street - Suite 95
 4      Pensacola, FL 32502
        (850) 316-9074
 5      ejeffcott@forthepeople.com
        -- Representing Plaintiffs
 6
        LEVIN PAPANTONIO THOMAS MITCHELL
 7      RAFFERTY & PROCTOR PA
        BY: NEIL E. McWILLIAMS, ESQUIRE
 8      (via video stream / realtime stream)
        316 South Baylen Street - Suite 600
 9      Pensacola, Florida 32502
        (850) 435-7138
10      nmcwilliams@levinlaw.com
        -- Representing Plaintiffs
11
        DECHERT LLP
12      BY: HOPE S. FREIWALD, ESQUIRE
        Cira Centre
13      2929 Arch Street
        Philadelphia, PA, 19104-2808
14      (215) 994-2514
        hope.freiwald@dechert.com
15          and
        DECHERT LLP
16      ALEJANDRO HERRERA, ESQUIRE
        Three Bryant Park
17      1095 Avenue of the Americas
        New York, NY 10036-6797
18      (212) 698-3500
        alejandro.herrera@dechert.com
19      -- Representing the Purdue Defendants
20      ARNOLD & PORTER KAYE SCHOLER LLP
        BY: JOSHUA M. DAVIS, ESQUIRE
21      BY: JOHN CELLA, ESQUIRE
        601 Massachusetts Avenue, NW
22      Washington, DC 20001-3743
        (202) 942-5743
23      joshua.davis@arnoldporter.com
        john.cella@arnoldporter.com
24      -- Representing the Endo and Par Defendants
```

Golkow Litigation Services - 877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

Page 5

```
 1   APPEARANCES:  (Continued)
 2      KIRKLAND & ELLIS LLP
        BY: JENNIFER LEVY, ESQUIRE
 3      1301 Pennsylvania Avenue, NW
        Washington, DC 20004
 4      (202) 389-5211
        jennifer.levy@kirkland.com
 5          and
        KIRKLAND & ELLIS LLP
 6      BY: MICHAEL LeFEVOUR, ESQUIRE
        300 North LaSalle
 7      Chicago, IL 60654
        (312) 862-3728
 8      michael.lefevour@kirkland.com
        -- Representing the Allergan Defendants
 9
        O'MELVENY & MYERS LLP
10      BY: AMY LAURENDEAU, ESQUIRE
        610 Newport Center Drive
11      17th Floor
        Newport Beach, CA 92660
12      (949) 823-7926
        alaurendeau@omm.com
13          and
        O'MELVENY & MYERS LLP
14      BY: VINCENT S. WEISBAND, ESQUIRE
        Times Square Tower
15      7 Times Square
        New York, NY 10036
16      (212) 326-2228
        vweisband@omm.com
17      -- Representing the Janssen Defendants
18      MORGAN LEWIS & BOCKIUS LLP
        BY: WENDY WEST FEINSTEIN, ESQUIRE
19      One Oxford Centre
        Thirty-Second Floor
20      Pittsburgh, PA 15219-6401
        (410) 560-7455
21      wendy.feinstein@morganlewis.com
        -- Representing the Teva Defendants
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

Page 6

```
 1   APPEARANCES:  (Continued)
 2      MORGAN LEWIS & BOCKIUS LLP
        BY: JOHN P. LAVELLE, JR., ESQUIRE
 3      1701 Market Street
        Philadelphia, PA 19103-2921
 4      (215) 963-4824
        john.lavelle@morganlewis.com
 5      -- Representing the Defendant
           Rite-Aid of Maryland, Inc.
 6
        REED SMITH LLP
 7      BY: STEVEN J. BORANIAN, ESQUIRE
        101 Second Street
 8      Suite 1800
        San Francisco, CA 94105
 9      (415) 659-5980
        sboranian@reedsmith.com
10      -- Representing the Defendant
           AmerisourceBergen Drug Corporation
11
        JONES DAY
12      BY: BRANDY H. RANJAN, ESQUIRE
        325 John H. McConnell Boulevard
13      Suite 600
        Columbus, OH 43215-2673
14      (614) 469-3939
        branjan@jonesday.com
15      -- Representing the Defendant Walmart Inc.,
           f/k/a Wal-Mart Stores, Inc.
16
        ROPES & GRAY LLP
17      BY: RICHARD L. GALLAGHER, ESQUIRE
        Three Embarcadero Center
18      San Francisco, CA 94111-4006
        (415) 706-1033
19      richard.gallagher@ropesgray.com
            and
20      ROPES & GRAY LLP
        BY: CHRISTINE D'AURIA, ESQUIRE
21      Prudential Tower
        800 Boylston Street
22      Boston, MA 02199-3600
        (617) 235-4741
23      christine.dauria@ropesgray.com
        -- Representing the Defendant
24         Mallinckrodt LLC
```

