# EXHIBIT 5

```
 1              THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3                          - - -
 4   IN RE:  NATIONAL      :
     PRESCRIPTION OPIATE   :    MDL NO. 2804
 5   LITIGATION            :
     ---------------------------------------------
 6                         :     CASE NO.
     THIS DOCUMENT         :     1:17-MD-2804
 7   RELATES TO ALL CASES:    Hon. Dan A. Polster
 8                          - - -
 9                Friday, April 26, 2019
10                          - - -
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                 CONFIDENTIALITY REVIEW
13                          - - -
14         Videotaped deposition of DAVID A.
15   KESSLER, M.D. (Day 2), taken pursuant to
16   notice, was held at Baron & Budd, 600 New
17   Hampshire Avenue NW, Floor G, Washington, DC
18   20037, beginning at 8:07 a.m., on the above
19   date, before Lisa V. Feissner, RDR, CRR, Notary
20   Public.
21
22                          - - -
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2       LEVIN PAPANTONIO THOMAS MITCHELL
         RAFFERTY & PROCTOR PA
 3       BY: TROY A. RAFFERTY, ESQUIRE
         316 South Baylen Street - Suite 600
 4       Pensacola, Florida 32502
         (850) 435-7163
 5       trafferty@levinlaw.com
         -- Representing Plaintiffs
 6
         SEEGER WEISS LLP
 7       BY: PARVIN K. AMINOLROAYA, ESQUIRE
         BY: KSENIYA LEZHNEV, ESQUIRE
 8       77 Water Street - 8th Floor
         New York, NY 10005
 9       212-584-0700
         paminolroaya@seegerweiss.com
10       klezhnev@seegerweiss.com
         -- Representing Plaintiffs
11
         LIEFF CABRASER HEIMANN & BERNSTEIN
12       BY: LEXI J. HAZAM, ESQUIRE
         275 Battery Street - 29th Floor
13       San Francisco, CA 94111-3339
         (415) 956-1000
14       lhazam@lchb.com
         -- Representing Plaintiffs
15
16       SPANGENBERG SHIBLEY & LIBER LLP
         BY: PETER H. WEINBERGER, ESQUIRE
17       1001 Lakeside Avenue East - Suite 1700
         Cleveland, OH 44114-1149
18       (216) 600-0114
         pweinberger@spanglaw.com
19       -- Representing Plaintiffs
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Continued)
 2      BARON & BUDD P.C.
        NOAH RICH, ESQUIRE
 3      (via video stream / realtime stream)
        600 New Hampshire Avenue, NW
 4      The Watergate, Suite 10-A
        Washington, DC 20037
 5      (202) 333-4562
        nrich@baronbudd.com
 6      -- Representing Plaintiffs
 7      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        BY: MATIAS BUSTAMANTE, ESQUIRE
 8      (via video stream / realtime stream)
        275 Battery Street - 29th Floor
 9      San Francisco, CA 94111
        (415) 956-1000
10      mbustamante@lchb.com
        -- Representing Plaintiffs
11
        DECHERT LLP
12      BY: HOPE S. FREIWALD, ESQUIRE
        Cira Centre
13      2929 Arch Street
        Philadelphia, PA, 19104-2808
14      (215) 994-2514
        hope.freiwald@dechert.com
15          and
        DECHERT LLP
16      ALEJANDRO HERRERA, ESQUIRE
        Three Bryant Park
17      1095 Avenue of the Americas
