# EXHIBIT 1

| | |
|---|---|
| From: | David R. Cohen (David@SpecialMaster.Law) |
| To: | Flahive Wu, Laura; Andrea Bierstein; 2804 Discovery, MDL; MDL 2804; "xALLDEFENDANTS-MDL2804-Service@arnoldporter.com" |
| Subject: | Re: EXTERNAL-RE: MDL 2804: Request for relief -- plaintiffs" noncompliance with pretrial deadlines |
| Date: | Thursday, October 10, 2019 7:17:00 PM |
| Attachments: | image005.jpg<br>image006.jpg<br>image001.jpg |

**[EXTERNAL]**
External E-mail

The errata are stricken.

Plaintiffs may not pursue future damages at trial.

These rulings will be formalized by me on Monday.  Objections will be due on Tuesday at the FPT.

I will also enter rulings on Monday regarding undeposed witnesses (e.g. pharmacists, and Bornstein/Howard/Johnson) if a deal has not been struck.

We will meet on Monday at 1:00p in the Courthouse with a court reporter present so that these and other rulings can be recorded and to address other trial matters.

-David

=========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

**From:** Flahive Wu, Laura <lflahivewu@cov.com>
**Sent:** Thursday, October 10, 2019 8:06 PM
**To:** Andrea Bierstein <abierstein@simmonsfirm.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
**Subject:** RE: EXTERNAL-RE: MDL 2804: Request for relief -- plaintiffs' noncompliance with pretrial deadlines

Special Master Cohen,