# EXHIBIT 3

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF OHIO

3                  EASTERN DIVISION

4

                ~~~~~~~~~~~~~~~~~~~~

5

6     IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
      OPIATE LITIGATION

7                               Case No. 17-md-2804

8                               Judge Dan Aaron
      This document relates to:      Polster

9

      The County of Cuyahoga v. Purdue

10    Pharma L.P., et al.
      Case No. 18-OP-45090

11

12              ~~~~~~~~~~~~~~~~~~~~

13          Videotaped deposition of
              CYNTHIA G. WEISKITTEL

14

15              November 13, 2018

16                 8:59 a.m.

17

18

19                 Taken at:

20        Climaco, Wilcox, Peca & Garofoli

21          55 Public Square, Suite 1950

22              Cleveland, Ohio

23

24

25        Renee L. Pellegrino, RPR, CLR

Page 50

1  A.  Specific numbers?
2  Q.  Yes.
3  A.  No.
4  Q.  Do you have an impression as to the
5  role of illegal heroin compared to prescription
6  drugs that are being dispensed according to a
7  prescription to somebody who is actually taking
8  them?
9  A.  Yes.  I believe most people start
10  out taking prescription drugs, and when they can
11  no longer get the drugs, they turn to a street
12  drug to get the -- the support that they need.
13  Q.  And what is that impression based
14  on?
15  A.  My work.
16  Q.  Is there any analysis, any writing
17  anywhere that talks about that sort of
18  transition, the concept of a gateway drug being
19  seen in your work?
20      MR. GALLUCCI:  Object to form.
21  A.  I can't give you anything specific.
22  Q.  I can tell you that we've had
23  produced by the Plaintiff's lawyers for Cuyahoga
24  County documents that have your name on them,
25  including a handful of documents over the last

Page 51

1  basically four and a half years that you've
2  authored.  We really have relatively few
3  documents you've ever authored, but from the
4  ones that we have, there's no analysis, no
5  discussion whatsoever about people transitioning
6  from a prescription drug to street drugs like
7  heroin.  Do you think that you've ever written
8  that up in some document in your official
9  capacity, an e-mail, a memo, any kind of
10  document?
11  A.  I don't know.
12  Q.  What about your staff; have you ever
13  received any kind of analysis or discussion from
14  your staff that talks about this idea of
15  transition from a legal prescription to illegal
16  street drug use like heroin?
17  A.  We have certainly engaged in
18  conversation about it.  I do not know if there's
19  a document that exists.
20  Q.  Who have you talked about that with?
21  A.  My direct reports.
22  Q.  Who are those?
23  A.  Christopher Cabot, Tamara
24  Chapman-Wagner would be two specific people that
25  I've spoken with about it.

Page 52

1  Q.  Is there some reason why there
2  wouldn't have been any documents memorializing
3  that sort of discussion and analysis?
4  A.  Our work and scope of our work is
5  wide.  There are a lot of discussions that we
6  have that aren't necessarily memorialized in a
7  memo.
8  Q.  Do you recall when you first started
9  having discussions like that with Mr. Cabot or
10  Ms. Wagner-Chapman?
11  A.  Chapman-Wagner.
12  Q.  Chapman-Wagner.
13      MR. GALLUCCI:  Object to form.
14  A.  I would say we've been having that
15  discussion for several months.
16  Q.  Have you asked that any kind of
17  analysis be done within your patient
18  population -- how do you refer to them?  I'm
19  sorry.  How do you --
20  A.  We call them families or we call
21  them clients.
22  Q.  Clients.  Clients seems to be more
23  consistent with how some other parts of the
24  overall department have referred to them.  Is it
25  okay if I refer to them as clients?

Page 53

1  A.  Yes.
2  Q.  For your clients, has there been any
3  analysis that you've requested be done that
4  looks at the issue of whether people are
5  transitioning from a legal prescription for an
6  opioid that is written for them and taken by
7  them pursuant to prescription to some sort of
8  transition over time to illegal street drugs?
9      MR. GALLUCCI:  Object to form.
10  A.  Efforts have been made to document
11  that information, but I don't have a report for
12  you to look at.
13  Q.  And so there are individual case
14  files, correct, where there might be some notes
15  about this?
16  A.  Yes.
17  Q.  Has there been any kind of effort to
18  look at case files collectively to see how often
19  this is going on?
20  A.  The reality is there are thousands
21  of case files, and so we have limited resources.
22  Our need is to meet the needs of families.  We
23  are documenting when we can, but we do not have
24  a quantitative report for you.
25  Q.  So case files are one way that

14 (Pages 50 - 53)