**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

**DECLARATION OF CHRISTIAN J. PISTILLI IN SUPPORT OF
MCKESSON CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS
MOTION TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT**

I, Christian J. Pistilli, declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP and counsel to Defendant McKesson Corporation in this action.

2. I make this declaration to place before the Court certain materials relied on in McKesson Corporation's Reply Brief in Support of its Motion in Limine to Exclude Certain Evidence and Argument.

3. Attached as **Exhibit 1** is a true and correct copy of a handout prepared by the law firm Levin Papantonio and distributed at a briefing session for congressional staff in May 2018.

4.     Attached as **Exhibit 2** is a true and correct copy of a handout of proposed questions prepared by the law firm Levin Papanatonio and distributed at a briefing session for congressional staff in May 2018.

5.     Attached as **Exhibit 3** is a true and correct copy of a letter sent from Mr. Mark Lynch to the Honorable Dan Aaron Polster, dated February 11, 2019.

_____
CHRISTIAN J. PISTILLI

## **CERTIFICATE OF SERVICE**

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart