# Exhibit 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3                         - - -
 4    IN RE:  NATIONAL             )
      PRESCRIPTION                 )  MDL No. 2804
 5    OPIATE LITIGATION            )
      _____ )  Case No.
 6                                 )  1:17-MD-2804
      THIS DOCUMENT RELATES        )
 7    TO ALL CASES                 )  Hon. Dan A. Polster
 8                         - - -
 9              Tuesday, August 7, 2018
10       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                   CONFIDENTIALITY REVIEW
11
                           - - -
12
13        Videotaped deposition of Jennifer R. Norris,
14   held at the offices of BakerHostetler, 200 Civic Center
15   Drive, Suite 1200, Columbus, Ohio, commencing at
16   8:09 a.m., on the above date, before Carol A. Kirk,
17   Registered Merit Reporter and Notary Public.
18
19                         - - -
20
21
22
23            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

```
 1   witness.
 2                        - - -
 3                  JENNIFER R. NORRIS
 4   being by me first duly sworn, as hereinafter certified,
 5   deposes and says as follows:
 6                  CROSS-EXAMINATION
 7   BY MR. FULLER:
 8        Q.   Ma'am, please state your name for the
 9   record.
10        A.   Jennifer Robison Norris.
11        Q.   And, Ms. Norris, where are you currently
12   employed?
13        A.   Cardinal Health.
14        Q.   And how long have you been at Cardinal
15   Health?
16        A.   Eighteen years.
17        Q.   And what is your current position at
18   Cardinal?
19        A.   I'm an attorney in the legal department.
20        Q.   Do you have any particular title?
21        A.   I do.  I'm vice president, associate
22   general counsel, mergers and acquisitions.
23        Q.   I'm sorry.  You said mergers and
24   acquisitions, right?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.    Mm-hmm, and integration.
 2        Q.    And how long have you held that title?
 3        A.    I've been in that group -- my titles
 4   varied, but I've been in that group for
 5   approximately two years.
 6        Q.    And that's the mergers and acquisitions
 7   and integrations group?
 8        A.    Yes.
 9        Q.    How about prior to that?
10        A.    Prior to that, I was still a vice
11   president, associate general counsel, but I was in
12   our commercial group supporting our pharmacy
13   distribution business primarily.
14        Q.    When you say supporting pharmacy
15   distribution, give me an understanding of what you
16   would be doing in that role.
17        A.    My primary role was with acute care and
18   alternate care customers, working on the customer
19   facing agreements and issues that came up from
20   time to time with those customers.
21        Q.    Okay.  And how about prior to that?
22        A.    I've always been in that group.  Again,
23   my title has varied, and I've supported other
24   groups within Cardinal Health.  I supported
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   sourcing at one time.  We had a corporate sales
 2   group, sold all of the products and services
 3   within Cardinal Health that I supported.
 4           I supported our specialty pharmaceutical
 5   distribution business, our specialty services
 6   business, the 3PL, the third-party logistics
 7   business we have, as well as working on 340B and
 8   other matters within pharmacy distribution.
 9       Q.  I've seen 340B before.  What's 340B?
10       A.  It's a federally mandated essentially
11   drug discount program for certain types of
12   customers.
13       Q.  Got it.  Well, you have the pleasure or
14   the curse of being designated today as a 30(b)
15   witness.  Are you aware of that?
16       A.  I am.
17       Q.  And do you understand what that means?
18       A.  I do.
19       Q.  That's because you're a lawyer, right?
20           MS. MAINIGI:  Objection.
21       A.  Because I'm a lawyer, and that's what I
22   was asked to do.
23       Q.  Sure.
24       A.  I was not aware of what a 30(b)(6)
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   sourcing at one time.  We had a corporate sales
 2   group, sold all of the products and services
 3   within Cardinal Health that I supported.
 4           I supported our specialty pharmaceutical
 5   distribution business, our specialty services
 6   business, the 3PL, the third-party logistics
 7   business we have, as well as working on 340B and
 8   other matters within pharmacy distribution.
 9       Q.  I've seen 340B before.  What's 340B?
10       A.  It's a federally mandated essentially
11   drug discount program for certain types of
12   customers.
13       Q.  Got it.  Well, you have the pleasure or
14   the curse of being designated today as a 30(b)
15   witness.  Are you aware of that?
16       A.  I am.
17       Q.  And do you understand what that means?
18       A.  I do.
19       Q.  That's because you're a lawyer, right?
20           MS. MAINIGI:  Objection.
21       A.  Because I'm a lawyer, and that's what I
22   was asked to do.
23       Q.  Sure.
24       A.  I was not aware of what a 30(b)(6)
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Have you reviewed any of their
 2   testimony?
 3        A.   No, I have not.
 4        Q.   Okay.  In preparation for this
 5   deposition, did you actually read this opinion?
 6        A.   I did.
 7        Q.   Okay.  And let me ask you, how much time
 8   have you spent preparing for this deposition?
 9        A.   The last three and a half weeks from
10   the -- beginning the -- Monday the 16th, I believe
11   it was, through today.
12        Q.   And I won't say 24 hours a day.  Mainly
13   your working hours of your day have been
14   encompassed by preparing for this 30(b) notice --
15        A.   Yes.
16        Q.   -- or the notices, correct?
17        A.   Yes.  I'm sorry.
18        Q.   Okay.  And tell me -- again, other than
19   counsel, who else have you spoken with related to
20   the preparation for this 30(b) notice?
21        A.   I spoke to a variety of individuals at
22   Cardinal Health.  I'll try to remember them all.
23   Michael Mone, Todd Cameron, Gilberto Quintero.
24        Q.   Hold -- slow down a little bit for me.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      A.   Sorry.  Michael Mone.
 2      Q.   Mr. Cameron?
 3      A.   Todd Cameron.
 4      Q.   Roberto?
 5      A.   Gilberto Quintero.
 6      Q.   Yes, ma'am.
 7      A.   Danny Roberts.
 8      Q.   Yes, ma'am.
 9      A.   Linden Barber.
10      Q.   Yes, ma'am.
11      A.   Steve Reardon, Sean Callinicos.
12      Q.   Spell the last name for me.
13      A.   I believe it is C-a-l-l-i-n-c-o-s [sic]
14   or something to that effect.
15      Q.   Fair enough.  He'll forgive you.
16      A.   Just one second.  Let me try to
17   remember.  I believe that's everybody.  I believe
18   that's everyone.  If I -- if somebody pops into my
19   brain, I will let you know.
20      Q.   And who did you speak -- other than
21   counsel -- with about the Masters Pharmaceutical
22   case?
23      A.   Todd Cameron and I -- Todd answered a
24   question regarding it.
```