**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*See* Case List attached as Exhibit A. | MDL NO. 2804<br><br>CASE NO. 17-md-2804<br><br>JUDGE: DAN AARON POLSTER |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Notice is hereby given that Laura J. Baughman, formerly of the law firm of Baron & Budd, P.C., is hereby withdrawn as counsel for Plaintiffs on the attached Exhibit A. Plaintiffs will continue to be represented by J. Burton LeBlanc, IV of Baron & Budd, P.C. It is requested that the Court withdraw the appearance of Laura J. Baughman as counsel for these Plaintiffs.

Dated: October 14, 2019

                Respectfully submitted,

By: */s/J. Burton LeBlanc, IV*
   J. Burton LeBlanc, IV
   Baron & Budd, P.C.
   2600 Citiplace Drive, Suite 400
   Baton Rouge, LA 70808
   Telephone: (225) 927-5441
   Facsimile: (225) 927-5449
   Email: bleblanc@baronbudd.com

   ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of October 2019, a true and correct copy of the foregoing document has been served upon all parties so registered via the Court's electronic filing system.

                                      */s/ J. Burton LeBlanc, IV*
                                      J. Burton LeBlanc, IV
                                      Baron & Budd, P.C.
                                      *Counsel for Plaintiff*