# EXHIBIT A

# Case List

| Case Number | Case Title |
|---|---|
| 1:17-md-2804 | *In Re: National Prescription Opiate Litigation* |
| 1:17-op-45013 | *Louisville/Jefferson County Metro Government v. AmerisourceBergen Drug Corporation, et al.* |
| 1:17-op-45033 | *Clermont County Board Of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* |
| 1:17-op-45034 | *Belmont County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* |
| 1:17-op-45035 | *Brown County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al.* |
| 1:17-op-45036 | *Vinton County Board of County Commissioners v. AmerisourceBergen Corporation, et al.* |
| 1:17-op-45037 | *Jackson County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al.* |
| 1:17-op-45038 | *Scioto County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.* |
| 1:17-op-45039 | *Pike County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al.* |
| 1:17-op-45040 | *Ross County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al.* |
| 1:17-op-45041 | *City Of Cincinnati v. Amerisourcebergen Drug Corporation, et al.* |
| 1:17-op-45042 | *City of Portsmouth v. Amerisourcebergen Drug Corporation, et al.* |
| 1:17-op-45043 | *Gallia County Board of Commissioners v. AmerisourceBergen Drug Corporation, et al.* |
| 1:17-op-45044 | *Hocking County Board of Commissioners v. AmerisourceBergen Drug Corporation, et al.* |
| 1:17-op-45045 | *Lawrence County Board of Commissioners v. AmerisourceBergen Drug Corporation, et. al.* |
| 1:17-op-45052 | *Wayne County Commission v. Rite Aid of Maryland, Inc,. et al.* |

| | |
|---|---|
| **1:17-op-45053** | *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.* |
| **1:17-op-45061** | *Boone County Commission v. AmerisourceBergen Drug Corporation, et al.* |
| **1:17-op-45062** | *Fayette County Commission v. Cardinal Health, Inc., et al.* |
| **1:17-op-45063** | *Kanawha County Commission v. Rite Aid of Maryland, Inc., et al.* |
| **1:18-op-45000** | *Logan County Commission v. Cardinal Health, Inc., et al.* |
| **1:18-op-45488** | *Wyoming County, Pennsylvania v. Purdue Pharma L.P., et al.* |
| **1:18-op-45499** | *People of the State of Illinois et al. v. AmerisourceBergen Drug Corporation, et al.* |
| **1:18-op-45545** | *City of Wilkes Barre, Pennsylvania  v. Purdue Pharma L.P., et al.* |
| **1:18-op-45618** | *County of Mariposa, et al. v. Amerisourcebergen Drug Corporation, et al.* |
| **1:18-op-45643** | *County of Merced, et al. v. Amerisourcebergen Drug Corporation, et al.* |
| **1:18-op-45645** | *County of Calaveras, et al.  v. Amerisourcebergen Drug Corporation, et al.* |
| **1:18-op-45646** | *County of Inyo, et al.  v. Amerisourcebergen Drug Corporation, et al.* |
| **1:18-op-45647** | *County of Madera, et al. v. Amerisourcebergen Drug Corporation, et al.* |
| **1:18-op-46215** | *Plains Township, Pennsylvania v. Purdue Pharma L.P., et al.* |
| **1:18-op-46238** | *Nye County, Nevada v. Amerisourcebergen Drug Corporation, et al.* |
| **1:19-op-45080** | *Greenbrier County Commission v. AmerisourceBergen Drug Corporation, et al.* |
| **1:19-op-45081** | *City of Nanticoke, Pennsylvania v. Purdue Pharma L.P., et al.* |

| **1:19-op-45355** | *Fairview Township, Pennsylvania v. Purdue Pharma L.P., et al.* |