UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No. 1:17-MD-02804-DAP Hon. Judge Dan A. Polster |

1:18-op-45405-DAP
1:18-op-45268-DAP
1:18-op-46327-DAP
1:19-op-45459-DAP

**NOTICE OF EXPERTS UPON WHOM NAS PLAINTIFFS WILL OFFER AS PER DOCKET NUMBER 2738 IN SUPPORT OF CLASS CERTIFICATION**

1. <u>Dr. Vyvyan Howard:</u> Dr. Howard is a toxicologist who will opine of the causal link serious latent diseases and in utero exposure to opioids. He will rely upon Defendant documents, published medical literature and the preliminary reports of consulting expert Dr. Sunny Annand and Dr. Christopher Busby. Dr. Howard's Curriculum Vitae and preliminary reports are attached. Dr. Howard will issue a Declaration in Support of Class Certification and will sit for deposition.

2. <u>Dr. Carl Werntz:</u> Dr. Werntz practices occupational and environmental medicine in Morgantown, West Virginia. He will opine on the necessity, structure and methodology for the design and implementation of a medical monitoring program for those exposed in utero to opioids which will provide diagnostic procedures and epidemiologic surveillance. He will rely on Defendant documents, government documents, published medical literature, the reports of co-expert witness Dr. Vyvan Howard and the reports of Dr. Sunny Annan, Dr. Christopher Busby, and Dr. Carla Saunders. Dr. Werntz's CV and preliminary reports are attached. Dr. Werntz will issue a Declaration in Support of Class Certification and will sit for a deposition.

3. <u>Dr. Harvey Rosen:</u> Dr. Rosen is an economist from Cleveland. He will opine on the implementation and cost of the medical monitoring program described by Dr. Werntz. He will rely on Defendant documents, government documents, published literature and the report of Dr. Werntz. Dr. Rosen will issue a Declaration in Support of Class Certification and will sit for a deposition.

<u>/s/ Celeste Brustowicz</u>
Celeste Brustowicz
Barry J. Cooper, Jr.
Stephen H. Wussow
Victor Cobb
Cooper Law Firm, LLC
1525 Religious Street

4833-1778-4964, v. 1

New Orleans, LA 70130  
Telephone: 504-399-0009  
Email: cbrustowicz@sch-llc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2019, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.

/s/ CELESTE BRUSTOWICZ

4833-1778-4964, v. 1