Professor C V Howard                                                    Curriculum Vitae

# CURRICULUM VITAE

## PERSONAL DETAILS

**Name:**              Professor Charles Vyvyan HOWARD

**Address:**           Centre for Molecular Biosciences
                       University of Ulster
                       Cromore Road
                       Coleraine, BT52 1SA

**Date/Place of Birth:** 22nd May 1946, Blackpool, UK

**Nationality:**       British

## RESEARCH METRICES

Google Scholar 21/06/2019: Publications 140: citations 8662; h-index 38; i10-index 86

## FURTHER/HIGHER EDUCATION

**Education:**         1965-70 University of Liverpool: Faculty of Medicine. MB ChB

**Qualifications:**    1970  MB ChB, Liverpool
                       1971  Full General Medical Council Registration
                       1983  Ph D, Liverpool in developmental neurobiology
                       1995  MRCPath
                       1999  FRCPath

## WORK EXPERIENCE

           1970 - 1971   House Officer,  Sefton General Hospital, Liverpool
           1971 - 1975   Demonstrator in Anatomy,  University of Liverpool
           1975 - 1991   Lecturer in Anatomy,  University of Liverpool
           1991 – 2005   Senior Lecturer in Anatomy, University of Liverpool
           2005 - 2014   Professor of Bioimaging, University of Ulster
           2014-         Emeritus Professor of Bioimaging, University of Ulster

Professor C V Howard                                                                Curriculum Vitae

## MEMBERSIP OF PROFESSIONAL BODIES

Fellow:  -    Royal College of Pathologists
         -    Royal Microscopical Society
         -    Collegium Ramazzini
Member:  -    British Society of Toxicological Pathologists

## POSITIONS HELD ON PROFESSIONAL BODIES

1985-1992 General Editor, Journal of Microscopy
1991-1995 President International Society for Stereology
1996-1998 President Royal Microscopical Society
2003-2009 Member DEFRA Advisory Committee on Pesticides
2004-2006 Founding Editor of the journal 'Nanotoxicology'
2007-2009 President International Society of Doctors for the Environment

## RESEARCH INTERESTS

Vyvyan Howard is a medically qualified pathologist with interests in low dose minimal change toxicology, particularly of the fetus and neonate. He has worked for many years in the field of developmental neurotoxicology, including the actions of pharmaceutical agents, pesticides and environmental pollutants. He is an expert on the quantification of toxicological change with the use of stereology. He has a long founded interest and expertise in imaging living processes through the use of microscopy. Recently he has held major grants for investigating the toxicology of nano-particles in biological systems. He has experience in regulatory toxicology, having served 6 years on the Advisory Committee on Pesticides in the UK. He has recently been appointed an expert in toxicology by the National Standards Authority of Ireland (NSAI) as a Member of the CEN/TC 436 Technical Committee addressing cabin air quality in commercial aircraft.

## RESEARCH FUNDING WHILE AT University of Ulster

Professor C V Howard                                          Curriculum Vitae

2006 – 2008    £250,000 STREP project 'Nanointeract' under EU Framework 6. Part of a €
               3.3 million multicentre study on the fate and toxicity of engineered
               nanoparticles

2008 -2011     Organix Foundation £120,000 to investigate the effect of low dose exposure
               to hormone disrupting pesticides on fetal development

2008 – 2011 €420,000 EU FP7 grant NeuroNano to investigate the effect of nano-particles
               on the progression of Alzheimer's disease in a mouse model.

2010-2013      NC3R/MRC £360,000 to develop a 3D tissue model of human breast tissue
               for the testing of xenoestrogens.

**Honours:**

        1989        -        Awarded Royal Microscopical Society 150th Anniversary Gold
                             Medal for services to microscopy.

        1999    -        Overall Winner, Caroline Walker Trust 11th Annual Awards for
                             improving public health through food.

# PUBLICATIONS

[1] Howard C.V., Scales L.E., & Lynch R. (1980).
        'The numerical densities of alpha and gamma motoneurons in the trigeminal motor
        nucleus of the rat:  A method of determining the separate numerical densities of two
        populations of anatomically similar cells.'  *Mikroskopie (Wien)*, **37** (Suppl.), 220-236

[2] Howard C.V. (1981).
        'Experimental and theoretical evaluation of size distributions'. *Stereol.Iugosl*.,
        **3**/Supplement 1, 79-88

[3] Howard C.V, (1981).
        'On the functional significance of the third moment of size distribution in biological
        systems.'  *Stereol.Iugosl*., **3**/Supplement 1, 503-510

[4] Maina J.N, Howard C.V. & Scales L.E. (1981).
        'The determination of the length densities and size distributions of blood and air
        capillaries in the avian lung involving a log normal fitting procedure.' *Stereol.Iugosl*.,
        **3**/Supplement 1, 673-678

[5] Howard C.V., Lynch R., & Scales L. (1981).
        'The numerical densities of alpha and gamma motoneurons in lamina IX of the cervical
        cord of the rat:  a method of determining the separate numerical densities of two mixed

Professor C V Howard                                      Curriculum Vitae

populations of anatomically similar cells.' (1981).  Eleventh International Congress of Anatomy: Advances in the Morphology of Cells and Tissues, 173-183. E.A. Vidrio & M. A. Galina (Eds.). Alan R. Liss, N.Y.

[6] Howard C.V. (1981).
'The separate numerical densities of alpha and gamma motor- neurones in the spinal cord of the rat.' (1981). *Sterol. Iugosl* **3**/suppl 1: 503-510.


[7] Howard C.V., & Scales L. (1982).
'The concept of 'Neuromorphotaxis' based on a minimisation principle.  A case for the critical analysis of biological variation.'.  *Acta Stereol*.**1**: 241-252.

[8] Lynch R. & Howard C.V. (1982).
'The use of horseradish peroxidase (HRP) in the stereological analysis of motor nuclei.' *Acta Stereol.* **1**: 253-258

[9] Howard C.V. (1983)
PhD THESIS:  'Neuromicrosis: a process affecting the phylo- and ontogenetic development of the brain.  An hypothesis based on stereological studies of neurone population characteristics.'  The University of Liverpool.  1983.

