# Charles Livingston Werntz III, D.O., MPH, FACOEM

Office: PO Box 9145, Morgantown, WV 26506
Voice: (304) 293-3693 Fax: (304) 293-2629
e-mail: cwerntz@hsc.wvu.edu

**EDUCATION**

**West Virginia University**, Morgantown, West Virginia
    Masters of Public Health – May 2002
    Concentration in Occupational and Environmental Health

**Kirksville College of Osteopathic Medicine**, Kirksville, Missouri.
    Doctor of Osteopathic Medicine - June, 1996
    Honors: Student Leadership Award Scholarship 1992-93
            Student Ambassador Award 1996

**Temple University**, Philadelphia, Pennsylvania
    January 1990 to May 1991. Pre-medical science courses.

**Montgomery County Community College**, Blue Bell, Pennsylvania
    1987 to 1989. German courses for personal enrichment.

**Drexel University**, Philadelphia, Pennsylvania
    B.S., Commerce and Engineering - June 1987
    Fields of Concentration - Operations and Human Resources Management
    Honors: Deans List 1985-86.

**POST GRADUATE TRAINING**

**West Virginia University**, Morgantown, West Virginia. July 2000 to June 2002
    Residency in Occupational Medicine
    Honors: ACOEM Residents Research Presentation Award
            Chief Resident July 1, 2001 – December 31, 2001

**West Virginia University**, Morgantown, West Virginia. June, 1997 to June, 2000.
    Residency in Internal Medicine, Primary Care Track.
    Honors: Department of Medicine Community Service Award 1999

**Community General Osteopathic Hospital**, Harrisburg, PA. July 1996 to June 1997
Traditional rotating internship with weekly half-day ambulatory care experience.

**EMPLOYMENT**

**West Virginia University / West Virginia University Medical Corporation**
August 2002 to February 2003. Clinical Instructor
March 2003 to June 2009. Assistant Professor (Clinical Emphasis).
July 2009 – Present. Associate Professor (Clinical Emphasis)
- Program Director (Interim) ACGME Occupational Medicine Residency
- Clinical care for injured/exposed workers
- Independent Medical Evaluations (4th, 5th, and 6th editions of AMA Guides)
- Oversee WVU animal handler & Biosafety health programs
- Medical Review Officer (MROCC)
- FAA Senior Aviation Medical Examiner, FAA Employee Examiner
- Surveillance exams for federal and state agencies
- Program Director – AOA Occupational Medicine Residency 2008-11
- On-site fitness for duty exams
- Teaching:
  - Medical Toxicology for Occupational Medicine Residents
  - Occupational Health Class
  - Small Group Facilitator – MS 1 Clinical Skills Course
- Consultant on health effects of environmental exposures

OWCP/DCMWC DIRECTOR'S OFFICE 2016 MAR 22 PM 3:36

March 2, 2016

Curriculum Vitae of Charles L. Werntz III, D.O., MPH
March 2, 2016     Page 2 of 5

**National Institutes for Occupational Safety and Health,** Morgantown, WV
November 2002-Present. Intermittent Consultant in Surveillance Branch of the Division of Respiratory Disease Studies, contacting miners with abnormal x-rays in coal worker health surveillance program.

**Louis A Johnson VA Medical Center,** Clarksburg, WV
October 2000 to January 2003. Fee-Basis Medical-Officer-of-the-Day. Provide outpatient urgent care and hospital inpatient coverage 1-2 shifts each month.

**MG Industries Gas Products**
April 1991 to August 1992. Production Scheduler. – Fairless Hills, PA
Coordinated production schedules, programmed on-site RF data system for a computerized manufacturing management system. Member of company HazMat response team (Specialist in Gases & Cryogenics).
January 1990 to April 1991. Second Shift Supervisor. – Fairless Hills, PA
Responsible for second shift plant operations, 13 direct report employees.
February 1987 to January 1990. Cylinder Control Coord. – Valley Forge, PA
Maximized utilization of a fleet of 300,000 compressed gas cylinders.

**General Electric Co Re-Entry Systems Operation**, Philadelphia, PA.
June 1985 to January 1986. Co-op student, Procurement Expediter.
March 1984 to December 1984. Co-op student, Production Controller
December 1982 to June 1983. Co-op student, Laboratory Technician.

