# EXHIBIT 4

**Future Damages Due to Distributors Misconduct From 2019 - 2034 (Based on Errata)**

| | 2018* | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | Total Future Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Approach 1[A]** | | | | | | | | | | | | | | | | | | |
| Cuyahoga | $27.3 | $27.9 | $28.6 | $29.4 | $30.1 | $30.9 | $31.6 | $32.3 | $33.1 | $33.8 | $34.6 | $35.4 | $36.3 | $37.2 | $38.1 | $39.0 | $39.9 | $538.3 |
| Summit | $13.2 | $13.5 | $13.9 | $14.2 | $14.6 | $14.9 | $15.3 | $15.7 | $16.0 | $16.4 | $16.8 | $17.2 | $17.6 | $18.0 | $18.4 | $18.9 | $19.3 | $260.6 |
| **Total** | **$40.6** | **$41.4** | **$42.5** | **$43.6** | **$44.7** | **$45.8** | **$46.9** | **$48.0** | **$49.1** | **$50.2** | **$51.4** | **$52.6** | **$53.9** | **$55.2** | **$56.5** | **$57.8** | **$59.2** | **$798.8** |
| **Approach 2[A]** | | | | | | | | | | | | | | | | | | |
| Cuyahoga | $27.8 | $28.4 | $29.1 | $29.9 | $30.6 | $31.4 | $32.1 | $32.9 | $33.6 | $34.4 | $35.2 | $36.0 | $36.9 | $37.8 | $38.7 | $39.6 | $40.6 | $547.0 |
| Summit | $13.4 | $13.7 | $14.1 | $14.5 | $14.8 | $15.2 | $15.6 | $15.9 | $16.3 | $16.6 | $17.0 | $17.4 | $17.9 | $18.3 | $18.7 | $19.2 | $19.6 | $264.8 |
| **Total** | **$41.2** | **$42.1** | **$43.2** | **$44.3** | **$45.4** | **$46.6** | **$47.7** | **$48.8** | **$49.9** | **$51.0** | **$52.2** | **$53.5** | **$54.8** | **$56.1** | **$57.4** | **$58.8** | **$60.2** | **$811.8** |
| **Inflation Adjustment[B]** | | | | | | | | | | | | | | | | | | |
| CPI, all items | | 2.1% | 2.6% | 2.6% | 2.5% | 2.5% | 2.4% | 2.3% | 2.3% | 2.3% | 2.3% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | |

Notes and Sources:
* McGuire Damages Report, Revised Tables F.4 and F.5 (errata served on September 20, 2019).
[A]: Assumes future damages in 2019 to 2034 are equal to 2018 damages on a real dollar basis. Future damages are shown in nominal dollars by growing 2018 damages by projected CPI inflation.
[B]: CBO, The Budget and Economic Outlook: 2019 to 2029, Table E-1. Assumes constant inflation after 2029.

**Projected Cost of Abatement Plan Net of Future Damages**

|  |  | Total Projected Cost of Abatement Plan: 2020-34 (Base Case) [A] | McGuire's Future Damages Extrapolation: 2020-2034 Total | | Future Damages as a % of Total Projected Cost of Abatement Plan | | Total Projected Cost of Abatement Plan Net of Future Damages | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Approach 1 [B] | Approach 2 [C] | Approach 1 [D] = [B] / [A] | Approach 2 [E] = [C] / [A] | Approach 1 [F] = [A] - [B] | Approach 2 [G] = [A] - [C] |
| [1] | Cuyahoga | $5,012.2 | $510.3 | $518.7 | 10.2% | 10.3% | $4,501.9 | $4,493.6 |
| [2] | Summit | $2,217.7 | $247.1 | $251.1 | 11.1% | 11.3% | $1,970.6 | $1,966.6 |
| [3] | = [1] + [2] | $7,229.9 | $757.4 | $769.8 | 10.5% | 10.6% | $6,472.5 | $6,460.2 |

Notes and Sources:

[A]: Estimated 15-year cost under base case. See Liebman Report Tables 1 and 2 (errata served on May 16, 2019).

[B], [C]: McGuire Supplemental Table: Future Damages Due to Distributors Misconduct From 2019 - 2034 (Based on Errata). Excludes future damages estimated for 2019.

**Offset to the Abatement Plan Due to Future Damages: Cuyahoga County**
**Offset Estimated by Affected Division**

| Affected Division | McGuire's Future Damages Extrapolation | | | Projected Cost of Abatement Plan: 2020-34** | |
|---|---|---|---|---|---|
| | % of Total* | 2020-2034 Damages ($M) | | Abatement Plan Element(s) that Incl. (At Least In Part) the Affected Division's Future Damages | Total Projected Cost ($M) |
| | | Approach 1 | Approach 2 | | |
| [1] ADAMHS Board | 10% | $51.8 | $52.7 | Treatment (Excl. MAT); MAT | $3,597.4 |
| [2] DCFS | 42% | $213.8 | $217.3 | Special Populations: Child Welfare | $303.6 |
| [3] Office of Prosecutor | 6% | $31.1 | $31.6 | Law Enforcement Interventions | $74.5 |
| [4] Office of Public Defender | 3% | $15.2 | $15.5 | N/A | N/A |
| [5] Court of Common Pleas | 7% | $33.8 | $34.4 | N/A | N/A |
| [6] Juvenile Court | 4% | $21.6 | $22.0 | N/A | N/A |
| [7] Sheriff's Office | 6% | $30.6 | $31.1 | N/A | N/A |
| [8] County Jail | 16% | $79.8 | $81.1 | Special Populations: Jails | $222.0 |
| [9] Office of Medical Examiner | 6% | $32.5 | $33.1 | N/A | N/A |
| [10] Total Future Damages | 100% | $510.3 | $518.7 | [11] Subtotal | $4,197.6 |
| | | | | [12] Other Abatement Plan Elements | $814.6 |
| | | | | [13] Total Projected Cost | $5,012.2 |

