# EXHIBIT 5



# PRESCRIPTION DRUG TRAFFICKING & ABUSE TRENDS



November 16-17, 2013
Pharmacy Diversion Awareness Conference (PDAC)
Louisville, KY

Alan G. Santos, Associate Deputy Assistant Administrator,
Operations Division, Office of Diversion Control,
U.S. Drug Enforcement Administration

1



# Disclosure Information

I have no financial relationships to disclose !!



# Rx Trends Outline

➤ Scope of the Problem

➤ The Costs

➤ What People are Abusing

➤ The "CSA" – Checks & Balances

➤ Where People are Getting Their Drugs (Evolution of Problem & Pill Mills)



# OBJECTIVES

1. Identify current trends in pharmaceutical controlled substance abuse.

2. Describe the impact pharmacy diversion has on communities.



# PRE-TEST

1.   What is the most commonly prescribed controlled substance in the U.S.?
- a.  Oxycodone
- b.  Methylphenidate
- c.  Hydrocodone/APAP
- d.  Alprazolam



# PRE-TEST

2. Name four common methods of diversion.



# PRE-TEST

3.  What combination of drugs is referred to as the "trinity"?

A)    Hydrocodone, alprazolam, and carisoprodol
B)    Promethazine with codeine, methylphenidate and carisoprodol
C)    Hydromorphone, carisoprodol and buprenorphine
D)    Methadone, diazepam and tramadol



# Prescription Drug Abuse & Trafficking Trends

## OR

# Responding to America's Prescription Drug Abuse Crisis

## *"When Two Addictions Collide"*



# SCOPE OF THE PROBLEM



# Mayo Clinic Study on Prescription Drugs



- The three most common types of prescriptions are antibiotics, antidepressants, and **painkiller opioids**

- 70% of Americans are taking at least one prescription drug

- More than 50% are on at least two prescriptions

10

Source: Mayo Clinic Press Release, 6/19/2013

# Not a New Problem ….





Laudanum is no more dangerous than many of the preparations sold as soothing syrups; it has the saving grace of the "poison" label. *(By courtesy of the Committee on Interstate and Foreign Commerce.)*









11

# The 1960/70s/80s



Uppers - Dexedrine



Downers - Seconal



Meprobamate





Hydromorphone



Oxycodone/APAP



"Ts and Blues"





"Fours and Doors"

# The 1990s

## OxyContin







In 2010, approximately 38,329 unintentional drug overdose deaths occurred in the United States, one death every 14 minutes.

Of this number, 22,134 of these deaths were attributed to Prescription Drugs (16,651 attributed to opioid overdoses/ 75.2 %).

Prescription drug abuse is the fastest growing drug problem in the United States.

Source: CDC Drug Overdose Deaths in the United States,  2010   (October 2012)

14

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*



# U.S. Drug Overdose Deaths
# by Major Drug Type, 1999-2010



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

15

Source: CDC/NCHS, NVSS



# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



Source: National Vital Statistics System (NVSS), DEA's Automation of Reports and Consolidated Orders System, SAMHSA's Treatment Episode Data Set

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

16



# Today's Perfect Storm

- Industry is producing a wider variety of controlled substance pharmaceuticals

- Use of Medicare / Medicaid or insurance to fund drug habits

- The Information / Electronic era  (i.e., web sites such as Erowid & Bluelight, social networking, blogging, twitter, text messaging, & chat rooms for instant exchanges of information)



# 2010   Current Users (Past Month)   2011

| 2010 | 2011 |
|------|------|
| ANY ILLICIT DRUG: 22.6 million | ANY ILLICIT DRUG: 22.5 million |
| MARIJUANA: 17.4 million | MARIJUANA: 18.1 million |
| PSYCHOTHERAPEUTIC DRUGS:  7 million | PSYCHOTHERAPEUTIC DRUGS:  6.1 million |
| COCAINE: 1.5 million | COCAINE: 1.4 million |
| Methamphetamine  353,000 | Methamphetamine  439,000 |
| Heroin:  239,000 | Heroin:  281,000 |

Source: 2010 & 2011NSDUH

18



# Prescription Drug Abuse

More Americans abuse prescription drugs than the number of:

Cocaine, Hallucinogen, Methamphetamine &

Heroin abusers

COMBINED!!



# Scope and Extent of Problem: Past Month Illicit Drug Use Among Persons Aged 12 or Older



Source: 2004, 2007, 2008, 2009, 2010, 2011, 2012 National Survey on Drug Use and Health

# Past Year Initiates 2012 – Ages 12 and Older





Figure 7.2 Specific Illicit Drug Dependence or Abuse in the Past Year among Persons Aged 12 or Older: 2012

**SOURCE: 2012 National Survey on Drug Use and Health (NSDUH) published September 2013 by the Dept of HHS/ Substance Abuse and Mental Health Services Administration (SAMHSA)**

21



# National Abuse Facts

➢ In 2012, there were 2.4 million persons aged 12 or older who used psychotherapeutics non-medically for the first time within the past year, approximately **6,700** new initiates per day.*

➢ One in four teens (**24%**) reports having misused a prescription drug at least once in their lifetime (up from 18% in 2008 to 24% in 2012), which translates to about 5 million teens. That is a **33% increase** over a five-year period.



SOURCE: * 2012 National Survey on Drug Use and Health (NSDUH) published September 2013 by the Dept of HHS/ Substance Abuse and Mental Health Services Administration (SAMHSA)
** The Partnership at Drugfree.org / MetLife Foundation Partnership Attitude Tracking Studies 2012 , published April 2013   22



# Parents & Their Attitudes

**Parents are not discussing the risks of abusing prescription drugs**



Source: 2011 Partnership Attitude Tracking Study



# Parents & Their Actions

**Parents and their abuse of prescription drugs**



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

24

Source: 2011 Partnership Attitude Tracking Study

# Where do kids get their information from?





# Popularizing Controlled Substances Abuse



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

26

Source: www.foxnews.com, August 29, 2013

# Westchase teachers learn a lesson: Say 'no' to mints in pill bottles



One of the mint-filled pill bottles distributed to some fourth graders at Westchase Elementary.

By JOSÉ PATIÑO GIRONA | The Tampa Tribune
Published: February 8, 2010

What two fourth-grade teachers at Westchase Elementary School apparently thought was a creative way to calm students about to take the FCAT made at least one caregiver fear the teachers were sending a different message – that taking drugs while under stress is OK.

Sandy Young walked into her grandson's fourth-grade classroom last Thursday and saw pill bottles on each students' desk. Her mind raced with questions and thoughts of disbelief. Young said she immediately questioned Westchase Elementary fourth-grade teacher Beth Watson about the pill bottles, which were filled with pieces of small mint candy.

"She said it was nothing but some mints; it was just something special for the kids, for the FCAT to mellow them out." Young said.

Young said she was shocked and speechless and walked out of the room when Watson started the students on a math assignment.

Young said the pill bottles go against the lessons of teaching children to say no to drugs.

"We turn around and we have our teachers giving them drugs," said Young, 60, of Tampa. "I don't care if it's mints or not. ... If it's in a prescription bottle, it's a drug."

Young said the bottle reads in part: "Watson's Whiz Kid Pharmacy. Take 1 tablet by mouth EVERY 5 MINUTES to cure FCAT jitters. Repeated use may cause craft to spontaneously ooze from pores. No refills. Ms. (Deborah) Falcon's authorization required."

The school received one complaint since pill bottles were distributed on Thursday, said Linda Cobbe, a school district spokeswoman. It's believed only two fourth-grade teachers at the school distributed the pill bottles.

The principal met with the students on Monday to confirm the pill bottles contained mints that were safe to eat. The students were asked to dump the mints in a separate container and the pill bottles were thrown away, Cobbe said.

She said the bottle idea was tied to the children's book the students recently read, "George's Marvelous Medicine," about a boy who concocts potions to try to change the disposition of his cranky grandmother.

The teachers were just trying to use a creative way to get across to the students not to be stressed with the FCAT writing examination that will be administered to fourth-, eighth- and 10th-graders beginning today, Cobbe said.

"Elementary teachers do creative things to make learning fun," Cobbe said.

The teachers won't be disciplined, and it wasn't their intention to promote drug use, Cobbe said.

"I know that is not the intent of the teachers," Cobbe said. "That is not the outcome they would wish for."

Young said her grandson has been at Westchase Elementary for a year, and she hasn't had any complaints. But this experience has soured her.

It concerns her that now someone might hand her grandson a pill bottle with drugs and he might think it's OK to consume its contents.

"We as parents and grandparents have to drill it into them that this is unacceptable and hope and pray that they don't accept drugs from someone else," Young said.



 Home    News    Travel    Money    Sports    Life    Tech

**Sports**   Fantasy   MLB    NFL    NBA    NHL    Coll. Football    Coll. Basketball    Preps    NASCAR

# Wrestler Benoit's doctor gets 10 years in prison

Updated 5/12/2009 2:34 PM | Comment          | Recommend

E-mail | Print |



Enlarge                              WWE via AP

Wrestler Chris Benoit strangled his wife and 7-year-old son, then hung himself in a June 2007 murder-suicide. Benoit's personal doctor Phil Astin was sentenced to 10 years in prison on Tuesday for illegally distributing prescription drugs to patients.

NEWNAN, Ga. (AP) — The personal doctor to a professional wrestler who killed himself, his wife and their 7-year-old son was sentenced to 10 years in prison Tuesday for illegally distributing prescription drugs to patients.

Dr. Phil Astin, 54, had pleaded guilty Jan. 29 to a 175-count federal indictment.

Prosecutors said Astin prescribed painkillers and other drugs to known addicts for years. They said at least two of Astin's patients died because of his lax oversight of what medicines they were taking. However, the indictment was unclear about whether Chris Benoit, a wrestler for Stamford, Conn.- based World Wrestling Entertainment, was one of the two.

"I take full responsibility," Astin told the judge Tuesday. "I am sorry I hurt so many lives. I was thinking that I was looking after my patients."

U.S. District Judge Jack Camp said there was no doubt Astin tried to help hundreds of patients at his western Georgia clinic. But the judge said he could not overlook Astin's misconduct.

"The fact that two people did die outweighs other conditions that I must consider," Camp said.

Share
Add to Mixx
Facebook
Twitter
More
Subscribe
myYahoo
iGoogle
More

A federal investigation found Astin wrote prescriptions without conducting physical exams and sometimes gave patients as many as four simultaneous prescriptions for Percocet. He also prescribed "cocktails" of drugs like Percocet, Oxycontin, Vicodin and Adderall.

"Medical doctors know that after a period of time, if the prescriptions are not working, you get them off," Assistant U.S. Attorney John Horn said during the hearing.

Investigators cited one case in which an unidentified female patient began receiving a combination of drugs that included Xanax from Astin in 2002. She died in June 2007, the same month authorities found Benoit and his family dead in their suburban Atlanta home.



# Rush Limbaugh Arrested On Drug Charges

Rush Limbaugh and prosecutors in the long-running prescription fraud case against him have reached a deal calling for the only charge against the conservative commentator to be dropped without a guilty plea if he continues trea

Limbaugh turned himself in to authorities on a warrant filed Friday charging him v Barbera, a spokeswoman for the Palm Beach County Jail. He and his attorney Rc and fingerprinted and he posted $3,000 bail, Barbera said.

Prosecutors' three-year investigation of Limbaugh began after he publicly acknow rehabilitation program. They accused Limbaugh of "doctor shopping," or illegally learning that he received about 2,000 painkillers, prescribed by four doctors in six

Limbaugh, who pleaded not guilty Friday, has steadfastly denied doctor shopping complies with court guidelines.

## Coheed and Cambria Bassist Arrested Before Gig

Originally posted Jul 10th 2011 5:18 PM PDT by TMZ Staff

**Michael Todd**, the bassist for the band **Coheed and Cambria**, was arrested for armed robbery after he allegedly held up a Walgreens claiming he had a bomb ... and this all went down right before they played a show!

**Friday, June 3, 2011**
## Michael Baze accidentally overdosed

Associated Press

LOUISVILLE, Ky. -- Jockey Michael Baze, who won more than 900 horse races in a nine-year career, died from an accidental overdose of cocaine and prescription pain medicine at Churchill Downs, the coroner's office said Friday.

The 24-year-old Baze was pronounced dead on May 10. His body was found in his vehicle near the stables at the famed Louisville track.

Jefferson County Deputy Coroner Jim Wesley said the cause of death was multiple substance intoxication. Significant amounts of cocaine and the pain medication oxymorphone were found in Baze's system, said Wesley, citing toxicology results.

Baze was facing a drug possession charge at the time of his death. The week he died, he was scheduled to appear at a preliminary hearing on a charge of first-degree possession of cocaine. He also w

Baze was arrested last Novembe to the arrest warrant.

