# EXHIBIT 10

# PAIN CLINICS OR PILL MILLS?
# WHAT'S A PHARMACIST TO DO?

**William T. Winsley, M.S., R.Ph.**

**bbw Consulting, LLC**

**bbwconsulting@columbus.rr.com**

CONFIDENTIAL

WAGMDL00441398

# WHAT'S COMING?

1) **Is there a problem?**

2) **Why should pharmacists be concerned?**

3) **We'll cover as many case studies as we have time for.**

4) **We'll close with ways to differentiate a pill mill from a pain management clinic.**

CONFIDENTIAL

WAGMDL00441399

# IS THERE A PROBLEM?

# MORE TO THE POINT – IS THERE ANY DOUBT?

CONFIDENTIAL

WAGMDL00441400

# Top Ten Doctor Shoppers
# 2011



**# Pharmacies**

**# Prescribers**

**Source: Ohio Automated Rx Reporting System**

CONFIDENTIAL

WAGMDL00441401

# Top Ten Doctor Shoppers
# 2011 – CII ONLY



**Source: Ohio Automated Rx Reporting System**

CONFIDENTIAL

WAGMDL00441402

# Top Ten Patients
# with Multiple Prescribers
# for Tramadol: 2007 – 2011



**Source: Ohio Automated Rx Reporting System**

CONFIDENTIAL

WAGMDL00441403

# WHY SHOULD PHARMACISTS BE CONCERNED?

# OR – DID YOU NOT PASS YOUR JURISPRUDENCE EXAM?

CONFIDENTIAL

WAGMDL00441404

# 4729-5-21 OAC & 1306.04 CFR

**(A) A prescription, to be valid, must be issued for a legitimate medical purpose by an individual prescriber acting in the usual course of his/her professional practice. The responsibility for the proper prescribing is upon the prescriber, but a corresponding responsibility rests with the pharmacist who dispenses the prescription.  An order purporting to be a prescription issued not in the usual course of bona fide treatment of a patient is not a prescription and the person knowingly dispensing such a purported prescription, as well as the person issuing it, shall be subject to the penalties of law.**

CONFIDENTIAL

WAGMDL00441405

# IN OTHER WORDS-

➢ **THE PHARMACIST IS RESPONSIBLE FOR WHAT HE/SHE KNEW <u>OR SHOULD HAVE KNOWN</u> ON EVERY RX FILLED.**

➢ **"CORRESPONDING" MEANS "EQUAL"**

CONFIDENTIAL

WAGMDL00441406

# DUR REQUIREMENT

**(1) <u>Over-utilization or under-utilization</u>;**

**(2) Therapeutic duplication;**

**(3) Drug-disease state contraindications;**

**(4) Drug-drug interactions;**

**(5) <u>Incorrect drug dosage</u>;**

**(6) Drug-allergy interactions;**

**(7) <u>Abuse/misuse</u>;**

**(8) Inappropriate duration of drug treatment;**

**(9) Food-nutritional supplements-drug interactions.**

CONFIDENTIAL

WAGMDL00441407

# SOCIETAL DUTY

➢ **Pharmacists have a covenant with society.**

➢ **Society allows us to practice, but we have a return duty to protect them from harm.**

➢ **Does contributing to abuse of drugs cause harm?????? Even if "only" due to neglect?**

CONFIDENTIAL

# CASE STUDIES

# THOSE WE HAVE TIME FOR, ANYWAY.

CONFIDENTIAL

WAGMDL00441409

# Duties of the Ohio Board of Pharmacy

- ➢ **Licensing/Administrative Agency**
- ➢ **Law Enforcement Agency**

**Enforcement Responsibility – ORC Chapters**
**2925. – Criminal Drug Laws**
**3715. – Food & Drug Laws**
**3719. – Controlled Substance Laws**
**4729. – Pharmacy/Dangerous Drug Laws**

CONFIDENTIAL

WAGMDL00441410

# PILL MILLS –

## Case study about an Ohio doctor:

CONFIDENTIAL

WAGMDL00441411

# PILL MILLS – FLORIDA, GEORGIA, & OHIO

## Case study about an Ohio drug ring and their trips to Florida

CONFIDENTIAL

WAGMDL00441412

# E-MAIL TO ALL OHIO LICENSED PHARMACISTS

**On March 24, 2009, the Ohio State Board of Pharmacy sent out the following e-mail to every pharmacist licensed by the Board:**

CONFIDENTIAL

WAGMDL00441413

# 3/24/2009 E-MAIL

**The Ohio Board of Pharmacy has noticed a significant volume of prescriptions from physicians in Florida and is seeking more information.  The physicians are primarily located in Ft. Lauderdale, Boca Raton, or Hollywood, Florida, but they are prescribing for patients from Ohio and Kentucky. Several, but not all, of the physicians are associated with the "American Pain Clinic LLC."**

