# EXHIBIT 13



**The United States Department of Justice**

# Drug Enforcement Administration



## Prescription Drug Trafficking Trends, Synthetic Drugs and Methamphetamine

American Society of Interventional Pain Physicians

Crystal City, Virginia
June 9, 2012

**Joseph Rannazzisi**
**Deputy Assistant Administrator**
**DEA Office of Diversion Control**

CONFIDENTIAL

CAH_MDL2804_02448227

# Disclosure Information

I have no financial relationships to disclose

AND

I will not discuss off-label use and/or investigational drug use in my presentation

CONFIDENTIAL

CAH_MDL2804_02448228

- **Responding to America's Prescription Drug Abuse Crisis**

- *"When Two Addictions Collide"*

CONFIDENTIAL

CAH_MDL2804_02448229

"In 2007, approximately 27,000 unintentional drug overdose deaths occurred in the United States, one death every 19 minutes. Prescription drug abuse is the fastest growing drug problem in the United States."*

*CDC Grand Rounds: Prescription Drug Overdoses-a U.S. Epidemic
Morbidity and Mortality Weekly Report January 13, 2012/Vol.61/No.1

CONFIDENTIAL

# Number of unintentional drug overdose deaths involving opioid analgesics, cocaine, and heroin — United States, 1999–2007



**Source:** National Vital Statistics System. Multiple cause of death dataset. Available at http://www.cdc.gov/nchs/nvss.htm

Drug Enforcement Administration, Office of Diversion Control,
Office of the Deputy Assistant Administrator

CONFIDENTIAL
CAH_MDL2804_02448231

# Legend Drugs v. Controlled Substances

CONFIDENTIAL

CAH_MDL2804_02448232

# Prescription Requirements

|  | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| Written | Yes | Yes | Yes | Yes |
| Oral | Emergency Only* | Yes | Yes | Yes |
| Facsimile | Yes** | Yes | Yes | Yes |
| Refills | No | Yes# | Yes# | Yes# |
| Partial Fills | Yes*** | Yes | Yes | Yes |

\*　　Must be reduced in writing, and followed by sign, hard copy of the prescription.
\*\*　　A signed, hard copy of the prescription must be presented before the medication is dispensed.
\*\*\*　72 hour time limitation.
\#  With medical authorization, up to 5 in 6 months.

CAH_MDL2804_02448233

# Prescription drug epidemic?
# How did we get to this point?

CONFIDENTIAL

CAH_MDL2804_02448234

# The 1960/70s/80s



Uppers - Dexedrine



Downers - Seconal



Meprobamate





Hydromorphone

Oxycodone/APAP



"Ts and Blues"





"Fours and Doors"

CAH_MDL2804_02448235

Case: 1:17-md-02804-DAP Doc #: 2816-3 Filed: 10/14/19 11 of 188. PageID #: 424984

# The 1990s
## OxyContin



CAH_MDL2804_02448236



Inadequate Pain Control

CONFIDENTIAL

CAH_MDL2804_02448237

Case: 1:17-md-02804-DAP  Doc #: [illegible]  Filed: [illegible]  Page 13 of 188

# Commonly Abused Controlled Pharmaceuticals

**Carisoprodol**

 

C-IV as of 1/11/2012

**CYCLOBENZAPRINE (FLEXERIL)**



**Hydrocodone**



OxyContin 80mg



Oxymorphone

 

**Oxycodone 30 mg**



| C-IV | PHARMACIA & UPJOHN | P. 2294 |
| --- | --- | --- |
| 29* 0.25 mg | 55* 0.5 mg | 90* 1 mg |
| | 94* 2 mg | |

Xanax (Alprazolam)
Photo from the Physicians Desk Reference

**Alprazolam**

CONFIDENTIAL

CAH_MDL2804_02448238

# Direct to consumer advertising

CONFIDENTIAL

CAH_MDL2804_02448239

# The Perfect Storm

- **Industry is producing a wider variety of controlled substance pharmaceuticals and practitioners are prescribing more.**

- **Use of Medicare / Medicaid or insurance to fund drug habits**

- **Information / Electronic era**



Orlando, FL • April 10-12, 2012
NATIONAL
RX DRUG ABUSE
SUMMIT

CONFIDENTIAL

CAH_MDL2804_02448240

# The Controlled Substances Act

# Checks and Balances





# The Flow of Pharmaceuticals



QUOTAS

21 USC 823(c)(1)
21 USC 823(d)(1)
21 CFR 1301.71

21 USC 823(b)(1)
21 USC 823(e)(1)
21 CFR 1301.71
21 CFR 1301.74
(Suspicious Orders)

CONFIDENTIAL
CAH_MDL2804_02448242

# Checks and Balances of the CSA
# and the Regulatory Scheme

- **<u>Distributors</u> of controlled substances**

*"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."* (21 CFR § 1301.74)



CAH_MDL2804_02448243

# Checks and Balances
# Under the CSA

- **<u>Practitioners</u>**

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."* **(21 CFR § 1306.04(a))**

*United States v Moore* **423 US 122 (1975)**



CONFIDENTIAL
CAH_MDL2804_02448244

# Checks and Balances
# Under the CSA

- **<u>Pharmacists</u> – The Last Line of Defense**

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription."* (21 CFR § 1306.04(a))



CAH_MDL2804_02448245

# What can happen when these checks and balances collapse and diversion occurs?



CAH_MDL2804_02448246

# Large-Scale Diversion

- **In 2009, the average purchase for all oxycodone products for all pharmacies in US – 63,294 d.u.**

- **In 2010, the average was – 69,449 d.u.**

- **In 2009, the average purchase for all oxycodone products for the top 100 pharmacies in Florida – 1,226,460 d.u.**

- **In 2010, the average was – 1,261,908 d.u.**



CAH_MDL2804_02448247

# Purchases of Oxycodone 30mg

- In 2009,  44% of all oxycodone 30mg products were distributed to Florida

- In 2010,  43% of all oxycodone 30mg products were distributed to Florida



CONFIDENTIAL

# Drug Dealers Masquerading as Doctors

## Paul Volkman, Chicago Doctor, Gets 4 Life Terms In Drug Overdose Case



ANDREW WELSH-HUGGINS  02/14/12 06:45 PM ET Associated Press

COLUMBUS, Ohio — A Chicago doctor who prosecutors say dispensed more of the powerful painkiller oxycodone from 2003 to 2005 than any other physician in the country was sentenced Tuesday to four life terms in the overdose deaths of four patients.

Dr. Paul Volkman made weekly trips from Chicago to three locations in Portsmouth in southern Ohio and one in Chillicothe in central Ohio before federal investigators shut down the operations in 2006, prosecutors said. He was sentenced in federal court in Cincinnati.

"This criminal conduct had devastating consequences to the community Volkman was supposed to serve," Assistant U.S. Attorneys Adam Wright and Tim Oakley said in a court filing ahead of Tuesday's hearing.

"Volkman's actions created and prolonged debilitating addictions; distributed countless drugs to be sold on the street; and took the lives of numerous individuals who died just days after visiting him," they said. The 64-year-old Volkman fired his attorneys earlier this month and said he acted at all times as a doctor, not a drug dealer.

"The typical drug dealer does not care how much drugs a client buys, how often he buys, or what he does with his drugs," Volkman said in a 28-page handwritten court filing Monday, maintaining that he did all those things and more for his patients.



 CAH_MDL2804_02448249

# Los Angeles Times

LATIMES.COM

# Prescriptions like candy

## The story of a Duarte doctor makes it clear a lot can go wrong between the handcuffs and the prison time.

**SANDY BANKS**



We're getting tough on drug dealers in Los Angeles these days, sweeping crack sellers off skid row streets, shutting down marijuana dispensaries, prosecuting doctors who peddle prescriptions like candy to patient addicts.

But the story of Dr. Daniel Healy makes it clear that a lot can go wrong between the handcuffs and the prison time.

Healy, according to prosecutors, is a most prolific drug dealer. In 2008 alone, he illegally distributed enough prescription drugs to constitute the federal government's equivalent of more than 50 kilos of cocaine or 37,000 pounds of marijuana.

The Duarte physician ordered more Vicodin than any doctor in the nation — 1 million pills in 2008. That's 10 times the stockpile of an average pharmacy; more than his local CVS, Wal-Mart, Target and City of Hope pharmacies combined.

According to federal legal briefs, Healy made so many over-the-counter sales from his "Kind Care" medical clinic, the office had its own money-counting machine and Healy pocketed "$3,000 to $6,000 a day."

On the day he was arrested, police pulled over a ghetto street dealer with a wad of cash and pocketful of crack cocaine.

That guy would have received a mandatory five years in prison for selling as little as five grams of crack.

Healy's lawyer argued that a lengthy term in jail was "not necessary to deter Dr. Healy from engaging in future criminal conduct, or to protect the public from his future criminal acts."

Attorney Roger Rosen called his client a "gifted healer who provided quality medical care" to a working-class community with few options for affordable care.

The prosecutors, drawing an investigation by Monrovia police and the Drug Enforcement Administration, painted a far different picture.

Healy operated in two ways: "writing prescriptions for his customers to fill, or more commonly by selling [pills] directly from his clinic to any customers who could pay." Those customers often dealt the medication on the streets and came quickly back for more, legal papers said.

Healy's dealings became so blatant, local pharmacists refused to fill prescriptions he wrote for his patients' prescriptions because they came in so often, involved large quantities of controlled substances and patients tended to pay in cash for the drugs.

Investigators matching his inventory against his pharmacy orders and pre-



**DOCTOR:** Prosecutors say Daniel J. Healy is a prolific drug dealer.

scription records couldn't account for 890,296 of the pills he ordered the year before he was arrested, court papers said.

Healy's Kind Care clinic was little more than a "narcotics mill" that netted him almost $700,000 in one year: "a cash-and-carry narcotics store under the guise of providing legitimate medical treatment."

The prosecutor in the case stopped short of saying he's disappointed when I interviewed him Monday.

"Forty-eight months is a significant sentence, by any measure," said Assistant U.S. Atty. David Herzog.

The felony conviction means Healy will lose his license. "The end result is that this defendant is no longer able to distribute narcotics into the community and never will again."

But 48 months is considerably less than the 210-month minimum term the probation report recommended. It's less, even, than the 57 months Healy's lawyer suggested would be fair.

That's a blow to DEA efforts to crack down on abuse of prescription drugs, which is rising among teens and young adults.

Nearly 7 million Americans are abusing pharmaceutical drugs — up from 3.8 million 19 years ago, and more than the number addicted to cocaine, heroin and hallucinogens. Opiod painkillers — the kind Healy dispensed — cause more overdose deaths than cocaine and heroin combined.

Blatant drug-dealing by doctors is rare. More common is doctor-shopping by patients, thefts from pharmacies, trading meds by addicts and illicit street sales by drug dealers.

That's why Healy's sentence is so disappointing.

Here's a chance to send a message to "well-meaning" doctors like Healy who might be tempted by easy money and to suffering patients who might not realize that the mild-mannered guy with the stethoscope might have more than their well-being in mind.

sandy.banks@latimes.com

CAH_MDL2804_02448250

# Burden on the health care delivery system

CONFIDENTIAL

CAH_MDL2804_02448251



# What is the Societal Damage?

CONFIDENTIAL

CAH_MDL2804_02448252

# *2009   Current Users   2010*

ANY ILLICIT DRUG:
21.8 million
(8.7% of population)

MARIJUANA: 16.7 million

PSYCHOTHERAPEUTIC
DRUGS:  7 million

COCAINE: 1.6 million

Hallucinogens: 1.3 million

METHAMPHETAMINE:  502,000

ANY ILLICIT DRUG:
22.6 million
(8.9% of population)

MARIJUANA: 17.4 million

PSYCHOTHERAPEUTIC
DRUGS:  7 million

COCAINE: 1.5 million

Hallucinogens: 1.2 million

METHAMPHETAMINE:  353,000



Source: 2009 & 2010 NSDUH

CONFIDENTIAL
CAH_MDL2804_02448253

# Prescription Drug Abuse

More Americans abuse prescription drugs than the number of:

Cocaine, Hallucinogen, Heroin, and Inhalant abusers

COMBINED!!!



