# EXHIBIT 18

# DEA Compliance Processes: Follow the Order

## Customer Onboarding

| Henry Schein Controlled Substance Form ("Questionnaire") | State Licensure & DEA Registration | Supporting documentation | Due Diligence review of onboarding information |



## Suspicious Order Monitoring System (SOMS)

| Two pronged system: Statistical Algorithm Model + Threshold Model | Customers sorted into peer group classifications based upon → | Market Segment | Practice Type | Specialty | + | Active Ingredient being ordered |



## Customer Verifications

| NTIS / MedPro / USDOJ resources used to verify present authority to order and receive controlled substances | Ongoing verification of State licensure | Ongoing verification of DEA registration |



## Due Diligence Review

| *Controlled substances must be being ordered for a legitimate medical purpose in the course of a professional healthcare practice* | Verifications Dept. (first level of review)  Regulatory Affairs Dept. (additional review level) | Review of orders flagged by the SOMS | Assessments and recommendations documented | Secondary sign-off on all determination made post due diligence review |

## Suspicious Order Reporting System (SORS)

| Reports submitted to DEA & state authorities (where applicable) | Daily reporting of orders pended by SOMS based on unusual size, pattern, or frequency | Additional reporting of restricted customers |



1

# History of HSI's SOMS & KYC Due Diligence Development



| 2008 | Henry Schein's Suspicious Order Monitoring System (SOMS) designed in conjunction with BuzzeoPDMA. |
|---|---|
| 2009 | Implementation of SOMS completed. |
| 2012 | SOMS audited by Buzzeo in collaborative effort with Henry Schein Verifications, Regulatory Affairs, Legal and Internal Audits. |
| 2013 | Developed multi-year plan for implementation of needed processes & system enhancements. |
| 2015 | Richmond Analytics (an Information Services firm) and Buzzeo hired to evaluate and retune the statistical model of the SOMS to ensure optimal sensitivity. |
| 2017 | Profit Optics (a statistical firm) engaged for two-phased retuning of the threshold model of the SOMS. Phase 1 – review of & modifications to order-history algorithm (completed Q2 2017). Phase 2 – review & enhancements of customer peer groups (completed Q4 2017). |
| 2018 | Scheduled by year-end to receive a consultant assessment of our DEA compliance processes. Assessment will be focused on our "Know Your Customer" Due Diligence & Suspicious Order Reporting processes. |



2

# DEA Compliance Areas – HSI & Joint Ventures/Subsidiaries

| Activity | HSI | HSAH | ACE | SAS | HF | DBY |
|---|---|---|---|---|---|---|
| Customer License Verification System (state & federal) | Y Automated | Y Automated | Y Manual Automated in Process | Y Manual | Y Automated | Y Automated (NTIS) |
| Computerized Suspicious Order Monitoring System (SOMS) | Y Algorithm & Threshold Models | Y Algorithm Model | In Process | Y Threshold Model; Algorithm in Process | Y Threshold Model | Y Threshold Model |
| Review of Orders Flagged by SOMS | Y | Y | In Process | Y | Y | Y |
| Reporting of Orders Flagged by SOMS (unusual size/pattern/frequency) | Y | N | In Process | Y | In Process | Y |
| Due Diligence on File for All Active Customers | Y Questionnaires + DD Assessments | Y Questionnaires | In Process | Y Background Info; Enhancements in Process | In Process | Y |
| Know Your Customer Site Visits | Y | Y | N | N | N | N |
| Reporting of Restricted Customers | Y | Y | Y | Y | Y | Y |
| Federal ARCOS Reporting | Y | Y | Y | Y | N/A C-IV only | Y |
| State ARCOS Reporting (FL, NY, TX, ID, LA, OH, TN, MI) | Y | Y | Y TN/OH/TX in Process | Y | Y | Y |



3

# Distributor Penalties

| Company | Agency | Year | Fine/Penalty | Reason |
|---|---|---|---|---|
| Henry Schein | Ohio State BOP | 1998 | Warning Letter | Sale of dangerous drugs to persons/entities not licensed/authorized to possess them. |
| Henry Schein | DEA | 2012 | $50,000 | Settled civil allegations stemming from distributions to a researcher at the University of Pittsburg who was criminally charged in connection with diversion of controlled substances. |
| Henry Schein | Iowa State BOP | 2012 | $5,000 | Distributing controlled substances to an unauthorized person in violation of Iowa law. |
| Henry Schein Animal Health | DEA | 2014 | $225,000 | Sale of dangerous drugs to persons/entities not licensed/authorized to possess them. Allegations settled with no admission of guilt. |
| McKesson | DEA | 2008 | $13,000,000 | Failure to identify and report suspicious orders of controlled substances. |
| McKesson | DEA | 2017 | $150,000,000 | Failure to identify and report suspicious orders of controlled substances. |
| Cardinal Health | DEA | 2017 | $44,000,000 | Failure to identify and report suspicious orders of controlled substances. |
| Cardinal Health | State of WV | 2016 | $20,000,000 | Failure to identify and report suspicious orders of controlled substances. |
| AmerisourceBergen | State of WV | 2016 | $16,000,000 | Failure to identify and report suspicious orders of controlled substances. |
| Miami-Luken | State of WV | 2016 | $2,500,000 | Failure to identify and report suspicious orders of controlled substances. |
| Masters Pharmaceutical | DEA | 2009 | $500,000 | Failure to identify and report suspicious orders of controlled substances. |
| Masters Pharmaceutical | DEA | 2017 | Registration revoked | Failure to identify and report suspicious orders of controlled substances. |



# "Opioid Taxes"

- **NY Opioid Stewardship Act (OSA)**
  - *Requires manufacturers, distributors and importers to report transaction information for all opioids sold/distributed to or within NYS. The NY DOH will determine each party's percentage of total opioids sold and distributed to/within NYS.*

  - *Each party will be responsible to pay its ratable share of $100,000,000 to establish an opioid stewardship fund. This will be used to fund alcohol and drug addiction recovery programs and other related costs.*

  - *By August 1, 2018, parties must report certain data from the 2017 calendar year. In October 2018, NYS will notify each party of its ratable share. Each party will be responsible to pay its ratable share of 2017 opioid sales/distributions to NYS in January 2019. It is unpredictable what our ratable share will be, but it is anticipated to be low.*

  - *The OSA exempts buprenorphine, methadone, morphine, alfentanil, sufentanil, remifentanil, fentanyl in solution and fentanyl base/powder from opioids that are subject to the fee assessment.*

- **Other states** such as CA, DE, KY, MN, OK, NJ, TN, VT and WV are considering various bills and methods of instituting what would amount to an opioid "tax" or fee.



5

## Controlled Substance Compliance – Oversight



- Additionally, State Boards of Pharmacy/Departments of Health regulate industry in similar ways at the state level.

