# EXHIBIT 32

MCKESSON

# Regulatory Affairs Update



**RNA Leadership Team**

**Nate Hartle, Sr. Director
Regulatory Affairs**

November 20th, 2015



BUSINESS
CARE
CONNECTIVITY

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430424

**McKESSON**

# Addressing Rx Drug Abuse & Heroin Use



- **Rx Drug Use**: 259 M prescriptions for opioids (2012)
- **Rx Drug Misuse**: 1.4 M emergency room visits (2011)
- **Heroin Use**: 4 out of 5 users started by misusing Rx opioids
- **Overdose**: 16,000 Rx opioid deaths (2013); Heroin overdoses rapidly increasing

*The Obama administration recently announced collective public and private sector efforts that focus on provider training, access to medication-assisted treatments and community awareness.*

Sources: White House Memorandum for the Heads of Executive Departments & Agencies Re: Addressing Prescription Drug Abuse and Heroin Use, October 21, 2015; DEA National Drug Threat Assessment 2015

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER — MCKMDL00430425

MCKESSON

# Our Program Design – A Regulatory View

| Suspicious Order Reporting (21 CFR § 1301.74(b)) | Effective Controls Against Diversion (21 U.S.C. § 823) | |
|---|---|---|
| Order Monitoring | Customer Monitoring | Diversion Monitoring |
| Analytics | Analytics | Analytics |
| Thresholds | Diligence | Diversion Trends |

McKesson Corporation - Proprietary & Confidential

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MCKMDL00430426

**McKESSON**

# Enhancements to Suspicious Order Reporting

> **Distributor Responsibility to Identify and Report Suspicious Orders:**
>
> "The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."

- Enhance monthly thresholds with a robust statistical model
- Thresholds will adjust based on actual purchases
- ISMC pilot is in process
- Data analysis for chains and health systems is underway
- Implementation is expected throughout 2016

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00430427

# Model uses Actual Customer Purchase Data



- Each month recent customer data is used to assess purchase history and pharmacy size, which both account for variability and growth.

- The proxy for size (benchmark group) is updated monthly.

- Thresholds reset monthly based on new purchasing data (one month lag).

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00430428

# Model calculates Threshold Options and allows for Due Diligence-based Thresholds

**①**

**New model thresholds**
*Lower of the two is "binding"*

**Same-Customer**
*(Customer Purchases)*

**Benchmark**
*(Similar Customer Comparison)*

**- OR -**

**②**

**Due Diligence**
*Based on Regulatory Affairs review*

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00430429

# Same Customer Threshold Example



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00430430

# Benchmark Threshold Example



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00430431

McKESSON

# Due Diligence Threshold Example

**Questionnaire**



**Site Visit/Call**





**TCR / Script & Dose Data**



**Licensure & Registration**





HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00430432

McKESSON

# Next Steps

- Review of pilot results and analysis

- RNA data analysis has been completed and options reviewed

- AGI is re-calculating benchmark groupings

- Implementation plan and timeline will be modified and shared with PGORC/ORC

- Communication plans will be developed to support the rollout

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                    MCKMDL00430433



McKesson Corporation - Proprietary & Confidential

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430434