# EXHIBIT 34

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4                    - - -
 5   IN RE:  NATIONAL      :  MDL NO. 2804
     PRESCRIPTION OPIATE   :
 6   LITIGATION            :
     ---------------------------------------
 7                         :  CASE NO.
     THIS DOCUMENT         :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                           :  Hon. Dan A.
 9                         :  Polster
10                    - - -
            Thursday, January 17, 2019
11                  Volume II
                      - - -
12
     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
13           CONFIDENTIALITY REVIEW
14                    - - -
15            Videotaped deposition of
     JOHN HASSLER, taken pursuant to notice,
16   was held at Golkow Litigation Services,
     One Liberty Place, 1650 Market Street,
17   Suite 5150, Philadelphia, Pennsylvania
     19103, beginning at 9:14 a.m., on the
18   above date, before Amanda Dee
     Maslynsky-Miller, a Certified Realtime
19   Reporter.
20                    - - -
21
22
23         GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672 fax
24              deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.    As described in Item 43.
 2              MS. HILLYER:  I'm sorry,
 3        objection.  Broad.  Vague.  Calls
 4        for a narrative.
 5              THE WITNESS:  I believe that
 6        these topics aligned very closely
 7        with the topics that we reviewed
 8        before lunch.
 9              And so my answers would be
10        the same there, because Teva and
11        Cephalon didn't release materials
12        that were specific to geographic
13        areas for their marketing or
14        educational messages.
15              The messages were approved
16        nationwide, and they would have
17        been available and used in Ohio,
18        just as they would have been in
19        any other state in the country.
20   BY MR. KIEFFER:
21        Q.    You're referencing your
22   testimony in response to Topic 29; is
23   that correct?
24        A.    I think so.
```

Highly Confidential - Subject to Further Confidentiality Review

1                    CERTIFICATE
2
3
4           I HEREBY CERTIFY that the
5   witness was duly sworn by me and that the
6   deposition is a true record of the
7   testimony given by the witness.
8
9
10
        Amanda Maslynsky-Miller
11      Certified Realtime Reporter
        Dated:  January 18, 2019
12
13
14
15
16
17           (The foregoing certification
18   of this transcript does not apply to any
19   reproduction of the same by any means,
20   unless under the direct control and/or
21   supervision of the certifying reporter.)
22
23
24