# EXHIBIT 1

| | |
|---|---|
| **From:** | Hardin, Ashley |
| **To:** | Cardinal_WV |
| **Subject:** | FW: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations |
| **Date:** | Tuesday, August 13, 2019 9:53:09 PM |

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Tuesday, August 13, 2019 9:47 PM
**To:** Andrea Bierstein <abierstein@simmonsfirm.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; Knapp, Timothy <tknapp@kirkland.com>
**Subject:** Re: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

External E-mail

Dear Counsel:

Despite Plaintiffs' valiant attempts to characterize the recent submissions of Rosenthal, Cutler, McGuire, and Glied as something other than rebuttal reports -- mostly by asserting the reports' content will not be the subject of testimony at trial, and instead serves only as "*Daubert* opposition" -- the fact is that the new material amends and even modifies the original expert reports (Rosenthal, Cutler, McGuire) and/or provides entirely new expert opinion (Glied) for the purpose of rebutting defendants' criticisms.

In another MDL with a more relaxed schedule it is conceivable I would allow this, along with additional depositions by defendants and extensions of deadlines for briefing. But that is not remotely possible in this case. The new material arrives very late in the process, is prejudicial to defendants, and was not permitted by the Court. Accordingly, the motion to strike is granted in its entirety.

Plaintiffs should please let me know by COB tomorrow whether you need me to formalize this ruling.

-David


=======================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122

216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** Andrea Bierstein <abierstein@simmonsfirm.com>
**Sent:** Tuesday, August 13, 2019 7:46 PM
**To:** David Cohen <david@davidrcohen.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; Knapp, Timothy <tknapp@kirkland.com>
**Subject:** RE: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

I attach Plaintiffs' response to Defendants' motion to strike.

Andrea Bierstein
**Simmons Hanly Conroy**
t: 212.784.6403 direct|t: 212.784.6400 main | f: 212.213.5949
112 Madison Ave., 7th floor | New York, NY 10016 | simmonsfirm.com

---

**From:** Knapp, Timothy [mailto:tknapp@kirkland.com]
**Sent:** Tuesday, August 13, 2019 6:49 PM
**To:** Andrea Bierstein <abierstein@simmonsfirm.com>; David Cohen <david@davidrcohen.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
**Subject:** RE: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

Special Master Cohen,

Following up on my email below regarding Defendants' motion to strike, just this afternoon, Plaintiffs sent backup files for the new Cutler, Rosenthal, and McGuire reports. The backup files include:

1. Rosenthal: 9 SAS files supporting her new analyses
2. Cutler: 4 separate folders of new data and analyses, including over a dozen Stata, Excel and SAS files
3. McGuire: 3 new Excel files, including new tables and appendices

As we have briefed, these new reports and back-up materials are exceedingly late and should have been timely provided almost six months ago on March 25. If the motion to strike were denied, based on our experience with the first set of backup materials, it would take many weeks or months for Defendants' experts to process and review this new data to assess whether we have it all, request missing files, and appropriately make sense of these new analyses. That of course would need to be followed by depositions, not to mention an opportunity for Defendants' experts to respond at trial. Plaintiffs' further delay in producing

this backup data compounds the timing issues created by their already-far-too-late and improper new expert reports.  Defendants reiterate our request that you strike all four declarations.

Regards,
Tim

**Timothy W. Knapp**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7426
**F** +1 312 862 2200

------------------------------------------------

timothy.knapp@kirkland.com

---

**From:** Andrea Bierstein <abierstein@simmonsfirm.com>
**Sent:** Tuesday, August 13, 2019 2:39 PM
**To:** David Cohen <david@davidrcohen.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
**Subject:** [EXT] RE: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

External E-mail

You will have it by then, thanks.

Andrea Bierstein
**Simmons Hanly Conroy**
t: 212.784.6403 direct|t: 212.784.6400 main | f: 212.213.5949
112 Madison Ave., 7th floor | New York, NY 10016 | simmonsfirm.com

---

**From:** David Cohen [mailto:david@davidrcohen.com]
**Sent:** Tuesday, August 13, 2019 1:34 PM
**To:** Andrea Bierstein <abierstein@simmonsfirm.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
**Subject:** Re: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

I need Ps response by 9:00p tonight latest.

sent from my cell phone
David R. Cohen

**From:** Andrea Bierstein <abierstein@simmonsfirm.com>
**Sent:** Tuesday, August 13, 2019 12:17:26 PM
**To:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
**Subject:** RE: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

Special Master Cohen:  Plaintiffs are preparing a response to this motion, which we propose to provide to you no later than noon tomorrow.  We respectfully request that you wait for our response before ruling.  Thank you.

Andrea Bierstein
**Simmons Hanly Conroy**
t: 212.784.6403 direct|t: 212.784.6400 main | f: 212.213.5949
112 Madison Ave., 7th floor | New York, NY 10016 | simmonsfirm.com

---

**From:** 2804 Discovery, MDL [mailto:mdl2804discovery@motleyrice.com]
**Sent:** Tuesday, August 13, 2019 9:49 AM
**To:** MDL 2804 <MDL2804@motleyrice.com>
**Subject:** FW: EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

---

**From:** Knapp, Timothy <tknapp@kirkland.com>
**Sent:** Tuesday, August 13, 2019 1:47:05 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** xALLDEFENDANTS-MDL2804-Service@arnoldporter.com <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Subject:** EXTERNAL-RE: MDL 2804: Motion to Strike New Expert Declarations

Special Master Cohen,

Defendants respectfully request that you issue a ruling on the motion referenced below (and attached) as soon as possible as it affects *Daubert* reply briefs due on Friday.  If the new expert reports aren't stricken in the next day or two, at a minimum Defendants will need a stay of their reply deadline for the Cutler, Rosenthal, and McGuire *Daubert* motions.

Regards,
Tim

**Timothy W. Knapp**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7426
**F** +1 312 862 2200
------------------------------------------------

timothy.knapp@kirkland.com

---

**From:** Knapp, Timothy
**Sent:** Tuesday, August 6, 2019 10:52 PM
**To:** 'David R. Cohen (David@SpecialMaster.Law)' <david@specialmaster.law>
**Cc:** xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; mdl2804discovery@motleyrice.com
**Subject:** MDL 2804: Motion to Strike New Expert Declarations

Special Master Cohen,

Please see the attached motion to strike four untimely expert reports Plaintiffs submitted in connection with their Daubert briefing.  Defendants respectfully ask for an expedited ruling on this issue as it affects reply briefs due next Friday.

Regards,
Tim

**Timothy W. Knapp**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7426
**F** +1 312 862 2200
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

timothy.knapp@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files   |   Leave group   |   Learn more about Office 365 Groups

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient,

you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com