# EXHIBIT 3

**Appendix IV.F: Damages Due to Distributor Misconduct**

In Tables IV.12 and IV.13, I calculate the damages to selected divisions of Cuyahoga and Summit counties due to defendants' misconduct. Prof. Cutler also presents an example calculation of the share of opioid-related harms to these divisions attributable to distributors' misconduct.[1] These tables are reproduced below.

**Table F.1**
**Cuyahoga County - Share of Harms Due to Distributors' Misconduct**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Approach 1** | | | | | | | | | | | | | |
| ADAMHS Board | 0.9% | 1.1% | 1.4% | 1.4% | 1.5% | 1.6% | 1.8% | 3.5% | 4.0% | 5.4% | 7.8% | 8.9% | 8.9% |
| DCFS | 1.3% | 1.6% | 1.9% | 2.3% | 2.6% | 2.8% | 3.3% | 4.5% | 5.6% | 6.7% | 9.5% | 10.0% | 10.0% |
| Office of Prosecutor | 1.5% | 1.6% | 2.3% | 2.8% | 3.4% | 3.7% | 4.4% | 5.1% | 5.2% | 5.3% | 5.8% | 7.0% | 7.0% |
| Office of Public Defender | 1.5% | 1.6% | 2.3% | 2.8% | 3.4% | 3.7% | 4.4% | 5.1% | 5.2% | 5.3% | 5.8% | 7.0% | 7.0% |
| Court of Common Pleas | 1.6% | 1.7% | 2.3% | 2.8% | 3.5% | 3.8% | 4.6% | 5.5% | 5.8% | 5.9% | 6.4% | 7.8% | 7.8% |
| Juvenile Court | 0.5% | 0.5% | 0.7% | 0.8% | 0.8% | 0.9% | 1.0% | 1.4% | 1.9% | 1.9% | 2.8% | 2.8% | 2.8% |
| Sheriff's Office | 1.5% | 1.6% | 2.3% | 2.8% | 3.4% | 3.7% | 4.4% | 5.1% | 5.2% | 5.3% | 5.8% | 7.0% | 7.0% |
| County Jail | 1.5% | 1.6% | 2.3% | 2.8% | 3.4% | 3.7% | 4.4% | 5.1% | 5.2% | 5.3% | 5.8% | 7.0% | 7.0% |
| Office of Medical Examiner | 2.5% | 2.5% | 3.8% | 4.9% | 6.0% | 8.1% | 9.7% | 12.5% | 13.6% | 14.3% | 24.2% | 24.5% | 24.5% |
| **Approach 2** | | | | | | | | | | | | | |
| ADAMHS Board | 1.5% | 2.0% | 2.3% | 2.1% | 2.2% | 2.2% | 2.3% | 4.0% | 4.4% | 5.5% | 7.9% | 9.1% | 9.1% |
| DCFS | 2.1% | 2.7% | 3.2% | 3.4% | 3.7% | 4.0% | 4.1% | 5.1% | 6.1% | 6.9% | 9.7% | 10.2% | 10.2% |
| Office of Prosecutor | 2.6% | 2.8% | 3.8% | 4.1% | 4.8% | 5.2% | 5.6% | 5.8% | 5.7% | 5.5% | 5.9% | 7.1% | 7.1% |
| Office of Public Defender | 2.6% | 2.8% | 3.8% | 4.1% | 4.8% | 5.2% | 5.6% | 5.8% | 5.7% | 5.5% | 5.9% | 7.1% | 7.1% |
| Court of Common Pleas | 2.7% | 2.8% | 3.8% | 4.2% | 4.9% | 5.4% | 5.8% | 6.3% | 6.3% | 6.1% | 6.5% | 7.9% | 7.9% |
| Juvenile Court | 0.8% | 0.9% | 1.2% | 1.1% | 1.2% | 1.3% | 1.3% | 1.6% | 2.0% | 2.0% | 2.8% | 2.8% | 2.8% |
| Sheriff's Office | 2.6% | 2.8% | 3.8% | 4.1% | 4.8% | 5.2% | 5.6% | 5.8% | 5.7% | 5.5% | 5.9% | 7.1% | 7.1% |
| County Jail | 2.6% | 2.8% | 3.8% | 4.1% | 4.8% | 5.2% | 5.6% | 5.8% | 5.7% | 5.5% | 5.9% | 7.1% | 7.1% |
| Office of Medical Examiner | 4.3% | 4.3% | 6.3% | 7.2% | 8.6% | 11.5% | 12.2% | 14.4% | 14.8% | 14.8% | 24.6% | 24.9% | 24.9% |

