# EXHIBIT B

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4                         -   -   -
 5    IN RE:  NATIONAL     :  MDL NO. 2804
      PRESCRIPTION OPIATE  :
 6    LITIGATION           :
      ----------------------------------------
 7                         :  CASE NO.
      THIS DOCUMENT        :  1:17-MD-2804
 8    RELATES TO ALL CASES:
                           :  Hon. Dan A.
 9                         :  Polster
10                         -   -   -
            Wednesday February 20, 2019
11                         -   -   -
12    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
13
                         -   -   -
14
                    Videotaped deposition of PAUL
15    ANDREW PYFER, taken pursuant to notice,
      was held at Golkow Litigation Services,
16    One Liberty Place, 1650 Market Street,
      Suite 5150, Philadelphia, Pennsylvania
17    19103, beginning at 9:35 a.m., on the
      above date, before Amanda Dee
18    Maslynsky-Miller, a Certified Realtime
      Reporter.
19
                         -   -   -
20
21
22
23            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
24                deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2

 3            WAGSTAFF & CARTMELL, LLP
              BY:   JONATHAN P. KIEFFER,  ESQUIRE
 4            BY:   BRIAN J. MADDEN, ESQUIRE
              KATHLEEN HUDNALL, PARALEGAL
 5            4740 Grand Avenue
              Suite 300
 6            Kansas City, MO 64112
              (816) 701-1100
 7            Bmadden@wcllp.com
              Jpkieffer@wcllp.com
 8            Representing the Plaintiffs
 9

10

11            SAUL EWING ARNSTEIN & LEHR, LLP
              BY:   JUSTIN C. DANILEWITZ, ESQUIRE
12            Centre Square West
              1500 Market Street
13            38th Floor
              Philadelphia, Pennsylvania 19102
14            (215) 972-7777
              Justin.danilewitz@saul.com
15            Representing the Witness,
              Paul Andrew Pyfer
16

17

18

              MORGAN LEWIS & BOCKIUS, LLP
19            BY: NATHAN J. ANDRISANI, ESQUIRE
              1701 Market Street
20            Philadelphia, Pennsylvania 19103
              (215) 963-5000
21            Nathan.andrisani@morganlewis.com
              Representing the Defendant,
22            Teva Pharmaceuticals
23

24
```

```
 1    APPEARANCES:  (Continued)
 2
 3            JONES DAY
             BY: CHRISTOPHER MARKHAM, ESQUIRE
 4           100 High Street
             21st Floor
 5           Boston, Massachusetts 02110
             (617) 960-3939
 6           Cmarkham@jonesday.com
             Representing the Defendant,
 7           Walmart
 8
 9            PIETRAGALLO GORDON ALFANO BOSICK &
             RASPANTI, LLP
10           BY:  DOUGLAS E. ROBERTS, ESQUIRE
             1818 Market Street
11           Suite 3402
             Philadelphia, Pennsylvania 19103
12           (215) 320-6200
             DER@pietragallo.com
13           Representing the Defendant,
             Cardinal Health, Inc.
14
15
16    VIA TELEPHONE/LIVESTREAM:
17
18            REED SMITH, LLP
             BY:  RYAN K. BLAKE, ESQUIRE
19           Three Logan Square
             1717 Arch Street, Suite 3100
20           Philadelphia, Pennsylvania, 19103
             (215) 851-8100
21           Rblake@reedsmith.com
             Representing the Defendant,
22           AmerisourceBergen
23
24
```

```
 1     APPEARANCES: (Continued)
 2     VIA TELEPHONE/LIVESTREAM:
 3
 4
              DECHERT LLP
 5            BY:  CAROLINE POWER, ESQUIRE
              Cira Centre
 6            2929 Arch Street
              Philadelphia, Pennsylvania 19104
 7            (215) 994-4000
              Caroline.power@dechert.com
 8            Representing the Defendant,
              Purdue Pharma L.P.
 9
10
11            ARNOLD & PORTER KAYE SCHOLER LLP
              BY: DAVID HIBEY, ESQUIRE
12            601 Massachusetts Ave, NW
              Washington, DC 20001
13            (202) 942-5000
              david.hibey@arnoldporter.com
14            Representing the Defendant,
              Endo Pharmaceuticals
15
16
17            COVINGTON & BURLING LLP
              BY:  CLAYTON BAILEY, ESQUIRE
18            850 Tenth Street, NW
              Suite 856N
19            Washington, DC 20001
              (202) 662-5000
20            cbailey@cov.com
              Representing the Defendant,
21            McKesson Corporation
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES: (Continued)
 2    VIA TELEPHONE/LIVESTREAM:
 3
 4

           BAILEY & WYANT, PLLC
 5         BY:  HARRISON CYRUS, ESQUIRE
           500 Virginia Street
 6         Suite 600
           Charleston, West Virginia  25301
 7         (304) 345-4222
           Hcyrus@baileywyant.com
 8         Representing West Virginia
           Board of Pharmacy
 9
10
11
      ALSO PRESENT:
12    Devyn Mulholland, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

1                        -  -  -

2                    (It is hereby stipulated and

3           agreed by and among counsel that

4           sealing, filing and certification

5           are waived; and that all

6           objections, except as to the form

7           of the question, will be reserved

8           until the time of trial.)

9                        -  -  -

10                   VIDEO TECHNICIAN:  We are

11          now on the record.  My name is

12          Devyn Mulholland, I'm a

13          videographer for Golkow Litigation

14          Services.  Today's date is

15          February 20, 2019.  The time is

16          9:35 a.m.

17                   This video deposition is

18          being held in Philadelphia,

19          Pennsylvania, in the matter of

20          National Prescription Opiate

21          Litigation.  The deponent is

22          Andrew Pyfer.

23                   Counsel will be noted on the

24          stenographic record.  The court

Highly Confidential - Subject to Further Confidentiality Review

```
 1              reporter is Amanda Miller and will

 2              now swear in the witness.

 3                      -   -   -

 4                   PAUL ANDREW PYFER, after

 5              having been duly sworn, was

 6              examined and testified as follows:

 7                      -   -   -

 8                   EXAMINATION

 9                      -   -   -

10   BY MR. MADDEN:

11         Q.    Please state your name, sir.

12         A.    Paul Andrew Pyfer.

13         Q.    Mr. Pyfer, I'm Brian Madden.

14   I represent the plaintiffs in this

15   litigation.

16              Can you tell us in what city

17   or town you reside?

18         A.    I live in Wayne,

19   Pennsylvania.

20         Q.    Wayne is where in relation

21   to Philadelphia?

22         A.    Fifteen miles west --

23   northwest.

24         Q.    You have given a deposition
```

Highly Confidential - Subject to Further Confidentiality Review

1 mystery to it, a lot of times juries get

2 bored and frustrated when they have to

3 sit around watching videotapes.

4     We, the plaintiffs, don't

5 have the ability to compel you to come to

6 Ohio by subpoena.  And so I'm just trying

7 to get clear on the record whether, if

8 you're not there in person, it's because

9 you refused to come, or what?  Are you

10 willing to testify if asked?

11     MR. ANDRISANI:  Again,

12   objection.

13     THE WITNESS:  Can we deal

14   with that if this goes to court?

15   I have no -- I mean, if it goes to

16   court and I'm asked, I'll make a

17   decision then.

18     I mean, I'm not running.

19   And I'm here to tell you the truth

20   and what I believe.

21 BY MR. KIEFFER:

22   Q. Okay.  Fair enough.

23     Just so we're clear, I can

24 tell you, from the standpoint of the