**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION : | MDL 2804 |
| *This document relates to:* : | Case No. 17-md-2804 |
| *Track One Cases* : | Hon. Dan Aaron Polster |

# O R D E R

AND NOW, this _____ day of October, 2019, upon consideration of the enclosed Motion of Non-Party Paul Andrew Pyfer Objecting to Plaintiffs' Listing of Pyfer as a Live Stream Witness, and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs remove Paul Andrew Pyfer from their list of live stream witnesses at trial.

BY THE COURT:

_____
J.