# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION : | MDL 2804 |
| : | |
| *This document relates to:* : | Case No. 17-md-2804 |
| : | |
| *Track One Cases* : | Hon. Dan Aaron Polster |
| : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Christopher R. Hall, Esquire on behalf of Nonparty Paul Andrew Pyfer in the above-captioned matter.

                                       Respectfully submitted,

                                       SAUL EWING ARNSTEIN & LEHR LLP

                                     s/ Christopher R. Hall
                                     Christopher R. Hall, Esq.
                                     Centre Square West
                                     1500 Market Street, 38th Floor
                                     Philadelphia, PA, 19102-2186
                                     T: (215) 972-7180
                                     F: (215) 972-1917
                                     Chris.Hall@saul.com

                                     *Attorney for Nonparty Paul Andrew Pyfer*

Date: October 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Entry of Appearance* was served on all counsel of record via the Court's electronic filing system.

                                                                                                            s/ Christopher R. Hall
                                                                                                            Christopher R. Hall, Esq.

Dated:  October 15, 2019