# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Honorable Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Kathryn Rachel Lanier of the Lanier Law Firm hereby enters her appearance as counsel of record on behalf of Plaintiffs.

Dated: October 15, 2019

                                        Respectfully submitted,

                                        By: /s/ *Kathryn Rachel Lanier*
                                        Kathryn Rachel Lanier
                                        NY Bar No. 5438106
                                        THE LANIER LAW FIRM
                                        10940 W. Sam Houston Pkwy North
                                        Suite 100
                                        Houston, TX 77064
                                        713.659.5200 (Ph)
                                        713.659.2204 (Fax)

                                        *Counsel for Plaintiffs*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2019, I electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

*/s/ Kathryn Rachel Lanier*
Kathryn Rachel Lanier
