# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | Honorable Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Mildred S. Conroy of the Lanier Law Firm, PLLC, hereby enters her appearance as counsel of record on behalf of Plaintiffs.

Dated: October 15, 2019

                                      Respectfully submitted,

                                      By: */s/ Mildred S. Conroy*
Mildred S. Conroy
Missouri Bar No. 70616
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 7th Floor
New York, NY 10022
212.421.2800 (Ph)
212.421.2878 (Fax)

*Counsel for Plaintiffs*

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 15, 2019, I electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

                                                 */s/ Mildred S. Conroy*
                                                 Mildred S. Conroy