# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION       :
OPIATE LITIGATION                              :        Case No. 1:17-MD-2804-DAP
                                                              :
                                                              :        Judge Dan Aaron Polster

## NOTICE OF APPEARANCE

Please enter the appearance of Evan K. Jacobs on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated: October 16, 2019                        Respectfully submitted,

                                                              */s/ Evan K. Jacobs*
                                                              Evan K. Jacobs (PA Bar No. 314126)
                                                              MORGAN, LEWIS & BOCKIUS LLP
                                                              1701 Market Street
                                                              Philadelphia, PA  19103
                                                              Telephone:  215.963.5000
                                                              Facsimile:  215.963.5001
                                                              evan.jacobs@morganlewis.com