**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
1. **EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-d-2804<br>Hon. Dan Aaron Polster |

**Declaration of Deborah Bish in Support of Motion to Quash**

     I, Deborah Bish, make this declaration under penalty of perjury.  I hereby state as follows:

     2.     I am a function manager at the Walgreens Distribution Center in Perrysburg, Ohio, where I have worked since 2002.  I live at 1248 Turnbury Ln in Perrysburg, Ohio.  I make this declaration based on my own personal knowledge, and everything stated in it is true.

     3.     Attached as **Exhibit 1** is a trial subpoena that I received in this case.  There is no date of service, but I believe that I received it about two weeks ago.

     4.     Attached as **Exhibit 2** are letters that I requested from two of my treating healthcare providers, Richard Hoernemann, LPC, a counselor at Fort Meigs Wellness & Behavioral Health, and Kate Castorena, a nurse practitioner at the Michigan Medicine Thoracic Surgery Clinic.  These letters accurately describe the lung surgery that I underwent in February, and the complications that I have suffered since.

     5.     Following my surgery, I was out of work for 6 months.  I suffered pain throughout that time, and still suffer pain in the circumference of my upper chest, particularly when I am under stress, or don't get enough sleep.

6. I take gabapentin medication and OTC pain medication regularly, but it does not fully address my pain.

7. I returned to work on 8/19/19. Upon my return, I was assigned to the night shift. I work from 9:00 P.M. until 6:00 A.M., five days per week. Because of my schedule, I sleep during the day. This has been a difficult schedule to adjust to, and I struggle to get enough sleep during the day.

The statements above are true. I am aware that if any of these statements made by me are willfully false, I am subject to punishment.

Dated: October 16, 2019

_____
Deborah A Bish