# EXHIBIT 1

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| County of Summit, OH and County of Cuyahoga, OH<br>*Plaintiff*<br>v.<br>Purdue Pharma LP, et al<br>*Defendant* | Civil Action No. 18-op-45090/17-op-45004 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Deborah Bish, 1248 Turnbury Lane, #48, Perrysburg, OH 43551-1994

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113-1837 | Courtroom No.: 18B (Judge Polster) |
|---|---|
| | Date and Time: Trial is scheduled from 10/21/19 through 12/13/19. **See below for further instructions.** |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/23/19

_____ OR _____
*Signature of Clerk or Deputy Clerk*  ///  *Attorney's signature*
CLERK OF COURT

**You will testify within the time frame noted above. Please call Dustin B. Herman at 216-696-3232 for the date, time, or further instructions. If you are represented by counsel, please forward it to your counsel so that she/he may call for further information.**

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs _____, who issues or requests this subpoena, are:

Peter H. Weinberger, Esq., Spangenberg Shibley & Liber, 1001 Lakeside Avenue E., Suite 1700, Cleveland, OH 44114; pweinberger@spanglaw.com, 216-696-3232

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 18-op-45090/17-op-45004

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                *Server's signature*

                              _____
                                *Printed name and title*

                              _____
                                *Server's address*

Additional information regarding attempted service, etc.: