# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Minutes of Proceedings before:
Dan A. Polster U.S. District Judge

DATE: 10/15/19
CASE NUMBER: 1:17md2804
COURT REPORTER: D. Cotone

County of Cuyahoga
County of Summit
Plaintiff(s)

-VS-

AmerisourceBergen, Cardinal, McKesson, Henry Schein
Teva, Walgreens
Defendant(s)

APPEARANCES:

For Plaintiff: Peter Weinberger, Linda Singer, Hunter Shkolnik, Mark Lanier, et al

For Defendant: Robert Nichols, et al (AMB), Enu Mainigi, et al(Card), Paul Schmit, et al(McKes),
John McDonald, et (Hen Sch), Nancy Patterson, et al (Teva), Kaspar Stoffelmayr (Walgr)

PROCEEDINGS: Final Pretrial

Trial issues discussed, rulings on motions in limine.

1 hr 30 min

Katie King

TIME

COURTROOM CLERK