Print Form

MINUTES OF PROCEEDINGS

HONORABLE **Dan Polster**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

**County of Cuyahoga, County of Summit**
vs.
**AmerisourceBergen, Cardinal Health, McKesson**
**Henry Schein Teva, Walgreens**

Date: 10/16/19
Case No.: 1:17md2804
Court Reporter: D. Cotone
ECRO:
INTERPRETER:

Counsel for Plaintiff: Peter Weinberger, Mark Lanier, Hunter Shkolnik, et al

Counsel for Defendant: Robert Nichols (AMB), Enu Mainigi (Cardinal), Phyllis Jones (McKess), John McDonald (Hen Sch)
Nancy Patterson (Teva), Kaspar Stoffelmayr (Walgr)

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [x] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [ ] Evidence continued | [ ] Evidence concluded |
| [ ] Plaintiffs case begun | [ ] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued; not concluded | [ ] Concluded |
| [ ] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [ ] Exhibits Located:_____ | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments: Voir Dire to resume 10/17 at 9:00 a.m.

s/ Katie King

Courtroom Deputy Clerk

Time: 8 hrs