# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan A. Polster |

### NOTICE AND FILING OF UNREDACTED AND LESS REDACTED PLEADING EXHIBITS PREVIOUSLY FILED PARTIALLY OR ENTIRELY UNDER SEAL

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and less redacted pleading exhibits which were previously filed either partially or entirely under seal. Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, confidentiality rulings, meet and confers between Plaintiffs and McKesson, and the resulting withdrawal of confidentiality designations by the McKesson, various previously redacted/sealed exhibits are hereby now publicly filed as unredacted or as less redacted. The attached chart (Exhibit A) lists the exhibits being filed with this notice, and identifies the previously filed pleadings (and ECF numbers) to which these unredacted and less redacted exhibits relate. Additionally, the cover sheet for each exhibit attached hereto provides similar information.

Dated: October 17, 2019

Respectfully submitted,

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

Anthony D. Irpino
Pearl A. Robertson
IRPINO AVIN HAWKINS
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501
airpino@irpinolaw.com
probertson@irpinolaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

        /s/ *Paul T. Farrell, Jr.*
        Paul T. Farrell, Jr.
        *Plaintiffs' Co-Lead Counsel*