# Exhibit A

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| Abate Ex 46 | 1934-45 | Motion | Pltf Abatement MPSJ | Hartle 2017 Presentation to Discount Drug Mart | MCKMDL00448596 |
| FCSA Ex 236<br>PSJ2 Caus Opp Ex 116<br>PSJ3 RICO & Consp Ex 335 | 1964-24 (mf)[1]<br>2426-1<br>2350-128 | Motion<br>Opp<br>Opp | Pltf FCSA (SOMS B) MSJ<br>PSJ2 (Causation)<br>PSJ3 (RICO & Consp.) | 2017 MOA with DEA and Appendices that include 2008 settlement agreements | MCKMDL00355349 |
| FCSA Ex 240<br>PSJ2 Caus Opp Ex 122 | 1964-28<br>2427-2 | Motion<br>Opp | Pltf FCSA (SOMS B) MSJ<br>PSJ2 (Causation) | 02/04/2011 Email chain re reporting requirements to State of Michigan and DEA | MCKMDL00510747 |
| FCSA Ex 244<br>Abate Ex 47<br>PSJ2 Caus Opp Ex 82 | 1964-31<br>1934-46 (mf)<br>2419-3 | Motion<br>Motion<br>Opp | Pltf FCSA (SOMS B) MSJ<br>Pltf Abatement MPSJ<br>PSJ2 (Causation) | Boggs 2013 PPT deck re State of Prescription Drug Abuse | MCKMDL00336833-86 |
| FCSA Ex 247<br>PSJ4 SOL Opp App A Ex 12 | 1964-34<br>2212-72 | Motion<br>Opp | Pltf FCSA (SOMS B) MSJ<br>PSJ4 (SOL) | 12/10/2007 email re LDMP review of thresholds | MCKMDL00540033 |
| FCSA Ex 248 | 1964-35 | Motion | Pltf FCSA (SOMS B) MSJ | 07/27/2007 Document re Lifestyle Drug Monitoring Program | MCKMDL00591949 |
| FCSA Ex 249<br>PSJ2 Caus Opp Ex 127<br>PSJ3 RICO & Consp Ex 334<br>Pltf CSA Reply Ex 522 | 1964-36<br>2427-7<br>2350-127<br>2557-2 | Motion<br>Opp<br>Opp<br>Reply | Pltf FCSA (SOMS B) MSJ<br>PSJ2 (Causation)<br>PSJ3 (RICO & Consp.)<br>Pltf FCSA Reply | 2008 MOA with DEA | MCKMDL00337001-24 |
| FCSA Ex 250 | 1964-37 | Motion | Pltf FCSA (SOMS B) MSJ | 03/07/2008 email with CSMP training presentation | MCKMDL00267635 |
| FCSA Ex 251 | 1964-38 | Motion<br>Reply | Pltf FCSA (SOMS B) MSJ<br>Pltf FCSA Reply | Diligence files - Cuyahoga and Summit Customers (SharePoint) | MCKMDL00496212-<br>MCKMDL00496305 |

---

[1] mf = manually filed.

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| FCSA Ex 252 | 1964-39 | Motion Reply | Pltf FCSA (SOMS B) MSJ Pltf FCSA Reply | Diligence files - Cuyahoga and Summit Customers (hard copy, R drive) | MCKMDL00555448-MCKMDL00555744 |
| FCSA Ex 253 | 1964-40 | Motion Reply | Pltf FCSA (SOMS B) MSJ Pltf FCSA Reply | Diligence files - Cuyahoga and Summit Customers (hard copy) | MCKMDL00568207-MCKMDL00568281 |
| FCSA Ex 254 | 1964-41 | Motion | Pltf FCSA (SOMS B) MSJ | 04/17/2008 email chain re CSMP announcement | MCKMDL00543610 |
| FCSA Ex 256 PSJ2 Caus Opp Ex 123 PSJ4 SOL Opp Ex 32 | 1964-43 2427-3 2212-33 | Motion Opp Opp | Pltf FCSA (SOMS B) MSJ PSJ2 (Causation) PSJ4 (SOL) | 08/31/2011 email re gaps between purchases and thresholds | MCKMDL00507799 |
| FCSA Ex 255 Pltf CSA Reply Ex 556 | 1964-42 2557-36 | Motion Reply | Pltf FCSA (SOMS B) MSJ Pltf FCSA Reply | 11/04/14 DEA letter to McKesson counsel re Aurora and other distribution centers | MCKMDL00409453 |
| FCSA Ex 260 | 1964-47 | Motion | Pltf FCSA (SOMS B) MSJ | 2011 email chain relating to CSMP and RNA customers | MCKMDL00507221 |
| FCSA Ex 261 PSJ2 Caus Opp Ex 124 | 1964-48 2427-4 | Motion Opp | PSJ2 (Causation) | 07/27/2012 email re Threshold Change Request | MCKMDL00633455 |
| FCSA Ex 262 Pltf CSA Reply Ex 561 | 1964-49 2557-41 | Motion Reply | Pltf FCSA (SOMS B) MSJ Pltf FCSA Reply | 2011 email chain re South - CSMP Distribution Contacts | MCKMDL00634329 |
| FCSA Ex 264 PD4 Rafalski McCann Opp Ex 5 | 1964-52 2250-5 | Motion Opp | Pltf FCSA (SOMS B) MSJ PD4 Rafalski/McCann | 08/13/2014 DOJ letter to McKesson counsel re Aurora DC | MCKMDL00409224 |
| FCSA Ex 266 PSJ3 RICO & Consp Ex 612 | 1964-54 2371-68 | Motion Opp | Pltf FCSA (SOMS B) MSJ PSJ3 (RICO & Consp.) | 04/28/2010 - RNA Threshold Change Level 1 Form | MCKMDL00000497 |
| FCSA Ex 267 | 1964-55 | Motion | Pltf FCSA (SOMS B) MSJ | 2008 email and TCR relating to CVS threshold increases | MCKMDL00363951 |

