**Exhibit 46** [replacing Dkt. #1934-45] attached to Plaintiffs' Motion for Partial Summary Adjudication of Their Equitable Claims for Abatement of an Absolute Public Nuisance at Dkt. #1890.

- Redactions partially withdrawn by Defendant

P1.1437.1

**MCKESSON**

# Controlled Substance Monitoring
## Discount Drug Mart
*September 29th, 2017*

**Nate Hartle**
*Sr. Director – Regulatory Affairs*



MCKMDL00448596

P1.1437.2

**MCKESSON**

# Agenda



## Scope of Problem

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

 7/25/2018  McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448597

## Scope of the Problem | Epidemic

**MCKESSON**



DEADLIEST DRUG EPIDEMIC ON RECORD
IN OUR NATION'S HISTORY

*"The drug problems of past decades pale when compared to the current opioid epidemic which has killed 165,000 Americans from 2000 to 2014."*







Source: National Safety Council. *Prescription Nation 2016: Addressing America's Drug Epidemic*. Retrieved November 7, 2016, from National Safety Council: http://www.nsc org/RxDrugOverdoseDocuments/Prescription-Nation-2016-American-Drug-Epidemic.pdf

3    7/25/2018    McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448598

**P1.1437.4**

# Scope of the Problem | Opioid Prescribing & Abuse

**MCKESSON**



On an average day in the U.S.:

📋 More than **650,000 opioid prescriptions** dispensed

📋 **3,900 people** initiate nonmedical use of prescription opioids

📋 **580 people** initiate heroin use

📋 **78 people** die from an opioid-related overdose

**Opioid Prescriptions Dispensed by Retail Pharmacies, 1991 – 2013**

Source 1: Department of Health & Human Services. *The Opioid Epidemic: By the Numbers*. Retrieved November 7, 2016, from Department of Health & Human Services:
http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf
Source 2: NIH: National Institute on Drug Abuse. *Prescription Opioid & Heroin Abuse*. Retrieved November 14, 2016, from NIH: National Institute on Drug Abuse: https://www drugabuse gov/about-nida/legislative-activities/testimony-to-congress/2015/prescription-opioid-heroin-abuse

MCKMDL00448599

## Scope of the Problem | Opioid Prescribing & Abuse

**MCKESSON**



The amount of opioids prescribed per person varied widely among counties in 2015.

MME PER PERSON

| | |
|---|---|
| Insufficient data | 677 - 958 |
| 0.1 - 453 | 959 - 5,543 |
| 454 - 676 | |

Source: Centers for Disease Control and Prevention, Vital Signs July 2017. *Opioid Prescribing – Where you live matters.* Retrieved August 22, 2017 from Centers for Disease Control and Prevention: https://www.cdc.gov/vitalsigns/pdf/2017-07-vitalsigns.pdf

MCKMDL00448600

## Scope of the Problem | Overdose Death Statistics

**MCKESSON**



MCKMDL00448601

## Scope of the Problem | Overdose Death Statistics

**MCKESSON**



Source: Centers for Disease Control and Prevention, NCHS Data Visualization Gallery. *Drug Poisoning Mortality: United States, 1999–2014.* Retrieved November 14, 2016, from Centers for Disease Control and Prevention: https://blogs.cdc.gov/nchs-data-visualization/drug-poisoning-mortality/

7     7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448602

# Scope of the Problem | Overdose Death Statistics (2015)

**MCKESSON**

### Opioid Overdose Death Rates and All Drug Overdose Death Rates per 100,000 Population (Age-Adjusted)



Source:  Kaiser Family Foundation analysis of Centers for Disease Control and Prevention (CDC), National Center for Health Statistics. Multiple Cause of Death 1999-2015 on CDC WONDER Online Database, released 2016. Data are from the Multiple Cause of Death Files, 1999-2015, as compiled from data provided by the 57 vital statistics jurisdictions through the Vital Statistics Cooperative Program. Accessed at http://www.kff.org/other/state-indicator/opioid-overdose-death-rates  on August 23, 2017.

