**Exhibit 247** [replacing Dkt. #1964-34] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

**Appendix A, Exhibit 12** [replacing Dkt. #2212-72] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Partial Summary Judgment on Statute of Limitations Grounds at Dkt. #2212.

- Redactions withdrawn by Defendant

| | |
|---|---|
| From: | Feigel, Alexandra [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=AEAFDLE] |
| Sent: | 12/10/2007 1:15:32 PM |
| To: | Martin, Diane [diane.martin@mckesson.com] |
| CC: | Snider, Blaine [blaine.snider@mckesson.com]; Ferreira, Brian [brian.ferreira@mckesson.com] |
| Subject: | RE: November LDMP |

Hi Diane,

Franklin - Appeared new last month for Oxycodone. The Level II review is almost complete, Blaine got Frank's signature on the declaration and I am finishing up the survey questionnaire.

Gompers - Appeared new last month for Oxycodone only. Their purchases are consistent with these numbers and at month end, doses were only 11,700. This is a high volume and high walk-in store. They are located next to a hospital in Wheeling. I found no website affiliation for this account.

Herbert's - Appeared new this month for Hydrocodone. At month end doses totaled 19,032. I have interviewed Herbert's previously regarding their Oxycodone doses and many of these scripts can be attributed to local pain management clinics. I found Herbert's listed on www.pharmacy tree.org, but there was very little information and no online script info, etc.

Med Fast Aliquippa - Appeared new this month for Oxycodone. Their purchases of this drug are consistent with the doses and at month end their doses totaled 11,321. The only website affiliation is www.medfast.com.

Med Fast New Castle - A Level II is in progress. I am working with Gene Cavacini to approach the owner of the Med Fast chain.

Troutman Drug - Appeared new this month for Hydrocodone. I have spoken with the owner previously regarding Oxycodone usage. The store has a moderate number of walk-ins and is located near several pain management clinics and pain management doctors. At month end, doses were 12,017 and were consistent with purchases. The only website affiliation I found was Health Mart.

Please let me know if you need additional information on these accounts or if a Level II review is necessary.

Thanks,
Alex

---

**From:** Martin, Diane
**Sent:** Friday, December 07, 2007 7:21 AM
**To:** Dorsey, Lisa; Gavatorta, Jim; Kuczynski, John; Feigel, Alexandra
**Cc:** Snider, Blaine
**Subject:** November LDMP

| Customer Number(s) | Customer Name | Item exceeding dosage limit | Date threshold exceeded | Number of doses on date dosages exceeded the limit | Number of doses at End of Month | Was previous reporting validated and approved? |
|---|---|---|---|---|---|---|
| 224394 | BLOOMFIELD PHCY HM | HYDROCODONE | 11/19/2007 | 8180 | 12428 | YES |
| 224394 | BLOOMFIELD PHCY HM | OXYCODONE | 11/21/2007 | 9833 | 11900 | YES |
| 216252 | BRIGHTON PHARMACY HM | HYDROCODONE | 11/27/2007 | 8020 | 8536 | YES |
| 109248 | CORNERSTONE | HYDROCODONE | 11/29/2007 | 8016 | 9516 | YES |

