**Exhibit 250** [replacing Dkt. #1964-37] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

EXHIBIT 250

| | |
|---|---|
| **From:** | Scofield, Cathy |
| **Sent:** | Friday, March 07, 2008 9:38 PM |
| **To:** | Jonas, Tracy; Gustin, Dave; Oriente, Michael; de Gutierrez-Mahorey, Bill; Pacheco, Sheila; Melton, Jenny; McIntyre, Keith |
| **Cc:** | Russell, Bruce; Hilliard, Gary; Walker, Donald |
| **Subject:** | CSMP Sales Training Presentation |
| | |
| **Importance:** | High |

Hi all...

Attached is the CSMP Sales Training deck we will be presenting to the Denver Team on Monday. We are piloting these materials and I will make any revisions coming out of that meeting and send out a revised copy to you for your reference. I don't anticipate any/many changes and have reviewed it with Don. We will be using this deck, with the exception of the Denver Pilot information, for your Regional webcasts.

Looking forward to talking with you on Monday. Have a great weekend!

Best,
Cathy

*Catherine Scofield*

Director, Change Leadership

415.983.8828 (o)
925.997.5650 (c)

McKesson Corporation
Pharma Business Technology Solutions
One Post Street
San Francisco, CA 94104

1

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

McKESSON

Controlled Substance Monitoring Program (CSMP)

Denver Sales Meeting
March 10, 2008

1

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267634
MCKMDL00267636

**P1.0704.3**

## Agenda

**McKESSON**

- » Scope of Changes
  - -- CSMP Overview
  - -- Threshold Overview
  - -- New Process & Technology Changes
- » Sales & Customer Readiness Approach
- » DC Rollout Implementation Process
- » Q & A

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267635
MCKMDL00267637

## Agenda

M<sup>c</sup>KESSON

- Scope of Changes
  - CSMP Overview
  - Threshold Overview
  - New Process & Technology Changes
- Sales & Customer Readiness Approach
- DC Rollout Implementation Process
- Q & A

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                    3

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267636
MCKMDL00267638



**REVIEW** session objectives.

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267637
MCKMDL00267639

## CSMP Overview

M<sup>c</sup>KESSON

» New Controlled Substance Monitoring Program

- Regulation *has not* changed, but the extent to which we are now required to monitor and provide stronger safeguards to ensure legitimate use of controlled substances *has.*

» We have developed a technology solution that now automates the monitoring of all controlled substances, for all customers with improved operational efficiency.

» CSMP replaces the former Lifestyle Drug Management Program (LDMP)

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

5

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267638
MCKMDL00267640

**P1.0704.7**

## Threshold Review

M<sup>c</sup>KESSON

» Threshold analysis process
- Analysis conducted on every customer's purchase history

» Threshold determination
- 12 month purchase history plus margin

» Thresholds set for every controlled substance
- Determined by DEA base codes
- Thresholds monitored on a monthly basis
- Real-time threshold monitoring/adjustment process for:
  › Returns
  › Canceled orders

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL 6

6

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267639
MCKMDL00267641

**P1.0704.8**

## New Omit Codes and Definitions

McKESSON

» Threshold Warning: Invoice & Delivery Doc only

 – Approaching Monthly Regulatory Purchase Limit

» Omit Code V: Threshold Limit

 – Short Message on some Front End Systems: Monthly Max Exceeded

 – Long Invoice Message: Monthly Regulatory Maximum Purchases Exceeded

» Omit Code H: DC not licensed

 – Short Message on some Front End Systems: Unable to Ship

 – Long Invoice Message: Temporarily Unable to Ship

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                    7

7

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267640
MCKMDL00267642

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267641
MCKMDL00267643

**P1.0704.10**

## Customer Technology

M<sup>c</sup>KESSON

| System | Messaging |
|---|---|
| SMO | New Omit Codes on Order Ack & Invoice Ack Short Version |
| **PharmaServ** Order Management System | 3/08: New Omit Codes only 7/08: New Omit Codes with  Message |
| EconoLink 2000 / EconoLink for Windows | New Omit Codes only |
| CLD | New Omit Codes only |
| EDI | Varies based on customer system 1) New Omit Codes only 2) New Omit Codes with  Message System certification/testing will be conducted prior to go-live |

