**Exhibit 266** [replacing Dkt. #1964-54] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

**Exhibit 612** [replacing Dkt. #2371-68] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

**MCKESSON**
*Empowering Healthcare*

# RNA -Threshold Change/Level 1 Form

*NOTE: Areas in **Bold** are **MANDATORY** *

Date: 4-28-10      **Submitted by** Steve Schmidt      Home DC

**Request for threshold change Y/N?** ___ **Temp/Perm?** ___      **Level 1 Notification?** ___
Anticipated Effective Date: ___      (Attach list if necessary)

| Customer Name: See list | Corporate Contact Name: |
| Address: | Title: |
| | Phone: |
| | Has account reached monthly threshold Y/N? |
| DEA number: | Has Level One been conducted Y/N? |
| Customer Account number: | If contact different than above, List here: |

Provide Economost number, Description or Base Code     Dosage amount or percentage
1. CS requested: See list                              +/- amount +15.00%
2. CS requested: ___                                   +/- amount ___
3. CS requested: ___                                   +/- amount ___
4. CS requested: ___                                   +/- amount ___
5. CS requested: ___                                   +/- amount ___

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."

McKesson use only
1. Has threshold been changed on the same product within the last three months?
2. If Yes, List dates:

Current Threshold
1.
2.
3.
4.
5.

**Approval/Denial** Approved    by:

DC Management Jake Kramer                              Date: 4/28/10


Regulatory Tom McDonald                                Date: 4-28-10


RNA TCR CVS Multi 4-28-10.docRNA TCR CVS Multi 4-28-10.doc

MCK 000495

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                MCKMDL00000497

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % | New Threshold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 9143 | OXYCODONE | 11000 | 10934 | 99.4 | 13000 |

MCK 000496

MCKMDL00000498

Confidential Material Exempt From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

# McKESSON
*Empowering Healthcare*

## RNA -Threshold Change/Level 1 Form

*NOTE: Areas in **Bold** are **MANDATORY** *

Date: 1-20-10      **Submitted by** Steve Schmidt       Home DC

**Request for threshold change Y/N?**____ **Temp/Perm?** _____ **Level 1 Notification?**___
Anticipated Effective Date:_____                              (Attach list if necessary)

| Customer Name: See list | Corporate Contact Name:____ |
| Address:_____ | Title:____ |
| _____ | Phone:____ |
| _____ | Has account reached monthly threshold Y/N? __ |
| **DEA number:**____ | Has Level One been conducted Y/N? __ |
| **Customer Account number:**____ | If contact different than above, List here:____ |

Provide Economost number, Description or Base Code        Dosage amount or percentage
1. CS requested: See list                                          +/- amount +15.00%
2. CS requested: _____                                           +/- amount_____
3. CS requested: _____                                           +/- amount_____
4. CS requested: _____                                           +/- amount_____
5. CS requested: _____                                           +/- amount_____

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."

McKesson use only
1. Has threshold been changed on the same product within the last three months?
2. If Yes, List dates:

Current Threshold
1.
2.
3.
4.
5.

