**Exhibit 267** [replacing Dkt. #1964-55] attached to Plaintiffs'
Memorandum of Law in Support of Motion for Partial Summary
Adjudication that Defendants did not Comply with Their Duties under
the Federal Controlled Substances Act to Report Suspicious Opioid
Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 267

**P1.1782**

TARGET

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0007717
MCKMDL00363951

**P1.1782.2**

**MCKESSON**

*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request Y/N<u>Y</u>      Anticipated Effective Date:<u>11/28/08</u>

Date:<u>11/28/08</u>

Customer Name:  <u>TARGET 2231</u>
Address:        <u>300 CABELA DR</u>
                <u>TRIADELPHIA</u>
                <u>WV 26059</u>
DEA number:<u>FT0003018</u>
Customer Account number:<u>113355</u>

<u>Provide Economost number, Description, NDC or Base Code</u>      <u>Change in selling unit or percentage</u>
1. CS requested:<u>9300 MORPHINE</u>                Increase amount<u>30%</u>
2. CS requested:_____                Increase amount_____
3. CS requested:_____                Increase amount_____
4. CS requested:_____                Increase amount_____
5. CS requested:_____                Increase amount_____

Reason for change (attach supporting documentation):


<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?          Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                        Date: _____

**Approved by:**

DCM*Blaine Snider*                     Date: *11-28-08*

Sales _____                            Date: _____

Regulatory _____                       Date: _____

TCR RA0450 112808

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0007718
MCKMDL00363952

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

| DEA Number | Customer | | | | Begin Date | End Date | Cust Threshold |
|---|---|---|---|---|---|---|---|
| BW5462736 | 444653 | WAL-MART 1935 | 2744 | CHLORDIAZEPOXIDE | 11/28/2008 | 12/31/9999 | 5,000 |
| BW6867456 | 380627 | WAL-MART 2809 | 9143 | OXYCODONE | 11/28/2008 | 12/31/9999 | 8,000 |
| FW0700345 | 933098 | WAL-MART 3738 | 9801 | FENTANYL | 11/28/2008 | 12/31/9999 | 5,000 |
| AG1968227 | 892386 | RITE AID 3095 | 9120 | DIHYDROCODEINE | 11/28/2008 | 12/31/9999 | 5,000 |
| AR6851984 | 646952 | RITE AID 0408 | 9143 | OXYCODONE | 11/28/2008 | 12/31/9999 | 10,400 |
| AR8503915 | 530888 | RITE AID 0450 | 9250 | METHADONE | 11/28/2008 | 12/31/9999 | 18,700 |
| FT0003018 | 113355 | TARGET 2231 PHCY | 9300 | MORPHINE | 11/28/2008 | 12/31/9999 | 5,000 |
| AN3227130 | 128772 | NORTHSIDE 1ST CARE N./PHS | 9193 | HYDROCODONE | 11/28/2008 | 11/28/2008 | 41,900 |
| AN3227130 | 128772 | NORTHSIDE 1ST CARE N./PHS | 9193 | HYDROCODONE | 11/28/2008 | 12/31/9999 | 41,900 |
| BN7472501 | 546258 | NORTHSIDE 1ST CARE S./PHS | 9193 | HYDROCODONE | 11/28/2008 | 11/28/2008 | 21,600 |
| BN7472501 | 546258 | NORTHSIDE 1ST CARE S./PHS | 9193 | HYDROCODONE | 11/28/2008 | 12/31/9999 | 21,600 |
| AV5310848 | 258435 | VA PGH HLTH SYS-HD/OUTPT | 9150 | HYDROMORPHONE | 11/28/2008 | 12/31/9999 | 5,000 |
| FW0892035 | 388001 | WESTMORELAND AT JEANNETTE | 9250 | METHADONE | 11/28/2008 | 12/31/9999 | 14,000 |
| | | | | | | | 203,100 |

MCK-WVAG-004-0007719
MCKMDL00363953

P1.1782.3

**P1.1782.4**

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>11/28/2008</u>

Date:<u>11/28/2008</u>

Customer Name:   <u>Various RNA Customers - See attachment</u>
Address:              _____
                         _____
                         _____

DEA number:_____
Customer Account number:<u>See attachment</u>

<u>Provide Economost number, Description, NDC or Base Code</u>          <u>Change in selling unit or percentage</u>
1.  CS requested:<u>Various</u>                    Increase amount<u>30% increase</u>
2.  CS requested:_____                      Increase amount_____
3.  CS requested:_____                      Increase amount_____
4.  CS requested:_____                      Increase amount_____
5.  CS requested:_____                      Increase amount_____

Reason for change (attach supporting documentation):
Increase due to Thanksgiving holiday - 30% increase

<u>McKesson use only</u>
    1.  Date of last site visit/observation._____
    2.  Questionnaire and Declaration on file?                    Date:_____
    3.  Permanent or Temporary threshold change?perm
    4.  Has threshold been changed on the same product within the last three months?

Current Threshold
    1.  various
    2.
    3.
    4.
    5.

Denied By: _____                                            Date: _____

**Approved by:**
DCM _~BSnider~_                                            Date: _____

Sales _____                                                    Date: _____

Regulatory dg                                    Date: <u>11/28/08</u>
Threshold Change Form.doc

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0007720
MCKMDL00363954

P1.1782.5

**Nusser, Dale**

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Wednesday, December 17, 2008 10:14 AM |
| **To:** | Martin, Diane |
| **Cc:** | Nusser, Dale |
| **Subject:** | FW: could you do me a favor. |

**Attachments:**  Threshold Change Form.doc

Can you handle?

**Blaine Snider**
**Director of Operations**
**New Castle, Pa**
*724.924.9959*
*blaine.snider@mckesson.com*

---

**From:** Gustin, Dave
**Sent:** Wednesday, December 17, 2008 10:10 AM
**To:** #PGDCM
**Cc:** de Gutierrez-Mahoney, Bill; Oriente, Michael; Jonas, Tracy
**Subject:** FW: could you do me a favor.

All;
On Nov 28 I was sent requests by Michael for over 200 Thresholds to get 30%
increases for various National accts. The attached TCR form covers all RNA
increases made that date. Please sign and file. This is not routine but I was the
only DRA on and so my time was spent making the changes and I may have
missed some email's to the DCs.   Include a copy of this email along with the
TCR in the file. Thanks for your patience and understanding.

Confidentiality Notice: This e-mail message, including any attachments,
is for the sole use of the intended recipient(s) and may contain
confidential and privileged information.  Any unauthorized review, use,
disclosure or distribution is prohibited.  If you are not the intended
recipient, please contact the sender by reply e-mail and destroy all
copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Bishop, Micheal
**Sent:** Wednesday, December 17, 2008 9:56 AM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0007721
MCKMDL00363955

**P1.1782.6**

Dave



Threshold Change
Form.doc (64 ...

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Gustin, Dave
**Sent:** Wednesday, December 17, 2008 8:49 AM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

Yep....11/28

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 5:16 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

This is the Thanksgiving increases?

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 3:01 PM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

I just need a TCR from you signed and dated the 30th. I will use it for the 30% increases I made for the RNAs that day after you emailed me all those reports.  Thx

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0007723
MCKMDL00363957

**P1.1782.8**

**Are you in today?**

Confidentiality Notice: This e-mail message, including any
attachments, is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended
recipient, please contact the sender by reply e-mail and
destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0007724
MCKMDL00363958