**Exhibit 268** [replacing Dkt. #1964-56] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 268



# CVS CSMP: Threshold Review

**Ned McKenna, Dan Jefferies, Stephen Schmidt, Micheal Oriente, Elaine Thomet and Micheal Bishop**

**January 9, 2009**

MCKMDL00574488

# AGENDA



- **Summary of CVS October CSMP Analysis:**
  - **Details of 14 Oxydodone Instances**
  - **Details of 33 Hydrocodone Instances**

- **Summary of FirstPass Impact on CVS CSMP Instances in September & October 08**

- **Go Forward Proposal**

P1.1785.3



# Summary of CVS October CSMP Analysis:
## Details of 14 Oxydodone Instances

- Prior threshold setting was based on data from 3/07-2/08 and has since been modified using most recent 12 month data on all CVS thresholds. As a result, none of these would have been flagged with the new threshold setting.
- The last 10 instances appear to have been a spike in October with <3 other months near the same quantity.
- Each of these location's order details are listed on the excel file provided separately.

| CVS Phcy | 11/07 | 12/07 | 01/08 | 02/08 | 03/08 | 04/08 | 05/08 | 06/08 | 07/08 | 08/08 | 09/08 | 10/08 | Highest Month | New Threshold 11/14/08 | 10/1 Threshold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8430A | 13,185 | 18,568 | 15,868 | 13,768 | 18,208 | 17,373 | 18,258 | 12,902 | 22,568 | 16,168 | 16,234 | 20,934 | 22,568 | 25,000 | 8,000 |
| 7078B | 11,400 | 10,000 | 10,700 | 15,700 | 10,700 | 10,900 | 11,100 | 12,300 | 14,100 | 12,600 | 13,400 | 21,700 | 21,700 | 24,000 | 8,000 |
| 8804B | 17,300 | 15,300 | 20,600 | 13,600 | 16,800 | 23,234 | 15,400 | 21,100 | 23,434 | 15,300 | 15,800 | 23,000 | 23,434 | 26,000 | 14,000 |
| 9532B | 4,500 | 7,100 | 4,100 | 9,103 | 4,500 | 5,900 | 5,100 | 7,900 | 9,200 | 7,200 | 7,700 | 9,100 | 9,200 | 11,000 | 8,000 |
| 8788B | 8,700 | 11,300 | 8,800 | 9,500 | 11,800 | 13,800 | 10,800 | 10,300 | 12,800 | 10,400 | 10,300 | 14,000 | 14,000 | 16,000 | 14,000 |
| 7079B | 4,100 | 4,700 | 8,100 | 5,502 | 6,000 | 8,100 | 9,300 | 7,700 | 11,700 | 8,600 | 7,500 | 9,900 | 11,700 | 13,000 | 10,000 |
| 8807B | 10,200 | 12,200 | 15,100 | 15,000 | 15,200 | 17,500 | 11,400 | 14,200 | 13,600 | 17,100 | 11,500 | 19,600 | 19,600 | 22,000 | 18,000 |
| 7855B | 5,200 | 6,600 | 8,800 | 6,500 | 5,900 | 7,400 | 5,800 | 8,100 | 12,600 | 9,700 | 10,100 | 13,400 | 13,400 | 15,000 | 12,000 |
| 9279B | 3,817 | 2,400 | 1,900 | 4,300 | 7,100 | 7,134 | 9,017 | 2,500 | 3,400 | 3,517 | 1,400 | 9,917 | 9,917 | 11,000 | 8,000 |
| 9343B | 12,601 | 10,302 | 10,100 | 11,600 | 15,002 | 15,101 | 12,100 | 15,701 | 18,702 | 15,701 | 14,901 | 20,301 | 20,301 | 23,000 | 20,400 |
| 8555A | 2,000 | 2,700 | 2,700 | 4,200 | 1,800 | 2,700 | 5,500 | 17,200 | 8,400 | 11,000 | 9,900 | 12,100 | 17,200 | 19,000 | 13,248 |
| 8772A | 15,800 | 13,200 | 15,300 | 13,100 | 15,800 | 18,100 | 11,600 | 14,400 | 19,400 | 17,400 | 8,617 | 24,100 | 24,100 | 27,000 | 21,850 |
| 5435A | 5,600 | 4,400 | 4,800 | 3,600 | 7,000 | 3,500 | 4,400 | 5,400 | 6,400 | 6,000 | 4,000 | 9,800 | 9,800 | 11,000 | 8,000 |
| 6222B | 600 | 2,300 | 4,700 | 5,700 | 1,400 | 3,600 | 5,700 | 3,403 | 4,200 | 2,300 | 4,100 | 7,400 | 7,400 | 9,000 | 8,000 |

Red font indicates month's doses are 90% or above October threshold.

