**Exhibit 269** [replacing Dkt. #1964-57] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 269

| | |
|---|---|
| From: | Cook, Sabrina [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=SABRINA COOK] |
| Sent: | 11/1/2010 7:13:55 PM |
| To: | Gustin, Dave [dave.gustin@mckesson.com]; Oriente, Michael [michael.oriente@mckesson.com]; Snider, Blaine [blaine.snider@mckesson.com] |
| CC: | Wallis, Jeff [jeff.wallis@mckesson.com] |
| Subject: | RE: Pain mgt |

At the request of Greg, we increase the stores threshold by 10% on Thursday. Then on Friday they requested it to be changed to 12K, attached is the request. Friday order to be delivered today should have been okay. Let me know if there is anything you need me to do. Thanks.

**Sabrina Cook**
**972-446-4563**

---

**From:** Gustin, Dave
**Sent:** Monday, November 01, 2010 1:53 PM
**To:** Oriente, Michael; Snider, Blaine
**Cc:** Cook, Sabrina
**Subject:** RE: Pain mgt

Thx all. Sabrina?

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Oriente, Michael
**Sent:** Monday, November 01, 2010 10:46 AM
**To:** Snider, Blaine; Gustin, Dave
**Subject:** RE: Pain mgt

Thanks Blaine. I will let Dave work with the account manager at Carrolton since this is a RNA.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized

review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Snider, Blaine
**Sent:** Monday, November 01, 2010 9:04 AM
**To:** Oriente, Michael; Gustin, Dave
**Subject:** FW: Pain mgt

Fyi.


Blaine Snider
Director of Operations
New Castle, Pa
*724.924.9959*
*blaine.snider@mckesson.com*

---

**From:** Wallis, Jeff
**Sent:** Monday, November 01, 2010 8:28 AM
**To:** Snider, Blaine
**Subject:** Fw: Pain mgt

Blaine,

Fyi...I will call Randy this am..

Jeff

---

**From:** Heiser, Randy <Randy.Heiser@gianteagle.com>
**To:** Wallis, Jeff
**Sent:** Mon Nov 01 04:49:30 2010
**Subject:** FW: Pain mgt

Jeff,

We are currently evaluating " pain mgt" as a corporate business opportunity

Looking at the Cleveland market place to begin ( already in conversation with the Cleveland Clinic)

Please give me a call this week to discuss

---

**From:** 1605, Pharmacy Team Leader
**Sent:** Friday, October 29, 2010 9:32 AM
**To:** Carlson, Gregory
**Cc:** Chappell, Michael
**Subject:** MCKESSON THRESHOLD QUOT

    Greg;

Just received our order from mcKess and we did NOT get the Endocet and Roxicet that we need desparately.  We have increased our business and with a pain management specialist in town and several terminal patients we are seeing a rise

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00512975

in these products. According to Mckesson we are limited to 9900 tablets and they recommend 12000 units. We need to get these medications or loose our customers. Can anything be done?

Thank you for your attention and assistance

Charlynn # 1605

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00512976

| | |
|---|---|
| **From**: | Sharepoint [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=SHAREPOINT] |
| **Sent**: | 10/29/2010 4:04:22 PM |
| **To**: | Cook, Sabrina [sabrina.cook@mckesson.com] |
| **CC**: | Gustin, Dave [dave.gustin@mckesson.com]; Pharma Reg Affairs RNA |
| **Subject**: | Status of Threshold Change Request for GIANT EAGLE #1605 |

Hello,

Your Threshold Change Request for GIANT EAGLE #1605 titled "GIANT EAGLE #1605" that you submitted on 10/29/2010 11:56:13 AM has been *approved* by at the Giant Eagle DC on and by Dave Gustin, Director of Regulatory Affairs on 10/29/2010 11:56:14 AM

This request was for the following change(s):
Customer DEA#: BG7962295
Customer Number: 317631
Change Type: Permanent
Reason: Perm: Business growth (should be supported by corresponding sales increase)
increase in business and pain management specialist in aread as well as several termial ill patients.

9143 OXYCODONE Change to this number of doses 12000



DC Approval Comments:


DRA Approval Comments:
dgn




Thank you,

Dave Gustin
Director of Regulatory Affairs
Dave.Gustin@mckesson.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00512977