**Exhibit 270** [replacing Dkt. #1964-58] attached to Plaintiffs'
Memorandum of Law in Support of Motion for Partial Summary
Adjudication that Defendants did not Comply with Their Duties under
the Federal Controlled Substances Act to Report Suspicious Opioid
Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.


- Redactions withdrawn by Defendant

# EXHIBIT 270

## FW: Giant Eagle CSMP Thresholds

From:

"Gustin, Dave" <dave.gustin@mckesson.com>

To:

"Cook, Sabrina" <sabrina.cook@mckesson.com>

Cc:

"Oriente, Michael" <michael.oriente@mckesson.com>, "Snider, Blaine" <blaine.snider@mckesson.com>

Date:

Mon, 23 Feb 2009 17:15:50 +0000

Attachments:

Giant Eagle #5817_cs 9193_02 23 09.doc (67.07 kB)

per RNA/TCR/dg...2.23.09.....done

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 840 8553

**From:** Cook, Sabrina
**Sent:** Monday, February 23, 2009 12:09 PM
**To:** Gustin, Dave
**Subject:** RE: Giant Eagle CSMP Thresholds
Here you go. Thanks Dave!
**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel

**From:** Gustin, Dave
**Sent:** Monday, February 23, 2009 10:52 AM
**To:** Cook, Sabrina
**Subject:** RE: Giant Eagle CSMP Thresholds
That is a business case I can live with!! Thank you Sabrina. Did you plan to send a TCR??

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 840 8553

**From:** Cook, Sabrina
**Sent:** Monday, February 23, 2009 11:50 AM
**To:** Gustin, Dave
**Subject:** FW: Giant Eagle CSMP Thresholds
Dave:
Below is the answer to the increase of sales. Thanks~
**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Monday, February 23, 2009 10:45 AM
**To:** Cook, Sabrina; Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds
Strictly a massive increase in volume due to the new location drawing more customers.

**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Monday, February 23, 2009 11:39 AM
**To:** Carlson, Gregory; Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds

I know that store 357 closed and store 5817 opened up on the same street. Were the increases in hydrocodone due to both stores combining in a way? Did the customer's files move from 357 to 5817? I'm trying to justify the increase. Thanks.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00628614

**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel

---

**From:** Cook, Sabrina
**Sent:** Monday, February 23, 2009 9:25 AM
**To:** 'Carlson, Gregory'; Casar, Donald; Gustin, Dave
**Subject:** RE: Giant Eagle CSMP Thresholds
Greg:
On 1/14, 1/27 and 2/18 were all increased to 30%.
Dave:
GE 5817 (acct. 812287) continues to have increased sales on base code 9193. Could you review the account and increase the base code accordingly? We have been increasing the base code every other week.
Thanks!
**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel

---

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Monday, February 23, 2009 9:19 AM
**To:** Cook, Sabrina; Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds
Store 5817 continues to be up 35% every week vs last year. When was our last increase and how much did we increase them?

---

**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Monday, February 23, 2009 10:12 AM
**To:** Carlson, Gregory; Casar, Donald
**Subject:** Giant Eagle CSMP Thresholds

Team:
The below stores have already hit above 90% of their thresholds. Let me know if there is a business reason for an increase. Thanks.

| Home DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator |
|---|---|---|---|---|---|---|---|---|
| 8772 | 431 | BP1341940 | 395517 | GIANT EAGLE #2900 | 2737 | CLONAZEPAM | 6000 | 6000 |
| 8772 | 431 | BG2308838 | 785196 | GIANT EAGLE #1478 | 9193 | HYDROCODONE | 10800 | 10716 |
| 8772 | 431 | FG1154638 | 812287 | GIANT EAGLE #5817 | 9193 | HYDROCODONE | 13500 | 12680 |

**Sabrina Cook**
**Account Manager/RNA Support Solutions**
**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006
972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell
Sabrina.Cook@McKesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00628615

P1.1860.3

**MCKESSON**
*Empowering Healthcare*

# RNA -Threshold Change/Level 1 Form

*NOTE: Areas in **Bold** are **MANDATORY** *

Date:02/23/09          **Submitted by** Sabrina Cook

**Request for threshold change Y/N?** Y___ **Temp/Perm? Perm**          **Level 1 Notification?**
Anticipated Effective Date:02/23/09          (Attach list if necessary)

| | | |
|---|---|---|
| **Customer Name:** GIANT EAGLE #5817 | **Corporate Contact Name:**Gregory Carlson | |
| **Address:** 7939 DAY DRIVE | **Title:** Director Pharmacy Sourcing, | |
| CLEVELAND, OH | **Phone:** 412-963-2564 | |
| 44129 | **Has account reached monthly threshold Y/N?** N | |
| **DEA number:** FG1154638 | **Has Level One been conducted Y/N?** | |
| **Customer Account number:** 812287 | **If contact different than above, List here:** | |

Provide Economost number, Description or Base Code          Dosage amount or percentage
1. CS requested:9193                    +/- amount30%
2. CS requested:___                +/- amount
3. CS requested:___                +/- amount
4. CS requested:___                +/- amount
5. CS requested:___                +/- amount

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
Strictly a massive increase in volume due to the new location drawing more customers.


McKesson use only
   1. Has threshold been changed on the same product within the last three months? **Y**
   2. If Yes, List dates: 01/14/09, 01/27/09, 2/18/09
Current Threshold
   1.
   2.
   3.
   4.
   5.

**Approval/Denial          by:**

DCM ___                                        Date: ___


Regulatory per RNA/TCR/dg...2.23.09.....                              Date:


ma TCR 12_8_08.docrna.doc

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              MCKMDL00628616