**Exhibit 271** [replacing Dkt. #1964-59] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 271

GIANT EAGLE 6376

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555473

**McKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>       Anticipated Effective Date:<u>12/17/08</u>

Date:<u>12/17/08</u>

Customer Name:   <u>GIANT EAGLE #6376</u>
Address:         <u>6300 BIDDULPH</u>
                 <u>BROOKLYN , OH</u>
                 <u>44144</u>
DEA number:<u>BG6784450</u>
Customer Account number:<u>778330</u>

<u>Provide Economost number, Description, NDC or Base Code</u>   <u>Change in selling unit or percentage</u>
1. CS requested:<u>9170</u>                                      Increase amount<u>20%</u>
2. CS requested:_____                                           Increase amount_____
3. CS requested:_____                                           Increase amount_____
4. CS requested:_____                                           Increase amount_____
5. CS requested:_____                                           Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to store is at a 30+% growth rate

<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?       Date:_____
3. Permanent or Temporary threshold change?Permanent
4. Has threshold been changed on the same product within the last three months?N

Current Threshold
1. 5,000
2.
3.
4.
5.

Denied By: _____                      Date: _____

**Approved by:**
DCM  *[signature]*                    Date: *12/17/08*

Sales _____                           Date: _____

Regulatory <u>Michael Oriente</u>          Date: <u>12/18/08</u>

Giant Eagle #6376_cs9170_12 17 08

## Martin, Diane

| | |
|---|---|
| **From:** | Oriente, Michael |
| **Sent:** | Thursday, December 18, 2008 12:59 PM |
| **To:** | Martin, Diane |
| **Cc:** | Snider, Blaine |
| **Subject:** | Giant Eagle #6376_cs9170_12 17 08.doc |
| **Attachments:** | Giant Eagle #6376_cs9170_12 17 08.doc |

Another Giant Eagle TCR for their CSMP file.



Giant Eagle
6376_cs9170_12 17

1