**Exhibit 272** [replacing Dkt. #1964-60] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 272

Case: 1:17-md-02804-DAP Doc #: 2841-26 Filed: 10/17/19 3 of 10. PageID #: 427208
P1.1817

Case: 1:17-md-02804-DAP  Doc #: 2841-26  Filed: 10/17/19  3 of 10.  PageID #: 427208
P1.1817

GIANT EAGLE 0209

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                            MCKMDL00555484

MCKESSON
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>   Anticipated Effective Date:<u>12/19/08</u>

Date:<u>12/19/08</u>

Customer Name:  <u>GIANT EAGLE 0209</u>
Address:        <u>900 NORTHFIELD RD</u>
                <u>BEDFORD</u>
                <u>OH  44146</u>
DEA number:<u>BG7987982</u>
Customer Account number:<u>918023</u>

<u>Provide Economost number, Description, NDC or Base Code</u>   <u>Change in selling unit or percentage</u>
1. CS requested:<u>9193 HYDROCOD</u>           Increase amount<u>25%</u>
2. CS requested:_____                       Increase amount ~~25%~~
3. CS requested:_____                       Increase amount_____
4. CS requested:_____                       Increase amount_____
5. CS requested:_____                       Increase amount_____

Reason for change (attach supporting documentation):
Due to out of stock on vicodin the previous month - see attached

<u>McKesson use only</u>
   1. Date of last site visit/observation._____
   2. Questionnaire and Declaration on file?           Date:_____
   3. Permanent or Temporary threshold change?
   4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                                Date: _____

**Approved by:**
DCM *Blaine Snider*                               Date:*12-19-08*

Sales _____                                     Date: _____

TCR Giant Eagle 4012 121908

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                MCKMDL00555485

**MCKESSON**
*Empowering Healthcare*

Regulatory dg                                      Date: 12/19/08

TCR Giant Eagle 4012 121908

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555486

P1.1817.4

**McKESSON**
*Empowering Healthcare*

# RNA -Threshold Change/Level 1 Form

*NOTE: Areas in **Bold** are **MANDATORY** *

Date: 12/19/08          Submitted by  Sabrina Cook

**Request for threshold change Y/N?** Y   **Temp/Perm?** Perm_____   **Level 1 Notification?**____
Anticipated Effective Date: 12/19/08                              (Attach list if necessary)

| **Customer Name:** Giant Eagle | **Corporate Contact Name:** Greg Carlson |
|---|---|
| **Address:** | **Title:** Director Pharmacy Sourcing |
|  | **Phone:** 412-963-2564 |
|  | **Has account reached monthly threshold Y/N?** |
| **DEA number:** | **Has Level One been conducted Y/N?** |
| **Customer Account number:** See attached | **If contact different than above, List here:** |

Provide Economost number, Description or Base Code          Dosage amount or percentage
1. CS requested: 9193, 9143            +/- amount 25%
2. CS requested: _____                 +/- amount _____
3. CS requested: _____                 +/- amount _____
4. CS requested: _____                 +/- amount _____
5. CS requested: _____                 +/- amount _____

**Reason for requested change (BE SPECIFIC, include supporting documentation):**

McKesson use only
 1. Has threshold been changed on the same product within the last three months? N
 2. If Yes, List dates:
Current Threshold
 1.
 2.
 3.
 4.
 5.

**Approval/Denial**          **by:**

DCM _____                                      Date: _____


Regulatory dg                                  Date: 12/19/08




Giant Eagle Threshold Change Form_Store list_12_19_08Giant Eagle Threshold Change Form_Store list_12_19_08

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00555487

P1.1817.5

| Home DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold% | INCREASE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8772 | 431 | BG0531079 | 784637 | GIANT EAGLE #0008 | 9193 | HYDROCODONE | 25000 | 20952 | 83.81 | 25% |
| 8772 | 431 | BG2576796 | 790139 | GIANT EAGLE #2415 | 9193 | HYDROCODONE | 16000 | 14748 | 92.18 | 25% |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9143 | OXYCODONE | 15000 | 14134 | 94.23 | 25% |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9193 | HYDROCODONE | 19000 | 15444 | 81.28 | 25% |
| 8772 | 431 | BG7987982 | 918023 | GIANT EAGLE #0209 | 9193 | HYDROCODONE | 8000 | 6448 | 80.6 | 25% |
| 8772 | 431 | FG0153433 | 343114 | GIANT EAGLE #5863 | 9143 | OXYCODONE | 8000 | 6400 | 80 | 20% |

MCKMDL00555488

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Saturday, December 20, 2008 2:56 PM |
| **To:** | Martin, Diane |
| **Subject:** | FW: Giant Eagle CSMP Thresholds |
| **Attachments:** | Giant Eagle Threshold Change Form_Store list_12_19_08.doc; GE CSMP Thresholds_Store list 12 19 08.xls |

fyi

**Blaine Snider**
**Director of Operations**
**New Castle, Pa**
*724.924.9959*
*blaine.snider@mckesson.com*

**From:** Gustin, Dave
**Sent:** Friday, December 19, 2008 2:42 PM
**To:** Cook, Sabrina; Snider, Blaine
**Cc:** Bishop, Micheal; Oriente, Michael; Thomet, Elaine
**Subject:** FW: Giant Eagle CSMP Thresholds

Done per reqst attached.   Please file as appropriate Blaine.

Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Cook, Sabrina
**Sent:** Friday, December 19, 2008 2:26 PM
**To:** Gustin, Dave; Bishop, Micheal; Jonas, Tracy
**Cc:** Bishop, Micheal; Thomet, Elaine
**Subject:** FW: Giant Eagle CSMP Thresholds

Team:

I'm not sure who is in this week so I decided to send it to all of you. Attached is Giant Eagle TCR form and spreadsheet of stores. I am out Monday so I want to have them processed before I take off. Thanks.

1/6/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                          MCKMDL00555489

**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel

---

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Friday, December 19, 2008 12:14 PM
**To:** Cook, Sabrina; Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds

Sabrina
All the hydrocodones need to be bumped by 25%. This is all due to the out of stock situation on the vicodin from last month (filling owes). Also bump the two with the Oxycodone. 4012 had a recent acquisition so their volume is way up and 5863 is experiencing greater than average growth. Increase 4012 by 25% and 5863 by 20%.

Thanks
Greg

---

**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Friday, December 19, 2008 1:05 PM
**To:** Carlson, Gregory; Casar, Donald
**Subject:** Giant Eagle CSMP Thresholds

Team:

The below stores have hit above 80%. Please let me know if there is business reason for an increase. I am off Monday, so I will need to process today an increase is needed. Thanks.

| Home DC | Chain | License | Account | Name | Base Code | Description |
|---|---|---|---|---|---|---|
| 8772 | 431 | BG0531079 | 784637 | GIANT EAGLE #0008 | 9193 | HYDROCODONE |
| 8772 | 431 | BG2576796 | 790139 | GIANT EAGLE #2415 | 9193 | HYDROCODONE |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9143 | OXYCODONE |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9193 | HYDROCODONE |
| 8772 | 431 | BG7987982 | 918023 | GIANT EAGLE #0209 | 9193 | HYDROCODONE |
| 8772 | 431 | FG0153433 | 343114 | GIANT EAGLE #5863 | 9143 | OXYCODONE |

**Sabrina Cook**
**Account Manager/RNA Support Solutions**

**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com

1/6/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                         MCKMDL00555490

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

1/6/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555491