**Exhibit 273** [replacing Dkt. #1964-61] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 273

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

GIANT EAGLE 0230

MCKMDL00555501

**McKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>         Anticipated Effective Date:<u>11/21/08</u>

Date:<u>11/21/08</u>

Customer Name:  <u>GIANT EAGLE #0230</u>
Address:         <u>3050 W 117TH STREET</u>
                 <u>CLEVELAND, OH</u>
                 <u>44111</u>
DEA number:<u>FG1056161</u>
Customer Account number:<u>647165</u>

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1. CS requested:<u>9193</u>                     Increase amount<u>20%</u>
2. CS requested:_____                          Increase amount_____
3. CS requested:_____                          Increase amount_____
4. CS requested:_____                          Increase amount_____
5. CS requested:_____                          Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to volume growth.


McKesson use only
   1. Date of last site visit/observation._____
   2. Questionnaire and Declaration on file?            Date:_____
   3. Permanent or Temporary threshold change?Permanent
   4. Has threshold been changed on the same product within the last three months?N

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                              Date: 11/21/

**Approved by:**
DCM [signature]                               Date: 11/21/08

Sales _____                                   Date: _____

Regulatory _____                              Date: _____

Giant Eagle #0230 cs9193_11 21 08

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555502

## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Monday, November 24, 2008 8:31 AM |
| **To:** | Martin, Diane; Nusser, Dale |
| **Subject:** | FW: Giant Eagle CSMP Thresholds |
| **Attachments:** | Giant Eagle #0224 cs9143_11 21 08.doc; Giant Eagle #0230 cs9193_11 21 08.doc; Giant Eagle #0488 cs9143_11 21 08.doc; Giant Eagle #0357 cs2882_11 21 08.doc |

Diane- pls file for me after I sign.


**Blaine Snider**
Director of Operations
New Castle, Pa
*724.924.9959*
*blaine.snider@mckesson.com*

**From:** Gustin, Dave
**Sent:** Friday, November 21, 2008 3:44 PM
**To:** Snider, Blaine
**Cc:** Oriente, Michael; de Gutierrez-Mahoney, Bill; Thomet, Elaine; Bishop, Micheal
**Subject:** FW: Giant Eagle CSMP Thresholds

Done, please sign and file. thx

```
Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834
```

**From:** Cook, Sabrina
**Sent:** Friday, November 21, 2008 3:11 PM
**To:** Gustin, Dave; de Gutierrez-Mahoney, Bill
**Cc:** Thomet, Elaine; Bishop, Micheal
**Subject:** FW: Giant Eagle CSMP Thresholds

Team:

Please see attached forms. Thanks.


12/12/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555503

Sabrina Cook
Account Manager/Support Solutions
972-446-4563 Tel

---

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Thursday, November 20, 2008 11:30 AM
**To:** Cook, Sabrina; Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds

Sabrina
All need to be increased by 20%. These stores are all experiencing high volume. 488 have significantly grown due to a remodel and the other two are in Cleveland which is a high growth market for us.

Thanks

---

**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Thursday, November 20, 2008 12:21 PM
**To:** Carlson, Gregory; Casar, Donald
**Subject:** Giant Eagle CSMP Thresholds

Team:

Please see below for the stores that hit above 80% of their thresholds. If there is a business reason for an increase please let me know. Thanks.

| Home DC | Chain | License | Account | Name | Base Code | Description |
|---|---|---|---|---|---|---|
| 8772 | 431 | BG1969128 | 785006 | GIANT EAGLE #0488 | 9143 | OXYCODONE |
| 8772 | 431 | FG1056161 | 647165 | GIANT EAGLE #0230 | 9193 | HYDROCODONE |
| 8772 | 431 | BG6028206 | 833688 | GIANT EAGLE #0357 | 2882 | ALPRAZOLAM |
| 8772 | 431 | BG7637094 | 500218 | GIANT EAGLE #0224 | 9143 | OXYCODONE |

**Sabrina Cook**
Account Manager/RNA Support Solutions

**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or

12/12/2008

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

12/12/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555505