**Exhibit 274** [replacing Dkt. #1964-62] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

EXHIBIT 274

P1.1777.1

MCKMDL00555506

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



GIANT EAGLE 0465

P1.1777.2

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>7/31/08</u>

Date:<u>7/31/08</u>

Customer Name:   <u>Giant Eagle #0465</u>
Address:          <u>14650 Snow Rd</u>
                  <u>Brookpark, OH  44142</u>

DEA number:<u>BG6266313</u>
Customer Account number:<u>037772</u>

Provide Economost number, Description, NDC or Base Code     Change in selling unit or percentage
1. CS requested:<u>Hydrocodone 9193</u>                Increase amount<u>5%</u>
2. CS requested:_____              Increase amount_____
3. CS requested:_____              Increase amount_____
4. CS requested:_____              Increase amount_____
5. CS requested:_____              Increase amount_____

Reason for change (attach supporting documentation):
Threshold adjustment is being requested due to high growth rate.  Please increase by 5%

McKesson use only
   1. Date of last site visit/observation._____
   2. Questionnaire and Declaration on file?          Date:_____
   3. Permanent or Temporary threshold change?
   4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                     Date: _____

**Approved by:**

DCM *Elaine Snider*              Date: *7/1/08*

Sales _____                      Date: _____

Regulatory _____                 Date: _____

Giant Eagle 0465 - Threshold Increase Request

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                MCKMDL00555507

P1.1777.3

## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Wednesday, August 13, 2008 11:26 AM |
| **To:** | Martin, Diane |
| **Subject:** | FW: CSMP: Giant Eagle Threshold Increase Request |
| **Attachments:** | Giant Eagle 6505 - Threshold Increase Request.doc; Giant Eagle 5878 - Threshold Increase Request.doc; Giant Eagle 4029 - Threshold Increase Request.doc; Giant Eagle 0465 - Threshold Increase Request.doc; Giant Eagle 6514 - Threshold Increase Request.doc; Giant Eagle 1423 - Threshold Increase Request.doc |

**Blaine Snider**
Director of Operations
New Castle, Pa
_724.924.9959_
_blaine.snider@mckesson.com_

---

**From:** Gustin, Dave
**Sent:** Tuesday, August 05, 2008 2:43 PM
**To:** Klimek, Jim; Snider, Blaine
**Cc:** Stuckey, Kathy; Shadburn, Denise
**Subject:** FW: CSMP: Giant Eagle Threshold Increase Request

You will want to print these up and put a hard copy into the CSMP/RNA file folder along with this email. If you do not have a CSMP/RNA file, start one please. Thx

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Lindsay, Telisca
**Sent:** Thursday, July 31, 2008 5:36 PM
**To:** Gustin, Dave
**Cc:** Thomet, Elaine; Bishop, Micheal
**Subject:** CSMP: Giant Eagle Threshold Increase Request

Hello Dave,

Here is the remainder of the Giant Eagle increase requests from Donald Casar at Giant Eagle.

1

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555508

Giant Eagle 6505 – Threshold I...  Giant Eagle 5878 – Threshold I...  Giant Eagle 4029 – Threshold I...  Giant Eagle 0465 – Threshold I...  Giant Eagle 6514 – Threshold I...  Giant Eagle 1423 – Threshold I...

**Telisca Lindsay**
Account Manager, RNA Support Solutions

**McKesson Corporation**
1220 Senlac Drive
Carrollton, TX 75006

972.389.5906 Tel
972.446.5493 Fax
214.552.4247 Cell
telisca.lindsay@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555509

P1.1777.5

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/NY          Anticipated Effective Date:09/03/08

Date:09/3/08

Customer Name:   GIANT EAGLE #0465
Address:        14650 SNOW RD
                BROOKPARK
                OH, 44142
DEA number:BG6266313
Customer Account number:037772

| Provide Economost number, Description, NDC or Base Code | Change in selling unit or percentage |
|---|---|
| 1.  CS requested:9193 - Hydrocodone | Increase amount20% |
| 2.  CS requested:_____ | Increase amount_____ |
| 3.  CS requested:_____ | Increase amount_____ |
| 4.  CS requested:_____ | Increase amount_____ |
| 5.  CS requested:_____ | Increase amount_____ |

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 - this store sales is up over 30% vs last year. This is a permanent increase.

McKesson use only
  1.  Date of last site visit/observation._____
  2.  Questionnaire and Declaration on file?          Date:_____
  3.  Permanent or Temporary threshold change?
  4.  Has threshold been changed on the same product within the last three months?

