**Exhibit 275** [replacing Dkt. #1964-63] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 275

## FW: Giant Eagle CSMP Thresholds

From:

"de Gutierrez-Mahoney, Bill" <bill.degutierrez-mahoney@mckesson.com>

To:

"Cook, Sabrina" <sabrina.cook@mckesson.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Thomet, Elaine" <elaine.thomet@mckesson.com>, "Snider, Blaine" <blaine.snider@mckesson.com>, "Klimek, Jim" <jim.klimek@mckesson.com>

Cc:

"Oriente, Michael" <michael.oriente@mckesson.com>, "Gustin, Dave" <dave.gustin@mckesson.com>

Date:

Thu, 23 Oct 2008 11:12:18 +0000

Attachments:

Giant Eagle #6537_cs9193_10 22 08.doc (64 kB); Giant Eagle #2108_cs9193_10 22 08.doc (64 kB); Giant Eagle #4075_cs9143_10 22 08.doc (64 kB); Giant Eagle #4078_cs2882_10 22 08.doc (64 kB); Giant Eagle #6513_cs9193_10 22 08.doc (64 kB); Giant Eagle #6523_cs9193_10 22 08.doc (64 kB)

---

Done.
Jim, Blaine—
Please file for your records.
Bill

---

**From:** Cook, Sabrina
**Sent:** Wednesday, October 22, 2008 5:12 PM
**To:** de Gutierrez-Mahoney, Bill
**Cc:** Thomet, Elaine; Bishop, Micheal
**Subject:** FW: Giant Eagle CSMP Thresholds
Bill:
Please see attached threshold increase forms. Thanks.
Sabrina Cook
**Account Manager/Support Solutions**
972-446-4563 Tel

---

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Wednesday, October 22, 2008 3:46 PM
**To:** Cook, Sabrina
**Cc:** Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds
Sabrina,
We need to bump stores 4078, 6537, 2108, 4075, 6523 and 6513 up by 20% due to high volume growth. These are all either new stores or stores running promotions causing increased volume.

Thanks

---

**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Wednesday, October 22, 2008 4:03 PM
**To:** Carlson, Gregory
**Subject:** Giant Eagle CSMP Thresholds

Greg:
Below are stores that are at least 80% or above their thresholds. Please review and let me know if there is a business reason for an increase. We have 7 business days before all thresholds will be reset. Thanks.

| DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshol % |
|---|---|---|---|---|---|---|---|---|---|
| 8772 | 431 | BG1528251 | 796995 | GIANT EAGLE #4078 | 2882 | ALPRAZOLAM | 8000 | 7400 | |
| 8164 | 431 | FG0910439 | 480242 | GIANT EAGLE #6537 | 9193 | HYDROCODONE | 11000 | 10048 | |
| 8772 | 431 | BG6773116 | 584062 | GIANT EAGLE #2108 | 9193 | HYDROCODONE | 8000 | 7064 | |
| 8772 | 431 | BG5663364 | 881656 | GIANT EAGLE #4075 | 9143 | OXYCODONE | 10000 | 8700 | |
| 8164 | 431 | BG8616279 | 358501 | GIANT EAGLE #6523 | 9193 | HYDROCODONE | 11000 | 9532 | |
| 8164 | 431 | BG8757710 | 388411 | GIANT EAGLE #6513 | 9193 | HYDROCODONE | 10500 | 9048 | |
| 8772 | 431 | AG9800334 | 784827 | GIANT EAGLE #0065 | 9143 | OXYCODONE | 10000 | 8517 | |
| 8772 | 431 | FG0072683 | 625807 | GIANT EAGLE #0199 | 9193 | HYDROCODONE | 9000 | 7644 | |
| 8772 | 431 | BG6662678 | 866709 | GIANT EAGLE #4008 | 9193 | HYDROCODONE | 9000 | 7600 | |
| 8772 | 431 | BG7212575 | 653225 | GIANT EAGLE #4034 | 9193 | HYDROCODONE | 12000 | 10116 | |
| 8772 | 431 | BG9629405 | 667702 | GIANT EAGLE #4152 | 9193 | HYDROCODONE | 13000 | 10932 | |
| 8772 | 431 | BG9013068 | 236459 | GIANT EAGLE #4089 | 9193 | HYDROCODONE | 13200 | 10916 | |
| 8772 | 431 | BG4328793 | 784587 | GIANT EAGLE #0002 | 9193 | HYDROCODONE | 18000 | 14828 | |
| 8772 | 431 | BG1664499 | 791574 | GIANT EAGLE #2499 | 9143 | OXYCODONE | 15000 | 12102 | |
| 8772 | 431 | FG0153433 | 343114 | GIANT EAGLE #5863 | 9193 | HYDROCODONE | 10500 | 8448 | |
| 8772 | 431 | BG3099036 | 796961 | GIANT EAGLE #4077 | 9273 | DEXTROPROPOXYPHENE | 5000 | 4000 | |

