**Exhibit 276** [replacing Dkt. #1964-64] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

# EXHIBIT 276

GIANT EAGLE 4009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555536

MCKESSON
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request   Y/N<u>Y</u>        Anticipated Effective Date:<u>5/28/08</u>

Date:<u>5/28/08</u>

Customer Name:   GIANT EAGLE #4009
Address:         <u>5739 BROADVIEW RD</u>
                 PARMA
                 OH  44134
DEA number:<u>BG6527886</u>
Customer Account number:<u>880895</u>

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1. CS requested:<u>9193 - HYDROCODONE</u>                        Increase amount_____
2. CS requested:_____                                           Increase amount_____
3. CS requested:_____                                           Increase amount_____
4. CS requested:_____                                           Increase amount_____
5. CS requested:_____                                           Increase amount_____

Reason for change (attach supporting documentation):
rna - REASONABLE REQUEST FOR A SMALL INREASE PER REX CATTON


McKesson use only
   1. Date of last site visit/observation._____
   2. Questionnaire and Declaration on file?            Date:_____
   3. Permanent or Temporary threshold change?
   4. Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                                        Date: _____

**Approved by:**

DCM *[signature]*                                       Date: 5/28/08

Sales _____                                             Date: _____

Regulatory <u>DAVE GUSTIN</u>                               Date: 5/28/08
TCR Giant Eagle 2900 052808


HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00555537

**Martin, Diane**

| | |
|---|---|
| **From:** | Gustin, Dave |
| **Sent:** | Monday, September 22, 2008 12:12 PM |
| **To:** | Martin, Diane |
| **Cc:** | Snider, Blaine; Catton, Rex |
| **Subject:** | RE: New Castle CSMP report 75%+ 5/28/08 |

Reason......RNA reasonable request for a small increase. Per Rex Catton.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Martin, Diane
**Sent:** Monday, September 22, 2008 9:46 AM
**To:** Gustin, Dave
**Cc:** Snider, Blaine; Catton, Rex
**Subject:** FW: New Castle CSMP report 75%+ 5/28/08

Dave,

Since these were bumped up without a TCR in late May, what is the reason for the increase in dosages? I'll have to create some sort of TCR for each of them and will need some details for the action taken.

Thanks

*Diane Martin*
McKesson - New Castle
724-924-8010

---

**From:** Gustin, Dave
**Sent:** Friday, September 19, 2008 8:34 AM
**To:** Martin, Diane
**Subject:** FW: New Castle CSMP report 75%+ 5/28/08

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

1

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                             MCKMDL00555538

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Gustin, Dave
**Sent:** Wednesday, May 28, 2008 11:51 AM
**To:** Gustin, Dave; Catton, Rex; Oriente, Michael; Snider, Blaine
**Cc:** Zwick, Joel; Lindsay, Telisca; McIntyre, Keith
**Subject:** RE: New Castle CSMP report 75%+ 5/28/08

The list, by the way, is a long one.  << File: CSMP Threshold Warning Report.txt >>
I need a reason to go in and bump all those stores thresholds. They are all purchasing at well past their historic trends or they would not be on the report. The question is why and until it is answered the response should not just be going in and changing their thresholds to keep them off the report. (especially if it is a knee-jerk reaction to the issues out of Conroe and Lakeland)
I am at 740 636 3540 this week.

Confidentiality Notice: This e-mail message, including any attachments, is for the
sole use of the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the sender by
reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Catton, Rex
**Sent:** Wednesday, May 28, 2008 10:35 AM
**To:** Gustin, Dave; Oriente, Michael; Snider, Blaine
**Cc:** Zwick, Joel; Lindsay, Telisca
**Subject:** RE: New Castle CSMP report 75%+ 5/28/08

Dave,

Yes, please bump it up. There were other stores on the list that was sent yesterday. We spoke to Greg Carlson yesterday and he asked us to increase those above 80%.

T anks

ex

---

**From:** Gustin, Dave
**Sent:** Wednesday, May 28, 2008 9:28 AM
**To:** Oriente, Michael; Snider, Blaine; Catton, Rex
**Cc:** Zwick, Joel
**Subject:** RE: New Castle CSMP report 75%+ 5/28/08

Rex, I await your input. I can bump it if you agree to a small bump. I know RNA should make the contact initially but it looks like the customer called the DC so let me know.

