**Exhibit 277** [replacing Dkt. #1964-65] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

**Exhibit 134** [replacing Dkt. #2428-5] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Corrected) at Dkt. #2204.

**Exhibit 35** [replacing Dkt. #2212-36] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Partial Summary Judgment on Statute of Limitations Grounds at Dkt. #2212.

**Exhibit 560** [replacing Dkt. #2557-40] attached to Consolidated Reply Memorandum in Further Support of Plaintiffs' Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act at Dkt. #2545.

- Redactions withdrawn by Defendant

| | |
|---|---|
| **From**: | Pacheco, Sheila [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=ECEC5896] |
| **Sent**: | 11/3/2006 4:04:57 AM |
| **To**: | Russell, Bruce [bruce.russell@mckhboc.com]; Hilliard, Gary [gary.hilliard@mckhboc.com] |
| **CC**: | Walker, Donald [donald.walker@mckhboc.com]; McIntyre, Keith [keith.mcintyre@mckhboc.com] |
| **Subject**: | FW: hydrocodone reports |
| **Importance**: | High |

Given my schedule this afternoon I didn't have a lot of time to investigate an absolute solution to this but I am fairly confident that we can pull something together to satisfy the reporting requirements for this initiative. Most of the data we need is in business objects. We'll need to ID the items and define the data for the reporting and I think we'll be in business. Gary, did you submit a BR for this by any chance? If so could you send it to Keith and myself. If not, we'll document the reporting requirements you need and get it done. We recognize the sense of urgency to accomplish this and should have a better idea in a couple of days when we could have this in place. Thanks.

Sheila Pacheco
Senior Director
WMS Planning and Analysis
Office: 415-983-8998
Cell: 510-219-9734

**From:** Russell, Bruce
**Sent:** Thursday, November 02, 2006 12:13 PM
**To:** Pacheco, Sheila
**Cc:** Hilliard, Gary; Walker, Donald
**Subject:** RE: hydrocodone reports

Sheila…rather than get into a lengthy email conversation can you call me after the call we are on and I will conference Gary. Want to explore Accumax as a possible solution to this issue.

Bruce

**From:** Hilliard, Gary
**Sent:** Thursday, November 02, 2006 1:43 PM
**To:** Russell, Bruce
**Subject:** FW: hydrocodone reports
**Importance:** High

Bruce

The information below is in regards to the reporting mechanism for the 10k dosage units per month. Your assistance will be needed to escalate the priority.

Gary

**From:** Mackarness, Sharon
**Sent:** Thursday, October 26, 2006 7:02 PM
**To:** Hilliard, Gary
**Cc:** vanderWerf, Jean-Dou; Cruz, Yvonne
**Subject:** RE: hydrocodone reports

Gary,

The development process for customer order monitoring and suppression by base code is fairly complex on our side, but feasible.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                    MCKMDL00543971

However, we would need to implement any new process <u>after</u> all DCs go live on R/5 ordering, for which we do not have a firm timeline due to the SAP upgrade, to avoid any throwaway work done to Mainframe Order Filtering. Our best guess on R/5 rollout completion is some time in FY08.

If this work must be done prior to that, you will need to escalate the base code BR completion process as well as obtain approval and funding for GATP work on the dosage monitoring on your end.

*Sharon Mackarness*
GATP Team
Operations & Technology Plan
415.732.2522 Office
916.502.6193 Cell

---

**From:** Hilliard, Gary
**Sent:** Thursday, October 26, 2006 4:44 PM
**To:** Mackarness, Sharon
**Cc:** vanderWerf, Jean-Dou; Cruz, Yvonne
**Subject:** RE: hydrocodone reports

The DU45, there is a DR49 and DR46.

I think JD's idea is good.

---

**From:** Mackarness, Sharon
**Sent:** Thursday, October 26, 2006 3:44 PM
**To:** Hilliard, Gary
**Cc:** vanderWerf, Jean-Dou; Cruz, Yvonne
**Subject:** RE: hydrocodone reports

Gary,

Additionally, what reports (and report data source) are the DCs currently running that provide data on customer order volumes? DU45? Any others?

JD brought up a valid point in the meeting. We are in the business to sell product. If we could produce a report (you may already have one) that warned a customers approach to the threshold, say at 85% of their 10,000 dosages, work could begin on justifying an increase in threshold prior to any lost sales.

*Sharon Mackarness*
GATP Team
Operations & Technology Plan
415.732.2522 Office
916.502.6193 Cell

---

**From:** Mackarness, Sharon
**Sent:** Thursday, October 26, 2006 1:40 PM
**To:** Hilliard, Gary
**Cc:** vanderWerf, Jean-Dou; Cruz, Yvonne
**Subject:** RE: hydrocodone reports

Gary,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                  MCKMDL00543972

Here are some request clarification questions that came out of this morning's meeting.

1. What is the definition of "dosage"? A single pill
2. About how many items are included in this base code product family? Don't know
3. Will this include pills, liquids, and powders? potentially
4. What defines a customer? DEA license #, facility, etc? DEA number
5. What will the threshold override process be? (when the customer is deemed justified in more than 10,000 dosages per month) Yes, determined by DC and support.
6. Is this dosage ordering time frame a calendar month? yes
7. Will sales omits due to triggered order suppression require a new omit code and associated invoice message? (assumption that these omits will not affect the DCs service level). To be determined
8. What is the urgency of this development? Timeline? ASAP

Regards,

*Sharon Mackarness*

GATP Team
Operations & Technology Plan
415.732.2522 Office
916.502.6193 Cell

---

**From:** Hilliard, Gary
**Sent:** Monday, October 23, 2006 1:30 PM
**To:** Mackarness, Sharon
**Subject:** hydrocodone reports

Here is the subject matter.

McKesson will establish a monthly threshold of 10,000 dosage forms of hydrocodone for all customers at each of its facilities. Customers requesting to purchase more than this amount will be required to provide additional information on its dispensing practices to justify amounts above this threshold. Such information will be reviewed by McKesson Regulatory Affairs before a customer will be authorized to purchase more than 10,000 dosage forms per month. McKesson will also establish thresholds for other controlled substances purchases.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00543973