**Exhibit 282** [replacing Dkt. #1964-70] attached to Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (Second Corrected) at Dkt. #1910-1.

- Redactions withdrawn by Defendant

This document exceeds the maximum permitted filed size for upload onto the Electronic Court Filing system. Consequently, this document will be manually filed with the Court.