**Exhibit II.5** [replacing Dkt. #1908-30] attached to Memorandum in Support of Distributor-Defendants' Motion for Summary Judgment on Civil Conspiracy Claim at Dkt. #1908-1.

**Exhibit 17** [replacing Dkt. #1921-21] attached to Memorandum in Support of Distributor-Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims at Dkt. #1921-1.

- Redactions withdrawn by Defendant

# M<sup>c</sup>KESSON
Empowering Healthcare

## McKesson Manufacturer Marketing
## Product Promotional Agreement

McKesson agrees to post a graphical ad promoting the product identified below on our online ordering portal, McKesson Connect. This ad will be posted in August 2010 and remain posted on McKesson Connect for a total of one (1) week.

| Service(s) | Fee |
|---|---|
| DirectRx Advertising | $4,250 |

Purdue Pharma L.P. agrees to reimburse McKesson for the amount of $4,250.00 for this service upon receipt of invoice.

Promotional Product: OxyContin

The content of any graphical ad is the sole responsibility of Purdue Pharma L.P., and Purdue Pharma L.P. represents and warrants that the graphical ad complies with all applicable laws. Purdue Pharma L.P. agrees to defend, indemnify and hold harmless McKesson for any claims, liability or expense whatsoever (including attorney fees) alleged to have arisen through Purdue Pharma L.P.'s negligence or willful misconduct, violation of law or infringement of any patent, copyright, trademark or other exclusive right of a third party by the graphical ad, except and unless the claim, liability or expense arose due to McKesson's gross negligence or willful misconduct.

The signatory to this Agreement has signature authority and is empowered on behalf of his or her respective party to execute this Agreement.

_Shelton Benson_      _Shelton Bns_     7/25/10
Supplier Representative     Signature     Date

Invoice Address:    300 Forest Ctr. Dr. #408
     Kingwood, Tx.
     77339

Email Address (if invoice can be sent electronically): shelton.benson@pharma.cor

HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER     MCKMDL00353305

Product Manager:   Martha Torres-Morgan          Date: 7/2/10

NPO #: ___8167___

Please fax this signed agreement to (415) 732-2951, Attention: May Chow

HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER          MCKMDL00353306