**Exhibit 139** [replacing Dkt. #2428-10] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Corrected) at Dkt. #2204.

- Redactions withdrawn by Defendant

# PSJ2 Exh 139

McKESSON

# Understand ARCOS Data

According to the DEA's 2012 ARCOS data, the following are a few commonly abused drugs with the annual averages number of dosage units purchased by a retail pharmacy for each of the following drugs:

- Hydrocodone: 131,381
- Oxycodone: 75,584
- Methadone: 12,500
- Morphine: 11,778
- Hydromorphone: 5,903
- Oxymorphone: 2,190

These numbers are not guidelines for appropriate dispensing. They are simply national averages derived from the DEA's ARCOS data. Diversion can occur in purchases below the DEA national averages.

McKesson Proprietary and Confidential.

1     2/24/2014

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430387



# McKesson Regional Statistical Norms*

| Geographical Area<br>McKesson DC's | % Total Rx (+/- .25%) | Oxycodone Avg Doses (3 mo rounded) | Oxycodone % Total Rx (+/- .25%) | Hydrocodone Avg Doses (3 mo rounded) | Hydrocodone % Total Rx (+/- .25%) | Hydromorphone Avg Doses (3 mo rounded) | Hydromorphone % Total Rx (+/- .25%) | Methadone Avg Doses (3 mo rounded) | Methadone % Total Rx (+/- .25%) | Morphine Avg Doses (3 mo rounded) | Morphine % Total Rx (+/- .25%) | Alprazolam Avg Doses (3 mo rounded) | Alprazolam % Total Rx (+/- .25%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Northeast** Boston / New Castle / Rocky Hill / Buffalo | 19% | 21,000 | 5% | 21,500 | 3% | 2,500 | 0.4% | 4,000 | 0.9% | 3,500 | 0.8% | 9,000 | 1.7% |
| **Mid Atlantic/Appalachian** Delran / Virginia | 23% | 21,500 | 10% | 6,000 | 2% | 2,000 | 0.8% | 4,000 | 1.3% | 3,000 | 0.7% | 6,500 | 2.7% |
| **South** Birmingham / Atlanta / Memphis / Lakeland | 24% | 19,500 | 5% | 31,500 | 6% | 2,500 | 0.8% | 5,000 | 1.3% | 4,500 | 1.0% | 14,500 | 2.9% |
| **Upper Midwest** Wash Ct House / St Louis / Livonia | 24% | 17,500 | 4% | 32,500 | 8% | 1,500 | 0.4% | 3,500 | 0.9% | 3,500 | 0.8% | 14,000 | 3.3% |
| **Midwest** Chicago / Omaha / LaCrosse / Minneapolis | 15% | 11,500 | 3% | 18,500 | 4% | 1,500 | 0.3% | 2,000 | 0.4% | 2,500 | 0.5% | 7,000 | 1.4% |
| **Texas/Oklahoma** Conroe / OKC | 23% | 12,000 | 3% | 33,500 | 9% | 2,000 | 0.4% | 3,500 | 0.7% | 3,500 | 0.8% | 10,500 | 2.5% |
| **Southwest** Phoenix / Denver / Salt Lake City | 23% | 25,500 | 7% | 21,000 | 5% | 2,000 | 0.5% | 3,000 | 0.8% | 4,500 | 1.2% | 6,500 | 1.5% |
| **California** SoCal / Sacramento | 23% | 12,500 | 5% | 24,500 | 7% | 3,000 | 0.9% | 7,000 | 1.9% | 4,500 | 1.2% | 6,000 | 1.7% |
| **Pacific NW** Everett / Portland | 20% | 20,000 | 5% | 22,000 | 5% | 2,000 | 0.4% | 6,000 | 1.2% | 4,500 | 0.9% | 4,500 | 1.0% |
| **National Statistical Norm** | 21% | 24,500 | 5% | 24,500 | 5% | 2,000 | 0.5% | 4,000 | 1.1% | 3,500 | 0.8% | 10,000 | 2.0% |

These numbers are not guidelines for appropriate dispensing. They are simply national averages derived from the McKesson's distribution data. Diversion can occur in purchases below these statistical norms.

2    2/24/2014    McKesson Proprietary and Confidential.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430388