**Exhibit 141** [replacing Dkt. #2428-12] attached to Plaintiffs'
Consolidated Memorandum in Opposition to Defendants' Motions for
Summary Judgment on Proof of Causation (Corrected) at Dkt. #2204.

- Redactions withdrawn by Defendant

# PSJ2 Exh 141

RE: Summit Pain Specialists

**From:**

"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

**To:**

"Snider, Blaine" <blaine.snider@mckesson.com>

**Date:**

Thu, 16 Jun 2011 17:25:00 +0000

---

Some comments from patients.
http://www.insiderpages.com/doctors/falls-pain-management-center-cuyahoga-falls#reviews
One not so good. His brother OD'd. And the last comment says how busy they are. I think it would need a closer physical visit.



In Memory of

David Shimandle

Date of Birth    Date of Death

**Redacted**

Most merciful Father, we commend our departed into your hands. We are filled with the sure hope that our departed will rise again on the Last Day with all who have died in Christ. We thank you for all the good things you have given during our departed's earthly life.

O Father, in your great mercy, accept our prayer that the Gates of Paradise may be opened for your servant. In our turn, may we too be comforted by the words of faith until we greet Christ in glory and are united with you and our departed.

Through Christ our Lord. Amen.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Snider, Blaine
**Sent:** Thursday, June 16, 2011 11:24 AM
**To:** Oriente, Michael
**Subject:** FW: Summit Pain Specialists
fyi
Blaine Snider
Director of Operations
New Castle, Pa
724.924.9959
blaine.snider@mckesson.com

---

**From:** Kravec, Steve
**Sent:** Tuesday, June 14, 2011 6:03 PM
**To:** Cella, Christopher; Miller, Eric
**Cc:** Bland, Christy; Soos, Patrick; Smith, Brad; Grayson, Kimberly; Kerr, Glenn; Cavacini, Gene
**Subject:** Summit Pain Specialists

MCKMDL00634936

Chris/Eric,

I just got off the phone with Dr. James Bressi and Becky Sugglio from Summit Pain Specialists. The bulk of the conversation was over their ability to utilize AccessHealth for contract management but they are looking at taking their business model national.

They would like to have a meeting where we can nail down all of their requirements and get them comfortable. I was looking at July 6th or 7th because of Trade Show coming up fast.

Eric,

They are classified as a "Retail Clinic". Will this give them access to AccessHealth contracts? Yes, is the person whom you tried to "walk down the path" in January but they wouldn't listen. It sounds like they've seen the light.

Brad,

I know you presented in a previous meeting but apparently they have already purchased a pharmacy system called "Liberty" because it was recommended by someone at the Ohio Board of Pharmacy. Sorry!

Glenn,

I sent you a bunch of credit stuff on this prospect but I know it's been a long time in the making so would you please let me know what other info you need to open this account?

Chris,

As we discussed, Dr Bressi is talking about taking his concept "national" and asked if we had people who helped to open new pharmacies. That's where I thought you'd come in. He wants to get his pharmacy open than then take it to his peers whom he says represent "45% of the pain market".

Please let me know your availability.

Thanks

**Steve Kravec, MBA, MPH**
**Retail Sales Executive**
**McKesson Pharmaceutical**
**440-238-3229**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER