**Exhibit 231** [replacing Dkt. #2350-24] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Confidentiality redactions withdrawn by Defendant; Privilege redactions remain

# PSJ3 Exhibit 231

| | |
|---|---|
| From: | Walker, Donald [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=743A9CA9] |
| Sent: | 4/27/2007 12:22:27 AM |
| To: | Figueroa, John [john.figueroa@mckesson.com]; Walchirk, Mark [mark.walchirk@mckesson.com] |
| Subject: | DEA- ABC and McKesson |

Is has been a busy day but I thought I would share some new information

1. Late today DEA granted ABC permission to ship controls to their hospital customers. This is good for us as we had been deluged in the morning with requests from ABC hospital customers to provide them controls. We had initiated a process to provide controls but now we can hold off and will reinstate if necessary.

2. Gary Hilliard contacted his ABC counterpart today. ABC did not expect this at all, they like us had been going back and forth with DEA over the past 18-20 months also but thought they had satisfied DEA. The ABC rep indicated that he thought Cardinal was experiencing some challenges also. What I was hoping we would find out was if the pharmacies involved were the same pharmacies we had cut off, we were unable to do that.



5.  The new reporting process we outlined to DEA is ready to go and will be live May 1. It will require a great deal of work by our Ops and Sales teams in May to validate the purchases but once we get through this first month subsequent months will be much easier and we will be "can tight". I had the report run for April to see what it would look like and also start due diligence work. We have roughly 1500-1600 customers that exceeded 8,000 dose units in one or more of the 4 targeted drugs.

6. I am drafting communications for our internal sales team and customers relative to the ABC suspension. Jack held a conf call with his sales team this morning and they went through a detailed review of the problem and the issues we faced with DEA. Direction I have provided is that any ABC customers that want to switch to McKesson should be evaluated very carefully for two reasons. 1) We don't want to be viewed by anyone (especially DEA) that we are taking advantage of ABC's issue and 2) we must conduct due diligence to ensure we are not taking on a regulatory problem account. Jack has provided clear guidance to his team that we will slow walk any potential new accounts.

That is all I have for now. I will keep you updated

Don


Privileged and Confidential for Internal Use only