**Exhibit 274** [replacing Dkt. #2350-67] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3 Exhibit 274

| | |
|---|---|
| From: | Gustin, Dave [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=DAVE GUSTIN] |
| Sent: | 3/21/2013 1:39:35 PM |
| To: | #PGRDRC [pgrdrc@mckesson.com] |
| Subject: | FW: McKesson needs a contact for regulatory |

All,

Please note that Giselle Issa is our new Purdue contact for Regulatory issues.

"My dream is of a place and a time where America will once again be seen as the last best hope of earth."
-Abraham Lincoln

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Issa, Giselle [mailto:Giselle.Issa@pharma.com]
**Sent:** Wednesday, March 20, 2013 5:18 PM
**To:** McDonald, Tom
**Cc:** Gustin, Dave
**Subject:** RE: McKesson needs a contact for regulatory

Hello Tom,

I just left you a message on your cell regarding your request below. I need to get a little bit more information regarding your request. We had previously spoken to each other back in November when Jack introduced me on the phone as the contact on the OMS team after his retirement. It is my understanding from Dave that Jack inadvertently put the contact as Betsy Adams who was my predecessor. In order to better assist your with your request, please call me at (203) 588-7483. Thank you.

Best Regards,

Giselle N. Issa, CPA, CFE
Director, OMS & Records Management
Purdue Pharma LP
One Stamford Forum
Stamford, CT 06901

☎ (203) 588-7483
📠 (203) 588-6204
✉ giselle.issa@pharma.com

**From:** McDonald, Tom [mailto:Tom.McDonald@McKesson.com]
**Sent:** Wednesday, March 20, 2013 3:58 PM
**To:** Gustin, Dave; Weinstein, Bert; Gilbride, John
**Subject:** RE: McKesson needs a contact for regulatory

Dave,

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00575490

Thank you for the introduction.

Bert and John,

Thank you for the quick response. I'm working on a project and need some statistical data. I'd like to see the national numbers in doses of Oxycontin 80mg from 2008 to present; if they could be broken down by month that would be even better. Also, if available, I'd like the same information for oxycodone 30mg all vendors (if possible). I want to show the divergence after the reformulation. Any assistance would be greatly appreciated. Please forward questions. Thank you.

Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell 562-577-7699
fax 562-463-2251

Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.

**From:** Gustin, Dave
**Sent:** Wednesday, March 20, 2013 12:25 PM
**To:** Weinstein, Bert; Gilbride, John
**Cc:** McDonald, Tom
**Subject:** RE: McKesson needs a contact for regulatory

Bert,

Thank you very much. What a fast response!

 John, Nice to meet you and I am going to allow my friend and associate Tom to take over the conversation at this point. He has some information he needs if you have it. Thanks again all.

"My dream is of a place and a time where America will once again be seen as the last best hope of earth."
-Abraham Lincoln

Dave Gustin DRA North Central
937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Weinstein, Bert [mailto:Bert.Weinstein@pharma.com]
**Sent:** Wednesday, March 20, 2013 3:07 PM
**To:** Gustin, Dave; Gilbride, John
**Cc:** McDonald, Tom
**Subject:** RE: McKesson needs a contact for regulatory

Dave I wish all questions were as easy and pleasant to answer!

Dave meet John – he's Director of Controlled Substances Act Compliance, among other things, with top-FBI pedigree to boot.

Bert

*Bert Weinstein*
*VP, Corporate Compliance*
*Purdue Pharma L.P.*
*One Stamford Forum*
*Stamford, CT  06901*
*203-588-8288 (o)*
*203-912-4462 (c)*

**From:** Gustin, Dave [mailto:Dave.Gustin@McKesson.com]
**Sent:** Wednesday, March 20, 2013 3:02 PM
**To:** Weinstein, Bert
**Cc:** McDonald, Tom
**Subject:** McKesson needs a contact for regulatory

Mr. Weinstein,

    Good afternoon.  I am the Director of Regulatory Compliance for the NC USA for McKesson.  We have worked in partnership with Jack Crowley in the past until he retired  He gave us the name of Elizabeth "Betsy" Adams to serve as contact when he left but now her contact info does not work.  We were wondering who we should talk to about matters of diversion prevention. I have copied Tom McDonald who is my counterpart with McKesson in the west.

    If you have a name I would appreciate having it.   Thanks for your consideration.

Regards

"My dream is of a place and a time where America will once again be seen as the last best hope of earth."

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                      MCKMDL00575492

-Abraham Lincoln

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                            MCKMDL00575493