**Exhibit 299** [replacing Dkt. #2350-92] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3 Exhibit 299

## FW: CSMP-communications

From:

"Jonas, Tracy" <tracy.jonas@mckesson.com>

To:

"Thomet, Elaine" <elaine.thomet@mckesson.com>

Cc:

#PGRDRC <pgrdrc@mckesson.com>

Date:

Wed, 21 May 2008 15:02:16 +0000

---

Elaine,
Please communicate the following information to our RNA partners.
Thanks,
Tracy
**Tracy Jonas**
**Director of Regulatory Affairs**
**McKesson Pharmaceutical / West Region**
**Tolleson, AZ**
**Phone (623) 293-5144**
**Cell (602) 758-7957**
**tracy.jonas@mckesson.com**
*Integrity - the things you do when no one is looking.*
Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail, and destroy this communication and all copies thereof, including all attachments.

---

**From:** Jonas, Tracy
**Sent:** Wednesday, May 21, 2008 7:55 AM
**To:** Battilega, Andreina; Bohlinger, John; Bourdon, Kay; Campbell, Tina; Clearwater, Bob; Ensman, Eric; Essensa, Marc; Falco, Duncan; Glover, Jeffrey; Harrop, Brett; Hunley, Larry; Kleinow, Todd; Kramer, Jake; McCollam, Jason; Oman, Sam; Santiago, Dean; Schrick, Todd; Thomas, Jeremy; Vital, Ruben; Wunderlich, Brent; Yocom, Dave; Andus, Ronald; Bjornn, Dave; Escalante, Ed; Loisey, Alex; Marmesh, Gregg; Marshall, JeffL; Mills, Kim; Pawlak, Tim; Pearcy, Al; Post, Mike; Saltzgaber, Kirk; Singer, Jeanine; Smith, Patrick_RSM; Vanwagoner, Kendall; Arneson, Dana; Asato, Michael; Bass, Catherine; Blood, Austin; Bral, Sue; Brannam, Kristy; Bryant, Carol; Cardona, Edgar; Christensen, Paul; Compton, Megan; Cook, Marti; Cooper, Kirsten; Crock, Judy; Cross, Catalina; Doerr, Betsy; Donovan, Bryon; Fitzgerald, Julie; Gibbons, Mike; Gilbertson, RuthAnn; Gilliom, Bob; Goddard, Sidne; Gonzalez, Christina; Gramze, Sherri; Grover, Alan; Grushey, David; Hall, Tiffany; Hansen, Jamie; Hardy, Matthew; Hines, Adrienna; Holland, Jon; Ikeda, Tim; Inglis, Sean; Jensen, Stephanie; Joralemon, Greg; Jordan, Bridgette; Khamis, Amer; Koch, Rick; Kulyk, Glenda; Lehl, Keven; Lengacher, Rhonda; Lockhart, Chris; Long, Chris; Maib, Brett; Marmesh, Karen; Maxfield, Curt; McCarthy, John; Michaels, Bradley; Middaugh, Melissa; Naito, Marilyn; Oldham, John; Patterson, Kristy; Quinby, Chris; Reid, Denise; Robinson, Laurie Arino; Ross, Misty; Schultz, John; Sims, Shaun; Thiel, Gary; Thomure, Tracy; Tiner, Travis; Tiner, Trevor; Tomassene, Charles; Vath, Sheree; Waite, Deborah; Walters, Ken; West, Conway; Wetch, Mike; White, Briann; Wroblewski, Scott; Zuffo, Mary
**Cc:** Hilliard, Gary
**Subject:** CSMP-communications
**Importance:** High

All,

It was great to see, meet and hang out with you all last week in Dallas. If you were not present, I hope to catch up with you in the future.

Regarding CSMP communications going forward, I would like to request your assistance. With the recent fines and ongoing attention being paid to this issue, it is quite possible that wholesalers will be under scrutiny for quite some time. <u>All communications regarding controlled substances will therefore be subject to subpoena and discovery.</u>

That said, please consider the following:
- Please include in the subject line of emails, customer name and/or acct#
  - This makes locating pertinent information easier
- Write information as if it were being viewed by the DEA (it just might be)
- Be complete and detailed...remember the 5 W's
  - Who, what, when, where and why
- Refrain from using the word "suspicious" in communications.
  - Once we deem an order and/or customer suspicious, McKesson is <u>required</u> to act. This means all controlled substances sales to that customer must cease and the DEA must be notified.
- Begin to get in the habit of documenting <u>ALL</u> conversations where controlled substances are concerned or discussed.
  - Phone, intrapersonal conversations with customers should be documented and retained at the DC. A standard form is being created, but until that time, a notepad etc will suffice.

There are 13.3 million reasons to do this. As Mark Walchirk and John Figueroa pointed out....We will not be fined again!
Thanks for your assistance and consideration.
TJ
**Tracy Jonas**
**Director of Regulatory Affairs**
**McKesson Pharmaceutical / West Region**
**Tolleson, AZ**
**Phone (623) 293-5144**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER　　　　MCKMDL00634271

Cell (602) 758-7957
tracy.jonas@mckesson.com

*Integrity - the things you do when no one is looking.*

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                                                                       MCKMDL00634272