**Exhibit 356** [replacing Dkt. #2357-21] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 356

| | |
|---|---|
| **From**: | Ganley, Joseph [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4411B9F500DD4EFF8059EC2159DD20C6-EEAL7Y1] |
| **Sent**: | 9/26/2017 6:51:09 PM |
| **To**: | Slone, Pete [pete.slone@mckesson.com]; Chasen, Kristin (Hunter) [kristin.chasen@mckesson.com]; Nelson, Jennifer [jennifer.nelson@mckesson.com] |
| **Subject**: | Re: Exec committee meeting recap |

"John Parker claims John Gray is adamant that the executive committee be the first among member company representatives to review."

This is literally the opposite of how it should work.

---

**From:** Slone, Pete
**Sent:** Tuesday, September 26, 2017 11:58:58 AM
**To:** Chasen, Kristin (Hunter); Ganley, Joseph; Nelson, Jennifer
**Subject:** Re: Exec committee meeting recap

Now that's not only frustrating but violative if the working arrangement. Your Comms group is the place to get it straightened out. We can discuss further. I'm also pleased to raise hell too.

Peter B. Slone
SVP Public Affairs
McKesson

---

**From:** Chasen, Kristin (Hunter)
**Sent:** Tuesday, September 26, 2017 11:53:43 AM
**To:** Ganley, Joseph; Nelson, Jennifer; Slone, Pete
**Subject:** RE: Exec committee meeting recap

John Parker and Reservoir built a full-blown proposal in a vacuum with no input from member companies despite our requests to a) be involved in the proposal development and b) get an advance copy of the final product so that we could help facilitate buy-in from our executives. John Parker claims John Gray is adamant that the executive committee be the first among member company representatives to review. It's my understanding that these materials were sent to Mark Walchirk and the Exec Committee on Wednesday, but even at that point, John Parker was hesitant to share with me (he finally did late in the week). The proposal is uninspired and does not incorporate any of the ideas we've discussed as a comms working group over the past couple of months. It is maddening.

Kristin Hunter Chasen
McKesson Corporation
415.983.8974 desk
415.377.3654 cell

---

**From:** Ganley, Joseph
**Sent:** Tuesday, September 26, 2017 8:13 AM
**To:** Nelson, Jennifer <Jennifer.Nelson@McKesson.com>; Slone, Pete <Pete.Slone@McKesson.com>; Chasen, Kristin (Hunter) <Kristin.Chasen@McKesson.com>
**Subject:** Re: Exec committee meeting recap

We did not and it's outrageous.

---

**From:** Nelson, Jennifer
**Sent:** Tuesday, September 26, 2017 11:06:02 AM
**To:** Slone, Pete; Ganley, Joseph; Chasen, Kristin (Hunter)
**Subject:** RE: Exec committee meeting recap

Definitely!

Question – did you guys get to see the Reservoir info before the meeting? John Parker wouldn't share it with Kristin or her ABC & CAH counterparts, which is crazy. How are we supposed to help prep our execs w/out any visibility into what they are being asked to consider/approve??

Jennifer

**From:** Slone, Pete
**Sent:** Sunday, September 24, 2017 9:15 PM
**To:** Ganley, Joseph <Joe.Ganley@McKesson.com>; Chasen, Kristin (Hunter) <Kristin.Chasen@McKesson.com>; Nelson, Jennifer <Jennifer.Nelson@McKesson.com>
**Subject:** Fwd: Exec committee meeting recap

Teamwork!!

Peter B. Slone
SVP Public Affairs
McKesson

---

From: Kelly, Patrick <pkelly@hda.org>
Sent: Sunday, September 24, 2017 8:55 PM
Subject: Exec committee meeting recap
To: Slone, Pete <pete.slone@mckesson.com>, <sean.callinicos@cardinalhealth.com>, <rmorton@amerisourcebergen.com>

Rita, Pete & Sean,

The Executive Committee just concluded its meeting.  Other than some procedural business regarding board member terms and approval of the 2018 projected budget, the bulk of the meeting focused on the Reservoir project and determining what HDA will do moving forward.

The outcome of the discussion was that HDA will move forward with a Public Relations Campaign for the immediate future.  However the specifics of that campaign were not determined.  Reservoir will be tasked with refining the proposal, based on the feedback they received during the meeting.  The Executive Committee will convene by conference call on Wednesday, October 4, to consider the refined list of tactics and the projected budget and timeline.

The Executive Committee also unanimously approved the PPC motion to allow HDA to support federal legislative initiatives to address the opioid epidemic - specifically H.R. 3528 (the Mullin/Clark mandatory e-prescribing bill)

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                       MCKMDL00586953

They also supported HDA working closely with our supply chain colleague organizations and with the creation of a task force of PPC member participants to exchange information about various legal, legislative and media initiatives.

The full Board will meet tomorrow.  Reservoir will present the same materials they did for the Executive Committee and be asked to provide any additional feedback.   The full Board must approve the PPC motion as well, but that will be a *pro forma* vote as they always accept Executive Committee recommendations.

I hope this is helpful.  Thanks for all your work.  We will be much more engaged on the drug abuse issue moving forward.

Let me know if you need any additional information.

Patrick

Sent from my iPad

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                 MCKMDL00586954