**Exhibit 364** [replacing Dkt. #2357-29] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3 Exhibit 364

| | |
|---|---|
| **From**: | Hunter, Kristin [/O=MCKESSON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EJIZ02S1BA] |
| **Sent**: | 11/7/2016 3:29:59 PM |
| **To**: | Slone, Pete [pete.slone@mckesson.com]; Ganley, Joseph [joe.ganley@mckesson.com] |
| **Subject**: | FW: FINAL on Opioid Talking Points |

Pete/Joe, fyi -- sounds like the Exec Meeting is scheduled for this afternoon? Have you heard anything from Mark?

Kristin


**Kristin Hunter**
Director, Corporate Communications / Media Relations
McKesson Corporation
415.983.8974  desk
415.377.3654  cell

---

**From:** Norton, Rita [mailto:RNorton@amerisourcebergen.com]
**Sent:** Monday, November 07, 2016 7:28 AM
**To:** Morford, Craig; Chou, John
**Cc:** Barry, Ellen; Schechter, Lori; Weissman, Gabriel; Hunter, Kristin; Callinicos, Sean; Clark, Gina
**Subject:** RE: FINAL on Opioid Talking Points

This is a good point and one that John Gray may have better insight on but I think it would be beneficial to distribute the document today so the other members will have time to digest.  They may become more comfortable with them understanding they are talking points only -- not for distribution -- and give them a better feel for how this has reflected on our industry as a whole with policymakers vs. just describing the situation on the call.

---

**From:** Morford, Craig [mailto:craig.morford@cardinalhealth.com]
**Sent:** Monday, November 07, 2016 9:57 AM
**To:** Chou, John
**Cc:** Barry, Ellen; Lori Schechter; Weissman, Gabriel; Hunter, Kristin; Callinicos, Sean; Clark, Gina; Norton, Rita
**Subject:** Re: FINAL on Opioid Talking Points

Given that the smaller distributors have not been a part of this up to this point is better for the Exec Committee to discuss and then provide the points after or get them in people's hands prior.  I was thinking the latter might work better, following up shortly after the call.  Thoughts?

Sent from my iPad

On Nov 7, 2016, at 8:39 AM, Chou, John <JChou@amerisourcebergen.com> wrote:

[ External Email ]
Thanks to all for the good work to pull this together.

Is there a plan to share this with John Gray or anyone else at HDA ahead of the Executive Committee call this afternoon?  If there is a desire for the Committee to give HDA some direction on the use of the talking points, it would be good to get them into HDA's hands ahead of time -- with some explanation.

Let us know if the group wants ABC to do anything on this front.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                     MCKMDL00590197

**From:** Barry, Ellen [mailto:ellen.barry@cardinalhealth.com]
**Sent:** Sunday, November 06, 2016 4:33 PM
**To:** Chou, John; Morford, Craig; 'Lori Schechter'; Weissman, Gabriel; Hunter, Kristin; Callinicos, Sean; Clark, Gina; Norton, Rita
**Subject:** FINAL on Opioid Talking Points

Good afternoon --

The attached incorporates edits from the various teams and thanks so much for everyone's quick attention. We tried to meld as much as possible each team's comments so hope that the final product serves us all. And, as noted in the document and during our discussion, this provides all of us with a set of talking points from which to choose as we reach out to various stakeholders.

We would suggest that each team send these through to the execs who will be participating in tomorrow's HDA call and use this as our baseline template.

Gabe and Kristin -- thanks for the suggestions on the outside consulting firms. I will circle back with you both tomorrow and we can make a plan.

Thanks again to all. Forgive me if I missed anyone on this email chain and please just send along to them.

Ellen

<image001.png>

**Ellen Barry**
SVP, Global Corporate Communications
7000 Cardinal Place, Dublin, OH 43017
614.553.3858 dir | 214.240.5147 mobile

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                           MCKMDL00590199