**Exhibit 413 & 430** [replacing Dkt. #2357-78 & 2357-95] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# RE: Coordination call today?

**From:**

"Kelly, Patrick" <pkelly@hdmanet.org>

**To:**

"Berkey, Ann" <ann.berkey@mckesson.com>

**Date:**

Mon, 24 Mar 2014 20:47:33 +0000

**Attachments:**

Status of H.R. 4069 (Final).doc (41.47 kB)

---

Ann,

Sorry to miss you. And sorry for short notice on the call.

The HDMA Executive Committee (EC) had a call last week (March 19) to discuss issues pertaining to drug abuse and diversion. Unfortunately Mark could not make the call, but was in attendance at the February 27 EC meeting where there was a pretty robust discussion about drug abuse and diversion issues – including the Marino/Blackburn bill. The Executive Committee agreed to meet monthly via telephone to discuss this issue.

During the call last week, the EC wanted HDMA to "take a quick pulse" of the EC members with regard to what they're hearing about the Marino/Blackburn bill and whether or not HDMA should continue to advocate for the bill. I think a couple of members have concerns about agitating DEA – which this bill is evidently doing.

John sent a memo (attached) to EC members on Friday regarding next steps on the Marino/Blackburn legislation. Mark should have received a copy Friday afternoon.

I wanted to make sure you were aware of this memo. Happy to fill you in if you need additional information.

I am going to try to reinstate a monthly coordination call – probably immediately after the EC calls so I can debrief you guys on what happens during the call.

Hope all is well.

Patrick

---

**From:** Berkey, Ann [mailto:Ann.Berkey@McKesson.com]
**Sent:** Monday, March 24, 2014 4:12 PM
**To:** Kelly, Patrick
**Cc:** Woodburn, Connie (Connie.Woodburn@cardinalhealth.com); rnorton@amerisourcebergen.com
**Subject:** Re: Coordination call today?

Just landed and have another call. Sorry

Sent from my iPhone

On Mar 24, 2014, at 10:54 AM, "Kelly, Patrick" < > wrote:

> Ann, Connie and Rita,
>
> Well, it looks like we had some challenges finding a time that worked for everyone.
>
> Can we possibly to a quick call at 4:00 today? If not, I can fill everyone in via email regarding a discussion the Executive Committee had last week on the topic of drug abuse/diversion – specifically with regard to the Marino Blackburn legislation.
>
> Let me know if 4:00 works.
>
> Patrick
>
> ................................................................
> Patrick M. Kelly
> Executive Vice President, Government Affairs
> Healthcare Distribution Management Association
> (703) 885-0233
> Fax: (703) 812-5282
> www.HealthcareDistribution.org

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00651560