**Exhibit 611** [replacing Dkt. #2371-67] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 611

## RE: CSMP: Caremark

From:

"Dolan, Anthony" <anthony.dolan@mckesson.com>

To:

"Thomet, Elaine" <elaine.thomet@mckesson.com>, "de Gutierrez-Mahoney, Bill" <bill.mahoney@mckesson.com>, "Johns, Sarah" <sarah.johns@mckesson.com>, "Schmidt, Stephen" <stephen.schmidt@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>

Cc:

"McKenna, Ned" <ned.mckenna@mckesson.com>, "Terrell, Ricky" <ricky.terrell@mckesson.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>

Date:

Thu, 26 Feb 2009 19:12:31 +0000

Hello Bill,

Thanks for reviewing this information and for your help.

If we are shipping these products from the RDC, to a production facility such as a reputable mail-order facility, with a great deal of oversight, could we possibly encounter problems with the DEA?

My guess is that Caremark is not processing a disproportionate increase in Oxycontin prescriptions in relationship to their overall volume, they are just changing their sourcing due to supply issues from various manufacturers. I believe that with our traditional retail DSD customers, increases in demand are tied to increases in prescription volume rather than shifting of suppliers.

If the DEA were to investigate would they not be reviewing he overall dispensing information of a product line rather than shifts in the supply chain?

Would it make things easier for McKesson if we received an e-mail from Caremark stating that they are simply shifting their supply pipeline?

Just let us know and we can follow up to make this process easier.

Anthony


Anthony F. Dolan
Vice President Strategic Solutions

McKesson Corporation
McKesson National Accounts
9700 SW Commerce Circle
Wilsonville, OR  97070

(800) 210-6371
(503) 685-7620
(503) 682-1980 Fax
anthony.dolan@mckesson.com

**www.mckesson.com**


\~ _____
**From:** Thomet, Elaine
**Sent:** Thursday, February 26, 2009 10:59 AM
**To:** de Gutierrez-Mahoney, Bill; Johns, Sarah; Schmidt, Stephen; Oriente, Michael
**Cc:** Dolan, Anthony; McKenna, Ned; Terrell, Ricky; Bishop, Micheal
**Subject:** RE: CSMP: Caremark


Much appreciated Bill. However, would you consider a temporary increase this month? That would help greatly with our sensitive relationship with CVS right now and we could address your concerns with them at our next opportunity.

Thanks,

Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

\~ _____
**From:** de Gutierrez-Mahoney, Bill
**Sent:** Thursday, February 26, 2009 10:52 AM
**To:** Thomet, Elaine; Johns, Sarah; Schmidt, Stephen; Oriente, Michael

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                   MCKMDL00632825

**Cc:** Dolan, Anthony; McKenna, Ned; Terrell, Ricky; Bishop, Micheal
**Subject:** RE: CSMP: Caremark

\~

Elaine—

\~

I have increased the Caremark thresholds again for all base code-warehouse locations except for oxycodone.  They have already exceeded three significant increases on that this month.  I was also more than responsive to the forecast info provided to Sarah by her contact (Harrington?).  Their oxy consumption MTD has exceeded their forecast by a factor of 3+.

\~

\~

Bill

\~

\~ _____
**From:** Thomet, Elaine
**Sent:** Thursday, February 26, 2009 1:11 PM
**To:** Johns, Sarah; de Gutierrez-Mahoney, Bill; Schmidt, Stephen; Oriente, Michael
**Cc:** Dolan, Anthony; McKenna, Ned; Terrell, Ricky; Bishop, Micheal
**Subject:** RE: CSMP: Caremark

\~

Team,

\~

As a reminder, CVS HQ is monitoring all CVS/Caremark threshold requests that we are presenting to them.  I saw several Miramar omits on today's report and Sarah indicated she's reviewing with the customer since Bill had made several increases already this month.  While Caremark was fine with that review process, I can guarantee CVS will not be.  Remember, this is essentially one account now and we've established Michael Oriente as the CVS CSMP contact.

\~

I would like to avoid another call from Deb Farrell to Brian Whalen on this topic.

\~

I will see about scheduling a call for us to discuss the new threshold review process for CVS.  Ideally, we make all increases internally as we've been doing.  In the situation where there is a true cause for concern, then I believe Bill and Michael should discuss and Michael can add it to his running CVS threshold inquiry list.

Thanks,

Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

\~ _____
**From:** Thomet, Elaine
**Sent:** Tuesday, February 17, 2009 8:29 AM
**To:** Johns, Sarah; Bishop, Micheal
**Cc:** Dolan, Anthony; McKenna, Ned; Terrell, Ricky; Schmidt, Stephen; de Gutierrez-Mahoney, Bill
**Subject:** RE: CSMP: Caremark

\~

So the good news is it's resolved. There are no CVS/Caremarks currently being omitted?  Thanks Bill.

Next I will schedule the call with the DRAs to review the new CVS process.  So that both CVS and CVS/Caremark are managed accordingly.  Shouldn't change much for Caremark.

Thanks,

Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidenti