**Exhibit 612** [replacing Dkt. #2371-68] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendants

PSJ3

Exhibit 612

**MCKESSON**
*Empowering Healthcare*

## <u>RNA -Threshold Change/Level 1 Form</u>

### *NOTE: Areas in Bold are MANDATORY *

Date:<u>4-28-10</u>        **Submitted by** <u>Steve Schmidt</u>        Home DC

**Request for threshold change Y/N?**___**Temp/Perm?** _____  **Level 1 Notification?**___
Anticipated Effective Date:_____                                      (Attach list if necessary)

| **Customer Name:** **See list** | **Corporate Contact Name:**_____ |
|---|---|
| **Address:** ____ | **Title:**____ |
| ____ | **Phone:**____ |
| ____ | **Has account reached monthly threshold Y/N?** __ |
| **DEA number:**____ | **Has Level One been conducted Y/N?** __ |
| **Customer Account number:**_____ | **If contact different than above, List here:**____ |

<u>Provide Economost number, Description or Base Code</u>      <u>Dosage amount or percentage</u>
1. CS requested:<u>See list</u>                               +/- amount<u>+15.00%</u>
2. CS requested:_____                               +/- amount_____
3. CS requested:_____                               +/- amount_____
4. CS requested:_____                               +/- amount_____
5. CS requested:_____                               +/- amount_____

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs.  For now these threshold increases are considered reasonable."
<u>McKesson use only</u>
  1. Has threshold been changed on the same product within the last three months?
  2. If Yes, List dates:
Current Threshold
  1.
  2.
  3.
  4.
  5.

**Approval/Denial Approved**   **by:**

DC Management <u>Jake Kramer</u>                               Date: <u>4/28/10</u>

Regulatory <u>Tom McDonald</u>                               Date: <u>4-28-10</u>

RNA TCR CVS Multi 4-28-10.docRNA TCR CVS Multi 4-28-10.doc

MCK 000495

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                MCKMDL00000497

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % | New Threshold |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 9143 | OXYCODONE | 11000 | 10934 | 99.4 | 13000 |

MCK 000496

MCKMDL00000498

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**MCKESSON**
*Empowering Healthcare*

# RNA -Threshold Change/Level 1 Form

### *NOTE: Areas in Bold are MANDATORY *

Date:1-20-10          **Submitted by** Steve Schmidt          Home DC

**Request for threshold change Y/N?**____**Temp/Perm?**_____     **Level 1 Notification?**___
Anticipated Effective Date:_____                                           (Attach list if necessary)

| Customer Name:   See list | Corporate Contact Name:____ |
|---|---|
| Address:               ____ | Title:____ |
|                        ____ | Phone:____ |
|                        | Has account reached monthly threshold Y/N?____ |
| DEA number:____ | Has Level One been conducted Y/N? __ |
| Customer Account number:____ | If contact different than above, List here:____ |

Provide Economost number, Description or Base Code    Dosage amount or percentage
1. CS requested:See list                          +/- amount+15.00%
2. CS requested:_____                            +/- amount_____
3. CS requested:_____                            +/- amount_____
4. CS requested:_____                            +/- amount_____
5. CS requested:_____                            +/- amount_____

**Reason for requested change (BE SPECIFIC, include supporting documentation):**
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs.  For now these threshold increases are considered reasonable."
McKesson use only
    1.  Has threshold been changed on the same product within the last three months?
    2.  If Yes, List dates:
Current Threshold
    1.
    2.
    3.
    4.
    5.

