**Exhibit 613** [replacing Dkt. #2371-69] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 613

**From:** Thomet, Elaine [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=ELAINE THOMET]
**Sent:** 11/2/2012 2:13:20 PM
**To:** Jefferies, Dan [dan.jefferies@mckesson.com]; Anderson, Perry [perry.anderson@mckesson.com]
**CC:** Schmidt, Stephen [stephen.schmidt@mckesson.com]; Gustin, Dave [dave.gustin@mckesson.com]
**Subject:** RE: hydrocodone limits

Hi Perry,

If it helps, I'll add some clarification.  What Frank may not understand is that with RNA we are able to establish the Regulatory relationship with their HQs and not at the store level.  After their thresholds have been initially set up (based on their required useage data or historical data if they were a customer back when we implemented CSMP) then anytime they exceed their threshold, we review it and working with their headquarters and our Regulatory team determined if the store should be allowed an increase.  If the HQs agreed, then the presumption is made that they have done their due diligence.  It also means that we are not talking to the direct purchaser (the store or purchasing entity) but rather a representative from HQs preferably in Regulatory, Loss Prevention, Asset Control, etc.

Clear as mud? I'm happy to set up a call to discuss.  I'm not sure how often this happens but you should be aware that RNA just has different policies due to how our customers are structured differently.

Elaine

**From:** Gustin, Dave
**Sent:** Thursday, November 01, 2012 2:05 PM
**To:** Bishop, Micheal; Jefferies, Dan; Anderson, Perry
**Cc:** Schmidt, Stephen
**Subject:** RE: hydrocodone limits

For independents we get dispensing data for all Hydro and Oxy increase requests.  We require that the Drs' names are on the report.  We then check the Medical Board sites for any issues with the top prescribers.  Only after purchase trends and Doctor vetting is clear do we grant increases.   I met with Target, as an example, at their request in Minneapolis a few months ago and explained this to them.  Their thresholds are low so it is not currently an issue but they were very interested in the process and showed signs of elevating their scrutiny to approximate the level of ours.   Hope this helps.

"My dream is of a place and a time where America will once again be seen as the last best hope of

earth."

-Abraham Lincoln

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Bishop, Micheal
**Sent:** Thursday, November 01, 2012 2:56 PM
**To:** Jefferies, Dan; Anderson, Perry
**Cc:** Schmidt, Stephen; Gustin, Dave
**Subject:** RE: hydrocodone limits


Perry –


We do address and review dispensing data upon implementation of a new customer and in some instance, when a DRA deems it appropriate to re-review historical McKesson data to realign thresholds to better match a customer's need.  Usually though, this is only to reduce them downward…most upward movement does require sufficient supporting documentation to warrant an increase and protect McKesson.


Dave - Please step in if this is different for independents.


Thank you


**Micheal Bishop**

Compliance Analyst, Business Process


**McKesson Pharmaceutical**

Retail National Accounts, Support Solutions

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                           MCKMDL00521373

1220 Senlac Drive

Carrollton, TX   75006

972.446.4892 Tel

972.446.5493 Fax

469.315.8051 Cell

micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice:   This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.   Any unauthorized review, use, disclosure or distribution is prohibited.   If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

**From:** Jefferies, Dan
**Sent:** Thursday, November 01, 2012 1:45 PM
**To:** Anderson, Perry
**Cc:** Schmidt, Stephen; Bishop, Micheal
**Subject:** Re: hydrocodone limits

We adjust at the request of the customer, but we don't ask for dispense data.

Micheal can explain more in detail how this is managed.

Dan Jefferies

972.446.4140 (Office)

214.552.4219 (Cell)

On Nov 1, 2012, at 1:30 PM, "Anderson, Perry" <Perry.Anderson@McKesson.com> wrote:

Hi Dan,

Quick question... See Frank's e-mail below regarding CSMP threshold adjustments... Is it common

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                         MCKMDL00521374

practice in RNA to change thresholds without asking for this similar back up detail or is more or less done by RNA support team behind the scenes for RNA accounts?

Just trying to understand how we might do this better for VMC / Frank in future?

Thanks

Perry

**Perry Anderson**

*V.P. Independent National Accounts*

*McKesson Pharmaceutical*

*630.809.7786 Cell*

**M<u>c</u>KESSON**

*Empowering Healthcare*

**From:** frank_wolff@cosentinos.com [mailto:frank_wolff@cosentinos.com]
**Sent:** Thursday, November 01, 2012 1:21 PM
**To:** Peters, Vince
**Cc:** Anderson, Perry
**Subject:** Re: hydrocodone limits

I'm going to send you a 3rd qtr report shortly, but this is BS. I changed these regularly on my To

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00521375