**Exhibit 614** [replacing Dkt. #2371-70] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3 Exhibit 614

| | |
|---|---|
| **From**: | Thomet, Elaine [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=ELAINE THOMET] |
| **Sent**: | 8/27/2008 12:03:08 PM |
| **To**: | Thomet, Elaine [thomet, elaine]; Jefferies, Dan [dan.jefferies@mckesson.com]; McKenna, Ned [ned.mckenna@mckesson.com]; Walker, Donald [donald.walker@mckesson.com]; Bishop, Micheal [micheal.bishop@mckesson.com]; Oriente, Michael [michael.oriente@mckesson.com] |
| **Subject**: | Updated: Review process for CVS on CSMP |
| **Location**: | Don's office / Call: (877) 581-9247 Code: 210845 |
| **Start**: | 9/4/2008 8:00:00 PM |
| **End**: | 9/4/2008 9:00:00 PM |
| **Show Time As**: | Busy |
| | |
| **Required Attendees**: | Thomet, Elaine; Jefferies, Dan; McKenna, Ned; Walker, Donald; Bishop, Micheal; Oriente, Michael |

*Team, We have to shift this to Thursday, I had a mis-read on Don's schedule in Outlook Wednesday.   Hope this works!*

Per my email, this time looked like our first available opportunity next week.   Micheal and I will meet in Don's office.   Ned and Dan please plan to dial in.

Thanks everyone!

Elaine

_____

| | |
|---|---|
| **From**: | Thomet, Elaine |
| **Sent**: | Tuesday, August 26, 2008 2:06 PM |
| **To**: | McKenna, Ned; Jefferies, Dan |
| **Cc**: | Walker, Donald; Oriente, Michael; Bishop, Micheal |
| **Subject**: | CSMP: Mtg with Don on CVS |

Team,

Here's the recap from our meeting with Don this morning.

#1 Don will continue to allow McKesson to increase CVS thresholds as needed to avoid omits thru end of August without receiving advance validation from CVS.
#2 Don indicated that process can not continue beyond August. Going forward in order to meet McKesson's obligation to the DEA, ALL threshold change requests will require documented <u>advance</u> validation from CVS in order for McKesson to increase their thresholds to avoid omit.

As we know this causes some concern, Don suggested we get a meeting with all of us next week to develop a game plan for how we'll address with CVS.   I will send an invite.   Also, we'll want to be sure to address with CVS early enough in September in order to avoid excess work mid-end of month reviewing TCRs.

As both Don and Ned pointed out, THE KEY is in making sure their thresholds are set correctly.   We only want to be reviewing true exceptions and since we don't have their complete purchase picture, we need their input to establish better thresholds.

We can discuss more with Don next week.   However, to give you a bit of a preview, we discussed how when we presented the avg impact CSMP would have to CVS on all their thresholds, the averages weren't even close to the initial threshold settings.   That can explain why 90% of their location's are not having issues today.   What we are dealing with today are the "exceptions", as we know them.   We need CVS' input to skinny that list down even more.   Micheal and I have analyzed the data and we're showing some locations that are making purchases this month higher than ever in the past 18 months or otherwise are practicing completely random purchasing spikes.   See attached snapshot of that 800+ page analysis.   We may learn that this has everything to do with their FirstPass orders.   So what we're proposing is that when we're ready to meet with CVS, we share our initial 2 month's data with them and this short list of exceptions to explain why we need to solicit their feedback, at this time.   If after they review, they can validate that indeed it has to do with their FirstPass orders, then we can adjust those thresholds accordingly and then they won't continue to show up

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                                               MCKMDL00555948

every month.

Don, please advise if I misinterpreted or missed anything above.   Again, thanks again for your time, support and perspective.


Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                         MCKMDL00555949