**Exhibit 615** [replacing Dkt. #2371-71] attached to Plaintiffs'
Consolidated Memorandum in Opposition to Defendants' Motions for
Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA
Claims at Dkt. #2182.

- Redactions withdrawn from Defendant

# PSJ3

# Exhibit 615

## CSMP Update and next meeting dates

From:

"McKenna, Ned" <ned.mckenna@mckesson.com>

To:

"Brian Whalen (bewhalen@cvs.com)" <bewhalen@cvs.com>

Cc:

"Jefferies, Dan" <dan.jefferies@mckesson.com>, "Thomet, Elaine" <elaine.thomet@mckesson.com>, "Schmidt, Stephen" <stephen.schmidt@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Walker, Donald" <donald.walker@mckesson.com>

Date:

Tue, 02 Dec 2008 13:36:49 +0000

Attachments:

CVS CSMP Review 12-01-08.ppt (334.34 kB)

---

Brian,

As we discussed yesterday I have attached a Power Point presentation with our findings based on our last meeting with the CVS team. These slides highlight what we talked about in terms of what has happened and more importantly the fact that we have reset all CVS thresholds to reduce and eliminate the majority of the incidences needing attention and / or validation in the future.

The slides show the Oxycodone, Hydrocodone and First Pass details as well as a proposal Going Forward.

<<...>>

Once you have had a chance to review these slides, I will reach out to you to see when we can set a date for our next meeting.

Thanks, Ned

**Ned McKenna**
VP, Strategic Solutions

**McKesson Corporation**
McKesson Pharmaceutical / Retail National Accounts
121 Brick Kiln Road
Chelmsford, Ma. 01824

office: 978 - 970 - 0854
cell: 978 - 761 - 5100
e-mail: ned.mckenna@mckesson.com

www.mckesson.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00627150