**Exhibit 618** [replacing Dkt. #2371-74] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3
Exhibit 618

FW: Rite Aid 75% + 6/20/08

From:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>

To:

"Oriente, Michael" <michael.oriente@mckesson.com>

Cc:

"Bissler, Ed" <ed.bissler@mckesson.com>, "Thomet, Elaine" <elaine.thomet@mckesson.com>, "Amerine, Dolores" <dolores.amerine@mckesson.com>

Date:

Fri, 20 Jun 2008 22:39:44 +0000

Attachments:

EAS (0 bytes)

---

Michael,

\~

Please see the attached Threshold change forms to increase thresholds. Due to the loss prevention issue with store 3864, we closed the account number 000179 and re-opened a new account number for this store, effective tomorrow. The new account number 904810.

\~

Also, please note Andy's question regarding quantities ordered versus quantities filled. Can you assist with the answer?

\~

Thank you,

\~

Melissa Evangelista

Account Manager, RNA Support Solutions

\~

McKesson Corporation

1220 Senlac Drive

Carrollton, TX 75006

\~

972.446.5455 Work Phone

972.446.5493 Fax

214.995.8854 Cell

\~

melissa.evangelista@mckesson.com

\~

www.mckesson.com

\~

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

\~

\~ _____
**From:** Andrew R. Palmer [mailto:APalmer@riteaid.com]
**Sent:** Friday, June 20, 2008 3:26 PM
**To:** Evangelista, Melissa; 'J.Mark Bover'; 'Maggie Perritt'; 'Scott Jacobson'
**Cc:** Bissler, Ed; Amerine, Dolores
**Subject:** RE: Rite Aid 75% + 6/20/08

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632967

\~

So far....

\~

And I am still looking..

\~

Increase permanent threshold at 6683 by 30%

\~

Increase permanent threshold at 2637 by 30%

\~

Increase permanent threshold at 5776 by 30%

\~

Increase permanent threshold at 5288 by 20%

\~

Please do a Temporary (June only) threshold increase at 3864 of 15%. This store never received any of the Oxycontin and will be sending back the Alprazolam and Hydro. This is a known loss prevention issue you are aware of. I doubt they will need anythinbg but please do a temporary just in case.

\~

Important question!!!! —- Since the Oxycontin was never shipped due to no 222 form why is it even counted agains the stores threshold?

\~

Andy

Andy Palmer, Rph

Director, Pharmacy Loss Prevention

Rite Aid Corporation

30 Hunter Lane

Camp Hill, PA 17011

717-760-7866

Fax - 717-975-5925

email - apalmer2@riteaid.com

\~

\~

\~

\~ _____

**From:** Evangelista, Melissa [mailto:Melissa.Evangelista@mckesson.com]
**Sent:** Friday, June 20, 2008 3:13 PM
**To:** J.Mark Bover; Maggie Perritt; Scott Jacobson; Andrew R. Palmer
**Cc:** Bissler, Ed; Amerine, Dolores
**Subject:** FW: Rite Aid 75% + 6/20/08

Andy,

\~

Please see this week's CSMP report.  There are 3 Rite Aid stores at 100% on various ingredients.  Please let me know how you would like to handle.

\~

\~

Thank you,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

\~

Melissa Evangelista

Account Manager, RNA Support Solutions

\~

McKesson Corporation

1220 Senlac Drive

Carrollton, TX 75006

\~

972.446.5455 Work Phone

972.446.5493 Fax

214.995.8854 Cell

\~

melissa.evangelista@mckesson.com

\~

www.mckesson.com

\~

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

\~

\~

\~

\~ _____
Disclaimer  This e-mail message is intended only for the personal use of
the recipient(s) named above. If you are not an intended recipient, you
may not review, copy or distribute this message. If you have received this
communication in error, please notify us immediately by e-mail and delete
the original message.

This e-mail expresses views only of the sender, which are not to be
attributed to Rite Aid Corporation and may not be copied or distributed
wi

Attachments:
Threshold Change Form-RA6583.doc (64013 Bytes)
Threshold Change Form-RA2637.doc (3602 Bytes)
Threshold Change Form-RA5776.doc (64530 Bytes)
Threshold Change Form-RA5288.doc (64530 Bytes)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER