**Exhibit 619** [replacing Dkt. #2371-75] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 619

## RE: Mckesson CSMP

From:

"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

To:

"Andrew R. Palmer" <apalmer@riteaid.com>

Date:

Wed, 06 Aug 2008 20:41:14 +0000

---

Here is what I saw for the first three months on the program:

\~

May -- ended month with 212 stores at 80% or higher.

\~

\~

June -- ended month with 111 stores at 80% or higher.

\~


July --ended the month with 287 stores at 80% or higher

\~

I could not separate the CII's from the CIII, IV and V's on my adjustment report.  So I have a total of base codes adjusted by month.  The majority of these have been the CII's of Oxycodone and Methadone.  Perhaps Melissa can get this more detailed data for you.

\~

In May I made 3,997 total base code adjustments.  (Averaging 2 to 3 per store)

\~

In June I made 3,674 total base code adjustments.  (Averaging 2 to 3 per store)

\~

In July I made 3,648 total base code adjustments.  (Averaging 2 to 3 per store)

\~

Thanks,

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064
\~

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~

\~

**From:** Andrew R. Palmer [mailto:APalmer@riteaid.com]
**Sent:** Wednesday, August 06, 2008 1:29 PM
**To:** Oriente, Michael

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                MCKMDL00632438

**Subject:** Mckesson CSMP
**Importance:** High

Mike,

Did not hear much from stores, field, or you guys on violation of thresholds this last month. Sounds like we have things in line now.

Can you get me a sort of history from May, June, July on how many warnings, blocks, etc we hit so I can show how the things you did and we did have helped?

Something like this......

May - 67 stores went over 75%, 20 blocked

June - 34 stores went over 75% 8 blocked

July - 12 stores over 75% 4 blocked

Maybe also a listing (besides the ones you did) of how many stores we had to do an adjustment on (other than the c2 one across all stores)

Could I get something by tomorrow at 1?

Andy Palmer, Rph

Director, Pharmacy Loss Prevention

Rite Aid Corporation

30 Hunter Lane

Camp Hill, PA 17011

717-760-7866

Fax - 717-975-5925

email - apalmer@riteaid.com

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00632439