**Exhibit 620** [replacing Dkt. #2371-76] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 620

## RE: CSMP -Rite Aid Sept Report

From:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>

To:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>

Cc:

"Bissler, Ed" <ed.bissler@mckesson.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Allen, Judy" <judy.allen@mckesson.com>

Date:

Thu, 02 Oct 2008 20:50:58 +0000

Attachments:

Threshold Change Form-RA1459-2.doc (64.51 kB)

---

Sorry, forgot the attachment.
**Melissa Evangelista**
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrolton, TX 75006
972.446.5455 Work Phone
972.446.5493 Fax
214.995.8854 Cell
melissa.evangelista@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Evangelista, Melissa
**Sent:** Thursday, October 02, 2008 3:51 PM
**To:** Oriente, Michael
**Cc:** Bissler, Ed; Bishop, Micheal; Allen, Judy
**Subject:** FW: CSMP -Rite Aid Sept Report
Michael,
Please see the attached TCR form for Rite Aid 1459, acct# 576808.

Thank you,
Melissa Evangelista
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.5455 Work Phone
972.446.5493 Fax
214.995.8854 Cell
melissa.evangelista@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Andrew R. Palmer [mailto:apalmer@riteaid.com]
**Sent:** Thursday, October 02, 2008 2:21 PM
**To:** Evangelista, Melissa
**Subject:** RE: CSMP -Rite Aid Sept Report
Melissa,
Store 1459 needs a 20% threshold increase on base code Oxycodone. The location is experiencing a significant increase in script count and maxed out in September. Please add 20% to this .
Andy
Andy Palmer, Rph
Director, Pharmacy Loss Prevention
Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011
717-760-7866
Fax - 717-975-5925
email - apalmer@riteaid.com

---

**From:** Evangelista, Melissa [mailto:Melissa.Evangelista@mckesson.com]
**Sent:** Monday, September 29, 2008 12:06 PM
**To:** J.Mark Bover; Allen, Judy; Andrew R. Palmer; Bishop, Micheal; Bissler, Ed; Oriente, Michael; Owen P McMahon; Scott Jacobson
**Subject:** CSMP -Rite Aid Sept Report

Andy,
Please see the attached CSMP report for September. You have several stores that reached their threshold. Please let us know how you would like us to handle.
Thank you,
Melissa Evangelista
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrolton, TX 75006
972.446.5455 Work Phone

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00628212

972.446.5493 Fax
214.995.8854 Cell
melissa.evangelista@mckesson.com
**www.mckesson.com**
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

Disclaimer: This e-mail message is intended only for the personal use of
the recipient(s) named above. If you are not an intended recipient, you
may not review, copy or distribute this message. If you have received this
communication in error, please notify us immediately by e-mail and delete
the original message.

This e-mail expresses views only of the sender, which are not to be
attributed to Rite Aid Corporation and may not be copied or distributed
without this statement.

MCKMDL00628213

**M°KESSON**

*Empowering Healthcare*

# **Threshold Change Form**

Immediate Change Request  Y/N<u>Y</u>               Anticipated Effective Date:<u>10/02/2008</u>

Date:<u>10/02/2008</u>

Customer Name:   <u>RITE 1459</u>
Address:              <u>825 MAIN STREET</u>
                         <u>ZANESVILLE   OH</u>
                         <u>43701</u>
DEA number:<u>BR5749063</u>
Customer Account number:<u>576808</u>

<u>Provide Economost number, Description, NDC or Base Code</u>      <u>Change in selling unit or percentage</u>
1.   CS requested:<u>9143</u>                         Increase amount<u>20%</u>
2.   CS requested:<u>_____</u>                        Increase amount<u>_____</u>
3.   CS requested:<u>_____</u>                        Increase amount<u>_____</u>
4.   CS requested:<u>_____</u>                        Increase amount<u>_____</u>
5.   CS requested:<u>_____</u>                        Increase amount<u>_____</u>

Reason for change (attach supporting documentation):
Andy Palmer-Director of Loss Prevention
Rite Aid Corporation
Increase the threshold an additional 20 % due to increase in business.

<u>McKesson use only</u>
   1.   Date of last site visit/observation.<u>_____</u>
   2.   Questionnaire and Declaration on file?                    Date:<u>_____</u>
   3.   Permanent or Temporary threshold change?
   4.   Has threshold been changed on the same product within the last three months?

Current Threshold
   1.
   2.
   3.
   4.
   5.

Denied By:  _____                              Date:  _____

**Approved by:**

DCM _____                                       Date: _____

Sales _____                                      Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                   MCKMDL00628214

**McKESSON**

*Empowering Healthcare*

Regulatory _____                              Date: _____

nativeFile

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              MCKMDL00628215