**Exhibit 621** [replacing Dkt. #2371-77] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 621

# FW: CSMP: Threshold Report

From:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>

To:

"(mbover@riteaid.com)" <mbover@riteaid.com>, "Allen, Judy" <judy.allen@mckesson.com>, Andy Palmer <apalmer@riteaid.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Bissler, Ed" <ed.bissler@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>, Owen P McMahon <omcmahon@riteaid.com>, "Scott Jacobson (sjacobson@riteaid.com)" <sjacobson@riteaid.com>

Date:

Fri, 17 Oct 2008 14:45:12 +0000

Attachments:

Rite Aid, 80%+ (101708).xls (15.87 kB)

Andy,

Please see the Rite Aid CSMP report for today. We will change the threshold for 3 of the stores listed based on our agreement with Rite Aid. Please review the remainder of the lines and let us know how you would like us to handle.

Thank you,

Melissa Evangelista
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.5455 Work Phone
972.446.5493 Fax
214.995.8854 Cell
melissa.evangelista@mckesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00628193

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description |
|---|---|---|---|---|---|---|---|
| 8173 | 8173 | 252 | BT5193812 | 215841 | RITE AID 5327 | 9250 | METHADONE |
| 8182 | 8182 | 252 | BT6371140 | 770616 | RITE AID 6048 | 1100 | AMPHETAMINE |
| 8110 | 8110 | 252 | FR1071644 | 895497 | RITE AID 4123 | 9143 | OXYCODONE |
| 8148 | 8148 | 252 | BR9223758 | 417302 | RITE AID 11756 | 9143 | OXYCODONE |
| 8813 | 8813 | 252 | AR7473565 | 234124 | RITE AID 0377 | 9143 | OXYCODONE |
| 8132 | 8132 | 252 | BR3983219 | 430620 | RITE AID 2637 | 2285 | PHENOBARBITAL |
| 8176 | 8176 | 252 | BR5631115 | 577235 | RITE AID 10450 | 9143 | OXYCODONE |
| 8110 | 8110 | 252 | BR4330279 | 983417 | RITE AID 3277 | 9143 | OXYCODONE |
| 8176 | 8176 | 252 | BR6629185 | 584371 | RITE AID 10467 | 9143 | OXYCODONE |
| 8191 | 8191 | 252 | BR4901408 | 552909 | RITE AID 10059 | 9143 | OXYCODONE |
| 8176 | 8176 | 252 | BR0863616 | 642440 | RITE AID 11155 | 2285 | PHENOBARBITAL |
| 8110 | 8110 | 252 | BR9486742 | 075542 | RITE AID 10193 | 9250 | METHADONE |

| Monthly Threshold | MTD Accumulator | Threshold % |
|---:|---:|---:|
| 5000 | 5000 | 100 |
| 5000 | 5000 | 100 |
| 12500 | 12404 | 99 |
| 9000 | 8500 | 94 |
| 15500 | 14600 | 94 |
| 5000 | 4400 | 88 |
| 41500 | 35708 | 86 |
| 12000 | 10200 | 85 |
| 8000 | 6700 | 84 |
| 26000 | 21451 | 83 |
| 5000 | 4000 | 80 |
| 5000 | 4000 | 80 |

| McKesson Notes | Request from Rite Aid | Status from McKesson |
|---|---|---|
| Please increase based on our agreement with RAD | | |
| Please increase based on our agreement with RAD | | |
| | | |
| Please increase based on our agreement with RAD | | |