**Exhibit 622** [replacing Dkt. #2371-78] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 622

# FW: CSMP: Threshold Report

From:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>

To:

"Oriente, Michael" <michael.oriente@mckesson.com>

Cc:

"Bissler, Ed" <ed.bissler@mckesson.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Allen, Judy" <judy.allen@mckesson.com>, "Thomet, Elaine" <elaine.thomet@mckesson.com>

Date:

Tue, 21 Oct 2008 17:03:30 +0000

Attachments:

Rite Aid 252 CSMP October 2008-102108.xls (19.46 kB)

---

Michael,
Please see the attached Rite Aid report. Can you input the automatic increase on the two stores I've indicated on the report, please?
Thank you,
Melissa Evangelista
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.5455 Work Phone
972.446.5493 Fax
214.995.8854 Cell
melissa.evangelista@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Bishop, Micheal
**Sent:** Tuesday, October 21, 2008 9:42 AM
**To:** Evangelista, Melissa; Allen, Judy
**Cc:** Bissler, Ed; Thomet, Elaine
**Subject:** CSMP: Threshold Report

Team –
Please review the attached threshold report for today and let me know if you have any questions or concerns…as I am now running the reports, please update me should there be any changes with regards to the distribution of the e-mail or formatting.
Additional comments:
- \* Please submit all TCRs sooner rather than later so as to ensure any URGENT TCRs gets worked by close of business today.
- \* Any threshold that has reached 100% must have a TCR submitted regardless if the customer wants action taken or not.
- \* Warehouse Customers do not require customer feedback on threshold increases; please notify the DRA and they should adjust accordingly.

Remember, you will want to review what customer is on the reports and for any accounts that are quickly approaching their thresholds, we'll want to compare this month's activity to their previous purchases to see if this is unusual or if there's a pattern. **I have updated the new Base Code Purchase Analysis Database with today's threshold information; you can utilize the new tool by clicking on the following link - \\ddcf2020\NA$\DATABASE\RNA Support Solutions Department Database (Bishop).mdb**
If after contacting the customer's HQ there is a valid need to increase thresholds (wasn't simply a fat finger, panic, etc.) then we'll need to be sure to complete the TCR form in its entirety when submitting to the appropriate DRA; please copy myself and Elaine.
Thank you
Micheal Bishop

Compliance Analyst, Business Process

McKesson Pharmaceutical
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006
972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.