**Exhibit 623** [replacing Dkt. #2371-79] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3

# Exhibit 623

# [No Subject]

From:

"Andrew R. Palmer" <apalmer@riteaid.com>

To:

"Evangelista, Melissa" <melissa.evangelista@mckesson.com>

Cc:

"Oriente, Michael" <michael.oriente@mckesson.com>, Chuck Kibler <ckibler@riteaid.com>

Date:

Mon, 01 Dec 2008 13:12:27 +0000

---

Mellissa,Michael

Can I get a final CSMP threshold report for all of November today? As you are aware we are experiencing problems in obtaining hydrocodone through our DC's right now causing increased ordering through Mckesson. I need to know the scope of that issue for November in order to decide what to do for December. It would be helpful to know how many stores hit 80% plus or higher on base code Hydrocodone for November and how many, if any, were cut off.

Secondarily... If this problem worsens (which it may) how difficult would it be to make a company wide threshold adjustment on base code Hydrocodone? It is my understanding that the min threshold right now is 5,000. If, for instance, I wanted to temporarily (December only) increase that base code to a min of 10,000 and do a 100% increase on stores already over 10,000 how easily could something like that be done?

Third.... With the hydrocodone issue being caused by annual allocations being exceeded early for certain manufacturers do we anticipate difficulties in obtaining these items through Mckesson?

Andy

Andy Palmer, Rph

Director, Pharmacy Loss Prevention

Rite Aid Corporation

30 Hunter Lane

Camp Hill, PA 17011

717-760-7866

Fax - 717-975-5925

email - apalmer@riteaid.com

---

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement

MCKMDL00628208