**Exhibit 624** [replacing Dkt. #2371-80] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3

# Exhibit 624

RE:

From:

"Andrew R. Palmer" <apalmer@riteaid.com>

To:

"Oriente, Michael" <michael.oriente@mckesson.com>

Date:

Fri, 05 Dec 2008 15:49:38 +0000

---

All. Some may have more left than others but all are limiting right now
Andy

---

**From:** Oriente, Michael [mailto:Michael.Oriente@mckesson.com]
**Sent:** Friday, December 05, 2008 10:44 AM
**To:** Andrew R. Palmer
**Subject:** RE:

Are all your DC's effected or is it regionalized?

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Andrew R. Palmer [mailto:apalmer@riteaid.com]
**Sent:** Friday, December 05, 2008 10:40 AM
**To:** Oriente, Michael
**Subject:** RE:
Ok. Let me know. If manually we should do some analysis and start with the stores most likley impacted first...
Andy

---

**From:** Oriente, Michael [mailto:Michael.Oriente@mckesson.com]
**Sent:** Friday, December 05, 2008 9:22 AM
**To:** Andrew R. Palmer
**Subject:** RE:

I have received the okay to make Hydrocodone adjustments for December as needed. I am checking with my IT people if a percentage increase against existing thresholds can be done or whether it (me) needs to change each individually.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Andrew R. Palmer [mailto:apalmer@riteaid.com]
**Sent:** Monday, December 01, 2008 8:12 AM
**To:** Evangelista, Melissa
**Cc:** Oriente, Michael; Chuck Kibler
**Subject:**

Mellissa,Michael
Can I get a final CSMP threshold report for all of November today? As you are aware we are experiencing problems in obtaining hydrocodone through our DC's right now causing increased ordering through Mckesson. I need to know the scope of that issue for November in order to decide what to do for December. It would be helpful to know how many stores hit 80% plus or higher on base code Hydrocodone for November and how many, if any, were cut off.
Secondarily... If this problem worsens (which it may) how difficult would it be to make a company wide threshold adjustment on base code Hydrocodone? It is my understanding that the min threshold right now is 5,000. If, for instance, I wanted to temporarily (December only) increase that base code to a min of 10,000 and do a 100% increase on stores already over 10,000 how easily could something like that be done?
Third.... With the hydrocodone issue being caused by annual allocations being exceeded early for certain manufacturers do we anticipate difficulties in obtaining these items through Mckesson?
Andy
Andy Palmer, Rph
Director, Pharmacy Loss Prevention
Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA 17011
717-760-7866
Fax - 717-975-5925
email - apalmer@riteaid.com

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.