**Exhibit 625** [replacing Dkt. #2371-81] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3

# Exhibit 625

# Rite Aid Hydrocodone February TCR

From:

"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

To:

"Piazza, Joe" <joe.piazza@mckesson.com>, "Fraser, Kirk" <kirk.fraser@mckesson.com>, "Montreuil, Daniel" <daniel.montreuil@mckesson.com>, "Mitchell, Meg" <meg.mitchell@mckesson.com>, "Snider, Blaine" <blaine.snider@mckesson.com>, "Sanders, Michael" <michael.sanders@mckesson.com>

Cc:

"Smith, Christopher M" <christopher.smith@mckesson.com>

Date:

Mon, 23 Mar 2009 16:06:23 +0000

Attachments:

EAS (0 bytes)

---

Here is the Rite Aid corporate blanket TCR for Hydrocodone for February.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Attachments:
Threshold Change Form RA Hydrocodone February.doc (74770 Bytes)