**Exhibit 626** [replacing Dkt. #2371-82] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

PSJ3

Exhibit 626

## RE: Rite Aid CSMP 03.25.11

**From:**
"Oriente, Michael" <michael.oriente@mckesson.com>

**To:**
"Andrew R. Palmer" <apalmer@riteaid.com>, "Nichols, Jenna" <jenna.nichols@mckesson.com>

**Cc:**
Karen L Staniforth <kstaniforth@riteaid.com>, Daniel Miller <dmiller1@riteaid.com>

**Date:**
Fri, 25 Mar 2011 21:34:51 +0000

**Attachments:**
Rite Aid CSMP 032511 Oxy never increased.xls (27.65 kB)

Any these would be the stores that are highlighted over 90%. the rest are below 90% but also have never received an increase.
Do you want just the highlighted or all to get the 50% increase?

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Andrew R. Palmer [mailto:apalmer@riteaid.com]
**Sent:** Friday, March 25, 2011 3:57 PM
**To:** Oriente, Michael; Nichols, Jenna
**Cc:** Karen L Staniforth; Daniel Miller
**Subject:** FW: Rite Aid CSMP 03.25.11

Mike,Jenna
We have quite a few locations at 90% plus on base code Oxycodone here and its only the 25th. Can we look at these locations and do an initial increase on any that did not get one?
Andy

**From:** Nichols, Jenna [mailto:Jenna.Nichols@mckesson.com]
**Sent:** Friday, March 25, 2011 9:46 AM
**To:** Andrew R. Palmer; Arnaldo La luz; Bishop, Micheal; Evangelista, Melissa; Lisa Weader; Oriente, Michael; Owen P McMahon; Ryan T. Duval; Scott Jacobson
**Subject:** Rite Aid CSMP 03.25.11

Hi Team,
Please see the attached daily CSMP report for Rite Aid. Let me know if we need to make any adjustments to the current thresholds.
Thank you,
**Jenna Nichols**
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.4842 Office
972.446.5493 Fax
972.505.0364 Cell
jenna.nichols@mckesson.com
www.mckesson.com

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER MCKMDL00645705