**Exhibit 629** [replacing Dkt. #2371-85] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3 Exhibit 629

## RE: Rite Aid CSMP 03.31.11

**From:**

"Nichols, Jenna" <"nichols, jenna">

**To:**

"Andrew R. Palmer" <apalmer@riteaid.com>, Arnaldo La luz <alaluz@riteaid.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Evangelista, Melissa" <melissa.evangelista@mckesson.com>, Lisa Weader <lweader@riteaid.com>, "Oriente, Michael" <michael.oriente@mckesson.com>, Owen P McMahon <omcmahon@riteaid.com>, "Ryan T. Duval" <rduval@riteaid.com>, Scott Jacobson <sjacobson@riteaid.com>

**Date:**

Thu, 31 Mar 2011 18:45:19 +0000

**Attachments:**

Rite Aid CSMP Never Increased 033111.xls (46.59 kB)

Andy,
Please see the attached file of stores that have not been increased. Keep in mind that there is only one more ordering day left for the month of March. There were 2 more ordering days this month than average months, which resulted in more stores hitting their thresholds.
I can submit an increase for the attached stores if you need it. Please let me know what percentage would you like to increase these thresholds?
Thank you,
**Jenna Nichols**
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.4842 Office
972.446.5493 Fax
972.505.0364 Cell
jenna.nichols@mckesson.com
www.mckesson.com

**From:** Andrew R. Palmer [mailto:apalmer@riteaid.com]
**Sent:** Thursday, March 31, 2011 9:15 AM
**To:** Nichols, Jenna; Arnaldo La luz; Bishop, Micheal; Evangelista, Melissa; Lisa Weader; Oriente, Michael; Owen P McMahon; Ryan T. Duval; Scott Jacobson
**Subject:** RE: Rite Aid CSMP 03.31.11

Mike,Jenna

480 locations on here. That means over 10% of our locations hit or came close to a block of some sort this month.

Can we take another look at ones that made it on here that have never had the initial bump again?

Andy

**From:** Nichols, Jenna [mailto:Jenna.Nichols@mckesson.com]
**Sent:** Thursday, March 31, 2011 9:43 AM
**To:** Andrew R. Palmer; Arnaldo La luz; Bishop, Micheal; Evangelista, Melissa; Lisa Weader; Oriente, Michael; Owen P McMahon; Ryan T. Duval; Scott Jacobson
**Subject:** Rite Aid CSMP 03.31.11
Hi Team,
Please see the attached daily CSMP report for Rite Aid. Let me know if we need to make any adjustments to the current thresholds.
Thank you,
**Jenna Nichols**
Account Manager, RNA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.4842 Office
972.446.5493 Fax
972.505.0364 Cell
jenna.nichols@mckesson.com
www.mckesson.com

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.