**Exhibit 638** [replacing Dkt. #2371-94] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims at Dkt. #2182.

- Redactions withdrawn by Defendant

# PSJ3

# Exhibit 638

## FW: TCR Giant Eagle Multi 01-28-10

**From:**

"Gustin, Dave" <dave.gustin@mckesson.com>

**To:**

"Shadburn, Denise" <denise.shadburn@mckesson.com>, "Snider, Blaine" <blaine.snider@mckesson.com>

**Cc:**

"Oriente, Michael" <michael.oriente@mckesson.com>, "Cook, Sabrina" <sabrina.cook@mckesson.com>

**Date:**

Thu, 28 Jan 2010 21:13:53 +0000

**Attachments:**

EAS (0 bytes)

---

\~

\~

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~  _____
**From:** Cook, Sabrina
**Sent:** Thursday, January 28, 2010 2:58 PM
**To:** Gustin, Dave
**Subject:** FW: TCR Giant Eagle Multi 01-28-10

\~

Dave:

\~

Please process attached. Thanks.

\~

\~

Sabrina Cook

Account Manager/Support Solutions

972-446-4563 Tel

\~

\~

-----Original Message-----
From: Carlson, Gregory [mailto:Greg.Carlson@gianteagle.com]
Sent: Thursday, January 28, 2010 11:13 AM
To: Cook, Sabrina; Carlson, Gregory; Casar, Donald
Subject: Re: TCR Giant Eagle Multi 01-28-10

\~

Please increase all by 20%. They are all store with good growth right now.

\~

"Cook, Sabrina" <Sabrina.Cook@McKesson.com> wrote:

\~

\~

Team:

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632580

\~

Please see below for stores that have reached above 90% of threshold. Let me know if there is reason for increases.
Thanks.

Home DC

Chain

License

Account

Name

Base Code

Description

Monthly Threshold

MTD Accumulator

Threshold %

8164

431

FG0910439

480242

GIANT EAGLE #6537

9143

OXYCODONE

16500

16500

100

8164

431

FG1138040

317840

GIANT EAGLE #6538

9143

OXYCODONE

12000

12000

100

8772

431

BG7042891

760790

GIANT EAGLE #4031

9143

OXYCODONE

28000

27901

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632581

99.65

8772

431

BG6605482

907885

GIANT EAGLE #6377

9143

OXYCODONE

9600

9000

93.75

8772

431

AG1053456

784835

GIANT EAGLE #0067

9278

DEXTROPROPOXPHENE DOSAGE FORM

6000

5600

93.33

8164

431

BG6616318

778817

GIANT EAGLE #6510

9278

DEXTROPROPOXPHENE DOSAGE FORM

5000

4500

90

\~

\~

Sabrina Cook

Account Manager/RNA Support Solutions

\~

\~

McKesson Corporation

1220 Senlac Drive

Carrollton, Texas 75006

\~

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632582

972.446.4563 Tel

972.446-5493 Fax

800.369.0039 Toll

214.552.4257 Cell

\~

Sabrina.Cook@McKesson.com<mailto:Sabrina.Cook@McKesson.com>

www.mckesson.com<http://www.mckesson.com/>

\~

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

\~

**Attachments:**
Giant Eagle TRC Multi_01 28 10.doc (68626 Bytes)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632583

Document Cannot be Viewed

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632584