**Exhibit 32** [replacing Dkt. #2212-33] attached to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Partial Summary Judgment on Statute of Limitations Grounds at Dkt. #2212.

- Redactions withdrawn by Defendant

# PSJ4 SOL Opp Exh 32

| | |
|---|---|
| **From**: | Gustin, Dave [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=DAVE GUSTIN] |
| **Sent**: | 8/31/2011 3:15:43 PM |
| **To**: | Fagerskog, Dave [dave.fagerskog@mckesson.com]; Rabicke, Ammie [ammie.rabicke@mckesson.com]; Gilmore, Traci [traci.gilmore@mckesson.com]; Morrison, Tracy [tracy.morrison@mckesson.com]; Hughes, Tom [tom.hughes@mckesson.com]; Meunier, Kevin [kevin.meunier@mckesson.com]; Van Norman, Christopher [christopher.vannorman@mckesson.com]; Davis, Nicholas [nicholas.davis@mckesson.com] |
| **CC**: | Mooney, Scott [scott.mooney@mckesson.com]; Secrest, Larry [larry.secrest@mckesson.com]; Curwin, Anne [anne.curwin@mckesson.com]; Essensa, Marc [marc.essensa@mckesson.com]; Terry, Tom [tom.terry@mckesson.com] |
| **BCC**: | de Gutierrez-Mahoney, Bill [bill.mahoney@mckesson.com]; McDonald, Tom [tom.mcdonald@mckesson.com]; Oriente, Michael [michael.oriente@mckesson.com]; Jonas, Tracy [tracy.jonas@mckesson.com]; Hilliard, Gary [gary.hilliard@mckesson.com]; Russell, Bruce [bruce.russell@mckesson.com] |
| **Subject**: | a couple attachments were not sorted right. Here they are again. Project for the next few weeks. |

NC team,
 I could use your help. I have thought of an area that needs tightened up in CSMP and it is the number of accounts we have that have large gaps between the amount of Oxy or Hydro they are allowed to buy  (their threshold) and the amount they really need.   (Their current purchases)  This increases the "opportunity" for diversion by exposing more product for introduction into the pipeline than may be being used for legitimate reasons. It also makes it look like we are lax about the amount of these drugs we will sell and under what circumstances when we run related reports for the DEA.
 To take a look at the attached spreadsheets, please. I ran reports on the region's Oxy and Hydro (base codes 9143 and 9193) thresholds and then began working on the resultant data.
 First, I eliminated RNAs and then VAs, then I eliminated all thresholds that were more than 66% MTD as they are obviously being used.  Then I eliminated all threshold under 13K per month as they are limited risks.  I then eliminated the clutter by getting rid of duplicated info like excess account numbers for the same DEA license.
 What I have left on the attached are thresholds that are seemingly higher than need be based on the MTD sales.   They are in DC order and then sorted with the biggest gaps in usage first.
 If you look at the lists you may be able to make the call to reduce some of the thresholds based on your or the sales person's knowledge of the acct.  It some cases a phone call may be needed to ask if the acct is still needing such a high threshold.  You need not say what the THD is, just tell them they are only using a fraction of what they are allowed and if that will be the norm you will be reducing the amount.    Please share your thoughts?  Email me but try not to copy "all" so we do not have an email "free-for-all"    I will share as needed.   Thx


Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                     MCKMDL00507799

| | |
|---|---|
| From: | Hartle, Nathan [/O=MCKESSON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ELYWWE644F] |
| Sent: | 9/9/2014 12:38:52 AM |
| To: | Bishop, Micheal [micheal.bishop@mckesson.com] |
| CC: | Oriente, Michael [michael.oriente@mckesson.com]; Hartle, Nate [nate.hartle@mckesson.com] |
| Subject: | Wakefern Threshold Methodology |
| Sensitivity: | Company Confidential |

Bishop – You asked on the call about the methodology we have used in the past so below is what we will use. This will be the same as what we need to do with the new RNA volume for hydrocodone.

- **Calculation** - (Total Rx Doses) x (DC Norm) X (Buffer)
- **Buffer** - We have used 25% in the past so that is what I would put in for now.
- **Rounding** - We will also round up to the nearest 500.
- **Additional Adjustments** – We would then compare the threshold calculation to the store usage number. If there are stores where the threshold is still less than the store usage, Oriente and I would review and make any decisions.

Does this make sense? Could you add this logic to the spreadsheet for these specific stores?

Thanks,
Nate

---

**From:** Bishop, Micheal
**Sent:** Monday, September 08, 2014 4:35 PM
**To:** Hartle, Nathan; Oriente, Michael
**Subject:** RE: For discussion...

