**Exhibit 590** [replacing Dkt. #2557-70] attached to Consolidated Reply Memorandum in Further Support of Plaintiffs' Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act at Dkt. #2545.

- Redactions withdrawn by Defendant

# DSJ1&2-PR Exh 590

## E&C Hearion today on Drug Diversion

From:

"Kelly, Patrick" <pkelly@hdmanet.org>

To:

"Woodburn, Connie" <connie.woodburn@cardinalhealth.com>, "Berkey, Ann" <ann.berkey@mckesson.com>, morton@amerisourcebergen.com

Date:

Thu, 01 Mar 2012 21:16:29 +0000

---

Dear Ann, Connie & Rita:

The hearing on prescription drug diversion in the Energy & Commerce Subcommittee on Commerce, Manufacturing and Trade went pretty much as expected. We will be sending out a more detailed summary to the FGAC shortly but I wanted to get a quick note out to you ahead of that.

It was very apparent that the preliminary work with Committee members was very effective. There were no accusatory attacks. The AGs who testified were most focused on PDMP implementation and requiring physicians and pharmacists to do more to address the diversion problem.

Joe Rannazzisi from DEA did spend most of his testimony and follow-up admitting that DEA is focusing on its Distributor Initiative. At one point he stated something to the effect that DEA has been very up front about expectations from the supply chain, "but distributors choose to not comply." John Gray did rebuff that assertions point during his testimony.

In summary, I think we emerged from that hearing as a credible voice for an industry that is committed to preventing diversion and willing to work more closely with the entire supply chain, and state and federal governments to prevent drug abuse and diversion.

Thank you and your GA teams for any and all help you provided in educating committee members in advance of this hearing. If you have any questions or would like more information, please don't hesitate to give me a call.

Sincerely,

Patrick

Ps. We get to do this all over again next week before the Energy and Commerce Subcommittee on Health during their March 8 hearing on whether a pedigree provision should be part of the PDUFA reauthorization process. We are in the process of determining who should testify on behalf of HDMA. Stay tuned – I will be in touch shortly on that front.

.........................................................................

Patrick M. Kelly
Senior Vice President, Government Affairs
Healthcare Distribution Management Association
(703) 885-0233
Fax: (703) 812-5282
www.HealthcareDistribution.org



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00652338