**Exhibit 592** [replacing Dkt. #2557-72] attached to Consolidated Reply Memorandum in Further Support of Plaintiffs' Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act at Dkt. #2545.

- Redactions withdrawn by Defendant

# DSJ1&2-PR Exh 592

# Recap of 05-22-14 meeting on Marino/Blackburn Legislation

From:

Nancy Macan McNally <nmm@vnf.com>

To:

"Berkey, Ann" <ann.berkey@mckesson.com>

Cc:

Jordan Smith <jas@vnf.com>, James Bayot <jpb@vnf.com>, Monica Douglas <mrd@vnf.com>

Date:

Fri, 23 May 2014 22:12:18 +0000

---

Ann:

Provided below is a brief recap of the meeting that ABC hosted yesterday afternoon to discuss the Marino/Blackburn legislation. Please let me know if you have any questions.

Organizations represented at the meeting included HDMA, ABC, Cardinal (Connie participated by phone), NACDS, NCPA, Walgreens, CVS Caremark and Rite Aid. Bill Tighe, Chief of Staff to Rep. Tom Marino (R-PA), and Sean McLean, LD to Rep Marsha Blackburn (R-TN), also participated in the meeting.

David Neu, President of AmerisourceBergen Drug, led the meeting. He and Rita were on the Hill yesterday meeting with Reps. Marino, Pitts and others. Neu's call to action was for everyone to stand together in support of HR 4709, the Marino/Blackburn legislation that was reintroduced yesterday with the additional sponsors Reps. Peter Welch (D-VT) and Judy Chu (D-CA). Rep Welch serves on the Energy and Commerce Committee and Rep Chu serves on the Judiciary Committee, the two committees that have jurisdiction over the proposed legislation.

The legislation introduced yesterday differs from the original Marino/Blackburn bill in three ways: (1) the background check requirement has been removed; (2) the drug testing requirement has been removed; and (3) the original working group language has been refined to call on the DEA/FDA/CDC/ONDCP to submit a report to Congress that will assess how patient access to medications can be adversely impacted by federal and state law enforcement activities and will identify ways in which collaboration between agencies and stakeholders can benefit patients and prevent diversion and abuse of controlled substances. The language requires the federal agencies to consult with a variety of stakeholders, including wholesale distributors.

Staff to Reps. Blackburn and Marino reported that these changes to the proposed language were made in an effort to gain Democratic support for the bill. House Energy and Commerce Committee Chairman Upton committed to consider the legislation, on the condition that the proposal have bipartisan support. As a result of these changes, the House Energy and Commerce Committee announced today a mark-up of the legislation that will occur next Wednesday, March 28th. The House staff will welcome any calls/emails to members of the Health Subcommittee in advance of the mark-up next week. All of the groups in the room expressed support for the new bill, although NACDS indicated that they are still working through their formal association approval process.

Rep. Marino's staff also reported that the Deputy AG has agreed to meet with Rep. Marino on June 9th at 5:00 p.m. This meeting is a result of the questions Rep. Marino posed, and a follow-up letter

the Congressman sent to the AG, at a recent House Judiciary Committee hearing. Rep. Marino would like to include representatives of HDMA, NACDS and NCPA in the meeting. While the details are still being discussed, David Neu indicated that they may look to the Executive Director/President and the current Chairman of each association to join the meeting. As Rep. Marino's office receives additional details regarding the Justice Department participants in the meeting, he will coordinate with the trade associations.

Other topics discussed at the meeting included:
- NCPA suggested the development of an HDMA/NCPA/NACDS letter outlining actions the groups **support** to help curb Rx abuse. It was suggested that groups review the NACDS letter to ONDCP as a potential starting point. I will obtain a copy of the letter and share it with you.
- There was some discussion regarding a Senate bill. Interest focused on Sen. Patrick Leahy (D-VT), Chair of the Senate Judiciary Committee and, potentially, Sen. Boxer.
- There is no known opposition to the legislation beyond DEA's "concerns".
- There was some discussion about the development of the GAO study. It was clear that several organizations in the room have spoken with the GAO regarding development of the interview questions. Debbie Garza (Walgreens) expressed concern that the GAO study and the proposed report to Congress may be duplicative. I do not share that concern; I think they can be on parallel tracks.

Please let me know if you would like to discuss. Thanks,

Nancy

**Nancy Macan McNally | Principal,**

**Managing Director, Governmental Issues**

**VanNess**

**Feldman** LLP

1050 Thomas Jefferson Street, NW

Washington, DC 20007

(202) 298-1892 | (202) 550-5507 (c) | nmm@vnf.com | vnf.com

This communication may contain information and/or metadata that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please do not read or review the content and/or metadata and do not disseminate, distribute or copy this communication. Anyone who receives this message in error should notify the sender immediately by telephone (202-298-1800) or by return e-mail and delete it from his or her computer.