**Exhibit 600** [replacing Dkt. #2557-80] attached to Consolidated Reply Memorandum in Further Support of Plaintiffs' Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act at Dkt. #2545.

- Redactions withdrawn by Defendant

# DSJ1&2-PR Exh 600

P1.1490

# SGAC
# Annual Meeting

## November 12-13, 2014



MCKESSON-GANLEY

EX No. 14



Healthcare Distribution
Management Association

MCKMDL00407771

P1.1490.2

# HDMA State Government Affairs Capabilities

Prepared for

HDMA Executive Committee

Expense Working Group

05/13/14



MCKMDL00407772

P1.1490.3

# State Government Affairs Challenges

- Monitoring 50 State Legislatures + 50 Boards of Pharmacy (or relevant regulatory authority)
- Expedited legislative sessions
- Scope of issues vary significantly and are very difficult to predict in advance
- Cultivating allies as need to address threats
- Educating legislators (industry/issues)



**Healthcare Distribution Management Association**

3

MCKMDL00407773

P1.1490.4

# Challenges on Horizon

- State efforts to address, reduce, prevent Rx abuse and diversion
- Product stewardship initiatives – State and municipal
- Changes to state licensure regulations due to DSCSA implementation
- Tax policy changes



4

MCKMDL00407774

P1.1490.5

# HDMA State Government Affairs Dept.- Current



Total SGA Budget 2014: **$883,889** *
Dedicated SGA Staff: **4**
Budget for Contract Lobbyists: **$235,400**
States with Contract lobbyists: **4**





**Healthcare Distribution
Management Association**

(*) Includes all salaries and operating expenses (minus overhead allocations)

MCKMDL00407775

P1.1490.6

# State Government Affair Committee



- Currently 158 member company representatives
- Meets weekly

- Report to and take direction from SGAC
- Monitor all state legislation and regulations
- Utilize dept. resources to engage as directed
- Publish SGAC Weekly Update
- Report to other committees

6

MCKMDL00407776

P1.1490.7

# HDMA Dashboard Priorities for SGA - 2014

| Initiative | FGA | SGA | Reg | IR | PA | Cntr | Edu | SBDC |
|---|---|---|---|---|---|---|---|---|
| **A Priorities** | | | | | | | | |
| 340B Issues | 2 | | | 2 | | | | 2 |
| Biotechnology / Specialty | | | | 1 | 1 | 1 | 1 | 1 |
| Controlled Substance Issues | 1 | 1 | 1 | 2 | 1 | | 2 | |
| Distributor Licensing / Accreditation | 1 2 | 1 | 1 | | 1 | | | |
| Drug Shortages / Product Availability | 1 | 2 | 2 | 2 | 1 | | 1 | 1 |
| Generic Drugs: Issues | 2 | 2 | | 2 | 2 | 2 | | |
| Healthcare Standards (Serialization, etc.) | | | 1 | 1 | 2 | 2 | 1 | |
| Importation / Import Safety | 1 | 2 | | | 1 | | | |
| Supply Chain Security | 2 | 1 | 2 | 1 | 1 | 1 | 1 | |
| Marketing and Gift Restrictions | | 2 | 1 | | | | | |
| Medicaid: AMP / RSP / AAC / WAC | 1 2 | 2 | 1 | | 1 | | 1 | 1 |
| Medicare: Part B ASP (Prompt pay/CAP) | 1 | | 2 | | 2 | | | 1 |
| Traceability Requirements | 1 | 1 | 2-1 | 1 | 1 | 1 | 1 | 1 |
| Pseudoephedrine / Dextromethorphan | 2 | 1 | | | | | | |
| Rx Waste / Disposal / Take-Back | 2 | 1 | 1 | 2 | | 1 | 1 | |
| Tax Issues (Gross Receipts and LIFO) | 1 | 1 | | | 1 | | | |
| Wholesaler Price Reporting | | 1 | 2 | | | | | |
| **B Priorities** | | | | | | | | |
| Cold Chain Best Practices | | | 2 | 1 | | 2 | 1 | 2 |
| Conditions for Safe Use | | | 2 | | | | | |
| Contract Administration | | | | 1 | | | 1 | |
| Counterfeiting Alert Network (CAN) | | | 2 | | 1 | | | |
| DOT Issues | | | 1 | | | | | |
| EDI Guideline Updates | | | | 1 | | | 1 | |
| Emergency Preparedness / Pandemic Influenza | 2 | 2 | 2 | 1 | 2 | | 2 | |
| Health, Beauty & Wellness | | | | 1 | 2 | | 2 | |
| NDC Rule (Repackaging/Relabeling) | | | 2 | | 2 | | | |
| Non-Approved Drugs | | | 1 | | | | | |
| PBM Transparency | 2 | 2 | | | | | | |
| Returned Goods | | 1 | 1 | 1 | 2 | 1 | 1 | |
| Risk Eval Mitigation Strategies (REMS) | 2 | | 2 | 1 | 2 | 1 | 2 | |
| Role of Distributor Study | | | | | 1 | 1 | | |
| Seasonal Influenza | 2 | 2 | 2 | 2 | 2 | | | |



