# EXHIBIT E

| | |
|---|---|
| **From:** | Hunter Shkolnik |
| **To:** | Kate Swift |
| **Subject:** | Re: Opi mdl new witnesses |
| **Date:** | Thursday, October 3, 2019 10:16:17 AM |

Kate

Thanks for your efforts here but we really need a global deal and a cut back on the numbers. Given this impasse I think we should address this with the special master.

Hunter


-------- Original message --------
From: Kate Swift <kate.swift@bartlitbeck.com>
Date: 10/3/19 9:38 AM (GMT-05:00)
To: Hunter Shkolnik <Hunter@NapoliLaw.com>
Subject: Re: Opi mdl new witnesses

I have not gotten a clear answer from other defendants on this, and can't speak for them as a group. We may not all be similarly situated. As for the Walgreens witnesses, I believe there are five who have not been deposed. I do not anticipate we will call them all. We may call three of them.

BartlitBeck LLP

Katherine M. Swift | p: 312.494.4405 | c: 773.531-6118 | Kate.Swift@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

On Oct 2, 2019, at 2:26 PM, Hunter Shkolnik <Hunter@napolilaw.com> wrote:

> Kate
>
> I have two questions:
>
>   1. Do the other defendants agree to this procedure?
>   2. Are you reducing the number of designated witnesses?
>
> Hunter
>
> **From:** Kate Swift <kate.swift@bartlitbeck.com>
> **Sent:** Wednesday, October 2, 2019 10:28 AM
> **To:** Hunter Shkolnik <Hunter@NapoliLaw.com>
> **Subject:** RE: Opi mdl new witnesses
>
> Hunter,

If plaintiffs agree to put up any un-deposed witnesses they plan to call at trial for deposition, Walgreens will agree to do the same.  We will disclose which witnesses no later than one week before they are to testify at trial, and offer them for a 2-hour deposition in the evening or on the weekend in that week.  We reserve substantive objections to the testimony of any of plaintiffs' undeposed witnesses (i.e., objections unrelated to timing of disclosure of the witness).

## BartlitBeck LLP

Katherine M. Swift | p: 312.494.4405 | c: 773.531-6118 | Kate.Swift@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Hunter Shkolnik <Hunter@NapoliLaw.com>
**Sent:** Tuesday, October 1, 2019 3:42 PM
**To:** Kate Swift <kate.swift@bartlitbeck.com>
**Subject:** Opi mdl new witnesses

Kate

We will be cutting 2 of the witnesses

Hunter

### Hunter Shkolnik
**Partner**

(787) 493-5088 Ext. 2007 / 5107 Direct (347) 379-1688 | Hunter@NapoliLaw.com
270 Munoz Rivera Avenue, Suite 201, Hato Rey, Puerto Rico 00918
**Follow us on Social Media**

* Napoli Shkolnik is a registered tradename for NS PR Law Services, LLC. A Puerto Rican Limited Liability Corporation

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

### Hunter Shkolnik
**Partner**

(787) 493-5088 Ext. 2007 / 5107 Direct (347) 379-1688 | Hunter@NapoliLaw.com
270 Munoz Rivera Avenue, Suite 201, Hato Rey, Puerto Rico 00918
**Follow us on Social Media**


\* Napoli Shkolnik is a registered tradename for NS PR Law Services, LLC. A Puerto Rican Limited Liability Corporation

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

## Hunter Shkolnik
**Partner**



(787) 493-5088 Ext. 2007 / 5107 Direct (347) 379-1688 | Hunter@NapoliLaw.com
270 Munoz Rivera Avenue, Suite 201, Hato Rey, Puerto Rico 00918

**Follow us on Social Media**

    

\* Napoli Shkolnik is a registered tradename for NS PR Law Services, LLC. A Puerto Rican Limited Liability Corporation

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

| | |
|---|---|
| **From:** | Hunter Shkolnik |
| **To:** | Kate Swift |
| **Subject:** | Opi mdl new designated witnesses |
| **Date:** | Thursday, September 26, 2019 9:11:59 AM |

Kate

Any news on the option i suggested ?

Hunter

# Hunter Shkolnik
**Partner**



(787) 493-5088 Ext. 2007 / 5107 Direct (347) 379-1688 | Hunter@NapoliLaw.com
270 Munoz Rivera Avenue, Suite 201, Hato Rey, Puerto Rico 00918
**Follow us on Social Media**

   

\* Napoli Shkolnik is a registered tradename for NS PR Law Services, LLC. A Puerto Rican Limited Liability Corporation

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

| | |
|---|---|
| **From:** | Hunter Shkolnik |
| **To:** | Kate Swift |
| **Subject:** | Opi mdl witnesses |
| **Date:** | Tuesday, September 24, 2019 2:49:19 PM |

Kate

We are working to cut down witnesses and I'd like to discuss an issue with you. It's very preliminary and I'd like to run something by you before I discuss with my team.

Hunter

### Hunter Shkolnik
**Partner**



(787) 493-5088 Ext. 2007 / 5107 Direct (347) 379-1688 | Hunter@NapoliLaw.com
270 Munoz Rivera Avenue, Suite 201, Hato Rey, Puerto Rico 00918

**Follow us on Social Media**

    

\* Napoli Shkolnik is a registered tradename for NS PR Law Services, LLC. A Puerto Rican Limited Liability Corporation

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.