# Exhibit 1

September 12, 2019

INVOICE
(via email)

Parvin K. Aminolroaya
paminolroaya@seegerweiss.com

Lexi J. Hazam
lhazam@lchb.com

Troy Rafferty
trafferty@levinlaw.com

Linda Singer
lsinger@motleyrice.com

Ned McWilliams
nmcwilliams@levinlaw.com

Emily Jeffcott
ejeffcott@forthepeople.com


Re: Opioids MDL
(From August, 2015 through August, 2019)

Please pay to the order of:

David Kessler Inc.
9 Oxford Street
Chevy Chase, MD  20815

(Wiring instructions available upon request.)

The amount of…………………………………………………………**$1,694,166.98**

1,682 hours at $1,000.00 per hour, per agreement: $1,682,000.00
Expenses: $12,166.98

Payable upon receipt.

Thank you.