IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) <br> OPIATE LITIGATION ) <br> ) <br> This document relates to: ) <br> ) <br> *The County of Summit, Ohio, et al. v.* ) <br> *Purdue Pharma L.P., et al.* ) <br> Case No. 18-op-45090 ) <br> ) <br> *The County of Cuyahoga v.* ) <br> *Purdue Pharma L.P., et al.* ) <br> Case No. 1:18-op-45004 ) | MDL No. 2804 <br><br> Hon. Judge Dan A. Polster |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUBMISSION REGARDING THE
<u>COURT'S PROPOSED PRELIMINARY JURY CHARGE</u>**

Pursuant to the Court's October 17, 2019 e-mail, Defendants submit these objections to Plaintiffs' proposed changes to the Court's Proposed Preliminary Charge (attached as Ex. A).

**Count One – Absolute Public Nuisance**

Plaintiffs proposed two changes to the first sentence of the Court's Proposed Preliminary Charge on public nuisance: (1) to add "absolute" to modify "public nuisance" and (2) to add "or unlawful" after "intentional." The Court accepted Plaintiffs' first change and rejected their second. Defendants agree with the Court's rulings. For the avoidance of doubt, Defendants object to Plaintiffs' proposed inclusion of "or unlawful" in the nuisance charge.

**Counts Three and Four -- Federal and Ohio RICO**

Plaintiffs propose the following addition:

Under RICO, the Defendants' racketeering activity must have directly and proximately injured Plaintiff's business or property. Under Ohio RICO, the Defendants' racketeering activities only need to have proximately injured the Plaintiff, and Plaintiff's injury need not have been to its business or property.

While Defendants agree with Plaintiffs that causation is an element of Plaintiffs' claims—and thus an important concept to introduce and explain to the jury in the preliminary charge—Defendants

object to this proposed addition insofar as it suggests that the standards for proving causation differ between the federal and Ohio RICO claims.  As explained in Defendants' proposed changes to the Court's preliminary charge, the same causation standard applies to each of Plaintiffs' claims.  The Court also has recognized that the elements, including causation, for federal and Ohio RICO claims are the same.  Dkt. 2580, at 1 n.1.

To the extent that the Court is inclined to accept Plaintiffs' proposed insertion, Defendants respectfully suggest that the phrase "and directly" be added to the sentence addressing Ohio RICO, or (2) if the Court adopts Defendants' proposed proximate causation instruction, delete the phrase "and directly" from the sentence addressing federal RICO.

October 18, 2019

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Mark H. Lynch
Paul W. Schmidt
Christian J. Pistilli
Phyllis A. Jones
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
pschmidt@cov.com
cpistilli@cov.com
pajones@cov.com

*Counsel for McKesson Corporation*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com
brian.swanson@bartlitbeck.com
kate.swift@bartlitbeck.com
matthew.brewer@bartlitbeck.com

Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
alex.harris@bartlitbeck.com

*Counsel for Walgreen Co.*

/s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

| | |
|---|---|
| */s/ John P. McDonald* | */s/ Steven A. Reed* |
| John P. McDonald | Eric W. Sitarchuk |
| C. Scott Jones | Steven A. Reed |
| Lauren M. Fincher | Harvey Bartle |
| Brandan J. Montminy | Rebecca J. Hillyer |
| LOCKE LORD LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 2200 Ross Avenue, Suite 2800 | 1701 Market St. |
| Dallas, TX 75201 | Philadelphia, PA 19103-2921 |
| Tel.: (214) 740-8000 | Tel: (215) 963-5000 |
| Fax: (214) 756-8758 | Fax: (215) 963-5001 |
| jpmcdonald@lockelord.com | eric.sitarchuk@morganlewis.com |
| sjones@lockelord.com | steven.reed@morganlewis.com |
| lfincher@lockelord.com | harvey.bartle@morganlewis.com |
| brandan.montminy@lockelord.com | rebecca.hillyer@morganlewis.com |

*Counsel for Henry Schein, Inc.*

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel: (713) 890-5195
Fax: (713) 890-5001
nancy.patterson@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
Fax: (305) 415-3001
brian.ercole@morganlewis.com

*Counsel for Cephalon, Inc., Teva Pharmaceuticals USA, Inc., and Actavis LLC*