```
                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF OHIO
                           EASTERN DIVISION

       -------------------------------X
       IN RE:  NATIONAL               : Case No. 1:17-md-2804
       PRESCRIPTION                   : Cleveland, Ohio
       OPIATE LITIGATION              :
                                      :
                                      : Monday, October 21, 2019
                                      : 9:01 a.m.
                                      :
                                      :
                                      :
       -------------------------------X




                     TRANSCRIPT OF PROCEEDINGS

              BEFORE THE HONORABLE DAN AARON POLSTER

                     UNITED STATES DISTRICT JUDGE

                               - AND -

                BEFORE THE HONORABLE DAVID A. RUIZ

                    UNITED STATES MAGISTRATE JUDGE


       SPECIAL MASTER:          DAVID R. COHEN


       Court Reporter:          Donnalee Cotone, RMR, CRR, CRC
                                United States District Court
                                801 West Superior Avenue
                                Court Reporters 7-189
                                Cleveland, Ohio 44113
                                donnalee_cotone@ohnd.uscourts.gov



        Proceedings recorded by mechanical stenography, transcript
                produced by computer-aided transcription.
```

```
 1    APPEARANCES:

 2         On behalf of Plaintiffs:

 3              **PETER H. WEINBERGER, ESQ.**
                Spangenberg, Shibley & Liber
 4              1001 Lakeside Avenue, Suite 1700
                1900 East Ninth Street
 5              Cleveland, Ohio 44114
                216-696-3232
 6              pweinberger@spanglaw.com

 7
                **W. MARK LANIER, ESQ.**
 8              **RACHEL LANIER, ESQ.**
                The Lanier Law Firm
 9              6810 FM 1960 West
                Houston, Texas 77069
10              813-659-5200
                wml@lanierlawfirm.com
11              rachellanier@lanierfirm.com

12              **HUNTER J. SHKOLNIK, ESQ.**
                400 Broadhollow Road, Suite 305
13              Melville, New York 11747
                212-397-1000
14              hunter@napolilaw.com

15
                **JAYNE CONROY, ESQ.**
16              Simmons Hanly Conroy LLC
                112 Madison Avenue
17              New York, New York 10016
                212-784-6400
18              jconroy@simmonsfirm.com

19
                **DONALD MIGLIORI, ESQ.**
20              Motley Rice LLC
                28 Bridgeside Boulevard
21              Mount Pleasant, South Carolina 29465
                843-216-9140
22              dmigliori@motleyrice.com
                         - and -
23              **JODI WESTBROOK FLOWERS, ESQ.**
                401 9th Street NW, Suite 1001
24              Washington, DC 20004
                212-232-5504
25              jflowers@motleyrice.com
```

```
 1      APPEARANCES (Continued):

 2

 3            On behalf of Plaintiffs:

 4
                    FRANK L. GALLUCCI, III, ESQ.
 5                  Plevin & Gallucci Company, LPA
                    The Illuminating Building, Suite 2222
 6                  55 Public Square
                    Cleveland, Ohio 44113-1901
 7                  216-861-0804
                    fgallucci@pglawyer.com
 8

 9

10            On behalf of Defendant Cardinal Health, Inc.:

11                  ENU MAINIGI, ESQ.
                    SUZANNE SALGADO, ESQ
12                  Williams & Connolly LLP
                    725 Twelfth Street, NW
13                  Washington, DC 20005
                    202-434-5000
14                  emainigi@wc.com
                    ssalgado@wc.com
15

16            On behalf of Defendant AmerisourceBergen Drug
              Corporation:
17
                    ROBERT A. NICHOLAS, ESQ.
18                  SHANNON E. MCCLURE, ESQ.
                    ANNE E. ROLLINS, ESQ.
19                  Reed Smith, LLP
                    Three Logan Square, Suite 3100
20                  1717 Arch Street
                    Philadelphia, Pennsylvania 19103
21                  251-851-8100
                    rnicholas@reedsmith.com
22                  smcclure@reedsmith.com
                    arollins@reedsmith.com
23

24

25
```

```
 1      APPEARANCES (Continued):

 2
             On behalf of Defendants Walgreen Co. and Walgreen
 3           Eastern Co.:

 4               KASPAR J. STOFFELMAYR, ESQ.
                 BRIAN C. SWANSON, ESQ.
 5               KATHERINE M. SWIFT, ESQ.
                 MATTHEW BREWER, ESQ.
 6               Bartlit Beck LLP
                 54 West Hubbard Street, Suite 300
 7               Chicago, Illinois 60654
                 312-494-4400
 8               kaspar.stoffelmayr@bartlitbeck.com
                 brian.swanson@bartlitbeck.com
 9               kate.swift@bartlitbeck.com
                 matthew.brewer@bartlitbeck.com
10

11           On behalf of Defendant McKesson Corporation:

12               PAUL W. SCHMIDT, ESQ.
                 Covington & Burling LLP
13               The New York Times Building
                 620 Eighth Avenue
14               New York, NY 10018-1405
                 212-841-1171
15               pschmidt@cov.com
                     - and -
16               PHYLLIS A. JONES, ESQ.
                 ANDREW STANNER, ESQ.
17               Covington & Burling LLP
                 One City Center
18               850 Tenth Street, NW
                 Washington, DC 20001-4956
19               212-841-1171
                 pajones@cov.com
20               astanner@cov.com

21

22

23

24

25
```

```
 1     APPEARANCES (Continued):

 2

 3         On behalf of Defendants Teva Pharmaceuticals USA,
           Cephalon, Inc. and Actavis, LLC:
 4
                   **NANCY PATTERSON, ESQ.**
 5                 Morgan, Lewis & Bockius LLP
                   1000 Louisiana Street, Suite 4000
 6                 Houston, Texas 77002-5005
                   713-890-5195
 7                 nancy.patterson@morganlewis.com
                           - and -
 8                 **WENDY WEST FEINSTEIN, ESQ.**
                   Morgan, Lewis & Bockius LLP
 9                 One Oxford Centre, Thirty-Second Floor
                   Pittsburgh, PA 15219-6401
10                 412-560-7455
                   wendy.feinstein@morganlewis.com
11                         - and -
                   **HARVEY BARTLE, IV, ESQ.**
12                 Morgan, Lewis & Bockius LLP
                   1701 Market St.
13                 Philadelphia, PA 19103-2921
                   215-963-5000
14                 harvey.bartle@morganlewis.com
                           - and -
15                 **MARK A. FIORE, ESQ.**
                   Morgan, Lewis & Bockius LLP
16                 502 Carnegie Center
                   Princeton, NJ 08540-6241
17                 609-919-6712
                   mark.fiore@morganlewis.com
18

19

20

21

22

23

24

25
```

```
 1              (Proceedings resumed in open court at 9:01 a.m.)
 2                                  - - -
 3              DEPUTY CLERK:  All rise.
 4              THE COURT:  Good morning.  Please be seated.
 5      All right.  This is the beginning of the opioid MDL,
 6      Summit and Cuyahoga County against a number of defendants.
 7              I was advised early this morning that sometime around
 8      midnight, 1:00 a.m., Summit and Cuyahoga County reached a
 9      resolution, a settlement in this case with four of the
10      defendants:  Cardinal, McKesson, AmerisourceBergen, and
11      Teva, which includes Actavis and Cephalon.
12              Accordingly, that case is dismissed, with prejudice,
13      and I will retain jurisdiction to make sure the settlement
14      agreement is reached.
15              The claims against Walgreens are severed and moved
16      into Track One (B) with the remaining defendants from this
17      Track One case, and I will set up a meeting shortly with
18      counsel for the plaintiffs and those defendants to work out
19      a discovery schedule and a trial date.
20              I want to thank all the lawyers.  This would have been
21      a very, very interesting trial to preside over.  I've said
22      many times, we have the best lawyers in the country on all
23      sides.  They would have done a fine job presenting the facts
24      and putting those facts into competing narratives, very
25      profoundly competing narratives.
```

