# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION : | |
| OPIATE LITIGATION : | Case No. 1:17-MD-2804-DAP |
| : | |
| : | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Martha A. Leibell on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., and Actavis LLC in the above-captioned matter.

Dated: October 20, 2019         Respectfully submitted,

*/s/ Martha Leibell*
Martha Leibell (Fl. Bar No. 1106990; NY Bar No. 4954368)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone:  305.415.3000
Facsimile:  305.415.3001
martha.leibell@morganlewis.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION        :
OPIATE LITIGATION                                 :        Case No. 1:17-MD-2804-DAP
                                                                  :
                                                                  :        Judge Dan Aaron Polster

## NOTICE OF APPEARANCE

Please enter the appearance of Monica C. Pedroza on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., and Actavis LLC in the above-captioned matter.

Dated: October 20, 2019                                Respectfully submitted,


*/s/ Monica C. Pedroza*
Monica C. Pedroza (IL Bar No. 6325799;
CA Bar No. 309965)
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive
Chicago, IL 60601
Telephone: 312.324.1000
Facsimile:  312.324.1001
monica.pedroza@morganlewis.com