**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : <br> :    Case No. 1:17-MD-2804-DAP <br> : <br> :    Judge Dan Aaron Polster |

**NOTICE OF APPEARANCE**

Please enter the appearance of Erik W. Nielsen on behalf of Plaintiff West Bend Mutual Insurance Company in the above-captioned matter.

Dated: October 21, 2019            Respectfully submitted,

                            /s/ Erik W. Nielsen
                            Erik W. Nielsen (IL Bar No. 6209635)
                            NIELSEN, ZEHE & ANTAS, P.C.
                            55 West Monroe Street, Suite 1800
                            Chicago, Illinois 60603
                            Telephone: 312.322.9900
                            Facsimile: 312.322.9977
                            Email: enielsen@nzalaw.com

**CERTIFICATE OF SERVICE**

I, Erik W. Nielsen, hereby certify that the foregoing Notice of Appearance was served via the Court's ECF system to all counsel of record.

                            /s/ Erik W. Nielsen
                            Erik W. Nielsen (IL Bar No. 6209635)
                            NIELSEN, ZEHE & ANTAS, P.C.