## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document applies to:**<br><br>**All cases** | MDL No. 2804<br>CASE No.: 1:17-MD-2804 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam M. Moskowitz, Esq. of the law firm of The Moskowitz Law Firm, PLLC hereby gives notice of appearance as counsel on behalf of the Miccosukee Tribe of Indians of Florida and Seminole Tribe of Florida. Counsel respectfully requests that all orders, pleadings, and correspondence be served on The Moskowitz Law Firm, PLLC at the address below.

Respectfully submitted this 21st day of October 2019.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz, Esq.
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman, Esq.
Florida Bar No. 0364230
howard@moskowitz-law.com
Curtis E. Osceola
Florida Bar No. 1015979
curtis@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Secondary emails:
Dione@moskowitz-law.com
Rejane@moskowitz-law.com
*Co-Counsel for Miccosukee Tribe of Indians*
*of Florida and Seminole Tribe of Florida*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed on October 21st, 2019, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: <i>/s/ Adam M. Moskowitz</i>