**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Polster |
| "Tribal Track Cases" | ) ) | <u>ORDER</u> |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE MOTION FOR ORDER,
SETTING STATUS CONFERENCE FOR TRIBAL TRACK CASES,
<u>AND APPOINTMENT OF COUNSEL</u>**

Upon consideration of the Miccosukee Tribe of Indians of Florida and Seminole Tribe of Florida's (the "Florida Tribes") motion for leave and memorandum in support of their motion for entry of case management order, setting of case status conference, and appointment of counsel to the Tribal Leadership Committee, it is hereby **ORDERED** that the Florida Tribes' motion is hereby **GRANTED.**

The Court will conduct a status conference on the Tribal Track cases on November __, 2019, where it will consider, among other things, entry of a case management order that will set briefing deadlines for certification of a negotiation class for the Tribal Track cases.

The Court appoints attorneys William R. Scherer of Conrad & Scherer and Adam M. Moskowitz of The Moskowitz Law Firm to the Tribal Leadership Committee.

_____
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: _____ _____, 2019**