# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | MDL 2804 |
| **THIS DOCUMENT RELATES TO:** ) ) | Case No. 1:17-md-2804 |
| *Track One Cases* ) ) ) ) | Judge Dan Aaron Polster<br><br>**STIPULATED DISMISSAL ORDER** |

Early this morning, several of the Parties notified the Court that they had reached a settlement agreement. Accordingly, Plaintiffs Cuyahoga County's and Summit County's claims against Defendants McKesson, Cardinal Health, AmerisourceBergen, Teva, Actavis, and Cephalon are **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to ensure that the settlement agreement is executed.

The claims against Walgreens are severed and will be tried in the subsequent "Track One-B" trial with the other severed defendants.[1] *See* Doc. #: 2438 at 3.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  October 21, 2019
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] The previously severed defendants are: Anda, Inc., Discount Drug Mart, Inc., HBC Service Company, H.D. Smith, LLC, Prescription Supply, Inc., Rite Aid of Maryland, Inc., Walmart Inc. f/k/a Wal-Mart Stores, Inc., CVS Indiana, L.L.C., and CVS RX Services, Inc.