**Bryce J.Q. Adams**, OSB #132880
E-mail:  Bryce.adams@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Kaiser Foundation
Health Plan, Kaiser Foundation Health Plan of the
Northwest, and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No.: 2804<br><br>Case No.  1:17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>**KAISER DEFENDANTS NOTICE OF SUBSTITUTION OF COUNSEL** |

TO: The Clerk of the Court

AND TO: All Parties and their attorneys of record

PLEASE TAKE NOTICE that Bryce J.Q. Adams of Bullivant Houser Bailey PC is hereby substituted in place of Ronald J. Clark of Bullivant Houser Bailey PC as attorneys of record for Defendants Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Hospitals ("Kaiser Defendants") in the above-captioned

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503 228 6351

KAISER DEFENDANTS NOTICE OF SUBSTITUTION OF COUNSEL
Page 1

lawsuit. All future papers, pleadings, and correspondence, except for original process, shall be served upon the following attorney for Kaiser Defendants:

    Bryce J.Q. Adams
    Bullivant Houser Bailey PC
    888 SW Fifth Avenue, Suite 300
    Portland, OR 97204
    Telephone: 503.228.6351
    Facsimile: 503.228.0915
    Email: Bryce.adams@bullivant.com

This Notice of Substitution of Counsel is effective immediately without further notice.

Clerk: Please remove Ronald J. Clark from receiving ECF notifications in this matter.

DATED: October 21, 2019

        BULLIVANT HOUSER BAILEY PC

        By  s/Bryce J.Q. Adams
        **Bryce J.Q. Adams**, OSB #132880
        E-mail: Bryce.adams@bullivant.com
        888 SW Fifth Avenue, Suite 300
        Portland, Oregon 97204-2089
        Telephone: 503.228.6351
        Facsimile: 503.295.0915

        Attorneys for Defendants Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, and Kaiser Foundation Hospitals

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503 228 6351

KAISER DEFENDANTS NOTICE OF SUBSTITUTION OF COUNSEL
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's electronic filing system.

    s/Bryce J.Q. Adams
**Bryce J.Q. Adams**, OSB # 132880
E-mail:  Bryce.adams@bullivant.com

4851-6743-6970.1 09149/00016

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503 228 6351

KAISER DEFENDANTS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Page 1