**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | **Case No. 1:17-md-2804** |
| *Track One Cases* ) ) ) | **Judge Dan Aaron Polster** |
| | **HOUSEKEEPING ORDER** |

The *Track One* trial, scheduled to begin on October 21, 2019, was settled and the claims dismissed or severed. *See* Doc. #: 2868. As a result, the currently pending *Track One* trial motions listed below are **DENIED AS MOOT**.

- Cardinal Health, Inc.'s Motion for Pro Rata Trial Time Apportionment **(Doc. #: 2766)**

- Non-Party David Gustin's Motion to Quash Subpoena **(Doc. #: 2795)**

- Certain Defendants' Motion to Overrule Plaintiffs' Procedural Objection to Testimony from Their Own Expert Witnesses **(Doc. #: 2797)**

- Cardinal Health's Motion to Quash Trial Subpoena to Jennifer Norris, Esq. **(Doc. #: 2807)**

- Defendants' Motion to Preclude Attorneys and Witnesses' Extrajudicial Statements **(Doc. #: 2812)**

- Motion of Non-Party Paul Andrew Pyfer Objecting to Plaintiffs' Listing of Pyfer as a Live Stream Witness **(Doc. #: 2822)**

- Defendants' Motion to Postpone Trial Due to Eve-of-Trial Prejudicial Publicity **(Doc. #: 2832)**

- Motion to Quash Trial Subpoena to Walgreens Employee Deborah Bish **(Doc. #: 2835)**

- Non-Party Motion to Quash Trial Subpoena of Kenneth Mills **(Doc. #: 2850)**

- Motion for Reconsideration of the Court's Ruling on Distributor Motion In Limine No. 3 and McKesson Motion In Limine No. 2 **(Doc. #: 2852)**

- Defendants' Motion In Limine to Preclude Certain Prejudicial Statements and Testimony **(Doc. #: 2857)**

Accordingly, in lieu of the settlement agreement reached by the parties, these motions are

**DENIED AS MOOT**.

Similarly, the Parties to the *Track One* trial have also filed the following objections:

- Objection to Order Regarding Adjudication of Plaintiffs' Public Nuisance Claims **(Doc. #: 2791)**

- Distributor Defendants' Objection to October 13, 2019 Discovery Ruling Permitting New Expert Opinions Incorrectly Labeled as "Errata" **(Doc. #: 2820)**

- Plaintiffs' Objection to Special Master's October 15, 2019 Ruling Permitting Defendants to Designate Certain Pharmacists As Trial Witnesses **(Doc. #: 2845)**

- Defendants' Objection to Preliminary Jury Charge **(Doc. #: 2861)**

- Various Party objections to witness and exhibit lists (*passim.*)

Accordingly, in lieu of the settlement agreement reached by the Parties, the various objections listed above are now **MOOT**.

**IT IS SO ORDERED.**

       /s/ Dan Aaron Polster  October 22, 2019
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**