**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **CASE No.: 1:17-MD-2804** |
| **This document applies to:** | |
| **All cases** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Curtis E. Osceola, Esq. of the law firm of The Moskowitz Law Firm, PLLC hereby gives notice of appearance as counsel on behalf of the Miccosukee Tribe of Indians of Florida and Seminole Tribe of Florida.  Counsel respectfully requests that all orders, pleadings, and correspondence be served on The Moskowitz Law Firm, PLLC at the address below.

Respectfully submitted this 22nd day of October 2019.

By: */s/ Curtis E. Osceola*
Adam M. Moskowitz, Esq.
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman, Esq.
Florida Bar No. 0364230
howard@moskowitz-law.com
Curtis E. Osceola
Florida Bar No. 1015979
curtis@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Secondary emails:
Dione@moskowitz-law.com
Rejane@moskowitz-law.com
*Co-Counsel for Miccosukee Tribe of Indians*
*of Florida and Seminole Tribe of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on October 22nd, 2019, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: _/s/ Curtis E. Osceola_