UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                             MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −116)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,778 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 23, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−116 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 19−00752 | Coosa County, Alabama v. Purdue Pharma L.P. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 19−01919 | City of Ocoee, Florida v. Endo Health Solutions, Inc., et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 19−00698 | Greene County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 19−08686 | Local Initiative Health Authority for Los Angeles County v. Sackler et al |
| NYS | 1 | 19−09359 | City of San Jose, California et al v. Sackler et al |
| **OKLAHOMA WESTERN** | | | |
| ~~OKW~~ | ~~5~~ | ~~19−00926~~ | ~~Board of County Commissioners of Oklahoma County v. Purdue Pharma LP et al~~  Opposed 10/22/19 |
| **SOUTH CAROLINA** | | | |
| ~~SC~~ | ~~3~~ | ~~19−02783~~ | ~~South Carolina, The State of v. McKesson Corporation et al~~  Opposed 10/18/19 |
| **WASHINGTON EASTERN** | | | |
| WAE | 2 | 19−00338 | Lincoln County v. Sackler et al |