UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) "Tribal Track Cases" ) ) | CASE NO. 1:17-MD-2804 Hon. Dan A. Polster |

## NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE

Plaintiffs, the Seminole Tribe of Florida and the Miccosukee Tribe of Indians of Florida hereby withdraw their Motion for Leave to File Motion for Entry of Case Management Order, Setting of Case Status Conference For Tribal Track Cases, and Appointment of William Scherer and Adam Moskowitz to Tribal Leadership Committee, [ECF No. 2867], filed on October 21, 2019.

Dated: October 23, 2019

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
Curtis E. Osceola
Florida Bar No. 1015979
curtis@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Co-counsel for the Seminole Tribe of Florida*
*Counsel for the Miccosukee Tribe of Indians of Florida*

Respectfully Submitted,

By: /s/William R. Scherer
William R. Scherer, Esq.
FL Bar No. 169454
wscherer@conradscherer.com
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Eighth Floor
Fort Lauderdale, FL 33301
Phone: (954) 462-5500
Fax: (954) 463-9244

*Co-counsel for the Seminole Tribe of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2019, a true and correct copy of the foregoing, was electronically filed with the Clerk using the CM/ECF filing system and served upon all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF filing system.

/s/ *Adam M. Moskowitz*
Adam Moskowitz, Esq.
Florida Bar No. 984280