UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document applies to:**<br><br>**All cases** | MDL No. 2804<br>CASE No.: 1:17-MD-2804 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William R. Scherer, Esq. of the law firm of Conrad & Scherer, LLP hereby gives notice of appearance as counsel on behalf of the Miccosukee Tribe of Indians of Florida and Seminole Tribe of Florida.  Counsel respectfully requests that all orders, pleadings, and correspondence be served on Conard & Scherer, LLP at the address below.

Respectfully submitted this 25th day of October 2019.

By: */s/ Howard M. Bushman*
Adam M. Moskowitz, Esq.
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman, Esq.
Florida Bar No. 0364230
howard@moskowitz-law.com
Joseph M. Kaye, Esq.
Florida Bar No. 117520
joseph@moskowitz-law.com
Curtis E. Osceola
Florida Bar No. 1015979
curtis@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Secondary emails:
Dione@moskowitz-law.com
Rejane@moskowitz-law.com
*Co-Counsel for Miccosukee Tribe of Indians of Florida and Seminole Tribe of Florida*

By: */s/ William R. Scherer*
William R. Scherer
Florida Bar No. 169454
wscherer@conradscherer.com
eservice@conradscherer.com
ekreiling@conradscherer.com
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Telephone: (954) 462-5500
Facsimile: (954) 463-9244
*Co-Counsel for Miccosukee Tribe of Indians of Florida and Seminole Tribe of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on October 25th, 2019, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ William R. Scherer*