UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | | MDL NO. 2804 |
| | | Case No. 17-MD-2804 |
| **THIS DOCUMENT RELATES TO:** | | Judge Dan Aaron Polster |

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252; | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465; | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482; |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264; | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466; | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483; |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467; | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484; |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375; | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468; | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486; |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405; | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469; | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487; |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598; | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470; | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488; |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662; | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472; | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489; |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681; | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473; | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490; |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052; | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475; | *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492; |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327; | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476; | *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-4549; |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305; | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477; | *Brant v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45494; |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459; | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478; | *Williams, v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45485; |
| *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463; | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479; | |
| *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464; | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480; | |
| | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481; | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), Counsel for NAS Plaintiffs in the above-captioned cases respectfully request **a one week** extension of time to file a Motion to Compel pursuant to the Court's scheduling order dated October 7, 2019.  (Doc. # 2738.) Plaintiffs timely served their requests for written discovery upon Defendants on October 15, 2019. Pursuant to the Court's scheduling order, a Motion to Compel must be filed by 12:00 PM today, "if the parties cannot agree as to whether the served discovery is appropriate".  Yesterday, Defendants advised Plaintiffs of their objections to Plaintiffs' discovery requests, and Counsel for NAS Plaintiffs have scheduled a call for late this afternoon to meet and confer regarding the requests and objections.

A court may grant an extension of time for good cause shown, upon motion filed before the time has expired.  Fed. R. Civ. P. 6(b)(1)(a).  An extension of time is necessary in order for the parties to meet and confer regarding the discovery requests and objections, and attempt to reach an agreement.  If an agreement can be reached, a Motion to Compel may be unnecessary. Counsel for NAS Plaintiffs have consulted with Counsel for Defendants prior to the filing of this motion.

In sum, NAS Plaintiffs respectfully request that for good cause shown, this Court grant NAS Plaintiffs an additional week to file a Motion to Compel, should it be necessary, after the parties meet and confer regarding the requests and objections.

Respectfully submitted,

*/s/ Marc E. Dann*
The Dann Law Firm Co., LPA
Marc E. Dann (0039425)
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com
*Counsel for NAS Plaintiffs*

*/s/ Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com; srd@mbfirm.com
*Counsel for NAS Plaintiffs*

*/s/ Celeste Brustowicz*
COOPER LAW FIRM, LLC
Celeste Brustowicz *(Pro Hac Vice)*
Barry J. Cooper, Jr. *(Pro Hac Vice)*
Stephen H. Wussow *(Pro Hac Vice)*
Victor Cobb *(Pro Hac Vice)*
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com
*Counsel for NAS Plaintiffs*

*/s/ Kevin W. Thompson*
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson *(Pro Hac Vice)*
David R. Barney, Jr. *(Pro Hac Vice)*
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com
*Counsel for NAS Plaintiffs*

*/s/ Kent Harrison Robbins*
THE LAW OFFICES OF
KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins *(Pro Hac Vice)*
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
*Counsel for NAS Plaintiffs*

*/s/ Donald Creadore*
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com
*Counsel for NAS Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed via the Court's electronic filing system CM/ECF on this 25th day of October, 2019.  Notice of this filing shall be sent via the Court's CM/ECF email notification system to all Counsel of record.

*/s/ Marc E. Dann*
Marc E. Dann
The Dann Law Firm Co., LPA
