UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## STIPULATED ORDER DISMISSING HENRY SCHEIN, INC. WITH PREJUDICE

Summit County and Henry Schein, Inc. stipulate to and request the dismissal of the above-captioned action as to Henry Schein, Inc.

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** as to Henry Schein, Inc. This dismissal shall not affect Summit County's claims against any other defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**SO ORDERED.**


Dated: October __, 2019

HON. DAN AARON POLSTER
United States District Court

**STIPULATED TO BY:**

*/s/ John P. McDonald*
John P. McDonald
C. Scott Jones
Lauren M. Fincher
Brandan J. Montminy
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: (214) 740-8000
Fax: (214) 756-8758
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Counsel for Henry Schein, Inc.*

-AND-

*/s/ Joseph F. Rice*
Joseph F. Rice
Donald A. Migliori
**MOTLEY RICE**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

*Counsel Summit County, Ohio*