UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** <br><br> **This document relates to:** <br><br> *The County of Summit, Ohio, et al., v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45090 (N.D. Ohio); <br><br> *The County of Cuyahoga, Ohio*, *et al. v. Purdue Pharma L.P.*, *et al.*, Case No. 17-op-45004. | **MDL No. 2804** <br><br> **Case No. 1:17-md-2804** <br><br> **Judge Dan Aaron Polster** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDMENT UNDER SEAL** |

Plaintiffs have filed a Motion for Leave to File under seal their proposed Amendments by Interlineation to their Third Amended Complaints in the following cases: *The County of Summit, Ohio, et al., v. Purdue Pharma L.P., et al*., Case No. 18-OP-45090 (N.D. Ohio); *The County of Cuyahoga, Ohio*, *et al. v. Purdue Pharma L.P.*, *et al.*, Case No. 17-op-45004.

The Motion states that Plaintiffs' Amendments by Interlineation contain information that has been subject to Protective and Confidentiality Orders, including: (1) Protective Order re the DEA ARCOS/DADS Database ("ARCOS Protective Order") (Docket # 1545); and (2) Case Management Order No. 2 and the amendment thereto (Docket #s 441 & 1357).  The Motion further states that this information is subject to this Court's Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (Docket # 1813).  Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective Orders and to comply with this Court's orders, the Court permit Plaintiffs to initially file their proposed Amendments by

Interlineation under seal, and direct Defendants to indicate within three (3) business days whether they will assert any redactions.

Plaintiffs' Motion for Leave to File Amendments Under Seal is hereby **GRANTED**, and Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to Plaintiffs' proposed Amendments by Interlineation.

**IT IS SO ORDERED.**

                                                  _____
                                                  DAN AARON POLSTER
                                                  UNITED STATES DISTRICT JUDGE

Dated: October \_\_, 2019