# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>　　ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## REQUEST FOR PROCEEDINGS TO BE ON THE RECORD

On behalf of the defendants listed below,[1] the undersigned counsel respectfully request that the meeting with the Court currently set for November 6, 2019 at 2:00 p.m. Eastern Time, be recorded by a court reporter. *See* 28 U.S.C. § 753(b)(3) ("Each session of the court … shall be recorded verbatim by shorthand, mechanical means, electronic sound recording, or any other method"; "Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.").

---

[1] CVS Rx Services, Inc., CVS Indiana, L.L.C., Discount Drug Mart Inc., HBC Service Company, Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support, Walmart Inc., Walgreen Co., McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Actavis LLC, Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Mallinckrodt LLC, SpecGx, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. LLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.

Dated:  October 31, 2019

/s/    Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Telephone: (202) 778-1800
Facsimile : (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*


/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Counsel for Walgreen Co.*


/s/  Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6612
Facsimile: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center*

Respectfully Submitted,

/s/ Enu Mainigi
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: emainigi@wc.com

*Counsel for Cardinal Health, Inc.*


/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL  60601
Telephone: (312) 269-4335
Facsimile: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*


/s/ Timothy D. Johnson
Timothy D. Johnson
CAVITCH, FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio  44114
Telephone: (216) 621-7860
Facsimile: (216) 621-3415
E-mail: tjohnson@cavitch.com

*Counsel for Discount Drug Mart, Inc.*

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: rnicholas@reedsmith.com
E-mail: smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*


/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-5281
Facsimile: (202) 662-6291
E-mail: ghobart@cov.com

*Counsel for McKesson Corporation*


/s/ Steven A. Reed
Eric W. Sitarchuk
Steven A. Reed
Harvey Bartle
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
E-mail: eric.sitarchuk@morganlewis.com
E-mail: steven.reed@morganlewis.com
E-mail: harvey.bartle@morganlewis.com
E-mail: rebecca.hillyer@morganlewis.com

*Counsel for Cephalon, Inc., Teva Pharmaceuticals USA, Inc. and Actavis LLC*

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Counsel for HBC Service Company*


/s/ Donna M. Welch
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
E-mail: donna.welch@kirkland.com

*Counsel for Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.)*


/s/ Charles C. Lifland
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
E-mail: clifland@omm.com
E-mail: strong@omm.com

*Counsel for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

3

| | |
|---|---|
| */s/ Andrew J. O'Connor*<br>Andrew J. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA  02119-3600<br>Telephone: (617) 235-4650<br>E-mail: Andrew.O'Connor@ropesgray.com<br><br>*Counsel for Mallinckrodt LLC and SpecGx LLC* | */s/ Andrew K. Solow*<br>Andrew K. Solow<br>ARNOLD & PORTER KAYE<br>   SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019<br>Telephone: (212) 836-8000<br>E-mail: andrew.solow@arnoldporter.com<br><br>*Counsel for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* |

4

## **CERTIFICATE OF SERVICE**

I, Eric R. Delinsky, hereby certify that the foregoing document was served on October 31, 2019 via the Court's ECF system to all counsel of record.

>  */s/ Eric R. Delinsky*
>  Eric R. Delinsky