UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                                   MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −115)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,776 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 16, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

### SCHEDULE CTO−115 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 1 | 19−00724 | City of Dothan, Alabama v. Purdue Pharma L.P. et al |
| ALM | 2 | 19−00723 | Griffith et al v. Amneal Pharmaceuticals, LLC et al |
| ALM | 2 | 19−00725 | Town of Rockford, Alabama v. Purdue Pharma L.P. et al |
| ALABAMA NORTHERN | | | |
| ALN | 7 | 19−01564 | Town of Vance, Alabama v. Purdue Pharma LP et al |
| ALN | 7 | 19−01565 | City of Brent, Alabama v. Purdue Pharma LP et al |
| COLORADO | | | |
| CO | 1 | 19−02783 | Board of County Commissioners of the County of Mesa, The v. Sackler et al |
| FLORIDA MIDDLE | | | |
| ~~FLM~~ | ~~8~~ | ~~19−02479~~ | ~~Khan v. Anda, Inc.~~  Vacated 10/16/19 |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 19−62286 | Seminole Tribe of Florida v. AmerisourceBergen Drug Corporation et al |
| FLS | 1 | 19−23849 | CITY OF SWEETWATER, FLORIDA v. Purdue Pharma L.P. et al |
| FLS | 1 | 19−24035 | The School Board of Miami−Dade County, Florida v. Endo Health Solutions Inc. et al |
| KANSAS | | | |
| KS | 2 | 19−02596 | Taylor v. Purdue Pharma L.P. et al |
| MARYLAND | | | |
| MD | 1 | 19−02026 | City of Oakland, Maryland v. Purdue Pharma, L.P. et al |

| | | | |
|---|---|---|---|
| MD | 1 | 19−02763 | County of Somerset, Maryland v. Cephalon, Inc. et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 19−11933 | Town of Easton v. Amerisourcebergen Drug Corporation et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 19−17998 | TOWNSHIP OF BRICK v. PURDUE PHARMA, INC. et al |
| NJ | 3 | 19−18442 | TOWNSHIP OF BARNEGAT v. TEVA PHARMACEUTICAL INDUSTRIES LTD. et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 7 | 19−08678 | Village of Wappingers Falls, New York v. AmerisourceBergen Drug Corporation et al |

NORTH DAKOTA

| | | | |
|---|---|---|---|
| ND | 3 | 19−00206 | Eddy County v. Teva Pharmaceuticals USA, Inc. et al |
| ND | 3 | 19−00207 | Dickey County v. Teva Pharmaceuticals USA, Inc. et al |
| ND | 3 | 19−00208 | Foster County v. Teva Pharmaceuticals USA, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~2~~ | ~~19−04347~~ | ~~The County of Fayette, Ohio et al v. Purdue Pharma L.P. et al~~  Opposed 10/14/19 |

OKLAHOMA EASTERN

| | | | |
|---|---|---|---|
| ~~OKE~~ | ~~6~~ | ~~19−00320~~ | ~~Love County Board of County Commissioners v. Purdue Pharma LP et al~~  Opposed 10/15/19 |

OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 19−00526 | Stock v. Purdue Pharma L.P. et al |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| ~~OKW~~ | ~~5~~ | ~~19−00878~~ | ~~Board of County Commissioners of Woods County v. Purdue Pharma LP et al~~  Opposed 10/15/19 |
| ~~OKW~~ | ~~5~~ | ~~19−00879~~ | ~~Board of County Commissioners of Major County v. Purdue Pharma LP et al~~  Opposed 10/15/19 |
| ~~OKW~~ | ~~5~~ | ~~19−00880~~ | ~~Pottawatomie County Board of County Commissioners v. Purdue Pharma LP et al~~  Opposed 10/15/19 |
| ~~OKW~~ | ~~5~~ | ~~19−00884~~ | ~~Kay County Board of County Commissioners v. Purdue Pharma LP et al~~  Opposed 10/15/19 |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~19−03590~~ | ~~County of Angelina v. Allergan PLC, et al~~ Opposed 10/15/19 |

VIRGINIA WESTERN

| VAW | 2 | 19−00039 | Wise County Board of Supervisors v. Amerisourcebergen Drug Corporation et al |

WASHINGTON WESTERN

| WAW | 3 | 19−05930 | City of Vancouver v. Sackler et al |

WEST VIRGINIA SOUTHERN

| ~~WVS~~ | ~~2~~ | ~~19−00707~~ | ~~Harris et al v. McKesson Corporation et al~~ Opposed 10/11/19 |