UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-02804<br><br>Judge Dan A. Polster |

## NOTICE OF APPEARANCE

Notice is hereby given that Gregory E. Hull of the law firm of FLAGEL & PAPAKIRK, LLC, hereby enters his appearance on behalf of Defendant AxisCare Health Logistics, Inc. in the above captioned matter.

Respectfully Submitted,

**FLAGEL & PAPAKIRK, LLC**

*/s/ Gregory E. Hull*
Gregory E. Hull (OH Bar #0023520)
FLAGEL & PAPAKIRK, LLC
50 E-Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
FAX: (513) 984-8118
ghull@fp-legal.com
*Counsel for Defendant AxisCare Health Logistics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice of Appearance was sent by the Court's electronic case filing system October 31, 2019, and served upon all those participating therein.

*/s/ Gregory E. Hull*
Gregory E. Hull (OH Bar #0023520)