# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of DAVID A. ZWALLY of the law firm Haug Partners LLP on behalf of Defendants Purdue Holdings L.P. (now known as Pharmaceutical Research Associates L.P.); BR Holdings Associates, Inc.; BR Holdings Associates L.P.; PLP Associates Holdings L.P.; PLP Associates Holdings Inc.; Pharmaceutical Research Associates, Inc.; and the P.F. Laboratories Inc. in the above-captioned matter.

Dated: October 31, 2019

        /s/ *David A. Zwally*
David A. Zwally (NY Bar No. 3951902)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, New York 10151
Telephone:  212.588.0800
Facsimile:   212.588.0500
dzwally@haugpartners.com

*Attorneys for Defendants Purdue Holdings L.P. (now known as Pharmaceutical Research Associates L.P.); BR Holdings Associates, Inc.; BR Holdings Associates L.P.; PLP Associates Holdings L.P.; PLP Associates Holdings Inc.; Pharmaceutical Research Associates, Inc.; and the P.F. Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Keelan F. Diana*
Keelan F. Diana (MD Atty. No. 1312170217)
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, New York 10151
Telephone:  212.588.0800
Facsimile:  212.588.0500
kdiana@haugpartners.com