# EXHIBIT B

IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
OHIO
EASTERN DIVISION

| | |
|---|---|
| DARREN AND ELENA FLANAGAN, : | MDL   No. 2804 |
| INDIVIDUALLY AND AS NEXT FRIEND : | |
| AND GUARDIAN OF BABY K.L.F., : | Case No. 1:18-op-45405-DAP |
| : | |
| AND : | Judge Dan Aaron Polster |
| : | |
| SHARON A. WALKER AND DAVID S. WALKER, : | CLASS ACTION |
| COMPLAINT | |
| INDIVIDUALLY AND AS NEXT FRIEND : | |
| AND GUARDIAN OF BABY C.W., : | JURY TRIAL DEMANDED |
|  ON BEHALF OF THEMSELVES : | |
| AND ALL OTHERS SIMILARLY SITUATED, : | |
| : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| MCKESSON CORPORATION; : | |
| CARDINAL HEALTH, INC.; : | |
| AMERISOURCEBERGEN CORPORATION; : | |
| TEVA PHARMACEUTICAL INDUSTRIES, LTD.; : | |
| TEVA PHARMACEUTICALS USA, INC.; : | |
| CEPHALON, INC.; : | |
| JOHNSON & JOHNSON; : | |
| JANSSEN PHARMACEUTICALS, INC.; : | |
|             ORTHO-MCNEIL-JANSSEN | |
|    PHARMACEUTICALS,  : INC. n/k/a JANSSEN | |
|         PHARMACEUTICALS, INC.; : JANSSEN | |
|      PHARMACEUTICA INC. n/k/a JANSSEN : | |
|    PHARMACEUTICALS, INC.; ENDO HEALTH : | |
|    SOLUTIONS INC.; : | |
| ENDO PHARMACEUTICALS, INC.; : | |
| ALLERGAN PLC f/k/a ACTAVIS PLC; : | |
| WATSON PHARMACEUTICALS, INC. n/k/a : | |
|    ACTAVIS, INC.; : | |
| WATSON LABORATORIES, INC.; : | |
| ACTAVIS LLC; : | |
| ACTAVIS PHARMA, INC. f/k/a WATSON : | |
|    PHARMA, INC., : | |
| DEPOMED, INC.; : | |
| MALLINCKRODT LLC; : | |
| MALLINCKRODT PLC; : | |
| SPECGX LLC; : | |

| | |
|---|---|
| PAR PHARMACEUTICAL, INC.; | : |
| PAR PHARMACEUTICAL COMPANIES, INC.; | : |
| NORAMCO, INC.; | : |
| INDIVIOR, INC.; | : |
| CVS HEALTH CORPORATION; | : |
| RITE AID OF MARYLAND, INC.; | : |
| RITE AID CORP.; | : |
| WALGREENS BOOTS ALLIANCE, INC.; | : |
| WALGREEN EASTERN CO.; | : |
| WALGREEN CO.; | : |
| WAL-MART INC. f/k/a WALMART STORES, INC.; | : |
| MIAMI-LUKEN, INC.; | : |
| COSTCO WHOLESALE CORPORATION; | : |
| H.D. SMITH, LLC; | : |
| H.D. SMITH HOLDINGS, LLC; | : |
| H.D. SMITH HOLDING COMPANY; and | : |
| ANDA, INC.; | : |
| | : |
| Defendants. | : |

## INTERROGATORIES
## and
## REQEUST FOR PRODUCTION OF DOCUMENTS

Plaintiffs, Darren and Elena Flanagan, Legal Guardian of Child Kiana Rish Flanagan and Sharon Walker, Legal Guardian of Child Carter Walker, on Behalf of Themselves and All Other Similarly Situated Legal Guardians, by and through undersigned counsel, pursuant to Rule 34 of the Federal rules of Civil Procedure, hereby propounded the following Interrogatories and Request for Production of Documents to Defendants, MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; YLANHARMACEUTICALS, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO

PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., DEPOMED, INC.; MALLINCKRODT LLC; MALLINCKRODT PLC. Your responses to these interrogatories or requests for production are due within thirty (30) days from the date of service.

## DEFINATIONS:

As used in these Interrogatories and Requests:

1. "Child/Baby" means or refers to Kiana Flanagan and/or Carter Walker.

2. "Legal Guardian" means or refers to Darren and/or Elena Flanagan and/or Sharon Walker.

3. "Birth Mother" means or refers to Jennifer Artz and/or Traci N. Rish.

