# EXHIBIT G

    Cleveland    |    Columbus    |    Cincinnati    |    New Jersey    |    New York    

**Marc E. Dann**

216-452-1026　　　　　　　　　　MDann@DannLaw.com　　　　　　　　　　216-373-0536
Direct Telephone　　　　　　　　　　　　　Email　　　　　　　　　　　　　　　　　Fax

October 28, 2019

Terry Henry
Blank Rome
130 N. 18th Street
Philadelphia PA 19103

*sent via email*

Dear Counsel:

  The purpose of this letter is to follow up after our conference call on Friday October 25, 2019.

  During that call, it was our understanding that it is the position of Counsel for Defendants that all documents requested in the discovery propounded by Counsel for NAS Plaintiffs related to the motion to certify class were previously produced pursuant to the document production to the Plaintiffs' Executive Committee.

  Before filing a motion to compel, we wanted to respectfully request that Counsel for Defendants provide the bates-stamp numbers or other identifiers for each of the documents sought in the discovery propounded on defendants on October 15, 2019, to enable Plaintiffs' Counsel to quickly verify the accuracy of that position, and to minimize the costs and fees related to the review of those documents, so that Plaintiffs may meet the Court's aggressive schedule for filing the Motion for Class Certification.

  As our deadline for filing a motion to compel is later this week, a prompt response to this letter is requested.

  Thank you for your attention to this matter.

Sincerely,

*[signature: Marc E. Dann]*

Marc E. Dann, Esq.
DannLaw
  cc: all Counsel of Record for Defendants

Mailing Address　　　　　　　　　　　DannLaw.com　　　　　　　　　　　Physical Address
PO Box 6031040　　　　　　　　　　　877-475-8100　　　　　　　　　　2728 Euclid Ave Suite 300
Cleveland OH  44103　　　　　　　　　　　　　　　　　　　　　　　　　Cleveland OH  44115