UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL 2804 Case No. 1:17-md-2804 Judge Dan Aaron Polster |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Defendants, William Tham, MD, Physical Medicine and Pain Management Associates, PC, Lawrence Vidaver, Maryland Healing Waters LLC f/k/a Maryland Healing Waters, LLC.

Date:  November 1, 2019

/s/ *Joseph A. Farchione*

Joseph A. Farchione, Ohio Attorney No. 39199

Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado  80202-5647

farchione@wtotrial.com

303-244-1928

303-244-1879 / Fax