# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| ) | Case No. 1:17-md-2804 |
| This document relates to all cases.  ) ) | Judge Dan Aaron Polster |
| ) ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James W. Matthews of Foley & Lardner LLP hereby enters his appearance as lead counsel of record for Defendant Lupin Pharmaceuticals, Inc. in the above-captioned action.

Dated:  November 2, 2019            Respectfully submitted,

/s/ James W. Matthews
James W. Matthews (MA BBO #560560)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
jmatthews@foley.com

*Counsel for Lupin Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2019, the foregoing was served on all counsel of record via the Court's electronic filing system.

                                                       */s/ James W. Matthews*
                                                     James W. Matthews