# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | Case No. 1:17-md-2804 |
| This filing applies to:  All Cases ) ) ) ) | Judge Dan Aaron Polster |

## NOTICE OF FORM OF WAIVER REQUEST

Pursuant to Paragraph 6(d) of Case Management Order One (ECF #232), attached at **Exhibit A** is a proper form of waiver request for Defendant Lupin Pharmaceuticals, Inc.

Defendant Lupin Pharmaceuticals, Inc. hereby designates James W. Matthews (jmatthews@foley.com) as the person to electronically accept waiver requests in the above-referenced action, with copies also to be provided electronically to Katy E. Koski (kkoski@foley.com).

Dated:  November 2, 2019

Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel:     617.342.4000
Fax:    617.342.4001
Email: jmatthews@foley.com
           kkoski@foley.com

*Counsel for Defendant Lupin Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of November 2019, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                   */s/ James W. Matthews*
                                                   James W. Matthews