UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | **MDL 2804** |
| OPIATE LITIGATION | ) | **Case No. 1:17-md-2804** |
| | ) | **Judge Dan Aaron Polster** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

    I, Justin Tresnowski, filed an appearance as an attorney for Plaintiff City of Chicago in 2018.  At the time, I worked in the City of Chicago's Department of Law and represented the City of Chicago in this matter.  I have since terminated my employment with the City of Chicago's Department of Law and am thus no longer representing the City of Chicago.  Therefore, I hereby withdraw my appearance as an attorney in this case and provide this notice of withdrawal.

Date: November 1, 2019                                              /s/ Justin Tresnowski