UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-MD-2804 |
| | **Judge Dan Aaron Polster** |

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

## NOTICE OF APPEARANCE

Now comes Attorney Emily C. White, and hereby enters her appearance as counsel of record for Plaintiffs, Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blakenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Roman Ramirez, Jaqueline Ramirez, Walter Salmons, Virginia Salmons, Sharon A. Walker and David S. Walker, (*NAS Plaintiffs*) in the above captioned matter.

                                                        Respectfully submitted,

                                                        */s/ Emily C. White*
                                                        Emily C. White (0085662)
                                                        Marc E. Dann (0039425)
                                                        Whitney E. Kaster (0091540)
                                                        Dann Law
                                                        P.O. Box 6031040
                                                         Cleveland, OH. 44103
                                                        (216) 373-0539
                                                        notices@dannlaw.com
                                                        *Counsel for NAS Plaintiffs*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on this 4th day of November, 2019. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all Counsel of record.

*/s/ Emily C. White*
Emily C. White (0085662)
Marc E. Dann (0039425)
Dann Law