UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

This document relates to:

*City of Jacksonville v. Purdue Pharma L.P., et. al.,*
Case no. 3:18-cv-751-J-32PAB, from the
United States District Court for the
Middle District of Florida,

N.D. Ohio MDL No. 1:18-op-46120-DAP

_____/

MDL No. 2804
CASE NO. 1:17-md-2804-DAP

Judge Dan Aaron Polster

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL BABICH AND NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, P. Matthew Luka, attorney for Defendant Michael Babich, and hereby moves to withdraw as counsel on his behalf in the above-captioned case and for the MDL in total. Attorney Russell Piccoli of Piccoli, PLC hereby gives notice of his substitution as counsel for Michael Babich in the above-captioned case and any other cases in this MDL.  Mr. Piccoli's contact information is set forth in his signature block below.  Mr. Babich has been informed of this change in representation through Mr. Piccoli pursuant to Local Civil Rule 83.9, and Mr. Babich has no objection to the substitution of Mr. Piccoli for Mr. Luka as his counsel of record.

WHEREFORE, P. Matthew Luka respectfully requests the Court terminate his representation of Defendant Michael Babich and substitute Russell Piccoli as counsel of record.

1

Respectfully submitted,


By: /s/ *P. Matthew Luka*
P. MATTHEW LUKA
Florida Bar No. 555630
TROMBLEY & HANES, P.A.
707 North Franklin Street, 10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
Facsimile:  (813) 223-5204
Email:  mluka@trombleyhaneslaw.com

By: /s/ Russell Piccoli
RUSSELL PICCOLI/004492
**RUSSELL PICCOLI, PLC**
701 North 44th Street
Phoenix, AZ 85008
Telephone: (480) 429-3000
Email:  rp@winazlaw.com
*Attorney for Defendant Michael Babich*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.


/s/ *P. Matthew Luka*
P. MATTHEW LUKA