UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                                                                     MDL No. 2804

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on October 8, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in the actions filed notices of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-115" filed on October 8, 2019, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION  MDL No. 2804

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **OKLAHOMA EASTERN** | | | |
| OKE | 6 | 19−00320 | Love County Board of County Commissioners v. Purdue Pharma LP et al |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 19−00878 | Board of County Commissioners of Woods County v. Purdue Pharma LP et al |
| OKW | 5 | 19−00879 | Board of County Commissioners of Major County v. Purdue Pharma LP et al |
| OKW | 5 | 19−00880 | Pottawatomie County Board of County Commissioners v. Purdue Pharma LP et al |
| OKW | 5 | 19−00884 | Kay County Board of County Commissioners v. Purdue Pharma LP et al |