# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

### NOTICE OF SECOND AMENDED BANKRUPTCY COURT ORDER EXTENDING INJUNCTION AGAINST CONTINUATION OF THESE PROCEEDINGS AS TO RELATED PARTIES TO DEBTOR PURDUE PHARMA L.P. AND AFFILIATED DEBTORS

On November 6, 2019, the United States Bankruptcy Court for the Southern District of New York issued an order extending the preliminary injunction (the "**Injunction**") that was attached to the undersigned Related Party Defendants' Notice of Bankruptcy Court Order Enjoining the Continuation of these Proceedings as to Related Parties to Debtor Purdue Pharma L.P., filed October 18, 2019 in this multi-district action (Doc. # 2847). *See* Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P.,* et al., No. 19-23649 (RDD), Adv. Pro. No. 19-08289 (RDD), Doc. # 105 (Bankr. S.D.N.Y. Nov. 6, 2019) (the "**Second Amended Preliminary Injunction Order**"), a copy of which is attached as **Exhibit 1** hereto.

The Injunction has been extended through and including April 8, 2020. *See id.* at 5. Numerous plaintiffs currently in this multi-district proceeding have also agreed to abide by the terms of the Injunction through December 19, 2019. *See id.* at 5 n.3. Those plaintiffs are identified in the Verified Statement of the Multi-State Governmental Entities Group Pursuant to

Rule 2019 of the Federal Rules of Bankruptcy Procedure, filed in *In re Purdue Pharma L.P.*, No. 19-23649 (RDD), Doc. # 409, Ex. A (Bankr. S.D.N.Y. Oct. 30, 2019).

      Notwithstanding the filing of this notice, the undersigned Related Party Defendants expressly preserve all of their defenses, including, but not limited to, the lack of personal jurisdiction.

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
Ariel A. Brough (Ohio Bar No. 0090712)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com
brough@litohio.com

Attorneys for Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, The Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler and Jonathan Sackler as alleged Trustees of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Beverly Sackler

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of November, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell
Stuart G. Parsell (0063510)

836812