# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | : | 1:17-md-02804 |
| | : | |
| | : | 1:18-op-45307 |
| | : | |
| This Document Relates to: | : | Judge Polster |
| | : | |
| MEDICAL MUTUAL OF OHIO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PURDUE PHARMA, L.P., *et al*., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to local rule 83.9, please take notice that H. Toby Schisler of the law firm of Dinsmore & Shohl LLP hereby enters his appearance as counsel of record for Defendant, Linden Care, L.L.C. ("Linden"), in substitution for Alicia M. Stefanski, Esq., of Dinsmore & Shohl, LLP. Linden has been notified of this substitution. As of November 15, 2019, Ms. Stefanski will no longer be affiliated with the law firm of Dinsmore & Shohl, LLP. All service in connection with this action should be made at the following address:

H. Toby Schisler (0068306)
DINSMORE & SHOHL LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH  45202
Phone:   (513) 977-8152
Fax:     (513) 977-8141
Email:   toby.schisler@dinsmore.com

Respectfully submitted,

| | |
|---|---|
| */s/ Alicia M. Stefanski* | */s/ H. Toby Schisler* |
| Alicia M. Stefanski (0082515) | H. Toby Schisler  (0068306) |
| DINSMORE & SHOHL, LLP | DINSMORE & SHOHL, LLP |
| 191 W. Nationwide Blvd., Suite 300 | 255 E. Fifth Street, Suite 1900 |
| Columbus, Ohio  43215 | Cincinnati, OH  45202 |
| Phone: (614) 628-6880 | Phone: (513) 977-8152 |
| Fax: (614) 628-6890 | Fax: (513) 977-8141 |
| Email: alicia.stefanski@dinsmore.com | Email: toby.schisler@dinsmore.com |
| *Attorneys for Defendant Linden Care, L.L.C.* | *Attorneys for Defendant Linden Care, L.L.C.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 11, 2019, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ H. Toby Schisler*
H. Toby Schisler  (0068306)

15596772.1