UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No. 1:17-MD-02804-DAP Hon. Judge Dan A. Polster |

1:18-op-45405-DAP
1:18-op-45268-DAP
1:18-op-46327-DAP
1:19-op-45459-DAP

NOTICE OF ERRATA CONCERNING DOC. 2814: NOTICE OF EXPERTS UPON WHOM NAS PLAINTIFFS WILL OFFER AS PER DOCKET NUMBER 2738 IN SUPPORT OF CLASS CERTIFICATION

Paragraphs 1 & 2 of Doc. 2814 refer to 'attached preliminary reports' of consulting experts (Busby, Annand, and Saunders). This was in error. The referenced preliminary reports will be attached to the testifying experts' reports due for disclosure on December 1, 2019 as per the Court Order Doc. 2738. The consulting experts will be available for deposition during the time period outlined in Doc. 2738 should the defendants wish to depose these individuals. Their CVs are attached hereto. Also attached are two declarations authored by Dr. Anand which are of record.

/s/ Celeste Brustowicz
Celeste Brustowicz
Barry J. Cooper, Jr.
Stephen H. Wussow
Victor Cobb
Cooper Law Firm, LLC
1525 Religious Street
New Orleans, LA  70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

**CERTIFICATE OF SERVICE**

4833-1778-4964, v. 1

I hereby certify that on this 14th day of October 2019, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.

/s/ CELESTE BRUSTOWICZ

4833-1778-4964, v. 1