Case: 1:17-md-02804-DAP Doc #: 2949-1 Filed: 11/01/19 1 of 145. PageID #: 428569

# EXHIBIT 1

# DECLARATION OF DR. KANWALJEET S. ANAND

I am Dr. Kanwaljeet S. Anand, M.B.B.S., D.Phil., FAAP, FCCM, FRCPCH who files this declaration under penalty of perjury. I am a pediatrician specialized in the care of critically ill newborns and children. I serve as a fully tenured Professor of Pediatrics, Anesthesiology, Perioperative & Pain Medicine at Stanford University School of Medicine, and as Director of the Pain/Stress Neurobiology Laboratory at Children's Hospital Research Institute. For more than 30 years, I have conducted intensive research and study on the development of pain/stress in human newborns, their development during early childhood, and long-term outcomes. I have authored 311 scientific publications (125 in the last 10 years), edited 9 books, and received numerous professional awards. My true and correct Curriculum Vitae is attached. I am personally familiar with Opioid Use Disorder in pregnancy and Neonatal Abstinence Syndrome and have reviewed all materials referenced below.

Recognizing the present state of the Opioid Crisis in America, a medical emergency has been declared by the President of the United States. This emergency is particularly acute in its effects on *in utero* babies from conception through their lives. I offer the following statements for the Court's consideration:

## Definitions

- Opioid Use Disorder (OUD) is defined in the DSM-5 as a problematic pattern of opioid use leading to clinically significant impairment or distress. OUD was previously classified as Opioid Abuse or Opioid Dependence in DSM-IV. OUD has also been referred to as "opioid addiction."
- Neonatal abstinence syndrome (NAS) is a group of problems that occur in a newborn who was exposed repeatedly to opiate drugs while in the mother's womb.

## The numbers of babies reported to be born with OUD annually

1) Based on trend analyses for Opioid Use Disorder (OUD) in pregnancy, approximately 36,000 of babies are likely to be born with NAS in 2018[1] (projected using the CDC birth rate data)[2-4]. CDC data released recently show that the documented rate for OUD was 6.5 per 1,000 delivery hospitalizations in 2014 (MMWR, August 2018[1]). This is a very conservative estimate, since it does not include babies delivered at home, at maternity clinics, or birthing centers. Epidemiological studies show that rates of OUD may be higher among women who generally use non-hospital birthing centers or prefer delivering their baby at home[1,5-7].

Using recently published trends from 1999 to 2014[1], the National Average Annual increase in OUD rates was 0.39 per 1,000 delivery hospitalizations per year. This is a conservative estimate, since it averages out the increases in OUD rates over 16 years of collected data, whereas the rate of increase has been much greater in the past 5 years (see Figure 1).

FIGURE 1. National prevalence of opioid use disorder per 1,000 delivery hospitalizations* — National Inpatient Sample (NIS),[†] Healthcare Cost and Utilization Project (HCUP), United States, 1999–2014



Even using this conservative yearly rate increase (3.9%) will give us OUD rates increasing up to 8.45 per 1,000 delivery hospitalizations in 2019. However, if we project the OUD rate increases from the past 5 years, National Average increases show an increased rate of 7.2% or 0.72 per 1,000 delivery hospitalizations per year. This will give us OUD rates increasing to 10.1 per 1,000 delivery hospitalizations in 2019. These data are listed in **Table 2** below.

In addition, however, **Table 2** also includes the "corrected" OUD rates after adjusting for:

(1) women undergoing detox before the baby's birth, whose babies may not show signs of NAS; and (2) those women who do not deliver in a hospital (previous studies have reported higher OUD rates among these women).

<u>Table 1: Calculated numbers of Newborn Babies with NAS: Trend analyses from 2014 to 2019</u>

| | National Average Increase 0.39/year (using 1999-2014 data) | | | National Average Increase 0.72/year (using 2011-2014 data) | | | Estimates including babies who detox *in utero* and those born in non-hospital settings | | |
|---|---|---|---|---|---|---|---|---|---|
| | OUD rate/1000 hospital deliveries | Number of live-births: CDC data | Number newborns with NAS | OUD rate/1000 hospital deliveries | Number of live-births: CDC data | Newborns with NAS | Corrected OUD rates/1000 live births | Number of live-births: CDC data | Newborns with NAS |
| 2014 | 6.5 | 3,988,076 | 25,922 | 6.5 | 3,988,076 | 25,922 | 7.5 | 3,988,076 | 29,911 |
| 2015 | 6.89 | 3,978,497 | 27,412 | 7.22 | 3,978,497 | 28,725 | 8.5 | 3,978,497 | 33,817 |
| 2016 | 7.28 | 3,945,875 | 28,726 | 7.94 | 3,945,875 | 31,330 | 9.4 | 3,945,875 | 37,091 |
| 2017 | 7.67 | 3,853,472 | 29,556 | 8.66 | 3,853,472 | 33,371 | 10.3 | 3,853,472 | 39,691 |

| 2018* | 8.06 | 3,776,403 | 30,438 | 9.38 | 3,776,403 | 35,423 | 11.1 | 3,776,403 | 41,918 |
| 2019* | 8.45 | 3,738,639 | 31,591 | 10.1 | 3,738,639 | 37,760 | 11.9 | 3,738,639 | 44,490 |

*2018 Number of Live-births estimated with a 2% decrease in births from 2017; *2019 Number of Live-births estimated with a 1% decrease in births from 2018

**The true number of babies with NAS is estimated to be considerably higher given reporting requirements and babies who detox in utero.**

2) The "corrected" numbers of babies with NAS are estimated to be considerably higher (about 42,000 babies in 2018; see **Table 1**) given the CDC reporting requirements; those babies who detox *in utero*, and those babies born in non-hospital settings are not included in the NAS data collected following hospital deliveries[6-9]. Proposed criteria for diagnosis of OUD in women who detox before delivery are listed in **Table 2** below.

Table 2: Proposed Criteria for Mothers with Opioid Use Disorder in Pregnancy (no OUD at delivery)

| |
|---|
| **Inclusion Criteria:** To qualify for a diagnosis of prescription drug OUD, patients should meet a minimum 3 of the 4 listed criteria |
| 1. **Continuous opioid use** for 4 consecutive weeks or longer in pregnancy (confirmed via entries in her medical record, filled pharmacy prescriptions, and/or other sources of prescription opioids).<br><br>2. **Dose escalation** during opioid exposure by 100% (i.e., doubling of the original starting opioid dose) showing opioid tolerance during the period of opioid exposure.<br><br>3. **Addiction Severity Index** (6th Edition), showing clinically significant scores in 2 subscales, including the (a) Clinical Global Impression scale-Severity (CGI-S; score range 0-8) → cutoff score of 5 or greater; *and* (b) Drug Abuse Scale – Severity (DAS-S; score range 31-77) → cutoff score of 45 or higher.<br><br>4. **Evidence for NAS** in the baby within the first 72 hours after birth (modified Finnegan score ≥ 8 from two consecutive assessments performed by a qualified healthcare practitioner with a minimum interval of 4 hours between the two consecutive NAS assessments). |
| **Exclusion Criteria:** To qualify for a diagnosis of prescription drug OUD, these criteria must NOT be present: |
| 1) Chronic pain disorder or chronic pain condition diagnosed by a qualified physician before or during the current pregnancy, OR<br><br>2) Major psychiatric disorder diagnosed by a psychiatrist in 1 year before or during the current pregnancy. |

**Annual growth rate**

3) This number is growing annually at a rate of 3.9% averaged over the past 16 years (1999-2015), but the available data show that the average rates of increase in OUD have been much greater in the past 5 years. CDC states that NAS is "clearly underestimated and under-reported" but data available from 36 states as of 2015 showed approximate increases of 7.2% per year between 2011 and 2015[1,6-9]. It appears that the newer synthetic opioids (including methadone) have greater addictive properties.

**Constellation of symptoms for OUD in pregnancy**

4) Effects of OUD in pregnancy include: premature birth, spontaneous abortion, low birth weight, maternal-fetal effects, intrauterine growth retardation (IUGR), placental insufficiency, premature rupture of membranes, perinatal infections, postpartum hemorrhage, perinatal or neonatal mortality, increased birth defects, delayed cognitive development, long-term behavioral problems, ADHD, auditory deficits, speech delay, swallowing difficulty, gastro-esophageal reflux disease (GERD), digestive disorders, delayed feeding, failure to thrive, congenital neurological defects, and congenital heart defects[10-16].

**Time periods of interventions to achieve the best outcomes**

5) For most of these conditions, the best possible outcomes can only be achieved with proper management of the NAS, increased surveillance, and active multi-disciplinary interventions that are initiated immediately after birth and continued for the first 3-5 years (depending on the severity of prescription opioid exposure)[10,17-28].

**Evidence suggesting that prenatal opioid exposure damages DNA**

6) Huge amounts of published data substantiate the findings that opioid exposures alter genetic regulation and DNA structure, but many of these studies were performed in animal models[29]. Almost 40 years ago, however, leading researchers discovered that opioid addiction damages human DNA and/or prevents DNA repair occurring from other causes of DNA damage (e.g. UV light)[30]. Since then, accumulating data have shown the progressive effects of repetitive opioid exposure on DNA fragmentation occurring in the human brain and in peripheral blood cells[30-43]. More recently, several studies also documented the epigenetic effects of opioid addiction, capable of intergenerational and transgenerational transmission to the offspring of opioid addicts[44-52]. Although pregnant women were excluded from most of these studies, the underlying mechanisms are likely to have extensive effects on the massive DNA synthesis occurring during fetal development[38,53].

Consequent to the opioid effects on human DNA cited above, a large number of studies have found a higher incidence of birth defects in the babies exposed to maternal opioids *in utero*[16]. Seventeen (17) studies found opioid exposure linked with facial/oral defects (e.g., cleft lip, cleft palate, or others), heart defects (e.g., ventricular septal defects, atrial septal defects, hypoplastic left heart syndrome, pulmonary valve stenosis, conoventricular septal defects), limb deformities (e.g., clubfoot), visceral organ defects (e.g., gastroschisis), or neural tube defects (e.g., spina

bifida)[11,12,14-16]. Most of these conditions require multiple surgical operations and long-term medical care to support the optimal development of these severely affected children[14,54].

## The *"social determinants of health"* are different in NAS babies

7) In addition to suffering medical diagnoses, the children of opioid addicted women are much more likely to be born into poverty, broken homes, placed into foster care, have addiction problems of their own, or seen by criminal justice system, etc. Nationally, about 40% go into foster care and child protective services. There were 92,100 children in foster care system in 2016 (US Department of Health and Human Services Adoption and Foster care Analysis and Reporting System, October 20, 2017). These findings are not unique to the US system. For example, from the 58 babies exposed to maternal buprenorphine in Finland, 11 infants (19%) were discharged home, 19 (33%) placed in foster care, 27 (48%) discharged to institutional care with their mothers and 1 infant followed her mother to prison[55]. Thus, the home/social environments of NAS babies are likely to be unpredictable, potentially unsafe and certainly not supportive of their early development without the appropriate maternal supports and long-term monitoring.

## Long-term cognitive and behavioral outcomes of babies with NAS

8) Opioids have drastic and sustained effects on brain development in the fetal and postnatal periods, affecting the brain's size, architecture, numbers and connections of brain cells, neurochemical and other functions of each cell, as well as the brain DNA's structure, its expression and regulation. Opioids are expected to have robust and long-term effects on the cognitive and behavioral outcomes of babies with NAS (or those exposed to maternal opioids but without NAS at birth). Published follow-up studies of NAS babies, however, show minimal long-term effects related to prenatal opioid exposure. Baldacchino et al. identified 200 follow-up studies of opioid exposures during pregnancy, but only 8 studies met inclusion criteria with 4 studies in infancy, 3 assessing preschool children, and 1 on school children[56,57]. All these were retrospective case-control studies conducted within urbanized, low socioeconomic communities, with mothers exposed to either heroin or methadone (a synthetic opioid). Five studies had data usable for meta-analysis, with a total of 218 opioid-exposed and 205 non- exposed children. In all outcomes opioid-exposed children had lower scores as compared to controls[56].

A large number of studies have reported lower birth weights and smaller head circumferences in opioid-exposed babies[55,58-68]. A controlled comparison showed that reduced fetal head and body growth in infants of opioid-dependent mothers were not explained by gestational age, cigarette smoking, area deprivation, infant gender, maternal age or parity[69]. Given the limited maternal/environmental effects on head circumference, it is likely that the robust effects of opioid exposure on head circumference occur by reducing brain growth[54,70]. This was confirmed in a pilot study of 16 infants, where volumetric MRI scans showed smaller whole brain volumes and basal ganglia volumes compared to age-matched population means[59]. In another follow-up MRI study that included 38 youths in the opioid-exposed group and 44 youths in the non-exposed group (aged 17 to 22 years), the drug-exposed group displayed smaller neuroanatomical volumes (difference in total brain volume, p=0.001), smaller surface areas of the cerebral cortex, and thinner cortical mantle than the comparison group[71].

The consequences of this impaired brain growth are also pervasive, with altered dyadic interactions of mothers and infants[72], impaired neurodevelopment at 6 months in all domains of Griffith's Mental Development Scales[73], impaired visual acuity and visuomotor functions[70,73,74], impaired language-related cognitive skills and executive functions[75,76], with inattention, hyperactivity, impulsivity, aggression, ADHD and other behavioral problems persisting into adolescence and even adulthood in those born to opioid-dependent mothers during pregnancy[58,71,77-79]. The long-term opioid effects on cognition tended to increase rather than wane over time, even in adoptive/foster children with fewer postnatal risks[77].

Thus, there is an urgent imperative for documenting the longer-term outcomes of children exposed to opioids in pregnancy, through well-designed studies that prospectively enroll pregnant women using prescription opioids (with or without OUD) and consistently follow their children into the teenage years with good retention rates.

**Large knowledge gaps exist in the management, interventions, and monitoring of pregnant women with OUD and their infants**

9) Experts from the National Institute of Child Health & Human Development (NICHD), Centers for Disease Control & Prevention (CDC), American College of Obstetrics & Gynecology (ACOG), American Academy of Pediatrics (AAP), Society for Maternal-Fetal Medicine, and the March of Dimes (MOD) convened in April 2016 to discuss OUD in pregnancy and its outcomes[80]. They summarized the current knowledge in this area and noted 35 major areas where scientific evidence is lacking or unreliable. These knowledge gaps, listed in Table 3 below, have largely remained unfilled in the time since this report was published (July 2017).

**Table 3: Gaps in Scientific Knowledge** (adapted from Box 4 of the Executive Summary, Reddy et al.[80])

| Clinical Research | Unanswered Questions |
|---|---|
| Prenatal Care | What are the best approaches of screening pregnant women for OUD? |
| | How do we maintain patient confidentiality and trust while minimizing judgmental behavior, punitive implications, and maternal anxieties regarding child custody and social stigma? |
| | How can we structure comprehensive prenatal care to bring all available resources to women? |
| | What are the best methods and frequency for assessments of fetal well-being? |
| Medication-Assisted Therapy & Detoxification | What are the most effective practices for engaging pregnant women into treatment programs?<br><br>• Include women recovering from opioid use disorders?<br>• Develop screening tools to predict the probability of relapse<br>• Use physiologic measures of opioid withdrawal rather than simply assessing cravings? |
| | What are the best treatment approaches for medication-assisted therapy (MAT) or detox during pregnancy, ensuring optimal safety, efficacy, and minimal relapse? |
| | Can "precision medicine" inform the appropriate dosing for medications throughout pregnancy? Postpartum? |

| | |
|---|---|
| | During breastfeeding? |
| | Which opioid works best for which patients? Need pharmacokinetic and pharmacodynamic data for opioids during pregnancy and breastfeeding (e.g., fast vs. slow metabolizers may need different dosing schedules). |
| | For how long do patients need the medication-assisted therapy? What are the best ways for weaning or detox? |
| | Should weaning be performed during or after pregnancy? How can we prevent OUD in future pregnancies? |
| | Are there subgroups of women with OUD who will be successful with detoxification therapy (avoiding MAT)? |
| | → Need evidence for optimal fetal assessment and efficacy, role of benzodiazepines and adjunctive medications, medical interventions for detox complications, excellent follow-up of women/children following detox. |
| | How can we anticipate and minimize potential relapse if detoxification is undertaken? |
| | What is the pathophysiology of detoxification during pregnancy, in terms of maternal, utero-placental function, and fetal effects? |
| Labor & Delivery | What is the optimal and appropriate dosing for opioid and non-opioid analgesia/anesthesia during labor & delivery? What are the patient factors that modify these drug effects (e.g., polydrug use, smoking, and stress)? |
| | What is the comparative effectiveness of non-opioid alternatives for post-Cesarean pain control (e.g., gabapentin, transversus abdominis plane block, intravenous acetaminophen)? |
| | How can we educate and change physician practices to improve postpartum pain management? |
| | What is the risk of overdose in those using illicit opioids or on high-dose medication-assisted therapy for OUD? |
| | Is pregnancy an independent risk factor for opioid overdose? If so, is it mediated by sleep apnea/dysregulation? |
| | How can we align the opioid medications prescribed for MAT with the needs for post-Cesarean pain control? What are the implications for relapse of OUD after delivery? |
| Postpartum Care & Support | What are the risk factors for relapse after delivery? |
| | Do opioid type, dosing, and management strategies affect risk of relapse? |
| | Improve prenatal education and counseling about the benefits of breastfeeding and rooming-in after delivery. |
| | What interventions could increase breastfeeding initiation rates and prolong the duration of breastfeeding? |
| | What are the causal pathways between breastfeeding and the decreased occurrence and severity of NAS? |
| | What is the comparative effectiveness and safety of buprenorphine management strategies after delivery? |
| | How can we improve access, availability, acceptance, and affordability of long-acting reversible contraception? |
| | How to increase regular dual use of condoms and nonbarrier methods to prevent sexually transmitted infections? |
| | What are the clinical and psychosocial factors that correlate with the development of postpartum depression? |

| | |
|---|---|
| | What are the best tools for screening women with OUD for postpartum depression? What is the best frequency and timing of depression screening in prenatal and postpartum periods? |
| | Which pregnant women should be treated prophylactically to prevent postpartum depression? |
| Neonatal Screening & Assessment for NAS | What are the best methods for identification and screening for Neonatal Abstinence Syndrome? <br><br> • Need a validated biomarker for NAS as a physiologic state, for example, epinephrine or cortisol levels <br> • Need laboratory-on-a-chip method for rapid testing for NAS <br> • What are the predictive factors and thresholds for development of NAS? Are there any diagnostic assays to identify who will develop NAS and how they will respond to therapies? |
| | What are the best methods for assessing the development of neonates with NAS? |
| | What is the duration and frequency for observing neonates at risk for NAS? What factors define this period? |
| | → Develop objective tools using technology-assisted assessment for NAS diagnosis and severity |
| | → Perform individualized and comprehensive assessments to identify those neonates most susceptible to poor developmental outcomes |
| | → Test the different scoring systems and assessment protocols against each other |
| | What factors affect the NAS risk profiles for neonates? Different substance exposures may lead to the same symptoms; need ability to distinguish them to determine best therapy, accounting for population heterogeneity, type of drug, its dose and gestational age of exposure to maternal opioids |
| Treatment of NAS | What is the optimal initial drug for treatment of NAS? |
| | What are clinical or physiological indications for adding a second drug? |
| | Can genetic or epigenetic analyses be combined with antenatal exposures to tailor an optimal treatment regimen? |
| | How can we adjust NAS treatment for polydrug use during pregnancy? |
| | What are the clinical and social criteria for discharging NAS infants home with the mother or to other facilities? |
| | What criteria best select neonates and families for outpatient management? |
| | What resources are needed for safe and effective outpatient management? |
| Neonatal Discharge & Follow-up | What are the long-term development outcomes for children prenatally exposed to opioid agonist and/or antagonist medications? |
| | Note that: (a) Exposure is different based on variations in neonatal metabolism, (b) No published data on timing of opioid exposure and long-term developmental outcomes, (c) Role of the environment, maternal factors (age, health, education, insurance status), and social factors (household structure, neighborhood effects, chronic illness in family, mental health) is undefined, and (d) Latent effects of prenatal opioid exposure remain unknown. |
| | How do maternal psychiatric comorbidities and propensity for substance abuse affect child outcomes? |
| | What are the barriers to follow-up care related to state regulations? |
| | Do state-specific regulations affect screening, treatment, and neonatal outcomes? |

In conclusion, long term funding for the studies referenced herein as well as the long-term care and treatment of these babies is essential to the resolution of this Crisis.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2018.

Dr. Kanwaljeet S. Anand,
M.B.B.S., D.Phil., FAAP, FCCM, FRCPCH

**References:**

1.      Haight SC, Ko JY, Tong VT, Bohm MK, Callaghan WM. Opioid Use Disorder Documented at Delivery Hospitalization - United States, 1999-2014. *MMWR Morb Mortal Wkly Rep* 2018; **67**(31): 845-9.
2.      Martin JA, Hamilton BE, Osterman MJ, Driscoll AK, Mathews TJ. Births: Final Data for 2015. *Natl Vital Stat Rep* 2017; **66**(1): 1.
3.      Martin JA, Hamilton BE, Osterman MJK, Driscoll AK, Drake P. Births: Final Data for 2016. *Natl Vital Stat Rep* 2018; **67**(1): 1-55.
4.      Hamilton BE, Martin JA, Osterman MJ, Driscoll AK, Rossen LM. Births: Provisional Data for 2017. Washington, DC: Centers for Disease Control & Prevention, U.S. Department of Health and Human Services, 2018.
5.      Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal abstinence syndrome and associated health care expenditures: United States, 2000-2009. *JAMA* 2012; **307**(18): 1934-40.
6.      Atwell KA, Weiss HB, Gibson C, Miller R, Corden TE. Neonatal Abstinence Syndrome and Maternal Substance Use in Wisconsin, 2009-2014. *WMJ* 2016; **115**(6): 287-94.
7.      Ko JY, Patrick SW, Tong VT, Patel R, Lind JN, Barfield WD. Incidence of Neonatal Abstinence Syndrome - 28 States, 1999-2013. *MMWR Morb Mortal Wkly Rep* 2016; **65**(31): 799-802.
8.      Lind JN, Petersen EE, Lederer PA, et al. Infant and maternal characteristics in neonatal abstinence syndrome--selected hospitals in Florida, 2010-2011. *MMWR Morb Mortal Wkly Rep* 2015; **64**(8): 213-6.
9.      Okoroh EM, Gee RE, Jiang B, McNeil MB, Hardy-Decuir BA, Zapata AL. Neonatal Abstinence Syndrome: Trend and Expenditure in Louisiana Medicaid, 2003-2013. *Matern Child Health J* 2017; **21**(7): 1479-87.
10.     Wolff K, Perez-Montejano R. Opioid neonatal abstinence syndrome: controversies and implications for practice. *Curr Drug Abuse Rev* 2014; **7**(1): 44-58.

11.	Broussard CS, Rasmussen SA, Reefhuis J, et al. Maternal treatment with opioid analgesics and risk for birth defects. *Am J Obstet Gynecol* 2011; **204**(4): 314 e1-11.

12.	Yazdy MM, Mitchell AA, Tinker SC, Parker SE, Werler MM. Periconceptional use of opioids and the risk of neural tube defects. *Obstet Gynecol* 2013; **122**(4): 838-44.

13.	Dawson AL, Razzaghi H, Arth A, et al. Maternal exposures in the National Birth Defects Prevention Study: Time trends of selected exposures. *Birth Defects Res A Clin Mol Teratol* 2015; **103**(8): 703-12.

14.	McCarthy M. Opioids are commonly prescribed to women of reproductive age despite birth defect risk, US CDC study shows. *BMJ* 2015; **350**: h456.

15.	Interrante JD, Ailes EC, Lind JN, et al. Risk comparison for prenatal use of analgesics and selected birth defects, National Birth Defects Prevention Study 1997-2011. *Ann Epidemiol* 2017; **27**(10): 645-53 e2.

16.	Lind JN, Interrante JD, Ailes EC, et al. Maternal Use of Opioids During Pregnancy and Congenital Malformations: A Systematic Review. *Pediatrics* 2017; **139**(6).

17.	Ballard JL. Treatment of neonatal abstinence syndrome with breast milk containing methadone. *J Perinat Neonatal Nurs* 2002; **15**(4): 76-85.

18.	Bell SG. Buprenorphine: a newer drug for treating neonatal abstinence syndrome. *Neonatal Netw* 2012; **31**(3): 178-83.

19.	Kraft WK, van den Anker JN. Pharmacologic management of the opioid neonatal abstinence syndrome. *Pediatr Clin North Am* 2012; **59**(5): 1147-65.

20.	Bagley SM, Wachman EM, Holland E, Brogly SB. Review of the assessment and management of neonatal abstinence syndrome. *Addict Sci Clin Pract* 2014; **9**(1): 19.

21.	Patrick SW, Kaplan HC, Passarella M, Davis MM, Lorch SA. Variation in treatment of neonatal abstinence syndrome in US children's hospitals, 2004-2011. *J Perinatol* 2014; **34**(11): 867-72.

22.	Kraft WK, Stover MW, Davis JM. Neonatal abstinence syndrome: Pharmacologic strategies for the mother and infant. *Semin Perinatol* 2016; **40**(3): 203-12.

23.	McPherson C. Pharmacotherapy for Neonatal Abstinence Syndrome: Choosing the Right Opioid or No Opioid at All. *Neonatal Netw* 2016; **35**(5): 314-20.

24.	Grossman MR, Berkwitt AK, Osborn RR, et al. An Initiative to Improve the Quality of Care of Infants With Neonatal Abstinence Syndrome. *Pediatrics* 2017; **139**(6).

25.	Kraft WK, Adeniyi-Jones SC, Chervoneva I, et al. Buprenorphine for the Treatment of the Neonatal Abstinence Syndrome. *N Engl J Med* 2017; **376**(24): 2341-8.

26.	Kraft WK, Adeniyi-Jones SC, Ehrlich ME. Buprenorphine for the Neonatal Abstinence Syndrome. *N Engl J Med* 2017; **377**(10): 997-8.

27.	Pryor JR, Maalouf FI, Krans EE, Schumacher RE, Cooper WO, Patrick SW. The opioid epidemic and neonatal abstinence syndrome in the USA: a review of the continuum of care. *Arch Dis Child Fetal Neonatal Ed* 2017; **102**(2): F183-F7.

28.	Gadomski A, Riley M, Ramiza K, et al. Treating Neonatal Abstinence Syndrome in a Rural Hospital: Lessons Learned. *Acad Pediatr* 2018.

29.	Jimenez-Gonzalez A, Garcia-Concejo A, Leon-Lobera F, Rodriguez RE. Morphine delays neural stem cells differentiation by facilitating Nestin overexpression. *Biochim Biophys Acta* 2018; **1862**(3): 474-84.

30.	Madden JJ, Falek A, Shafer DA, Glick JH. Effects of opiates and demographic factors on DNA repair synthesis in human leukocytes. *Proc Natl Acad Sci U S A* 1979; **76**(11): 5769-73.

31.	McLaughlin P, Mactier H, Gillis C, et al. Increased DNA Methylation of ABCB1, CYP2D6, and OPRM1 Genes in Newborn Infants of Methadone-Maintained Opioid-Dependent Mothers. *J Pediatr* 2017; **190**: 180-4 e1.

32. Drobnis EZ, Nangia AK. Pain Medications and Male Reproduction. *Adv Exp Med Biol* 2017; **1034**: 39-57.

33. Abo-Elnazar S, Moaaz M, Ghoneim H, Molokhia T, El-Korany W. Th17/Treg imbalance in opioids and cannabinoids addiction: relationship to NF-kappaB activation in CD4+ T cells. *Egypt J Immunol* 2014; **21**(2): 33-47.

34. Feng YM, Jia YF, Su LY, et al. Decreased mitochondrial DNA copy number in the hippocampus and peripheral blood during opiate addiction is mediated by autophagy and can be salvaged by melatonin. *Autophagy* 2013; **9**(9): 1395-406.

35. Perez-Alvarez S, Iglesias-Guimarais V, Solesio ME, et al. Methadone induces CAD degradation and AIF-mediated necrotic-like cell death in neuroblastoma cells. *Pharmacol Res* 2011; **63**(4): 352-60.

36. Hu S, Sheng WS, Lokensgard JR, Peterson PK. Morphine induces apoptosis of human microglia and neurons. *Neuropharmacology* 2002; **42**(6): 829-36.

37. Zagon IS, Verderame MF, Allen SS, McLaughlin PJ. Cloning, sequencing, chromosomal location, and function of cDNAs encoding an opioid growth factor receptor (OGFr) in humans. *Brain Res* 2000; **856**(1-2): 75-83.

38. Zagon IS, Wu Y, McLaughlin PJ. Opioid growth factor and organ development in rat and human embryos. *Brain Res* 1999; **839**(2): 313-22.

39. Madden JJ, Falek A. The use of nonneuronal cells as an in vitro model system for studying the genetic component of cellular response to opiates and other drugs of abuse. *J Addict Dis* 1991; **10**(1-2): 229-38.

40. Falek A, Donahoe RM, Madden JJ, Shafer DA. Opiates as immunosuppressive and genotoxic agents. *Adv Exp Med Biol* 1991; **288**: 189-201.

41. Shafer DA, Falek A, Donahoe RM, Madden JJ. Biogenetic effects of opiates. *Int J Addict* 1990; **25**(1A): 1-18.

42. Falek A, Madden JJ, Shafer DA, Donahoe RM. Individual differences in opiate-induced alterations at the cytogenetic, DNA repair, and immunologic levels: opportunity for genetic assessment. *NIDA Res Monogr* 1986; **66**: 11-24.

43. Shafer DA, Falek A, Madden JJ, et al. Parallel increases in sister-chromatid exchanges at base level and with UV treatment in human opiate users. *Mutat Res* 1983; **109**(1): 73-82.

44. McCarthy JJ, Leamon MH, Finnegan LP, Fassbender C. Opioid dependence and pregnancy: minimizing stress on the fetal brain. *Am J Obstet Gynecol* 2017; **216**(3): 226-31.

45. Wachman EM, Hayes MJ, Lester BM, et al. Epigenetic variation in the mu-opioid receptor gene in infants with neonatal abstinence syndrome. *J Pediatr* 2014; **165**(3): 472-8.

46. Hurd YL, O'Brien CP. Molecular Genetics and New Medication Strategies for Opioid Addiction. *Am J Psychiatry* 2018: appiajp201818030352.

47. Goldberg LR, Gould TJ. Multigenerational and transgenerational effects of paternal exposure to drugs of abuse on behavioral and neural function. *Eur J Neurosci* 2018.

48. Crist RC, Reiner BC, Berrettini WH. A review of opioid addiction genetics. *Curr Opin Psychol* 2018; **27**: 31-5.

49. Marie-Claire C, Jourdaine C, Lepine JP, Bellivier F, Bloch V, Vorspan F. Pharmacoepigenomics of opiates and methadone maintenance treatment: current data and perspectives. *Pharmacogenomics* 2017; **18**(14): 1359-72.

50. Marie-Claire C, Crettol S, Cagnard N, et al. Variability of response to methadone: genome-wide DNA methylation analysis in two independent cohorts. *Epigenomics* 2016; **8**(2): 181-95.

51. Andersen AM, Dogan MV, Beach SR, Philibert RA. Current and Future Prospects for Epigenetic Biomarkers of Substance Use Disorders. *Genes (Basel)* 2015; **6**(4): 991-1022.

52.    Nielsen DA, Utrankar A, Reyes JA, Simons DD, Kosten TR. Epigenetics of drug abuse: predisposition or response. *Pharmacogenomics* 2012; **13**(10): 1149-60.

53.    Oei JL, Xu HX, Abdel-Latif ME, et al. Dopamine D2 receptor gene polymorphisms in newborn infants of drug-using women. *Arch Dis Child Fetal Neonatal Ed* 2012; **97**(3): F193-8.

54.    Anand KJS, Campbell-Yeo M. Consequences of prenatal opioid use for newborns. *Acta Paediatr* 2015; **104**(11): 1066-9.

55.    Hytinantti T, Kahila H, Renlund M, Jarvenpaa AL, Halmesmaki E, Kivitie-Kallio S. Neonatal outcome of 58 infants exposed to maternal buprenorphine in utero. *Acta Paediatr* 2008; **97**(8): 1040-4.

56.    Baldacchino A, Arbuckle K, Petrie DJ, McCowan C. Neurobehavioral consequences of chronic intrauterine opioid exposure in infants and preschool children: a systematic review and meta-analysis. *BMC Psychiatry* 2014; **14**: 104.

57.    Baldacchino A, Arbuckle K, Petrie DJ, McCowan C. Erratum: neurobehavioral consequences of chronic intrauterine opioid exposure in infants and preschool children: a systematic review and meta-analysis. *BMC Psychiatry* 2015; **15**: 134.

58.    Ornoy A, Michailevskaya V, Lukashov I, Bar-Hamburger R, Harel S. The developmental outcome of children born to heroin-dependent mothers, raised at home or adopted. *Child Abuse Negl* 1996; **20**(5): 385-96.

59.    Yuan Q, Rubic M, Seah J, et al. Do maternal opioids reduce neonatal regional brain volumes? A pilot study. *J Perinatol* 2014; **34**(12): 909-13.

60.    Bier JB, Finger AS, Bier BA, Johnson TA, Coyle MG. Growth and developmental outcome of infants with in-utero exposure to methadone vs buprenorphine. *J Perinatol* 2015; **35**(8): 656-9.

61.    Brogly SB, Saia KA, Walley AY, Du HM, Sebastiani P. Prenatal buprenorphine versus methadone exposure and neonatal outcomes: systematic review and meta-analysis. *Am J Epidemiol* 2014; **180**(7): 673-86.

62.    Garrison L, Leeman L, Savich RD, Gutierrez H, Rayburn WF, Bakhireva LN. Fetal Growth Outcomes in a Cohort of Polydrug- and Opioid-Dependent Patients. *J Reprod Med* 2016; **61**(7-8): 311-9.

63.    Jones HE, Dengler E, Garrison A, et al. Neonatal outcomes and their relationship to maternal buprenorphine dose during pregnancy. *Drug Alcohol Depend* 2014; **134**: 414-7.

64.    Kelty E, Hulse G. A Retrospective Cohort Study of Birth Outcomes in Neonates Exposed to Naltrexone in Utero: A Comparison with Methadone-, Buprenorphine- and Non-opioid-Exposed Neonates. *Drugs* 2017; **77**(11): 1211-9.

65.    Nechanska B, Mravcik V, Skurtveit S, et al. Neonatal outcomes after fetal exposure to methadone and buprenorphine: national registry studies from the Czech Republic and Norway. *Addiction* 2018; **113**(7): 1286-94.

66.    Visconti KC, Hennessy KC, Towers CV, Howard BC. Chronic opiate use in pregnancy and newborn head circumference. *Am J Perinatol* 2015; **32**(1): 27-32.

67.    Wiegand SL, Stringer EM, Stuebe AM, Jones H, Seashore C, Thorp J. Buprenorphine and naloxone compared with methadone treatment in pregnancy. *Obstet Gynecol* 2015; **125**(2): 363-8.

68.    Zedler BK, Mann AL, Kim MM, et al. Buprenorphine compared with methadone to treat pregnant women with opioid use disorder: a systematic review and meta-analysis of safety in the mother, fetus and child. *Addiction* 2016; **111**(12): 2115-28.

69.    Mactier H, Shipton D, Dryden C, Tappin DM. Reduced fetal growth in methadone-maintained pregnancies is not fully explained by smoking or socio-economic deprivation. *Addiction* 2014; **109**(3): 482-8.

70.     Walhovd KB, Bjornebekk A, Haabrekke K, et al. Child neuroanatomical, neurocognitive, and visual acuity outcomes with maternal opioid and polysubstance detoxification. *Pediatr Neurol* 2015; **52**(3): 326-32 e1-3.

71.     Nygaard E, Slinning K, Moe V, Due-Tonnessen P, Fjell A, Walhovd KB. Neuroanatomical characteristics of youths with prenatal opioid and poly-drug exposure. *Neurotoxicol Teratol* 2018; **68**: 13-26.

72.     Sarfi M, Smith L, Waal H, Sundet JM. Risks and realities: dyadic interaction between 6-month-old infants and their mothers in opioid maintenance treatment. *Infant Behav Dev* 2011; **34**(4): 578-89.

73.     McGlone L, Mactier H. Infants of opioid-dependent mothers: neurodevelopment at six months. *Early Hum Dev* 2015; **91**(1): 19-21.

74.     Melinder A, Konijnenberg C, Sarfi M. Deviant smooth pursuit in preschool children exposed prenatally to methadone or buprenorphine and tobacco affects integrative visuomotor capabilities. *Addiction* 2013; **108**(12): 2175-82.

75.     Konijnenberg C, Sarfi M, Melinder A. Mother-child interaction and cognitive development in children prenatally exposed to methadone or buprenorphine. *Early Hum Dev* 2016; **101**: 91-7.

76.     Mactier H. Neonatal and longer term management following substance misuse in pregnancy. *Early Hum Dev* 2013; **89**(11): 887-92.

77.     Nygaard E, Moe V, Slinning K, Walhovd KB. Longitudinal cognitive development of children born to mothers with opioid and polysubstance use. *Pediatr Res* 2015; **78**(3): 330-5.

78.     Nygaard E, Slinning K, Moe V, Walhovd KB. Behavior and Attention Problems in Eight-Year-Old Children with Prenatal Opiate and Poly-Substance Exposure: A Longitudinal Study. *PLoS One* 2016; **11**(6): e0158054.

79.     Nygaard E, Slinning K, Moe V, Walhovd KB. Cognitive function of youths born to mothers with opioid and poly-substance abuse problems during pregnancy. *Child Neuropsychol* 2017; **23**(2): 159-87.

80.     Reddy UM, Davis JM, Ren Z, Greene MF, Opioid Use in Pregnancy NAS, Childhood Outcomes Workshop Invited S. Opioid Use in Pregnancy, Neonatal Abstinence Syndrome, and Childhood Outcomes: Executive Summary of a Joint Workshop by the Eunice Kennedy Shriver National Institute of Child Health and Human Development, American College of Obstetricians and Gynecologists, American Academy of Pediatrics, Society for Maternal-Fetal Medicine, Centers for Disease Control and Prevention, and the March of Dimes Foundation. *Obstet Gynecol* 2017; **130**(1): 10-28.

## CURRICULUM VITAE

### Kanwaljeet S. Anand

## CONTENTS

| | |
|---|---|
| Education, Training, Licensure | 2 |
| Academic Appointments | 3 |
| Professional Awards | 3 |
| Honors & Professional Recognition | 4 |
| Scientific Groups | 11 |
| Current Academic Positions | 11 |
| Research Grants Awarded | 11 |
| Teaching & Supervision: (a) Students | 17 |
| (b) Post-doctoral fellows | 18 |
| (c) Pediatric CCM fellows | 19 |
| (d) Thesis advisor/reviewer | 20 |
| (e) Mentoring faculty | 20 |
| Honors/Awards received by Trainees | 22 |
| Bibliography:  (a) Peer-reviewed publications | 23 |
| (b) Book chapters & reviews | 40 |
| (c) Books & periodicals | 43 |
| (e) Abstracts presented | 44 |
| Editorial Activities | 53 |
| Grant Reviewer | 54 |
| Academic Peer Reviewer | 56 |
| Academic Leadership Activities | 58 |
| National Research Committees | 60 |
| Committee Appointments | 60 |
| Invited Presentations | 63 |

*Appendix:*
| | |
|---|---|
| Special Training Courses | 125 |
| Administrative activities as Research Director | 126 |
| Academic activities during training | 127 |

8/29/2018

# **CURRICULUM VITAE**

| | |
|---|---|
| Name: | **Kanwaljeet S. Anand** |
| Address: | 770 Welch Road, #435, Palo Alto, CA 94304 |
| Personal: | Spouse: Itinder K. Anand |
| | Children: Amrit K. Anand and Tejpartab S. Anand |

---

## **Education:**

| | | |
|---|---|---|
| 1981 | M.B.B.S. | Mahatma Gandhi Memorial Medical College, University of Indore, Indore, India. |
| 1986 | D.Phil. | Jesus College, University of Oxford, Oxford, U.K. |
| 1991 | F.A.A.P. | American Academy of Pediatrics, Elk Grove Village IL, USA |
| 1997 | F.R.C.P.C.H. | Royal College of Pediatrics and Child Health, London, U.K. |
| 1998 | F.C.C.M. | American College of Critical Care Medicine, Anaheim CA, USA. |

## **Postdoctoral Training:**

| | |
|---|---|
| 1980 - 1980 | Intern, Maharaja Yeshwantrao Hospital, Indore, India |
| 1980 - 1981 | Intern, Hindu Rao Hospital, Delhi, India |
| 1981 – 1982 | House Officer, Department of Pediatrics, Maharaja Yeshwantrao Hospital, Indore, India |
| 1982 - 1983 | Senior House Officer, Special Care Baby Unit, Department of Paediatrics, John Radcliffe Hospital, Oxford, U.K. |
| 1988 - 1991 | Internship and Residency in Pediatrics, Department of Medicine, Children's Hospital, Boston, Massachusetts, U.S.A. |
| 1991 – 1993 | Clinical Fellow, Neonatal and Pediatric Intensive Care Units, Massachusetts General Hospital, Boston, Massachusetts, U.S.A. |

## **Licensure and Certification:**

| | |
|---|---|
| 1981 | Registered Medical Practitioner, Madhya Pradesh Board, Bhopal, India. |
| 1982 | Limited Registration, General Medical Council, London, U.K. |
| 1988 | Massachusetts Board of Registration in Medicine, Boston, MA, (License No. 75047) |
| 1991 | Board Certification in Pediatrics, American Board of Pediatrics (valid 1991-1998) |
| 1993 | Composite State Board of Medical Examiners, Atlanta, GA (License No. 037123) |
| 1993 | Controlled Substance Registration, Drug Enforcement Administration, U.S. Department of Justice (License No: BA2998687, expires June 30, 2018) |
| 1994 | Board Certification, Sub-Board in Pediatric Critical Care, American Board of Pediatrics (Re-certified in 2004 and 2014, expires December 31, 2023) |
| 1994 | Basic Life Support (BLS Certification), American Heart Association (expires August, 2019) |
| 1994 | Pediatric Advanced Life Support (PALS Certification), American Heart Association (expires August, 2019) |
| 1995 | Advanced Cardiac Life Support (ACLS Certification), American Heart Association |

(expires August, 2019)

| | |
|---|---|
| 1997 | Arkansas State Medical Board, Little Rock, Arkansas (License No. E-1508) |
| 2009 | Board of Medical Examiners, Nashville, Tennessee (License No. MD045154) |
| 2015 | The Medical Board of California, Sacramento, CA (License No. C138692) |
| 2016 | Advanced Trauma Life Support, American College of Surgeons (No. 644546) (expires April 16, 2020). |

## Academic Appointments:

| | |
|---|---|
| 1983 - 1985 | Rhodes Scholar and Research Fellow, University Department of Paediatrics, University of Oxford, Oxford, U.K. |
| 1985 - 1988 | Research Fellow in Anesthesia, Harvard Medical School, Boston, MA. |
| 1988 - 1991 | Clinical Fellow in Pediatrics, Harvard Medical School, Boston, MA. |
| 1991 - 1993 | Fellow in Pediatrics, Harvard Medical School, Harvard University, Boston, MA. |
| 1993 - 1997 | Assistant Professor of Pediatrics and Anesthesia, Emory University School of Medicine, Atlanta, GA. |
| 1994 - 1997 | Assistant Professor of Psychiatry and Behavioral Sciences, Emory University School of Medicine, Atlanta, GA. |
| 1994 - 1997 | Director for Critical Care Research, Department of Pediatrics, Emory University School of Medicine, Atlanta, GA. |
| 1995 - 1996 | Interim Director, Office for Research Promotion, Department of Pediatrics, Emory University School of Medicine, Atlanta, GA. |
| 1997 - 2000 | Associate Professor of Pediatrics and Anesthesiology, College of Medicine, University of Arkansas for Medical Sciences, Little Rock, Arkansas. |
| 1997-2003 | Section Chief, Critical Care Medicine, Department of Pediatrics, University of Arkansas for Medical Sciences, Little Rock, Arkansas. |
| 1998 - 2000 | Associate Professor of Anatomy & Neurobiology, College of Medicine, University of Arkansas for Medical Sciences, Little Rock, Arkansas. |
| 2001-2009 | Professor of Pediatrics, Anesthesiology, Pharmacology, Neurobiology & Developmental Sciences, College of Medicine, University of Arkansas for Medical Sciences, Little Rock, Arkansas. |
| 2001-2009 | Morris & Hettie Oakley Endowed Chair for Critical Care Medicine, University of Arkansas for Medical Sciences, Little Rock, Arkansas. |
| 2009-2014 | St. Jude Chair for Excellence in Critical Care Medicine; St. Jude Children's Research Hospital, Memphis, TN. |
| 2009-2015 | Professor of Pediatrics, Anesthesiology, Anatomy & Neurobiology, Principal Investigator, UT Neuroscience Institute, University of Tennessee Health Science Center, Memphis, TN. |
| 2015-2016 | Division Chief, Pediatric Critical Care Medicine, Department of Pediatrics, Stanford University School of Medicine, Palo Alto, CA. |
| 2015-present | Professor of Pediatrics, Anesthesiology, Perioperative & Pain Medicine, Stanford University School of Medicine, Palo Alto, CA. |

## Professional Awards

| | |
|---|---|
| 1982-1985 | Rhodes Scholarships for India, University of Oxford, U.K. |
| 1986 | **Dr. Michael Blacow Award** for the Best Paper presented at the 58th Annual |

|        | Meeting of the British Paediatric Association, York, U.K. |
|--------|-----------------------------------------------------------|
| 1989   | The *Von L. Meyer Award for Research* at Children's Hospital, Boston. |
| 1992   | *Pediatric Resident Research Award*, American Academy of Pediatrics |
| 1994   | Inaugural recipient, *Young Investigator Award in Pediatric Pain*, International Association for the Study of Pain, Special Interest Group for Pain in Children, Philadelphia, PA. |
| 1995   | 6th Annual *Dr. Fred J. Vlazny Humanitarian Award* and Visiting Professorship, Medical College of Wisconsin, Milwaukee WI. |
| 2000   | *Jeffrey Lawson Award for Advocacy in Children's Pain Relief*, 19th Annual Scientific Meeting, American Pain Society |
| 2001   | Inaugural Recipient, *Morris & Hettie Oakley Endowed Chair for Critical Care Medicine*, University of Arkansas for Medical Sciences and Arkansas Children's Hospital, April 13th, 2001. |
| 2007   | The *Father Joseph Biltz Award* from JCCA (formerly the NCCJ of Arkansas) for promoting inter-faith harmony in Central Arkansas. |
| 2007   | *Joan M. Cranmer "Mentor of the Year" Award*, Department of Pediatrics, University of Arkansas for Medical Sciences. |
| 2008   | *"Salute to Greatness" Individual Award* from the Dr. Martin Luther King Commission, State of Arkansas, January 18th, 2008. |
| 2006-2008 | **Vice-Chair and Chair of the Research Committee**, Society of Critical Care Medicine |
| 2009   | *The Nils Rosén von Rosenstein Award*, an international award given to Pediatricians every 5 years by the Swedish Society of Medicine & Swedish Paediatric Society, April 23, 2009. |
| 2010   | Inaugural recipient, *The St. Jude Chair of Pediatric Critical Care Medicine*, University of Tennessee Health Science Center and St. Jude Children's Research Hospital, March 31st, 2010. |
| 2011   | *Mentor Award*, School of Graduate Studies, University of Arkansas for Medical Sciences, July 2011. |
| 2013   | 9th Annual *"In Praise of Medicine Award"*, Erasmus University Centenary Celebration, Faculty of Medicine, Rotterdam, The Netherlands; October 4, 2013. |
| 2015   | *Journées Nationales de Néonatologie,* Keynote Address at The Pasteur Institute, Paris, France; March 26th, 2015. |
| 2015   | *Respect for Nursing Award* from the PICU Nurses and Nursing Leadership, Lucile Packard Children's Hospital, Palo Alto, CA. |
| 2016   | *Nightingale Excellence Award*, the only physician who has received this honor by Stanford Children's Healthcare and Lucile Packard Children's Hospital, Stanford University, Palo Alto, CA; October 25th, 2016. |

## Honors and Professional Recognition:

|           |                                                          |
|-----------|----------------------------------------------------------|
| 1968-1974 | Merit Certificates, The Daly College, Indore, India |
| 1975      | M.P. State Science Talent Scholarship, Madhya Pradesh, India |
| 1977-1978 | Merit Students Scholarship, University of Indore, India |
| 1977      | University Gold Medal for Anatomy, University of Indore, India |
| 1987      | Listed in *American Men and Women in Science* |
| 1988      | Honorary Life Membership in the National Neonatology Forum, India. |
| 1989      | Keynote Address: First European Conference on Pediatric Pain, June 1989, |

Kanwaljeet S. Anand                CURRICULUM VITAE                              5

| | Maastricht, The Netherlands |
|---|---|
| 1990 | Keynote Address: 44th Annual Congress, Svensk Forening for Anesteshioch Intensivvard, Huddinge, Sweden. |
| 1990 | Keynote Address: 4th Annual John Lind Symposium, Trollhattan, Sweden. |
| 1991 | Who's Who Among Rising Young Americans, Citation Directories, USA. |
| 1992 | Men of Distinction, Cambridge University Press, Cambridge, U.K. |
| 1993 | International *Who's Who in Medicine* |
| 1993 | International Scientific Committee, 3rd International Meeting of Pediatric Intensive Care, Padova, Italy. |
| 1993 | Scientific Planning Committee, Symposium on Pain and Stress in the Newborn, National Institute of Child Health and Human Development. |
| 1994 | Co-Chair, NICHD Symposium on "Neonatal Pain: Physiology and Management", June 1994, Philadelphia PA, U.S.A. |
| 1995 | Moderator for Maternal and Newborn Health Symposium in Child Health 2000, 2nd World Congress & Exposition, May 30 - June 3, 1995, Vancouver, Canada |
| 1995 | Keynote Address: Nordic Congress on Children and Pain, September 7-9 1995, Stockholm, Sweden. |
| 1995 | Keynote Address: XVII Annual Congress of the Dutch Paediatric Association, November 1, 1995, Veldhoven, The Netherlands. |
| 1996 | International Scientific Committee, 2nd World Congress on Pediatric Intensive Care, June 1996, Rotterdam, The Netherlands. |
| 1996 | Plenary Lecturer in Pediatric Pain, 8th World Congress on Pain, International Association for the Study of Pain, August 17-22 1996, Vancouver (B.C.). |
| 1997 | International Scientific Advisory Committee, 4th International Symposium on Pediatric Pain, International Association for the Study of Pain, Helsinki, Finland. |
| 1997 | Member of the U.S. Rhodes Scholars Selection Committee, State of Arkansas. |
| 1997 | Member, International Selection Committee for the 2nd Young Investigator Award for Pediatric Pain, Special Interest Group on Pediatric Pain, International Association for the Study of Pain. |
| 1997 | Elected to Fellowship, Royal College of Paediatrics & Child Health, U.K. |
| 1998 | Elected to Fellowship of the American College of Critical Care Medicine. |
| 1998 | Listed in Marquis' *Who's Who in Science and Technology* |
| 1999 | Chairman, 2nd International Consensus Conference on Guidelines for Procedural Pain Management in Infants, August 21, 1999; Baden, Austria. |
| 1999 | Keynote Address : International Symposium on "Basic Mechanisms and Recent Advances in Pediatric Pain", German Pediatric Association, University of Erlangen, Kloster Weltenberg, Germany, October 29-31, 1999. |
| 1999 | Keynote Address: IIIrd Congreso Internacional De Clinica Del Dolor Y Cuidados Paliativos, Asociacion Mexicana De Algologia A.C., Ciudad y Puerto de Veracruz, Veracruz, México, October 31st to November 2nd, 1999. |
| 1999 | Keynote Address: Fifth Greater Tulsa Area Pain Conference, University of Oklahoma, Tulsa OK, October 1, 1999. |
| 1999 | Plenary Podium Presentation: 52nd Annual Meeting, American Academy of Pediatrics, Washington DC, October 9th to 15th, 1999. |
| 1999 | Member, Board of Directors, Arkansas Children's Hospital Research Institute |
| 2000 | Keynote Address: International Symposium on Infant Pain, Karolinska |

Kanwaljeet S. Anand          CURRICULUM VITAE                    6

|      | Institute, Stockholm, Jan 25th, 2000. |
|------|---------------------------------------|
| 2000 | Keynote Address: Danish Pediatric Society, University Hospital of Copenhagen, Denmark, Jan 21st, 2000. |
| 2000 | Keynote Speaker: "Pain in Children: Conquering the Hurt", The Hospital for Sick Children, Pain Awareness Week, Toronto, March 31st, 2000. |
| 2000 | Co-Chair, Pharmacology, Pain & Sedation Track, 3rd World Congress of Pediatric Intensive Care, Montreal, Canada, June 24-29, 2000. |
| 2000 | Plenary Lecture, 5th International Symposium on Pediatric Pain, Special Interest Group for Pain in Children, International Association for the Study of Pain, London, U.K., June 19th, 2000. |
| 2000 | Public Lecture, The European Institute of Health and Medical Sciences at the University of Surrey, Chertsey, Surrey, U.K.; June 21st, 2000. |
| 2000 | Plenary Speaker, 3rd World Congress on Pediatric Intensive Care, Montreal, Canada; June 26th-29th, 2000. |
| 2000 | *Baxter Plenary Speaker*, 6th Annual Meeting of the Society for Pediatric Anesthesia, Sanibel, FL. |
| 2001 | Keynote Address: 10th Annual Symposium on Neonatal-Perinatal Medicine, University of Michigan, Ann Arbor, MI; April 26th, 2001. |
| 2001 | Listed in *Strathmore's Who's Who*, 2001-2002 Edition |
| 2001 | Plenary Presentation, 14th Annual Meeting of the Canadian Pain Society, Montreal, Canada, May 10th, 2001. |
| 2001 | Keynote Speaker, 3rd Nordic Congress on Pain in Children, Stockholm, Sweden, Sept 12th, 2001. |
| 2002 | Honorary Secretary, U.S. Rhodes Scholarships Selection Committee, State of Arkansas |
| 2002 | Steering Committee Member, National Summit on Race 2002, Little Rock |
| 2002 | Editorial Board, *Critical Care Medicine,* Williams & Wilkins Publishers |
| 2002 | Editorial Board, *Biology of the Neonate,* Karger A.G. Publishers |
| 2002 | Pfizer Visiting Professorship in Pain Medicine, Department of Pediatrics, Wayne State University and Detroit Children's Hospital, Detroit, MI, June 3-6, 2002. |
| 2002 | Member of the National Planning Group, NICHD/FDA Newborn Drug Development Initiative |
| 2002 | Plenary Speaker, 18th European Congress of Perinatal Medicine, June 19 – 22, 2002, Oslo, Norway. |
| 2002 | Keynote Speaker, 28Th Annual Congress, German Society of Neonatology and Pediatric Intensive Care, June 27 – 29, 2002, Mainz, Germany. |
| 2002 | Keynote Speaker, 4th International Forum on Pediatric Pain, September 19 - 22, 2002, White Point Beach, Nova Scotia, Canada. |
| 2002 | Keynote Speaker, International IPOKRaTES Seminar on "Neonatal Comfort and Care" Oct 10-12, 2002, Gmunden, Austria. |
| 2002 | *Lesley Cooper Memorial Lecture*, 20th Neonatal Course for Senior Paediatricians, Imperial College of Medicine, November 25-29, 2002, London, England. |
| 2003 | Member of the Research Committee, Society of Critical Care Medicine. |
| 2003 | Pfizer Visiting Professorship in Pain Medicine, Department of Pediatrics, Baylor University and Texas Children's Hospital, Houston TX, Feb 19-21, 2003. |

Kanwaljeet S. Anand                CURRICULUM VITAE                                    7

| | |
|---|---|
| 2003 | ***Arnold J. Rudolph Memorial Grand Rounds***, Department of Pediatrics, Baylor University and Texas Children's Hospital, Houston, TX. |
| 2003 | ***Chairman, Neonatal Pain Task Force***, FDA/NICHD Newborn Drug Development Initiative |
| 2003 | Keynote Address, Opening Ceremony of the EURAIBI (Europe Against Infant Brain Injury) Congress, June 6, 2003, Siena, Italy (live broadcast of opening ceremony to 125 countries by Reuters International). |
| 2003 | ***Chairman, Pharmacology, Analgesia & Sedation Track***, 4th World Congress on Pediatric Intensive Care, Boston MA, June 16-20, 2003. |
| 2003 | Listed in ***Who's Who in America***, 58th Edition, Marquis Who's Who, Inc. |
| 2003 | Member, Pediatric Pharmacology Research Study Section (ZHD1 DSR-A-01), National Institute for Child Health and Human Development |
| 2003 | Keynote Address: Annual Meeting of the Perinatal Research Society, Charleston SC, September 12-14, 2003. |
| 2003 | Member, Pediatrics Subcommittee Study Section (ZHD1 CHHD-A-01), National Institute for Child Health and Human Development |
| 2004 | ***Windermere Honorary Lecturer*** (presented to Her Royal Highness Princess Anne), 8th Spring Meeting, Royal College of Paediatrics and Child Health, York (UK). |
| 2004 | Expert Witness, U.S. Supreme Court, Department of Justice for the Partial-Birth Abortion Ban Act of 2003, April 6th, 13th and 15th, 2004. |
| 2004 | Keynote Speaker, 4th Nordic Congress on Children and Pain, Linköping, Sweden; May 5-7, 2004. |
| 2004 | Member, Loan Repayment Program Study Section (ZHD1 DSR-A LRP), National Institute for Child Health and Human Development. |
| 2004 | Keynote Speaker, 10th International Postgraduate Course in Neonatal Intensive Care, Buenos Aires, May 17-19, 2004. |
| 2004 | ***Laurie Edmunds Keynote Speaker***, University of Massachusetts Medical School, June 2, 2004, Marlboro, MA. |
| 2004 | International Editorial Board, ***Anestesia Pediatrica e Neonatale*** (Pediatric and Neonatal Anesthesia) |
| 2004 | Elected to membership of the ***American Pediatric Society*** |
| 2005 | Listed in ***Who's Who in America***, 2005 (59th Edition), Marquis' Who's Who, Inc. |
| 2005 | Editorial Board, ***Pain,*** official journal of the International Association for the Study of Pain. |
| 2005 | John S. Liebeskind Visiting Professorship, Departments of Pediatrics, Medicine, Psychology, History, Sociology, Anthropology, University of California at Los Angelis, April 29th, 2005. |
| 2005 | ***"World News Tonight" for ABC News*** Interviewed for the latest research on pain in infants and children, May 10th, 2005. |
| 2005-2006 | **Vice-Chair, Research Committee, Society of Critical Care Medicine.** |
| 2005 | Faculty Advisor, Graduate School of Studies, University of Arkansas for Medical Sciences |
| 2005 | VIP Member, ***Continental Who's Who*** registry of National Business Leaders. |
| 2005 | Arkansas Hospital Association, Judges' Merit Award in Advertising (3rd place in the Special Visuals Category for Dr. Martin Luther King Day lecture). |
| 2005 | Expert Witness testimony in relation to the **Unborn Child Pain Awareness** |

|          |          |
|----------|----------|
|          | **Act of 2005 (H.R. 356)**, before the Subcommittee on the Constitution, U.S. House Committee on the Judiciary, 109th U.S. Congress, November 1st, 2005. |
| 2005     | **_Gregory Mark Taubin Distinguished Lecturer_** at Children's National Medical Center, Department of Pediatrics, George Washington University School of Medicine, Washington DC, December 7th, 2005. |
| 2006     | **_Inaugural Visiting Professor_**, University of Utah School of Pharmacy, Department of Pharmaceutics, January 10th, 2006. |
| 2006     | <u>Pfizer Visiting Professor in Pain Medicine</u>, Department of Pediatrics, University of Utah and Primary Children's Hospital, Salt Lake City, January 10-12, 2006. |
| 2006     | Member of the ALSDAC Committee of the Food & Drug Administration (FDA), U.S. Public Health Service, Department of Health & Human Services |
| 2006     | Chairman, Special Task Force for Anesthesia & Analgesia Drugs, National Institute for Child Health & Human Development. |
| 2006     | Study Section Member, National Institute for Mental Health |
| 2006     | Study Section Member, Clinical Trials Division, National Heart, Lung & Blood Institute |
| 2006     | <u>Keynote Speaker</u>, 12th Annual Ruth Rappaport Seminar on Pediatric Pain Management: The Technion: Israel Institute of Technology, Haifa, Israel. |
| 2006     | <u>Keynote Address</u>, 2006 Annual Meeting, Society for Pediatric Anesthesia, Chicago, IL. |
| 2006     | Research work cited by Dr. Jane Qiu in **_Nature_** 444(9): 143-145, 2006. |
| 2007     | Member, Special Emphasis Panel, NIH/National Center for Research Resources |
| 2007     | Member, Future of Research Task Force, Society of Critical Care Medicine |
| 2007     | The Medical Home Model for Children After Life-threatening Illness or Injury: Member of a National Experts' Panel |
| 2007     | Member, Special Emphasis Panel, NIH/National Institute for Neurological Disorders and Stroke |
| 2007-2013 | **_American Board of Pediatrics_**, Sub-Board of Critical Care Medicine, 6-year term (2007-2013). |
| 2007     | Featured speaker, **_The 'Child in Mind' Project_** for training Pediatric Faculty by The Royal College of Pediatrics & Child Health |
| 2007-2013 | Listed in _America's Top Pediatricians_, Consumers' Research Council of America |
| 2007     | Featured speaker, "Dispatches" Program: _Abortion - What We Need to Know,_ reported by Deborah Davies, BBC Channel 4 on October 17th, 2007. |
| 2008     | Board Member, Critical Care Educational & Research Foundation, Society for Critical Care Medicine |
| 2008     | <u>Keynote Speaker</u>, Special Meeting of the British Parliament (House of Commons) on January 28th, 2008. |
| 2008     | Study Section Reviewer, National Institute of Neurological Disorders and Stroke, ZNS1 SRB-M(57), March 10th, 2008. |
| 2008     | The **National Academy of Sciences**, Institute of Laboratory Animal Research, Expert Consultant for "Recognition and Alleviation of Pain in Laboratory Animals". |
| 2009     | **Keynote Speaker**, Pediatric Palliative Care Conference, University Hospital, University of Medicine and Dentistry of New Jersey, Newark, NJ; October 10, |

|      | 2009 |
|------|------|
| 2009 | **6th Annual Josephine Templeton Honorary Lecture,** The Children's Hospital of Philadelphia, Department of Anesthesiology & Critical Care Medicine, Philadelphia, PA; September 24, 2009. |
| 2009 | Expert Consultant, Pediatric Analgesic Clinical Trials, Division of Analgesia, Anesthesia, and Rheumatology Products, Center for Drug Evaluation and Research, Food and Drug Administration, Baltimore, MD; December 3, 2009. |
| 2010 | Shelby County and Memphis City Council, Certificates of Appreciation for humanitarian service in Haiti, presented on February 16th, 2010. |
| 2010 | House of Representatives, State of Tennessee, Joint resolution No. 868: recognizing service in Haiti, passed on May 20th, 2010. |
| 2010 | Keynote Speaker, 1st Annual Mississippi Perinatal Association Conference on July 8, 2010. |
| 2010 | Community Service Award, ***Memphis Rotary Club***, March 30, 2010. |
| 2010 | ***Study Section Member***, Loan Repayment Program, National Institute for Neurological Disorders & Stroke (NINDS), July 2010. |
| 2010 | Keynote Speaker, 8th Annual Ron Lemire Symposium on Contemporary Pediatric Critical Care Medicine, University of Washington and Seattle Children's Hospital, August 27th, 2010. |
| 2010 | Invited Speaker, "Open Hearts, Open Minds, & Fair Minded Words", International Conference on Life and Choice in the Abortion Debate, Princeton University, October 16, 2010. |
| 2010 | Keynote Speaker, Frontiers in Pain Research Lecture Series, McGill University and Alan Edwards Centre for Research on Pain, November 4, 2010. |
| 2011 | ***Summit Level Award*** at the MSQPC Quality Award Ceremony, **Greater Memphis Chamber of Commerce**, February 24, 2011 |
| 2011 | Keynote Speaker, Brain Awareness Week, UT Neuroscience Institute and The Urban Child Institute, March 24, 2011 |
| 2011 | Member of the Executive Council, Special Interest Group on Pain in Children, International Association for the Study of Pain |
| 2011 | Keynote Speaker, Premature Newborn Symposium, Mayanei HaYeshua Medical Center, Bnei Brak, Tel Aviv, Israel, May 10, 2011 |
| 2011 | ***Scientific Expert***, Anesthetic and Life Support Drugs Advisory Committee (ALSDAC), Center for Drug Evaluation and Research, U.S. Food & Drug Administration |
| 2011 | ***AMA Seed Research Grant Award***, received by Dr. Bonny Bardhan from the American Medical Association. |
| 2011 | ***Chair, Selection Committee, Distinguished Investigator Award in Pediatric Pain***, on behalf of International Association for the Study of Pain, Special Interest Group for Pain in Children |
| 2011 | Keynote Speaker, International Cardiac Surgery Conference, Fortis Escorts Heart Institute & Research Center, New Delhi, India; December 28, 2011 |
| 2012 | Keynote Speaker, Danish International Conference on Pediatric Trauma in Odense, Denmark; January 16, 2012 |
| 2012 | ***Inaugural Address***, 2nd International Obstetrie & Neonatologie Congress, Máxima Medisch Centrum Hospital, Veldhoven, The Netherlands, March 8, 2012 |
| 2012 | ***Sujit & Uma Pandit Visiting Professorship***, Department of Anesthesiology, |

Kanwaljeet S. Anand                    CURRICULUM VITAE                                        10

|      | University of Michigan Health Systems, Ann Arbor, MI; March 29, 2012 |
|------|----|
| 2012 | Keynote Speaker, 48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan, July 8 - 10, 2012. |
| 2013 | Listed in *Who's Who in America* 2002-2013, Marquis Who's Who, Inc. |
| 2013 | Listed in *America's Top Doctors,* Castle Connolly Medical, Ltd. |
| 2013 | Listed in *Best Doctors in America*, Best Doctors, Inc. |
| 2013 | ***Dr. Digby Leigh Distinguished Speaker***, 51st Clinical Conference in Pediatric Anesthesia, University of Southern California and Children's Hospital Los Angeles, Anaheim, CA; February 9, 2013 |
| 2013 | ***Dr. Jackson Rees Distinguished Lecture***, 14th Jackson Rees Symposium, Sophia Children's Hospital, Rotterdam, The Netherlands; October 5, 2013. |
| 2013 | Dean's Faculty Advisory Committee, College of Medicine, University of Tennessee Health Science Center, Executive Dean and Vice Chancellor, Dr. David M. Stern. |
| 2013 | Chair, Promotion & Tenure Committee, Department of Pediatrics, University of Tennessee Health Science Center. |
| 2014 | Annual Neonatology Keynote, Pediatrics Section, Combined Sections Meeting of the American Physical Therapy Association (APTA), Las Vegas, Nevada; February 4-6, 2014. |
| 2014 | Keynote Speaker, 3rd Annual Neonatal & Pediatric Pearls (NAPP) Conference, UCLA Department of Pediatrics and Mattel Children's Hospital, Mumbai, India; February 8-9, 2014. |
| 2014 | 5th Annual ***Dr. I. David Todres, MD Grand Rounds***, Department of Pediatrics, Harvard Medical School and Massachusetts General Hospital, Boston, MA; June 2-3, 2014. |
| 2014 | Keynote Speaker, Health Beliefs and Practices Forum, Health Ministry Network of the Mid-South, Catholic Center, Memphis TN. August 14, 2014. |
| 2014 | ***Chair, Selection Committee, Distinguished Investigator Award in Pediatric Pain***, on behalf of International Association for the Study of Pain, Special Interest Group for Pain in Children |
| 2014 | Listed in *Who's Who in America*, Marquis Who's Who, Inc. |
| 2014 | Listed in *America's Top Doctors,* Castle Connolly Medical, Ltd. |
| 2014 | Listed in ***Best Doctors in America***, Best Doctors, Inc. |
| 2014 | Keynote Speaker, 33rd Annual Neonatal & Perinatal Conference, Chile Association of Pediatrics, Santiago, Chile; August 21-23, 2014. |
| 2014 | Member, NIH Study Section (CSR) ZRG1 SBIB-V (82), National Institutes of Health, Center for Scientific Review, October 23rd, 2014. |
| 2014 | 14th Annual ***Dr. John J. Fangman Lectureship,*** Department of Pediatrics, Children's Hospital and Clinics – Minneapolis, MN; October 27-28, 2014. |
| 2015 | International Advisory Group, Leading Causes of Life: *Towards an Integrative Paradigm of Health*; Wake Forest University, Winston-Salem, NC; February 24-27, 2015. |
| 2015 | Appointed as **Fellow of the Leading Causes of Life Initiative**, Wake Forest University, Winston-Salem, NC. |
| 2015 | 10th International Symposium on Pediatric Pain, International Association for the Study of Pain, Distinguished Investigator Award Presentation, Seattle, WA; May 31-June 4, 2015. |
| 2015 | Keynote Speaker, XIV International Congress of Intensive Care Medicine, |

|      | Belo Horizonte, Brazil; May 21-23 2015. |
|------|------|
| 2015 | Member, Special Emphasis Panel for STTR Applications, *Eunice Kennedy Shriver* National Institute for Child Health & Human Development/NIH, October 29th, 2015. |
| 2015 | Executive Committee Member for the Pediatric Pain Research Network (PPRN), the Pediatric Section of the ACTTION Network. |
| 2016 | *Ad hoc* Member, NICHD Study Section, Special Emphasis Panel/Scientific Review Group 2016/01 ZHD1 DSR-K (90) |
| 2016 | *Ad hoc* Member, Center for Scientific Review 2016/10 ZRG1 PSE-D (90), Neurological, Aging & Musculoskeletal Epidemiology (NAME) Study Section |
| 2017 | Co-Chair, International Conference on *"Collaborations for the Ideal Village"*, Stanford University School of Medicine, June 17th, 2017. |
| 2017 | *Ad hoc* Member, Center for Scientific Review, 2018/01 SBIB-H82, Clinical Fetal & Pediatric Applications Study Section, February 10th, 2017. |
| 2017 | Member, Pediatric Pain Consensus Task Force, Ethical Guidelines for Pediatric Pain Research, The MayDay Fund, August-December, 2017. |
| 2017 | Master of Ceremonies, 50th Anniversary Gala Dinner, The Sikh Foundation International, Asian Art Museum, San Francisco, CA; May 5th, 2017. |
| 2017 | Chair, Healthcare Panel, International Conference "Advancing Sikhs through Education", Stanford University, Palo Alto, CA; May 7th, 2017. |
| 2017 | *Ad hoc* Member, Center for Scientific Review, 2018/01 SBIB-H82, Study Section, Clinical Fetal & Pediatric Applications, October 11th, 2017. |
| 2017 | 37th Annual Meeting of the National Neonatology Forum, Chief Guest for the Conference Inauguration, December 8th, 2017. |

**Scientific Groups:**

| Life Member | National Neonatology Forum, India |
|------|------|
| Fellow | American Academy of Pediatrics |
| Fellow | Royal College of Paediatrics & Child Health |
| Fellow | American College of Critical Care Medicine |
| Fellow | Leading Causes of Life Initiative |
| Member | American Pediatric Society |
| Member | Society of Critical Care Medicine |
| Member | International Association for the Study of Pain (IASP) |
| Member | American Association of Rhodes Scholars |

**Academic Positions:**

Professor of Pediatrics, Anesthesiology, Perioperative & Pain Medicine
Director, Pain Neurobiology Laboratory, Child Health Research Institute
Stanford University School of Medicine

**Clinical Positions:**

Attending Intensivist, Lucile Packard Children's Hospital
Attending Intensivist, John Muir Hospital at Walnut Creek

**Research Grants Awarded:**

| 1983 | Co-Investigator: "Hormonal and metabolic effects of surgery and anesthesia in the |
|------|------|

human newborn infant". National Medical Research Fund (U.K.). P.I.: Dr. Albert Aynsley-Green: $18,000 (Jan. 1984 - June 1985).

1983    Laboratory research training grant, The Rhodes Trust (U.K.), $2,200 (Oct. 1982 - Sept. 1985).

1983    Principal Investigator: Microanalytical methods for measurement of hormones and intermediary metabolites." Medical Research Fund, University of Oxford (U.K.) $1,500, (Aug. 1983 - June 1984).

1984    Principal Investigator:: "Glucose homeostasis in premature newborn infants undergoing surgery." Mason Medical Research Fund (U.K.), $3,000. (October 1984 - October 1985).

1984    Co-investigator: "Amino acid metabolism and acute phase reactants related to perioperative metabolism in neonates". Peel Medical Research Fund (U.K.) P.I.: Dr. Albert Aynsley-Green: $2,000 (June 1984 - May 1985).

1984    Principal Investigator: "Micromethods for insulin and glucagon radioimmunoassays in human plasma." Locally Organized Research Grant, Oxfordshire Health Authority, Oxford (U.K.) $2,600 (March 1984 - June 1985).

1985    Principal Investigator: "Evaluation of neonatal anesthetic techniques by measurement of stress responses.: Locally Organized Research Grant, Oxfordshire Health Authority, Oxford (U.K.) $2,400 (July 1985 - Dec. 1985)

1986    Co-Investigator: "Effects of high-dose opioids on the physiological responses of neonates undergoing cardiac surgery." Janssen Research Foundation, P.I.: Paul R. Hickey, M.D. $60,000 (Jan. 1986 - Dec. 1987)

1989    Principal Investigator: "Assessment of pain in premature neonates." The Von L. Meyer Research Fund, Children's Hospital, Boston MA. $1,500 (Sept. 1989).

1993    Principal Investigator: "Developmental physiology of pain in newborn infants." U.S. Sprint, Inc.: $20,000 (July 1993 - June 1995)

1993    Principal Investigator: "Neurobiological effects of pain and stress during fetal and neonatal development." Emory Egleston Children's Research Center, $330,000 (July 1993 - June 1996).

1994    Principal Investigator: Unrestricted research funds. International Association for the Study of Pain and Astra Pain Control AB, Sweden; $10,000 (Oct. 1994-Oct. 1995).

1994    Mentor:  "Design and development of a prospective database of analgesic practices in term and preterm neonates."  American Academy of Pediatrics, Resident Research Grants, 1994, Applicant:  Joel D. Selanikio, M.D. $2,000 (Fall 1994).

Kanwaljeet S. Anand                    CURRICULUM VITAE                    13

1995        Co-Investigator: The Measurement and Assessment of Pain in Infants and Children less than 3 years: the development of an instrument in relation to hormonal stress responses and morphine plasma levels. (P.I.'s: Prof. Dick Tibboel & Prof. J. Passchier) Dutch Medical Research Council, D.fl. 510,425 (March 1995 - February 1998).

1995        Principal Investigator: "Treatment of pain in newborn infants." U.S. Sprint Foundation, Inc.: $15,000 (July 1995 - June 1996)

1996        Mentor: "Does the severity of surgical stress predict clinical outcome in surgical neonates and children?" Summer Research Fellowships, Emory University School of Medicine, Applicant: Bryan Wall (M1), $ 4,000 (May-August, 1996)

1996        Principal Investigator: "Neurobiologic and behavioral effects of neonatal pain"; National Institutes of Child Health & Human Development (HD01123), $ 210,424 (Sept 1996-Aug 1999).

1996        Co-Investigator: "The Assessment of Pain in Severely and Profoundly Mentally Retarded Children". (P.I.'s: Prof. Huda H. Abu-Saad, Prof. Dick Tibboel) Dutch Organization for Scientific Research, D.fl. 537,660 (October 1996 - September 2001).

1998        Mentor: "Long-term effects of pain and self-regulation of behavior in preterm neonates" (P.I.: Marlene Walden, RNC,Ph.D., NNP) Faculty Scientist Award, Nell Hodgson Woodruff School of Nursing, Emory University, Atlanta, $120,000 (September 1998 to April 2000).

1998        Principal Investigator: "Tissue Cryo-sectioning: the Gateway to Laboratory Bench Research" (Shared equipment grant), Competitive Research Grants, CUMG Research Fund, University of Arkansas for Medical Sciences, $ 14,693 (September 1998 to August 1999).

1998        Co-Investigator: "Ultra-cold Freezer Storage of Research Samples" (Shared equipment grant, PI: Dr. Farrar), Competitive Research Grants, CUMG Research Fund, University of Arkansas for Medical Sciences, $ 15,000 (September 1998 to August 1999).

1999        Principal Investigator: "Neurologic Outcomes & Pre-emptive Analgesia in Neonates" (The NEOPAIN Multicenter Trial) 1R01 HD36484, National Institute of Child Health & Human Development, $ 1,513,766 (June 1999 to May 2004).

1999        Principal Investigator: How do neonatal experiences alter brain development and subsequent behavior? Blowitz-Ridgeway Foundation, $100,000 (Oct 1999-2001).

2000        Principal Investigator: Does neonatal isolation lead to apoptosis in the developing brain? Medical Research Endowment Fund, University of Arkansas for Medical Sciences, $15,000 (Jan - Dec 2000).

| | |
|---|---|
| 2000 | <u>Principal Investigator</u>: Methadone analgesia in full-term neonates: an assessment of pharmacokinetics and pharmacodynamics. Children's University Medical Group, University of Arkansas for Medical Sciences; $19,218 (7/1/2000 – 5/31/2001). |
| 2000 | <u>Mentor</u>: Effects of neonatal isolation on apoptosis during brain development. Arkansas Perinatal Board (P.I.: Adnan Bhutta, M.D.; $1,000 (9/1/2000 – 8/31/2001)). |
| 2001 | <u>Mentor</u>: "Cerebral Autoregulation in Preterm Infants" (P.I.: Jeffrey R. Kaiser, MD, MA) Clinical Investigator Development Award (K23 NS43185 Grant), NINDS/NIH, $ 684,760 (Jun 2002 to May 2007). |
| 2001 | <u>Applicant</u>: Proposal for building a state-of-the-art Pediatric Intensive Care Unit at Arkansas Children's Hospital, Donald W. Reynolds Foundation (Other Applicants: David T. Berry, Jonathan R. Bates, M.D.; $8,540,000 (9/1/2001 – 08/31/2003). |
| 2002 | <u>Program Support</u>: Arkansas Center for Pain Research, Initiated Act I funds to Arkansas Children's Hospital Research Institute; $300,000 (July 2001 - 2004). |
| 2003 | <u>Mentor</u>: *"Effects of adverse neonatal experience on cortical subplate neurons"* (Principal Investigator: Barbara Clancy, Ph.D.; University of Central Arkansas) Faculty Summer Grant, Arkansas Biomedical Research Infrastructure Network. $ 16,700 (May-August, 2003). |
| 2003 | <u>Co-Investigator</u>: *"Impact of Adverse Early Experience on Mental Health"* (Principal Investigator: Delia Vazquez, M.D.; University of Michigan at Ann Arbor) National Institute for Mental Health (1R21 MH068489-01) Direct Costs: $ 688,500 (July 2003 – June 2006). |
| 2003 | <u>Mentor</u>: *"The assessment of chronic arthritis pain in patients with dementia"* (P.I.: Pao-Feng Tsai, RN, Ph.D.) John A. Hartford Post-Doctoral Fellowship, Building Academic Geriatric Nursing Capacity Scholar Fund, John A. Hartford Foundation Grant number: 03-204; $100,000 (July 2003-June 2005). |
| 2003 | <u>Mentor</u>: *"Acquisition of a Three-Dimensional Neuroanatomical Analysis System"* (P.I.: Barbara Clancy, Ph.D.) Arkansas BRIN Equipment Grant, $27,257 (July 2003 – June, 2004). |
| 2003 | <u>Mentor</u>: *"Mechanisms of repetitive pain-induced neuronal cell death"* (Principal Investigator: Deborly Wade, Ph.D.; Central Baptist College) Faculty Grant, Arkansas Biomedical Research Infrastructure Network. $16,667 (September, 2003 – June, 2004). |
| 2003 | <u>Mentor</u>: *"Equipment grant for Molecular Biology methods"* (Principal Investigator: Deborly Wade, Ph.D.; Central Baptist College) Faculty Grant, Arkansas Biomedical Research Infrastructure Network. $25,331 (September, 2003 – December, 2003). |

| | |
|---|---|
| 2004 | <u>Co-Investigator:</u> *"The Effect of Tai Chi on Cognitive Function in Elders with Dementia and Pain"* (P.I.: Pao-Feng Tsai, RN, Ph.D.) Alzheimer Disease Center UAMS: $45,779 (April 2004-March 2005). |
| 2004 | <u>Mentor:</u> Center for Translational Neuroscience, COBRE Project III: *"Early Pain Experience and Pre-attentional Mechanisms"* National Center for Research Resources (1P20 RR018765) $10,439,884 (September 2004 to August 2009). |
| 2004 | <u>Co-Investigator:</u> *"The Effect of Tai Chi on Cognitive Function in Elders with Dementia and Pain"* (P.I.: Pao-Feng Tsai, RN, Ph.D.) Alzheimer Disease Association: $199,997 (Oct 2004–Sept. 2006). |
| 2004 | <u>Mentor:</u> *"Effects of Adverse Perinatal Experiences on Cortical Organization"* (P.I.: Barbara Clancy, Ph.D.) INBRE Summer Research Fellowship, $8,334 (June 2004 – October, 2005). |
| 2004 | <u>Principal Investigator:</u> *"PCCM Network: Remedies for Opioid Tolerance & Withdrawal"* National Institute for Child Health and Human Development (NIH# 1U10 HD050009-01), $1,987,796 (May 2005 – November 2009) |
| 2004 | <u>Principal Investigator:</u> *"Inflammatory changes in the Immature Brain following Perinatal Pain"* SURF (SILO Undergraduate Research Fellowship for UCA student: Shannon Palmer), $ 3,900 (Jan. – August, 2005). |
| 2005 | <u>Principal Grantee:</u> Pfizer Visiting Professorship in Pain Medicine Grant ($7,500) to invite Professor John van den Anker, Professor of Pediatrics, Pharmacology, Physiology; George Washington University School of Medicine and Health Sciences; Children's National Medical Center, Washington, DC. |
| 2005 | <u>Mentor for Project #8:</u> *"Effects of Adverse Perinatal Experiences on Cortical Organization Mechanisms";* Arkansas INBRE Grant *"Cellular Signaling, Growth, and Differentiation",* (P.I.: Lawrence E. Cornett, Ph.D.) NIH/National Center for Research Resources (2 P20 RR016460-04; $ 16,908,508; June 2005 to May 2010). |
| 2006 | <u>Principal Investigator:</u> *"Use of Acupuncture to reduce Inflammatory Pain in Infants: A translational approach"* Arkansas Biosciences Institute $ 49,869 (October 2006 – June 2008). |
| 2006 | <u>Principal Investigator:</u> *"Near-continuous, Non-invasive Blood Pressure Monitoring to improve outcomes in Pediatric Transport"* Dean's Research Development Fund $ 14,919 (January 2006 – December 2007). |
| 2006 | <u>Principal Investigator:</u> *"Pain Assessment in Cognitively Impaired, Functionally Impaired Children (PACIFIC Study)"* Children's University Medical Group Seed Grant; $30,000 (January 2007 – December 2008). |

Kanwaljeet S. Anand                   CURRICULUM VITAE                              16

2007        Co-Principal Investigator: (P.I. Hugo Lagercrantz) *"NeoOpioid Consortium: No pain during childhood by adapting off-patent medicines"*, European Commission FP7 Program: HEALTH-2007-4.2-1: Adapting off-patent Medicines for Paediatric populations (Euro 2,300,000; October, 2008 to October, 2013).

2008        Principal Investigator: *"Safety and Efficacy of Acupuncture for Relieving Pain in Newborn Infants"*, The Mayday Fund, ($401,884; July, 2008 to December, 2013).

2008        Principal Investigator: *"Assessment of the Pharmacokinetics, Pharmacodynamics, and Neurotoxic Effects of an Anesthetic in Infants undergoing various Surgical Procedures"* Safety of Key Inhaled and Intravenous Drugs in Pediatrics (SAFEKIDS), Food & Drug Administration, FDA-SOL-08-SAFEKIDS, Clinical Project 003 ($308,000; October, 2008 to September, 2012).

2008        Primary Mentor: *"Goal-directed Resuscitative Interventions during Pediatric Inter-facility Transport (the GRIPIT Trial)"* (P.I.: Michael H Stroud, M.D.) *Eunice Shriver Kennedy* National Institute for Child Health & Human Development, Pediatric Research LRP Program, $44,924.64 (July 1, 2008 – June 30, 2012).

2011        Principal Investigator: *"Development of the newborn brain and exposure to anesthetic agents"* The Oxnard Foundation ($ 75,859.92 – July 01, 2011 to June 30, 2014).

2011        Primary Mentor: *"Steroids for Pediatric Acute Lung Injury Trial"* (P.I.: Bonny Bardhan, M.D.; 2nd Year Fellow), American Medical Association Foundation, Seed Grant Research Program, $2,500.00 (April 1, 2011 – March 30, 2013).

2013        Mentor: *"The role of 2-pore domain potassium channel Trek-1 in Acute Lung Injury"*, (P.I.: Dr. Andreas Schwingshackl), American Lung Association (ALA) Biomedical Research Grant ($80,000; October, 2013 – October, 2015).

2013        Site P.I.: *"Multiple Medical Therapies for Pediatric TBI – A Comparative Effectiveness Approach"* (P.I.: Mike Bell), National Institute for Neurological Disorders & Stroke (NIH/NINDS), Cooperative Agreement grant (U01 NS081041, July, 2013 – June, 2018).

2014        Co-Mentor: *"The role of 2-pore domain potassium channels in Acute Lung Injury"*, (P.I.: Dr. Andreas Schwingshackl), National Heart, Lung & Blood Institute (NIH/NHLBI) Mentored Clinical Scientist Development Award (1 K08 HL118118: $676,890, February, 2014 to January, 2019).

2014        Principal Investigator: *"Science to Survival: Innovative Strategies for Critically Ill or Injured Children"*; National Institute for Child Health & Human Development, $1,522,280 (1 UG1 HD083173: Approved by NICHD Council, awaiting allocation of funds, Dec. 2014 – Nov. 2019).

2014      <u>Co-Mentor</u>: *"Morphine Pharmacogenomics to Predict Risk of Respiratory Depression in Children"*, (P.I.: Dr. Vidya Chidambaran), *Eunice Kennedy Shriver* National Institute for Child Health & Human Development (NIH/NICHD) Mentored Patient-Oriented Research Career Development Award (K23) (5K23HD082782: $655,425; July 2014 to June 2019).

2015      <u>Principal Investigator</u>: *"Biomarkers for Risk and Resilience in Critically Ill Children"*; Anand Lab Startup Fund, Department of Pediatrics, Stanford University School of Medicine, $1,500,000 (Oct. 2015 – Nov. 2020).

2017      <u>Primary Mentor</u>: *"Measuring Pain in Newborn Infants: Developing objective approaches at the bedside"*, (P.I.: Dr. Iris Morag), Feldman Family Foundation Visiting Professorship to Stanford University ($50,000; August 2017 to 2018).

2017      <u>Principal Investigator</u>: *"Biomarkers of Risk and Resilience in Preschool Children"* Child Health Research Institute, Stanford University (Total costs $34,999.56).

2018      <u>Co-Principal Investigator</u>: STTR Grant Proposal: *"Measuring Infant Pain Objectively using Sensor Fusion & Machine Learning Algorithms"*, in response to RFA-DA-18-013, NIH/NIDA "Development of a Device to Objectively Measure Pain (R41/R42)"; in collaboration with Autonomous Healthcare, Inc. (1 R41 DA046983; Total Costs: $224,999; Stanford sub-contract: $ 118,958; June 2018 to May 2019).

**Research Awards Pending:**

2018      <u>Principal Investigator</u>: R01 Grant Proposal: *"Risk and Resilience in Preschool Children: Biomarkers of Adversity & Illness"*; *Eunice Kennedy Shriver* National Institute for Child Health & Human Development (NIH/NICHD) (1 R01 HD097139; Total Costs: $3,815,503.00; December 2018 to November 2023)

## <u>Teaching and Lab Supervision</u>:

### <u>High School Seniors:</u>
1. Brandon Mack (June – August, 2002)
2. Russell Saltz (June – August, 2002)
3. Sarah Bransford (June – August, 2002)
4. Julie Holt (June – August, 2002)
5. Carrie Acrey (June – August, 2002)
6. Michael Reid (June – August, 2002)
7. RaElle Jackson (June to August, 2003)
8. Jerry Choate (August 2003 to May 2004)
9. Nisha Kunapalli (July to Nov., 2005)
10. Gail Khaidakov (July 2005 to Jan. 2006)
11. Janelle Vircks (March-Dec, 2011)
12. Aidan Rubio (June-August, 2017)
13. Ginikachi Ozioma Amuzie (June-August, 2017)

### <u>Undergraduate Students:</u>
1. Hosefa Divan (May - Sept, 1994)
2. Sheela Bavikatty (Sept 1994 – Apr 1995)
3. Jaime E. Estrada (Apr – Dec, 1995)
4. Peter Kim (June – Aug, 1997)

Kanwaljeet S. Anand                    CURRICULUM VITAE                              18

5.  Sarah Hopkins (May – Dec, 1997)
6.  Matthew Saltz (June - Aug, 1999 & 2000)
7.  Kendra Williams (June – Aug, 1999)
8.  Michael Bishop (June – Aug, 2000)
9.  Robin Morris (June – Aug, 2000)
11. Stephen Baker (June – Aug, 2001)
10. Drew Newton (June – Aug, 2001)
11. Patrick Kennedy (June – Aug, 2002)
12. Brandy Tharp (June – Aug, 2002)
13. Michael Reid (May to August, 2003)
14. Julie Carter (June to Sept., 2003, 2004)
15. Brian Bowden (June - Sept., 2003, 2004)
16. Debbie Sollener (June-Sept, 2003, 2004)
17. Amanda Plummer(Jun-Sep, 2003, 2004)
18. Kate Street (June to Sept., 2003, 2004)
19. Danny Glassman (June-Sept 2003, 2004)
20. Lauren Leach (June to Sept., 2004)
21. Brian Ray (June to Sept., 2004)
22. Blythe Bowman (June to Sept., 2004)

23. Jason Fletcher (June to Sept., 2004)
24. Sarabeth Bailey (June to Sept., 2004)
25. Whitney Tharp (June to August, 2005)
26. Brandon Kersh (June to August, 2005)
27. Shannon Palmer (Jan. to August, 2005)
28. Sarasijha Desikan (June to August, 2006)
29. Jessie Rose (January, 2007, Tufts Univ.)
30. Jamie Waldron (June to August, 2007)
31. Cemeka Augbaum (June-August, 2007)
32. Sarah Latham (May to August, 2008)
33. Greg O'Ryan-Johnson (May-Aug, 2012)
34. Stephanie Allen (May to August, 2013)
35. Anqi Zheng (June to Sept., 2014)
36. Yannick Boni (June to August, 2015)
37. Noor Singh (June to August, 2018)

**Graduate Students:**
1.  Yasmeen Golzar (Wellesley College, Wellesley, MA; January to August, 1999)
2.  John Frank (University of Central Arkansas, Biology Program, Fall 2003 – Summer 2004)
3.  Tiffany Wallace (University of Arkansas for Medical Sciences, Neuroscience Program, July to October, 2003)
4.  Ross Brown (University of Arkansas for Medical Sciences, Neuroscience Program, July 2006 to May 2007)
5.  Chaoxuan Dong, (University of Arkansas for Medical Sciences, Neuroscience Program, July 2007 to May 2011)

**Medical Students:**
1.  Howard Silverboard (June – August, 1994), University of Alabama at Birmingham
2.  Bryan Wall (May – August, 1996), Emory University School of Medicine
3.  Charles Weber (June – Nov, 1999), University of Arkansas for Medical Sciences
4.  John Haltom (May – Aug, 2000), University of Arkansas for Medical Sciences
5.  Sukhvir K. Chana (Oct-Nov, 2000), University College London, London (UK)
6.  Chi Ling Sarah Cheung (Oct 2001-July 2002) Erasmus University School of Medicine, Rotterdam, The Netherlands
7.  Matthew Saltz (M2) (May – July, 2002), University of Arkansas for Medical Sciences
8.  Robin Morris (M1) (May – July, 2002), University of Arkansas for Medical Sciences
9.  Stephen Baker (M2) (May – July, 2003),  University of Arkansas for Medical Sciences
10. Dana Jo Coker (M1) (January 2005-July, 2006), University of Arkansas for Medical Sciences
11. Paulomi Mehta (M2), (May 2007 to 2010), University of Arkansas for Medical Sciences
12. Karmen McPherson (M2) (June to August, 2012) University of Tennessee Health Science Center

Kanwaljeet S. Anand  CURRICULUM VITAE  19

13. Aaron Kala (M1, M2, M3) (February to August 2013, June-August 2014, December 2014-January 2015), University of Tennessee Health Science Center

**Post-Doctoral Fellows:**

1. **Thomas Bruns**, M.D., Post-doctoral fellow in Pediatric Emergency Medicine, Emory University Department of Pediatrics, January 1994 to April 1995. Project: "Comparison of the efficacy, adverse effects, costs and patient outcomes in a randomized trial of histoacryl blue vs. suturing for skin closure of lacerations in pediatric patients."

2. **Joel D. Selanikio**, M.D., Resident in Pediatrics, Emory University Department of Pediatrics, December 1993 to June 1995. Project: "Analysis of institutional data from a survey of pain and analgesia in neonates."

3. **Sylvia Garcia**, M.D., Resident in Pediatrics, Emory University Department of Pediatrics, December 1993 to June 1995. Project: "The clinical basis for monitoring central venous oxygen saturations in critically ill pediatric patients."

4. **Volkan Coskun**, M.D., Doctoral graduate of Ankara University, Turkey. December 1995 to August 1997. "Factors determining opioid receptor development using immunohistochemical techniques."

5. **Markus Sogl**, Medical Technical Analyst from Vienna University and Vienna General Hospital, Austria. July to September 1995. Project: "Cognitive testing in adult rats exposed to repetitive pain in the neonatal period."

6. **Mandana Ghodrat**, Pharm.D., Clinical Pharmacist, Emory-Egleston Pediatric Care Foundation, Emory University School of Medicine, December 1995 to July 1996. Project: "Impact of Patient-Controlled Analgesia on the Behavioral Responses of Children undergoing Lumbar Puncture".

7. **William Lariviere**, Doctoral student, Department of Psychology, McGill University, Montreal, Canada. June to August, 1997. Project: "Fos expression in the developing rat brain associated with noxious stimuli."

8. **Devika Kommineni**, M.D., Visiting Scholar, Department of Pediatrics, Emory University School of Medicine, January to August, 1997. Project: "Analgesic practices for Neonatal I.C.U.'s in U.K.".

9. **Umesh Narsinghani**, M.D., Critical Care Medicine Fellow, Department of Pediatrics, University of Arkansas for Medical Sciences, July 1999 to June 2001. "Changes in brain development resulting from repetitive neonatal pain."

10. **Adnan Bhutta**, M.D., Critical Care Medicine Fellow, Department of Pediatrics, University of Arkansas for Medical Sciences, January 1999 to December 2001. "Apoptosis following isolation in the developing rat brain."

11. **Jing-Gen Liu**, Ph.D., Postdoctoral Fellow, Pain Neurobiology Laboratory, Arkansas Children's Hospital Research Institute, December 1998 to January 2000. "Changes in opioid receptor signal transduction associated with repetitive neonatal pain."

12. **Sarita Garg**, Ph.D., Postdoctoral Fellow, Pain Neurobiology Laboratory, Arkansas Children's Hospital Research Institute, February 2001 to December 2003. "Regulators of neuronal cell death following inflammatory pain."

13. **Lingling Zhang**, Ph.D., Postdoctoral Fellow, Pain Neurobiology Laboratory, Arkansas Children's Hospital Research Institute, May 2005 to present. "Use of Acupuncture to reduce Inflammatory Pain in Infant Rats."

14. **Micheal Stroud,** M.D., Critical Care Medicine Fellow, Department of Pediatrics, University

Kanwaljeet S. Anand         CURRICULUM VITAE         20

of Arkansas for Medical Sciences, July 2004 to June 2007. "Near-continuous, non-invasive monitoring of pediatric transport patients."

15. **Muayyad Tailounie,** M.D., Critical Care Medicine Fellow, Department of Pediatrics, University of Arkansas for Medical Sciences, December 2006 to June 2009. "Neuroprotective effects of Ketamine for patients with traumatic brain injury."

16. **Bonny Bardhan**, M.D., Critical Care Medicine Fellow, Department of Pediatrics, University of Tennessee Health Science Center, July 2009 to June 2012. "Randomized placebo-controlled trial of steroids for acute lung injury (ALI)/ acute respiratory distress syndrome (ARDS)."

17. **Kandiss Dukes**, Pharm.D., Pharmacy Resident, University of Tennessee Health Science Center, October 2009 to October 2010. "Use of Methadone and Lorazepam for weaning sedation in PICU patients."

18. **Audra Rouster**, M.D.: Senior Resident and Pediatric Gastroenterology Fellow, Le Bonheur Children's Hospital and New Orleans Children's Hospital, August 2010 to December 2011. "Grantsmanship and Career Planning; Application for the LRP Program Grant funding from NIH/NICHD".

19. **Fabio Savorgnan**, M.D., Critical Care Medicine Fellow, Department of Pediatrics, University of Tennessee Health Science Center, July 2010 to June 2013. "Randomized controlled trial of inhaled Nitric Oxide: early versus late use."

20. **Chaoxuan Dong**, M.D., Ph.D.; Postdoctoral Fellow in Neuroscience, UT Neuroscience Institute, September 2011 to August 2013. "Neurotoxicity of Anesthetic and Analgesic Agents in Neonatal Neural Stem/Progenitor Cells."

21. **Radomir Slominski**, M.D. Postdoctoral Fellow, University of Tennessee Health Science Center, Sept. 2014 to June 2015. "Biomarkers for Early Childhood Stress in Hair Samples."

22. **Rajshri Babeoram Panday**, M.D. Vrije Universiteit Medical Center, Amsterdam, The Netherlands; Research Internship, University of Tennessee Health Science Center, July to December 2015, "Novel Assays for measuring Cytokines in hair samples from children".

23. **Dane Jacobson**, M.D. PCCM Clinical Fellow, Stanford University School of Medicine, Jan 2016 to June 2018, "Prevalence of delirium in Pediatric ICU patients".

24. **Urs Naber**, M.D. PCCM Clinical Fellow, Stanford University School of Medicine, July 2016 to June 2017, "Measurement of infant pain using EEG and other monitors".

## **Pediatric Critical Care Medicine Fellows:**

1. Sharon Holloway, M.D.
2. Amirah Daher, M.D.
3. Atul Vats, M.D.
4. Nandkishore Raghuram, M.D.
5. Karl Serrao, M.D.
6. Venu Devabhaktuni, M.D.
7. Ronald Sanders, Jr., M.D.
8. Umesh Narsinghani, M.D.
9. Adnan Bhutta, M.D.
10. Patricia Wankum, M.D
11. Adriana Lopez, M.D.
12. Brian Eble, M.D.
13. Basem Al-Saati, M.D.
14. Jay Duncan, M.D.
15. Micheal Stroud, M.D.
16. Thomas Bannister, M.D.
17. Meredith Denton, M.D.
18. Muyyad Tailounie, M.D.
19. Laura Ortmann, M.D.
20. Katherine Clement, M.D.
21. David Smith, M.D.
22. Jonathan Byrnes, M.D.
23. Bonny Bardhan, M.D.
24. Rebecca Shappley, M.D.
25. Kimberley Ingram, M.D.
26. Fabio Savorgnan, M.D.

Kanwaljeet S. Anand　　　　　　　　CURRICULUM VITAE　　　　　　　　21

| | |
|---|---|
| 27. Rajat Pareek, M.D. | 38. Catherine Ross, MD |
| 28. Astrid Gutierrez-Zepeda, M.D. | 39. Dane Jacobson, MD |
| 29. Cody Tigges, M.D. | 40. Zahidee Rodriguez, MD |
| 30. Paige Klingborg, M.D. | 41. Daniel Tawfik, MD |
| 31. Patricia Alleyne, MD | 42. David Werho, MD |
| 32. Peter "Mike" Mangubat, MD | 43. Lindsey Troy, MD |
| 33. Catherine Taylor, MD | 44. Urs Naber, MD, PhD |
| 34. Camille Immanuel, MD, MPH | 45. Meghna Patel, MD |
| 35. Jagila Wesley, MD | 46. Mais Yacoub, MD |
| 36. Mindy Ju, MD | 47. Lara Murphy, MD |
| 37. Katherine Kruse, MD | |

**Thesis Advisor / Reviewer:**
1. **Bjorn Larsson, M.D.**: Ph.D. Thesis, Karolinska Institute, Stockholm, Sweden (awarded September, 1994).
2. **Sarah Hopkins**: M.S.P.H. Thesis Advisor, Rollins School of Public Health, Emory University, Atlanta (awarded May, 1997).
3. **Ronald Cary Sanders, Jr. M.D.**: M.S. (Physiology) Thesis Advisor and Fellowship Director, University of Arkansas for Medical Sciences (awarded May, 2000).
4. **Nancy Boumeester, M.D.**: Ph.D. Thesis Advisor, Erasmus University, Rotterdam, The Netherlands (awarded October, 2002).
5. **Sayid M. Maleki, MBBS**: M.D. Thesis Examiner, Department of Pediatrics, Yazd University of Medical Sciences, Yazd, Iran (awarded November, 2002).
6. **Lena Bergqvist, M.D.**: Ph.D. Thesis Advisor, Karolinska Institute, Stockholm, Sweden (currently ongoing).
7. **C.L. Sarah Cheung**: M.D. Thesis Advisor, Erasmus University Medical College, Rotterdam, The Netherlands (passed November 2003).
8. **Cameron Good, M.S.**: Ph.D. Thesis Committee, Neuroscience Program, University of Arkansas for Medical Sciences, Little Rock, Arkansas (passed October 2005).
9. **John Frank, B.S.**: M.S. (Biology) Thesis Advisor and Laboratory Mentor, Biology Program, University of Central Arkansas, Conway, Arkansas (Passed September 2004).
10. **Ross Brown, B.S.**: M.S. (Neuroscience), Thesis Advisor and Laboratory Mentor, University of Arkansas for Medical Sciences, Little Rock, Arkansas (Graduated May, 2007).
11. **Chaoxuan Dong, M.D.**: Ph.D. in Neuroscience, University of Arkansas for Medical Sciences, Little Rock, Arkansas (Graduated May, 2011).

**Mentorship for Local / Visiting Faculty:**
1. **Steen Hertel**, M.D., Consultant Neonatologist and Anesthesiologist from the Hilleroed Hospital, Hilleroed, Denmark. (visit: Sept-Oct, 1996)
2. **Sunit Singhi**, M.D., Director of Pediatric Critical Care Medicine, Associate Professor, Postgraduate Institute for Medical Education and Research, Chandigarh, India (visit: Nov-Dec, 1997).
3. Research Mentorship for faculty colleagues in the Department of Pediatrics, Emory University School of Medicine: David McLario, M.D.; Rita Helfand, M.D.; Dale Nordenberg, M.D.; Harold Simon, M.D.; Benjamin Gold, M.D.; William Zempsky, M.D.
4. **Marlene Walden**, RNC, Ph.D.; Assistant Professor of Nursing Science, Nell Hodgson

Kanwaljeet S. Anand                CURRICULUM VITAE                22

Woodruff School of Nursing, Emory University, Atlanta, GA (visit: Feb-March, 1999).
5. Research Mentorship for faculty colleagues in the Department of Pediatrics, UAMS: Mark H. Heulitt, M.D.; Mick Tilford, Ph.D.; Craig Rowlands, Ph.D.
6. **Jeffrey Kaiser**, M.D., Assistant Professor of Pediatrics, University of Arkansas for Medical Sciences.
7. **Mohd. Ilyas,** M.D., Assistant Professor of Pediatrics, University of Arkansas for Medical Sciences.
8. **Barbara Clancy**, Ph.D., Assistant Professor, Department of Biology, University of Central Arkansas.
9. **Shalini Khurana**, M.D., Instructor in Pediatrics, University of Arkansas for Medical Sciences
10. **Deborly Wade**, Ph.D., Faculty member, Department of Biology, Central Baptist College, Conway, AR.
11. **Adnan T. Bhutta**, M.D., Instructor in Pediatrics, University of Arkansas for Medical Sciences
12. **R. Whit Hall,** M.D., Assistant Professor of Pediatrics, University of Arkansas for Medical Sciences
13. **Pao-Feng Tsai**, RN, Ph.D., Assistant Professor of Geriatric Nursing, College of Nursing, University of Arkansas for Medical Sciences
14. **Michelle Schober**, M.D., Assistant Professor of Pediatrics (Critical Care Medicine), University of Utah School of Medicine and Primary Children's Hospital, Salt Lake City, UT.
15. **Ana Theresa Stochero,** M.D., M.S., Assistant Professor of Pediatrics (Neonatology), National University of Sao Paulo, Sao Paulo, Brazil.
16. **Martin Blakely,** MD, FACS, Assistant Professor of Surgery, University of Tennessee Health Science Center
17. **Samir H. Shah**, MD, MBA, FRCPC, Associate Professor of Pediatrics, University of Tennessee Health Science Center
18. **Andreas Schwingshackl,** MD, Ph.D., Assistant Professor of Pediatrics, University of Tennessee Health Science Center
19. **Marie Mazel,** MD, Assistant Professor of Pediatrics, University of Tennessee Health Science Center
20. **Ignasio Federico Nievas,** MD, Assistant Professor of Pediatrics, University of Tennessee Health Science Center
21. **Dai Kimura,** MD, Assistant Professor of Pediatrics, University of Tennessee Health Science Center
22. **Hitesh S. Sandhu,** MD, Assistant Professor of Pediatrics, University of Tennessee Health Science Center
23. **Arun K. Saini,** MD, Assistant Professor of Pediatrics, University of Tennessee Health Science Center
24. **Iris Morag**, MD, Ph.D., Associate Professor of Pediatrics (Neonatology), Tel Aviv University, Israel.
25. **Jorina Elbers**, MD; Assistant Professor of Neurology and Pediatrics, Stanford University School of Medicine, Palo Alto, CA.
26. **Azadeh Fayazi**, MD, Assistant Professor of Pediatrics, Stanford University School of Medicine, Palo Alto, CA.

**Honors/Awards to mentored fellows, students and faculty:**
1. Umesh Narsinghani, M.D., FAAP.: Education Scholarship Award, 30th International

Kanwaljeet S. Anand                    CURRICULUM VITAE                           23

Scientific Symposium of the Society for Critical Care Medicine, Feb 13th, 2001.
2. Adnan Bhutta, M.D.: Young Investigator Grant Award, Arkansas Perinatal Society, 2000.
3. Umesh Narsinghani, M.D., FAAP.: First Prize Winner, Annual Student Research Day, University of Arkansas for Medical Sciences, Little Rock; March 22nd, 2001.
4. Umesh Narsinghani, M.D., FAAP.: First Prize Winner, Annual Fellows Day, Department of Pediatrics, University of Arkansas for Medical Sciences, Little Rock; May 9th, 2001.
5. Brandon Mack, Arkansas School for Math & Science: First Place in Medicine and Health at the *West Central Regional Science Fair* (2003)
6. Brandon Mack, Arkansas School for Math & Science: Second Place in Medicine and Health at the *West Central Regional Junior Academy of Sciences* (2003)
7. Brandon Mack, Arkansas School for Math & Science: Awarded the "Clinical Lab Association Best Life Science Project" at the *West Central Regional Junior Academy of Sciences* (2003)
8. Brandon Mack, Arkansas School for Math & Science: "Arkansas State Science Fair Achievement Award" for First Place in Medicine and Health at the *Arkansas State Science Fair* (2003)
9. Brandon Mack, Arkansas School for Math & Science: Awarded the "Society for Neuroscience Achievement Award" by the Society of Neuroscience Arkansas Chapter (2003)
10. Brandon Mack, Arkansas School for Math & Science: State Intel Science and Engineering Fair (ISEF) Finalist Award (2003)
11. Brandon Mack, Arkansas School for Math & Science: "Scientific American" Award for Outstanding Achievement in Science Education of America (2003)
12. Brandon Mack, Arkansas School for Math & Science: *Arkansas State Science Fair* " Best in State: Second Place Award" (2003).
13. Ronald Sanders, Jr., M.D.: Clinical Investigator Development Award (K08), National Institutes of Health (2003): 1K08 HL074128 – *"Hemangioblastic Progenitors in Acute Lung Injury"*.
14. Adnan Bhutta, M.D.: 2004 CHCA National Benchmarking Award. Reducing the incidence of blood-stream infection in the PICU.
15. Glenda Hefley, RN, MNSc..: Society of Pediatric Nurses, Annual Meeting April 2004, Research Poster Award: Parent Bed Spaces in the PICU: Perceived Benefits and Concerns of Staff.
16. Michelle Schober, M.D.: Pediatric Critical Care Medicine Scientist Development Award (K12), National Institutes of Health (2004): *"Neurotoxicity from Fentanyl Therapy in Infant Rats"*.
17. Amanda Plummer: Arkansas Biomedical Research Infrastructure Network, Annual Research Day, 2nd Prize for Undergraduate Research Posters. *"Consequences of Neonatal Pain on Neurodevelopment"*.
18. Shannon Palmer: Scholars Undergraduate Research Fellowship, 2005 (SURF Grant $ 3,900) *"Inflammatory changes in the Immature Brain following Perinatal Pa*in".
19. Shannon Palmer: Barry A. Goldwater Scholarship, 2005.
20. Brian Bowden: UCA Student of the Year, 2004.
21. Brian Bowden: Rotary International Fellowship, 2005.
22. Tiffany Wallace: Committee on Women in Neuroscience (C-WIN) Graduate Student Travel Award from the Society for Neuroscience to attend the SFN Annual Meeting, November 12-16, 2005.

Kanwaljeet S. Anand                CURRICULUM VITAE                24

23. Michael Stroud. Importance of noninvasive blood pressure monitoring during pediatric transport. Received 1st Prize for the Best Fellow's Day Presentation at the UAMS College of Medicine Fellow's Day, May 16th, 2006.

24. Michael H. Stroud: Near-continuous, non-invasive monitoring of pediatric transport patients. First Prize for Fellows' Presentation, American Academy of Pediatrics, Section of Transport Medicine, October 11th, 2006.

25. Michael H. Stroud: Accelerated non-invasive monitoring of blood pressure in pediatric transport patients: a randomized trial. Fellows Clinical Research Award, *Society for Pediatric Research (SPR)*, Pediatric Academic Societies' Meeting, May 7th, 2007.

26. Michael H. Stroud, M.D.; R21 Exploratory /Developmental Research Grant Award, *Eunice Kennedy Shriver* National Institute for Child Health & Human Development.

27. Bonny Bardhan, M.D.; 2nd Year Fellow in Pediatric Critical Care: "Steroids for Pediatric Acute Lung Injury Trial" nationally competitive award from the Seed Grant Research Program by the American Medical Association Foundation.

28. Stephanie Allen, undergraduate student: First Place – Science Award, National Conference of Alpha Chi Honors Society, St. Louis, 2014.

Kanwaljeet S. Anand                    CURRICULUM VITAE                         25

**BIBLIOGRAPHY:**

<u>**Peer-Reviewed Publications**</u>

See complete list on Scopus at: http://www.scopus.com/authid/detail.url?authorId=7101749758

1.  Elbers J, Rovnaghi CR, Golianu B, **Anand KJS**. Clinical profile associated with Adverse Childhood Experiences: The advent of nervous system dysregulation. *Children* 2017; 4 (11). pii: E98. doi: 10.3390/children4110098. PMID: 29140276 PMCID: PMC5704132.
2.  Slopen N, Roberts AL, LeWinn KZ, Bush N, Rovnaghi CR, Tylavsky F, **Anand KJS**. Maternal experiences of trauma and cortisol production in early childhood in a prospective cohort. *Psychoneuroendocrinology*, 2018, (accepted for publication).
3.  **Anand KJS**, Rigdon, JR, Rovnaghi CR, Qin FF, Tembulkar S, Bush N, LeWinn K, Ty;avsky FA, Davis R, Barr DA, Gotlib IH. Measuring socioeconomic adversity in early life. *The Lancet*, 2018, (under review).
4.  Walco GA, Kopecky EA, Weisman SJ, Stinson J, Stevens B, Desjardins P, Berde CB, Krane EJ, **Anand KJS**, Yaster M, Dampier CD, Dworkin R, Gilron I, Lunn, Maxwell L, McDermott M, Raja SN, Schactel B, Turk D. Clinical Trial Designs and Models for Analgesic Medications for acute pain in neonates, infants, toddlers, children, and adolescents: ACTTION recommendations. *Pain* 159(2): 193-205, 2018. PMID: 29140927; PMCID: PMC5949239.
5.  Berger JT, Villalobos ME, Clark AE, Holubkov R, Pollack MM, Berg RA, Carcillo JA, Dalton H, Harrison R, Meert KL, Newth CJL, Shanley TP, Wessel DL, **Anand KJS**, Zimmerman JJ, Sanders RC Jr, Liu T, Burr JS, Willson DF, Doctor A, Dean JM, Jenkins TL, Nicholson CE; *Eunice Kennedy Shriver* National Institute of Child Health and Human Development Collaborative Pediatric Critical Care Research Network. Cognitive development one year after infantile critical pertussis. Pediatric Critical Care Medicine 19(2): 89-97, 2018. PMID: 29117060; PMCID: PMC5796844.
6.  Katewa A, Bhargava N, Sahu B, **Anand KJS**. One stage repair of aortic pseudo-aneurysm following central shunt and Tetralogy of Fallot with single pulmonary artery. *World Journal of Congenital Heart Surgery*, 2018. doi: 10.1177/2150135117750566. [Epub ahead of print]. PMID: 29614910.
7.  **Anand KJS**. Defining Pain in Newborns: Need for a new taxonomy? *Acta Paediatrica* 2017; 106(9): 1438-1444. doi: 10.1111/apa.13936, PMID: 28556311.
8.  Schwingshackl A, **Anand KJS**. Work-Life Balance: Essential or Ephemeral? *Frontiers in Pediatrics* 2017; 5:108. doi: 10.3389/fped.2017.00108. PMID: 28540286.
9.  McGuire JK, Schwingshackl A, **Anand KJS**. Pediatric ARDS –"Reaching for the horizon". *Frontiers in Pediatrics* 2017; 15 (5): 100. DOI: 10.3389/fped.2017.00100. PMID: 28555176.
10. **Anand KJS**, Eriksson M, Boyle EM, Avila-Alvarez A, Andersen RD, Sarafidis K, Polkki T, Matos C, Lago P, Papadouri T, Attard-Montalto S, Ilmoja ML, Simons S, Tameliene R, van Overmeire B, Berger A, Dobrzanska A, Schroth M, Bergqvist L, Courtois E, Rousseau J, Carbajal R; EUROPAIN survey working group of the NeoOpioid Consortium. Assessment of continuous pain in newborns admitted to NICUs in 18 European Countries. *Acta Paediatrica* 2017, 106(8): 1248-1259. DOI: 10.1111/apa.13810. PMID: 28257153.
11. Carcillo JA, Dean JM, Holubkov R, Berger J, Meert KL, **Anand KJS**, Zimmerman JJ, Newth CJL, Harrison R, Burr J, Willson DF, Nicholson C, Bell MJ, Berg RA, Shanley

Kanwaljeet S. Anand                   CURRICULUM VITAE                  26

TP, Heidemann SM, Dalton H, Jenkins TL, Doctor A, Webster A, Tamburro RF; *Eunice Kennedy Shriver* National Institute of Child Health and Human Development (NICHD) Collaborative Pediatric Critical Care Research Network (CPCCRN). Interaction between 2 nutraceutical treatments and host immune status in the Pediatric Critical Illness Stress-Induced Immune Suppression comparative effectiveness trial. *J Parenter Enteral Nutr.* 41(8): 1325-1335, 2017. PMID: 27660289.

12. Lago P, Frigo AC, Baraldi E, Pozzato R, Courtois E, **Anand KJS**, Rambaud J, Carbajal R. Sedation and analgesia practices at Italian Neonatal Intensive Care Units: Results from the EUROPAIN study. *Italian Journal of Pediatrics* 43(1):26, 2017. doi: 10.1186/s13052-017-0343-2. PMID: 28270167.

13. Mitchell AJ, Hall, RW, Golianu B, Yates C, Williams DK, Chang J, **Anand KJS**. Does Noninvasive Electrical Stimulation of Acupuncture Points (NESAP) reduce heelstick pain in neonates? *Acta Paediatrica* 105(12):1434-1439, 2016. DOI: 10.1111/apa.13581. PMID: 27607517.

14. **Anand KJS**. Revisiting a dilemma: repetitive pain vs. opioid exposures? *Acta Paediatrica* 105(7): 736-7, 2016. doi: 10.1111/apa.13442. PMID: 27272629.

15. Kimura D, Saravia J, Rovnaghi CR, Meduri GU, Schwingshackl A, Cormier SA, **Anand KJS**. Plasma Biomarker Analysis in Pediatric ARDS: Generating Future Framework from a Pilot Randomized Control Trial of Methylprednisolone: A Framework for Identifying Plasma Biomarkers Related to Clinical Outcomes in Pediatric ARDS. *Frontiers in Pediatrics* 4:31, 2016. doi: 10.3389/fped.2016.00031. PMID: 27066464

16. Carcillo JA, Dean JM, Holubkov R, Berger J, Meert KL, **Anand KJS**, Zimmerman JJ, Newth CJ, Harrison R, Burr J, Willson DF, Nicholson C, Bell MJ, Berg RA, Shanley TP, Heidemann SM, Dalton H, Jenkins TL, Doctor A, Webster A; Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD) Collaborative Pediatric Critical Care Research Network (CPCCRN). Inherent risk factors for nosocomial infection in the long stay critically ill child without known baseline immunocompromise: A *post hoc* analysis of the CRISIS Trial. *Pediatric Infectious Diseases Journal* 35(11): 1182-1186, 2016. PMID: 27753764; PMCID: PMC5089838.

17. Dong CE, Rovnaghi CR, **Anand KJS**. Ketamine exposure during embryogenesis inhibits cellular proliferation in rat fetal cortical neurogenic regions. *Acta Anaesthesiologica Scandinavica* 60 (5): 579-587, 2016. doi: 10.1111/aas.12689. PMID: 26822861.

18. Warren I, Hicks B, Kleberg A, Eliahoo J, **Anand KJS**. The validity and reliability of the EValuation of INtervention Scale (EVIN): Preliminary report. *Acta Paediatr.* 105 (6): 618-22, 2016. doi: 10.1111/apa.13370. PMID: 26896153

19. Schwingshackl A, Meduri GU, Kimura D, Cormier SA, **Anand KJS**. Corticosteroids in pediatric ARDS: all cards on the table. *Intensive Care Medicine* 2015; 41(11): 2036-2037. (doi: 10.1007/s00134-015-4027-3). PMID: 26359160.

20. Zimmerman JJ, **Anand KJS**, Meert KL, Willson DF, Newth CJL, Harrison R, Carcillo JA, Berger J, Jenkins TL, Nicholson CE, Dean JM, for the NICHD Collaborative Pediatric Critical Care Research Network. Research as standard of care in the Pediatric ICU. *Pediatric Critical Care Medicine* 17(1):e13-e21, 2016. doi: 10.1097/PCC.0000000000000562. PMID: 26513203.

21. Courtois E, Droutman S, Magny J-F, Merchaoui Z, Durrmeyer X, Roussel C, Biran V, Eleni S, Vottier G, Renolleau S, Desfrere L, Castela F, Boimond N, Mellah D, Bolot P, Coursol A, Brault D, Cimerman P, Ancel P-Y, **Anand KJS**, Carbajal R. Epidemiology

and pain management of heelsticks in neonatal intensive care units: EPIPPAIN 2 study. *International Journal of Nursing Studies*, 59: 79-88, 2016. doi: 10.1016/j.ijnurstu.2016.03.014; PMID: 27222453

22. Schwingshackl A, Kimura D, Rovnaghi CR, Saravia JS, Cormier SA, Teng B, West AN, Meduri GU, **Anand KJS**. Regulation of inflammatory biomarkers by intravenous methylprednisolone in pediatric ARDS patients: Results from a double-blind, placebo-controlled randomized pilot trial. *Cytokine* 77:63-71, 2016. doi: 10.1016/j.cyto.2015.10.007. PMID: 26545141.

23. Peltz G, **Anand KJS**. Long acting opioids for treating Neonatal Abstinence Syndrome: A high price for a short stay? *JAMA*; 314(19): 2023-4, 2015. doi: 10.1001/jama.2015.13537. PMID: 26469386.

24. **Anand KJS**, Campbell-Yeo M. Consequences of prenatal opioid use for newborns. *Acta Paediatrica* 104(11): 1066-9, 2015. doi: 10.1111/apa.13121. PMID: 26174725.

25. Carbajal R, Eriksson M, Courtois E, Boyle E, Avila-Alvarez A, Andersen RD, Sarafidis K, Polkki T, Matos C, Lago P, Papadouri T, Montalto SA, Ilmoja M-L, Simons S, Tameliene R, van Overmeire B, Berger A, Dobrzanska A, Schroth M, Bergqvist L, Lagercrantz H, **Anand KJS**. Sedation and analgesia practices in neonatal intensive care units (EUROPAIN): Results from a prospective cohort study. *Lancet Respiratory Medicine*, 3(10): 796-812, 2015. PMID: 26420017.

26. Avila-Alvarez A, Carbajal R, Courtois E, Pertega-Diaz S, **Anand KJS**, Muñiz-Garcia J; Grupo español del proyecto Europain. Valoración clínica del dolor en unidades de cuidados intensivos neonatales Españolas [Clinical assessment of pain in Spanish Neonatal Intensive Care Units]. *Annales de Pediatria* (Barc), pii: S1695-4033(15)00381-1, 2015. PMID: 26553356

27. **Anand KJS**, Sepanski RJ, Giles K, Shah SH, Juarez PD. Pediatric ICU mortality among Latino children before and after a multilevel healthcare delivery intervention. *JAMA Pediatrics* 2015, 169(4): 383-90. (doi: 10.1001/jamapediatrics.2014.3789); PMID: 25706478

28. Slominski R, Rovnaghi CR, **Anand KJS**. Methodological considerations for hair cortisol measurements in children. *Therapeutic Drug Monitoring* 2015; 37(6): 812-820. doi: 10.1097/FTD.0000000000000209. PMID: 25811341. PMCID: PMC4581896.

29. Avila-Alvarez A, Carbajal R, Courtois E, Pertega-Diaz S, Muñiz-Garcia J, **Anand KJS**, for the Grupo Español del Proyecto EUROPAIN. Manejo de la sedación y la analgesia en unidades de cuidados intensivos neonatales Españolas [Sedation and analgesia practices among Spanish neonatal intensive care units]. *Anales de Pediatria*, 2015; pii: S1695-4033(15)00122-8. doi: 10.1016/j.anpedi.2015.03.017. PMID: 25979386.

30. Carbajal R, Eriksson M, Courtois E, **Anand KJS**. Pratiques de sedation et d'analgesie dans les Unites de Reanimation Neonatale Europeennes. *Archives de Pediatrie* 2015; 22(5 Suppl 1): 95-96. doi: 10.1016/S0929-693X(15)30048-8. PMID: 26112539

31. **Anand KJS**. Neurotoxicity vs. neuroprotection from analgesic agents in newborns. *Journees Nationales de Neonatologie* 2015; 35: 189-203.

32. Philip R, Alpert BS, Schwingshackl A, Huang X, Blakely D, Rovnaghi CR, Tran QT, Velasquez A, Arevalo A, **Anand KJS**. Inverse relationship between Cardio-Ankle Vascular Index and Body Mass Index in healthy children. *Journal of Pediatrics*, 2015; 167(2): 361-365.e1. doi: 10.1016/j.jpeds.2015.04.042. PMID: 26003881

Kanwaljeet S. Anand                    CURRICULUM VITAE                              28

33.  Shah SH, West AN, Sepanski RJ, Hannah D, May WN, **Anand KJS**.  Clinical risk factors for Central Line-Associated Venous Thrombosis (CLAVT) in children: A study of 3,258 central venous lines. *Frontiers in Pediatrics* 2015; 3:35. doi: 10.3389/fped.2015.00035. PMID: 26000265.

34.  Drago BB, Kimura D, Rovnaghi CR, Schwingshackl A, Rayburn M, Meduri GU, **Anand KJS**. Double-blind, placebo-controlled pilot randomized trial of methylprednisolone infusion in pediatric ARDS. *Pediatric Critical Care Medicine* 2015 16(3):e74-81. PMID: 25634565.

35.  Jardine D, Emond M, Meert KL, Harrison R, Carcillo JA, **Anand KJS**, Berger J, Newth CJ, Willson DF, Nicholson C, Dean JM, Zimmerman JJ; NICHD Collaborative Pediatric Critical Care Research Network. A single nucleotide polymorphism in the corticotropin receptor gene is associated with a blunted cortisol response during pediatric critical illness. *Pediatric Critical Care Medicine* 2014; 15(8): 698-705. PMID: 25055195

36.  Dong CE, Rovnaghi CR, **Anand KJS**. Ketamine affects the neurogenesis of rat fetal neural stem progenitor cells via the PI3K/Akt-p27 signaling pathway. *Birth Defects Research (BDRB)* 101(5): 355-363, 2014. PMID: 25231110.

37.  Hall RW, **Anand KJS**. Pain management in newborns. *Clinics in Perinatology* 41: 895-924, 2014.  PMID: 25459780.

38.  **Anand KJS**. Frontiers in Pediatric Critical Care: Grand challenges for a glowing future. *Frontiers in Pediatrics* 2:35, 2014 (doi: 10.3389/fped.2014.00035). PMID: 24818121.

39.  Guedj R, Danan C, Daoud P, Zupan V, Renolleau S, Zana E, Aizenfisz S, Lapillonne A, de Saint Blanquat L, Granier M, Durand P, Castela F, Coursol A, Hubert P, Cimerman P, Khoshnood B, **Anand KJS**, Carbajal R. Does neonatal pain management in intensive care units differ between night and day? An observational study. *BMJ Open* 4(2): e004086, 2014. (doi: 10.1136/bmjopen-2013-004086). PMID: 24556241.

40.  Ganzewinkel CJLM, Derijks L, **Anand KJS**, van Lingen RA, Neef C, Kramer B, Andriessen P. Multiple intravenous doses of paracetamol result in a predictable pharmacokinetic profile in very preterm infants. *Acta Paediatrica* 103(6): 612-7, 2014. (doi: 10.1111/apa.12638) PMID: 24654967.

41.  **Anand KJS**. Mission statement for Frontiers in Pediatric Critical Care. *Frontiers in Pediatrics*, 2014.

42.  Roofthooft DWE, Simons SHP, **Anand KJS**, Tibboel D, van Dijk M. Eight years later, are we still hurting newborn infants? *Neonatology* 105:218-226, 2014 (doi: 10.1159/000357207). PMID: 24503902

43.  Rovnaghi CR, Kala AF, Allen SL, **Anand KJS**. Interpretation of cortisol concentrations and reference intervals from the CALIPER Database. *Clinical Chemistry* 60(2): 418-419, 2014.  PMID: 24363368.

44.  van Ganzewinkel C-J, **Anand KJS**, Kramer BW, Andriessen P.  Chronic pain in the newborn: toward a definition. *Clinical Journal of Pain*, 2014; 30(11) :970-977. (doi: 10.1097/AJP.0000000000000056). PMID: 24296909.

45.  Palmer FB, **Anand KJS**, Graff JC, Murphy LE, Qu Y, Völgyi E, Rovnaghi CR, Moore A, Tran QT, Tylavsky FA.  Early adversity, socioemotional development, and stress in urban one-year-old children. *Journal of Pediatrics*, 163(6): 1733-1739, 2013. PMID: 24070827.

46.  **Anand KJS**.  Pain panacea for opiophobia in infants? *JAMA* 309(2): 183-194, 2013. PMID: 23299611.

47.  **Anand KJS**, Palmer FB, Papanicolaou AC. Repetitive neonatal pain and neurocognitive abilities in ex-preterm children. *Pain* 154(10): 899-901, 2013. PMID: 23792285
48.  Nievas IF, **Anand KJS**. Severe acute asthma exacerbation in children: A step-wise approach for escalating therapy in a Pediatric Intensive Care Unit. *Journal of Pediatric Pharmacology & Therapeutics*, 18(2):88-104, 2013. PMID: 23798903
49.  Dong CE, **Anand KJS**. Developmental neurotoxicity of ketamine in pediatric clinical use. *Toxicological Letters* 220(1):53-60, 2013. PMID: 23566897
50.  Eggly S, Meert KL, Berger J, Zimmerman J, **Anand KJS**, Newth CJL, Harrison R, Carcillo J, Dean JM, Willson DF, Nicholson C, MD; for the Eunice Kennedy Shriver NICHD Collaborative Pediatric Critical Care Research Network. Physicians' conceptualization of "closure" as a benefit of physician-parent follow-up meetings after a child's death in the Pediatric Intensive Care Unit. *J Palliative Care*, 29(2): 69-75, 2013. PMID: 23923469
51.  Holubkov R, Casper C, Dean JM, **Anand KJS**, Zimmerman J, Meert KL, Newth CJL, Berger J, Harrison R, Willson DF, Nicholson C, and the NICHD Collaborative Pediatric Critical Care Research Network. The role of the Data and Safety Monitoring Board in a clinical trial: The CRISIS Study. *Pediatric Critical Care Medicine*, 14(4):374-83, 2013. PMID: 23392377
52.  de Graaf J, van Lingen RA, Valkenburg AJ, Weisglas-Kuperus N, Jebbink LG, Wijnberg-Williams B, **Anand KJS**, Tibboel D, van Dijk M. Does neonatal morphine use affect neuropsychological outcomes at 8-9 years of age? *Pain* 154(3): 449-58, 2013. PMID: 23352760.
53.  **Anand KJS**, Clark AE, Willson DF, Berger J, Meert KL, Zimmerman JJ, Harrison R, Carcillo JA, Newth CJL, Bisping  S, Holubkov R, Dean JM, Nicholson CE. Opioid Analgesia in Mechanically Ventilated Children: Results from the multicenter MOTIF study. *Pediatric Critical Care Medicine*, 14(1):28-36, 2013. PMID: 23132396.
54.  Heidemann SM, Holubkov R, Meert KL, Dean JM, Berger J, Bell M, **Anand KJS**, Zimmerman J, Newth CJL, Harrison R, Willson DF, Nicholson CE, Carcillo J. Baseline serum concentrations of Zinc, Selenium and Prolactin in critically ill children. *Pediatric Critical Care Medicine*, 14(4):e202-e206, 2013. PMID: 23392368
55.  Dong C, Rovnaghi CR, **Anand KJS**. Ketamine alters the neurogenesis of rat cortical neural stem progenitor cells. *Critical Care Medicine*, 40(8):2407-16, 2012. PMID: 22635046. PMCID: PMC3507468.
56.  Bhutta AT, Schmitz ML, James LP, Wardbegnoche WL, Lindquist DM, Glasier CM, Tuzcu V, Prodhan P, Dyamenahalli U, Imamura M, Jaquiss RDB, **Anand KJS**. Ketamine as a neuro-protective and anti-inflammatory agent in children undergoing surgery on cardiopulmonary bypass: A randomized, double-blind, placebo-controlled pilot trial. *Pediatric Critical Care Medicine* 13(3):328-37, 2012. PMID: 21926656
57.  Carcillo J, Dean JM, Holubkov R, Berger J, Meert KL, **Anand KJS**, Zimmerman J, Newth CJL, Harrison R, Burr J, Willson DF, Nicholson CE. The Pediatric Critical Illness Stress-Induced Immune Suppression (CRISIS) Prevention Trial. *Pediatric Critical Care Medicine* 13(2): 165-173, 2012. PMID: 22079954
58.  Berde CB, Walco G, Krane EJ, **Anand KJS**, Aranda JV, Craig KD, Dampier CD, Finkel JC, Grabois M, Johnston CC, Lantos J, Lebel A, Maxwell LG, McGrath P, Oberlander TF, Schanberg LE, Stevens B, Taddio A, von Baeyer CL, Yaster M, Zempsky WA.

Pediatric analgesic clinical trial designs, measures, and extrapolation: Report of an FDA Scientific Workshop. *Pediatrics* 129(2): 354-64, 2012. PMID: 22250028

59. Ferguson SA, Ward-Begnoche WL, Paule MG, Hall RW, **Anand KJS**. A pilot study of preemptive morphine analgesia in preterm neonates: effects on head circumference, social behavior, and response latencies in early childhood. *Neurotoxicology and Teratology* 34(1): 47-55, 2012. PMID: 22094261

60. Coopersmith CM, Wunsch H, Fink MP, Linde-Zwirble WT, Olsen KM, Sommers MS, **Anand KJS**, Kingsmore SF, Tchorz KM, Angus DC, Deutschman CS. A comparison of critical care research funding and the financial burden of critical illness in the United States. *Critical Care Medicine* 40 (4): 1072-1079, 2012. PMID: 22202712

61. Cignacco EL, Sellam G, Stoffel L, Gerull R, Nelle M, **Anand KJS**, Engberg S. Oral sucrose and "facilitated tucking" for repeated pain relief in preterms: A randomized controlled trial. *Pediatrics* 129(2): 299-308, 2012. PMID: 22232305

62. **Anand KJS**, Bergqvist LL, Carbajal R, Hall RW. Acute pain management in newborns. *Pain-Clinical Updates* XIX (6): 1-6, 2011.

63. Gradin M, Eriksson M; **Anand KJS**, NeoOpioid investigators group. Neonatal pain assessment in Sweden - a fifteen-year follow up. *Acta Paediatrica* 100(2): 204-8, 2011. PMID: 20804461

64. de Graaf J, van Lingen RA, Simons SHP, **Anand KJS**, Duivenvoorden H, Weisglas-Kuperus N, Roofthooft DWE, Groot Jebbink LJM, Veenstra RR, Tibboel D, van Dijk M. Long-term effects of routine morphine infusion in mechanically ventilated neonates on children's functioning: Five-year follow-up of a randomized controlled trial. *Pain* 152(6): 1391-7, 2011. PMID: 21402444

65. Chang JY, Tsai PF, Beck C, Hagen JL, Huff DC, **Anand KJS**, Roberson PK, Rosengren KS, Beuscher L. The effect of *Tai Chi* on cognition in elders with cognitive impairment. *Medsurg Nursing* 2011; 20(2):63-70. PMID: 21560956

66. Meert KL, Shear K, Newth CJ, Harrison R, Berger J, Zimmerman J, **Anand KJS**, Carcillo J, Donaldson AE, Dean JM, Willson DF, Nicholson CE. Follow-up study of complicated grief among parents eighteen months after a child's death in the pediatric intensive care unit. *Journal of Palliative Medicine* 14(2):207-14, 2011. PMID: 21281122

67. **Anand KJS**, Willson DF, Berger J, Harrison R, Meert KL, Zimmerman J, Carcillo J, Newth CJL, Prodhan P, Dean JM, Nicholson CE. Tolerance and withdrawal from prolonged opioid use in critically ill children. *Pediatrics* 125(5): e1208-1225, 2010. PMID: 20403936

68. **Anand KJS**, Eubanks JW-III, Kelly DM, Meier JW, Saltzman JA, Crisler SC, Kraus GJ, Spentzas T, Chesney RW. Pediatric patients seen in Port-au-Prince, Haiti. *Clinical Pediatrics (Phila.)* 49(12): 1147-1152, 2010.

69. Stroud MH, Moss MM, Fiser RT, Prodhan P, Schexnayder SM, **Anand KJS**. Improved monitoring during pediatric acute care transport (IMPACT) improves outcomes: A randomized controlled trial. *Pediatrics* 127(1): 42-48, 2011. PMID: 21173006

70. Schwartz SM, **Anand KJS**, Portman MA, Crow S, Nelson DP, Zimmerman JJ. Endocrinopathies in the Cardiac ICU. *World Journal for Pediatric & Congenital Heart Surgery* 2(3) 400-410, 2011.

71. Zimmerman JJ, Donaldson AE, Barker RM, Meert KL, Harrison R, Carcillo JA, **Anand KJS**, Newth CJL, Berger J, Willson DF, Jack R, Nicholson C, Dean JM for the NICHD Collaborative Pediatric Critical Care Research Network. Real-time free cortisol

Kanwaljeet S. Anand          CURRICULUM VITAE          31

quantification among critically ill children. *Pediatric Critical Care Medicine* 12(5): 525-31, 2011.  PMID: 21057361

72. Durrmeyer X, Vutskits L, **Anand KJS**, Rimensberger PC. Use of analgesic and sedative drugs in the NICU: integrating clinical trials and laboratory data. *Pediatric Research* 67(2):117-27, 2010. PMID: 20091937

73. Burr J, Jenkins TL, Harrison R, Meert KL, **Anand KJS**, Berger JT, Zimmerman J, Carcillo J, Dean JM, Newth CJL, Willson DF, Sanders RC, Pollack MM, Harvill E, Broder K, Coronado FM, Nicholson CE for the NICHD CPCCRN. The Collaborative Pediatric Critical Care Research Network critical pertussis study: Collaborative research in Pediatric Critical Care Medicine. *Pediatric Critical Care Medicine* 12(4):387-392, 2011. PMID: 21057366

74. Meert KL, Eggly S, Berger J, Zimmerman J, **Anand KJS**, Newth CJL, Harrison R, Carcillo J, Dean JM, Willson DF, Nicholson CE for the NICHD Collaborative Pediatric Critical Care Research Network. Physicians' experiences and perspectives regarding follow-up meetings with parents after a child's death in the Pediatric Intensive Care Unit. *Pediatric Critical Care Medicine* 12(2):e64-8, 2011. PMID: 20581729

75. Cignacco E, Axelin A, Stoffel L, Sellam G, Engberg S, **Anand KJS**.  Facilitated tucking as a non-pharmacological intervention for neonatal pain relief: Is it clinically feasible? *Acta Paediatrica* 99(12): 1763–1765, 2010.  PMID: 20618166

76. Meert KL, Donaldson AE, Newth CJL, Harrison R, Berger J, Zimmerman J, **Anand KJS**, Carcillo J, Dean JM, Willson DF, Nicholson CE, Shear K and the NICHD Collaborative Pediatric Critical Care Research Network. Complicated grief and associated risk factors among parents following a child's death in the Pediatric Intensive Care Unit. *Archives of Pediatrics & Adolescent Medicine* 164(11): 1045-51, 2010. PMID: 21041597

77. Eggly S, Meert KL, Berger J, Zimmerman J, **Anand KJS**, Newth CJL, Harrison R, Carcillo J, Dean JM, Willson DF, Nicholson C; NICHD Collaborative Pediatric Critical Care Research Network. A framework for conducting follow-up meetings with parents after a child's death in the pediatric intensive care unit. *Pediatric Critical Care Medicine* 12(2): 147-152, 2011. PMID: 20625339

78. Willson DF, Dean JM, Meert KL, Newth CJ, **Anand KJS**, Berger J, Harrison R, Zimmerman J, Carcillo J, Pollack M, Holubkov R, Jenkins TL, Nicholson C; Eunice Kennedy Shriver NICHD Collaborative Pediatric Critical Care Research Network. Collaborative pediatric critical care research network: looking back and moving forward. *Pediatric Critical Care Medicine* 11(1): 1-6, 2010. PMID: 19794321

79. **Anand KJS**.  What is love? Reflections of an ICU physician.  *The American Oxonian* 2009; XCVI(2): 161-175.

80. Pollack MM, Holubkov R, Glass P, Dean JM, Meert KL, Zimmerman J, **Anand KJS**, Carcillo J, Newth CJL, Harrison R, Willson DF, Nicholson C, for the NICHD Collaborative Pediatric Critical Care Research Network. Functional status scale: new pediatric outcome measure. *Pediatrics* 2009;124(1):e18-28.  PMID: 19564265

81. McJunkins A, Green A, **Anand KJS**.  Pain assessment in cognitively impaired, functionally impaired children: Pilot study results. *Journal of Pediatric Nursing* 25(4):307-9, 2010.

82. Gordon C, Barton E, Meert KL, Eggly S, Pollack M, Zimmerman J, **Anand KJS**, Carcillo J, Newth CJL, Dean JM, Willson DF, Nicholson C.  Accounting for medical

communication: Parents' perceptions of communicative roles and responsibilities in the pediatric intensive care unit. ***Communication & Medicine***, 6(2):177-188, 2009. PMID: 20635554

83. van Dijk M, Roofthooft DWE, **Anand KJS**, Guldemond F, de Graaf J, Simons S, de Jager Y, van Goudoever JB, Tibboel D. Taking up the challenge of measuring prolonged pain in (premature) neonates: the COMFORTneo scale seems promising. ***Clinical Journal of Pain*** 25(7): 607-16, 2009. PMID: 19692803

84. Holubkov R, Dean JM, Berger J, **Anand KJS**, Carcillo J, Meert K, Zimmerman J, Newth C, Harrison R, Willson DF, Nicholson C; for the NICHD Collaborative Pediatric Critical Care Research Network (CPCCRN). Is "rescue" therapy ethical in randomized controlled trials? ***Pediatric Critical Care Medicine*** 10(4): 431-8, 2009. PMID: 19307815

85. Tsai P-F, Beck C, Chang JY, Hagen J, Kuo Y-F, Roberson PK, Rosengren K, Beuscher L, Doan C, **Anand KJS.** The effect of Tai Chi on knee osteoarthritis pain in cognitively impaired elders: A pilot study. ***Geriatric Nursing*** 30(2): 132-9, 2009.

86. Freer Y, McIntosh N, Teunisse S, **Anand KJS**, Boyle EM. More information, less understanding: A randomized study on consent issues in neonatal research. ***Pediatrics*** 123(5): 1301-5, 2009.

87. Carcillo J, Holubkov R, Dean JM, Berger J, Meert KL, **Anand KJS**, Zimmerman J, Newth CJ, Harrison R, Willson DF, Nicholson C; for the NICHD Collaborative Pediatric Critical Care Research Network. Rationale and design of the pediatric Critical Illness Stress-Induced Immune Suppression (CRISIS) prevention trial. ***Journal of Parenteral & Enteral Nutrition*** 33(4): 368-374, 2009. PMID: 19380753

88. Newth CJ, Venkataraman S, Willson DF, Meert KL, Harrison R, Dean JM, Pollack M, Zimmerman J, **Anand KJS**, Carcillo JA, Nicholson CE; for the NICHD Collaborative Pediatric Critical Care Research Network. Weaning and extubation readiness in pediatric patients. ***Pediatric Critical Care Medicine*** 10(1): 1-11, 2009. PMID: 19057432

89. Tsai P, Chang JY, Beck C, Hagen JY, **Anand KJS**, Kuo Y, Roberson P, Rosengren K, Beuscher L. The feasibility of implementing Tai Chi for nursing home residents with knee osteoarthritis and cognitive impairment. ***Activities Directors' Quarterly*** 10(1): 9-17, 2009.

90. Bergqvist LL, Katz-Salamon M, Hertegård S, **Anand KJS**, Lagercrantz H. Mode of delivery modulates physiological and behavioral responses to neonatal pain. ***Journal of Perinatology*** 29(1): 44-50, 2009.

91. **Anand KJS.** Analgesia for skin-breaking procedures in newborns and children: what works best? ***Canadian Medical Association Journal*** 179(1):11-12, 2008.

92. Carbajal R, Rousset A, Danan C, Coquery S, Nolent P, Ducrocq S, Saizou C, Lapillonne A, Granier M, Durand MDP, Lenclen R, Coursol A, Hubert P, de Saint Blanquat L, Boelle PY, Annequin D, Cimerman P, **Anand KJS**, Bréart G. Epidemiology and treatment of painful procedures in neonates in intensive care units. ***JAMA*** 300(1): 60-70, 2008. PMID: 18594041

93. Rovnaghi CR, Garg S, Hall RW, Bhutta AT, **Anand KJS**. Ketamine analgesia for inflammatory pain in neonatal rats: a factorial randomized trial examining long-term effects. ***Behavioral & Brain Functions*** 4:35, 2008. PMID: 18687139

94. **Anand KJS**, Anderson BJ, Holford NHG, Hall RW, Young T, Shephard B, Desai NS, Barton BA, for the NEOPAIN Trial Investigators Group. Morphine pharmacokinetics and pharmacodynamics in preterm neonates: Secondary results from the NEOPAIN multicenter trial. ***British Journal of Anaesthesia*** 101(5): 680-689, 2008.

Kanwaljeet S. Anand          CURRICULUM VITAE                    33

95.    **Anand KJS**, Hall RW.  Love, pain, and intensive care. *Pediatrics* 121(4):825-7, 2008. PMID: 18381545

96.    Carbajal R, **Anand KJS**.  Prevention of pain in neonates. *JAMA*  300(19): 2248-49, 2008.

97.    Meert KL, Eggly S, Dean JM, Pollack M, Zimmerman J, **Anand KJS**, Newth CJL, Willson DF, Nicholson C. Ethical and logistical considerations of multicenter parental bereavement research. *Journal of Palliative Medicine* 11(3):444-450, 2008. PMID: 18363487

98.    **Anand KJS**.  Brain development and the expression of human consciousness. *Developmental Observer* 1(2): 5-19, 2008.

99.    Menon G, Boyle EM, McIntosh N, Bergqvist L, Barton BA, **Anand KJS**.  Morphine analgesia and gastrointestinal morbidity in preterm infants: secondary results from the NEOPAIN trial. *Archives of Disease in Childhood* Fetal Neonatal Edition 93(5):F362-367, 2008.

100.   **Anand, K.J.S.**, Anderson, B.J., Holford, N.H.G., Hall, R.W., Young, T., Shephard, B., Desai, N.S., Barton, B.A. Morphine pharmacokinetics and pharmacodynamics in preterm and term neonates: Secondary results from the NEOPAIN trial. *British Journal of Anaesthesia* 101(5):680-689, 2008.

101.   Hall RW, Huitt TW, Thapa R, Williams DK, **Anand KJS**, Garcia-Rill E. Long-term deficits of preterm birth: evidence for arousal and attentional disturbances.  *Clinical Neurophysiology* 119(6): 1281-1291, 2008. PMID: 18372212

102.   Brown JV, Bakeman R, Sampers JS, Korner AF, Constantinou JC, **Anand KJS**. Comparison at 32–37 weeks post-conception of infants born 1983–1989 and 1995–2004 on the Neurobehavioral Assessment of the Preterm Infant (NAPI).  *Infancy* 13(4): 393-409, 2008.

103.   Stroud MH, Moss MM, Prodhan P, **Anand KJS**. Redefining the golden hour in pediatric transport. *Pediatric Critical Care Medicine*  9(4):435-437, 2008.

104.   Meert KL, Eggly S, Pollack M, **Anand KJS**, Zimmerman J, Carcillo J, Newth CJ, Dean JM, Willson DF, Nicholson C; NICHD Collaborative Pediatric Critical Care Research Network. Parents' perspectives on physician-parent communication near the time of a child's death in the pediatric intensive care unit.  *Pediatric Critical Care Medicine*  9(1): 2–7, 2008. PMID: 18477906

105.   **Anand KJS**, Garg S, Rovnaghi CR, Narsinghani U, Bhutta AT, Hall RW.  Ketamine reduces the cell death following inflammatory pain in newborn rat brain. *Pediatric Research* 62(3): 283-290, 2007.  PMID: 17551412

106.   **Anand KJS**. Anesthetic neurotoxicity in newborns: Should we change clinical practice? *Anesthesiology* 107(1): 2-4, 2007. PMID: 17585205

107.   Bhutta AT, Venkatesan AK, Rovnaghi CR, **Anand KJS**.  Anaesthetic neurotoxicity in rodents: is the Ketamine controversy real? *Acta Paediatrica* 96(11): 1553-1555, 2007. PMID: 17714546

108.   Smith AB, Hefley GC, **Anand KJS**. Parent bed spaces in the PICU: effect on parental stress. *Nursing Research* 33(3): 215-21, 2007. PMID: 17708180

109.   Rao R, Sampers JS, Kronsberg SS, Desai NS, Brown JV, **Anand KJS**. Neurobehavior of preterm infants at 36 weeks postconception as a function of morphine analgesia. *American Journal of Perinatology* 24(9): 511-517, 2007. PMID: 17907073

110.   Clancy B, Finlay BL, Darlington RB, **Anand KJS**. Extrapolating brain development from experimental species to humans. *Neurotoxicology* 28(5): 931-7, 2007. PMID: 17368774

Kanwaljeet S. Anand                CURRICULUM VITAE                          34

111.  Bergqvist LL, Eriksson M, Kronsberg SS, Schollin J, Barton B, **Anand KJS**. Seeing through the blind! Ability of hospital staff to differentiate morphine from placebo in neonates at a placebo controlled trial. *Acta Pædiatrica*, 96(7): 1004-7, 2007. PMID: 17498195

112.  Clancy B, Kersh B, Hyde J, Darlington RB, **Anand KJS** Finlay BL.  Web-based method for translating neurodevelopment from laboratory species to humans. *Neuroinformatics*, 5(1): 79-94, 2007. PMID: 17426354

113.  **Anand KJS**. Consciousness, cortical function, and pain perception in non-verbal humans. *Behavioral & Brain Sciences*, 30: 82-83, 2007.

114.  Meert KL, Eggly S, Pollack M, **Anand KJS**, Zimmerman J, Carcillo J, Newth CJ, Dean JM, Willson DF, Nicholson C; NICHD Collaborative Pediatric Critical Care Research Network.. Parents' perspectives regarding a physician-parent conference after their child's death in the pediatric intensive care unit. *Journal of Pediatrics*, 151(1): 50-55, 55.e1-2, 2007. PMID: 17586190

115.  **Anand KJS**.  Pain assessment in preterm neonates. *Pediatrics*, 119(3): 605-7, 2007. PMID: 17332212

116.  **Anand KJS**. Pharmacological approaches to the management of pain in the neonatal intensive care unit. *Journal of Perinatology*, 27 (Suppl. 1):S4-S11, 2007. PMID: 17453028

117.  **Anand KJS**, Westrup B., Seri, I.  Management of Pain in the neonate. *Journal of Perinatology* 27: S19-S20, 2007.

118.  Bhutta AT, Gilliam C, Honeycutt M, Schexnayder S, Green J, Moss MM, **Anand KJS**. Reduction of catheter associated blood stream infections in the Pediatric Intensive Care Unit. *British Medical Journal*, 334(7589): 362-365, 2007. PMID: 17303886

119.  Okhuysen-Cawley R, Prodhan P, Imamura M, **Anand KJS**. Management of abdominal compartment syndrome during extracorporeal life support. *Pediatric Critical Care Medicine* 8(2):177-179, 2007. PMID: 17273121

120.  Boyle EM, Freer Y, Wong CM, McIntosh N, **Anand KJS**.  Response to PAIN Editorial re: Boyle et al. *Pain*, 127: 302-304, 2007. PMID: 17055647

121.  Cheung CLS, van Dijk M, Green JG, Tibboel D, **Anand KJS**.  Effect of low-dose naloxone infusions on opioid tolerance in pediatric patients: A case-control study. *Intensive Care Medicine*, 33(1):190-194, 2007. PMID: 17089146

122.  Carbajal, R., Eble, B., **Anand, K.J.S.** Premedication for Tracheal Intubation in Neonates: Confusion or Controversy? *Seminars in Perinatology*, 31(5): 309-317, 2007. PMID: 17905186

123.  **Anand, KJS.**, Hall, R.W. Controversies in Neonatal Pain: An Introduction. *Seminars in Perinatology,* 31(5): 273-274, 2007. PMID: 17905180

124.  Ranger, M., Johnston, C.C., **Anand, K.J.S.**   Current Controversies Regarding Pain Assessment in Neonates. *Seminars in Perinatology,* 31(5): 283-288, 2007.  PMID: 17905182

125.  Golianu, B., Krane, E., Seybold, J., Almgren, C., **Anand, K.J.S.** Non-Pharmacological techniques for pain management in neonates. *Seminars in Perinatology,* 31(5): 318-322, 2007. PMID: 17905187

126.  Lowery, C.L., Hardman, M.P., Manning, N., Hall, R.W., **Anand, K.J.S.** Neurodevelopmental Changes of Fetal Pain. *Seminars in Perinatology,* 31(5): 275-282, 2007. PMID: 17905181

127. **Anand, KJS.**, Hall, R.W. Erratum: Pharmacological therapy for analgesia and sedation in the newborn. ***Archives of Disease in Childhood: Fetal and Neonatal Edition*** 92 (2): 156, 2007. PMID: 17056842

128. **Anand KJS**, Hall RW. Morphine, hypotension, and intraventricular hemorrhage. ***Pediatrics*** 117(1): 250-253, 2006. PMID: 16396892

129. **Anand KJS**, Aranda JV, Berde CB, et al. Summary proceedings from the Neonatal Pain-Control Group. ***Pediatrics***, 117 (3 Pt 2): S9-S22, 2006. PMID: 16777824

130. Bartocci M, Bergqvist LL, Lagercrantz H, **Anand KJS**. Pain activates cortical areas in the preterm newborn brain. ***Pain*** 122 (1-2): 109-117, 2006. PMID: 16530965

131. Lopez AM, Tilford JM, **Anand KJS**, Green JW, Aitken ME, Fiser DH. Variation in pediatric intensive care therapies by race, gender, and insurance status. ***Pediatric Critical Care Medicine*** 7(1):2-6, 2006. PMID: 16395066

132. Boyle EM, Freer Y, Wong CM, McIntosh N, **Anand KJS**. Assessment of persistent pain or distress and adequacy of analgesia in preterm ventilated infants. ***Pain,*** 124(1-2):87-91, 2006. PMID: 16725260

133. Taylor BJ, Robbins JM, Gold JI, Logsdon TR, Bird TM, **Anand KJS**. Assessing postoperative pain in neonates: A multi-center observational study. ***Pediatrics***, 118: 992-1000, 2006. PMID: 17015519

134. Willson DF, Dean JM, Newth C, Pollack M, **Anand KJS**, Meert K, Carcillo J, Zimmerman J, Nicholson C. Collaborative Pediatric Critical Care Research Network (CPCCRN). ***Pediatric Critical Care Medicine*** 7(4):301-7, 2006. PMID: 16738501

135. **Anand KJS**. Fetal Pain? ***Pain-Clinical Updates*** 14(2): 1-4, 2006.

136. **Anand KJS**, Bartocci M, Lagercrantz H. Cortical pain responses in the infant brain: Response to Slater et al.'s Letter to the Editor. ***Pain*** 123(3): 332-334, 2006.

137. Sharek PJ, Powers R, Koehn A, **Anand KJS**. Evaluation and development of potentially better practices to improve pain management of neonates. ***Pediatrics,*** 118 (Suppl. 2): S78-S86, 2006. PMID: 17079627

138. Simons SHP, **Anand KJS**. Pain control: Opioid dosing, population kinetics and side-effects. ***Seminars in Fetal & Neonatal Medicine*** 11(4): 260-267, 2006. PMID: 16621750

139. Bartocci M, **Anand KJS**, Lagercrantz H. Response to David Bowsher's comment: The hump from cerebral neurovascular events to the subjective experience of pain in neonates. ***Pain*** 126: 320-322, 2006.

140. **Anand KJS**, Hall RW. Pharmacological therapy for analgesia and sedation in the newborn. ***Archives of Disease in Childhood*** Fetal Neonatal Edition 91: F448-F453, 2006. PMID: 17056842

141. Soriano SG, **Anand KJS**. Anesthetics and brain toxicity. ***Current Opinion in Anesthesiology*** 18(3):293-297, 2005. PMID: 16534354

142. **Anand KJS**. The short and long term impact of pain and stress on the neonate: More than an ouchie. ***NeoReviews*** 6(2): e69-e75, 2005.

143. Hall RW, **Anand KJS**. Physiology of pain and stress in the newborn. ***NeoReviews*** 6(2): e61-e68, 2005.

144. Khurana S, Hall RW, **Anand KJS**. Treatment of pain and stress in the neonate: when and how. ***NeoReviews*** 6(2): e76-e86, 2005.

145. Hall RW, Kronsberg SS, Barton BA, **Anand KJS**. Morphine, hypotension, and adverse outcomes among preterm neonates-who's to blame? Secondary results from NEOPAIN trial. ***Pediatrics*** 115(5):1351-9, 2005. PMID: 15867047

146. Tibboel D, **Anand KJS**, van den Anker JN. The pharmacological treatment of neonatal pain. *Seminars in Fetal & Neonatal Medicine* 10(2):195-205, 2005. PMID: 15701584

147. Palmer KG, Kronsberg SS, Barton BA, Hobbs CA, Hall RW, **Anand KJS**. Effect of inborn versus outborn delivery on clinical outcomes in ventilated preterm neonates: secondary results from the NEOPAIN Trial. *Journal of Perinatology* 25(4):270-5, 2005. PMID: 15616613

148. Peters JW, Schouw R, **Anand KJS**, van Dijk M, Duivenvoorden HJ, Tibboel D. Does neonatal surgery lead to increased pain sensitivity in later childhood? *Pain* 114: 444-454, 2005. PMID: 15777869

149. **Anand KJS**, Aranda JV, Berde CB, et al. Analgesia for neonates: Study design and ethical issues. *Clinical Therapeutics*, 27(6): 814-843, 2005. PMID: 16117988

150. **Anand KJS**, Johnston CC, Oberlander T, Taddio A, Tutag-Lehr V, Walco GA. Analgesia and local anesthesia during invasive procedures in the neonate. *Clinical Therapeutics*, 27(6): 844-876, 2005. PMID: 16117989

151. Aranda JV, Carlo WA, Thomas R, Hummel P, **Anand KJS**. Analgesia and sedation during mechanical ventilation in neonates. *Clinical Therapeutics*, 27(6): 877-899, 2005. PMID: 16117990

152. Soriano SG, **Anand KJS**, Rovnaghi CR, Hickey PR. Of mice and men: should we extrapolate rodent experimental data to the care of human neonates? *Anesthesiology*, 102: 866–8, 2005. PMID: 15791124

153. Carbajal R, Lenclen R, Jugie M, Paupe A, Barton BA, **Anand KJS**. Morphine does not provide adequate analgesia for acute procedural pain among preterm neonates. *Pediatrics,* 115(6): 1494-1500, 2005. PMID: 15930209

154. Tilford JM, Aitken ME, **Anand KJS**, et al. Hospitalizations for critically ill children with traumatic brain injuries: A longitudinal analysis. *Critical Care Medicine*, 2005, 33(9): 2074-2081. PMID: 16148483

155. Bhandari V, Bergqvist LL, Kronsberg SS, Barton BA, **Anand KJS**. Morphine administration and short-term pulmonary outcomes among ventilated preterm infants. *Pediatrics* 116(2):352-9, 2005. PMID: 16061589

156. Hefley G, **Anand KJS**, Belote C. Methods of changing vasoactive infusion lines: quick switch or double pump? *Journal of Pediatric Nursing* 20(3): 229, 2005.

157. Conklin LS, Perlman JM, Wyckoff MH, **Anand KJS**, Rovnaghi CR, Hall RW, Jacobson B. Gastric suction at birth. *Journal of Pediatrics* 146 (1): 152-153, 2005. PMID: 15644853

158. **Anand KJS**, Kronsberg SS, Barton BA. NEOPAIN: a question of survival. *The Lancet,* 364: 498, 2004.

159. Ballard HO. Shook LA. Desai NS. **Anand KJS**. Neonatal research and the validity of informed consent obtained in the perinatal period. *Journal of Perinatology* 2004, 24(7): 409-415. PMID: 15152271

160. **Anand KJS**, Jacobson B, Hall RW. Gastric suction at birth: not an innocent bystander. *Journal of Pediatrics*, 2004; 145(5): 714-715. PMID: 15520789

161. **Anand KJS**, Ballard HO, Shook LA, Desai NS. Consent for clinical research on neonates. *Archives of Diseases in Childhood Fetal and Neonatal Edition*, 89(4): F321 #505, 2004.

162. **Anand KJS**, Hall RW, Desai NS, et al. Effects of pre-emptive morphine analgesia in ventilated preterm neonates: Primary outcomes from the NEOPAIN trial. *The Lancet,* 2004, 363: 1673-1682. PMID: 15158628

Kanwaljeet S. Anand                    CURRICULUM VITAE                    37

163. **Anand KJS**, Runeson B, Jacobson B. Gastric suction at birth associated with long-term risk for functional intestinal disorders in later life: A case-control study. *Journal of Pediatrics,* 2004; 144(4): 449-454. PMID: 15069391

164. **Anand KJS**, Soriano SG. Anesthetic agents and the immature brain: are these toxic or therapeutic? *Anesthesiology* 2004, 101(2): 527-530, 2004. PMID: 15277935

165. Liu JG, Rovnaghi CR, Garg S, **Anand KJS**. Opioid receptor desensitization contributes to thermal hyperalgesia in infant rats. *European Journal of Pharmacology*, 491 (2-3): 127-136, 2004. PMID: 15140629

166. **Anand KJS**, Suresh S. Tracheal intubation in neonates, infants and children: Is there a right way? *Critical Care Medicine*, 2004; 32(2): 614-616. PMID: 14758201

167. Simons SHP, van Dijk M, van Lingen RA, Roofthooft D, Duivenvoorden HJ, Jongeneel N, Bunkers C, Smink E, **Anand KJS**, van den Anker JN, Tibboel D. Routine morphine infusion in preterm newborns who received ventilatory support: a randomized controlled trial. *JAMA* 290(18): 2419-2427, 2003. PMID: 14612478

168. Bouwmeester NJ, Hop WC, Van Dijk M, **Anand KJS**, et al. Postoperative pain in the neonate: age-related differences in morphine requirements and metabolism. *Intensive Care Medicine* 29(11): 2009-2015, 2003. PMID: 12897995

169. Simons SHP, van Dijk M, **Anand KJS**, et al. Do we still hurt newborn babies? A prospective study of procedural pain and analgesia in neonates. *Archives of Pediatrics & Adolescent Med.* 157(11):1058-64, 2003. PMID: 14609893

170. Bouwmeester NJ, van den Anker JN, Hop WC, **Anand KJS**, Tibboel D. Age- and therapy-related effects on morphine requirements and plasma concentrations of morphine and its metabolites in postoperative infants. *British Journal of Anaesthesia* 90(5): 642-52, 2003. PMID: 12697593

171. **Anand KJS**. Early exposure to marijuana and risk of later drug use. *JAMA* 290(3): 330-332, 2003. PMID: 12865369

172. Bhutta AT, Cleves MA, Casey PH, Cradock MM, **Anand KJS**. Cognitive and behavioral outcomes of school-aged children who were born preterm: A meta-analysis. *JAMA* 288(6): 728-737, 2002. PMID: 12169077

173. Narsinghani U, Burson G, Schmidt M, **Anand KJS**. Chronic calcified subdural hematoma in a 5 year old child. *Journal of the Arkansas Medical Association* 98(9): 300-303; 2002. PMID: 11881264

174. Bhutta AT, Cleves M, Casey PH, **Anand KJS**. Prematurity and later cognitive outcomes. *JAMA* 288(20):2542-3, 2002.

175. Bhutta AT, **Anand KJS**. Vulnerability of the developing brain: neuronal mechanisms. *Clinics in Perinatology* 29 (3): 357-372, 2002. PMID: 12380463

176. Doyle LW, Saigal S, Streiner DL, Bhutta AT, Cleves M, Casey PH, **Anand KJS.** Prematurity and later cognitive outcomes (multiple letters). *Journal of the American Medical Association* 288 (20): 2542-2543, 2002. PMID: 12444858

177. Bhutta, A.T., **Anand, K.J.S.** Preconception and prenatal care. *Primary Care Clinics in Office Practice* 29 (3): 519-542, 2002.

178. **Anand KJS**, International Evidence-Based Group for Neonatal Pain. Consensus statement for the prevention and management of pain the in the newborn. *Archives of Pediatrics & Adolescent Medicine*; 155(2): 173-180, 2001. PMID: 11177093

179. Bhutta AT, **Anand KJS**. Abnormal cognition and behavior in preterm neonates linked to smaller brain volumes. *Trends in Neurosciences*; 24(3): 129-130, 2001. PMID: 11182440

Kanwaljeet S. Anand                    CURRICULUM VITAE                                38

180. Chana SK, **Anand KJS**. Can we use methadone for analgesia in neonates? *Archives of Disease in Childhood Fetal & Neonatal Edition*; 85(2): F79-F81, 2001. PMID: 11517197

181. **Anand KJS**, Hopkins SE, Wright JA, Ricketts RR, Flanders WD. Statistical models to predict the need for postoperative intensive care and hospitalization in pediatric surgical patients. *Intensive Care Medicine*; 27(5): 873-883, 2001. PMID: 11430544

182. Bhutta AT, Rovnaghi CR, Simpson PM, Gosset J, Scalzo FM, **Anand KJS**. Interactions of inflammatory pain and morphine treatment in neonatal rats: Long-term behavioral effects. *Physiology & Behavior*; 73: 51-58, 2001. PMID: 11399294

183. Bouwmeester NJ, **Anand KJS**, van Dijk M, Hop WCJ, Boomsma F, Tibboel D. Hormonal and metabolic stress responses after major surgery in children aged 0 – 3 years: a double-blind, randomized trial comparing the effects of continuous versus intermittent morphine. *British Journal of Anaesthesia* 87 (3): 390-399, 2001. PMID: 11517122

184. Liu J-G, **Anand KJS**. Protein kinases modulate the molecular adaptations associated with opioid tolerance and dependence. *Brain Research – Brain Research Reviews*; 38: 1-19; 2001. PMID: 11750924

185. Suresh S, **Anand KJS**. Opioid tolerance in neonates: a state-of-the-art review. *Paediatric Anaesthesia*; 11 (5): 511-522, 2001. PMID: 11696114

186. **Anand KJS,** Maze M. Fentanyl, fetuses, and the stress response: signals from the beginnings of pain? *Anesthesiology*; 95 (4): 823-825, 2001. PMID: 11605918

187. Narsinghani U, Schmidt MB, Jacobs RF, **Anand KJS**. Radiological case of the month: Lemierre's syndrome. *Archives of Pediatrics & Adolescent Medicine*; 155: 965-966, 2001. PMID: 11483128

188. **Anand KJS**, Scalzo FM. Can adverse neonatal experiences alter brain development and subsequent behavior? *Biology of the Neonate*; 77(2): 69-82, 2000. PMID: 10657682

189. **Anand KJS**, Tilford JM. Has the increased survival of premature infants affected resource utilization in Pediatric ICUs? *Critical Care Medicine*; 28: 900-902, 2000. PMID: 10752859

190. Narsinghani U, **Anand KJS**. Developmental neurobiology of pain in neonatal rats. *Lab Animal (Nature)* 29(9): 27-39, 2000. PMID: 11381240

191. Schmitz ML, Taylor B, **Anand KJS**. End-of-life decisions in the NICU: Medical infanticide or palliative terminal care? *Critical Care Medicine* 28: 2668-2671, 2000. PMID: 10921623

192. Narsinghani U, Chadha MS, Farrar HC, **Anand KJS**. Life-threatening respiratory failure following accidental infusion of polyethylene glycol electrolyte solution in the lungs. *Journal of Toxicology* 39(1): 105-107, 2000. PMID: 11327218

193. **Anand KJS**. Pain, plasticity, and premature birth: a prescription for permanent suffering? *Nature Medicine*, 6(9): 971-973, 2000. PMID: 10973310

194. **Anand, KJS** Effects of perinatal pain and stress. *Progress in Brain Research* 122: 117-129, 2000. PMID: 10737054

195. van Lingen RA, Deinum JT, Quak JME, Kuizenga AJ, van Dam JG, **Anand KJS**, Tibboel D, Okken A. Pharmacokinetics and metabolism of rectally administered paracetamol in preterm neonates. *Archives of Disease in Childhood* 80: F59-F63, 1999. PMID: 10325815

196. **Anand KJS**, McIntosh N, Lagerkrantz H, Young TE, Vasa R, Barton BA. Analgesia and sedation in preterm neonates who require ventilatory support: Results from the NOPAIN trial. *Archives of Pediatrics & Adolescent Medicine* 153: 331-338, 1999. PMID:

Kanwaljeet S. Anand            CURRICULUM VITAE                    39

10201714

197.  **Anand KJS**, Coskun V, Thrivikraman KV, Nemeroff CB, Plotsky PM. Long-term behavioral effects of repetitive pain in neonatal rat pups. *Physiology & Behavior* 66**:** 627-637, 1999. PMID: 10386907

198.  Vats A, Chambliss CR, **Anand KJS**, Pettignano R. Is hypertonic saline an effective alternative to mannitol in the treatment of elevated intracranial pressure in pediatric patients? *J Intensive Care Medicine* 14: 184-188, 1999.

199.  **Anand KJS**, Rovnaghi CR, Walden M, Churchill J. Consciousness, behavior, and clinical impact of the definition of pain. *Pain Forum* 8: 64-73, 1999.

200.  Porter, F.L., Grunau, R.E., **Anand, KJS.** Long-term effects of pain in infants. *Journal of Developmental and Behavioral Pediatrics* 20 (4), pp. 253-261, 1999. PMID: 10475600

201.  **Anand KJS**, Taylor B. Consciousness and the fetus. *American Academy of Pediatrics: Bioethics Newsletter*, Jan. 1999, pp.2-3.

202.  **Anand KJS.** Physiology of pain in infants and children. *Annales Nestle* 57(1): 1-12, 1999.

203.  Zempsky WT, **Anand KJS**, Sullivan KM, Fraser D, Kucina K. Lidocaine iontophoresis for topical anesthesia prior to intravenous line placement in children. *Journal of Pediatrics* 132: 1061-1063, 1998. PMID: 9627608

204.  Guinsburg R, Kopelman BI, **Anand KJS**, de Almeida MFB, Peres CA, Miyoshi MH. Physiological, hormonal and behavioral responses to a single fentanyl dose in intubated and ventilated preterm neonates. *Journal of Pediatrics* 132: 954-959, 1998. PMID: 9627585

205.  **Anand KJS.** Clinical importance of pain and stress in preterm newborn infants. *Biology of the Neonate*, 73: 1-9, 1998. PMID: 9458936

206.  Clack Z, **Anand KJS.** Chambliss RC, Fortenberry JD. Bilateral vocal cord paralysis following *Streptococcus Pneumoniae* meningitis. *Southern Medical Journal* 91: 660-664, 1998.

207.  Porter, F.L., **Anand, KJS** Epidemiology of pain in neonates. *Research and Clinical Forums* 20(4): 9-18, 1998.

208.  **Anand KJS.** Neonatal analgesia and anesthesia: Introduction. *Seminars in Perinatology* 22(5): 347-349, 1998.

209.  Suresh S, **Anand KJS.** Opioid tolerance in neonates: Mechanisms, diagnosis, assessment, and management. *Seminars in Perinatology* 22(5): 425-422, 1998. PMID: 9820567

210.  Menon, G, **Anand, KJS**, McIntosh, N. Practical approach to analgesia and sedation in the neonatal intensive care unit. *Seminars in Perinatology* 22(5): 417-424, 1998. PMID: 9820566

211.  **Anand, KJS.** Analgesia and sedation for ventilated children and infants. *Respiratory Care* 43(11): 942-951, 1998.

212.  **Anand KJS.** Commentary on: Effectiveness of oral sucrose and simulated rocking on pain response in preterm neonates. *Pain Medicine Journal Club* Journal (1998) 4: 115-117. PMID: 9272803

213.  **Anand KJS**, Schmitz ML, Koh JL. Future directions for neonatal pain management. *Research & Clinical Forums* 1998; 20: 73-81.

214.  Johnston CC, Collinge JM, Henderson SJ, **Anand KJS**. A cross-sectional survey of pain and pharmacological analgesia in Canadian neonatal intensive care units. *Clinical Journal of Pain*, 13:308-312, 1997. PMID: 9430811

Kanwaljeet S. Anand                     CURRICULUM VITAE                              40

215.   **Anand KJS**, Grunau RVE, Oberlander TF.  Developmental character and long-term consequences of pain in infants and children.  ***Child and Adolescent Psychiatric Clinics of North America*** (1997) 6:703-724.

216.   Chambliss CR, **Anand KJS**.  Pain management in the pediatric intensive care unit. ***Current Opinion in Pediatrics*** 1997; 9(3): 246-253. PMID: 9229164

217.   **Anand KJS**. Analgesia in the newborn. ***Journal of Pediatrics*** (1997) 131: 493-495.

218.   Irazuzta JE, Ahmed U, Gancayco A, Ahmed ST, Zhang J, **Anand KJS**. Intratracheal administration of fentanyl: Pharmacokinetics and local effects. ***Intensive Care Medicine*** 22:129-133, 1996. PMID: 8857120

219.   Bruns TB, Simon HK, McLario DJ, Sullivan KM, Wood RJ, **Anand KJS**. Laceration repair using a tissue adhesive in a children's emergency department. ***Pediatrics*** 98: 673-675, 1996. PMID: 8885944

220.   **Anand KJS**, Craig KD. New perspectives on the definition of pain. ***Pain*** 67: 3-6, 1996. PMID: 8895225

221.   **Anand KJS**, Craig KD, Wall PD, Merskey H, Derbyshire S.  Discussions on the definition of pain: Responses to the Editorial by Anand & Craig.  ***Pain*** 67: 209-211, 1996.

222.   Vats, A., Pettignano, R., Robert Chambliss, C., **Anand, KJS.** Hypertonic saline (HS) is an effective agent in the management of increased intracranial pressure (ICP). ***Journal of Investigative Medicine*** 44(1): 18A, 1996.

223.   Merskey, H., Wall, P.D., **Anand, KJS,** Craig, K.D., Derbyshire, S.W.G.  Response to editorial: New perspectives on the definition of pain. ***Pain*** 67(1): 209-210, 1996.

224.   **Anand KJS**. Analgesia and sedation in ventilated neonates. ***Neonatal Respiratory Diseases*** 1995, 5: 1-10.

225.   **Anand KJS**.  Do heparin-bonded catheters reduce thrombosis? ***Pediatric Emergency & Critical Care*** 1995; 8(6):23-24.

226.   **Anand KJS**. Pain in the neonatal intensive care unit. ***International Association for the Study of Pain*** Nov/Dec 1995, pp. 3-4.

227.   **Anand KJS**.  The pediatric respiratory failure score.  ***Pediatric Emergency & Critical Care*** 1996; 9(2): 7-8.

228.   **Anand KJS**, Ingraham J. Tolerance and withdrawal to psychotropic drugs in the P.I.C.U.: Strategies for compassionate weaning. ***Critical Care Nurse*** (1996) 16: 87-93.

229.   **Anand KJS**, Arnold JH. Opioid tolerance and dependence in infants and children. ***Critical Care Medicine*** 22: 334-342, 1994. PMID: 8306694

230.   **Anand, KJS.**  Gastric lesions in neonates: Effects of stress? ***Critical Care Medicine*** 21(12): 1817-1819, 1993. PMID: 8252881

231.   **Anand, KJS.**  Relationships between stress responses and clinical outcome in newborns, infants, and children. ***Critical Care Medicine*** 21(9 SUPPL.): 358-359, 1993. PMID: 8365225

232.   Clancy, GT, **Anand, KJS,** Lally, P. Neonatal pain management. ***Critical Care Nursing Clinics of North America*** 4(3): 527-535, 1992. PMID: 1388999

233.   **Anand KJS**, Hickey PR.  Halothane-morphine compared with high-dose sufentanil for anesthesia and postoperative analgesia in neonatal cardiac surgery.  ***New England Journal of Medicine*** 326:1-9, 1992. PMID: 1530752

234.   **Anand KJS**, Hickey PR.  Anesthesia in neonatal cardiac surgery. ***New England Journal of Medicine*** 327: 124-127, 1992.

235.   Rekhi GS, **Anand KJS**. Fluoroquinolones and theophylline interaction. ***Canadian Journal***

Kanwaljeet S. Anand        CURRICULUM VITAE        41

*of Hospital Pharmacy* 44(6): 302-303, 1991.

236. **Anand KJS,** Hansen DD, Hickey PR. Hormonal-metabolic stress responses in neonates undergoing cardiac surgery. *Anesthesiology* 73:661-670, 1990. PMID: 2221435

237. **Anand KJS.** Neonatal stress responses to anesthesia and surgery. *Clinics in Perinatology* 17(1): 207-214, 1990. PMID: 2180620

238. **Anand KJS.** The biology of pain perception in newborn infants. *Advances in Pain Research and Therapy* 1990; 15: 113-122.

239. Ward-Platt MP, Aynsley-Green A, **Anand KJS.** The ontogeny of the stress response and its implications for pediatric practice. *Advances in Pain Research and Therapy* 1990; 15: 123-136.

240. Ward-Platt M, **Anand KJS,** Aynsley-Green A. Ontogeny of the stress response to surgery in the human fetus, neonate and child. *Intensive Care Medicine* 15: 844-945, 1989. PMID: 2723248

241. **Anand, KJS,** Carr, DB. The neuroanatomy, neurophysiology, and neurochemistry of pain, stress, and analgesia in newborns and children. *Pediatric Clinics of North America* 36(4): 795-822, 1989. PMID: 2569180

242. Truog, R, **Anand, KJS.** Management of pain in the postoperative neonate. *Clinics in Perinatology* 16(1): 61-78, 1989. PMID: 2656066

243. Smith JH, **Anand KJS,** Cotes PM, Dawes GS, Harkness RA, Howlett TA, Rees LH, Redman CWG. Ante-natal fetal heart rate variation in relation to the respiratory and metabolic status of the compromised human fetus. *British Journal of Obstetrics & Gynaecology* 95: 980-989, 1988. PMID: 3191052

244. **Anand KJS,** Ward-Platt MP. Neonatal and pediatric stress responses to anesthesia and operation. *International Anesthesiology Clinics* (1988) 26:218-225. PMID: 3049395

245. **Anand KJS,** Hickey PR. Pain and its effects in the human neonate and fetus. *Pre- & Peri-natal Psychology* (1988) 3:103-123. PMID: 3317037

246. **Anand KJS,** Aynsley-Green A. Measuring the severity of surgical stress in newborn infants. *Pediatrics Digest* (1988) 7:20-22. PMID: 3290422

247. Truog R, **Anand KJS.** Management of pain in the postoperative neonate. *Clinics in Perinatology* (1989) 16:61-78. PMID: 2656066

248. **Anand KJS,** Carr DB. The neuroanatomy, neurophysiology and neuro-chemistry of pain, stress, and analgesia in newborns and children. *Pediatric Clinics of North America* (1989) 36:795-822. PMID: 2569180

249. **Anand KJS,** Aynsley-Green A. Measuring the severity of surgical stress in newborn infants. *Journal of Pediatric Surgery* 23:297-305, 1988. PMID: 3290422

250. **Anand KJS,** Hickey PR. Pain in the neonate and fetus. *New England Journal of Medicine* 318:1398-1399, 1988. PMID: 3317037

251. **Anand KJS,** Sippell WG, Schofield N McC, Aynsley-Green A. Does halothane anaesthesia decrease the metabolic and endocrine stress responses of newborn infants undergoing operation? *British Medical Journal* 296: 668-672, 1988. PMID: 3128362

252. **Anand KJS,** Sippell WG, Aynsley-Green A. Does the newborn infant require anaesthesia during surgery? Answers from a randomized trial of halothane anesthesia. *Pain Research & Clinical Management* 3:329-335, 1988.

253. **Anand, KJS,** Ward-Platt, MP. Neonatal and pediatric stress responses to anesthesia and operation. *International Anesthesiology Clinics* 26(3): 218-225, 1988. PMID: 3049395

254. **Anand KJS,** Sippell WG, Aynsley-Green A. Randomized trial of fentanyl anesthesia in

Kanwaljeet S. Anand            CURRICULUM VITAE                        42

preterm neonates undergoing surgery: Effects on the stress response. *Lancet* i (8527):243-248, 1987. PMID: 2879174

255.   **Anand KJS**, Hickey PR. Special Article: Pain and its effects in the human neonate and fetus. *New England Journal of Medicine* 317:1321-1329, 1987.  PMID: 3317037

256.   **Anand KJS**, Sippell WB, Aynsley-Green A.  Randomized trial of fentanyl anesthesia in preterm neonates undergoing surgery. *Pediatrics Digest* (1987) 6:26-27. PMID: 2879174

257.   **Anand KJS**.  Hormonal and metabolic functions in neonates and infants undergoing surgery. *Annual of Cardiac Surgery* (1987) 12: 20-29.

258.   **Anand KJS**. Neonatal hyperglycemia during surgery. *Journal of Pediatrics* 110: 999, 1987. PMID: 3585618

259.   **Anand KJS**, Sippell WG, Aynsley-Green A.  Anaesthesia and surgery in children. *Lancet* i:750-751, 1987.

260.   **Anand KJS**, Sippell WG, Aynsley-Green A.  Pain, anesthesia and babies. *Lancet* ii:1210-1211, 1987. PMID: 2890834

261.   **Anand, KJS**. The stress response to surgical trauma: From physiological basis to therapeutic implications. *Progress in Food and Nutrition Science* 10(1-2): 67-132, 1986. PMID: 3097757

262.   **Anand KJS**.  The surgical neonate: evaluation and care. *Anesthesiology* (1986) 65:135-136.

263.   **Anand KJS**.  Can the human neonate mount an endocrine and metabolic response to surgery? *Pediatrics Digest* (1986) 1:25-26. PMID: 3973812

264.   **Anand KJS**.  Hormonal and metabolic functions in neonates and infants undergoing surgery. *Current Opinion in Cardiology* (1986) 1:681-689.

265.   **Anand KJS**, Brown MJ, Bloom SR, Aynsley-Green A.  Studies on the hormonal regulation of fuel metabolism in human newborn infants undergoing anaesthesia and surgery. *Hormone Research*  22:115-127, 1985. PMID: 3928473

266.   **Anand KJS**, Aynsley-Green A. Metabolic and endocrine effects of surgical ligation of patient ductus arteriosus in the human preterm neonate: Are there implications for improvement of postoperative outcome? *Modern Problems in Paediatrics*  23:143-157, 1985.

267.   **Anand KJS**, Causon RC, Christofides ND, Brown MJ, Bloom SR, Aynsley-Green A.  Can the human neonate mount an endocrine and metabolic response to surgery? *Journal of Pediatric Surgery* 20:41-48, 1985. PMID: 3973812

**Book Chapters & Reviews**

1.   **Anand KJS**, Brown MJ, Bloom SR, Aynsley-Green A.  The endocrine and metabolic response to surgery in preterm and term neonates.  In : Jones CT (ed) *Physiological Development of the Fetus and Newborn*, Elsevier Biomedical Press, Amsterdam, 1985, pp. 811-815.

2.   **Anand KJS**.  Total parenteral nutrition in newborn infants undergoing surgery.  In: *Perinatal Nutrition*, National Neonatology Forum, Calcutta, 1986, pp. 80-99.

3.   Berde CB, **Anand KJS**, Sethna NF.  Pediatric pain management.  In: Gregory GA (ed) *Pediatric Anesthesia*, Churchill-Livingstone, New York, 1989, pp. 679-728.

4.   Fitzgerald M, **Anand KJS**.  Developmental neuroanatomy and neurophysiology of pain.  In: Schechter NL, Berde CB, Yaster M (eds.) *Pain in Infants, Children, and Adolescents*,

Williams & Wilkins, 1993, pp. 11-31.

5.  **Anand KJS**, McGrath PJ. An overview of current issues and their historical background.. In: Anand & McGrath (eds) *Pain in Neonates*, Elsevier Science Publishers, Amsterdam, 1993, pp. 1-18.

6.  **Anand KJS**. The applied physiology of pain. In: Anand & McGrath (eds), *Pain in Neonates*, Elsevier Science Publishers, Amsterdam, 1993, pp.39-66.

7.  **Anand KJS**, Shapiro B, Berde CB. Pharmacotherapy with systemic analgesics. In: Anand & McGrath (eds), *Pain in Neonates*, Elsevier Science Publishers, Amsterdam, 1993, pp. 155-198.

8.  **Anand KJS**, McGrath PJ. Future directions. In: Anand & McGrath (eds) *Pain in Neonates*, Elsevier Science Publishers, Amsterdam, 1993, pp.321-332.

9.  **Anand KJS**. The role of analgesia and sedation in pediatric intensive care units. In: Pettenazzo and Zacchello (eds) *Pediatric Intensive Care*, Padova, Italy, 1994.

10. Houck CS, Berde CB, **Anand KJS**. Pediatric pain management. In: Gregory GA (ed.) *Pediatric Anesthesia*, Third Edition, Churchill-Livingstone, New York, 1994, pp. 743-772.

11. Arnold JH, **Anand KJS**. Anesthesia and analgesia in the neonate. In: *Avery's Textbook of Neonatology*, 4th Edition, J.B. Lippincott Company, Philadelphia; 1994, pp. 1334-1345.

12. **Anand KJS**. Development and assessment of pain in neonates and the pediatric population. In: Jain S, Mauskop A, Viets B. (eds), '*Current Concepts in Acute, Chronic, and Cancer Pain Management*', 1995, World Foundation for Pain Relief and Research, New York NY, pages: 51-60.

13. Deshpande JK, **Anand KJS**. Basic aspects of acute pediatric pain and sedation. In: Deshpande, Tobias (Eds) *The Pediatric Pain Handbook*, Mosby-Year Book, Inc., St. Louis MO, 1996, pp. 1-48.

14. McClain BC, **Anand KJS**. Neonatal pain management. In: Deshpande, Tobias (Eds) *The Pediatric Pain Handbook*, Mosby-Year Book, Inc. , St. Louis MO, 1996, pp. 197-234.

15. **Anand KJS**, Nemeroff CB. Developmental Aspects of Psychoneuroendocrinology. In: Melvin Lewis (Ed) *Textbook of Child and Adolescent Psychiatry: 2nd Edition*, Williams & Wilkins Co., Baltimore, 1996, 64-86.

16. **Anand KJS**. Foreword: Pain Assessment in Neonates. In: Bours GJJW, Abu-Saad HH, Hamers JPH, van Dongen RTM (auth.) *Pain Assessment in Neonates: a state of the art study*, Dutch Society for Scientific Research, 1996, pp. 3-5.

17. **Anand KJS**. Developmental Neurobiology of Pain in Neonatal and Pediatric I.C.U. Patients. Tibboel D, van der Voort E (eds) *Intensive Care in Childhood: A Challenge to the Future*, Update in Intensive Care and Emergency Medicine 1996, 25: 507-516.

18. **Anand KJS**. Clinical importance of pain and stress in the Neonatal Intensive Care Unit. In: Narang A (ed) Proceedings of the 16th Annual Convention of the National Neonatology Forum, 1996.

19. **Anand KJS**. Long-term effects of pain in neonates and infants. In: Jensen TS, Turner JA, Wiesenfeld-Hallin Z (Eds) *Proceedings of the 8th World Congress on Pain*, Progress in Pain Research & Management, Vol. 8, Seattle: IASP Press, 1997, pp. 881-892.

20. **Anand KJS**. Neurophysiological and neurobiological correlates of supraspinal pain processing: Measurement techniques. In: McGrath PJ, Finley GA (eds) *Measurement of Pain in Infants and Children*, Progress in Pain Research & Management (1998) 10: 21-45.

21. **Anand KJS**. Development of the physiologic basis of pain perception and applied physiology of pain in children. In: Hertel S, Jensen TS, Hole P, Henneberg SW (eds.)

Kanwaljeet S. Anand                    CURRICULUM VITAE                              44

*Pain in Childhood*, Glaxo Wellcome, 1997, pp. 13-30.

22.   Schellinck H, **Anand KJS**. Consequences of early experience: Lessons for rodent models of newborn pain. In: McGrath PJ, Finley A (eds) *Chronic and Recurrent Pain in Children and Adolescents*, Progress in Pain Research and Management, (1999) 13: 39-55.

23.   **Anand KJS**.  Effects of perinatal pain.  In: Mayer EA, Saper CB (eds) *The Biological Basis for Mind-Body Interactions*, Progress in Brain Research 2000; 122: 117-129.

24.   Walker C-D, **Anand KJS**, Plotsky PM.  Development of the hypothalamus-pituitary-adrenal axis and the stress response. Chapter 12 in: McEwen B.S. (ed)*, Handbook of Physiology, Section 7: The Endocrine System, Volume IV: Coping with the Environment: Neural and Endocrine Mechanisms*, Oxford University Press, new York, 2001; pp. 237-270.

25.   Plotsky PM, Bradley CC, **Anand KJS**.  Behavioral and neuroendocrine consequences of neonatal stress.  In: **Anand KJS**, Stevens B, McGrath PJ. *Pain in Neonates*, Elsevier Biomedical Press, Amsterdam, Pain Res Clin Manage (2000) 10: 77-100.

26.   Coskun V, **Anand KJS**. Development of supraspinal pain processing. In: **Anand KJS**, Stevens B, McGrath PJ. *Pain in Neonates*, Elsevier Biomedical Press, Amsterdam, Pain Res Clin Manage (2000) 10: 23-54.

27.   Stevens B, **Anand KJS**. Overview of pain in neonates. In: **Anand KJS**, Stevens B, McGrath PJ. *Pain in Neonates*, Elsevier Biomedical Press, Amsterdam, Pain Research & Clinical Management (2000) 10: 1-8.

28.   **Anand KJS**, Menon G, Narsinghani U, McIntosh N.  Systemic analgesic therapy. In: **Anand KJS**, Stevens B, McGrath PJ. *Pain in Neonates*, Elsevier Biomedical Press, Amsterdam, Pain Res Clin Manage (2000) 10: 159-178.

29.   Cummins T, Nemeroff CB, **Anand KJS**. Developmental aspects of Psychoneuroendocrinology. In: Melvin Lewis (Ed) *Textbook of Child and Adolescent Psychiatry: 3rd Edition*, Lippincott Williams & Wilkins Co., Baltimore, May 2002.

30.   Goldschneider K, **Anand KJS**. Long-term outcome of pain in human infants. In: Schechter NL, Berde CB, Yaster M (eds.)  *Pain in Infants, Children, and Adolescents: 2nd Edition*, Lippincott Williams & Wilkins, October 2002.

31.   **Anand KJS**.  Foreword for a book authored by M. Chintapalli, M.D., FAAP.  *Sai Educare: An experiential program integrating Neurobehavioral and Biosocial Development with Spirituality in Parents and Children.*  University of Michigan Academic Press, Ann Arbor, MI, 2005.

32.   Garg S, Narsinghani U, Bhutta AT, Rovnaghi CR, **Anand KJS**. Long-term effects of neonatal pain: The animal literature.  In: McGrath PJ, Finley A (eds.) *Pediatric Pain: Biological and Social Context;*  IASP Press, Seattle; 2003, pp. 1-22.

33.   **Anand KJS**, Deshpande JK, Tobias JD.  The Neurobiology of Pain. In: Deshpande, Tobias (Eds) *The Pediatric Pain Handbook*, 2nd Edition, Mosby-Year Book, Inc., St. Louis MO, 2004, pp. 1-48.

34.   **Anand KJS**, Bhutta AT, Hall RW. Long-term effects of repetitive pain in the neonatal period: neuronal vulnerability, imprinting, and plasticity.  In: Hodgson DM, Coe C (eds); *Perinatal Programming: Early Life Determinants of Adult Health and Disease*, Taylor & Francis Medical Books, London, pp. 197-210, 2006.

35.   Jacqz-Aigrain E, **Anand KJS**.  Prevention and Management of Pain in Neonates.  In: Jacqz-Aigrain E, Choonara I. (eds.), *Paediatric Clinical Pharmacology*.  Taylor & Francis Group, New York, 2006, Chapter 5.6, pages 409-416.

Kanwaljeet S. Anand           CURRICULUM VITAE                    45

36.  **Anand KJS**, Hall RW. Pain Management in the Neonate. In: Richard A. Polin and Alan
     R. Spitzer, (eds.) *Fetal & Neonatal Secrets*, 2nd Edition, Hanley & Belfus Publishers, New
     York NY, 2006, pp. 379-388.
37.  **Anand KJS**, Al-Chaer ED, Bhutta AT, Hall RW. Development of Supraspinal Pain
     Processing. In: **Anand KJS**, Stevens BJ, McGrath PJ (Eds.) *Pain in Neonates & Infants*
     (3rd Edition) Pain Research & Clinical Management, Volume 11, Elsevier Churchill-
     Livingstone, Edinburgh, 2007 pp. 25-44.
38.  Stevens BJ, **Anand KJS**, McGrath PJ. Overview of neonatal & infant pain. In: **Anand
     KJS**, Stevens BJ, McGrath PJ (Eds.) *Pain in Neonates & Infants* (3rd Edition) Pain
     Research & Clinical Management, Vol. 11, Elsevier Churchill-Livingstone, Edinburgh,
     2007 pp. 1-10.
39.  **Anand KJS**, Stevens BJ, McGrath PJ. Future directions. In: **Anand KJS**, Stevens BJ,
     McGrath PJ (Eds.) *Pain in Neonates & Infants* (3rd Edition) Pain Research & Clinical
     Management, Vol. 11, Elsevier Churchill-Livingstone, Edinburgh, 2007 pp. 299-312.
40.  **Anand KJS**. From the Gate Control theory to brain programs for neonatal pain. In: G.
     Buonocore, C. Bellieni (eds), *"Neonatal Pain, Suffering, Pain and Risks of Brain Damage
     in Fetuses and Newborns"*, Springer-Verlag, Milan; 2007, pp. 141-147.
41.  **Anand KJS**. Conscious Perception of Neonatal Pain and its Clinical Management. In: M.
     Puig, D. Samper (eds), *"Master of Pain Management"*, Universitat Autonoma de
     Barcelona Press, Barcelona, Spain, 2007, pp. 345-63.
42.  Tobias JD, **Anand KJS**, Houck C. Chapter 46: The Treatment of Pain in Neonatal and
     Pediatric Patients. In: Daniel B. Carr (Ed.) *"Management of Acute and Chronic Pain"*.
     Elsevier Churchill Livingstone, Edinburgh, 2008.
43.  **Anand KJS**. Foreword: Treating children with chronic pain. In: McClain BC, Suresh S
     (editors). ***Pediatric Chronic Pain: Current Science and Practice***, Springer Verlag, New
     York, 2011, 1-2 (in press).
44.  Easley RB, Brady KM, Wolf AR, **Anand KJS**, Tobias JD. Chapter 15: Development and
     evaluation of pain and stress responses. In: B. Bissonnette ***Pediatric Anesthesia: Basic
     Principles, State of the Art, Future;*** People's Medical Publishing House, Shelton, CT,
     2011. ISBN 978-1-60795-093-6.
45.  Boyle EM, **Anand KJS**. Chapter 38: Sedation, Analgesia, and Neuromuscular Blockade in
     the Neonatal ICU. In: **Rimensberger P.C.** (Ed.): *Pediatric and Neonatal Mechanical
     Ventilation*, Springer, Heidelberg, 2014. ISBN 978-3-642-01219-8
46.  **Anand KJS**, Savorgnan FJ, Hall RW. Pain management in the neonate. In: Polin RA,
     Spitzer AR (editors). *Fetal and Neonatal Secrets, 3rd Edition*, ISBN 978-0-323-09139-8;
     Elsevier Science Publishers, New York, 2013, pp. 143-154.
47.  **Anand KJS**, Campbell-Yeo M. Opioid use in pregnancy alters newborn outcomes and
     subsequent development. *IASP Newsletter*, Pain in the News, Feb 10, 2015.

**Books and Periodicals:**

1.   **Anand KJS**, McGrath PJ. ***Pain in Neonates***, Elsevier Science Publishers, Amsterdam,
     1993. (12 chapters, 340 pages).
2.   **Anand KJS** (Guest Editor). ***Neonatal Anesthesia and Analgesia***, Seminars in
     Perinatology, October 1998, Volume 22 (5): 347-443.
3.   **Anand KJS** (Editor). ***Pain and Pain Management during Infancy,*** Research and Clinical

Forums, December 1998, Volume 20 (4): 9-82

4.  **Anand KJS**, Stevens BJ, McGrath PJ. *Pain in Neonates*, 2nd Edition, Elsevier Science Publishers, Amsterdam, 2000. (14 chapters, 281 pages).

5.  **Anand KJS**, Stevens BJ, McGrath PJ. *Pain in Neonates & Infants*, 3rd Edition, Elsevier Churchill Livingstone, Edinburgh/Amsterdam, 2007 (23 Chapters, 345 pages).

6.  **Anand KJS**, Hall RW (Guest Editors). *Current Controversies in Neonatal Pain*. Seminars in Perinatology, Elsevier, Inc., New York, Volume 31, Issue 5, pp. 272-349, 2007.

7.  Established a new journal *"Frontiers in Pediatric Critical Care"*, as part of the Nature Publishing Group in association with 24 Associate Editors and 107 Review Editors.

8.  eBook on: *"Work-Life Balance: Essential or Ephemeral?"* (Editors: A. Schwingshackl, K.J.S. Anand, S. Cormier) published via *Frontiers in Pediatrics*, Nature Publishing Group, Geneva, Switzerland; 2017.

9.  eBook on: *"Pediatric ARDS: Reaching for the horizon"*, (Editors: A. Schwingshackl, J.T. McGuire, K.J.S. Anand), published via *Frontiers in Pediatrics*, Nature Publishing Group, Geneva, Switzerland; 2017.

## Abstracts

1.  **Anand KJS**, Causon R, Brown M, Bloom SR, Aynsley-Green A. Can the human neonate mount an endocrine and metabolic response to surgery? Proceedings of the 31st International Congress, British Association of Paediatric Surgeons, July 1984, A26.

2.  **Anand KJS**, Causon R, Brown M, Christofides N, Bloom SR, Aynsley-Green A. Are preterm and term newborn infants able to mount an endocrine and metabolic stress response to surgical trauma? Proceedings of the International Symposium on Physiological Development of the Fetus and Newborn, July 1984, P91.

3.  **Anand KJS**, Brown MJ, Bloom SR, Aynsley-Green A. The metabolic and endocrine responses of neonates to surgical stress. Pediatr Res (1984) 18:1207.

4.  **Anand KJS**, Yacoub MH, Sippell WB, Aynsley-Green, A. Endocrine control of glucose homeostasis during cardiopulmonary bypass and cardiac surgery in full-term neonates. J Endocrinol (1985) 104:140.

5.  **Anand KJS**, Yacoub MH, Sippell WG, Aynsley-Green A. Endocrine and metabolic regulation in term neonates undergoing cardiac surgery with cardiopulmonary bypass. Pediatr Res (1985) 19:628.

6.  **Anand KJS**, Lloyd S, Aynsley-Green A. Amino acid profiles in preterm and term neonates undergoing surgery: consequences of the neonatal stress response. Proceedings of the 57th Annual Meeting, British Paediatric Association, April 1985, G77.

7.  **Anand KJS**, Yacoub MH, Brown MJ, Aynsley-Green A. The endocrine and metabolic response of term neonates to conventional and cardiac surgery. Proceedings of the 57th Annual Meeting, British Paediatric Association, April 1985, GP10.

8.  **Anand KJS**, Aynsley-Green A. Should Neonatologists be more concerned over the anesthetic management of preterm neonates subjected to ligation of patient ductus arteriosus? Arch Dis Child (1986) 61:632.

9.  Sippell WG, **Anand KJS**, Aynsley-Green A. Stress responses of preterm neonates undergoing surgery: Randomised trial of fentanyl anesthesia during ligation of patent ductus arteriosus (PDA). Eur J Pediatr (1987) 146:98.

Kanwaljeet S. Anand                  CURRICULUM VITAE                              47

10. **Anand KJS**, Aynsley-Green A.  Randomised trials of fentanyl and halothane - is anaesthesia necessary for the human newborn infant?  Intens Care Med (1987) 13:459.

11. Aynsley-Green A, Ward-Platt M, **Anand KJS**.  The ontogeny of the metabolic and endocrine response of the human fetus, neonate and child.  Intes Care Med (1987) 13:460.

12. **Anand KJS**, Carr DB, Hickey PR.  Randomised trial of high-dose sufentanil anesthesia in neonates undergoing cardiac surgery: hormonal and hemodynamic stress responses.  Anesthesiol (1987) 67:A501.

13. **Anand KJS**, Hickey PR.  Randomised trial of high-dose  sufentanil anesthesia in neonates undergoing cardiac surgery:  effects on the metabolic stress response.  Anesthesiol (1987) 67:A502.

14. **Anand KJS**, Sippell WG, Aynsley-Green A.  Does the newborn infant require anesthesia during surgery?  Answers from a randomised trial of halothane anesthesia.  Pain (1987) Suppl 1:S237.

15. Ward-Platt MP, Aynsley-Green A, **Anand KJS**.  The ontogeny of the metabolic and endocrine stress response in the human fetus, neonate and child.  Proceedings of the 1st International Symposium on Pediatric Pain, July 1988.

16. Wessel DW, **Anand KJS**, Hickey PR.  Catecholamine and hemodynamic responses to hypercarbia in infants. Anesthesiol (1988) 69:A780.

17. Mohan OE, **Anand KJS**, Padbury J, Hickey PR.  Reduction of the endocrine and metabolic response to hypoxia by ECMO in the anesthetized neonate.  Anesthesiol (1989) 71:A560.

18. Mohan O, **Anand KJS**, Padbury J, Hickey PR.  Reduction of the endocrine and metabolic response to hypoxia by ECMO in the anesthetized neonate.  Pediatric Res (1990) A415.

19. Kuefer MU, **Anand KJS**,  Fortenberry JD, Pettignano R, Holloway SE, Hyde AL, Reich JD, Vogler L, Wright JA, Teague G. A 16-year-old girl with pulmonary hemorrhage and interstitial pneumonitis. Proceedings of the Georgia A.A.P. Annual Meeting, October 16, 1993.

20. Irazuzta J, Ahmed U, Gancayco A, Ahmed ST, **Anand KJS**.  Intratracheal administration of fentanyl in rabbits: pharmacokinetics and local effects. Crit. Care Med (1994) 22(1):A220.

21. **Anand KJS**, Clancy GT, and the SOPAIN Study Group. Creating a prospective database for neonatal analgesic practices: Preliminary results from early responders. Pediatr Res 1994; 35(4,2): 212A.

22. **Anand KJS**, Hickey PR. Randomized trial of awake and anesthetized tracheal intubation in newborn infants.  Pediatr Res 1994; 35(4,2): 212A.

23. **Anand KJS**, Aranda JV, Tobias J. Pain during critical illness: Management principles. Proceedings of the Third International Symposium on Pediatric Pain, 1994, Philadelphia PA, p. 013.

24. **Anand KJS**, Nordenberg D, and the SOPAIN Study Group. A prospective database for neonatal analgesic practices: Preliminary results. Proceedings of the Pediatric Critical Care Colloquium, 1994, Seattle WA.

25. Pettignano R, **Anand KJS**, Chambliss CR, Fortenberry JD, Wright JA. Controversies in the E.C.M.O. management of myocarditis: Report of two illustrative cases managed with venoarterial and venovenous E.C.M.O. Proceedings of the Sixth Annual E.L.S.O. Meeting, October 1994, Dearborn MI.

26. **Anand KJS**, Nordenberg D, Selanikio J, and the SOPAIN Study Group. Preliminary results from a prospective database for neonatal analgesic practices. Proceedings of the Georgia A.A.P. Annual Meeting, Nov. 1994, Atlanta GA.

Kanwaljeet S. Anand                    CURRICULUM VITAE                              48

27. **Anand KJS**, Plotsky PM. Repetitive neonatal pain alters weight gain and pain threshold during development in infant rats. 24th Annual SCCM Symposium, Critical Care Medicine 1995; 23: A222.

28. **Anand KJS**, Thrivikraman KV, Engelmann M, Su Y, Plotsky PM. Adult rat behavior and stress responses following pain in the neonatal period. APS/SPR Meeting 1995, Pediatric Research 1995; 4(2): 57A.

29. **Anand KJS**, Plotsky PM. Neonatal pain alters weight gain and pain threshold during development. APS/SPR Meeting 1995, Pediatric Research 1995; 4(2): 57A.

30. Selanikio JD, **Anand KJS**. SOPAIN: A prospective database of analgesic practices in neonates. Proceedings of the 1995 Annual Meeting, American Academy of Pediatrics, October 14-18, 1995.

31. **Anand KJS**. Long-term effects of pain in neonates and infants. Proceedings of the 8th World Congress on Pain, Vancouver (BC), August 17-22, 1996, page 110.

32. **Anand KJS**, Selanikio JD, SOPAIN Study Group. A prospective survey of postoperative analgesic practices in neonates. Pediatric Research 1996; 39(4): 191A.

33. **Anand KJS**, Selanikio JD, SOPAIN Study Group. Routine analgesic practices in 109 Neonatal Intensive Care Units (NICUs). Pediatric Research 1996; 39(4): 192A.

34. **Anand KJS**, Plotsky PM. Long-term developmental consequences of repetitive pain in neonatal rat pups. Proceedings of the Conference on Advancing Research in Developmental Plasticity, National Institute of Mental Health, NIH Publications, 1996.

35. Zempsky WT, **Anand KJS**, Sullivan K, Fraser D. Double-blind placebo-controlled study of lidocaine iontophoresis for intravenous line placement in children. Pediatric Emergency Care 1996; 12(4): 325.

36. **Anand KJS**, McIntosh N, Lagercrantz H, Gauthier T, Pelausa E, Young T, Vasa RK, Gortner L, Desai N, Tuttle D, Barton BA. The pilot NOPAIN trial: morphine and midazolam infusions decrease pain/stress and may alter clinical outcomes in ventilated preterm neonates. Pediatric Research 1997; 41(4,2): 136A.

37. **Anand KJS**, Coskun V, Nemeroff CB, Plotsky PM. Repetitive neonatal pain causes behavioral changes and decreased cortical *Fos* activation following pain in adult rats. Society for Neuroscience Abstracts, 1997, Vol 23, Part 1, page 226, abstract # 94.7, New Orleans, Oct 1997.

38. Menon G, Osman O, McIntosh N, **Anand KJS**. Can heart rate variability be used to measure pain in preterm neonates? European Society for Pediatric Research, Szeged, Hungary, Sept. 1997.

39. **Anand KJS**. Short- and long-term effects of pain in the neonate. Proceedings of an interdisciplinary workshop on "The Science and Practice of Mind/Body Interactions", Sedona AZ, March 15-18, 1998, pp. 16-17.

40. **Anand KJS**, Cunningham N, Rollin BE, Merskey H. Scientific bases for the definition of pain. Proceedings of the 17th Annual Scientific Meeting, American Pain Society, San Diego CA, Nov 5-8, 1998; abstract # 332.

41. Newton BW, Rovnaghi CR, Golzar Y, **Anand KJS**. Supraspinal *Fos* expression in neonatal rats following graded inflammatory pain. Soc. Neurosci. Abstr., (1999) 25: 1044.

42. **Anand KJS**, Rovnaghi CR, Golzar Y, Williams K, Saltz M, Newton BW. Supraspinal *fos* expression in infant rats following graded inflammatory pain. Joint meeting of Pediatric Academic Societies & American Academy of Pediatrics, May 12-16, 2000.

43. **Anand KJS**, Rovnaghi CR, Bhutta AT, Liu J-G, Scalzo FM. Long-term behavioral effects of

neonatal inflammatory pain and morphine analgesia.. Joint meeting of Pediatric Academic Societies & American Academy of Pediatrics, May 12-16, 2000. Pediatric Research 2000; 47 (Suppl 4): 371A.

44. **Anand KJS**, Rovnaghi CR, Golzar Y, Williams K, Saltz M, Newton BW. Supraspinal *fos* expression in infant rats following graded inflammatory pain. 5th International Symposium on Pediatric Pain, International Association for the Study of Pain, London, U.K., June 2000.

45. Bhutta AT, Narsinghani U, **Anand KJS**, Baker L, Heulitt MH. The use of extracorporeal membrane oxygenation in an infant with severe *Pneumocystis carinii* pneumonia. Extra-corporeal Life support Organization annual meeting, New Orleans, October 2000

46. **Anand KJS**, Rovnaghi CR, Bhutta AT, Liu J-G, Scalzo FM. Long-term behavioral effects of neonatal inflammatory pain and morphine analgesia. 5th International Symposium on Pediatric Pain, International Association for the Study of Pain, London, U.K., June 2000.

47. Weber C, Kim P, Rovnaghi CR, Williams K, Dykman RA, **Anand KJS**. Ontogeny of ultrasonic vocalization (USV) following graded sensory stimuli in infant rats. 5th International Symposium on Pediatric Pain, International Association for the Study of Pain, London, U.K., June 2000.

48. Rovnaghi CR, Coskun V, Rovnaghi LL, Kim P, **Anand KJS**. Ontogeny of rat pain behaviors following graded sensory stimulation during infancy. 5th International Symposium on Pediatric Pain, International Association for the Study of Pain, London, U.K., June 2000.

49. Scalzo FM, Rovnaghi CR, Bhutta AT, **Anand KJS**. Neonatal inflammatory pain and morphine interactions: long-term behavioral effects. Soc. Neurosci. Abstr., (2000) 26 (Pt 1): 435 (abstract # 158.4).

50. Liu JG, Rovnaghi CR, **Anand KJS**. Is capsaicin-induced hyperalgesia mediated by an uncoupling of forebrain opioid receptors? Soc. Neurosci. Abstr., (2000) 26 (Pt 2): 2188 (abstract # 823.7).

51. Newton BW, Rovnaghi CR, Narsinghani U, Schmeud LC, **Anand KJS**. Supraspinal fos expression may have neuroprotective effects in inflammation-induced neuronal cell death: a FluoroJade-B and C-fos study. Soc. Neurosci. Abstr., (2000) 26 (Pt 1): 435 (abstract # 158.6).

52. Narsinghani U, Rovnaghi CR, Bhutta AT, **Anand KJS**. Inflammatory pain promotes neurodegenerative changes in the developing brain: is *fos* expression neuroprotective? 30th Annual Symposium, Society for Critical Care Medicine, San Francisco, February 2001 (**SCCM Educational Scholarship Award, 2001**).

53. Narsinghani U, Bhutta AT, Rovnaghi CR, Simpson PM, Anand, KJS. Does Inflammatory Pain promote Neurodegenerative Changes in the Developing Brain?" UAMS Student's Research Week, April 2-4, 2001 (**First Prize recipient**).

54. Narsinghani U, Rovnaghi CR, Bhutta AT, **Anand KJS**. Developmental patterns of fos expression and cell death in the neonatal rat brain. Joint meeting of Pediatric Academic Societies, Baltimore, MD; April 28 - May 2, 2001. Pediatric Research 2001; 49(Suppl. 4): 243A.

55. Narsinghani U, Rovnaghi CR, Bhutta AT, Simpson PM, Newton BW, **Anand KJS**. Does inflammatory pain promote neurodegenerative changes in the neonatal brain? Joint meeting of Pediatric Academic Societies, Baltimore, MD; April 28 - May 2, 2001. Pediatric Research 2001; 49(Suppl. 4): 248A.

56. Bartocci M, Bergqvist L, Ihre E, Berglin T, Papendieck G, Milerad J, Serra G, **Anand KJS**, Lagercrantz H. Changes in cerebral haemodynamics during pain in newborn infants: a Near Infrared Spectroscopy study. Joint meeting of Pediatric Academic Societies, Baltimore, MD;

Kanwaljeet S. Anand                    CURRICULUM VITAE                            50

April 28 - May 2, 2001. Pediatric Research 2001; 49(Suppl. 4): 643A.

57. Bergqvist L, Garmelius B, Rudaeus K, Lagercrantz H, **Anand KJS**, Milerad J. Morphine hydrochloride solutions can be stored for 6 months at room temperature. Joint meeting of Pediatric Academic Societies, Baltimore, MD; April 28 - May 2, 2001.Pediatric Research 2001; 49(Suppl. 4): 219A.

58. Narsinghani U, Chadha MS, Farrar HC, **Anand KJS**. Accidental infusion of polyethylene glycol solution into the lungs leads to life-threatening respiratory failure. Southern Society for Pediatric Research, New Orleans, LA; March 1-3, 2001.

59. **Anand KJS**, Barton BA, NEOPAIN Multicenter Trial Investigators. Morphine infusions do not alter neurologic outcomes in ventilated preterm neonates: primary outcomes from the NEOPAIN Multicenter Trial. Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002 (Suppl.)

60. Bhutta AT, Cleves MA, Casey PH, Cradock MM, **Anand KJS**. Meta-analysis of cognitive and behavioral outcomes in ex-preterm or low birth weight (LBW) children at school age" Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 292A.

61. Davis A, **Anand KJS**, Rovnaghi CR, Skinner RD, Garcia-Rill E. Neonatal inflammatory pain leads to changes in pre-attentional processes in adult rats. Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 43A-44A.

62. Palmer KG, Hobbs CA, Barton BA, Kronsberg SL, Hall RW, **Anand KJS**. Effects of inborn versus outborn status on neurologic outcomes, chronic lung disease and mortality in preterm infants" Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 295A.

63. Garg S, Rovnaghi CR, Satlz M, **Anand KJS**. Repetitive inflammatory pain increases neuronal cell death in the neonatal rat brain: Is this NMDA-receptor mediated excitotoxicity?" Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 326A.

64. Hall RW, Barton BA, Kronsberg SL, **Anand KJS**. Does Antenatal Dexamethasone (Dex) promote chronic lung disease? Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 369A.

65. Hall RW, Barton BA, Kronsberg SL, **Anand KJS**. Hypotension and other factors leading to adverse sequelae in very low birth weight (VLBW) infants. Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 375A.

66. Bergqvist LL, Stepniewski J, Katz-Salamon M, Kronsberg SL, Lagercrantz H, Barton BA, Milerad J, **Anand KJS**. Effects of continuous morphine infusion in ventilated preterm infants: Ancillary study to the NEOPAIN trial. Pediatric Academic Societies' Annual Meeting, Baltimore, MD; May 4-7, 2002. Pediatric Research 2002; 51(4): 362A.

67. Bergqvist L, Ihre E, Eriksson M, Katz-Salamon M, Kronsberg SL, Schollin J, Lagercrantz H, Barton BA, Milerad J, **Anand KJS**. Seeing through the blind! The ability of hospital staff to differentiate morphine from placebo in a placebo-controlled trial. Pediatric Academic Societies' Annual Meeting, Baltimore; May 4-7, 2002. Pediatric Research 2002; 51(4): 363A.

68. Bergqvist LL, Stepniewski J, Katz-Salamon M, Kronsberg S, Lagercrantz H, Barton B, Milerad J, **Anand KJS**. Effects of continuous morphine infusion in ventilated preterm infants: Ancillary study to the NEOPAIN trial. Journal of Maternal-Fetal & Neonatal Medicine 2002; 11 (Suppl. 1): 222.

69. Bergqvist L, Ihre E, Eriksson M, Katz-Salamon M, Kronsberg SL, Schollin J, Lagercrantz H,

Barton BA, Milerad J, **Anand KJS**. Seeing through the blind! The ability of hospital staff to differentiate morphine from placebo in a placebo-controlled trial. Journal of Maternal-Fetal & Neonatal Medicine 2002; 11 (Suppl. 1): 178.

70. Boyle EM, Wong CM, Freer Y, McIntosh N, **Anand KJS** and the NEOPAIN Investigators Group. Indicators of chronic pain and distress in preterm ventilated infants. European Society for Pediatric Research, Utrecht, The Netherlands, Sept. 6th, 2002.

71. Hébert-Wegman N, **Anand KJS**, Lagercrantz H, Bergqvist LL. Frekvensen av smärtsamma och stressande procedurer på Neonatala Intensivvårdsavdelningen. Swedish Medical Association Meeting, Gothenburg, Sweden, November 27-29, 2002. (**4th best Pediatric poster**).

72. Bergqvist LL, Eriksson M, Barton BA, Schollin J, Lagercrantz H, **Anand KJS**. Seeing through the blind! Personalens förmåga att urskilja morfin från placebo i en placebo kontrollerad studie. Swedish Medical Association Meeting, Gothenburg, Sweden, November 27-29, 2002.

73. Nordenhök E, Bui T-H, **Anand KJS**, Lagercrantz H, Bergqvist LL. Ethical aspects of fetal pain and analgesia. 6th International Symposium on Paediatric Pain, Sydney, Australia; June 2003.

74. Carbajal R, Lenclen R, Jugie M, Paupe A, Barton BA, **Anand KJS**. Morphine does not alleviate acute pain in preterm neonates. Pediatric Academic Societies' Annual Meeting, Baltimore; May 1-4, 2004.

75. Garg S, Rovnaghi CR, **Anand KJS**. Ketamine analgesia alters the immediate cellular & long-term behavioral effects of repetitive neonatal pain. Pediatric Academic Societies Annual Meeting, Baltimore, MD; May 1-4, 2004. Pediatric Research 2004; 55(4): 519A.

76. Frank J, Bowden B, Carter J, Glassman D, Plummer A, Soellner D, Street K, Clancy B, Rovnaghi C, **Anand KJS**. Effects of Adverse Neonatal Experience on Cortical Neurons. 2003 BRIN (Biomedical Research Infrastructure Network) Symposium. University of Arkansas, Fayetteville. September 2003.

77. **Anand KJS**. Résumé de Résultats de l'Etude NEOPAIN* : devenir neurologique des nouveau-nés prématurés ventilés sous morphine. French Society for Pediatric Pain Meeting, Paris, March, 2004.

78. **Anand KJS**. Repetitive Pain or Prolonged Analgesia in Neonates: Who is the greater enemy? 4th Nordic Congress on Pediatric Pain, Linkoping, Sweden, May, 2004.

79. Hefley GC, Smith AB, **Anand KJS**. Parent bed spaces in the PICU: Effect on parental stress and staff perceptions. Pediatric Critical Care Colloquium, New York, Sept. 2004.

80. A. Plummer, K. Street, B. Bowden, J. Carter, H., Delahunt, J. Fechter, J. Frank, J. Hyde, S. Isbell, S. Palmer, J. Talburt. B. Clancy, **Anand KJS**. Consequences of Neonatal Pain on Neurodevelopment. Arkansas BRIN Annual Research Day, October 8, 2004; 2nd Prize among Undergraduate Research Posters.

81. K. Street, A. Plummer, B. Bowden, J. Carter, H. Delahunt, J. Fechter, J. Hyde, S. Isbell, S. Palmer, J. Talburt, **K.J.S. Anand**. Consequences of Neonatal Pain and Anesthesia on Neurodevelopment. 2004 Arkansas Chapter Society for Neuroscience Conference. UAMS, Little Rock, Arkansas. October 19, 2004.

82. K. Street, B. Bowden, D. Soellner, A. Plummer, J. Carter, J. Frank, K. Anand, B. Clancy, **K.J.S. Anand**. Does Pain Alter Brain Function? Arkansas Undergraduate Research Conference. Henderson State University. April 2004.

83. B. Bowden, J. Carter, J. Fechter, J. Frank, D. Glassman, A. Plummer, K. Street, B. Clancy, **K.J.S. Anand**. Does Neonatal Exposure to Pain Alter Brain Function? UCA College of Natural Sciences and Mathematics Research Symposium. April 2004.

84. J. Frank, B. Bowden, J. Carter, D. Glassman, A. Plummer, D. Soellner, K. Street, B. Clancy, C. Rovnaghi, **K.J.S. Anand**. Effects of Adverse Neonatal Experience on Cortical Neurons. 2003 BRIN (Biomedical Research Infrastructure Network) Symposium. University of Arkansas, Fayetteville. September 2003.

85. Wade D, Rovnaghi CR, **Anand KJS**. Microarray studies of cortical gene expression following neonatal pain. Fall Research Symposium, Arkansas Biosciences Institute, Little Rock, Arkansas, October 28th, 2004.

86. Hefley, G. C., Smith, A., **Anand, K.J.S.** (April 2005). Parent Bed Spaces in the PICU: Effect on Parental Stress. Paper presented at the meeting of the 15th Annual Conference of the Society of Pediatric Nurses. Philadelphia, Penn.

87. Hefley, G. C., Smith, A., **Anand, K.J.S.** (April 2005). Parent Bed Spaces in the PICU: Effect on Parental Stress. Paper presented at "Evidence for Practice 2005" Research Conference. Little Rock, AR.

88. Hefley, G. C., Belote, C., **Anand, K.J.S.** (April 2005). Methods of changing vasoactive infusion lines: Quick switch or double pump? Poster presentation, 15th Annual Conference, Society of Pediatric Nurses. Philadelphia, PA.

89. Sallassi-Scotter, M., Schexnayder, S., White, K., **Anand, K.J.S.**. Creating a PICU environment to promote "Caring through all seasons". Poster presentation, National Association of Children's Hospitals and Research Institutes, NACHRI Spring Conference, March 12-14, 2005, New Orleans, LA.

90. Hall RW, Wallace T, **Anand KJS,** Garcia-Rill E. Pain, stress, and attentional dysfunction in ex-preterm adolescents. Pediatric Academic Societies' 2006 Annual Meeting, April 29-May 3, 2006, San Francisco, CA.

91. Boyle E, Freer Y, Teunisse S, McIntosh N, **Anand KJS**. Research in neonates – International differences in consent. Pediatric Academic Societies' 2006 Annual Meeting, April 29-May 3, 2006, San Francisco, CA.

92. Stroud MH, Fiser RT, Moss MM, **Anand KJS**. Near-continuous, noninvasive blood pressure monitoring during pediatric transport. American Academy of Pediatrics, National Convention & Exhibition, October 8-12, 2006. **Received AAP Young Investigator's Award from Section of Critical Care Medicine**.

93. Stroud MH, Fiser RT, **Anand KJS**. Importance of noninvasive blood pressure monitoring during pediatric transport. Abstract presented at the UAMS College of Medicine Fellow's Day, May 16th, 2006. **Received 1st Prize for the Best Fellow's Day Presentation**.

94. Bhutta AT, **Anand KJS**, Schmitz ML, Lindquist D. Ketamine as a neuroprotective agent in children undergoing cardiac surgery: Results of Magnetic Resonance Spectroscopy- Presented as poster presentation at 11th Annual Update on Pediatric Cardiovascular Disease, Feb 6-10, 2007; Scottsdale, AZ.

95. Stroud MH, Fiser RT, Prodhan P, Moss M, **Anand KJS**. Near-Continuous Blood Pressure (BP) Monitoring during Transport Improves Outcomes in P.I.C.U. Patients: A Randomized Controlled Trial. Abstract presented at the Pediatric Academic Societies' Annual Meeting, Toronto, Canada, May 5-8, 2007. **Fellows' Clinical Research Award, SPR**.

96. Bhutta AT, Rovnaghi CR, **Anand KJS**. Use of low dose Ketamine: Effect on neuronal activation and neuronal degeneration in neonatal rats. Poster presentation at the 5th World

Congress on Pediatric Critical Care, June 24-28, 2007; Geneva, Switzerland.

97. Zhang LL, Rovnaghi CR, **Anand KJS**. Acupuncture reduces inflammatory hyperalgesia in newborn rats. Poster presentation at the 5th World Congress on Pediatric Critical Care, June 24-28, 2007; Geneva, Switzerland.

98. Zhang LL, Rovnaghi CR, **Anand KJS**. Acupuncture reduces brain cell death following neonatal inflammatory pain. Oral presentation at the 5th World Congress on Pediatric Critical Care, June 24-28, 2007; Geneva, Switzerland.

99. Rovnaghi CR, Venkatesan AK, **Anand KJS**. Neonatal pain alters adult cognitive performance & brain cytokine expression. Poster presentation at the 5th World Congress on Pediatric Critical Care, June 24-28, 2007; Geneva, Switzerland.

100.    Hall RW, Rovnaghi CR, **Anand KJS**.  Ketamine normalizes the neuroexcitatory response and decreases cell death after inflammatory pain in the amygdaloid region of the rat model. Oral presentation at the 5th World Congress on Pediatric Critical Care, June 24-28, 2007; Geneva, Switzerland.

101.    Lantz SM, Frank JC, Bratton GN, Palmer SH, Rovnaghi CR, **Anand KJS**, Clancy B. Behavioral effects of Ketamine at birth are evident at late adulthood. Annual Meeting, Arkansas Chapter of the Society for Neuroscience, October 23, 2007.

102.    Brown RC, Venkatesan AK, Rovnaghi CR, Hall, RW, **Anand KJS**. Behavioral Effects of Ketamine at Birth are Evident at Late Adulthood. Neurosci Abstr (2007)

103.    **Anand KJS**. Exposure to neonatal pain may set the life-span patterns of pain processing. Canadian Pain Society Conference: "Pain Through The Ages - Common Themes", May 27-30, 2008, Victoria (BC), Canada.

104.    Bhutta AT, Schmitz ML, James LP, Jaquiss RDB, Imamura M, Lindquist D, Glasier C, Wardbegnoche W, **Anand KJS**.  Ketamine as a neuroprotective agent for children undergoing cardiac surgery: Results of a pilot randomized controlled trial. Platform presentation at Society of Pediatric Research/Pediatric Academic Societies Annual Meeting, May 2-6, 2008, Honolulu, Hawaii.

105.    McJunkins A, Green A, **Anand KJS**. Pain Assessment in Cognitively Impaired, Functionally Impaired Children (PACIFIC): A Pilot Study. Presented at Society of Pediatric Nurses Annual Convention in Denver, CO  April 2008. Also presented at UAMS Research Day, Little Rock, AR, April 2008.

106.    McJunkins A, Green A, **Anand KJS**. Pain Assessment in Cognitively Impaired, Functionally Impaired Children (PACIFIC): A randomized comparison of two pain assessment tools. Presented at Society of Pediatric Nurses Annual Convention in Atlanta, GA, April 2009, also presented at UAMS Research Day, April 2009.

107.    Mehta P, **Anand KJS**, Bhutta AT, McCracken A. Does exposure to opioids in the early infancy lead to long-term opioid tolerance? Results of a Case-Control Study. 2009 National Conference and Exhibition, American Academy of Pediatrics.

108.    Dong C, Rovnaghi CR, **Anand KJS**. Repetitive Pain and Ketamine Analgesia activate Inflammatory Mediators in the Newborn Brain. Presented at the 8th International Symposium on Pediatric Pain, International Association for the Study of Pain, March 10-13, 2010 in Acapulco, Mexico.

109.    Dong C, Rovnaghi CR, **Anand KJS**. Ketamine damages the proliferation of Neural Stem/Progenitor Cells (NSPCs).  Presented at the 8th International Symposium on Pediatric Pain, International Association for the Study of Pain, March 10-13, 2010 in Acapulco, Mexico.

Kanwaljeet S. Anand                    CURRICULUM VITAE                                    54

110.    Shappley RKH, Bardhan B, Ingram K, Storgion SA, Arnold SR, **Anand KJS**, Shah SH. Determinants of Pediatric Intensive Care Unit (PICU) Length of Stay (LOS) in Children with H1N1 Influenza A Infection. PAS Annual Meeting, Vancouver (BC), May 2010.

111.    Millfors P, **Anand KJS**, Bergqvist LL. Effects of paracetamol during first days of life. Poster presentation at the 16th World Congress of Basic and Clinical Pharmacology, WorldPharma2010 *"Bridging Basic and Clinical Pharmacology"*, July 17-23, Copenhagen, Denmark.

112.    Dong C, Rovnaghi CR, **Anand KJS**. Ketamine exposure alters the fate of cortical neural stem progenitor cells (NSPCs) isolated from the embryonic rat brain. Pediatric Academic Societies and Asian Society for Pediatric Research Joint Meeting, PAS Poster Presentation, Denver, CO., April 30 - May 3, 2011.

113.    Shah SH, Scwingshackl A, Figueroa M, Knott-Craig CJ, **Anand KJS**. Development of a post pediatric cardiac surgery cardiac arrest (ppcs-ca) management flow process pathway. Poster presentation, Pediatric Academic Societies PAS, Denver, CO., April 30 - May 3, 2011.

114.    Sepanski RJ, Brinkley K, Summerall C, Giles K, Storgion SA, **Anand KJS**. Race/ethnicity associated with increased mortality among Pediatric Intensive Care Unit (PICU) patients. Pediatric Academic Societies and Asian Society for Pediatric Research Joint Meeting, PAS Platform Presentation, Denver, CO., April 30 - May 3, 2011.

115.    Dukes KM, Bobo KS, **Anand KJS**. Evaluation of Weaning Methadone and Lorazepam in Pediatric Patients. Presented at the 19th Pediatric Pharmacy Conference and 2010 Annual Meeting, Pediatric Pharmacy Advisory Group, October 7-10, 2010; Saint Charles, MO.

116.    **Anand KJS**. Development of the pain in the fetus and neonate. Platform presentation, 48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan on July 8 - 10, 2012.

117.    **Anand KJS**. Management of pain in the neonate: current practice and novel options. Platform presentation, 48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan on July 8 - 10, 2012.

118.    **Anand KJS**. Love, Pain, and Intensive Care. Workshop presentation, 48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan on July 8 - 10, 2012.

119.    Dong C, **Anand KJS**. No functional NMDA receptor determines the resistance of neural stem progenitor cells to ketamine-induced cell death. Poster presentation, Annual Meeting of the Society for Critical Care Medicine, Puerto Rico, January 27-31, 2013.

120.    Millfors P, Bai L, **Anand KJS**, Bergqvist LL. Effects of paracetamol during first days of life. Poster presentation, 9th International Symposium on Pediatric Pain, Stockholm June 17-20, 2013.

121.    Sundell I, Carbajal R, **Anand KJS**, Eriksson M. National guidelines for neonatal pain management -- occurrence and content. Poster presentation, 9th International Symposium on Pediatric Pain, Stockholm June 17-20, 2013.

122.    **Anand KJS**, Hall RW, Grunau RVE, Tibboel D. Opioid therapy in neonates: Long-term effects & functional outcomes. Workshop presentation, 9th International Symposium on Pediatric Pain, Stockholm, Sweden; June 17-21, 2013.

123.    **Anand KJS**. Pain in Infancy: From Stress to Society. 9th Annual "In Praise of Medicine" Public Address, Erasmus University MC, Sophia Children's Hospital, Rotterdam, The Netherlands, October 4, 2013.

124. Bardhan B, Meduri, G, Rovnaghi CR, **Anand KJS**. Methylprednisolone infusion in pediatric Acute Lung Injury (ALI/ARDS): Interim results from a double-blind, placebo-controlled randomized trial. SCCM poster #974, Jan. 19-23, 2013; San Juan, Puerto Rico.

125. Shah SH, Hannah D, Pickard S, May W, **Anand KJS**. Clinical risk factors for central line associated venous thrombosis (CLAVT) in children. Poster presentation, Pediatric Academic Societies' Meeting, Washington DC, May 3-7, 2013.

126. **Anand KJS**, Rovnaghi CR, McPherson KD, Moore AP, Tylavsky FA. Maternal traumatic life events but not parenting stress regulate hair cortisol levels in early childhood. Platform presentation, Pediatric Academic Societies' Meeting, Washington DC, May 3-7, 2013.

127. Boni Y, Rovnaghi CR, **Anand KJS**. Racial Differences in salivary levels of IL-2 and cortisol: Candidate biomarkers for detection of HPA axis changes in the developing brain. 2015 Annual Biomedical Research Conference for Minority Students (ABRCMS), November 11-14 2015, Washington State Convention Center, Seattle, WA.

128. Kimura D, Saravia JS, Rovnaghi C, Schwingshackl A, Meduri G, Cormier SA, Anand KJS. 669: The Effect of Low Dose Methylprednisolone on Biomarker Levels in Early Pediatric ARDS. Critical Care Medicine. 2015; 43 (12 Suppl 1):169. doi: 10.1097/01.ccm.0000474497.21863.8a. PubMed PMID: 26570330.

129. **Anand KJS**, Slominki R, Boni Y, Zheng A, Rovnaghi C. 502: Magnetoencephalography scanning alters salivary cortisol, ACTH, and S100beta in pre-school children. Critical Care Medicine. 2015; 43(12 Suppl 1):127. doi: 10.1097/01.ccm.0000474330.20558.0f. PubMed PMID: 26570163.

130. Kimura D, Rovnaghi CR, Drago BB, Meduri U, **Anand KJS**, Schwingshackl A. Differential regulation of inflammatory biomarkers by methylprednisolone in early pediatric ARDS. Critical Care Medicine. 2016; 46 (Suppl 1):183.

131. **Anand KJS**, Cochrane JR, Cutts T, Gunderson G. Changing Health Care: From pathology to generativity; Workshop on *'The Leading Causes of Life'*, 14th International Conference on Communication, Medicine, and Ethics (COMET), Aalborg University, Denmark, July 4-6, 2016.

132. Carbajal R, Courtois E, Eriksson M, Boyle E, Avila-Alvarez A, Andersen RD, Sarafidis K, Polkki T, Matos C, Lago P, Papadouri T, Montalto SA, Ilmoja ML, Simons S, Tameliene R, van Overmeire B, Berger A, Dobrzanska A, Schroth M, Bergqvist L, Lagercrantz H, **Anand KJS** on behalf of the EUROPAIN Survey Working Group. Pain assessment in ventilated and non-ventilated neonates in NICUS across Europe: Results from the EUROPAIN study. Presented at the 16th World Congress on Pain, International Association for the Study of Pain (IASP), September 26-30, 2016, Yokohama, Japan.

133. Amuzie GO, Rigdon J, Qin FF, Rovnaghi CR, **Anand KJS**. Development of the Family Poverty Index (FPI): a novel index to measure socioeconomic status. Presented at the12[th] Annual Symposium for STEP-UP HS program, supported by National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), National Institutes of Health, Grant number: 2R25DK078382-12; August 6-10, 2017, Bethesda, MD.

134. Rubio A, Rovnaghi CR, **Anand KJS**. What are normal cortisol values for young children? Presented at the12[th] Annual Symposium for STEP-UP HS program, supported by National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), National Institutes of Health, Grant number: 2R25DK078382-12; August 6-10, 2017, Bethesda, MD.

135. Krasinska KM, Rovnaghi CR, Anand KJS, Chien A. Quantitative LC-MS/MS analysis of cortisol and cortisone in children's hair. Comparison with cortisol ELISA assay.

Kanwaljeet S. Anand          CURRICULUM VITAE                          56

American Society of Mass Spectrometry, June 2018 San Diego, CA.


**Editorial Activities**

1. *Ad Hoc* **Manuscript Reviewer**:

| | |
|---|---|
| Acta Paediatrica | JAMA |
| Anesthesiology | JAMA Pediatrics |
| Archives of Disease in Childhood | Journal of Pain |
| American Journal of Public Health | Journal of Pediatrics |
| Biology of the Neonate | Journal of Perinatology |
| Brain Research | Lab Animal (Nature) |
| British Medical Journal | New England Journal of Medicine |
| Clinical Investigation | Pain |
| Clinical Journal of Pain | Pediatrics |
| Critical Care Medicine | Pediatric Critical Care Medicine |
| European Journal of Pediatrics | Pediatric Pulmonology |
| Epidemiology | Pediatric Research |
| Frontiers in Pediatrics | The Lancet |

2. Appointed as Specialty Chief Editor for *"Frontiers in Pediatric Critical Care"*, a section of *Frontiers in Pediatrics*, Nature Publishing Group; has appointed 24 Associate Editors and 107 Review Editors.

3. **Member of the Editorial Boards of:**
   Frontiers in Pediatrics (2012 – present)
   Frontiers in Pediatric Critical Care (Editor-in-Chief, 2013 – present)
   Pain (2005-2015)
   Critical Care Medicine (2002-2012)
   Pediatric and Neonatal Anesthesia *www.anestesiapediatrica.it* (2004-2012)
   Pediatric Critical Care Medicine (2005-2009)
   The Suffering Child (*www.thesufferingchild.net*) (2002-2004)
   Biology of the Neonate (2002-2004)
   Indian Journal of Critical Care Medicine (2003-2005)


**Grant Reviewer**

1. **National Institutes of Health:**
   - National Institute for General Medical Sciences (NIGMS), Surgery, Anesthesiology & Trauma Study Section (*ad hoc* reviewer, 1989).
   - National Institute for Child Health and Human Development (NICHD), Maternal & Child Health Study Section-A (*ad hoc* reviewer, 1992).
   - National Institute for Child Health and Human Development (NICHD), Maternal & Child Health Study Section-B (*ad hoc* reviewer, 1997).
   - National Institute for Child Health and Human Development (NICHD), Small Grants Program (R03) on Health Services Research (Member, 2001).

- National Institute for Child Health and Human Development (NICHD), Pediatric Pharmacology Research Study Section (ZHD1 DSR-A-01), (October, 2003).
- National Institute for Child Health and Human Development (NICHD), Member of the Child Health & Human Development-A Pediatrics Study Section (ZHD1 CHHD-A-01), (October, 2003).
- National Institute for Child Health and Human Development (NICHD), Loan Repayment Program, applications (ZHD1 DSR-A LRP Study Section) (April, 2004)
- National Institute for Child Health and Human Development (NICHD), *ad hoc* reviewer (K12 Grant awards for Critical Care Medicine, May, 2004)
- National Institute for Child Health and Human Development (NICHD), (ZHD1 DSR-A Loan Repayment Program Study Section) (Member, 2005)
- National Institute for Mental Health (NIMH), NIH Roadmap Initiative: review of Interdisciplinary Training Grant applications (July, 2005)
- National Institute for Child Health and Human Development, Special Emphasis Panel for the NICHD Neonatal Network (November, 2005)
- National Institute for Child Health and Human Development (NICHD), Pediatrics Sub-Committee (CHHD-A) (October, 2005)
- National Institute for Child Health and Human Development (NICHD), ZHD1 DSR-A Loan Repayment Program Committee (March-April, 2006)
- National Heart, Lung and Blood Institute (NHLBI), Clinical Studies and Training Scientific Review Group (CLTR Study Section, June, 2006)
- Center for Scientific Review, National Institutes of Health, BBBP - Biobehavioral & Behavioral Processes IRG, Child Psychopathology & Developmental Disabilities (CPDD) Study Section; Ad hoc Reviewer (June, 2006)
- National Center for Research Resources (NCRR), ZRR1 CR-3 (01), Loan Repayment Program Committee (March-April, 2007)
- National Institute of Neurological Disorders and Stroke (NINDS), ZNS1 SRB-M-948 (01), Loan Repayment Program Committee (April, 2007)
- National Institute of Neurological Disorders and Stroke (NINDS), Special Emphasis Panel ZNS1 SRB-M (75), April 2010.
- Center for Scientific Review (CSR), NIH Study Section ZRG1 SBIB-V (82), National Institutes of Health, October 2014.
- Member, Special Emphasis Panel, STTR applications for RFA: "Safe and Effective Instruments and Devices for Use in Neonatal and Pediatric Care Settings (R41/R42)" and "Non- or Minimally-Invasive Methods to Measure Biochemical Substances for Neonatal and Perinatal Clinical Care and Research (R41)", October 2015.
- Member, *Eunice Kennedy Shriver* National Institute of Child Health & Human Development (NICHD/NIH), Special Emphasis Panel/Scientific Review Group 2016/01 ZHD1 DSR-K (90), March 2016.
- *Ad hoc* Member, Center for Scientific Review 2016/10 ZRG1 PSE-D (90), Neurological, Aging & Musculoskeletal Epidemiology (NAME) Study Section, June 2016.
- Member, Center for Scientific Review SBIB H (82), Clinical Fetal & Pediatric Applications Study Section, February 2017.
- Member, Center for Scientific Review SBIB H (82), Clinical Fetal & Pediatric Applications Study Section, October 2017.

Kanwaljeet S. Anand            CURRICULUM VITAE            58

2. **National Science Foundation:**
   - ➢ Directorate for Social, Behavioral, and Economic Sciences, Division of Behavioral and Cognitive Sciences (Neuroendocrinology Study Section, *ad hoc* Reviewer, 2004, 2012).

3. **Non-Federal and Foreign National Agencies:**
   - Medical Research Council of Canada (1987, 1991)
   - The Wellcome Trust, United Kingdom (1996, 1999, 2001, 2004)
   - Hospital for Sick Children Foundation, Toronto, Canada (1995, 1997)
   - Career Scientist Development Program, Ministry of Health, Canada (1996, 1998)
   - Austrian Federal Ministry of Education, Science and Culture (Division of Life Sciences) (2002)
   - Dutch Organization for Scientific Research, The Netherlands (1995, 2001)
   - The Blowitz-Ridgeway Foundation, "Neuroscience Grants" (2001, 2002, 2004)
   - Society of Critical Care Medicine, "Patient Safety Grants" (2003, 2004)
   - Swiss National Science Foundation, Division of Biology and Medicine, Bern, Switzerland: "Stress Neurobiology Grants" (2003)
   - Society of Critical Care Medicine, Vision Grants Review (2005, 2006, 2007)
   - German Ministry of Health, German Aerospace Center Department of Health Research, Long-term Studies in Health Research (September 2007).
   - Spanish Ministry of Health and Consumer's Affairs, Invited grant evaluator for the National Programme of Cooperative Research (March, 2008)

## Peer Reviews

1. **External Reviewer, Faculty Promotion Committees:**
   - ➢ **Dr. Ruth V.E. Grunau** for Assistant Professor, Department of Pediatrics, University of British Columbia, Vancouver BC, Canada.
   - ➢ **Dr. Joseph D. Tobias** for Associate Professor with Tenure, University of Missouri, Columbia, Missouri.
   - ➢ **Dr. Patricia A. McGrath** for Professor with Tenure, University of Western Ontario, London, Ontario, Canada.
   - ➢ **Dr. Bonnie Stevens** for Associate Professor with Tenure, University of Toronto, Toronto, Ontario, Canada.
   - ➢ **Dr. Steven J. Weisman** for Professor of Anesthesiology, Medical College of Wisconsin, Milwaukee, Wisconsin.
   - ➢ **Dr. Linda S. Franck** for Associate Professor, Department of Family Health Care Nursing, School of Nursing, University of California, San Francisco, CA.
   - ➢ **Dr. Myron Yaster** for Tenured Professor, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine, Baltimore, MD.
   - ➢ **Dr. G. Allen Finley** for Full Professor with tenure, Department of Anesthesiology, Dalhousie University, Halifax, Nova Scotia, Canada.
   - ➢ **Dr. William Zempsky** for Associate Professor, Department of Pediatrics, University of Connecticut Health Center, Farmington, CT.
   - ➢ **Dr. Santhanam Suresh** for Associate Professor in the Department of Anesthesiology,

Kanwaljeet S. Anand               CURRICULUM VITAE                        59

Feinberg School of Medicine, Northwestern University, Chicago, IL.
➢ **Dr. Marianne Garland** for Associate Professor in the Department of Pediatrics,
  Columbia University College of Physicians and Surgeons, New York, NY.
➢ **Dr. Natan Noviski** for Associate Professor, Department of Pediatrics, Harvard
  Medical School and MassGeneral Hospital for Children, Boston, MA.
➢ **Dr. Ruth Grunau** for Professor, Department of Pediatrics, University of British
  Columbia, Vancouver BC, Canada.
➢ **Dr. Michael Agus** for Associate Professor, Department of Anesthsiology & Critical
  Care Medicine, Harvard Medical School, Children's Hospital, Boston, MA.
➢ **Dr. Michael Bell** for Professor, Department of Critical Care Medicine, University of
  Pittsburgh, UPMC Children's Hospital of Pittsburgh, Pittsburgh, PA.
➢ **Dr. I. Federico Fernandez-Nievas** for Assistant Professor, University of Cleveland,
  Cleveland Clinic, Cleveland, OH.
➢ **Dr. Emilie Courtois**, Member of l'Académie des Sciences, Bourses françaises L'Oréal-
  UNESCO Pour les Femmes et la Science, Paris, France.
➢ **Dr. Umesh Narsinghani** for Professor, Department of Pediatrics, Mercer University
  School of Medicine, Macon, GA.
➢ **Dr. Andreas Schwingshackl** for Associate Professor In-Residence, Department of
  Pediatrics, David A. Geffen School of Medicine, University of California Los Angeles,
  Los Angeles, CA.
➢ **Dr. Jason Custer** for promotion to Associate Professor (non-tenure track), Department
  of Pediatrics, University of Maryland, Baltimore, MD.
➢ **Professor Ricardo Carbajal** for promotion to Professor and Chair, Division of General
  Pediatrics, University Hospital of Geneva, Geneva, Switzerland.

2. **Scientific Reviewer for:**
♦ 3rd International Meeting of Pediatric Intensive Care, June 1993, Padova, Italy.
♦ Conference on Pediatric Pain: Challenges, Innovations, and Costs, Emory University
  School of medicine and Egleston Children's Hospital, Atlanta GA, November 1995.
♦ 2nd World Congress on Pediatric Intensive Care, June 1996, Rotterdam, The
  Netherlands.
♦ 4th International Symposium on Pediatric Pain, July 1997, International Association for
  the Study of Pain, Helsinki, Finland.
♦ 3rd World Congress on Neonatal and Pediatric Intensive Care, June 2000, Montreal,
  Canada.
♦ 2005 Pediatric Academic Societies' (SPR/APS/APA/AAP) Annual Meeting, May 2005,
  Baltimore, MD.
♦ 5th International Symposium on Pediatric Pain, March 2010, International Association
  for the Study of Pain, Acapulco, Mexico.
♦ Workshop Reviewer, Pediatric Academic Societies' Annual Meeting, May 2012,
  Boston, MA.
♦ Workshop & Abstract Reviewer, Pediatric Academic Societies' Meeting, May 2013,
  Washington DC.
♦ Workshop & Abstract Reviewer, Pediatric Academic Societies' Meeting, May 2014,
  Vancouver, BC (Canada).
♦ Workshop & Abstract Reviewer, Pediatric Academic Societies' Meeting, April-May

Kanwaljeet S. Anand                    CURRICULUM VITAE                              60

2015, San Diego, CA.
♦        Workshop Proposal Reviewer, Pediatric Academic Societies' Meeting, May 2015,
         Baltimore, MD.

3.  Member, Promotions & Tenure Committee, Department of Pediatrics, University of
    Tennessee Health Science Center (2009-2015) and Chair, Promotions & Tenure Committee,
    Department of Pediatrics, University of Tennessee Health Science Center, 2013


**Academic Leadership Activities:**

1.  Moderator, Symposium on "Pain and Stress Responses in Children": for the 1st World
    Congress of Pediatric Intensive Care, June 1992, Baltimore MD, U.S.A.
2.  Moderator, Symposium on "Pain Control in the Intensive Care Nursery": Special Ross
    Conference on "Hot Topics in Neonatology 1992", December 1992, Washington DC, U.S.A.
3.  Moderator, Symposium on "Analgesia and Sedation in the Pediatric I.C.U.": The 3rd
    International Meeting on Pediatric Intensive Care, June 1993, Padova, Italy
4.  Chairman, "Neonatal Outcome and Prolonged Analgesia in Newborn ICUs": Protocol
    Discussion Meeting for the NOPAIN Trial, held in conjunction with "Hot Topics in
    Neonatology 1993" December 1993, Washington DC, U.S.A.
5.  Organizer and Co-Chairman, National Institute of Child Health and Human Development
    Symposium on "Neonatal Pain: Physiology and Management", supported by the NICHD
    Center for Research for Mothers and Children, June 1994, Philadelphia PA, U.S.A.
6.  Moderator for a Workshop on "Pain during Critical Illness: Management Principles", 3rd
    International Symposium on Pediatric Pain, IASP Special Interest Group on Pain in Children,
    June 1994, Philadelphia PA, U.S.A.
7.  Course Director, International Symposium on "Pain in Infants: Assessment and Management"
    Emory University School of Medicine and Egleston Children's Hospital, October 20, 1994,
    Atlanta GA, U.S.A.
8.  Moderator, Symposium on Maternal and Newborn Health "Pain in Newborns: Revolutionary
    impact on N.I.C.U. care", CHILD HEALTH 2000: Second World Congress & Exposition,
    May 30 - June 3, 1995, Vancouver (B.C.), Canada.
9.  Course Director, "Pediatric Pain: Challenges, Innovations and Costs" Emory University
    School of Medicine and Egleston Children's Hospital, November 4, 1995, Atlanta GA, U.S.A.
10. Moderator, Symposium on "Intensivists as Change Agents", in Survival Strategy for Pediatric
    Intensivists under Managed Care, Egleston Children's Health Care System and Emory
    University, March 14-15, 1996, Atlanta GA, U.S.A.
11. Chairman, Committee on Pain in Newborns and Infants, Project funded by the Maternal and
    Child Health Bureau, Department of Health & Human Services, U.S. Government, 1996-98.
12. Moderator, Poster Symposium on Analgesia and Sedation in the Pediatric I.C.U., 2nd World
    Congress on Pediatric Intensive Care, Rotterdam, The Netherlands, June 23-26, 1996.
13. Presented a proposal to the Site Selection Committee for getting the 3rd World Congress of
    Pediatric Intensive Care to Atlanta in July 2000.
14. Fourth International Pediatric Pain Symposium, Special Interest Group on Pediatric Pain,
    International Association for the Study of Pain, July 1-4, 1997, Helsinki, Finland.
    Chairperson, Scientific Symposium 5: Clinical Pharmacology of Analgesics in Children.

15. Chairman, International Consensus Conference on "Pain and Pain Management during Infancy", Nice, France, April 21-23, 1998.
16. Co-Chairman, Symposium on "Pain Management in Neonatal and Pediatric Intensive Care", 9th Annual Meeting, European Society of Pediatric Intensive Care, Stockholm, Sweden, September 6-9, 1998.
17. Moderator, Symposium on "Philosophical and Scientific Bases for the Definition of Pain", 17th Annual Scientific Meeting, American Pain Society, San Diego, CA, November 5-8, 1998.
18. Chairman, International Consensus Conference on "Pain Management Guidelines for Infant", Baden-Baden, Austria, August 20-21, 1999.
19. Moderator, Session on "Pharmacological Management", 27th Neonatal & Infant Symposium, University of California at Irvine, College of Medicine, Vail, Colorado; March 19-23, 2000.
20. Chairman, Pharmacology, Pain & Sedation Track, at the 3rd World Congress on Pediatric Intensive Care, Montreal, Canada, June 24-29, 2000.
21. Moderator of the Plenary Session, Pharmacology, Pain & Sedation Track, 3rd World Congress on Pediatric Intensive Care, Montreal, Canada, June 24-29, 2000.
22. Chairman, State-of-the-Art Plenary Session on Pediatric Pain, PAS 2002 Meeting, Baltimore MD, May 3-7, 2002.
23. Chairman, Plenary Session on Pain, 18th European Congress of Perinatal Medicine, June 19 – 22, 2002; Oslo, Norway.
24. Chairman, Plenary Session, 8th Biennial Congress, European Society for Developmental Pharmacology (ESDP), October 27th, 2002; Liège, Belgium.
25. Chairman, Pharmacology, Analgesia & Sedation Track, 4[th] World Congress on Pediatric Intensive Care, Boston MA, June 16-20, 2003.
26. Chairman, NICHD/FDA Task Force for Neonatal Anesthesia, Analgesia and Sedation, Newborn Drug Development Initiative from the Best Pharmaceuticals for Children Act, February 10th, 2003.
27. Expert Witness for the U.S. Department of Justice, defendants of the Partial Birth Abortion Ban Act of 2003. Provided expert testimony on the development of fetal pain in the Supreme Courts for the District of Nebraska, Southern District of New York, and Northern District of California.
28. Chairman, Neonatal Pain Control Working Group, Newborn Drug Development Initiative Workshop, March 29th and 30th, 2004; Baltimore, MD.
29. Research Competition Judge, 11th Annual Residents' Day, Department of Anesthesiology, University of Arkansas for Medical Sciences, February 12th, 2005; Little Rock, AR.
30. Moderator for the Brain Injury Poster Symposium Session, Saturday, PAS Annual Meetings, Washington DC, May 14th, 2005.
31. Chairman, 11th World Congress on Pain held in Sydney, Australia, workshop on "Impact of Neonatal Pain on Subsequent Pain Processing, Pain Thresholds and Responses to Analgesia".
32. Hosted a meeting of the NIMH-funded Maternal-Fetal Network (Impact of Adverse Fetal and Neonatal Experience on Child and Adolescent Mental Health, "Salient Environmental Signals and Learning Systems: the LHPA Axis") in Little Rock, October 5-7, 2006.
33. 36th SCCM Critical Care Congress, Orlando, FL; February 17-21, 2007; Chaired the Annual Meeting of the SCCM Research Committee.
34. Social Issues Roundtable, Society for Neuroscience Meeting, San Diego CA, November 11-16, 2007. Multi-disciplinary discussion on: "Can the Neuroscience of Fetal Pain and Human Consciousness inform Social Issues, Current Policies or Pending Legislation?"

Kanwaljeet S. Anand                    CURRICULUM VITAE                              62

35. Moderator, *Neonatal Clinical Trials: Nutrition, Development and Pulmonary Outcomes*,
    PAS Original Science Abstracts - Platform Session, Saturday, 5/4/2013; Washington
    Convention Center, Washington DC.
36. Chairman, *Community, Family, Health and Genetics: Risk Factors for Socio-emotional
    Development in Urban Children*, PAS Topic Symposium; Monday, 5/6/2013; Washington
    Convention Center, Washington DC.
37. Chairman, Workshop on *Opioid Therapy in Neonates: Long-term Effects & Functional
    Outcomes*, 9th International Symposium on Pediatric Pain, Stockholm, Sweden; June 17-21,
    2013.
(Dr. Anand has continued to play leadership roles in various national and international meetings
since June 2013, but stopped recording these roles since they were too numerous to count and
were offered due to his preeminence in the fields of neonatal pain and pediatric critical care.)


**National Research Committees:**
- Data & Safety Monitoring Committee, NIH Grant to University of Pittsburgh (clinical trial of
  hypothermia for critically ill children with head trauma - NINDS): 1999-2003
- Consultant, G. D. Searle & Co., Planning Committee for Pediatric Trials of COX-2
  Inhibitors: 2000-2002
- Consultant, The Vermont-Oxford NICU Network, NIC/Q 2002 Collaborative: 2002-2003
- Research Committee, Society of Critical Care Medicine: 2003-2006; Vice Chair: 2005-2006;
  Chairman: 2006-2007.
- NICHD/FDA (National Institute of Child Health and Human Development / Food and Drug
  Administration, Center for Drug Evaluation and Research) Newborn Drug Development
  Initiative, Member of the National Planning Group 2003-2004
- NICHD/FDA Newborn Drug Development Initiative, Chairman of the Neonatal Pain Control
  Working Group: 2003-2005
- Data Safety and Monitoring Board for an NHLBI-supported program "Re-engineering
  Clinical Research in Critical Care" 2005-2008.


## COMMITTEE APPOINTMENTS:

**Stanford University School of Medicine**
- Division Chiefs Committee, Department of Pediatrics, Stanford University (2015-2016)
- Search Committee for Director, Non-invasive Cardiac Imaging Lab, Department of Pediatrics
  and Lucile Packard Children's Hospital (2016-2017)

**Lucile Packard Children's Hospital Stanford**
- Service Chiefs Committee (2015-2017)
- Medical Executive Committee (2015-2016)
- Medical Director, Pediatric Intensive Care Unit (June-November, 2016)
- PICU Governance Committee (2015-2016)
- Quality Improvement Council (2015-2016)
- Clinical Improvement Committee (2015-2016)
- Pediatric I.C.U. Local Improvement Team (LIT) Committee (2015-2016)

Kanwaljeet S. Anand                    CURRICULUM VITAE                         63

- Critical Care Daily Management Oversight Committee (2015-2016)
- Packard 2.0-Growing Together: Operations & Transition Planning Committee (2015-2016)

**International Association for the Study of Pain:**
Selection Committee for the "Young Investigator Award in Pediatric Pain": 2011, 2014, 2017
Member of the Governing Council, Special Interest Group for Pediatric Pain (2010-2017)
Chair, Selection Committee for the "Distinguished Investigator Award in Pediatric Pain",
International Association for the Study of Pain: 2011, 2013, 2015

**Society for Critical Care Medicine**
Research Committee: Member (2001-2006), Vice-Chair (2006-2007), Chair (2007-2008)
SCCM Research Foundation, Board Member (2009-2014)

***Previous Committee Appointments:***

***Egleston Children's Hospital at Emory University:***
Pediatric Intensive Care Unit Committee: 1993-1997
Care Pathways Task Force: 1994-1996.
Asthma Care Pathway Development Task Force: 1994-95
Nursing Research Council, Pediatric I.C.U.: 1994-1997
Bereavement Council, Pediatric I.C.U.: 1995-1997
Re-engineering of Intensive Care Services: Aug 1995 - June 1996
Chairman, Research Office Development Task Force: 1996

***Department of Pediatrics, Emory University School of Medicine:***
Departmental Executive Committee: 1995-96
Division Director's Committee: 1995-96
Goddard Faculty Scholar Selection Committee: 1995
Long-Term Research Planning Committee: 1995-96

***Emory University School of Medicine:***
Planning Committee, Problem-Based Learning Course: 1995-96
Committee for the Care and Use of Fetal and Newborn Animals: 1995

***U.A.M.S. College of Medicine:***
- Section Heads Committee, Department of Pediatrics: 1997 to June, 2003
- Program Directors Subcommittee, Graduate Medical Education Committee: 1998 to 2003
- Search Committee for Chairman of the Anatomy Department: 1998-99
- Research Advisory Committee, General Clinical Research Center: 1999 to 2001
- College of Medicine Research Committee (Grants Review): 1999
- Summer Science Student Selection Committee, Department of Pediatrics: 2000
- Chairman, Pediatric Endocrinology Search Committee, Department of Pediatrics: 1999-2000
- Chairman, Research Strategic Planning Committee, Department of Pediatrics: 2000
- Member, GME Appeals Board, UAMS: 2002 to 2004
- Member, Genetics Senior Scientist Search Committee: 2002

Kanwaljeet S. Anand                   CURRICULUM VITAE                              64

- Chair, Faculty Mentoring Committees for Mark Heulitt, M.D. (1999-2001); Mohd. Ilyas, M.D. (2001-to present); R. Whit Hall, M.D. (1999-to present)
- Faculty Mentoring Committees for Craig Rowlands, Ph.D. (1999-2001); Shalini Khurana, M.D. (2003-2005), Adnan Bhutta, M.D. (2002-to present), Ritu Sachdeva, M.D. (2003-to present); Jeffrey R. Kaiser, M.D. (2001-2005); Regina Gargus, M.D., MPH (2005-to present)
- Recruitment Committee for Department of Anatomy and Neurobiology: 2002-2004
- Member, Search Committee for Chief of Pediatric Genetics & Genomics, 2004 – 2005.
- Interviewer for Department of Pediatrics Residency Program candidates, 2002, 2003, 2004.
- Member, Biostatistics Steering Committee, Department of Pediatrics 2004-2005
- CCM Fellows Scholarship Committees, Department of Pediatrics, 2004 – to present.
- Member, Developmental Biology Core Scientists Search Committee, 2005 – to present.
- Campus-wide Criterion 4 Committee, University of Arkansas for Medical Sciences: 2005
- Faculty Advisor, UAMS Graduate School of Studies: 2005
- Member, Special Ad Hoc Evaluation Committee on College-Wide Events, UAMS College of Medicine

*U.A.M.S. College of Nursing:*
- Member, Nursing Scholars Mentoring Committee
- NIH Grant Review Committee, Dr. Pao-Feng Tsai, August, 2004.

*Arkansas Children's Hospital:*
- Space Committee: 1997 to 2000
- PICU-CQI Committee: 1997 to 2006
- Multidisciplinary Mortality & Morbidity Review Committee: 1997 to 2001
- Chairman, Task Force on Analgesia for Withdrawal of Life Support: 1998-99
- Intensive Care Committee: 1998 to 2003
- Corporate Compliance Executive Committee: 1999 to 2003
- Nitric Oxide Therapy Task Force: 2000
- Pain Management QI Team: 2000 to 2001
- Pediatric Intensive Care Unit Planning Team, 2001 to 2003

*Arkansas Children's Hospital Research Institute*
- Research Council: 1997 to 2009.
- Board of Directors: 1999 to 2008
- Chairman, Clinical Research Advisory Committee: 1999 to 2002
- Co-Chair, Faculty Research Conference, 2001 to 2009
- Vice-Chair, Search Committee for the President of ACHRI: April to Sept., 2003
- ACHRI Research Council task force: Definition of focus areas, September – December 2004.

*University of Tennessee Health Science Center:*
- Dean's Faculty Advisory Committee 2013-2015.
- Member, Promotions & Tenure Committee, Department of Pediatrics 2009-2015.
- Chair, Promotions & Tenure Committee, Department of Pediatrics, 2013
- Division Directors Committee, Department of Pediatrics 2009-2014

Kanwaljeet S. Anand                    CURRICULUM VITAE                          65

- Curriculum Re-design Committee: Basic Science, College of Medicine 2010-2012
- Research Committee, Children's Foundation Research Center  2009-2014
- Search Committee for the Executive Dean, College of Medicine 2011-2012
- Search Committee for the Dean, College of Pharmacy 2012-2013
- Research Development Advisory Committee, Clinical & Translational Science Institute 2009-2012

*Le Bonheur Children's Hospital:*
- Senior Leadership Council 2009-2014
- Physician Advisory Group  2010-2012
- Quality Council 2009-2013
- Hospital Ethics Committee 2009-2014
- Hospital Operations Move Committee 2009-2010
- Critical Care Safety & Quality Committee 2009-2014
- Disaster Preparedness Task Force 2010-2012
- Neuro-ICU Design Committee 2012-2013
- Pediatric Burns Task Force 2009-2012
- CLABSI Reduction Task Force 2010-2015
- CVICU Physician Leadership Committee 2009-2013
- Organ Transplant Advisory Committee 2012-2014
- Pharmacy & Therapeutics Committee 2010-2015

*St. Jude Children's Research Hospital:*
- Critical Care Committee 2009-2014
- Tower 2 Planning Committee 2011-2013
- GME Committee, *ad hoc* consultant for simulation studies 2012-2013

*Methodist Le Bonheur Healthcare System:*
- System-wide Ethics Committee, 2011-2015
- Critical Care Study Group, 2010-2013
- Senior Fellow, Center of Excellence in Faith & Health, 2010-2013

*The Urban Child Institute:*
- Principal Investigators Steering Committee, 2009-2015

**INVITED PRESENTATIONS:**

**1983**

4th Annual Conference, National Neonatology Forum, December, 1983, Indore, India.  "The stress response of neonates to surgical trauma."

**1984**

Kanwaljeet S. Anand                    CURRICULUM VITAE                          66

International Symposium on Surgery and Support of the Premature Infant, September, 1984, Dublin, Ireland.  "Metabolic changes following thoracotomy in preterm neonates."

Symposium on Perspectives in Neonatology, November, 1984, Newcastle upon Tyne, UK.  "The metabolic and endocrine responses of the human newborn to surgical stress."

Nuffield Department of Surgery Seminars, University of Oxford, February, 1984, Oxford, UK.  "Response of the neonate to the stimuli of surgical stress."

Post-Graduate Lectures, Janeway Childhealth Center, Memorial University of Newfoundland, August, 1984, St. John's, Canada.  "The beneficial and harmful effects of endocrine-metabolic changes in neonates undergoing surgery."

Department of Anaesthesia Seminars, The Brompton Hospital, November,1984, London, UK.  "The neonatal stress response to surgery: Is it a physiological or pathological phenomenon?"

Post-Graduate Seminars, Nuffield Department of Anaesthetics, University of Oxford, November, 1984, Oxford, UK.  "Pathophysiology of the neonatal stress response to anaesthesia and surgery."

### 1985

1st Joint Meeting, The Neonatal Society and British Association of Perinatal Paediatrics, July, 1985, Dundee, UK.  "The endocrine and metabolic response of preterm neonates to ligation of a patent ductus arteriosus."

Ciba Foundation Symposium on "Pain and the Fetus" (Ciba Foundation), October, 1985, London, UK.  "Does the newborn infant need anaesthesia during surgery?"

6th Annual Conference, National Neonatology Forum, November, 1985, Calcutta, India.  "Total parenteral nutrition in newborn infants undergoing surgery."

Paediatric Post-Graduate Lectures, Department of Paediatrics, University of Leicester, February, 1985, Leicester, UK.  "Regulation of metabolic homeostasis in the neonatal surgical patient and its practical implications."

Grand Rounds, Department of Anesthesia, children's Hospital, Harvard Medial School, April, 1985, Boston, MA.  "Features of the neonatal stress response to anaesthesia and surgery."

Paediatric Cardiology Seminars, Department of Child Health, University of Newcastle upon Tyne, May, 1985, Newcastle upon Tyne, UK.  "Practical management of the newborn infant undergoing cardiac surgery in relation to the body's stress response."

Post-Graduate Lectures, Nuffield Department of Anaesthetics, University of Oxford, November, 1985, Oxford, UK.  "Randomised control trials of halothane and fentanyl anaesthesia in neonates undergoing surgery."

Kanwaljeet S. Anand                CURRICULUM VITAE                        67

Guest Lectures, Department of Paediatrics, Post-Graduate Institute for Medical Education and Research, November,1985. Chandigarh, India. "Does the newborn infant really need anesthesia?"

Guest Lectures, Department of Surgery, Post-Graduate Institute for Medical Education and Research, November, 1985, Chandigarh, India. "Measuring the severity of surgical stress in newborn infants."

### 1986

International Symposium on "Analgesia for Neonates", The Association of Anaesthestists of Great Britain and Ireland, July, 1986, London, UK. "Is the stress response in the newborn different to that in the adult?"

Anesthesia Grand Rounds, Children's Hospital, February, 1986, Boston, MA. "An overview of neonatal stress response."

Cardiac Anesthesia Seminars, Department of Anesthesia, Massachusetts General Hospital, February, 1986, Boston, MA. "Clinical implications of the neonatal stress response."

Paediatric Grand Rounds, Department of Child Health, University of Newcastle upon Tyne, April, 1986, Newcastle upon Tyne ,UK. "Endocrine and metabolic changes in newborn infants undergoing anaesthesia and surgery."

Surgical Grand Rounds, Department of Surgery, Children's Hospital, May, 1986, Boston, MA. "Measuring the severity of surgical stress in neonates and small infants."

Neonatology Grand Rounds, Department of Paediatrics, University of Oxford, John Radcliffe Hospital, July, 1986, Oxford, UK. "An overview of the neonatal stress responses to surgery."

Anesthesiology Grand Rounds, Department of Anesthesiology, Tufts University, New England Medical Centre Hospitals, December 1986, Boston, MA. "Does the neonate feel pain?"

Pain Clinic Seminars, Children's Hospital, December, 1986, Boston, MA. "Pain perception in the human newborn infant."

### 1987

International Symposium on Paediatric Surgical and Neonatal Intensive Care, September, 1987, Paris, France. "Randomised trials of fentanyl and halothane - Is anaesthesia necessary for the human newborn infant?"

Third International Symposium on Paediatric Surgical and Neonatal Intensive Care, September, 1987, Paris, France. "Measurement of the degree of surgical stress in newborn infants by a novel scoring method."

Case: 1:17-md-02804-DAP Doc #: 2978-31 Filed: 10/01/19 82 of 145. PageID #: 429690

First Annual Conference, Society for Pediatric Anesthesia, October, 1987, Atlanta, GA. "Stress response to surgery in the newborn."

International Symposium on 'Opiate Receptors and Pain Management', November, 1987, New Orleans, LA. "Effects of high-dose sufentanil anesthesia on the mortality of neonates undergoing cardiac surgery."

Cardiology Grand Rounds, Department of Pediatrics, Children's Hospital, January, 1987, Boston, MA. "Neonatal stress responses and their practical implications."

Neuropathology Research Seminars, Department of Neurosciences, Harvard Medical School, January, 1987, Boston, MA. "Pain perception in the human fetus and newborn: present data and future research."

Neonatology Seminars, Children's Hospital, March, 1987, Boston, MA. "Pain perception and use of narcotics in preterm and term neonates."

NICU Clinical Conference, Joint Program of Neonatology, Brigham and Women's Hospital, March, 1987, Boston, MA. "Does the newborn baby feel pain and what can we do about it?"

Surgical Grand Rounds, Department of Surgery, Children's Hospital, June, 1987, Boston, MA. "Fundamental statistics for medical research."
Anesthesia Grand Rounds, Department of Anesthesia, Massachusetts General Hospital, July, 1987, Boston, MA. "Neonatal stress responses."

Post-Graduate Seminars, Department of Paediatrics, University of Cambridge, Addenbrooke's Hospital, August, 1987, Cambridge, UK. "Pain perception in the human newborn infant."

Joint Colloquium, Departments of Paediatrics, Surgery & Anesthesia, Christian Albrechts University of Kiel, Universitats-Kinderklinik, September, 1987, Kiel, FRG. "Neonatal stress responses and their relation to pain."

Neonatal Grand Rounds, Department of Paediatrics, Montreal Childrens Hospital, October, 1987, Montreal, Canada. "Does the newborn baby feel pain?"

### 1988

International Symposium on 'Pain after Surgery and Trauma', May, 1988, Meran, Italy. "Postoperative pain in infants and children."

Symposium on 'Emotional & Physical Needs of the Newborn', June, 1988, London, UK. "Pain perception in preterm and term neonates."

1st International Symposium on Pediatric Pain, July, 1988, Seattle, WA.. "Pain and its effects in the human neonate."

Kanwaljeet S. Anand          CURRICULUM VITAE                    69

B.P.A. Diamond Jubilee Paediatric Conference, Royal College of Physicians of London, October, 1988, London, UK. "The ontogeny of pain perception in the human fetus and neonate."

Second Annual Conference, Society for Pediatric Anesthesia, October, 1988, San Francisco, CA. "The stress response - how is the newborn different?"

Joint Conference of the American Pain Society & Canadian Pain Society, November, 1988, Toronto, Canada. "Physiological responses to pain in neonates".

Anesthesia Grand Rounds, Department of Anesthesiology and Critical Care Medicine, The Johns Hopkins Hospital, January, 1988, Baltimore, MD. "Effects of anesthesia on the neonatal stress responses."

Neonatology Grand Rounds, Department of Pediatrics, Stanford University Medical Center, January, 1988, Palo Alto, CA. "Pain perception in preterm and term neonates."

Pediatric Grand Rounds, Department of Pediatrics, The Johns Hopkins Hospital, January, 1988, Boston, MA. "Pain and stress responses in neonates."

Anesthesia Grand Rounds, Department of Anesthesia, Beth Israel Hospital, February, 1988, Boston, MA. "Randomised trial of sufentanil anesthesia in neonates undergoing cardiac surgery."

Clinical Conference, Joint Program in Neonatology, Brigham & Women's Hospital, May, 1988, Boston, MA. "Mechanisms of pain and the ontogeny of nociception in the human fetus and neonate."
Anesthesia Grand Rounds, Department of Anesthesiology, Children's Hospital National Medical Center, George Washington University, June, 1988, Washington, DC. "Pain and stress in surgical neonates: The role of anesthesia."

Anesthesia and Surgery Combined Grand Rounds, Departments of Anesthesia and Surgery, Children's Hospital of Eastern Ontario, June, 1988. Ottawa, Canada. "Anesthetic requirements for neonates."

Anesthesia Grand Rounds, The Children's Hospital, Boston, September, 1988, Boston, MA.. "Advances in our understanding of the role of stress attenuation in the newborn."

**1989**

Annual conference, The Philadelphia Perinatal Society, January, 1989, Philadelphia, PA. Keynote Address: "Pain and its effects in the Human Neonate and Fetus."

Annual Conference, The New England Perinatal Society, February, 1989, Manchester, VT. Keynote Address: "Pain in the newborn baby."

The 1989 "Trends in NICU Nursing" Conference, April, 1989, Boston, MA. "Pain Management in the NICU".

Kanwaljeet S. Anand                    CURRICULUM VITAE                              70

First European Conference on Pediatric Pain, IASP & European Chapters for the Study of Pain, June, 1989, Maastricht, The Netherlands.  Keynote Address: "Pain in the neonate: Myths and realities."

International symposium on "Opioids in Anesthesia II", September, 1989, Cleveland, OH. "Opioids and Outcome in Pediatric Surgery."

Fifth Annual Neonatal Symposium "Persistent Perinatal Problems", St. Elizabeth Hospital Medical Center, October, 1989, Youngstown, OH.  "Ontogeny of pain perception in the human fetus and neonate".

Fifth Annual Neonatal Symposium "Persistent Perinatal Problems", St. Elizabeth Hospital Medical Center, October, 1989, Youngstown, OH. "Stress responses and their clinical implications in the fetus, preterm and term newborn".

Pediatric Grand Rounds, Department of Pediatrics, The Children's Hospital of Philadelphia, Philadelphia, March, 1989.  "Can the newborn infant feel pain?"

Anesthesia Grand Rounds, Department of Anesthesia and Critical Care Medicine, The Children's Hospital of Philadelphia, Philadelphia, March, 1989.  "anesthetic implications from neonatal stress responses."

Symposium on Pain, Harvard Anesthesia Center, Harvard Medical School, Boston, May, 1989. "Pain in the human neonate."

Neonatal Symposium, St. Joseph's Health Center and Lawson Research Institute, London, Ont., Canada, September, 1989.  "Metabolic and endocrine accompaniments of pain in the newborn."

Pediatric Grand Rounds, Children's Hospital of Western Ontario, London, Ont., Canada) September, 1989.  "Pain in the neonate: myths and realities."

Advances in Pharmacology Seminar, Department of Pharmacology and Robert's Research Institute, University of Western Ontario, London Ont., Canada, September, 1989.  "Strategies for the management of pain in the human neonate."

CME Seminars, Department of Pediatrics and Adolescent Medicine, The Lahey Clinic, Burlington (USA), November, 1989.  "Pain and its management in newborns and infants."

**1990**

Conference on "Shaping the Future of Children's Health Care", 25th Annual Conference, Association for the Care of Children's Health, Washington DC, May, 1990.  "Assessing and managing pain in infants".

Fourth Annual John Lind Symposium on "Pain in Children", Trollhatan, Sweden, September,

Kanwaljeet S. Anand                    CURRICULUM VITAE                            71

1990. <u>Keynote Address</u>: "The neuroanatomy, neurophysiology, and neurochemistry of pain, stress and analgesia in newborns and children."

44th Annual congress, Svensk Forening Fro Anestesi och Intensivvard, Huddinge, Sweden, September, 1990. <u>Keynote Address</u>: "The neuroanatomy, neurophysiology, and neurochemistry of pain, stress and analgesia in newborns and children."

Contemporary Forums Annual Conference on 'Developmental Interventions in Neonatal Care', Washington DC (USA), November, 1990. "Assessment and management of pain in the neonate."

Nursing Grand Rounds, Department of Nursing, The Children's Hospital, Boston, MA, February, 1990. "Pain in neonates: common myths and current scientific facts."

Critical Care Medicine Seminars, Department of Anesthesiology and Critical Care Medicine, The Johns Hopkins Hospital, Baltimore, July, 1990. "Management of pain in the ICU."

Clinical Symposium, Department of Anesthesiology and Intensive Care, Children's Hospital, University of Goteberg, Goteberg, Sweden, September, 1990. "Recent findings from studies on surgical metabolism in neonates."

Pediatric Grand Rounds, Department of Pediatrics, Children's Hospital, University of Goteberg, Goteberg, Sweden, September, 1990. "Neuroanatomy, Neurophysiology, and Neurochemistry of Pain in Newborns and Children."
Joint Perinatal Symposium, Nobel Institute for Neurophysiology, Karolinska Institute, and Department of Pediatrics, Karolinska Hospital, Stockholm, Sweden, September, 1990. "Pain and its Effects in the Human Neonate."

Perinatal Grand Rounds, Berkshire Medical Center, Pittsfield, MA, October, 1990. "Assessing and Managing Pain in Neonates."

Topics in Pediatrics, Berkshire Area Health Education Center, Pittsfield, MA, October, 1990. "Do newborns feel pain?"

### 1991

11th Myron B. Laver International Postgraduate Course, Department of Anaesthesia, University of Basel, Basel, Switzerland, March, 1991. "Developmental aspects of Pain."

10th Annual Meeting, American Pain Society, New Orleans, LA, November, 1991. <u>Keynote Address</u>: "Pain in the Newborn."

Junior Resident Rounds, Department of Medicine, Children's Medical Center, Fort Worth, TX, February, 1991. "Pain and stress responses in neonates."

Medicine Grand Rounds, Cook-Forth Worth Children's Medical Center, Fort Worth, TX, February, 1991. "Assessing and managing pain in infants."

Kanwaljeet S. Anand          CURRICULUM VITAE                          72

Anesthesia Grand Rounds, University of Washington Department of Anesthesiology, Seattle, WA, March, 1991. "Pain and stress responses in neonates: Anesthetic effects."

Pediatric Grand Rounds, University of Washington Department of Pediatrics, Children's Hospital and Medical Center, Seattle, WA, March, 1991. "Developmental biology and clinical aspects of pain in infancy."

Neonatology Seminars, Division of Neonatal and Respiratory Diseases, University of Washington Medical Center, Seattle, WA, March, 1991. "Management of pain and stress in the Neonatal Intensive Care Unit."

Junior Resident Rounds, Department of Medicine, Children's Hospital, Boston, MA, April, 1991. "Philosophical basis for facing the issues of death and dying in pediatric patients."

Core Curriculum Lectures, Department of Medicine, Children's Hospital, Boston, MA, May, 1991. "Cardiovascular monitoring parameters: Pitfalls and usefulness in clinical medicine."

Anesthesia Grand Rounds, Department of Anesthesia, Children's Hospital, Boston, MA, October, 1991. "Metabolic changes during newborn surgery."


## 1992

Greater Boston Chapter, American Association of Critical Care Nursing, Boston, MA, January, 1992. "Pain in the neonate: basic sciences, assessment and management."

International Pain Symposium, Medical College of Georgia, Atlanta, GA, April, 1992. "Development of pain pathways."

International Pain Symposium, Medical College of Georgia, Atlanta, GA, April, 1992. Panel discussion on "Basic mechanisms of pain."

Annual Perinatal Symposium, University of Michigan, Ann Arbor, MI. May, 1992. "Pain and its clinical management in neonates."

21st Educational and Scientific Symposium, Society of Critical Care Medicine, San Antonio, TX, May, 1992. Panel discussion on "Endocrine response in the critically ill."

10th World Congress of Anesthesiologists, The Hague, The Netherlands, June, 1992. Refresher Course on "Surgical stress and metabolism in neonates."

1st World Congress of Pediatric Intensive Care, Baltimore, MD, June, 1992. "Stress responses and clinical outcome in newborn infants and children."

Special Ross Conference on "Hot Topics in Neonatology 1992", Washington, DC, December,

Kanwaljeet S. Anand                    CURRICULUM VITAE                           73

1992. "Analgesia and sedation in the Neonatal Intensive Care Unit."

Anesthesia Journal Club, Department of Anesthesia, Massachusetts General Hospital, Boston, MA, January, 1992. "Stress responses in neonatal cardiac surgery."

Neonatology Grand Rounds, The Medical Center of Central Massachusetts - Memorial, Worcester, MA, March, 1992. "Pain control in the neonate."

Anesthesia Grand Rounds, University of Michigan Medical Center, C.S. Mott Children's Hospital, Ann Arbor, MI, May, 1992. "Anesthesia and stress responses in neonates."
Pediatric Grand Rounds, University of Michigan Medical Center, C.S. Mott Children's Hospital, Ann Arbor, MI, May, 1992. "Pain in the neonate: scientific background and clinical approaches."

Respiratory Intensive Care Unit Seminars, Departments of Medicine, Surgery, & Anesthesia, Massachusetts General Hospital, Boston, MA, July, 1992. "Stress responses and clinical outcome in critical illness."

Fellows Conference, Division of Pediatric Intensive Care, Massachusetts General Hospital and Harvard Medical School, Boston, MA, September, 1992. "Newer agents for analgesia and sedation."

Pediatric Grand Rounds, Joint CME Program, Lawrence General Hospital and Holy Family Hospital, Lawrence, MA, October, 1992. "Analgesia and sedation in pediatric patients."

CME Seminars, Departments of Obstetrics and Neonatology, Georgetown University and The Arlington Hospital, Arlington, VA, October, 1992. "Pain in the neonate: Myths and Realities."

CME Seminars, Departments of Obstetrics and Neonatology, Georgetown University and The Arlington Hospital, Arlington, VA, October, 1992. "Neonatal stress and responses."

CME Seminars, Departments of Obstetrics and Neonatology, Georgetown University and The Arlington Hospital, Arlington, VA, October, 1992. "Assessment and management of pain in the neonate."

CME Seminars, Departments of Obstetrics and Neonatology, Georgetown University and The Arlington Hospital, Arlington, VA, October ,1992. "Case discussions: Pediatric and neonatal pain management."

Research Seminars, Division of Critical Care Medicine, Children's Hospital of Dallas, University of Texas, Southwestern Medical School, Dallas, TX, October, 1992. "Pain and stress responses in neonates."

Pediatric Grand Rounds, Department of Pediatrics, The Rhode Island Hospital, Brown University, Providence, RI, October, 1992. "Pain in the neonate: myths and realities."

Research-in-Progress Seminars, Department of Pediatrics, Yale University, Yale-New Haven

Kanwaljeet S. Anand          CURRICULUM VITAE                    74

Hospital, New Haven, CT, November, 1992. "Pain and memory in the neonate."

### 1993

3rd International Meeting on Pediatric Intensive Care, Padova, Italy, June, 1993. "Role of analgesia in the clinical outcome of critically ill pediatric patients."

11th Annual Panhandle Regional Perinatal Symposium: "Challenges and Issues in Perinatal Care," Amarillo TX, October, 1993. "Development of Pain Perception in Fetal and Neonatal Life."

11th Annual Panhandle Regional Perinatal Symposium: "Challenges and Issues in Perinatal Care", Amarillo TX, October, 1993. "Clinical Assessment and Management of Pain in the Neonate."

Pediatric Grand Rounds, Department of Pediatrics, I.W. Killam Children's Hospital, Dalhousie University, Halifax, Nova Scotia, Canada, February, 1993. "Pain in neonatal and pediatric intensive care."

Psychology Grand Rounds, Department of Psychology, Dalhousie University, Halifax, Nova Scotia, Canada, February, 1993. "Developmental neurobiology of pain in humans."

Pediatric Grand Rounds, Department of Pediatrics, Cambridge Hospital and Mount Auburn Hospital, Harvard Medical School, Boston, MA, February, 1993. "Clinical importance of pain in neonates."

Pediatric Grand Rounds, Department of Pediatrics, Emory University and Egleston Children's Hospital, Atlanta GA, December, 1993. "Assessment and management of pain in infants and children."

### 1994

23rd Educational and Scientific Symposium, Society of Critical Care Medicine, "Thinking About Tomorrow", February 1994, Orlando, FL "Metabolic Response to Stress in the Critically Ill Infant."

NICHD Symposium on "Neonatal Pain: Physiology and Management", Philadelphia PA, June, 1994. "Long-term clinical outcomes of repetitive neonatal pain: behavioral changes in rats".

3rd International Symposium on Pediatric Pain, International Association for the Study of Pain, Special Interest Group on Pain in Children, Philadelphia, PA, June, 1994. "Research in neonatal pain/stress: A personal journey."

3rd International Symposium on Pediatric Pain, International Association for the Study of Pain, Special Interest Group on Pain in Children, Philadelphia PA, June, 1994. "Current practices for analgesia and sedation in neonates."

Symposium on 'Strategies to Evaluate and Reduce Stress in Babies', Institute of Obstetrics and

Kanwaljeet S. Anand          CURRICULUM VITAE                    75

Gynecology, London, U.K., October, 1994. "The importance of pain and stress in critically ill newborn infants".

International Symposium on "Pain in Infants: Assessment and Management", Emory University School of Medicine, October, 1994. "Management of Acute Pain: an Overview".

Pediatric Grand Rounds, Department of Pediatrics, Emory University and Grady Memorial Hospital, Atlanta GA, January, 1994. "Brain death: definition and evaluation in children."

Pediatric Grand Rounds, Alfred I. duPont Institute and Jefferson Medical College, Wilmington DE, February, 1994. "Pain and Clinical Outcomes in Neonatal Intensive Care."

Neonatal Physiology Symposium, Department of Pediatrics, University of Illinois, Chicago IL, May, 1994. "Developmental neurobiology of pain in neonates."

Pediatric Grand Rounds, Mercy Hospital and Medical Center and University of Chicago, May, 1994. "Assessment and Management of Pain in Neonates".

Anesthesiology Seminars, Egleston Children's Hospital at Emory University, Atlanta, GA, July, 1994. "The stress response to anesthesia and surgery and its clinical implications".

**1995**

Symposium on "Practical Neonatal Pharmacology" University of North Carolina, Area Health Education Centers Program, January, 1995, Raleigh, NC. "Pharmacologic treatment of pain and discomfort in the NICU."

Symposium on "Practical Neonatal Pharmacology" University of North Carolina, Area Health Education Centers Program, January, 1995, Raleigh, NC. "The physiology of pain in neonates."

5th Annual Southeast ECMO Conference, May, 1995, Atlanta, GA. "Analgesia and sedation in pediatric ECMO patients."

Nordic Congress on Children and Pain, September, 1995, Stockholm, Sweden. Keynote Address: "Of needles, tubes, and prematurity: What happens to the baby?".

2nd World Congress & Exposition on "Child Health 2000", Global Child Health Society, Health Canada, WHO, UNICEF, American Academy of Pediatrics, International Pediatric Association, and University of British Columbia, Vancouver, B.C., May, 1995. "Impact of pain in critically ill newborn infants and children".

2nd World Congress & Exposition on "Child Health 2000", Global Child Health Society, Health Canada, WHO, UNICEF, American Academy of Pediatrics, International Pediatric Association, and University of British Columbia, Vancouver, B.C., May, 1995. "Pain and stress in NICU care: Has actual therapy changed?"

Kanwaljeet S. Anand                    CURRICULUM VITAE                              76

72nd Annual Conference of the Canadian Pediatric Society, Symposium on "Pain in the Neonate", Montreal (PQ), Canada, June, 1995. "Physiology and management of pain in the neonate."

National Conference on "Practical Neonatal Pharmacology" University of North Carolina, Area Health Education Centers Program, September, 1995, Atlanta, GA. "Sedatives and Non-Opioid Analgesics"

National Conference on "Practical Neonatal Pharmacology" University of North Carolina, Area Health Education Centers Program, September, 1995, Atlanta, GA. "Conscious Sedation: working through the issues"

Pediatric Critical Care Colloquium, Panel Discussion on "Pediatric Pain: Measurement and Therapy", Sea Island, GA, October, 1995.

Symposium on "Changes, Challenges and Controversies in Neonatal Care", Regional Conference for Neonatal Nursing and Egleston Children's Health Care System, Atlanta, GA, October, 1995. "Clinical Indications and Problems in the Use of Sedatives and Analgesics in the Neonatal ICU".

Symposium on "Pediatric Pain Research in The Netherlands", Sophia Children's Hospital, Rotterdam, The Netherlands, October, 1995. "Differentiation between pain and stress in neonates".

XVII Annual Congress, Dutch Pediatric Association, Veldhoven, The Netherlands, November, 1995. Keynote Address: "Physiology and long-term effects of pain in neonates."

Conference on "Pediatric Pain: Challenges, Innovations, and Costs", Emory University School of Medicine and Egleston Children's Hospital, Atlanta GA, November, 1995. "A clinical primer in the use of opioids".

Conference on "Pediatric Pain: Challenges, Innovations, and Costs", Emory University School of Medicine and Egleston Children's Hospital, Atlanta GA, November, 1995. "Neonatal pain: current issues and future directions".

Contemporary Forums Annual Conference on 'Developmental Interventions in Neonatal Care', Chicago IL, (USA), November 1995.  "Immediate and long-term effects of pain on neonatal brain development."

Pediatric Pain Symposium, Hilleroed Sygehus, Denmark, December, 1995. "Physiology of pain during fetal and neonatal development."

Pediatric Pain Symposium, Hilleroed Sygehus, Denmark, December, 1995. "Changes in adult behavior correlated with repetitive neonatal pain: experimental studies".

International Conference, The World Foundation for Pain Relief and Research, 'Current Concepts in Acute, Chronic, and Cancer Pain Management', December, 1995, New York NY. "Development and Assessment of Pain in Neonates and the Pediatric Population".

Kanwaljeet S. Anand                    CURRICULUM VITAE                              77

Multidisciplinary Seminars, Marcus Developmental Center and Emory University School of Medicine, Atlanta GA, February 1995. "The long-term sequelae of early pain and stress in ex-premature neonates."

Pediatric Grand Rounds, Department of Pediatrics, Emory University and Egleston Children's Hospital, Atlanta GA, March 1995. "A practical approach to acid-base homeostasis in pediatric patients."

Basic Science Fellows Conference, Department of Pediatrics, Emory University School of Medicine, Atlanta GA, March 1995. "Long-term effects of neonatal pain and stress".

Psychiatry Research Seminars, Department of Psychiatry and Behavioral Sciences, Emory University School of Medicine, Atlanta GA, March 1995. "Behavioral and neurobiologic studies on the long-term effects of neonatal pain and stress".

Teaching Seminars, Neonatal Nurse Practitioner Course, Emory University School of Nursing, Atlanta GA, March 1995. "Physiological basis for development of the pain system", "Assessment and management of pain and stress in critically ill neonates".

Panel discussion on "Does pain have a thermometer?", on the "Hurt Alert Day", Child Life Department, Egleston Children's Hospital at Emory University, Atlanta GA, March 1995.

Research Presentations, Georgia Biomedical Partnership, Inc.; April 1995; "Clinical and socio-economic importance of pain in the newborn infant".

Pediatric Grand Rounds, Parkway Medical Center, Columbia-HCA Health Care System, Lithia Springs GA, June 1995; "Assessment and management of pain in newborn infants".

Anesthesiology Seminars, Department of Anesthesia, Emory University School of Medicine and Egleston Children's Hospital, Atlanta GA, July 1995; "Physiology and assessment of pain in pediatric patients".

CCM Research Seminars, Department of Pediatrics, University of Florida Health Sciences Center, Jacksonville FL, July 1995. "Recent and ongoing research on neonatal pain".

Acute Care Symposium, Department of Pediatrics, Emory University School of Medicine, Atlanta GA, July 1995; "Pediatric C.P.R. or How to run a "Code" in pediatric patients".

Fellows Research Introductory Course, Department of Pediatrics, Emory University School of Medicine, Atlanta GA, July 1995; Panel discussion on "How to Establish an Academic Career".

Emergency Medicine Lecture Series, Emory University School of Medicine, Atlanta GA, August 1995; "Analgesia and Sedation in Pediatric Patients".

Anesthesia Grand Rounds, Department of Anesthesiology and Critical Care Medicine, Medical

Kanwaljeet S. Anand          CURRICULUM VITAE                    78

College of Wisconsin, Milwaukee WI, November 9, 1995. "Effects of anesthesia on surgical stress and clinical outcome".

Pediatric Grand Rounds, Department of Pediatrics, Medical College and Children's Hospital of Wisconsin, Milwaukee WI, November 10, 1995. "Pain and its effects in the neonate".

**1996**

International Symposium on Fetal Pain, University of Toronto, Toronto (Ont.) Canada, April, 1996. "Development of the Pain System".

21st Annual Symposium on Care of the Sick Newborn, University of California at Irvine and Long Beach Memorial Medical Center, Long Beach CA, April, 1996. Plenary Lecture: "Developmental Neurobiology of the Perception of Pain"

Symposium on Pediatric Pain, Texas A & M University Health Science Center and Scott & White Hospital, Austin TX, May, 1996. "Consequences of injury: does pain management make a difference?"

Symposium on Pediatric Pain, Texas A & M University Health Science Center and Scott & White Hospital, Austin, May, 1996. "Assessment and management of pain in the critically ill infant and child."

Symposium on Pediatric Pain, Texas A & M University Health Science Center and Scott & White Hospital, Austin TX, May, 1996. "Pain in the NICU: assessing and managing pain in critical illness".

Symposium on Pediatric Pain, Texas A & M University Health Science Center and Scott & White Hospital, Austin, May, 1996. "Establishing a children's pain service".

4th Annual Neonatal Conference, University of Teesside, Middlesborough, U.K., June, 1996. "The international NOPAIN study".

4th Annual Neonatal Conference, University of Teesside, Middlesborough, U.K., June, 1996. "Metabolic consequences of operative and postoperative care in newborns".

Postgraduate Course on Pediatric Intensive Care, 2nd World Congress on Pediatric Intensive Care, Rotterdam, The Netherlands, June, 1996. "The evolution of a clinical problem towards a sound research question."

Postgraduate Course on Pediatric Intensive Care, 2nd World Congress on Pediatric Intensive Care, Rotterdam, The Netherlands, June, 1996. "Neuronal pathways and maturational aspects of pain."

2nd World Congress on Pediatric Intensive Care, Rotterdam, The Netherlands, June, 1996. "Developmental physiology and neurobiology of the pain system."

Kanwaljeet S. Anand                    CURRICULUM VITAE                    79

2nd World Congress on Pediatric Intensive Care, Rotterdam, The Netherlands, June, 1996. "Analgesia and sedation in the critically ill neonate and child."

8th World Congress on Pain, International Association for the Study of Pain, August, 1996, Vancouver (B.C.), Canada. Pediatric Plenary Lecture: "Long-term effects of pain in neonates and infants".

8th World Congress on Pain, International Association for the Study of Pain, August, 1996, Vancouver (B.C.), Canada. Topical Workshop: "Challenges and opportunities in postoperative and critical care pain management of children."

International Forum on Pediatric Pain, 'Measurement of Children's Pain', Halifax, Nova Scotia, Canada, October, 1996. "Biochemical and biophysical methods correlated with the assessment of pain at supraspinal levels of the brain."

16th Annual Convention, National Neonatology Forum, Chandigarh, India, November, 1996. "Clinical importance of pain and stress in the Neonatal Intensive Care Unit."

Neonatal Symposium, Georgia Nurses Association, Dekalb Medical Center, Atlanta GA, December , 1996. "Effects of repetitive neonatal pain on immediate and long-term clinical outcomes of prematurity."

Fellows Research Conference, Department of Pediatrics, Emory University School of Medicine, March, 1996. "Current analgesic practices in the NICU: national and international studies".

Teaching Seminars, Neonatal Nurse Practitioner Training Program, Nell R. Hodgson School of Nursing, Emory University, March, 1996. "Assessment and management of pain in preterm neonates".

Teaching Seminars, Clinical Chaplain Internship Program, Emory University and Egleston Children's Hospital, March, 1996. "The scientific philosophy of death and dying: applications for patient care".

Pediatric Grand Rounds, Department of Pediatrics, Emory University School of Medicine and Egleston Children's Hospital, May, 1996. "Presentations at the Pediatric Academic Societies Meetings' in 1996".

2nd Annual Fellows Research Introductory Course, Department of Pediatrics, Emory University School of Medicine, Atlanta GA, August 1996; Clinical Research Methods Workshop: "Measurement and sampling, sources of error and bias in clinical studies."

2nd Annual Fellows Research Introductory Course, Department of Pediatrics, Emory University School of Medicine, Atlanta GA, August 1996; Evaluation of Clinical Research Protocols.

Pediatric Grand Rounds, Case Western Reserve University, Rainbow Babies and Children's Hospital, Cleveland OH, November, 1996. "Assessment and Management of Acute Pain in

Kanwaljeet S. Anand          CURRICULUM VITAE                    80

Pediatric Patients".

Research Seminar, Division of Pharmacology and Critical Care, Department of Pediatrics, Case Western Reserve University, Rainbow Babies and Children's Hospital, Cleveland OH, November, 1996. "Long-term effects of pain in neonates: Clinical and neurobiological aspects."

**1997**

International Conference, The Physical and Developmental Environment of the High-Risk Infant, University of South Florida College of Medicine, January 30-February 1, 1997. "Pain and pain management in newborn infants."

Annual Winter Meeting, Society of Pediatric Anesthesia, February, 1997, San Antonio TX. "Physiologic rationale for pain management in neonates."
Fifth Annual Conference on Advanced Practice in Neonatal Care, Emory Regional Perinatal Center, April, 1997, Atlanta GA. "Scientific evaluation of pain and analgesia in preterm neonates: The NOPAIN Multicenter Trial".

Panel discussant, Satellite News Conference from the White House on "Early Childhood Development and Learning: What the newest research on the brain tells us about our youngest children", April, 1997, Egleston Children's Hospital, Atlanta, GA.

Fourth International Pediatric Pain Symposium, Special Interest Group on Pediatric Pain, International Association for the Study of Pain, July, 1997, Helsinki, Finland. Debate "The treatment of pain in children should not be based on self-report of pain".

Fourth International Pediatric Pain Symposium, Special Interest Group on Pediatric Pain, International Association for the Study of Pain, July, 1997, Helsinki, Finland. "Mechanisms, clinical assessment, and management of opioid tolerance in children."

International Symposium on Analgesia, Sedation, and Neuromuscular Blockade in Children, Federal University of Medicine, Sao Paulo, Brazil, September, 1997. "Hormonal and metabolic stress responses to pain and injury in the neonate."

International Symposium on Analgesia, Sedation, and Neuromuscular Blockade in Children, Federal University of Medicine, Sao Paulo, Brazil, September, 1997. "Treatment of pain in the neonate."

International Symposium on Analgesia, Sedation, and Neuromuscular Blockade in Children, Federal University of Medicine, Sao Paulo, Brazil, September, 1997. "Long-term effects of pain in the neonate."

Annual Meeting of the Perinatal Section, American Academy of Pediatrics, Chicago IL, September, 1997. "Clinical management of neonatal pain."

48th Annual Meeting, American Association for Laboratory Animal Science, Anaheim CA,

Kanwaljeet S. Anand                     CURRICULUM VITAE                     81

November, 1997. "Neonatal pain perception: Where do we draw the line?"

International Conference, The World Foundation for Pain Relief and Research, 'Current Concepts in Acute, Chronic, and Cancer Pain Management', December, 1997, New York NY. "Development and assessment of pain in newborn infants and children".

Teaching Seminars, Neonatal Nurse Practitioner Training Program, Nell R. Hodgson School of Nursing, Emory University, March, 1997. "Assessment and management of pain in preterm neonates".

Pediatric Grand Rounds, Department of Pediatrics, McGill University and Montreal Children's Hospital, April, 1997. "Benefits and drawbacks of analgesia/sedation in critically ill pediatric patients".
Nursing Grand Rounds, Faculty of Nursing, McGill University and Montreal Children's Hospital, April, 1997. "Long-term effects of pain and stress in newborn infants and older children".

Pediatric Grand Rounds, Department of Pediatrics, University of Montreal and Hospital Saint Justine, April, 1997. "Benefits and drawbacks of analgesia/sedation in critically ill pediatric patients".

Pediatric Grand Rounds, Department of Pediatrics,, Medical College of Georgia, April, 1997, Augusta GA. "Of needles, tubes, and prematurity: What happens to the baby?".

Anesthesiology Seminars, Department of Anesthesia, Medical College of Georgia, April, 1997. "Assessment and management of analgesia/sedation in newborn infants".

Guest Lecturer, The Institute of Hospice, Hospice Atlanta Center, May, 1997. "Pain management in children: are we negligent?"

Pediatric Grand Rounds, Department of Pediatrics, Emory University School of Medicine, and Egleston Children's Hospital, May, 1997. "Does routine analgesia alter the clinical outcomes of ventilated preterm neonates?"

Research Seminars, Arkansas Children's Hospital Research Institute, University of Arkansas for Medical Sciences, Little Rock AR, October, 1997. "Neonatal Pain: Effects on the brain and behavior."

Anesthesiology Grand Rounds, Department of Anesthesiology, UCLA School of Medicine, Los Angeles Children's Hospital, November, 1997. "Long-term effects of pain in neonates: animal & human data."

**1998**

27th Educational and Scientific Symposium, Society for Critical Care Medicine, 'Current Concepts in Pediatric Critical Care 1998', February, 1998, San Antonio TX. "Overview of pain and analgesia in pediatric patients: biochemistry, physiology, and pharmacology".

Kanwaljeet S. Anand                     CURRICULUM VITAE                            82

Interdisciplinary Workshop on "The Science and Practice of Mind/Body Interactions", March, 1998, Sedona AZ, "Short- and long-term effects of pain in the neonate".

12th Annual Symposium on Critical Care and Emergency Medicine, April, 1998, Hot Springs AR. "Analgesia and sedation in the ICU".

International Consensus Conference on "Pain and Pain Management during Infancy", April, 1998, Nice, France. "Epidemiology of pain in neonates".

International Consensus Conference on "Pain and Pain Management during Infancy", April, 1998, Nice, France. "New alternatives for pain management in the future".

9th Annual Congress, European Society of Pediatric Intensive Care, September, 1998, Stockholm, Sweden. "Future impact of repeated neonatal procedural pain".

9th Annual Congress, European Society of Pediatric Intensive Care, September, 1998, Stockholm, Sweden. "Analgesics for neonatal intensive care".

2nd Biennial Pediatric Pain Forum, University of Dalhousie, September, 1998, Halifax, Nova Scotia, Canada. "Persistent effects of early pain experience (the animal literature)".

11th Western Extracorporeal Membrane Oxygenation Conference 'Back to the Future', October, 1998, Little Rock AR. "Recognition and management of pain during ECMO".

17th Annual Scientific Meeting, American Pain Society, San Diego, CA, November, 1998. "Scientific Bases for the Definition of Pain", Moderator.

Annual Conference, Dutch Pain Society, Rotterdam, The Netherlands, November, 1998. Keynote Address: "Long-term effects of pain in neonates."

NICU Research Conferences, Department of Pediatrics, University of Chicago Children's Hospital, Chicago IL, February, 1998. "Current controversies in the management of pain in neonates."

Pediatric Grand Rounds, Department of Pediatrics, University of Chicago Children's Hospital, Chicago IL, February, 1998. "Of needles, tubes, and prematurity: what happens to the baby?"

Anesthesiology and Critical Care Grand Rounds, Department of Anesthesiology, Children's Memorial Hospital, University of Illinois, Chicago IL, February, 1998. "Long-term effects of neonatal pain and stress."

Grand Rounds, Department of Pediatrics, University of Arkansas for Medical Sciences, Arkansas Children's Hospital, February, 1998. "Does routine analgesia alter the clinical outcomes of preterm neonates?"

Anesthesia Research Seminars, Department of Anesthesia, University of Arkansas for Medical

Kanwaljeet S. Anand                    CURRICULUM VITAE                                    83

Sciences, Arkansas Children's Hospital, April, 1998. "Effects of pain in the neonate."

Research & Teaching conference, Department of Surgery, University of Arkansas for Medical
Sciences, Arkansas Children's Hospital, April, 1998. "Prediction of resource utilization in
pediatric surgical patients."

Lectures for Junior Medical Student Clerkship, University of Arkansas for Medical Sciences,
August 7, September 4, October, 1998. "Overview of pain in children".

NICU Research Seminars, Hospital for Sick Children and University of Toronto, Toronto,
Canada. August, 1998. "Recent advances in neonatal pain & pain management".
Semi-Annual Medical Staff Meeting, Arkansas Children's Hospital, Little Rock, Arkansas,
September, 1998. "Analgesia and sedation in terminally ill children".

Advanced Pediatric Life Support Course, Arkansas Children's Hospital, Little Rock, September,
1998. "Status epilepticus."

Neonatology Seminars, Department of Pediatrics, U.A.M.S. and Arkansas Children's Hospital,
September, 1998. "Data and design of the NOPAIN trial."

Pediatric Outreach Seminars, Area Health Education Center, Pine Bluff, Arkansas, October, 1998.
"Clinical approach to pain in children."

Neonatal Grand Rounds, Sharp Mary Birch Hospital for Women, San Diego, November, 1998.
"Management of pain in the NICU."

Sharp Health Care Educational Conference on "Responding to Neonatal Pain", November, 1998.
"Neonatal pain anatomy and physiology."

Research Seminars, UAMS Department of Anesthesiology, November, 1998. "Prediction of
resource utilization in pediatric surgical patients."

Sharp Health Care Educational Conference on "Responding to Neonatal Pain", November, 1998.
"Systemic analgesia in the neonate."

Sharp Health Care Educational Conference on "Responding to Neonatal Pain", November, 1998.
"Local, regional and topical analgesia in the neonate."

Community Neonatology Meeting, San Diego Area hospitals and University of California,
November, 1998. "Recent research in neonatal pain management."

**1999**

Neonatal Pain Management Symposium, Department of Pediatrics, University of Washington
and Swedish Medical Center, Seattle, WA, March, 1999. "Management of pain in neonates."

6th International Congress of Pediatric Emergency & Intensive Care, Padova, Italy, June, 1999. "Pain in critically ill infant and child: What we know, what we fear, what we can do?"

Pediatric Pain Meeting, International Planning Group for Clinical Studies, G. D. Searle Company, Chicago, IL. July, 1999. "Evaluation of COX-II inhibitors for analgesia in children."

2nd International Consensus Conference on Guidelines for the Prevention and Management of Procedural Pain in Infancy, Baden, Austria, August, 1999. "Neonatal pain management using systemic analgesics."
Fifth Greater Tulsa Area Pain Conference, University of Oklahoma and Greater Tulsa Nursing College, Tulsa, OK. October, 1999. Keynote Address: "Of needles, tubes, and prematurity: What happens to the baby?"

Pediatric Trauma/Critical Care Symposium, Departments of Nursing, Critical Care Medicine, and Emergency Medicine, Arkansas Children' s Hospital, Little Rock, AR. October, 1999. "Pain Management in Critically Ill Children"

52nd Annual Meeting, American Academy of Pediatrics, Washington DC, October, 1999. Plenary Podium Presentation: "Neonatal pain and clinical outcomes."

International Symposium on "Basic Mechanisms and Recent Advances in Pediatric Pain", German Pediatric Association and University of Erlangen, Kloster Weltenberg, Bavaria, Germany, October, 1999. "Long-term effects of pain in neonates: Clinical and neurobiological investigations."

IIIrd Congreso Internacional De Clinica Del Dolor Y Cuidados Paliativos, Asociacion Mexicana De Algologia A.C., Ciudad y Puerto de Veracruz, Veracruz, México, October, 1999. "Long-term effects of neonatal pain".

IIIrd Congreso Internacional De Clinica Del Dolor Y Cuidados Paliativos, Asociacion Mexicana De Algologia A.C., Ciudad y Puerto de Veracruz, Veracruz, México, October, 1999. "Of needles, tubes, and prematurity: What happens to the baby?"

IIIrd Congreso Internacional De Clinica Del Dolor Y Cuidados Paliativos, Asociacion Mexicana De Algologia A.C., Ciudad y Puerto de Veracruz, Veracruz, México, October, 1999. "Management of neonatal pain: current therapies and novel options."

"Sedation, Analgesia, and Neuromuscular Blockade", UAMS Residents PICU Lecture Series; monthly lecture, January through December, 1999.

"Pain in Children", UAMS Junior Medical Students Pediatric Clerkship Series; July 7, August, 30, 1999.

Journal Club Discussant, Department of Anesthesiology, University of North Carolina at Chapel Hill & UNC Hospitals, Chapel Hill, NC, February, 1999. "Do perinatal events lead to adult self-destructive behavior?"

Kanwaljeet S. Anand                CURRICULUM VITAE                85

Anesthesia Grand Rounds, University of North Carolina at Chapel Hill, Department of Anesthesiology, Chapel Hill, NC, February, 1999. "Of needles, tubes, and prematurity: What happens to the baby?"

Research Seminars, Department of Pediatrics, University of North Carolina at Chapel Hill, Chapel Hill, NC, February, 1999. "Management of pain in neonates."

Seminars in Psychobiology, New York Psychiatric Institute, Columbia University College of Physicians and Surgeons, New York NY, March, 1999. "Mechanisms underlying the long-term effects of pain in neonates."

Department of Neonatology, Columbia-Presbyterian Hospital for Women and Children, New York NY, March, 1999. "Clinical outcomes resulting from repetitive pain during NICU care."

Grand Rounds, Department of Family Practice, University of Connecticut and Hartford Medical Center, Hartford, March, 1999. "Clinical approach to pain management in your practice."

Grand Rounds, Department of Pediatrics, University of Connecticut and Connecticut Children's Medical Center, Hartford, CT, March, 1999. "Effects of neonatal pain: mechanisms and clinical outcomes."

University of Arkansas for Medical Sciences, Neuroscience Course, Pre-clinical Medical Students, Department of Anatomy, Little Rock, AR; April, 1999. "Anatomy and physiology of the pain system."

Grand Rounds, Department of Pediatrics and Arkansas Children's Hospital, University of Arkansas for Medical Sciences, Little Rock, AR. July, 1999. "Can perinatal stimulation alter brain development and subsequent behavior?"

Research Presentations, Medical Research Endowment Board, University of Arkansas for Medical Sciences, Little Rock, AR. October, 1999.  "Does isolation increase apoptosis in the neonatal rat brain?"

**2000**

Annual Meeting, Danish Pediatric Society and University Hospital, Copenhagen, Denmark, January, 2000. Keynote Speaker: "Repetitive pain in neonates: clinical and laboratory studies."

International Symposium on Infant Pain, Astrid Lindgren's Children's Hospital and the Karolinska Institute, Stockholm, Sweden, January, 2000. Keynote Address: "Repetitive pain in neonates: windows from the laboratory bench."

International Symposium on Infant Pain, Astrid Lindgren's Children's Hospital and the Karolinska Institute, Stockholm, Sweden, January, 2000. "Repetitive pain in neonates: windows from the hospital bedside."

"Pediatric Anesthesiology 2000", Joint Annual Meeting of the Society for Pediatric Anesthesia & Section of Anesthesiology, American Academy of Pediatrics, Sanibel Island, Sanibel, FL, February, 2000. Baxter Visiting Professor, Plenary Session: "Prevention of opioid and benzodiazepine withdrawal syndromes."

27th Neonatal & Infant Symposium, University of California at Irvine, College of Medicine, Vail, Colorado, March, 2000. " Mechanisms of pain in the fetus and neonate"

27th Neonatal & Infant Symposium, University of California at Irvine, College of Medicine, Vail, Colorado, March, 2000. "Do ventilated premature infants require analgesia?"

27th Neonatal & Infant Symposium, University of California at Irvine, College of Medicine, Vail, Colorado, March, 2000. "Pain in the neonate: Current practice & options."

27th Neonatal & Infant Symposium, University of California at Irvine, College of Medicine, Vail, Colorado, March, 2000. "Long-term effects of neonatal pain & stress"

27th Neonatal & Infant Symposium, University of California at Irvine, College of Medicine, Vail, Colorado, March, 2000. "Prediction clinical outcomes in pediatric surgical patients"

Symposium on "Pain in Children: Conquering the Hurt", Pain Awareness Week, The Hospital for Sick Children & University of Toronto, Toronto, Canada, March, 2000. Keynote Speaker: "Long-term effects of pain in neonates: Clinical and molecular aspects."

5th Annual Symposium on Pediatric Pain, Texas A & M University, Department of Anesthesiology, Scott & White Hospital, San Antonio, TX , April, 2000, "Long-term effects of neonatal pain"

5th Annual Symposium on Pediatric Pain, Texas A & M University, Department of Anesthesiology, Scott & White Hospital, San Antonio, TX, April, 2000. "Pain management of the critically ill infant and child"

5th International Symposium on Pediatric Pain, Special Interest Group for Pain in Children, International Association for the Study of Pain, London, England, June, 2000. Workshop Presentation: "Effects of repetitive pain on neurologic outcome and behavior."

3rd World Congress on Pediatric Intensive Care, Montreal Canada, Co-Chairman of the Pharmacology, Pain & Sedation Track, June, 2000.

3rd World Congress on Pediatric Intensive Care, Montreal Canada, Nursing Program, June, 2000. Plenary Presentation: "The physiology of pain."

3rd World Congress on Pediatric Intensive Care, Montreal Canada, Pharmacology, Pain & Sedation Track, June, 2000. Plenary Presentation: "Analgesia and sedation in neonates."

3rd World Congress on Pediatric Intensive Care, Montreal Canada, Pharmacology, Pain & Sedation Track, June, 2000. Symposium Session: "Drug dose modification in prematurity."

3rd World Congress on Pediatric Intensive Care, Montreal Canada, Chairman of the Pharmacology, Pain & Sedation Track, June, 2000. Joint Plenary: "Future Directions". Annual Meeting, American Society of Anesthesiologists, San Francisco, CA; Panel Discussion: Pain Management in Children: Biology and Clinical Applications, October, 2000. "The neuroplasticity of pain in the newborn".

Annual Meeting, American College of Surgeons, Chicago IL; Workshop on Metabolic Support of the Pediatric Surgical Patient, October, 2000. "Alterations of the acute metabolic stress response related to painful stimuli in children".

19th Annual Scientific Meeting, American Pain Society, Atlanta GA; November, 2000. Problem-based, Case-oriented, Active discussion on Chronic Pain Management: "Opioid tolerance in the I.C.U."

Research & Teaching Seminars, Department of Paediatrics, All-India Institute for Medical Sciences, New Delhi, India. January, 2000. "Can perinatal stimulation alter brain development and future behavior?"

CME Conference, Indian Association of Paediatrics (NOIDA Branch), Noida Medical Center, New Delhi, India. January, 2000. "Management of pain and sedation in pediatric patients."

Neuroscience Research Seminars, Astrid Lindgren's Children's Hospital and the Karolinska Institute, Stockholm, Sweden, January, 2000. "Ontogeny of supraspinal pain processing in infant rats."

Grand Rounds, Department of Pediatrics, University of Tennessee and Le Bonheur Children's Hospital, Memphis, TN, May, 2000. "Abnormal perinatal stimulation and long-term behavioral effects."

Grand Rounds, Department of Surgery, University of Tennessee and Le Bonheur Children's Hospital, Memphis, TN, May, 2000. "Analgesia and sedation in the newborn: Physiology and Pharmacology."

Grand Rounds Presentation, Department of Pediatrics, Lutheran General Hospital, Park Ridge, IL, May, 2000. "Long-term effects of pain in neonates".

I.C.U. Fellows Seminar, Department of Pediatrics, Lutheran General Children's Hospital, Park Ridge, IL, May, 2000. "Issues related to analgesia and sedation in critically ill children."

Residents' Seminar, Departments of Pediatrics and Emergency Medicine, Lutheran General Children's Hospital, Park Ridge, IL, May, 2000. "Analgesia and sedation in neonates."

Kanwaljeet S. Anand          CURRICULUM VITAE                    88

Arkansas Caduceus Club Scientific Session; 32nd Annual Alumni Weekend, University of Arkansas for Medical Sciences, Little Rock AR, June, 2000. "Do Perinatal Events Affect Subsequent Behavior?"

St. Peter's Hospital Chertsey, and The European Institute of Health and Medical Sciences at the University of Surrey, Chertsey, Surrey, U.K., June, 2000. Public Lecture: "Of needles, tubes, and prematurity: What happens to the baby?"

Regional Meeting, Committee for the Future, ACH Foundation, Little Rock, AR, August, 2000. "Recent research in the Pain Neurobiology Laboratory".

Neonatology Seminar Series, Department of Pediatrics, University of Kentucky Children's Hospital, Lexington, KY, October, 2000.  "Of needles, tubes, and prematurity: What happens to the baby?"

Neonatal-Perinatal Medicine Seminars, Department of Pediatrics and Department of Obstetrics & Gynecology, University of North Carolina at Chapel Hill and Wake Medical Center, Raleigh NC, October, 2000.  "Of needles, tubes, and prematurity: What happens to the baby?"

Fall Seminar Series, Department of Pharmacology, University of Arkansas for Medical Sciences, Little Rock, AR, November, 2000. "Pain mechanisms during development".

**2001**

30th International Scientific Symposium, Society for Critical Care Medicine, Current Concepts of Pediatric Critical Care Course, San Francisco CA, February, 2001. "Mechanisms and therapies for opioid tolerance and withdrawal".

10th Annual Symposium on Neonatal-Perinatal Medicine, University of Michigan, Ann Arbor, MI, April, 2001. Keynote Address: "Long-term effects of pain in neonates, infants, and children."

10th Annual Symposium on Neonatal-Perinatal Medicine, University of Michigan, Ann Arbor, MI, April, 2001.  "Guidelines for the management of neonatal pain."

10th Annual Symposium on Neonatal-Perinatal Medicine, University of Michigan, Ann Arbor, MI, April, 2001.  Pro-Con Debate: "This house believes that exposure to pain causes detrimental effects on the clinical outcomes of preterm neonates."

Joint Annual Meeting of the Pediatric Academic Societies, Special Interest Group for Pain in Children, Baltimore, MD, April, 2001. "Neonatal pain and acute clinical outcomes."

Joint Annual Meeting of the Pediatric Academic Societies, Special Interest Group for Pain in Children, Baltimore, MD, April, 2001. "Evidence-based guidelines for neonatal pain management."

Kanwaljeet S. Anand                CURRICULUM VITAE                              89

14th Annual Meeting of the Canadian Pain Society, Education Day Workshop, Montreal, Canada, May, 2001. "Pain, plasticity, and preterm birth: a prescription for permanent suffering?"

14th Annual Meeting of the Canadian Pain Society, Symposium on Pediatric Pain, Montreal, Canada, May, 2001.  "Update on Pediatric Pain."

8th Annual Neonatology Symposium, University of Wisconsin and North Central Neonatology Group, Lake Geneva, Wisconsin, June, 2001. "Development of Neonatal Pain Processing"

8th Annual Neonatology Symposium, University of Wisconsin and North Central Neonatology Group, Lake Geneva, Wisconsin, June, 2001.  "Management of pain in the neonate: Current practices & novel options"

Swedish Neonatal/Perinatal Medicine Seminars, Karolinska Hospital and Astrid Lindgren's Children's Hospital, Stockholm, Sweden, June, 2001. "Neuronal effects of Repetitive Pain in Neonates: Why do ex-preterm children have poor cognitive outcomes?"

2nd Nordic Congress on Pain in Children, Stockholm, Sweden.  Plenary lecture, September, 2001. "Does repetitive pain damage the developing brain?"

2nd Nordic Congress on Pain in Children, Stockholm, Sweden. Mini-symposium on Pediatric Pharmacology, September, 2001. "Clinical Pharmacology of Opioids."

2nd Nordic Congress on Pain in Children, Stockholm, Sweden, September, 2001. Symposium on Management of Neonatal Pain, "Pharmacological approaches to pain management."

NIMH-Sponsored Network, Annual Symposium, Early Experience and Stress: Before and After the First Breath, University of Michigan, Ann Arbor, MI, October, 2001."Early repetitive pain: is there evidence for global neurodevelopmental effects?"

2001 National Conference and Exhibition, American Academy of Pediatrics, San Francisco CA, October, 2001."Evidence-based Guidelines for Pain Management in the Newborn" (2hr seminar) 9:30am and again at 1:30pm.

XVII Brazilian Congress of Perinatology, Brazilian Association of Pediatrics, Florianopolis, Brazil, November, 2001.  "Update in neonatal sedation."

XVII Brazilian Congress of Perinatology, Brazilian Association of Pediatrics, Florianopolis, Brazil, November, 2001.  "Long-term effects of pain in the neonate".

XVII Brazilian Congress of Perinatology, Brazilian Association of Pediatrics, Florianopolis, Brazil, November, 2001.  "Importance of Pain in the Neonatal Period "

XVII Brazilian Congress of Perinatology, Brazilian Association of Pediatrics, Florianopolis, Brazil, November, 2001.  "Pharmacological Treatment of Pain in the Neonatal Period ".

Kanwaljeet S. Anand　　　　　　　　CURRICULUM VITAE　　　　　　　　90

Investiture Ceremony, Morris & Hettie Oakley Endowed Chair of Pediatric Critical Care, Department of Pediatrics, University of Arkansas for Medical Sciences, Little Rock, AR; April, 2001. "Love, Pain and Care: as the Golden Age of Pediatrics dawns…."

Department of Anatomy and Neurobiology, University of Arkansas for Medical Sciences, Faculty Interactive Seminars, August, 2001. "Repetitive pain and neuronal cell death: evidence for global neurodevelopmental effects."

Anesthesiology Research Seminars, Department of Anesthesiology and Critical Care Medicine, Children's Hospital and Harvard Medical School, Boston, MA, August, 2001. "Why do ex-preterm children have poor cognitive outcomes?"

Faculty Research Conference, Department of Pediatrics, University of Arkansas for Medical Sciences, Arkansas Children's Hospital Research Institute, November, 2001. "Does repetitive neonatal pain cause brain damage?"

Neuropharmacology Graduate Course, Department of Pharmacology and Toxicology, University of Arkansas for Medical Sciences, December, 2001. "Pain management."

PICU Residents Lecture, Department of Pediatrics, University of Arkansas for Medical Sciences, Arkansas Children's Hospital (January through December, 2001 monthly lecture series). "Sedation and analgesia in critically ill patients."

**2002**

21st Annual Scientific Meeting of the American Pain Society, Symposium on "Changing the Face of Pediatric Pain", Workshop Session: Present State and Future Directions of Pediatric Pain Research, March, 2002, Baltimore MD. "Experimental models for neonatal pain research."

NIC/Q 2002, Annual Meeting of the Vermont-Oxford Neonatal Network, New Orleans, LA, April, 2002. Keynote Address: "Neurobiology of neonatal pain as a foundation for clinical practice."

PAS Annual Meeting 2002, State-of-the-Art Plenary Session on Pediatric Pain, Baltimore MD, May, 2002. "Pain, Plasticity, and preterm birth: Findings form the bench & bedside".

18th European Congress of Perinatal Medicine, June, 2002; Plenary Session on Neonatal Pain, Oslo, Norway. "Prevention and management of pain in the newborn."

28Th Annual Congress, German Society of Neonatology and Pediatric Intensive Care, June, 2002; Plenary Session on Neurology and Neurointensive Care, Mainz, Germany. "Long-term effects of repetitive pain or prolonged analgesia in preterm neonates."

28Th Annual Congress, German Society of Neonatology and Pediatric Intensive Care, June, 2002; Plenary Session of the Nursing Track, Mainz, Germany. "Neonatal pain and acute clinical outcomes."

Kanwaljeet S. Anand                    CURRICULUM VITAE                              91

4th International Forum on Pediatric Pain, September, 2002, White Point Beach, Nova Scotia. Keynote Speaker: "Experimental models of pain and early adverse experience".

NIC/Q 2002, Fall Meeting of the Vermont-Oxford Network, September, 2002, Chicago, IL. "Potentially better practices for neonatal analgesia".

NIC/Q 2002, Fall Meeting of the Vermont-Oxford Network, September, 2002, Chicago, IL. "Role of sucrose in neonatal pain management".

International IPOKRaTES Seminar on "Neonatal Comfort and Care" October, 2002, Gmunden, Austria. "Mechanisms of pain in the fetus and neonate"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" October, 2002, Gmunden, Austria. "Long-term effects of repetitive pain in the neonate"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" October , 2002, Gmunden, Austria. "Does the ventilated premature infant require routine analgesia?"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" October , 2002, Gmunden, Austria. "Management of pain in the neonate: Current practice and novel approaches".

Dean's Research Forum, University of Arkansas for Medical Sciences, October, 2002, Little Rock, AR. "Pain, plasticity, prematurity: findings from the bench and the bedside".

8th Biennial Congress, European Society for Developmental Pharmacology, October, 2002. Liège, Belgium. Plenary Lecture: "Effects of perinatal pain and stress: a pharmacological approach."

8th Biennial Congress, European Society for Developmental Pharmacology, October 2002. Liège, Belgium. Moderator: "Pain in children: where are we in terms of assessment and management?"

12th Jackson Rees International Symposium on *Pain in Children: The Next Step*, Academisch Ziekenhuis Rotterdam, Erasmus University and Sophia Children's Hospital, October, 2002, Rotterdam, The Netherlands. "Pain in Neonates: Where are we going?"

20th Neonatal Course for Senior Paediatricians, Imperial College of Medicine, November, 2002, London, England. The Lesley Cooper Memorial Lecture: "Neonatal pain."

Arkansas Children's Hospital Auxiliary Officers Meeting, Little Rock, January, 2002. "Research directions on pain in children at ACHRI".

Invited Lecturer, Saturday Open Forum, Unitarian Universalist Church of Little Rock, January, 2002. "Universal principles from Sikhism and other religions".

Kanwaljeet S. Anand                 CURRICULUM VITAE                            92

Students Forum, Hendrix College, Conway, AR. January, 2002. "Death and Dying: Before and After".

Grand Rounds, Department of Anesthesiology, Wayne State University, Children's Hospital of Michigan, Detroit, MI. June, 2002. "Opioid analgesia in the neonate: bench research and clinical trials."

PICU Fellows Research Conference, Departments of Pediatrics and Pharmacology, Wayne State University, Children's Hospital of Michigan, Detroit, MI. June, 2002. "The anatomy and physiology of a research project".

Grand Rounds, College of Pharmacy and Pharmaceutical Sciences, Wayne State University, Detroit, MI. June, 2002. "Neonatal pain management: physiological effects and clinical outcomes".

Neonatal ICU Seminars, , Department of Pediatrics, Wayne State University, Children's Hospital of Michigan, Detroit, MI. June, 2002. "Does routine analgesia alter clinical outcomes?"

Case Discussion Seminar, Pediatric Pain Interest Group, Departments of Pediatrics, Anesthesiology, and Pharmacy, Wayne State University, Children's Hospital of Michigan, Detroit, MI. June, 2002. "Systematic approach for the management of chromic pain patients".

Grand Rounds, Department of Pharmacology, Wayne State University, Children's Hospital of Michigan, Detroit, MI. June, 2002. "Opioid Tolerance and Withdrawal: mechanisms and novel therapies".

Grand Rounds, Department of Pediatrics, Wayne State University, Children's Hospital of Michigan, Detroit, MI. June, 2002. "Pain, plasticity, and prematurity: What happens to the baby?"

Arkansas Colleges and University Representatives, Rhodes Scholarships Selection Committee, Arkansas Children's Hospital, August, 2002, Little Rock, AR. "Selection criteria and preparation for the Rhodes Scholarship Interviews".

Pediatric Grand Rounds, Children's Medical Center, University of Texas Southwestern Medical School, September, 2002, Dallas, TX. "Management of pain and distress caused by invasive procedures in neonates and children"

Clinical Grand Rounds, Children's Medical Center, University of Texas Southwestern Medical School, September, 2002, Dallas, TX. "Long-term effects of repetitive pain in neonates".

Division of Neonatology Research Conference, Parkland Memorial Hospital, University of Texas Southwestern Medical School, September, 2002, Dallas, TX. "Does the ventilated preterm neonate require analgesia routinely? Results from the NOPAIN and NEOPAIN Trials".

Dinner Speaker, Department of Pediatrics, Children's Medical Center, University of Texas Southwestern Medical School, September, 2002, Dallas, TX. "Outcomes of premature birth: What's happening in school?".

Pediatric Grand Rounds, Medical City Dallas-North Texas Hospital for Children, September, 2002, Dallas, TX. "Management of procedural and postoperative pain in neonates".

Neonatal ICU Seminars, Medical City Dallas-North Texas Hospital for Children, September, 2002, Dallas, TX. "Opioid tolerance and strategies for preventing opioid withdrawal".

Medical Staff Meeting, Medical City Dallas-North Texas Hospital for Children, September, 2002, Dallas, TX. "Long-term effects of pain in the neonatal period".

Pediatric Grand Rounds, Departments of Pediatrics, Obstetrics and Gynecology, Presbyterian Hospital of Dallas, September, 2002, Dallas, TX. "Neonatal and infant pain: Current therapies and novel options".

Neonatal ICU Seminars, Department of Pediatrics, Presbyterian Hospital of Dallas, September, 2002, Dallas, TX. "Long-term effects of neonatal pain".

Medical Staff Monthly Conference, Presbyterian Hospital of Dallas, September, 2002, Dallas, TX. "Does the ventilated preterm neonate require analgesia routinely?"

Resident's Seminar Series, UAMS Department of Pediatrics, September, 2002, Little Rock, AR. "Death and Dying: Management of Terminal Illness"

Faculty Research Conference, Arkansas Children's Hospital Research Institute, September, 2002, Little Rock, AR. "Does gastric suctioning at birth increase long-term risk for functional intestinal disorders in adulthood?"

College of Medicine, Dean's Research Forum, University of Arkansas for Medical Sciences, October, 2002, Little Rock, AR. "Pain, plasticity, prematurity: findings from the bench and the bedside".

Neurotoxicology Grand Rounds, National Center for Toxicological Research, December, 2002, Jefferson, AR. "The Science of Neonatal Pain: Short-term and Long-term Neurodevelopmental effects".

## 2003

25th Annual "Management of the Tiny Baby" Conference, January, 2003, Orlando, Florida. "The Science of Neonatal Pain: Short-term and Long-term Neurodevelopmental Effects"

25th Annual "Management of the Tiny Baby" Conference, January, 2003, Orlando, Florida. "Neonatal Pain Management: The Art and the Medicine".

Kanwaljeet S. Anand               CURRICULUM VITAE                          94

NICHD/FDA Planning Meeting, Newborn Drug Development Initiative, Best Pharmaceuticals for Children Act, February, 2003; Baltimore, MD. "Goals for the Anesthesia/Analgesia Task Force".

Annual Meeting, Child Health Accountability Initiative (CHAI), March, 2003, St. Louis, MO. "State-of-the-Art and Science of Neonatal Pain Management".

The Diamond Conference, May, 2003, Little Rock, AR. "What happens in the premature baby's brain when invasive medical procedures are performed without any pain relief?"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" June, 2003, Padova, Italy. "Mechanisms of pain in the fetus and neonate"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" June, 2003, Padova, Italy. "Long-term effects of repetitive pain in the neonate"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" June, 2003, Padova, Italy. "Does the ventilated premature infant require routine analgesia?"

International IPOKRaTES Seminar on "Neonatal Comfort and Care" June, 2003, Padova, Italy. "Management of pain in the neonate: Current practice and novel approaches".

2nd International EURAIBI (Europe Against Infant Brain Injury) Workshop, June, 2003, Siena, Italy. Honorary Keynote Address: "Long-term effects of pain in the developing brain" (live broadcast of opening ceremony to 125 countries by Reuters International).

4th World Congress on Pediatric Intensive Care, World Federation of Pediatric Intensive and Critical Care Societies, June, 2003, Boston, MA. "Mechanisms of Pain: Immediate & long-term effects in critical illness".

4th World Congress on Pediatric Intensive Care, World Federation of Pediatric Intensive and Critical Care Societies, June, 2003, Boston, MA. "Opioid tolerance and withdrawal: Novel strategies for prevention".

4th World Congress on Pediatric Intensive Care, World Federation of Pediatric Intensive and Critical Care Societies, June, 2003, Boston, MA. Pro/Con Debate: "Sedation is not required for mechanically ventilated children".

4th World Congress on Pediatric Intensive Care, World Federation of Pediatric Intensive and Critical Care Societies, June, 2003, Boston, MA. "Management of pain and stress in neonates". 34th Annual Meeting of the Perinatal Research Society, September, 2003, Charleston, South Carolina. Keynote Address: "Long-term Effects of Repetitive Pain and Analgesia in Neonates".

9th Annual Vanderbilt Neonatology Symposium, Neonatal/Perinatal Section, Vanderbilt University, October, 2003, Nashville, TN. "Repetitive pain or prolonged analgesia: Who is the greater enemy?"

Kanwaljeet S. Anand               CURRICULUM VITAE                    95

9th Annual Vanderbilt Neonatology Symposium, Neonatal/Perinatal Section, Vanderbilt
University, October, 2003, Nashville, TN. "Of needles, tubes, and prematurity:
What happens to the baby?"

National Conference & Exhibition 2003, American Academy of Pediatrics, Sections of Critical
Care, Home Health and Perinatal Pediatrics, American Academy of Pediatrics, October, 2003,
New Orleans, LA. "Pain Palliation and the Long Term Effects of Early Pain Experience in
Infants and Young Children"

National Conference & Exhibition 2003, American Academy of Pediatrics, October, 2003, New
Orleans, LA. Plenary Lecture, Section of Perinatal Pediatrics: "Repetitive Pain or Neonatal
Analgesia: Who is the greater enemy?"

FDA and NIH Joint Working Group, Newborn Drug Development Initiative, February, 2003,
Baltimore, MD. "Future directions for neonatal analgesia and sedations".

Neonatology Research Conference, Baylor University and Texas Children's Hospital, February,
2003, Houston, TX. "Does the Newborn Brain Process Pain at the Supraspinal Levels?

Physiology Conference, Departments of Pediatrics, Anesthesiology, and Neonatal/Pediatric
Nursing, Baylor University and Texas Children's Hospital, February, 2003, Houston, TX.
"Analgesia and Sedation in the Critically Ill Neonate".

Newborn Center Pain Committee, Department of Pediatrics and Anesthesiology, Baylor
University and Texas Children's Hospital, February, 2003, Houston, TX. "Review of Pain
Pocket Guidelines for Procedural Pain in Neonates".

Division of Neonatology, Department of Pediatrics, Baylor University and Texas Children's
Hospital, February, 2003, Houston, TX. "Case studies in neonatal pain management".

Nursing Research Scholars & Fellows, Baylor University School of Nursing and Texas
Children's Hospital, February, 2003, Houston, TX. "Developing a Program of Research"

Pain Quality Improvement Committee, Department of Pediatrics, Nursing and Pharmacy, Texas
Children's Hospital, February, 2003, Houston, TX. "Assessing Quality Improvement Outcomes
in Pain Management: Past, Present, & Future"

Residents' Noon Lecture Series, Department of Pediatrics, Nursing and Pharmacy, Texas
Children's Hospital, February, 2003, Houston, TX. "Opioid Tolerance and Dependence in
Neonates: Mechanisms, Diagnosis, Assessment & Management".

Newborn Center Pain Committee, Department of Pediatrics, Baylor University and Texas
Children's Hospital, February, 2003, Houston, TX. "Guidelines for opioid weaning".

Kanwaljeet S. Anand                    CURRICULUM VITAE                         96

Pediatric Pain Workshop, Department of Pediatrics and Anesthesiology, Baylor University and Texas Children's Hospital, February, 2003, Houston, TX. "Local, Regional and Topical Analgesia Techniques for Procedural Pain in the Neonate".

Neonatology Fellows Conference, Department of Pediatrics, Baylor University and Texas Children's Hospital, February, 2003, Houston, TX. "Managing chronic pain in neonates requiring prolonged hospitalization".

Arnold J. Rudolph Memorial Grand Rounds, Department of Pediatrics, Baylor University and Texas Children's Hospital, February, 2003, Houston, TX. "Long-term effects of repetitive pain in preterm neonates".

Neonatology Fellows Conference, Department of Pediatrics, Baylor University and Texas Children's Hospital, February, 2003, Houston, TX. "Neurologic Outcomes & Pre-emptive Analgesia in Neonates: The NEOPAIN Multicenter Trial".

Residents Noon Conference, Department of Pediatrics, Baylor University and Texas Children's Hospital, February, 2003, Houston, TX. "End-of-Life Decisions in the NICU: Medical Infanticide or Palliative Terminal Care?"

Introduction to Clinical Medicine, UAMS College of Medicine, March, 2003, Little Rock, AR. "Cultural diversity and ethical challenges in medical decision-making".

Fellows Research Conference, CCM Section, UAMS Department of Pediatrics and Arkansas Children's Hospital, March, 2003, Little Rock, AR. "Neonatal pain research: an update".

Fellows Teaching Conference, CCM Section, UAMS Department of Pediatrics and Arkansas Children's Hospital, March, 2003, Little Rock, AR. "Fluid and electrolyte problems in the Pediatric ICU."

Pediatric Grand Rounds, St. Jude's Children's Hospital and Research Center, May, 2003, Memphis, TN. "Long-term effects of repetitive neonatal pain".

Course Director, *"The Cutting Edge of Pediatric Intensive Care"*, Arkansas Children's Hospital and UAMS Department of Pediatrics, March, 2003, Little Rock, AR.

Pediatric Grand Rounds, UAMS Department of Pediatrics and Arkansas Children's Hospital, August, 2003, Little Rock, AR. "Final results from the NEOPAIN Multicenter Trial". Mid-Central Region Mini-Conference, Sri Sathya Sai Baba Center of Kansas City, October, 2003, Kansas City, MO. "Pathways to Self-Realization."

Critical Care Medicine Research Conference, University of Pittsburgh and Children's Hospital of Pittsburgh. October, 2003. "Repetitive Pain and Ketamine Analgesia: Neurotoxic or Neuroprotective?"

Kanwaljeet S. Anand          CURRICULUM VITAE                    97

Meet the Professor Session, Department of Critical Care Medicine, University of Pittsburgh, October, 2003. "A research career in academic medicine."

Pediatric Anesthesia Grand Rounds, University of Pittsburgh and Children's Hospital of Pittsburgh. October, 2003. "Opioid Tolerance and Withdrawal: Mechanisms and Novel Therapies"

Critical Care Medicine Grand Rounds, Department of Critical Care Medicine, University of Pittsburgh, October, 2003. "Of needles, tubes and prematurity: What happens when babies grow up?"

ACHRI President Recruitment Seminar, Arkansas Children's Hospital, November, 2003, Little Rock, AR. "Repetitive pain or prolonged analgesia in neonates: Who is the greater enemy?"

Grand Rounds, Departments of Pediatrics and Anesthesiology, Children's Hospital of New Jersey (Newark Beth Israel Medical Center), December, 2003, Newark, NJ. "Long-term Effects of Repetitive Pain in Neonates."

Neonatology Seminars for Residents, Department of Pediatrics, Children's Hospital of New Jersey (Newark Beth Israel Medical Center), December, 2003, Newark, NJ. "Practical management of pain and sedation in neonates."

### 2004

10th Annual Conference of the Indian Society of Critical Care Medicine, Indian Society of Critical Care Medicine, February, 2004, Mumbai, India. "Pain management in the Pediatric ICU."

Keynote Address at UNESCO 2004 Congress, "La douleur de l'enfant: Quelles réponses?", February, 2004, Paris, France. "Morphine for ventilated preterm neonates: Results of the NEOPAIN Study"

10th Annual Conference, "Current Topics and Controversies in Perinatal & Neonatal Medicine", California Association of Neonatology, San Diego CA, February, 2004. "Pharmacology and pain management in neonates."

10th Annual Conference Current Topics and Controversies in Perinatal and Neonatal Medicine, California Association of Neonatology, February, 2004, Coronado, CA.
" Pain management in the neonate and the care of the terminally ill infant".

3rd Meeting, Maternal-Fetal NIMH Network: Development of Interdisciplinary Approaches to Study the Impact of Adverse Fetal and Neonatal Experience on Child and Adolescent Mental Health, University of Michigan, March, 2004, Ann Arbor, MI. "Pain and stress in the newborn rat: A model for long-term cognitive outcomes?"

Kanwaljeet S. Anand                    CURRICULUM VITAE                              98

FDA/NICHD Newborn Drug Development Initiative Workshop, March, 2004; Baltimore, MD. Plenary lecture: "Overview of the progress by the Neonatal Pain Task Force".

FDA/NICHD Newborn Drug Development Initiative Workshop, March, 2004; Baltimore, MD. Plenary lecture: "Potential Trial Designs for Neonatal Pain studies".

FDA/NICHD Newborn Drug Development Initiative Workshop, March, 2004; Baltimore, MD. "Sample trial designs for procedural pain studies in neonates."

8th Spring Meeting, Royal College of Paediatrics and Child Health, University of York, York (UK), March, 2004.  Windermere Honorary Lecture: "Love, Pain and Neonatal Care".

3rd Nordic Congress on Children and Pain, The Swedish Paediatric Pain Society, May, 2004, Linkoping, Sweden.  Keynote Address: "Love, Pain and Care: Effects on brain development and clinical outcomes".

4th Annual Neonatal Pharmacology Conference sponsored by Contemporary Forums, May, 2004, Chicago, IL.  "Evidence-Based Management of Pain in Neonates".

Xth International Postgraduate Course in Neonatal Intensive Care, May, 2004, Buenos Aires, Argentina. " Management of Pain in the Neonate:  Current Practice Recommendations".

Xth International Postgraduate Course in Neonatal Intensive Care, May, 2004, Buenos Aires, Argentina. "Of needles, tubes, and prematurity:  What happens to the baby?"

Xth International Postgraduate Course in Neonatal Intensive Care, May, 2004, Buenos Aires, Argentina. "Does the Ventilated Premature Infant Require Routine Analgesia?"

Neonatal Update 2004, University of Massachusetts Medical Center, June, 2004, Marlboro, MA. "Of Needles, Tubes and Prematurity – What happens to the baby?"

Maternal-Fetal Network Meeting, The British Columbia Research Institute for Children's and Women's Health, University of British Columbia, September, 2004, Vancouver, British Columbia. "Update on neonatal pain research."

21st Annual NOGAN Lecture, Association of Georgia Neonatologists, Atlanta, GA; December, 2004. "Management of pain in preterm neonates: lessons from the NEOPAIN Trial".

Presentation to the Chief Minister, Health Minister and Administrative Secretaries of Delhi State, January, 2004. "Proposal for a specialized Pediatric health care system".

Visiting Professor Rounds, Department of Pediatrics, All-India Institute of Medical Sciences, New Delhi, February, 2004. "Neonatal pain and stress"

Kanwaljeet S. Anand                CURRICULUM VITAE                              99

Neonatology Seminars, Department of Paediatrics and the Simpson Maternity Pavilion, University of Edinburgh, Edinburgh, April, 2004. "Research design and interpretation of preliminary data."

Neuroscience Course (M1 Medical Students; Course Director – Dr. Robert D. Skinner), The Department of Neurobiology and Developmental Sciences, University of Arkansas for Medical Sciences, April, 2004. "The Anatomy and Physiology of Pain".

NIH Grant Review for Dr. Pao-Feng Tsai (Education Building III (COPH building) Room # 5231), UAMS School of Nursing, August, 2004.

Research Seminars, Departments of Pediatrics and Pharmacology, University of California at San Diego, College of Medicine and College of Pharmacy, San Diego, November, 2004. "Repetitive pain or prolonged analgesia in neonates: Which is the lesser evil?"

Monthly Lecture Series, Pain Arkansas! Club at University of Arkansas for Medical Sciences, October, 2004. "Novel approaches to the blockade of opioid tolerance".

Grand Rounds, Departments of Pediatrics and Pharmacology, University of California at San Diego, November, 2004. "Long-term effects of pain in neonates".

Pediatric Resident Mock Codes, Department of Pediatrics, University of Arkansas for Medical Sciences, November, 2004. "CPR in pediatric patients".

CME Lecture for Advanced Pediatric Nurses, Pediatric Intensive Care Unit, Arkansas Children's Hospital, December, 2004. "Analgesia and sedation in PICU patients".

Neuropharmacology Course (PCOL 5133; Course Director – Dr. Galen R. Wenger), Department of Pharmacology & Toxicology, University of Arkansas for Medical Sciences, December, 2004. "The Pharmacological Control of Pain".

Grand Rounds, Department of Pediatrics, Emory University School of Medicine and Children's Health Care of Atlanta at Egleston, December, 2004. "Effects of repetitive pain in the development of preterm neonates".

Neonatology Noon Lectures, Department of Pediatrics, Emory University School of Medicine and Grady Memorial Hospital, Atlanta, GA; December, 2004. "Novel research on neonatal pain."

Emergency Medicine Seminars, Department of Pediatrics and Emergency Medicine, Children's HealthCare of Atlanta, Atlanta, GA; December, 2004. "Acute Pain Management for Invasive Procedures in the Emergency Room."

**2005**

Kanwaljeet S. Anand                    CURRICULUM VITAE                         100

Plenary Speaker, 25th Anniversary of IPOKRaTES Seminars, New Frontiers in Neonatology: A
Global Forum for Research and Science; March, 2005; Innsbruck, Austria. "The impact of
repetitive pain on the developing brain".

Plenary Speaker, 2nd International IDNIC Conference "Infant Development in Neonatal Intensive
Care", March, 2005; London, U.K. "Consequences of painful experiences during neonatal
intensive care".

24th Annual Scientific Meeting of the American Pain Society, March, 2005; Boston, MA;
Pediatric Pain Forum on "Pediatric Drug Development – A Regulatory Perspective", invited
lecture: "Neonatal Pain Management: Current research and Future directions"

24th Annual Scientific Meeting of the American Pain Society, March, 2005; Boston, MA;
Workshop on "Infant Pain: Sharpening our understanding within critical stages of Infant
Development", invited lecture: "Acute Pain in Preterm Neonates".

Annual Meeting of the Pediatric Academic Societies', May, 2005; San Francisco, CA. Moderator
for the Brain Injury Poster Symposium Session.

11th World Congress on Pain, Workshop on "Nationwide guidelines on pain in children:
Development and implementation in different countries", August, 2005, Sydney, Australia.
"Evidence Based Guidelines: Report from the NIH-FDA Neonatal Pain Control Group".

11th World Congress on Pain, Chairman, Workshop on "Impact of Neonatal Pain on Subsequent
Pain Processing, Pain Thresholds and Responses to Analgesia", August, 2005, Sydney,
Australia.

International Medical Conference on Sai Ideal Health Care, September, 2005, Prasanthi
Nilayam, Puttaparthi (India). "Purity, Prema, and Prevention: The Pillars of Pediatric Care".

5th National Neonatal Nurses Meeting, sponsored by Neonatal Network and The Academy of
Neonatal Nursing, September, 2005; Chicago, IL. "Neonatal Pain: Clinical and Biological
Relevance"
5th National Neonatal Nurses Meeting, sponsored by Neonatal Network and The Academy of
Neonatal Nursing, September, 2005; Chicago, IL. "Ventilated Preterm Neonates: Analgesia,
Sedation, or What?"

International Symposium on "The Neonatal Brain", to celebrate 90 years of Kinderklinik
Glanzing on October, 2005 in Vienna, Austria.  "Repetitive Pain alters the Developing Brain".

Symposium on "Developmental Neuroscience: Imaging the Fetal and Newborn Brain",
University of Arkansas for Medical Sciences, October, 2005. "Pain in the Fetus and Newborn:
Cortical and subcortical processing?"

Kanwaljeet S. Anand          CURRICULUM VITAE                    101

House Judiciary Subcommittee on the Constitution, Congress of the United States House of Representatives, November, 2005, Washington, DC. Presenting "Expert Testimony on Pain of the Unborn".

Keynote Speaker, Dr. Martin Luther King, Jr. Commemoration Day, University of Arkansas for Medical Sciences, University Chancellor's Diversity Committee, January, 2005. "Dr. Martin Luther King, Mahatma Gandhi and a Theory of Human Relativity".

Monthly Lecture Series, Pain Arkansas! Club at University of Arkansas for Medical Sciences, January, 2005. "Neuroimaging and neonatal pain".

Physician ECMO Training and Refresher Course, UAMS Department of Pediatrics, UAMS Office of Continuing Education, and Arkansas Children's Hospital; February, 2005; Little Rock, AR. "Sedation and Analgesia in ECLS Support".

Research Competition Judge, 11th Annual Residents' Day, Department of Anesthesiology, University of Arkansas for Medical Sciences, February, 2005; Little Rock, AR.

Anesthesiology Grand Rounds, Department of Anesthesiology, Baylor University School of Medicine and Texas Children's Hospital, March, 2005; Houston, TX. "Neurodevelopmental effects of sedative, analgesic, and anesthetic drugs".

Neonatology/Critical Care Medicine Joint Seminars, Department of Pediatrics, Baylor University School of Medicine and Texas Children's Hospital, March, 2005; Houston, TX. "Management of Pain in the neonate: Current practice and novel options".

Anesthesiology Fellows Conference, Department of Anesthesiology, Baylor University School of Medicine and Texas Children's Hospital, March, 2005; Houston, TX. "Prediction of clinical outcomes in pediatric surgical patients".

**John S. Liebeskind Visiting Professorship,** Grand Rounds, UCLA Department of Pediatrics, Harbour-UCLA Medical Center, April, 2005. "Repetitive pain vs. prolonged analgesia: Which is the lesser evil?"

**John S. Liebeskind Visiting Professorship,** UCLA Faculty Club, Departments of Pediatrics, Medicine, Psychology, History, Sociology, Anthropology, University of California at Los Angelis, April, 2005. "Pain and the Brain: unifying roles in Evolution and Human Development".

Fellows Conference, Critical Care Medicine Section, Department of Pediatrics, University of Arkansas for Medical Sciences, September, 2005; Little Rock, AR. "Future models of health care delivery: report from the International Sai Medical Conference".

*Gregory Mark Taubin Distinguished Lecturer,* Department of Pediatrics, Children's National Medical Center, GW University School of Medicine, December, 2005; Washington DC. "Pain and stress in critically ill pediatric patients".

Kanwaljeet S. Anand                 CURRICULUM VITAE                        102

Grand Rounds, Department of Pediatrics, New York University School of Medicine & NYU
Medical Center, December, 2005; New York, NY. "Prematurity, pain management, and brain
plasticity: Developmental origins of adult behavior?"

**2006**

NICU-PICU Specialty Conference, Pediatric Pharmacy Advocacy Group, March, 2006,
Baltimore, MD. *Keynote Address:* "Pain Management in Neonatal and Pediatric Patients."

Pediatric Academic Societies' Annual Meeting, San Francisco, CA, April, 2006.  Workshop on
CPCCRN:  The NICHD Collaborative Pediatric Critical Care Research Network: "Towards
Evidence-Based Management of Sedation in Pediatric Critical Care".

12th Annual Ruth Rappaport Seminar on Pediatric Pain Management: "Facing The Future". The
Technion: Israel Institute of Technology, Haifa, Israel, June, 2006. *Honorary Guest Lecture*:
"Consciousness, behavior, and clinical impact of the definition of pain".

12th Annual Ruth Rappaport Seminar on Pediatric Pain Management: "Facing The Future". The
Technion: Israel Institute of Technology, Haifa, Israel, June, 2006. "Evidence based treatment of
neonatal pain".

Annenberg Center for Health Sciences, 3rd Annual Meeting, Evidence vs. Experience in
Neonatal Practices, Boston MA, June, 2006. "Pharmacological Management of Pain and
Sedation in the NICU"

CIHR Pain in Child Health Summer 2006 Institute, Rockwater Cove, B.C., Canada, June, 2006.
"The Stress of Early Surgery and its long term effects."

7th International Symposium on Pediatric Pain, IASP Special Interest Group on Pain in Children,
Vancouver, B.C., Canada, June, 2006. Workshop on Analgesic Drugs: Safety and Efficacy in
Children; "Efficacy of Pharmacological Analgesia in Newborn Infants."

CIHR Pain in Child Health Summer 2006 Institute, Rockwater Cove, B.C., Canada, June, 2006.
"The most important challenges in pediatric pain".

7th International Symposium on Pediatric Pain, IASP Special Interest Group on Pain in Children,
Vancouver, B.C., Canada, June, 2006. Workshop on Pharmacogenomics of Analgesic Drugs:
Sense or Nonsense? "Pharmacogenomics: The Bioethics Challenge of the 21st Century."

7th International Symposium on Pediatric Pain, IASP Special Interest Group on Pain in Children,
Vancouver, B.C., Canada, June, 2006. Chaired the Expert Panel Discussion on "Role of Drug
Regulatory Agencies in the use and approval of analgesics in children".

7th International Symposium on Pediatric Pain, IASP Special Interest Group on Pain in Children,
Vancouver, B.C., Canada, June, 2006. Workshop on Development and Implementation of

Kanwaljeet S. Anand                CURRICULUM VITAE                              103

Evidence Based Guidelines on Pain in Children. "Evidence Based Guidelines: Report from the NIH-FDA Neonatal Pain Control Group".

7th International Symposium on Pediatric Pain, IASP Special Interest Group on Pain in Children, Vancouver, B.C., Canada, June, 2006. *Plenary Podium Presentation*: "Childhood Analgesia: Getting off-label drugs on-label".

International Symposium on "Emerging Trends in Biological and Chemical Sciences", Department of Biosciences and Chemistry, Sri Sathya Sai Institute of Higher Learning (Deemed University) Prasanthi Nilayam (AP), India, August, 2006. *Plenary Podium Presentation*: "*Primum non dolore*: First, Cause No Pain".

23rd International Neurotoxicology Conference, "Neurotoxicity in Development & Aging", Little Rock, AR, September, 2006. B. Clancy, B. Kersh, K.J.S. Anand, et al. "What is that in rat days? A Web-Based Approach to the Translation of Neurodevelopmental Time across Mammalian Species".

2006 Annual Meeting, Society for Pediatric Anesthesia, Chicago, IL, October, 2006. *Plenary Inaugural Address:* "Neurobiology of Acute Pain in Infants and Children".

NIMH-funded Maternal-Fetal Network (Impact of Adverse Fetal and Neonatal Experience on Child and Adolescent Mental Health), University of Minneapolis, Center for Human Development, November, 2006. "A novel bioinformatics approach for translating developmental time across mammalian species".

Annual BPCA Drug Prioritization Meeting, National Institute of Child Health and Human Development, National Institutes of Health, Bethesda, MD, December, 2006. "Update on BPCA-related Activities: Research Agenda for Neonatal Pain".

**Pfizer Visiting Professorship in Pain Medicine**, University of Utah School of Medicine and School of Pharmacy, Salt Lake City, UT, January, 2006. Pediatric Grand Rounds: "Pain, plasticity and Prematurity: neonatal shadows on development".
Pfizer Visiting Professorship in Pain Medicine, University of Utah School of Medicine and School of Pharmacy, Salt Lake City, UT, January, 2006. Pharmacology & Pharmaceutics Grand Rounds: "Opioid tolerance and withdrawal: Mechanisms and novel therapies".

Pfizer Visiting Professorship in Pain Medicine, University of Utah School of Medicine and School of Pharmacy, Salt Lake City, UT, January, 2006. Neonatal Fellowship Program Seminars. "Management of analgesia and sedation in neonates".

Pfizer Visiting Professorship in Pain Medicine, University of Utah School of Medicine and School of Pharmacy, Salt Lake City UT, January, 2006. Pain Center Workshop, Department of Anesthesiology: "Role of the cortex in human consciousness and pain perception".

Nursing Grand Rounds, Nursing Education Department, Arkansas Children's Hospital, February 28th, 2006, Little Rock, AR. "Consent, Assent and Clinical Research in Children"

Kanwaljeet S. Anand             CURRICULUM VITAE                      104

Grand Rounds, Department of Geriatrics, University of Arkansas for Medical Sciences, March 1st, 2006, Little Rock, AR. "Pain Management at the Two Ends of Life: Lessons from the Newborn".

Visiting Scientist Seminars, National Center for Toxicological Research, Jefferson, AR; March, 2006. "Pain and stress in Laboratory Animals: Prevention, Assessment, and Management".

Medical Students Block 10 Electives, UAMS College of Medicine, Reynolds Center for Aging, Little Rock, AR; March, 2006. "Inter-faith and cross-cultural issues for geriatric patients".

Complementary and Alternative Medicine Course, Reynolds Center on Aging, Little Rock, AR, March, 2006. "Role of Spirituality in the Interpretation of Death and Dying".

Clinton School of Public Service and University of Arkansas, Public Meeting at the William J. Clinton Presidential Center & Library, March, 2006. "Bridge to the Future: Role of Religion and Ethnicity in Building a Caring Community & Nation".

Faculty Seminar Series, Department of Neurobiology & Developmental Sciences, UAMS College of Medicine, Little Rock, AR; April, 2006. "Consciousness without the Cortex: Neuroscience, Clinical Medicine, or Voodoo?"

Executive Presentation, Child Health Corporation of America, Kansas City, KS; April, 2006. "Participation in the NIH-funded CPCCRN Network studies for CHCA-affiliated hospitals".

UAMS College of Medicine, M2 Medical Students, September, 2006. Faculty for Patient Beliefs Panel Discussion (Moderated by Dr. James Graham).

NICU Grand Rounds, University of Western Ontario and St. Joseph's Hospital, London, Ontario, Canada; Tuesday, October, 2006. "Pain Management in the Neonate".

NICU Nursing Seminars, University of Western Ontario and St. Joseph's Hospital, London, Ontario, Canada; Tuesday, October, 2006. "Pain Assessment in the Neonate: New findings and their clinical application".

Visiting Scientist Program, Children's Hospital Research Institute, University of Western Ontario, London, Ontario, Canada, October, 2006. "Long-term Effects of Pain in Preterm Neonates".

Paediatric Grand Rounds, Children's Hospital of Western Ontario, University of Western Ontario, London, Ontario, Canada, October, 2006 "Mechanisms and Management of Opioid Tolerance in Children".

Pediatric Grand Rounds, Department of Pediatrics, Eastern Virginia Medical School and Children's Hospital of The King's Daughters, Norfolk, VA, October , 2006: "Management of pain in neonates: Current state-of-the-art".

Kanwaljeet S. Anand              CURRICULUM VITAE                    105

Resident Noon Conference, Department of Pediatrics, Eastern Virginia Medical School and Children's Hospital of The King's Daughters, Norfolk, VA, October, 2006: "Long-term effects of medical and surgical procedures in preterm neonates".

Patient Care Seminars, Department of Surgery, Children's Hospital of The King's Daughters, Norfolk, VA, October, 2006: "Developing a practical neonatal pain management protocol".

NICU Nursing Professional Development Day, Children's Hospital of The King's Daughters, Norfolk, VA, October, 2006: "Pain Assessment in the Neonate: New findings and their clinical application".

Guest Speaker, Fortis Lt. Rajan Dhall Specialty Hospital, Vasant Kunj, New Delhi, India, November, 2006. "The advancement of Pediatric Care in India: Barriers and Solutions".

**2007**

4th International Conference on Children's Pain and Palliative Care, Vodafone Foundation Institute for Paediatric Pain Therapy and Paediatric Palliative Care and Dattel Children's Hospital, Recklinghausen, Germany, February, 2007. "Pain in Neonates: Assessment, management, long-term effects".

4th International Conference on Children's Pain and Palliative Care, Vodafone Foundation Institute for Paediatric Pain Therapy and Paediatric Palliative Care and Dattel Children's Hospital, Recklinghausen, Germany. February, 2007. "Meet the Expert session on Neonatal Pain".

22nd Congress of the Indian Society of Study of Pain "ISSPCON 2007" at Sanjay Gandhi Postgraduate Institute of Medical Sciences, Lucknow, India. Video conference on February, 2007. "Basic and neonatal science in relation to paediatric pain with implications of early pain experience on long term consequences".

The Medical Home Model for Children after Life-Threatening Illness or Injury: A National Experts' Conference, National Center for Medical Rehabilitation Research (NCMRR) at NICHD, American Academy of Pediatrics (AAP) and the Health Resources and Services Agency (HRSA), March, 2007 in Bethesda, MD. "Transition from PICU to the Home & Community: presentation of a new conceptual model".

Open Public Hearing, Anesthesia and Life Support Drugs Advisory Committee, Division of Anesthesia, Analgesia and Rheumatology Products, Center for Drug Evaluation and Research, FDA, March, 2007, Baltimore MD. "Ketamine neurotoxicity in animal models should not alter its use in humans".

17th Annual Neonatology Update, American Academy of Pediatrics (Chapter VII) and Northwestern University School of Medicine, June, 2007; Chicago IL. "Management of Pain in Neonates: an evidence-based approach".

Kanwaljeet S. Anand                    CURRICULUM VITAE                    106

International Congress to commemorate the 50th Anniversary of the Rome Treaties: "The Human Being and the Problem of Pain" University of Tor Vergata, Rome, Italy, June, 2007. "Love, pain, and conscious perception in premature neonates".

5th World Congress on Pediatric Critical Care, World Federation of Pediatric Intensive Care Societies, June, 2007, Geneva, Switzerland. Poster presentations: (a) Acupuncture reduces inflammatory hyperalgesia in newborn rats. (b) Neonatal pain alters adult cognitive performance & brain cytokine expression.

5th World Congress on Pediatric Critical Care, World Federation of Pediatric Intensive Care Societies, June, 2007, Geneva, Switzerland. Oral presentation: "Acupuncture reduces brain cell death following neonatal inflammatory pain."

18th Annual NIDCAP Trainers Meeting, International Foundation for Developmental Care, September, 2007, Combrit, France. "Consciousness, Pain and Development in the Newborn."

18th Annual NIDCAP Trainers Meeting, International Foundation for Developmental Care, September, 2007, Combrit, France. "Pain management and Development Care: Two sides of the same coin".

14th Annual Father Joseph Biltz Awards Ceremony, Just Communities of Central Arkansas (formerly the NCCJ of Arkansas), October, 2007, Little Rock, AR. "Acceptance speech: Translating the message of love into our life".

Master of Pain Management, Module 8, Universitat Autonoma de Barcelona, October, 2007, Barcelona, Spain. "Conscious perception of Neonatal Pain and its Clinical Management."

9th National Pediatric Critical Care Congress, Indian Society for Critical Care Medicine, New Delhi, India, November, 2007. Plenary Lecture: "Pain in Early Life: Science, Assessment, Management".

Grant Review Sessions, Department of Neurobiology and Developmental Sciences, University of Arkansas for Medical Sciences, January, 2007. "Use of Acupuncture to Reduce Inflammatory Pain in Infants: A translational approach".

Visiting Professor at Stanford University, Lucille Packard Children's Hospital, Pediatric Pain Management & Pediatric Intensive Care Meeting, Thursday, February, 2007. "Novel therapies for management of opioid tolerance".

Visiting Professor at Stanford University, Lucille Packard Children's Hospital, Department of Anesthesiology Research Seminars, February, 2007. "Use of acupuncture in infancy: Results from an animal model".

Kanwaljeet S. Anand          CURRICULUM VITAE          107

Visiting Professor at Stanford University, Lucille Packard Children's Hospital, Pediatric Grand Rounds, February, 2007. "The Evidence for Fetal Pain: Clinical Medicine, Neuroscience, or Voodoo?

Panel Discussion on "Spirituality in Medicine", Course on Complementary and Alternative Medicine (CAM) for Senior Medical Students, University of Arkansas for Medical Sciences, March, 2007. "How does spirituality relate to religion? Answers from the Sikh Gurus and Sri Sathya Sai Baba".

Core Curriculum Lectures, Pediatric Critical Care Medicine Fellowship Program, Department of Pediatrics, University of Arkansas for Medical Sciences, March, 2007. "Culturally Driven Management of Death and Dying".

Fellow's Research Conference, Pediatric Critical Care Medicine Fellowship Program, Department of Pediatrics, University of Arkansas for Medical Sciences, April, 2007. "The CRISIS Prevention Trial: rationale and training".

Department of Pediatrics, University of Utah and CPCCRN Steering Committee Meeting, Park City, Utah, May, 2007. "The PROTAW Trial: Mini-protocol presentation".

Department of Pediatrics, University of Utah and CPCCRN Steering Committee Meeting, Park City, Utah, May, 2007. "Psychological Outcomes of Critically Ill Children following PICU Admission".

Neonatology Research Seminars, Karolinska Institute and Astrid Lindgren's Children's Hospital, Stockholm, Sweden, June, 2007. "Pain and its effects in the newborn: 20 years later".

Pediatric Grand Rounds, Escorts Heart Institute and Research Center, Fortis Healthcare Institute, New Delhi, India, August, 2007. "Pain in infancy: science, assessment, management."

Pediatric Grand Rounds, Department of Pediatrics, All-India Institute of Medical Sciences, New Delhi, India, August, 2007. "Emerging approaches for neonatal pain management."

Fellow's Conference, Department of Pediatrics, Critical Care Medicine Section, University of Arkansas for Medical Sciences, August, 2007: "Current Management of PICU Sedation/Analgesia".

Anesthesiology Grant Rounds, Department of Anesthesiology & Critical Care Medicine, Harvard Medical School and Children's Hospital, Boston MA, October, 2007. "Pain in the Neonate and Fetus: 20 years later".

Pediatric Grant Rounds, Department of Medicine, Harvard Medical School and Children's Hospital, Boston MA, October, 2007; "Pain in the Neonate and Fetus: current developments and future directions".

Kanwaljeet S. Anand              CURRICULUM VITAE                        108

Senior Resident Clinical Rounds, Department of Medicine, Children's Hospital, Boston MA, October, 2007; "Case discussion: Periodic fevers in Children".

CCM Fellows Conference, Department of Anesthesiology & Critical Care Medicine, Children's Hospital, Boston MA, October, 2007. "Case discussion: Sedation/analgesia during ECMO".

CCM Fellows Conference, Department of Pediatrics, Critical Care Medicine Division, Massachusetts General Hospital, Boston MA, October, 2007. "Pain in the Neonate and Fetus: 20 years later".

Neurosurgical Grand Rounds, Department of Neurosurgery, University of Arkansas for Medical Sciences, October, 2007. "Pain during early life: Neuroscience and Development".

Graduate Student Seminars, Department of Neurobiology & Developmental Sciences, University of Arkansas for Medical Sciences, October, 2007. Mentor for Chaoxuan Dong: "Ketamine Neurotoxicity is Age-Dependent and Dose-Dependent".

Mayday Foundation site visit, Research Seminar, Arkansas Children's Hospital Research Institute, December, 2007. "The safety and efficacy of acupuncture for relieving acute pain in newborn infants".

### 2008

1st Interdisciplinary Swiss Conference on *Pain Management in Neonates: Investing in the future,* Institute of Nursing Science of the University of Basel, Switzerland (INS); Bern, Switzerland, January, 2008. Keynote Address: "The clinical importance of pain in term and preterm neonates: Focus on the vulnerability of the developing brain".

Institute of Nursing Science, University of Basel & the University Children's Hospital, Basel, Switzerland, January, 2008. Special Lecture: "Neonatal Analgesia in the post-NEOPAIN era".

Invited Speaker, House of Commons of the British Parliament, Special Meeting on Term Limits, MP Nadine Dorries, London, U.K., January, 2008. "Emerging Scientific Evidence for Fetal Pain".

Pain Through the Ages-Common Themes, Canadian Pain Society, Victoria, British Columbia, May, 2008. "Pain in Neonates: Long-Term Changes in Brain Function and Behavior."

Neonatal Advanced Practice Nursing Forum, Dartmouth-Hitchcock Medical Center, Washington, D.C., June, 2008. "The Evidence For and Importance of Fetal Pain".

NIDCAP International Conference, HELSE SUNNMØRE HF, Aalesund, Norway, June, 2008. "Conscious Pain Perception in the Newborn".

IPOKRaTES Seminar, IPOKRaTES, Madrid, Spain, June, 2008. "Neonatal Comfort: analgesia, sedation and individualized loving care".

Kanwaljeet S. Anand          CURRICULUM VITAE          109

IPOKRaTES Seminar, IPOKRaTES, Madrid, Spain, June, 2008. "Management of Pain in Premature Infants: Lessons from the NEOPAIN Trial".

12th World Congress on Pain, International Association for the Study of Pain, Glasgow, Scotland, August, 2008. "Neonatal pain management: Current controversies and new data".

PedsPLACE, UAMS Center for Distance Health, Little Rock, Arkansas, September, 2008. "The Collaborative Critical Care Research Network-access to a national resource".

Arkansas Biosciences Institute Fall Research Symposium, Little Rock, Arkansas, October, 2008. Posters presented "Acupuncture reduces inflammatory hyperalgesia in newborn rats" and "Repetitive neonatal pain alters adult cognitive performance and brain cytokine expression".

1st International Congress of UENPS Union of European National and Perinatal Societies, Rome, Italy, November, 2008. "Pain at the Dawn of Human Consciousness".

Faculty Facilitator, Mock Code on Septic Shock, Arkansas Children's Hospital's PULSE center, Little Rock, AR, February, 2008.

Grand Rounds, Department of Pediatrics, University of Arkansas of Medical Sciences, February, 2008. "Once a Pediatrician, always a Pediatrician? - Views from the American Board of Pediatrics".

Panel Discussion, Complementary & Alternative Medicine Spirituality Panel, University of Arkansas of Medical Sciences, March, 2008. "Religion and spirituality in the practice of medicine: what, when, and why?"

Research Seminars, Department of Pediatrics, M.D. Anderson Cancer Center, Houston, Texas, March, 2008. "New frontiers in neonatal pain research".

Grand Rounds, Department of Pediatrics, University of Texas at Houston and Hermann Memorial Children's Hospital, Houston, Texas, March, 2008. "Neonatal pain management: current state-of-the-art and novel directions".

CPCCRN Steering Committee meeting, Bethesda, MD; March, 2008. Full Protocol presentation for the PROTAW randomized trial.

**2009**

22nd Annual Graven's Conference o the Physical and Developmental Environment of the High Risk Infant, Clearwater Beach, Florida, January, 2009. "Neonatal Pain Management".

22nd Annual Graven's Conference on the Physical and Developmental Environment of the High Risk Infant, Clearwater Beach, Florida, January, 2009. *Keynote Address:* "Pain at the dawn of human consciousness".

Kanwaljeet S. Anand                 CURRICULUM VITAE                                 110

1st NeoOpioid Project Workshop, Stockholm, Sweden, January, 2009. "Opioid Tolerance in the PICU/NICU; mechanisms, assessment, and management".

Pediatric Grand Rounds, Cooper Regional Children's Hospital, Camden, New Jersey, February, 2009. "Pain Management of the Pediatric Trauma Patient".

Special Residents lecture, Cooper Regional Children's Hospital, Camden, New Jersey, February, 2009. "Pain Management in the NICU".

54th Annual Meeting; Swedish Paediatric Society, **Nils Rosén von Rosenstein Award lecture**, University of Uppsala and the Swedish Society of Medicine, April, 2009. "Love, Pain & Intensive Care".

27th Neonatal Conference, Nationwide Children's Hospital, Columbus, OH, May, 2009. "Physiology of Fetal & Neonatal Pain & Stress"

27th Neonatal Conference, Nationwide Children's Hospital, Columbus, OH, May, 2009. "Love, Pain & Neonatal Intensive Care: How to Make a Difference"

Fellows Research Seminar, University of Ohio, Nationwide Children's Hospital, Columbus, OH, May, 2009. "Ketamine analgesia for neonates: Friend or foe?"

32nd Annual Neonatal Advanced Practice Nursing Forum; Washington, D.C., June, 2009. "Developing Brain & Pain: Apply Developmental Pharmacology to Pain Management".

32nd Annual Neonatal Advanced Practice Nursing Forum; Washington, D.C., June, 2009. "Management of Acute Procedural Pain"

32nd Annual Neonatal Advanced Practice Nursing Forum; Washington, D.C., June, 2009. "Case Studies in the Management of Prolonged Pain"

Second Annual Pediatric Pain Master Class, Children's Hospitals & Clinics of Minnesota, Minneapolis, MN, June, 2009. "Pain Management in Infants"

Development Neurobiology Colloquium presentation, Center for Study Behavior and Development, University of Minnesota, Minneapolis, MN, June, 2009. "Love, Pain & Neonatal Intensive Care: How to Make a Difference"

2nd Neonatal & Pediatric Palliative Care Conference, University Hospital, University of Medicine and Dentistry of New Jersey, Newark, NJ, October, 2009; Keynote Address: "Love, Pain & Neonatal Intensive Care".

The **Sixth Annual Josephine Templeton Honorary Lecture**, The Children's Hospital of Philadelphia, Department of Anesthesiology & Critical Care Medicine, Philadelphia, PA, September, 2009. "Love, Pain & Intensive Care: Efforts in the clinic and community"

The Pediatric Critical Care Sub-Board Meeting, October, 2009, The American Board of Pediatrics, Chapel Hill. "Establishing a Simulation-Based Curriculum"

2nd Regional Neonatology Conference "A New Era: Advances in Palliative Care for Infants and Children in Pain", New Jersey Medical School, New Jersey, October, 2009. "Neonatal Pain Management: From Dosage to Withdrawal."

The Steering Committee Meeting, October, 2009, Collaborative Pediatric Critical Care Research Network (CPCCRN), Washington, D.C., "Planning for the H1N1Epidemic and a Novel Triage Strategy."

Pediatric Analgesic Clinical Trials Workshop, Division of Analgesia, Anesthesia, and Rheumatology Products, Center for Drug Evaluation and Research, Food and Drug Administration, Baltimore, MD; December 3, 2009.  "Dose finding studies in neonatal analgesia".

## 2010

Mid-South Seminar on the Care of the Complex Newborn, Le Bonheur Children's Hospital and University of Tennessee Health Science Center, Memphis, TN, January, 2010. "Love, Pain and Intensive Care."

1st Annual Conference on Pediatric Psychological Trauma in Infants and Young Children from Illness, Injury and Medical Intervention, The University of Southern California, Los Angeles, CA, February, 2010. "Consciousness, Cortical Function, and Pain Perception in Non-Verbal Humans."

8th International Symposium on Pediatric Pain, International Association for the Study of Pain, in Acapulco, Mexico, March 7th, 2010 ."Use of Ketamine for Neonatal Pain Management."

8th International Symposium on Pediatric Pain, International Association for the Study of Pain, in Acapulco, Mexico, March 7th, 2010 ."Fetal Pain and Consciousness."

Pediatric Grand Rounds, Department of Pediatrics, University of Michigan and C.S. Mott Children's Hospital, Ann Arbor, MI, March, 2010. "Ketamine for Infants: Poison or Panacea?"

Pediatric Scientific Seminar Series, Department of Pediatrics, University of Michigan and C.S. Mott Children's Hospital, Ann Arbor, MI, March, 2010. "Analgesia and Sedation in the PICU: Evidence-based management for special cases".

24th Annual Pediatric Anesthesiology Meeting, Society for Pediatric Anesthesiology, Symposium on *Pain and the Pediatric Patient*, San Antonio, TX, April, 2010."Prolonged opioids, pediatric patients, and problems."

Kanwaljeet S. Anand                CURRICULUM VITAE                            112

36th Annual Pediatric Critical Care Colloquium, University of Pittsburg School of Medicine, Pennsylvania, May, 2010. "Crises in Haiti: the Critical Needs of Children."

3rd Annual Pediatric Pain Master Class, Children's Hospitals and Clinics of Minnesota, Minneapolis, MN, June, 2010. "When Opioids Don't Work Anymore – Biology and Management."

3rd Annual Pediatric Pain Master Class, Children's Hospitals and Clinics of Minnesota, Minneapolis, MN, June, 2010. "Pain Management in Infants."

Invited Speaker, Consecration Ceremony for the opening of Le Bonheur Children's Hospital, June 2010.

2010 Perinatal Medicine Conference, *Perinatal Health & Healing: Partnerships for Success,* St. Dominic Hospital, Mississippi Perinatal Association, Jackson, MS, July, 2010. "Pain Control in the NICU."

Ron Lemire Symposium on Contemporary Pediatric Critical Care Medicine, Seattle Children's Hospital, Seattle, WA, August, 2010. ***Keynote Address***: "The Pathobiology of Pain & Stress in PCIU/NICU Patients."

"Open Hearts, Open Minds and Fair Minded Words", A Conference on Life and Choice in the Abortion Debate, Princeton University, New Jersey, Newark, NJ, October, 2010. "When Might a Fetus Feel Pain and What Should We Do About It?"

**Frontiers-In-Pain-Research** Lecture Series, Montreal General Hospital, Quebec, Canada, November, 2010. "Use of Ketamine in Neonates: Toxic or Therapeutic?"

3rd International Conference on **Excellence in Pediatrics**, London, UK, December, 2010. Expert Round Table on "Pain Management" "Management of Acute Pain in Neonates."

8th International Conference, Pediatric Cardiac Intensive Care Society, Miami Beach, Miami, FL, December, 2010. "Post-operative Analgesia/Sedation and Modulation of the Stress Response."

Children's Foundation Research Center Seminar, The University of Tennessee Health Science Center, Le Bonheur Children's Hospital, Memphis, TN, December, 2010. "Use of Ketamine for Neonates: Toxic or Therapeutic?"

**2011**

FDA Anesthetic and Life Support Drugs Advisory Committee (ALSDAC), Center for Drug Evaluation and Research, Silver Springs, MD, March 10, 2011. *"Ketamine and the Neonatal Brain: Rat Pups vs. Babies."*

Kanwaljeet S. Anand          CURRICULUM VITAE          113

Brain Awareness Week Symposium and Public Lecture, UT Neuroscience Institute, University of Tennessee Health Science Center and The Urban Child Institute, Memphis, TN., March, 2011. *"Consciousness, Pain and Stress in Early Life: How it shapes who we are and what we become."*

Pediatric Academic Societies and Asian Society for Pediatric Research Joint Meeting, PAS Topic Symposium: "**Impact of Surgery, Anesthesia and Analgesia on the Newborn Brain**", Denver, CO., April 30 - May 3, 2011. *"Pain Therapy and the Brain - A Scientific Rationale."*

The Urban Child Institute and Children's Foundation Research Center, Le Bonheur Children's Hospital, Memphis; May 16, 2011. *"Use of the MEG for research on early brain development".*

Pain Management and Developmental Care in Premature Newborns Symposium, Mayanei HaYeshua Medical Center, Bnei Brak, Tel Aviv, Israel, May 19, 2011. *"Consciousness and Pain in Early Life."*

Pain Management and Developmental Care in Premature Newborns Symposium, Mayanei HaYeshua Medical Center, Bnei Brak, Tel Aviv, Israel, May 19, 2011. *"Love, Pain, and Intensive Care."*

5th Annual NeoOpioid Meeting, Karolinska Institute and Astrid Lindgren's Children's Hospital, Stockholm, Sweden, June 1, 2011. *"Advantages and disadvantages of Morphine vs. Fentanyl in a historical, present and future perspective".*

Quarterly Meeting, American Association of Physicians from India, Memphis Chapter, Germantown TN, June 9, 2011. *"Summer Youth Conference on UNITY and HOPE: a program for youth development in Memphis".*

4th Annual Pediatric Pain Master Class, Children's Hospitals and Clinics of Minnesota, Minneapolis, MN, June 16, 2011. *"Pain Management in Infants."*

4th Annual Pediatric Pain Master Class, Children's Hospitals and Clinics of Minnesota, Minneapolis, MN, June 16, 2011. *"When Opioids Don't Work Anymore - Biology and Management."*

Pediatric Critical Care Medicine, Fellow's Didactic Lectures, Le Bonheur Children's Hospital, Memphis TN; July 19, 2011. *"Analgesia and Sedation in Critically Ill Children".*

Hospital Ethics Committee, Le Bonheur Children's Hospital, Memphis TN; July 20, 2011. *"Increased mortality in Latino/Hispanic patients at Le Bonheur".*

Quality Council, Le Bonheur Children's Hospital, Memphis TN; July 29, 2011. *"Increased mortality in Latino/Hispanic patients at Le Bonheur"; "Selected Outcomes and Medical Errors monitored in PICU patients".*

Pediatric Critical Care Medicine, Fellow's Lectures, Le Bonheur Children's Hospital, Memphis TN; August 30, 2011. *"When Opioids Don't Work Anymore - Biology and Management."*

Pediatric Intensive Care Unit, Multi-Disciplinary Staff Training Courses, Le Bonheur Children's Hospital, Memphis TN; August 24, 25 & 31, September 1 & 9, 2011. *"Brief Introduction to TeamSTEPPS Training"*.

System Ethics Committee Meeting, Methodist Le Bonheur Healthcare System, Center of Excellence in Faith & Health, Innovation Studio, Methodist University Hospital, Memphis; September 13, 2011. *"Increased mortality in Latino/Hispanic patients at Le Bonheur"*.

Department of Pediatrics, Grand Rounds Presentation, Le Bonheur Children's Hospital, Memphis, TN; September 14, 2011. *"Faculty, Funds, and the Fourth Leg of Academia"*

Monthly Fellows Seminar for Neonatal-Perinatal Medicine, Pediatric Surgery, and Pediatric Critical Care Medicine Fellows, Le Bonheur Children's Hospital, Memphis, TN; September 14, 2011. *"Mechanical Ventilation"*.

City of Memphis, Mayor's Office, Multi-Cultural Coalition Meeting, Memphis, TN.  September 22, 2011. *"Race/Ethnicity and Clinical Outcomes in Children: Are we doing the best we can?"*

2nd International Conference, Trauma in Infancy on "Do Babies Remember Trauma: The Psychology and Neurobiology of Early Trauma", Columbia Center for Psychoanalytic Training & Research and the Margaret Mahler Foundation; October 1, 2011. Keynote Speaker: *"Consciousness and Pain in Early Development"*.

Anesthesia Grand Rounds, Department of Anesthesia, Harvard Medical School and Children's Hospital, Boston, MA; October 5, 2011. *" Ketamine in neonates: toxic or therapeutic?"*

Acute and Emergency Care Pediatric Conference, Emergency Medical Services for Children and American Academy of Pediatrics (Tennessee Chapter), Le Bonheur Children's Hospital, October 22, 2011; Memphis, TN. *"Children Caught in a Disaster:  Special Considerations for Assessment, Management and Triage."*

63rd Annual Scientific Assembly, Tennessee Academy of Family Physicians'' (TNAFP), Convention Center in Gatlinburg, TN; October 25-28, 2011. *"Pediatric Pain Assessment and Management"*.

5th Annual Neonatology Conference at Scott & White *Current Concepts and Footsteps for the Future,* Department of Pediatrics, Scott & White Healthcare and Medical Education Center, Scott & White Hospital, Temple, Texas; November 1-2, 2011. Keynote Lecture: *"Pain and its Management in Neonates"*.

Annual Retreat, Division of Critical Care Medicine, Department of Pediatrics and Pediatric Intensive Care Unit Staff, Le Bonheur Children's Hospital, Memphis; November 9, 2011. *"Balancing the Paradox of Time, Outputs, and Measures: the three roles we all play"*.

Kanwaljeet S. Anand                CURRICULUM VITAE                          115

Annual Retreat, Department of Pediatrics and Le Bonheur Children's Hospital, Fogelman Business Center, University of Memphis, Memphis; November 12, 2011. *"Steps to becoming a top-tier Children's Hospital"*.

Pediatric Critical Care Medicine, Fellow's Didactic Lectures, Le Bonheur Children's Hospital, Memphis TN; November 15, 2011. *"Extubation Preparedness"*.

4th Annual Pediatric Research Day, "Current Research in Neurodevelopment and Neurological Disorders in Children at the University of Tennessee Health Science Center and Le Bonheur Children's Hospital", Morning Session Chair and Master of Ceremonies, November 16, 2011. *"Neurodevelopmental Research and Introduction of Speakers"*.

National Center for Toxicological Research, Center for Neurotoxicology and Neurodevelopment Research Seminars, Jefferson, AR; November 30, 2011. *"Anesthetic Neurotoxicity associated with Ketamine: Current Results and Future Directions"*.

International Pediatric Cardiac Surgery Conference, Fortis Escorts Heart Institute & Research Center, New Delhi, India; December 28, 2011. <u>Keynote Lecture</u>: *"Pain Management and Brain Protection in Cardiac Surgery: is there any connection?"*

**2012**

International Trauma Meeting, Danish National Conference, *Consensus Conference on Pediatric Trauma* in Odense, Denmark; January 16-17, 2012. <u>Keynote Address</u>: *"Pain, plasticity, prematurity: What are the long-term consequences of severe pain stimulation in infants?"*

International Trauma Meeting, Danish National Conference, *Consensus Conference on Pediatric Trauma* in Odense, Denmark; January 16-17, 2012. *"Assessment and Treatment of Pain in Infants"*.

Society for Pediatric Anesthesia Meeting, *Pediatric Anesthesiology 2012* in Tampa Florida; February 23 – 26, 2012. *"Pain, Analgesics, and the Developing Brain: How much and for how long?"*

2nd International Obstetrie & Neonatologie Congres, Máxima Medisch Centrum Hospital, Veldhoven, The Netherlands, March 6-9, 2012. <u>Inaugural Address</u>: *"Pain, Consciousness, and the Making of a Human"*.

2nd International Obstetrie & Neonatologie Congres, Máxima Medisch Centrum Hospital, Veldhoven, The Netherlands, March 6-9, 2012. Workshop on Pharmacology of the Newborn: *"Pharmacologic aspects of Morphine use in Neonates"*.

Pediatric Critical Care Medicine, Fellow's Lectures, Le Bonheur Children's Hospital, Memphis, TN; March 19, 2012. *"Regulatory Considerations in Clinical Research and Data & Safety Monitoring Board"*.

Kanwaljeet S. Anand                    CURRICULUM VITAE                                116

Pediatric Critical Care Medicine, Fellow's Didactic Lectures, Le Bonheur Children's Hospital, Memphis TN; March 20, 2012. *"Pressors, Inotropes, Vasodilators and Inodilators"*.

Annual Brain Awareness Week, University of Tennessee Neuroscience Institute and The Urban Child Institute, Memphis, TN; March 22, 2012. *"Long-term Effects of Neonatal Pain/Stress"*.

Sujit and Uma Pandit Lectureship in Anesthesiology, University of Michigan Health Systems, Ann Arbor, MI; March 28, 2012. Anesthesia Lunch & Learn: *"Opioid/Sedative Withdrawal: Case Presentation and Novel Strategies"*.

Sujit & Uma Pandit Lectureship in Anesthesiology, University of Michigan Health Systems, Ann Arbor, MI; March 29, 2012. M&M Conference. *"Ketamine Neurotoxicity in Newborns: New Findings"*.

Pediatric Critical Care Medicine, Fellow's Didactic Lectures, Le Bonheur Children's Hospital, Memphis TN; April 10, 2012. *"Poisoning"*.

Invited Guest Speaker, ***Teach for America*** Induction Ceremony, Minglewood Hall, Memphis, TN; June 8, 2012. *"Ending the vertical transmission of poverty and social disadvantage in Memphis"*.

5th Annual Pediatric Pain Master Class, Children's Hospitals and Clinics of Minnesota, Minneapolis, MN, June 14, 2012. *"Evidence-Based Pain Management in Neonates & Infants."*

5th Annual Pediatric Pain Master Class, Children's Hospitals and Clinics of Minnesota, Minneapolis, MN, June 14, 2012. *"When Opioids Don't Work Anymore - Biology and Management."*

48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan on July 8 - 10, 2012.  Special Lecture: *"Development of the pain in the fetus and neonate"*.

48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan on July 8 - 10, 2012.  Keynote Lecture: *"Management of pain in the neonate: current practice and novel options"*.

48th Annual Meeting of the Japanese Society of Perinatal & Neonatal Medicine; Saitama, Japan on July 8 - 10, 2012.  Workshop on *"Love, Pain, and Intensive Care"*.

Pediatric Critical Care Medicine, Fellow's Didactic Lectures, Le Bonheur Children's Hospital, Memphis TN; July 24, 2012. *"Analgesia and Sedation"*.

Quality Council Presentation, Le Bonheur Children's Hospital, Memphis, TN; July 27, 2012. *"Annual Report for PICU Patient Outcomes: Benchmarking with other Academic Children's Hospitals"*.

Lectures at Summer Course, International Youth Conference, Guyana University, Georgetown; August 3, 2012. *"Developing Career Pathways and Training Programs for Pediatricians".*

Lectures at Summer Course, International Youth Conference, Guyana University, Georgetown; August 4, 2012. *"Science, Spirituality, & Service: The Role of the Youth".*

Sophia Children's Hospital, Rotterdam, The Netherlands; September 11, 2012. *"Long Term effects of opioid analgesia in neonates".*

UT RocKs at University of Tennessee Health Science Center, Department of Pediatrics, Memphis, TN; September 18, 2012. *"Writing the K-Award Career Development Plan".*

Keynote Speaker, International Conference on ***Do Babies Remember Trauma? The Psychology and Neurobiology of Early Trauma"*** sponsored by The Margaret Mahler Foundation & The Columbia Center for Psychoanalytic Training and Research, Columbia University, New York, NY; October 1, 2012. *"The Long-term Effects of Pain and Stress in Early Life".*

CANDLE Investigators Meeting, The Urban Child Institute, Memphis, TN; October 10, 2012. *"Hair cortisol as a measure of chronic stress".*

Pediatric Critical Care Medicine, Fellow's Didactic Lectures, Le Bonheur Children's Hospital, Memphis TN; October 16, 2012. *"Mechanical Ventilation".*

National Conference & Exhibition (NCE), American Academy of Pediatrics, October 20-23, 2012; New Orleans, LA. Joint Program: Section on Perinatal Pediatrics and Section on Anesthesiology & Pain Medicine. *"Opioid & Benzodiazepine Tolerance and Withdrawal".*

National Conference & Exhibition (NCE), American Academy of Pediatrics, October 20-23, 2012; New Orleans, LA. Joint Program: Section on Perinatal Pediatrics and Section on Anesthesiology & Pain Medicine. *"Long-term effects of Neonatal Pain & Analgesia".*

Pediatric Critical Care Fellow's Lecture Series, Department of Pediatrics, Le Bonheur Children's Hospital, Memphis, TN; October 23, 2012. *"Extubation Preparedness."*

81st Perinatal & Developmental Medicine Symposium, American Academy of Pediatrics, Perinatal Section, "Neonatal Pain, Stress and Sedation in the 21st Century" Marco Island, Florida; November 15-18, 2012. *"Fetal and Neonatal Pain: Development, Physiology, Assessment".*

81st Perinatal & Developmental Medicine Symposium, American Academy of Pediatrics, Perinatal Section, "Neonatal Pain, Stress and Sedation in the 21st Century" Marco Island, Florida; November 15-18, 2012. *"Opioids in Neonates: Early Studies and Current Research".*

Quality Council Presentation, Le Bonheur Children's Hospital, Memphis, TN; December 14, 2012. *VPS Annual Report.*

Kanwaljeet S. Anand        CURRICULUM VITAE        118

## 2013

Pediatric Critical Care Fellow's Lecture Series, Le Bonheur Children's Hospital, Memphis, TN; January 10, 2013. *"Pressors, Inotropes, Vasodilators and Inodilators".*

Invited Speaker & Panel Discussant, ACTTION Pediatric Pain Research Consortium Meeting, January 24-25, 2013 St. Regis Hotel, Washington, DC. *"Clinical Trials for Neonates and Infants: Challenges in Study Design and Execution".*

51st Clinical Conference in Pediatric Anesthesia, University of Southern California and Children's Hospital Los Angeles, Anaheim, CA; February 8-10 2013. *The Dr. Digby Leigh Distinguished Speaker.* *"Anesthetic Neurotoxicity: Lessons from Ketamine".*

Child Development Conference, Kinnaret College, Tzubeh, Israel; April 9, 2013. *Keynote Speaker:* *"Long-term implications of pain/stress in infancy".*

CANDLE Investigators Meeting, The Urban Child Institute, Memphis, TN; April 10, 2013. *"Summary of NIH Workshop: Nature and Nurture: Genetic and environmental Influences on Children's Responses to Adversity".*

Visiting Professorship, Albert Einstein School of Medicine, Montefiore Medical Center Department of Anesthesiology, New York, New York; April 21, 2013. *"Ketamine for Neonates: Toxic or Therapeutic?"*

Invited Speaker, research seminar, Department of Anesthesiology, Columbia University Medical Center, New York, NY; April 24, 2013. *"Opioid tolerance & withdrawal: scientific opportunity or wasteland ahead?"*

Invited Grand Rounds Speaker, Department of Anesthesiology, Columbia University Medical Center, New York, NY; April 25, 2013. *"Ketamine, Neurotoxicity, and Rats! Where do we go from here?"*

CANDLE Investigators Meeting, The Urban Child Institute, Memphis, TN; May 1, 2013. *"Methods for hair cortisol measurements".*

Pediatric Academic Societies Annual Meeting, Washington, D.C.; May 6, 2013. Community, Family, Health and Genetics: Risk Factors for Socio-emotional Development in Urban Children. Conditions Affecting Neurocognitive Development and Learning in Early Childhood. " *What, Why, & How: Does early stress shape child development?".*

Visiting Professorship, Chicago Children's Research Center, Lurie Children's Hospital, Chicago, IL; May 8-10, 2013. *"Transforming Clinical Research at Lurie Children's: funded, futuristic, family-centered".*

6th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis, MN; June 1-7, 2013. *"Pain Management in Infants."*

6th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis, MN; June 1-7, 2013. *"When Opioids Don't Work Anymore – Biology & Management."*

9th International Symposium on Pediatric Pain, International Association for the Study of Pain (IASP), Special Interest Group on Pediatric Pain, Stockholm, Sweden; July 15-21, 2013. Workshop Chair: *Opioid Therapy in Neonates: Long-term Effects & Functional Outcomes.*

PCCM Fellows' Conferences, Department of Pediatrics, University of Tennessee Health Science Center and Le Bonheur Children's Hospital, Memphis, TN; July 23rd, 2013. *"Mechanical Ventilation 101"*

PCCM Fellows' Conferences, Department of Pediatrics, University of Tennessee Health Science Center and Le Bonheur Children's Hospital, Memphis, TN; August 1st, 2013. *"Professionalism in Academic Medicine"*

UT RocKs – K-club, Department of Pediatrics, University of Tennessee Health Science Center and Le Bonheur Children's Hospital, Memphis, TN; August 13th, 2013. *"Grantsmanship"*

Faculty Seminars, Universal Business School and the Strive India Educational Foundation, Karjat/Mumbai, India; August 27th, 2013. *"Can Faulty Afford not to Fund Raise?"*

Honorary Visiting Professor Lecture & Workshop, Universal Business School and the Strive India Educational Foundation, Karjat/Mumbai, India; August 28th, 2013. *"Professionalism: A Critical Element for Developing Business Leaders".*

Pediatrix Medical Group, Annual Conference "Innovations in the Care of the Surgical Neonate", San Antonio, TX; September 18 - 20, 2013. *"Neonatal Anesthesia: Adverse effects, Tolerance and Neurotoxicity"*

Pediatrix Medical Group, Annual Conference "Innovations in the Care of the Surgical Neonate", San Antonio, TX; September 18 - 20, 2013. *"Postoperative Pain Management in Neonates"*

International Conference, Society for Longitudinal and Life Course Studies (SLLS), "Growing Up and Growing Old: Health Transitions throughout the Lifecourse", Amsterdam, The Netherlands; September 23-25, 2013. CANDLE Study Symposium: *"Hair Cortisol Levels in Early Childhood suggest HPA Axis Dysregulation"*

10th Annual **Masterclass for Honors Medical Students**, 100th Anniversary Celebrations of the Erasmus University Medical Center, Faculty of Medicine, Rotterdam, The Netherlands; October 3rd, 2013. *"Professionalism, Creativity, and Serendipity in Developing an Academic Career"*

Kanwaljeet S. Anand CURRICULUM VITAE 120

9th Annual **"In Praise of Medicine" Public Meeting**, 100th Anniversary Celebrations of the Erasmus University Medical Center, Faculty of Medicine, 150th Anniversary of Sophia Children's Hospital, Rotterdam, The Netherlands; October 4, 2013. ***Keynote Public Address***: *"Pain in infancy: from stress to society"*

14th Jackson Rees Symposium, Sophia Children's Hospital, Rotterdam, The Netherlands; October 5, 2013. ***Dr. Jackson Rees Distinguished Lecturer***: *"Neurotoxic vs. Neuroprotective Effects of Neonatal Ketamine"*

NIH/NIDA Webinar on "Measuring Risk & Resilience for Developing Drug Abuse in Adolescents", The Urban Child Institute, Memphis, TN; November 20th, 2013. *"Biomarkers for Chronic Stress during Early Childhood"*.

AstraZeneca and Quintiles Consulting Group, Mock FDA Session for approval of Nalextoxigol, Doubletree Hotel, Wilmington, DE; December 20th, 2013. *"Opioid Tolerance in Children"*.

## 2014

Harmony Health Clinic, Governor Mike Beebe Annual Volunteer Recognition Day, Governor's Mansion, Little Rock, Arkansas. January 22, 2014. *"Providing compassionate health care for the uninsured"*.

Mid-South Seminar on the Care of the Complex Newborn, Department of Pediatrics, Le Bonheur Children's Hospital and University of Tennessee Health Science Center, Memphis, TN; January 24-25, 2014. *"Pain, Consciousness, and the Personification of Newborns"*.

Mid-South Seminar on the Care of the Complex Newborn, Department of Pediatrics, Le Bonheur Children's Hospital and University of Tennessee Health Science Center, Memphis, TN; January 24-25, 2014. *"Pain Management in Newborns: Identifying best practices."*

Annual Neonatology Keynote Lecture, Pediatrics Section, Combined Sections Meeting of the American Physical Therapy Association (APTA), Las Vegas, Nevada; February 4-6, 2014. *"Needles, tubes, and intensive care: What happens to the baby?"*

3rd Annual Neonatal & Pediatric Pearls (NAPP) Conference, UCLA Department of Pediatrics and Mattel Children's Hospital, Mumbai, India; February 8-9, 2014. Keynote Address: *"Development of nociception in the fetus and the newborn."*

3rd Annual Neonatal & Pediatric Pearls (NAPP) Conference, UCLA Department of Pediatrics and Mattel Children's Hospital, Mumbai, India; February 8-9, 2014. Debate: *"Pain medications should / should not be used in the NICU"*

Le Bonheur 101 Science Presentation, Le Bonheur Children's Foundation and Children's Foundation Research Institute, Memphis, TN; March 20th, 2014. *"Research on Pain in Infancy: from stress to society"*

Kanwaljeet S. Anand          CURRICULUM VITAE                    121

Post-Norfleet Symposium Debriefing Meeting, The Urban Child Institute, Memphis, TN; March 21st, 2014. *"Future Directions for the CANDLE Study"*

Integrated Biomedical Science Seminar, School of Graduate Studies, Loma Linda University, Loma Linda, CA; April 17th, 2014. *"Ketamine for neonates: toxic or therapeutic?"*

Pediatric Academic Societies' Annual Meeting, American Pediatric Society/Society for Pediatric Research, Workshop on **"Neonatal Pain: Lost in Translation"**, Vancouver, British Columbia, Canada; May 1-6, 2014. *"Battle of the bedside and bench: Is your data clinically relevant or scientifically sound?"*

Pediatric Academic Societies' Annual Meeting, American Pediatric Society/Society for Pediatric Research, Platform presentations, Chairman of the session on **"Neonatal Pain Management"**, Vancouver, British Columbia, Canada; May 1-6, 2014.

Pediatric Academic Societies' Annual Meeting, American Pediatric Society/Society for Pediatric Research, Platform presentations, **"Neonatal Pain Management"**, Vancouver, British Columbia, Canada; May 1-6, 2014. *"Number of procedures and analgesic therapy in neonates admitted to NICUs: EPIPAIN-2 Study"*

Executive Dean's Invited Lecture, University of Miami Miller School of Medicine, Miami, FL; May 19th, 2014. *"Love, Pain, & Intensive Care: Building Pediatrics for the 21st Century"*.

5th Annual ***Professor I. David Todres, MD Grand Rounds***, Department of Pediatrics, Harvard Medical School and Massachusetts General Hospital, Boston, MA; June 2-3, 2014. *"Pain in infancy: from stress to society"*

7th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis, MN; June 13, 2014. *"Pain Management in Infants."*

7th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis, MN; June 13, 2014. *"When Opioids Don't Work Anymore – Biology & Management."*

Grand Rounds Presentation, Department of Pediatrics, University of Southern California, Children's Hospital Los Angeles, Los Angeles, CA: August 1, 2014. *"Pain in Infancy: From stress to society."*

Fellows' Conference, Department of Anesthesiology & Critical Care Medicine, University of Southern California, Children's Hospital Los Angeles, Los Angeles, CA: August 1, 2014. *"Ketamine for Neonates: Toxic or Therapeutic?"*

Department of Pediatrics Research Seminars, University of Maryland School of Medicine, Baltimore, MD: August 7, 2014. *"Positive and Negative inputs into early development: A search for non-invasive biomarkers."*

Kanwaljeet S. Anand                CURRICULUM VITAE                          122

Grand Rounds Presentation, Department of Pediatrics, University of Maryland School of Medicine, Baltimore, MD: August 7, 2014. *"Pain in infancy: From Stress to society."*

<u>Keynote Speaker,</u> Health Beliefs and Practices Forum, Health Ministry Network of the Mid-South, Catholic Center, Memphis, TN. August 14th, 2014.

33rd Annual Neonatal & Perinatal Conference, Pan-American Association of Pediatrics, Santiago, Chile; August 21-23, 2014. <u>Keynote Address:</u> *"The development of pain processes in the fetus and newborn"*

33rd Annual Neonatal & Perinatal Conference, Pan-American Association of Pediatrics, Santiago, Chile; August 21-23, 2014. *"Long term consequences of pain in newborn babies"*

33rd Annual Neonatal & Perinatal Conference, Pan-American Association of Pediatrics, Santiago, Chile; August 21-23, 2014. *"Post-surgery management of pain in newborn babies"*

Research Seminars, Department of Pediatrics, Stanford University School of Medicine and Lucille Packard Children's Hospital, Palo Alto, CA; October 14th, 2014. *"Pain in infancy: from stress to society"*.

12th Annual ***Dr. John J. Fangman Distinguished Professorship,*** Minnesota Association of Neonatologists, Children's Hospital and Clinics – Minneapolis, MN; October 27, 2014. *"Ketamine for Neonates: Toxic or Therapeutic?"*

Grand Rounds, Department of Pediatrics, Children's Hospital and Clinics – Minneapolis, MN; October 28, 2014. *"Current evidence for pain management in the NICU"*.

Invited Speaker, International Hindi Day Celebrations, Indian Cultural Society Conference, Houston, TX; December 5th, 2014. Recitations of Hindi/Urdu Poetry.

## 2015

Senior Faculty Forum, Department of Pediatrics, Stanford University School of Medicine and Lucille Packard Children's Hospital, Palo Alto, CA; February 2nd, 2015. *"Building Critical Care Pediatrics for the 21[st] Century"*.

International Advisory Group, Leading Causes of Life Initiative, Wake Forest School of Medicine, Division of Public Health Sciences, Department of Social Sciences and Health Policy, Winston-Salem, NC; February 25th, 2015. *"Clinical experiences and Leading Causes of Life"*.

44th Annual Journees Nationales de Neonatologie, Institut Pasteur, Paris (France); March 26th and 27th, 2015. *Neurotoxicity vs. neuroprotection from analgesic agents in newborns.*

Kanwaljeet S. Anand                    CURRICULUM VITAE                    123

44th Annual Journees Nationales de Neonatologie, Institut Pasteur, Paris (France); March 26th and 27th, 2015. *Sedation and analgesia in European NICUs: Preliminary results from the EuroPAIN survey.*

Pediatric Academic Societies' Annual Meeting, San Diego, CA, April 25th, 2015. Platform presentation: *"Neonatal Electrical Stimulation of Acupuncture Points: Can Alternative Therapy Relieve Heelstick Pain in Neonates?"*

XIV International Congress of Intensive Care Medicine of Minas Gerais, Belo Horizonte, Brazil, May 21-23 2015. *"The Importance of Pain Relief in the Intensive Care Unit".*

XIV International Congress of Intensive Care Medicine of Minas Gerais, Belo Horizonte, Brazil, May 21-23 2015. *"Options for sedation and analgesic in newborns: Is there any safe drug?"*

10th International Symposium on Pediatric Pain, International Association for the Study of Pain, Special Interest Group on Pain in Childhood, Seattle, WA; June 1-3, 2015. Plenary session: *"Selection of the Distinguished Career Award for Pediatric Pain 2015".*

Annual Investigators Meeting, Pediatric Pain Research Consortium (PPRC), ACTTION Partnership (Analgesic, Anesthetic, & Addiction Clinical Trial Translations, Innovations, Opportunities, and Networks), June 1st, 2015. *"Protocol to delay or prevent opioid tolerance".*

8th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis, MN; June 13, 2015. *"Assessment and Management of Pain in Infants."*

8th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis, MN; June 13, 2015. *"Paying the price for opioid therapy: Tolerance and withdrawal."*

PCCM Fellows' Conferences, Department of Pediatrics, University of Tennessee Health Science Center and Le Bonheur Children's Hospital, Memphis, TN; July 23rd, 2015. *"Mechanical Ventilation 101".*

PCCM Fellows' Conferences, Department of Pediatrics, University of Tennessee Health Science Center and Le Bonheur Children's Hospital, Memphis, TN; August 1st, 2015. *"Professionalism in Academic Medicine".*

PCCM Fellows' Conferences, Department of Pediatrics, University of Tennessee Health Science Center and Le Bonheur Children's Hospital, Memphis, TN; August 18th, 2015. *"Clinical use of Steroids in Children with Sepsis".*

Invited Speaker, WELL Faculty Brainstorming Session, Stanford Prevention Research Center, Department of Medicine, Stanford University School of Medicine; November 3rd, 2015. *"Biomarkers for Stress and Resilience: Lessons from Pre-School Children".*

Kanwaljeet S. Anand              CURRICULUM VITAE              124

Invited Speaker and Panel Member, 5th Annual leadership Summit, **"Shaping Tomorrow's Global Leaders",** Thursday, November 12th, 2015 at One World Trade Center, New York, NY. *"Lessons learned from personal leadership".*

## 2016

3rd Annual Meeting, Society for Pediatric Pain Medicine (SPPM), The Broadmoor, Colorado Springs, CO; March 31st, 2016. *"Neonatal Pain: Assessment and Management".*

7th Annual Pediatric Research Retreat, Department of Pediatrics, Berg Hall, Li Ka Shing Center for Learning & Knowledge, Stanford University School of Medicine, April 8th, 2016. *"Opioid Tolerance and Withdrawal: Exploring newer therapeutic options".*

Nursing Shared Leadership Workshop, Pediatric ICU and Cardiac ICU Nursing Staff, Lucile Packard Children's Hospital, Palo Alto, CA; April 25th, 2016. *"Analgesia and sedation in critically ill children".*

Nursing Shared Leadership Workshop, Pediatric ICU and Cardiac ICU Nursing Staff, Lucile Packard Children's Hospital, Palo Alto, CA; April 25th, 2016. *"Opioid tolerance and withdrawal: Prevention and Management".*

Pediatric Critical Care Medicine Fellows Conference, Department of Pediatrics, Stanford University School of Medicine; June 16th, 2016. *"Steroids for ARDS: Evidence in Children".*

9th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis Children's Hospital & Clinics, Minneapolis, MN; June 15th, 2016. *"Assessment and Management of Pain in Infants."*

9th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis Children's Hospital & Clinics, Minneapolis, MN; June 14th, 2016. *"Paying the price for opioid therapy: Tolerance and withdrawal."*

Neonatology Clinical Consensus Conference, Division of Neonatal & Developmental Medicine, Department of Pediatrics, The Johnson Center for Pregnancy and Newborn Services, Stanford University School of Medicine, Palo Alto, CA; June 27th, 2016. *"Evidence-based pain management in the NICU".*

Pediatric Critical Care Medicine Boot Camp, Washington University School of Medicine and Center for Simulation, Advanced Education and Innovation, Children's Hospital of Philadelphia, St. Louis, MO; July 16th, 2016. *"Guidelines for Traumatic Brain Injury".*

Visiting Professor, Pain Awareness Week, Cincinnati Children's Hospital Medical Center, Department of Anesthesia, Pain Management Division, University of Cincinnati, Cincinnati OH. September 20-22, 2016.

Pediatric Grand Rounds, Cincinnati Children's Hospital Medical Center, Department of Pediatrics, University of Cincinnati, Cincinnati OH. September 20, 2016.  *"Neonatal Pain Management: Integrating the science, the evidence, the art of therapeutics with early development".*

Anesthesia Grand Rounds, Cincinnati Children's Hospital Medical Center, Department of Anesthesia, University of Cincinnati, Cincinnati OH. September 21, 2016.  *"Paying the Price for Opioid Therapy: Avoid the credit cards of tolerance and withdrawal".*

Nursing Grand Rounds, Cincinnati Children's Hospital Medical Center, Department of Pediatric Nursing, Cincinnati OH. September 21, 2016.  *"Long-term Consequences of Repetitive Pain vs. Prolonged Analgesia in Neonates".*

Advanced Pharmacy Lecture Series, Cincinnati Children's Hospital Medical Center, Department of Pediatric Pharmacy, Cincinnati OH. September 22, 2016. *"Use of Ketamine in Infants: Toxic or Therapeutic?".*

Pediatric Grand Rounds, Department of Pediatrics, California Pacific Medical Center, San Francisco, CA; Oct. 14th, 2016. *"The Yin & Yang of Childhood:  Can we measure it?".*

Pediatric Critical Care Medicine Fellows Conference, Department of Pediatrics, Stanford University School of Medicine; Nov. 3rd, 2016.  *"Assessment and Management of Infant Pain".*

International Medical Conference, Sri Sathya Sai Sanjeevani International Centre for Child Heart Care & Research, Millenium Hotel & Conference Center, Baghola (Haryana), India; Nov. 26th, 2016. *"Love, Pain, & Intensive Care: Re-defining Pediatrics for the 21st Century".*

## 2017

Republic Day Celebrations, Societal Action & Initiative Global Mission, CET Soto Theater, San Jose, CA; Jan. 21st, 2017. *"Why focus on Child Heart Care?".*

Physician Speaker at the Weekly All Hands Safety Meeting, Lucile Packard Children's Hospital & Stanford Children's Healthcare; Feb. 6th, 2017. *"Your role in the future of child health care".*

Pediatric Critical Care Medicine Fellows Conference, Department of Pediatrics, Stanford University School of Medicine; Feb. 9th, 2017. *"Summary of Advances in Neurocritical Care".*

Research Seminar, *Eunice Kennedy Shriver* National Institute for Child Health & Human Development (NIH/NICHD), Pediatric Trauma and Critical Illness Branch (PTCIB); Feb. 14th, 2017.  *"Summative measures for chronic stress and resilience in preschool children: Measuring the affective inputs in early development".*

Invited presentation, Community Advisory Board, Stanford University School of Medicine, March 8th, 2017. *"Proposal to measure chronic stress and resilience in preschool children"*.

Presentation to the Critical Care Medicine Division, Department of Pediatrics at Fortis Medical Research Institute, Gurgaon (India); March 28th, 2017. *"Management of Analgesia and Sedation in the Pediatric ICU"*.

Public Health Nursing Seminar, Maternal, Child and Family Health Branch, Department of Health & Human Services, Santa Clara County, San Jose, CA; April 14th, 2017. *"Public health impact of chronic stress and resilience in preschool children"*.

Staff Training Seminar, First 5 Organization, Santa Clara County, San Jose, CA. *"The Yin and Tang of Early Child Development: How can we measure it?"*

Leadership Training Seminar, First 5 Organization, Santa Clara County, San Jose, CA. *"A Leading Causes of Life perspective applied to early child development in low SES families"*.

Meeting for prospective Rhodes Scholarship applicants, Bechtel International Center (Assembly Room), Stanford University, April 27th, 2017. *"How to increase the odds for winning a Rhodes Scholarship to Oxford University"*.

50th Anniversary Sikh Foundation International Conference on "Advancing Sikhs through education", Li Ka Shing Center, Stanford University, May 7th, 2017. *"Love, Pain, & Intensive Care: Re-defining Pediatrics for the 21st Century"*.

50th Anniversary Sikh Foundation International Conference on "Advancing Sikhs through education", Li Ka Shing Center, Stanford University, May 7th, 2017. Chaired the Health Care Panel: *"Sikh Contributions to Health Care"*.

Critical Care Medicine Specialty Conference, Department of Anesthesia, Perioperative & Pain Medicine, Stanford University School of Medicine, Stanford Hospital, May 16th, 2017. *"Assessment of Prolonged Pain in Early Development: Need for a new taxonomy?"*.

2nd Annual Ideal Village Conference on *"Collaborations for the Ideal Village"*, Tresidder Memorial Union, Stanford University School of Medicine, June 16th, 2017. *"Global Health and the Ideal Village"*.

10th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis Children's Hospital & Clinics, Minneapolis, MN; June 19th, 2016. *"Infant pain is no gain"*.

10th Annual Pediatric Pain Master Class, Children's Institute for Pain and Palliative Care, Minneapolis Children's Hospital & Clinics, Minneapolis, MN; June 20th, 2016. *"Opioids sans Tolerance"*.

Case: 1:17-md-02804-DAP Doc #: 2948-34 Filed: 10/11/19 141 of 145. PageID #: 429659

PICU Nursing Shared Leadership and Joint Staff Meeting, Lucile Packard Children's Hospital Stanford, July 13th, 2017. *"Clinical Outcomes for PICU Patients in 2016: Results from the vPICU Database"*.

Pediatric Critical Care Medicine Fellows Conference, Department of Pediatrics, Stanford University School of Medicine; July 20th, 2017. *"Introduction to Mechanical Ventilation"*.

Pediatric Critical Care Medicine Fellows Conference, Department of Pediatrics, Stanford University School of Medicine; July 27th, 2017. *"Biomarkers in hair from critically ill children: Research Opportunities in the Pain/Stress Neurobiology Lab"*.

<u>Keynote Address</u>: 25th Annual Scientific Meeting, North American Sikh Medical & Dental Association (NASMDA), UB School of Medicine & Biomedical Sciences, State University of New York at Buffalo, Long Beach, CA; August 4th, 2017. *"Love, Pain, & Intensive Care: Redefining Pediatrics for the 21st century"*.

<u>Keynote Address</u>: Children's Symposium, Rigshospitalet, University of Copenhagen Hospital, Copenhagen, Denmark; September 22nd, 2017. *"Pain perception, long-term effects and anesthesia-induced neurotoxicity in newborns"*.

Case: 1:17-md-02804-DAP Doc #: 2918-31 Filed: 10/01/19 142 of 145. PageID #: 429660

**APPENDIX:**

**Special Training Courses:**

| | |
|---|---|
| 1992 | "Pediatric Flexible Bronchoscopy" Course University of North Carolina at Chapel Hill, August 1992 (Course Director: Dr. Robert Wood) |
| 1993 | "Pediatric and Neonatal E.C.M.O." Course, Egleston Children's Hospital at Emory University, October 1993 (Course Director: Dr. Devn Cornish) |
| 1993 | "Seven Habits of Highly Effective People", Emory University Community Education Courses, Fall 1993 |
| 1994 | "How to Manage Projects, Priorities, and Deadlines", National Seminars Group, Rockhurst College Continuing Education Center, February 1994 (Director: Mark R. Truitt) |
| 1994 | "Powerful Communication Skills" National Seminars Group, Rockhurst College Continuing Education Center, October 1994 (Director: Steven C. Powell) |
| 1994 | "*In Situ* Hybridization and Recombinant DNA Technology" Exon-Intron and Johns Hopkins University, November 1994 (Course Director: Robert E. Farrell, Ph.D.) |
| 2001 | "Senior Administrators for Pediatric Departments", Pediatric Academic Societies' Meeting, Baltimore, May 2001. (Course Director: Thomas Boat, M.D.) |
| 2008 | UAMS Leadership Institute, Selected for the Class of 2009, completed intensive course on leadership in academic medicine. |
| 2010 | Workshop on the *7 Habits of Highly Effective People*, University of Tennessee Health Science Center, Human Resources Division. |
| 2011 | AAMC Workshop on ***Strategies, Skills Building & Best Practices in Philanthropy*** for the Faculty Members at Academic Medical Centers, February 10th, 2011. |
| 2011 | Participated in the AAMC Training Course ***2011 Executive Development Seminar for Associate Deans and Department Chairs***, Sept 30-Oct 4, 2011. |
| 2015 | Participated in the **3rd Annual Pediatric Education Day**, Department of Pediatrics. Stanford University School of Medicine. |
| 2015 | Participated in "Advances in Pediatric Trauma and Critical Illness Research: Building the field – Advancing the field", Pediatric Trauma & Critical Illness Branch, *Eunice Kennedy Shriver* National Institute for Child Health & Human Development, Bethesda, MD, Dec. 11th, 2015. |

Kanwaljeet S. Anand           CURRICULUM VITAE                    129

<u>**Activities as Director, Office for Research Promotion, 1995-96**</u>
<u>**Department of Pediatrics, Emory University School of Medicine**</u>

1.     Information on grant opportunities for Departmental Divisions and young investigators.
2.     Editorial support for planned studies and grants, Departmental liaison with the Office
       for Sponsored Programs. Extramural grant support submitted July 1995 to August 1996:
       •      Total number of grant applications       =       94
       •      Total grant dollars applied for          =       $ 9,655,658.00
              *    direct expenses  = $ 7,788,920.00
              *    indirect expenses = $ 1,867,238.00
3.     Editorial support for abstracts and manuscripts by fellows and young investigators.
4.     Departmental review of oral and poster presentations presented at the Pediatric
       Academic Societies' Meeting, Washington, DC, May 6-10, 1996.
5.     Supervision of Dr. Kevin Sullivan (statistician) for Departmental support activities.
6.     Planning for an intramural Seed Grants Program with three cycles of funding.
7.     Planned and executed the Fellows Introductory Course, August 1996, which included:
       ➢      Clinical Methods Workshop
       ➢      Computer Skills and Software Training
       ➢      Statistical Methods Course
       ➢      Grant Applications to the N.I.H.
       ➢      Developing an Academic Career
8.     Designed and installed the Departmental Research Database.
9.     Formulated a long-term Departmental Research Strategy with senior faculty members.
10.    Established the availability of MPH students from Department of Epidemiology, Rollins
       School of Public Health to work on clinical research projects in Pediatrics.
11.    Developed procedures for the handling of controversial research data with the Risk
       Management Unit in Egleston Children's Hospital.
12.    Chairman of a multidisciplinary task-force to define Research Administration at
       Egleston Children's Hospital. Designed structures to allow for:
       ➢      accounting and billing for research services
       ➢      central clearinghouse for tracking IRB approved protocols, examine consent
              forms
       ➢      provide help in developing budgets for grant applications
13.    Interviewed candidates for the position of Chairman, Department of Pediatrics, with a
       focus on research development for Chairman candidates.

Kanwaljeet S. Anand          CURRICULUM VITAE                    130

**Academic Activities During Residency Training and Fellowship:**

1.    Lectures in Elementary Statistics: - A complete course of statistics given in 6 weekly
      lectures to residents, fellows an staff members of the Department of Anesthesia,
      Children's Hospital, Boston; November & December 1986.

2.    Fellows Lectures: - (Dept. of Anesthesia, The Children's Hospital, Boston).

(a) May, 1986:  "Does the newborn infant really need anesthesia?"
(b) June, 1986:  "Scoring methods in anesthesia, surgery, and trauma. I. Studies in adult patients."
(c) June, 1986: "Scoring methods in anesthesia, surgery and trauma. II.  Studies in pediatric
patients          and prediction of postoperative outcome."
(d) September, 1986:  "Randomized trials of halothane and fentanyl anesthesia in newborn
infants."
(e) March, 1987:  "Evidence for pain perception in the human fetus and neonate."
(f) June, 1987:  "Results of the randomized trial of high-dose sufentanil anesthesia for neonates
undergoing cardiac surgery."
(g) July, 1987:  "Neuroendocrine stress responses in neonates: where do we go from here?"
(h) December, 1987:  "The historical basis for current anesthetic practices in neonates."

3.    Resident's Lectures: - (Dept. of Medicine, Children's Hospital, Boston.)

(a) October, 1988:  "Assessment and management of pain in children."
(b) September, 1989:  "Toilet training practices across different cultures: implications for
pediatric        practice."
(c) March, 1990:  "Headache and recurrent abdominal pain in children."
(d) September, 1990 "School phobia in children: assessment and management."
(e) October, 1990:  "Attention deficit hyperactivity disorder."
(f) April, 1991:  "Assessment and management of constipation in our outpatient practice."
(g) May, 1991:  "The many faces of child abuse."

4.    Arranged Core Curriculum Lectures in Pediatrics for the year 1990-91, Department of
Medicine, Children's Hospital, Boston.

5. Fellow's Lectures: - (Neonatal & Pediatric Intensive Care Units, M.G.H. Boston, MA
(a) July, 1991:  "Pain and sedation in the ICU."
(b) August, 1991:  "Transport of critically ill burn patients."
(c) August, 1991:  "Management of status epilepticus. "
(d) September, 1991:  "Neonatal stress responses: clinical implications."
(e) September, 1991:  "How to write a research grant application."
(f) September, 1991:  Hemodynamic monitoring and oxygen transport."
(g) September, 1991:  "Use of Swan-Ganz catheters in pediatric patients."
(h) October, 1991:  "Diagnosis and management of the cyanotic newborn."
(i) November, 1991:  "Diabetic ketoacidosis."
(j) November, 1991:  "Pain, sedation, and muscle relaxation in the ICU."
(k) December, 1991:  "Drug therapy for IVH in premature neonates."

(l) December, 1992: "Practical Instructor for P.A.L.S. course."
(m) January, 1992: "Respiratory physiology and ventilator management."
(n) January, 1992: "Analgesia and sedation in the ICU."
(o) February, 1992: "Respiratory physiology in neonates and older children."
(p) July, 1992: "Update on analgesia and sedation in the Pediatric I.C.U."
(q) August, 1992: "Sedation and muscle relaxation in the Pediatric I.C.U."
(r) October, 1992: "Asthma in pediatric patients."
(s) November, 1992: "Analgesics, sedatives and muscle relaxants."
(t) November, 1992: "Approach to the cyanotic neonate."
(u) December, 1992: "RSV bronchiolitis in PICU patients."
(v) December, 1992: "Instructor of P.A.L.S. course."
(w) December, 1992: "Use of analgesics, sedatives, and muscle relaxants."
(x) December, 1992: "ARDS in pediatric patients."
(y) January, 1993: "Oxygen transport: physiology and pathology."
(z) February, 1993: "Septic shock."
(aa) March, 1993: "Intraventricular hemorrhage in neonates."
(bb) March, 1993: "Management of increased ICP."
(cc) April, 1993: "Update on ARDS."
(dd) April 1993: "Status Epilepticus."