# CURRICULUM VITAE (NOVEMBER 2018)

## PERSONAL DETAILS

**Name:**               Prof. Dr Christopher Busby

**Home Address:**       Lielupes Iela 1k-1-12, Riga, LV-1016, Latvia
                        Tel:  +371 67304931; Mob: +371 29419511

**Professional Address:**

Prof. Dr. Christopher Busby
Green Audit
2 Bridge Street, Bideford, Devon
EX39 2BU
Tel. & fax:  +44 1237 42 35 05
Mob: +44 7989 42 88 33

**also**

Environmental Research SIA
1117 Latvian Academy of Sciences
Academi Laukas 1
Riga  LV-1050 Latvia

E-mails: christo@greenaudit.org
         scisect@euradcom.org

**also**

Internationella Insamlingsstiftelsen for Forskning om
Radioaktivitetens Risker
International Foundation for Research on Radioactivity Risk
Sodra Jordbrovagen 25
13765 Jordbro
Stockholm
Sweden
Mob: +46 70 399 90 69

**also**            MV Marius, Europe
                    Mob: +33 78 21 55 74 6

**Date/Place of Birth:** 01/09/45, Paignton, Devon UK
**Nationality:**        British
Resident: Latvia

1

## FURTHER/HIGHER EDUCATION

**Education:**　　　　1966-69 Chemistry, University of London

## TRAINING AND QUALIFICATIONS

BSc, PhD, MRIC

**Qualifications:**　　1969 University of London First Class Honours Special Degree
in Chemistry
1970-71 SRC research studentship for PhD Physical Chemistry
(nmr spectroscopy), Queen Mary College, London
1974 Elected Member of Royal Society of Chemistry
1974 Chartered Chemist
1981 PhD Chemical Physics (Raman
spectroscopy/electrochemistry) University of Kent, Canterbury

**Learned Societies:**

Member: Royal Institute of Chemistry
Member: Royal Society of Medicine
Member: International Society for Environmental Epidemiology
Member: Ukraine Committee: Physicians of Chernobyl

**UK Government Committees**
Member: (Department of Health and DEFRA) CERRIE
Committee Examining Radiation Risk from Internal
Emitters 2001-2004
www.cerrie.org

Member: Ministry of Defence DUOB
Depleted Uranium Oversight Board
2002-2007
www.duob.org

**Other Committees**
Scientific Secretary: European Committee on Radiation Risk
www.euradcom.org
www.euradcom.eu

Science Policy group Leader: Policy Information Network on Child
Health and Environment PINCHE
www.pinche.org

Scientific Secretary: International Committee on Nuclear Justice
www.nuclearjustice.org

## 1.2 EMPLOYMENT

1969 – 1975 Research physical chemist, Wellcome Foundation, Beckenham

1975 - 1978 Self employed scientific consultant and science writer

1979 - 1981 PhD student University of Kent

1981- 1982 SERC Research Fellow University of Kent

1983- 1992 Self employed scientific consultant and science writer

1992- present    Science Director, Green Audit, commissioned to research the health effects of ionizing radiation and funded by a number of charities and independent bodies.

1995    Funded by the Joseph Rowntree Charitable Trust to write and produce 'Wings of Death- The health effects of low level radiation.'

1997-2000    Directed research at Green Audit Funded by Irish State to research health effects of Sellafield

1997    Appointed UK Representative of European Committee on Radiation Risk (ECRR)

1997    Foundation for children with leukaemia; research on non-ionising radiation

2001    Appointed Scientific Secretary of ECRR and commissioned to prepare the report ECRR 2003- The Health effects of low doses of Ionizing Radiation  (Published 2003)

2001    Appointed to UK Government Committee Evaluating Radiation Risk from Internal Emitters (CERRIE)

2001    Appointed to the UK Ministry of Defence Oversight Committee on Depleted Uranium (DUOB)

2002    Funded by the Joseph Rowntree Charitable Trust to write a new book on the epidemiological evidence of health consequences of exposure to ionizing radiation: 'Wolves of Water'

2003    Appointed Honorary Fellow, University of Liverpool, Faculty of Medicine, Department of Human Anatomy and Cell Biology

1992-2008 Science Director, Green Audit

2003    Funded by Joseph Rowntree Charitable Trust to write Book *Wolves of Water Cancer and the Environment*

2004    Leader of Science Policy for ( EU) Policy Information Network for Child Health and Environment ***PINCHE*** based in Arnhem, The Netherlands

2005    3 year research funding by Joseph Rowntree Charitable Trust; Corporate Responsibility in Science and Policy

2008    3-year research funding from The Joseph Rowntree Charitable Trust; Corporative Responsibility in Science

2008    Appointed Guest Researcher, German Federal Research Laboratories, Julius Kuhn Institute, Braunschweig, Germany

2008    Appointed Visiting Professor, School of Molecular Bioscience, Faculty of Life and Health Sciences, University of Ulster, Coleraine, Northern Ireland

2012    Appointed Visiting Scientist, Faculty of Science and Engineering, Jacobs University, Bremen, Germany

2013    Director, Environmental Research SIA, Riga

## 1.3 TEACHING EXPERIENCE

| | |
|---|---|
| 1970 | Taught O-level Chemistry part time, Inner London Education Authority |
| 1980-1981 | Gave tutorials in quantum mechanics at the Dept. of Chemistry. University of Kent |
| 1995-1997 | Invited lecturer at the University of Sussex Dept. of Physics. |
| 1995-1997 | Invited lecturer in the University of Wales, Aberystwyth, Physics Department and Geography Department |
| 2000 – 2005 | Invited lecturer in the University of Liverpool Faculty of Medicine SSM5 'Environment and Health' addressing internal radiation risk and cancer epidemiology of small areas. |
| 2005 | Invited lecturer University of West of England; Radiation Risk and epidemiology |
| 2006 | Invited lecturer: Dept. of Law, University of Wales, Aberystwyth |
| 2006 | Invited lecturer: Dept. of Environment, University of West of England |
| 2007 | Invited lecturer: Centre for Molecular Bioscience, University of Ulster (annually) to retirement in 2012 |

## 1.4 ADMINISTRATIVE EXPERIENCE

### Professional Administration:

Senior Scientist, Dept of Physical Chemistry, Wellcome Research Laboratory, Langley Park, Beckenham
Science Director, Green Audit
2004-2006 Leader: Workpackage 6 Science and Policy; PINCHE (EU)

### Reviewer

British Medical Journal
The Lancet
International Journal of Radiation Biology
Science of the Total Environment
European Journal of Biology and Bioelectromagnetics
European Journal of Cancer
European Journal of Medical Genetics
Journal of Public Health (Royal College of Physicians, School of Public Health)
Science and Public Policy
Occupational and Environmental Medicine (BMJ)
Annals of Nuclear Energy
Physiological and Biochemical Zoology

4

Jacobs Journal of Epidemiology and Preventive Medicine
International Journal of Environmental Research and Public Health (IJERPH)
Cogent Chemistry
Biological Theory
European Journal of Medical Genetics
The Open Public Health Journal

**Editorial Board member**
Jacobs Journal of Epidemiology and Preventive Medicine
Environmental Health and Toxicology
The Open Public Health Journal
Journal of Pharmacology and Clinical Research

## 1.5 EXPERT WITNESS

Since 1997 Chris Busby has been engaged as an expert witness on the health effects of ionizing radiation.  He has been retained in several cases that relate to the effects of radioactive pollution on health, in several refugee appeals (Kosovo) based on Depleted Uranium risks, several trials of activists accused of criminal damage at weapons establishment and one at the House of Commons  (evidence on Depleted Uranium and other radioactive substances) He has advised MoD pension appeals tribunals for several A-Bomb test veterans and three veterans of the Persian Gulf War  and once in the Connecticut State Court for an appeal against licensing releases of radioactivity from the Millstone reactor on Long Island Sound. He acted in two cases in the UK involving the health effects of internal irradiation from Depleted Uranium. One of these was in the Royal Courts of Justice.
    Busby was expert witness also in several radiation exposure cases in the USA as listed below. Several of these (against Exxon, Texaco, Chevron) were settled. He is currently expert witness on a second SSFL radiation and cancer case in Los Angeles. He was expert witness on a TENORM radiation case involving Ashland Oil in Martha Kentucky, also various other TENORM cases in Louisiana also settled for large sums.  He was also expert witness and advisor to Rosenblatts Solicitors on the UK Atomic Test veteran litigation in the Royal Courts of Justice. He has been active since 2007 in several test veterans' pensions appeals tribunals gaining reversal in every individual case of MoD refusals to pay war service pensions in respect of diseases linked to radiation exposure at the test sites. He testified in 2009 before a coroner's jury in the case of the death of Gulf veteran Stuart Dyson arguing that Dyson probably died of cancer due to his exposure to Depleted Uranium in the Persian Gulf. Despite opposition from the MoD the jury unanimously agreed that the uranium exposure was the probable cause of death. Between 2009 and 2016 he has been active as an expert witness and legal representative in Pensions Appeals Tribunal cases in the UK Royal Courts of Justice. In June 2016 he organised the prosecution case and acted as legal representative over 3 weeks for British nuclear test veterans in the High Court before Judge Sir Nicholas Blake. The Decision went against the appellants but is being appealed. A sample list and brief description of some court cases in which Dr Busby has been retained as an expert witness is given below.

