# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | CASE NO.: 1:17-MD-2804 |
| *ALL CASES* | JUDGE DAN AARON POLSTER |

## NOTICE OF BANKRUPTCY COURT SECOND AMENDED ORDER EXTENDING PRELIMINARY INJUNCTION AGAINST THE COMMENCEMENT OR CONTINUATION OF THESE PROCEEDINGS

On November 6, 2019, the United States Bankruptcy Court for the Southern District of New York issued a second amended order extending the preliminary injunction (the "Injunction") set forth in Exhibit B to the undersigned's Notice of Automatic Stay of Proceeding and of Bankruptcy Court Order Enjoining the Commencement or Continuation of Proceeding, filed on October 28, 2019, Doc. No. 2879.  *See* Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma L.P., et al.*, No. 19-23649 (RDD), Adv. Pro. No. 19-08289 (RDD), Doc. No. 105 (Bankr. S.D.N.Y. Nov. 6, 2019) (the "Second Amended Order").  A copy of the Second Amended Order is attached hereto as **Exhibit A**.

The Injunction has been extended through and including April 8, 2020.  *See* Ex. A at 5. Numerous plaintiffs currently in this multi-district proceeding have also agreed to abide by the terms of the Injunction through December 19, 2019.  *See id.* at 5 n.3.  Those plaintiffs are identified in the Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, filed in *In re Purdue Pharma L.P.*, No.

1

19-23649 (RDD), Doc. No. 409, Ex. A (Bankr. S.D.N.Y. Oct. 30, 2019), and in the Exhibits to the Complaint for Injunctive Relief, filed in *Purdue Pharma L.P. et al. v. Commonwealth of Massachusetts, et al.*, Adv. Pro. No. 19-08289 (RDD), Doc. No. 1, Exs. A-C (Bankr. S.D.N.Y. Sept. 18, 2019).

Accordingly, pursuant to the Second Amended Order, activities in these current proceedings against the Purdue Debtors (Rhodes Pharmaceuticals L.P. and Rhodes Technologies) and "Related Parties" (Rhodes Pharmaceuticals Inc. and Rhodes Technologies Inc.) are stayed and/or enjoined through April 8, 2020. *See id.* at 5. The injunction period may be extended by further order of the bankruptcy court, which retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Second Amended Order. *See id.* at 5, 7. Importantly, the Second Amended Order provides that "nothing in this Order shall affect or abrogate the automatic stay as to the [Purdue] Debtors under section 362 of the Bankruptcy Code." *Id.* at 7.

Notwithstanding the filing of this notice, the undersigned defendants expressly preserve all of their defenses.

November 11, 2019

Respectfully submitted,

*/s/ Steven F. Napolitano*
Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
**Skarzynski Marick & Black LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740
Email: snapolitano@skarzynski.com
*Counsel for Rhodes Pharmaceuticals L.P., Rhodes Technologies, Rhodes Pharmaceuticals Inc., and Rhodes Technologies Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 11, 2019, the foregoing was electronically filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

          */s/ Steven F. Napolitano*
          Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
          **Skarzynski Marick & Black LLP**
          One Battery Park Plaza, 32nd Floor
          New York, NY 10004
          Telephone: (212) 820-7700
          Fax: (212) 820-7740
          Email: snapolitano@skarzynski.com
          *Counsel for Rhodes Pharmaceuticals L.P., Rhodes Technologies, Rhodes Pharmaceuticals Inc., and Rhodes Technologies Inc.*