UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 (N.D. Ohio) | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**DECLARATION OF KELLY A. MOORE IN SUPPORT OF
PHARMACY DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Kelly A. Moore, declare as follows:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP and counsel to Defendant Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center.

2. I make this declaration to place before the Court certain materials relied on in Pharmacy Defendants' Opposition to Plaintiffs' Motion for Leave to Amend.

3. Attached as **Exhibit A** is a true and correct copy of the Drug Enforcement Administration's Order on Hearing Scope and Government Motions Regarding the Respondents' Experts in *In the Matter of Holiday CVS, L.L.C.*, Dkt. No. 12-37 and 12-38 (U.S. Dept. Of Justice, Drug Enf't Admin.) (April 13, 2012).

4. Attached as **Exhibit B** is a true and correct copy of excerpts of a Letter from Paul Hanley to Special Master (Aug. 17, 2018) submitted in the above-captioned case.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' (First) Combined Discovery Requests to Dispensers propounded in the above-captioned case.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2019.

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com