**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>CASE NO.: 1:17-MD-2804<br>Judge Dan Aaron Polster |

*THIS DOCUMENT RELATES TO ALL CASES*

## Notice of Appearance

Please enter the appearance of **Pamela J. Ferrell** of Bowles Rice LLP, 600 Quarrier Street, Charleston, West Virginia 25301; Telephone Number (304) 347-1100, as additional counsel of record for Defendant Kroger Limited Partnership I, Kroger Limited Partnership II and The Kroger Co. ("Kroger"), in the above-captioned action. It is requested that service of all further pleadings, notices, filings, papers, etc., be made upon the undersigned as counsel of record for Kroger.

Respectfully submitted,

*/s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Unaiza Riaz Tyree (WVSB No. 13253)
utyree@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Pamela J. Ferrell (WVSB No. 12506)
pferrell@bowlesrice.com
Bowles Rice LLP
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-1100
*Counsel for Defendant Kroger Limited Partnership 1, Kroger Limited Partnership II and The Kroger Co.*

11436974.1

## Certificate of Service

I, Ronda L. Harvey, hereby certify that on this 13th day of November, 2019, the foregoing **Notice of Appearance** was served via the Court's ECF system to all counsel of record.

    */s/ Ronda L. Harvey*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Unaiza Riaz Tyree (WVSB No. 13253)
utyree@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Pamela J. Ferrell (WVSB No. 12506)
pferrell@bowlesrice.com
Bowles Rice LLP
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-1100
*Counsel for Defendant Kroger Limited Partnership 1, Kroger Limited Partnership II and The Kroger Co.*

11436974.1