# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 17-OP-45004 (N.D. Ohio)<br><br>THE COUNTY OF CUYAHOGA, OHIO, and STATE OF OHIO EX REL., PROSECUTING ATTORNEY OF CUYAHOGA COUNTY, MICHAEL C. O'MALLEY,<br><br>                        Plaintiffs,<br><br>   vs.<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>                        Defendants. | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Plaintiffs The County of Cuyahoga, Ohio and State of Ohio Ex Rel., Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley (collectively, the "Plaintiffs"), hereby provide notice that Attorney Jerad Zibritosky has been substituted for Attorney Joseph Boatwright IV, as additional counsel for Plaintiffs as of the date hereof.  All future pleadings, correspondence, orders, or other documents should be served on the undersigned counsel.

                                                      Respectfully submitted,

                                                      Cuyahoga County Department of Law

                                                      /s/ *Jerad J. Zibritosky*
                                                      Jerad J. Zibritosky (0084900)
                                                      Cuyahoga County Department of Law

2079 East 9th Street, 7th Floor
Cleveland, OH 44115
(216) 698-2744 (Facsimile)
(216) 698-3043 (Telephone)
*jzibritosky@cuyahogacounty.us*

*Additional Counsel for County of
Cuyahoga, Ohio and State of Ohio
Ex Rel., Prosecuting Attorney of Cuyahoga
County, Michael C. O'Malley*

## CERTIFICATE OF SERVICE

This is to certify that on November 13, 2019, the foregoing was electronically filed in accordance with the Court's Electronic Filing guidelines. Notice of this filing will be sent to the parties by operation of the Court's Electronic Filing system.

                                              Cuyahoga County Department of Law

                                              /s/ *Jerad J. Zibritosky*

                                              *Additional Counsel for County of*
                                              *Cuyahoga, Ohio and State of Ohio*
                                              *Ex Rel., Prosecuting Attorney of Cuyahoga*
                                              *County, Michael C. O'Malley*