UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-op-45053-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**WITHDRAWAL OF CARDINAL HEALTH, INC.'S PENDING MOTION TO DISMISS**

Cardinal Health, Inc. hereby withdraws its pending motion to dismiss on res judicata grounds in the above-captioned case, Dkt. Nos. 579 and 580 (MDL 2804) and Dkt. Nos. 146 and 147 (17-op-45053-DAP).

1

Dated:  November 20, 2019 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Enu Mainigi*
　　　　　　　　　　　　　　　　　　　　Enu Mainigi
　　　　　　　　　　　　　　　　　　　　F. Lane Heard III
　　　　　　　　　　　　　　　　　　　　Jennifer G. Wicht
　　　　　　　　　　　　　　　　　　　　Steven M. Pyser
　　　　　　　　　　　　　　　　　　　　Ashley W. Hardin
　　　　　　　　　　　　　　　　　　　　**WILLIAMS & CONNOLLY LLP**
　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　Fax: (202) 434-5029
　　　　　　　　　　　　　　　　　　　　emainigi@wc.com
　　　　　　　　　　　　　　　　　　　　lheard@wc.com
　　　　　　　　　　　　　　　　　　　　jwicht@wc.com
　　　　　　　　　　　　　　　　　　　　spyser@wc.com
　　　　　　　　　　　　　　　　　　　　ahardin@wc.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

      I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Ashley W. Hardin*
Ashley W. Hardin
