UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −120)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,834 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 20, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

### SCHEDULE CTO−120 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 19−02689 | v. Amerisourcebergen Drug Corporation et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 19−24446 | SOUTH FLORIDA BEHAVIORAL HEALTH NETWORK v. Endo Health Solutions Inc. et al |
| **MASSACHUSETTS** | | | |
| MA | 4 | 19−40142 | Town of Clinton, MA v. Amerisourcebergen Drug Corporation et al |
| **MISSOURI EASTERN** | | | |
| ~~MOE~~ | ~~4~~ | ~~19−02953~~ | ~~Lincoln County v. Sackler et al~~  Opposed 11/19/19 |
| **NEW JERSEY** | | | |
| NJ | 1 | 19−19400 | ATLANTIC COUNTY, NEW JERSEY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **NEW MEXICO** | | | |
| NM | 2 | 19−01004 | City of Alamogordo v. AmerisourceBergen Drug Corporation et al |
| NM | 2 | 19−01006 | City of Hobbs, New Mexico v. AmerisourceBergen Drug Corporation et al |
| NM | 2 | 19−01007 | Board of County Commissioners of the County of Hidalgo, New Mexico v. AmerisourceBergen Drug Corporation et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 7 | 19−10154 | The Town of Wappingers Falls, New York v. AmerisourceBergen Drug Corporation et al |

OKLAHOMA EASTERN

| ~~OKE~~ | ~~6~~ | ~~19−00362~~ | ~~LeFlore County Board of County Commissioners v. Purdue Pharma LP et al~~ Opposed 11/19/19 |

OKLAHOMA WESTERN

| ~~OKW~~ | ~~5~~ | ~~19−00984~~ | ~~Board of County Commissioners of Logan County v. Purdue Pharma LP et al~~ Opposed 11/19/19 |
| ~~OKW~~ | ~~5~~ | ~~19−00987~~ | ~~Board of County Commissioners of Texas County v. Purdue Pharma LP et al~~ Opposed 11/19/19 |

WASHINGTON WESTERN

| WAW | 2 | 19−01741 | City of Seattle v. McKesson Corporation et al |