# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-op-45053-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## WITHDRAWAL OF PENDING MOTIONS TO DISMISS

On or about May 30, 2018, Cabell County Commission ("Cabell") filed a Second Amended Complaint ("SAC"). Pursuant to Case Management Order 1 ("CMO 1"), Defendants filed motions to dismiss the SAC on or about June 8, 2018. *See, e.g.*, Doc. No. 575.

On or about June 13, 20019, Cabell and the City of Huntington filed a Joint and Third Amended Complaint, adding a new plaintiff, new defendants and over 500 paragraphs of additional allegations. *See* Doc. No. 1682.

In a submission dated November 13, 2019, the Plaintiffs' Executive Committee ("PEC") requested that the Court "promptly decide[]" Defendants' motions to dismiss Cabell's SAC. *See* Doc. No. 2935, at 8. AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") were puzzled by the PEC's request, given that the filing of the TAC mooted their motion to dismiss Cabell's SAC.

In light of Plaintiffs' submission, and for the avoidance of doubt, Distributors hereby withdraw their motion to dismiss Cabell's SAC, Doc. No. 575. Distributors do so without prejudice to their right to answer or otherwise respond to the TAC upon entry of a Case Management Order establishing a schedule for the "Track 2" cases. *See, e.g.*, CMO 1 ¶ 2.j.

1

Dated:  November 20, 2019                Respectfully submitted,


*/s/ Geoffrey E. Hobart*                 */s/ Enu Mainigi*
Geoffrey E. Hobart                       Enu Mainigi
Mark H. Lynch                            F. Lane Heard III
Christian J. Pistilli                    Jennifer G. Wicht
**COVINGTON & BURLING LLP**              Steven M. Pyser
One CityCenter                           Ashley W. Hardin
850 Tenth Street NW                      **WILLIAMS & CONNOLLY LLP**
Washington, DC 20001                     725 Twelfth Street, NW
Tel: (202) 662-5281                      Washington, DC 20005
ghobart@cov.com                          Tel: (202) 434-5000
mlynch@cov.com                           Fax: (202) 434-5029
cpistilli@cov.com                        emainigi@wc.com
                                         lheard@wc.com
*Counsel for McKesson Corporation*       jwicht@wc.com
                                         spyser@wc.com
                                         ahardin@wc.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas                       *Counsel for Cardinal Health, Inc.*
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug
Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the

Court's ECF system to all counsel of record.

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart