# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL OPIATE LITIGATION** | **MDL No. 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Damon Suden of the firm of Kelley Drye & Warren LLP, hereby enters his appearance as counsel of record on behalf of Defendant, Morton Grove Pharmaceuticals, Inc., in the above-captioned action.

Dated: November 20, 2019

Respectfully submitted,

*/s/ Damon Suden*
Damon Suden
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
E-Mail: dsuden@kelleydrye.com

*Counsel for Morton Grove Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. There are no parties requiring service by other means.

*/s/ Damon Suden*
Damon Suden
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897
E-Mail: dsuden@kelleydrye.com

*Counsel for Morton Grove Pharmaceuticals, Inc.*