# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 1:18-op-45004<br><br>Track One-B | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## PHARMACY DEFENDANTS' MOTION
## FOR TRACK ONE-B CASE MANAGEMENT CONFERENCE[1]

On November 19, 2019, the Court entered a Track One-B Case Management Order. Prior to issuing the Order, the Court did not hold a case management conference. The Court therefore did not have the benefit of hearing specifics from the Pharmacy Defendants on the extent of discovery needed to defend against Plaintiffs' new claims, such as the dispensing data the Pharmacy Defendants need to collect from the Ohio Board of Pharmacy, the discovery they need from DEA, the number of third-party depositions they need to take, and the number of depositions they need to re-open. The Court did not have the benefit of hearing from the Pharmacy Defendants on other case management issues as well, ranging from motions to joinder of third parties.

Nor, to the Pharmacy Defendants' knowledge, did the Court have the benefit of hearing from Plaintiffs on the specifics of the discovery they purport to need, such as the number of defense

---

[1] Pharmacy Defendants refers to those defendants against whom Plaintiffs are pursuing claims in Track One-B: CVS, Discount Drug Mart, HBC/Giant Eagle, Rite Aid, and Walgreens (collectively, "Pharmacy Defendants").

witnesses for whom they seek email and custodial files, the breadth of their requested search terms, and the number of defense witnesses they seek to depose.[2]

The Pharmacy Defendants therefore request a case management conference for Track One-B. Especially for the new parties to the case, but for all parties as well given the introduction of new claims, a case management conference is required. *See* Local Civil Rules 16.1-16.3; *see also* Fed. R. Civ. P. 16(b)(1)(B).[3] Even if the Court were to deem it non-mandatory in the context of an amended complaint, a case management conference is necessary as a practical matter to ensure that the Court possesses material information regarding the scope of discovery and other case management matters.

Date: November 25, 2019                                  Respectfully submitted,

/s/   Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS Rx Services, Inc. and CVS Indiana, L.L.C.*

---

[2] Plaintiffs' submission to the Court stated only that "[o]nly limited additional factual discovery of these Defendants is necessary." Dkt. No. 2935 at 3. The submission did not provide any specifics.

[3] Under the Federal Rules, the Court may receive a Rule 26(f) report from the parties in lieu of holding a conference. *See* Fed. R. Civ. P. 16(b)(1)(A). That has not occurred here either.

/s/    Kaspar Stoffelmayr (consent)
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*


/s/ Timothy D. Johnson (consent)
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN,
    CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
Email: tjohnson@cavitch.com
Email: gobrien@cavitch.com

*Counsel for Discount Drug Mart, Inc.*


/s/ Robert M. Barnes (consent)
Robert M. Barnes
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: kobrin@marchus-shapira.com

*Counsel for HBC Service Company*

/s/ Kelly A. Moore (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: elisa.mcenroe@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/ s/   *Eric R. Delinsky*
Eric R. Delinsky