# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 17-OP-45004 (N.D. Ohio)<br><br>THE COUNTY OF CUYAHOGA, OHIO, and STATE OF OHIO EX REL., PROSECUTING ATTORNEY OF CUYAHOGA COUNTY, MICHAEL C. O'MALLEY,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>PURDUE PHARMA L.P., *et al.,*<br><br>                      Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>**Judge Dan Aaron Polster**<br><br>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |

      Plaintiffs The County of Cuyahoga, Ohio and State of Ohio Ex Rel., Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley (collectively, the "Plaintiffs") hereby give notice of the appearance of Alexandra R. Beeler as additional counsel for Plaintiffs. All future pleadings, correspondence, orders, or other documents should be served on the undersigned counsel.

                                                                              Respectfully submitted,

                                                                              /s/ *Alexandra R. Beeler*
                                                                              Alexandra R. Beeler (0083649)
                                                                              Cuyahoga County Department of Law
                                                                              2079 East 9th Street, 7th Floor
                                                                              Cleveland, OH 44115
                                                                              (216) 698-2744 (Facsimile)

(216) 443-5723 (Telephone)
*abeeler@cuyahogacounty.us*

*Additional Counsel for County of Cuyahoga, Ohio and State of Ohio Ex Rel., Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley*

## CERTIFICATE OF SERVICE

This is to certify that on November 26, 2019, the foregoing was electronically filed in accordance with the Court's Electronic Filing guidelines.  Notice of this filing will be sent to the parties by operation of the Court's Electronic Filing system.

Respectfully submitted,

/s/ *Alexandra R. Beeler*
Alexandra R. Beeler (0083649)
Cuyahoga County Department of Law

*Additional Counsel for the Plaintiffs*