UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,

OPIATE LITIGATION

MDL NO. 2804

THIS DOCUMENT RELATES TO:

Case No. 17-MD-2804

Judge Dan Aaron Polster

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), Counsel for NAS Plaintiffs in the above-captioned cases respectfully request **a one week** extension of time to file and disclose one of its expert reports pursuant to the Court's scheduling order dated **October 7, 2019.** (Doc. # 2738.)  Plaintiffs' expert Sunny Annand unexpectedly fell seriously ill from November 12 through 28 during a trip abroad.  Plaintiffs' expert had planned to work on the report during this time, but was unable to do so due to his illness.  Plaintiffs' expert has now recovered, and is in the process of drafting the report but needs a few additional days to finalize the report.

The remaining expert reports subject to the deadline will be disclosed today in compliance with the court's prior order.

A court may grant an extension of time for good cause shown, upon motion filed before the time has expired.  Fed. R. Civ. P. 6(b)(1)(a).  An extension of time is necessary in order for Plaintiffs' expert to finalize the report.  The sudden illness of Plaintiffs' expert was not anticipated at the time the expert report deadline was set, and Plaintiffs' expert needs only a brief extension to finalize the report.  Counsel for NAS Plaintiffs have consulted with Counsel for Defendants prior to the filing of this motion who consent to this extension.

In sum, NAS Plaintiffs respectfully request that for good cause shown, this Court grant NAS Plaintiffs an additional week to finalize their expert report until December 9, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Marc E. Dann* | */s/ Scott R. Bickford* |
| The Dann Law Firm Co., LPA | MARTZELL, BICKFORD & CENTOLA |
| Marc E. Dann (0039425) | Scott R. Bickford (La. 1165) |
| P.O. Box 6031040 | Spencer R. Doody (La. 27795) |
| Cleveland, OH 44103 | 338 Lafayette Street |
| Telephone: (216) 373-0539 | New Orleans, Louisiana 70130 |
| Facsimile: (216) 373-0536 | Telephone: 504-581-9065 |
| Email: notices@dannlaw.com | Email:  srb@mbfirm.com; srd@mbfirm.com |
| *Counsel for NAS Plaintiffs* | *Counsel for NAS Plaintiffs* |
| | |
| */s/ Celeste Brustowicz* | */s/ Kevin W. Thompson* |
| COOPER LAW FIRM, LLC | THOMPSON BARNEY LAW FIRM |
| Celeste Brustowicz *(Pro Hac Vice)* | Kevin W. Thompson *(Pro Hac Vice)* |
| Barry J. Cooper, Jr. *(Pro Hac Vice)* | David R. Barney, Jr. *(Pro Hac Vice)* |
| Stephen H. Wussow *(Pro Hac Vice)* | 2030 Kanawha Boulevard |
| Victor Cobb *(Pro Hac Vice)* | East Charleston, WV 25311 |
| 1525 Religious Street | Telephone: 304-343-4401 |
| New Orleans, LA 70130 | Facsimile: 304-343-4405 |
| Telephone: 504-399-0009 | Email: kwthompsonwv@gmail.com |
| Email: cbrustowicz@sch-llc.com | *Counsel for NAS Plaintiffs* |
| *Counsel for NAS Plaintiffs* | |

| | |
|---|---|
| */s/ Kent Harrison Robbins* | */s/ Donald Creadore* |
| THE LAW OFFICES OF | THE CREADORE LAW FIRM, P.C. |
| KENT HARRISON ROBBINS, P.A. | Donald Creadore (NY Reg. No. 2090702) |
| Kent Harrison Robbins *(Pro Hac Vice)* | 450 Seventh Avenue – 1408 |
| 242 Northeast 27th Street | New York, NY 10123 |
| Miami, Florida 33137 | Telephone: 212-355-7200 |
| Telephone: (305) 532-0500 | Facsimile: 212-583-0412 |
| Facsimile: (305) 531-0150 | Email: Donald@creadorelawfirm.com |
| Email: khr@khrlawoffices.com | *Counsel for NAS Plaintiffs* |
| *Counsel for NAS Plaintiffs* | |

**CERTIFICATE OF SERVICE**

Pursuant to Civ. R. 5(B)(2)(f), I hereby certify that on December 2, 2019 a true and correct copy of the foregoing was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing systems. Parties may access this filing through the Court's system.

/s/ *Marc E. Dann*
Marc E. Dann (0039425)
Dann Law