UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,

OPIATE LITIGATION

MDL NO. 2804

THIS DOCUMENT RELATES TO:

Case No. 17-MD-2804

Judge Dan Aaron Polster

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

## NOTICE OF PARTIAL COMPLIANCE

NOW COMES, Counsel for NAS Plaintiffs who notify this court that they have complied with the Court's scheduling order dated **October 7, 2019** (Doc. # 2738.) by providing the reports of Dr. CV Howard, Charles L. Werntz III D.O. and Dr. Christopher Busby, three of the four expert reports upon which they intend to rely in Plaintiff's motions for class certification. Defendants have consented to a one-week extension on the submission a fourth report by Dr. Kanwaljeet S. Anand which is the subject of the motion for extension (Doc. #2955).

Respectfully submitted,

| | |
|---|---|
| */s/ Marc E. Dann* <br> The Dann Law Firm Co., LPA <br> Marc E. Dann (0039425) <br> P.O. Box 6031040 <br> Cleveland, OH 44103 <br> Telephone: (216) 373-0539 <br> Facsimile: (216) 373-0536 <br> Email: notices@dannlaw.com <br> *Counsel for NAS Plaintiffs* | */s/ Scott R. Bickford* <br> MARTZELL, BICKFORD & CENTOLA <br> Scott R. Bickford (La. 1165) <br> Spencer R. Doody (La. 27795) <br> 338 Lafayette Street <br> New Orleans, Louisiana 70130 <br> Telephone: 504-581-9065 <br> Email: srb@mbfirm.com; srd@mbfirm.com <br> *Counsel for NAS Plaintiffs* |
| */s/ Celeste Brustowicz* <br> COOPER LAW FIRM, LLC <br> Celeste Brustowicz *(Pro Hac Vice)* <br> Barry J. Cooper, Jr. *(Pro Hac Vice)* <br> Stephen H. Wussow *(Pro Hac Vice)* <br> Victor Cobb *(Pro Hac Vice)* <br> 1525 Religious Street <br> New Orleans, LA 70130 <br> Telephone: 504-399-0009 <br> Email: cbrustowicz@sch-llc.com <br> *Counsel for NAS Plaintiffs* | */s/ Kevin W. Thompson* <br> THOMPSON BARNEY LAW FIRM <br> Kevin W. Thompson *(Pro Hac Vice)* <br> David R. Barney, Jr. *(Pro Hac Vice)* <br> 2030 Kanawha Boulevard <br> East Charleston, WV 25311 <br> Telephone: 304-343-4401 <br> Facsimile: 304-343-4405 <br> Email: kwthompsonwv@gmail.com <br> *Counsel for NAS Plaintiffs* |
| */s/ Kent Harrison Robbins* <br> THE LAW OFFICES OF <br> KENT HARRISON ROBBINS, P.A. <br> Kent Harrison Robbins *(Pro Hac Vice)* <br> 242 Northeast 27th Street <br> Miami, Florida 33137 <br> Telephone: (305) 532-0500 <br> Facsimile: (305) 531-0150 <br> Email: khr@khrlawoffices.com <br> *Counsel for NAS Plaintiffs* | */s/ Donald Creadore* <br> THE CREADORE LAW FIRM, P.C. <br> Donald Creadore (NY Reg. No. 2090702) <br> 450 Seventh Avenue – 1408 <br> New York, NY 10123 <br> Telephone: 212-355-7200 <br> Facsimile: 212-583-0412 <br> Email: Donald@creadorelawfirm.com <br> *Counsel for NAS Plaintiffs* |

## **CERTIFICATE OF SERVICE**

  Pursuant to Civ. R. 5(B)(2)(f), I hereby certify that on December 2, 2019 a true and correct copy of the foregoing was filed electronically. Notification of this filing will be sent to the parties by operation of the Court's electronic filing systems. Parties may access this filing through the Court's system.

                /s/ *Marc E. Dann*
                Marc E. Dann (0039425)
                Dann Law