UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    County of Hawaii v. Endo Health Solutions, Inc., et al.,    )
        D. Hawaii, C.A. No. 1:19-00581    )    MDL No. 2804

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Hawaii*) on November 1, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Hawaii* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-119" filed on November 1, 2019, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel