# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| ALL CASES | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

## REQUEST FOR PROCEEDINGS TO BE ON THE RECORD

On behalf of the Defendants listed below,[1] the undersigned counsel respectfully request that the Case Management Conference with the Court currently set for December 4, 2019 at 2:30 p.m. Eastern Time, be recorded by a court reporter. *See* 28 U.S.C. § 753(b)(3) ("Each session of the court … shall be recorded verbatim by shorthand, mechanical means, electronic sound recording, or any other method"; "Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.").

---

[1] CVS Pharmacy, Inc., CVS Rx Services, Inc., Ohio CVS Stores, L.L.C., CVS Indiana, L.L.C., Discount Drug Mart Inc., Giant Eagle, Inc., HBC Service Company, Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support, Walmart Inc., Walgreen Co., and Walgreen Eastern Co.

Dated:  December 3, 2019

/s/   Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Telephone: (202) 778-1800
Facsimile : (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

/s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6612
Facsimile: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

*Counsel for Rite Aid of Ohio, Inc. and Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center*

Respectfully Submitted,

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL  60601
Telephone: (312) 269-4335
Facsimile: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ Timothy D. Johnson
Timothy D. Johnson
CAVITCH, FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio  44114
Telephone: (216) 621-7860
Facsimile: (216) 621-3415
E-mail: tjohnson@cavitch.com

*Counsel for Discount Drug Mart, Inc.*

/s/ Robert M. Barnes
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Counsel for Giant Eagle Inc. and HBC Service Company*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine M. Swift, hereby certify that the foregoing document was served on

December 3, 2019 via the Court's ECF system to all counsel of record.

<u>*/s/ Katherine M. Swift*</u>
Katherine M. Swift

*Counsel for Walgreen Co. and*
*Walgreen Eastern Co.*