# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,

OPIATE LITIGATION

MDL NO. 2804

THIS DOCUMENT RELATES TO:

Case No. 17-MD-2804

Judge Dan Aaron Polster

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

## NOTICE OF COMPLIANCE

NOW COME, Attorneys for NAS Plaintiffs who notify this court that they have complied with the Court's scheduling order dated **October 7, 2019** (Doc. # 2738). Attorneys for NAS Plaintiffs previously provided the reports of Dr. Howard, Charles L. Werntz III D.O. and Dr. Christopher Busby, three of the four expert reports upon which they intend to rely in Plaintiff's motions for class certification. Defendants have consented to a one-week extension on the submission of a fourth report by Dr. Kanwaljeet S. Anand which was the subject of the motion for extension (Doc. #2955). Attorneys for NAS Plaintiffs provided Dr. Kanwaljeet S. Anand's report to Attorneys for Defendants on December 9, 2019.

Respectfully submitted,

/s/ Marc E. Dann
The Dann Law Firm Co., LPA
Marc E. Dann (0039425)
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com
*Counsel for NAS Plaintiffs*

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz *(Pro Hac Vice)*
Barry J. Cooper, Jr. *(Pro Hac Vice)*
Stephen H. Wussow *(Pro Hac Vice)*
Victor Cobb *(Pro Hac Vice)*
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com
*Counsel for NAS Plaintiffs*

/s/ Kent Harrison Robbins
THE LAW OFFICES OF
KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins *(Pro Hac Vice)*
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
*Counsel for NAS Plaintiffs*

/s/ Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com; srd@mbfirm.com
*Counsel for NAS Plaintiffs*

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson *(Pro Hac Vice)*
David R. Barney, Jr. *(Pro Hac Vice)*
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com
*Counsel for NAS Plaintiffs*

/s/ Donald Creadore
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com
*Counsel for NAS Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on December 9, 2019 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

                                                                     /s/ *Marc E. Dann*
                                                                     Marc E. Dann (OH #0039425)

                                                                     *Counsel for NAS Opioid Plaintiffs*