# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| **THIS DOCUMENT RELATES TO:** | Case No. 1:17-md-2804 |
| *County of Duval v. Purdue Pharma L.P., et al.,* Case No: 1:19-op-45861 | Judge Dan Aaron Polster |
|  | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

Plaintiff County of Duval hereby give notice of the appearance of Kathryn Snapka as counsel for the Plaintiff.  All future pleadings, correspondence, orders, or other documents should be served on the undersigned counsel.

Date: December 9, 2019

Respectfully submitted,

**THE SNAPKA LAW FIRM**

/s/    Kathryn Snapka
**Kathryn Snapka**
State Bar No. 18781200
Federal ID No. 1617
ksnapka@snapkalaw.com
**Jack E. Urquhart**
State Bar No. 20415600
Federal ID No. 2082
jurquhart@snapkalaw.com
606 N. Carancahua, Suite 1511

P.O. Box 23017
Corpus Christi, Texas 78403
Telephone: (361) 888-7676
Facsimile: (361) 884-8545

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on December 9, 2019, the foregoing was electronically filed in accordance with the Court's Electronic Filing guidelines.  Notice of this filing will be sent to the parties by operation of the Court's Electronic Filing System.

/s/    Kathryn Snapka
**KATHRYN SNAPKA**