# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| **THIS DOCUMENT RELATES TO:** | Case No. 1:17-md-2804 |
| *County of Duval v. Purdue Pharma L.P., et al.,*<br>Case No: 1:19-op-45861 | Judge Dan Aaron Polster |
| | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

Plaintiff County of Duval hereby give notice of the appearance of Jack Urquhart as additional counsel for the Plaintiff. All future pleadings, correspondence, orders, or other documents should be served on the undersigned counsel.

Date: December 9, 2019

                                        Respectfully submitted,

                                        **THE SNAPKA LAW FIRM**

                                        /s/   Kathryn Snapka
                                        **Kathryn Snapka**
                                        State Bar No. 18781200
                                        Federal ID No. 1617
                                        ksnapka@snapkalaw.com
                                        **Jack E. Urquhart**
                                        State Bar No. 20415600
                                        Federal ID No. 2082
                                        jurquhart@snapkalaw.com
                                        606 N. Carancahua, Suite 1511

P.O. Box 23017  
Corpus Christi, Texas 78403  
Telephone: (361) 888-7676  
Facsimile: (361) 884-8545  

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that on December 9, 2019, the foregoing was electronically filed in accordance with the Court's Electronic Filing guidelines.  Notice of this filing will be sent to the parties by operation of the Court's Electronic Filing System.

/s/   Kathryn Snapka  
**KATHRYN SNAPKA**