Motion granted. The motion to dismiss filed on 7/23/18 (ECF #772) is hereby rendered moot. /s/Dan Aaron Polster 12/10/19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION  )<br>)<br>)<br>)<br>This Document Relates To:  )<br>)<br>*Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P., et al.*, No. 1:18-op-45432 (N.D. Ohio)  )<br>)<br>)<br>)<br>)<br>) | MDL No. 2804<br><br>No. 1:17-md-2804<br><br>Judge Dan A. Polster |

UNOPPOSED MOTION TO DISMISS WALGREENS BOOTS ALLIANCE, INC., AND ADD WALGREEN CO. AND WALGREEN EASTERN CO. AS DEFENDANTS

4838-1665-8094.v1