Motion granted. The motion to dismiss filed on 7/23/18 (ECF #771) is hereby rendered moot.
/s/Dan Aaron Polster 12/10/19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P., et al.*, No. 1:18-op-45432 (N.D. Ohio) | MDL No. 2804<br><br>No. 1:17-md-2804<br><br>Judge Dan A. Polster |

UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD CVS INDIANA, L.L.C., CVS RX SERVICES, INC., CVS TN DISTRIBUTION, LLC AND CVS PHARMACY INC. AS DEFENDANTS

4837-2608-7342.v1