# Exhibit F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE ) | |
| INSPECTION OF: ) | |
| ) | |
| H.D. SMITH WHOLESALE DRUG ) | MAGISTRATE |
| 6001 Global Distribution Way ) | Case No. |
| Suite 102 ) | |
| Louisville, Kentucky 40228 ) | |

## AFFIDVAIT FOR AN ADMINISTRATIVE INSPECTION WARRANT UNDER THE AUTORITY OF TITLE 21, UNITED STATES CODE, SECTION 880

Scott W. Kurtz, a duly authorized Diversion Investigator of the Drug Enforcement Administration, Department of Justice, assigned to the DEA Detroit Division Office, hereby applies for an inspection warrant pursuant to Section 510 of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (P.L. 91-513), 21 U.S.C. Section 880 and having been duly sworn, hereby submits this affidavit in support of the warrant for the inspection of the controlled premises as follows:

1.      The H. D. Smith Wholesale Drug Company ("HD Smith"), 6001 Global Distribution Way, Suite 102, Louisville, Kentucky 40228, is registered under the provisions of the Controlled Substances Act, Title 21, United States Code Section 822 et seq., as a distributor under DEA registration RH0347282 which expires on October 31, 2011. HD Smith's corporate office is located at 3063 Fiat Avenue, Springfield, IL 62703. HD Smith's Louisville, Kentucky location referenced above is a "controlled premises" within the meaning of Title 21, U.S.C. § 880(a) and Title 21, Code of Federal Regulations, Section 1316.02(c). Pursuant to its registration, HD Smith is authorized to handle controlled substances in Schedules II, IIN, III, IIIN, IV and V. HD Smith is required to keep complete and accurate records of all controlled substances received, sold, delivered or otherwise disposed of pursuant to Title 21, United States Code, Section 827, and Title 21, Code of Federal Regulations 1304.01 et seq., on the controlled premises.

2.      HD Smith was last inspected by DEA Investigators from DEA Louisville on March 24, 2010. During this inspection it was revealed that HD Smith sells large amounts of controlled

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

substances to retail pharmacies in many states including large amounts in both Ohio and Kentucky.  The investigators conducting the audit reviewed due diligence files on various pharmacies receiving excessive purchase of controlled substances and concluded that HD Smith's Security Section documented these excessive purchases but took no action to stop the sales.

3.      HD Smith is required by 21 C.F.R. § 1310.74(b) to design and operate a system to disclose suspicious orders and to inform DEA of suspicious orders when discovered by HD Smith.

4.      HD Smith is required by 21 C.F.R. § 1310.74(a) that before distributing a controlled substance to any person who the registrant does not know to be registered to possess the controlled substance, the registrant shall make a good faith inquiry either with the Administration or with the appropriate State controlled substances registration agency, if any, to determine that the person is registered to possess the controlled substance.

5.      The United States Code, Title 21, Chapter 13, § 827 created the requirement for manufacturers and distributors to report their controlled substances transactions to the Attorney General.  The Attorney General delegates this authority to the Drug Enforcement Administration (DEA).  Automation of Reports and Consolidated Orders System (ARCOS) is an automated comprehensive drug reporting system which monitors the flow of DEA controlled substances from their point of manufacture through commercial channels to the point of sale or distribution at the dispensing/retail level.  Included in the list of controlled substance transactions tracked by ARCOS are the following: All Schedules I and II materials (manufactures and distributors); Schedule III narcotic and gamma-hydroxybutyric acid (GHB) materials (manufactures and distributors); and selected Schedule III and IV pyschotrophic drugs (manufacturers only).  ARCOS accumulates these transactions which are then summarized into reports which give investigators in Federal and state government agencies information which can then be used to identify the diversion of controlled substances into illicit channels of distribution.

6. On February 12, 2009, Southgate Pharmacy was issued DEA registration FS1253765 as a retail pharmacy located at 2920 South High Street, Columbus, OH 43207. Beginning in March 2010, the DEA Columbus District Office investigated Southgate Pharmacy due to the purchasing and dispensing of excessive quantities of hydrocodone and oxycodone products.  During the period of March 2009 through June 2010 Southgate Pharmacy purchased approximately 2,378,100 hydrocodone (Schedule II) products and 1,817,760 oxycodone (Schedule III) products.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

