# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>SPECIAL MASTER COHEN<br><br><br>ORDER REMOVING PARTIAL <u>SEALING OF TRANSCRIPT</u> |
| THIS DOCUMENT RELATES TO: "*All Cases*" | | |

On January 9, 2019, the undersigned presided over a discovery conference on the record. *See* docket no. 1314 (transcript of proceedings). At that time, counsel referred to the contents of a deposition that had been marked confidential. To maintain this confidentiality, counsel's remarks were placed under seal, and the transcript was redacted accordingly. *See id.* at 7, lines 21-24 (redacted transcript).

Since then, the parties have agreed that the contents of the deposition are not confidential, and therefore these redactions of the transcript can be removed. Accordingly, the Court Reporter is **ORDERED** to file a version of the transcript with the above-cited redactions removed.

The same transcript also contains redactions at pages 147-57. Those redactions should remain in place.

**IT IS SO ORDERED.**

/s/ *David R. Cohen*
**DAVID R. COHEN**
**SPECIAL MASTER**

**Dated:** December 12, 2019