UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| WALTER AND VIRGINIA SALMONS, INDIVIDUALLY AND AS NEXT FRIEND AND GUARDIAN OF BABY W.S.; | |
| ANTHONY ANDERSON, INDIVIDUALLY AND AS NEXT FRIEND AND GUARDIAN OF BABY A.L.A., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; | MDL No. 2804<br><br>Judge Dan Aaron Polster<br><br>CASE No. 1:18-op-45268-DAP |
| AND HADEN TRAVIS BLANKENSHIP, INDIVIDUALLY AND AS NEXT FRIEND AND GUARDIAN OF BABY Z.D.B., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | |

PLAINTIFFS,

v.

MCKESSON CORPORATION;

CARDINAL HEALTH, INC.;

AMERISOURCEBERGEN CORPORATION; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC. MYLAN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN

PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., DEPOMED, INC.; MALLINCKRODT LLC; MALLINCKRODT PLC;

SPECGX LLC; PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; NORAMCO, INC.; INDIVIOR, INC.; CVS HEALTH CORPORATION; RITE AID OF MARYLAND, INC.; RITE AID CORP.; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN EASTERN CO.; WALGREEN CO.; WAL-MART INC. f/k/a WALMART STORES, INC.; MIAMI-LUKEN, INC.; COSTCO WHOLESALE CORPORATION; H.D. SMITH, LLC; H.D. SMITH HOLDINGS, LLC; H.D. SMITH HOLDING COMPANY; ANDA, INC.

DEFENDANTS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Leave to File Fourth Amended Complaint was filed electronically on December 13, 2019 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

/s/ *Marc E. Dann*
Marc E. Dann (OH #0039425)

*Counsel for NAS Opioid Plaintiffs*