Motion granted.  /s/Dan Aaron Polster 12/16/19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: *Track Two Cases*<br><br>*Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:17-op-45053<br><br>*City of Huntington, W.Va. v. Amerisource Bergen Drug Corp., et al.*<br>Case No. 17-OP-45054 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFFS CABELL COUNTY COMMISSION and
CITY OF HUNTINGTON'S MOTION TO SEVER**

COME NOW Plaintiffs, CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, by counsel, and comply with the *Order Regarding Track Two Cases* (Doc #: 2950) by requesting the Court sever all but the following defendants[1] from this civil action:

1. AmerisourceBergen Drug Corporation;

2. Cardinal Health, Inc.; and

3. McKesson Corporation.

Following severance, Plaintiffs intend to voluntarily dismiss all causes of action against the aforementioned defendants ("the Big 3") other than common law public nuisance (Count I)

---

[1] Plaintiffs preserve their claims and causes of action against the severed defendants and seek to proceed against the same in a parallel track to CT1b.