UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

WALTER AND VIRGINIA SALMONS,
INDIVIDUALLY AND AS NEXT FRIEND
AND GUARDIAN OF BABY W.S.;

ANTHONY ANDERSON,
INDIVIDUALLY AND AS NEXT FRIEND
AND GUARDIAN OF BABY A.L.A., ON
BEHALF OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED;

AND HADEN TRAVIS BLANKENSHIP,
INDIVIDUALLY AND AS NEXT FRIEND
AND GUARDIAN OF BABY Z.D.B., ON
BEHALF OF THEMSELVES AND ALL
OTHERS SIMILARLY SITUATED,

   PLAINTIFFS,

    v.

MCKESSON CORPORATION;
CARDINAL HEALTH, INC.;
AMERISOURCEBERGEN
CORPORATION;  TEVA
PHARMACEUTICAL INDUSTRIES,
LTD.; TEVA PHARMACEUTICALS USA,
INC.; CEPHALON, INC. MYLAN
PHARMACEUTICALS, INC.; JOHNSON
& JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC. n/k/a
JANSSEN PHARMACEUTICALS, INC.;
JANSSEN PHARMACEUTICA INC. n/k/a
JANSSEN PHARMACEUTICALS, INC.;
ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
ALLERGAN PLC f/k/a ACTAVIS PLC;
WATSON PHARMACEUTICALS, INC.
n/k/a ACTAVIS, INC.; WATSON
LABORATORIES, INC.; ACTAVIS LLC;

MDL No. 2804
Judge Dan Aaron Polster
CASE No. 1:18-op-45268-DAP

and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., DEPOMED, INC.; MALLINCKRODT LLC; MALLINCKRODT PLC; SPECGX LLC; PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; NORAMCO, INC.; INDIVIOR, INC.; CVS HEALTH CORPORATION; RITE AID OF MARYLAND, INC.; RITE AID CORP.; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN EASTERN CO.; WALGREEN CO.; WAL-MART INC. f/k/a WALMART STORES, INC.; MIAMI-LUKEN, INC.; COSTCO WHOLESALE CORPORATION; H.D. SMITH, LLC; H.D. SMITH HOLDINGS, LLC; H.D. SMITH HOLDING COMPANY; ANDA, INC.

DEFENDANTS.

**NOTICE OF FILING OF CORRECTED EXHIBIT A IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), counsel for NAS Plaintiffs in the above-captioned case filed a motion for leave to file an amended class action complaint on December 13, 2019. A copy of the proposed amended pleading is attached as Exhibit A. However, the copy of the exhibit that was attached to the motion contained errors that are corrected in the attached corrected Exhibit A.

**DATED**: December 16, 2019.

        Respectfully submitted,

        */s/ Marc E. Dann*
        Marc E. Dann (0039425)
        Emily C. White (0085662)
        Whitney E. Kaster (0091540)
        DannLaw
        2728 Euclid Avenue, Suite 300

Cleveland, OH 44115
(216) 373-0539
notices@dannlaw.com


Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720
tbilek@bileklaw.com
kbilek@bileklaw.com

Kevin W. Thompson
David R. Barney, Jr.
THOMPSON BARNEY LAW FIRM
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompson@gmail.com

Celeste Brustowicz
Stephen Wussow
COOPER LAW FIRM
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Facsimile: 504-309-6989
Email: cbrustowicz@sch-llc.com

Donald E. Creadore
CREADORE LAW FIRM
450 Seventh Avenue, Suite 1408
New York, NY 10123
Telephone: 212-355-7200
Email: donald@creadorelawfirm.com

Scott R. Bickford
Spencer R. Doody
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635

Email: srb@mbfirm.com

Kent Harrison Robbins
THE LAW OFFICES OF KENT HARRISON
 ROBBINS, P.A.
242 Northeast 27th Street
Miami, FL 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

*Counsel for Legal Guardians of NAS Children*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on December 16, 2019 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

/s/ *Marc E. Dann*
Marc E. Dann (OH #0039425)

*Counsel for NAS Opioid Plaintiffs*