UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

FILED
2019 DEC 17 AM 8:36
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN RE: NATIONAL PRESCRIPTION, )
OPIATE LITIGATION, )
)
    Plaintiff(s), )    Case No. 1:17-md-2804
)
Relates to all cases. )    MOTION FOR JOINDER OF PARTY
)
    Fed.R.Civ.P. 20(a).

Robert K. Decker, hereby Moves this Honorable Court for an Order allowing to join the case above on the following grounds:

1. The person stated above, Robert K. Decker hereby moves this Honorable Court for an Order to be joined in the above case for the following reason(s);

a) I have been addicted to prescription medications for over 25 years now.

b) The first medication(s) that was prescribed to me was percoet from a dentist in Monroe, New York, in the year 1989.

c) Then I was prescribed Vicadin, Tylenol 3's & Tylenol 4's & Percocet in New State Prison for a nasal scrape, in the year of 1991/1992.

d) Then in the year of 1992/1993 I was prescribed Morphine & Hydromorphone/Dilaudid for a herniated disc in my lower back.

e) Then the year of 1995 I was prescribed Darvocet in Prison in the State of New Jersey again for back pain. I became addicted to Darvocet while in prison and went through extreme withdrawl symptons for days when the medication was discontinued.

f) Then when I was living in Connecticut I was prescribed Vicadin for back pain again. I was forced to go Methadone to relieve the withdrawl symptoms that I was experiencing while my prescription was completed. I also had to eventually go on buprenorphine/naltrexone to come off the addictions of pain pills.

g) I was then living in the State of Florida and I was seen by a pain mangement doctor in Fort Myers FL and he had proscribed Roxicodone, Hydromorphone/Dilaudid for pain again and I became addicted to both of them and I was forced to go on Methadone again to relieve the addiction withdrawls that I was experiencing.

h) I then moved to Michigan, Detroit and again was seen by a doctor in Dearborn, MI and was proscribed Hydrocodone and again I became addicted to those pills and again I was forced to go back onto Methadone to relieve the addiction of pain medication(s).

2. I had filled all of my prescriptions through the following pharmacies throughout the four states that I had mention above.

i) Kroger pharmacies in the state of Florida.

ii) Rite Aide in the state(s) of New York, Connecticut, Florida & Michigan.

iii) Walmart pharmacies, in the states of Florida & Michigan.

iv) Walgreens pharmacies in the states of Florida and Michigan.

v) C.V.S. pharmacies in the states of Florida, New York and Michigan.

3. I have sustained irreparable harm and continuous injury throughout my entire life from the many different medications that was proscribed to me without the knowledge that they were highly addictive

and the notification that I could become addicted to these medications by taking them.

4. I am presently serving 140 months in a Federal Correctional Institution for allegedly selling pills to support my addiction to these medications that I was prescribed to me from doctors throughout the United States in Five different states.

5. I have sustained irreparable harm from loss of income from the loss of employment that I would have had if not incarecerated.

6. The defendant(s) have caused a significant hardship on the Plaintiff's family, wife, children, and grand daughter from not being there to support the family financially. Therefore the Plainiff has become estranged from his wife and since the Plaintiff's incarceration the Plaintiff's wife and infant son have become homeless and has lost contact with the Plaintiff. Therefore constituting damages from the defendant(s).

7. The Plaintiff, Robert K. Decker humbly prays that this Honorable Court will issue an Order allowing the Plaintiff to join the other Plaintiff's in the present matter for damages sustained by the defendant(s).

WHEREFORE THE Plaintiff, Robert K. Decker, humby prays that this Honorable Court will issue an Order allowing the Plaintiff to be joined in the present case at bar and also for assigment of counsel. A Six month account statement has been included for convenience of the court to evaluate assigment status.

I, Robert K. Decker, certify and state that the foregoing statements that have been made by me are true and correct under the penalties of purjury and pursuant to 28 U.S.C. §1746.

Dated: October 30, 2019

Respectfully submitted,

*Robert K. Decker*
Robert K. Decker #51719-074
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Robert K. Decker, certify and state that I had attempted to hand deliver my motion for joinder on October 21, 2019 to be mailed postage paid, first class to FBOP official, but due to FBOP policy any mail (m)ust have a sticker with the address that the correspondence is to be mailed to affixed upon the envelope that is being mailed to the recipient. Therefore the enclosed motion has been handed again to a FBOP official for mailing on November 12th, 2019, for mailing pursuant to the mailbox rule, pursuant to: Towns v. U.S., 190 F.3d 468, 469 (6th Cir. 1999).

I, Robert K. Decker, hereby certify and state that I have attempted to hand deliver for mailing to a FBOP employee on October 21, 2019, pusuant to penalties of perjury and 28 U.S.C. §1746, but I was denied pursuant to FBOP policies that a approved address has to be approved by the FBOP before any correspondence may be mailed from the Institution.

