UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

FILED
2019 DEC 17 AM 8: 36
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN RE: NATIONAL PRESCRIPTION,  )
OPIATE LITIGATION,             )
                               )
    Plaintiff(s),               )   Case No. 1:17-md-2804
                               )
Relates to all cases.          )   MOTION FOR JOINDER OF PARTY
                               )
                               )   Fed.R.Civ.P. 20(a).

Robert K. Decker, hereby Moves this Honorable Court for an Order allowing to join the case above on the following grounds:

1. The person stated above, Robert K. Decker hereby moves this Honorable Court for an Order to be joined in the above case for the following reason(s);

a) I have been addicted to prescription medications for over 25 years now.

b) The first medication(s) that was prescribed to me was percoet from a dentist in Monroe, New York, in the year 1989.

c) Then I was prescribed Vicadin, Tylenol 3's & Tylenol 4's & Percocet in New State Prison for a nasal scrape, in the year of 1991/1992.

d) Then in the year of 1992/1993 I was prescribed Morphine & Hydromorphone/Dilaudid for a herniated disc in my lower back.

e) Then the year of 1995 I was prescribed Darvocet in Prison in the State of New Jersey again for back pain. I became addicted to Darvocet while in prison and went through extreme withdrawl symptons for days when the medication was discontinued.

-1-

Plaintiff's Motion for Joinder of Party ([doc. no. 2992]) is DENIED. The Court will not allow joinder in this MDL by single individuals seeking damages. The proper way for Plaintiff to seek relief for his alleged injury is to file his own separate complaint in an appropriate court. /s/Dan Aaron Polster 12/17/19