UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |
|---|---|

**NOTICE OF FILING UNREDACTED VERSIONS OF PREVIOUSLY UNDER SEAL DOCUMENTS – PLAINTIFFS' RESPONSE IN OPPOSITION TO WALGREENS' OBJECTION TO DISCOVERY RULING NO. 9 and ATTACHED EXHIBITS**

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted letter brief and exhibits.  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously sealed materials are hereby publicly filed.  For tracking and/or cross-referencing purposes, the below chart lists the contents of the prior under seal filing related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Response by Plaintiffs in Opposition to Walgreens's Objection to Discovery Ruling No. 9 | | 1151 | Under Seal | None now |
| Letter from Plaintiffs to Defendants, October 20, 2018 | A | 1151 | Under Seal | None now |
| Letter from Plaintiffs to Defendants, October 4, 2018 | B | 1151 | Under Seal | None now |
| Letter from Defendants to Plaintiffs, October 8, 2018 | C | 1151 | Under Seal | None now |
| Email chain between Plaintiffs and Defendants, October 2018 | D | 1151 | Under Seal | None now |

Dated: December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
Plaintiffs' Co-Lead Counsel

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER

        1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
Plaintiffs' Co-Liaison Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/   *Anthony D. Irpino*
Anthony D. Irpino