UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

**NOTICE OF FILING PREVIOUSLY UNDERSEAL DOCUMENTS – PLAINTIFFS' REPLY TO CARDINAL HEALTH'S OBJECTION TO DISCOVERY RULING NO. 14, PART 5, REGARDING PRIVILEGE AND CARDINAL'S DENDRITE AUDIT**

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted brief and exhibits.  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted.  In the interest of clarity and completeness, Plaintiffs hereby file as public, the related brief and less redacted or unredacted exhibits referenced in same.  Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Reply to Cardinal Health's Objection to Discovery Ruling No. 14, Part 5, Regarding Privilege and Cardinal's Dendrite Audit | | 1547 | Under Seal | None now |
| Email from Dendrite to Cardinal Health regarding Cegedim SOM Review, December 14, 2007 | 1 | 1547 | Under seal | Fewer |
| Cardinal Health Email regarding training, December 15, 2007 | 2 | 1547 | Under seal | Fewer |

| Email between Dendrite and Cardinal regarding SOM auditing, January 10, 2008 | 3 | 1547 | Under seal | Fewer |
| Cardinal Health memo regarding retention of Cegedim, January 2008 | 4 | 1547 | Under seal | Fewer |
| Cegedim ppt for Cardinal Health DEA Overview and Training | 5 | 1547 | Under seal | None now |
| Cardinal Health's, Supplemental Discovery Responses to Plaintiffs, November 30, 2018 | 6 | 1547 | Under seal | Fewer |
| Cardinal Health's, Answers and Affirmative Defenses, Jan. 15, 2019 | 7 | 1547 | Under seal[1] | None now |
| Cardinal Correspondence with the DEA, December 18, 2007 | 8 | 1547 | Under seal | None now |
| Dendrite Invoice for Services | 9 | 1547 | Under seal | Fewer |
| Cardinal Email regarding Diversion Matter Expenses, January 8, 2008 | 10 | 1547 | Under seal | None now |
| Cardinal QRA & Anti-Diversion, February 7, 2008 | 10a | 1547 | Under seal | None now |
| Cardinal Letter to DEA with Attachments, January 14, 2008 | 11 | 1547 | Under seal | None now |

Dated:     December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701

---

[1] But filed publicly at ECF No. 1256.

(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
Plaintiffs' Co-Lead Counsel

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
Plaintiffs' Co-Liaison Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino