# Exhibit 1

Message

| | |
|---|---|
| From: | Hamby, Paul [Paul.Hamby@dendrite.com] |
| Sent: | 12/15/2007 3:48:00 AM |
| To: | Bennett, Jeff [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=JEFF.BENNETT] |
| CC: | McPherson, Carolyn [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=CAROLYN.MCPHERSON]; Schaffner, David [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=DAVID.SCHAFFNER]; Lagrou, David [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=DAVID.LAGROU]; Smith, Sean [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=SEAN.SMITH]; Haren, Jason [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=JASON.HAREN]; Reardon, Steve [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=STEVE.REARDON]; Falk, Steve [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=STEVE.FALK]; Avergun, Jodi [Jodi.Avergun@cwt.com]; Buzzeo, Ron [Ron.Buzzeo@dendrite.com]; Williamson, Bob [Bob.Williamson@dendrite.com]; Lowry, Leslie [Leslie.Lowry@dendrite.com] |
| Subject: | RE: Cegedim Dendrite SOM review |

Also as a reminder, the below would potentially be the first of two phases. The second phase would be a full validation executed by our team (or jointly with Cardinal if that is preferred) once the system is finalized for full release (which I understand will be sometime next year).

Paul Hamby | Director, Consulting and Validation Services
Cegedim Dendrite | 2221 Northmont Parkway, Suite 100, Duluth, GA 30096
Tel: 678-474-8559 | Fax: 678-474-8680 | Cell: ███████ | email: paul.hamby@dendrite.com



---

**From:** Hamby, Paul
**Sent:** Friday, December 14, 2007 10:46 PM
**To:** 'Bennett, Jeff'
**Cc:** McPherson, Carolyn; Schaffner, David; Lagrou, David; Smith, Sean; Haren, Jason; Reardon, Steve; Falk, Steve; Avergun, Jodi; Buzzeo, Ron; Williamson, Bob; Lowry, Leslie
**Subject:** Cegedim Dendrite SOM review
**Importance:** High

Hi Jeff,

This is obviously high level, but I think it will provide you and the Cardinal team an overview of our primary objectives associated with the SOM review:

Suspicious Order Monitoring (SOM) Review and Consulting / pre-Validation

Cegedim Dendrite will assist Cardinal in an onsite review of its beta release of its suspicious order monitoring program/system and corresponding operating procedures. Cegedim Dendrite will provide Cardinal with recommendation on any corrective actions that may be required to have a more compliant SOM system (i.e., disclose of suspicious orders of controlled substances before they are shipped). This support will include, but is not limited to:

- An onsite review of Cardinal's suspicious order monitoring program/system including verification of the system's operational effectiveness, system integrity, and regulatory suitability
- Review of Cardinal's suspicious order monitoring SOPs that describe its SOM system
- Recommendations and findings related to Cardinal's SOM system's operational effectiveness, system integrity, and regulatory suitability
- that will allow Cardinal to properly identify orders of unusual size, orders deviating substantially from normal pattern, and orders of unusual frequencies
- Verification of appropriate computer systems validation approaches and/or testing documentation for the SOM system to confirm its operation
- Ongoing consulting to support any of Cardinal's SOM development needs

EXHIBIT 1

The proposed team from Cegedim Dendrite will visit the designated Cardinal facility (tentatively Dublin, OH) for two to three days on-site with two to three associates.

Availability of resources for next week is still being confirmed. I'd like to confirm the specific timing of this visit with you (or the individuals you advise) on Monday.

Have a good weekend.

Paul Hamby | Director, Consulting and Validation Services
Cegedim Dendrite | 2221 Northmont Parkway, Suite 100, Duluth, GA 30096
Tel: 678-474-8559 | Fax: 678-474-8680 | Cell: [redacted] | email: paul.hamby@dendrite.com



```
-----Original Message-----
From: Bennett, Jeff [mailto:Jeff.Bennett@cardinalhealth.com]
Sent: Friday, December 14, 2007 5:29 PM
To: Buzzeo, Ron; Hamby, Paul
Cc: McPherson, Carolyn; Schaffner, David; Lagrou, David; Smith, Sean; Haren, Jason;
Reardon, Steve; Falk, Steve; Avergun, Jodi
Subject: Contact Information for Cardinal Health
```

Paul and Ron,

Thank you once again for taking time to speak with us this afternoon. I have cc'd on this e-mail message everyone at Cardinal to whom the proposed scope and specs of the Dendrite IT testing project should be forwarded.

Thank you,

Jeff

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese
Svenska: www.cardinalhealth.com/legal/email