# Exhibit 2

Message

| | |
|---|---|
| **From**: | Mone, Michael [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MICHAEL.MONE] |
| **Sent**: | 12/15/2007 3:20:57 PM |
| **To**: | Giacalone, Robert [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=ROBERT.GIACALONE] |
| **Subject**: | RE: resource requirements |

Bob:

I was planning to have Bob Williamson and another Dendrite person on site to work on the training and SOP's for the field next week. Bob is aware of my plan. WIll this work?

Michael

>    -----Original Message-----
>    **From:** Hamby, Paul [mailto:Paul.Hamby@dendrite.com]
>    **Sent:** Fri 12/14/2007 10:05 PM
>    **To:** Giacalone, Robert; Mone, Michael
>    **Cc:** Avergun, Jodi; Lowry, Leslie; Buzzeo, Ron; Williamson, Bob
>    **Subject:** resource requirements
>
>    Hi Bob / Michael, as you know Cegedim Dendrite is supporting Cardinal on many fronts (pharmacy onsite reviews, calls to hospitals to verify supposed hospital pharmacies, the onsite time in Dublin this past week, DC reviews next week, SOM review next week, etc.).
>
>    Bob I think I understand that at one point, you asked for onsite or offsite/remote assistance for Cardinal in compiling/reviewing the questionnaires and assisting with determining continued pharmacy client decisions.
>
>    Could you confirm whether this is in fact an additional requirement for Cegedim Dendrite resource support in the coming weeks above and beyond the initiatives mentioned above?
>
>    Also, what requirements for resource support from our team do you guys have in Dublin for this coming week? I believe we are slated to send one resource part way through the week.
>
>    Thanks for the clarification on both fronts.
>
>    Paul Hamby | Director, Consulting and Validation Services
>    Cegedim Dendrite | 2221 Northmont Parkway, Suite 100, Duluth, GA 30096
>    Tel: 678-474-8559 | Fax: 678-474-8680 | [redacted] | email: paul.hamby@dendrite.com