# Exhibit 3

**To:** Autrey, Jeff[Jeff.Autrey@cardinalhealth.com]; Boggs, Gregory[Gregory.Boggs@cardinalhealth.com]; Chiang, Yun-Teng[Yun-Teng.Chiang@cardinalhealth.com]; Lagrou, David[David.Lagrou@cardinalhealth.com]; Lambo, Lou[Lou.Lambo@cardinalhealth.com]; Falardeau, Jeff[Jeff.Falardeau@cardinalhealth.com]; Kuntz, George[George.Kuntz@cardinalhealth.com]
**Cc:** Miller, Jeff (Corporate Audit)[Jeff.Miller@cardinalhealth.com]; Smith, Sean[Sean.Smith@cardinalhealth.com]; Haren, Jason[Jason.Haren@cardinalhealth.com]; Reardon, Steve[Steve.Reardon@cardinalhealth.com]; Giacalone, Robert[Robert.Giacalone@cardinalhealth.com]
**From:** McPherson, Carolyn
**Sent:** Thur 1/10/2008 4:07:28 PM (UTC)
**Subject:** Suspicious Order Monitoring System Auditing

I wanted to give everyone a heads-up that we have engaged an outside consulting firm Dendrite to assist in a validation (audit and testing activities) of the SOM system. Our Cardinal internal audit team will be coordinating activities with Dendrite and will probably be contacting some of you shortly for information.

This activity will obviously be an important part of the roll out of this system both internally and to be able to provide DEA with proof of the effectiveness of our processes.

Thanks for your efforts and cooperation in this area of the project.

Carolyn

Carolyn McPherson
Director, Quality & Regulatory Affairs
Supply Chain Services
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017
Office: 614-757-7169

Fax: 614-652-7486