# Exhibit 4

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017
614.757.5000 main



cardinalhealth.com

January 2008

Name: _____

Address: _____

City, State, Zip _____

Dear Customer

This is to follow up on our previous telephone conversation regarding Cardinal Health's on site visits with its customers who order controlled substances.

As you are no doubt well aware, the US Drug Enforcement Administration (DEA) has recently initiated a number of actions to revoke the licenses of drug wholesalers based upon the premise that drug wholesalers may have failed to report suspicious orders of controlled substances as required by 21 CFR 1301.74(b). In order to determine whether an order or a series of orders are suspicious, drug wholesalers are now required to determine whether their customers are purchasing the controlled substances for legitimate medical purposes. In most instances this information can only be gleaned from an on site review of the professional setting, including the customer's business model and the local medical environment in which the customer competes.

Cardinal has retained Cegedim Dendrite to assist with the vital task of gathering background information from their customers who order controlled substances. We appreciate you making the time to meet with the surveyors to provide answers and documents required to complete the on site review.

At the conclusion of the visit you will be asked to sign a Pharmacy DEA Compliance Agreement. Please read the agreement and sign it. Please, of course, make a copy of the agreement for your files. Also, our surveyors have been instructed to take a few photographs of the pharmacy and the local area.



EXHIBIT 4

Included with this letter of introduction is a reference document regarding the DEA's rules, regulations and policies pertaining to the use of controlled substances at the pharmacy/practitioner level. We hope that you will find this information useful for your continued efforts to stay abreast of DEA regulations and provide healthcare to your patients in a safe and legal manner.

If you wish to contact a Cardinal Health employee to verify the authenticity of my credentials and actions on behalf of Cardinal Health, please contact Tanya Dulay at ▮▮▮▮.

Sincerely,

Stephen J. Reardon
VP Quality and Regulatory Affairs