# Exhibit 5



**Compliance Solutions Powered by BuzzeoPDMA**

# CARDINAL
# HEALTH INC



# DEA OVERVIEW AND DIVERSION
# DETECTION
# AND
# PREVENTION

# CARDINAL DEA TRAINING



cegedim dendrite

This document should not be distributed without Cegedim authorization • Copyright 2007

# DRUG ENFORCEMENT ADMINISTRATION  (DEA)



- DEVELOPMENTS IN REGULATORY CONTROLS
  - CHEMICALS
  - CONTROLLED SUBSTANCES
    - SUSPICIOUS ORDER MONITORING

- OPERATIONS

- MANAGEMENT/STRUCTURE

- RELATIONSHIP WITH REGISTRANTS

cegedim dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007

3

CAH_MDL_PRIORPROD_DEA07_00870283

# DIVERSION CONCERNS



- **EXTENT OF PROBLEM**
  - **PHARMACEUTICAL DRUGS**
    - HYDROCODONE
    - OXYCONTIN
    - DILAUDID
    - METHADONE
    - ALPRAZOLAM
    - DIAZEPAM
    - PHENTERMINE
- **METHODS OF DIVERSION**
  - EMPLOYEE AND NON-EMPLOYEE THEFTS
  - IN-TRANSIT LOSSES
  - INDISCRIMATE PRESCRIBING
  - FORGED PRESCRIPTONS
  - DOCTOR SHOPPING
  - PAIN CLINICS
  - FINANCIERS
  - ORDERS AND DISTRIBUTION

cegedim dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007    4

# DIVERSION CONCERNS - DC



- UNSECURED DRUGS IN THE RECEIVING/DISTRIBUTION AREAS
- POOR INVENTORY CONTROLS FOR DRUGS AWAITING DESTRUCTION
- ACCESS TO COMPUTER PROGRAMS TO CHANGE "ON HAND" BALANCES
- USE OF TRASH CANS/RECEPTACLES FOR DIVERSION
- INADEQUATE USE OF CAMERAS
- LACK OF ACCESS CONTROLS
- PERSONAL BELONGINGS

cegedim dendrite   This document should not be distributed without Cegedim Group authorization – Copyright 2007   5

CONFIDENTIAL   CAH_MDL_PRIORPROD_DEA07_00870285

## RESPONSIBILITY



**RECOGNITION AND PREVENTION**

- MANAGEMENT, SUPERVISORY AND STAFF RESPONSIBILITY



This document should not be distributed without Cegedim Group authorization — Copyright 2007

6

CAH_MDL_PRIORPROD_DEA07_00870286

# CONTROLLED SUBSTANCES ACT



- PASSED IN 1970, EFFECTIVE IN 1971
- ESTABLISHED THE CONCEPT OF A "CONTROLLED SUBSTANCE" WHICH INCLUDED BOTH OPIOIDS AND PSYCHOTROPIC SUBSTANCES
- PLACED WITHIN THE DEPARTMENT OF JUSTICE
- ESTABLISHED A "CLOSED SYSTEM"
- ONLY LEGALLY REGISTERED PERSONS MAY POSSESS CONTROLLED SUBSTANCES
- RECORDS MUST BE MAINTAINED WHEN CONTROLLED SUBSTANCES ARE TRANSFERRED FROM ONE REGISTRANT TO ANOTHER

cegedim dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007

7

CAH_MDL_PRIORPROD_DEA07_00870287

## CONTROLLED SUBSTANCES ACT- continued



- DRUG SCHEDULES

- REGISTRATION

- SECURITY

- QUOTAS

- RECORDS / REPORTS

- ORDER FORMS

- PRESCRIPTIONS

- IMPORT

- EXPORT

cegedim dendrite   This document should not be distributed without Cegedim Group authorization — Copyright 2007

8

CAH_MDL_PRIORPROD_DEA07_00870288



# SCHEDULES

# CONTROLLED SUBSTANCES



- CONTROLLED SUBSTANCE
  - A DRUG OR OTHER SUBSTANCE, OR IMMEDIATE PRECURSOR, INCLUDED IN SCHEDULE I, II, III, IV OR V
    - OPIOIDS
    - SEDATIVES
    - STIMULANTS
    - DEPRESSANTS
    - HALLUCINOGENICS
    - ANABOLIC STERIODS

 cegedim dendrite

This document should not be distributed without Cegedim Group authorization — Copyright 2007

