# Exhibit 9

**cegedim dendrite**
Dendrite Interactive Marketing, LLC
BuzzeoPDMA
Relationship Marketing (Optas)

Page: 1 of 1

**BILL TO:**
Robert P. Giacalone
CARDINAL HEALTH
7000 Cardinal Place
Dublin Ohio 43017

**SHIP TO:**
7000 Dublin Place
Dublin OH

## INVOICE

| | |
|---|---|
| Invoice #: | 922902 |
| Client PO #: | |
| Project #: | CARDI66W83000405 |
| Transaction Date: | 31-DEC-07 |
| Due Date: | 14-FEB-08 |
| Customer No # | 11139 |
| Client PM: | |
| Account Exec: | |
| Project Manager: | Hamby, Paul |

Description: BUZZEOPDMA CONSULTING SERVICES
    **NOTE:  A portion of the work effort for the activities below will be invoiced in January**

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Travel Expenses - $7,225.71 | | | $7,225.71 |
| | | | |
| * Performed 129 pharmacy site reviews | | | |
| * Completed & Processed 122 questionnaires from pharmacy site visits | | | |
| * Completed 49 pharmacy verification forms | | | |
| * Assisted attorneys by attending 18 Distribution Center site reviews | | | |
| * Started development of training program | | | $184,925.00 |
| * Completed onsite SOM system abbreviated audit | | | |
| * Supported Cardinal home office personnel with onsite resources (SOP assistance, general compliance assistance, etc.) | | | |
| | | | |
| Labor Cost - $184,925.00 | | | |
|   687.5 Hours @ $235 = $161,562.50 | | | |
|   66.75 Hours @ $350 (Ron Buzzeo) = $23,362.50 | | | |

| | |
|---|---|
| Line Total: | $192,150.71 |
| Tax Total: | $0.00 |
| Less Discounts: | $0.00 |
| Invoice Total: | $192,150.71 |
| Less Other Credits: | $0.00 |
| Total Amount Due : | $192,150.71 |

Please Wire Transfer:
Dendrite
c/o    Chase Manhattan Bank
One Chase Plaza, New York, NY 10004
ABA #: ███
Account #: ███

In the event that wiring payment is not available,
Please mail check to:

Dendrite
PO Box #35578
Newark, NJ 07193-5578


EXHIBIT 9