# Exhibit 10

—

**From:** Hartman, Mark
**Sent:** Tuesday, January 08, 2008 3:01 PM
**To:** Dolch, Gary
**Subject:** RE: Anti - Diversion Matter Expenses

Yes, I've worked with her before.  We'll get after it.  mark

---

**From:** Dolch, Gary
**Sent:** Tuesday, January 08, 2008 9:51 AM
**To:** Hartman, Mark; Giacalone, Robert; Reardon, Steve
**Cc:** Conway, Michele
**Subject:** FW: Anti - Diversion Matter Expenses

FYI – I believe we should capture in this account the expenses for the legal services as well as the expenses for Dendrite.  We should not include any of the staff additions or transfer of field organization in this account.  These costs should be included in the new HSCS QRA budget.  Mark, I am not sure who will handle the changes to the HSCS QRA budget, but it may be best if you check with Michele about this.

Thanks,
Gary

---

**From:** Conway, Michele
**Sent:** Tuesday, January 08, 2008 8:29 AM
**To:** Hufford, Wendy; Giacalone, Robert; Goldsand, Corey
**Cc:** Bonnell, Brian; Dolch, Gary; Fong, Ivan; Ford, Elizabeth
**Subject:** Anti - Diversion Matter Expenses

Corey / Bob,

It has been decided that the Dendrite expenses and Litigation expenses related to the anti-diversion matter will be retained within the QRA corporate function.  This was a decision by Jeff H based on a commitment he made to the DEA.

To ensure all costs are captured and forecasted, we are creating a separate cost center within Gary Dolch's area.  Once created, I will let you know the appropriate coding that should be reflected on the approved invoices.  In addition, I will ensure the e-billing matter(s) reflect the appropriate coding.  We are hopeful that this cost center will be available before Q2 is closed.

If you have any questions, please let me know.

Thanks!

Michele
x3848

4/23/2008

FOIA Confidential Treatment Requested by Cardinal

CONFIDENTIAL