# Exhibit 10a



# Anti-diversion Update
### February 7. 2008

*The following provides an update on the latest status of our team's progress in addressing diversion since the announcement of our license suspensions by the Drug Enforcement Administration. For background information on this issue, please visit the HSCS website>Anti-diversion Updates. Thank you for your efforts to help customers manage through this period.*

**Updated key messages:**

Everyone involved in the pharmaceutical supply chain has the responsibility to maintain effective controls to guard against the diversion of controlled substances. As an industry, we need to improve the safety of the nation's supply chain by monitoring the flow of controlled substances and listed chemicals to ensure that these critical medications are not being diverted for abuse.

With nearly one in ten high school seniors admitting to abusing powerful prescription painkillers and more deaths from overdose on opioid painkillers than cocaine and heroin, this is a public health issue that everyone involved in the supply chain must work together to solve.

In December, our license to distribute controlled substances was suspended by the Drug Enforcement Administration at three HSCS distribution centers. The DEA alleges that we "did not maintain effective controls against the diversion of a particular controlled substance." Some pharmacies had allegedly set up "rogue Internet sites."

HSCS Operations teams implemented business continuity plans to continue shipments of these products to customers from alternative facilities within our network of 24 pharmaceutical distribution centers.

As an industry leader, Cardinal Health is committed to address the important challenge of diversion in a timely manner, starting with aggressively implementing new systems and procedures to enhance our own controls and further guard against distribution to pharmacies engaged in diversion. For example, we have created a centralized anti-diversion function. In addition we have set thresholds on the quantities of controlled substances that certain customers can order. We believe our new monitoring program for orders of controlled substances will become an important tool to combat this societal issue and enhance our compliance with regulatory requirements.

Cardinal Health is in communication with the Drug Enforcement Administration regarding the suspensions of our licenses. We will provide updates as they occur.

**Suspicious Order Monitoring Program:** The Cardinal Health Suspicious Order Monitoring (SOM) program, our enhanced monitoring program on *all* controlled substance orders, will begin starting **Sunday, February 10**, for retail independent, Medicine Shoppe and Medicap pharmacy customers. Any of these customers who place an order that makes their cumulative orders for the month exceed their monthly threshold on a controlled substance family will have all orders in that family held pending review by our corporate Quality and Regulatory Affairs (QRA) Department. All subsequent orders in that family will be blocked during the QRA evaluation. All other components of the order will be shipped.

QRA has established monthly order thresholds for customers based on their class of trade, size and historical purchases from Cardinal Health.

In general, when a customer hits their threshold, QRA will conduct a comprehensive evaluation of the customer, which may include a questionnaire for the customer to complete and/or a site visit. Following the evaluation, QRA will determine whether to:
- Release any held order(s) and increase the customer's threshold. Or,
- Maintain the customer's current threshold. At that point, Cardinal Health may conduct the site visit and comprehensive evaluation to validate the pharmacy's needs beyond the existing threshold. If needs beyond the existing threshold can be verified, the threshold will be increased. If we cannot validate needs beyond the existing threshold, the order will be cancelled and reported to DEA.

Sales Operations will contact customers about the status of their order.

CARDINAL HEALTH CONFIDENTIAL – FOR INTERNAL USE ONLY

DO NOT DISTRIBUTE EXTERNALLY

1

**FOIA Confidential Treatment Requested By Cardinal**



The Anti-diversion team is determining how and when the SOM program will be implemented with other customer classes of trade. Integrated Provider Solutions senior leadership is working closely with the Anti-diversion team to specifically determine how this new process will affect and should be managed with hospital customers and will be reaching out to the selling organization soon, starting with senior leadership. Please watch for additional information from IPS Communications.

- **Amnesty program:** Retail Independent and IPS-Pharmaceutical Supply Chain sales representatives have been asked to review their assigned accounts to consider whether any of those accounts raise a suspicion that diversion of controlled substances may be occurring. Sales representatives were told they would have complete "amnesty" for any accounts they report by January 31 that are cut-off because they present an unacceptable risk of diversion. This means the representative will not be evaluated negatively because of the notification. The Anti-diversion Steering Committee sent a note to Sales leaders *saying it has decided to continue this "amnesty" until further notice* to encourage representatives to report to QRA any account that could be considered suspicious. Sales needs to be consistently follow the correct procedures when bringing on new accounts and to continually monitor their accounts. Our goal is to meet the legitimate medication needs of our customers and improve the safety of healthcare.

- **The U.S. Drug Enforcement Administration:** The DEA has issued an "Order to Show Cause" providing Cardinal Health the opportunity to explain why the DEA should not revoke our license to distribute controlled substances from our Stafford, Texas, facility near Houston. The latest action by the DEA is part of the same, ongoing matter that we have been dealing with for a few months.

  The DEA has <u>not</u> suspended our license in Stafford. We continue to discuss the matter with the DEA as we implement enhanced controls across our entire network. The safety and security of the pharmaceutical supply chain is core to our business, and we take this matter very seriously.

- **Training:** More than 170 Sales, Operations, QRA and Marketing leaders attended a full-day training program on February 5 on diversion, compliance with DEA regulations, and our suspicious order monitoring program. Those in attendance will share the information with their teams. In addition, a regular series of web-training events will be scheduled with Sales, Ops, QRA and Marketing associates.

- **Quality and Regulatory Affairs:** For more information on anti-diversion activities, contact SVP of Supply Chain Integrity Mark Hartman, 614.757.5597.
- **Questions** or concerns relative to customer issues should be directed to Steve Lawrence, 614.335.3555.
- **Questions or topics** you would like to see addressed in these Updates should be directed to Jill LaNouette, 614.757.7367.

CARDINAL HEALTH CONFIDENTIAL – FOR INTERNAL USE ONLY          2
DO NOT DISTRIBUTE EXTERNALLY

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH LAKE 084203**

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA07_01364561