# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  *APPLIES TO ALL CASES* | Case No. 1:17-MD-2804  Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CRAIG McCANN AND JAMES RAFALSKI and RELATED EXHIBITS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even if not previously redacted) and less redacted or unredacted exhibits referenced in same. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Craig McCann and James Rafalski (PD4) | | 2260 | Yes | None now |
| Deposition Excerpt – S. Justus, July 13, 2018 | 4 | 2260-4 | Yes | None now |
| DEA Compliance Procedure, Identification and Review of Peculiar Orders, Controlled | 12 | 2262-4 | Yes | None now |

| | | | | |
|---|---|---|---|---|
| Substance Suspicious Order Monitoring Program<br><br>MNK-T1_0000263965 | | | | |
| Global Controlled Substance Compliance Procedure, October 29, 2010, Identification and Review of Peculiar Orders<br><br>MNK-T1_0000264260 | 13 | 2262-5 | Yes | None now |
| Cardinal - DEA Compliance Manual<br><br>CAH_MDL_PRIORPROD_DEA07_01383895 | 15 | 2263-1 | Yes | None now |

Dated:   December 17, 2019

Respectfully submitted,

/s/   *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400

        (212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
Plaintiffs' Co-Lead Counsel

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
Plaintiffs' Co-Liaison Counsel

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

        /s/    *Anthony D. Irpino*
        Anthony D. Irpino