PD4 Exh 4

Highly Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                  EASTERN DIVISION
 3

     IN RE: NATIONAL        )
 4   PRESCRIPTION           )  MDL No. 2804
     OPIATE LITIGATION      )
 5   _____  )  Case No.
                            )  1:17-MD-2804
 6                          )
     THIS DOCUMENT RELATES  )  Hon. Dan A.
 7   TO ALL CASES           )  Polster
 8
                 FRIDAY, JULY 13, 2018
 9

        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10             CONFIDENTIALITY REVIEW
11                      - - -
12           Videotaped deposition of Shirlene
13   Justus, held at the offices of BakerHostetler
14   LLP, 200 South Civic Center Drive, Columbus,
15   Ohio, commencing at 9:05 a.m., on the above
16   date, before Carrie A. Campbell, Registered
17   Diplomate Reporter and Certified Realtime
18   Reporter.
19

20

21                      - - -
22

           GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24

25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A P P E A R A N C E S :
 2
 3      MCHUGH FULLER LAW GROUP
        BY:  MICHAEL J. FULLER, JR., ESQUIRE
 4           mike@mchughfuller.com
             AMY J. QUEZON, ESQUIRE
 5           amy@mchughfuller.com
        97 Elias Whiddon Road
 6      Hattiesburg, Mississippi 39402
        (601) 261-2220
 7
 8      NAPOLI SHKOLNIK, PLLC
        BY:  HUNTER J. SHKOLNIK, ESQUIRE
 9           hunter@napolilaw.com
             SHAYNA E. SACKS, ESQUIRE
10           SSacks@NapoliLaw.com
             (VIA TELECONFERENCE)
11      360 Lexington Avenue, 11th Floor
        New York, New York 10017
12      (212) 397-1000
13
14      GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL, LLP
        BY:  PAUL T. FARRELL, JR., ESQUIRE
15           paul@greeneketchum.com
        419 Eleventh Street
16      Huntington, West Virginia 25701
        (314) 525-9115
17      Counsel for Plaintiffs
18
        WILLIAMS & CONNOLLY LLP
19      BY:  JENNIFER G. WICHT, ESQUIRE
             jwicht@wc.com
20           STEVEN M. PYSER, ESQUIRE
             spyser@wc.com
21           MIRANDA PETERSEN, ESQUIRE
             mpetersen@wc.com
22      725 Twelfth Street, N.W.
        Washington, DC 20005
23      (202) 434-5331
        Counsel for Cardinal Health, Inc.
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1       REED SMITH LLP
         BY:  LOUIS W. SCHACK, ESQUIRE
 2            lschack@reedsmith.com
         Three Logan Square
 3       1717 Arch Street, Suite 3100
         Philadelphia, Pennsylvania 19103
 4       (215) 851-8100
         Counsel for AmerisourceBergen
 5
 6       BARTLIT BECK HERMAN PALENCHAR &
         SCOTT LLP
 7       BY:  ALEX J. HARRIS, ESQUIRE
              alex.harris@bartlit-beck.com
 8       1801 Wewatta Street, Suite 1200
         Denver, Colorado 80202
 9       (303) 592-3100
         Counsel for Walgreens
10
11       JONES DAY
         BY:  EDWARD M. CARTER, ESQUIRE
12            emcarter@jonesday.com
         325 John H. McConnell Boulevard
13       Suite 600
         Columbus, Ohio 43125-2673
14       (614) 469-3939
         Counsel for Walmart
15
16       PELINI, CAMPBELL & WILLIAMS LLC
         BY:  PAUL B. RICARD, ESQUIRE
17            pbricard@pelini-law.com
         8040 Cleveland Avenue NW, Suite 400
18       North Canton, Ohio 44720
         (330) 305-6400
19       Counsel for Prescription Supply,
         Inc.
20
21       JACKSON KELLY PLLC
         BY:  WILLIAM J. AUBEL, ESQUIRE
22            william.j.aubel@jacksonkelly.com
         500 Lee Street East, Suite 1600
23       Charleston, West Virginia 25301
         (304) 340-1146
24       Counsel for Miami-Luken
25
```

