# PD4 Exh 15

The following is excerpted from PD4 Exh 15. PD4 Exh 15 was originally filed in four parts due to size, filed at ECF Nos. 2263, 2263-1, 2263-2, 2263-3. The following is the excerpted page, previously redacted at 2263-1, pdf. p. 118.

# DEA Compliance Manual



Cardinal Health

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH SWE 019032

CAH_MDL_PRIORPROD_DEA07_01383895

EXHIBIT F

```
GRR900  12/29/95                         CARDINAL  HEALTH, INC.                                       PAGE  4
                                         SUSPICIOUS  ORDER
                                              KINGSPORT
ITEM # DESCRIPTION                    SIZE FM PK  NOV 94  DEC 94  JAN 95  FEB 95  MAR 95  APR 95  PAST MTH INCREASE
```

| ITEM # DESCRIPTION | SIZE FM PK | NOV 94 | DEC 94 | JAN 95 | FEB 95 | MAR 95 | APR 95 | PAST MTH | INCREASE |
|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER#- 003830  KINSER DRUG STORE | | | | | | | | | |
| DEA #- AK0408395   142 EAST CUMBERLAND | | | | | | | | | |
| * = BROKERAGE ITEM  KINGSTON      TN 37763 | | | | | | | | | |
| 126207 DEMEROL 50MG 30CC D150 WIN C2 | 1OZ SL EA | 0 | 0 | 0 | 0 | 0 | 1 | 50 | 900.00% |
| CUSTOMER#- 003876  KROGER PHARMACY #544 | | | | | | | | | |
| DEA #- BK1248904   1489 MADISON STREET | | | | | | | | | |
| * = BROKERAGE ITEM  CLARKSVILLE   TN 37042 | | | | | | | | | |
| 126196 DEMEROL 50MG 100S D131 WIN C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 2 | 6 | 200.00% |
| 220300 APAP W/OXYCOD 5MG RG        C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 2 | 7 | 250.00% |
| CUSTOMER#- 003877  KROGER PHARMACY #886 | | | | | | | | | |
| DEA #- BK1124560   11238 KINGSTON PIKE | | | | | | | | | |
| * = BROKERAGE ITEM  KNOXVILLE     TN 37922 | | | | | | | | | |
| 139354 METHYLPHENIDATE 5MG RG | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 4 | 10 | 150.00% |
| CUSTOMER#- 003888  KROGER PHARMACY #519 | | | | | | | | | |
| DEA #- AK2238295   170 E MAIN STREET | | | | | | | | | |
| * = BROKERAGE ITEM  HENDERSONVILLE TN 37075 | | | | | | | | | |
| 101458 RITALIN 10MG 100S 7416 CIBA C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 400.00% |
| CUSTOMER#- 003890  KROGER PHARMACY #513 | | | | | | | | | |
| DEA #- AK2618063   5425 CLINTON HIGHWAY | | | | | | | | | |
| * = BROKERAGE ITEM  KNOXVILLE     TN 37912 | | | | | | | | | |
| 101457 RITALIN 5MG 100S 7410 CIBA  C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 300.00% |
| 133813 ROXICET 5MG ROX             C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 1 | 6 | 500.00% |
| 139356 METHYLPHENIDATE 10MG RG     C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 4 | 9 | 125.00% |
| CUSTOMER#- 003895  KROGER PHARMACY #598 | | | | | | | | | |
| DEA #- AT9477301   380 S ILLINOIS AVENUE | | | | | | | | | |
| * = BROKERAGE ITEM  OAK RIDGE     TN 37830 | | | | | | | | | |
| 125921 DEXEDRINE TAB 5MG 100S SKF  C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 3 | 21 | 600.00% |
| 139356 METHYLPHENIDATE 10MG RG     C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 5 | 22 | 340.00% |
| CUSTOMER#- 003902  KROGER PHARMACY #875 | | | | | | | | | |
| DEA #- BK0812734   801 MEMORIAL BLVD | | | | | | | | | |
| * = BROKERAGE ITEM  SPRINGFIELD   TN 37172 | | | | | | | | | |
| 220300 APAP W/OXYCOD 5MG RG        C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 133.33% |

Bill Mason - MIS Dublin

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH SWE 019286

CAH_MDL_PRIORPROD_DEA07_01384149