UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED EXHIBIT ATTACHED TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE SETH WHITELAW'S OPINIONS AND PROPOSED TESTIMONY

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted exhibit.  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted.  In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even if not previously redacted) and the unredacted exhibit listed below.  Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents attached hereto, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Exclude Seth Whitelaw (PD6) | | 2221 | No | None now |
| McKesson Report:  Overview of McKesson's Controlled Substance Monitoring Program<br>MCKMDL00336304 | 3 | 2225-2 | Under seal | None now |

Dated: December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
Plaintiffs' Co-Lead Counsel

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER

        1001 Lakeside Avenue East, Suite 1700  
        Cleveland, OH 44114  
        (216) 696-3232  
        (216) 696-3924 (Fax)  
        pweinberger@spanglaw.com  
        Plaintiffs' Co-Liaison Counsel  

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

        /s/   *Anthony D. Irpino*  
        Anthony D. Irpino