PD6 Exh 3

**MCKESSON**

# *Overview of McKesson's Controlled Substance Monitoring Program*

**McKesson U.S. Pharmaceutical Regulatory Affairs**

**Drew Schwichow, Director of Regulatory Affairs**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000351
MCKMDL00336304

# Agenda

✓ **Overview of McKesson's Controlled Substance Monitoring Program (CSMP)**

    ✓ **Definition of an Effective Compliance Program**

    ✓ **Governance & Oversight**

    ✓ **Policies / Procedures / Guidance Documents**

    ✓ **Key Enhancements**

    ✓ **Regulatory Affairs Subject Matter Expertise**

✓ **CSMP Due Diligence Process**

    ✓ **CSMP Onboarding & Threshold Due Diligence**

    ✓ **Ongoing Customer Monitoring**

✓ **McKesson's Customer Education & Public Policy Efforts**

2

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000352
MCKMDL00336305

# Agenda

- ✓ **New Customer On-Boarding**

  - ✓ **Definition of DEA Registrations for Customers**

  - ✓ **Necessary Documents**

  - ✓ **Proper Completion of Documents**

- ✓ **Threshold Change Request - TCR**

  - ✓ **Necessary Documents**

  - ✓ **Proper Completion of Documents**

- ✓ **Submitting TCR & New Customer On-Board Requests**

- ✓ **Doing Your Part**

- ✓ **Questions**

3

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000353
MCKMDL00336306



**M<sup>c</sup>KESSON**

*Overview of McKesson's U.S. Pharmaceutical Controlled Substance Monitoring Program*

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000354
MCKMDL00336307

# Why do we have a CSMP?



The prescription drug abuse epidemic

Our regulatory responsibilities

Significant consequences for non-compliance

McKesson Corporation – Privileged and Confidential

McKESSON

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000355
MCKMDL00336308

# These Responsibilities Apply to Everyone

- Manufacturers, wholesalers, pharmacies and physicians all have a role in addressing prescription drug abuse

- The regulations reflect these comprehensive responsibilities

- Our own customers, as pharmacists, are considered the "last line of defense"



**DISTRIBUTORS**
Suspicious Order Monitoring

Effective Controls Against Diversion

**MANUFACTURERS**
Suspicious Order Monitoring

Effective Controls Against Diversion

**PHARMACISTS**
Corresponding Responsibility

**PROVIDERS**
Legitimate Medical Need

McKESSON

6

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000356
MCKMDL00336309

# The Definition of an Effective Compliance Program

The Federal government defined the elements of an effective compliance program in the Federal Sentencing Guidelines in the 1990s.



7

**MCKESSON**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000357
MCKMDL00336310

# National Controlled Substance Governing Committee

Committee is authorized to oversee U.S. Pharma's compliance with controlled substance regulations

<u>U.S. Pharma Committee Members</u>
– President (Chair)
– Senior Vice President, Regulatory Affairs and Compliance
– Senior Vice President, Distribution Operations
– Senior Vice President and Chief Operating Officer
– Senior Vice President, Retail National Accounts
– Senior Vice President, Chief Financial Officer
– Senior Vice President, Human Resources
– Assistant General Counsel, McKesson Law Department
– Senior Director, Internal Audit

8

**MCKESSON**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000358
MCKMDL00336311

# CSMP Regulatory Operating Committee

Overall responsibility for:

❑ Program-based decisions regarding CSMP

❑ Implementation and execution of CSMP enhancements

❑ Hiring and onboarding of the Regulatory Affairs Team

❑ Supporting the technology and work needs of the Regulatory Affairs Team

Committee Members:

Sr. Vice President, Regulatory Affairs & Compliance (Chair)

Sr. Director Regulatory Affairs, East

Sr. Director Regulatory Affairs, West

Sr. Director Regulatory Affairs, Retail National Accounts

Sr. Director, Statistics and Analytics

Senior Legal Counsel, McKesson Law Department

9

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000359
MCKMDL00336312

# Regulatory Affairs Mission Statement & Operating Principles

U.S. Pharma Controlled Substance Monitoring Program

## Mission Statement

Our mission is to manage U.S. Pharma's Controlled Substance Monitoring Program as a nationwide regulatory compliance program that is informed by diversion trends and our customers. Through our program, we strive to strengthen the understanding of the prescription drug abuse epidemic across the industry with dialogue and collaboration.

**MCKESSON**

U.S. Pharma Controlled Substance Monitoring Program

## Operating Principles

As we continue to design our program, we will adhere to the following operating principles:

- **Risk-based** — Comprehensively covers all controlled substances and all customers, while driving the greatest focus on those presenting a higher risk of diversion.

