# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY, RICO AND OCPA CLAIMS and RELATED EXHIBITS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (with less redactions) and less redacted or unredacted exhibits attached hereto. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being re-filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims (PSJ3) | | 2182 | Yes | Fewer |
| Draft Speech - Purdue Pharma Mark's Speech - 1/10/2000<br>PDD8801201589 | 26 | Omitted in error in previous filing | n/a | None now |

| Document | | | | |
|---|---|---|---|---|
| Memorandum - Global Controlled Substance Compliance Procedure, Identification and Review of Peculiar Orders, Originator: Karen Harper, October 29, 2010<br><br>MNK-T1_0000264260 | 298 | 2350-91 | Yes | None now |
| Email - FINAL McKesson White Paper on Opioid Abuse - McKesson to Endo, Purdue & MNK, July 19, 2017<br><br>MCKMDL00667620 | 317 | 2350-110 | Under seal | None now |
| Cardinal Health/Endo - Confidentiality and Restricted Use Agreement dated 1/16/2014<br><br>ENDO_HSGAC_0012601 | 330 | 2350-123 | Yes | None now |
| HDMA Document - Crisis Protocol, Scenario Planning and Messaging<br><br>HDA_MDL_000087762 | 355 | 2357-20 | Temporarily sealed | Fewer |
| HDMA Staff Performance Appraisal Form 2008, Anita Ducca, January-December 2008<br><br>HDA_MDL_000117158 | 393 | 2357-58 | Temporarily sealed | Fewer |
| HDMA Document - Government & Public Policy Council (GPPC) and Specialty and Biotech Distributors Council (SBDC) Meeting, February 7-8, 2013<br><br>ABDCMDL00284760 | 499 | 2364-54 | Temporarily sealed | Fewer |
| Email - From Nicholas Rausch to Steven Mills, January 21, 2013, Subject: RE: Maximum Allowable Quantity Question<br><br>CAH_MDL2804_00783525 | 570 | 2371-26 | Yes | Fewer |
| Contract - Wholesale Supply Agreement bwn CAH and CVS, July 1, 2009<br><br>CVS-MDLT1-000030817 | 576 | 2371-32 | Yes | None now |
| Contract - Wholesale Supply Agreement bwn CAH and CVS<br><br>CVS-MDLT1-000030892 | 577 | 2371-33 | Yes | None now |

| | | | | |
|---|---|---|---|---|
| CVS Document - Evaluation of Suspicious Orders Monitoring System for CVS/Caremark, by The Drug & Chemical Advisory Group, April 6, 2012<br><br>CVS-MDLT1-000125301 | 578 | 2371-34 | Yes | None now |
| Letter - From CVS to Cardinal Health, January 6, 2011, RE: Cardinal Concerns About CVS #0174, 1136,2732, 2848 and 3639<br><br>CAH_MDL2804_02364440 | 580 | 2371-36 | Yes | None now |
| Email - From Steve Mays to Chris Zimmerman (and others), January 30, 2013, Subject: RE: Question on OMP<br><br>ABDCMDL00285348 | 600 | 2371-56 | Yes | None now |
| Email - From Edward Hazewski to Natasha Polster (and others), April 8, 2014, Subject: Data, Attachment: WAG Orders held.xlsx<br><br>ABDCMDL00282490 | 601 | 2371-57 | Yes | Fewer |
| Email - From Elaine Thomet to Sam Thompson (and others), August 5, 2014, Subject: FW: " Topco Member CSMP Meetings - due by September<br><br>MCKMDL00445881 | 617 | 2371-73 | Under seal | None now |
| Rite Aid Document - Project Initiation for 5046 Suspicious Order Monitoring, October 2, 2013<br><br>Rite_Aid_OMDL_0040184 | 631 | 2371-87 | Yes | Fewer |
| Letter - From BuzzeoPDMA to Robert Brown, Regulatory Compliance, ANDA, November 12, 2015, with enclosure: "Suspicious Order Monitoring Assessment"<br><br>Anda_Opioids_MDL_0000093641 | 639 | 2371-95 | Yes | Fewer |
| Direct Sales v. U.S. Folder (continued from above)<br><br>WMT_MDL_000043712 | 667B | 2371-124 | Yes | None now |

Dated: December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER

>1001 Lakeside Avenue East, Suite 1700
>Cleveland, OH 44114
>(216) 696-3232
>(216) 696-3924 (Fax)
>pweinberger@spanglaw.com
>*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

>/s/  *Anthony D. Irpino*
>Anthony D. Irpino