PSJ3 Exhibit 317

# FINAL McKesson White Paper on Opioid Abuse

From:

peterslone1@gmail.com

To:

Brian Munroe <munroe.brian@endo.com>, Burt Rosen <burt.rosen@pharma.com>, mark.tyndall@malinckrodt.com

Cc:

"Slone, Pete" <pete.slone@mckesson.com>

Date:

Wed, 19 Jul 2017 16:01:55 +0000

Attachments:

FINAL McKesson White Paper on Opioid Abuse.pdf (360.84 kB)

---

Gentlemen,

I have spoken to some of you individually, but thought it timely to reach out to you all to further explore areas for policy collaboration on the opioid issue.

I have attached our McKesson white paper. These incremental, pragmatic and actionable proposals are the work product of a very senior level McKesson Task Force. With expertise and insight from our foothold in every segment of the health care delivery system, we wanted to work to advance some familiar and some innovative ideas to truly address the crisis. We are socializing these proposals with policy influencers and have found great receptivity. I suspect you will find some of these quite familiar and some that have found their way into state legislation. I would love to be able to provide deeper insight into some of these ideas, compare notes, and see where we might collaborate.

One proposal in particular that I wanted to brief you on further is the NCPDP model for a **Patient Safety Network.** It holds great promise in catalyzing State PDMPs and provides an in workflow solution for prescribers and dispensers focused on the less than ten percent truly "at risk" patients. Working with NCPDP, our Relay Health Pharmacy business has devised a sensible solution that will increase utilization and real-time interoperability of state PDMPs and provide data vital to intercepting at risk patients earlier in the care continuum or before diversion has occurred. I know some of your companies have been involved in development of this solution and even have participated in some coalition meetings.

**I have the real experts from both groups in DC later this week and would love to come by or host a group briefing for you and others as you think appropriate to include. Would you have times available Thursday or Friday?**

As we explore ways to collaborate on the opioid issue, I think it would be helpful to also learn more about your ongoing work to see where we can partner.

Many thanks.

Pete Slone
Pete.slone@mckesson.com
202-744-3959 cell

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                              MCKMDL00667620