PSJ3

Exhibit 580



January 6, 2011

**<u>E-Mail and Express Mail</u>**

Paul Farley, Vice President
National Accounts
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017

RE: **Cardinal Concerns About CVS # 0174, 1136, 2732, 2848 and 3639**

Dear Paul:

CVS Caremark appreciates you meeting with us on December 2, 2010, and sharing your concerns about controlled substance purchases by several CVS pharmacies.

Since our meeting, CVS has undertaken actions to address your concerns about those specific pharmacies and to address suspicious ordering and dispensing generally. CVS has distributed guidelines that reinforce the company's position that pharmacists use their professional judgment when determining whether to fill prescriptions. The guidelines identify inappropriate prescription-seeking behavior and advise pharmacists how to minimize risk of dispensing for other than legitimate prescriptions.

CVS representatives also met with Drug Enforcement Administration and Florida Department of Health investigators regarding dispensing issues in Florida.

Teams of CVS Pharmacy Supervisors and Regional Loss Prevention Managers visited the following Florida pharmacies: CVS # 0174 (Daytona Beach), CVS # 1136 (Homestead), CVS # 2732 (Hollywood), CVS # 2848 (Pompano Beach) and CVS # 3639 (Bushnell). The teams interviewed pharmacy staff, reviewed controlled substance ordering, receiving and dispensing procedures, controlled substance records and reports, and security. The teams also audited certain drugs.

The teams found no evidence of controlled substance diversion or significant losses. CVS is confident that pharmacists and their staffs at these pharmacies understand how to minimize the risk of dispensing controlled substances, particularly opioids for pain management, for non-legitimate purposes.

CONFIDENTIAL
CAH_MDL2804_02364440

CVS is comfortable with Cardinal continuing to ship controlled substances to these pharmacies and look forward to continuing to work with you to address matters of mutual concern. Please let me know if you still have concerns about these pharmacies or if you have concerns about others.

Sincerely,

Brian E. Whalen
Director, Pharmacy Merchandising

cc: Michael A. Mone – Cardinal Health
Karen O. Gibbs – CVS Caremark
Larry K. Houck – CVS Caremark

CONFIDENTIAL

CAH_MDL2804_02364441

# Anti-Diversion Early Dialogue Profile

**REVIEWED** By Christopher J. Forst at 9:14 am, Oct 27, 2010

**EAST**

**BF7368308    HOLIDAY CVS, L.L.C.**

## DEA LICENSE INFORMATION
| Field | Value |
|---|---|
| DEA Number: | BF7368308 |
| Business Activity Code: | A  3  CHAIN PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20101231 |

## CUSTOMER INFORMATION
HOLIDAY CVS, L.L.C.           DBA: CVS/PHARMACY # 02848
2036 E. ATLANTIC BLVD.
POMPANO BEACH          FL    33060    9547816785    9547816785

| Field | Value |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY           CVS |
| First Cardinal Account Created: | 1/1/2001 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE
*The below metrics are aggregated based on the previous 12 months sales figures*

| Metric | Value | Drug | Units |
|---|---|---|---|
| # of Drug Families Purchased: | 45 | Hydrocodone | 4,585 |
| Total Rx Sales ($): | $1,323,896.94 | Oxycodone | 535,910 |
| Control Substance (CS) Sales ($): | $439,920.17 | Alprazolam | 3,380 |
| Rx Dosage Units Sold | 1,072,389 | Phentermine | 600 |
| CS Dosage Units Sold: | 633,018 | Carisoprodol | 590 |
| % CS Purchases | 59.03% | Tramadol | 1960 |
| % AHOP CS Purchases | 86.01% | | |
| # of SOM Events (Family) | 3 | | |
| Recent SOM Event (Family) | 9/30/2010 | | |

## EARLY DIALOGUE INFORMATION
| Field | Value | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| Allocated Accrual: | 47,700 | Reviewed, no change. |
| Threshold Limit: | 53,500 | |
| % of Limit: | 89 | |
| Previous Month Max: | | |
| % Variance (Max): | | |

