# PSJ3

# Exhibit 617

| | |
|---|---|
| **From**: | Thomet, Elaine [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=ELAINE THOMET] |
| **Sent**: | 8/5/2014 8:56:21 PM |
| **To**: | Thompson, Sam [sam.thompson@mckesson.com]; Jefferies, Dan [dan.jefferies@mckesson.com]; Hartle, Nate [nate.hartle@mckesson.com] |
| **Subject**: | FW: Topco Member CSMP Meetings \| due by September |

FYI on Piggly Wiggly.

**Elaine Thomet** | O: 415.983.9468 | C: 925.250.5528

**From:** Thomet, Elaine
**Sent:** Tuesday, August 05, 2014 12:28 PM
**To:** Melnick, Bobby
**Subject:** RE: Topco Member CSMP Meetings | due by September

Well it's coming from Topco HQ and McKesson Regulatory compliance so stay on him.

Thanks,

**Elaine Thomet** | O: 415.983.9468 | C: 925.250.5528

**From:** Melnick, Bobby
**Sent:** Tuesday, August 05, 2014 12:27 PM
**To:** Thomet, Elaine
**Subject:** Re: Topco Member CSMP Meetings | due by September

I called him and e-mailed him....no response

Bobby Melnick

VPS-Atlanta

Cell: 478 397 2342

Sent from I-Phone

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

On Aug 5, 2014, at 3:12 PM, "Thomet, Elaine" <Elaine.Thomet@McKesson.com> wrote:

Hi Bobby,

Just checking in.  Did you have a conversation with Piggly Wiggly, did they get this request?

Thanks,

**Elaine Thomet** | O: 415.983.9468 | C: 925.250.5528

**From:** Thomet, Elaine
**Sent:** Friday, July 25, 2014 10:03 AM
**To:** Melnick, Bobby
**Subject:** FW: Topco Member CSMP Meetings | due by September

You can send the customer the **Script Data file Request** form.  The rest is for your information only and not to be forwarded.

Let him know the data we want is for April through June, so it aligns with our last quarter.  Once we get his data then we'll work on scheduling the call with Nate Hartle our new Sr. DRA.

We just need to get all the Topco member calls completed by September.  Topco HQ is fully aware and will likely participate on the call.

Thanks Bobby! Let me know if you have any questions.

**Elaine Thomet** | O: 415.983.9468 | C: 925.250.5528

**From:** Thomet, Elaine
**Sent:** Thursday, July 17, 2014 2:18 PM
**To:** Graziano, David; Secrest, Larry; Melnick, Bobby
**Cc:** Joslyn, Denise; Miller, Amanda K; Fargo, Rhonda; Hartle, Nathan

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Subject:** Topco Member CSMP Meetings | due by September

Hi Team,

As the execs listed for the 4 Topco members at the bottom of this email, I'm reaching out to you to assist us with scheduling a call to review CSMP with each of these customers.  This will require asking them to send us 3 months' dispense data, using the attached form that describes the requirements.  I provided some add'l info below to help you start the regulatory discussions with your contacts, if you haven't already.  I also attached a sample email you can cut and paste from when you're ready to send them the request.  I will be the one to coordinate the call schedule when you're ready, as I have Nate's availability blocked out for all the RNA HQ calls.  If you haven't been introduced yet, Nate is a new addition to the Regulatory team and is the Sr. DRA for RNA, managing these calls; whereas Don Walker was leading the RNA calls previously.  I'll give you each a call within the next couple days to see if you have any questions but feel free to give me a shout if you have any questions or concerns in the meantime.

**This information is intended for verbal discussions only; do NOT share this email with customers in written form.**

THE CALL / WEB-EX

    Due to the nature of centralized management within chains, RNA has the ability to partner with our chain customers to act somewhat as our proxy in regards to regulatory oversight of their stores.  Unlike the ISMC world, this allows us to avoid the need to interview and visit all 16K RNA stores individually every 1- 3 years, as we are able to interview the main customer authorities with regulatory oversight for their stores.  These are the participants needed for the call; customer attendees are also detailed on the sample email template attached.  From McKesson, it will be yourselves, Nate, me and your RNA account manager.  Some Topco HQ members may also choose to participate at their option, though your RNA account manager will coordinate with Topco HQ.

    Once the time and date are confirmed, you will set up the 90 minute call in Outlook using your dial-in number (for audio portion).  Then later, Nate will send out his Web-Ex link (for video only) and documents for all to use, just prior to the call.  **We need to have these calls completed by September, and I am managing Nate's schedule.   Just let me know when you're ready and I can provide you some dates.**

THE DATA

    We need to ask them to provide 3 months dispense data using the form specifically developed for RNA customers, attached.  That form can be sent to the customer.  The data portion we're looking

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                    MCKMDL00445883

for them to provide is simply: DEA #, Store name and Total Rx doses dispensed by DEA registrant for a 3 month period (excluding liquids, patches, powder, inhalers and non-Rx).   This data which only they can provide simply gives us a better understanding of their pharmacy size and is an important part of our equations when determining "% controls to total Rx" for example.   If we were their sole source provider we could potentially rely on our data alone but often that is not the case with RNA customers, which is why we need them to provide their total dispense data.   **We need the data back 2 weeks prior to the call in order t**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MCKMDL00445884