UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *APPLIES TO ALL CASES* | Case No. 1:17-MD-2804  Hon. Dan. A. Polster |

**NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFFS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS and EXHIBITS**

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even if not previously redacted) and less redacted or unredacted exhibits attached hereto. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Opposition to Defendants' Motions for Partial Summary Judgment on Statute of Limitations Grounds | | 2212 | Yes | None now |
| Email from Dave Gustin to McKesson employees regarding Oxy and Hydro gaps  MCKMDL0050799 | 32 | 2212-33 | Under seal | Fewer |

| | | | | |
|---|---|---|---|---|
| McKesson Document - McKesson's Controlled Substance Monitoring Program, Oxycodone Threshold Reduction Report, February 9, 2015<br><br>MCKMDL00402184 | 34 | 2212-35 | Under seal | Fewer |
| CAH Document - Standard Operating Procedure, Pharmaceutical Distribution, July 18, 2013<br><br>CAH_MDL2804_00012244 | 38 | 2212-39 | Yes | Fewer |
| Internal Report/Notes: Ullrich's response to 'my' PPT SOM Presentation<br><br>CAH_MDL2804_02350970 | 39 | 2212-40 | Yes | None now |
| Email - From Kim Howenstein to Kimberly Anna-Soisson, May 1, 2014, Subject: RE: Adjustments made can you take a quick look<br><br>CAH_MDL2804_00012953 | 40 | 2212-41 | Yes | None now |
| Email - From Emma Douglas to Christopher Forst (and others), April 12, 2013, Subject: RE: Just a Thought<br><br>CAH_MDL2804_00009412 | 41 | 2212-42 | Yes | Fewer |

Dated:	December 17, 2019

Respectfully submitted,

/s/	*Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street

Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino