# PSJ4 SOL Opp Exh 34

MCKESSON

## McKesson's Controlled Substance Monitoring Program
## Oxycodone Threshold Reduction Report

**Date:** February 9th, 2015
**By:** Nate Hartle, Sr. Director of Regulatory Affairs
**RNA Customer Name:** Multiple RNA Customers

**OVERVIEW:**
On this date I Nate Hartle, Sr. Director of Regulatory Affairs made reductions to oxycodone thresholds in the SAP system affecting 2,624 RNA customers. These changes were part of an ongoing review and analysis of thresholds to consistently and programmatically reduce the gap between customer's purchases and their current thresholds. This is being implemented as a short term solution while waiting for AGI to develop more robust statistically driven thresholds. Below is the high level process used for RNA.

**DATA ORGANIZATION:**
All relevant information was gathered and organized in a spreadsheet for review to include the following:
- **Registrant Information** – DEA #, store name and #, chain, location, etc.
- **Current Thresholds** – Current SAP threshold for base code 9143 (oxycodone).
- **Oxycodone Purchases** – Past 12 months of purchases.
- **Previous Threshold Changes** – Any threshold changes for 9143 in the past 6 months including the date and text comments.

**THRESHOLD REVIEW / CALCULATION:**
1. **6 Month Maximum** – The previous six months were reviewed and the maximum month was identified.
2. **New Threshold Amount** – The maximum amount was used along with a buffer of 25% to account for variations by month, and the amount was rounded to the next 1000.
3. **Current Threshold Review** – The new proposed threshold was compared against current thresholds and only registrants identified as being eligible for a reduction were moved to the next stage of review.
4. **Past Threshold Changes** – Threshold changes for the past six months were reviewed and the amount and reason text were pulled into the spreadsheet. Dates and reason texts were reviewed and some registrant reductions were changed due to recent TCR requests and reviews by the DRA.
5. **New Supply Chain Agreements** – Select RNA customers were reviewed and removed from the total process due to recent supply change agreements that will cause purchase information to change over the next months. For example, Price Chopper, Hy-Vee and Wakefern were removed after initial review and will be re-evaluated in 3-6 months.

**AUDIT:**
Once the initial list of registrants was finalized, an audit was performed to pull in January purchase amounts to validate new thresholds and determine if any beginning of month changes may have affected the calculations. Micheal Bishop pulled new January totals on February 3rd and it was determined that 13 registrants had new January totals that were now the 6 months max. These 13 were recalculated and adjusted in the original spreadsheet.

**SAP CHANGES:**
All registrants being reduced were put into a CSV file and uploaded into SAP on February 9th. This included 2,624 customers with a total reduction of approximately 17.1 million doses. All information is located in a folder on the R drive.

McKesson Confidentiality Notice: This report, including any attachments, is for internal use only and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

## APPENDIX/IMAGES:

**Spreadsheet Example**



**SAP Change Validation**



**Reporting Example**

McKesson Confidentiality Notice: This report, including any attachments, is for internal use only and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

**McKESSON**

| Chain Name | # of Registrants | Nov Avg | Dec Avg | Jan Avg | Avg Threshold | # of Registrants | % of Registrants | Total Reduction | % of Total Threshol | Total Threshold Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| RITE AID | 4,566 | | | | | | | | | |
| CVS | 1,754 | | | | | | | | | |
| WALMART Warehouse | 1 | | | | | | | | | |
| ALBERTSONS | 766 | | | | | | | | | |
| SUPERVALU Ware House | 2 | | | | | | | | | |
| COSTCO | 460 | | | | | | | | | |
| CVS Warehouse | 1 | | | | | | | | | |
| Topco – RALEY'S | 96 | | | | | | | | | |
| Topco – BASHAS | 41 | | | | | | | | | |
| TARGET | 1,665 | | | | | | | | | |
| CAREMARK | 55 | | | | | | | | | |
| PUBLIX | 950 | | | | | | | | | |
| AHOLD | 564 | | | | | | | | | |
| AHOLD Warehouse | 1 | | | | | | | | | |
| A&P | 179 | | | | | | | | | |
| WEGMAN | 85 | | | | | | | | | |
| GIANT EAGLE | 219 | | | | | | | | | |
| THRIFTY WHITE | 175 | | | | | | | | | |
| WALMART | 4,281 | | | | | | | | | |
| SUPERVALU | 186 | | | | | | | | | |
| OPTUMRX | 2 | | | | | | | | | |
| KINNEY | 114 | | | | | | | | | |
| WINN DIXIE | 362 | | | | | | | | | |
| SHOPKO | 272 | | | | | | | | | |
| HEB GROCERY | 237 | | | | | | | | | |
| Topco – ROUNDYS | 98 | | | | | | | | | |
| Topco – K-VA-T | 78 | | | | | | | | | |
| Topco – LUNDS | 15 | | | | | | | | | |
| Topco – HYVEE WAREHOUSE | 1 | | | | | | | | | |
| Topco – KING KULLEN | 11 | | | | | | | | | |

McKesson Confidentiality Notice: This report, including any attachments, is for internal use only and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00402186