Highly Confidential - Subject to Further Confidentiality Review

Page 7

```
 1   APPEARANCES:  (Continued)
 2      THE PIORKOWSKI LAW FIRM, PC
        BY: JOSEPH D. PIORKOWSKI, JR., ESQUIRE
 3      1800 K Street, NW
        Suite 1000
 4      Washington, DC 20006
        (202) 223-5535
 5      jpiorkowski@lawdoc1.com
        -- Representing the Defendant
 6         McKesson Corporation
 7      FOX ROTHSCHILD LLP
        BY: ZACHARY MARTIN, ESQUIRE
 8      (via teleconference)
        Stone Manor Corporate Center
 9      2700 Kelly Road
        Suite 300
10      Warrington, PA 18976
        (215) 918-3680
11      zmartin@foxrothschild.com
        -- Representing the Defendant
12         Prescription Supply, Inc.
13      BARTLIT BECK LLP
        BY: SHARON DESH, ESQUIRE
14      (via teleconference)
        54 West Hubbard Street
15      Suite 300
        Chicago, IL 60654
16      (312) 494.4445
        Sharon.Desh@BartlitBeck.com
17      -- Representing the Defendant
           Walgreens
18
        LOCKE LORD LLP
19      BY: SARAH LANCASTER, ESQUIRE
        (via video stream / realtime stream)
20      600 Congress Avenue - Suite 2200
        Austin, TX 78701
21      512-305-4756
        slancaster@lockelord.com
22      -- Representing Defendants Henry
           Schein, Inc., and Henry Schein
23         Medical Systems, Inc.
24
```

Highly Confidential - Subject to Further Confidentiality Review

Page 8

```
 1   ALSO PRESENT:
 2       CHRIS RITONA, Videographer
         Golkow Litigation Services
 3
         GERARD MAGLASANG, Legal Assistant
 4       SEEGER WEISS LLP
 5
 6   ALSO PRESENT via video stream/realtime stream:
 7       JENNA FORSTER
         Motley Rice LLC
 8
         GRETCHEN KEARNEY
 9       EMMA KABOLI
         Baron & Budd P.C.
10
         SCOTT SIEGEL
11       CHARLES BACHMANN
         Seeger Weiss LLP
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

Page 9

```
 1                        - - -
 2                       I N D E X
 3                        - - -
 4   Testimony of:  DAVID A. KESSLER, M.D.
 5      By Ms. Freiwald                     12
        By Mr. Boranian                    410
 6      By Mr. Lavelle                     412
 7
 8                        - - -
 9                      E X H I B I T S
10                        - - -
     KESSLER
11   EXHIBIT NO.     DESCRIPTION                   PAGE
12   1        Expert Report, David Kessler, M.D.    31
13   2        2019.04.23 Dr. David Kessler          91
              Supplemental Reliance List
14
     3        Errata Sheet for the 3.26.2019        93
15            Expert Report of
              David E. Kessler, M.D.
16
     4        Dear Healthcare Professional         320
17            letter from Purdue dated
              July 18, 2001 with attachments
18            PDD1501710124 - 1501710126
              PDD1501610836 - 1501610844
19
     5        OxyContin label                      320
20            Revised: 04/2014
              PPLP003275296 - 003275307
21
     6        OxyContin label                      320
22            Revised: 12/2016
              Reference ID: 4326201
23
24
```

Golkow Litigation Services - 877.370.DEPS

Page 13

```
 1            Kessler, M.D., and all counsel will be
 2            noted upon the stenographic record.
 3                 The court reporter today is Lisa
 4            Feissner, and she will now please swear
 5            in the witness.
 6                 DAVID A. KESSLER, M.D.,
 7   having been first duly sworn, was examined and
 8   testified as follows:
 9                      EXAMINATION
10   BY MS. FREIWALD:
11       Q.   Dr. Kessler, I'm Hope Freiwald.  I
12   represent the Purdue defendants in this
13   litigation, but I'm going to be asking
14   questions on behalf of the defendant group as
15   well this morning in addition to questions with
16   regard to Purdue specifically.  Okay?
17       A.   Good morning.
18       Q.   Good morning.
19            Dr. Kessler, do you stand by your
20   prior statements that FDA bears
21   responsibilities for mistakes made regarding
22   prescription opioids?
23       A.   I don't believe that's an exact
24   quote.  If you can show me my quotes, I'm happy
```

Highly Confidential - Subject to Further Confidentiality Review

Page 411