        New York, NY 10036-6797
18      (212) 698-3500
        alejandro.herrera@dechert.com
19      -- Representing the Purdue Defendants
20
21
22
23
24
```

```
 1   APPEARANCES:  (Continued)
 2     ARNOLD & PORTER KAYE SCHOLER LLP
       BY: JOSHUA M. DAVIS, ESQUIRE
 3     601 Massachusetts Avenue, NW
       Washington, DC 20001-3743
 4     (202) 942-5743
       joshua.davis@arnoldporter.com
 5     -- Representing the Endo and Par Defendants
            and
 6     ARNOLD & PORTER KAYE SCHOLER LLP
       BY: JOHN CELLA, ESQUIRE
 7     (via video and realtime stream)
       601 Massachusetts Avenue, NW
 8     Washington, DC 20001-3743
       (202) 942-5743
 9     john.cella@arnoldporter.com
       -- Representing the Endo and Par Defendants
10
11     KIRKLAND & ELLIS LLP
       BY: JENNIFER LEVY, ESQUIRE
12     1301 Pennsylvania Avenue, NW
       Washington, DC 20004
13     (202) 389-5211
       jennifer.levy@kirkland.com
14         and
       KIRKLAND & ELLIS LLP
15     BY: MICHAEL LeFEVOUR, ESQUIRE
       300 North LaSalle
16     Chicago, IL 60654
       (312) 862-3728
17     michael.lefevour@kirkland.com
       -- Representing the Allergan Defendants
18
       MORGAN LEWIS & BOCKIUS LLP
19     BY: WENDY WEST FEINSTEIN, ESQUIRE
       One Oxford Centre
20     Thirty-Second Floor
       Pittsburgh, PA 15219-6401
21     (410) 560-7455
       wendy.feinstein@morganlewis.com
22     -- Representing the Teva Defendants
23
24
```

```
 1   APPEARANCES:  (Continued)
 2      O'MELVENY & MYERS LLP
        BY: AMY LAURENDEAU, ESQUIRE
 3      610 Newport Center Drive
        17th Floor
 4      Newport Beach, CA 92660
        (949) 823-7926
 5      alaurendeau@omm.com
              and
 6      O'MELVENY & MYERS LLP
        BY: VINCENT S. WEISBAND, ESQUIRE
 7      Times Square Tower
        7 Times Square
 8      New York, NY 10036
        (212) 326-2228
 9      vweisband@omm.com
        -- Representing the Janssen Defendants
10
        MORGAN LEWIS & BOCKIUS LLP
11      BY: JOHN P. LAVELLE, JR., ESQUIRE
        (via video and realtime stream)
12      1701 Market Street
        Philadelphia, PA 19103-2921
13      (215) 963-4824
        john.lavelle@morganlewis.com
14      -- Representing the Defendant
           Rite-Aid of Maryland, Inc.
15
        REED SMITH LLP
16      BY: STEVEN J. BORANIAN, ESQUIRE
        101 Second Street - Suite 1800
17      San Francisco, CA 94105
        (415) 659-5980
18      sboranian@reedsmith.com
              and
19      REED SMITH LLP
        BY: LUKE PORTER, ESQUIRE
20      (via teleconference)
        101 Second Street - Suite 1800
21      San Francisco, CA 94105
        (415) 659-5980
22      lsmith@reedsmith.com
        -- Representing the Defendant
23         AmerisourceBergen Drug Corporation
24
```

```
 1   APPEARANCES:  (Continued)
 2      JONES DAY
        BY: BRANDY H. RANJAN, ESQUIRE
 3      325 John H. McConnell Boulevard
        Suite 600
 4      Columbus, OH 43215-2673
        (614) 469-3939
 5      branjan@jonesday.com
        -- Representing the Defendant Walmart Inc.,
 6         f/k/a Wal-Mart Stores, Inc.