[10] Scales L.E. & Howard C.V. (1983).
'Some empirical functions for use in the parametric modelling of stereological size distributions.' (1983). *Acta Stereol*, **2**: 187-192

[11] Howard C.V., Scales L.E. & Allibone R. (1983)
'The relationship between Purkinje cell diameter and position within the cerebellar folia of the rat:  a stereological analysis.' (1983). *Acta Stereol*.**2**:219-222

[12] Howard C.V., & Eins S. (1984).
'Software solutions to problems in stereology.' (1984). *Acta Stereol*, **3**: 139-158

[13] Howard C.V., Lynch R. & Woodhams P. (1985)
'Population characteristics of nerve cell bodies illustrated by the postnatal development of cerebellar granule cells in the rat.'.  Quantitative Neuroanatomy in Transmitter Research.   Eds. Agnati L.F. and Fuxe K.  Macmillan, London. pp 41-54

[14] Howard C.V., Reid S., Baddeley A. & Boyde A (1985).
'Unbiased estimation of particle density in the Tandem Scanning Reflected Light Microscope.' (1985). *J. Microsc*. **138**,  203- 212

[15] Howard C.V. (1986).
'Rapid nuclear volume estimation in malignant melanoma using point-ampled intercepts in vertical sections.'.  In:  Quantitative Image Analysis in Cancer Cytology

Professor C V Howard                                        Curriculum Vitae

and Histology.  Eds. Mary, J.Y. and Rigaut, J.P.  Elsevier Science Publications B.V. pp. 245-254

[16] Howard C.V. (1986).
'Stereological probes using 'optical sections' in scanning light microscopy.'.  In: Science on Form.  Eds. S. Ishizaka,  Y. Kato,  R. Takaki and J. Toriwaki.  KTK Scientific Publishers, Tokyo. pp 137-146

[17] Baddeley A., Howard C.V., Boyde A. & Reid S. (1987).
'Three-dimensional analysis of the spatial distribution of the particle, using Tandem Scanning Reflected Light Microscopy.' (1987).  *Acta Stereol*, **6**: 87-100

[18] Howard C.V. (1988).
'Unbiased measurements in electron microscopy.'.  *Inst. Phys. Conf. Ser*. **93**, 49-57.

[19] Evans S.M. & Howard C.V. (1989).
'A simplification of the step method for measuring mean section thickness.'.  *J. Microscopy*. **154**: 289-293

[20] Moss M.C., Browne M.A., Howard C.V. & Joyner D.(1989).
'An interactive image analysis system for measuring mean particle volume.' .  *J. Microscopy*. **156**: 79-90

[21] Braendgaard H., Evans S.M., Howard C.V. & Gundersen H.J.G.(1990).
'The total numbers of neurons in human neocortex unbiasedly estimated using optical disectors.'.  *J. Microscopy*.**157**: 285-304

[22] Howard C.V., Rassoli M.B. & McKerr G. (1990).
'Correlating structure with function in developmental neurology using stereological and confocal microscopical techniques.'.  Science on Form.  Ed.  S. Ishizaka.  KTK Scientific Publishers, Tokyo. pp 31-37.

[23] Cogswell C.J., Sheppard C.J., Moss M.C. & Howard C.V. (1990).
'A method for evaluating microscope objectives to optimize performance for confocal systems.'.  *J. Microsc.* **158**: 177-185.

[24] Conan V., Howard C.V., Jeulin D., Renard D. & Cummins P.(1990).
'Improvements of 3D confocal microscope images by geostatistical filters.'.  *Trans Roy Mic Soc*. **1**: 281-284.

[25] Gesbert S., Howard C.V., Jeulin D. & Meyer F.(1990).
'The use of basic morphological operations for 3D biological image analysis.'.  *Trans Roy Mic Soc* **1**: 293-296.

Professor C V Howard                                                    Curriculum Vitae

[26] Zhao H.Q., Browne M.A. & Howard C.V. (1990).
        'Digital stereology - a comparative study of digital stereological surface density
        estimators.'. *Trans Roy Mic Soc* **1**: 315-319.

[27] Behnam Rassoli M., Herbert L.C., Howard C.V., Pharoah P.O.D. & Stanisstreet M.
(1990).
        'Effect of propyl thiouracil (PTU) treatment during prenatal and early postnatal
        development on the neocortex of rat pups.'. *Neuroendocrinology* **53**(4): 321-327.

[28] Hinchliffe S.A., Chan Y.F., Howard C.V., & van Velzen D. (1990).
        'An assessment of volume-weighted mean nuclear volume estimates as a prognostic
        index for neuroblastoma.' *Pediatric Pathology* **10**: 973-986.

[29] Hinchliffe S.A., Sargent P.H., Howard C.V., Chan Y.F. & van Velzen, D. (1991).
        'Human Intrauterine Renal Growth expressed in absolute number of glomeruli assessed
        by the 'Disector' method and Cavalieri principle.'. *Lab Invest* **64**: 777-784.

[30] Cruz-Orive L.M., & Howard C.V. (1991).
        'Estimating the length of a bounded curve in 3D using total vertical projections.' *J.
        Microsc.* **163**: 101-114.

[31] Zhao H.Q., Browne M.A. & Howard C.V.(1991).
        'Digital probes for three dimensional microstructural analysis.'. *Machine Vision and
        Application* **4**: 255-261.

[32] Roberts N., Howard C.V., Cruz-Orive L.M. & Edwards R.H.T. (1991).
        'The application of the total vertical projections for the unbiased estimation of the
        length of blood vessels and other structures by magnetic resonance imaging.' *Magnetic
        Resonance Imaging* **9**: 917-925.

[33] Howard C.V., & Sandau K (1992).
        'Measuring the surface area of a cell by the  method of spatial grid with a CSLM - A
        demonstration.' *J. Microsc.* **165**: 183-188

[34] Hinchliffe S.A., Sargent P.H., Howard C.V., Chan Y.F., Hilton J.L., Rushton D.I. and van
Velzen D. (1992).
        'Medullary Ray Glomerular Counting as a method of  assessment of human
        nephrogenesis.'. *Pathology Research and Practice* **188**: 775-782.

[35] Hinchliffe S.A., Lynch M.R.J., Sargent P.H., Howard C.V., van Velzen D. (1992).
        'The effect of human intrauterine growth retardation on the development of renal
        nephrons.' *British Journal of Obstetrics and Gynaecology* **99**: 296-301.