| | |
|---|---|
| PROFESSIONAL LICENSES | Osteopathic Medicine - West Virginia 1602<br>Osteopathic Medicine - Pennsylvania OS-009608-L |
| PROFESSIONAL CERTIFICATION | Board Certified in Occupational Medicine (ABPM, expires 2023)<br>Medical Review Officer (MROCC)<br>Senior Aviation Medical Examiner Designee (FAA)<br>NIOSH Spirometry Technician<br>Breath Alcohol Technician (Phoenix)<br>Wilderness Command Physician/Wilderness EMT (WEMSI)<br>Advanced Cardiac Life Support, Basic Cardiac Life Support |
| FELLOWSHIP | American College of Occupational and Environmental Medicine (2006)<br>American Osteopathic College of Occupational and Preventive Medicine (2011) |
| PROFESSIONAL LEADERSHIP ACTIVITIES | Tristate Occupational Medicine Association – President 2009-10<br>Monongalia County Medical Society – President 2009<br>American Osteopathic College of Occupational and Preventive Medicine<br>    Board of Trustees – 2010-2012, 2013-2015<br>    Education Evaluation Committee Chair 2014-Present |
| PROFESSIONAL MEMBERSHIPS | American Osteopathic Association.<br>West Virginia Medical Society<br>Monongalia County Medical Society<br>American College of Occupational and Environmental Medicine<br>American Osteopathic College of Occupational and Preventive Medicine |
| TALKS GIVEN | "Return to Work and Functional Capacity Evaluations", American Osteopathic College of Occupational and Preventive Medicine mid-year meeting, Fort Lauderdale, March 12, 2015.<br>"Return to Work and Healthy Spine Habits", WVU Spine Conference, Morgantown, WV, October 3, 2014. |

- "Human Health Concerns of Working with Research Animals", Loren Hatch Memorial Lecture for the American Osteopathic College of Occupational and Preventive Medicine mid-year meeting, Tulsa, March 6, 2014.
- "Is this OSHA Recordable?", Brent Lovejoy Memorial Lecture for the American Osteopathic College of Occupational and Preventive Medicine mid-year meeting, Phoenix, February 13, 2013.
- "Human Health Concerns from Hydraulic Fracturing", Grand Rounds – Fairmont Clinic, Fairmont, WV. February 29, 2012.
- "Occupational Health Concerns from Hydraulic Fracturing", 2nd Annual Conference on Health Effects of Shale Gas Extraction, Pittsburgh Graduate School of Public Health, November 18, 2011.
- "Human Health Concerns from Hydraulic Fracturing", Tristate Occupational Medicine Assn annual meeting, Cleveland, OH. October 22, 2011.
- "Human Health Concerns from Hydraulic Fracturing", Pennsylvania Occupational and Environmental Medical Society annual meeting, Harrisburg, PA. September 19, 2011.
- "Human Health Concerns from Hydraulic Fracturing", Cambria-Summerset Health Council CME Conference, Seven Springs, PA. September 17, 2011.
- "Case Studies from Residency" (2 Hour Interactive session) American Osteopathic College of Occupational and Preventative Medicine mid-year meeting, Atlanta, March 2011.
- "Slurry and Tetryl and Fracking – OH MY! – New Environmental Health Concerns in WV", WV School of Osteopathic Medicine Mid-Year CME meeting, Charleston, WV, February 2011.
- "Slurry and Tetryl and Fracking – OH MY! – New Environmental Health Concerns in WV", Tristate Occupational Medicine Annual Session, Columbus, OH, October 2010.
- "Slurry and Tetryl and Fracking – OH MY! – New Environmental Health Concerns in WV", American Osteopathic Association Annual Meeting, San Francisco, October 2010.
- "Finding a Needle in a Haystack – The Search for Jacob Allen in Dolly Sods, October, 2007", Appalachian Wilderness Medicine Conference, Morgantown, WV, August, 2008.
- "Land Navigation using GPS, map, and compass", Appalachian Wilderness Medicine Conference, Coopers Rock State Forest, August, 2008.
- "Human Health Concerns for Research Animal Workers" American Osteopathic College of Occupational and Preventative Medicine mid-year meeting, Savannah, GA, March 27, 2008.
- "Cave Rescue", Appalachian Wilderness Medicine Conference, Morgantown, WV, August, 2007.
- "Land Navigation using GPS, map, and compass", Appalachian Wilderness Medicine Conference, Coopers Rock State Forest, August, 2007.
- "Occupational Health with research animals", Occupational Medicine Grand Rounds, July 2007.
- International Occupational and Environmental Medicine (2 Hours) for WVU certificate course in tropical and travel medicine, June 2007.
- "Respirator Medical Clearance", American Osteopathic College of Occupational and Preventative Medicine annual meeting, Las Vegas, NV, October 2006
- "Wilderness EMS and Field Treatment of Hypothermia", Appalachian Wilderness Medicine Conference, Canaan Valley, August, 2006.
- "International Occupational and Environmental Medicine" (4 Hours) for WVU certificate course in tropical and travel medicine, June 2006.
- "What's new in Spirometry", American Osteopathic College of Occupational and Preventative Medicine, annual meeting, Orlando FL, October 2005.

"The Community Practitioner's Role in Outbreak Response", West Virginia University Public Health Grand Rounds, February, 2005.

"Drug Testing for the non-MRO", Occupational Medicine Grand Rounds, August, 2004.

"Occupational Health in Chile", West Virginia University Certificate Course in Tropical Medicine, Morgantown, WV, June 26, 2002.

"Zinc Protoporphyrin Changes Following Acute Lead Intoxication", American Occupational Health Conference, Chicago, IL April 16, 2002.