*Offset to the Abatement Plan Due to Future Damages:*

| [14] = [1] + [2] + [3] + [8] | 74% | $376.55 | $382.69 | | |

*Total Projected Cost of Abatement Plan Net of Offset Due to Future Damages:*

| [15] = [13] - [14]. | | $4,635.66 | $4,629.53 | | |

Notes and Sources:
* Based on affected division's allocation in 2018. See McGuire Appendix IV.C (errata served on September 20, 2019).
** Estimated 15-year cost under base case. See Liebman Report Table 1 (errata served on May 16, 2019).
[1]: Some treatment services will be provided by the ADAMHS Board.
[2]: Some portion of future damages related to staffing and out-of-home placements may be included in the Abatement Plan.
[3]: Some portion of future damages related to staffing may be included in the Abatement Plan.
[4], [6], [7]: Not included in the Abatement Plan.
[5]: Abatement Plan only estimates the cost of additional staffing.
[8]: Some portion of future damages related to staffing may be included in the Abatement Plan.
[9]: Abatement Plan only estimates the cost of additional staffing.
[10]: McGuire Supplemental Table: Future Damages Due to Distributors Misconduct From 2019 - 2034 (Based on Errata). Excludes future damages estimated for 2019.
[11] = Σ[1:9].
[12] = [13]-[11].

**Offset to the Abatement Plan Due to Future Damages: Summit County**
**Offset Estimated by Affected Division**

| | McGuire's Future Damages Extrapolation | | | Projected Cost of Abatement Plan: 2020-34** | |
|---|---|---|---|---|---|
| | | | 2020-2034 Damages ($M) | Abatement Plan Element(s) that Incl. (At Least In Part) the | Total Projected |
| Affected Division | % of Total* | Approach 1 | Approach 2 | Affected Division's Future Damages | Cost ($M) |
| [1] ADM Board | 22% | $53.1 | $54.0 | Treatment (Excl. MAT); MAT | $1,570.6 |
| [2] Children Services Board | 56% | $138.7 | $141.0 | Special Populations: Child Welfare | $227.4 |
| [3] Prosecutor | 1% | $3.2 | $3.2 | Law Enforcement Interventions | $14.6 |
| [4] Court of Common Pleas | 3% | $6.8 | $6.9 | N/A | N/A |
| [5] Juvenile Court | 2% | $5.6 | $5.7 | N/A | N/A |
| [6] Sheriff's Office | 4% | $9.3 | $9.5 | N/A | N/A |
| [7] County Jail | 6% | $13.8 | $14.0 | Special Populations: Jails | $84.0 |
| [8] Alternative Corrections | 3% | $6.6 | $6.7 | N/A | N/A |
| [9] Adult Probation | 1% | $2.2 | $2.3 | N/A | N/A |
| [10] Medical Examiner | 3% | $7.7 | $7.8 | N/A | N/A |
| [11] Total Future Damages | 100% | $247.1 | $251.1 | [12] Subtotal | $1,896.7 |
| | | | | [13] Other Abatement Plan Elements | $321.0 |
| | | | | [14] Total Projected Cost | $2,217.7 |

*Offset to the Abatement Plan Due to Future Damages:*

| [15] = [1] + [2] + [3] + [7] | 85% | $208.83 | $212.24 | | |

*Total Projected Cost of Abatement Plan Net of Offset Due to Future Damages:*

| [16] = [14] - [15]. | | $2,008.87 | $2,005.47 | | |

Notes and Sources:
* Based on affected division's allocation in 2018. See McGuire Appendix IV.D (errata served on September 20, 2019).
** Estimated 15-year cost under base case. See Liebman Report Table 2 (errata served on May 16, 2019).
[1]: Some treatment services will be provided by the ADM Board.
[2]: Some portion of future damages related to staffing and out-of-home placements may be included in the Abatement Plan.
[3]: Some portion of future damages related to staffing may be included in the Abatement Plan.
[4]: Abatement Plan only estimates the cost of additional staffing.
[5], [6], [8], [9]: Not included in the Abatement Plan.
[7]: Some portion of future damages related to staffing may be included in the Abatement Plan.
[10]: Abatement Plan only estimates the cost of additional staffing.
[11]: McGuire Supplemental Table: Future Damages Due to Distributors Misconduct From 2019 - 2034 (Based on Errata). Excludes future damages estimated for 2019.
[12] = Σ[1:10].
[13] = [14]-[12].