His mother, Teri Gibson, said the

"I honestly thought he was not d

Baze was remembered for his kir

Churchill Downs spokesman Joh who rode only briefly at Churchi

Hall of Fame rider Mike Smith n asleep.

## Rangers' Boogaard died of alcohol, oxycodone mix

Updated 5/20/2011 11:09 PM |

MINNEAPOLIS (AP) — The death of New York Rangers enforcer Derek Boogaard was an accident, due to a toxic mix of alcohol and the powerful painkiller oxycodone.

The Hennepin County Medical Examiner announced Boogaard's cause of death Friday, saying it was unclear exactly when the 28-year-old died. Boogaard was found dead in his Minneapolis apartment last



ths after he sustained a concussic May 08, 2012

his passion for the game, his teammates, and his community work was unstoppable."

Experts say mixing alcohol and medicines can cause dangerous reactions. Drinking alcohol while taking strong painkillers like oxycodone can result in breathing problems and increase the risk of an overdose, according to the National Institute on Alcohol Abuse and Alcoholism.

The family thanked the Rangers, Minnesota Wild, the NHL and the NHLPA for "supporting Derek's continued efforts in his battle."

"Regardless of the cause, Derek's passing is a tragedy," NHL spokesman Frank Brown said in an email. The Rangers and Wild had no comment.

Boogaard's agent, Ron Salcer, said it has

# Thomas Kinkade cause of death: alcohol, Valium

Recommend 71                                    0

By Ann Oldenburg, USA TODAY
Updated 2012-05-08 7:18

An autopsy has concluded that Thomas Kinkade's death was caused by an accidental overdose.

NBC Bay Area News reported late Monday that the Santa Clara County medical examiner's autopsy is complete and reveals that



CAPTION    By Gene Blythe, AP

Kinkade died April 6 at his California home from a combination of alcohol and prescription drugs. He was 54.

# Jack Camp, Senior Federal Judge, Arrested On Drug, Gun Charges

ATLANTA — A veteran federal judge faces drug and firearms charges after an exotic dancer at an Atlanta strip club told authorities he used cocaine, marijuana and other illegal drugs with her.

Senior U.S. District Judge Jack T. Camp was arrested Friday minutes after he handed an undercover law enforcement agent $160 for cocaine and Roxycodone, a narcotic pain medication, that he intended to use with the exotic dancer, authorities said in a court document released Monday. They said they also found two firearms in the front seat of his vehicle.

Camp, 67, who has presided over some high-profile cases, was released Monday on a $50,000 bond. His attorney, William Morrison, said after a brief hearing that the judge intends to plead not guilty. Morrison said Camp would probably take a leave of absence and would not preside over any more cases until the charges are resolved.





Kenneth Moore,
aka Big Moe
October 14, 2007



Brittany Murphy
December 20, 2009



Anna Nicole
Smith
February 8, 2007





Russell Jones, aka
Ol' Dirty Bastard
November 13, 2004

# DEATHS

Heath Ledger
January 22, 2008









Derek Boogaard
May 13, 2011

Leslie Carter
January 31, 2012

Ken Caminiti
October 10, 2004

Whitney Houston
February 11, 2012



Noelle Bush



Billy Mays, the late pitchman

## Autopsy: Cocaine had role in his death

Hillsborough County spokes-woman Lori Hudson said nothing in the toxicology report indicated the frequency of Mays' cocaine use. Cocaine can raise arterial blood pressure, directly cause thickening of the left wall of the ventricle and accelerate the formation of atherosclerosis in the coronary arteries, the release said.



Eminem

The toxicology tests also showed therapeutic amounts of painkillers hydrocodone, oxycodone and tramadol, and anti-anxiety drugs alprazolam and diazepam. Mays had suffered hip problems and was scheduled for hip-replacement surgery the day after he was found dead.



condo June 28.
Mays, 50, was a pop-culture fixture with his energetic commercials pitching gadgets and cleaning products like Orange Glo and OxiClean.
Heart disease was the primary cause of death, and a report released Friday by the medical examiner listed cocaine as a "contributory cause of death." The office said Mays last used cocaine in the few days before his death but was not under the influence of the drug when he died.



NEWSDAY, SATURDAY, AUGUST 8, 20

Terrence Kiel



Corey Haim
31



# The Costs



# Economic Costs

- $55.7 billion in costs for <u>prescription drug abuse</u> in 2007[1]

  ➢ $24.7 billion in direct healthcare costs

- Opioid abusers generate, on average, annual direct health care costs 8.7 times higher than non-abusers[2]

1. Birnbaum HG, White, AG, Schiller M, Waldman T, et al. Societal Costs of Prescription Opioid Abuse, Dependence, and Misuse in the United States. *Pain Medicine*. 2011;12:657-667.
2. White AG, Birnbaum, HG, Mareva MN, et al. Direct Costs of Opioid Abuse in an Insured Population in the United States. *J Manag Care Pharm*. 11(6):469-479. 2005

# Addicted Infants Triple in a Decade





**Prescription abuse**

# Addicted infants triple in a decade

## 3.4 out of 1,000 suffer painkiller withdrawal

By Liz Szabo
USA TODAY

The number of babies born addicted to the class of drugs that includes prescription painkillers has nearly tripled in the past decade, according to the first national study of its kind.

About 3.4 of every 1,000 infants born in a hospital in 2009 suffered from a type of drug withdrawal commonly seen in the babies of pregnant women who abuse narcotic pain medications, the study says. It's published today in *The Journal of the American Medical Association.*



## Born into addiction

Babies exposed to drugs in the womb have more health problems than other newborns.

■ Drug-exposed
■ Other

**Breathing problems**

31%
9%

**Low birthweight¹**

19%
7%

**Feeding problems**

18%
3%

**Seizures**

2.3%
0.1%

1 – under 5½ pounds

Source: Journal of the American Medical Association

By Frank Pompa, USA TODAY



# Economic Costs

- Maternal opioid dependence can affect birth costs

- A recent study showed in 2009, the average hospital stay for opioid exposed infants with neonatal abstinence syndrome (NAS) was 16 days[1]

- The hospitalization cost of treating each baby with NAS averaged $53,400[2]

- State Medicaid programs paid for 77.6% of these births[3]

1. Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal abstinence syndrome and associated health care expenditures: United States, 2000-2009. JAMA. 2012 May 9;307(18):1934-40. Epub 2012 Apr 30
2. Ibid.
3. Ibid.



# National Poison Data System (Formerly known as Toxic Exposure Surveillance System) – Total Annual Mentions of Toxic Exposures

|  | Hydrocodone | Oxycodone |
|---|---|---|
| 2001 | 15,191 | 9,480 |
| 2002 | 17,429 | 10,515 |
| 2003 | 19,578 | 11,254 |
| 2004 | 22,654 | 12,603 |
| 2005 | 22,229 | 13,191 |
| 2006 | 22319 | 13,473 |
| 2007 | 24,558 | 15,069 |
| 2008 | 26,306 | 17,256 |
| 2009 | 27,753 | 18,396 |
| 2010 | 28,310 | 19,363 |
| 2011 | 30,792 | 19,423 |



# Emergency Room Visits (2004-2010)

- <u>**Increase of 115%**</u>: **ER visits attributable to pharmaceuticals** (*i.e.*, **with no other type of drug or alcohol**) **(626,472  to 1,345,645)**

  - **No Significant Change: ER visits attributable to cocaine, heroin, marijuana, or methamphetamine**

SOURCE: The DAWN Report, *Highlights of the 2010 Drug Abuse Warning Network (DAWN) Findings on Drug-Related Emergency Department Visits*, July 2, 2012



# U.S. Motor Vehicle Traffic, Poisoning, and Drug Poisoning (Overdose) Death Rates, 1980-2010



Source: CDC National Center for Health Statistics (NCHS) Data Brief, December 2011, updated with 2009 and 2010 mortality data

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

38

# Drug-Induced Deaths vs. Other Injury Deaths (1999–2009)





Causes of death attributable to drugs include accidental or intentional poisonings by drugs and deaths from medical conditions resulting from chronic drug use. Drug-induced causes exclude accidents, homicides, and other causes indirectly related to drug use.  Not all injury cause categories are mutually exclusive.

Source:  National Center for Health Statistics, Centers for Disease Control and Prevention.  National Vital Statistics Reports *Deaths:  Final Data* for the years 1999 to 2009 (January 2012).



# Public Health Impact of Opiate Analgesic Abuse

*For every 1 unintentional opioid overdose death in 2010, there were…*



| Category | Value |
|---|---|
| Abuse treatment admissions | 10 |
| ED visits for misuse or abuse | 28 |
| People with abuse/dependence | 108 |
| Nonmedical users | 733 |

Mortality figure is for unintentional overdose deaths due to opioid analgesics in 2010, from CDC/Wonder
Treatment admissions are for with a primary cause of synthetic opioid abuse in from TEDS
Emergency department (ED) visits related to opioid analgesics in from DAWN
Abuse/dependence and nonmedical use of pain relievers in the past month are from the National Survey on Drug Use and Health





# A Pain-Drug Champion Has Second Thoughts



**On the Rise**
Kilograms of opioids sold,
per 10,000 people

7.1 kg

2000 '10

Source: National Vital Statistics

BY THOMAS CATAN

It has been h[...]
sell Portenoy app[...]
thoughts.

Two decades [...]
York pain-care s[...]
ment to help peo[...]
campaigned to [...]
painkillers derive[...]
that were long sl[...]
cause of their ad[...]

Dr. Portenoy's [...]
cessful. Today, d[...]
like Vicodin, Oxy[...]
among the most widely prescribed phar-
maceuticals in America.

Opioids are also behind the country's
deadliest drug epidemic. More than

Now, Dr. Portenoy and other pain doctors who promoted the drugs say they erred by overstating the drugs' benefits and glossing over risks. "Did I teach about pain management, specifically about opioid therapy, in a way that reflects misinformation? Well, against the standards of 2012, I guess I did," Dr. Portenoy said in an interview with the Wall Street Journal. "We didn't know then what we know now."

thought, and questions whether opioids are
effective against long-term chronic pain.

The change of heart among former
champions of opioid use has happened

he notice of many
chiatrist Joseph
hocked" after at-
outlining the lat-
isk.

e of everything
. "You saw other
it and saying, 'Oh
ping?'"

d they were dan-
pioids were long
cer patients. But
at they could be
months or years
m chronic pain.

Among the assertions he and his follow-
ers made in the 1990s: Less than 1% of
opioid users became addicted, the drugs

Please turn to page A12



# WHAT PEOPLE ARE ABUSING

# Commonly Abused Controlled

## Pharmaceuticals





Carisoprodol

C-IV as of 1/11/2012



**Hydrocodone**

OxyContin 80mg



Oxymorphone







**Oxycodone 30 mg**

**Alprazolam**

44



# HYDROCODONE



# **Hydrocodone**

➢Similarities:

- – Structurally related to codeine
- – Equal to morphine in producing opiate-like effects

➢Brand Names: Vicodin®, Lortab®, Lorcet®

➢Street prices: $2 to $10+ per tablet depending on strength & region



46



# Top Five Prescription Drugs Sold in the U.S.
## (2006-2011)





# Total U.S. Retail* Distribution of Selected Drugs
## January 1, 2008 – December 31, 2011



*Retail includes pharmacies, hospitals, practitioners, mid-level practitioners, teaching institutions, and narcotic treatment programs.

Drug Enforcement Administration
Office of Diversion Control
Office of the Deputy Assistant Administrator

48

Source: ARCOS
Date Prepared: 08/28/2012

# The Trinity





Hydrocodone

**Opiate**



Carisoprodol

C-IV as of 1/11/2012

**Muscle Relaxant**



Alprazolam

**Benzodiazepine**

49



# FDA Advisory Committee Votes in Favor of Hydrocodone Rescheduling

On January 25, 2013, the FDA's Drug Safety and Risk Management Advisory Committee voted yes (19-10) to recommend rescheduling of hydrocodone from Schedule III to Schedule II



50

# FDA Recommends Hydrocodone Up-Scheduling





Case: 1:17-md-02804-DAP  Doc #: 2815-5  Filed: 10/14/19  53 of 228.  PageID #: 424442



# FDA  Approves Pure Hydrocodone Pain Killer





# **Oxycodone**

➢ OxyContin controlled release formulation of Schedule II oxycodone
  - ▪ The controlled release method of delivery allowed for a longer duration of drug action so it contained much larger doses of oxycodone
  - ▪ Abusers easily compromised the controlled release formulation by crushing the tablets for a powerful morphine-like high
  - ▪ 10, 15, 20, 30, 40, 60, 80mg available

➢ Effects:
  - ▪ Similar to morphine in effects and potential for abuse/ dependence
  - ▪ Sold in "Cocktails" or the "Holy Trinity" (Oxycodone, Soma ® / carisoprodol, Alprazolam / Xanax®)

➢ Street price: Approx. $80 per 80mg tablet

**NOTE:**  New formulation introduced into the marketplace in 2010 that is more difficult to circumvent for insufflation (snorting) or injection. Does nothing to prevent oral abuse.