CONFIDENTIAL

WAGMDL00441414

# 3/24/2009 E-MAIL

**The prescriptions are written for oxycodone 15 or 30 mg, Roxicodone 15 or 30 mg, Xanax 2 mg, Soma 350 mg, and Percocet 10/325 mg.  These patients are generally 20-55 years old and usually pay cash.**

CONFIDENTIAL

WAGMDL00441415

# 3/24/2009 E-MAIL

**If you see any of these prescriptions for individuals other than those few "snowbirds" who are part of your regular patient base, please contact Agent Bill Padgett at (###-###) <u>as soon as possible.</u>**

CONFIDENTIAL

WAGMDL00441416

# 3/24/2009 E-MAIL

**Remember, before filling any prescription, the pharmacist must take into consideration 4729-5-30, OAC, Manner of issuance of a prescription; and 4729-5-21, OAC, Manner of processing of a prescription.  These rules state, in part:**

CONFIDENTIAL

WAGMDL00441417

# 3/24/2009 E-MAIL

**A prescription to be valid must be issued for a <u>legitimate medical purpose</u> by an individual prescriber in the usual course of his/her professional practice.  The responsibility for the proper prescribing is upon the prescriber, but a corresponding responsibility rests with the pharmacist who dispenses the prescription.  An order purporting to be a prescription issued not in the usual course of bona fide treatment of a patient is not a prescription and the person knowingly dispensing such a purported prescription, as well as the person issuing it, shall be subject to the penalties of law.**

CONFIDENTIAL

WAGMDL00441418

# 3/24/2009 E-MAIL

**In many of these cases, we are wondering how the term "legitimate medical purpose" applies when a patient who is supposedly in severe pain can ride to Florida and back to receive treatment when we have excellent facilities in Ohio.**

CONFIDENTIAL

WAGMDL00441419

# 3/24/2009 E-MAIL

**If you decide in your professional judgment not to fill the prescription and are comfortable keeping the original prescription, please do so if you can.  Advise the individuals that they must contact Agent Padgett regarding their prescriptions and provide them with his telephone number.  If you are not comfortable keeping the prescription, then at a minimum, please copy the prescription, return it to the individual, and contact Agent Padgett ASAP.**

CONFIDENTIAL

WAGMDL00441420

# 3/24/2009 E-MAIL

**If you have already filled such prescriptions, please contact Agent Padgett at (e-mail) or (###-####). Based on some of the cases we have already found, this may be a coordinated effort to obtain drugs and we are trying to develop a list of the people involved.**

CONFIDENTIAL

WAGMDL00441421

# RESULTS?

**Overwhelming!**

**In the first three days after the e-mail, over 300 calls, faxes, and e-mails BURIED the one agent noted on the Board's e-mail.**

**AND THEY CONTINUED TO COME IN!**

CONFIDENTIAL

WAGMDL00441422

# RESULTS?

**One day, he got a call from a pharmacy in his hometown, telling him that a Florida RX had just been presented.**

**He immediately went to the pharmacy, interviewed the "patient" who ended up telling the whole story.**

CONFIDENTIAL

# HAPPY ENDING?

➢ **6 people (including a police officer) ended up pleading guilty to multiple felonies, including drug trafficking.**

➢ **They all went to prison for varying lengths of time.**

➢ **The group CLEARED around $50,000 per month by selling their drugs.**

CONFIDENTIAL

WAGMDL00441424

# HAPPY ENDING?

**44 yo wm – leader**

**43 yo wf**

**38 yo wf**

**46 yo wf**

**47 yo wf**

**46 yo wm (brother of "leader")**

**It started in Florida. Now they're coming to Georgia – and elsewhere.**

CONFIDENTIAL

WAGMDL00441425

# IS IT ALL JUST PILL MILLS?

# HOW ABOUT THE INTERNET?

# Case study on one Ohio pharmacy-

CONFIDENTIAL

WAGMDL00441426

➢**CORRESPONDING RESPONSIBILITY**

➢**DUR**

➢**SOCIETAL DUTY**

# PHARMACISTS CAN AND MUST DO THEIR PART.

CONFIDENTIAL

WAGMDL00441427

# BUT HOW CAN I TELL IT'S A PILL MILL?

# LET ME COUNT THE WAYS!!!!

CONFIDENTIAL

WAGMDL00441428

# DO LEGITIMATE PAIN MANAGEMENT CLINICS ADVERTISE LIKE THIS?

CONFIDENTIAL

WAGMDL00441429

# FINALLY-

# What are some pill mill characteristics?

CONFIDENTIAL

WAGMDL00441430

# THANK YOU FOR ALLOWING ME TO BE HERE.

CONFIDENTIAL

WAGMDL00441431