CONFIDENTIAL

CAH_MDL2804_02448254

# *Scope and Extent of Problem*



Source: 2004, 2007, 2008, 2009, 2010 National Survey on Drug Use and Health

CONFIDENTIAL

# Percentage of Past Month Nonmedical Use of Psychotherapeutics by Age, 2003-2009



Source: National Survey on Drug Use and Health



Violence

CONFIDENTIAL



Office of Diversion Control

CONFIDENTIAL                                                                                            CAH_MDL2804_02448258

# Violence Related to Controlled Substance Pharmaceuticals





CONFIDENTIAL

CAH_MDL2804_02448259

# Newsday

photo gallery

Long Island

# Robbery suspect, federal agent killed in Seaford

A robbery suspect and a federal agent who had dropped by to pick up a prescription for his ailing father both died of gunshot wounds Dec. 31, 2011, after police struggled with the suspect in the doorway of a Seaford pharmacy.

**Be the first to rate:** ★ ★ ★ ★  Click to rate

## Related



Nassau
Cops: Fatal shooting at Seaford drugstore



Nassau police respond to the scene of a

Nassau police respond to the scene of a shooting Saturday at Charlie's Family Pharmacy, 3931 Merrick Rd., in Seaford. (Dec. 31, 2011) Photo Credit: Kevin P. Coughlin



# Newsday

## GO MOBILE!

CAH_MDL2804_02448260

# Westchase teachers learn a lesson: Say 'no' to mints in pill bottles



One of the mint-filled pill bottles distributed to some fourth graders at Westchase Elementary.

By JOSÉ PATIÑO GIRONA | The Tampa Tribune
Published: February 8, 2010

What two fourth-grade teachers at Westchase Elementary School apparently thought was a creative way to calm students about to take the FCAT made at least one caregiver fear the teachers were sending a different message – that taking drugs while under stress is OK.

Sandy Young walked into her grandson's fourth-grade classroom last Thursday and saw pill bottles on each students' desk. Her mind raced with questions and thoughts of disbelief.

Young said she immediately questioned Westchase Elementary fourth-grade teacher Beth Watson about the pill bottles, which were filled with pieces of small mint candy.

"She said it was nothing but some mints; it was just something special for the kids, for the FCAT to mellow them out," Young said.

Young said she was shocked and speechless and walked out of the room when Watson started the students on a math assignment.

Young said the pill bottles go against the lessons of teaching children to say no to drugs.

"We turn around and we have our teachers giving them drugs," said Young, 60, of Tampa. "I don't care if it's mints or not. ... If it's in a prescription bottle, it's a drug."

Young said the bottle reads in part: "Watson's Whiz Kid Pharmacy. Take 1 tablet by mouth EVERY 5 MINUTES to cure FCAT jitters. Repeated use may cause craft to spontaneously ooze from pores. No refills. Ms. (Deborah) Falcon's authorization required."

The school received one complaint since pill bottles were distributed on Thursday, said Linda Cobbe, a school district spokeswoman. It's believed only two fourth-grade teachers at the school distributed the pill bottles.

The principal met with the students on Monday to confirm the pill bottles contained mints that were safe to eat. The students were asked to dump the mints in a separate container and the pill bottles were thrown away, Cobbe said.

She said the bottle idea was tied to the children's book the students recently read, "George's Marvelous Medicine," about a boy who concocts potions to try to change the disposition of his cranky grandmother.

The teachers were just trying to use a creative way to get across to the students not to be stressed with the FCAT writing examination that will be administered to fourth-, eighth- and 10th-graders beginning today, Cobbe said.

"Elementary teachers do creative things to make learning fun," Cobbe said.

The teachers won't be disciplined, and it wasn't their intention to promote drug use, Cobbe said.

"I know that is not the intent of the teachers," Cobbe said. "That is not the outcome they would wish for."

Young said her grandson has been at Westchase Elementary for a year, and she hasn't had any complaints. But this experience has soured her.

It concerns her that now someone might hand her grandson a pill bottle with drugs and he might think it's OK to consume its contents.

"We as parents and grandparents have to drill it into them that this is unacceptable and hope and pray that they don't accept drugs from someone else," Young said.

CONFIDENTIAL

# Past Year Initiates for Specific Drugs
# Persons Aged 12 or Older 2010



Avg. 5,490 persons per day
initiating with pain relievers

CONFIDENTIAL

# *New Initiates 2010 - 12 years and older*



# Emergency Room Data 2004-2009

- <u>Increase of 98.4%</u>: ER visits attributable to pharmaceuticals alone
  (*i.e.*, with no other type of drug or alcohol) (627,291 to 1,244,679)

  - No Significant Change: ER visits attributable to cocaine, heroin, marijuana, or methamphetamine

- Rx Drugs most frequently implicated:
  - **Opiates/Opioids pain relievers**

    - Oxycodone products     242.2% increase
    - Hydrocodone products  124.5% increase
    - Fentanyl products         117.5% increase
  - **Insomnia or Anti-Anxiety medications**

    - Zolpidem       154.9% increase
    - Alprazolam   148.3% increase
    - Clonazepam  114.8% increase

  - **Carisoprodol 100.6% increase**

  - For patients aged 20 and younger misuse/abuse of pharmaceuticals increased 45.4%
  - For patients aged 20 and older the increase was 111%

SOURCE: The DAWN Report, *Highlights of the 2009 Drug Abuse Warning Network (DAWN) Findings on Drug-Related Emergency Department Visits*, December 28, 2010

# Poisoning Deaths:
# Opioid Analgesics



Source: CDC/NCHS, National Vital Statistics System

CONFIDENTIAL

CAH_MDL2804_02448265

# *Number of Forensic Cases*
# *2001-2010*



CONFIDENTIAL

# National Poison Data Center
## Number of U.S. Poison Exposure Case Mentions
### 2004 – 2008



Source: American Association of Poison Control Centers (AAPCC) Annual Reports, 2004-2008

CONFIDENTIAL



# *Statistical Perspective*

## The U.S. Population Grows at a Rate of Less Than 1% Per Year!

Source: U.S. Census Bureau

CONFIDENTIAL

# Sources of Information and Risks

| % Learned a lot about risks of drugs from… | 1998 | 2004 | 2005 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| School | 41 | 42 | 38 | 37 | 44 | 39* |
| Parents | 26 | 28 | 28 | 29 | 35 | 31 |
| TV Commercials | 17 | 36 | 26 | 31 | 31 | 26* |
| The Internet | 11 | 23 | 22 | 25 | 29 | 29 |
| Websites like YouTube | NA | NA | NA | NA | 14 | 17* |

\* = Significant at the .05 level vs 2008

Source: Partnership for Drug Free America, March 2, 2010

CONFIDENTIAL

CAH_MDL2804_02448269

Case: 1:17-md-02804-DAP Doc #: 2816-3 Filed: 10/14/19 45 of 188. PageID #: 425018

# Teens and Their Attitudes

| % Agree strongly/somewhat | 2008 | 2009 | 2010 |
|---|---|---|---|
| Prescription drugs are available everywhere | 42 | 55 | 38 |
| Its easy to get prescription drugs from parent's medicine cabinets | 56 | 63 | 47 |
| Most teens get prescription drugs from their own family's medicine cabinets | 59 | 62 | 51 |
| Most teens get prescription drugs from their friends | 53 | 62 | 49 |

CONFIDENTIAL

CAH_MDL2804_02448270

# Where do kids get their information from?



CAH_MDL2804_02448271

# *Parents and Their Attitudes*

Parents are still not discussing the risks of abusing prescription and over-the-counter medicines

| Percent | 2008 | 2009 | 2010 |
|---|---|---|---|
| Beer/alcohol | 79 | 79 | 81 |
| Marijuana | 79 | 79 | 77 |
| Cocaine/crack | 36 | 35 | 30 |
| Prescription pain reliever w/o doctor's Rx | 20 | 20 | 23 |
| Any prescription drug used w/o doctor's Rx | 21 | 20 | 22 |
| Heroin | 23 | 23 | 21 |
| Ecstasy | 21 | 20 | 21 |
| Methamphetamine | 23 | 21 | 21 |
| Non-prescription cold/cough medicine to get high | 15 | 14 | 15 |

CONFIDENTIAL

# Who are the Victims of Prescription Drug Abuse

- The drug abuser
- Children
- Parents / Family members
- Society / Taxpayer
  - Loss of productivity
  - Cost of uncompensated medical costs
  - Cost of social services
  - Costs for treatment
  - Cost to judicial system



Orlando, FL • April 10-12, 2012

NATIONAL
RX DRUG ABUSE
SUMMIT

CAH_MDL2804_02448273

# Economic Impact – The Cascading Effect

2006 estimated cost in the United States from
nonmedical use of prescription opioids

## $53.4 BILLION

- $42 billion – Lost productivity
- $8.2 billion – Criminal Justice costs
- $2.2 billion – Treatment costs
- $944 million – Medical complications

Five drugs –
OxyContin, oxycodone, hydrocodone, propoxyphene, and
methadone accounted for two-thirds of the economic
burden

Source: Clinical Journal of Pain, December 2010, University of Washington, Hansen RN; Oster, G; Edelberg, J;
Woody, GE; and Sullivan, SD

CONFIDENTIAL

# We will not arrest our way out of this problem!!!!!

- Enforcement is just as important as....
- Prevention/Education
- Treatment

CONFIDENTIAL

CAH_MDL2804_02448275




# ONDCP Strategy

"Epidemic: Responding To America's Prescription Drug Abuse Crisis" (Released in April 2011)

Highlights:

- Education
  - Healthcare Provider Education
  - Parent, Youth, and Patient Education
- Tracking and Monitoring
  - Work with states to establish effective PDMPs
  - Support NASPER
  - Explore reimbursements to  prescribers who check PDMPs before writing a prescription

CONFIDENTIAL

CAH_MDL2804_02448276




# ONDCP Strategy con't

- Proper Medicine Disposal

- Enforcement
  - Assist states address doctor shopping and pill mills
  - Increase HIDTA intelligence-gathering and investigation of prescription drug trafficking
  - Expand the use of PDMPs to identify criminal prescribers and clinics

- Prescription Drug Abuse Plan Goals
  - 15% reduction in non-medical use of prescription-type psychotherapeutic drugs;
  - Write and disseminate a Model Pain Clinic Regulation Law within 12 months;
  - Implement REMS for long-acting and extended release opioids within 12 months

CONFIDENTIAL

# Most Frequent Method of Obtaining a Pharmaceutical Controlled Substance for Non Medical Use

## Friends and Family…For Free!!

CONFIDENTIAL

CAH_MDL2804_02448278

# The Medicine Cabinet
# and
# the Problem of Pharmaceutical
# Controlled Substance Disposal

CONFIDENTIAL

CAH_MDL2804_02448279

# The Problem – Easy Access







CAH_MDL2804_02448280

# CSA Definitions

- An "<u>ultimate user</u>" is a person who has lawfully obtained, and who possesses, a controlled substance for his own use or for the use of a member of his household or for an animal owned by him or by a member of his household.

- To <u>distribute</u> means to deliver (other than by administering or dispensing) a controlled substance or a listed chemical.

21 U.S.C. 802

CONFIDENTIAL

CAH_MDL2804_02448281

# Ultimate User Disposal of Medicines

**National Take-Back Events:**   Take-back events are a good way to remove expired, unwanted, or unused medicines from the home.



**Law Enforcement Collection Bins:**   Collection bins installed by our Law Enforcement Partners are a good way to remove expired, unwanted, or unused medicines from the home.