Source: Appendix III.J Table J.4

**Table F.2**
**Summit County - Share of Harms Due to Distributors' Misconduct**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Approach 1** | | | | | | | | | | | | | |
| ADM Board | 0.5% | 0.6% | 0.7% | 0.9% | 2.1% | 2.1% | 3.7% | 6.1% | 7.0% | 8.0% | 9.8% | 8.8% | 8.8% |
| Children Services Board | 1.2% | 1.5% | 2.0% | 2.9% | 7.7% | 8.1% | 10.5% | 12.4% | 13.4% | 15.2% | 19.4% | 17.2% | 17.2% |
| Prosecutor | 1.5% | 1.5% | 2.1% | 2.6% | 2.8% | 3.4% | 4.3% | 4.7% | 5.6% | 7.0% | 7.6% | 7.5% | 7.5% |
| Court of Common Pleas | 1.5% | 1.5% | 2.1% | 2.6% | 2.8% | 3.4% | 4.3% | 4.7% | 5.6% | 7.0% | 7.6% | 7.5% | 7.5% |
| Juvenile Court | 0.7% | 0.8% | 1.1% | 1.3% | 1.6% | 1.9% | 2.4% | 2.5% | 2.9% | 3.4% | 4.3% | 4.2% | 4.2% |
| Sheriff's Office | 1.5% | 1.5% | 2.1% | 2.6% | 2.8% | 3.4% | 4.3% | 4.7% | 5.6% | 7.0% | 7.6% | 7.5% | 7.5% |
| County Jail | 1.5% | 1.6% | 2.2% | 2.6% | 3.1% | 3.3% | 3.9% | 4.5% | 5.1% | 5.7% | 6.0% | 6.0% | 6.0% |
| Alternative Corrections | 1.5% | 1.6% | 2.2% | 2.6% | 3.1% | 3.3% | 3.9% | 4.5% | 5.1% | 5.7% | 6.0% | 6.0% | 6.0% |
| Adult Probation | 1.5% | 1.5% | 2.1% | 2.6% | 2.8% | 3.4% | 4.3% | 4.7% | 5.6% | 7.0% | 7.6% | 7.5% | 7.5% |
| Medical Examiner | 3.0% | 3.1% | 3.0% | 4.4% | 5.4% | 4.8% | 7.9% | 7.8% | 13.0% | 16.4% | 23.6% | 20.4% | 20.4% |
| **Approach 2** | | | | | | | | | | | | | |
| ADM Board | 0.8% | 1.0% | 1.2% | 1.4% | 2.9% | 3.0% | 4.6% | 7.0% | 7.7% | 8.3% | 9.9% | 8.9% | 8.9% |
| Children Services Board | 2.0% | 2.6% | 3.4% | 4.3% | 11.0% | 11.5% | 13.2% | 14.3% | 14.6% | 15.8% | 19.7% | 17.5% | 17.5% |
| Prosecutor | 2.5% | 2.5% | 3.4% | 3.9% | 4.0% | 4.9% | 5.4% | 5.4% | 6.1% | 7.2% | 7.7% | 7.7% | 7.7% |
| Court of Common Pleas | 2.5% | 2.5% | 3.4% | 3.9% | 4.0% | 4.9% | 5.4% | 5.4% | 6.1% | 7.2% | 7.7% | 7.7% | 7.7% |
| Juvenile Court | 1.2% | 1.4% | 1.8% | 1.9% | 2.2% | 2.7% | 3.0% | 2.9% | 3.2% | 3.5% | 4.4% | 4.2% | 4.2% |
| Sheriff's Office | 2.5% | 2.5% | 3.4% | 3.9% | 4.0% | 4.9% | 5.4% | 5.4% | 6.1% | 7.2% | 7.7% | 7.7% | 7.7% |
| County Jail | 2.6% | 2.7% | 3.6% | 3.8% | 4.4% | 4.7% | 4.9% | 5.2% | 5.5% | 5.9% | 6.1% | 6.1% | 6.1% |
| Alternative Corrections | 2.6% | 2.7% | 3.6% | 3.8% | 4.4% | 4.7% | 4.9% | 5.2% | 5.5% | 5.9% | 6.1% | 6.1% | 6.1% |
| Adult Probation | 2.5% | 2.5% | 3.4% | 3.9% | 4.0% | 4.9% | 5.4% | 5.4% | 6.1% | 7.2% | 7.7% | 7.7% | 7.7% |
| Medical Examiner | 5.2% | 5.3% | 5.0% | 6.5% | 7.7% | 6.8% | 10.0% | 9.0% | 14.1% | 17.0% | 24.0% | 20.7% | 20.7% |