2

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| FCSA Ex 268 | 1964-56 | Motion | Pltf FCSA (SOMS B) MSJ | 01/09/2009 McKesson PPT re CVS CSMP Threshold Review | MCKMDL00574488 |
| FCSA Ex 269 | 1964-57 | Motion | Pltf FCSA (SOMS B) MSJ | November 2010 email chain re Giant Eagle thresholds | MCKMDL00512974 |
| FCSA Ex 270 | 1964-58 | Motion | Pltf FCSA (SOMS B) MSJ | February 2009 email chain re Giant Eagle thresholds | MCKMDL00628614 |
| FCSA Ex 271 | 1964-59 | Motion | Pltf FCSA (SOMS B) MSJ | 12/17/2008 Threshold Change Request for Giant Eagle store | MCKMDL00555473 |
| FCSA Ex 272 | 1964-60 | Motion | Pltf FCSA (SOMS B) MSJ | 12/19/2008 Threshold Change Request for Giant Eagle store | MCKMDL00555484 |
| FCSA Ex 273 | 1964-61 | Motion | Pltf FCSA (SOMS B) MSJ | 11/21/2008 Threshold Change Request for Giant Eagle store | MCKMDL00555501 |
| FCSA Ex 274 | 1964-62 | Motion | Pltf FCSA (SOMS B) MSJ | 07/31/2008 Threshold Change Request for Giant Eagle store | MCKMDL00555506 |
| FCSA Ex 275 | 1964-63 | Motion | Pltf FCSA (SOMS B) MSJ | 10/23/2008 email and attached Threshold Change Requests for Giant Eagle stores | MCKMDL00628660 |
| FCSA Ex 276 | 1964-64 | Motion | Pltf FCSA (SOMS B) MSJ | 05/21/2008 Threshold Change Request for Giant Eagle store | MCKMDL00555536 |
| FCSA Ex 277<br>PSJ2 Caus Opp Ex 134<br>PSJ4 SOL Opp Ex 35<br>Pltf CSA Reply Ex 560 | 1964-65<br>2428-5<br>2212-36<br>2557-40 | Motion<br>Opp Opp<br>Reply | Pltf FCSA (SOMS B) MSJ<br>PSJ2 Causation)<br>PSJ4 (SOL)<br>Pltf CSA Reply | 2006 email chain re hydrocodone reporting requirements | MCKMDL00543971 |
| FCSA Ex 281<br>PSJ4 SOL Opp Ex 31<br>Pltf CSA Reply Ex 557 | 1964-69<br>2212-32<br>2557-37 | Motion<br>Opp<br>Reply | Pltf FCSA (SOMS B) MSJ<br>PSJ4 (SOL)<br>Pltf FCSA Reply | Blocked Order Report for Cuyahoga and Summit (mid-2008 to 12/18/17) | MCKMDL00478912 |