MCKMDL00448603

## Scope of the Problem | Overdose Death Statistics (2015)  M**C**KESSON

### Opioid Overdose Death Rates and All Drug Overdose Death Rates per 100,000 Population (Age-Adjusted)



Source:  Kaiser Family Foundation analysis of Centers for Disease Control and Prevention (CDC), National Center for Health Statistics. Multiple Cause of Death 1999-2015 on CDC WONDER Online Database, released 2016. Data are from the Multiple Cause of Death Files, 1999-2015, as compiled from data provided by the 57 vital statistics jurisdictions through the Vital Statistics Cooperative Program. Accessed at http://www.kff.org/other/state-indicator/opioid-overdose-death-rates  on August 23, 2017.

MCKMDL00448603

P1.1437.8

# Scope of the Problem | Overdose Death Statistics (2015)  **MCKESSON**

## Opioid Overdose Death Rates and All Drug Overdose Death Rates per 100,000 Population (Age-Adjusted)



Source:  Kaiser Family Foundation analysis of Centers for Disease Control and Prevention (CDC), National Center for Health Statistics. Multiple Cause of Death 1999-2015 on CDC WONDER Online Database, released 2016. Data are from the Multiple Cause of Death Files, 1999-2015, as compiled from data provided by the 57 vital statistics jurisdictions through the Vital Statistics Cooperative Program. Accessed at http://www.kff.org/other/state-indicator/opioid-overdose-death-rates  on August 23, 2017.

MCKMDL00448603

**P1.1437.9**

# Ohio| 2016 Data

**MCKESSON**



Figure 1. Number of Fentanyl and Related Drug Deaths and Percentage of Unintentional Overdose Deaths, by Year, Ohio, 2012-2016

Source: Ohio Department of Health, Bureau of Vital Statistics; analysis conducted by ODH Violence and Injury Prevention Program.
Includes Ohio residents who died due to unintentional drug poisoning (underlying cause of death ICD-10 codes X40-X44).

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448604

# Ohio | 2016 Data

**MCKESSON**



Figure 7. Number of Unintentional Drug Overdose Deaths Involving Selected Drugs, by Year, Ohio, 2000-2016

Source: Ohio Department of Health, Bureau of Vital Statistics; analysis conducted by ODH Violence and Injury Prevention Program.
Multiple drugs are usually involved in overdose deaths. Individual deaths may be reported in more than one category.
Includes Ohio residents who died due to unintentional drug poisoning (underlying cause of death ICD-10 codes X40-X44).
* Excludes deaths involving fentanyl and related drugs.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448605

P1.1437.11

## Ohio | 2016 Data

**MCKESSON**



Figure 5. Prescriber OARRS Queries, Ohio, 2011-2016

Source: State of Ohio Board of Pharmacy, Ohio Automated Rx Reporting System.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448606

# Ohio | 2016 Data

**MCKESSON**



Figure 6. Opioid Solid Doses Dispensed to Ohio Patients, by Year, 2011-2016

Source: State of Ohio Board of Pharmacy, Ohio Automated Rx Reporting System.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448607

P1.1437.13
**MCKESSON**

# Agenda



Scope of Problem

## **Industry Updates**

Regulatory Responsibilities

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448608

P1.1437.14

# Industry Updates | National Drug Control Strategy

**McKESSON**



**Policy Focus:**  Preventing and Addressing **Prescription Drug** Misuse and **Heroin** Use

**Four Pillars**:

1.  Education

2.  Monitoring

3.  Disposal

4.  Enforcement

Source: Office of National Drug Control Policy. *2015 National Drug Control Strategy*. Retrieved February 10, 2016, from Office of National Drug Control Policy:
https://www.whitehouse.gov/sites/default/files/ondcp/policy-and-research/2015_national_drug_control_strategy_0.pdf

MCKMDL00448609

# Industry Updates | DEA 360 Strategy

**MCKESSON**



Strategy for **prescription opioid** and **heroin** abuse:

✓ **Enforcement**: A commitment to stopping violence associated with drug trafficking

✓ **Diversion**: Enlisting DEA's registrant population in the fight against opioid abuse

✓ **Community**: Leaving something lasting and positive in the communities DEA serves

*Pilot in West Memphis, AR, St. Louis, MO, Pittsburgh, PA, Milwaukee, WI*

Source: Statement of Louis J. Milione, Deputy Assistant Administrator, Office of Diversion Control, DEA before the Committee on the Judiciary, United States Senate, for a Hearing entitled "Attacking America's Epidemic Of Heroin And Prescription Drug Abuse" presented January 27, 2016. http://www.dea.gov/divisions/hq/2015/hq111015-DEA%20360%20Strategy%20Fact%20Sheet.pdf, Accessed February 10, 2016.