| | | PHARMACY | | | | |
|---|---|---|---|---|---|---|
| 692984 | DARTMOUTH PHARMACY | HYDROCODONE | 11/22/2007 | 8232 | 8748 | YES |
| 493197 | FAIRCHANCE PHCY | HYDROCODONE | 11/28/2007 | 8816 | 8816 | YES |
| 106559 | FRANKLIN PHCY HM | OXYCODONE | 11/13/2007 | 9733 | **22250** | YES |
| 15719 | GERDES PHCY | HYDROCODONE | 11/29/2007 | 8448 | 9048 | YES |
| 686618 | GOMPERS PHARMACY | HYDROCODONE | 11/21/2007 | 8600 | 12600 | YES |
| 686618 | GOMPERS PHARMACY | OXYCODONE | 11/19/2007 | 8200 | 11700 | **NO** |
| 159471 | GOODYEAR FAM RX EDI - 33106 | ALPRAZOLAM | 11/26/2007 | 8000 | 8500 | **NO** |
| 159471 | GOODYEAR FAM RX EDI - 33106 | HYDROCODONE | 11/19/2007 | 8600 | 14016 | YES |
| 511750 | GOODYEAR FAM RX EDI - 33106 | OXYCODONE | 11/30/2007 | 11000 | 11000 | YES |
| 283044 | HEIGHTS PHCY #2 HM | HYDROCODONE | 11/20/2007 | 8148 | 10380 | YES |
| 296317 | HERBERT'S PHCY | HYDROCODONE | 11/14/2007 | 9132 | **19032** | YES |
| 296317 | HERBERT'S PHCY | OXYCODONE | 11/26/2007 | 8900 | 9300 | YES |
| 527698 | HYTECH PHARMACY INC | OXYCODONE | 11/28/2007 | 10012 | 10112 | YES |
| 868673 | MACE'S PHCY HM | HYDROCODONE | 11/8/2007 | 9600 | **28100** | YES |
| 868673 | MACE'S PHCY HM | OXYCODONE | 11/30/2007 | 8000 | 8000 | YES |
| 318209 | MAKO'S PHARMACY EDI | HYDROCODONE | 11/27/2007 | 8032 | 9532 | YES |
| 223917 | MANN'S DRUG | ALPRAZOLAM | 11/30/2007 | 8200 | 8200 | YES |
| 223917 | MANN'S DRUG | HYDROCODONE | 11/19/2007 | 8116 | 13064 | YES |
| 455853 | MED FAST - ALIQUIPPA | OXYCODONE | 11/19/2007 | 10417 | 11321 | **NO** |
| 558104 | MED FAST - BADEN | OXYCODONE | 11/21/2007 | 9400 | 11400 | YES |
| 318924 | MED FAST - GREENSBURG | OXYCODONE | 11/21/2007 | 8500 | 8500 | YES |
| 618930 | MED FAST - MONACA | OXYCODONE | 11/23/2007 | 8270 | 10470 | YES |
| 111406 | MED FAST - NEW CASTLE EDI | OXYCODONE | 11/7/2007 | 9200 | **33100** | YES |
| 26278 | MORGAN PHCY HEALTHMART HM | HYDROCODONE | 11/26/2007 | 8464 | 10064 | YES |
| 986634 | REYNOLDS DRUG STORE | OXYCODONE | 11/30/2007 | 8500 | 8500 | YES |
| 579836 | RIESBECK FOOD MARKETS | ALPRAZOLAM | 11/15/2007 | 8000 | 14800 | YES |
| 579836 | RIESBECK FOOD MARKETS | HYDROCODONE | 11/14/2007 | 9216 | 17148 | YES |
| 579836 | RIESBECK FOOD MARKETS | OXYCODONE | 11/8/2007 | 8417 | 16569 | YES |
| 648818 | RIESBECK'S PHARMACY | HYDROCODONE | 11/21/2007 | 8428 | 13040 | YES |
| 866732 | SHADYSIDE PHCY MM | HYDROCODONE | 11/30/2007 | 8532 | 8532 | YES |
| 866732 | SHADYSIDE PHCY MM | OXYCODONE | 11/20/2007 | 8800 | 13800 | **NO** |
| 359750 | SHERMAN'S PHARMACY | HYDROCODONE | 11/23/2007 | 8132 | 9248 | YES |
| 359750 | SHERMAN'S PHARMACY | OXYCODONE | 11/27/2007 | 9200 | 9700 | YES |
| 589164 | THE MEDICINE SHOPPE WASH | OXYCODONE | 11/20/2007 | 8800 | 10200 | YES |
| 282939 | TOWN & COUNTRY PHY | ALPRAZOLAM | 11/29/2007 | 13400 | 13400 | YES |
| 282939 | TOWN & COUNTRY PHY | HYDROCODONE | 11/12/2007 | 8380 | **28932** | YES |
| 282939 | TOWN & COUNTRY PHY | OXYCODONE | 11/15/2007 | 11733 | 15783 | YES |
| 46920 | TROUTMAN DRUG HM | HYDROCODONE | 11/20/2007 | 8301 | 12017 | **NO** |
| 46920 | TROUTMAN DRUG HM | OXYCODONE | 11/29/2007 | 8700 | 8700 | YES |
| 612135 | VILLAGE GREEN #2 HM | HYDROCODONE | 11/28/2007 | 9016 | 10016 | YES |
| 281303 | WILSON'S PHCY | ALPRAZOLAM | 11/29/2007 | 9500 | 9500 | YES |
| 281303 | WILSON'S PHCY | HYDROCODONE | 11/19/2007 | 9196 | 12844 | YES |
| 281303 | WILSON'S PHCY | OXYCODONE | 11/21/2007 | 9817 | 11217 | YES |

I highlighted the new accounts/items for this month (**NO**). I also highlighted any month total over 18,000. The threshold is 8000. Level II reviews are in progress for Mace's, Franklin and Med Fast – New Castle.

Thanks

Diane Martin

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00540034

**P1.1864.3**

New Castle

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER					MCKMDL00540035