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                    9

**9**

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

P1.0704.11

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267643
MCKMDL00267645

**P1.0704.12**

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267644
MCKMDL00267646

P1.0704.13

# **Redacted**

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267645
MCKMDL00267647

P1.0704.14

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267646
MCKMDL00267648

**P1.0704.15**

## Threshold Change Request Process (TCR)

McKESSON

- » Change in Business: TCR Process

- » Emergency: TCR Process

- » Documentation required for both TCR Processes

  - ~ Partnership between RSM, AM and Director, Regulatory Affairs

Key customer message....advanced communication is key!

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL       11

**14**

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267647
MCKMDL00267649

# New Customer On-boarding

MᶜKESSON

- New CSMP Process
  - "Regulatory Check"
- New Customer Documentation
- Partnership with RSM/AM & Director, Regulatory Affairs

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                    15

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267648
MCKMDL00267650

P1.0704.17

# New Regulatory Partners

McKESSON

› Director, Regulatory Affairs

-- One in each Region
- Tracy Jonas, West Region
- Dave Gustin, North Central
- Michael Oriente, North East Region
- Bill Mahoney, South Region

-- Roles & Responsibilities
- Managing and oversight for the CSMP program

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                    16

16

## YSOS -- New CSMP Omits/Warnings

McKESSON

» View of omit/warning messages and combinations
- Threshold Warning Message
- Omit & Warning message
  - "G" partial omit & CSMP warning message
  - "O" order filtering omit & CSMP warning message
- Omit "H" -- DC<>DC License not valid
  - Invoice Display Message
- Omit "V" -- partial or full CSMP omit & Warning Message
  - Invoice Display Messages

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                    17

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267650
MCKMDL00267652

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267651
MCKMDL00267653

P1.0704.20

# **Redacted**

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267652
MCKMDL00267654

**P1.0704.21**

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267653
MCKMDL00267655

P1.0704.22

**Redacted**

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267654
MCKMDL00267656

P1.0704.23

**Redacted**

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267655
MCKMDL00267657

P1.0704.24

# Redacted

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267656
MCKMDL00267658

**P1.0704.25**

# ServiceFirst Escalation Process

**MᶜKESSON**

» Need for consistency in customer escalation process

-- 1st Escalation Path

› Refer to RSM, AM with detailed customer information

› Partnership between Customer, RSM, AM & Director, Regulatory Affairs

-- 2nd Escalation Path

‹ If RSM, AM is unavailable call:

× DSM with detailed customer information

× VPS with detailed customer information

× Director, Regulatory Affairs with detailed customer information

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

**24**

P1.0704.26

## Suspicious Order Investigation

**MCKESSON**

- **Level I Review**
  - Threshold exceptions will trigger Level I Review
  - Determine if the sales are approved or inconclusive
  - Item blocked until cleared

- **Level II Review**
  - Conducted by Regulatory Director and Local Management Team
  - Conduct an interview with the customer, if appropriate
  - Evaluate threshold levels and adjust if appropriate
  - Item blocked until clear

- **Level III Review**
  - All controls blocked
  - Escalation to Regional SVP, SVP, Distribution Operations and VP, Regulatory Affairs
  - Report to DEA as suspicious
  - Senior Management Review of Findings

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267658
MCKMDL00267660

## Agenda

McKESSON

» Scope of Changes
  – CSMP Overview
  – Threshold Overview
  – New Process & Technology Changes

» Sales & Customer Readiness Approach

» DC Rollout Implementation Process

» Q & A

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

26

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267659
MCKMDL00267661



Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267660
MCKMDL00267662

**P1.0704.29**

## Sales Tools & Resources

M=KESSON

### ► Sales Readiness

#### ‒ Sales Awareness Materials

- Objective/ Overview of CSMP
- Process Overview
  - ‣ Scope of Changes
- New Process & Technology Changes
- Examples of New Documents