**Approval/Denial** Approved    by:

DC Management Jake Kramer                                      Date: 1/21/10


Regulatory Michael Oriente                                      Date: 1-20-10


RNA TCR CVS Multi 1-20-10.docRNA TCR CVS Multi 1-20-10.doc

MCK 000497

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER        MCKMDL00000499

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

Confidential Material Exempt From Disclosure Under FOIA

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM1634220 | 804082 | CVS PHCY 8944A | 9143 | OXYCODONE | 8000 | 6600 | 82.5 |
| 8147 | 8147 | 815 | BC2586949 | 839385 | CVS PHCY 9695B | 9143 | OXYCODONE | 8000 | 7100 | 88.75 |
| 8147 | 8147 | 815 | BC6694928 | 838463 | CVS PHCY 9624B | 1100 | AMPHETAMINE | 6900 | 6100 | 88.41 |
| 8147 | 8147 | 815 | BC2586329 | 819402 | CVS PHCY 8839B | 9050 | CODEINE-N-OXIDE | 7000 | 6000 | 85.71 |
| 8147 | 8147 | 815 | BC2365826 | 819116 | CVS PHCY 8812B | 2285 | PHENOBARBITAL | 5000 | 4200 | 84 |
| 8147 | 8147 | 815 | BC6460721 | 837547 | CVS PHCY 9562B | 9050 | CODEINE-N-OXIDE | 6000 | 5000 | 83.33 |
| 8147 | 8147 | 815 | BC2584628 | 829100 | CVS PHCY 9165B | 9143 | OXYCODONE | 9200 | 7600 | 82.61 |
| 8147 | 8147 | 815 | BC8753231 | 837972 | CVS PHCY 9583B | 9050 | CODEINE-N-OXIDE | 5000 | 4032 | 80.64 |
| 8170 | 8170 | 815 | BC6818352 | 842119 | CVS PHCY 9283B | 1100 | AMPHETAMINE | 5000 | 5000 | 100 |
| 8170 | 8170 | 815 | BC8231576 | 66587 | CVS PHCY 0086B | 9143 | OXYCODONE | 26400 | 26336 | 99.76 |
| 8170 | 8170 | 815 | BC6818352 | 842119 | CVS PHCY 9283B | 9143 | OXYCODONE | 16000 | 15917 | 99.48 |
| 8170 | 8170 | 815 | BC8231843 | 562908 | CVS PHCY 0017B | 1100 | AMPHETAMINE | 6000 | 5600 | 93.33 |

MCKMDL00000500

MCK 000498

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N <u>Y</u>    Anticipated Effective Date:<u>4-16-09</u>

Date:<u>4-16-09</u>

Customer Name:  <u>See list</u>
Address:  _____
          _____
          _____

DEA number:_____
Customer Account number:_____

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1. CS requested:<u>See list</u>                      Increase amount<u>15%</u>
2. CS requested:_____                               Increase amount_____
3. CS requested:_____                               Increase amount_____
4. CS requested:_____                               Increase amount_____
5. CS requested:_____                               Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."


<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?         Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                                  Date: _____

**Approved by:**

DCM _____                                         Date: _____

Sales _____                                       Date: _____

Threshold Change FormCVS4-16-09.doc

MCK 000499

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER            MCKMDL00000501

**MCKESSON**
*Empowering Healthcare*

Regulatory _____   Date: _____

Threshold Change FormCVS4-16-09.doc

MCK 000500

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER   MCKMDL00000502

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 2882 | ALPRAZOLAM | 9200 | 8000 | 86.96 | 10580 |
| 8170 | 8170 | 815 | BC8570245 | 381441 | CVS PHCY 8420B | 9300 | MORPHINE | 8050 | 8000 | 99.38 | 9257 |
| 8180 | 8180 | 815 | BC0285038 | 842985 | CVS PHCY 8624A | 9300 | MORPHINE | 6000 | 5300 | 88.33 | 6900 |

MCK 000501

MCKMDL00000503

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

Confidential Material Exempt From Disclosure Under FOIA

**M<sup>c</sup>KESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request Y/N <u>Y</u>   Anticipated Effective Date:<u>4-17-09</u>

Date:<u>4-17-09</u>

Customer Name: <u>See list</u>
Address: ___
___
___

DEA number:___
Customer Account number:___

<u>Provide Economost number, Description, NDC or Base Code</u>   <u>Change in selling unit or percentage</u>
1. CS requested:<u>See list</u>           Increase amount<u>15%</u>
2. CS requested:___                 Increase amount___
3. CS requested:___                 Increase amount___
4. CS requested:___                 Increase amount___
5. CS requested:___                 Increase amount___

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."