P1.1785.4

# Summary of CVS October CSMP Analysis:
## Details of 33 Hydrocodone Instances



▶ The data below shows that FirstPass only directly impacted the first 4 of the 33 instances. The other 29 instances would have been over 90% of their threshold regardless of FirstPass.

| Name | St | Grand Total | First Pass | NonFP Orders | Initial Monthly Threshold | 90% of threshold | # Times Reported |
|---|---|---|---|---|---|---|---|
| CVS PHCY 6319B | TX | 7,552 | 6,160 | 1,392 | 8,000 | 7,200 | 1 |
| CVS PHCY 1057B | TX | 5,336 | 3,869 | 1,467 | 11,000 | 9,900 | 1 |
| CVS PHCY 0928B | TX | 8,820 | 4,000 | 4,820 | 8,000 | 7,200 | 1 |
| CVS PHCY 6767B | TX | 5,752 | 3,624 | 2,128 | 8,000 | 7,200 | 1 |
| CVS PHCY 6800B | TX | 9,500 | 1,200 | 8,300 | 9,200 | 8,280 | 1 |
| CVS PHCY 6827B | TX | 7,768 | 1,291 | 6,477 | 8,000 | 7,200 | 1 |
| CVS PHCY 6740B | TX | 7,836 | 614 | 7,222 | 8,000 | 7,200 | 1 |
| CVS PHCY 7301B | TX | 7,020 | 383 | 6,637 | 8,000 | 7,200 | 1 |
| CVS PHCY 7832B | TX | 8,520 | 500 | 8,020 | 8,000 | 7,200 | 1 |
| CVS PHCY 7766B | TX | 8,320 | 100 | 8,220 | 8,000 | 7,200 | 1 |
| CVS PHCY 6655B | TX | 9,836 | 1,217 | 8,619 | 8,000 | 7,200 | 2 |
| CVS PHCY 7207B | TX | 11,048 | 3,511 | 7,537 | 8,000 | 7,200 | 2 |
| CVS PHCY 6895B | TX | 13,500 | 2,736 | 10,764 | 10,000 | 9,000 | 2 |
| CVS PHCY 7229B | TX | 8,016 | 80 | 7,936 | 8,000 | 7,200 | 1 |
| CVS PHCY 6247B | TX | 10,584 | 1,194 | 9,390 | 8,000 | 7,200 | 2 |
| CVS PHCY 8323B | TX | 10,748 | 3,142 | 7,606 | 10,000 | 9,000 | 1 |
| CVS PHCY 7460B | TX | 21,220 | 4,959 | 16,261 | 12,000 | 10,800 | 3 |
| CVS PHCY 7729B | TX | 12,812 | 720 | 12,092 | 10,000 | 9,000 | 1 |
| CVS PHCY 8826B | AZ | 36,220 | 398 | 35,822 | 25,000 | 22,500 | 4 |
| CVS PHCY 7435B | TX | 23,864 |  | 23,864 | 8,000 | 7,200 | 5 |
|  |  | **234,272** | **39,698** | **194,574** |  | **-** | **33** |

MCKMDL00574491



# Summary of CVS October CSMP Analysis:
# Details of 33 Hydrocodone Instances

▶ …and with the new threshold settings, none of these would have been flagged in October.