Current Threshold
  1.
  2.
  3.
  4.
  5.

Denied By: _____                          Date: _____

**Approved by:**

DCM:*Elaine Snider*                        Date: 9/6/08

Sales _____                               Date: _____

Giant Eagle #0465_drug code 9193_09 03 08

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                MCKMDL00555510

P1.1777.6

**M<sup>c</sup>KESSON**

*Empowering Healthcare*

Regulatory <u>DG</u>                                          Date: <u>9-4</u>

Giant Eagle #0465_drug code 9193_09 03 08

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555511

**Martin, Diane**

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Thursday, September 04, 2008 11:25 AM |
| **To:** | Martin, Diane; Nusser, Dale |
| **Subject:** | FW: CSMP: Giant Eagle Threshold Report 8/25/08 |
| **Attachments:** | Giant Eagle #0465_drug code 9193_09 03 08.doc |

fyi

**Blaine Snider**
**Director of Operations**
**New Castle, Pa**
**724.924.9959**
**blaine.snider@mckesson.com**

**From:** Gustin, Dave
**Sent:** Thursday, September 04, 2008 11:15 AM
**To:** Cook, Sabrina
**Cc:** Thomet, Elaine; Bishop, Micheal; Snider, Blaine; Oriente, Michael
**Subject:** RE: CSMP: Giant Eagle Threshold Report 8/25/08

Sabrina, the attached is initialed and done per your request.  Thx
I will await the TCR forms for the others listed below.
Blaine, for your RNA file.

```
Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834
```

> **From:** Cook, Sabrina
> **Sent:** Thursday, September 04, 2008 10:59 AM
> **To:** Gustin, Dave
> **Cc:** Thomet, Elaine; Bishop, Micheal
> **Subject:** FW: CSMP: Giant Eagle Threshold Report 8/25/08
>
> Dave:
>
> Please see attached CSMP form for store 465.

9/8/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555512

CSMP: Giant Eagle Threshold Report 8/25/08                                          Page 2 of 3

Below are stores that need increases across all family codes.

**GIANT EAGLE #6519**
Acct # - 283517
DEA # - FG0293667
AA00 Retail Phcy $0-$1M
Note – Increase additional 20%

**GIANT EAGLE #6537** – (new store)
Acct # - 480242
DEA # - FG0910439
AA00 Retail Phcy $0-$1M
Note – Increase additional 20%

Thanks.

**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel

---

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Wednesday, September 03, 2008 1:42 PM
**To:** Lindsay, Telisca; Casar, Donald
**Cc:** Cook, Sabrina; Chappell, Michael
**Subject:** RE: CSMP: Giant Eagle Threshold Report 8/25/08

Telisca,
Store 6519's prescription count is trending up 130% year over year.  We need to adjust them again to compensate for this.  We have looked at their movement and this is all legit.  I think we should give them an additional 20% this month.

Also, 465 is up over 30% vs last year so we need to give them a bump of about 20% this year on the hydrocodone.

Store 6537 is brand new and is already doing 1200 scripts.  Lets give them an additional 20% also.

It is the new stores especially that are going to continually need to be increased.

Thanks
Greg

---

**From:** Lindsay, Telisca [mailto:Telisca.Lindsay@McKesson.com]
**Sent:** Monday, August 25, 2008 12:48 PM
**To:** Carlson, Gregory; Casar, Donald
**Cc:** Cook, Sabrina
**Subject:** CSMP: Giant Eagle Threshold Report 8/25/08
**Importance:** High

Hello Greg and Don,

Please see the attached CSMP threshold report for Monday, 8/25/08.  I've added a column to this file to reference the specialist assigned for each location.

9/8/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          MCKMDL00555513

P1.1777.9

CSMP: Giant Eagle Threshold Report 8/25/08                    Page 3 of 3

<<CSMP Giant Eagle Threshold Report 082508.xls>>
Going forward, you'll receive the CSMP threshold report from Sabrina Cook.  You can also contact her for questions regarding this report or necessary changes for the thresholds established for your stores.

sabrina.cook@mckesson.com

Thanks,

**Telisca Lindsay**
Account Manager, RNA Support Solutions

**McKesson Corporation**
1220 Senlac Drive
Carrollton, TX 75006

972.389.5906 Tel
972.446.5493 Fax
214.552.4247 Cell
telisca.lindsay@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

9/8/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
                    MCKMDL00555514