**Sabrina Cook**
**Account Manager/RNA Support Solutions**
**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006
972.446.4563 Tel

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00628660

972.446.5493 Fax
800.369.0039 Toll
214.552.4257 Cell
Sabrina.Cook@McKesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00628661

P1.1866.3

**M<sup>c</sup>KESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>       Anticipated Effective Date:<u>10/22/08</u>

Date:<u>10/22/08</u>

Customer Name:   <u>GIANT EAGLE #6537</u>
Address:       <u>3841 S HAMILTON RD</u>
            <u>GROVEPORT,OH</u>
            <u>43125</u>
DEA number:<u>FG0910439</u>
Customer Account number:<u>480242</u>

<u>Provide Economost number, Description, NDC or Base Code</u>       <u>Change in selling unit or percentage</u>
1. CS requested:<u>9193</u>                Increase amount<u>20%</u>
2. CS requested:_____                Increase amount_____
3. CS requested:_____                Increase amount_____
4. CS requested:_____                Increase amount_____
5. CS requested:_____                Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to running promotions causing increased volume.


<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?       Date:_____
3. Permanent or Temporary threshold change?Permanent
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                    Date: _____

**Approved by:**

DCM _____                        Date: _____

Sales _____                       Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00628662

**P1.1866.4**

MCKESSON
*Empowering Healthcare*

Regulatory \_\_\_\_\_                                      Date: \_\_\_\_\_

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              MCKMDL00628663

P1.1866.5

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request Y/N<u>Y</u>     Anticipated Effective Date:<u>10/22/08</u>

Date:<u>10/22/08</u>

Customer Name:   <u>GIANT EAGLE #2108</u>
Address:        <u>50 WEST BRIDGE STREET</u>
                <u>BEREA, OH</u>
                <u>44017</u>
DEA number:<u>BG6773116</u>
Customer Account number:<u>584062</u>

<u>Provide Economost number, Description, NDC or Base Code</u>     <u>Change in selling unit or percentage</u>
1.  CS requested:<u>9193</u>                 Increase amount<u>20%</u>
2.  CS requested:_____                Increase amount_____
3.  CS requested:_____                Increase amount_____
4.  CS requested:_____                Increase amount_____
5.  CS requested:_____                Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to running promotions causing increased volume.


<u>McKesson use only</u>
   1. Date of last site visit/observation._____
   2. Questionnaire and Declaration on file?          Date:_____
   3. Permanent or Temporary threshold change?Permanent
   4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                              Date: _____

**Approved by:**

DCM _____                                     Date: _____

Sales _____                                   Date: _____

nativeFile.DOC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                       MCKMDL00628664

**P1.1866.6**

**MCKESSON**
*Empowering Healthcare*

Regulatory _____                                        Date: _____

nativeFile.DOC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                         MCKMDL00628665

P1.1866.7

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N <u>Y</u>        Anticipated Effective Date: <u>10/22/08</u>

Date: <u>10/22/08</u>

Customer Name:   <u>GIANT EAGLE #4075</u>
Address:         <u>1201 DORAL DR</u>
                 <u>BOARDMAN, OH</u>
                 <u>44512</u>
DEA number: <u>BG5663364</u>
Customer Account number: <u>881656</u>

<u>Provide Economost number, Description, NDC or Base Code</u>     <u>Change in selling unit or percentage</u>
1. CS requested: <u>9143</u>                  Increase amount <u>20%</u>
2. CS requested: _____                       Increase amount _____
3. CS requested: _____                       Increase amount _____
4. CS requested: _____                       Increase amount _____
5. CS requested: _____                       Increase amount _____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to running promotions causing increased volume.