Confidentiality Notice: This e-mail message, including any
attachments, is for the sole use of the intended recipient(s) and may
contain confidential and privileged information.  Any unauthorized

2

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555539

P1.1814.5

**MCKESSON**
*Empowering Healthcare*

# RNA -Threshold Change/Level 1 Form

*NOTE: Areas in **Bold** are **MANDATORY** *

Date: 03/26/09         Submitted by Sabrina Cook

**Request for threshold change Y/N?** Y    **Temp/Perm?** Perm_____    Level 1 Notification?___
Anticipated Effective Date: 03/26/09                              (Attach list if necessary)

| **Customer Name:** GIANT EAGLE #4009 | **Corporate Contact Name:** Greg Carlson |
|---|---|
| **Address:** 1825 SNOW ROAD | Title: Director Pharmacy Sourcing |
| PARMA | Phone: 412-963-2564 |
| OH, 44134 | **Has account reached monthly threshold Y/N?** N |
| **DEA number:** BG6527886 | **Has Level One been conducted Y/N?** ___ |
| **Customer Account number:** 880895 | **If contact different than above, List here:** ___ |

Provide Economost number, Description or Base Code     Dosage amount or percentage
1. CS requested: 9170_                                  +/- amount 20%
2. CS requested: _____                                  +/- amount _____
3. CS requested: _____                                  +/- amount _____
4. CS requested: _____                                  +/- amount _____
5. CS requested: _____                                  +/- amount _____

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
Experiencing increase business
McKesson use only
  1. Has threshold been changed on the same product within the last three months? N
  2. If Yes, List dates:
Current Threshold
   1.
   2.
   3.
   4.
   5.

**Approval/Denial**        **by:**

DCM _____                                          Date: _____


Regulatory Done per RNA/TCR/dg.3.27.09                                Date: _____




Giant Eagle #4009_dc 9170_03 26 09.docGiant Eagle #4009_dc 9170_03 26 09.doc

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                             MCKMDL00555540

## Martin, Diane

| | |
|---|---|
| **From:** | Snider, Blaine |
| **Sent:** | Friday, March 27, 2009 1:18 PM |
| **To:** | Martin, Diane |
| **Cc:** | Nusser, Dale |
| **Subject:** | FW: Giant Eagle CSMP Thresholds |
| **Attachments:** | Giant Eagle #4012_dc 2882_03 26 09.doc; Giant Eagle #6375_dc 9193_03 26 09.doc; Giant Eagle #4009_dc 9170_03 26 09.doc |

Diane-
 Pls file


**Blaine Snider**
Director of Operations
New Castle, Pa
*724.924.9959*
*blaine.snider@mckesson.com*

**From:** Gustin, Dave
**Sent:** Friday, March 27, 2009 8:58 AM
**To:** Snider, Blaine
**Cc:** Oriente, Michael; Cook, Sabrina
**Subject:** FW: Giant Eagle CSMP Thresholds

Done per RNA/TCR/dg.3.27.09


Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Cook, Sabrina
**Sent:** Thursday, March 26, 2009 6:20 PM
**To:** Gustin, Dave
**Subject:** FW: Giant Eagle CSMP Thresholds

Dave:

Please process attached forms. Thanks.


**Sabrina Cook**
**Account Manager/Support Solutions**
972-446-4563 Tel


4/1/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555541

**From:** Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
**Sent:** Wednesday, March 25, 2009 7:03 AM
**To:** Cook, Sabrina; Casar, Donald
**Subject:** RE: Giant Eagle CSMP Thresholds

Please increase 6375, 4012 and 4009 by 20% due to increase volume. All three stores are experiencing increase business.

---

**From:** Cook, Sabrina [mailto:Sabrina.Cook@McKesson.com]
**Sent:** Wednesday, March 18, 2009 10:36 AM
**To:** Carlson, Gregory; Casar, Donald
**Subject:** Giant Eagle CSMP Thresholds

Team:

Please see below for stores that have reach 90% and above threshold. If there is a reason for an increase please let me know. Thanks.

| Home DC | Chain | License | Account | Name | Base Code | Description | Mon Thres |
|---|---|---|---|---|---|---|---|
| 8772 | 431 | BP1341940 | 395517 | GIANT EAGLE #2900 | 2882 | ALPRAZOLAM | |
| 8772 | 431 | BG6644074 | 631613 | GIANT EAGLE #6375 | 9193 | HYDROCODONE | |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 2882 | ALPRAZOLAM | |
| 8772 | 431 | BG6527886 | 880895 | GIANT EAGLE #4009 | 9170 | DIPHENOXYLATE | |

**Sabrina Cook**
Account Manager/RNA Support Solutions

**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

4/1/2009

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00555542