**Approval/Denial Approved**    **by:**

DC Management Jake Kramer                                    Date: 1/21/10

Regulatory Michael Oriente                              Date: 1-20-10

RNA TCR CVS Multi 1-20-10.docRNA TCR CVS Multi 1-20-10.doc

MCK 000497

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000500

MCK 000498

| Home DC | Reg DC | Chain | License | Account | Name |
|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM1634220 | 804082 | CVS PHCY 8944A |
| 8147 | 8147 | 815 | BC2586949 | 839385 | CVS PHCY 9695B |
| 8147 | 8147 | 815 | BC6694828 | 836463 | CVS PHCY 9624B |
| 8147 | 8147 | 815 | BC2586329 | 819402 | CVS PHCY 8839B |
| 8147 | 8147 | 815 | BC2365826 | 819116 | CVS PHCY 8812B |
| 8147 | 8147 | 815 | BC6460721 | 837547 | CVS PHCY 9562B |
| 8147 | 8147 | 815 | BC2584628 | 829100 | CVS PHCY 9165B |
| 8147 | 8147 | 815 | BC6753231 | 837972 | CVS PHCY 9583B |
| 8170 | 8170 | 815 | BC6818352 | 842119 | CVS PHCY 9283B |
| 8170 | 8170 | 815 | BC8231576 | 66587 | CVS PHCY 0086B |
| 8170 | 8170 | 815 | BC6818352 | 842119 | CVS PHCY 9283B |
| 8170 | 8170 | 815 | BC8231643 | 562908 | CVS PHCY 0017B |

| Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|
| 9143 | OXYCODONE | 8000 | 6600 | 82.5 |
| 9143 | OXYCODONE | 8000 | 7100 | 88.75 |
| 1100 | AMPHETAMINE | 6900 | 6100 | 88.41 |
| 9050 | CODEINE-N-OXIDE | 7000 | 6000 | 85.71 |
| 2285 | PHENOBARBITAL | 5000 | 4200 | 84 |
| 9050 | CODEINE-N-OXIDE | 6000 | 5000 | 83.33 |
| 9143 | OXYCODONE | 9200 | 7600 | 82.61 |
| 9050 | CODEINE-N-OXIDE | 5000 | 4032 | 80.64 |
| 1100 | AMPHETAMINE | 5000 | 5000 | 100 |
| 9143 | OXYCODONE | 26400 | 26336 | 99.76 |
| 9143 | OXYCODONE | 16000 | 15917 | 99.48 |
| 1100 | AMPHETAMINE | 6000 | 5600 | 93.33 |

**McKESSON**

*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N_Y_          Anticipated Effective Date:_4-16-09_

Date:_4-16-09_

Customer Name:   _See list_
Address:             _____
                        _____
                        _____
DEA number:_____
Customer Account number:_____

Provide Economost number, Description, NDC or Base Code      Change in selling unit or percentage
1.  CS requested:_See list_                 Increase amount_15%_
2.  CS requested:_____                      Increase amount_____
3.  CS requested:_____                      Increase amount_____
4.  CS requested:_____                      Increase amount_____
5.  CS requested:_____                      Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs.  For now these threshold increases are considered reasonable."

McKesson use only
   1.  Date of last site visit/observation._____
   2.  Questionnaire and Declaration on file?                Date:_____
   3.  Permanent or Temporary threshold change?
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By:  _____                                         Date:  _____

**Approved by:**

DCM _____                                                 Date: _____

Sales _____                                               Date: _____

Threshold Change FormCVS4-16-09.doc

MCK 000499

Confidential Material Exempt
From Disclosure Under FOIA

**MᶜKESSON**

*Empowering Healthcare*

Regulatory _____                          Date: _____

Threshold Change FormCVS4-16-09.doc

Confidential Material Exempt
From Disclosure Under FOIA

MCK 000500

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                          MCKMDL00000502

MCK 000501

MCKMDL00000503

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 2882 | ALPRAZOLAM | 9200 | 8000 | 86.96 | 10580 |
| 8170 | 8170 | 815 | BC8570245 | 381441 | CVS PHCY 8420B | 9300 | MORPHINE | 8050 | 8000 | 99.38 | 9257 |
| 8180 | 8180 | 815 | BC0285038 | 842985 | CVS PHCY 8624A | 9300 | MORPHINE | 6000 | 5300 | 88.33 | 6900 |

**McKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N̲Y̲          Anticipated Effective Date:4-17-09

Date:4-17-09

Customer Name:    See list
Address:          _____
                  _____
                  _____

DEA number:_____
Customer Account number:_____

Provide Economost number, Description, NDC or Base Code    Change in selling unit or percentage
1. CS requested:See list                    Increase amount15%
2. CS requested:_____                       Increase amount_____
3. CS requested:_____                       Increase amount_____
4. CS requested:_____                       Increase amount_____
5. CS requested:_____                       Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs. For now these threshold increases are considered reasonable."