The Wakefern file has been saved to the R drive under a newly create RNA folder. Should have all the data elements we discussed...review and let me know if any changes are necessary. Total Rx provided was for 3 months, what I've included has been normalized for 1 month.

Here's a snapshot of what you'll find based on 75% or above...in yellow are new to what you've already seen.

| Chain | Chain Name | Subgroup | Subgroup Name | DEA | Cust Name | DC | Base Code | Base Code Ingredient | Rl |
|---|---|---|---|---|---|---|---|---|---|
| 712 | Topco | 000240 | Wakefern | BS0291714 | SHOP RITE PHCY DEPT 649 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS7889225 | SHOP RITE PHCY 227 | 8191 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS6680905 | SHOP RITE PHCY 436 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | AS9806728 | SHOP RITE PHCY 213 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | FS0529567 | SHOP RITE PHCY 508 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | FS4021971 | SHOP RITE PHCY DEPT 534 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS1301249 | SHOP RITE PHCY 601 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS0677952 | SHOP RITE PHCY 612 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS5340865 | SHOP RITE PHCY 437 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | FS0553695 | SHOP RITE PHCY 546 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS6153443 | SHOP RITE PHCY 514 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS9069027 | SHOP RITE PHCY 519 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS8975104 | SHOP RITE PHCY 572 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS8742404 | SHOP RITE PHCY 563 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS1224916 | SHOP RITE PHCY 288 | 8191 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | AP7725368 | SHOP RITE PHCY 655 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS6680905 | SHOP RITE PHCY 436 | 8155 | 9250 | METHADONE | |
| 712 | Topco | 000240 | Wakefern | FS0141971 | SHOP RITE PHCY 471 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS9929019 | SHOP RITE PHCY DEPT 615 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS5854321 | SHOP RITE PHCY 203 | 8155 | 9143 | OXYCODONE | |
| 712 | Topco | 000240 | Wakefern | BS0625597 | SHOP RITE PHCY 434 | 8155 | 9143 | OXYCODONE | |

| 712 | Topco | 000240 | Wakefern | FS2271158 | SHOP RITE PHCY 536 | 8120 | 9143 | OXYCODONE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 712 | Topco | 000240 | Wakefern | BS7889249 | SHOP RITE PHCY 235 | 8191 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | AF2601133 | SHOP RITE PHCY DEPT 641 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BK8641133 | KLEINS SHOP RITE PHCY 555 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS2703862 | SHOP RITE PHCY 544 | 8120 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS5622534 | SHOP RITE PHCY 651 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS2081331 | SHOP RITE PHCY 553 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS7889225 | SHOP RITE PHCY 227 | 8191 | 9064 | BUPRENORPHINE |
| 712 | Topco | 000240 | Wakefern | BS6637524 | SHOP RITE PHCY 457 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS8029781 | SHOP RITE PHCY 253 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS0529555 | SHOP RITE PHCY 507 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | AK1070414 | KLEINS SHOP RITE PHCY 545 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS3958937 | SHOP RITE PHCY DEPT 659 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS6745321 | SHOP RITE PHCY 526 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | AS2172017 | SHOP RITE PHCY DEPT 539 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BK0318976 | KLEINS SHOP RITE PHCY 548 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS2710514 | SHOP RITE PHCY 643 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | AS6117976 | SHOP RITE PHCY DEPT 656 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS0793530 | SHOP RITE PHCY 665 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS1317355 | SHOP RITE PHCY DEPT 504 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FK0440735 | SHOP RITE PHCY 109 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS9174436 | SHOP RITE PHCY DEPT 497RX | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS1818218 | SHOP RITE PHCY 439 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS5192240 | SHOP RITE PHCY 554 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS9009362 | SHOPRITE PHY FLANDERS 212 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | AS9584485 | SHOP RITE PHCY 281 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS1979232 | SHOP RITE PHCY 324 | 8191 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS0526206 | SHOP RITE PHCY 600 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FS1141489 | SHOP RITE PHCY 450 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS7319886 | SHOP RITE PHCY 487 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | BS1160984 | SHOP RITE PHCY DEPT 531 | 8155 | 9143 | OXYCODONE |
| 712 | Topco | 000240 | Wakefern | FK0193780 | KINSLEYS SHOPRITE PHY 422 | 8155 | 9143 | OXYCODONE |

Thank you

**Micheal Bishop**
O: 972.446.4892 | C: 469.315.8051

---

**From:** Hartle, Nathan
**Sent:** Monday, September 08, 2014 11:46 AM
**To:** Bishop, Micheal
**Subject:** RE: For discussion...

Thanks.  Let's talk about the Wakefern data in status before we send anything to Bernard.  His process is to pull McKesson data and compare to customer provided doses so it will be a different process for him with this one.  I will send him a note and cc you on it to see what he thinks.

Nate

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430125