**Healthcare Distribution Management Association**

State Government Affairs (SGA) currently has the highest number of active Priority A-1 issues on the HDMA Dashboard

7

MCKMDL00407777

P1.1490.8

# Colleague Organizations (NACDS)

Vice President,
State Government Affairs

Policy Department
(4) State Policy Directors

Regional Director

Regional Director

Regional Director

Regional Director

Regional Director

Regional Director

Dedicated SGA Staff: **8+**
States with Contract lobbyists: **50***

HDMA
Healthcare Distribution Management Association

(*) Includes NACDS contract lobbyists and/or State Pharmacy Association contract lobbyists

MCKMDL00407778

P1.1490.9

# HDMA State Government Affairs – Expanded

Senior Vice President,
Gov't Affairs & General Counsel

Senior Director,
State Gov't Affairs

Director,
State Gov't Affairs

Associate Director,
State Gov't Affairs

Associate Director,
State Gov't Affairs

Legislative Analyst
State Gov't Affairs

Dedicated SGA Staff: **6 (+2 FTE ~$215,000)**
Budget for Contract Lobbyists: **$500,000 (+$250K)**

HDMA
Healthcare Distribution
Management Association

P1.1490.10

# Dashboard

| Initiative | Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | FGA | SGA | Reg | IR | PA | CHSCR | Edu |
| **A Priorities** | | | | | | | |
| 340B Issues | 2 | | | 2 | | 1 | |
| Biotechnology / Specialty | | | | 1 | 1 | 1 | 1 |
| Controlled Substance Issues | 1 | 1 | 1 | 2 | 1 | | 2 |
| Distributor Licensing / Accreditation | 2 | 1 | 1 | | 1 | | |
| Drug Shortages / Product Availability | 1 | 2 | 2 | 2 | 1 | 1 | 1 |
| Generic Drugs: Issues | 2 | 2 | | 2 | 2 | 1 | |
| Healthcare Standards (Serialization, etc.) | | | 1 | 1 | 2 | 2 | 1 |
| Importation / Import Safety | 1 | 2 | | | 1 | 1 | |
| Supply Chain Security | 2 | 1 | 2 | 1 | 1 | 1 | 1 |
| Marketing and Gift Restrictions | | 2 | 1 | | | | |
| Medicaid: AMP / RSP / AAC / WAC | 2 | 2 | 1 | | 1 | 2 | 1 |
| Medicare: Part B ASP (Prompt pay/CAP) | 1 | | 2 | | 2 | | |
| Traceability Requirements | 1 | 1 | 1 | 1 | 1 | 2 | 1 |
| Pseudoephedrine / Dextromethorphan | 2 | 1 | | | | | |
| Rx Waste / Disposal / Take-Back | 2 | 1 | 1 | 2 | | 2 | 1 |
| Tax Issues (Gross Receipts and LIFO) | 1 | 1 | | | 1 | | |
| Wholesaler Price Reporting | | 1 | 2 | | | | |