|    |    |    |
|---|---|---|
|  | 1 | And with a lot of hard work, we had selected a fair |
|  | 2 | and impartial jury.  I have no idea what that jury would |
|  | 3 | have done, but I'm confident we had selected carefully a |
|  | 4 | number of individuals who would have followed that evidence |
| 09:03:38 | 5 | and followed my instructions and wrestled with the facts in |
|  | 6 | those narratives and done their level-headed best to come to |
|  | 7 | a unanimous verdict. |
|  | 8 | I'm confident that both Summit and Cuyahoga County |
|  | 9 | will use these settlement funds to address and remediate the |
| 09:04:00 | 10 | opioid crisis in their respective counties.  They've been |
|  | 11 | doing so already.  I know I've been reading about how both |
|  | 12 | counties had planned to use those funds, and I'm sure that |
|  | 13 | both counties will use these funds in the same way. |
|  | 14 | This was the first bellwether -- was to be the first |
| 09:04:23 | 15 | bellwether trial.  I did not encourage a settlement of this |
|  | 16 | case only, because after all this work, if we weren't going |
|  | 17 | to have a more broadly-based settlement, it made sense to |
|  | 18 | have a trial. |
|  | 19 | But, of course, the parties to this particular case |
| 09:04:41 | 20 | were always free to work out a resolution, and I'm glad they |
|  | 21 | did.  We were here until 7:40 p.m. last Friday with a number |
|  | 22 | of Attorneys General and all the lawyers discussing a very |
|  | 23 | complicated potential settlement.  I want those discussions |
|  | 24 | to continue.  I understand they will be continuing. |
| 09:05:13 | 25 | Special Master McGovern and Special Master Cohen are |

09:05:31

1 available and the Court is always available on a moment's
2 notice to assist the parties. But it's very important that
3 those very productive discussions that we had continue and
4 that we don't lose the momentum that was created.
5 So, again, I want to thank everyone, and I wish you
6 all good luck going forward.
7         EN MASSE: Thank you, Judge.
8         DEPUTY CLERK: All rise.
9         - - -
10         (Proceedings adjourned at 9:06 a.m.)
11
12
13         **C E R T I F I C A T E**
14
15    I certify that the foregoing is a correct transcript
16 from the record of proceedings in the above-entitled matter.
17
18 */s/ Donnalee Cotone* _____ *10/21/2019*
   DONNALEE COTONE, RMR, CRR, CRC                        DATE
19    Realtime Systems Administrator
20
21
22
23
24
25