## INTERROGATORIES

1. Please describe any and all toxicological, pharmacological, pharmo-kinetic, longitudinal or other scientific study of opioids conducted on animals in your possession including in the description the title of such studies, date of issuance, who led the study, whether the study was provided to the FDA, and the cost of the study.

2. Please describe any and all toxicological, pharmacological, pharmo-kinetic, longitudinal, clinical trial or other scientific study of opioids conducted on humans in your possession including in the description the title of such studies, date of issuance, who led the study, who funded the study and the cost of the study.

3. Please describe all scientific studies of any sort in your possession, not listed above, that address genotoxicity, teratogenic, mutagenic or development impacts of in utero exposure to opioids.

4. Identify all witnesses you will or may call at the Class Certification Hearing. Provide their full name, address and state the facts you intend to prove and/or disapprove with each witness. State if they are a lay or expert witness; if expert, state their opinions and the basis thereof.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. All studies described in your response to Interrogatory Nos. 1, 2 and 3 above.

2. All emails, memos, presentations, white papers or other documents related to your response to Interrogatories Nos. 1, 2 and 3 above.

3. Please provide any and all documents in your possession that contain the words "Neonatal Abstinence Syndrome", "NAS", "infant", "baby(ies)", "spina bifida" "club foot" or "in utero".

4. Please provide any and all documents related to studies of rats or rabbits exposed to opioids.

5. All non-privileged documents in your possession relating to:

    - Baby:           Kiana Flanagan
    - Guardians:      Darren Flanagan and Elena Flanagan
    - Birth Mother:   Traci N. Rish
    - Birth City:     Fayette County, TN

    and

    - Baby:           Carter Walker
    - Guardian:       Sharon Walker
    - Birth Mother:   Susan C. Ward
    - Birth City:     Memphis, TN

    and

    - Expert: Harvey Rosen
    - Expert: Charles Vyvyan Howard
    - Expert: Charles Livingston Werntz, III

6. All documents, things, charts or demonstrative evidence you will or may use at the Class Certification Hearing.

7. Produce **all prescription records for** Kiona Flanagan within one hundred fifty (150) miles of Fayette County, TN and for Carter Walker within one hundred fifty (150) miles of Memphis, TN.  See attached HIPAA forms.

8. Produce all prescription records for Kiona Flanagan within one hundred fifty (150) miles of Fayette County, TN and for Carter Walker within one hundred fifty (150) miles of Memphis, TN.  See attached HIPAA forms.

DATED: October 15, 2019

                          Respectfully submitted by:

/ *s/ Marc E. Dann*
Marc E. Dann (0039425)
Emily C. White (0085662)
Whitney E. Kaster (0091540)
DANN LAW
728 Euclid Avenue, Suite 300
Cleveland, OH  44115
(216) 373-053
notices@dannlaw.com
**TRIAL COUNSEL**

/ *s/ Celeste Brustowicz*
COOPER LAW FIRM
Celeste Brustowicz
Stephen Wussow
1525 Religious Street
New Orleans, Louisiana 70130
Telephone:  504-399-0009
Facsimile:  504-309-6989
Email: cbrustowicz@clfnola.com
**TRIAL COUNSEL**

/*s/ Scott R. Bickford*

MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford
Spencer R. Doody
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
Email: srb@mbfirm.com
**TRIAL COUNSEL**

*/ s/ Kevin W. Thompson*
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson
David R. Barney, Jr.
2030 Kanawha Boulevard,
East Charleston, WV 25311
Telephone:  304-343-4401
Facsimile:  304-343-4405
Email: kwthompson@gmail.com
**TRIAL COUNSEL**

MeLisa J. Williams, BPR 024200
Attorney At Law
16980 Hwy 64, Suite A
P.O. Box 515
Somerville, TN 38068
901-465-2622 (phone)
901-813-8336 (fax)
Email: mjw@mjwilliamslaw.com

Jack W. Harang, Esq.
3500 N. Hullen Street
Metairie, LA 70002
Email: jwharang@gmail.com

CREADORE LAW FIRM, P.C.
Donald E. Creadore
450 Seventh Avenue, Suite 1408
New York, New York 10123
Telephone:  212-355-7200
Email: donald@creadorelawfirm.com

THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins 242

        Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email:
khr@khrlawoffices.com
Secondary:
ereyes@khrlawoffices.com Tertiary:
assistant@khrlawoffices.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on October 15, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

        */s/Celeste Brustowicz*
        Celeste Brustowicz