**Dr Chris Busby**
**Court cases as expert witness**

| Case and lawyer/ team | Court | Year | Details (expertise) | Result |
|---|---|---|---|---|
| 1. R vs Hipperson et al (Charlton) | Newbury Crown Court | 1998 | Criminal Damage Atomic Weapons Establishment Aldermaston (radiation health effects) | Acquitted |
| 2. R vs Helen John | Middlesex Crown Court | 1999 | Criminal Damage House of Commons London (uranium health effects) | Acquitted |
| 3. Sellafield Irish Litigation (McGuill, Herr, Irish State) | Dublin High Court | 1999-2001 | Case against Sellafield THORP reprocessing plant (epidemiology, radiation effects, Irish Sea) | Case withdrawn in 2008 |
| 4. Millstone Reactor Public Enquiry | Connecticut State Court | 2001 | Opposition to relicensing of Millstone Reactor (Radiation health effects and sea dispersion) | Failed |
| 5. Fatmir Mata (Wilson , Berry) | Immigration Appeal Court | 2001-2003 | Human Rights immigration appeals Kosovo (uranium health effects) | Failed |
| 6. Lela Pelumb (Wilson & Co, Hanley) | Immigration appeal court | 2001 | Depleted Uranium Kosovo (uranium health effects) | Failed |
| 7. Ladrim Spata (Clore and Co, Hirsch) | Immigration appeal court HX 06027 | 2001 | Depleted Uranium Kosovo (uranium health effects) | Failed |
| 8. Shaquiri, Zogu, Malo, Deda and Hidri vs. Secretary of State Home Office (Henwood) | Immigration appeal court | 2002 | Depleted Uranium Kosovo (uranium health effects) | Failed |
| 9. Hadjarmata vs Sec.State Home Office (Wesley, Gryk, Amador) | Immigration appeal court | 2002 | Depleted Uranium Kosovo (uranium health effects) | Failed |
| 10. Mr and Mrs Ardian Kuci vs Sec.State Home Office | Immigration appeal court | 2002 | Depleted Uranium Kosovo (uranium health effects) | Failed |
| 11. Gerald | Pensions | 2002 | A-Bomb Test Veteran | appeal |

| | | | | |
|---|---|---|---|---|
| Adshead vs Ministry of Defence | appeals court | | cancer (epidemiology, radiation health effects) | allowed |
| 12. R.vs Margaret Jones and Erika Wilson (Alan Harris) | Plymouth Crown Court | 2002 | Criminal Damage Nuclear Submarine base Plymouth (radiation and health) | Acquitted |
| 13. Richard David vs. Honeywell Normalair Garratt | High Court of Justice, Queens Bench Division HQ04X03185 | 2004-2005 | Uranium contamination and health; contaminated via aero engines filters from high altitude (Epidemiology, radiation and health) | Case collapsed just before hearing for illness of litigant |
| 14. Lee Dell Craft Snr vs Intracoastal Tubular ITCO (Stuart Smith) | New Orleans | 2005- | Cancer following exposure to NORM (Epidemiology, radiation and health) | Settled by defendants Large sum |
| 15 Barbara Castell vs Intracoastal Tubular ITCO CDC No 2002-12334 Dv A section 5. (Stuart Smith) | New Orleans | 2005- | Cancer following exposure to NORM (Epidemiology, radiation and health) | Settled by defendants |
| 16 Ursula Bulot et al vs Exxon Mobil Corp and others (Stuart Smith) | New Orleans | 2005- | Cancer following exposure to NORM (Epidemiology, radiation effects) | Settled by defendants |
| 17 James Bailey & Ors vs Exxon Mobil Corp and others (Stuart Smith) | New Orleans | 2005- | Cancer following exposure to NORM (Epidemiology, radiation effects) | Settled by defendants |
| 18 Zachary Finestone, Lowe et al vs St Lucie Power and Light ( Lytal Reiter, Palm Beach Fla). | Florida USA Case 03-04040 Cohn/Lynch **BUSBY DAUBERT MOTION** | 2005 | Cases of children with cancer near St Lucie Nuclear Power Station. (Epidemiology, radiation dispersion modelling and health  effects) | Case eventually dismissed |
| 19 R.vs Pritchard and Olditch (Bindmann and partners) | Bristol Crown Court | 2005-6 | Criminal Damage to US bombers  2003 (uranium and health) (famous case) | Acquitted |

| 20 R vs RV Jones and Milling (Charlton) | Bristol Crown Court | 2005-6 | Criminal Damage to US bombers (uranium weapons) (famous case) | Acquitted after appeal to Lords |
|---|---|---|---|---|
| 21 Brian Gay vs Ministry of Defence | Pensions Appeals Court | 2007 | A-Bomb Test veteran Maralinga ; was his kidney cancer caused by radiation? (Epidemiology, radiation and health) | Appeal successful |
| 22 Cindy Mays and others vs Boeing Rocketdyne Corp (Suzelle Smith) | Los Angeles USA | 2007 | Did radiation releases from the Rocketdyne SSFL cause retinoblastoma in 9 Los Angeles children? Epidemiology, radiation dispersion modelling and health effects). | Settled by defendants Large sum |
| 23 Bonnie Anderson et al vs Ashland Oil (K. Mathis et al) | Lawrence Circuit Court Kentucky USA **BUSBY DAUBERT MOTION** | 2008 | Contamination of property by oilfield NORM (Epidemiology, radiation and health) | Case dismissed Appeal failed |
| 24. A-Bomb Test veterans vs UK Ministry of Defence (Rosenblatts) | Royal Courts of Justice, London | 2009-10 | Cancer and illness in A-Bomb Test veterans' pensions appeals (Epidemiology, radiation and health) | 1st round success, but lost on MoD appeal |
| 25 Various vs Exxon Mobil Corp (Gordon) | Houston TX | 2009-10 | Measuring gamma and advising on NORM contamination for potential case | Settled for large sum |
| 26 Derek Hatton Vs Ministry of Defence (Derek Heaps) | Pensions Appeals Court Birmingham | 2009 | Cancer and *polycythemia rubra vera* Died | See below |
| 27 Etienne Pellegal vs Lincoln Electric Co (Garrison) | New Orleans No 2006-003684 Sec 6 Div L | 2009-10 | NORM radiation and laryngeal cancer | Settled by defendants |
| 28 Stuart Dyson dec. vs MoD HMCoroner, Balmain) | Coroner's Court Black Country Jury | 2009 | Cause of Death; did depleted Uranium cause cancer. Big case, reported everywhere | Jury found cause of death uranium |
| 29 Colin Duncan vs. Ministry of | Pensions appeal Court | 2010 | Exposure to fallout in A-Bomb Tests caused cancer | Appeal allowed |

| Defence | | | | |
|---|---|---|---|---|
| 30 Lowell Ryman vs Regents of University of California (Howell) | Los Alamos USA | 2010 | Exposure to radioactivity from Los Alamos and Malignant Myeloma | Case withdrawn by attorney |
| 31 Michael Nase vs Teco Energy (Stuart Smith) | New Orleans USA | 2009 | Exposure to radon and radiation and lymphoma | (settled by defendant) |
| 32 Dawn Pritchard vs Ministry of Defence | Pensions Appeals Court | 2010 | A-Bomb Test veteran widow. (Radiation and health) | successful appeal; remitted to First Tier |
| 33 L Abdale vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00328 2010 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 34 D Battersby vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00176 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier DB died |
| 35 D Beeton vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00129 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 36 T VButler vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00078 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 37 D Hatton vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 38 NC Hughes dec vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT00065 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 39 B Lovatt vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00279 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |

| 40 D Pritchard vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00039 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier (DP died) |
|---|---|---|---|---|
| 41 L Selby vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00658 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 42 Denis Shaw vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00054 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 43 N Simons vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00006 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | Allowed |
| 44 H Sinfield vs Ministry of Defence (Rosenblatts) | Pensions Appeals Court ENT 00751 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 45 B Smith dec. vs Ministry of Defence (Rosenblatts) | Pensions Appeals Court ENT 00680 | 2010 | A-Bomb Test veteran appeal | successful appeal; remitted to First Tier |
| 46 Mrs A Smith vs Ministry of Defence (Rosenblatts) | Pensions Appeals Court ENT | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 47 D Taylor vs Ministry of Defence (Chris Francis RAFA) | Pensions Appeals Court ENT 00912 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 48 Mrs W Triggs vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00285 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | successful appeal; remitted to First Tier |
| 49 Mrs M Williams vs Ministry of Defence (Royal British Legion) | Pensions Appeals Court ENT 00768 | 2010 | A-Bomb Test veteran appeal (Radiation and health) | Allowed |
| 50 Kingscliffe | Public | 2010 | Effects of radioactive | Dismissed |

| | | | | |
|---|---|---|---|---|
| Waste Watchers vs Augean Ltd | Enquiry | | waste on health (radiation and radioactivity dispersion, exposure and health). | by Planning Inspector |
| 51 Benoit et al vs Brown and Root Smith Stag LLC | New Orleans | 2010 | Environmental contamination and health effects of NORM | Settled successfully |
| 51 Broussard heirs vs Texaco Smith Stag LLC | New Orleans | 2012 | Environmental contamination by NORM | Settled successfully |
| 52 Lindy Norton and others vs Eskom Holdings | Pretoria High Court, South Africa | 2012 | Health effects of high voltage power lines | Ongoing |
| 53 Debra Dawson vs Boeing (Howarth Smith) | Los Angeles | 2012 | Downwinder cancer SSFL | Ongoing |
| 54 Mark Brett v Secretary of State Gulf War Veterans' Assoc. | Belfast | 2013 | Pensions Appeals Lymphoma and Iraq Depleted Uranium | Failed |
| 55 Don Battersby and Anna Smith v Ministry of Defence | Royal Courts of Justice | 2013/14 | Pensions Appeal to Upper Tier against Decision in Lower Tier | Successful Appeal; remitted for new hearings* |
| 56 Joan Hunter Lehmann vs. Boeing | Los Angeles | 2014 | Downwinder cancer SSFL | Abandoned by litigant |
| 57. Dwayne Chauvin et al vs. Exxon et al ( Smith Stag LLC and others) | New Orleans Daubert Motion (not pursued) | 2014 | Radium exposure and cancer | Settled successfully |
| 58. Tuboscope workers vs. Exxon/ Chevron et al (Smith Stag LLC Falcon Law firm) | New Orleans | 2014 | Radium exposure and cancer. Oil Pipe workers | Settled successfully |
| 59. LIBFRE vs. Long Island Power Utilities | New York | 2014 | High Voltage Power Lines | Successful |
| 60. Jason Bowser vs. Ministry of Defence | Liverpool | 2014 | Leukemia in DU Iraq veteran | Abandoned by lawyer |