7.  Your Affiant reviewed an ARCOS compilation referencing the distribution of oxycodone by H.D. Smith over the time period of April 2009 through June 2010.  This chart shows seven of the top purchasing pharmacies and shows Southgate Pharmacy exceeded all other customers' combined totals for oxycodone products.  The time frames and the respective oxycodone dosage amounts for these customers are detailed below:

| Month/Year | Southgate Pharmacy Columbus, Ohio | Westside Pharmacy Oceana, WV | Oakland Park Pharmacy Columbus, Ohio | Drug Store Pharmacy Columbus, Ohio | Apple Discount Drug Clinton, TN | Marwood Low Cost Pharmacy Indianapolis, IN | Rhonda's Pharmacy Beckley, WV |
|---|---|---|---|---|---|---|---|
| 09-Apr | 35,100 | 45,800 | 25,500 | 59,800 | 11,000 | 12,000 | 28,400 |
| 09-May | 51,960 | 34,500 | 23,800 | 50,400 | 14,200 | 2,400 | 32,300 |
| 09-Jun | 61,300 | 37,200 | 24,700 | 32,000 | 18,600 | 5,500 | 30,800 |
| 09-Jul | 68,600 | 24,200 | 23,000 | 49,700 | 19,300 | 8,800 | 36,700 |
| 09-Aug | 67,700 | 23,900 | 24,200 | 39,500 | 21,500 | 10,200 | 27,400 |
| 09-Sep | 78,300 | 38,100 | 29,800 | 26,300 | 21,500 | 12,000 | 22,500 |
| 09-Oct | 97,400 | 41,500 | 28,900 | 28,600 | 21,500 | 15,800 | 14,600 |
| 09-Nov | 124,200 | 31,600 | 32,300 | 10,600 | 17,100 | 14,900 | 20,500 |
| 09-Dec | 142,400 | 29,200 | 31,500 | 24,000 | 24,000 | 22,400 | 21,000 |
| 2009 Total | 726,960 | 306,000 | 243,700 | 320,900 | 168,700 | 104,000 | 234,200 |
| 10-Jan | 189,800 | 47,500 | 34,300 | 18,600 | 23,600 | 25,100 | 17,400 |
| 10-Feb | 202,500 | 39,700 | 31,000 | 23,700 | 23,700 | 21,800 | 19,800 |
| 10-Mar | 237,800 | 55,000 | 36,200 | 27,800 | 24,500 | 29,900 | 23,000 |
| 10-Apr | 229,300 | 49,500 | 34,400 | 19,600 | 28,000 | 28,000 | 23,300 |
| 10-May | 205,100 | 48,700 | 37,700 | 22,000 | 24,500 | 30,200 | 22,300 |
| 10-Jun | 26,300 | 54,400 | 37,600 | 18,600 | 22,700 | 29,300 | 23,000 |
| 2010 Total | 1,090,800 | 294,800 | 211,200 | 130,300 | 147,000 | 164,300 | 128,800 |

8.  Your Affiant reviewed an ARCOS compilation referencing the distribution of hydrocodone products by H.D. Smith over the time period of March 2009 through June 2010.  This chart shows seven of the top purchasing pharmacies and reveals Southgate Pharmacy purchases exceeded all other customers' combined totals for hydrocodone products.  The time frames and the respective hydrocodone dosage amount totals for these customers are detailed below:

| Month/Year | Southgate Pharmacy Columbus, Ohio | PCA Corrections Louisville, KY | Smith County Drug Inc Carthage, TN | Cooper Drugs Inc. Charleston, IN | Cos's Variety and Pharmacy Louisville, KY | Hurley Drug Co. Williamston, WV | Hinkle Hometown Drug Store Barbourville, KY |
|---|---|---|---|---|---|---|---|
| 9-Mar | 33,300 | 73,700 | 51,700 | 70,200 | 60,600 | 74,100 | 28,900 |
| 9-Apr | 30,600 | 83,800 | 59,700 | 67,700 | 65,800 | 66,600 | 31,900 |
| 9-May | 140,800 | 93,000 | 56,500 | 66,000 | 62,400 | 67,500 | 30,500 |
| 9-Jun | 140,300 | 83,000 | 64,100 | 69,400 | 64,000 | 69,600 | 34,300 |
| 9-Jul | 118,100 | 99,900 | 68,600 | 61,700 | 64,500 | 73,500 | 34,600 |
| 9-Aug | 136,200 | 97,900 | 58,500 | 60,000 | 62,500 | 71,900 | 32,100 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00198767

HDS_MDL_00198765

| | | | | | | |
|---|---|---|---|---|---|---|
| 9-Sep | 154,500 | 104,400 | 63,300 | 70,500 | 77,700 | 62,600 | 35,000 |
| 9-Oct | 171,100 | 99,500 | 57,800 | 65,500 | 66,200 | 74,600 | 32,600 |
| 9-Nov | 168,800 | 101,200 | 70,800 | 65,100 | 49,500 | 70,500 | 35,300 |
| 9-Dec | 176,100 | 96,000 | 60,400 | 65,200 | 55,900 | 63,500 | 34,700 |
| 2009 Total | 1,269,800 | 932,400 | 611,400 | 661,300 | 629,100 | 694,600 | 329,800 |
| 10-Jan | 248,500 | 101,700 | 68,300 | 62,000 | 54,100 | 58,100 | 35,800 |
| 10-Feb | 184,100 | 106,400 | 61,500 | 61,900 | 53,800 | 56,000 | 31,800 |
| 10-Mar | 231,900 | 122,700 | 64,500 | 74,700 | 55,000 | 20,900 | 36,700 |
| 10-Apr | 221,700 | 78,100 | 69,600 | 69,600 | 63,440 | 26,800 | 36,700 |
| 10-May | 182,300 | 111,900 | 61,500 | 72,520 | 55,600 | 32,400 | 32,700 |
| 10-Jun | 39,800 | 97,000 | 66,000 | 60,200 | 62,400 | 45,600 | 36,300 |
| 2010 Total | 1,108,300 | 617,800 | 391,400 | 400,920 | 344,340 | 239,800 | 210,000 |