Dated: October 21, 2019

*R. K. Decker*
Robert K. Decker #51719-074
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

-5-



| Alpha Code | Date | | | Transaction Type | Amount | Encumbrance | Ending Balance |
|---|---|---|---|---|---|---|---|
| THA | 10/1/2019 9:32:27 AM | | | | | | |
| THA | 10/1/2019 9:32:03 AM | TL1001 | | TRUL Withdrawal | ($5.00) | | $17.85 |
| THA | 10/1/2019 9:31:25 AM | TL1001 | | TRUL Withdrawal | ($15.00) | | $22.85 |
| THA | 10/1/2019 8:13:07 AM | 66 | | Sales | ($6.15) | | $37.85 |
| THA | 10/1/2019 6:11:20 AM | TL1001 | | TRUL Withdrawal | $30.00 | | $44.00 |
| THA | 9/23/2019 7:26:05 AM | 10173 | | BP 199 Request - Released | | $10.00 | -------- |
| THA | 9/23/2019 7:26:05 AM | 10173 | 4751 | Court Fees | ($10.00) | | $14.00 |
| THA | 9/19/2019 3:08:44 PM | 10233 | | BP 199 Request | | ($14.00) | -------- |
| THA | 9/19/2019 3:07:24 PM | TL0919 | | TRUL Withdrawal | $14.00 | | $24.00 |
| THA | 9/15/2019 8:23:01 AM | TL0915 | | TRUL Withdrawal | ($2.00) | | $10.00 |
| THA | 9/15/2019 8:22:32 AM | TL0915 | | TRUL Withdrawal | $1.10 | | $12.00 |
| THA | 9/14/2019 7:41:36 PM | TL0914 | | TRUL Withdrawal | ($5.00) | | $10.90 |
| THA | 9/14/2019 2:52:31 PM | 10173 | | BP 199 Request | | ($10.00) | -------- |
| THA | 9/14/2019 2:51:03 PM | TL0914 | | TRUL Withdrawal | ($15.00) | | $15.90 |
| THA | 9/14/2019 12:03:35 PM | 10128 | | BP 199 Request - Released | | $30.88 | -------- |
| THA | 9/11/2019 7:19:49 PM | TL0911 | | TRUL Withdrawal | ($2.00) | | $30.90 |
| THA | 9/11/2019 7:19:26 PM | TL0911 | | TRUL Withdrawal | $1.90 | | $32.90 |
| THA | 9/11/2019 7:18:38 PM | 10128 | | BP 199 Request | | ($30.88) | -------- |
| THA | 9/11/2019 7:17:53 PM | TL0911 | | TRUL Withdrawal | $31.00 | | $31.00 |

1 2 3 4 5

**Total Transactions: 247**

Totals: $7.50  $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |
| Totals: | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,556.00 | $1,549.07 | $53.43 | $15.45 | $10.61 | N/A | N/A |

```
                    *          PUBLIC INFORMATION             *       11-12-2019
                    *             INMATE DATA                 *       15:00:43
PAGE 001                       AS OF 11-12-2019

REGNO..: 51719-074 NAME: DECKER, ROBERT KENNETH

                   RESP OF: THA
                   PHONE..: 812-238-1531       FAX: 812-238-3301
                                               RACE/SEX..: WHITE / MALE
                                               AGE: 53
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 01-24-2027                        PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

```
                    *          PUBLIC INFORMATION             *       11-12-2019
                    *             INMATE DATA                 *       15:00:43
PAGE 002                       AS OF 11-12-2019

REGNO..: 51719-074 NAME: DECKER, ROBERT KENNETH

                   RESP OF: THA
                   PHONE..: 812-238-1531       FAX: 812-238-3301
HOME DETENTION ELIGIBILITY DATE: 07-24-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-24-2027 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 16-20769-CR-MIDDLEBR
JUDGE...........................: MIDDLEBROOKS
DATE SENTENCED/PROBATION IMPOSED: 02-14-2017
DATE COMMITTED..................: 04-17-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                     FELONY ASSESS   MISDMNR ASSESS  FINES            COSTS
NON-COMMITTED.:      $200.00         $00.00          $00.00           $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO     AMOUNT: $00.00

------------------------- CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE A MIXTURE OF A DETECTABLE
         AMOUNT OF HYDROMORPHONE, HYDROCODONE & OXYCODONE (CT.1),
         18:1956 (H) CONRPIRACY TO COMMIT MONEY LAUNDERING (CT.2)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    140 MONTHS
TERM OF SUPERVISION............:     3 YEARS
DATE OF OFFENSE................: 08-24-2016



G0002         MORE PAGES TO FOLLOW . . .
```