10

CAH_MDL_PRIORPROD_DEA07_00870290

# CONTROLLED SUBSTANCES



## SCHEDULE I

- NO LEGITIMATE MEDICAL USE – MARIJUANA, HEROIN, LSD

## SCHEDULE II

- MORPHINE, OXYCODONE, AMPHETAMINES, METHYLPHENIDATE, SECOBARBITAL

## SCHEDULE III

- HYDROCODONE AND CODEINE COMBINATION

## SCHEDULE IV

- DIAZEPAM, LORAZEPAM

## SCHEDULE V

- COUGH PREPARATIONS WITH CODEINE

cegedim dendrite    This document should not be distributed without Cegedim Group authorization – Copyright 2007    11

CAH_MDL_PRIORPROD_DEA07_00870291

## CONTROLLED SUBSTANCES
## SCHEDULING, DESCHEDULING, RESCHEDULING



- **FEDERAL**
  - FDA
  - DEA

- **STATE**
  - AUTOMATIC
  - ADMINISTRATIVE
  - LEGISLATIVE

**cegedim dendrite**   This document should not be distributed without Cegedim Group authorization — Copyright 2007

12



# REGISTRATION

CAH_MDL_PRIORPROD_DEA07_00870293

## REGISTRATIONS



| MANUFACTURING (SCHEDULE I - V) | DISTRIBUTION (SCHEDULE I - V) | DISPENSING / INSTRUCTION (SCHEDULE II - V) |
|---|---|---|
| CHEMICAL ANALYSIS (SCHEDULE I - V) | RESEARCH (SCHEDULE I - V) | IMPORT (SCHEDULE I - V) |
| EXPORT (SCHEDULE I - V) | NTP SCHEDULE II - V) | |

**cegedim** dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007    14

CAH_MDL_PRIORPROD_DEA07_00870294

# REGISTRATIONS



- **SIGNATURE**
  - **INDIVIDUAL**
  - **PARTNERSHIP**
  - **CORPORATION**

- **POWER OF ATTORNEY**
  - **SUBMISSION**

- **COINCIDENT ACTIVITIES**

**cegedim** dendrite  This document should not be distributed without Cegedim Group authorization — Copyright 2007    15



# DISTRIBUTION CENTER
# RECORDS AND REPORTS

## GENERAL REQUIREMENTS



- **CONTROLLED SUBSTANCE RECORDS MUST BE AVAILABLE FOR INSPECTION**
    - **MAY REQUEST CENTRAL RECORDKEEPING FOR SOME RECORDS**
- **RECORDS MUST BE MAINTAINED FOR TWO YEARS**
- **SCHEDULE II RECORDS MUST BE MAINTAINED SEPARATE FROM OTHER RECORDS**
- **SCHEDULE III, IV AND V RECORDS MAY BE COMMINGLED WITH OTHER RECORDS IF THEY ARE "READILY RETRIEVABLE"**

 cegedim dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007    17

CAH_MDL_PRIORPROD_DEA07_00870297

# CONTROLLED SUBSTANCES REQUIREMENTS



- **SCHEDULE II**
  - **DEA FORM 222**
  - **ELECTRONIC ORDERING**
  - **RECEIVING AND DISTRIBUTION RECORD**
    - **SUPPLIER/CUSTOMER NAME, ADDRESS AND DEA REGISTRATION NUMBER, ACTUAL DATE OF RECEIPT/DISTRIBUTION, DRUG NAME, STRENGTH, DOSAGE FORM, QUANTITY AND NUMBER OF COMMERCIAL CONTAINERS**