```
 1       ZUCKERMAN SPAEDER LLP
         BY:  R. MILES CLARK, ESQUIRE
 2            mclark@zuckerman.com
         1800 M Street NW, Suite 1000
 3       Washington, DC  20036-5807
         (202) 778-1800
 4       Counsel for CVS Indiana, LLC, and
         CVS RX Services, Inc.
 5
 6       ARNOLD & PORTER KAYE SCHOLER, LLP
         BY:  ALLISON GARDNER, ESQUIRE
 7            Allison.Gardner@arnoldporter.com
              (VIA TELECONFERENCE)
 8       601 Massachusetts Avenue, NW
         Washington, DC 20001-3743
 9       (202) 942-5000
         Counsel for Endo Pharmaceuticals
10       Inc., and Endo Health Solutions Inc.
11
         MORGAN, LEWIS & BOCKIUS LLP
12       BY:  PAMELA C. HOLLY, ESQUIRE
              pamela.holly@morganlewis.com
13            (VIA TELECONFERENCE)
         101 Park Avenue
14       New York, New York 10178
         (212) 309-6000
15       Counsel for Teva Pharmaceuticals
         USA, Inc., Cephalon, Inc., Watson
16       Laboratories, Inc., Actavis LLC,
         Actavis Pharma, Inc., f/k/a Watson
17       Pharma, Inc.
18
         MORGAN, LEWIS & BOCKIUS LLP
19       BY:  JOHN P. LAVELLE, JR., ESQUIRE
              john.lavelle@morganlewis.com
20            (VIA TELECONFERENCE)
         1701 Market Street
21       Philadelphia, Pennsylvania 19103-2921
         (215) 963-5000
22       Counsel for Rite Aid
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        LOCKE LORD LLP
          BY:  BRANDAN MONTMINY, ESQUIRE
 2            brandan.montminy@lockelord.com
              (VIA TELECONFERENCE)
 3        2200 Ross Avenue, Suite 2800
          Dallas, Texas 75201
 4        (214) 740-8445
          Counsel for Henry Schein, Inc., and
 5        Henry Schein Medical Systems, Inc.
 6
 7     ALSO PRESENT:
 8        CARDINAL HEALTH
          BY:  CAITLIN E. ANDERSON, ESQUIRE
 9            caitlin.anderson@cardinalhealth.com
          7000 Cardinal Place
10        Dublin, Ohio 43017
          (614) 757-5382
11        In-house Counsel for Cardinal Health
12        AJ ELKINS, McHugh Fuller
13
       VIDEOGRAPHER:
14        DAN LAWLOR,
          Golkow Litigation Services
15
16     TRIAL TECHNICIAN:
          EVAN WOLFE,
17        Golkow Litigation Services
18                  - - -
19
20
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

 1          that it should not happen.

 2                  MR. FULLER:  Evan, let's go to

 3          macro number 2.

 4    QUESTIONS BY MR. FULLER:

 5          Q.    This is the suspicious order

 6    reporting but this time for a Skilled Cared

 7    Pharmacy.

 8                  Do you see that?

 9          A.    I do.

10          Q.    And then the order is for the

11    Skilled Care Pharmacy, same address, same

12    customer DEA number, right?

13          A.    Yes, I agree.  Yes.

14                  MR. FULLER:  If you move to the

15          right for me.

16    QUESTIONS BY MR. FULLER:

17          Q.    And the date of the suspicious

18    order report or overage is February 14th, and

19    then product from the same drug family was

20    shipped on the 18th and 22nd.

21                  Do you see that?

22          A.    I do.

23          Q.    Now, you would expect to see

24    some sort of explanation again in the

25    diligence file; is that right?

Highly Confidential - Subject to Further Confidentiality Review

```
 1              MS. WICHT:  Object to the form

 2         of the question and no foundation.

 3              THE WITNESS:  It should be

 4         there.

 5    QUESTIONS BY MR. FULLER:

 6         Q.    Okay.  And was that your

 7    standard practice?

 8              If you were going to change a

 9    threshold or if you were going to clear

10    something or allow future shipments to go

11    through, you would have documented your

12    reasoning behind that, why you were doing

13    that?

14              MS. WICHT:  Object to the form

15         of the question.

16    QUESTIONS BY MR. FULLER:

17         Q.    Correct?

18         A.    I should have, yes.

19         Q.    That was your normal procedure?

20         A.    Yes, that would have been what

21    I should have done, yes.

22         Q.    Okay.  And you -- sitting here

23    today, you don't know whether you did or

24    didn't?

25         A.    I have no idea whether I did or
```