- **Uniform** — Generates consistent execution against nationwide standards and requirements.

- **Sustainable** — Achievable over the long term.

- **Contemporary** — Refreshed on an ongoing basis to address current diversion trends, while reflecting the legitimate business models of our customers as they evolve.

- **Defined** — Meets regulations as they are applicable to wholesalers. Other registered entities in the supply chain have their own independent responsibility to achieve compliance.

**MCKESSON**

**MCKESSON**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000360
MCKMDL00336313

# CSMP Policies and Procedures
## Guidance Documents – Sustainable and Uniform Program





11

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000361
MCKMDL00336314

# Key Enhancements

## Refocus and Redouble Our Efforts – Best-in-Class Program

✓ Strengthened our internal oversight and reporting structure

✓ Reinforced our Customer Due Diligence process

✓ Implemented an advanced customer threshold methodology to identify suspicious orders

✓ Enhanced our data and analytics with advanced technologies to closely monitor our customers

✓ Increased our internal review process

✓ Provide our employees with current and relevant training to improve their effectiveness

✓ Increased our customer education and awareness efforts

12

McKesson Corporation – Privileged and Confidential

**McKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000362
MCKMDL00336315

# Regulatory Affairs Team

Increased staffing with an array of subject-matter expertise

❑ More than 240 years in cumulative DEA enforcement experience

❑ <u>Diverse range of highly relevant experience</u>:
  - ✓ Federal and state diversion investigators
  - ✓ Retail pharmacy
  - ✓ Pharmaceutical manufacturers
  - ✓ Pharmacists
  - ✓ McKesson sales and operations
  - ✓ Data analytics
  - ✓ Legal and regulatory compliance professionals

13

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000363
MCKMDL00336316



CSMP
Due Diligence

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000364
MCKMDL00336317

# CSMP Design – Ongoing Due Diligence
## Not a One-and-Done Process



McKesson Corporation – Privileged and Confidential

**McKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000365
MCKMDL00336318

# CSMP Assesses Customers Differently



## Total View of McKesson Customers

| Sales & Ops Perspective | | Regulatory Affairs Perspective |
|---|---|---|
| Brand & Generics | ⬌ | Base Codes (e.g. oxycodone, hydrocodone) |
| Revenue | ⬌ | Dosage Units |
| Sales | ⬌ | Dosage Units Purchased & Dispensed |

**McKESSON**

16

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000366
MCKMDL00336319

# Comprehensive Onboarding Due Diligence

**Questionnaire**



**Dispensing Data**

**State Licenses**
Pharmacy, Pharmacists, Techs



**Internet Search**
Owners, Pharmacy, Pharmacists, Techs



**Investigative Report**



**Photos**



**DEA Registration**



**OIG Database**
Owners, Pharmacy, Pharmacists, Techs



17

**MCKESSON**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000367
MCKMDL00336320

# General Principles for Threshold Increases



McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000368
MCKMDL00336321

# Threshold Change Request (TCR) Due Diligence

**Updated Questionnaire**



**DEA Registration**



**Internet Search**
Owners, Pharmacy, Pharmacists, Techs



**Investigative Report**



**TCR Form – Page 1**

**State Licenses**
Pharmacy, Pharmacists, Techs

**Purchase Data & Omit History**

**Dispensing Data**



**OIG Database**
Owners, Pharmacy, Pharmacists, Techs



**MTD – Purchase Data**

**TCR Form – Page 2**



**McKESSON**

19

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000369
MCKMDL00336322

# Reactive Due Diligence Trigger Events



Our program is designed to create multiple checks throughout the supply relationship

20

McKesson Corporation – Privileged and Confidential

**MᶜKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000370
MCKMDL00336323

# Proactive Ongoing Customer Monitoring Efforts

### Purchase Data

### Raw Dispensing Data



## Multi-State Database - Sanctions



Time Period: April 2017 to June 2017

DEA# FM1234567 ABC Pharmacy New York, NY

|  | Rx | Controls | Alprazolam | Carisoprod. | Hydrocodo. | Hydro 10mg | Hydromorp. | Methadone | Morphine | Oxycodone | Oxy 30mg | Oxymorph. | Tramadol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg. Monthly Doses | 61,721 | 13,916 | 2,687 | 333 | 704 | 170 | 33 | 733 | 267 | 3,233 | 1,100 |  | 167 |
| Total Doses | 185,164 | 41,953 | 8,060 | 1,000 | 2,111 | 511 | 100 | 2,200 | 800 | 9,700 | 3,300 |  | 500 |
| Avg. % of Rx | 100.0% | 22.7% | 4.4% | 0.5% | 1.1% | 0.3% | 0.1% | 1.2% | 0.4% | 5.2% | 1.8% |  | 0.3% |
| DC Z-Score (% of Rx) |  | 0.6 |  | -0.2 | 0.0 | -0.6 | -0.8 | 0.7 | -0.3 | 0.0 | -0.1 |  | -1.0 |
| State Z-Score (% of Rx) |  | 0.5 |  | 0.0 | -0.2 | -0.7 | -0.8 | 0.7 | -0.2 | 0.2 | 0.0 |  | -1.5 |