## HISTORICAL PURCHASE DATA
| Month | Value | Month | Value |
|---|---|---|---|
| Oct 09 | 39,740 | Apr 10 | 36,110 |
| Nov 09 | 47,200 | May 10 | 46,050 |
| Dec 09 | 55,300 | Jun 10 | 50,510 |
| Jan 10 | 35,500 | Jul 10 | 54,620 |
| Feb 10 | 31,500 | Aug 10 | 43,520 |
| Mar 10 | 33,460 | Sep 10 | 62,400 |

## DISTRACK INFORMATION
K02    LK
11    BF7368308    9143

## REGIONAL DEMOGRAPHICS
| Field | Value | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | BROWARD | 1,623,018 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 33,389 | $34,060.00 | 36.10 |

## REVIEW CHECKLIST
- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION
- Increase SOM Limits
- Decrease SOM Limits
- QRA Site Visit
- Sales Site Visit



**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

10/27/2010 8:46:52 AM

CONFIDENTIAL                                    CAH_MDL2804_02364442

## Rausch, Nicholas

**From:** Saul, Amy
**Sent:** Monday, January 19, 2009 2:00 PM
**To:** Rausch, Nicholas; Dunham, Jennifer
**Cc:** Rymiszewski, Phil; Farley, Paul; Mone, Michael
**Subject:** RE: CVS Store for Review

Nick,
I just spoke to the pharmacist who submits C2 orders. He states there was a new pain clinic that opened a few blocks away. He is not sure when it opened. It is called Atlantic Medical Solutions (?) and he believes it is in the 900 block of North Federal Highway.

**Amy Saul**
Cardinal Health
Dublin, OH
National Accounts Retail
Phone 614-757-6554
Fax 614-553-5544

---

**From:** Rausch, Nicholas
**Sent:** Monday, January 19, 2009 9:44 AM
**To:** Dunham, Jennifer
**Cc:** Rymiszewski, Phil; Farley, Paul; Mone, Michael; Saul, Amy
**Subject:** RE: CVS Store for Review

Jennifer,

One additional item to note is that the store's purchases of Oxycodone products changed in June of 2008. Could you please find out what happened?

Thanks!

Nick

---

**From:** Rausch, Nicholas
**Sent:** Monday, January 19, 2009 9:29 AM
**To:** Dunham, Jennifer
**Cc:** Rymiszewski, Phil; Farley, Paul; Mone, Michael; Saul, Amy
**Subject:** CVS Store for Review

Jennifer,

Our DC personnel identified an order placed by a CVS store for Oxycodone products that warranted additional review. Specifically, CVS 02848 (DEA BF7368308) located in Pompano Beach, FL ordered 60 bottles of 100 count OXYCODONE HCL (NDC 00406853001). Although the quantity ordered did not create a threshold limit, the number of bottles ordered of this specific product varies from the store's normal purchase pattern.

We have reviewed this order here at Corporate and have determined that the store's purchases of Oxycodone products warrant additional review. Could you please reach out to CVS and ask that they review the Oxycodone purchases made by this store and let us know if: 1) the order was made in error; and/or 2) if their have been substantial utilization changes at the store?

Thanks!

Nicholas Rausch
Manager, Regulatory Management
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017
614-757-3148 tel
614-652-8781 fax

### Rausch, Nicholas

| | |
|---|---|
| **From:** | Saul, Amy |
| **Sent:** | Monday, January 19, 2009 2:00 PM |
| **To:** | Rausch, Nicholas; Dunham, Jennifer |
| **Cc:** | Rymiszewski, Phil; Farley, Paul; Mone, Michael |
| **Subject:** | RE: CVS Store for Review |

Nick,
I just spoke to the pharmacist who submits C2 orders. He states there was a new pain clinic that opened a few blocks away. He is not sure when it opened. It is called Atlantic Medical Solutions (?) and he believes it is in the 900 block of North Federal Highway.