```
 1        one second?
 2              MS. LEVY:  Can we go off the
 3        record?
 4              MR. DAVIS:  We have a -- I have a
 5        suggestion.
 6              MR. RAFFERTY:  Uh-huh, sure.  I
 7        love suggestions.
 8              MS. LEVY:  Off the record?
 9              VIDEO OPERATOR:  Off the record?
10              MR. RAFFERTY:  Yeah.
11              VIDEO OPERATOR:  6:44, we are off
12        the video record.
13              (A discussion was held off the
14        record.)
15              VIDEO OPERATOR:  6:46, we are on
16        the video record.
17                    EXAMINATION
18   BY MR. BORANIAN:
19        Q.  Steven Boranian for Defendant
20   AmerisourceBergen Drug Corporation, which is a
21   distributor, Dr. Kessler.
22              You said earlier today that you
23   have no opinions with regard to distributors,
24   and that's still true now, correct?
```

Golkow Litigation Services - 877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

Page 412

1    A.    Correct.

2    Q.    Now, you've listed the names of all
3 the defendants in this case in your report, I
4 think at paragraph 10. Is that right?

5    A.    I believe that's correct.

6    Q.    So I have two questions, Doctor.
7 Have you formed any opinions with
8 regard to any of the distributors who are
9 listed as defendants in your report?

10    A.    Nothing that I will give at trial,
11 no.

12    Q.    Well, you predicted my next
13 question, Doctor, which is, do you intend to
14 appear at trial and give opinions with regard
15 to any distributor listed in your report?

16    A.    Whether I appear at trial is simply
17 counsel and the Court. I -- I --

18 What was the first question? What
19 was -- what was the full question? I'm sorry.

20    Q.    The question is, do you intend to
21 appear at trial and offer any opinions with
22 regard to distributors?

23    A.    If I appear at trial, I do not
24 intend to offer any opinions with regard to

Highly Confidential - Subject to Further Confidentiality Review

Page 413

1  distributors.
2          MR. BORANIAN:  Thank you, Doctor.
3          THE WITNESS:  Thank you, Counselor.
4          MR. BORANIAN:  I think we can just
5      stay on the record.
6          MR. RAFFERTY:  Is that going to be
7      the same for all the other distributors?
8          Oh, okay.  I was going to say,
9      maybe we can just get him to say --
10              EXAMINATION
11 BY MR. LAVELLE:
12     Q.  Good afternoon, Doctor.  John
13 Lavelle from Morgan, Lewis, and I'm
14 representing Rite Aid -- actually, Rite Aid of
15 Maryland, doing business as the Maryland -- as
16 the Mid-Atlantic Distribution Center.
17         Are you aware that there are a
18 number of pharmacy entities that are named as
19 defendants in this litigation?
20     A.  I am, sir.
21     Q.  And I want to ask you some
22 questions about those pharmacies and
23 specifically about Rite Aid, CVS, Wal-Mart,
24 Walgreens, and Giant Eagle.

Highly Confidential - Subject to Further Confidentiality Review

Page 414

1    A.    Okay.

2    Q.    Can we refer to those as the retail
3  chain pharmacies?

4    A.    Fair.

5    Q.    Doctor, do you have any opinions,
6  as we sit here today, that you intend to offer
7  with respect to the retail chain pharmacies?

8    A.    At trial, no.

9    Q.    You don't have any in the report
10  that you've served; is that correct?

11    A.    That's correct.

12    Q.    And you don't intend to serve -- to
13  offer any opinions at trial --

14    A.    Correct.

15    Q.    -- concerning any of those retail
16  chain pharmacies?

17    A.    Correct.

18        MR. LAVELLE:  Thank you, Doctor.
19  That's all I have.

20        THE WITNESS:  Thank you, Counselor.

21        MR. RAFFERTY:  That's it?

22        VIDEO OPERATOR:  6:49.  We are off
23  the video record.

24        (Off the record at 6:49 p.m.)