 7      ROPES & GRAY LLP
        BY: RICHARD L. GALLAGHER, ESQUIRE
 8      Three Embarcadero Center
        San Francisco, CA 94111-4006
 9      (415) 706-1033
        richard.gallagher@ropesgray.com
10            and
        ROPES & GRAY LLP
11      BY: CHRISTINE D'AURIA, ESQUIRE
        Prudential Tower
12      800 Boylston Street
        Boston, MA 02199-3600
13      (617) 235-4741
        christine.dauria@ropesgray.com
14      -- Representing the Defendant
           Mallinckrodt LLC
15
        WILLIAMS & CONNOLLY LLP
16      BY: PAUL E. BOEHM, ESQUIRE
        725 Twelfth Street, NW
17      Washington, DC 20005
        (202) 434-5366
18      pboehm@wc.com
        -- Representing the Defendant
19         Cardinal Health, Inc.
        FOX ROTHSCHILD LLP
20      BY: ZACHARY MARTIN, ESQUIRE
        (via teleconference)
21      Stone Manor Corporate Center
        2700 Kelly Road - Suite 300
22      Warrington, PA 18976
        (215) 918-3680
23      zmartin@foxrothschild.com
        -- Representing the Defendant
24         Prescription Supply, Inc.
```

```
 1    APPEARANCES:  (Continued)
 2       BARTLIT BECK LLP
         BY: SHARON DESH, ESQUIRE
 3       (via teleconference)
         54 West Hubbard Street
 4       Suite 300
         Chicago, IL 60654
 5       (312) 494.4445
         Sharon.Desh@BartlitBeck.com
 6       -- Representing the Defendant
            Walgreens
 7
      ALSO PRESENT:
 8
         CHRIS RITONA, Videographer
 9       Golkow Litigation Services
10       GERARD MAGLASANG, Legal Assistant
         SEEGER WEISS LLP
11
12
      ALSO PRESENT via video stream/realtime stream:
13
         GRETCHEN KEARNEY
14       EMMA KABOLI
         Baron & Budd P.C.
15
         CHARLES BACHMANN
16       Seeger Weiss LLP
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                        - - -
 2                      I N D E X
 3                        - - -
 4   Testimony of:  DAVID A. KESSLER, M.D.
 5      By Mr. Davis                          432
        By Ms. Laurendeau                     525
 6      By Mr. Gallagher                      633
        By Ms. Feinstein                      659
 7      By Ms. Levy                           697
 8
 9                        - - -
10                     E X H I B I T S
11                        - - -
     KESSLER
12   EXHIBIT NO.     DESCRIPTION                   PAGE
13   12       Clinical Development & Education,    456
              1998 Mid-Year Update on Goals &
14            Objectives, Linda A. Kitlinski
              ENDO-OPIOID_MDL-05967764 - 05967774
15
     13       Clinical Development & Education,    461
16            1999 Objectives, Linda A. Kitlinski
              ENDO-OPIOID_MDL-03258200 - 03258202
17
     14       Kessler large-format sheets          466
18            Endo
19   15       Opana ER label                       485
              dated February 2008
20
     16       Opana ER Kit                         489
21            ENDO-CHI_LIT-00541205 - 00541210
22   17       Letter from Skariah to Best          499
              re: NDA #201655
23            Reference ID: 3124026
              ENDO-OR-CID-000768706 - 00768711
24
```

```
 1                    - - -
 2            (It is hereby stipulated and agreed
 3        by and among counsel that sealing,
 4        filing and certification are waived; and
 5        that all objections, except as to the
 6        form of the question, will be reserved
 7        until the time of trial.)
 8                    - - -
 9            VIDEO OPERATOR:  Today's
10        April 26th.  The time is 8:07 a.m., and
11        we are now on the record.
12            This is the continuation of the
13        deposition of David A. Kessler, M.D.,
14        and he has been previously sworn in.
15            You may proceed.
16            MR. DAVIS:  Thank you.
17            DAVID A. KESSLER, M.D.,
18   having been previously duly sworn, was examined
19   and testified as follows:
20                 EXAMINATION
21   BY MR. DAVIS:
22        Q.   Good morning, Dr. Kessler.
23        A.   Good morning, sir.
24        Q.   My name is Josh Davis.  I represent
```

Highly Confidential - Subject to Further Confidentiality Review

1  VIDEO OPERATOR: 6:06 p.m., we are
2  off the video record.
3  (Off the record at 6:06 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24