[36] Howard C.V., Cruz-Orive L.M. & Yaegashi H. (1992).

Professor C V Howard                                                    Curriculum Vitae

'Estimating neuron dendritic length in 3-D from total vertical projections and from vertical slices.'. *Acta Neurologica Scandinavica* **137**: 14-19.

[37] Conan V., Gesbert S., Howard C.V., Jeulin D., Meyer F. & Renard D. (1992). 'Geostatistical and morphological methods applied to three-dimensional microscopy.' . *J. Microsc*. **166**: 169-185.

[38] Cummins D., Moss M.C., Jones C.L., Howard C.V., & Cummins P.G. (1992). 'Confocal microscopy of dental plaque development.'. *Binary Comput Microbiol* **4**(3): 86-92.

[39] Zhao H.G., Browne M.A. & Howard C.V. (1992). 'Automatic 3-D disector sampling for volume distribution measurements.' *Acta Stereol* **11**: 215-220.

[40] Jiang Y., Howard C.V., Prasad B., Dangerfield P. & van Velzen D. (1992). 'Segmentation of human hand X-ray images for bone age analysis.'. *Acta Stereol* **11**: 747-752.

[41] Moss M.C., Veiro J.A., Singleton S., Gregory D.P., Birmingham J.J., Jones C.L., Cummins D., Miller R.M., Sheppard R.C., Howard C.V., & Bhaskar N. (1993). 'Applications of confocal laser scanning microscopy in in-situ mapping.'. *The Analyst* **118**: 1-9.

[42] Howard C.V., Jolleys G., Stacey D., Fowler A., Browne M.A. & Wallen P. (1993). 'Measurement of total neuronal volume, surface area and dendritic length following intracellular physiological recording.'. *Neuroprotocols* **2**: 113-120.

[43] Hinchliffe S.A., Howard C.V., Lynch M.R.J., Sargent P.H., Judd B.A. & van Velzen D.(1993) 'Renal developmental arrest in sudden infant death syndrome.'. *Paediatric Pathology* **13**: 333-343.

[44] Baddeley A.J., Moyeed R.A., Howard C.V. & Boyde A. (1993). 'Analysis of a three dimensional point pattern with replication.'. *Appl. Statist*. **42**: 641-668.

[45] Yaegashi H., Howard C.V., McKerr G. & Burns A. (1993). 'Stereological estimation of the total number of neurons in the asexually dividing tetrahyridium of Mesocestoides corti.' *Parasitology*, **106**: 177-183.

[46] Ibiwoye M.O., Howard C.V., Sibbons P.D., Hasan M. & van Velzen D. (1993). 'Cerebral malaria in the Rhesus monkey:  Observations on the host pathology.' *Journal of Comparative Pathology*. **108**: 303-310.

Professor C V Howard                                      Curriculum Vitae

[47] Ibiwoye M.O., Sibbons P.D., Howard C.V., Hasan M., Mahdi A.A., Desalu A.B.O. & van Velzen D. (1993).
'Cerebral malaria in the Rhesus monkey (Macaca mulatta): Light and electron microscopic changes in blood cells and cerebrovascular endothelia.' *Comparative Haematology International* **3**: 153-158.

[48] Boon M.E., Howard C.V., & van Velzen D.(1993).
'PCNA independence of KI67 expression in HPV infection.' *Cell Biology International*.**17**: 1001-1004

[49] Markova E., Markov D., van Velzen D. & Howard C.V. (1993).
'Grey level image analysis using a topological tree of connected figures of serial binary sections.' *Acta Stereol*. **12**: 227-232.

[50] Allen S.J., Pierro A., Cope L., Macleod A., Howard C.V. & van Velzen D. (1993).
'Glutamine supplemented parenteral nutrition in a child with short bowel syndrome.' *J. Pediatric Gastro-Enterology and Nutrition*. **17**:329-332.

[51] Ball L.M., Hinchliffe S.A., Howard C.V., Jiang Y. & van Velzen D. (1993).
'Automated image analysis of silver stainable nucleolar organising regions in childhood acute lymphoblastic leukaemia.'. *Cancer Therapy and Control* **4** Suppl.4: 331-337.

[52] Khine M.M., Aung W., Sibbons P.D., Howard C.V., Clapham E., McGill F. & van Velzen D. (1994)
'Analysis of relative proliferation rates of Wilms tumour components using PCNA and MIB-equivalent antigen immunostaining and assessment of mitotic index.' *Laboratory Investigation* **70**: 125-129.

[53] Ball L.M., Pope J., Eccles P., Howard C.V., & van Velzen D. (1994).
'PCNA/Ki-7 dissociation in childhood lyphoblastic leukaemia.' *Cell Biology International*, **18**: 869-874.

[54] Ball L.M., Hinchliffe S.A., Bataringaya J., Howard C.V., England K.E. & van Velzen D. (1994).
'Relationship between MDR- gene expression and Ag-NOR pattern in childhood lymphoblastic leukaemia.'. *Cancer Therapy and Control*, **4**: 3-9.

[55] Ibiwoye M.O., Sibbons P.D, Howard C.V., & van Velzen D. (1994).
'Immunocytochemical study of vascular barrier antigen in the developing rat brain.' *J Comp Path*. **111**: 43-53.

[56] Browne M.A., Howard C.V., Jolleys G., Stacey D. (1994).
'A generalized terminology for multidimensional microscopy.' *J. Microscopy*, **175**: 90

Professor C V Howard                                              Curriculum Vitae

[57] Cox H., Walker C. & Howard C.V. (1995).
'Thick bone section preparation using a silicon-rubber-based sealant.'. *J. Microscopy* **177**: 90-92.

[58] Howard C.V., van Velzen D., Ansari T., Li Y. & Pahal N. (1995).
'3-D Unbiased stereological measurements using conventional light microscopy, applied to the study of human intra-uterine growth retardation.'. *Zoological Studies* **34**: 109-110

[59] Cruz-Orive L.M. & Howard C.V. (1995).
'Estimation of individual feature surface area with the vertical spatial grid.' *J. Microscopy* **178**: 146-151.

[60] Hooper P., Smythe E., Richards R.C., Howard C.V., Lynch R.V. & Lewis-Jones D.I. (1995).
'Total number of immunocompetent cells in the normal rat epididymis and after vasectomy.' *Journal of Reproduction and Fertility* **104**: 193-198.