"Wilderness Emergency Medical Services", Marshall University Wilderness Medicine Grand Rounds, Huntington WV, February 21, 2002.

"Medical Mission to Guatemala", West Virginia University Certificate Course in Tropical Medicine, Morgantown, WV, July 16, 2001.

"Wilderness Emergency Medical Services", West Virginia University Department of Emergency Medicine Grand Rounds, April 20, 2000.

"Case report of gastric ulcerations after electrocution without significant external injury"; American College of Physicians - West Virginia Chapter, Lakeview Resort, Morgantown, WV, May 21, 1999.

**COURSE FACULTY** WVU Residency program in Occupational Medicine – I provide education sessions on: Medical Surveillance, Hearing Conservation, ADA/GINA/FMLA, Biologic Hazards, Non-Conventional Gas Production, WV Environmental Health "disasters", Return to work and FCEs, Biosafety and Viral Vectors, OSHA Logs, Recordability and Reportability, Drug testing for the non-MRO, Commercial Driver Medical Examiners, Dysbarisms & Altitude, Payors in the US healthcare system, Hunting and fishing (Cultural Competency in WV- also includes use of interpreters), coke ovens surveillance, Benzene medical surveillance, Emergency Response for public health, Firefighter & emergency responder medical standards

American Osteopathic College of Occupational and Preventive Medicine-Basic Course in Occupational Medicine – Rotating series of 3 sessions, I provide lectures in Medical Surveillance, Hearing Conservation, Drug Testing, Biologic Hazards, metal toxicology, Reproductive Hazards, and the ADA/FMLA/GINA.

American Osteopathic College of Occupational and Preventive Medicine – Commercial Driver Medical Examiner Course, lecturing on diabetes, hypertension, cardiovascular, neurologic, and psychiatric diseases

**PUBLICATIONS** Sayeed Y, Marrocco A, Sully K, **Werntz CL III**, Allen A, Minardi J. Feasability and Implementation of Musculoskeletal Ultrasound training in Occupational Medicine Residency Education. J Occup Environ Med. 2015 Dec;57(12):1347-52. PMID: 26641833

Sayeed Y, , Minardi J, Kurdi H, **Werntz CL 3rd**. Musculoskeletal ultrasound in American Occupational Medicine residency programs: a survey of program directors. J Occup Environ Med. 2015 May;57(5):e55-6. PMID:25951425

Sayeed Y, Sully K, Allen A, **Werntz CL**. The Emerging Role of Musculoskeletal Ultrasound in Occupational Medicine. Vol 56(12), Dec 2014, p e160. PMID: 25479308

**Werntz CL**, Respondent, "Fitness for Duty Evaluations: How Should Blood Pressure Be Considered?" Journal of Occupational and Environmental Medicine, Vol 52(3), pp355-357. (Schwerha J, Forum Editor) PMID: 20216368

Ducatman AM, Jin C, **Werntz CL**. Occupational Toxicology, Chapter in General and Applied Toxicology, 3rd Edition, Wiley & Sons, London, Nov 2009.

**Werntz CL**, Respondent, "Workers at Height are Required to Use Fall Prevention Systems. What are the Health Risks from Being Suspended in a Harness?" Journal of Occupational and Environmental Medicine, Vol 50(7), pp 858-9. (Schwerha J, Forum Editor) PMID: 18617843

Conover K, ..., **Werntz CL**, ..., Chapter "Wilderness" in *Pre-Hospital Trauma Life Support*, 6th edition, August 2006. (Listed as contributor to book).

Martin CJ, **Werntz CL**, Ducatman AM "The interpretation of Zinc Protoporphyrin changes in lead intoxication: a case report and review of the literature", Occupational Medicine, Vol 54, No 7, Dec, 2004. PMID: 15576877  Viewable at: http://occmed.oupjournals.org/cgi/content/abstract/54/8/587?ijkey=41aqXOK0sOfUQ&keytype=ref

| | |
|---|---|
| **AUTHORSHIP** | "Fourteen Year Old Caught in Chain Hoist", NIOSH FACE report 2001-13 Available at http://www.cdc.gov/niosh/face/In-house/full200113.html |
| **ACADEMIC ACTIVITIES** | Student Ambassador, Kirksville College of Osteopathic Medicine, 1992-96. President, Drexel University Amateur Radio Club, 1982 to 1985 Assistant Chief Engineer, Radio Station WKDU, Drexel University, 1982-88. |
| **COMMUNITY ACTIVITIES** | Mountaineer Area Rescue Group, Inc. (Appalachian Search and Rescue Conf.) Search Manager. 1997-Present<br>Camp Physician, Camp Mountaineer, Boy Scouts of America, summer camps 1998 - present.<br>Community Ambulance Association of Ambler, PA. Volunteer Driver/Attendant (EMT-MAST), 1981 to 1997.<br>Eagle Scout, Boy Scouts of America.<br>Amateur Radio Operator, Advanced Class License. |
| **PERSONAL DATA** | Fluent in English & German.<br>Functional in Spanish.<br>Birthplace: ▮▮▮▮▮ |