# Heroin (& Prescription Drugs)



*U.S. Drug Enforcement Administration /  Operations Division /  Office of  Diversion Control*

# HEROIN: NO LONGER CONFINED TO URBAN AREAS

Case: 1:17-md-02804-DAP Doc #: 4956-16 Filed: 10/14/22 Page 1 of 1 PageID #: 424446





# More suburban teens turning from pills to heroin, authorities say

By Ed Fletcher | Tuesday, April 3, 2012
McClatchy Newspapers

Text size: A A A

g +1 ⟨ 0 ⟩    Tweet ⟨ 0 ⟩    Recommend

Print    Email



Photo by Randy Pench/Sacramento Bee/MCT    Brandon Scott, 19, of Auburn, Calif., leads a workshop at the Auburn Library regarding drugs and how they affect teens. Brandon transitioned from RX to heroin but has since gone through the Full Circle Treatment Center program and has been clean for about two years.

SACRAMENTO, Calif. – Heroin, a drug most often associated with the gritty back alleys of big cities, is making a surprising surge in suburban, affluent places.

Many new heroin addicts started as teens, abusing prescription painkillers they found in their homes, say law enforcement and public health officials.

# HEROIN: NO LONGER CONFINED TO URBAN AREAS



trafficked heroin, cocaine and other drugs in the District and Montgomery and Prince George's counties.

About 4.2 percent of Maryland high school students reported trying heroin at least once in a 2011 statewide survey, up from 2.4 percent in 2007.

Former heroin addict Mike Gimbel has spent the past three decades working on substance abuse education and treatment in Maryland. He called the suburban heroin shift a "big-time trend" in the Washington area and elsewhere.

"Instead of waiting for the suburban kids to come into the city, the dealers have gone out to the suburbs," he said. "It just blows away these parents in the middle-class communities — the last drug in the world they think their kids are going to use is heroin."

The resurgence is tied to the booming market for prescription painkillers like OxyContin and Vicodin — experts say painkiller abusers often move on to heroin due to its availability and their craving for a stronger high.

Beth Kane Davidson, director of the Addiction Treatment Center at Suburban Hospital in Bethesda,



EXAMINER FILE

Montgomery and Fairfax counties have both reported spikes in heroin use.

**Getting high**

Percentage of Maryland high schoolers who reported using heroin:

|  | 2011 | 2009 | 2007 | 2005 |
|---|---|---|---|---|
| Males | 5.7 | 5.8 | 3.7 | 2.8 |
| Females | 1.9 | 1.7 | 0.8 | 2.3 |
| Total | 4.2 | 4.1 | 2.4 | 2.6 |

SOURCE: MARYLAND YOUTH RISK BEHAVIOR SURVEY

"Instead of waiting for the suburban kids to come into the city, the dealers have gone out to the suburbs. It just blows away these parents in the middle-class communities — the last drug in the world they think their kids are going to use is heroin."

- **Mike Gimbel**, former heroin addict

said. "And then there were times when I thought I was living in hell."

Dan Torsch died of a heroin overdose at age 24 in December 2010. Since then, his mother set up GRASP, an organization for grieving family members to connect after losing a loved one to substance abuse, along with a foundation in Dan's name to help families pay for addiction treat-

58

# Past Month & Year Heroin Use – Ages 12 or Older (2002 – 2012)



Figure 2.4 Past Month and Past Year Heroin Use among Persons Aged 12 or Older: 2002-2012

+ Difference between this estimate and the 2012 estimate is statistically significant at the .05 level.

SOURCE: 2012 National Survey on Drug Use and Health (NSDUH) published September 2013 by the Dept of HHS/ Substance Abuse and Mental Health Services Administration (SAMHSA)

59



# Example: *"Heroin a Growing Problem in St. George"*

➢ St. George, Utah is known as a good place to raise a family or to retire, but aside from the wholesome image, it's fighting a newfound heroin problem.

➢ Police point to users like Karli Chambers: 27 year-old mother of two had been addicted to prescription drugs, then made an economic decision.

➢ "I couldn't afford the pills," Chambers said in an interview at the Southwest Behavioral Health Center in St. George, where she is getting counseling. "It was too much. The only thing I could find was heroin."

[1]SOURCE: Rick Egan, Salt Lake Tribune, October 8, 2010



# METHADONE





# **Methadone History**

➢ Methadone was developed in 1937 in Germany as a field painkiller, in anticipation of the potential loss of the raw opium supply for drugs like morphine in the event of war.

➢ The Controlled Substances Act and corresponding regulations established strict rules for methadone clinics, or Narcotic Treatment Programs (NTPs).

# Methadone- 5mg &10mg







Mallinckrodt Pharmaceuticals  5 mg & 10mg

# Methadone 40 mg





63



# WHY IS IT ALSO USED AS AN ANALGESIC??????

Cheapest narcotic pain reliever – synthetic

Insurance companies

What's the problem?

# One Pill can Kill





# Overdose...Why?

- Patients not taking the drug as directed
- Physicians not properly prescribing the drug
- Non-medical users ingesting with other substances
- Opiate naive





# Bluefield Daily Telegraph

William "Randy" Deason
Publisher

Thomas A. Colley
Executive Editor

Samantha Perry, Managing Editor

Nancy Cline, Anita Koontz, Source Chairman, Advertiser
Samma Edwards, Ruby Woodard, City Editor, Charlie Boone

Then he answered and spake to me, saying, This is the word of the LORD to Zerubbabel, saying, Not by might, nor by power, but by my spirit, saith the LORD of hosts."

(Zechariah 4:6 AKJV)

# Overdose deaths

## Prescription drugs take deadly toll in WV

An alarming new study has found
that prescription drugs killed
more people in West Virginia in
2006 than illegal drugs. According
to the report, nine out of the 10 accidental
overdose deaths reported in the
Mountain State involved prescription
drugs. Researchers in a joint state-federal study came to the troubling conclusion
after studying 332 accidental overdose
autopsy reports, excluding suicides and
overdoses, the Associated Press reported.

The report found that one-third of the
prescription drugs taken during the fatal
incidents were being used as a result of a
prescription issued by a doctor within the
last 30 days. The report found fewer than
one in four of the deaths involved illegal
narcotics.

Aron Hall, a Centers for Disease
Control Epidemic Intelligence Service
Officer for the West Virginia Department
of Health and Human Resources, said
there is a perception among some citizens that just because narcotics are legal
and prescribed drugs, they are somehow
safer.

The report found that methadone contributed to one of three deaths, or more
than any other prescription drug.
However, the report found that only 10 of
the overdose victims were enrolled in a
methadone clinic for drug-abuse treatment.

The report found that other opioid
drugs frequently linked to accidental
overdose deaths included hydrocodone

□ □ □

*We must take steps now to educate
citizens of the growing number of accidental overdose deaths in the state associated with the misuse of legally prescribed drugs.*

and oxycodone. The two narcotics contributed to one in five deaths. Morphine
contributed to about one in seven deaths,
the report found. Anti-anxiety drugs were
found in 43 percent of the deaths.

While law enforcement officials have
been fighting the illegal drug scourge in
our region for years, accidental overdose
deaths associated with the misuse of prescription narcotics now represents an
emerging epidemic for the Mountain
State.

The alarming new study from the
West Virginia Department of Health and
Human Resources should be viewed as a
call to action for our community. We must
take steps now to educate citizens of the
growing number of accidental overdose
deaths in the state associated with the
misuse of legally prescribed drugs.

We must act now to educate our community. If we fail to act, the number of
accidental overdose deaths in the state
and the region could continue to rise. It
will take a combined effort of public education and law enforcement cooperation
to reduce these alarming statistics.

67



## editorials

# Rising methadone deaths

**Our view:** Baltimore public health officials are trying to find out if treatment for chronic pain sufferers accounts for increase in methadone overdoses

HE JUNE LETTER FROM THE BALTIMORE HEALTH DE-
partment alerted physicians, nurses and other providers to
a significant increase in methadone-related overdose
deaths. The letter from Dr. Laura Herrera, a deputy city
health commissioner, raised the possibility that the over-
doses involved prescriptions for pain. It was a cautionary re-
minder that health care providers should educate their pa-
tients about the proper use of methadone and the lethal
risks of taking extra doses.

Dr. Herrera was right to be concerned: Methadone-overdose deaths
of city residents have risen from seven in 1995 to 74 in 2007. In 2007,
the last year for which statistics are available, there was a 23 percent
increase in such deaths over the previous year. The city deaths coin-
cide with a similarly disturbing fivefold increase in methadone-re-
lated deaths nationally between 1999 and 2005. But proving that the
use of methadone as a pain reliever caused these deaths isn't easy —
no one tracks how many physicians prescribe methadone to relieve
chronic pain from cancer or arthritis, for example.

Prescribing methadone has been an accepted form of treatment for
chronic pain for some time, according to pain specialists at Johns Hop-
kins Hospital and the University of Maryland Medical Center. They
add that they have seen no methadone-related deaths among their
patients. Methadone used for pain treatment is prescribed in pill
form; its risk stems from the drug's potency and its lingering presence
in the body once its pain-relieving function has ceased. An extra dose
could slow down a patient's breathing, resulting in coma or death.

To identify the extent of the problem and the patients most at risk,
the city Health Department has reviewed data from the medical ex-
aminer's office. It also has asked the quasi-public city agency that over-
sees drug treatment in Baltimore to cross-check methadone overdose
victims against its patient rosters. That's a critical aspect of the review
because it could uncover misuse, abuse or diversion of methadone



**Methadone tablets in a cup.** BALTIMORE SUN PHOTO: J.B.HISCHHORN

from drug treatment centers. Or it could lend credence to the prevail-
ing view that more training is required for private physicians who pre-
scribe methadone for pain.

At least 29 states have prescription monitoring programs that
would identify indiscriminate prescribing, doctor-shopping and other
abuses. A task force established this year in Maryland is studying the
possibility of establishing a similar tracking system for methadone
and other controlled substances.

Until then, Dr. Herrera and her colleagues at the Health Depart-
ment have moved expeditiously and forthrightly to unravel this mys-
tery. The results of their findings are the key to understanding and re-
versing this disturbing trend.



# Opana ER (Oxymorphone) (Schedule II)

- Treats constant, around the clock, moderate to severe pain

- Becoming more popular and is abused in similar fashion to oxycodone

- Slang: Blues, Mrs. O, Octagons, Stop Signs, Panda Bears

- Street: $10.00 – $80.00









69



# Other Narcotics

## Fentanyl



## Meperidine



## Codeine



## Hydromorphone



## Morphine



## Propoxyphene



70

# Benzodiazepines





Alprazolam

Clonazepam 



Diazepam

Lorazepam 



Midazolam



Triazolam

Temazepam

Flunitrazepam 



# ADHD Drugs:
# Ritalin® / Concerta® / Adderall*®*





# ADHD Drugs

➢ **Used legitimately to treat ADHD**

➢ **Abuse prevalent among college students; can be snorted, injected or smoked; nicknamed "College Crack"**

➢ **$5.00 to $10.00 per pill on illicit market**

➢ **Adderall® Abusers are 5 times more likely to also abuse prescription pain relievers, 8 times more likely to abuse Benzodiazepines**

Source: NSDUH Report; Non-Medical Use of Adderall Among Full-Time College Students, published April 2009

73                    73



# ADHD Drugs

➢ **One in eight teens (about 2.7 million) now reports having misused or abused these prescription stimulants at least once in their <u>lifetime</u>**

➢ **9% of teens (about 1.9 million) report having misused or abused these prescription stimulants in the <u>past year</u> (up from 6% in 2008)**

➢ **6% of teens (about 1.3 million) report abuse of these prescription stimulants in the past month (up from 4% in 2008)**

➢ **One in four teens (26%) believes that prescription drugs can be used as a study aid**

➢ **More than one in five teens (22%) says there is little or no risk in using Ritalin/Adderall without a prescription**



# Required Reading



Attention-Deficit and Disruptive Behavior Disorders                    85

## Attention-Deficit and Disruptive Behavior Disorders

### Attention-Deficit/Hyperactivity Disorder

Diagnostic Features

Some hyperactive-impulsive or inattentive symptoms that cause impairment must have been present before age 7 years, although many individuals are diagnosed after the symptoms have been present for a number of years, especially in the case of individuals with the Predominantly Inattentive Type (Criterion B)