**Disposal in Household Trash:**   Mix medicines (do not crush tablets or capsules) with substances such as kitty litter or used coffee grounds and place the mixture in a container such as a sealed plastic bag and throw the container in your household trash.



**Disposal by Flushing:**   Some medicines have specific disposal instructions that indicate they should be flushed down the sink or toilet when they are no longer needed.



CONFIDENTIAL

# Law Enforcement

- **Law enforcement officers, acting to enforce laws regarding the abandonment of controlled substances, may receive controlled substances from ultimate users.**

- **Law enforcement must safeguard the controlled substances and ensure that they are destroyed properly.**

- **Law enforcement must be present during the destruction of the controlled substances.**

CAH_MDL2804_02448283

# So Many Drugs in the Household – Why?

- Unreasonable quantities being prescribed

- Insurance rules



CONFIDENTIAL

CAH_MDL2804_02448284

# National Take Back Initiative
# September 29, 2012



CONFIDENTIAL

CAH_MDL2804_02448285

# Nationwide Take-back Initiative

- **On** September 30, 2010, 122 tons **of prescription drugs collected**
- **On** April 30, 2011, 188 tons **of prescription drugs collected**
- **On** October 29, 2011, 189 tons **of prescription drugs collected**
- **On** April 28, 2012, **approximately** 272 tons **of prescription drugs collected (est.)**



CONFIDENTIAL

# Secure and Responsible Drug Disposal Act of 2010

- Enacted in October 2010 (Pub. L. 111-273, codified at 21 U.S.C. 822(g) and 823(b)(3))
- Act allows an ultimate user to "deliver" a controlled substance "to another person for the purpose of disposal" in accordance with regulations issued by DEA
- If the ultimate user dies while in lawful possession of the controlled substance, then any person lawfully entitled to dispose of the decedent's property may deliver the controlled substance to another person for the purpose of disposal.
- DEA may also, by regulation, authorize long term care facilities (LTCFs) to dispose of controlled substances on behalf of ultimate users who reside or have resided at the LTCF.
- DEA is working to promulgate regulations to implement this Act.  DEA must consider:
  - Public health and safety
  - Ease and cost of program implementation
  - Participation by various communities
  - Diversion Control
- Participation is voluntary.  DEA may not require any person to establish or operate a delivery or disposal program.

CONFIDENTIAL

# ONDCP Guidelines

- ONDCP guidelines for the disposal of ultimate user medications, including dispensed controlled substances (2/20/07).

- Advise public to flush medications only if the prescription label or accompanying patient information specifically states to do so.

- ONDCP recommends a minimal deactivation procedure, and disposal in common household trash.

CONFIDENTIAL

# PROZAC (?) FISH



CONFIDENTIAL



## MEDICINES RECOMMENDED FOR DISPOSAL BY FLUSHING

This list from FDA tells you what expired, unwanted, or unused medicines you should flush down the sink or toilet to help prevent danger to people and pets in the home. Flushing these medicines will get rid of them right away and help keep your family and pets safe.

FDA continually evaluates medicines for safety risks and will update the list as needed.

| Medicine | Active Ingredient |
|---|---|
| Abstral, tablets (sublingual) | Fentanyl |
| Actiq, oral transmucosal lozenge * | Fentanyl Citrate |
| Avinza, capsules (extended release) | Morphine Sulfate |
| Daytrana, transdermal patch system | Methylphenidate |
| Demerol, tablets * | Meperidine Hydrochloride |
| Demerol, oral solution * | Meperidine Hydrochloride |
| Diastat/Diastat AcuDial, rectal gel | Diazepam |
| Dilaudid, tablets * | Hydromorphone Hydrochloride |
| Dilaudid, oral liquid * | Hydromorphone Hydrochloride |
| Dolophine Hydrochloride, tablets * | Methadone Hydrochloride |
| Duragesic, patch (extended release) * | Fentanyl |
| Embeda, capsules (extended release) | Morphine Sulfate; Naltrexone Hydrochloride |
| Exalgo, tablets (extended release) | Hydromorphone Hydrochloride |
| Fentora, tablets (buccal) | Fentanyl Citrate |
| Kadian, capsules (extended release) | Morphine Sulfate |
| Methadone Hydrochloride, oral solution * | Methadone Hydrochloride |
| Methadose, tablets * | Methadone Hydrochloride |
| Morphine Sulfate, tablets (immediate release) * | Morphine Sulfate |
| Morphine Sulfate, oral solution * | Morphine Sulfate |
| MS Contin, tablets (extended release) * | Morphine Sulfate |
| Nucynta ER, tablets (extended release) | Tapentadol |
| Onsolis, soluble film (buccal) | Fentanyl Citrate |
| Opana, tablets (immediate release) | Oxymorphone Hydrochloride |
| Opana ER, tablets (extended release) | Oxymorphone Hydrochloride |
| Oramorph SR, tablets (sustained release) | Morphine Sulfate |
| Oxecta, tablets (immediate release) | Oxycodone Hydrochloride |
| Oxycodone Hydrochloride, capsules | Oxycodone Hydrochloride |
| Oxycodone Hydrochloride, oral solution | Oxycodone Hydrochloride |
| Oxycontin, tablets (extended release) * | Oxycodone Hydrochloride |
| Percocet, tablets * | Acetaminophen; Oxycodone Hydrochloride |
| Percodan, tablets * | Aspirin; Oxycodone Hydrochloride |
| Xyrem, oral solution | Sodium Oxybate |

*These medicines have generic versions available or are only available in generic formulations.

List revised: January 2012

†Consumers are advised to check their local laws and ordinances to make sure medicines can legally be disposed of with their household trash.

For specific drug product labeling information, go to DailyMed or Drugs@FDA.

CONFIDENTIAL

# Other Trends Related to the Medicine Cabinet

- Real estate
- Trip to relatives/friends house
- Easy access at home



# Controlled and Legend Pharmaceuticals

CONFIDENTIAL



# Non-Controlled Substances

- **<u>Analgesic</u>:**
  - Tramadol (Ultram®, Ultracet®)

- **<u>Muscle Relaxant</u>:**
  - Cyclobenzaprine (Flexeril®)

CAH_MDL2804_02448293

# Tramadol Prescriptions



Source: IMS Health National Prescription Audit Plus downloaded 6/5/2012

CONFIDENTIAL

# NFLIS Data

Reporting period:

## January 2011 through June 2011

Tramadol                720 reports              1.09%

CONFIDENTIAL
CAH_MDL2804_02448295

# Most commonly prescribed prescription medicine?

Hydrocodone/acetaminophen

CAH_MDL2804_02448296



Top Five Prescription Drugs Sold in the U.S. (2006-2010)

CAH_MDL2804_02448297

# Top 50 Generic Drugs by Total Prescriptions 2010

| Rank | Drug | Total Rxs | Change from Previous Year | Rank | Drug | Total Rxs | Change from Previous Year |
|---|---|---|---|---|---|---|---|
| 1 | Hydrocodone/APAP | 122,806,850 | 2.10% | 26 | Lorazepam | 23,428,627 | 3.70% |
| 2 | Lisinopril | 76,901,813 | 4.30% | 27 | Warfarin | 23,388,338 | 1.50% |
| 3 | Simvastatin | 76,771,821 | 4.90% | 28 | Clonazepam | 23,085,065 | 4.00% |
| 4 | Levothyroxine | 68,222,152 | 8.20% | 29 | Fluticasone nasal | 22,447,832 | 19.70% |
| 5 | Amoxicillin | 51,083,822 | -0.60% | 30 | Cyclobenzaprine | 22,240,071 | 7.30% |
| 6 | Amlodipine besylate | 50,186,652 | 11.70% | 31 | Cephalexin | 21,943,482 | 2.70% |
| 7 | Azithromycin | 48,756,188 | -2.10% | 32 | Trimethoprim/sulfa | 21,345,723 | 4.50% |
| 8 | Alprazolam | 46,201,182 | 3.90% | 33 | Fexofenadine | 20,430,430 | 27.50% |
| 9 | Hydrochlorothiazide | 45,838,017 | -0.80% | 34 | Amoxicillin/pot clav | 20,234,873 | 1.20% |
| 10 | Omeprazole | 44,795,175 | 15.40% | 35 | Ciprofloxacin HCl | 20,063,382 | 1.80% |
| 11 | Metformin | 41,932,689 | 4.70% | 36 | Pravastatin | 20,026,786 | 17.90% |
| 12 | Furosemide oral | 36,583,895 | -0.10% | 37 | Trazodone HCl | 18,786,495 | 6.50% |
| 13 | Metoprolol tartrate | 34,707,807 | -0.50% | 38 | Lovastatin | 17,509,951 | 13.50% |
| 14 | Atenolol | 33,839,806 | -11.00% | 39 | Triamterene/HCTZ | 17,201,037 | -7.00% |
| 15 | Sertraline | 33,409,838 | 8.90% | 40 | Carvedilol | 16,681,336 | 8.30% |
| 16 | Metoprolol succinate | 32,224,000 | 12.00% | 41 | Alendronate | 16,177,014 | -6.90% |
| 17 | Zolpidem tartrate | 29,719,569 | -2.80% | 42 | Ranitidine HCl | 14,699,414 | 6.60% |
| 18 | Oxycodone/APAP | 28,705,243 | 6.80% | 43 | Meloxicam | 14,645,167 | 2.90% |
| 19 | Citalopram HBR | 27,993,635 | 9.40% | 44 | Diazepam | 14,584,147 | 7.10% |
| 20 | Gabapentin | 26,865,557 | 14.00% | 45 | Naproxen | 14,297,759 | 10.30% |
| 21 | Ibuprofen | 26,256,548 | 3.20% | 46 | Propoxyphene-N/APAP | 14,274,354 | -18.70% |
| 22 | Prednisone oral | 25,529,463 | -2.70% | 47 | Fluconazole | 13,938,887 | 4.60% |
| 23 | Tramadol | 25,527,796 | 10.30% | 48 | Methylprednisolone tabs | 13,659,852 | 11.30% |
| 24 | Lisinopril/HCTZ | 24,538,247 | 8.00% | 49 | Doxycycline | 13,199,430 | 1.90% |
| 25 | Fluoxetine | 24,473,994 | 6.80% | 50 | Paroxetine | 12,979,366 | -14.40% |