Source: Appendix III.J Table J.5

---

[1] See Cutler Report Appendix III.J, Tables J.4 and J.5.

To calculate damages due to distributors' misconduct, I apply the same methodology described in Section V using these estimates. Tables F.3 and F.4 below report estimated damages for these same divisions due to distributors' misconduct under Approach 1 and Approach 2.

**Table F.3**
**Cuyahoga County - Damages Due to Distributors' Misconduct**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Approach 1** | | | | | | | | | | | | | | |
| ADAMHS Board | $0.3 | $0.4 | $0.5 | $0.5 | $0.5 | $0.5 | $0.6 | $1.2 | $1.6 | $2.1 | $3.1 | $2.8 | $2.8 | $17.1 |
| DCFS | $1.6 | $2.1 | $2.5 | $2.8 | $2.9 | $3.1 | $3.5 | $4.6 | $5.8 | $7.0 | $9.8 | $10.8 | $11.5 | $68.0 |
| Office of Prosecutor | $0.2 | $0.3 | $0.4 | $0.5 | $0.6 | $0.7 | $0.8 | $1.0 | $1.1 | $1.2 | $1.3 | $1.7 | $1.7 | $11.5 |
| Office of Public Defender | $0.1 | $0.1 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.4 | $0.4 | $0.5 | $0.5 | $0.7 | $0.8 | $4.9 |
| Court of Common Pleas | $0.3 | $0.3 | $0.4 | $0.5 | $0.6 | $0.7 | $0.8 | $1.0 | $1.1 | $1.2 | $1.4 | $1.8 | $1.8 | $11.8 |
| Juvenile Court | $0.1 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.4 | $0.5 | $0.7 | $0.7 | $1.0 | $1.1 | $1.2 | $7.0 |
| Sheriff's Office | $0.3 | $0.3 | $0.4 | $0.4 | $0.6 | $0.7 | $0.9 | $1.0 | $1.1 | $1.2 | $1.2 | $1.5 | $1.6 | $11.2 |
| County Jail | $0.6 | $0.6 | $0.9 | $1.0 | $1.4 | $1.7 | $2.1 | $2.5 | $2.7 | $3.1 | $3.2 | $4.0 | $4.3 | $28.2 |