3

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| FCSA Ex 282 | 1964-70 | Motion | Pltf FCSA (SOMS B) MSJ | Transactional Data - Cuyahoga & Summit Counties | MCKMDL00478913 |
| FCSA Ex 284 | 1964-72 | Motion | Pltf FCSA (SOMS B) MSJ | 2008 CSMP Policies and Procedures | MCKMDL00518064 |
| FCSA Ex 286 | 1964-74 | Motion | Pltf FCSA (SOMS B) MSJ | June 2010 email chain re "partial" issue in CSMP | MCKMDL00633917 |
| FCSA Ex 419 | 1965-101 | Motion | Pltf FCSA (SOMS B) MSJ | September 2011 email chain re Rite Aid CSMP | MCKMDL00632923 |
| CC Ex II.5<br>RICO Ex 17 | 1908-30<br>1921-21 | Motion<br>Motion | Def Civ Consp MSJ<br>Def RICO MSJ | McKesson Manufacturer Marketing Promotional Agreement | MCKMDL00353305 |
| PD6 Whitelaw Opp Ex 9 | 2225-9 | Opp | PD6 Whitelaw | McKesson Internal Audit Report - Aug. 2008 | MCKMDL00721376 |
| PSJ2 Caus Opp Ex 137 | 2428-8 | Opp | PSJ2 (Causation) | Boggs 2013 PPT deck re State of Prescription Drug Abuse | MCKMDL00557196 |
| PSJ2 Caus Opp Ex 139 | 2428-10 | Opp | PSJ2 (Causation) | 2/24/2014 McKesson slides re Understanding ARCOS Data | MCKMDL00430387 |
| PSJ2 Caus Opp Ex 141 | 2428-12 | Opp | PSJ2 (Causation) | 06/16/2011 McKesson email re Summit Pain Specialists | MCKMDL00634936 |
| PSJ3 RICO & Consp Ex 231 | 2350-24 | Opp | PSJ3 (RICO & Consp.) | 04/27/2007 Walker email re ABC suspension, DEA issues | MCKMDL00543043 |
| PSJ3 RICO & Consp Ex 274 | 2350-67 | Opp | PSJ3 (RICO & Consp.) | 03/21/2013 McKesson email re new Purdue regulatory contact | MCKMDL00575490 |
| PSJ3 RICO & Consp Ex 279 | 2350-72 | Opp | PSJ3 (RICO & Consp.) | 06/29/2012 Walker letter to DEA re Landover and Ruther Glen DCS | MCKMDL00707097 |

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| PSJ3 RICO & Consp Ex 299 | 2350-92 | Opp | PSJ3 (RICO & Consp.) | 05/21/2008 Jonas email re CSMP communications | MCKMDL00634271 |
| PSJ3 RICO & Consp Ex 341 | 2357-6 | Opp | PSJ3 (RICO & Consp.) | 10/05/2010 email chain re HDMA Regulatory Affairs Update | MCKMDL00612093 |
| PSJ3 RICO & Consp Ex 346 | 2357-11 | Opp | PSJ3 (RICO & Consp.) | 02/20/2014 HDMA email re GAO inquiry about distributor interactions with DEA | MCKMDL00538072 |
| PSJ3 RICO & Consp Ex 356 | 2357-21 | Opp | PSJ3 (RICO & Consp.) | September 2017 email chain re HDA moving forward with Reservoir project | MCKMDL00586952 |
| PSJ3 RICO & Consp Ex 362 | 2357-27 | Opp | PSJ3 (RICO & Consp.) | Undated HDMA draft "Distributors Securing the Pharmaceutical Supply Chain" | MCKMDL00405144 |
| PSJ3 RICO & Consp Ex 364 | 2357-29 | Opp | PSJ3 (RICO & Consp.) | 11/07/2016 Email re HDA Opioid Talking Points | MCKMDL00590197 |
| PSJ3 RICO & Consp Ex 413<br>PSJ3 RICO & Consp Ex 430 | 2357-78<br>2357-95 | Opp | PSJ3 (RICO & Consp.) | 03/24/2014 Email re Coordination Call with HDMA Executive Committee | MCKMDL00651560 |
| PSJ3 RICO & Consp Ex 443 | 2357-108 | Opp | PSJ3 (RICO & Consp.) | 12/10/2008 HDMA email re REMS Update Draft Principles | MCKMDL00612053 |
| PSJ3 RICO & Consp Ex 519 | 2364-74 | Opp | PSJ3 (RICO & Consp.) | 03/15/2013 HDMA email re hydrocodone rescheduling | MCKMDL00545288 |
| PSJ3 RICO & Consp Ex 607 | 2371-63 | Opp | PSJ3 (RICO & Consp.) | 08/12/2010 Email re CSMP and CVS Action Plans | MCKMDL00555966 |
| PSJ3 RICO & Consp Ex 611 | 2371-67 | Opp | PSJ3 (RICO & Consp.) | February 2009 Email chain re thresholds for CVS/Caremark | MCKMDL00632825 |