MCKMDL00448610

# Industry Updates | Today's Heroin Epidemic

**MCKESSON**





Source: Centers for Disease Control and Prevention, Vital Signs July 2015. *Today's Heroin Epidemic*. Retrieved February 10, 2016, from Centers for Disease Control and Prevention: http://www.cdc.gov/vitalsigns/pdf/2015-07-vitalsigns.pdf

16      7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448611

P1.1437.17

# Industry Updates | Chasing the Dragon

**MCKESSON**



***Chasing the Dragon*** is a documentary film from DEA and FBI;

- ✓ Aimed at educating high school students & young adults of the dangers of addiction

- ✓ Message is deterrence since opioid addiction can take hold after first use

Source: FBI National Press Office. *FBI, DEA Release Documentary Film Addressing Heroin/Prescription Drug Abuse*. Retrieved February 10, 2016, from FBI: https://www.fbi.gov/news/pressrel/press-releases/fbi-dea-release-documentary-film-addressing-heroin-prescription-drug-abuse

MCKMDL00448612

P1.1437.18
**MCKESSON**

# Agenda



Scope of Problem

Industry Updates

## **Regulatory Responsibilities**

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448613

## Regulations | The Supply Chain

**MCKESSON**

*Prescription drug abuse is a **national problem**, requiring an **industry-wide solution**.*



MCKMDL00448614

## CSA Checks & Balances | Practitioners

**MCKESSON**

*"A prescription for a controlled substance to be effective must be issued for a **legitimate medical purpose** by an individual practitioner acting in the usual course of professional practice."* (21 CFR §1306.04(a))



MCKMDL00448615

## CSA Checks & Balances | **Pharmacists**

**MᶜKESSON**

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a **corresponding responsibility** rests with the **pharmacist** who fills the prescription."* (21 CFR § 1306.04(a))





21    7/25/2018    McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448616

## CSA Checks & Balances | Distributors & Manufacturers    M**C**KESSON

*"Maintenance of **effective controls against diversion** of particular controlled substances into other than legitimate medical, scientific, and industrial channels…"* (21 U.S.C. §823/21 CFR §1301.71(a))

**EXAMPLES**



| Vault/Safe Standards | Access Control | Alarm Systems | Theft & Loss Reporting | Inventory Monitoring |

*"The registrant shall **design** and **operate** a system to disclose to the registrant **suspicious orders** of controlled substances. . . . Suspicious orders include orders of unusual **size**, orders deviating substantially from a normal **pattern**, and orders of unusual **frequency**."* (21 CFR §1301.74(b))

MCKMDL00448617

P1.1437.23

**MCKESSON**

# Agenda



Scope of Problem

Industry Updates

Regulatory Responsibilities

## McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448618

P1.1437.24

# McKesson CSMP | Mission & Operating Principles

**MCKESSON**

U.S. Pharma Controlled Substance Monitoring Program

### *Mission Statement*

Our mission is to manage U.S. Pharma's Controlled Substance Monitoring Program as a nationwide regulatory compliance program that is informed by diversion trends and our customers. Through our program, we strive to strengthen the understanding of the prescription drug abuse epidemic across the industry with dialogue and collaboration.

**MCKESSON**



U.S. Pharma Controlled Substance Monitoring Program

### *Operating Principles*

As we continue to design our program, we will adhere to the following operating principles:

- **Risk-based** — Comprehensively covers all controlled substances and all customers, while driving the greatest focus on those presenting a higher risk of diversion.

- **Uniform** — Generates consistent execution against nationwide standards and requirements.

- **Sustainable** — Achievable over the long term.

- **Contemporary** — Refreshed on an ongoing basis to address current diversion trends, while reflecting the legitimate business models of our customers as they evolve.

- **Defined** — Meets regulations as they are applicable to wholesalers. Other registered entities in the supply chain have their own independent responsibility to achieve compliance.