#### ‒ Customer Readiness Materials

- Program Overview & Customer FAQs

FOR INTERNAL USE ONLY PROPRIETARY AND CONFIDENTIAL

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267661
MCKMDL00267663

**P1.0704.30**

## Customer Materials                                    MCKESSON

› Customer Letter                                    TBD

› CSMP Customer Information Packet                   April
    – CSMP Program Overview
    – FAQs

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

29

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267662
MCKMDL00267664

P1.0704.31

## Agenda

MᶜKESSON

- Scope of Changes
  - CSMP Overview
  - Threshold Overview
  - New Process & Technology Changes
- Sales & Customer Readiness Approach
- **DC Rollout Implementation Process**
- Q & A

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

30

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267663
MCKMDL00267665

**P1.0704.32**

## Denver Pilot

McKESSON

» CSMP will Pilot at the Denver DC starting on 3/10

» Pilot Customers
  ~ 8 Independent and 2 Hospital accounts
  ~ RNAs excluded from Denver Pilot

» Pilot Item Activation:
  ~ Initially, the 4 LDMP base codes (600 items) will be activated for pilot customers
  ~ If the pilot with the 4 LDMP base codes goes well, all items for pilot customers will be activated by the end of week one

FOR INTERNAL USE ONLY PROPRIETARY AND CONFIDENTIAL                    31

31

**P1.0704.33**

## Denver Pilot, cont.

McKESSON

» Additional Customer Activation

~ Additional customer activation will be completed in waves over a 2 week time period

~ Target to complete activation of all Denver customers (except RNAs) by 3/31

» Purchase history will be tracked from date of activation

~ Accounts not activated on the first of month will have CSMP tracking only for dates customer and items are active for the current month

~ If an account is activated mid-month LDMP monitoring will continue until the first of the following month

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

32

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267665
MCKMDL00267667

## Denver Pilot (cont)

**McKESSON**

| Terr # | Acct # | Acct Name | Mon / $ | Reason |
|--------|--------|-----------|---------|--------|
| | | **Redacted** | | |
| 30 | 416751 | PLATTE VALLEY FAMILY HM | 55,959 | New location in medical complex not a lot of purchase history |
| | | **Redacted** | | |
| 40 | 652132 | CORNELL PRESCRIPT PHY HM | 156,890 | Mid-size account with higher than average control purchases due to location to large hospitals |
| | | **Redacted** | | |
| 70 | 241182 | PRESCRIPTION SHOP ACH RXP | 328,846 | Larger account that would be flexible to this pilot |
| | | **Redacted** | | |

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

33

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267666
MCKMDL00267668

P1.0704.35

## DC Rollout Strategy

**McKESSON**

» **Next group of DC activation to CSMP targeted to begin on 4/1**

  ⁓ ServiceFirst will always be alerted to new DC & customer on-boarding prior to activation

  ⁓ 2 DCs per region for second wave of DC implementation

  ⁓ No RNAs

» **Potential DCs include:**

  ⁓ OKC

  ⁓ Lakeland

  ⁓ Conroe

  ⁓ WCH

  ⁓ Carol Stream

  ⁓ Landover

  ⁓ Delran

  ⁓ Salt Lake City

  ⁓ Sacramento

FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL

34

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267667
MCKMDL00267669

**P1.0704.36**

## DC Rollout Strategy

McKESSON

» Implementation Strategy similar to Pilot

- Select number of customers on day one

- Phase in remaining customers during month

» Remaining DC implementation begin on 5/01

- All remaining DCs on for all customers (including RNAs), all items

- Includes RNAs for Denver, second group of DCs

» CSMP Rollout completed by 5/28

- All DCs

- All Pharma customer segments

- All items active and monitored by CSMP

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                                    35

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267668
MCKMDL00267670

**P1.0704.37**



Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267669
MCKMDL00267671

## Questions

MCKESSON



FOR INTERNAL USE ONLY-PROPRIETARY AND CONFIDENTIAL                37

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00267670
MCKMDL00267672