<u>McKesson use only</u>
1. Date of last site visit/observation.___
2. Questionnaire and Declaration on file?         Date:___
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: ___                Date: ___

**Approved by:**

DCM ___                       Date: ___

Sales ___                     Date: ___

Threshold Change FormCVS4-17-09.doc

MCK 000502

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER        MCKMDL00000504

# McKESSON
*Empowering Healthcare*

Regulatory _____        Date: _____

Threshold Change FormCVS4-17-09.doc

MCK 000503

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER      MCKMDL00000505

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|---|
| 8115 | 8115 | 815 | FC0865937 | 118517 | CVS PHCY 3234B | 9193 | HYDROCODONE | 11000 | 11000 | 100 |
| 8170 | 8170 | 815 | BC8570245 | 381441 | CVS PHCY 8420B | 9300 | MORPHINE | 8050 | 8000 | 99.38 |
| 8165 | 8165 | 815 | BC5359446 | 268192 | CVS PHCY 7682B | 1100 | AMPHETAMINE | 6000 | 5600 | 93.33 |
| 8165 | 8165 | 815 | BC5360932 | 88207 | CVS PHCY 7237B | 1100 | AMPHETAMINE | 7000 | 6400 | 91.43 |
| 8180 | 8180 | 815 | BC0285038 | 842985 | CVS PHCY 8624A | 9300 | MORPHINE | 6000 | 5300 | 88.33 |
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 2882 | ALPRAZOLAM | 9200 | 8000 | 86.96 |
| 8147 | 8147 | 815 | BC7124023 | 819155 | CVS PHCY 8814B | 9300 | MORPHINE | 6000 | 5203 | 86.72 |

MCK 000504

MCKMDL00000506

Confidential Material Exempt From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>    Anticipated Effective Date:<u>4-14-09</u>

Date:<u>4-14-09</u>

Customer Name:  <u>See list</u>
Address:          _____
                  _____
                  _____

DEA number:_____
Customer Account number:_____

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1. CS requested:<u>See list</u>          Increase amount<u>15%</u>
2. CS requested:_____              Increase amount_____
3. CS requested:_____              Increase amount_____
4. CS requested:_____              Increase amount_____
5. CS requested:_____              Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."

<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?           Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                    Date: _____

**Approved by:**

DCM _____                           Date: _____

Sales _____                         Date: _____

Threshold Change FormCVS4-14-09.doc

MCK 000505

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                    MCKMDL00000507

**MCKESSON**
*Empowering Healthcare*

Regulatory <u>Tom McDonald</u>　　　　　　　　　　　　　　　Date: <u>4-14-09</u>

Threshold Change FormCVS4-14-09.doc

MCK 000506

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER　　　　　　　　MCKMDL00000508

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % | Increase to |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 2882 | ALPRAZOLAM | 8000 | 8000 | 100 | 9200 |
| 8147 | 8147 | 815 | BC2584527 | 831616 | CVS PHCY 9479B | 1100 | AMPHETAMINE | 7000 | 6900 | 98.57 | 8050 |
| 8170 | 8170 | 815 | BC8570245 | 381441 | CVS PHCY 8420B | 9300 | MORPHINE | 7000 | 7000 | 100 | 8050 |

MCK 000507

MCKMDL00000509

Confidential Material Exempt From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

# MCKESSON
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>    Anticipated Effective Date:<u>3-27-09</u>

Date:<u>3-27-09</u>

Customer Name:  <u>See list</u>
Address:  _____
          _____
          _____

DEA number:_____
Customer Account number:_____

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1. CS requested:<u>See list</u>           Increase amount<u>15%</u>
2. CS requested:_____               Increase amount_____
3. CS requested:_____               Increase amount_____
4. CS requested:_____               Increase amount_____
5. CS requested:_____               Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."


<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?           Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                     Date: _____

**Approved by:**

DCM _____                            Date: _____

Sales _____                          Date: _____

Threshold Change FormCVS3-27-09 (2).doc

MCK 000508

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                MCKMDL00000510