| Name | St | Grand Total | First Pass | NonFP Orders | Initial Monthly Threshold | New Threshold 11/14/08 | # Times Reported |
|---|---|---|---|---|---|---|---|
| CVS PHCY 6319B | TX | 7,552 | 6,160 | 1,392 | 8,000 | 10,000 | 1 |
| CVS PHCY 1057B | TX | 5,336 | 3,869 | 1,467 | 11,000 | 16,800 | 1 |
| CVS PHCY 0928B | TX | 8,820 | 4,000 | 4,820 | 8,000 | 12,000 | 1 |
| CVS PHCY 6767B | TX | 5,752 | 3,624 | 2,128 | 8,000 | 10,000 | 1 |
| CVS PHCY 6800B | TX | 9,500 | 1,200 | 8,300 | 9,200 | 10,600 | 1 |
| CVS PHCY 6827B | TX | 7,768 | 1,291 | 6,477 | 8,000 | 9,200 | 1 |
| CVS PHCY 6740B | TX | 7,836 | 614 | 7,222 | 8,000 | 10,000 | 1 |
| CVS PHCY 7301B | TX | 7,020 | 383 | 6,637 | 8,000 | 9,200 | 1 |
| CVS PHCY 7832B | TX | 8,520 | 500 | 8,020 | 8,000 | 12,000 | 1 |
| CVS PHCY 7766B | TX | 8,320 | 100 | 8,220 | 8,000 | 11,500 | 1 |
| CVS PHCY 6655B | TX | 9,836 | 1,217 | 8,619 | 8,000 | 11,500 | 2 |
| CVS PHCY 7207B | TX | 11,048 | 3,511 | 7,537 | 8,000 | 13,000 | 2 |
| CVS PHCY 6895B | TX | 13,500 | 2,736 | 10,764 | 10,000 | 18,000 | 2 |
| CVS PHCY 7229B | TX | 8,016 | 80 | 7,936 | 8,000 | 12,000 | 1 |
| CVS PHCY 6247B | TX | 10,584 | 1,194 | 9,390 | 8,000 | 13,800 | 2 |
| CVS PHCY 8323B | TX | 10,748 | 3,142 | 7,606 | 10,000 | 15,000 | 1 |
| CVS PHCY 7460B | TX | 21,220 | 4,959 | 16,261 | 12,000 | 30,000 | 3 |
| CVS PHCY 7729B | TX | 12,812 | 720 | 12,092 | 10,000 | 19,500 | 1 |
| CVS PHCY 8826B | AZ | 36,220 | 398 | 35,822 | 25,000 | 42,300 | 4 |
| CVS PHCY 7435B | TX | 23,864 |  | 23,864 | 8,000 | 29,000 | 5 |
|  |  | 234,272 | 39,698 | 194,574 |  |  | 33 |

P1.1785.6



# Summary of FirstPass Impact on CVS CSMP Instances in September and October 08

▶ Reported 75 instances of ~72K possible (# Cust. * 60 Base Codes) >90% in October

- **Highest by State:**
  - 1st – Texas
  - 2nd – Arizona
  - 3rd – California
- **Rank by Store:**
  - CVS Phcy 8826B (AZ) – 7
  - CVS Phcy 7435B (TX) – 5
  - CVS Phcy 7460B (TX) – 2
- **Rank by Base Code:**
  - 1st – Hydrocodone
  - 2nd – Oxycodone
- **Class Rank:**
  - CII – 48.00% (36)
  - CV – 45.33% (34)
  - CIV – 6.67% (5)

Oct

| Base Code | Base Description | AZ | CA | IA | IL | IN | KS | LA | MO | NV | OK | TX | WI | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | AMPHETAMINE |  | 1 | 1 | 1 |  | 2 |  | 1 |  |  | 3 |  | 9 |
| 1724 | METHYLPHENIDATE |  |  |  |  | 1 |  |  |  |  |  | 2 |  | 3 |
| 2285 | PHENOBARBITAL |  |  |  | 1 |  |  |  |  |  |  |  |  | 1 |
| 2737 | CLONAZEPAM | 1 |  |  |  |  |  |  |  |  |  |  |  | 1 |
| 2885 | LORAZEPAM | 1 | 1 |  |  |  |  |  |  |  |  |  |  | 2 |
| 2925 | TEMAZEPAM | 1 |  |  |  |  |  |  |  |  |  |  |  | 1 |
| 9143 | OXYCODONE | 4 | 2 |  |  |  | 1 |  | 2 | 3 | 1 |  | 1 | 14 |
| 9150 | HYDROMORPHONE | 1 |  |  |  |  |  |  |  |  |  |  |  | 1 |
| 9170 | DIPHENOXYLATE |  |  |  | 1 |  |  |  |  |  |  |  |  | 1 |
| 9193 | HYDROCODONE | 4 |  |  |  |  |  |  |  |  |  | 29 |  | 33 |
| 9250 | METHADONE |  |  |  |  |  |  |  |  | 2 |  | 1 |  | 3 |
| 9300 | MORPHINE |  | 3 |  |  |  |  |  |  |  | 2 | 1 |  | 6 |
| Grand Total |  | 12 | 9 | 1 | 1 | 1 | 2 | 1 | 3 | 5 | 3 | 36 | 1 | 75 |

✓ **The previous pages confirmed of the 75 instances above, 65 were definitely <u>not</u> caused by FirstPass.**

  • As there are no C2s on FirstPass, that means none of the 36 C2s and as we indicated 29 Hydrocodone instances would have been over their thresholds regardless of FirstPass.