**P1.1777.10**

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/**NY**        Anticipated Effective Date:<u>5/28/08</u>

Date:<u>5/28/08</u>

Customer Name:  <u>GIANT EAGLE #0465</u>
Address:      <u>14650 SNOW RD</u>
          <u>BROOKPARK</u>
          <u>OH  44142</u>
DEA number:<u>BG6266313</u>
Customer Account number:<u>037772</u>

<u>Provide Economost number, Description, NDC or Base Code</u>      <u>Change in selling unit or percentage</u>
1. CS requested:<u>9193 - HYDROCODONE</u>                Increase amount_____
2. CS requested:_____              Increase amount_____
3. CS requested:_____              Increase amount_____
4. CS requested:_____              Increase amount_____
5. CS requested:_____              Increase amount_____

Reason for change (attach supporting documentation):
rna - REASONABLE REQUEST FOR A SMALL INREASE PER REX CATTON

<u>McKesson use only</u>
  1. Date of last site visit/observation._____
  2. Questionnaire and Declaration on file?        Date:_____
  3. Permanent or Temporary threshold change?
  4. Has threshold been changed on the same product within the last three months?

Current Threshold
  1.
  2.
  3.
  4.
  5.

Denied By: _____                Date: _____

**Approved by:**

DCM~~Elaine Saida~~              Date~~5/28/08~~

Sales _____                  Date: _____

Regulatory <u>DAVE GUSTIN</u>              Date: <u>5/28/08</u>

TCR Giant Eagle 0218 052808

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER              MCKMDL00555515

## Martin, Diane

| | |
|---|---|
| **From:** | Gustin, Dave |
| **Sent:** | Monday, September 22, 2008 12:12 PM |
| **To:** | Martin, Diane |
| **Cc:** | Snider, Blaine; Catton, Rex |
| **Subject:** | RE: New Castle CSMP report 75%+ 5/28/08 |

Reason......RNA reasonable request for a small increase.  Per Rex Catton.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Martin, Diane
**Sent:** Monday, September 22, 2008 9:46 AM
**To:** Gustin, Dave
**Cc:** Snider, Blaine; Catton, Rex
**Subject:** FW: New Castle CSMP report 75%+ 5/28/08

Dave,

Since these were bumped up without a TCR in late May, what is the reason for the increase in dosages?  I'll have to create some sort of TCR for each of them and will need some details for the action taken.

Thanks

*Diane Martin*
McKesson - New Castle
724-924-8010

---

**From:** Gustin, Dave
**Sent:** Friday, September 19, 2008 8:34 AM
**To:** Martin, Diane
**Subject:** FW: New Castle CSMP report 75%+ 5/28/08

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

1

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555516

```
Dave Gustin, DRA North Central Region

cell 937 402 0834
```

---

**From:** Gustin, Dave
**Sent:** Wednesday, May 28, 2008 11:51 AM
**To:** Gustin, Dave; Catton, Rex; Oriente, Michael; Snider, Blaine
**Cc:** Zwick, Joel; Lindsay, Telisca; McIntyre, Keith
**Subject:** RE: New Castle CSMP report 75%+ 5/28/08

The list, by the way, is a long one.  << File: CSMP Threshold Warning Report.txt >>
I need a reason to go in and bump all those stores thresholds. They are all purchasing at well past their historic trends or they would not be on the report. The question is why and until it is answered the response should not just be going in and changing their thresholds to keep them off the report.  (especially if it is a knee-jerk reaction to the issues out of Conroe and Lakeland)
I am at 740 636 3540 this week.

```
Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834
```

---

**From:** Catton, Rex
**Sent:** Wednesday, May 28, 2008 10:35 AM
**To:** Gustin, Dave; Oriente, Michael; Snider, Blaine
**Cc:** Zwick, Joel; Lindsay, Telisca
**Subject:** RE: New Castle CSMP report 75%+ 5/28/08

Dave,

Yes, please bump it up.  There were other stores on the list that was sent yesterday.  We spoke to Greg Carlson yesterday and he asked us to increase those above 80%.