<u>McKesson use only</u>
1. Date of last site visit/observation. _____
2. Questionnaire and Declaration on file?          Date: _____
3. Permanent or Temporary threshold change? Permanent
4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                              Date: _____

**Approved by:**

DCM _____                                     Date: _____

Sales _____                                   Date: _____

nativeFile.DOC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                           MCKMDL00628666

**P1.1866.8**

**M<sup>C</sup>KESSON**
*Empowering Healthcare*

Regulatory _____                                    Date: _____

nativeFile.DOC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00628667

# MCKESSON
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>    Anticipated Effective Date:<u>10/22/08</u>

Date:<u>10/22/08</u>

Customer Name:   <u>GIANT EAGLE #4078</u>
Address:         <u>5220 MAHONING AVE</u>
                 <u>YOUNGSTOWN,OH</u>
                 <u>44515</u>
DEA number:<u>BG1528251</u>
Customer Account number:<u>796995</u>

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1. CS requested:<u>2882</u>                                         Increase amount<u>20%</u>
2. CS requested:_____                                             Increase amount_____
3. CS requested:_____                                             Increase amount_____
4. CS requested:_____                                             Increase amount_____
5. CS requested:_____                                             Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to running promotions causing increased volume.


<u>McKesson use only</u>
 1. Date of last site visit/observation._____
 2. Questionnaire and Declaration on file?        Date:_____
 3. Permanent or Temporary threshold change?Permanent
 4. Has threshold been changed on the same product within the last three months?

Current Threshold
 1.
 2.
 3.
 4.
 5.

Denied By: _____                                  Date: _____

**Approved by:**

DCM _____                                         Date: _____

Sales _____                                       Date: _____

nativeFile.DOC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          MCKMDL00628668

P1.1866.10

MCKESSON
*Empowering Healthcare*

Regulatory _____                                    Date: _____

nativeFile.DOC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                         MCKMDL00628669

P1.1866.11

**McKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N  Y          Anticipated Effective Date: 10/22/08

Date: 10/22/08

Customer Name:   GIANT EAGLE #6513
Address:         6867 EAST BROAD STREET
                 COLUMBUS, OH
                 43213
DEA number: BG8757710
Customer Account number: 388411

Provide Economost number, Description, NDC or Base Code       Change in selling unit or percentage
1. CS requested: 9193                Increase amount 20%
2. CS requested: _____              Increase amount _____
3. CS requested: _____              Increase amount _____
4. CS requested: _____              Increase amount _____
5. CS requested: _____              Increase amount _____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to running promotions causing increased volume.


McKesson use only
1. Date of last site visit/observation. _____
2. Questionnaire and Declaration on file?          Date: _____
3. Permanent or Temporary threshold change? Permanent
4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                                  Date: _____

**Approved by:**

DCM _____                                         Date: _____

Sales _____                                       Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          MCKMDL00628670

P1.1866.12

**MCKESSON**
*Empowering Healthcare*

Regulatory _____                                    Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00628671

MCKESSON
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>         Anticipated Effective Date:<u>10/22/08</u>

Date:<u>10/22/08</u>

Customer Name:   <u>GIANT EAGLE #6523</u>
Address:         <u>553 HEBRON RD</u>
                 <u>NEWARK, OH</u>
                 <u>43055</u>
DEA number:<u>BG8616279</u>
Customer Account number:<u>358501</u>

<u>Provide Economost number, Description, NDC or Base Code</u>     <u>Change in selling unit or percentage</u>
1. CS requested:<u>9193</u>          Increase amount<u>20%</u>
2. CS requested:_____         Increase amount_____
3. CS requested:_____         Increase amount_____
4. CS requested:_____         Increase amount_____
5. CS requested:_____         Increase amount_____

Reason for change (attach supporting documentation):
Per Gregory Carlson, Director Pharmacy Sourcing, 412-963-2564 please increase due to running promotions causing increased volume.


<u>McKesson use only</u>
   1. Date of last site visit/observation._____
   2. Questionnaire and Declaration on file?         Date:_____
   3. Permanent or Temporary threshold change?Permanent
   4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                                Date: _____

**Approved by:**

DCM _____                                       Date: _____

Sales _____                                     Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00628672

P1.1866.14

**M<sup>c</sup>KESSON**
*Empowering Healthcare*

Regulatory _____  Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        MCKMDL00628673