McKesson use only
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?          Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By:  _____                    Date: _____

**Approved by:**

DCM _____                          Date: _____

Sales _____                          Date: _____

Threshold Change FormCVS4-17-09.doc

MCK 000502

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                    MCKMDL00000504

**MᶜKESSON**

*Empowering Healthcare*

Regulatory _____                          Date: _____

Threshold Change FormCVS4-17-09.doc

Confidential Material Exempt
From Disclosure Under FOIA

MCK 000503

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000505

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|---|
| 8115 | 8115 | 815 | FC0865937 | 118517 | CVS PHCY 3234B | 9193 | HYDROCODONE | 11000 | 11000 | 100 |
| 8170 | 8170 | 815 | BC8570245 | 381441 | CVS PHCY 8420B | 9300 | MORPHINE | 8050 | 8000 | 99.38 |
| 8165 | 8165 | 815 | BC5359446 | 268192 | CVS PHCY 7682B | 1100 | AMPHETAMINE | 6000 | 5600 | 93.33 |
| 8165 | 8165 | 815 | BC5360932 | 88207 | CVS PHCY 7237B | 1100 | AMPHETAMINE | 7000 | 6400 | 91.43 |
| 8180 | 8180 | 815 | BC0285038 | 842985 | CVS PHCY 8624A | 9300 | MORPHINE | 6000 | 5300 | 88.33 |
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 2882 | ALPRAZOLAM | 9200 | 8000 | 86.96 |
| 8147 | 8147 | 815 | BC7124023 | 819155 | CVS PHCY 8814B | 9300 | MORPHINE | 6000 | 5203 | 86.72 |

MCK 000504

MCKMDL00000506

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**McKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>4-14-09</u>

Date:<u>4-14-09</u>

Customer Name:   <u>See list</u>
Address:          _____
                  _____
                  _____
DEA number:_____
Customer Account number:_____

Provide Economost number, Description, NDC or Base Code      Change in selling unit or percentage
1. CS requested:<u>See list</u>                        Increase amount<u>15%</u>
2. CS requested:_____                            Increase amount_____
3. CS requested:_____                            Increase amount_____
4. CS requested:_____                            Increase amount_____
5. CS requested:_____                            Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will provide CVS a list of any location requiring CVS validation prior to further TCRs.  For now these threshold increases are considered reasonable."

<u>McKesson use only</u>
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?          Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By:  _____                          Date: _____

**Approved by:**

DCM _____                                  Date: _____

Sales _____                                Date: _____

Threshold Change Form CVS4-14-09.doc

MCK 000505

Confidential Material Exempt
From Disclosure Under FOIA

**MᶜKESSON**

*Empowering Healthcare*

Regulatory <u>Tom McDonald</u>                    Date: <u>4-14-09</u>

Threshold Change FormCVS4-14-09.doc

MCK 000506

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                    MCKMDL00000508

MCK 000507

MCKMDL00000509

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL–SUBJECT TO MDL 2804 PROTECTIVE ORDER

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % | Increase to |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 2882 | ALPRAZOLAM | 8000 | 8000 | 100 | 9200 |
| 8147 | 8147 | 815 | BC2584527 | 831616 | CVS PHCY 9479B | 1100 | AMPHETAMINE | 7000 | 6900 | 98.57 | 8050 |
| 8170 | 8170 | 815 | BC8570245 | 381441 | CVS PHCY 8420B | 9300 | MORPHINE | 7000 | 7000 | 100 | 8050 |