MCKMDL00407780

P1.1490.11

# Dashboard

| | Status | | | | | | |
|---|---|---|---|---|---|---|---|
| *Initiative* | *FGA* | *SGA* | *Reg* | *IR* | *PA* | *CHSCR* | *Edu* |
| **B Priorities** | | | | | | | |
| Cold Chain Best Practices | | | 2 | 1 | | 2 | 1 |
| Conditions for Safe Use | | | 2 | | | | |
| Contract Administration | | | | 1 | | | 1 |
| Counterfeiting Alert Network (CAN) | | | 2 | | 1 | | |
| DOT Issues | | | 1 | | | | |
| EDI Guideline Updates | | | | 1 | | | 1 |
| Emergency Preparedness / Pandemic Influenza | 2 | 2 | 2 | 1 | 2 | | 2 |
| Health, Beauty & Wellness | | | | 1 | 2 | | 2 |
| NDC Rule (Repackaging/Relabeling) | | | 2 | | 2 | | |
| Non-Approved Drugs | | | 1 | | | | |
| PBM Transparency | 2 | 2 | | | | 2 | |
| Returned Goods | | 1 | 1 | 1 | 2 | 1 | 1 |
| Risk Eval Mitigation Strategies (REMS) | 2 | | 2 | 1 | 2 | 1 | 2 |
| Role of Distributor Study | | | | | 1 | 1 | |
| Seasonal Influenza | 2 | 2 | 2 | 2 | 2 | | |



**Healthcare Distribution
Management Association**

MCKMDL00407781

P1.1490.12

# Dashboard

| Initiative | Status | | | | | | |
|---|---|---|---|---|---|---|---|
|  | FGA | SGA | Reg | IR | PA | Cntr | Edu |
| **C Priorities** | | | | | | | |
| Bar Code Rule |  |  | 2 |  |  |  |  |
| Future of Healthcare Study |  |  |  |  |  | 2 |  |
| Health IT | 2 |  | 2 |  | 2 | 2 |  |
| Internet Pharmacy | 2 |  | 2 |  |  |  |  |
| Labor / Card Check | 2 |  | 2 |  |  |  |  |
| Patient Privacy/HIPAA | 2 | 2 | 2 |  | 2 |  |  |

| **Long Term Consideration** | Date Added | Notes |
|---|---|---|
| Consolidation | 4/6/2007 |  |
| Future of Pharmacy (Pharmacy 2020) | 4/6/2007 |  |
| Health IT | 4/6/2007 |  |
| International Distribution | 4/6/2007 |  |
| Risk Management | 4/6/2007 |  |
| Sustainability/Corporate Social Responsibility | 8/10/2007 |  |
| Vertical Integration | 4/6/2007 |  |



**HDMA**
Healthcare Distribution
Management Association

MCKMDL00407782

P1.1490.13

# Priority States

- Michigan
- Maryland
- Virginia
- California
- Tennessee
- Florida
- Texas


Healthcare Distribution
Management Association

MCKMDL00407783

P1.1490.14

# Priority Issues

- Prescription Drug Abuse

- Michigan PIC Legislation

- DSCSA Implementation

- Gross Receipts Tax

- Controlled Substances Sales Reporting

- Suspicious Orders Reporting

- Disposal



Healthcare Distribution
Management Association

14

MCKMDL00407784

P1.1490.15

# Governors Post-Election



Dem Governor
GOP Governor
Undecided*

Democrats:  17
Republicans: 31
Independents: 0
Undecided:   2

**Analysis**
•Post-election gubernatorial breakdown:  31 Republican; 18 Democrat (VT expected to confirm D); 1 Undecided (AK)
•Rs gained Arkansas, Illinois, Maryland, and Massachusetts added



*Healthcare Distribution
Management Association*

15

P1.1490.16

# State Legislatures



- Dem Legislature
- GOP Legislature
- Split Legislature
- N/A*
- Undecided

Democrats: 11
Republicans: 30
Split: 8
Undecided: 0

### Analysis
- Post-election chamber control, 67 Republican; 29 Democrats; 1 tie; 1 unicameral
- Democrats lost majority control of state legislatures in Minnesota, Maine, Washington, New Mexico, and Colorado
- Republicans gained majority control of state legislatures in New Hampshire, Virginia, and West Virginia



Healthcare Distribution
Management Association

16

MCKMDL00407786

P1.1490.17

## **Attorneys General**

- Post-election AG Control: 27 Republican; 21 Democrat; 2 unknown
- Arkansas and Nevada changed party control due to open seats

### **State Party Control**

- Post-election State Party Control: 23 Republican; 7 Democrat; 18 Split; 1 Undecided



**HDMA**
Healthcare Distribution
Management Association

17

MCKMDL00407787