| | | | | |
|---|---|---|---|---|
| (Hampson Hughes) | | | | |
| 61. John Forbes (widow) vs. Ministry of Defence | Edinburgh | 2013/4 | Pensions Appeals; cancer in nuclear submarine technician | Unknown |
| 62 John Carter vs Chevron, et al (Smith Stag LLC) | New Orleans Daubert Motion (not pursued) | 2015 | Radium exposure. Multiple Myeloma, Colon Cancer | Settled successfully July 2105 |
| 63. J Mahoney vs. Australian Pensions Appeals (With David Douglas | Australia | 2015 | Colon cancer death in Australian veteran who worked at Hiroshima in the ruins. | Successful |
| 64 Woods et al vs Exxon et al Henry Dart | Harvey Lousiana | 2015 | Leukemia and multiple myeloma, Radium | Settled successfully October 2015 |
| 65 Class Action Busan Korea vs. Korean nuclear utility Lawyer Kim, Lawyer Byun Seoul | Busan Korea | 2015 | Thyroid Cancer near Kori nuclear plant | On-going |
| 66 Abdale and others; Battersby and Smith vs. Secretary of State for Defence* | Royal Courts of Justice, London | 2015-2016 | Nuclear test veterans | Failed. Under appeal to Upper Tier. |
| 67 Radioactive contamination West Lake Landfill St Louis MO, USA S.Smith | St Louis MO | 2016 | Cancer and exposures to historic Uranium contamination | On going |
| 68 Lawson vs. General Electric Company, California/ Idaho. Bonner Law firm | Boise Idaho/ California | 2017 | Radiation brain damage in nuclear power station welder. | Lost. Suing the wrong plaintiff. Survived Daubert. |
| 69 Lindsey R Cooper and ors. vs TEPCO | San Diego | 2017 | Cancer and other illnesses in sailors on board USS Ronald | On going |

| Bonner/ Garner/ Edward law firms | | | Reagan and ships at Fukushima | |
|---|---|---|---|---|
| 70 Smith Cooper and ors./ Hausman | St Louis | 2017 | West Lake Landfill | On going |
| 71 Doris Butler vs. Secretary of State for Defense | London | 2018 | Nuclear Test Veteran. Pancreatic cancer Uranium exposure. | On going. |
| 72 Local class action vs. Honeywell | Metropolis Illinois | 2018 | Uranium contamination | On going |

In eight of the above cases, Dr Busby was deposed by defence attorneys with a view to having his status as an expert witness disallowed by the trial judges under the rules of *Daubert vs Merrel Dow Pharmaceuticals* whereby the judges have conferred on them the power to decide whether an expert witness is expert in the area of expertise being claimed and to disallow his or her testimony if not.  In all cases, in the State of Florida and in the State of Kentucky the Daubert motions were unsuccessful.  In the Broussard case the Daubert Motion was successful only in that the judge declared a view (the judge was a replacement circuit judge) but when the attorneys appealed the decision the case was immediately settled. The judge failed to sign the Daubert decision so it cannot be appealed and is not binding. This matter emerged in the Chauvin case (57 above).

* In the Battersby/Smith appeal the judge ruled that Busby could not give evidence in a re-constituted First Tier because he is an "activist". This decision is not legally valid since it is a finding of fact and the judge's Direction was subject of a Judicial Review application. This was never decided as it never came before a judicial panel because it was rejected by the Table Judge. The case was directed and finally heard over 3 weeks in London from June 13th with Busby acting as Representative and presenting evidence through ECRR expert witnesses. Busby is now representing a new case in the test veteran appeals, that of Trevor Butler who witnessed 4 tests at Christmas Island died from pancreatic cancer.

## 1.6 EXPERT ADVICE

In addition to the above Dr Busby has been invited or commissioned (paid) to provide expert evidence on the health effects of low doses of ionising radiation, or exposure to uranium for and to, amongst others :

The UK Royal Society Committee on Depleted Uranium
The UK Committee Examining Radiation Risk from Internal Emitters
The UK Committee on Radioactive Waste Management
The US Congressional Committee on Veterans Affairs and Security in the UK House of Lords (Depleted Uranium)
The Canadian Parliament
The Greens in the European Parliament
The UK Environment Minister Michael Meacher MP

The Federal German Agricultural Laboratory, Brauschweig
The EU Policy Information Network on Child Health and Environment, Arnhem, Netherlands
The British Nuclear Test Veterans Association
The UK House of Commons Cross Party Committee on A-Bomb Test Veterans (John Barron MP, Neil Gibson MP)
The United Nations (UNIDIR) Geneva
The United Nations UNHCR Geneva
The World Health Organisation/ Physicians of Chernobyl (Kiev)
The Government of Belarus
The Green Party of England and Wales
SAFEGROUNDS (Nuclear Industry Organisation for waste disposal discussions)
The British Nuclear Energy Society
The British Nuclear Test Veterans Association
The Royal British Legion
The New Zealand Royal Society
The Korean Parliament

Various national and supra-national groups have sought advice from or appointed Dr Busby as an advisor on various issues e.g.
Green Group European Parliament; Radiation and Health (Caroline Lucas MEP, Michele Rivasi MEP)
Canadian Government: Uranium and Health (appointed by Alex Atamenenko MCP, British Columbia)
UK Committee on Radioactive Waste Management (invited by Prof Gordon McKerron)
Royal Society Committee on Health Effects of Depleted Uranium Weapons (invited by Prof. Brian Spratt)
US Congressional Committee on Veterans Affairs and Security (Uranium weapons) (invited by Senator Christopher Shays)
UNIDIR Geneva (United Nations Institute for Disarmament Research) (Kirstin Vignard)
Brussels Tribunal
Perdana International Peace Foundation

## 1.7 RESEARCH INTERESTS and AREAS OF WORK

### Early research

Dr Busby's early research was in the Physical Chemistry aspects of molecular pharmacology at the Wellcome Research Laboratories in Beckenham, Kent. This involved the use of spectroscopic and thermodynamic methods for examining cell-cell and cell drug interactions at the molecular level. He was in charge of the thermodynamic dilute solution and high energy spectroscopic section of the Physical Chemistry Department.  For a year he began a research degree at Queen Mary College London in Nuclear Magnetic Resonance on molecular conformational changes on protonation but following a dispute with his supervisor he left to return to Wellcome and resume his drug interaction research. From there he moved to developing descriptions of intercellular and intracellular communication mechanisms, a subject which he is still engaged in researching in the laboratory. He

14

has just (Dec 2015) published a book outlining his conclusions regarding the origin of life and its operational mechanism.

Chris Busby spent seven years at the Wellcome Foundation, where he conducted research in physical chemistry and pharmacology. He subsequently moved to the University of Kent at Canterbury where he studied Laser Raman Spectro-electrochemistry in collaboration with Shell Research Thornton and later as SRC Research Fellow, a project which resulted in a PhD in Chemical Physics. He developed and published theoretical and experimental details of silver and gold electrodes with surface array properties which enable acquisition of laser Raman spectra of adsorbed molecules in dilute solution. He developed the mathematical concept of surface array resonance which he published in the journal *Surface Science* and which has implications for mobile phone frequency electromagnetic fields and human health.

**Radiation biology**

In the late 1980s, following Chernobyl, he became interested in the mechanisms of low dose internal radiation and developed the Second Event Theory, which distinguishes between the hazards of external and internal radiation exposure. His initial paper was rejected by the *International Journal of Radiation Biology* but ironically later the same journal accepted a paper by the Director of the National Radiological Protection Board attacking Busby's unpublished idea. The Second Event Theory was ultimately published in the proceedings of a radiation conference in Muenster organised by the German Society for Radioprotection. Apart from the Second Event Theory, Busby has written about dose response functions, local dose to DNA and photoelectron amplification by internal radionuclides. His area of interest is the failure of conventional dosimetry to incorporate high local internal doses to DNA resulting from nuclide affinity for DNA and anisotropy of energy dispersion from a range of causes including: particles, photoelectrons, second event effects, transmutation, dose squared effects etc. He has raised these issues in many presentations and publications and in two UK government committees. He was recently (2012) invited to provide an overview of these concerns in a peer reviewed book on DNA damage which has been published. His main concerns have been for failures to realise the enormously high radiation effects on health of molecular Uranium and Strontium-90 and Uranium and Plutonium particles.

**Epidemiology**

Busby began in 1992 by examining differences in standardised cancer rates in two areas which had been differentially contaminated by the 1960s nuclear test fallout, Wales and England. Using national data he showed that there was a cancer risk effect in Wales due to the higher measured level of contamination exposures to the fallout, a result that he published in two books and in a letter to the British Medical Journal in 1994. In 1995 he was funded by the Joseph Rowntree Charitable Trust to develop his arguments and write '*Wings of Death: Nuclear Pollution and Human Health*', an account of the results of his research into radiation and cancer and also into cancer increases in Wales, which he argued were a result of global weapons

fallout exposure. In 1997 he became the UK representative of the European Committee on Radiation Risk.

From 1997-2000 he was funded by the Irish Government to carry out research into cancer incidence and proximity to the Irish Sea coast. He organised a very large small area epidemiological study of cancer and leukemia (1974 to 1989) in the population of north and mid Wales. The Data Base was that of the official Wales Cancer Registry. Results showed a highly significant 30% excess risk on the 1km coastal strip, a sea coast effect which the group also found in the Republic of Ireland on the Irish Sea east coast but not on the West coast. The Wales Cancer Registry which supplied the data was immediately closed down and the data removed from the Welsh Office computer. These results were then attacked by a new Wales Cancer Intelligence Unit which took over from the Wales Cancer Registry and altered the historic (published) database.  Later with the help of Welsh Television, Busby obtained childhood cancer and leukemia data for the small communities near the Sellafield-contaminated north Wales coast and demonstrated a 18-fold excess risk of brain tumours and leukemia in children aged 0-4 whose identities were known, living in the coastal towns. He has blamed these effects on coastal sediment contamination from Chernobyl and from Sellafield and the inhalation of sea-to-land transfer resuspended sediment containing Uranium and Plutonium. He was funded by the Joseph Rowntree Charitable Trust to write these results into a second book *Wolves of Water* which was published in 2007.

Based on his findings in the Irish Sea coastal communities, Busby later joined with other scientists at the Karolinska Institute in Sweden and at the Riga Technical University and others to begin to look at cancer rates in coastal communities bordering the radioactively contaminated Baltic Sea. The group's application for funding was turned down by the European Commission but initial work has suggested a similar effect on breast cancer in Sweden.