9. Your affiant knows that Southgate Pharmacy voluntary terminated their business operation on July 23, 2010 by notifying DEA Columbus, OH of its intent. Prior, to that voluntary termination, DEA Columbus had executed an Administrative Inspection Warrant (AIW) on June 15, 2010 at Southgate Pharmacy for the purposes of prescriptions and records review because of intelligence indicators that the pharmacy was dispensing controlled substance for non-legitimate medical purposes. Subsequent to the AIW, HD Smith had terminated sales to Southgate Pharmacy on June 11, 2010.

10. Your affiant is aware from a review of ARCOS that Westside Pharmacy, RT. 10 Cook Parkway/Logan St., PO Box 69, Oceana, West Virginia 24870, DEA #BW9777559 purchased quantities of Oxycodone and Hydrocodone products from HD Smith which ranked them as one of HD Smith's largest purchasers of these controlled substances.

11. DEA records from the review of ARCOS data (see previous Charts) show the following amounts of Hydrocodone products were distributed by HD Smith to Westside Pharmacy:

2008:  198,900 total dosage units

2009:  229,800 total dosage units

2010 (January through August):  211,200 total dosage units

Grand Total:  639,900 total dosage units

The ARCOS data also revealed that HD Smith distributed the following amounts of Oxycodone products to Westside Pharmacy:

2008:  197,600 total dosage units

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

2009:  369,200 total dosage units

2010 (January through August):  407,700 total dosage units

Grand Total:  974,500 total dosage units

11.  Your affiant is also aware that a Diversion Investigator from the DEA Charleston, West Virginia office obtained information from the State of West Virginia's Prescription Monitoring Program which showed that Westside Pharmacy dispensed numerous quantities of controlled substance prescriptions by multiple physicians based in the State of Florida.



In addition, Westside Pharmacy dispenses controlled substance prescriptions written by other physicians practicing in Ohio, Virginia, Kentucky and Alabama.

12.  Based on the information contained herein, as well Affiant's training and experience, there is probable cause to believe that HD Smith has not established effective controls to prevent the diversion of controlled substances as required in 21 CSA, Section 823.

13.  An inspection pursuant to the requested warrant would be undertaken as part of the authorized inspection program designed to assure compliance with the Comprehensive Drug Abuse Prevention and Control Act of 1970 (P.L. 91-513).

14.  The inspection will be conducted during regular business hours.  The Investigators' credentials will be presented to the registrant as prescribed in Section 510 of the Act.  The

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

inspection will begin as soon as practicable after the issuance of this warrant and will be completed with reasonable promptness.

15. This inspection will extend to the Controlled Premises and all pertinent equipment, records, finished and unfinished materials, containers and labeling therein, including, but not limited to, computerized records, which refer to or relate to the dispensation, administration, or distribution of controlled substances. The inspection will also extend to all records, files, papers, reports, processes, and other documentation that have a bearing on HD Smith's responsibilities under the provisions of the Act and regulations promulgated there under, including, but not limited to, shipping data of controlled substances. A reasonable and good faith effort will be made not to unduly disrupt the everyday operation of the business. To assure HD Smith has continued access to the computer records detailing the dispensation, administration, or distribution of controlled substances the government will attempt to create a forensic image of the individual computers and or servers at the locations to be searched. Further, your Affiant has been advised by a DEA Forensic Computer Examiner that the search of imaged computer records is done by utilizing keywords or phrases to limit access to records that have a bearing on HD Smith's responsibilities under the provisions of the Act.

16. Samples and records required under the Controlled Substances Act, including computerized records, will be collected when necessary and a receipt will be given for any items collected pursuant to the warrant.

17. The undersigned Diversion Investigator may be accompanied by one or more Diversion Investigators and Special Agents duly authorized by the Drug Enforcement Administration, Department of Justice.

18. A return will be made to the Court promptly, accompanied by a written inventory of all records and property taken pursuant to the warrant.

19. The authority for the issuance of the inspection warrant is Section 510 of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (P.L. 91-513).

WHEREFORE, your affiant respectfully requests that an inspection warrant be issued.


_____
Scott W. Kurtz
DEA Diversion Investigator

Sworn    to    before    me,    and    subscribed    in    my    presence    this    _____    day    of

_____.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00198770

HDS_MDL_00198765