- **SCHEDULE III, IV AND V**
  - **RECEIVING AND DISTRIBUTION RECORD**



CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00870298

# CONTROLLED SUBSTANCES REQUIREMENTS - REPORTS



- **DEA 106**
  - **THEFT AND SIGNIFICANT LOSSES**
    - **ALL THEFTS MUST BE REPORTED WITHIN ONE BUSINESS DAY, IN WRITING, TO BE FOLLOWED BY A DEA 106**
    - **ONLY SIGNIFICANT LOSSES ARE TO BE REPORTED ON A DEA 106.**
    - **IN TRANSIT LOSSES TO BE REPORTED BY THE SUPPLIER**
- **DEA 41**
  - **DISPOSAL**
- **ARCOS**
  - **ERROR LISTINGS**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00870299

# CONTROLLED SUBSTANCES REPORTS



- ## SUSPICIOUS ORDER MONITORING (SOM)
  - ### EXCESSIVE QUANTITIES
  - ### UNUSUAL FREQUENCY
  - ### UNUSUAL SIZE
  - ### ORDERS DEVIATING SUBSTANTIALLY FROM A NORMAL PATTERN
- ## REPORTING
- ## SHIP – DON'T SHIP

 cegedim dendrite    This document should not be distributed without Cegedim Group authorization – Copyright 2007    20

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00870300



# CARDINAL'S SOM PROGRAM

**NEW CUSTOMER QUESTIONNAIRE TO BE COMPLETED BY THE PHARMACIST BUSINESS CONSULTANT AND REVIEWED AT CORPORATE BY THE DIVERSION CONTROL GROUP**

- **ACCOUNT APPROVED AND OPENED**
- **ACCOUNT NOT APPROVED PENDING ADDITIONAL INVESTIGATION**
- **ACCOUNT DENIED**



**cegedim** dendrite    This document should not be distributed without Cegedim Group authorization – Copyright 2007    21

CONFIDENTIAL    CAH_MDL_PRIORPROD_DEA07_00870301

## CARDINAL'S SOM PROGRAM



- **COMPUTER ANALYSIS OF ORDERS**
  - **GROUPS DRUGS ACCORDING TO GENERIC INGREDIENT**
  - **COMPARES PURCHASES FOR LIKE ACCOUNTS**
    - **i.e., HOSPITALS, GOVERNMENT RETAIL PHARMACY**
  - **COMPARES PURCHASES FOR SIMILAR SIZE ACCOUNTS**
    - **i.e., SMALL, MEDIUM AND LARGE ACCOUNTS, BASED UPON RX DOLLAR VOLUME**
  - **COMPARES PURCHASES BASED UPON INDIVIDUAL DEA REGISTRATION NUMBER**
    - **NOT BY ACCOUNT NUMBERS**
  - **ORDERS FOR THREE TIMES THE AVERAGE ARE HELD/PENDED**
  - **ORDERS ARE ANALYZED IN REAL TIME**

cegedim dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007

22

CONFIDENTIAL

## CARDINAL'S SOM PROGRAM



- PENDING ORDERS ARE REVIEWED BY THE DIVERSION CONTROL GROUP
  - INVESTIGATION FROM A REMOTE LOCATION (i.e., HEADQUARTERS)
  - ON SITE INVESTIGATION
    - COORDINATE WITH THE LOCAL DC
- CLEARED ORDERS ARE RELEASED
- IF NOT CLEARED, THE ORDER IS DEEMED SUSPICIOUS AND REPORTED TO THE DEA
- ONLY THE DIVERSION CONTROL GROUP CAN ADJUST THRESHOLDS FOR INDIVIDUAL ACCOUNTS

cegedim dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007

23

CAH_MDL_PRIORPROD_DEA07_00870303



# INVENTORY AND INVENTORY ADJUSTMENTS

cegedim dendrite



# CONTROLLED SUBSTANCES INVENTORY

- **INVENTORY**
  - **MUST BE TAKEN ONCE EVERY TWO YEARS**
  - **SCHEDULE II MUST BE SEPARATE FROM SCHEDULE III, IV AND V**
  - **ALL CONTROLLED SUBSTANCES INCLUDING**
    - **OUTDATES**
    - **HELD FOR DISPOSAL**
    - **DAMAGED**
  - **MUST BE TAKEN AS OF THE OPEN OR CLOSE OF BUSINESS**
  - **MUST BE AN EXACT COUNT**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00870305