Regulatory DC - 8185

|  | Rx | Controls | Alprazolam | Carisoprod. | Hydrocodo. | Hydro 10mg | Hydromorp. | Methadone | Morphine | Oxycodone | Oxy 30mg | Oxymorph. | Tramadol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC # of Registrants | 581 | 574 | 573 | 155 | 428 | 275 | 258 | 297 | 585 | 574 | 335 | 1,41 | 419 |
| DC Mo. Avg. Doses | 78,498 | 10,947 | 1,457 | 461 | 728 | 540 | 305 | 491 | 413 | 3,143 | 1,139 | 2611 | 1,045 |
| DC Avg. % of Rx | 100.0% | 15.4% | 2.0% | 0.6% | 1.1% | 0.9% | 0.7% | 0.7% | 0.6% | 5.2% | 2.0% | 0.2% | 5.4% |

State - NY

|  | Rx | Controls | Alprazolam | Carisoprod. | Hydrocodo. | Hydro 10mg | Hydromorp. | Methadone | Morphine | Oxycodone | Oxy 30mg | Oxymorph. | Tramadol |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State # of Registrants | 448 | 441 | 364 | 116 | 324 | 206 | 213 | 194 | 270 | 388 | 230 | 138 | 209 |
| State Mo. Avg. Doses | 94,932 | 12,181 | 1,557 | 501 | 986 | 1,124 | 338 | 537 | 447 | 3,11 | 1,037 | 197 | 1,163 |
| State Avg. % of Rx | 100.0% | 14.2% | 1.6% | 0.5% | 1.5% | 1.1% | 0.5% | 0.7% | 0.5% | 4.3% | 1.5% | 0.3% | 1.2% |

## 24/7 Google Alerts



## Automated DEA Registration Checks



15

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000371
MCKMDL00336324



McKESSON

*Customer Education*
*&*
*Public Policy Efforts*

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000372
MCKMDL00336325

# Customer Education & Awareness

## *Helping our customers become stronger partners*





*Anti-Diversion Industry Working Group
"Red Flags" Educational Video*



38

**McKESSON**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000373
MCKMDL00336326

# New Customer On-Boarding
# What's Needed?

1. Clinical Trial Customer Questionnaire

   - Must be the currently approved questionnaire

   - Must be fully completed *(no un-answered questions)*

   - Must be accurate

   - DEA Registration: Distributor, Analytical Laboratory, Importer, Exporter

24

McKesson Corporation – Privileged and Confidential

**McKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000374
MCKMDL00336327

# Let's Review the Questionnaire!

McKesson Corporation – Privileged and Confidential

**M<sup>c</sup>KESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000375
MCKMDL00336328

# Threshold Change Request - TCR
## *What's Needed?*

1. TCR Form- *Recent, Accurate, & Complete*

2. Purchase Order– *must be the McKesson PO*

3. Updated Questionnaire – if the current questionnaire on file was completed greater than one year ago

26

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000376
MCKMDL00336329

# Let's Review the TCR!

McKesson Corporation – Privileged and Confidential

**MᶜKESSON**

27

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000377
MCKMDL00336330

# Threshold Change Request Form

*Empowering Healthcare*

***To be completed by:*** *McKesson Sales or Operations*

| | |
|---|---|
| Request Date: | Customer Type:  Clinical Trials |
| Account Name: | Contact Name: |
| Address: | Title: |
| City: | Phone #: |
| McK Contact: | Distribution Center #: |
| Contact Phone: | Account #: |

## Requested Changes

| # | Controlled Substance Requested (item description / DEA base code) | Monthly Dosage Amount Requested (the amount listed below should not include current threshold amount) |
|---|---|---|
| 1 | | +/- Amount: **TOTAL DOSES REQUESTED TO FULFILL THE PO** |

## Licenses (For ISMC and MHS accounts only)

| State | Board of Pharmacy License # | Expiration Date |
|---|---|---|
| State | State controlled substance license (if applicable) | Expiration Date |
| DEA | Registration # | Expiration Date |