**Amy Saul**
Cardinal Health
Dublin, OH
National Accounts Retail
Phone 614-757-6554
Fax 614-553-5544

---

**From:** Rausch, Nicholas
**Sent:** Monday, January 19, 2009 9:44 AM
**To:** Dunham, Jennifer
**Cc:** Rymiszewski, Phil; Farley, Paul; Mone, Michael; Saul, Amy
**Subject:** RE: CVS Store for Review

Jennifer,

One additional item to note is that the store's purchases of Oxycodone products changed in June of 2008. Could you please find out what happened?

Thanks!

Nick

---

**From:** Rausch, Nicholas
**Sent:** Monday, January 19, 2009 9:29 AM
**To:** Dunham, Jennifer
**Cc:** Rymiszewski, Phil; Farley, Paul; Mone, Michael; Saul, Amy
**Subject:** CVS Store for Review

Jennifer,

Our DC personnel identified an order placed by a CVS store for Oxycodone products that warranted additional review. Specifically, CVS 02848 (DEA BF7368308) located in Pompano Beach, FL ordered 60 bottles of 100 count OXYCODONE HCL (NDC 00406853001). Although the quantity ordered did not create a threshold limit, the number of bottles ordered of this specific product varies from the store's normal purchase pattern.

We have reviewed this order here at Corporate and have determined that the store's purchases of Oxycodone products warrant additional review. Could you please reach out to CVS and ask that they review the Oxycodone purchases made by this store and let us know if: 1) the order was made in error; and/or 2) if their have been substantial utilization changes at the store?

CONFIDENTIAL                                                                                                        CAH_MDL2804_02364445

Thanks!

Nicholas Rausch
Manager, Regulatory Management
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017
614-757-3148 tel
614-652-8781 fax

CONFIDENTIAL                                                                                            CAH_MDL2804_02364446

# Rausch, Nicholas

| | |
|---|---|
| **From:** | GMB-QRA-Anti-Diversion |
| **Sent:** | Friday, January 16, 2009 11:29 AM |
| **To:** | Mone, Michael; Forst, Christopher; Rausch, Nicholas |
| **Subject:** | FW: Order of Interest BF7368308 |
| **Importance:** | High |

**From:** Kurtz, Bob
**Sent:** Thursday, January 15, 2009 5:49 PM
**To:** Butler, Joyce; Simmons, Pam; GMB-QRA-Anti-Diversion
**Subject:** Order of Interest BF7368308
**Importance:** High

Customer # 024829 ordered a quantity of 60 of item # 3591377.  This would have exceeded their previous months total by 18 bottles of 100.

Considering it is only the 15th of the month, I reduced the quantity of the ordered item by 24.

*Bob Kurtz*
Operations Supervisor
Lakeland Division-HSCS
863-686-3784 x7404

CONFIDENTIAL                                                                                                   CAH_MDL2804_02364447

# Anti-Diversion Early Dialogue Profile

**REVIEWED**
By Christopher J. Forst at 11:16 am, May 27, 2010

EAST

**BF7368308**  HOLIDAY CVS, L.L.C.

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BF7368308 |
| Business Activity Code: | A  3  CHAIN PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20101231 |

## CUSTOMER INFORMATION

HOLIDAY CVS, L.L.C.   DBA: CVS/PHARMACY # 02848
2036 E. ATLANTIC BLVD.
POMPANO BEACH    FL    33060    9547816785    9547816785

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY    CVS |
| First Cardinal Account Created: | 12/7/2007 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 51 | Hydrocodone | 5,280 |
| Total Rx Sales ($): | $1,239,079.44 | Oxycodone | 496,490 |
| Control Substance (CS) Sales ($): | $440,168.79 | Alprazolam | 4,100 |
| Rx Dosage Units Sold | 985,594 | Phentermine | 700 |
| CS Dosage Units Sold: | 585,107 | Carisoprodol | 600 |
| % CS Purchases | 59.00% | Tramadol | 1720 |
| % AHOP CS Purchases | 51.00% | | |
| # of SOM Events (Family) | 1 | | |
| Recent SOM Event (Family) | 8/27/2009 | | |