[61] Ansari T., Howard C.V., Yan L., Macmillan A., Pahal N., Hinchliffe S.A., Beech D.J., Beddoes L., Friedman K., Sibbons P.D., & van Velzen D. (1995).
'A stereological assessment of IUGR in relation to the brain, the phrenic nerve, and kidneys and the lungs.'. *European Journal of Morphology*. **33** (4): 294-298

[62] Stringer R.L., Ryan J.J., & Howard C.V. (1995).
'Dioxin contamination of workers' blood and wastes at a chlorophenol manufacturing site in the UK.'. *Organohalogen Compounds* **26**: 97-100.

[63] Howard C.V., Fraser W., Stringer R.L., Ryan J.J., van Velzen D., Ansari T., Byrd A., Diver M. & Johnston P.A. (1995).
'Reduction of serum testosterone concentration and perterbation of serum immunoglobulin M and G3 concentrations in a group of dioxin exposed workers.' *Organohalogen Compounds* **25**: 85-86.

[64] van Velzen D., Krishnan K.R., Parsons K.F., Soni B.M., Fraser M.H., Howard C.V., Vaidyanathan S. (1995).
'Comparative pathology of dome and trigone of urinary-bladder mucosa in paraplegics and tetraplegics.' *Paraplegia,* .**33**: 565-572

[65] Ibiwoye M.O., Sibbons P.D., Hasan M., Howard C.V., Desalu A.B.O., Singhal K.C., van Velzen D. (1995).
'Lipofuscin pigment in cerebellar purkinje neurons and choroid- plexus epithelial-cells of macaque monkeys with plasmodium-knowlesi cerebral malaria - an electron-microscopic observation.' *Journal Of Veterinary Medicine Series B*, **42**:140-146

[66] van Velzen D., Krishnan K.R., Parsons K.F., Soni B.M., Howard C.V., Fraser M.H., Vaidyanathan S. (1995).

Professor C V Howard                                          Curriculum Vitae

'Vesical urothelium proliferation in spinal-cord injured persons - an immunohisto-chemical study of PCNA and MIB.1 labeling.' *Paraplegia*, **33**: 523-529

[67] Crangle K.D., McKerr G., Allen J.M., Howard C.V., Johansson O. (1995).
'The central nervous system of *grillotia erinaceus* (cestoda, trypanorhyncha) as revealed by immunocytochemistry and neural tracing.' *Parasitology Research*, **81**: 152-157

[68] Hinchliffe S.A., Howard C.V., van Velzen D. (1995).
'Maternal smoking and blood-pressure in 7.5 to 8 year old offspring.' *Archives of Disease in Childhood*, **73**: 378.

[69] Burns A.J., Howard C.V., Allen J.M., van Velzen D., McKerr G (1995).
'Stereological estimation of gap junction surface area per neuron in the developing nervous system of the invertebrate Mesocestoides corti.' *Parasitology*, **111**: 505-513.

[70] van Velzen D., Ball L.M., Dezfulian R.A., Southgate A., Howard C.V. (1996).
'Comparative and experimental pathology of fibrosing colonopathy.' *Postgraduate Medical Journal*, **72**: 39-48.

[71] Vaidyanathan S., van Velzen D., Krishnan K.R., Parsons K.F., Soni B.M., Woolfenden A., Howard C.V. (1996).
'Nerve fibres in urothelium and submucosa of neuropathic urinary bladder: an immunohistochemical study with S-100 and neurofilament.' *Paraplegia*, 34:137-151.

[72] Bains R.K., Sibbons P.D., Murray R.D., Howard C.V. van Velzen D. (1996).
'Stereological estimation of the absolute number of glomeruli in the kidneys of the lamb.' *Research in Veterinary Science,* **60**:122-125.

[73] Hinchliffe S.A., Smith M.D., Boon M.E., Howard C.V., van Velzen D. (1996).
'Evidence for dissociation of histone messenger-RNA expression from cellular proliferation in cutaneous human papilloma virus infection.' *Journal of Pathology*, **178**: 249-254.

[74] van Loosen J., Yiang J., Howard C.V., van Zanten G.A., Verwoerd-Verhoef H.L., Verwoerd C.D.A., van Velzen D. (1996).
'Nasal cartilage maturation assessed by automated computer assisted image analysis.' *Adv ORL*, **51**: 51-60

[75] Sibbons P.D., Aylward G.L., Howard C.V., van Velzen D. (1996)
'A quantitative immunocytochemical analysis of total surface area of blood-brain barrier in developing rat brain.' *Comparative Haematology International,*, **6** 214-220.

Professor C V Howard                                    Curriculum Vitae

[76] van Loosen J., van Zanten G.A., Howard C.V., Verwoerd-Verhoef H.L., van Velzen D., Verwoerd C.D.A. (1996). 'Growth characteristics of the human nasal septum.' *Rhinology*, **34**: 78-82.

[77] Reed M.G., and Howard C.V. (1997).
'Edge corrected estimators of the nearest-neighbour distance distribution function for three-dimensional point patterns.' *J. Microscopy*, **186**: 177-184.

[78] Howard C.V. (1997).
'Quantitative microscopy in studies of intrauterine growth retardation.' Editorial, *Journal of Pathology*, **183**: 129-130

[79] Reed M.G., Howard C.V., Shelton C.G. (1997).
'Confocal imaging and second-order stereological analysis of a liquid foam.' *J. Microscopy*, **185**: 313-320

[80] Casson I.F., Clark C.A., Howard C.V., McKendrick O., Pennycook S., Pharoah P.O.D., Platt M.J., Stanisstreet M., van Velzen D., Walkinshaw S. (1997).
'Outcomes of Pregnancy in insulin dependent diabetic women: result of a five year population cohort study' *British Medical J* **315**: 275-8

[81] Ho M.W., Traavik T., Olsvik R., Midtvedt T., Tappeser B., Howard C.V., von Weizsacker C. & McGavin G. (1998).
'Gene Technology and Gene Ecology of Infectious Diseases.' *Microbial Ecology in Health and Disease* **10**: 33-59

[82] Ricketts S.A., Sibbons P.D., Howard C.V., van Velzen D. (1998).
'Bacterial translocation in pre-necrotising enterocolitis intestinal mucosa assessed by confocal laser scanning microscopy.' *Journal of Cellular Pathology,* **3**: 17-26.