A1c). There may be frequent shifts from one uncompleted activity to another. Individuals diagnosed with this disorder may begin a task, move on to another, then turn to yet something else, prior to completing any one task. They often do not follow through on requests or instructions and fail to complete schoolwork, chores, or other duties (Criterion A1d). Failure to complete tasks should be considered in making this diagnosis only if it is due to inattention as opposed to other possible reasons (e.g., failure to understand instructions, defiance). These individuals often have difficulties organizing tasks and activities (Criterion A1e). Tasks that require sustained mental effort are experienced as unpleasant and markedly aversive. As a result, these individuals typically avoid or have a strong dislike for activities that demand sustained self-application and mental effort or that require organizational demands or close concentration (e.g., homework or paperwork) (Criterion A1f). This avoidance must be due to the person's difficulties with attention and not due to a primary oppositional attitude, although secondary oppositionalism may also occur. Work habits are often disorganized and the materials necessary for doing the task are often scattered, lost, or carelessly handled and damaged (Criterion A1g). Individuals with this disor-

- Fails to give close attention to details…make careless mistakes in schoolwork, work
- Difficulty sustaining attention in tasks
- Does not seem to listen when spoken to
- Does not follow through on instructions
- Difficulty organizing tasks
- Often loses things necessary for tasks
- Easily distracted
- Forgetful

    (h) is often easily distracted by extraneous stimuli
    (i) is often forgetful in daily activities

  (2) six (or more) of the following symptoms of **hyperactivity-impulsivity** have persisted for at least 6 months to a degree that is maladaptive and inconsistent with developmental level:

    *Hyperactivity*
    (a) often fidgets with hands or feet or squirms in seat
    (b) often leaves seat in classroom or in other situations in which remaining

- Fidgets
- Can't remain seated
- Restlessness
- Difficulty awaiting turn
- Often interrupts or intrudes

B. Some hyperactive-impulsive or inattentive symptoms that caused impairment were present before age 7 years.

C. Some impairment from the symptoms is present in two or more settings (e.g., at school [or work] and at home).

There are no laboratory tests, neurologocal assessments, or attentional assessments that have been established  as diagnostic in the clinical assessment of Attention-Deficit/Hyperactivity Disorder

that reque...
and poor ...
ued, typic...
quate self...
others as ...
ior. Famil...
pecially b...
to believe...
parent-ch...

with successful treatment. On average, individuals with Attention-Deficit/Hyperactivity Disorder obtain less schooling than their peers and have poorer vocational achievement. Also, on average, intellectual level, as assessed by individual IQ tests, is several points lower in children with this disorder compared with peers. At the same time, great variability in IQ is evidenced: individuals with Attention-Deficit/Hyperactivity Disorder may show intellectual development in the above-average or gifted range. In its severe form, the disorder is markedly impairing, affecting social, familial, and scholastic adjustment. All three subtypes are associated with significant impairment. Academic deficits and school-related problems tend to be most pronounced in the types marked by inattention (Predominantly Inattentive and Combined Types), whereas peer rejection and, to a lesser extent, accidental injury are most salient in the types marked by hyperactivity and impulsivity (Predominantly Hyperactive-Impulsive and Combined Types). Individuals with the Predominantly Inattentive Type tend to be socially passive and appear to be neglected, rather than rejected, by peers.

A substantial proportion (approximately half) of clinic-referred children with Attention-Deficit/Hyperactivity Disorder also have Oppositional Defiant Disorder or Conduct Disorder. The rates of co-occurrence of Attention-Deficit/Hyperactivity Disorder with these other Disruptive Behavior Disorders are higher than with other mental disorders, and this co-occurrence is most likely in the two subtypes marked by hyperactivity-impulsivity (Predominantly Hyperactive-Impulsive and Combined Types). Other associated disorders include Mood Disorders, Anxiety Disorders, Learning Disorders, and Communication Disorders in children with Attention-Deficit/Hyperactivity Disorder. Although Attention-Deficit/Hyperactivity Disorder appears in at least 50% of clinic-referred individuals with Tourette's Disorder, most individuals with Attention-Deficit/Hyperactivity Disorder do not have accompanying Tourette's Disorder. When the two disorders coexist, the onset of the Attention-Deficit/Hyperactivity Disorder often precedes the onset of the Tourette's Disorder.

There may be a history of child abuse or neglect, multiple foster placements, neurotoxin exposure (e.g., lead poisoning), infections (e.g., encephalitis), drug exposure in utero, or Mental Retardation. Although low birth weight may sometimes be associated with Attention-Deficit/Hyperactivity Disorder, most children with low birth weight do not develop Attention-Deficit/Hyperactivity Disorder, and most children with Attention-Deficit/Hyperactivity Disorder do not have a history of low birth weight.

**Associated laboratory findings.**   There are no laboratory tests, neurological assessments, or attentional assessments that have been established as diagnostic in the clin-

ical... [text obscured]

There are no specific physical features associated with Attention-Deficit/Hyperactivity Disorder, although minor physical anomalies (e.g., hypertelorism, highly arched palate, low-set ears) may occur at a higher rate than in the general population. There may also be a higher rate of accidental physical injury.

### Specific Culture, Age, and Gender Features

Attention-Deficit/Hyperactivity Disorder is known to occur in various cultures, with variations in reported prevalence among Western countries probably arising more from different diagnostic practices than from differences in clinical presentation.

It is difficult to establish this diagnosis in children younger than age 4 or 5 years, because their characteristic behavior is much more variable than that of older children and may include features that are similar to symptoms of Attention-Deficit/Hyperactivity Disorder. Furthermore, symptoms of inattention in toddlers or preschool children are often not readily observed because young children typically experience few demands for sustained attention. However, even the attention of toddlers can be held in a variety of situations (e.g., the average 2- or 3-year-old child can typically sit with an adult looking through picture books). Young children with Attention-Deficit/Hyperactivity Disorder move excessively and typically are difficult to contain. Inquiring about a wide variety of behaviors in a young child may be helpful in ensuring that a full clinical picture has been obtained. Substantial impairment has been demonstrated in preschool-age children with Attention-Deficit/Hyperactivity Disorder. In school-age children, symptoms of inattention affect classroom work and academic performance. Impulsive symptoms may also lead to the breaking of familial, interpersonal, and educational rules. Symptoms of Attention-Deficit/Hyperactivity Disorder are typically at their most prominent during the elementary grades. As children mature, symptoms usually become less conspicuous. By late childhood and early adolescence, signs of excessive gross motor activity (e.g., excessive running and climbing, not remaining seated) are less common, and hyperactivity symptoms may be confined to fidgetiness or an inner feeling of jitteriness or restlessness. In adulthood, restlessness may lead to difficulty in participating in sedentary activities and to avoiding pastimes or occupations that provide limited opportunity for spontaneous movement (e.g., desk jobs). Social dysfunction in adults appears to be especially likely in those who had additional concurrent diagnoses in childhood. Caution should be exercised in making the diagnosis of Attention-Deficit/Hyperactivity Disorder in adults solely on the basis of the adult's recall of being inattentive or hyperactive as a child, because the validity of such retrospective data is often problematic. Although supporting information may not always be available, corroborating information from other informants (including prior school records) is helpful for improving the accuracy of the diagnosis.



# Dextromethorphan (DXM)

➢ **Cough suppressant in over 125 OTC medications (e.g., Robitussin and Coricidin)**

➢ **Bulk form on the Internet**

➢ **At high doses, has Ketamine- and PCP-like effects**

➢ **Produces physical and psychological dependence**

➢ **Deaths associated with DXM abuse**





78

# Cough Syrup Cocktails



➢ "Syrup and Soda"

➢ "Seven and Syrup"

➢ "Purple Drank"









79



# Tramadol – Notice of Proposed Rule Making

➢ **On November 4, 2013 prepared a "Notice of Proposed Rulemaking" to schedule Tramadol into schedule IV**

➢ **Open for 60 days of Public Comment**





# Tramadol Prescriptions



Source: IMS Health National Prescription Audit Plus downloaded 6/5/2012



# THE CSA: CHECKS & BALANCES



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

82



# The CSA's
# Closed System of Distribution



**1,469,821 DEA REGISTRANTS**

83

# The CSA's
# Closed System of Distribution





84



# The Flow of Pharmaceuticals



# Checks and Balances of the CSA and the Regulatory Scheme

- <u>Distributors</u> of controlled substances

*"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."* (21 CFR §1301.74)

86



# Checks and Balances
# Under the CSA

- <u>Practitioners</u>

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."* (21 CFR §1306.04(a))

*United States v Moore*  *423 US 122 (1975)*

87



# Checks and Balances
# Under the CSA

- <u>Pharmacists</u> – The Last Line of Defense

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription."* (21 CFR §1306.04(a))



# What can happen when these checks and balances collapse ?



# Large-Scale Diversion

➢ In 2009, the average purchase for all oxycodone products for all pharmacies in US – 63,294 d.u.

➢ In 2010, the average was – 69,449 d.u.

➢ In 2009, the average purchase for all oxycodone products for the top 100 pharmacies in Florida – 1,226,460 d.u.

➢ In 2010, the average was – 1,261,908 d.u.



# Large-Scale Diversion

➢ **In 2011, the average purchase for all oxycodone products for all pharmacies in US – 74,706 d.u.**

➢ **In 2012, the average was – 73,434 d.u.**

➢ **In 2011, the average purchase for all oxycodone products for the top 100 pharmacies in Tennessee – 490,781 d.u.**

➢ **In 2012, the average was – 466,061  d.u.**



# WHERE PEOPLE ARE GETTING THEIR DRUGS

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

# Most Frequent Method of Obtaining a Pharmaceutical Controlled Substance for Non Medical Use

Friends and Family…For Free!!



# The Medicine Cabinet:
# The Problem of Easy Access







# So Many Drugs in
# the Household – Why?

- Unreasonable quantities being prescribed

- Insurance rules



# National Take Back Initiatives
## *Over 3.4 million pounds (1,733 tons) collected*

➢ **September 30, 2010: 242,383 pounds (121 tons)**

➢ **April 30, 2011: 376,593 pounds (188 tons)**

➢ **October 29, 2011: 377,086 pounds (189 tons)**

➢ **April 28, 2012: 552,161 pounds (276 tons)**

➢ **September 29, 2012: 488,395 pounds (244 tons)**

➢ **April 27, 2013: 742,497 pounds (371 tons)**

➢ **October 26, 2013: 647,211 pounds (324 tons)**

96



# Take-Back Event





Boxed, Sealed, Counted, Weighed, Consolidated, Secured, and Incinerated



# Looking to the Future: The Secure and Responsible Drug Disposal Act of 2010

➢ On October 12, 2010, the President signed the "*Secure and Responsible Drug Disposal Act of 2010*."

➢ This Act allows DEA to draft new regulations which permits ultimate users to deliver unused pharmaceutical controlled substances to appropriate entities for disposal in a safe and effective manner consistent with effective controls against diversion.

S. 3397

## One Hundred Eleventh Congress
### of the
### United States of America

#### AT THE SECOND SESSION

*Begun and held at the City of Washington on Tuesday, the fifth day of January, two thousand and ten*

## An Act

To amend the Controlled Substances Act to provide for take-back disposal of controlled substances in certain instances, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Secure and Responsible Drug Disposal Act of 2010".

**SEC. 2. FINDINGS.**

Congress finds the following:
(1) The nonmedical use of prescription drugs is a growing problem in the United States, particularly among teenagers.
(2) According to the Department of Justice's 2009 National Prescription Drug Threat Assessment—
(A) the number of deaths and treatment admissions for controlled prescription drugs (CPDs) has increased significantly in recent years;
(B) unintentional overdose deaths involving prescription opioids, for example, increased 114 percent from 2001 to 2005, and the number of treatment admissions for prescription opioids increased 74 percent from 2002 to 2006; and
(C) violent crime and property crime associated with abuse and diversion of CPDs has increased in all regions of the United States over the past 5 years.
(3) According to the Office of National Drug Control Policy's 2008 Report "Prescription for Danger", prescription drug abuse is especially on the rise for teens—
(A) one-third of all new abusers of prescription drugs in 2006 were 12- to 17-year-olds;
(B) teens abuse prescription drugs more than any illicit drug except marijuana—more than cocaine, heroin, and methamphetamine combined; and
(C) responsible adults are in a unique position to reduce teen access to prescription drugs because the drugs often are found in the home.
(4)(A) Many State and local law enforcement agencies have established drug disposal programs (often called "take-back" programs) to facilitate the collection and destruction of unused, unwanted, or expired medications. These programs help get outdated or unused medications off household shelves and out of the reach of children and teenagers.