CONFIDENTIAL

CAH_MDL2804_02448298

# Top 50 Generic Drugs by Total Prescriptions 2009

| Rank | Drug | Total Rxs | Change from Previous Year | Rank | Drug | Total Rxs | Change from Previous Year |
|------|------|-----------|---------------------------|------|------|-----------|---------------------------|
| 1 | Hydrocodone/APAP | 120,478,000 | -0.60% | 26 | Clonazepam | 23,090,000 | 5.70% |
| 2 | Lisinopril | 74,544,000 | 6.80% | 27 | Lisinopril/HCTZ | 22,898,000 | 12.40% |
| 3 | Simvastatin | 72,966,000 | 21.30% | 28 | Lorazepam | 22,436,000 | 1.80% |
| 4 | Levothyroxine | 63,710,000 | 8.70% | 29 | Cephalexin | 21,415,000 | -3.00% |
| 5 | Amoxicillin | 51,430,000 | -1.20% | 30 | Cyclobenzaprine | 21,086,000 | 6.10% |
| 6 | Azithromycin | 49,902,000 | 1.30% | 31 | Amoxicillin/pot. clav. | 20,504,000 | 2.10% |
| 7 | Hydrochlorothiazide | 46,403,000 | -1.40% | 32 | Trimethoprim/sulfa | 20,462,000 | 40.20% |
| 8 | Amlodipine besylate | 45,107,000 | 15.60% | 33 | Ciprofloxacin HCl | 19,673,000 | -3.90% |
| 9 | Alprazolam | 44,467,000 | 2.00% | 34 | Fluticasone nasal | 18,866,000 | 16.70% |
| 10 | Metformin | 42,161,000 | 5.30% | 35 | Triamterene w/HCTZ | 18,566,000 | -8.80% |
| 11 | Omeprazole | 38,791,000 | 33.00% | 36 | Pravastatin | 17,827,000 | 30.90% |
| 12 | Atenolol | 37,973,000 | -7.20% | 37 | Trazodone HCl | 17,740,000 | 6.20% |
| 13 | Furosemide oral | 36,774,000 | -1.80% | 38 | Propoxyphene-N/APAP | 17,575,000 | -13.90% |
| 14 | Metoprolol tartrate | 36,016,000 | 21.40% | 39 | Alendronate | 17,458,000 | 31.00% |
| 15 | Sertraline | 30,508,000 | 3.50% | 40 | Fexofenadine | 16,689,000 | 1.20% |
| 16 | Zolpidem tartrate | 30,081,000 | 6.20% | 41 | Lovastatin | 15,498,000 | 1.30% |
| 17 | Metoprolol succinate | 27,884,000 | -28.30% | 42 | Carvedilol | 15,392,000 | 20.90% |
| 18 | Oxycodone w/APAP | 27,238,000 | 3.80% | 43 | Paroxetine | 15,048,000 | -3.30% |
| 19 | Prednisone oral | 26,291,000 | 6.20% | 44 | Meloxicam | 14,073,000 | 17.20% |
| 20 | Citalopram HBR | 25,856,000 | 19.90% | 45 | Diazepam | 13,957,000 | 0.60% |
| 21 | Ibuprofen | 25,728,000 | 0.70% | 46 | Ranitidine HCl | 13,817,000 | 8.70% |
| 22 | Fluoxetine | 23,417,000 | 0.60% | 47 | Fluconazole | 13,381,000 | 3.00% |
| 23 | Gabapentin | 23,351,000 | 13.00% | 48 | Naproxen | 13,193,000 | 0.00% |
| 24 | Warfarin | 23,287,000 | 2.00% | 49 | Doxycycline | 13,167,000 | 5.10% |
| 25 | Tramadol | 23,282,000 | 9.40% | 50 | Amitriptyline | 12,904,000 | -3.00% |

CONFIDENTIAL



# Hydrocodone, APAP C-III

➢ Hydrocodone / Acetaminophen (toxicity)

➢ Similarities:
- Structurally related to codeine
- Equal to morphine in producing opiate-like effects

➢ Brand Names: Vicodin®, Lortab®, Lorcet®

➢ "Cocktail" or "Holy Trinity"
  - ➢ Hydrocodone
  - ➢ Soma ® / carisoprodol
  - ➢ Alprazolam / Xanax®

➢ Street prices: $2 to $10+ per tablet depending on strength & region



# State Ranking - Hydrocodone
## Total Dosage Units Sold to Retail
## January 1, 2010 – December 31, 2011

| STATE | 2011 RANK | 2011 TOTAL DOSAGE UNITS | 2010 RANK | 2010 TOTAL DOSAGE UNITS | % CHANGE 2010 to 2011 | STATE | 2011 RANK | 2011 TOTAL DOSAGE UNITS | 2010 RANK | 2010 TOTAL DOSAGE UNITS | % CHANGE 2010 to 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 1 | 1,070,071,036 | 1 | 1,008,085,597 | 6% | CO | 29 | 96,427,859 | 29 | 93,524,023 | 3% |
| TX | 2 | 881,240,377 | 2 | 825,923,242 | 6% | MN | 30 | 76,880,520 | 30 | 73,153,391 | 5% |
| TN | 3 | 439,728,700 | 3 | 475,681,320 | -8% | IA | 31 | 74,022,276 | 31 | 68,748,014 | 7% |
| MI | 4 | 436,081,376 | 5 | 397,828,308 | 9% | MA | 32 | 66,153,063 | 32 | 64,746,507 | 2% |
| FL | 5 | 412,449,314 | 4 | 402,021,110 | 3% | NJ | 33 | 64,979,025 | 34 | 61,551,852 | 5% |
| OH | 6 | 319,235,352 | 6 | 303,268,137 | 5% | UT | 34 | 64,669,054 | 33 | 64,047,210 | 1% |
| IL | 7 | 316,944,665 | 7 | 288,359,428 | 9% | MD | 35 | 56,853,556 | 35 | 55,061,251 | 3% |
| IN | 8 | 294,538,688 | 9 | 269,256,309 | 9% | ID | 36 | 53,514,031 | 36 | 49,084,374 | 8% |
| NY | 9 | 283,936,955 | 8 | 287,237,385 | -1% | NM | 37 | 50,534,790 | 37 | 48,901,869 | 3% |
| GA | 10 | 274,651,122 | 10 | 255,493,723 | 7% | NE | 38 | 39,104,287 | 39 | 35,516,505 | 9% |
| SC | 11 | 262,995,007 | 11 | 247,722,550 | 6% | CT | 39 | 38,090,207 | 38 | 35,879,692 | 6% |
| AL | 12 | 252,871,816 | 14 | 231,802,448 | 8% | ME | 40 | 31,823,602 | 40 | 30,631,728 | 4% |
| KY | 13 | 248,071,282 | 13 | 234,303,755 | 6% | MT | 41 | 29,956,540 | 41 | 27,583,894 | 8% |
| PA | 14 | 246,555,534 | 12 | 234,945,069 | 5% | RI | 42 | 23,355,637 | 42 | 22,593,260 | 3% |
| NC | 15 | 234,966,344 | 15 | 216,889,030 | 8% | HI | 43 | 21,400,480 | 43 | 21,063,460 | 2% |
| MO | 16 | 208,785,825 | 16 | 180,038,768 | 14% | SD | 44 | 18,744,726 | 44 | 17,303,573 | 8% |
| OK | 17 | 192,642,379 | 17 | 179,114,866 | 7% | NH | 45 | 16,270,322 | 45 | 15,792,203 | 3% |
| LA | 18 | 170,903,746 | 20 | 156,098,877 | 9% | AK | 46 | 14,795,894 | 46 | 14,027,075 | 5% |
| WA | 19 | 166,055,312 | 19 | 163,621,829 | 1% | WY | 47 | 13,916,883 | 47 | 13,350,627 | 4% |
| NV | 20 | 161,198,104 | 18 | 169,303,028 | -5% | ND | 48 | 12,479,481 | 48 | 10,515,903 | 16% |
| VA | 21 | 157,974,527 | 21 | 147,003,823 | 7% | DE | 49 | 10,936,956 | 49 | 10,391,298 | 5% |
| AZ | 22 | 153,002,866 | 22 | 143,450,419 | 6% | VT | 50 | 8,195,310 | 50 | 7,920,278 | 3% |
| MS | 23 | 128,184,306 | 24 | 116,311,926 | 9% | DC | 51 | 2,633,674 | 51 | 2,504,112 | 5% |
| OR | 24 | 127,284,645 | 23 | 122,322,459 | 4% | PR | 52 | 1,793,600 | 52 | 1,785,440 | 0% |
| AR | 25 | 121,768,590 | 25 | 112,768,066 | 7% | VIR ISL | 53 | 407,500 | 53 | 358,700 | 12% |
| WI | 26 | 117,797,893 | 26 | 112,507,848 | 4% | GUAM | 54 | 294,700 | 54 | 302,480 | -3% |
| KS | 27 | 101,921,733 | 28 | 94,285,791 | 7% | AM | 55 | 7,000 | 55 | 0 | 100% |
| WV | 28 | 97,449,564 | 27 | 94,782,536 | 3% | **TOTAL DU's** | | **8,767,548,031** | | **8,316,766,366** | **5%** |

Drug Enforcement Administration, Office of Diversion Control,
Office of the Deputy Assistant Administrator
CONFIDENTIAL

Source: ARCOS
Date Prepared: 03/06/2012

CAH_MDL2804_02448301

# National Poison Data System (Formerly known as Toxic Exposure Surveillance System) – Total Annual Mentions of Toxic Exposures

|      | Hydrocodone | Oxycodone |
|------|-------------|-----------|
| 2001 | 15,191      | 9,480     |
| 2002 | 17,429      | 10,515    |
| 2003 | 19,578      | 11,254    |
| 2004 | 22,654      | 12,603    |
| 2005 | 22,229      | 13,191    |
| 2006 | 22319       | 13,473    |
| 2007 | 24,558      | 15,069    |
| 2008 | 26,306      | 17,256    |
| 2009 | 27,753      | 18,396    |
| 2010 | 28,310      | 19,363    |

CONFIDENTIAL

# NFLIS – State, local and federal cases reported

|      | Hydrocodone | Oxycodone |
|------|------------:|----------:|
| 2002 | 9,106  | 7,993  |
| 2003 | 11,617 | 9,431  |
| 2004 | 16,299 | 13,342 |
| 2005 | 21,019 | 14,417 |
| 2006 | 24,798 | 17,733 |
| 2007 | 30,410 | 22,160 |
| 2008 | 33,611 | 28,340 |
| 2009 | 37,888 | 37,673 |
| 2010 | 39,138 | 47,193 |
| 2011 | 33,423 | 42,279 |
|      |        |        |

CONFIDENTIAL

# National Forensic Laboratory Information System (NFLIS) – State, local and federal exhibits

|        | Hydrocodone | Oxycodone |
|--------|-------------|-----------|
| **2002** | 10,511 | 9,464 |
| **2003** | 13,699 | 11,311 |
| **2004** | 18,303 | 15,519 |
| **2005** | 23,537 | 17,057 |
| **2006** | 27,929 | 21,155 |
| **2007** | 34,449 | 26,479 |
| **2008** | 38,424 | 34,655 |
| **2009** | 44,077 | 46,590 |
| **2010** | 45,562 | 60,186 |
| **2011** | 39,226 | 53,788 |

CAH_MDL2804_02448304

# Drug Abuse Warning Network (DAWN) -
# Emergency Department Mentions

| Year | Hydrocodone | Oxycodone |
|------|------------|-----------|
| 1994 | 9,320 | 4,069 |
| 1995 | 9,686 | 3,393 |
| 1996 | 11,419 | 3,190 |
| 1997 | 11,570 | 5,012 |
| 1998 | 13,611 | 5,211 |
| 1999 | 15,252 | 6,429 |
| 2000 | 20,098 | 10,825 |
| 2001 | 21,567 | 18,409 |
| 2002 | 25,197 | 22,397 |
| 2004* | 39,844 | 41,701 |
| 2005 | 47,192 | 52,943 |
| 2006 | 57,550 | 64,888 |
| 2007 | 65,735 | 76,587 |
| 2008 | 89,051 | 105,214 |
| 2009 | 86,258 | 148,449 |

*Changes in DAWN methodology were implemented in 2004 and thus the data from 2004 through 2009 cannot be compared to those of the previous years.