| Office of Medical Examiner | $0.1 | $0.1 | $0.2 | $0.3 | $0.3 | $0.4 | $0.5 | $0.7 | $0.7 | $0.9 | $1.5 | $1.6 | $1.7 | $9.0 |
| **Total** | **$3.6** | **$4.4** | **$5.8** | **$6.5** | **$7.5** | **$8.4** | **$10.0** | **$12.9** | **$15.2** | **$17.9** | **$23.2** | **$26.0** | **$27.3** | **$168.6** |
| **Approach 2** | | | | | | | | | | | | | | |
| ADAMHS Board | $0.6 | $0.8 | $0.9 | $0.8 | $0.8 | $0.8 | $0.8 | $1.4 | $1.7 | $2.2 | $3.1 | $2.8 | $2.8 | $19.4 |
| DCFS | $2.7 | $3.5 | $4.2 | $4.1 | $4.1 | $4.5 | $4.5 | $5.3 | $6.3 | $7.2 | $10.0 | $11.0 | $11.6 | $79.0 |
| Office of Prosecutor | $0.4 | $0.5 | $0.7 | $0.7 | $0.9 | $0.9 | $1.1 | $1.1 | $1.2 | $1.3 | $1.4 | $1.7 | $1.7 | $13.5 |
| Office of Public Defender | $0.2 | $0.2 | $0.3 | $0.4 | $0.4 | $0.4 | $0.4 | $0.5 | $0.5 | $0.5 | $0.5 | $0.7 | $0.8 | $5.8 |
| Court of Common Pleas | $0.5 | $0.5 | $0.7 | $0.7 | $0.9 | $1.0 | $1.0 | $1.1 | $1.2 | $1.3 | $1.4 | $1.8 | $1.8 | $13.8 |
| Juvenile Court | $0.2 | $0.3 | $0.4 | $0.4 | $0.4 | $0.5 | $0.4 | $0.5 | $0.7 | $0.8 | $1.0 | $1.1 | $1.2 | $8.0 |
| Sheriff's Office | $0.4 | $0.5 | $0.7 | $0.7 | $0.9 | $1.0 | $1.1 | $1.2 | $1.2 | $1.2 | $1.3 | $1.6 | $1.7 | $13.2 |
| County Jail | $1.0 | $1.1 | $1.5 | $1.5 | $2.0 | $2.4 | $2.6 | $2.9 | $3.0 | $3.2 | $3.3 | $4.1 | $4.3 | $32.9 |
| Office of Medical Examiner | $0.2 | $0.2 | $0.3 | $0.4 | $0.4 | $0.6 | $0.6 | $0.8 | $0.8 | $0.9 | $1.5 | $1.6 | $1.8 | $10.1 |
| **Total** | **$6.2** | **$7.4** | **$9.7** | **$9.6** | **$10.7** | **$11.9** | **$12.5** | **$14.8** | **$16.6** | **$18.5** | **$23.5** | **$26.4** | **$27.8** | **$195.7** |