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| PSJ3 RICO & Consp Ex 612 | 2371-68 | Opp | PSJ3 (RICO & Consp.) | 2010 TCR forms and 2008 email chain relating to CVS threshold increases | MCKMDL00627053 |
| PSJ3 RICO & Consp Ex 613 | 2371-69 | Opp | PSJ3 (RICO & Consp.) | 2012 Email chain re threshold increases for RNA accounts | MCKMDL00521372 |
| PSJ3 RICO & Consp Ex 614 | 2371-70 | Opp | PSJ3 (RICO & Consp.) | August 2008 Email chain re CVS thresholds | MCKMDL00555948 |
| PSJ3 RICO & Consp Ex 615 | 2371-71 | Opp | PSJ3 (RICO & Consp.) | 12/02/2008 Email re CSMP Update and next meeting dates | MCKMDL00627150 |
| PSJ3 RICO & Consp Ex 616 | 2371-72 | Opp | PSJ3 (RICO & Consp.) | 12/01/2008 McKesson PowerPoint re CVS CSMP Threshold Review | MCKMDL00627151 |
| PSJ3 RICO & Consp Ex 618 | 2371-74 | Opp | PSJ3 (RICO & Consp.) | 06/20/2008 Email re Rite Aid thresholds | MCKMDL00632967 |
| PSJ3 RICO & Consp Ex 619 | 2371-75 | Opp | PSJ3 (RICO & Consp.) | 08/06/2008 email re Rite Aid store thresholds | MCKMDL00632438 |
| PSJ3 RICO & Consp Ex 620 | 2371-76 | Opp | PSJ3 (RICO & Consp.) | October 2008 email chain re Rite Aid threshold increase | MCKMDL00628212 |
| PSJ3 RICO & Consp Ex 621 | 2371-77 | Opp | PSJ3 (RICO & Consp.) | 10/17/2008 McKesson email re Rite Aid threshold increases | MCKMDL00628193 |
| PSJ3 RICO & Consp Ex 622 | 2371-78 | Opp | PSJ3 (RICO & Consp.) | 10/21/2008 McKesson email re Rite Aid stores thresholds | MCKMDL00628162 |
| PSJ3 RICO & Consp Ex 623 | 2371-79 | Opp | PSJ3 (RICO & Consp.) | 12/1/2008 Rite Aid email re threshold reports | MCKMDL00628208 |
| PSJ3 RICO & Consp Ex 624 | 2371-80 | Opp | PSJ3 (RICO & Consp.) | December 2008 email chain re Rite Aid threshold increases | MCKMDL00628135 |

| Exhibit No. | ECF No. | Phase | Filing | Title/Description | Production No. |
|---|---|---|---|---|---|
| PSJ3 RICO & Consp Ex 625 | 2371-81 | Opp | PSJ3 (RICO & Consp.) | March 2009 McKesson email string re Rite Aid thresholds | MCKMDL00632218 |
| PSJ3 RICO & Consp Ex 626 | 2371-82 | Opp | PSJ3 (RICO & Consp.) | March 2011 email chain re Rite Aid thresholds | MCKMDL00645704 |
| PSJ3 RICO & Consp Ex 627 | 2371-83 | Opp | PSJ3 (RICO & Consp.) | March 2011 email chain re Rite Aid thresholds | MCKMDL00629858 |
| PSJ3 RICO & Consp Ex 628 | 2371-84 | Opp | PSJ3 (RICO & Consp.) | March 2011 email chain re Rite Aid thresholds | MCKMDL00627723 |
| PSJ3 RICO & Consp Ex 629 | 2371-85 | Opp | PSJ3 (RICO & Consp.) | 2011 McKesson-Rite Aid email chain re thresholds | MCKMDL00646634 |
| PSJ3 RICO & Consp Ex 638 | 2371-94 | Opp | PSJ3 (RICO & Consp.) | 01/28/2010 email re Giant Eagle Threshold Change Request | MCKMDL00632580 |
| PSJ4 SOL Opp Ex 4 | 2212-5 | Opp | PSJ4 (SOL) | McKesson PowerPoint, Prescription Drug Abuse - The National Perspective (2014) | MCKMDL00407451 |
| PSJ4 SOL Opp Ex 32 | 2212-33 | Opp | PSJ4 (SOL) | 09/09/2014 email re Threshold Methodology | MCKMDL00430124 |
| Pltf CSA Reply Ex 590 | 2557-70 | Reply | Pltf FCSA Reply | 2012 Patrick Kelly Email re E&C Testimony on Diversion | MCKMDL00652338 |
| Pltf CSA Reply Ex 592 | 2557-72 | Reply | Pltf FCSA Reply | 2014 Email to Ann Berkey re Marino-Blackburn DC meeting | MCKMDL00661629 |
| Pltf CSA Reply Ex 596 | 2557-76 | Reply | Pltf FCSA Reply | 2014 Email Chain re E&C Hearing on DEA & FDA Transparency | MCKMDL00661483-85 |
| Pltf CSA Reply Ex 600 | 2557-80 | Reply | Pltf FCSA Reply | 2014 HDMA deck from Nov. SGAC Annual Meeting | MCKMDL00407771-87 |