**MCKESSON**

MCKMDL00448619

**P1.1437.25**

## McKesson CSMP | Design/Framework

M**C**KESSON



MCKMDL00448620

## McKesson CSMP | RNA Team

**MCKESSON**


**Nate Hartle**
Sr. Director
*Minneapolis, MN*


**Michael Oriente**
Director
*Philadelphia, PA*


**Adam Palmer**
Sr. Manager
*Indianapolis, IN*


**Micheal Bishop**
Manager
*Las Colinas, TX*


**Adam Shepherd**
Regulatory Assistant
*Las Colinas, TX*

## Sr. Director Leadership Background:

- ✓ Retail Diversion
- ✓ Special Investigations
- ✓ Data, Analytics & Intelligence
- ✓ Industry Leadership

## Team Backgrounds / Skill Sets:

- ✓ Regulatory Affairs
- ✓ Retail Diversion Analytics & Investigations
- ✓ Internal Data & Systems
- ✓ Distribution Center Operations
- ✓ Retail National Account Experience
- ✓ Project Management
- ✓ Clinical Research Compliance

MCKMDL00448621

## McKesson CSMP | Diligence – "Know Our Customer"

**MCKESSON**



MCKMDL00448622

P1.1437.28

## McKesson CSMP | Onboarding & Monitoring

**MCKESSON**

### Onboarding

**Chain Diligence:**
- ✓ Pharmacy Operations
- ✓ CS Compliance Program & Policies
- ✓ Business Model / Processes
- ✓ Dispensing Data Review

**Registrant Diligence:**
- ✓ Licensure & Registration
- ✓ Questionnaires (If Applicable)
- ✓ Dispensing Data (If Applicable)

**Threshold Establishment**

### Monitoring

**Ongoing Diligence:**
- ✓ Event Triggered Reviews
- ✓ Data Analysis - Outlier Identification
- ✓ HQ Follow Up / Site Visits

**Threshold Management (TCRs):**
Business Justification
- ✓ Dispensing Data
- ✓ Independent Retail Specific
  - • Recent Questionnaire (12M)
  - • Personnel Information

**Suspicious Order Reporting**

### Statistics, Analytics & Diversion Trends

MCKMDL00448623

MCKMDL00448624

MCKMDL00448625

P1.1437.30

P1 1437 31

MCKMDL00448626

P1.1437.32

MCKMDL00448627

MCKMDL00448628

P1.1437.34

MCKMDL00448629

P1.1437.35

MCKMDL00448630

P1.1437.36

MCKMDL00448631

**P1.1437.37**

MCKMDL00448632

# McKesson CSMP | Education & Awareness

## **MCKESSON**

## Red Flags

There are numerous "red flags" indicating possible prescription drug misuse, abuse and diversion. Some common red flags suggested by the DEA and certain state boards of pharmacy include:

### Prescription Drug Abuse Landscape

**Current Drug Abuse Trends**
Overdose Mortality Rates per 100,000 People (2010



**What Can You Do? Practical Tips**
DEA registrants are **always** responsible for meeting their responsibilities. For pharmacists and pharmacy owners, this means ensuring corresponding responsibility to determine that prescriptions are written for legitimate medical purposes by practitioners acting in the usual course of their professional practice. One way in which the pharmacist and pharmacy owner can meet this corresponding responsibility is to better understand their controlled substance distribution and their data to circumstantially determine if diversion may be occurring:

1. Closely monitor the drugs of concern. All controlled substances have potential for abuse, with those in schedule II having a higher potential. Some of the more commonly diverted controlled substances are hydrocodone, hydromorphone, oxymorphone, alprazolam.

2. Know your pharmacy's ordering patterns. What is your normal controlled substances to non-controlled substances? What is your normal of each controlled substance? What is your typical dosage for each prescription? Maintaining awareness will help you recognize anomalies.

### Pattern Prescribing

Pharmacists need to be particularly alert for prescriptions for the same drugs, quantities or diagnosis codes coming from the same doctor. Further, the use of rubber stamps is another key red flag.

### Antagonistic Drugs

Look for prescriptions written for antagonistic drugs (e.g., depressants and stimulants).

### Drug Cocktails

Flag and scrutinize prescriptions for drug cocktails (e.g., opioids with benzodiazepines and/or carisoprodol).

### Large Quantities

Look at the quantities. High doses and/or high quantities of drugs are often a key indicator of abuse.

### Doctor Patterns

Be on the lookout for doctors that write significantly more prescriptions compared to other doctors in your area.

### Beyond Specialty

Question prescriptions written by doctors for infirmaries not consistent with their area of specialty (e.g., dentist writing ADHD prescriptions).

### Geographic Flags

Notice geographic anomalies, such as prescriptions written by a local prescriber for out-of-state patients, or situations in which the pharmacy is not near the patient or the prescriber.