**MCKESSON**
*Empowering Healthcare*

Regulatory <u>Tom McDonald</u>　　　　　　　　　　　　　　Date: <u>3-30-09</u>

Threshold Change FormCVS3-27-09 (2).doc

MCK 000509

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER　　　　　　　MCKMDL00000511

| DRA | Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 8115 | 8115 | 815 | BC5350385 | 213156 | CVS PHCY 6741B | 9250 | METHADONE | 7000 | 6100 | 87 |
| Bill | 8115 | 8115 | 815 | BC5350715 | 497126 | CVS PHCY 6893B | 9143 | OXYCODONE | 8000 | 7000 | 88 |
| Bill | 8115 | 8115 | 815 | BC5352264 | 532877 | CVS PHCY 7108B | 1100 | AMPHETAMINE | 7000 | 6300 | 90 |
| Bill | 8115 | 8115 | 815 | BC5361100 | 253968 | CVS PHCY 7293B | 1100 | AMPHETAMINE | 9600 | 8400 | 88 |
| Bill | 8115 | 8115 | 815 | BC5354876 | 819056 | CVS PHCY 7486B | 1100 | AMPHETAMINE | 5000 | 4950 | 99 |
| Bill | 8115 | 8115 | 815 | BC5359244 | 884647 | CVS PHCY 7645B | 9300 | MORPHINE | 5000 | 4500 | 90 |
| Bill | 8149 | 8149 | 815 | FM1277359 | 724109 | CVS PHCY 4997A | 1724 | METHYLPHENIDATE | 8000 | 6980 | 87 |
| Bill | 8165 | 8165 | 815 | BC5359650 | 687730 | CVS PHCY 7742B | 1100 | AMPHETAMINE | 6000 | 5300 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 807067 | CVS LA HABRA TEST | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 807067 | CVS LA HABRA TEST | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829241 | CVS LA HABRA-BRAND | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829241 | CVS LA HABRA-BRAND | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829297 | CVS LA HABRA-BRAND CTRL | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829297 | CVS LA HABRA-BRAND CTRL | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829319 | CVS LA HABRA-REFRIGERATED | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829319 | CVS LA HABRA-REFRIGERATED | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Dave | 8109 | 8109 | 815 | BC6397752 | 817291 | CVS PHCY 8651A | 1724 | METHYLPHENIDATE | 10120 | 9230 | 91 |
| Tom | 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 9143 | OXYCODONE | 15600 | 13600 | 87 |
| Tom | 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 9300 | MORPHINE | 5000 | 4300 | 86 |
| Tom | 8147 | 8147 | 815 | BC5102506 | 819332 | CVS PHCY 8838B | 1100 | AMPHETAMINE | 6000 | 5200 | 87 |
| Tom | 8147 | 8147 | 815 | BC2586658 | 824648 | CVS PHCY 8871B | 1724 | METHYLPHENIDATE | 9000 | 7730 | 86 |
| Tom | 8147 | 8147 | 815 | BC2586658 | 824648 | CVS PHCY 8871B | 1100 | AMPHETAMINE | 14000 | 13450 | 96 |
| Tom | 8147 | 8147 | 815 | BC2584539 | 828247 | CVS PHCY 9111B | 1100 | AMPHETAMINE | 7200 | 6800 | 94 |
| Tom | 8147 | 8147 | 815 | BC2584577 | 829050 | CVS PHCY 9145B | 9193 | HYDROCODONE | 20000 | 19800 | 99 |
| Tom | 8147 | 8147 | 815 | BC2584503 | 829112 | CVS PHCY 9173B | 9193 | HYDROCODONE | 13000 | 11248 | 87 |
| Tom | 8147 | 8147 | 815 | BC2586848 | 839291 | CVS PHCY 9683B | 9193 | HYDROCODONE | 22000 | 19200 | 87 |
| Tom | 8147 | 8147 | 815 | BC2586331 | 840630 | CVS PHCY 9799B | 9143 | OXYCODONE | 8000 | 6900 | 86 |
| Tom | 8147 | 8147 | 815 | BC2586331 | 840630 | CVS PHCY 9799B | 9300 | MORPHINE | 5000 | 4508 | 90 |
| Tom | 8147 | 8147 | 815 | BC2586177 | 840690 | CVS PHCY 9849B | 9193 | HYDROCODONE | 16100 | 14000 | 87 |
| Tom | 8170 | 8170 | 815 | BC8231843 | 562908 | CVS PHCY 0017B | 1100 | AMPHETAMINE | 5000 | 4600 | 92 |
| Tom | 8170 | 8170 | 815 | BC3490555 | 841568 | CVS PHCY 9232B | 9143 | OXYCODONE | 13000 | 11400 | 88 |

MCK 000510

MCKMDL00000512

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

Confidential Material Exempt
From Disclosure Under FOIA