✓ **Neither was FirstPass a significant influence in September which listed 72 of the 82 instances being due to C2s.**

MCKMDL00574493

# Go Forward Proposal



- **Ongoing goals of this collaboration:**
  - Minimize disruption of business.
  - Establish accurate threshold settings in order to minimize # of routine instances for review and focus on true exceptions.

- McKesson reset all of CVS' thresholds based on more current 12 mo history, 11/07-10/08. *This resulted in 332 threshold increases across the network in effect as of 11/14/08.*

- Instead of focusing on every location approaching their new threshold, McKesson will seek CVS support when such threshold increases are considered extraordinary. Otherwise, McKesson will adjust the thresholds reasonably without further CVS explanation.

- See following list of extraordinary thresholds McKesson would like to review with CVS at our next opportunity.

P1.1785.8

**MCKESSON**
*Empowering Healthcare*

## Top 5 highest CVS Phcy threshold settings for:
## Oxycodone, Hydrocodone, Amphetamine & Alprazolam

| | Store | DEA # | Cust # | Base Code | Base Name | Threshold |
|---|---|---|---|---|---|---|
| ✓ | CVS PHCY 8826B | BC3942693 | 841332 | 9143 | OXYCODONE | 95,500 |
| | CVS PHCY 8824B | BC4013405 | 819215 | 9143 | OXYCODONE | 69,000 |
| | CVS PHCY 8789B | BC5771250 | 818828 | 9143 | OXYCODONE | 64,000 |
| | CVS PHCY 8821B | BC5187984 | 819180 | 9143 | OXYCODONE | 53,000 |
| | CVS PHCY 9336B | BC7059644 | 842573 | 9143 | OXYCODONE | 47,000 |
| | CVS PHCY 8811B | BC6628549 | 819108 | 9193 | HYDROCODONE | 49,000 |
| ✓ | CVS PHCY 8826B | BC3942693 | 841332 | 9193 | HYDROCODONE | 42,300 |
| | CVS PHCY 8794B | BC6595889 | 818870 | 9193 | HYDROCODONE | 34,000 |
| | CVS PHCY 5959B | BC5278040 | 85763 | 9193 | HYDROCODONE | 33,000 |
| ✓ | CVS PHCY 7460B | BC5354636 | 571698 | 9193 | HYDROCODONE | 30,000 |
| | CVS PHCY 8309A | BC9099602 | 122336 | 1100 | AMPHETAMINE | 39,000 |
| | CVS PHCY 6779B | BC5351200 | 803944 | 1100 | AMPHETAMINE | 25,000 |
| | CVS PHCY 5322A | BC5276236 | 803301 | 1100 | AMPHETAMINE | 19,000 |
| | CVS PHCY 8541A | BC4720098 | 817216 | 1100 | AMPHETAMINE | 16,200 |
| | CVS PHCY 8881B | BC2586696 | 826314 | 1100 | AMPHETAMINE | 16,000 |
| | CVS PHCY 2038A | FM0674805 | 286338 | 2882 | ALPRAZOLAM | 21,000 |
| | CVS PHCY 8590A | BC0287917 | 843962 | 2882 | ALPRAZOLAM | 17,000 |
| ✓ | CVS PHCY 7460B | BC5354636 | 571698 | 2882 | ALPRAZOLAM | 16,750 |
| | CVS PHCY 9486B | BC2399132 | 836922 | 2882 | ALPRAZOLAM | 13,000 |
| | CVS PHCY 6944B | BC5360261 | 429490 | 2882 | ALPRAZOLAM | 12,000 |

# Next Steps



- Each month going forward, an updated list of approximately 20 extraordinary thresholds will be presented for CVS Loss Prevention team's review, at their convenience within the month.

- Meanwhile, McKesson will manage all other reasonable threshold increases for CVS as needed, excluding the top location base codes in question.

- Any requested increase to one of the top location base codes in question, will first require CVS written validation.

- To further aid in streamlining the process, McKesson's Director of Regulatory Affairs (DRA), Michael Oriente will look forward to working directly with the CVS Loss Prevention team in the very near future to continue to manage this program proactively with them.