T anks

ex

---

| **From:** | Gustin, Dave |
| **Sent:** | Wednesday, May 28, 2008 9:28 AM |
| **To:** | Oriente, Michael; Snider, Blaine; Catton, Rex |
| **Cc:** | Zwick, Joel |
| **Subject:** | RE: New Castle CSMP report 75%+ 5/28/08 |

Rex, I await your input.  I can bump it if you agree to a small bump.  I know RNA should make the contact initially but it looks like the customer called the DC so let me know.

```
Confidentiality Notice: This e-mail message, including any
attachments, is for the sole use of the intended recipient(s) and may
contain confidential and privileged information.  Any unauthorized
```

2

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

P1.1777.13

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>10/02/08</u>

Date:<u>10/02/08</u>

Customer Name:   <u>GIANT EAGLE #0465</u>
Address:              <u>14650 SNOW RD</u>
                          <u>BROOKPARK, OH</u>
                          <u>44142</u>
DEA number:<u>BG6266313</u>
Customer Account number:<u>037772</u>

Provide Economost number, Description, NDC or Base Code        Change in selling unit or percentage
1.  CS requested:<u>9193</u>                         Increase amount<u>35%</u>
2.  CS requested:_____                      Increase amount_____
3.  CS requested:_____                      Increase amount_____
4.  CS requested:_____                      Increase amount_____
5.  CS requested:_____                      Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to volume growth.

McKesson use only
   1.  Date of last site visit/observation._____
   2.  Questionnaire and Declaration on file?                   Date:_____
   3.  Permanent or Temporary threshold change?Permanent
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By:  _____                                   Date:  _____

**Approved by:**

DCM_Elaine Snider_                          Date: _10/7/08_

Sales _____                                        Date:  _____

Regulatory _____                                 Date:  _____

TCR Giant Eagle 0465 100208

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555518

## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Tuesday, October 07, 2008 6:20 AM |
| **To:** | Martin, Diane |
| **Cc:** | Nusser, Dale |
| **Subject:** | FW: CSMP Threshold - Giant Eagle |
| **Attachments:** | Giant Eagle #6537_dc 9193_10 02 08.doc; Giant Eagle #0357_dc 9193_10 02 08.doc; Giant Eagle #0465_dc 9193_10 02 08.doc; Giant Eagle #2492_dc 9193_10 02 08.doc |

Fyi

**Blaine Snider**
**Director of Operations**
**New Castle, Pa**
*724.924.9959*
*blaine.snider@mckesson.com*

**From:** Gustin, Dave
**Sent:** Thursday, October 02, 2008 7:31 PM
**To:** Snider, Blaine; Klimek, Jim
**Cc:** Cook, Sabrina; Jonas, Tracy; Oriente, Michael; Shadburn, Denise
**Subject:** FW: CSMP Threshold - Giant Eagle

These increases are done. Thx
For you files, sign and file please guys.

Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Cook, Sabrina
**Sent:** Thursday, October 02, 2008 1:06 PM
**To:** Gustin, Dave
**Cc:** Bishop, Micheal; Thomet, Elaine
**Subject:** CSMP Threshold - Giant Eagle

Dave:

Please see attached threshold increases request. Thanks.

10/7/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555519

**Sabrina Cook**
**Account Manager/RNA Support Solutions**

**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

10/7/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

P1.1777.16

**M**<sup>C</sup>**KESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/**NY**          Anticipated Effective Date: <u>10/24/08</u>

Date: <u>10/24/08</u>

Customer Name:   <u>GIANT EAGLE #0465</u>
Address:         <u>14650 SNOW RD</u>
                 <u>BROOKPARK, OH</u>
                 <u>44142</u>
DEA number: <u>BG6266313</u>
Customer Account number: <u>037772</u>

<u>Provide Economost number, Description, NDC or Base Code</u>      <u>Change in selling unit or percentage</u>
1.  CS requested: <u>9193</u>                Increase amount <u>20%</u>
2.  CS requested: _____                Increase amount _____
3.  CS requested: _____                Increase amount _____
4.  CS requested: _____                Increase amount _____
5.  CS requested: _____                Increase amount _____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to volume growth.

<u>McKesson use only</u>
   1.  Date of last site visit/observation. _____
   2.  Questionnaire and Declaration on file?          Date: _____
   3.  Permanent or Temporary threshold change? Permanent
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By:  _____                               Date: _____

**Approved by:**

DCM *Blaine Snider*                             Date: *10/29/08*

Sales _____                                      Date: _____

Regulatory _____                                Date: _____

Giant Eagle #0465  cs9193  10 24 08

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                               MCKMDL00555521

## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Sunday, October 26, 2008 9:20 PM |
| **To:** | Martin, Diane |
| **Subject:** | FW: Giant Eagle CSMP Thresholds |
| **Attachments:** | Giant Eagle #1475_cs9143_10 24 08.doc; Giant Eagle #0465_cs9193_10 24 08.doc; Giant Eagle #0482_cs9143_10 24 08.doc |

fyi

**Blaine Snider**
**Director of Operations**
**New Castle, Pa**
*724.924.9959*
*blaine.snider@mckesson.com*

**From:** Gustin, Dave
**Sent:** Friday, October 24, 2008 2:37 PM
**To:** Snider, Blaine; Oriente, Michael
**Cc:** Cook, Sabrina; de Gutierrez-Mahoney, Bill
**Subject:** FW: Giant Eagle CSMP Thresholds

**These are done, Blaine, please initial and file. Thx**

```
Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834
```

**From:** de Gutierrez-Mahoney, Bill
**Sent:** Friday, October 24, 2008 12:48 PM
**To:** Gustin, Dave
**Subject:** FW: Giant Eagle CSMP Thresholds

Dave—

Do you handle Giant Eagle and USA?

**From:** Cook, Sabrina
**Sent:** Friday, October 24, 2008 11:37 AM

10/27/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**To:** de Gutierrez-Mahoney, Bill
**Cc:** Bishop, Micheal; Thomet, Elaine
**Subject:** FW: Giant Eagle CSMP Thresholds

Bill:

Please see attached TRC forms. Thanks.


**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel


**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Thursday, October 23, 2008 11:37 AM
**To:** Cook, Sabrina
**Cc:** Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds

Sabrina,
Please copy Don Casar on these.

Go ahead and bump 482, 1475 and 465 due to increase volume. I would say 20% for each.


**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Thursday, October 23, 2008 11:17 AM
**To:** Carlson, Gregory
**Subject:** Giant Eagle CSMP Thresholds

Greg:

Below are stores that are above 80% of their thresholds. The thresholds will be reset in 6 business days. Let me know if there is a business reason for an increase. These are different stores from my previous emails. Thanks.

| DC | Chain | License | Account | Name | Base Code | Description | |
|----|-------|---------|---------|------|-----------|-------------|---|
| 8772 | 431 | BG1969130 | 784967 | GIANT EAGLE #0482 | 9143 | OXYCODONE | |
| 8772 | 431 | BG2629004 | 785170 | GIANT EAGLE #1475 | 9143 | OXYCODONE | |
| 8772 | 431 | BG6266313 | 037772 | GIANT EAGLE #0465 | 9193 | HYDROCODONE | |
| 8164 | 431 | BG7543223 | 000269 | GIANT EAGLE #6505 | 9193 | HYDROCODONE | |
| 8772 | 431 | BG8048426 | 939435 | GIANT EAGLE #0040 | 9193 | HYDROCODONE | |
| 8164 | 431 | BG9802011 | 869905 | GIANT EAGLE #6514 | 9193 | HYDROCODONE | |
| 8772 | 431 | BG6644238 | 347494 | GIANT EAGLE #6379 | 9193 | HYDROCODONE | |
| 8772 | 431 | AG1741861 | 784884 | GIANT EAGLE #0074 | 9193 | HYDROCODONE | |
| 8164 | 431 | BG8616318 | 778817 | GIANT EAGLE #6510 | 9193 | HYDROCODONE | |


**Sabrina Cook**
**Account Manager/RNA Support Solutions**

10/27/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555523

**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com
www.mckesson.com

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

10/27/2008

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555524

P1.1777.20

McKESSON

*Empowering Healthcare*

# RNA -Threshold Change/Level 1 Form

### *NOTE: Areas in **Bold** are **MANDATORY** *

Date: 06/30/09      **Submitted by**  Shirley Rector

**Request for threshold change Y/N?** YES **Temp/Perm?** Permanent    Level 1 Notification?____
Anticipated Effective Date:07/01/09                              (Attach list if necessary)

| **Customer Name:**    Giant Eagle 0465 | **Corporate Contact Name:** Greg Carlson |
|---|---|
| **Address:**      14650 Snow Road | **Title:** Director Pharmacy Sourcing |
|                     Brookpark, OH | **Phone:** 412-963-2564 |
|                     44142 | **Has account reached monthly threshold Y/N?** YES |
| **DEA number:** BG6266313 | **Has Level One been conducted Y/N?** ___ |
| **Customer Account number:** 037772 | **If contact different than above, List here:** _____ |

Provide Economost number, Description or Base Code     Dosage amount or percentage
1.  CS requested:    All_                       +/-  amount  15%
2.  CS requested:_____                          +/-  amount_____
3.  CS requested:_____                          +/-  amount_____
4.  CS requested:_____                          +/-  amount_____
5.  CS requested:_____                          +/-  amount_____

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
This store had a large acquisition that increased their dispensing.
McKesson use only
    1.  Has threshold been changed on the same product within the last three months?
    2.  If Yes, List dates:
Current Threshold
    1.
    2.
    3.
    4.
    5.