**M°KESSON**

*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request Y/NY        Anticipated Effective Date:3-27-09

Date:3-27-09

Customer Name:   See list
Address:
_____
_____
_____

DEA number:_____
Customer Account number:_____

Provide Economost number, Description, NDC or Base Code    Change in selling unit or percentage
1.  CS requested:See list              Increase amount15%
2.  CS requested:_____              Increase amount_____
3.  CS requested:_____              Increase amount_____
4.  CS requested:_____              Increase amount_____
5.  CS requested:_____              Increase amount_____

Reason for change (attach supporting documentation):
"Per the process agreed to with McKesson and the CVS Loss Prevention Team 2/6/09, Michael Oriente will
provide CVS a list of any location requiring CVS validation prior to further TCRs.  For now these threshold
increases are considered reasonable."

McKesson use only
   1.  Date of last site visit/observation._____
   2.  Questionnaire and Declaration on file?               Date:_____
   3.  Permanent or Temporary threshold change?
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By: _____                            Date: _____

**Approved by:**

DCM _____                              Date: _____

Sales _____                              Date: _____

Threshold Change FormCVS3-27-09 (2).doc

MCK 000508

Confidential Material Exempt
From Disclosure Under FOIA

**MSKESSON**

*Empowering Healthcare*

Regulatory <u>Tom McDonald</u>

Date: <u>3-30-09</u>

Threshold Change FormCVS3-27-09 (2).doc

Confidential Material Exempt
From Disclosure Under FOIA

MCK 000509

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000511

MCK 000510

MCKMDL00000512

| DRA | Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 8115 | 8115 | 815 | BC5350385 | 213156 | CVS PHCY 6741B | 9250 | METHADONE | 7000 | 6100 | 87 |
| Bill | 8115 | 8115 | 815 | BC5350715 | 497126 | CVS PHCY 6893B | 9143 | OXYCODONE | 8000 | 7000 | 88 |
| Bill | 8115 | 8115 | 815 | BC5352264 | 532877 | CVS PHCY 7108B | 1100 | AMPHETAMINE | 7000 | 6300 | 90 |
| Bill | 8115 | 8115 | 815 | BC5361100 | 253968 | CVS PHCY 7293B | 1100 | AMPHETAMINE | 9600 | 8400 | 88 |
| Bill | 8115 | 8115 | 815 | BC5354876 | 819056 | CVS PHCY 7486B | 1100 | AMPHETAMINE | 5000 | 4950 | 99 |
| Bill | 8115 | 8115 | 815 | BC5359244 | 884647 | CVS PHCY 7645B | 9300 | MORPHINE | 5000 | 4500 | 90 |
| Bill | 8149 | 8149 | 815 | FM1277359 | 724109 | CVS PHCY 4997A | 1724 | METHYLPHENIDATE | 8000 | 6980 | 87 |
| Bill | 8165 | 8165 | 815 | BC5359650 | 687730 | CVS PHCY 7742B | 1100 | AMPHETAMINE | 6000 | 5300 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 807067 | CVS LA HABRA TEST | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 807067 | CVS LA HABRA TEST | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829241 | CVS LA HABRA-BRAND | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829241 | CVS LA HABRA-BRAND | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829297 | CVS LA HABRA-BRAND CTRL | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829297 | CVS LA HABRA-BRAND CTRL | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829319 | CVS LA HABRA-REFRIGERATED | 4187 | TESTOSTERONE | 101000 | 89260 | 88 |
| Bill | 8194 | 8194 | 936 | RC0347725 | 829319 | CVS LA HABRA-REFRIGERATED | 9411 | NALOXONE | 85000 | 73440 | 86 |
| Dave | 8109 | 8109 | 815 | BC6397752 | 817291 | CVS PHCY 8651A | 1724 | METHYLPHENIDATE | 10120 | 9230 | 91 |
| Tom | 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 9143 | OXYCODONE | 15600 | 13600 | 87 |
| Tom | 8131 | 8131 | 815 | FM0755390 | 585706 | CVS PHCY 5305A | 9300 | MORPHINE | 5000 | 4300 | 86 |
| Tom | 8147 | 8147 | 815 | BC5102506 | 819332 | CVS PHCY 8838B | 1100 | AMPHETAMINE | 6000 | 5200 | 87 |
| Tom | 8147 | 8147 | 815 | BC2586658 | 824648 | CVS PHCY 8871B | 1724 | METHYLPHENIDATE | 9000 | 7730 | 86 |
| Tom | 8147 | 8147 | 815 | BC2586658 | 824648 | CVS PHCY 8871B | 1100 | AMPHETAMINE | 14000 | 13450 | 96 |
| Tom | 8147 | 8147 | 815 | BC2584539 | 828247 | CVS PHCY 9111B | 1100 | AMPHETAMINE | 7200 | 6800 | 94 |
| Tom | 8147 | 8147 | 815 | BC2584577 | 829050 | CVS PHCY 9145B | 9193 | HYDROCODONE | 20000 | 19800 | 99 |
| Tom | 8147 | 8147 | 815 | BC2584503 | 829112 | CVS PHCY 9173B | 9193 | HYDROCODONE | 13000 | 11248 | 87 |
| Tom | 8147 | 8147 | 815 | BC2586648 | 839291 | CVS PHCY 9683B | 9193 | HYDROCODONE | 22000 | 19200 | 87 |
| Tom | 8147 | 8147 | 815 | BC2586331 | 840630 | CVS PHCY 9799B | 9143 | OXYCODONE | 8000 | 6900 | 86 |
| Tom | 8147 | 8147 | 815 | BC2586331 | 840630 | CVS PHCY 9799B | 9300 | MORPHINE | 5000 | 4508 | 90 |
| Tom | 8147 | 8147 | 815 | BC2586177 | 840690 | CVS PHCY 9849B | 9193 | HYDROCODONE | 16100 | 14000 | 87 |
| Tom | 8170 | 8170 | 815 | BC8231843 | 562908 | CVS PHCY 0017B | 1100 | AMPHETAMINE | 5000 | 4600 | 92 |
| Tom | 8170 | 8170 | 815 | BC3490555 | 841568 | CVS PHCY 9232B | 9143 | OXYCODONE | 13000 | 11400 | 88 |