In June 2000 he was invited to present evidence to the Royal Society committee on Depleted Uranium and health, and shortly after this was invited to Iraq to measure DU in the country and relate exposure to health effects which followed the Gulf War. In 2001 he was asked to visit Kosovo as part of a Nippon TV team to investigate the dispersion of DU using field monitoring equipment. He discovered DU in many areas from analytical measurements made on samples he collected (paid for by the BBC) he showed that there was atmospheric resuspension of DU particles. He was invited to report his findings to the Royal Society Committee on Depleted Uranium. Following his evidence to the Royal Society on the effects of Depleted Uranium, he was appointed to the UK Ministry of Defence Committee on Depleted Uranium in 2001. He was invited to address the US Congressional Committee on Veterans' Affairs on the Health effects of Depleted Uranium in 2002.

In 1998-2001 he co-supervised a PhD student at Liverpool University in the epidemiological examination of cancer rates by age, developing a novel epidemiological metric for the assessment of the variation in age of development of site specific cancer in human populations. The PhD was awarded and the methodology published.

16

In 2000 Busby analysed the rates of infant leukemia after Chernobyl in several countries and employed the results to show that the ICRP risk model was in error by a factor of 400-fold in the prediction or explanation of the findings. He was invited to Kiev to present these results at the World Health Organisation conference in 2000. Later in 2009 he published a further meta-analysis of the infant leukemias using data that was obtained through the CERRIE committee. These findings formally and unequivocally falsify the current ICRP radiation risk model.

Dr Busby has carried out a number of other epidemiological studies. He developed in 2000 a cross sectional case-control cohort method for assessing cancer risk in communities and has studied populations local to five nuclear sites in the UK, Hinkley Point, Bradwell, Trawsfynydd, Wylfa and Plymouth Dockyard. Results have been presented in peer reviewed papers and books and in three television documentaries
Busby also has made and published several small area mortality studies of populations near nuclear sites in the UK, specifically Hinkley Point, Bradwell, Wylfa, Aldermaston and Harwell (published in the British Medical Journal 1998). In general the results have shown the excess risk of breast cancer in those living near coastal nuclear sites. These received considerable media attention.

In 2006 and 2007 he carried out two epidemiological questionnaire survey studies of British ex-Servicemen. The first looked at health effects in the veterans of the human experiments at Porton Down, Wiltshire. The method involved piloting a novel method for obtaining controls and was therefore able for the first time to assess risk for diseases for which there were no national background rates. Results showed significant health consequences of the exposures at Porton Down.  The method was next employed to examine the health of the children of the veterans of the UK Atmospheric nuclear tests. Results showed that the children and grandchildren both had respectively highly significant 9 and 8-fold excess congenital illnesses both relative to controls and to national rates. Results were presented at the House of Commons in 2008.  Both of the above studies have recently been submitted for publication.

In 2009 he worked with Dr Samira Alaani and other Iraqis in Fallujah Iraq and applied the epidemiological questionnaire method he piloted in Ireland and at the nuclear sites. They found a highly significant excess of cancer and congenital malformation rates in the period following the US-led attack on the city in 2004. These studies he followed up with two hospital studies in Fallujah which confirmed the high rates of congenital birth defects that drove the infant mortality excess. In 2010 he carried out with the Fallujah group a study of metal contamination in the hair of the parents of the children with birth defects which showed that the cause was exposure to slightly enriched Uranium which the group assumed was from a novel weapon system.

In 2015 he was invited to join the Editorial Board of Jacobs Journal of Epidemiology and Preventive Medicine. He wrote the Editorial in the First Issue where he reviewed the problems of radiation epidemiology and proposed that the study of adult cancer near nuclear sites might be more informative than child leukemia studies. In the same issue he presented two of his studies of adult cancer near nuclear sites in the UK, identifying breast cancer as the best indicator of harm from radioactive discharges.

**Radiation protection**

He is a founder member of and is presently also the Scientific Secretary of the European Committee on Radiation Risk (ECRR) begun in Brussels in 1998 and was commissioned in 1999 to organise the preparation of the new risk model on radiation exposure, work which led to the ECRR Risk Model and the publication of ECRR 2003: *The Health Effects of Exposure to low Doses of Ionizing Radiation*, published in January 2003.  This was translated into and published in French, Russian, Japanese and Spanish.  This work he updated in 2010 with a chapter on Uranium, and presenting evidence of the success of the 2003 model in explaining increases in cancer near nuclear sites and also increases in cancer in Sweden after Chernobyl. In May 2009, with the University of the Aegean, he organised an International Conference on the Greek Island of Lesvos attended by eminent radiation scientists from all over the world. The final statement from this conference *The Lesvos Declaration* called for the abandonment of the current (ICRP) radiation risk models which all the delegates agreed was insecure for its purpose of protecting human health from radiation exposures.

His work and expertise in the field of environmental health and radioactivity was recognised by his appointment in 2001 to CERRIE a UK Government committee reporting on the effects of internal  radiation on health (www.cerrie.org) and in 2002 to the Ministry of Defence Depleted Uranium Oversight Board DUOB (www.duob.org). CERRIE was wound up in 2004 after the Environment Minister who had sponsored the committee was sacked from Blair's government. After the CERRIE members were threatened with legal action if they allowed the final report to include Busby's evidence, in 2004, he (jointly with two other colleagues) published the *Minority Report of the CERRIE committee* (Sosiumi Press) which was supported and introduced by Environment Minister the Rt Hon. Michael Meacher MP. The same mistake was not repeated in the final report of the Depleted Uranium Board DUOB which Busby contributed a separate section of analysis to.

In 2006 he produced and jointly edited with Prof. Alexey Yablokov of the Russian Academy of Sciences *ECRR2006 Chernobyl 20 Years On*. A second edition was produced in 2009.

**Science and Policy**

Dr Busby was the national speaker on Science and Technology for the Green Party of England and Wales for many years.
He developed an interest in the transposition of Science into Policy and published in 2000, with Dr Molly Scott Cato and Mr Richard Bramhall, a small book presenting the results of their social research into the scientific knowledge-base of politicians in the UK *I don't know much about Science* (Green Audit 2000). The report questioned the levels of bias in scientific advice to government, using the BSE/CJD issue as a test. The book concluded that oppositional committees were necessary to obtain the truth in areas of contention involving lobbying. Busby has also made fundamental

contributions in various papers and reports to political aspects of environmental degradation, developing in 2000 the "Planetary Impact Index", a fiscal policy tool for controlling environmental and social harm.

Because of his work in this area, between 2004 and 2006 he was asked to lead the Science and Policy Interface Group of the EU funded Policy Information Network for Child Health and Environment (PINCHE) based in Arnhem, the Netherlands. He organised the discussions and collation of information in this area leading to their final report to the European Commission to which he contributed large sections. He was also Senior Rapporteur for PINCHE on Ionising Radiation and Child Health and also Ultraviolet Radiation and Child Health, producing with his colleague Dr Alecsandra Fucic, the final paper on radiation which was published in *Acta Paediatrica.* The culmination of this project which involved over 40 scientists and physicians from all major EU countries was the recommendation that as a result of bias in scientific advice to policymakers, all advice committees involving areas of dispute and possible harm to the public should be oppositional committees with reports including all sides of any argument.

He was recently (2013) invited to make a presentation in the Russian Academy of Sciences on the issue of the failure of the current radiation risk model to accurately predict or explain radiation effects in living systems.

**Radiation measurements and laboratory research**

Busby set up a laboratory in Wales in 2004 to measure radioactivity in environmental samples, and developed mobile spectrometric detectors to investigate contaminated areas of land. He has been commissioned on several occasions to carry out fieldwork on radionuclide contamination, including in the USA (radium) and the Balkans (Uranium) and Iraq (Uranium). Results of some of these field survey operations have led to success with large case settlements in litigation in the USA

Since 2006 Dr Busby has been conducting laboratory experiments researching photoelectron emission from Uranium and elements of high atomic number. As Visiting Professor, at the Centre of Molecular Biosciences in the University of Ulster he co-supervised research on the enhancement of local dose from high Z atomic number elements.  Results of experimental and theoretical calculations confirmed the enhancement of local deposition of tissue-ionising photoelectrons from sub-micron Uranium and Gold particles, work which resulted in a PhD for Andreas Elsaessar. The idea was reported as a major news item in the *New Scientist* in 2009.
In 2007 he studied with Saoirse Morgan the dispersion of Uranium after Gulf War 2 using the results of air filter Uranium measurements made at the Atomic Weapons Establishment Aldermaston. The results showed that there was a significant increase in airborne Uranium in the period of the Gulf War, and this finding received widespread media attention.

Dr Busby was invited Japan in June 2011 to advise on the health effects of the Fukushima catastrophe. He has carried out a large number of measurements of radionuclides both on the ground in Japan and in materials from areas near Fukushima as far south as Tokyo and east as Osaka. He was the first to employ vehicle air filters to measure radioactive atmospheric contaminants, developing the methodology

through vehicle filters from war zones from the Balkans through Lebanon to Gaza to Iraq. He has reported levels of radioCaesium and enriched Uranium in air conditioning filters in Tokyo after Fukushima.

**Non ionising radiation, cell phones**

Dr Busby also has an interest in the health effects of non-Ionising radiation and has collaborated with Prof Olle Johansson at the Karolinska Institute Stockholm on this issue. He believes that the health effects are explainable on the basis of 2nd order electromagnetic energy transfer to electron tracks from internal ionising radiation. This increases the absorbed dose from background radiation. He carried out preliminary research on this idea in 1998, funded by the Foundation for Children with Leukemia, and also began experimental investigations at the University of Ulster in 2010. In 2015 he carried out experiments on the interaction of non-ionising (RF and low frequency) and ionising radiation (60kVp X-Rays) to examine the possibility of electromagnetic energy borrowing by photoelectrons.