## TREND ANALYSIS 

**NEED FOR DOCUMENTATION, REVIEW AND APPROVAL PRIOR TO AN INVENTORY ADJUSTMENT**

- **CONDUCT A REVIEW / INVESTIGATION**

- **RECORDS MUST DOCUMENT**
  - **THE INVESTIGATION CONDUCTED / DEA-TYPE ACCOUNTABILITY**
  - **THE IDENTITY AND QUANTITY OF THE DRUGS**

- **ENSURE THAT THE NUMBER OF EMPLOYEES IS LIMITED, AND A REPORT IS COMPLETED PRIOR TO THE ADJUSTMENT**

- **THEFTS AND SIGNIFICANT LOSSES REQUIRE A REPORT TO THE DEA UPON DISCOVERY, WITHIN ONE BUSINESS DAY**



This document should not be distributed without Cegedim Group authorization -- Copyright 2007

26



**SECURITY**

# CONTROLLED SUBSTANCES SECURITY



- **SCHEDULE II**
  - VAULT
  - SAFE
  - LIMITED AND CONTROLLED ACCESS
  - DESIGNATED EMPLOYEE
- **SCHEDULE III, IV AND V**
  - CAGE
  - LIMITED AND CONTROLLED ACCESS
  - DESIGNATED EMPLOYEE
- **CAMERAS**
- **ALARMS**
- **SHIPPING CONTAINERS**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00870308



**QUESTIONABLE PRESCRIBING**

# CONTROLLED SUBSTANCES
# QUESTIONABLE PRESCRIBING



- **ACUTE AND EPISODIC PAIN**
  - **PRESCRIBING SEVERAL DIFFERENT KINDS OF SHORT-ACTING OPIOIDS AT THE SAME TIME**
  - **PRESCRIPTIONS THAT GREATLY EXCEED THE MAXIMUM DAILY DOSAGE OF ACETAMINOPHEN (50MG/KG)**
  - **LONG-TERM PRESCRIBING OF OPIOIDS FOR A SHORT-TERM PROBLEM WITHOUT A DIAGNOSIS OF CHRONIC PAIN**
- **CHRONIC PAIN**
  - **ROUTINE PRESCRIBING AND DISPENSING OF DRUGS NOT RECOMMENDED FOR CHRONIC PAIN**
  - **HIGH VOLUME PRACTICE**
  - **POOR NOTES**
  - **FAILURE TO DOCUMENT AN APPROPRIATE REASON FOR PRESCRIBING OPIOIDS**

CONFIDENTIAL

## CONTROLLED SUBSTANCES
## QUESTIONABLE PRESCRIBING



- **CHRONIC PAIN (CONTINUED)**
  - **FAILURE TO ABIDE BY FEDERAL AND STATE CONTROLLED SUBSTANCE LAWS AND REGULATIONS**
  - **PRESCRIBING MANY TYPES OF DRUGS WITH ABUSE POTENTIAL FOR ONE PATIENT**
  - **PRESCRIBING OR DISPENSING TO SUSPICIOUS INDIVIDUALS**
  - **PRESCRIBING CONTROLLED SUBSTANCES TO SELF OR FAMILY MEMBERS**



**cegedim** dendrite    This document should not be distributed without Cegedim Group authorization – Copyright 2007

31

# PHARMACY DISPENSING



# CONTROLLED SUBSTANCES
# PHARMACY DISPENSING



- ## PHARMACIST RESPONSIBILITY
  - ### LEGAL RESPONSIBILITY – STATE AND FEDERAL REQUIREMENTS FOR DISPENSING CS
  - ### PERSONAL RESPONSIBILITY – PROTECT YOUR PRACTICE FROM BECOMING AN EASY TARGET FOR DRUG DIVERSION
  - ### CONSTANT VIGILANCE AGAINST FORGED AND ALTERED PRESCRIPTIONS
- ## FRAUDULENT PRESCRIPTIONS
  - ### ALTERATION OF PRESCRIPTIONS
  - ### FORGED PRESCRIPTIONS
  - ### NON-MEDICAL