28

**MCKESSON**

McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000378
MCKMDL00336331

**Licenses (For ISMC and MHS accounts only)**

| State | Board of Pharmacy License # | Expiration Date |
|---|---|---|
| State | State controlled substance license (if applicable) | Expiration Date |
| DEA | Registration # | Expiration Date |

| Title/Role | Employee Name | License # | Expiration Date |
|---|---|---|---|
| | | | |

**Customer Provided Business Case to Support Increase (Must Be Specific):**

**TCR Submitted By:**

Name/Title:                                        Date:

*This is the section where you will reference the PO, total doses, and description of what the customer told you this increase is for.*

29

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000379
MCKMDL00336332

# TCR
# *What's Needed?*

- Business Case must be detailed supporting why the increase is needed.

- No financial data or information is necessary.

- The business case needs to come from the customer.

30

McKesson Corporation – Privileged and Confidential

**M<sup>c</sup>KESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000380
MCKMDL00336333

# *Submission Process*

- All submissions must have all required documents sent in one email to one of two dedicated mail boxes.

- The Regulatory Affairs Administration team will then forward your request to the appropriate individual to begin the review.

- What distribution center supplies the customer determines which mailbox the submission will go to.

31

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000381
MCKMDL00336334

# *Submission Process*

## For East designated accounts-

- *EastTCRSubmission@mckesson.com*

| Distribution Center # | Distribution Center Name |
|---|---|
| 8110 | Boston |
| 8113 | Buffalo |
| 8176 | Delran |
| 8772 | New Castle |
| 8160 | New York Metro |
| 8155 | Tri States |
| 8191 | Rocky Hill |
| 8120 | Virginia |
| 8148 | Atlanta |
| 8126 | Birmingham |
| 8195 | Lakeland |
| 8149 | Memphis |
| 8132 | Livonia |
| 8164 | Washington Court House |

32

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

# *Submission Process*

For West designated accounts-

- *WestTCRSubmission@mckesson.com*

| Distribution Center # | Distribution Center Name |
|---|---|
| 8115 | Conroe |
| 8165 | OKC |
| 8144 | Chicagoland |
| 8145 | Clear Lake |
| 8183 | St. Louis |
| 8130 | Anchorage |
| 8131 | Denver |
| 8128 | Everett |
| 8138 | Honolulu |
| 8170 | Phoenix |
| 8173 | Portland |
| 8182 | Sacramento |
| 8180 | Salt Lake |
| 8147 | SoCal |

McKesson Corporation – Privileged and Confidential

33

McKESSON

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000383
MCKMDL00336336

# What Will Delay A Request?

1.  Not submitting request through the proper submission mailbox.

2.  Submitting an incomplete package.

3.  Inaccurate documents *(questionnaire/purchase orders)*.

34

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000384
MCKMDL00336337

# Helpful Reminders

- The more lead time you provide us the better chance of getting your deadline met.

- Take the extra time to ensure what you submit is complete and accurate. It will save you time in the long run!

- Let the customer initiate the request. Let the customer determine the threshold increase amount. Let the customer provide the business case.

35

McKesson Corporation – Privileged and Confidential

MCKESSON

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000385
MCKMDL00336338

# *CSMP is a team effort - Doing your part*



McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000386
MCKMDL00336339

# Careful Communication is for Everyone

- Email is forever, will be forwarded and will be misconstrued

- Phone calls can be just as efficient and effective

- Email tips:
    - Stick to the facts
    - Leave out the emotion and storytelling
    - Leave out exclamation points, quotes, all caps

McKesson

37                                    McKesson Corporation – Privileged and Confidential

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000387
MCKMDL00336340

**Example**



McKesson Corporation – Privileged and Confidential

**McKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000388
MCKMDL00336341

Example



McKesson Corporation – Privileged and Confidential

**McKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000389
MCKMDL00336342

# Example



McKesson Corporation – Privileged and Confidential

McKESSON

40

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000390
MCKMDL00336343

# The DEA/DOJ Settlement Agreement
## *There is a 5-year CSMP commitment*

• We must continue what we are doing:

    • Prioritize compliance over sales

    • Maintain independence of Regulatory Affairs and the program

    • Conduct thorough customer reviews and detect red flags

> *Supporting CSMP supports*
> *U.S. Pharma's commitment to full compliance*

41

McKesson Corporation – Privileged and Confidential

**MCKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000391
MCKMDL00336344

# Our CSMP
# is a Team Effort



42
McKesson Corporation – Privileged and Confidential

**McKESSON**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000392
MCKMDL00336345



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000393
MCKMDL00336346