## EARLY DIALOGUE INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| Allocated Accrual: | 46,050 | Reviewed, no change. |
| Threshold Limit: | 53,500 | |
| % of Limit: | 86 | |
| Previous Month Max: | | |
| % Variance (Max): | | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| May 09 | 31,500 | Nov 09 | 47,200 |
| Jun 09 | 40,400 | Dec 09 | 55,300 |
| Jul 09 | 43,100 | Jan 10 | 35,500 |
| Aug 09 | 54,200 | Feb 10 | 31,500 |
| Sep 09 | 48,480 | Mar 10 | 33,460 |
| Oct 09 | 39,740 | Apr 10 | 36,110 |

## DISTRACK INFORMATION

| K02 | LK | |
|---|---|---|
| 11 | BF7368308 | 9143 |

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | BROWARD | 1,623,018 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 33,389 | $34,060.00 | 36.10 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Increase SOM Limits
- Decrease SOM Limits
- QRA Site Visit
- Sales Site Visit


CardinalHealth

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

5/26/2010 9:51:02 AM

CONFIDENTIAL    CAH_MDL2804_02364448

# Anti-Diversion Customer Profile

**REVIEWED**
By Christopher J. Forst at 9:58 am, Aug 28, 2009

**BF7368308    HOLIDAY CVS, L.L.C.**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BF7368308 |
| Business Activity Code: | A  3    CHAIN PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20101231 |

## CUSTOMER INFORMATION

HOLIDAY CVS, L.L.C.    DBA: CVS/PHARMACY # 02848
2036 E. ATLANTIC BLVD.
POMPANO BEACH    FL    33060

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY    CVS |
| First Cardinal Account Created: | 12/7/2007 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

The below metrics are aggregated based on the previous 12 months sales figures

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 44 | Hydrocodone | 5,955 |
| Total Rx Sales ($): | $1,229,347.96 | Oxyocodone | 403,620 |
| Control Substance (CS) Sales ($): | $429,585.79 | Alprazolam | 3,920 |
| Rx Dosage Units Sold: | 923,514 | Phentermine | 500 |
| CS Dosage Units Sold: | 493,359 | Carisoprodol | 200 |
| % CS Purchases | 53.42% | Tramadol | 1150 |
| % AHOP CS Purchases | 44.83% | | |
| Total # of SOM Events: | 1 | | |
| Most Recent SOM: | | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| # of Events: | 1 | Not unreasonable, no threshold change. |
| Overage date: | 8/27/2009 | |
| Total Accrual: | 54,200 | |
| Monthly Limit: | 53,500 | |
| Order#: | 7497083 | |
| Item#: | 2409266 | |

## HISTORICAL PURCHASE DATA

| | | | | |
|---|---|---|---|---|
| Aug 08 | 35,250 | Feb 09 | 36,500 |
| Sep 08 | 23,640 | Mar 09 | 16,990 |
| Oct 08 | 25,950 | Apr 09 | 41,900 |
| Nov 08 | 29,730 | May 09 | 31,500 |
| Dec 08 | 39,860 | Jun 09 | 40,400 |
| Jan 09 | 38,800 | Jul 09 | 43,100 |

## DISTRACK INFORMATION

| K02 | LK | 24829 |
|---|---|---|
| 11 | BF7368308 | 9143 |

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | BROWARD | 1,623,018 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 33,389 | $34,060.00 | 36.10 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

---

**CardinalHealth**

**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

8/28/2009 8:26:50 AM

# Anti-Diversion Customer Profile

**REVIEWED** By Christopher J. Forst at 11:36 am, Sep 01, 2010

EAST

**BF7368308  HOLIDAY CVS, L.L.C.**

## DEA LICENSE INFORMATION

| Field | Value |
|---|---|
| DEA Number: | BF7368308 |
| Business Activity Code: | A  3  CHAIN PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20101231 |