[83] Reed M.G., Howard C.V. (1998).
'Surface-weighted star volume: concept and estimation.' *Journal of Microscopy,* **190**: 350-356.

[84] McLean W.G., Holme A.D., Janneh O., Southgate A., Howard C.V. and Reed M.G. (1998) 'The effect of benomyl on neurite outgrowth in mouse NB2A and human SH-SY5Y neuroblastoma cells in vitro.' *Neuro-Toxicology* **19**: 629-632

[85] Norton T.A., Thompson R.C., Pope J., Veltkamp C.J., Banks B., Howard C.V., Hawkins S.J. (1998).'Using confocal laser scanning microscopy, scanning electron microscopy and phase contrast light microscopy to examine marine biofilms.' *Aquatic Microbial Ecology,* , **16**: 199-204

[86] Howard C.V., D.J., Reed M.G., Moss M.C. (1999).

Professor C V Howard                                    Curriculum Vitae

'A double microscope for the efficient application of the physical disector - the tandem projection microscope.' *Journal of Cellular Pathology*, **4**: 79-85.

[87] Brotchie D., Birch M., Roberts N., Howard C.V., Smith V.A., Grierson I. J.(1999). 'Localisation of connective tissue and inhibition of autofluorescence in the human optic nerve and nerve head using a modified picrosirius red technique and confocal microscopy.' *Neuroscience Methods*, **87**: 77-85

[88] Reed M.G., Howard C.V. (1999). 'Stereological estimation of covariance using linear dipole probes.' *J. Microscopy*. **195**: 96-103

[89] Brotchie D, Roberts N., Birch M., Hogg P., Howard C.V. and Grierson I. (1999). 'Characterisation of Ocular Cellular and Extracellular Structures Using Confocal Microscopy and Computerised Three-Dimensional Reconstruction.' Confocal Microscopy,, *Methods in Enzymology*, **307**: 496-513.

[90] Howard C.V. and Saunders P.T. (1999). 'Sensible precautions make good science.' Letter: *Nature* **401**: 207.

[91] Beech D.J., Howard C.V., Reed M.G., Sibbons P.D., van Velzen D. (2000). 'Unbiased and efficient estimation of the total number of terminal bronchiolar duct endings in lung: A modified physical disector.' *J. Microscopy*. **197**: 36-45.

[92] Beech D.J., Sibbons P.D., Howard C.V., van Velzen D. (2000). 'Terminal bronchiolar duct ending number does not increase post-natally in normal infants.' *Early Human Development*, **59**:193-200.

[93] Beech D.J., Sibbons P.D., Howard C.V., van Velzen D. (2000). 'Renal developmental delay, expressed by reduced glomerular number, and its association with growth retardation in victims of sudden infant death syndrome and "normal" infants.' *Pediatric and Developmental Pathology*, **3**: 450-454.

[94]  Ansari T, Sibbons PD, Howard CV (2001). Estimation of Mean Nuclear Volume of Neocortical Neurons in Sudden Infant Death Syndrome Cases Using the Nucleator Estimator Technique Biol Neonate **80**:48-52 (DOI: 10.1159/000047119)

[95] Reed MG, Shanks E, Beech DJ, Barlow L, Howard CV. (2001). 'Stereological estimation of eye volume using the Pappus method.' *Journal of Microscopy*, **3**: 473-479.

[96] Ansari T, Sibbons PD, Howard CV (2001). Estimation of mean nuclear volume of neocortical neurons in sudden infant death syndrome cases using the nucleator estimator technique. *Biol Neonate* **80**: 48-52.

[97] Platt MJ, Stannisstreet M, Howard CV, Casson IF, Walkinshaw S, Pennycook S, McKendrick O.  (2002).

14/10/19                                   12

Professor C V Howard                                                    Curriculum Vitae

'St Vincent's declaration 10 years on: outcome of diabetic pregnancies.' *Diabetic Med* **19**: 216-220.

[98] Axelrad JC, Howard CV, McLean WG. (2002).
'Interactions between pesticides and components of pesticide formulations in an in vitro neurotoxicity test.' *Toxicology*, **173**, 259-268.

[99] Hill AJ, Howard CV, Cossins AR (2002).
Efficient embedding technique for preparing small specimens for stereological volume estimation: zebrafish larvae. *J Microsc*. **206**: 179-181.

[100] Kelsall A, Fitzgerald AJ, Howard CV, Evans RC, Singh R, Rhodes JM, Goodlad RA (2002).
Dietary lectins can stimulate pancreatic growth in the rat. *International Journal of Experimental Pathology* **83**: 203-208.

[101] Dhaliwal GS, Murray RD, Rees EM, Howard CV, Beech DJ (2002).
Quantitative unbiased estimates of endometrial gland surface area and volume in cycling cows and heifers. *Research In Veterinary Science* **73**: 259-265.

[102] Axelrad JC, Howard CV, McLean WG. (2003).
'The effects of acute pesticide exposure on neuroblastoma cells chronically exposed to diazinon' *Toxicology* **185**: 67-78.

[103] Hill A, Howard CV, Strahle U, Cossins A (2003).
'Neurodevelopmental defects in zebrafish (Danio rerio) at environmentally relevant dioxin (TCDD) concentrations.' *Toxicological Sciences* **76**: 392-399.

[104] Howard CV, de Yanes GS (2003)
'Telomere length and mortality' Lancet 361: 1224

[105] Pennycook FR, Diamand EM, Watterson A, Howard CV.(2004).
Modeling the Dietary Pesticide Exposures of Young Children. *International Journal of Occupational and Environmental Health* **10**: 304-309.

[106] Stott A, Nik H, Platt MJ, Casson IF, Walkisnshaw, Howard V, Stanisstreet M, Pennycook S.(2004).
Glycaemic control in pregnant women with type 1 diabetes and fetal macrosomia. *Practical Diabetes International* **21**: 209-240.

[107] Hill, A., Howard, V., and Cossins, A. (2004). Characterization of TCDD-induced craniofacial malformations and retardation of zebrafish growth. J Fish Biol 64, 911-22.

[108] Cranston A, Howard L, Howard CV (2004).