# The Secure and Responsible
# Drug Disposal Act of 2010

As DEA worked to promulgate regulations to implement the Act, we have been required to consider:

➢ Public health and safety

➢ Ease and cost of program implementation

➢ Participation by various communities

➢ Diversion Control



# Notice of Proposed Rulemaking for the Disposal of Controlled Substances

➤ **The NPRM on disposal was published in the Federal Register on December 21, 2012**

➤ **Open for a 60-day public comment period / Closed February 19, 2013**

➤ **The Final Rule will be published in the Federal Register upon completion**



# **Doctor Shopping**









# Doctor Shopping: What is it ?

**Practiced by both Individual "Patients Drug Seekers" & Trafficking Organizations**

– Target Physicians
- Obtain prescriptions from multiple physicians
- Physicians who are willing to prescribe controlled substances over an extended period of time with little or no follow-up

– Target Pharmacies
- Utilize multiple pharmacies to fill the orders to avoid suspicion
- Pharmacies known to dispense controlled substances without asking questions are targeted

102

# Doctor Shopping: What is it ?

Los Angeles Times LATIMES.COM

## Prescriptions like candy

### The story of a Duarte doctor makes it clear a lot can go wrong between the handcuffs and the prison time.

SANDY BANKS

We're getting tough on drug dealers in Los Angeles these days, sweeping crack sellers off skid row streets, shutting down marijuana dispensaries, prosecuting doctors who peddle prescriptions like candy to patient addicts.

But the story of Dr. Daniel Healy makes it clear that a lot can go wrong between the handcuffs and the prison time.

Healy, according to prosecutors, is a most prolific drug dealer. In 2008 alone, he illegally distributed enough prescription drugs to constitute the federal government's equivalent of more than 50 kilos of cocaine or 37,000 pounds of marijuana.

The Duarte physician ordered more Vicodin than any doctor in the nation — 1 million pills in 2008. That's 10 times the stockpile of an average pharmacy; more than his local CVS, Wal-Mart, Target and City of Hope pharmacies combined.

According to federal legal briefs, Healy made so many over-the-counter sales from his "Kind Care" medical clinic, the office had its own money-counting machine and Healy pocketed "$3,000 to $6,000 a day."

On the day he was arrested, police pulled over a ghetto street dealer with a wad of cash and pocketful of crack cocaine.

That guy would have received ... years in ... little as f...

Healy ... that a len... was "not ... Dr. Healy ... future cr... to protec... his futur...

Attor... called hi... healer wi... medical ... class com... options f...

The p... ing an in... Monrovi... Drug En... istration ... different...

Healy ... ways: "w... for his cu... more con... [pills] di... clinic to ... could pa... ers often ... cation or ... came qu... legal papers said.

Healy's dealings became so blatant, local pharmacists refused to fill prescriptions he wrote for his patients' prescriptions because they came in so often, involved large quantities of controlled substances and patients tended to pay in cash for the drugs.

Investigators matching his inventory against his pharmacy orders and pre-

...secutors ...ealy is a ...aler.

... couldn't ...96 of the ...he year ...ested. ...l.

...Care clinic ...an a "nar-cotics ... netted him almost $700,000 in one year: "a cash-and-carry narcotics store under the guise of providing legitimate medical treatment."

The prosecutor in the case stopped short of saying he's disappointed when I interviewed him Monday.

"Forty-eight months is a significant sentence, by any measure," said Assistant U.S. Atty. David Herzog.

The felony conviction means Healy will lose his license. "The end result is that this defendant is no longer able to distribute narcotics into the community and never will again."

But 48 months is considerably less than the 210-month minimum term the probation report recommended. It's less, even, than the 57 months Healy's lawyer suggested would be fair.

That's a blow to DEA efforts to crack down on abuse of prescription drugs, which is rising among teens and young adults.

Nearly 7 million Americans are abusing pharmaceutical drugs — up from 3.8 million 10 years ago, and more than the number addicted to cocaine, heroin and hallucinogens. Opiod painkillers — the kind Healy dispensed — cause more overdose deaths than cocaine and heroin combined.

Blatant drug-dealing by doctors is rare. More common is doctor-shopping by patients, thefts from pharmacies, trading meds by addicts and illicit street sales by drug dealers.

That's why Healy's sentence is so disappointing.

Here's a chance to send a message to "well-meaning" doctors like Healy who might be tempted by easy money and to suffering patients who might not realize that the mild-mannered guy with the stethoscope might have more than their well-being in mind.

sandy.banks@latimes.com

The Duarte physician ordered more Vicodin than any doctor in the nation – 1 million pills in 2008. That's 10 times the stockpile of an average pharmacy; more than his local CVS, Wal-Mart, Target, and City of Hope pharmacies combined.

# Illinois Doctor Sentenced to Four Consecutive Life Sentences







Dr. Paul H. Volkman was sentenced in the Southern District of Ohio on February 14, 2012 to four consecutive life sentences and ordered to forfeit $1.2 million. Volkman was convicted on 12 counts of illegal distribution of controlled substances, four of which resulted in a death; one count of conspiracy to distribute controlled substances; four counts of maintaining a drug premise; and one count of possession of a firearm in furtherance of a drug trafficking crime.

From 2003 to 2005, Volkman illegally distributed over 2.5 million dosage units of Schedule II drugs, primarily oxycodone, outside the course of professional practice which resulted in the death of four people. Of the approximate one million practitioner registrants in the United States in 2004, Volkman ranked first in purchases of oxycodone.



# Status of State Prescription Drug Monitoring Programs (PDMPs)



As of July 2013

Source: The National Alliance for Model State Drug Laws (NAMSDL), www.namsdl.com. "Prescription Drug Abuse: Strategies to Stop the Epidemic (2013)"

* The operation of Nebraska's PDMP is currently being facilitated through the state's Health Information Initiative. Participation by patients, physicians, and other health care providers is voluntary.

106

# Potential Red Flags

many customers receiving the same combination of prescriptions

many customers receiving the same strength of controlled substances;

many customers paying cash for their prescriptions;

many customers with the same diagnosis codes written on their prescriptions;

individuals driving long distances to visit physicians and/or to fill prescriptions;

customers coming into the pharmacy in groups, each with the same prescriptions issued by the same physician; and

customers with prescriptions for controlled substances written by physicians not associated with pain management (i.e., pediatricians, gynecologists, ophthalmologists, etc.).



# The Internet



# Domestic ‘Rx’ Flow

1. Consumer in Montana orders hydrocodone on the Internet

6. Pharmacy in Iowa fills order and ships to Consumer via Shipper

4. Order is approved by Physician in New Jersey and returned to Web Company

5. Approved order then sent by Web Company to an affiliated Pharmacy

2. Request goes through Website Server in San Antonio, TX

Web Company (located in Miami, FL) adds request to queue for Physician approval





# Purchases of Hydrocodone by Known and Suspected Rogue Internet Pharmacies
## January 1, 2006 – December 31, 2006

| # | | | City/County | City | State | Zip | Quantity |
|---|---|---|---|---|---|---|---|
| 1 | | | Hillsborough | TAMPA | FLORIDA | 33614 | 15,596,380 |
| 2 | | | Pinellas | CLEARWATER | FLORIDA | 33765 | 9,077,840 |
| 3 | | | Hillsborough | TAMPA | FLORIDA | 33614 | 8,760,876 |
| 4 | | | Baltimore City | BALTIMORE | MARYLAND | 21213 | 5,876,300 |
| 5 | | | Hillsborough | TAMPA | FLORIDA | 33619 | 5,718,200 |
| 6 | | | Jefferson | RIVER RIDGE | LOUISIANA | 70123 | 4,892,900 |
| 7 | | | Hillsborough | TAMPA | FLORIDA | 33634 | 4,733,290 |
| 8 | | | Polk | LAKELAND | FLORIDA | 33813 | 4,564,480 |
| 9 | | | Hillsborough | TAMPA | FLORIDA | 33612 | 4,220,840 |
| 10 | | | Pinellas | CLEARWATER | FLORIDA | 33759 | 3,819,320 |
| 11 | | | Hillsborough | TAMPA | FLORIDA | 33610 | 3,044,160 |
| 12 | | | | | FLORIDA | 33809 | 3,039,490 |
| 13 | | | | | | 70123 | 2,750,000 |
| 14 | | | | | | 34652 | 2,664,120 |
| 15 | | | | | | 33613 | 1,902,900 |
| 16 | | | | | FLORIDA | 33801 | 1,726,020 |
| 17 | | | Hillsborough | TAMPA | FLORIDA | 33612 | 1,619,765 |
| 18 | | | Hillsborough | TAMPA | FLORIDA | 33604 | 1,570,350 |
| 19 | | | Pinellas | TARPON SPRINGS | FLORIDA | 34689 | 1,464,900 |
| 20 | | | Lincoln | DENVER | NORTH CAROLINA | 28037 | 1,402,450 |
| 21 | | | Hillsborough | TAMPA | FLORIDA | 33617 | 1,282,800 |
| 22 | | | Hillsborough | TAMPA | FLORIDA | 33619 | 1,272,860 |
| 23 | | | Polk | LAKELAND | FLORIDA | 33813 | 1,039,400 |
| 24 | | | Pasco | WESLEY CHAPEL | FLORIDA | 33543 | 1,030,050 |
| 25 | | | Iredell | MOORESVILLE | NORTH CAROLINA | 28117 | 902,500 |
| 26 | | | Polk | LAKELAND | FLORIDA | 33815 | 867,800 |
| 27 | | | Broward | HOLLYWOOD | FLORIDA | 33021 | 865,700 |
| 28 | | | Los Angeles | ENCINO | CALIFORNIA | 91436 | 798,100 |
| 29 | | | Hillsborough | TAMPA | FLORIDA | 33604 | 793,350 |
| 30 | | | Pasco | NEW PORT RICHEY | FLORIDA | 34652 | 583,400 |
| 31 | | | Ravalli | FLORENCE | MONTANA | 59833 | 362,000 |
| 32 | | | Hillsborough | TAMPA | FLORIDA | 33619 | 162,000 |
| 33 | | | Broward | DEERFIELD BEACH | FLORIDA | 33441 | 112,600 |
| 34 | | | Hillsborough | TAMPA | FLORIDA | 33614 | 49,600 |
| | | | | | | | 2,899 |

**98,566,711**

Date Prepared: 03/07/2007 Source: ARCOS



# One Internet Case Example
## Minneapolis, Minnesota





# Total Forfeiture:

# $4,370,258.80



# Ryan Haight Online Pharmacy Act: Internet Trafficking a Crime

**21 USC 841(h)(1):  It shall be unlawful for any person to knowingly or intentionally:**

(A) deliver, distribute, or dispense a controlled substance by means of the Internet, except as authorized by this title; or

(B) aid or abet any violation in (A)

113



# Ryan Haight Online Pharmacy Act: Violations

**Automatic Violation of the CSA if any of the following occurs:**

➢ No in-person medical evaluation by prescribing practitioner

➢ Online pharmacy not properly registered with *modified registration.*

➢ Website fails to display required information

114



# Current CSA Registrant Population

## Total Population: 1,500,245

- ➤ **Practitioner** - **1,168,919**
- ➤ **Mid-Level Practitioner** - **232,136**
- ➤ **Pharmacy** - **68,907**
- ➤ **Hospital/Clinic** - **15,921**
- ➤ **Manufacturer** - **545**
- ➤ **Distributor** - **959**
- ➤ **Researcher** - **7,164**
- ➤ **Analytical Labs** - **1,525**
- ➤ **NTP** - **1,319**
- ➤ **ADS Machine** - **564**



# What took the place of internet controlled substance distribution?

Where did it all go?