CONFIDENTIAL

## Monitoring the Future, Annual Prevalence (Past Year Use) in Percent

|            | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------------|------|------|------|------|------|------|------|------|------|------|
| **Oxycontin** | | | | | | | | | | |
| 8th Grade  | 1.3  | 1.7  | 1.7  | 1.8  | 2.6  | 1.8  | 2.1  | 2.0  | 2.1  | 1.8  |
| 10th Grade | 3.0  | 3.6  | 3.5  | 3.2  | 3.8  | 3.9  | 3.6  | 5.1  | 4.6  | 3.9  |
| 12th Grade | 4.0  | 4.5  | 5.0  | 5.5  | 4.3  | 5.2  | 4.7  | 4.9  | 5.1  | 4.9  |
| **Vicodin** | | | | | | | | | | |
| 8th Grade  | 2.5  | 2.8  | 2.5  | 2.6  | 3.0  | 2.7  | 2.9  | 2.5  | 2.7  | 2.1  |
| 10th Grade | 6.9  | 7.2  | 6.2  | 5.9  | 7.0  | 7.2  | 6.7  | 8.1  | 7.7  | 5.9  |
| 12th Grade | 9.6  | 10.5 | 9.3  | 9.5  | 9.7  | 9.6  | 9.7  | 9.7  | 8.0  | 8.1  |

*From 2010 to 2011, there was a statistically significant decrease (1.8%) for 10th graders in past year use of Vicodin.*

CAH_MDL2804_02448306

# National Survey on Drug Use and Health – Lifetime nonmedical users of hydrocodone and oxycodone

| Year | Hydrocodone Products | Oxycodone Products |
|------|---------------------|--------------------|
| 2002 | 13,952,000 | 10,151,000 |
| 2003 | 16,808,000 | 11,538,000 |
| 2004 | 17,734,000 | 11,925,000 |
| 2005 | 18,875,000 | 12,029,000 |
| 2006 | 20,755,000 | 12,858,000 |
| 2007 | 21,335,000 | 13,055,000 |
| 2008 | 22,838,000 | 13,759,000 |
| 2009 | 23,543,000 | 15,281,000 |
| 2010 | 24,093,000 | 15,553,000 |

CONFIDENTIAL

# State Ranking - Oxycodone
## Total Dosage Units Sold to Retail
## January 1, 2010 – December 31, 2011

| STATE | 2011 RANK | 2011 TOTAL DOSAGE UNITS | 2010 RANK | 2010 TOTAL DOSAGE UNITS | % CHANGE 2010 to 2011 | STATE | 2011 RANK | 2011 TOTAL DOSAGE UNITS | 2010 RANK | 2010 TOTAL DOSAGE UNITS | % CHANGE 2010 to 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FL | 1 | 525,338,986 | 1 | 650,885,860 | -24% | LA | 29 | 56,074,553 | 29 | 49,599,949 | 12% |
| PA | 2 | 311,529,433 | 2 | 288,870,043 | 7% | UT | 30 | 50,697,974 | 30 | 47,895,830 | 6% |
| NY | 3 | 299,937,485 | 4 | 266,896,986 | 11% | NM | 31 | 48,896,260 | 31 | 45,697,500 | 7% |
| CA | 4 | 295,022,496 | 5 | 261,181,184 | 11% | IL | 32 | 47,700,128 | 33 | 42,805,010 | 10% |
| OH | 5 | 289,383,062 | 3 | 282,936,529 | 2% | WV | 33 | 45,830,170 | 32 | 42,911,440 | 6% |
| NC | 6 | 222,189,039 | 6 | 201,693,238 | 9% | AR | 34 | 42,524,552 | 34 | 39,873,970 | 6% |
| NJ | 7 | 195,014,871 | 7 | 179,311,163 | 8% | KS | 35 | 41,646,268 | 36 | 37,315,942 | 10% |
| AZ | 8 | 173,034,663 | 8 | 154,633,084 | 11% | DE | 36 | 39,956,010 | 35 | 37,620,204 | 6% |
| TN | 9 | 158,340,886 | 11 | 141,889,292 | 10% | ME | 37 | 35,748,190 | 37 | 34,383,060 | 4% |
| WA | 10 | 153,748,970 | 9 | 151,249,822 | 2% | NH | 38 | 30,851,640 | 38 | 29,799,340 | 3% |
| MA | 11 | 151,947,593 | 10 | 146,314,057 | 4% | MS | 39 | 28,293,808 | 40 | 24,573,192 | 13% |
| MD | 12 | 149,086,425 | 12 | 141,639,892 | 5% | IA | 40 | 27,996,044 | 39 | 25,805,582 | 8% |
| GA | 13 | 142,133,490 | 13 | 125,986,084 | 11% | RI | 41 | 20,227,440 | 42 | 18,148,220 | 10% |
| VA | 14 | 131,740,301 | 14 | 118,068,618 | 10% | HI | 42 | 20,153,440 | 41 | 18,897,498 | 6% |
| CO | 15 | 112,194,642 | 17 | 100,227,545 | 11% | ID | 43 | 17,952,864 | 45 | 15,583,792 | 13% |
| MO | 16 | 109,876,292 | 18 | 99,979,350 | 9% | MT | 44 | 17,228,940 | 43 | 16,533,080 | 4% |
| WI | 17 | 108,480,463 | 16 | 100,329,263 | 8% | NE | 45 | 17,225,401 | 44 | 16,154,094 | 6% |
| OR | 18 | 107,116,456 | 15 | 101,389,306 | 5% | AK | 46 | 13,325,196 | 48 | 12,287,550 | 8% |
| KY | 19 | 94,901,418 | 19 | 81,873,088 | 14% | PR | 47 | 12,810,809 | 46 | 12,525,590 | 2% |
| IN | 20 | 90,455,351 | 20 | 80,726,827 | 11% | VT | 48 | 12,534,921 | 47 | 12,422,380 | 1% |
| MI | 21 | 82,434,611 | 21 | 73,164,053 | 11% | DC | 49 | 9,269,620 | 49 | 8,839,300 | 5% |
| SC | 22 | 79,359,293 | 23 | 71,450,580 | 10% | WY | 50 | 9,016,202 | 50 | 8,530,680 | 5% |
| MN | 23 | 76,127,137 | 24 | 69,549,000 | 9% | SD | 51 | 8,535,958 | 51 | 8,025,872 | 6% |
| CT | 24 | 74,439,138 | 22 | 71,531,918 | 4% | ND | 52 | 7,632,423 | 52 | 6,598,122 | 14% |
| NV | 25 | 70,560,182 | 25 | 63,270,105 | 10% | GUAM | 53 | 511,440 | 53 | 463,800 | 9% |
| TX | 26 | 69,676,107 | 26 | 62,437,942 | 10% | VR ISL | 54 | 288,500 | 54 | 301,080 | -4% |
| AL | 27 | 61,157,797 | 28 | 51,216,443 | 16% | AM SAM | 55 | 42,800 | 55 | 50,200 | -17% |
| OK | 28 | 57,706,857 | 27 | 52,363,292 | 9% | TOTAL DU's | | 5,055,904,995 | | 4,804,706,841 | 5% |

Drug Enforcement Administration, Office of Diversion Control,
Office of the Deputy Assistant Administrator
CONFIDENTIAL

Source: ARCOS
Date Prepared: 03/06/2012
CAH_MDL2804_02448308

# OxyContin® (Schedule II)

- Controlled release formulation of Schedule II oxycodone
  - The controlled release method of delivery allows for a longer duration of drug action so it contains much larger doses of oxycodone
  - Abusers easily compromise the controlled release formulation by crushing the tablets for a powerful morphine-like high
  - Street Slang: "Hillbilly Heroin"
  - 10, 15, 20, 30, 40, 60, 80mg available
- Effects:
  - Similar to morphine in effects and potential for abuse/ dependence
- Street price: Approx. $80 per 80mg tablet
- Since 2002, use among 12th graders has remained between approximately 4% and 5%*

*SOURCE: 2007 Monitoring the Future study released April 2008

CONFIDENTIAL

CAH_MDL2804_02448309

# Other Oxycodone Products

Percocet

Percodan

Tylox

Roxicodone



**Trade Name: Percodan-Demi**
Controlled Ingredient: oxycodone hydrochloride 2.25 mg and
oxycodone terephthalate 0.19 mg
Other Ingredients: aspirin, 325 mg



**Trade Name: Percodan**
Controlled Ingredient: oxycodone hydrochloride 4.5 mg and
oxycodone terephthalate 0.38 mg
Other Ingredients: aspirin, 325 mg



**Trade Name: Tylox**
Controlled Ingredient: oxycodone hydrochloride 4.5 mg and
oxycodone terephthalate .38 mg
Other Ingredients: Acetominophen, 500 mg



**Trade Name: Percocet**
Controlled Ingredient: oxycodone hydrochloride, 5 mg
Other Ingredients: Acetominophen, 325 mg



CAH_MDL2804_02448310



# Opiates v. Heroin

CONFIDENTIAL

Case: 1:17-md-02804-DAP Doc #: 2816-3 Filed: 10/14/19 87 of 188. PageID #: 425060



# Circle of Addiction & the Next Generation

Oxycodone
Combinations
Percocet®
$7-$10/tab

**OxyContin®**
**$80/tab**

**Roxicodone®**
**Oxycodone IR**
**15mg, 30mg**
$30-$40/tab

Hydrocodone
Lorcet®
$5-$7/tab

Heroin
$15/bag

CONFIDENTIAL

CAH_MDL2804_02448312

# Substance Abuse Treatment Admissions within Specific Age Groups That Reported Any Pain Reliever Abuse: 1998-2008



Source: SAMSHA Treatment Episode Data Set, 1998-2008 released July 15, 2010

CONFIDENTIAL

# Methadone- 5mg &10mg





Mallinckrodt Pharmaceuticals 5 mg & 10mg

# Methadone 40 mg

# Bluefield Daily Telegraph

William "Randy" Deason
Publisher

Thomas A. Colley
Executive Editor

Samantha Perry ..... Managing Editor

State Editor         Andy Patton        Sports Editor ..... Bill Archer
Sports Editor        Bill Winkler       City Editor ..... Charles Owens

"Then he answered and spake to me, saying, This is the word of the LORD to Zerubbabel, saying,
Not by might, nor by power, but by my spirit, said the LORD of hosts."

(Zechariah 4:6 ARJV)

## Overdose deaths

### Prescription drugs take deadly toll in WV

An alarming new study has found that prescription drugs killed more people in West Virginia in 2006 than illegal drugs. According to the report, nine out of the 10 accidental overdose deaths reported in the Mountain State involved prescription drugs. Researchers in a joint state-federal study came to the troubling conclusion after studying 462 accidental overdose autopsy reports, excluding suicides and overdoses, the Associated Press reported.

The report found that one-third of the prescription drugs taken during the fatal incidents were being used as a result of a prescription issued by a doctor within the last 30 days. The report found fewer than one in four of the deaths involved illegal narcotics.

Aron Hall, a Centers for Disease Control Epidemic Intelligence Service Officer for the West Virginia Department of Health and Human Resources, said there is a perception among some citizens that just because narcotics are legal and prescribed drugs, they are somehow safer.

The report found that methadone contributed to one of three deaths, or more than any other prescription drug. However, the report found that only 10 of the overdose victims were enrolled in a methadone clinic for drug-abuse treatment.

The report found that other opioid drugs frequently linked to accidental overdose deaths included hydrocodone

□ □ □

*We must take steps now to educate citizens of the growing number of accidental overdose deaths in the state associated with the misuse of legally prescribed drugs.*

and oxycodone. The two narcotics contributed to one in five deaths. Morphine contributed to about one in seven deaths, the report found. Anti-anxiety drugs were found in 43 percent of the deaths.

While law enforcement officials have been fighting the illegal drug scourge in our region for years, accidental overdose deaths associated with the misuse of prescription narcotics now represents an emerging epidemic for the Mountain State.

The alarming new study from the West Virginia Department of Health and Human Resources should be viewed as a call to action for our community. We must take steps now to educate citizens of the growing number of accidental overdose deaths in the state associated with the misuse of legally prescribed drugs.

We must act now to educate our community. If we fail to act, the number of accidental overdose deaths in the state and the region could continue to rise. It will take a combined effort of public education and law enforcement cooperation to reduce these alarming statistics.

CAH_MDL2804_02448315

## editorials

# Rising methadone deaths

**Our view:** Baltimore public health officials are trying to find out if treatment for chronic pain sufferers accounts for increase in methadone overdoses

THE JUNE LETTER FROM THE BALTIMORE HEALTH DEpartment alerted physicians, nurses and other providers to a significant increase in methadone-related overdose deaths. The letter from Dr. Laura Herrera, a deputy city health commissioner, raised the possibility that the overdoses involved prescriptions for pain. It was a cautionary reminder that health care providers should educate their patients about the proper use of methadone and the lethal risks of taking extra doses.