Source: Appendix IV.C

**Table F.4**
**Summit County - Damages Due to Distributors' Misconduct**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Approach 1** | | | | | | | | | | | | | | |
| ADM Board | $0.1 | $0.1 | $0.1 | $0.4 | $0.8 | $0.8 | $1.2 | $2.0 | $2.4 | $2.7 | $3.2 | $2.9 | $2.8 | $19.6 |
| Children Services Board | $0.5 | $0.6 | $0.9 | $1.2 | $3.3 | $3.2 | $3.7 | $4.6 | $5.0 | $6.0 | $7.9 | $6.8 | $7.4 | $51.0 |
| Prosecutor | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.1 | $0.2 | $0.2 | $0.2 | $1.3 |
| Court of Common Pleas | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.4 | $0.4 | $2.6 |
| Juvenile Court | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $2.2 |
| Sheriff's Office | $0.1 | $0.1 | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.4 | $0.5 | $0.5 | $0.5 | $3.9 |
| County Jail | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.4 | $0.5 | $0.6 | $0.7 | $0.7 | $0.7 | $0.7 | $6.0 |
| Alternative Corrections | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.4 | $0.4 | $0.4 | $2.9 |
| Adult Probation | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.9 |
| Medical Examiner | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.4 | $0.4 | $0.4 | $2.0 |
| **Total** | **$1.1** | **$1.3** | **$1.8** | **$2.6** | **$5.2** | **$5.2** | **$6.4** | **$8.4** | **$9.7** | **$11.1** | **$14.0** | **$12.6** | **$13.2** | **$92.5** |
| **Approach 2** | | | | | | | | | | | | | | |
| ADM Board | $0.1 | $0.2 | $0.2 | $0.6 | $1.2 | $1.1 | $1.6 | $2.3 | $2.7 | $2.8 | $3.3 | $2.9 | $2.9 | $21.8 |
| Children Services Board | $0.8 | $1.0 | $1.4 | $1.7 | $4.7 | $4.5 | $4.7 | $5.3 | $5.5 | $6.2 | $8.0 | $6.9 | $7.6 | $58.3 |
| Prosecutor | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.1 | $0.2 | $0.2 | $0.2 | $1.6 |
| Court of Common Pleas | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.2 | $0.4 | $0.3 | $0.3 | $0.4 | $0.4 | $3.0 |
| Juvenile Court | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $2.5 |
| Sheriff's Office | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.4 | $0.4 | $0.4 | $0.4 | $0.5 | $0.5 | $0.5 | $0.5 | $4.7 |
| County Jail | $0.3 | $0.3 | $0.4 | $0.5 | $0.5 | $0.5 | $0.5 | $0.6 | $0.7 | $0.7 | $0.8 | $0.7 | $0.8 | $7.2 |
| Alternative Corrections | $0.1 | $0.1 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.4 | $0.4 | $0.4 | $3.5 |
| Adult Probation | $0.0 | $0.0 | $0.0 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $1.1 |
| Medical Examiner | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.1 | $0.2 | $0.2 | $0.4 | $0.4 | $0.4 | $2.2 |
| **Total** | **$1.9** | **$2.2** | **$3.0** | **$3.8** | **$7.4** | **$7.4** | **$8.1** | **$9.7** | **$10.5** | **$11.5** | **$14.2** | **$12.8** | **$13.4** | **$105.8** |

Source: Appendix IV.D

Total damages are reported in Table F.5 below.

**Table F.5**
**Total Damages Due to Distributors' Misconduct**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Approach 1** | | | | | | | | | | | | | | |
| Cuyahoga | $3.6 | $4.4 | $5.8 | $6.5 | $7.5 | $8.4 | $10.0 | $12.9 | $15.2 | $17.9 | $23.2 | $26.0 | $27.3 | $168.6 |
| Summit | $1.1 | $1.3 | $1.8 | $2.6 | $5.2 | $5.2 | $6.4 | $8.4 | $9.7 | $11.1 | $14.0 | $12.6 | $13.2 | $92.5 |
| **Total** | **$4.7** | **$5.7** | **$7.6** | **$9.1** | **$12.7** | **$13.6** | **$16.4** | **$21.3** | **$24.8** | **$29.0** | **$37.1** | **$38.6** | **$40.6** | **$261.1** |
| **Approach 2** | | | | | | | | | | | | | | |
| Cuyahoga | $6.2 | $7.4 | $9.7 | $9.6 | $10.7 | $11.9 | $12.5 | $14.8 | $16.6 | $18.5 | $23.5 | $26.4 | $27.8 | $195.7 |
| Summit | $1.9 | $2.2 | $3.0 | $3.8 | $7.4 | $7.4 | $8.1 | $9.7 | $10.5 | $11.5 | $14.2 | $12.8 | $13.4 | $105.8 |
| **Total** | **$8.1** | **$9.6** | **$12.7** | **$13.4** | **$18.1** | **$19.3** | **$20.6** | **$24.4** | **$27.1** | **$30.0** | **$37.7** | **$39.2** | **$41.2** | **$301.5** |

Source:  Tables F.3 and F.4