### Unlikely Coincidences

Situations such as customers with shared addresses presenting similar prescriptions from the same physician on the same day can also prove fraudulent.

### False Caregivers

Further, you will want to scrutinize customers presenting prescriptions for other people.

### Cash Payments

Customers paying cash may require additional scrutiny.

### Early Refills

Customers requesting early refills of controlled substances should be questioned and may require additional scrutiny.

### Suspicious Behavior

Look for signs of nervousness such as being overly talkative, agitated, emotionally volatile, evasive, etc.

### Signs of Forgery

Fraudulent or forged prescriptions can often be identified by the following characteristics:

- False contact information
- Misspellings
- Photocopies
- Alterations to prescriptions
- Different inks or handwriting
- Quantity, directions or dosages differ from usual medical usage
- No abbreviations used or non-standard abbreviations

h national Automation
enchmark in assessing
tages of dosage units
e DEA's 2012 ARCOS data.**

| Medication | Dosage Units Annually |
|---|---|
| Hydrocodone | 131,381 |
| Oxycodone | 79,584 |
| Methadone | 12,500 |
| Morphine | 11,788 |
| Hydromorphone | 5,903 |
| Oxymorphone | 2,190 |

**Unlikely Coincidences**
Situations such as customers with shared addresses presenting similar prescriptions from the same physician on the same day can also prove fraudulent.

**False Caregivers**
Further, you will want to scrutinize customers presenting prescriptions for other people.

**Cash Payments**
Customers paying cash may require additional scrutiny.

**Early Refills**
Customers requesting early refills of controlled substances should be questioned and may require additional scrutiny.

**Suspicious Behavior**
Look for signs of nervousness such as being overly talkative, agitated, emotionally volatile, evasive, etc.

**Signs of Forgery**
Fraudulent or forged prescriptions can often be identified by the following characteristics:
- False contact information
- Misspellings
- Photocopies
- Alterations to prescriptions
- Different inks or handwriting
- Quantity, directions or dosages differ from usual medical usage
- No abbreviations used or non-standard abbreviations

MCKMDL00448633

P1.1437.39
**MCKESSON**

# Agenda



Scope of Problem

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

## Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448634

P1.1437.40

# Controlled Substances | Discount Drug Mart CSMP

**MCKESSON**

## Discussion Topics:

- Overview of Pharmacy Business

- Regulatory/Compliance Structure

- Policies & Procedures

- Training & Education

- Analytics, Monitoring & Follow Up

- Known Outliers

MCKMDL00448635

**P1.1437.41**

**MCKESSON**



MCKMDL00448636

P1.1437.14

# Industry Updates | National Drug Control Strategy

**McKESSON**



**Policy Focus:** Preventing and Addressing **Prescription Drug** Misuse and **Heroin** Use

**Four Pillars**:

1.  Education
2.  Monitoring
3.  Disposal
4.  Enforcement

Source: Office of National Drug Control Policy. *2015 National Drug Control Strategy*. Retrieved February 10, 2016, from Office of National Drug Control Policy:
https://www.whitehouse.gov/sites/default/files/ondcp/policy-and-research/2015_national_drug_control_strategy_0.pdf

MCKMDL00448609

# Industry Updates | DEA 360 Strategy

**MCKESSON**



Strategy for **prescription opioid** and **heroin** abuse:

✓ **Enforcement**:  A commitment to stopping violence associated with drug trafficking

✓ **Diversion**:  Enlisting DEA's registrant population in the fight against opioid abuse

✓ **Community**:  Leaving something lasting and positive in the communities DEA serves

*Pilot in West Memphis, AR, St. Louis, MO, Pittsburgh, PA, Milwaukee, WI*

Source:  Statement of Louis J. Milione, Deputy Assistant Administrator, Office of Diversion Control, DEA before the Committee on the Judiciary, United States Senate, for a Hearing entitled "Attacking America's Epidemic Of Heroin And Prescription Drug Abuse" presented January 27, 2016. http://www.dea.gov/divisions/hq/2015/hq111015-DEA%20360%20Strategy%20Fact%20Sheet.pdf, Accessed February 10, 2016.