**Approval/Denial**        **by:**

DCM _____                              Date: _____

Regulatory _____                       Date: _____

TCR Giant Eagle 0465 06-30-09TCR Giant Eagle 0465 06-30-09

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              MCKMDL00555525

## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Wednesday, July 01, 2009 11:53 AM |
| **To:** | Martin, Diane; Nusser, Dale |
| **Subject:** | FW: DEA limits for store 465 |
| **Attachments:** | TCR Giant Eagle 0465 06-30-09.doc |

**Blaine Snider**
**Director of Operations**
**New Castle, Pa**
*724.924.9959*
*blaine.snider@mckesson.com*

**From:** Rector, Shirley
**Sent:** Wednesday, July 01, 2009 11:00 AM
**To:** Gustin, Dave; Oriente, Michael; Jonas, Tracy
**Cc:** Cook, Sabrina; Snider, Blaine
**Subject:** RE: DEA limits for store 465

See attached TCR form for this store.

**Shirley Rector**

972.446.5452 Tel
972.446.5711 Fax

**From:** Gustin, Dave
**Sent:** Tuesday, June 30, 2009 5:42 PM
**To:** Rector, Shirley; Oriente, Michael; Jonas, Tracy
**Cc:** Cook, Sabrina; Snider, Blaine
**Subject:** RE: DEA limits for store 465

DC772 will need a TCR to put on file tomorrow. thx

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the

7/1/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555526

original message.

---

**From:** Rector, Shirley
**Sent:** Tuesday, June 30, 2009 6:32 PM
**To:** Gustin, Dave; Oriente, Michael; Jonas, Tracy
**Subject:** RE: DEA limits for store 465

Thank you!!


**Shirley Rector**

**972.446.5452 Tel**
**972.446.5711 Fax**

---

**From:** Gustin, Dave
**Sent:** Tuesday, June 30, 2009 5:29 PM
**To:** Oriente, Michael; Rector, Shirley; Jonas, Tracy
**Subject:** Re: DEA limits for store 465

Got it thx. Will do when logged in.

---

**From:** Oriente, Michael
**To:** Rector, Shirley; Jonas, Tracy; Gustin, Dave
**Sent:** Tue Jun 30 15:21:35 2009
**Subject:** RE: DEA limits for store 465
Shirley,
Dave Gustin has the GE chain.  I sure he will contact you tomorrow.


*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064


**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.

7/1/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555527

If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Rector, Shirley
**Sent:** Tuesday, June 30, 2009 6:15 PM
**To:** Jonas, Tracy; Gustin, Dave; Oriente, Michael
**Subject:** FW: DEA limits for store 465

All,

Please see below email from Greg at Giant Eagle.  I am following-up for Sabrina as she is out of the office this week and I'm not sure who the appropriate DRA is for Giant Eagle.

They are requesting a 15% increase on all DEA base codes for July for the following store due to a recent acquisition that has increased their dispensing.

Please let me know if this can be done and what is needed from me.

Store #465
Acct #037772
DEA BG6266313
DC 772
14650 Snow Road
Brookpark, OH 44142

**Shirley Rector**

972.446.5452 Tel
972.446.5711 Fax

---

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Tuesday, June 30, 2009 4:12 PM
**To:** Cook, Sabrina
**Cc:** Anthony, Adrienne; Manager-0465, RX; Rector, Shirley; Casar, Donald; Mollica, Anthony
**Subject:** DEA limits for store 465
**Importance:** High

**Sabrina,**
**Store 465 just had a large acquisition which has really increased their dispensing and they are now maxing out on their Oxycodone and other limits.  Based on this volume surge, can we increase all of their limits by 15% for July?  I realize everything will start over tomorrow, but I do not want them maxing out at the end of July again.**

Also, this is always going to be a problem going forward so I would like to put a process in place for each acquisition we do.  Adrienne Anthony is in charge of our acquisitions team and I would like her to be able to email you and cc Don and myself to alert you to raise an acquisition store's limits a week before the acquisition.  This will be a proactive way to avoid any out of stocks for our customers.

7/1/2009

---

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Let me know if we can do this going forward.

Thanks
Greg

7/1/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555529