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**M̆CKESSON**

*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/NY        Anticipated Effective Date:12/15/08

Date:12/15/08

Customer Name:    CVS
Address:          5301, 5302, 5305, 5307
                  _____
                  _____

DEA number:_____
Customer Account number:many

<u>Provide Economost number, Description, NDC or Base Code</u>    <u>Change in selling unit or percentage</u>
1.  CS requested:9193                Increase amount30%
2.  CS requested:_____               Increase amount_____
3.  CS requested:_____               Increase amount_____
4.  CS requested:_____               Increase amount_____
5.  CS requested:_____               Increase amount_____

Reason for change (attach supporting documentation):
National adjustment due to the vast number of increases needed during a shortage and demand shift, per Don
Walker and the DRA team.

<u>McKesson use only</u>
  1.  Date of last site visit/observation._____
  2.  Questionnaire and Declaration on file?            Date:_____
  3.  Permanent or Temporary threshold change?perm
  4.  Has threshold been changed on the same product within the last three months?

Current Threshold
  1.   various
  2.
  3.
  4.
  5.

Denied By:  _____                    Date: _____

**Approved by:**

DCM _____                            Date: _____

Sales _____                          Date: _____

Threshold Change Form 12-15-2008.doc

MCK 000511

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER        MCKMDL00000513

**MᶜKESSON**
*Empowering Healthcare*

Regulatory <u>dg</u>                                      Date: <u>12-15-08</u>

Threshold Change Form 12-15-2008.doc

MCK 000512

Confidential Material Exempt
From Disclosure Under FOIA

**Kramer, Jake**

| | |
|---|---|
| **From:** | Gustin, Dave |
| **Sent:** | Wednesday, December 17, 2008 8:10 AM |
| **To:** | #PGDCM |
| **Cc:** | de Gutierrez-Mahoney, Bill; Oriente, Michael; Jonas, Tracy |
| **Subject:** | FW: could you do me a favor. |
| **Attachments:** | Threshold Change Form.doc |