**Uranium**

As a consequence of his research findings, and publications Dr Busby has become associated with expertise on the biological effects of Uranium. He has published extensively in this area and is Chair of the Uranium sub-committee of the European Committee on Radiation Risk, editing the ECRR report on Uranium effects in 2010. He has been a member of the UK Ministry of Defence Depleted Uranium Oversight Board (see above) and also was invited to address the UK Royal Society on the issue of DU. He also has been invited to make presentations on his research on Uranium to a number of organisations including the US Congressional Committee on Veterans Affairs, the Canadian Parliament, The New Zealand Royal Society, The United Nations, and the European Parliament. In 2008 he was appointed Guest Researcher at the German Federal Government Julius Kuhn Institute in Braunschweig where he co-supervised research on Uranium uptake in plants. He carried out fundamental research on the photoelectron amplification effects of Uranium and Gold at the University of Ulster but left in 2012 when his Department folded due to the retirement of the Professor. He joined Jacobs University of Bremen in the same year and moved to Latvia where he has an office in the Latvian Academy of Sciences in Riga. In 2017 his book on Uranium and Health was published in Germany.

**Other interests**

Busby is also currently engaged in experimental and theoretical development of a novel theory of living systems and their origin. He published a paper in 2017 on the spontaneous origin of life on Earth in which he addressed the issue of the thermodynamic requirements of living systems and how they might have been satisfied in abiogenesis.

## 1.8 MAIN SCIENTIFIC ACHIEVEMENTS; NOTABLE RESEARCH; DISCOVERIES

1. **True structure of S American arrow poison tubocurarine by NMR [1973]**
2. **Array resonance electromagnetic field enhancement at optical frequencies [1980]**
3. **Weapons test fallout 1959-63 caused cancer epidemic beginning 1980s [1994]**
4. **Second Event Theory [1989-1998]**
5. **Infant leukemia after Chernobyl unequivocally demonstrates failure of ICRP risk model and demonstrates biphasic dose response [2000, 2004 and 2009]**
6. **Sea coast effect on cancer in Irish Sea from radionuclide pollution. [1998-2001]**
7. **Secondary Photoelectron Effect SET for high atomic number elements mainly Uranium and Uranium particles. [2004-2009]**
8. **Uranium particle transport to Aldermaston UK in 2nd Gulf War [2007]**
9. **High levels of congenital conditions in UK Atomic Test Veteran children and grandchildren [2007]**
10. **Extremely high cancer and congenital malformation rates in Fallujah Iraq are associated with man-made Uranium in mother's hair. [2010-12]**
11. **Discovery (2014-2015) that the US Radium Studies were unsafe as a support for radiation protection models due to manipulation of the databases, missing individuals and missing causes of death.**
12. **Using Fricke dosimetry he established (2015) that there is no measurable interaction between non ionising radiation magnetic fields (both RF 2.4GHz and power line frequencies to 5uT) in water and ionising radiation induced photoelectrons between 0.5Gy and 5Gy.**
13. **Theory of the mechanism and spontaneous origin of life [2015].**
14. **New theory of memory and dementia causation [2018]**

## 1.9 INVITATIONS TO SPEAK.

| Year | Place, Subject etc. |
| --- | --- |
| 1995 | Jersey, Channel Islands: International conference on nuclear shipments; Health effects of low dose radiation |
| 1995 | Oxford Town Hall: Low dose radiation effects |
| 1995 | Drogheda, Ireland: Sellafield effects |
| 1996 | House of Commons. Symposium on Low Dose Radiation |
| 1997 | Strasbourg EU Parliament: Euratom Directive |
| 1997 | Brussels, EU Parliament STOA workshop on criticisms of ICRP risk models |
| 1997 | Kingston Ontario: World Conference on Breast Cancer: paper on cohort effects and weapons fallout |

| 1998 | Muenster, Germany, International Conference on Radiation: Second Event effects |
|------|---|
| 1998 | Manchester Town Hall, Ethics and Euratom |
| 1999 | Copenhagen: Danish Parliament: Euratom Directive and low dose effects |
| 1999 | Carlingford, Ireland: Sellafield effects |
| 2000 | Kos Island: ASPIS (EC) meeting on 'Is cancer an environmental effect'; low dose radiation and cancer |
| 2000 | London: Royal Society: low dose effects and Depleted Uranium |
| 2001 | Strasbourg: Green Group; Health effects of Depleted Uranium |
| 2001 | Bergen: International Sellafield conference, Sellafield effects on health |
| 2001 | Oslo: Nobel Institute: Health effects of low dose radiation and DU |
| 2001 | London: Royal Society: Health effects of Depleted Uranium (again) |
| 2001 | Kiev: WHO conference on Chernobyl: paper on infant leukaemia |
| 2001 | Prague: *Res Publica* International Conference on Depleted Uranium |
| 2001 | Strasbourg: EU Parliament, with UNEP; Health effects of Depleted Uranium |
| 2002 | Bergen: Conference on Sellafield |
| 2002 | Helsinki: Health effects of low dose radiation |
| 2002 | London: House of Lords. US Congressional Committee on National Security: Gulf war syndrome and Depleted Uranium |
| 2002 | London Greenpeace: Small area statistics and radiation effects |
| 2002 | Chilton: Health effects of radioactive waste |
| 2002 | Oxford, British Nuclear Energy Society: Effects of low doses of radiation |
| 2002 | Royal Society of Physicians: Small area health statistics and radiation |
| 2003 | Birmingham: Non ionising radiation. Chaired |
| 2003 | Liverpool University: Depleted Uranium and Health |
| 2003 | Oxford University: Health Effects of Radiation from Internal Emitters |
| 2003 | Munich: Whistleblowers |
| 2003 | Copenhagen: Radiation and the foetus |
| 2003 | Hamburg: Depleted Uranium |
| 2004 | Berlin: Low level radiation |
| 2004 | London: PINCHE, child health and environment |
| 2004 | London, Westminster: Children with leukaemia |
| 2004 | Chicago: Radiation studies |
| 2005 | New Zealand Royal Society, Wellington |
| 2005 | New Zealand, Auckland University |
| 2005 | Chicago: Small area epidemiology by citizen groups |
| 2005 | Salzburg, Austria. PLAGE; International Nuclear Law and Human Rights |
| 2005 | Stockholm, Swedish Parliament; Low Dose Radiation and Depleted Uranium |
| 2006 | ECRR, Charite Hospital, Berlin, Health effects of the Chernobyl Accident |
| 2006 | Hiroshima Japan, Depleted Uranium |
| 2007 | Kuala Lumpur, Depleted Uranium: War Crimes Tribunal |
| 2007 | London, House of Commons: Chernobyl and health; anniversary lecture. |
| 2007 | London: Safegrounds Nuclear Industry CIRIA conference; low dose effects |
| 2007 | Blackpool: A-Bomb Veterans and low dose radiation effects |
| 2007 | University of Ulster: Childhood leukaemia in Ireland and Sellafield |
| 2007 | Hanover: Federal Agricultural Laboratories; Uranium chemistry and physics |
| 2007 | Geneva: United Nations. Health effects of Uranium weapons |
| 2007 | Geneva: United Nations. Chernobyl: WHO and the IAEA |

| 2007 | London, House of Commons Select Committee: Nuclear Test Veterans Children Epidemiology study |
| 2007 | London, Royal Society: Science Policy Advice and Scientific Dishonesty |
| 2008 | Ljubljana Slovenia: Parliament; Nuclear Energy and Human Health |
| 2008 | Malmo Sweden; Uranium and health- new discoveries |
| 2008 | Helsinki; Chernobyl effects |
| 2008 | Moscow, Russian Academy of Sciences; A new theory of living systems. |
| 2009 | Malmo Sweden, Uranium weapons and health |
| 2009 | Stockholm Sweden, ICRP, SRM, Errors in radiation risk model |
| 2009 | Lesvos Island Greece; Requirements of a Adequate Radiation Risk Model |
| 2009 | Academy of Sciences, Riga, Latvia: the ECRR and ICRP radiation risk models |
| 2009 | Arusha Tanzania: Health effects of Uranium mining |
| 2009 | Dar es Salaam, Tanzania: Health effects of Uranium Mining |
| 2010 | Geneva, Human Rights Council, Fallujah uranium effects |
| 2010 | Riga Latvia; Environment Ministry; Baltic Sea Radioactivity and Health |
| 2010 | Stockholm Sweden; Finlandhuset; Cancer and Birth Defects in Fallujah Iraq |
| 2010 | Riga Latvia; Latvian NGOs; Baltic sea radioactivity and the ECRR model |
| 2010 | Pretoria South Africa, North West University, Uranium and Health |
| 2011 | Tokyo, Fukushima health effects |
| 2011 | Fukushima, Aizu Wakamatsu, health effects |
| 2011 | Berlin, Fukushima Health effects |
| 2011 | Riga, Fukushima |
| 2011 | Chepstow UK, Fukushima |
| 2011 | Oxford Town Hall, Fukushima |
| 2011 | Vilnius University, Lithuania, Scientific Philosophy and radiation risk models |
| 2012 | Riga Latvia, Developing a new ideology  for human security |
| 2012 | Geneva, Independent WHO: Small area epidemiology for citizens |
| 2012 | Geneva, Human Rights Council; American Association of Anthropology; Marshall Islands Nuclear Test effects |
| 2012 | Geneva, Human Rights Council; Union of Arab Jurists; Iraq Uranium |
| 2013 | Brussels: European Parliament, Official Intervention on EURATOM Basic Safety Standards for Radiation Risk for European Parliament Green Group |
| 2013 | Moscow: Russian Academy of Sciences. The failure of the concept of absorbed dose for internal exposures. |
| 2015 | Birmingham: World Congress on Breast Cancer; Radiogenic Causes |
| 2015 | Seoul. National Assembly Korea: Radio-iodine and cancer; Tritium effects. |
| 2015 | Riga. Radioactive contamination of the Baltic Sea. Conference on cleaning the Baltic Sea |
| 2015 | Royal Swedish Academy of Sciences Stockholm.  Nuclear Waste Council. Errors in radiation risk modelling for Forsmark waste repository project. |
| 2016 | Merton College, Oxford. Explanation of the spontaneous origin of life. |
| 2016 | Latvian Academy of Sciences Riga. Abiogenesis: The origin of life |
| 2017 | Toxicology and Applied Pharmacology conference. Paris. Absorbed dose and radiochemical risk. |
| 2017 | Sweden Nacka Environmental Court Stockholm: Legal challenges to Risk model and Forsmark waste repository. |
| 2017 | UK Business, Energy BEIS Conference London: Legal challenges to Risk Model and COMARE failure |

| 2017 | Metropolis Illinois, Uranium contamination from the Paducah Kentucky plant and health. |
| 2017 | St Louis, Missouri. Health effects of the West Lake landfill. |