**cegedim** dendrite    This document should not be distributed without Cegedim Group authorization – Copyright 2007        33

CAH_MDL_PRIORPROD_DEA07_00870313

# CONTROLLED SUBSTANCES
# PHARMACY DISPENSING



## POSSIBLE INDICATION OF NON-MEDICAL PRESCRIBING

- PRESCRIBER WRITES SIGNIFICANTLY MORE PRESCRIPTIONS (OR IN LARGER QUANTITIES) COMPARED TO OTHER PRACTITIONERS  IN THE AREA
- THE PATIENT APPEARS TO BE RETURNING TOO FREQUENTLY
- THE PRESCRIBER WRITES PRESCRIPTIONS FOR ANTAGONISTIC DRUGS, SUCH AS DEPRESSANTS AND STIMULANTS, AT THE SAME TIME
- PATIENT APPEARS PRESENTING PRESCRIPTIONS WRITTEN IN THE NAMES OF OTHER PEOPLE
- A NUMBER OF PEOPLE APPEAR SIMULTANEOUSLY, OR OVER A SHORT TIME, ALL BEARING SIMILAR PRESCRIPTIONS FROM THE SAME PHYSICIAN
- NUMEROUS "STRANGERS," PEOPLE WHO ARE NOT REGULAR PATRONS OR RESIDENTS OF THE COMMUNITY, SUDDENLY SHOW UP WITH PRESCRIPTIONS FROM THE SAME PHYSICIAN



This document should not be distributed without Cegedim Group authorization — Copyright 2007

34

CAH_MDL_PRIORPROD_DEA07_00870314

## CONTROLLED SUBSTANCES
## PHARMACY DISPENSING



- **CHARACTERISTICS OF FORGED PRESCRIPTIONS**
  - **PRESCRIPTION LOOKS TOO GOOD – TOO LEGIBLE**
  - **QUANTITIES, DIRECTIONS OR DOSES DIFFER FROM USUAL MEDICAL USAGE**
  - **PRESCRIPTION DOES NOT COMPLY WITH THE ACCEPTABLE STANDARD ABBREVIATIONS**
  - **PRESCRIPTIONS APPEARS TO BE PHOTOCOPIED**
  - **DIRECTIONS WRITTEN IN FULL WITH NO ABBREVIATIONS**



This document should not be distributed without Cegedim Group authorization – Copyright 2007

35

CAH_MDL_PRIORPROD_DEA07_00870315

# CONTROLLED SUBSTANCES
# PHARMACY DISPENSING



## PREVENTION TECHNIQUES

- **KNOW THE PRESCRIBER AND SIGNATURE**
- **KNOW THE PRESCRIBER'S DEA REGISTRATION NUMBER**
- **KNOW THE PATIENT**
- **CHECK THE DATE ON THE PRESCRIPTION ORDER. HAS IT BEEN PRESENTED IN A REASONABLE LENGTH OF TIME**
- **DRUGS PRESCRIBED**
- **DISCUSS TREATMENT WITH PHYSICIAN**
- **DRUG TESTING**
- **PATIENT AND PHYSICIAN CONTRACTS**
- **PHYSICIAN AND PHARMACY CONTRACTS**

**cegedim** dendrite   This document should not be distributed without Cegedim Group authorization – Copyright 2007

36

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00870316



# DC PREVENTION TECHNIQUES

## CONTROLLED SUBSTANCES
## DC PREVENTION TECHNIQUES



- **PREVENTION TECHNIQUES**
  - **KNOW THE PHARMACY**
  - **LOCATION**
  - **PHYSICIANS AND CLINICS IN AREA**
    - **TYPES**
  - **TYPES OF CUSTOMERS**
    - **LOITERING**
  - **ORDERING PATTERN**
    - **TYPES OF DRUGS**
  - **MONITOR ORDERS**
    - **FREQUENCY**
    - **SIZE**
    - **CHECK THE DATE ON THE ORDER. HAS IT BEEN A REASONABLE LENGTH OF TIME**

**cegedim** dendrite    This document should not be distributed without Cegedim Group authorization — Copyright 2007    38