## CUSTOMER INFORMATION

HOLIDAY CVS, L.L.C.   DBA: CVS/PHARMACY # 02848
2036 E. ATLANTIC BLVD.
POMPANO BEACH   FL   33060   9547816785   9547816785

| Field | Value |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY    CVS |
| First Cardinal Account Created: | 1/1/2001 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| Metric | Value | Drug | Units |
|---|---|---|---|
| # of Drug Families Purchased: | 51 | Hydrocodone | 4,685 |
| Total Rx Sales ($): | $1,288,049.28 | Oxyocodone | 532,670 |
| Control Substance (CS) Sales ($): | $453,764.88 | Alprazolam | 3,180 |
| Rx Dosage Units Sold: | 1,039,275 | Phentermine | 500 |
| CS Dosage Units Sold: | 624,912 | Carisoprodol | 590 |
| % CS Purchases | 60.13% | Tramadol | 2360 |
| % AHOP CS Purchases | 86.58% | | |
| Total # of SOM Events: | 2 | | |
| Most Recent SOM: | 8/27/2009 | | |

## SOM EVENT SPECIFIC INFORMATION

| Field | Value |
|---|---|
| Drug Family: | 9143   OXYCODONE HYDROCHLORIDE |
| # of Events: | 2 |
| Overage date: | 8/31/2010 |
| Total Accrual: | 56,120 |
| Monthly Limit: | 53,500 |
| Order#: | 1705800 |
| Item#: | 3526621 |

Not unreasonable end-of-month order, order released, no threshold adjustment.

## HISTORICAL PURCHASE DATA

| Month | Value | Month | Value |
|---|---|---|---|
| Aug 09 | 54,200 | Feb 10 | 31,500 |
| Sep 09 | 48,480 | Mar 10 | 33,460 |
| Oct 09 | 39,740 | Apr 10 | 36,110 |
| Nov 09 | 47,200 | May 10 | 46,050 |
| Dec 09 | 55,300 | Jun 10 | 50,510 |
| Jan 10 | 35,500 | Jul 10 | 54,620 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| K02 | LK | 24829 |
| 11 | BF7368308 | 9143 |

## REGIONAL DEMOGRAPHICS

| Field | Value | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | BROWARD | 1,623,018 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 33,389 | $34,060.00 | 36.10 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit


CardinalHealth

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

9/1/2010 8:04:23 AM

CONFIDENTIAL                                                                                           CAH_MDL2804_02364450

# Anti-Diversion Early Dialogue Profile

**REVIEWED** By Christopher J. Forst at 9:46 am, Sep 24, 2010

EAST

**BF7368308    HOLIDAY CVS, L.L.C.**

## DEA LICENSE INFORMATION

| Field | Value |
|---|---|
| DEA Number: | BF7368308 |
| Business Activity Code: | A  3  CHAIN PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20101231 |

## CUSTOMER INFORMATION

HOLIDAY CVS, L.L.C.         DBA: CVS/PHARMACY # 02848
2036 E. ATLANTIC BLVD.
POMPANO BEACH       FL   33060   9547816785   9547816785

| Field | Value |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY    CVS |
| First Cardinal Account Created: | 1/1/2001 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

The below metrics are aggregated based on the previous 12 months sales figures

| Metric | Value | Drug | Units |
|---|---|---|---|
| # of Drug Families Purchased: | 44 | Hydrocodone | 5,385 |
| Total Rx Sales ($): | $1,294,073.00 | Oxycodone | 521,990 |
| Control Substance (CS) Sales ($): | $437,359.24 | Alprazolam | 3,080 |
| Rx Dosage Units Sold | 1,045,601 | Phentermine | 500 |
| CS Dosage Units Sold: | 618,980 | Carisoprodol | 590 |
| % CS Purchases | 59.20% | Tramadol | 2160 |
| % AHOP CS Purchases | 85.78% | | |
| # of SOM Events (Family) | 2 | | |
| Recent SOM Event (Family) | 8/31/2010 | | |