Professor C V Howard                                        Curriculum Vitae

Quantitative phenotyping as an efficient means to estimate C-cell number in a knock-in mouse model of MEN2B. *Transgenic Research*, **13**: 339-348.

[109] Newby J & Howard C.V. (2005). Environmental influences in cancer aetiology.*J. Nutr. And Envir. Med.* **15**: 56-114.

[110] Lau K, McLean WG, Williams DP, and Howard CV. (2006). Synergistic interactions between commonly used food additives in a developmental neurotoxicity test. *Toxicological Sciences*.**90**: 178-187.

[111] Sneddon JC, Boomker E and Howard CV (2006). Mucosall surface area and fermentation activity in the hind gut of hydrated and chronically dehydrated working donkeys. *J. Anim. Sci.* **84**: 119-124.

[112] Ellis KA, Innocent G, Grove-White D, Cripps P, McLean WG, Howard CV, and Mihm M (2006). Comparing the fatty acid composition of organic and conventional milk. *Journal of Dairy Science*. **89**: 1938-1950.

[113] E.M. Kannekens, R.D. Murray, C.V. Howard and J. Currie. (2006). Stereological method for estimating feto-maternal exchange surface area in the bovine placentome at 135 days gestation. *Res. Vet. Sci.***81**: 120-127.

[114] Belpomme D, Ingaray P, Sasco AJ, Newby JA, Howard CV, Clapp R and Hardell L. (2007)
The growing incidence of cancer: Role of lifestyle and screening detection (Review). *Int. J. Oncol.* **30**: 1037-1049.

[115] JG Koppe, A Bartonova, G Bolte, M-L Bistrup, C Busby, M Butter, P Dorfman, A Fucic, D Gee, P van den Hazel, CV Howard, M Kohlhuber, M Leijs, C Lundqvist, H Moshammer, R Naginiene, R Ronchetti, G Salines, G Schoeters, GT Tusscher, MK Wallis, M Zuurbier & P Nicolopoulou-Stamati. (2006). Exposure to multiple environmental agents and their effect. *Acta Paediatrica*. **Suppl 453**: 106-113.

[116] Ellis K.A., Innocent G. T., Mihm M., Cripps P., McLEan W.G., Howard C.V. and Grove-White D. (2007). Dairy cow cleanliness and milk quality on organic and conventional farms in the UK. *J. Dairy Science*. **89**: 1938-1950

[117] Ellis KA, Monteiro A, Innocent GT, Grove-White D, Cripps P, McLean WG, Howard CV, Mihm M (2007). Investigation of the vitamins A and E and beta-carotene content in milk from UK organic and conventional dairy farms. *J. Dairy Res* **74**: 484-491.

[118] Newby JA, Busby CC, Howard CV and Platt MJ (2007). The cancer incidence temporality index: An index to show the temporal changes in the age of onset of overall and specific cancer (England and Wales, 1971-1999) *Biomedicine and Pharmacotherapy*. **61**: 623-630

Professor C V Howard                                        Curriculum Vitae

[119] Sneddon JC, Ritruechait P, Staats de Yanes G and Howard CV (2008) Seasonal influences on quantitative changes in sweat-associated anatomy in native and thoroughbred horses. *Veterinary Dermatology* **19**: 163-173

[120] Irigaray P, Newby JA, Clapp R , Hardell L , Howard CV, Montagnier L, Epstein S , Belpomme D. (2007)  Lifestyle-related factors and environmental agents causing cancer: An overview. *Biomedicine & Pharmacotherapy* **61**: 640-658

[121] Barnes CA, O'Hagan BMG, Howard CV& McKerr G (2007). Verification of cell viability at progressively higher scanning forces using a hybrid atomic force and fluorescence microscope. *Journal of Microscopy*, **22**: 185–189

[122] Myllynen PK, Loughran ML, Howard CV, Sormunend R, Walshe AA, Vähäkangas KH (2008)  Kinetics of gold nanoparticles in the human placenta. *Developmental Toxicology* **26**: 130-137

[123] Barnes A, Elsaesser A, Arkusz J, Smok A, Palus J, Leshniak A, Salvati A, Hanrahan JP, de Jong WH, Dziubatowska E, Stepnik M, Rydzynski K, McKerr G, Lynch I, Dawson KA, and Howard CV (2008) Reproducible Comet Assay of Amorphous Silica Nanoparticles Detects No Genotoxicity  *Nano Lett*., **8** (9), 3069-3074

[124] Darragh G. McArt; Gillian R. Wasson; George McKerr; Kurt Saetzler; Matt Reed; C. Vyvyan Howard  (2009) Systematic random sampling of the comet assay. *Mutagenesis*; **24**: 373-378.

[125] Van Hoecke K, Quik JK, Mankiewicz-Boczek J, Deschamphelaere KC, Elsaesser A, Vandermeeren P, Barnes C, McKerr G, Howard CV, Vandemeent D, Rydzynski K, Dawson KA, Salvati A, Lesniak A, Lynch I, Silbersmit G, J'Orndesamber B, Vincenze L, and Janssen CR (2009). Fate and Effects of CeO2 Nanoparticles in Aquatic Ecotoxicity Tests. *Environ. Sci. Technol.*  **43**: 4537–4546

[126] Park MVDZ, Annema W, Salvati A, Lesniak A, Elsaesser A, Barnes C, McKerr G, Howard CV, Lynch I, Dawson KA, Piersma AH, de Jong WH (2009). Toxicity of silica nanoparticles of different sizes in the mouse embryonic stem cell test. *Toxicology and Applied Pharmacology* **240**: 108–116

[127] Reed MG, Howard CV & Staats de Yanes G (2010). One-Stop Stereology: the estimation of 3D parameters using Isotropic Rulers. *Journal of Microscopy*, **239**: 54-65.

[128] Elsaesser A, Taylor A, Staats de Yanes G, McKerr G, Kim E-M, O'Hare E & Howard CV (2010). Quantification of nanoparticle uptake by cells using microscopy and analytical techniques. *Nanomedicine*, **5**: 1477-1457.

[129] Hazekamp J, Doherty S, Elsaesser A, Barnes CA, O'Hagan B, McKerr G & Howard CV (2011). Focussed ion beam milling at grazing incidence angles.  *Journal of Microscopy*,  **242**: 104-110.