# Normal Practitioner / Patient Relationship

## Practitioners

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."* **(21 CFR §1306.04(a))**

*United States v Moore  423 US 122 (1975)*

117



# The Florida "Migration": Was this Normal ??

Case: 1:17-md-02804-DAP Doc #: 1962-13 Filed: 07/23/19 24 of 34. PageID #: 424508

Vast majority of the "patients" visiting Florida "pain clinics" came from out-of-state:

- ➢ Georgia
- ➢ Kentucky
- ➢ Tennessee
- ➢ Ohio
- ➢ Massachusetts
- ➢ New Jersey
- ➢ North and South Carolina
- ➢ Virginia
- ➢ West Virginia

118

# THE MIGRATION





Mayo Clinic of Jacksonville

119





"short waits or
we will pay you"

"earn $$$ for
patient referals" (sic)



# When you get in, make sure you follow the Instructions !!





# All the Instructions





# All of your weapons !!!!!!



123

# Including the knives !!!!





124



# Finally, get your script (s) !!



125



# Make sure you pack them properly for the trip home (which is often out of state) !





# Drugs Prescribed

- A 'cocktail' of oxycodone and alprazolam (Xanax®)
- An average 'patient' receives prescriptions or medications in combination

| Schedule II | Schedule III | Schedule IV |
|---|---|---|
| Oxycodone 15mg, 30mg | Vicodin (Hydrocodone) | Xanax (Alprazolam) |
| Roxicodone 15mg, 30mg | Lorcet | Valium (Diazepam) |
| Percocet | Lortab | |
| Percodan | Tylenol #3 (codeine) | |
| Demerol | Tylenol #4 (codeine) | |



# Average Charges for a Clinic Visit

- Price varies if medication is dispensed or if customers receive prescriptions

- Some clinics advertise in alternative newspapers citing discounts for new patients such as 'buy one get one free' or "50% off with this ad"

- Typically, initial office visit is $250; each subsequent visit is $150 to $200

- Average 120-180 30mg oxycodone tablets per visit

128



# Cost of Drugs

- The 'cocktail' prescriptions go for $650 to $1,000

- According to medical experts, most clinics do not require sufficient medical history and tests for proper prescribing of Schedule II substances

- Each oxycodone 30mg tablet costs $1.75 to $2.50 at the clinics
  - On the street in Florida, that pill can be re-sold for $7 to $15
  - Outside of Florida, it can be re-sold for $25 to $30 ($1 per mg)

129



# Explosion of South Florida Pain Clinics



As of June 4, 2010, Florida has received 1,118 applications and has approved 1026
*As of May 14, 2010, Broward 142; Miami-Dade 79; Palm Beach 111



# Explosion of South Florida Pain Clinics – All Providers (Current and Closed)

- All/State of Florida: 1,501

- Broward County: 236

- Miami-Dade County: 156

- Palm Beach County: 161

- Hillsborough County (Tampa area): 214

As of February 12, 2013.



# Where to Find Doctors - Craigslist ??

**\*\*PHYSICIAN NEEDED, START IMMEDIATELY\*\* (WEST PALM BEACH, FLORIDA )**

Date: 2010-03-03, 5:22PM EST
Reply to: job-gekbz-1627117891@craigslist.org [Errors when replying to ads?]

\*\*PHYSICIAN NEEDED, START IMMEDIATELY\*\*

M.D. / D.O. FOR CONTINUING CARE / PAIN MANAGEMENT CENTER

- FULL TIME & PART TIME POSITIONS ARE AVAILABLE – START IMMEDIATELY!
- Experience in Pain Management is preferred but NOT necessary. We will train if needed!
- GREAT Compensation ($12,000+ PER WEEK!!!)
- Position may include Medical Director for facility
- Doctor's need to have their Dispensing License or can obtain one
- Perfect opportunity for a M.D. / D.O. / or Retiree
- Please send resume with salary requirements to: DPerezWPM@Gmail.com
ALL INQUIRES CONTACT: DPerezWPM@Gmail.com OR CALL 561-253-4038

## DOCTOR'S NEEDED (MIAMI)

Date: 2010-02-21, 6:50PM EST
Reply to: doctor247@hotmail.com [Errors when replying to ads?]

CAN EARN OVER $500 DOLLARS AN HOUR
FLEXIBLE HOURS
WEEKDAYS .WEEKENDS OR BOTH
YOU MAKE YOUR OWN SCHEDULE
CONTACT ERIC TEL 305 710-0013
CAN SEND US YOUR CV AT doctor247@hotmail.com

· Location: MIAMI
· Compensation: can earn over $500 dollars an hour
· This is a part-time job.
· Principals only. Recruiters, please don't contact this job poster.
· Phone calls about this job are ok.
· Please do not contact job poster about other services, products or commercial interests.

132



# Why is this happening?

# Its All About Profit





- One case in Florida owner/operator of pain clinic allegedly generated $40 million in drug proceeds
- Houston investigation $41.5 million in assets

134

# Its All About Profit





- Another case in Florida - pain clinic operation paid his doctors:
  - $861,550
  - $989,975
  - $1,031,975
  - $1,049,032
  - $1,225,775





# State of Florida Legislative Actions

- **Effective October 1, 2010**
  - Pain clinics are banned from advertising that they sell narcotics
  - They can only dispense 72-hour supply of narcotics
  - Prohibits the registration of pain clinics unless they are owned by physicians or licensed by non-physicians as a health care clinic

- **Effective July 1, 2011**
  - Clinics must turn over their supply of C-II and C-III controlled substances
  - Clinics are no longer able to dispense these drugs
  - Clinics cannot have ANY affiliation with a doctor that has lost a DEA number



# The Washington Post

## Feds raid Fla. pill mills; arrest docs, owners

By CURT ANDERSON
The Associated Press
Wednesday, February 23, 2011; 5:23 PM

WESTON, Fla. -- U.S. Drug Enforcement Administration agents and local police swept across South Florida on Wednesday making arrests as part of a lengthy undercover operation into illegal pill mills that dispense huge amounts of powerful prescription drugs across the nation.

## The New York Times Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.

February 23, 2011

# Agents Raid Florida Clinics in Drug Crackdown

By DON VAN NATTA Jr.

MIAMI — Drug Enforcement Administration agents and other law enforcement officials on Wednesday raided six South Florida pain clinics accused of illegally dispensing potent prescription drugs across the United States. Twenty-two people, including trafficking charges.

# The Palm Beach Post

Print this page    Close

## 11 arrested in Palm Beach County as part of multi-agency pill mill raid

*In Palm Beach County, the raids focused on five doctors in four pain clinics.*

By CYNTHIA ROLDAN AND MICHAEL LAFORGIA

Palm Beach Post Staff Writers

Updated: 11:20 a.m. Thursday, Feb. 24, 2011
Posted: 9:57 a.m. Wednesday, Feb. 23, 2011

Operators of four crooked pain clinics in Palm Beach County made millions of dollars by peddling pills to patients with trumped up injuries, rewarding themselves with boats, exotic cars and real estate while rates of overdose deaths and drug-dealing soared, state prosecutors alleged in court documents made public Wednesday.

38



**Clinic response to Enforcement Actions & the Florida legislation prohibiting the sale of CS from pain clinics?**

# Buy Pharmacies or Move to Other States!

## Beef prices on the way up

Low cattle supplies, strong foreign demand for U.S. beef help fuel price boost. 1B.

## Preserving pets after death growing popular as an option

Taxidermist Daniel Ross acknowledges it's a controversial topic, but says the owners "aren't weird, they just really love their pets." 3A.

### See news photos of the day on your smartphone

Scan with any QR reader or download the code scanner at scan.mobi. (Available on nearly every U.S. smartphone.)



Powered by



0 5

Crossword, Sudoku 5D
Editorial/Forum 6-7A
Market trends 6B
Marketplace Today 5D
State-by-state 7A
TV listings 6D

©COPYRIGHT 2012 USA TODAY, a division of Gannett Co., Inc.
Home Delivery, customer service
1-800-872-0001
www.usatodayservice.com

## USA TODAY Snapshots®

### A bite into dental costs
Average out-of-pocket costs Americans say they pay for dental procedures:



| | Insured | | | Uninsured | |
|---|---|---|---|---|---|
| Implant | Bridge | Root canal | Implant | Bridge | Root canal |
| $2,825 | | | $3,938 | | |
| | | | | $2,698 | |
| $1,479 | | | | | $1,201 |
| | $593 | | | | |

Source: Consumer Reports

By Rachel Huggins and Karl Gelles, USA TODAY

---

cartoonish persona, self-promotion and a criminal record of pump-and-dump stock fraud.

The former computer hacker is the principle figure behind Megaupload, which U.S. prosecutors charge was a global empire that reaped a mega-fortune from illegal digital distribution of movies, songs and other copyright works.

In a New Zealand jail awaiting extradition to the USA on charges of racketeering, money-

Dotcom's flamboyant life of riches and creating one of the Web's most popular and controversial sites — a site that came into the government's cross-hairs two years ago after a complaint from the Motion Picture Association of America.

In the days after Dotcom's arrest, the case has triggered an angry response from the hacker

Please see COVER STORY next page ▶

---

# Dealers creative in oxycodone bid

### They try to open pharmacies after Florida targets pill mills

By Donna Leinwand Leger
USA TODAY

Drug dealers are finding new ways around new laws that cracked down on "pill mills" that dispense powerful painkillers such as oxycodone.

In Florida, hundreds of people rushed to open pharmacies after the state barred doctors from dispensing narcotics directly from their offices and forced patients to fill their prescriptions at pharmacies. Many moved their operations to avoid tighter state police and federal agency scrutiny.

"Traffickers adapt to situations," says Mark Trouville, special agent in charge of the Drug Enforcement Administration's field offices in Florida. "We knew once we put pressure on the pill mills, the wrong people would start opening pharmacies."

Florida was the nation's center of prescription-painkiller distribution until the state enacted laws last year aimed at pill mills — clinics where doctors perform cursory examinations on people with dubious injuries and dispense addictive painkillers.

Since then, the number of Florida doctors among the nation's top 100 oxycodone-purchasing physicians has fallen to 13 from 90 in 2010, DEA Special Agent David Melenkevitz says.

Applications for non-chain pharmacies jumped about 80% in 2011 — to 381 — from a typical year before the crackdown, Trouville says.

> "Traffickers adapt to situations," says Mark Trouville, Special Agent in charge of the Drug Enforcement Administration's field offices in Florida. "We knew once we put pressure on the pill mills, the wrong people would start opening pharmacies.

Administration
By Julie Snider, USA TODAY

register with the DEA and be able to dispense controlled substances, buy drugs that require a prescription. The DEA can take action if an applicant has been convicted of a drug-related felony or find a connection to a broader activity that poses a threat to health and safety.

The pharmacy applicants receiving applications in 2011, "They feel the squeeze," he says.

Reputable pharmacies are wary of oxycodone and refuse to sell the pills to people recruited by dealers to get prescriptions filled, he says. "They're not selling Advil and aspirin," Trouville says, "nothing but an empty bulletproof window."

Many applicants turned down in Florida try their luck in Georgia, says Harry Allen, director of the DEA's Atlanta Diversion and Narcotics Agency.

Of new non-chain drugstore applications, about 95% have some connection to Florida, he says.

"The people come completely out of left field without any pharmacy background and open a pharmacy in a sleazy strip mall right down the road from a pain clinic," Allen says. "You do a cursory background on them, and they're living in a doublewide in Pembroke Pines, Fla."

The DEA is working with the state to inspect pharmacies, says Barbara Heath of the DEA's Atlanta field division. She expects problem pharmacies to emerge in North Carolina and Tennessee as they are pushed out of Georgia.

---



"Year of the Woman

since

cember; Gingrich has fallen by 8.

Gingrich fares less well than Texas Paul, who trails Obama by 7 points, 50 former Pennsylvania senator Rick who also trails by 7 points, 51%-44%.

"Gingrich's efforts to win the nomination have set back his effort general election," says political sci Jacobs of the University of Minneso appeal to Tea Party conservatives him out of the mainstream of Americ

The Swing States survey focuses tion's most competitive battleground Florida, Iowa, Michigan, Nevada, N shire, New Mexico, North Carolina, sylvania, Virginia and Wisconsin.

The findings presumably reflect th attacks on Gingrich's temperament by Romney and other prominent from Arizona Sen. John McCain to fo majority leader Bob Dole. The fo speaker has drawn fierce fire since South Carolina primary on Jan. 21 ar the top of national polls.

In Florida, which holds its prim Romney led Gingrich in a Marist Sunday by 15 points, 42%-27%.

Gingrich blamed his fall on neg aired by Romney and his allies. "H policy of carpet bombing his oppone said on Fox News Sunday. "It has an e

Romney, campaigning in Napl Gingrich should "look in the mirro his support has dropped.

Voters in both parties rate Ro than Gingrich on a series of positiv tics.

Nearly six in 10 say Romney has ity and leadership qualities a pre: have; 42% say Gingrich has those o percent call Romney sincere and a say that of Gingrich.

Neither does particularly well whether they understand the pro icans face in their daily lives: 44% veyed say that applies to each.

The survey of 737 registered vo through Saturday has a margin of percentage points.

# MIGRATION OF PAIN CLINICS




141



# Georgia Example: Traditional Pain Management Clinics

**Years prior to 2009-2010: 15-20 legitimate clinics**

➢ Almost all owned by Physicians

➢ Accept insurance, Medicaid, Medicare, etc.

➢ Patients need appointments

➢ Follow pain management guidelines

➢ Patients get a complete physical workup & exam

➢ Use physical therapy, other treatment methods

➢ Prescribed drugs usually include non-narcotics



**Now approximately 125 rogue clinics**

~110-115

~10-15

143



# Georgia Pain Pill Clinics

**In 2012 – approximately 125 rogue clinics owned by non-physicians, and the owners:**

➢ Are from another state

➢ Many are convicted felons

➢ Usually owned or operated a pain clinic in another state.