Dr. Herrera was right to be concerned: Methadone-overdose deaths of city residents have risen from seven in 1995 to 74 in 2007, the last year for which statistics are available; there was a 23 percent increase in such deaths over the previous year. The city deaths coincide with a similarly disturbing fivefold increase in methadone-related deaths nationally between 1999 and 2005. But proving that the use of methadone as a pain reliever caused these deaths isn't easy — no one tracks how many physicians prescribe methadone to relieve chronic pain from cancer or arthritis, for example.

Prescribing methadone has been an accepted form of treatment for chronic pain for some time, according to pain specialists at Johns Hopkins Hospital and the University of Maryland Medical Center. They add that they have seen no methadone-related deaths among their patients. Methadone used for pain treatment is prescribed in pill form; its risk stems from the drug's potency and its lingering presence in the body once its pain-relieving function has ceased. An extra dose could slow down a patient's breathing, resulting in coma or death.

To identify the extent of the problem and the patients most at risk, the city Health Department has reviewed data from the medical examiner's office. It also has asked the quasi-public city agency that oversees drug treatment in Baltimore to cross-check methadone overdose victims against its patient rosters. That's a critical aspect of the review because it could uncover misuse, abuse or diversion of methadone



**Methadone tablets in a cup.** BALTIMORE SUN PHOTO: JED KIRSCHBAUM

from drug treatment centers. Or it could lend credence to the prevailing view that more training is required for private physicians who prescribe methadone for pain.

At least 29 states have prescription monitoring programs that would identify indiscriminate prescribing, doctor-shopping and other abuses. A task force established this year in Maryland is studying the possibility of establishing a similar tracking system for methadone and other controlled substances.

Until then, Dr. Herrera and her colleagues at the Health Department have moved expeditiously and forthrightly to unravel this mystery. The results of their findings are the key to understanding and reversing this disturbing trend.

CONFIDENTIAL

CAH_MDL2804_02448316



# The Union Democrat

### 400 Greenley Road
### Sonora, CA  95370
### SINCE 1854

## THE MOTHER LODE'S LEADING INFORMATION SOURCE

# Report finds trends in child deaths

By ALISHA WYMAN
*The Union Democrat*

Prescription drug abuse, suicide and vehicle accidents were the most prevalent causes of death last year among children and young adults in Tuolumne County, according to a recently-released report.

The Child Death Review Team, made up of officials from the Sheriff's Office, the Sonora Police Department, the Public Health Department, Child Welfare Services and other agencies, examined 11 deaths of youths through age 25. Most were teens and young adults.

One of the concerning trends was a rise in abuse of prescription drugs, particularly methadone, Sheriff's spokesman Lt. Dan Bressler said.

"What we're finding is even small amounts of methadone mixed with alcohol can cause death," he said. "It doesn't take much."

Three young people died of accidental overdose in 2007, two of which involved a mixture of alcohol and methadone, a painkiller also used to help with withdrawals of harsher drugs such as heroin.

Tuolumne County isn't the only area to see a rise in prescription drug abuse, said Dr. Todd Stolp, county public health officer.

"It's a national issue, but we're in the process of identifying the extent of the problem and how to address the problem," he said.

There were three suicides in 2007. The number could be higher, however, because there were some drug-related cases in which there wasn't enough

**See DEATHS/Back**

CAH_MDL2804_02448317

# WHY IS IT ALSO USED AS AN ANALGESIC??????

Cheapest narcotic pain reliever – synthetic

Insurance companies

What's the problem?

CONFIDENTIAL

CAH_MDL2804_02448318

# Overdose...Why?

- Patients not taking the drug as directed
- Physicians not properly prescribing the drug
- Non medical users ingesting with other substances
- Opiate naive

CONFIDENTIAL

# Methadone – Drug Interactions

- CNS depressants
  (e.g., alcohol, anesthetics, sedatives, other opioids) -
  Additive effect

- Antiretroviral drugs have variable interactions

- CYP3A4 inhibitors (some antifungal agents, macrolide antibiotics, and SSRIs) – Inhibits elimination

- Grapefruit juice inhibits methadone elimination

- Smoking enhances (CYP1A2) methadone elimination

- Self-inducer – Enhances (3.5 fold between 1st dose and steady state) its own elimination

- Anticonvulsants – Enhances methadone elimination

CONFIDENTIAL



# ER visits involving Methadone

*Source: Drug Abuse Warning Network (DAWN) 2009: August 2011*

CAH_MDL2804_02448321

# Suicide attempts involving Methadone



*Source: Drug Abuse Warning Network (DAWN) 2009: August 2011*

 CAH_MDL2804_02448322

# Deaths involving Methadone



*Source: NCHS Data Brief #81, December 2011*

CONFIDENTIAL

# Opioid analgesic involved in deaths



Source: NCHS Data Brief #81, December 2011

CONFIDENTIAL

# Deaths/100,000 Prescriptions in Florida



CAH_MDL2804_02448325

# Methadone Single Dose Kinetics



Ref: Nilsson MI, et al. Acta anaesth. scand 1982, Suppl 74, 66-69

Source: Resource Manual for CME course entitled *"Prescribing Opioids for Chronic Pain"* –
Offered by the New England Chapters of the American Society of Addiction Medicine with support
form CSAT, SAMHSA

CAH_MDL2804_02448326

# Fixed Methadone Dose Interval



**Dosage intervals**

Ref: Nilsson MI, et al. Acta anaesth. scand 1982, Suppl 74, 66-69

**Source:** Resource Manual for CME course entitled *"Prescribing Opioids for Chronic Pain"* –
Offered by the New England Chapters of the American Society of Addiction Medicine with support
form CSAT, SAMHSA

# One Pill can Kill



CAH_MDL2804_02448328

# Other Narcotics

## Fentanyl



## Hydromorphone



## Meperidine





## Morphine

## Codeine



## Propoxyphene



CAH_MDL2804_02448329

# Fentanyl





➤ Fentanyl Patches

➤ Fentanyl Citrate dispensed in a berry flavored lollipop-type unit

➤ Fentanyl is 100 times more potent than morphine

➤ Intended to be used for chronic cancer pain & only for people who are tolerant to prescription opioid (narcotic) pain medicines

➤ Abused for its intense euphoric effects



**Fentora®**

Actiq®



CONFIDENTIAL

CAH_MDL2804_02448330

# Tapentadol Prescriptions



Source: IMS Health National Prescription Audit Plus downloaded 6/5/2012

CONFIDENTIAL

# Narcotic Addiction Treatment Options

- Office based (DATA-2000)
- Methadone treatment programs

CONFIDENTIAL

CAH_MDL2804_02448332

# Methadone Clinics

- 1247 clinics operating nationwide

CONFIDENTIAL
CAH_MDL2804_02448333

# Other FDA Approved Drugs for Narcotic Addiction Treatment

- Schedule III
  - Buprenorphine – Drug Code 9064
    - Subutex (sublingual, single entity tablet)
    - Suboxone (sublingual, buprenorphine/naloxone tablet)






CONFIDENTIAL

# DATA Waive Physicians

- Current (6/5/12) CSAT population of certified DATA Waive Physicians:

  - DW-30 Physicians- 17,397
  - DW-100 Physicians- 5,984

- Total: **23,381**

# DATA Waive Physicians

- Current (6/5/2012) DEA population of certified DATA Waive Physicians:

  - DW-30 Physicians - 15,867
  - DW-100 Physicians - 5,430
  - Military Physicians – 45

- Total **21,342**

- Difference between CSAT & DEA Population:
  - **2,039**

CONFIDENTIAL



# Buprenorphine Prescriptions

Source: IMS Health National Prescription Audit Plus downloaded 6/5/2012

CONFIDENTIAL

# NFLIS Data

- From January 2001 to June 2011 buprenorphine reports increased more than 900-fold (from 6 to 5,427).



- The largest increase of Buprenorphine reports during the same time period was in the Northeast from no reports to 4.8 reports per 100,000 persons.

CONFIDENTIAL

# NFLIS Data

Reporting period:

## January 2011 through June 2011

Buprenorphine*     4,836 reports          7.31%

**3rd** most reported Narcotic analgesic behind Oxycodone and Hydrocodone.

CAH_MDL2804_02448339



# Alprazolam Xanax® (Z-bars)

C-IV

- Drug abusers often prefer alprazolam due to its rapid onset and longer duration of action

- Alprazolam was ranked third in the number of prescriptions for controlled substances in 2003, 2004, 2005 and 2006*

- For all sales of generic pharmaceuticals, alprazolam was ranked 7th**

\* Source IMS Health
\*\* Source Verispan VONA



# Other Controlled Substances





- Phentermine C-IV

- Phendimetrazine C-III

  - Bontril®



- Amphetamines



  - Adderall C-II

  - Methylphenidate C-II



    - Ritalin®

    - Concerta®



CONFIDENTIAL

# REQUIRED READING

DIAGNOSTIC AND STATISTICAL
MANUAL OF
MENTAL DISORDERS

FOURTH EDITION

TEXT REVISION

## DSM-IV-TR®

AMERICAN PSYCHIATRIC ASSOCIATION

CONFIDENTIAL

Case: 1:17-md-02804-DAP Doc #: 2816-3 Filed: 10/14/19 118 of 188. PageID #: 425691

Disorders Usually First Diagnosed in Infancy,

## Attention-Deficit and Disruptive Behavior Disorders

### Attention-Deficit/Hyperactivity Disorder

#### Diagnostic Features

Some hyperactive-impulsive or inattentive symptoms that cause impairment must have been present before age 7 years, although many individuals are diagnosed after the symptoms have been present for a number of years, especially in the case of individuals with the Predominantly Inattentive Type (Criterion B)

A1c). There may be frequent shifts from one uncompleted activity to another. Individuals diagnosed with this disorder may begin a task, move on to another, then turn to yet something else, prior to completing any one task. They often do not follow through on requests or instructions and fail to complete schoolwork, chores, or other duties (Criterion A1d). Failure to complete tasks should be considered in making this diagnosis only if it is due to inattention as opposed to other possible reasons (e.g., failure to understand instructions, defiance). These individuals often have difficulties organizing tasks and activities (Criterion A1e). Tasks that require sustained mental effort are experienced as unpleasant and markedly aversive. As a result, these individuals typically avoid or have a strong dislike for activities that demand sustained self-application and mental effort or that require organizational demands or close concentration (e.g., homework or paperwork) (Criterion A1f). This avoidance must be due to the person's difficulties with attention and not due to a primary oppositional attitude, although secondary oppositionalism may also occur. Work habits are often disorganized and the materials necessary for doing the task are often scattered, lost, or carelessly handled and damaged (Criterion A1g). Individuals with this disor-

- •Fails to give close attention to details...make careless mistakes in schoolwork, work
- •Difficulty sustaining attention in tasks
- •Does not seem to listen when spoken to
- •Does not follow through on instructions
- •Difficulty organizing tasks
- •Often loses things necessary for tasks
- •Easily distracted
- •Forgetful

(h) is often easily distracted by extraneous stimuli
(i) is often forgetful in daily activities

(2) six (or more) of the following symptoms of **hyperactivity-impulsivity** have persisted for at least 6 months to a degree that is maladaptive and inconsistent with developmental level:

*Hyperactivity*
(a) often fidgets with hands or feet or squirms in seat
(b) often leaves seat in classroom or in other situations in which remaining

- •Fidgets
- •Can't remain seated
- •Restlessness
- •Difficulty awaiting turn
- •Often interrupts or intrudes

B. Some hyperactive-impulsive or inattentive symptoms that caused impairment were present before age 7 years.

C. Some impairment from the symptoms is present in two or more settings (e.g., at school [or work] and at home).

CONFIDENTIAL

CAH_MDL2804_02448343

that require [...] and poor [...] ued, typic [...] quate self [...] others as [...] ior. Famil [...] pecially in [...] to believe [...] parent-chi [...]

with successful treatment. On average, individuals with Attention-Deficit/Hyper-activity Disorder obtain less schooling than their peers and have poorer vocational achievement. Also, on average, intellectual level, as assessed by individual IQ tests, is several points lower in children with this disorder compared with peers. At the same time, great variability in IQ is evidenced: individuals with Attention-Deficit/Hyperactivity Disorder may show intellectual development in the above-average or gifted range. In its severe form, the disorder is markedly impairing, affecting social, familial, and scholastic adjustment. All three subtypes are associated with significant impairment. Academic deficits and school-related problems tend to be most pronounced in the types marked by inattention (Predominantly Inattentive and Combined Types), whereas peer rejection and, to a lesser extent, accidental injury are most salient in the types marked by hyperactivity and impulsivity (Predominantly Hyperactive-Impulsive and Combined Types). Individuals with the Predominantly Inattentive Type tend to be socially passive and appear to be neglected, rather than rejected, by peers.