15      7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448610

# Industry Updates | Today's Heroin Epidemic

**MCKESSON**





Source: Centers for Disease Control and Prevention, Vital Signs July 2015. *Today's Heroin Epidemic*. Retrieved February 10, 2016, from Centers for Disease Control and Prevention: http://www.cdc.gov/vitalsigns/pdf/2015-07-vitalsigns.pdf

16      7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448611

P1.1437.17

# Industry Updates | Chasing the Dragon

**MCKESSON**



***Chasing the Dragon*** is a documentary film from DEA and FBI;

- ✓ Aimed at educating high school students & young adults of the dangers of addiction

- ✓ Message is deterrence since opioid addiction can take hold after first use

Source: FBI National Press Office. *FBI, DEA Release Documentary Film Addressing Heroin/Prescription Drug Abuse*. Retrieved February 10, 2016, from FBI: https://www.fbi.gov/news/pressrel/press-releases/fbi-dea-release-documentary-film-addressing-heroin-prescription-drug-abuse

MCKMDL00448612

P1.1437.24

# McKesson CSMP | Mission & Operating Principles

**MCKESSON**

U.S. Pharma Controlled Substance Monitoring Program

### *Mission Statement*

Our mission is to manage U.S. Pharma's Controlled Substance Monitoring Program as a nationwide regulatory compliance program that is informed by diversion trends and our customers. Through our program, we strive to strengthen the understanding of the prescription drug abuse epidemic across the industry with dialogue and collaboration.

**MCKESSON**



U.S. Pharma Controlled Substance Monitoring Program

### *Operating Principles*

As we continue to design our program, we will adhere to the following operating principles:

- **Risk-based —** Comprehensively covers all controlled substances and all customers, while driving the greatest focus on those presenting a higher risk of diversion.

- **Uniform —** Generates consistent execution against nationwide standards and requirements.

- **Sustainable —** Achievable over the long term.

- **Contemporary —** Refreshed on an ongoing basis to address current diversion trends, while reflecting the legitimate business models of our customers as they evolve.

- **Defined —** Meets regulations as they are applicable to wholesalers. Other registered entities in the supply chain have their own independent responsibility to achieve compliance.

**MCKESSON**

MCKMDL00448619

P1.1437.25

## McKesson CSMP | Design/Framework

MCKESSON



     7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448620

# McKesson CSMP | Onboarding & Monitoring

**MCKESSON**

## Onboarding

**Chain Diligence:**
- ✓ Pharmacy Operations
- ✓ CS Compliance Program & Policies
- ✓ Business Model / Processes
- ✓ Dispensing Data Review

**Registrant Diligence:**
- ✓ Licensure & Registration
- ✓ Questionnaires (If Applicable)
- ✓ Dispensing Data (If Applicable)

**Threshold Establishment**

## Monitoring

**Ongoing Diligence:**
- ✓ Event Triggered Reviews
- ✓ Data Analysis - Outlier Identification
- ✓ HQ Follow Up / Site Visits

**Threshold Management (TCRs):**
Business Justification
- ✓ Dispensing Data
- ✓ Independent Retail Specific
  - • Recent Questionnaire (12M)
  - • Personnel Information

**Suspicious Order Reporting**

## Statistics, Analytics & Diversion Trends

MCKMDL00448623

P1.1437.40

# Controlled Substances | Discount Drug Mart CSMP

**MCKESSON**

## Discussion Topics:

- Overview of Pharmacy Business

- Regulatory/Compliance Structure

- Policies & Procedures

- Training & Education

- Analytics, Monitoring & Follow Up

- Known Outliers

MCKMDL00448635

**P1.1437.41**



7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448636

# Industry Updates | National Drug Control Strategy

**MCKESSON**



**Policy Focus:**  Preventing and Addressing **Prescription Drug** Misuse and **Heroin** Use

**Four Pillars**:

1. Education

2. Monitoring

3. Disposal

4. Enforcement

Source: Office of National Drug Control Policy. *2015 National Drug Control Strategy*. Retrieved February 10, 2016, from Office of National Drug Control Policy: https://www.whitehouse.gov/sites/default/files/ondcp/policy-and-research/2015_national_drug_control_strategy_0.pdf

14       7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448609

P1.1437.15

# Industry Updates | DEA 360 Strategy

**McKESSON**



Strategy for **prescription opioid** and **heroin** abuse:

- ✓ **Enforcement**:  A commitment to stopping violence associated with drug trafficking

- ✓ **Diversion**:  Enlisting DEA's registrant population in the fight against opioid abuse