All;

On Nov 28 I was sent requests by Michael for over 200 Thresholds to get 30% increases for various National accts. The attached TCR form covers all RNA increases made that date. Please sign and file. This is not routine but I was the only DRA on and so my time was spent making the changes and I may have missed some email's to the DCs.  Include a copy of this email along with the TCR in the file. Thanks for your patience and understanding.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Bishop, Micheal
**Sent:** Wednesday, December 17, 2008 9:56 AM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

Dave



Threshold Change
Form.doc (64 ...

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

1

MCK 000513

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER          MCKMDL00000515

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

**From:** Gustin, Dave
**Sent:** Wednesday, December 17, 2008 8:49 AM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

Yep....11/28

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 5:16 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

This is the Thanksgiving increases?

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

**www.mckesson.com**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

2

MCK 000514

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000516

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 3:01 PM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

I just need a TCR from you signed and dated the 30th. I will use it for the 30% increases I made for the RNAs that day after you emailed me all those reports.  Thx

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 4:00 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

I am...meeting for next 30

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

3

MCK 000515

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000517

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 2:59 PM
**To:** Bishop, Micheal
**Subject:** could you do me a favor.

Are you in today?

Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information.  Any unauthorized review, use, disclosure or distribution
is prohibited.  If you are not the intended recipient, please contact the sender
by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

4

MCK 000516

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000518

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>        Anticipated Effective Date:<u>11/28/2008</u>

Date:<u>11/28/2008</u>

Customer Name:  <u>Various RNA Customers - See attachment</u>
Address:        _____    <i>CVS 5307</i>
                _____
                _____

DEA number:_____
Customer Account number:<u>See attachment</u>

<u>Provide Economost number, Description, NDC or Base Code</u>      <u>Change in selling unit or percentage</u>
1.  CS requested:<u>Various</u>                      Increase amount<u>30% increase</u>
2.  CS requested:_____                      Increase amount_____
3.  CS requested:_____                      Increase amount_____
4.  CS requested:_____                      Increase amount_____
5.  CS requested:_____                      Increase amount_____

Reason for change (attach supporting documentation):
Increase due to Thanksgiving holiday - 30% increase


<u>McKesson use only</u>
   1.  Date of last site visit/observation._____
   2.  Questionnaire and Declaration on file?          Date:_____
   3.  Permanent or Temporary threshold change?perm
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.   various
   2.
   3.
   4.
   5.

Denied By: _____                          Date: _____

**Approved by:**

DCM _____                                 Date: _____

Sales _____                               Date: _____

Regulatory <u>dg</u>                    Date: <u>11/28/08</u>
Threshold Change Form.doc

MCK 000517

Confidential Material Exempt
From Disclosure Under FOIA

**Kramer, Jake**

| | |
|---|---|
| **From:** | Gustin, Dave |
| **Sent:** | Wednesday, December 17, 2008 8:10 AM |
| **To:** | #PGDCM |
| **Cc:** | de Gutierrez-Mahoney, Bill; Oriente, Michael; Jonas, Tracy |
| **Subject:** | FW: could you do me a favor. |
| **Attachments:** | Threshold Change Form.doc |

All;
On Nov 28 I was sent requests by Michael for over 200 Thresholds to get 30% increases for various National accts. The attached TCR form covers all RNA increases made that date. Please sign and file. This is not routine but I was the only DRA on and so my time was spent making the changes and I may have missed some email's to the DCs.  Include a copy of this email along with the TCR in the file. Thanks for your patience and understanding.

```
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use
of the intended recipient(s) and may contain confidential and privileged information.  Any
unauthorized review, use, disclosure or distribution is prohibited.  If you are not the
intended recipient, please contact the sender by reply e-mail and destroy all copies of the
original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834
```

---

**From:** Bishop, Micheal
**Sent:** Wednesday, December 17, 2008 9:56 AM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

Dave



Threshold Change
Form.doc (64 ...