## 2. PUBLICATIONS

## PEER REVIEWED PAPERS.

Busby Christopher (2018) A risk coefficient for radiation-induced dementia. *Advances in Alzheimers Disease.* 7 (2) 13-35, June 2018 DOI: 10.4236/aad.2018.72002

Busby Christopher, Howard Charles Vyvyan (2017) Re-Thinking Biology I—Maxwell's Demon and the spontaneous origin of Life. *Adv. Biol. Chem* 7 (5) 170-181 DOI 10.4236/abc.2017.75012

Busby C (2017) Radiochemical Genotoxicity Risk and Absorbed Dose. *Res Rep Toxi.* Vol.1 No.1:1

Busby C (2017) Radiochemical genotoxicity and absorbed dose. 9th Global Summit on Toxicology and applied Pharmacology. June 22-24 Paris France. Keynote presentation. http://toxicology.global-summit.com/europe/abstract/2017/radiochemical-genotoxicity-risk-and-absorbed-dose

Busby C (2017) Childhood leukemia, atmospheric test fallout and high voltage power distribution lines. *Pediatric Dimensions.* DOI 10.15761/PD.100156

Busby Christopher (2017) Child health and ionizing radiation: Science, Politics and European Law. *Pediatric Dimensions.* 2(3) 1-4 doi:10.15761/PD.1000150

Busby Christopher and Mangano Joseph J (2017) There's a world going on underground—infant mortality and fracking in Pennsylvania. *Journal of Environmental Protection.* 8(4) 2017 doi: 10.4236/jep.2017.84028

Busby Christopher. Letter to the Editor on "The Hiroshima Nagasaki survivor studies. Discrepancies between results and general perception." By Bernard R Jordan. *Genetics.* 2016; 204(4) 1627-1629

Busby Christopher. Is There Evidence of Adverse Health Effects Near US Nuclear Installations? Infant Mortality in Coastal Communities near The Diablo Canyon Nuclear Power Station in California, 1989-2012. *J J Epidemiol Prevent.* 2016, 2(3): 030. http://epidemiology.jacobspublishers.com/index.php/articles/articles-in-press-epidemiology-and-preventive-medicine

Sacks Bill, Mayerson Gregory, Siegel Jeffrey A (2016) Epidemiology without Biology: False Paradigms, Unfounded Assumptions and Specious Statistics in Radiation Science (with commentaries by Inge Schmitz-Feuerhake and **Christopher Busby**, and a reply by the authors). Biol Theory. 2016; 11: 69–101.
Published online 2016 Jun 17. doi:  10.1007/s13752-016-0244-4 PMCID: PMC4917595

Schmitz-Feuerhake, **Busby C**, Pflugbeil P  Genetic Radiation Risks-A Neglected Topic in the Low Dose Debate. Environmental Health and Toxicology.  2016. 31Article ID e2016001. http://dx.doi.org/10.5620/eht.e2016001.

Busby Christopher, de Messieres Mireille and Morgan Saoirse (2015) Infant and perinatal mortality and Stillbirths near Hinkley Point nuclear power station in Somerset, 1993-2005; an epidemiological investigation of causation. *JJ Epidemiol. Prevent*. 2015 1(2) 013

Busby Christopher (2015) Editorial: Uranium Epidemiology. *Jacobs Journal of Epidemiology and Preventive Medicine* 1(2)- 009; http://jacobspublishers.com/index.php/journal-of-epidemiology-articles-in-press

Busby Christopher (2015) Editorial: Epidemiology and the Effects of Radioactive Contamination: Time for a New Approach. *Jacobs Journal of Epidemiology and Preventive Medicine* 1(1)- 02; http://www.jacobspublishers.com/images/Epidemiology/J_J_Epidemiol_Prevent_1_1_003.pdf

Busby Christopher (2015) Breast Cancer Mortality in Estuary Wards near Bradwell Nuclear Power Station, Essex, UK 2001-1995 . *Jacobs Journal of Epidemiology and Preventive Medicine* 1(1)- 06; http://epidemiology.jacobspublishers.com/index.php/j-j-epidemiol-prevent-1-1-005

Busby, Christopher, de Messieres, Mireille  (2015) Cancer near Trawsfynydd Nuclear Power Station in Wales, UK: A Cross Sectional Cohort Study.  *Jacobs Journal of Epidemiology and Preventive Medicine 1*(1)- 08; http://www.jacobspublishers.com/images/Epidemiology/J_J_Epidemiol_Prevent_1_1_007-AppendixA.pdf

Busby C and de Messieres M (2014) Miscarriages and congenital conditions in offspring of the British Nuclear Atmospheric Test Program. *Epidemiology (Sunnyvale)* 2014, 4:4 http://dx.doi.org/10.4172/2161-1165.1000172

Mangano J, Sherman J, **Busby C** (2013) Changes in confirmed plus borderline cases of congenital hyperthyroidism in California as a function of environmental fallout from the Fukushima nuclear meltdown. *Open Journal of Pediatrics*  3: 370-376

Busby Christopher (2013). Aspects of DNA Damage from Internal Radionuclides, New Research Directions in DNA Repair, Prof. Clark Chen (Ed.), ISBN: 978-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-6, InTech, DOI: 10.5772/53942. Available from: http://www.intechopen.com/books/new-research-directions-in-dna-repair/aspects-of-dna-damage-from-internal-radionuclides This had more than 3600 downloads three months after its publication in May 2013.

ALAANI, S., AL-FALLOUJI, M., **BUSBY, C\***., HAMDAN, M.. Pilot study of congenital anomaly rates at birth in Fallujah, Iraq, 2010. Journal of the Islamic Medical Association of North America, North America, 44, Aug. 2012. Available at: <http://jima.imana.org/article/view/10463>.

Alaani Samira Tafash Muhammed, **Busby Christopher\***, Hamdan, Malak and Blaurock-Busch Eleonore  (2011) Uranium and other contaminants in hair from the parents of children with congenital anomalies in Fallujah, Iraq *Conflict Health*  5, 1-15

**Busby, Chris\***; Hamdan, Malak; Ariabi, Entesar. (2010) Cancer, Infant Mortality and Birth Sex-Ratio in Fallujah, Iraq 2005–2009. *Int. J. Environ. Res. Public Health* 7, no. 7: 2828-2837.

Busby C.C. (2009) Very Low Dose Fetal Exposure to Chernobyl Contamination Resulted in Increases in Infant Leukemia in Europe and Raises Questions about Current Radiation Risk Models. *International Journal of Environmental Research and Public Health*.; 6(12):3105-3114. http://www.mdpi.com/1660-4601/6/12/3105

Busby Chris (2009) Depleted Uranium, Why all the fuss?  *Disarmament Forum* 3 25-33 Geneva: United Nations

Busby Chris, Lengfelder Edmund, Pflugbeil Sebastian, Schmitz Feuerhake, Inge (2009) The evidence of radiation effects in embryos and fetuses exposed by Chernobyl fallout and the question of dose response. *Medicine, Conflict,  Survival* 25(1) 18-39

Busby Chris (2008) Is there a sea coast effect on childhood leukaemia in Dumfries and Galloway, Scotland, 1975-2002 ? *Occupational and Environmental Medicine* 65, 4, 286-287

Busby Chris and Schnug Ewald (2008) Advanced biochemical and biophysical aspects of uranium contamination. In: (Eds) De Kok, L.J. and Schnug, E.  *Loads and Fate of Fertilizer Derived Uranium.* Backhuys Publishers, Leiden, The Netherlands, ISBN/EAN 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-193-6.

Busby C and Howard V (2006) Fundamental errors in official epidemiological studies of environmental pollution in Wales. *J Public Health (Oxf)* 28(2) 177-8

Busby C and Fucic A (2006) Ionizing Radiation and children's health: PINCHE conclusions *Acta Paediatrica* S 453  81-86

Newby JA, **Busby CC**, Howard CV and Platt MJ (2007) The cancer incidence temporality index: An index to show temporal changes in the age of onset of overall and specific cancer (England and Wales, 1971-1999) *Biomedicine & Pharmacotherapy* 61  623-630

Van den Hazel P, Zuurbier M, Bistrup M L, **Busby C**, Fucic A, Koppe JG et al (2006) Policy and science in children's health and environment: Recommendations from the PINCHE project. *Acta Paediatrica* S 453 114-119

Koppe JG, Bartonova A, Bolte G, Bistrup ML, **Busby C**, Butter M et al (2006) Exposure to multiple environmental agents and their effects. *Acta Paediatrica* S 453 106-114

Van den Hazel P, Zuurbier M, Babisch W, Bartonova A, Bistrup M-L, Bolte G, **Busby C** et al, (2006) 'Today's epidemics in children: possible relations to environmental pollution' *Acta Paediatrica* S 453 18-26

Elsaesser A, Busby C, McKerr G and  Howard CV (2007) Nanoparticles and radiation. EMBO Conference: Nanoparticles. October 2007 Madrid

C. V. Howard, A. Elsaesser & **C. Busby** (2009) The biological implications of radiation induced photoelectron production, as a function of particle size and composition. *International Conference; Royal Society for Chemistry NanoParticles 2009* www.soci.org/News/~/media/Files/.../Oral_18_32.ashx

Busby CC (2005) Does uranium contamination amplify natural background radiation dose to the DNA? *European J. Biology and Bioelectromagnetics.* 1 (2) 120-131

Busby CC (2005) Depleted Uranium Weapons, metal particles and radiation dose. *European J. Biology and Bioelectromagnetics.* 1(1) 82-93

Busby CC and Coghill R (2005) Are there enhanced radioactivity levels near high voltage powerlines? *European J. Biology and Bioelectromagnetics.* 1(2) Ch 7.