## EARLY DIALOGUE INFORMATION

| Field | Value | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| Allocated Accrual: | 43,900 | Reviewed, no change. |
| Threshold Limit: | 53,500 | |
| % of Limit: | 82 | |
| Previous Month Max: | | |
| % Variance (Max): | | |

## HISTORICAL PURCHASE DATA

| Month | Value | Month | Value |
|---|---|---|---|
| Sep 09 | 48,480 | Mar 10 | 33,460 |
| Oct 09 | 39,740 | Apr 10 | 36,110 |
| Nov 09 | 47,200 | May 10 | 46,050 |
| Dec 09 | 55,300 | Jun 10 | 50,510 |
| Jan 10 | 35,500 | Jul 10 | 54,620 |
| Feb 10 | 31,500 | Aug 10 | 43,520 |

## DISTRACK INFORMATION

K02    LK
11    BF7368308    9143

## REGIONAL DEMOGRAPHICS

| Field | Value | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | BROWARD | 1,623,018 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 33,389 | $34,060.00 | 36.10 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Increase SOM Limits
- Decrease SOM Limits
- QRA Site Visit
- Sales Site Visit

# Anti-Diversion Customer Profile

**REVIEWED** By Christopher J. Forst at 3:33 pm, Oct 13, 2010

EAST

**BF7368308    HOLIDAY CVS, L.L.C.**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BF7368308 |
| Business Activity Code: | A  3   CHAIN PHARMACY |
| DEA Schedules: | 2 2N 3 3N 4 5 |
| License Expiration Date: | 20101231 |

## CUSTOMER INFORMATION

| | |
|---|---|
| HOLIDAY CVS, L.L.C. | DBA: CVS/PHARMACY # 02848 |
| 2036 E. ATLANTIC BLVD. | |
| POMPANO BEACH    FL   33060   9547816785   9547816785 | |
| Dominant Accounting Class: | CHAIN PHARMACY    CVS |
| First Cardinal Account Created: | 1/1/2001 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 44 | Hydrocodone | 5,385 |
| Total Rx Sales ($): | $1,294,073.00 | Oxyocodone | 521,990 |
| Control Substance (CS) Sales ($): | $437,359.24 | Alprazolam | 3,080 |
| Rx Dosage Units Sold: | 1,045,601 | Phentermine | 500 |
| CS Dosage Units Sold: | 618,980 | Carisoprodol | 590 |
| % CS Purchases | 59.20% | Tramadol | 2160 |
| % AHOP CS Purchases | 85.78% | | |
| Total # of SOM Events: | 3 | | |
| Most Recent SOM: | 8/31/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| # of Events: | 3 | Not unreasonable end-of-month order. Order released. No threshold change. |
| Overage date: | 9/30/2010 | |
| Total Accrual: | 57,300 | |
| Monthly Limit: | 53,500 | |
| Order#: | 1959367 | |
| Item#: | 3591377 | |

## HISTORICAL PURCHASE DATA

| | | | | |
|---|---|---|---|---|
| Sep 09 | 48,480 | Mar 10 | 33,460 |
| Oct 09 | 39,740 | Apr 10 | 36,110 |
| Nov 09 | 47,200 | May 10 | 46,050 |
| Dec 09 | 55,300 | Jun 10 | 50,510 |
| Jan 10 | 35,500 | Jul 10 | 54,620 |
| Feb 10 | 31,500 | Aug 10 | 43,520 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| K02 | LK | 24829 |
| 11 | BF7368308 | 9143 |

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | BROWARD | 1,623,018 |
| Population of Zip | Income / Household | Median Age |
| 33,389 | $34,060.00 | 36.10 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit


CardinalHealth

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

10/1/2010 7:56:32 AM

CONFIDENTIAL                                                                                              CAH_MDL2804_02364452