Professor C V Howard                                    Curriculum Vitae

[130] Park MV, Verharen HW, Zwart E, Hernandez LG, van Benthem J, Elsaesser A, Barnes C, McKerr G, Howard CV, Salvati A, Lynch I, Dawson KA & de Jong WH. (2011) Genotoxicity evaluation of amorphous silica nanoparticles of different sizes using the micronucleus and the plasmid LacZ gene mutation assay. *Nanotoxicology*, **5**: 168–181

[131] Elsaesser A, Barnes CA, McKerr G, Salvati A, Lynch I, Dawson KA & Howard CV (2011). Quantification of nanoparticle uptake by cells using an unbiased sampling method and electron microscopy. *Nanomedicine.* 6: 1189-1198

[132] Park M, Lynch I, Ramírez-García S, Dawson K, de la Fonteyne L, Gremmer E, Slob W,  Briedé J, Elsaesser A, Howard CV, Loveren H, de Jong W. (2011). In vitro evaluation of cytotoxic and inflammatory properties of silica nanoparticles of different sizes in murine RAW 264.7 macrophages. *J. Nanoparticle Research*  **13,** 6775-6787

[133] Elsaesser A, Howard CV (2012), Toxicology of nanoparticles , *Adv. Drug Deliv. Rev.* **64**: 129–137

[134] Antoniou M, Habib MEM, Howard CV, RC Jennings RC, Leifert C, Nodari RO, Robinson CJ and J Fagan J (2012). Teratogenic Effects of Glyphosate-Based Herbicides: Divergence of Regulatory Decisions from Scientific Evidence .*J Environ Anal Toxicol*, **S:4** http://dx.doi.org/10.4172/2161-0525.S4-006

[135] Van Hoecke K, De Schamphelaere KAC, Ali Z, Zhang F, Elsaesser A, Rivera Gil P, Parak WJ, Smagghe G, Howard CV and Janssen CR (2013). Ecotoxicity and uptake of polymer coated gold nanoparticles. *Nanotoxicology*  **7(1)**: 37-47

[136] Hansen SF, Howard CV, Martuzzi M and Depledge M (Eds). *Nanotechnology and human health: Scientific evidence and risk governance.* Report of the WHO expert meeting 10–11 December 2012, Bonn, Germany. Copenhagen, WHO Regional Office for Europe, 2013.

[137] Michaelis S, Burdon J, Howard CV (2017) Aerotoxic syndrome: A new occupational disease?  *Public Health Panorama* (WHO), **3**, 141-356.

[138] Busby C, Howard CV (2017). Re-Thinking Biology—I. Maxwell's Demon and the Spontaneous Origin of Life. *Advances in Biological Chemistry*, **7**, 170-181.

[139] Howard CV, Michaelis S, Watterson A (2017). The Aetiology of 'Aerotoxic Syndrome'- A Toxico- Pathological Viewpoint. *Open Access Journal of Toxicology*, **1, 5**

[140] Howard CV, Johnson DW, Morton J, Michaelis S, Supplee D, et al. (2018) Is a Cumulative Exposure to a Background Aerosol of Nanoparticles Part of the Causal

Professor C V Howard                                                    Curriculum Vitae

Mechanism of Aerotoxic Syndrome? J Nanomed Nanosci: JNAN-139. DOI: 10.29011/ JNAN-139. 100039

# **BOOKS**

Howard C V and Reed M G
>    Unbiased Stereology. 1st Edition (Bios Scientific Publishers, Oxford UK, 1998, ISBN 1-85996-071-5) 246

Maynard R L & Howard C V (Author/Editors)
>    Particulate Matter: Properties and Effects upon Health. (Bios Scientific Publishers, Oxford UK, 1999, ISBN 1-85996-172-X) 184

Nicolopolou-Stamati P, Hens L and Howard C V (Author/Editors)
>    Health Impacts of Waste Management Policies. (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2000, ISBN 0-7923-6362-0) 326

Nicolopolou-Stamati P, Hens L and Howard C V (Author/Editors)
>    Environmental Health Aspects of Endocrine Disruptors. (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2001, ISBN 0-7923-7056-2) 376

Nicolopolou-Stamati P, Hens L, Howard C V and Van Larebeke N  (Author/Editors)
>    Cancer as an Environmental Disease. (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2004, ISBN 1-4020-2019-8) 236

Howard C V and Reed M G
>    Unbiased Stereology. 2nd Edition (Garland Bios Scientific Publishers, Abingdon UK, 2005, ISBN 1-8599-6089-8) 277.

Nicolopolou-Stamati P, Hens L and Howard C V (Author/Editors)
>    Environmental Health Aspects of Transport and Mobility. (Springer, Dordrecht, The Netherlands, 2005, ISBN 1-4020-4304-X) 315

Nicolopolou-Stamati P, Hens L and Howard C V (Author/Editors)
>    Congenital Diseases and the Environment. (Springer, Dordrecht, The Netherlands, 2007, ISBN 1-4020-4830-0) 457

Nicolopolou-Stamati P, Hens L and Howard C V (Author/Editors)
>    Reproductive Health and the Environment. (Springer, Dordrecht, The Netherlands, 2007, ISBN 1-4020-4828-9) 381

Professor C V Howard                                          Curriculum Vitae

## **CHAPTERS IN BOOKS & ACADEMIC ARTICLES**

Howard C.V.
> 'The confocal microscope as a geometrical probe.' In Confocal Optical Microscopy 2nd Edition. ed. T Wilson (Academic Press, London, 1990, ISBN 012-757270-8) 285-302

Howard C.V.
> 'Stereological Techniques in Biological Electron Microscopy .' In Biophysical Electron Microscopy  eds. P W Hawkes and U Valdre. (Academic  Press, London, 1990, ISBN 012-333355-5) 479-508

Howard C.V.
> 'The confocal microscope as a tool for probing 3D geometry.'.  *Proceedings of SPIE,* 1990, **1245**, Biomedical Image Processing, 46-60.

Hall A., Browne M.A. & Howard C.V.
> 'Confocal microscopy - The basics explained.'.  *Proc. Roy. Mic Soc.*, 1991, **26/2**: 63-70.