➢ Have ties to some type of organized crime

➢ If from Florida, left not because of the Florida PMP, but due to new Pain Clinic restrictions and no dispensing

144





Rogue Pain Clinic/Pharmacy Scheme
Flow of Controlled Substances
Manufacturers
DEA Registrants who are authorized to produce and distribute controlled substances. (1330 firms including all manufacturers and wholesale distributors)
Wholesale Distributors
DEA Registrants who are authorized to distribute controlled substances.
Manufacturers
[Re-packagers/Re-labelers]
DEA Registrants who are authorized to package bulk dosage units into consumer-use size packagers and distribute to pharmacies.
Rogue Clinics/ Practitioners
Practitioners
DEA Registered doctors, nurse practitioners, PAs etc,,, who are authorized to issue prescriptions for controlled substances
Drugs Dispensed.
Prescription Issued to Drug Seeker
Brick and Mortar Pharmacies
DEA Registrants who are authorized to dispense controlled substances to individual customers. (66,000 registered pharmacies)
Drug Seekers

# Cutting off the Source of Supply







# First Prong: Increased Enforcement Efforts

➢ Currently 58 operational Tactical Diversion Squads (TDS) throughout the United States (66 total approved).

➢ These TDS enforcement groups incorporate the skill sets of DEA Special Agents, Diversion Investigators, other federal law enforcement, and state and local Task Force Officers.

147



Case: 1:17-md-02804-DAP Doc #: 2815-5 Filed: 10/14/19 149 of 228. PageID #: 424538

# Second Prong: Renewed Focus on Regulatory Oversight

➤ Increased regulatory efforts throughout the U.S. (to include increases in frequency of inspections)

➤ Investigating/Inspecting all new and renewal pharmacy applications submitted in Florida.

➤ Investigating/Inspecting existing pharmacies registrations

148



# We will not arrest our way out of this problem!!!!!

- Enforcement is just as important as….
- Prevention/Education
- Treatment

# Prescription Drug Abuse Prevention Plan

- Coordinated effort across the Federal government

- Four focus areas

  1) Education
  2) Prescription Drug Monitoring Programs
  3) Proper Medication Disposal
  4) Enforcement



EPIDEMIC:
RESPONDING TO AMERICA'S
PRESCRIPTION
DRUG ABUSE CRISIS

2011



# DEA Web-based Resources
## Office of Diversion Control
## www.deadiversion.usdoj.gov



151



# DEA Web-based Resources

## www.DEA.gov





# DEA Web-based Resources

## www.JustThinkTwice.com



153



# DEA Web-based Resources

## www.GetSmartAboutDrugs.com





# Thank You / Questions





# Synthetic Drug Trafficking & Abuse Trends





November 16-17, 2013

Pharmacy Diversion Awareness Conference (PDAC)

Louisville, KY

Alan G. Santos, Associate Deputy Assistant Administrator,
Operations Division, Office of Diversion Control,
U.S. Drug Enforcement Administration

156

# Outline



**<u>Designer Synthetic Drugs:  Defining What They Are</u>**
- ➢ **Synthetic Cannabinoids**
- ➢ **Synthetic Cathinones**
- ➢ **Other Synthetic Compounds**

**<u>Scope of the Problem</u>**
- ➢ **Global Overview of Threat**
- ➢ **U.S. Overview & Experience**

**<u>Control Efforts: Using All the "Tools Available</u>**
- ➢ **State**
- ➢ **Federal**
- ➢ **International**



# Designer Drugs: A Tough Problem

Targeting emerging psychoactive designer synthetic drugs [i.e. synthetic cannabinoids (the synthetic marijuana compounds), synthetic cathinones (the synthetic stimulants), and other emerging synthetic compounds] is a priority for DEA.

## But it's a tough public health & safety challenge!



# Designer Synthetic Drugs: Defining What They Are

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

159



# Designer Drugs Purported as "Legal" Highs

Designer Drugs have rapidly emerged as "legal" alternatives to internationally controlled drugs (such as marijuana, cocaine, methamphetamine, & MDMA) causing similar effects, with the potential to pose serious risks to public health and safety.



# Where did they come from ?

A highly regarded Medicinal Chemist Dr. F. Ivy Carroll and colleagues stated in a recent publication:

*Throughout the drug discovery process, pharmaceutical companies, academic institutions, research institutions, and other organizations publish their studies in scientific journals, books, and patents. This information exchange, which is essential to the legitimate scientific enterprise, can be, and is, used by clandestine chemists who duplicate the technical sophistication used by the research community to manufacture and market a seemingly endless variety of analogs of so-called designer drugs.*



# Where did they come from ?

➢ Substances rejected due to poor therapeutic potential

➢ Scientific literature excavated to identify substances

➢ No industrial or medical use for these substances

➢ Often characterized as being "research compounds"  (the only research being undertaken is to determine their abuse potential for sale to consumer market)





11/27/2013



# Proliferation of Designer Drugs

➢ **Increasingly popular among recreational drug users**

➢ **Internet sales**

➢ **Head shops/Smoke shops**

➢ **Promoted by discussion boards – self studies**

**Armed with medical research and fueled by Chinese factories And YouTube, a band of outlaws has Created a dangerous multibillion-dollar industry**

**Bloomberg Businessweek**

**Fake Pot, Real Profits**

...d with medical research and fueled by Chinese factories and YouTube, a band of outlaws has ...created a dangerous multibillion-dollar industry p58

163

8



# Synthetic Cannabinoids



# Synthetic Cannabinoids

➢ A "cannabinoid" is a class of chemical compounds in the marijuana plant that are structurally related.

➢ "Synthetic cannabinoids" are a large family of chemically unrelated structures functionally (biologically) similar to THC, the active principle of marijuana.

➢ They may have less, equivalent or more pharmacologic (psychoactive) activity than THC.



# Synthetic Cannabinoids

➢ **Synthetic Cannabinoids are sold in retail stores, on the internet, and in "head shops" as "Herbal Incense" or "Potpourri"**

➢ **Smoked alone or as a component of herbal products**

➢ **Abusers report a potent cannabis-like effect**





## Adverse Health Effects

Multiple deaths have been connected to the abuse of these substances alone and with other substances on-board.

| | |
|---|---|
| **Psychological** | **Anxiety, aggressive behavior, agitation, confusion, dysphoria, paranoia, agitation, irritation, panic attacks, intense hallucinations** |
| **Neurological** | **Seizures, loss of consciousness** |
| **Cardiovascular** | **Tachycardia, hypertension, chest pain, cardiac ischemia** |
| **Metabolic** | **Hypokalemia, hyperglycemia** |
| **Gastrointestinal** | **Nausea, vomiting** |
| **Autonomic** | **Fever, mydriasis** |
| **Other** | **Conjunctivitis** |

167



# Synthetic Cannabinoids

➢ **Unregulated and unlicensed industry (many manufacturers)**

➢ **Full disclosure of ingredients typically not present**

➢ **Batch to batch variance (i.e., "Hot Spots")**







# Synthetic Cannabinoids, by State, 2010



Source: NFLIS



# Synthetic Cannabinoids, by State, 2011



Source: NFLIS



# Synthetic Cannabinoids, by State, 2012





# **Synthetic Cathinones**



# Synthetic Cathinones

➢ **Structurally and pharmacologically similar to amphetamine, Ecstasy (MDMA), cathinone, and other related substances.**

➢ **Are central nervous system (CNS) stimulants and have stimulant and psychoactive properties similar to schedule I and II amphetamine type stimulants.**

➢ **Synthetic cathinones are sold in retail stores, on the internet, and in "head shops" as "bath salts", "plant food", or "jewelry cleaner"**



# Adverse Health Effects

Synthetic cathinone users commonly report cardiac, psychiatric, and neurological signs and symptoms with death.

| | |
|---|---|
| **Cardiovascular** | **palpitations, tachycardia, chest pain, vasoconstriction, myocardial infarction** |
| **Psychological** | **Aggressive behavior, anger, anxiety, agitation, auditory and visual hallucinations, depression, dysphoria, empathy, euphoria, fatigue, formication, increased energy, concentration, panic attacks, paranoia, perceptual disorders, restlessness, self-mutilation, suicidal ideation** |
| **Neurological** | **Seizures, tremor, dizziness, memory loss, cerebral edema, headache, lightheadedness** |
| **Musculoskeletal** | **Arthralgia, extremity changes (coldness, discoloration, numbness, tingling), muscular tension, cramping** |
| **Gastrointestinal** | **Abdominal pain, anorexia, nausea, vomiting** |
| **Pulmonary** | **Shortness of breath** |
| **Ear Nose Throat** | **Dry mouth, nasal pain, tinnitus** |





# Synthetic Cathinones

➤ **Like the cannabinoids, unregulated and unlicensed industry (many manufacturers)**

➤ **Full disclosure of ingredients typically not present**

➤ **Significant batch to batch variances (i.e., "Hot Spots")**





# Synthetic Cathinones, by State, 2010





# Synthetic Cathinones, by State, 2011



Source: NFLIS



# Synthetic Cathinones, by State, 2012



# Recent Headlines
# (August 2013)



 Online

News

Home | U.K. Home | **News** | Sport | U.S. Showbiz | Femail | Health | Science | Money | RightMinds | Travel | Columnists

News Home | Arts | Headlines | Pictures | Most read | News Board                                                Login

## Dance drug molly now linked to FOURTH overdose as police fear killer tainted batch has spread throughout East Coast

- Mary 'Shelley' Goldsmith, 19, died August 31 at one of Washington, DC's largest nightclubs
- While toxicology results are pending, the honors student's father admits Shelley was likely on 'molly,' a term for MDMA or ecstacy
- Olivia Rotondo, 20, and Jeffrey Russ, 23, died at New York City's Electric Zoo dance party after taking the drug
- Brittany Flannigan, 19, from New Hampshire, died August 28 after apparently overdosing on MDMA at a Boston concert

○Site ○Web                        [ Search ]



179



# What is "Molly"?

➢ "Molly" – a synthetic designer drug

– Originally - a street name for pure MDMA (Ecstasy)

– Currently -  a street name for a drug, that has the same effects as MDMA



2012/10/



# Other Synthetic Compounds



# Phenethylamines

➢ **Are a class of substances with documented psychoactive and stimulant effects / Includes the '2C series' compounds/ Abused orally and encountered on "blotter paper" and in "dropper bottles" / Possibly mistaken for LSD / Linked to deaths**





# 2C-Phenethylamine Reports, by State, 2010





*DEA Office of Diversion Control*

Source: NFLIS



# 2C-Phenethylamine Reports, by State, 2011





# 2C-Phenethylamine Reports, by State, 2012





# Piperizines

➤ **Have hallucinogenic properties as well as often being referred to as amphetamine-like / Tableted and frequently sold as 'ecstasy' (BZP-TFMPP combination abused to mimic the effects)**







# Methoxamine (MXE)

➢ **Dissociative (mind altering effects) and depression of pain**

➢ **Effects similar to PCP**

➢ **Encountered on designer drug market**

➢ **International increase in ketamine abuse**

➢ **Deaths attributed to the substance**



**Methoxamine** (MXE)
2-(ethylamino)-2-(3-methoxyphenyl)cyclohexanone



PCP



**CBP Photo**

187

32



# Problems with All Synthetic / Designer Drugs

➢ **Marketed to teens and young adults**

➢ **Easily attainable in retail environments and via the internet**



➢ **Unknown ingredient(s)**

➢ **No consistency in manufacturing process**

➢ **Not tested for human consumption / Unknown short & long term effects!!**



➢ **No known dosage – not FDA approved**

➢ **Synergistic effects likely when mixed with other drugs or alcohol**



# Scope of the Problem



# Global Overview of the Threat

**A global problem that constitutes a significant public health threat to many nations !!!**







# Global Synthetic Drug Use



**Of the nations surveyed, 87 % (70 out of 80) indicate that NPS are available in their respective drug markets.**

# Global Synthetic Drug Use





# Number of NPS on Global Markets (2009-2012)





Source: UNODC questionnaire on NPS, 2012

**A total of 251 NPS (including ketamine) were reported to UNODC by 40 countries and territories up to 2012.**

# Number of NPS in Global Markets (2009-2012)

Case 1:17-cr-00686-GAP-DAB Document 74-5 Filed 10/07/11 Page 196 of 228 PageID #:1820546





Source: UNODC questionnaire on NPS, 2012

**At the global level, most reports pertaining to NPS concern synthetic cathinones, with 684 reports, followed by synthetic cannabinoids with 665 reports**



# Trend of NPS Seizures (2009 – 2012)

| NPS group | 2009 | 2010 | 2011 | 2012 |
|-----------|------|------|------|------|
| Synthetic cannabinoids | ↑ | ↑ | ↑ | ↑ |
| Synthetic cathinones | ↑ | ↑ | ↑ | ↔ |
| Ketamine | ↔ | ↔ | ↔ | ↔ |
| Phenethylamines | ↔ | ↑ | ↔ | ↔ |
| Piperazines | ↑ | ↔ | ↔ | ↓ |
| Plant-based substances | ↑ | ↑ | ↑ | ↔ |
| Miscellaneous | - | ↑ | ↑ | ↑ |

↑= Increasing, ↓= Decreasing, ↔ =Stable, - unknown
Source: UNODC questionnaire on NPS, 2012 and ARQ

**Trends for the seven NPS groups fluctuate.**
**Seizures of ketamine, phenethylamines and piperazines stable**
**Rising trends for synthetic cannabinoids, cathinones,**
**and plant-based substances**



# NPS Trafficking Modes



**The mode of trafficking named by most respondents was trafficking by air (30 countries) followed by trafficking by mail (24 countries), without any regional variations.**



# U. S. Overview & Experience

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

198



# United States: Prevalence of Drug and NPS Use Among 12th Graders (2010 – 2011)



Source: data from the MTF Survey 2010-2011
Base: 12th graders %
Question on synthetic cannabinoids was introduced in 2011 for the first time



# Identified Synthetic Compounds in the U.S.

As of October 15, 2013, the U.S. has encountered:

➢ 99 synthetic cannabinoids

➢ 52 synthetic cathinones

➢ 89 other compounds (2C compounds, tryptamines, piperazines, etc.)