A substantial proportion (approximately half) of clinic-referred children with Attention-Deficit/Hyperactivity Disorder also have Oppositional Defiant Disorder or Conduct Disorder. The rates of co-occurrence of Attention-Deficit/Hyperactivity Disorder with these other Disruptive Behavior Disorders are higher than with other mental disorders, and this co-occurrence is most likely in the two subtypes marked by hyperactivity-impulsivity (Hyperactive-Impulsive and Combined Types). Other associated disorders include Mood Disorders, Anxiety Disorders, Learning Disorders, and Communication Disorders in children with Attention-Deficit/Hyperactivity Disorder. Although Attention-Deficit/Hyperactivity Disorder appears in at least 50% of clinic-referred individuals with Tourette's Disorder, most individuals with Attention-Deficit/Hyperactivity Disorder do not have accompanying Tourette's Disorder. When the two disorders coexist, the onset of the Attention-Deficit/Hyperactivity Disorder often precedes the onset of the Tourette's Disorder.

There may be a history of child abuse or neglect, multiple foster placements, neurotoxin exposure (e.g., lead poisoning), infections (e.g., encephalitis), drug exposure in utero, or Mental Retardation. Although low birth weight may sometimes be associated with Attention-Deficit/Hyperactivity Disorder, most children with low birth weight do not develop Attention-Deficit/Hyperactivity Disorder, and most children with Attention-Deficit/Hyperactivity Disorder do not have a history of low birth weight.

**Associated laboratory findings.** There are no laboratory tests, neurological assessments, or attentional assessments that have been established as diagnostic in the clin-

There are no specific physical features associated with Attention-Deficit/Hyperactivity Disorder, although minor physical anomalies (e.g., hypertelorism, highly arched palate, low-set ears) may occur at a higher rate than in the general population. There may also be a higher rate of accidental physical injury.

### Specific Culture, Age, and Gender Features

Attention-Deficit/Hyperactivity Disorder is known to occur in various cultures, with variations in reported prevalence among Western countries probably arising more from different diagnostic practices than from differences in clinical presentation.

It is difficult to establish this diagnosis in children younger than age 4 or 5 years, because their characteristic behavior is much more variable than that of older children and may include features that are similar to symptoms of Attention-Deficit/Hyperactivity Disorder. Furthermore, symptoms of inattention in toddlers or preschool children are often not readily observed because young children typically experience few demands for sustained attention. However, even the attention of toddlers can be held in a variety of situations (e.g., the average 2- or 3-year-old child can typically sit with an adult looking through picture books). Young children with Attention-Deficit/Hyperactivity Disorder move excessively and typically are difficult to contain. Inquiring about a wide variety of behaviors in a young child may be helpful in ensuring that a full clinical picture has been obtained. Substantial impairment has been demonstrated in preschool-age children with Attention-Deficit/Hyperactivity Disorder. In school-age children, symptoms of inattention affect classroom work and academic performance. Impulsive symptoms may also lead to the breaking of familial, interpersonal, and educational rules. Symptoms of Attention-Deficit/Hyperactivity Disorder are typically at their most prominent during the elementary grades. As children mature, symptoms usually become less conspicuous. By late childhood and early adolescence, signs of excessive gross motor activity (e.g., excessive running and climbing, not remaining seated) are less common, and hyperactivity symptoms may be confined to fidgetiness or an inner feeling of jitteriness or restlessness. In adulthood, restlessness may lead to difficulty in participating in sedentary activities and to avoiding pastimes or occupations that provide limited opportunity for spontaneous movement (e.g., desk jobs). Social dysfunction in adults appears to be especially likely in those who had additional concurrent diagnoses in childhood. Caution should be exercised in making the diagnosis of Attention-Deficit/Hyperactivity Disorder in adults solely on the basis of the adult's recall of being inattentive or hyperactive as a child, because the validity of such retrospective data is often problematic. Although supporting information may not always be available, corroborating information from other informants (including prior school records) is helpful for improving the accuracy of the diagnosis.

CAH_MDL2804_02448344



# Ritalin® / Concerta® / Adderall

➢ Used legitimately to treat ADHD

➢ Used non-medically to get high and as an academic "performance-enhancer" to improve memory and improve concentration – gain the edge
  ➢ Higher GPA
  ➢ Higher SAT / ACT score
  ➢ Get that scholarship

CONFIDENTIAL

CAH_MDL2804_02448345

# QUOTAS/SHORTAGES

CONFIDENTIAL

CAH_MDL2804_02448346

# Quotas

- DEA's mission is to prevent, detect, and investigate the diversion of pharmaceutical controlled substance from legitimate channels while **ensuring an adequate and uninterrupted supply** of pharmaceutical controlled substances to meet legitimate medical, commercial, and scientific needs.

- DEA is statutorily required to issue production material quota to the registered manufacturers on a yearly basis (21 USC 826).

CONFIDENTIAL

# Criteria in Determining Quota

- The manufacturer's current rate of disposal
- The trend of the national disposal rate during the preceding calendar year
- The manufacturer's production cycle and inventory position
- The economic availability of raw materials
- Yield and stability problems
- Emergencies such as strikes and fires
- Other factors.

CONFIDENTIAL

# **Quotas/Shortages**

- DEA issued enough quota to the industry to meet the medical, commercial, and scientific needs.



- DEA has no statutory or regulatory authority relating to FDA manufacturing issues.

CONFIDENTIAL



# ROBITUSSIN

Because Gatorade doesn't make you a flying robot in space.

CONFIDENTIAL

CAH_MDL2804_02448350

# Dextromethorphan (DXM)

- Cough suppressant in over 125 OTC medications (e.g. Robitussin and Coricidin)



- Bulk form on the Internet

- At high doses, has Ketamine- and PCP-like effects



- Produces physical and psychological dependence

- Deaths associated with DXM abuse

CONFIDENTIAL

# Cough Syrup Cocktails

- "Syrup and Soda"
- "Seven and Syrup"
- "Purple Drank"











CONFIDENTIAL



# Methods of Diversion

- Practitioners / Pharmacists
  - Illegal distribution
  - Self abuse
  - Trading drugs for sex
- Employee pilferage
  - Hospitals
  - Practitioners' offices
  - Nursing homes
  - Retail pharmacies
  - Manufacturing / distribution facilities

- Pharmacy / Other Theft
  - Armed robbery
  - Burglary (Night Break-ins)
  - In Transit Loss (Hijacking)
  - Smurfing
- Patients / Drug Seekers
  - Drug rings
  - Doctor-shopping
  - Forged / fraudulent / altered prescriptions
- The medicine cabinet / obituaries
- The Internet
- Pain Clinics

CAH_MDL2804_02448353

# Where are the Pharmaceuticals Coming From?

- Medicine Cabinet

- Internet

- Pain Clinics

- Doctor Shoppers; RX Fraud; Practitioner Diversion

CONFIDENTIAL



# Prescription Fraud

- **Fake prescriptions**
  - Highly organized
  - Use real physician name and DEA Registrant Number
    - Contact Information false or "fake office"
      - (change locations often to avoid detection)
  - Prescription printing services utilized
    - Not required to ask questions or verify information printed
- **Stolen prescriptions**
  - Forged
  - "Smurfed" to a large number of different pharmacies

CONFIDENTIAL

CAH_MDL2804_02448355

# Doctor Shopping





CONFIDENTIAL

# Prescription Drug Monitoring Programs

CONFIDENTIAL

# Status of Prescription Drug Monitoring Programs (PDMPs)



**Legend:**
- Operational PDMPs
- Enacted PDMP legislation, but program not yet operational
- Pending legislation

Research is current as of February 1, 2012

CONFIDENTIAL

CAH_MDL2804_02448358



# Diversion via the Internet

CAH_MDL2804_02448359

# Domestic 'R$_X$' Flow



1. Consumer in Montana orders hydrocodone on the Internet

6. Pharmacy in Iowa fills order and ships to Consumer via Shipper

4. Order is approved by Physician in New Jersey and returned to Web Company

5. Approved order then sent by Web Company to an affiliated Pharmacy

2. Request goes through Website Server in San Antonio, TX

3. Web Company (located in Miami, FL) adds request to queue for Physician approval

CAH_MDL2804_02448360

# New Felony Offense
# Internet Trafficking

➤ 21 USC 841(h)(1):  It shall be unlawful for any person to knowingly or intentionally:
   (A) deliver, distribute, or dispense a controlled substance by means of the Internet, except as authorized by this title; or

   (B) aid or abet any violation in (A)

## What has been the reaction????

CONFIDENTIAL

# Per Se Violations

**Automatic Violation of the CSA if any of the following occurs:**

➢ No in-person medical evaluation by prescribing practitioner

➢ Online pharmacy not properly registered with *modified registration*.

➢ Website fails to display required information

CONFIDENTIAL

CAH_MDL2804_02448362

# Current CSA Registrant Population

## Total Population: 1,341,505

- ➤ Practitioner — 1,040,496
- ➤ Mid-Level Practitioner — 170,115
- ➤ Pharmacy — 65,946
- ➤ Hospital/Clinic — 15,702
- ➤ Manufacturer — 525
- ➤ Distributor — 805
- ➤ Researcher — 6,357
- ➤ Analytical Labs — 1,504
- ➤ NTP — 1,247
- ➤ ADS Machine — 161

**as of 1/21/2010**

CONFIDENTIAL

CAH_MDL2804_02448363

SOOOO…How many have applied for registration for Internet Pharmacy Operations?????

7

CONFIDENTIAL
CAH_MDL2804_02448364

*What took the place of Internet Medical Care and  Internet CS pharmaceutical Distribution?*

CONFIDENTIAL
CAH_MDL2804_02448365

# Pain Clinics

CAH_MDL2804_02448366

# Medical Care ?

- Many of these clinics are prescription/dispensing mills.