- ✓ **Community**:  Leaving something lasting and positive in the communities DEA serves

*Pilot in West Memphis, AR, St. Louis, MO, Pittsburgh, PA, Milwaukee, WI*

Source:  Statement of Louis J. Milione, Deputy Assistant Administrator, Office of Diversion Control, DEA before the Committee on the Judiciary, United States Senate, for a Hearing entitled "Attacking America's Epidemic Of Heroin And Prescription Drug Abuse" presented January 27, 2016. http://www.dea.gov/divisions/hq/2015/hq111015-DEA%20360%20Strategy%20Fact%20Sheet.pdf, Accessed February 10, 2016.

MCKMDL00448610

P1.1437.16

# Industry Updates | Today's Heroin Epidemic

**MCKESSON**





Source: Centers for Disease Control and Prevention, Vital Signs July 2015. *Today's Heroin Epidemic*. Retrieved February 10, 2016, from Centers for Disease Control and Prevention: http://www.cdc.gov/vitalsigns/pdf/2015-07-vitalsigns.pdf

MCKMDL00448611

**P1.1437.17**

# Industry Updates | Chasing the Dragon

**MCKESSON**



***Chasing the Dragon*** is a documentary film from DEA and FBI;

- ✓ Aimed at educating high school students & young adults of the dangers of addiction

- ✓ Message is deterrence since opioid addiction can take hold after first use

Source: FBI National Press Office. *FBI, DEA Release Documentary Film Addressing Heroin/Prescription Drug Abuse.* Retrieved February 10, 2016, from FBI: https://www.fbi.gov/news/pressrel/press-releases/fbi-dea-release-documentary-film-addressing-heroin-prescription-drug-abuse

MCKMDL00448612

P1.1437.24

# McKesson CSMP | Mission & Operating Principles

**MCKESSON**

U.S. Pharma Controlled Substance Monitoring Program

### *Mission Statement*

Our mission is to manage U.S. Pharma's Controlled Substance Monitoring Program as a nationwide regulatory compliance program that is informed by diversion trends and our customers. Through our program, we strive to strengthen the understanding of the prescription drug abuse epidemic across the industry with dialogue and collaboration.

**MCKESSON**



U.S. Pharma Controlled Substance Monitoring Program

### *Operating Principles*

As we continue to design our program, we will adhere to the following operating principles:

- **Risk-based —** Comprehensively covers all controlled substances and all customers, while driving the greatest focus on those presenting a higher risk of diversion.

- **Uniform —** Generates consistent execution against nationwide standards and requirements.

- **Sustainable —** Achievable over the long term.

- **Contemporary —** Refreshed on an ongoing basis to address current diversion trends, while reflecting the legitimate business models of our customers as they evolve.

- **Defined —** Meets regulations as they are applicable to wholesalers. Other registered entities in the supply chain have their own independent responsibility to achieve compliance.

**MCKESSON**

MCKMDL00448619

P1.1437.25

## McKesson CSMP | Design/Framework

MCKESSON



MCKMDL00448620

P1.1437.28

# McKesson CSMP | Onboarding & Monitoring

**MCKESSON**

## Onboarding

**Chain Diligence:**
- ✓ Pharmacy Operations
- ✓ CS Compliance Program & Policies
- ✓ Business Model / Processes
- ✓ Dispensing Data Review

**Registrant Diligence:**
- ✓ Licensure & Registration
- ✓ Questionnaires (If Applicable)
- ✓ Dispensing Data (If Applicable)

**Threshold Establishment**

## Monitoring

**Ongoing Diligence:**
- ✓ Event Triggered Reviews
- ✓ Data Analysis - Outlier Identification
- ✓ HQ Follow Up / Site Visits

**Threshold Management (TCRs):**
Business Justification
- ✓ Dispensing Data
- ✓ Independent Retail Specific
  - • Recent Questionnaire (12M)
  - • Personnel Information

**Suspicious Order Reporting**

## Statistics, Analytics & Diversion Trends

      7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448623

P1.1437.40

# Controlled Substances | Discount Drug Mart CSMP

**MCKESSON**

## Discussion Topics:

- Overview of Pharmacy Business

- Regulatory/Compliance Structure

- Policies & Procedures

- Training & Education

- Analytics, Monitoring & Follow Up

- Known Outliers

MCKMDL00448635

P1.1437.41



7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448636