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

1

MCK 000518

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000520

·www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Gustin, Dave
**Sent:** Wednesday, December 17, 2008 8:49 AM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

Yep....11/28

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

---

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 5:16 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

This is the Thanksgiving increases?

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

MCK 000519

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                    MCKMDL00000521

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 3:01 PM
**To:** Bishop, Micheal
**Subject:** RE: could you do me a favor.

I just need a TCR from you signed and dated the 30th. I will use it for the 30% increases I made for the RNAs that day after you emailed me all those reports.  Thx

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

**From:** Bishop, Micheal
**Sent:** Tuesday, December 16, 2008 4:00 PM
**To:** Gustin, Dave
**Subject:** RE: could you do me a favor.

I am...meeting for next 30

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process

**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

3

Confidential Material Exempt
From Disclosure Under FOIA

MCK 000520

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000522

**From:** Gustin, Dave
**Sent:** Tuesday, December 16, 2008 2:59 PM
**To:** Bishop, Micheal
**Subject:** could you do me a favor.

Are you in today?

Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information.  Any unauthorized review, use, disclosure or distribution
is prohibited.  If you are not the intended recipient, please contact the sender
by reply e-mail and destroy all copies of the original message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

4

MCK 000521

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000523

**MᶜKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N <u>Y</u>        Anticipated Effective Date:<u>11/28/2008</u>

Date:<u>11/28/2008</u>

Customer Name:  <u>Various RNA Customers - See attachment</u>
Address:              _____
                          _____
                          _____

DEA number:_____
Customer Account number:<u>See attachment</u>

<u>Provide Economost number, Description, NDC or Base Code</u>     <u>Change in selling unit or percentage</u>
1.  CS requested:<u>Various</u>              Increase amount<u>30% increase</u>
2.  CS requested:_____              Increase amount_____
3.  CS requested:_____              Increase amount_____
4.  CS requested:_____              Increase amount_____
5.  CS requested:_____              Increase amount_____

Reason for change (attach supporting documentation):
Increase due to Thanksgiving holiday - 30% increase

<u>McKesson use only</u>
   1.  Date of last site visit/observation._____
   2.  Questionnaire and Declaration on file?          Date:_____
   3.  Permanent or Temporary threshold change?perm
   4.  Has threshold been changed on the same product within the last three months?

Current Threshold
   1.  various
   2.
   3.
   4.
   5.

Denied By:  _____                              Date: _____

**Approved by:**

DCM _____                                       Date: _____

Sales _____                                      Date: _____

Regulatory <u>dg</u>                        Date: <u>11/28/08</u>

Threshold Change Form.doc

MCK 000522

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER                    MCKMDL00000524

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N**Y**          Anticipated Effective Date:**12/15/08**

Date:**12/15/08**

Customer Name:   **CVS**
Address:          _____
                  _____
                  _____

DEA number:_____
Customer Account number:**many**

Provide Economost number, Description, NDC or Base Code     Change in selling unit or percentage
1. CS requested:**9193**                    Increase amount**30%**
2. CS requested:_____                      Increase amount_____
3. CS requested:_____                      Increase amount_____
4. CS requested:_____                      Increase amount_____
5. CS requested:_____                      Increase amount_____

Reason for change (attach supporting documentation):
National adjustment due to the vast number of increases needed during a shortage and demand shift, per Don Walker and the DRA team.

McKesson use only
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?                    Date:_____
3. Permanent or Temporary threshold change?**perm**
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1. various
2.
3.
4.
5.