Busby Chris and Bramhall Richard (2005) Is there an excess of childhood cancer in North Wales on the Menai Strait, Gwynedd? Concerns about the accuracy of analyses carried out by the Wales Cancer Intelligence Unit and those using its data. *European J. Biology and Bioelectromagnetics.* 1(3) 504-526

Busby Chris and Morgan Saoirse (2005) Routine monitoring of air filters at the Atomic Weapons Establishment Aldermaston, UK show increases in Uranium from Gulf War 2 operations. *European J. Biology and Bioelectromagnetics* 1(4) 650-668

Busby C.C (2002). 'High Risks at low doses.' *Proceedings of 4th International Conference on the Health Effects of Low-level Radiation: Oxford Sept 24 2002.* (London: British Nuclear Energy Society).

Busby, C. C. and Cato, M. S. (2000), 'Increases in leukemia in infants in Wales and Scotland following Chernobyl: evidence for errors in risk estimates' *Energy and Environment* 11(2) 127-139

Busby C.,(2000), 'Response to Commentary on the Second Event Theory by Busby' *International Journal of Radiation Biology* 76 (1) 123-125

Busby C.C. and Cato M.S. (2001) 'Increases in leukemia in infants in Wales and Scotland following Chernobyl: Evidence for errors in statutory risk estimates and dose response assumptions'. *International Journal of Radiation Medicine* 3 (1) 23

Busby, C. C. (1998), 'Enhanced mutagenicity from internal sequentially decaying beta emitters from second event effects.' In 'Die Wirkung niedriger Strahlendosen- im kindes-und Jugendalter, in der Medizin, Umwelt und technik, am Arbeitsplatz'. Proceedings of International Congress of the German Society for Radiation Protection. Eds: Koehnlein W and Nussbaum R. Muenster, 28 March 1998 (Bremen: Gesellschaft fur Strahlenschutz)

Busby Chris and Cato, Molly Scott (1998), 'Cancer in the offspring of radiation workers: exposure to internal radioisotopes may be responsible.' *British Medical Journal* 316 1672

Busby C,  and M. Scott Cato, (1997)`Death Rates from Leukemia are Higher than Expected in Areas around Nuclear Sites in Berkshire and Oxfordshire', *British Medical Journal*, 315 (1997): 309.

Busby, C. (1994), `Increase in Cancer in Wales Unexplained', *British Medical Journal*, 308: 268.

Busby C and Creighton JA (1982)' Factors influencing the enhancement of Raman spectral intensity from a roughened silver surface'. *J.Electroanal. Chem.* 133 183-193

Busby CC and Creighton JA (1982)' Efficient silver and gold electrodes for surface enhanced Raman spectral studies'  *J. Electroanal Chem* 140 379-390

Busby CC (1984) *J.Electroanal Chem* 162 251-262

Busby CC (1984) 'Voltage Induced intensity changes in surface Raman bands from silver electrodes and their variation with excitation frequency'. *Surface Science* 140 294-306

## **BOOKS**

Busby, C. C. (1992), Low level radiation from the nuclear industry: the biological consequences.  (Aberystwyth: Green Audit)

Busby C.C (1992) Peledriad isaf o'er diwydiant niwcliar: yr canleniadau biolegol. (Aberystwyth: Green Audit)

Busby, C. C. (1994), Radiation and Cancer in Wales (Aberystwyth: Green Audit).

Busby, C. C. (1995), *Wings of Death: Nuclear Pollution and Human Health*  (Aberystwyth: Green Audit)

Busby C.C (2003) ed with Bertell R, Yablokov A, Schmitz Feuerhake I and Scott Cato M. *ECRR2003: 2003 recommendations of the European Committee on Radiation Risk- The health effects of ionizing radiation at low dose--Regulator's edition.* (Brussels: ECRR-2003)

2004 Translations of the above into French Japanese Russian and Spanish (see www.euradcom.org for details)

Busby CC, with Bramhall R and Scott Cato MS (2000) *I don't know Much about Science: political decision making in scientific and technical areas*. Aberystwyth: Green Audit (this book influenced the structure and formation of the CERRIE committee and advocates an oppositional structure to science advisory committees in order to allow for cultural bias in science advice. It has now been carried forward by PINCHE in Europe.).

Busby CC, Bramhall R and Dorfman P (2004) *CERRIE Minority Report 2004: Minority Report of the UK Department of Health/ Department of Environment (DEFRA) Committee Examining Radiation Risk from Internal Emitters (CERRIE)* Aberystwyth: Sosiumi Press

Busby CC and others (2004) Report of the Committee Examining Radiation Risk from Internal Emitters (CERRIE) *Chilton, UK: National Radiological Protection Board*

Busby C and Yablokov AV (2006) ECRR 2006. Chernobyl 20 year On. The Health Effects of the Chernobyl Accident. Brussels: ECRR/ Aberystwyth: Green Audit

Busby Chris (2006) *Wolves of Water. A Study Constructed from Atomic Radiation, Morality, Epidemiology, Science, Bias, Philosophy and Death.* Aberystwyth: Green Audit

Busby Christo (2009) Our Mother who art in Everything. Poems 2004-8 Llandrinddod Wells, Wales: Sosiumi Press

Busby C and Yablokov AV (2009) ECRR 2006. Chernobyl 20 year On. The Health Effects of the Chernobyl Accident. 2nd Edition Brussels: ECRR/ Aberystwyth: Green Audit

Busby C, Yablolov AV, Schmitz Feuerhake I, Bertell R and Scott Cato M (2010) ECRR2010 The 2010 Recommendations of the European Committee on Radiation Risk. The Health Effects of Ionizing Radiation at Low Doses and Low Dose Rates. Brussels: ECRR; Aberystwyth Green Audit

Busby C (2010) The health effects of exposure to uranium and uranium weapons. Documents of the ECRR 2010 No 2. Brussels: ECRR   download free from www.euradcom.org

Busby C, Busby J, Rietuma D and de Messieres M—Eds (2011) Fukushima—what to expect. Proceedings of the 3rd International Conference of the European Committee on Radiation Risk May 5/6th 2009 Lesvos Greece Aberystwyth: Green Audit

Busby C with Makiko I (2012) Fukushima—the Horror (in Japanese) Published in Tokyo: Kodansha Publishing Corp..

Busby Christopher (2015) What is Life? The mechanism and origin of living systems. Coleraine: QTP Publications

Busby Christopher (2017) Anomalous health effects of Uranium exposure. ISBN 978-620-2-30250-0 Germany:Omniscriptum Publishing.


Also:

Busby C (2004) *Nuclear Cover-Ups* Video DVD  Aberystwyth: Green Audit Films

Busby Christo (2009) *Songs from a Cold Climate* (CD) Aberystwyth: Green Audit

See also www.myspace.com/christobusby

## **CHAPTERS IN BOOKS**

Busby, C. C. (1996), in Bramhall, R. (ed.), *The Health Effects of Low Level Radiation: Proceedings of a Symposium held at the House of Commons, 24 April 1996* (Aberystwyth: Green Audit).

Busby C.C and Scott Cato M (1999) 'A Planetary Impact index' in Molly Scott Cato and Miriam Kennett eds. *Green Economics- beyond supply and demand to meeting peoples needs.* Aberystwyth: Green Audit

Busby C (2004) Depleted Science: the health consequences and mechanisms of exposure to fallout from Depleted Uranium weapons. In *The Trojan Horses of Nuclear War* Kuepker M and Kraft D eds. Hamburg: GAAA

Busby Chris (2007) New nuclear risk models, real health effects and court cases. Pp 35-46 in- *Updating International Nuclear Law* Eds—Stockinger H, van Dyke JM *et al.* Vienna: Neuer Wissenschaftlicher Verlag

Busby C (2008) Depleted Uranium. Why all the fuss? *United Nations Disarmament Forum Journal UNIDIR, Nov 2008*

Busby C. (2011) Uranium Weapons, a Depleted Science. Pp 51-66 in *Iraq-Silent Death*. Ed--Christian Scherrer Pulau Pinang Malaysia: University Sains Malaysia ISBN 9789838615044

Busby C. (2011) Lost in Translation: Science Dishonesty and the Science Policy Interface. Pp 184-198 in *Iraq-Silent Death*. Ed--Christian Scherrer. Pulau Pinang Malaysia: University Sains Malaysia ISBN 9789838615044

Christopher Busby (2013). Aspects of DNA Damage from Internal Radionuclides, New Research Directions in DNA Repair, Prof. Clark Chen (Ed.), ISBN: 978-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-6, InTech, DOI: 10.5772/53942. Available from: http://www.intechopen.com/books/new-research-directions-in-dna-repair/aspects-of-dna-damage-from-internal-radionuclides

Busby Christopher (2014) The Dispossession of Reality by Physics. In Nadesan M, Boys A, McKillop T and Wilcox R. Eds : Fukushima—Dispossession or Denuclearisation. Dispossession Publishing Group. http://www.lulu.com/shop/nadesanboysmckillopwilcox-editors/fukushima-dispossession-or-denuclearization/paperback/product-21798972.html

# ARTICLES

Dr Busby has published many articles in The Ecologist, Counterpunch and other magazines and journals. He is a contributor to RT Op-edge.

**Radioactive Times**

Numerous articles and reports in *Radioactive Times: the Journal of the Low level Radiation Campaign*

# MEDIA

Busby was invited to join the Russia Today Opinion team in January 2013 when it began. Busby is a correspondent for the Russia Today TV and RT internet Channel and also routinely contributes to:
Sky TV
BBCTV
ITV
Al Jazeera Satellite Channel
Al Jazeera English
Alex Jones Radio Show

Stories on his research have appeared as major features in many major newspapers and magazines including The Guardian, Independent, Times, Sunday Times, Express, Mail, Mirror, New Scientist and many foreign newspapers and magazines including Le Monde. Busby has also regularly been attacked by George Monbiot in his Guardian column and on Monbiot's weblog.