Browne M.A., Howard C.V., & Jolleys G.D.
> 'Principles of stereology.' In Image analysis in histology. Eds. R Wootton, D R Springall and J M Polak (Cambridge University press, 1995, ISBN 0512-43482-3) 96-120

Howard C.V., & van Velzen D.
> 'Foetal susceptibility to permanent damage: as illustrated by organochlorine pollutants.' In Environmental poisoning and the Law. ed. W Sigmund (Environmental Law Foundation, 1995, ISBN 0-9516073-1-6) 25-40

Markova E.G, Howard C.V., van Velzen D.
> 'Morphological changes in substantia nigra neurons of infants brains in un-explained cot death (SIDS) and IUGR.' In Impact of Antenatal and Postnatal Environmental Factors on Infant Outcome. ed. P Johnson (Proceedings of the 3rd Congress of the European Society for the Study and Prevention of Infant Deaths, Holywell Press, Oxford, UK, 1995, ISBN 0-9527125-0-4) 53-57

Friedman K., Howard C.V., Sibbons P.D., Yaegashi H., Takahashi T., van Velzen D.
> 'Alterations of terminal duct complex configuration of the human lung in SIDS related to IUGR' In Impact of Antenatal and Postnatal Environmental Factors on Infant Outcome, ed. P Johnson (Proceedings of the 3rd Congress of the European Society for the Study and Prevention of Infant Deaths, Holywell Press, Oxford UK, 1995, ISBN 0-9527125-0-4) 33-35.

Professor C V Howard                                                Curriculum Vitae

Beech D.J., Sibbons P.D., Howard C.V., van Velzen D.
 'Lung gas exchange surface area in IUGR determined by stereological techniques.' In <u>Impact of Antenatal and Postnatal Environmental Factors on Infant Outcome</u>, ed. P Johnson (Proceedings of the 3rd Congress of the European Society for the Study and Prevention of Infant Deaths, Holywell Press, Oxford, UK, 1995, ISBN 0-9527125-0-4) 31-32.

Johnston P., Stringer R., Santillo D., and Howard C.V.
 'Hazard, Exposure and Ecological Risk assessment.' In <u>Environmental Management in Practice</u>, eds. B Nath, L Hens, P Compton, and D Devuyst (Routledge, London & New York, 1998, ISBN 0-415-14906-1) 169-187

Antunes, S., Reed, M.G. & Howard, C.V.
 'The Optical Fractionator.' In  <u>Focus on Multidimensional Microscopy, Vol 1</u>. ed.  P.C. Cheng, P.P. Hwang, J.L. Wu, G. Wang and H. Kim (World Scientific, Singapore, 1999, ISBN 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-2) 158-168.

Reed M.G. and Howard C.V.
 'Unbiased counting rules in Optical Sectioning Light Microscopy.' *Proceedings of the Royal Microscopical Society,* 1999, **34**: 431-438.

Howard C.V., Staats de Yanés G. and Nicolopolou-Stamati P.
 'Persistent Organic Chemical Pollution: An Introduction.' In <u>Health Impacts of Waste Management Policies</u>, auth/eds. P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2000, ISBN 0-7923-6362-0) 29-40.

Howard C.V.
 'Particulate Aerosols, Incinerators And Health.' In <u>Health Impacts of Waste Management Policies</u>, auth/eds. P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2000, ISBN 0-7923-6362-0) 155-174.

Staats de Yanés G. and Howard C.V.
 'Impacts of Inadequate or Negligent Waste Disposal on Wildlife and Domestic Animals: Relevance for Human Health' In <u>Health Impacts of Waste Management Policies,</u> auth/eds. P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2000, ISBN 0-7923-6362-0) 251-281.

Professor C V Howard                                             Curriculum Vitae

Hens L., Nicolopolou-Stamati P., Howard C.V., Lafere J. and Staats de Yanés G.
'Towards A Precautionary Approach for Waste Management Supported by Education and Information Technology.' In <u>Health Impacts of Waste Management Policies</u>, auth/eds. P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2000, ISBN 0-7923-6362-0) 283-310.

Nicolopoulou-Stamati P., Hens L., Howard C.V. and Pitsos M.A.
'Introductory chapter: awareness of the health impacts of endocrine disrupting substances.' In <u>Environmental Health Aspects Of Endocrine Disruptors</u>, auth/eds P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2001, ISBN 0-7923-7056-2) 1-16.

Howard C.V. and Staats de Yanes G.
'Endocrine Disrupting Chemicals: A Conceptual Framework' In <u>Environmental Health Aspects Of Endocrine Disruptors</u>, auth/eds P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2001, ISBN 0-7923-7056-2) 219-250.

Nicolopoulou-Stamati P., Pitsos M.A, Hens L. and Howard C.V.
'A Precautionary Approach To Endocrine Disrupters' In Environmental Health Aspects Of Endocrine Disruptors, auth/eds P Nicolopolou-Stamati, L Hens and C V Howard (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2001, ISBN 0-7923-7056-2) 331-356.

Howard C.V. and Newby J.A.
'Could the increase in cancer incidence be related to recent environmental changes?'. In Cancer as an Environmental Disease, auth/eds Nicolopolou-Stamati P, Hens L, Howard C V and Van Larebeke N (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2004, ISBN 1-4020-2019-8) 39-56.

Nicolopoulou-Stamati P., Howard C.V. and Gaudet B.A.J. 'Re-evaluation of priorities in addressing the cancer issue: Conclusions, strategies, prospects'. In Cancer as an Environmental Disease, auth/eds Nicolopolou-Stamati P, Hens L, Howard C V and Van Larebeke N (Kluwer Academic Publishers, Dordrecht, The Netherlands, 2004, ISBN 1-4020-2019-8) 171-196.

Stewart A.G., Wilkinson E and Howard C. V.

Professor C V Howard                                          Curriculum Vitae

Health: A necessity for sustainable development. In 'The World Summit on Sustainable Development, The Johannesburg Conference. Eds. Hens L. and Bhaskar N.  (Springer, Dordrecht, The Netherlands, 2005, ISBN 1-4020-3652-3) 151-181.

Howard C.V. and Ikah D.S.K.

Nanotechnology and nanoparticle toxicity: A case for precaution. In Nanotechnology Risk, Ethics and Law. (Eds) Hunt G. and Mehta M.D. (Earthscan, London, 2006, ISBN 1-84407-358-0) 154-166.