## 240 Compounds and Counting !!!!



# 'Spice' makers alter recipes to sidestep state laws banning synthetic marijuana



Rob Ostermaier/Daily Press –   Police show what they suspect is "spice," confiscated during a raid on Outer Edge Gifts in Hampton, Va., on April 5.



# Calls to U.S. Poison Control Centers

**American Association of Poison Control Centers (AAPCC) Reporting**

**Calls to poison control centers for exposures to synthetic marijuana (synthetic cannabinoids)**



**Synthetic Cannabinoids**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

*As of August 31, 2013

202



# Calls to U.S. Poison Control Centers

**American Association of Poison Control Centers (AAPCC) Reporting**

**Calls to poison control centers for exposures to bath salts (synthetic cathinones)**



### Synthetic Cathinones

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

\*As of August 31, 2013



# Public Safety Concerns

➢ Driving Under the Influence of Drugs (DUIDs) with fatalities

➢ Suicides

➢ Homicide-Suicide

➢ Overdoses
   ➢ Emergency Department visits
   ➢ First Responders

➢ Drugs abused to evade drug screens
   ➢ 30-35% of juveniles in drug court tested positive
   ➢ Individuals subjected to routine drug screens
       ➢ Probationer / parolees



# Warning!

Bangor Daily News

Bangor man on bath salts carried assault-style rifle through city, police say

By Nok-Noi Ricker, BDN Staff
Posted July 27, 2011, at 12:50 p.m.

**the man's ex-girlfriend told police at about 7:30 p.m. Tuesday that he had used bath salts and was "stating that people were coming out of his mattress,"**

When Bangor police ... , went into the man's Walter Street apar...

Police searched th... orn found the man on Buck Street a few minut...

"When questioned ...
he stated that the ... d did in fact find an M4 rifle in two pieces wrapped ... e and 18 separate rounds of .223 [caliber] amm...

He did not tell po... said, adding, "we did confiscate the gun."

A local agent of t... ong with Bangor police, interviewed the suspect.

The man was released Tuesday evening. The case is being reviewed for possible state and-or federal charges, Edwards said.

205



# First Responder Encounters

➢ **Altered mental status presents as severe panic attacks, agitation, paranoia, hallucinations, and violent behavior (e.g., self-mutilation, suicide attempts, and homicidal activity). (Spiller** *et al.,* *Clinical Toxicology* **2011)**

– climbing into the attic of the home with a gun to kill demons that were hiding

– breaking all the windows in a house and wandering barefoot through the broken glass

– jumping out of a window to flee from non-existent pursuers; requiring electrical shock (Taser) and eight responders to initially subdue the patient

– repeatedly firing guns out of the house windows at "strangers" who were not there

➢ **Bath salts use tied to three Bangor (Maine) deaths. (Richter,** *JEMS* **2012)**

➢ **Bath salt abuse: new designer drug keeps EMS crews busy nationwide. (Nevin,** *JEMS* **2011)**

206

51



# First Responders (Cont.)

**Drug Endangered Children:**

➢ Leaving a <span style="color:red">2-year-old daughter</span> in the middle of a highway because she had demons (Spiller *et al., Clinical Toxicology* 2011)

➢ A drug-intoxicated couple hallucinated they were being burglarized, began shooting into walls. Officers found weapons in every room, and a paranoid parent huddled inside the bathroom with <span style="color:red">two young children</span> and a loaded .357 Magnum (Macher, *American Jails* 2011)

➢ Northeast PA, couple charged with multiple offenses for stabbing at "90-people living in their walls" with <span style="color:red">5-year old present</span> (*Times-Leader.com*, Mar 21, 2011)



# Synthetic Drug "Manufacturing Facility"?







# Ready to Ship…



210





# Control Efforts: Using all the "Tools" Available







*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

211



# Synthetic Drugs:  U.S. State Controls



- Legislation
- Department of Health
- Pharmacy Board
- Consumer Affairs Dept.



# U.S. Federal Scheduling & Rescheduling Procedures

Placement of a substance into one of the U.S. Federal Controlled Substance Act (CSA) schedules can be done by statute or through the administrative process.

➢ **Statute:** Congress may designate a substance a controlled substance or reschedule a drug within the scheduling hierarchy by passing legislation. This, by far, is the easiest method in which to add, remove or transfer a substance between schedules.

➢ **Administrative Process:** The Attorney General, by rule, (using his administrative authority) to add, remove or transfer a substance between schedules. **The legal definition of control, "…means to add a drug or other substance, or immediate precursor, to a schedule…whether by transfer of another schedule or otherwise". 21 USC 802(5)**



# Federal Temporary Scheduling

➢ Because of the lack of effective legislative controls to combat the synthetic problem early on, federally we looked to temporary scheduling as a solution

➢ Requires an AG finding (delegated down to DEA) that the scheduling of a substance in schedule I on a temporary basis is necessary to avoid an imminent hazard to the public safety

➢ ...and the substance is not listed in any other schedule in Section 21 USC 812 or no exemption or approval is in effect under the FDCA



# Federal Temporary Scheduling
## (Comprehensive Crime Control Act of 1984)

**As set forth under 21 U.S.C 811(h), three factors (4, 5 &6) under the CSA (21 U.S.C. 811(c)) are to be considered in the evaluation**

1. Its actual or relative potential for abuse

2. Scientific evidence of its pharmacological effects

3. The state of current scientific knowledge regarding the substance

4. Its history and current pattern of abuse

5. The scope, duration, and significance of abuse

6. What, if any, risk there is to the public health

7. Its psychic or physiological dependence liability

8. Whether the substance is an immediate precursor of a substance already controlled



# Federal Temporary Scheduling Process

➢ DEA collects information from law enforcement and public health officials regarding encounters and evaluates this information relative to the three factors required for temporary scheduling.

➢ Once sufficient information has been collected, a letter is transmitted from DEA to the U.S. Department of Health & Human Services (DHHS) to communicate intention to temporary schedule [and to verify no active new drug applications (NDAs) or investigations drug applications (INDs) for the proposed substances filed].



# Federal Temporary Scheduling Process

➢ **DEA letter of intent to DHHS, solicits a comment to control these substances within 30 days.  Based on the DHHS response, a "Notice of Intent" can be published in the U.S. Federal Register with a "Final Order" published at minimum 30-days after the "Notice of Intent".**

➢ **As there is no "comment period" provided for temporary scheduling, civil and criminal sanctions applicable to the manufacture, possession, importation, and exportation are effective upon publication of the "Final Order".**



# U.S. Federal Temporary Scheduling Actions to Date Relative to Synthetic Drugs



# U.S. Federal Temporary Scheduling Actions Relative to Synthetic Drugs

**To date, 8 Synthetic Cannabinoids, 3 Synthetic Cathinone, and 3 Phenethylamine Compounds have been controlled or in the process of being controlled**

➤ **5 Cannabinoid Compounds (March 2011 Final Order )**

➤ **3 Cathinone Compounds (October 2011 Final Order )**

➤ **3 Cannabinoid Compounds (May 2013 Final Order )**

➤ **3 Phenethylamine Compounds [i.e. "NBOMe" products (October 2013 Notice of Intent)]**

# U.S. Synthetic Drug Abuse Prevention Act of 2012

On July 9, 2012, the President signed the Synthetic Drug Abuse Prevention Act of 2012 (Public Law 112-144)

➢ **The law controlled 26 compounds into schedule I**





# U.S. Synthetic Drug Abuse Prevention Act of 2012

➢ **Defined the term "Cannabimimetic Agent" [any substance that is a cannabinoid receptor type 1 (CB1 receptor) agonist].**

➢ **Extends the maximum time that DEA may temporarily control a substance.**

➢ **Initial time period for temporary scheduling increased from 12 to 24 months / Extension period increased from 6 months to 12 months.**



# U.S. Synthetic Drug Abuse and Prevention Act 2012

## Cannabinoids

1) AM2201
2) AM694
3) CP-47,497
4) CP-47,497 – C8 homologue
5) JWH-018
6) JWH-073
7) JWH-081
8) JWH-200
9) JWH-019
10) JWH-250
11) JWH-122
12) JWH-203
13) JWH-398
14) SR-19
15) SR-18

## Cathinones

1) Mephedrone
2) MDPV

## Phenethylamines

1) 2C–E
2) 2C–D
3) 2C–C
4) 2C–I
5) 2C–T–2
6) 2C–T–4
7) 2C–H
8) 2C–N
9) 2C–P

*DEA Office of Diversion Control*



# The Way Forward on the International Front

➢ Working to identify major foreign based sources

➢ Working to sensitize partner nations regarding the threat and the need for international controls

➢ Continue to work bilaterally and with international partners to look at coordinating global outreach and cooperation



# The Way Forward on the International Front / CND Resolutions

**Enhancing International Cooperation in the Identification & Reporting of NPS**
*(E/CN.7/2013/L.2/ March 2013)*



United Nations     E/CN.7/2013/L.2/Rev.1

**Economic and Social Council**

Distr.: Limited
14 March 2013

Original: English

**Commission on Narcotic Drugs**
Fifty-sixth session
Vienna, 11-15 March 2013
Agenda item 4
Implementation of the international drug control treaties

Australia, Croatia, El Salvador, Finland, Hungary, Israel, Japan, Mexico, New Zealand, Peru, Russian Federation, Thailand, Turkey, Ukraine, United Kingdom of Great Britain and Northern Ireland and United States of America: revised draft resolution

**Enhancing international cooperation in the identification and reporting of new psychoactive substances**

*The Commission on Narcotic Drugs,*

*Recalling* its resolution 48/1 of 11 March 2005, on promoting the sharing of information on emerging trends in the abuse of and trafficking in substances not controlled under the international drug control conventions,

*Recalling also* its resolution 53/11 of 12 March 2010, on promoting the sharing of information on the potential abuse of and trafficking in synthetic cannabinoid receptor agonists,

*Recalling further* its resolution 53/13 of 12 March 2010 on the use of "poppers" as an emerging trend in drug abuse in some regions,

*Recalling* its resolution 55/1 of 16 March 2012, on promoting international cooperation in responding to the challenges posed by new psychoactive substances,

*Reiterating its concern* at the number of potentially dangerous new psychoactive substances that continue to be marketed as legal alternatives to internationally controlled drugs, circumventing existing controls,

*Concerned* that emerging new psychoactive substances may have effects similar to those of internationally controlled drugs and may pose risks to public health and safety, and noting the need for additional data on the effects of these substances to be collected and shared,

V.13-81852 (E)

 Please recycle



# The Way Forward on the International Front / CND Resolutions

**Major Tenants of Resolution:**

➢ *Encourages* nations to take a comprehensive and coordinated approach to the detection, analysis, and identification of NPS

➢ *Urges* nations to share with one another information on the identification of NPS using, where appropriate, existing national and regional early warning systems and networks

➢ *Urges* nations to include information on the potential adverse impacts and risks to public health and safety of new psychoactive substances through prevention & awareness to counter public perceptions on NPS



# The Way Forward on the International Front / CND Resolutions

**Major Tenants of Resolution (Continued):**

➢ *Encourages* nations, and relevant international institutions, to share and exchange ideas, best practices, and experiences regarding new laws, regulations and restrictions, to attack the NPS issue

➢ *Urges* the UNODC to continue to develop a voluntary electronic portal for national forensic and/or drug testing laboratories to enable timely and comprehensive sharing of information on NPS (an early warning system)



# Thank You