- Minimal practitioner/patient interaction

CONFIDENTIAL

# Checks and Balances
# Under the CSA

- **<u>Practitioners</u>**

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."* (21 CFR § 1306.04(a))

*United States v Moore*  *423 US 122 (1975)*

CONFIDENTIAL

# Increased Law Enforcement Pressure

- Clinics migrating north and west
- Funded by owners in Florida

CONFIDENTIAL

# Explosion of South Florida Pain Clinics



As of June 4, 2010, Florida has received 1,118 applications and has approved 1026
*As of May 14, 2010, Broward 142; Miami-Dade 79; Palm Beach 111

CONFIDENTIAL

CAH_MDL2804_02448370

# MIGRATION OF PAIN CLINICS



CAH_MDL2804_02448371

# MIGRATION OF PAIN CLINICS



CONFIDENTIAL

CAH_MDL2804_02448372

# MIGRATION OF PAIN CLINICS



CAH_MDL2804_02448373

# MIGRATION OF PAIN CLINICS



CONFIDENTIAL

CAH_MDL2804_02448374

# MIGRATION OF PAIN CLINICS



CAH_MDL2804_02448375

# MIGRATION OF PAIN CLINICS



# MIGRATION OF PAIN CLINICS



CAH_MDL2804_02448377

# MIGRATION OF PAIN CLINICS



CONFIDENTIAL

CAH_MDL2804_02448378

# MIGRATION OF PAIN CLINICS



CAH_MDL2804_02448379

# 'The Florida Migration'

- Vast majority of 'patients' visiting Florida "pain clinics"come from out-of-state:

  - Georgia
  - Kentucky
  - Tennessee
  - Ohio
  - Massachusetts
  - New Jersey
  - North and South Carolina
  - Virginia
  - West Virginia

CONFIDENTIAL

CAH_MDL2804_02448380

# THE MIGRATION



CAH_MDL2804_02448381

# THE MIGRATION



CAH_MDL2804_02448382

# THE MIGRATION



Yale-New Haven Hospital

CONFIDENTIAL

# THE MIGRATION



CAH_MDL2804_02448384

# THE MIGRATION



Newark Beth-Israel Hospital

CAH_MDL2804_02448385

# THE MIGRATION



CAH_MDL2804_02448386

# THE MIGRATION



# THE MIGRATION



CAH_MDL2804_02448388

# THE MIGRATION



CAH_MDL2804_02448389

# THE MIGRATION

Medical University
of South Carolina



# THE MIGRATION

Emory University
Hospital



# THE MIGRATION



# Drugs Prescribed

- A 'cocktail' of oxycodone and alprazolam (Xanax®)
- An average 'patient' receives prescriptions or medications in combination

| Schedule II | Schedule III | Schedule IV |
|---|---|---|
| Oxycodone 15mg, 30mg | Vicodin (Hydrocodone) | Xanax (Alprazolam) |
| Roxicodone 15mg, 30mg | Lorcet | Valium (Diazepam) |
| Percocet | Lortab | |
| Percodan | Tylenol #3 (codeine) | |
| Demerol | Tylenol #4 (codeine) | |
| Methadone | | |

CAH_MDL2804_02448393

# Average Charges for a Clinic Visit

- Price varies if medication is dispensed or if customers receive prescriptions

- Some clinics advertise in alternative newspapers citing discounts for new patients such as 'buy one get one free' or "50% off with this ad"

- Typically, initial office visit is $250; each subsequent visit is $150 to $200

- Average 120-180 30mg oxycodone tablets per visit

CONFIDENTIAL

# Cost of Drugs

- The 'cocktail' prescriptions go for $650 to $1,000

-  According to medical experts, most clinics do not require sufficient medical history and tests for proper prescribing of Schedule II substances

- Each oxycodone 30mg tablet costs $1.75 to $2.50 at the clinics

  – On the street in Florida, that pill can be re-sold for $7 to $15

  – Outside of Florida, it can be re-sold for $25 to $30 ($1 per mg)

CONFIDENTIAL

# Why is this happening?

CONFIDENTIAL

CAH_MDL2804_02448396

# What's the Profit?



- May 20, 2010, Tampa, Florida owner/operator of pain clinic dispensing oxycodone
- **$5,822,604.00** cash seized

CONFIDENTIAL

CAH_MDL2804_02448397

# What's the Profit?



- One case in Florida owner/operator of pain clinic allegedly generated $40 million in drug proceeds
- Houston investigation $41.5 million in assets

CONFIDENTIAL

# What's the Profit?



- Another case in Florida - pain clinic operation paid his doctors (in 2009):
  - $861,550
  - $989,975
  - $1,031,975
  - $1,049,032
  - $1,225,775

CONFIDENTIAL

# DEA Distributor Initiative

**August 2005 – Present:**

➢ **Briefings to 79 firms with 224 locations**

➢ **Examples of civil action against distributors:**
- ➢ **AmerisourceBergen,**
- ➢ **Cardinal Health, $34 million civil fine**
- ➢ **McKesson, $13.25 million civil fine**
- ➢ **Harvard, $6 million civil fine**

➢ **Examples of suspension, surrender or revocation of DEA registration**
- ➢ **Keysource, loss of DEA registration**
- ➢ **Sunrise, loss of DEA registration**

CAH_MDL2804_02448400

# The Flow of Pharmaceuticals



Raw Material

(Thebaine)

QUOTAS

Importers

Imp - Manufacturers

Manufacturers

Dosage Form Manufacturers

Dosage Form Manufacturers

21 USC 823(c)(1)
21 USC 823(d)(1)
21 CFR 1301.71

21 USC 823(b)(1)
21 USC 823(e)(1)
21 CFR 1301.71
21 CFR 1301.74
(Suspicious Orders)

Smaller Distributors

Wholesalers - Distributors

Hospitals

Pharmacies

Physicians
(Rx and drugs)

NTPs

21 CFR 1306.04

PATIENTS

CONFIDENTIAL

CAH_MDL2804_02448401



June 2010 DEA takes action against four wholesale distributors supplying doctors who were dispensing from rogue pain clinics.

CAH_MDL2804_02448402

# State of Florida Legislative Actions

- **Effective October 1, 2010**
  - Pain clinics are banned from advertising that they sell narcotics
  - They can only dispense 72-hour supply of narcotics
  - Prohibits the registration of pain clinics unless they are owned  by physicians or licensed by non-physicians as a health care clinic

- **Effective July 1, 2011**
  - Clinics must turn over their supply of C-II and C-III controlled substances
  - Clinics are no longer able to dispense these drugs
  - Clinics cannot have ANY affiliation with a doctor that has lost a DEA number

CONFIDENTIAL

# Reaction

– Shift from dispensing physicians to prescribing physicians

– New pharmacy applications in Florida increased dramatically in 2010

CONFIDENTIAL

CAH_MDL2804_02448404

# Clinic response to the Florida legislation prohibiting the sale of CS from pain clinics?

# Buy Pharmacies!

CONFIDENTIAL

## Beer prices on the way up

Low cattle supplies, strong foreign demand for U.S. beef help fuel price boost. 1B.

## Preserving pets after death growing popular as an option

Taxidermist Daniel Ross acknowledges it's a controversial topic, but says the owners "aren't weird, they just really love their pets." 3A.

## See news photos of the day on your smartphone

Scan with any QR reader or download the code scanner at scan.mobi. (Available on nearly every U.S. smartphone.)

Powered by

Crossword, Sudoku 5D
Editorial/Forum   6-7A
Market trends     6B
Marketplace Today 5D
State-by-state    7A
TV listings       6D

©COPYRIGHT 2012 USA TODAY, a division of Gannett Co., Inc.
Home Delivery, customer service
1-800-872-0001
www.usatodayservice.com

## USA TODAY Snapshots®

### A bite into dental costs

Average out-of-pocket costs Americans say they pay for dental procedures.



| Insured | Uninsured |
|---|---|
| $2,825 | $3,938 |
| $1,479 | $2,698 |
| $593 | $1,201 |

---

...cation of flaws and creating nal record of pump-and-dump stock fraud.

The former computer hacker is the principle figure behind Megaupload, which U.S. prosecutors charge was a global empire that reaped a mega-fortune from illegal digital distribution of movies, songs and other copyright works.

In a New Zealand jail awaiting extradition to the USA on charges of racketeering, money-...

...one of the Web's most popular and controversial sites — a site that came into the government's cross-hairs two years ago after a complaint from the Motion Picture Association of America.

In the days after Dotcom's arrest, the case has triggered an angry response from the hacker

Please see COVER STORY next page ▶

---

# Dealers creative in oxycodone bid

## They try to open pharmacies after Florida targets 'pill mills'

By Donna Leinwand Leger
USA TODAY

Drug dealers are finding creative ways around new laws that crack down on "pill mills" dispensing powerful painkillers such as oxycodone.

In Florida, hundreds of people tried to open pharmacies after the state barred doctors from dispensing the narcotics directly from their clinics and forced patients to fill their prescriptions at pharmacies. Others moved their operations to Georgia, state police and federal agents say.

"Traffickers adapt to situations," says Mark Trouville, special agent in charge of the Drug Enforcement Administration's field offices in Florida. "We knew once we put pressure on the pill mills, the wrong people would start opening pharmacies."

Florida was the nation's center of prescription-painkiller distribution until the state enacted laws last year aimed at pill mills — clinics where doctors perform cursory examinations on people with dubious injuries and dispense addictive painkillers.

Since then, the number of Florida doctors among the nation's top 100 oxycodone-purcha-...



**Fewer pills**

Number of oxycodone pills purchased by Florida pharmacies and practitioners: (in millions)

43.3
34.3

Jan. 2010 — Dec. 2011

Source: Drug Enforcement Administration
By Julie Snider, USA TODAY

A pharmacy must register with the DEA and be licensed by the state to dispense controlled substances, which include many drugs that require a doctor's prescription. The DEA can deny a registration if an applicant has been convicted of a drug-related crime or agents find a connection to a pill mill or other activity that poses a threat to public health and safety.

At least 37 pharmacy applicants withdrew their applications in 2011, Trouville says. "They feel the squeeze and move on," he says.

Still, questionable pharmacies are selling thousands of oxycodone and hydrocodone pills to people recruited by drug dealers to get prescriptions from pain clinics. "They're not selling Band-Aids and aspirin," Trouville says. "There's nothing but an empty room with a bulletproof window."

Pharmacy applicants turned down in Florida often try their luck in Georgia, says Rick Allen, director of the Georgia Drugs and Narcotics Agency. Of new non-chain drugstore applications, about 95% have some connection to Florida, he says.

"The people come completely out of left field without any pharmacy background and open a pharmacy in a sleazy strip mall right down the road from a pain clinic," Allen says. "You do a cursory background on them, and they're living in a doublewide in Pembroke Pines, Fla."

---

cember; Ging

Gingrich fa Paul, who trai former Penn who also trai

"Gingrich nomination h general electi Jacobs of the appeal to Tea him out of the

The Swing tion's most co Florida, Iowa shire, New M sylvania, Virg

The finding attacks on Gi by Romney a from Arizona majority lea speaker has d South Carolin the top of nati

In Florida, Romney led i Sunday by 15

Gingrich bl aired by Rom policy of carpe said on Fox Ne

Romney, Gingrich shou his support ha

Voters in F than Gingrich tics.

Nearly six i ity and leade have; 42% call percent call F say that of Gi

Neither do whether they...

CAH_MDL2804_02448406

# Who is Applying?

- An individual who is tied to Organized Crime
- An individual who works at Boston Market
- An individual whose father owns a pain clinic
- An individual whose mother works at a pain clinic
- An individual whose father is a doctor at a pain clinic
- An individual who is a bartender/exotic dancer
- An individual who is a truck driver
- An individual who is retired from the dry wall business
- An individual who is a secretary at a pain clinic
- An individual who runs a lawn care business

CONFIDENTIAL

# Response

## Enforcement and Regulatory Action

- Investigating/Inspecting all new and renewal pharmacy applications submitted in Florida

- Investigating/Inspecting existing pharmacies registrations

- Results
  - Withdrawal of applications
  - Orders To Show Cause (OTSC) issued against applications
  - Immediate Suspension Orders (ISO) issued as appropriate

CONFIDENTIAL

# The Last Line of Defense



CONFIDENTIAL

CAH_MDL2804_02448409

# 21CFR 1306.04

The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner , but a corresponding responsibility rests with the pharmacist who fills the prescription.

An order  purporting to be a prescription issued not in the usual course of professional treatment or in legitimate and authorized research is not a prescription  within the meaning and intent of Section 309 of the act (21 USC 829) and the person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.

CONFIDENTIAL

CAH_MDL2804_02448410

# Potential Red Flags

many customers receiving the same combination of prescriptions

many customers receiving the same strength of controlled substances;

many customers paying cash for their prescriptions;

many customers with the same diagnosis codes written on their prescriptions;

individuals driving long distances to visit physicians and/or to fill prescriptions;

customers coming into the pharmacy in groups, each with the same prescriptions
    issued by the same physician; and

customers with prescriptions for controlled substances written by physicians not
    associated with pain management
    (i.e., pediatricians, gynecologists, ophthalmologists, etc.).

CONFIDENTIAL

Thank You!

CONFIDENTIAL

CAH_MDL2804_02448412



Questions

CONFIDENTIAL