Denied By: _____                           Date: _____

**Approved by:**

DCM _____                                  Date: _____

Sales _____                                Date: _____

Threshold Change Form05_20_08.doc

MCK 000523

Confidential Material Exempt
From Disclosure Under FOIA

**M<sup>c</sup>KESSON**

*Empowering Healthcare*

Regulatory dg

Date: <u>12-15-08</u>

Threshold Change Form05_20_08.doc

MCK 000524

Confidential Material Exempt
From Disclosure Under FOIA

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00000526

**MᶜKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N<u>Y</u>          Anticipated Effective Date:<u>11-25-08</u>

Date:<u>11-26-08</u>

Customer Name:   <u>FM0755299      442358      CVS PHCY 5302A</u>
Address:                       <u>———</u>
                                     <u>———</u>
                                     <u>———</u>
DEA number:<u>_____</u>
Customer Account number:<u>_____</u>

| Provide Economost number, Description, NDC or Base Code | Change in selling unit or percentage |
|---|---|
| 1. CS requested:<u>9300</u> | Increase amount<u>30%</u> |
| 2. CS requested:<u>_____</u> | Increase amount<u>_____</u> |
| 3. CS requested:<u>_____</u> | Increase amount<u>_____</u> |
| 4. CS requested:<u>_____</u> | Increase amount<u>_____</u> |
| 5. CS requested:<u>_____</u> | Increase amount<u>_____</u> |

Reason for change (attach supporting documentation):
Per the agreement between CVS and McKesson approved by Don Walker on Sept 25 to temporarily withhold threshold monitoring until CVS analyzed requested data.

<u>McKesson use only</u>
1. Date of last site visit/observation.<u>_____</u>
2. Questionnaire and Declaration on file?                Date:<u>_____</u>
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By:  <u>_____</u>                                           Date:  <u>_____</u>

**Approved by:**

DCM <u>Jake Kramer</u>                                     Date: <u>November 26, 2008</u>

Sales <u>_____</u>                                              Date:  <u>_____</u>

Threshold Change FormCVS11-25-08.doc

MCK 000525

Confidential Material Exempt
From Disclosure Under FOIA

# M⁔KESSON

*Empowering Healthcare*

Regulatory <u>Tracy Jonas</u>                                        Date: <u>November 26, 2008</u>

Threshold Change FormCVS11-25-08.doc

MCK 000526

Confidential Material Exempt
From Disclosure Under FOIA

**MCKESSON**
*Empowering Healthcare*

# Threshold Change Form

Immediate Change Request  Y/N**Y**          Anticipated Effective Date:**11-25-08**

Date:**11-25-08**

Customer Name:   **CVS Phcy 5301A**
Address:              **1311 Grand Ave**
                          **Billings, MT 59102**

DEA number:**FM0755364**
Customer Account number:**170206**

Provide Economost number, Description, NDC or Base Code          Change in selling unit or percentage
1. CS requested:**See list**                          Increase amount**30%**
2. CS requested:_____                             Increase amount_____
3. CS requested:_____                             Increase amount_____
4. CS requested:_____                             Increase amount_____
5. CS requested:_____                             Increase amount_____

Reason for change (attach supporting documentation):
Per the agreement between CVS and McKesson approved by Don Walker on Sept 25 to temporarily withhold threshold monitoring until CVS analyzed requested data.

McKesson use only
1. Date of last site visit/observation._____
2. Questionnaire and Declaration on file?                    Date:_____
3. Permanent or Temporary threshold change?
4. Has threshold been changed on the same product within the last three months?

Current Threshold
1.
2.
3.
4.
5.

Denied By: _____                                         Date: _____

**Approved by:**

DCM **Jake Kramer**                                      Date: **11/25/08**

Sales _____                                              Date: _____

Threshold Change FormCVS11-25-08 (2).doc

MCK 000527

Confidential Material Exempt
From Disclosure Under FOIA

Regulatory <u>Tracy Jonas</u>

# MᶜKESSON
*Empowering Healthcare*

Date: <u>November 25, 2008</u>

Threshold Change FormCVS11-25-08 (2).doc

MCK 000528

Confidential Material Exempt
From Disclosure Under FOIA

MCKMDL00000530