**Russia Today OP-Edge Articles**
**A list can be found at:**

https://www.rt.com/op-edge/authors/christopher-busby/

# INTERNET VIDEO

Busby and colleagues in Green Audit produce and upload educational video presentations on the health effects of radiation and other issues though www.youtube.com and www.vimeo.com. Since 2009 Green Audit Films now based in Riga has created video presentations of research and education in the field of radiation and health. The presentations are from the uploads of  **drdrwoland** and **radioactivebsr**

# INTERNET issues

Busby operates and/or contributes to a number of websites including:

www.greenaudit.org (carries most of the scientific reports and papers which can be downloaded and refers to many of the video presentations).
www.bsrrw.org (deals with the contamination of the Baltic Sea)
www.llrc.org (Busby is Scientific advisor to the Low Level Radiation Campaign)
www.chrisbusbyexposed.org (which was set up to counter attacks on Busby's scientific credibility made in an anonymous website "junkscience watch—chrisbusbyexposed" and websites operated by the nuclear industry such as www.nuclearpoweryesplease.org and www.rationalwiki.org.
Busby's listing in Wikipedia is an on-going battleground
Information on the European Committee on Radiation Risk may be found at www.euradcom.org

# A selection of Green Audit published papers
These can be accessed at www.greenaudit.org and include:

Busby C and Scott Cato M (2001) *Increases in leukemia in infants in Wales and Scotland following Chernobyl: Evidence for errors in statutory risk estimates and dose response assumptions. Kiev WHO conference paper.* Occasional Paper 2001/7. Aberystwyth: Green Audit
Busby C C, Bramhall R and Dorfman P (2001) *Environmental risk methodology and Breast cancer mortality near Bradwell nuclear power station in Essex 1995-1999. Occasional Paper 2001/8* Aberystwyth: Green Audit

Busby C C, Kaleta R and Rowe H (2000), *The effects of Sellafield on cancer incidence in Ireland from 1994 to 1996. Analysis of national Cancer Registry small areas data.,* Report 2000/12 (Aberystwyth: Green Audit)

Busby C, (1994), 'Investigation of the Incidence of Cancer around Wylfa and Trawsfynydd Nuclear Installations, 1974-86- Welsh Office Report A-EMJ28. An appraisal for Wales Green Party', Aberystwyth: Green Audit

Busby C, Dorfman P, Rowe H (2000) *Cancer Mortality and Proximity to Hinkley Point Nuclear Power Station in Somerset: Part I Breast Cancer.* Occasional Paper 2000/2 Aberystwyth: Green Audit

Busby C, Dorfman P, Rowe H (2000) *Cancer Mortality and Proximity to Hinkley Point Nuclear Power Station in Somerset: Part II Prostate Cancer.* Occasional Paper 2000/3 Aberystwyth: Green Audit

Busby C, Dorfman P, Rowe H (2000) *Cancer Mortality and Proximity to Hinkley Point Nuclear Power Station in Somerset: Part III All malignancies, lung and stomach cancer. Summary* Occasional Paper 2000/4 Aberystwyth: Green Audit

Busby C, Rowe H (2000)  *Cancer Incidence in Carlingford and Greenore, County Louth: Results of the STAD/ Green Audit Questionnaire* Report 2000/06 Aberystwyth: Green Audit

Busby C and Rowe H (2002) Cancer in Burnham on Sea North. Results of the PCAH Questionnaire. Occasional Paper 2002/5. Aberystwyth: Green Audit.

Busby C.C (2000), Science on Trial: On the Biological Effects and Health Risks following exposure to aerosols produced by the use of Depleted Uranium weapons. Invited presentation to the Royal Society, London July 19th 2000 and also given at the International Conference against Depleted Uranium, Manchester 4th November 2000.Occasional Paper 2000/10

Busby C.C (2001) ' Depleted Uranium in Kosovo: Review of UNEP Report of 13th March 2001' Occasional Paper 2001/3 *Aberystwyth: Green Audit*

Busby C.C (2001) *Health Risks following exposure to aerosols produced by the use of Depleted Uranium Weapons. Presentation to Res Publica International Conference Prague 24th Nov 2001. Occasional Paper 2001/12* (Aberystwyth Green Audit)

Busby C.C (2002) 'Review of the Home Office statement on the health Consequences of exposure to Depleted Uranium in Kosovo' Report 2002/2 *Aberystwyth: Green Audit*

Busby C.C, (2000) *Radiation from Sellafield and Cancer near the Irish Sea. The Second Annual progress report from the Irish Sea Group in support of the litigation* Short and Others vs BNFL and Others  Aberystwyth: Green Audit

Busby C.C, Dorfman P, Rowe H and Kocjan B (2001), *Cancer mortality and proximity to Oldbury Nuclear Power Station in Gloucestershire 1995-1999. Including all malignancies, female breast, prostate and lung cancer mortality. With an analysis of childhood leukemia incidence in ages 0-4 between 1974 to 1990 in Welsh Areas of Residence.*  Occasional paper 2001/6 (Aberystwyth: Green Audit)

Busby C.C. (2002) 'Lymphoma Incidence in Italian Military personnel involved in Operations in Bosnia and Kosovo' Occasional Paper 2002/3 *Aberystwyth: Green Audit*

Busby CC (2000) *From Sellafield to Chernobyl and Beyond: Exposure to man-made ionizing radiation as the primary environmental cause of recent cancer*

*increases*. ASPIS ( European Commission DG XVI) Conference: Is cancer predominantly an environmental disease? Kos Island September 2000. Occasional Paper 07/00 Aberystwyth: Green Audit

Busby C C (2001) On internal irradiation and the health consequences of the Chernobyl accident; Presented at the 6th Conference of the British and Irish Charity Organisations 'Mitigating the consequences in Belarus of the Chernobyl Catastrophe', London April 6th 2001/ Occasional Paper 2001/5 Aberystwyth: Green Audit

Busby, C (1996) `Childhood Leukemia and Radiation new Newbury', Occasional Paper 96/5 (Aberystwyth: Green Audit).

Busby, C. C. (1996), 'Nuclear waste reprocessing at Sellafield and cancer near the Irish Sea: arguments for an independent collaborative study' *Occasional Paper* 96/1 (Aberystwyth: Green Audit).

Busby, C. C. (1996), 'Cancer and Leukemia in Children born in Wales and Scotland after Chernobyl: Preliminary Note', *Occasional Paper* 96/2 (Aberystwyth: Green Audit).

Busby, C. C. (1997),  'Breast cancer in England and Wales and Strontium-90 in atmospheric weapons fallout',  *Proceedings of the World Conference on Breast Cancer* (Kingston, Ont.).

Busby, C. C. (1998), 'Childhood leukemia and radioactive pollution from the Atomic Weapons facilities at Aldermaston and Burghfield in West Berkshire: causation and mechanisms', *Occasional Paper* 98/1 (Aberystwyth: Green Audit)

Busby, C. C. and Cato, M. S. (1998), 'Increases in leukemia in infants in Wales and Scotland following Chernobyl: evidence for errors in risk estimates', Occasional Paper 98/2 (Aberystwyth: Green Audit).

Busby, C. C., (1998), 'Averaging Errors in the perception of Health Risks from Internal radioisotopes with specific emphasis on mutagenic enhancement due to 2nd Event effects from sequentially decaying man-made  fission-product beta emitters', Proceedings of the European Parliament STOA workshop, February 1998. (Aberystwyth: Green Audit)

Busby, C. C., Cato, M. S., Kocjan, B., and Mannion, E. (1998),  'Proximity to the Irish Sea and leukemia incidence at ages 0-4 in Wales from 1974-89' *Occasional Paper* 98/4  (Aberystwyth: Green Audit). *This  resulted in a 30 minute BBC TV Wales  documentary)*

Busby C.C (2002) 'The health effects of Depleted Uranium weapons: Invited Written evidence to the US Congressional Subcommittee on National Security, Veterans' Affairs and International Relations Hearing.  London 18th June 2002; Occasional Paper 2002/3 Aberystwyth: Green Audit

Busby C.C (2002) 'Lymphoma Incidence in Italian Military Personnel Involved in Operations in Bosnia and in Kosovo' Occasional Paper 2002/2 Aberystwyth: Green Audit.

Busby C. Glyn E, Griffiths A, de Messieres M. Morgan S (2006) A Survey of Cancer in the Vicinity of Trawsfynydd Nuclear Power Station. 2006/3 Aberystwyth: Green Audit. *(This was the basis for a 40 minute TV documentary by ITV Wales)*

Busby C, de Messieres M and Morgan S (2006) Did Chemical Exposures of Servicemen at Porton Down Result in Subsequent Effects on their Health? The 2005 Porton Down Veterans Support Group Case Control Study. First Report. Paper 2006/2 Aberystwyth, Green Audit. *(Shortly after this study was reported*

*in the media the government apologised to the Porton Veterans and gave them £3M compensation)*

Busby Chris, de Messieres Mireille (2007) British Nuclear Test Veterans Association/ Green Audit Children's Health Study 2007 Report 2007/5 Aberystwyth: Green Audit. *(This was presented to the House of Commons Committee on Test Veterans and is the basis for an ongoing discussion with the MoD about further studies of the veterans children and grandchildren)*

Busby Chris, de Messieres Mireille, Morgan Saoirse (2007) Infant and Perinatal Mortality and Stillbirths near Hinkley Point Nuclear Power Station in Somerset,1993-2005. Occasional Paper 2007/6 Aberystwyth: Green Audit *(This was peer reviewed by Derek Pheby of the University of the West of England for the BBC and covered in a short TV documentary by BBC Points West)*

## BOOK REVIEWS

'Chernobyl: the definitive history', by RF Mould (Bristol: Institute of Physics): reviewed for 'The Ecologist' in 2001

'Animal Pharm' by Mark Purdey (Clairview Books) reviewed for Caduceus in 2008

## PERSONAL (see www.chrisbusbyexposed.org)

Dr Busby has 7 children and 14 grandchildren and lives between the ancient Baltic city of Riga, Latvia and his 65ton, 1903 Dutch Barge *Marius* in France.  He has now moved his base in the UK from Aberystwyth to Bideford, Devon in an ancient haunted house that was the birthplace of the Elizabethan hero and adventurer Sir Richard Grenville.

Busby's interests include music and writing and performing songs (he plays guitar, banjo, diatonic accordion, bandoneon, garmoshka, violin, viola, piano and nykleharpa: (see www.myspace.com/christobusby ), writing poetry, and sailing.