UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
|---|---|
| *APPLIES TO ALL CASES* | Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFFS' MEMORANDUM IN OPPOSITION TO NON-RICO SMALL DISTRIBUTORS' MOTION FOR SUMMARY JUDGMENT BASED ON THEIR *DE MINIMIS* STATUS and RELATED EXHIBITS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even if not previously redacted) and less redacted or unredacted exhibits attached hereto. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status (PSJ9) | | 2201 | Yes | Fewer |

| Expert report of C. McCann, Appendix 9, charts detailing shipments made to Summit and Cuyahoga Counties | 1 | 2306 | Under seal | None now |
|---|---|---|---|---|
| Expert report of C. McCann, Appendix 10, charts detailing shipments made to Summit and Cuyahoga Counties | 3 | 2306-2 | Under seal | None now |
| Internal Report/Notes: Suspicious Order Monitoring System  Anda_Opioids_MDL_0000056015 | 10 | 2306-9 | Yes | Fewer |
| Anda Document: 2012 Business Overview  Anda_Opioids_MDL_0000111939 | 12 | 2306-11 | Yes | Fewer |
| Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs | 15 | 2306-14 | Yes | Fewer |
| Deposition Transcript - W. Versosky, December 7, 2018 | 16 | 2306-15 | Yes | Fewer |
| Email - From Brian Witte to Mark Falkin (and others), December 1, 2009, Subject: Re: PRODUCT UPDATE: Re-launch of Generic Oxycontin CR from Actavis  Anda_Opioids_MDL_0000634359 | 27 | 2306-26 | Under seal | None now |
| Deposition Transcript Excerpt - M. DiBello, February 19, 2019 | 28 | 2306-27 | Yes | None now |
| Deposition Transcript Excerpt - S. Tejada, April 2, 2019 | 30 | 2307 | Yes | None now |
| Deposition Transcript Excerpt - T. Steffanie-Oak, March 11, 2019 | 31 | 2307-1 | Yes | None now |
| HD Smith Document: SOP for Controlled Substance Order Monitoring Program, May 7, 2008  HDS_MDL_00185721 | 35 | 2307-5 | Yes | None now |
| Email - From George Euson to Ed Brewton (and others), May 21, 2008, Subject: CSOMP enhancements  HDS_MDL_00171736 | 36 | 2307-6 | Yes | None now |
| Email - From Lori Kirbach to Ronda Folkerts (and others), November 30, | 37 | 2307-7 | Yes | None now |

| | | | | |
|---|---|---|---|---|
| 2009, Subject: The Medicine Shoppe Taylorville 10109411<br><br>HDS_MDL_00185888 | | | | |
| HD Smith Document:  Meeting Minutes, CSOMP, August 3, 2016<br><br>HDS_MDL_00438407 | 38 | 2307-8 | Yes | None now |
| Email - From Douglas Robinson to P. Little (and others), February 3, 2009, Subject: Re: Fw: 01-30-2009<br><br>HDS_MDL_00332594 | 39 | 2307-9 | Yes | None now |
| Email - From Jeannie Santos to Jennifer Corbett, July 14, 2010, Subject: Re: Todt Hill Pharmacy Inc. 51503810<br><br>HDS_MDL_00193305 | 40 | 2307-10 | Yes | None now |
| Internal Report/Notes: CSOMP Fixes and Modifications Required, February 18, 2015<br><br>HDS_MDL_00408717 | 41 | 2307-11 | Yes | None now |
| Suspicious Order Reporting Form<br><br>HDS_MDL_00193790 | 42 | 2307-12 | Yes | None now |
| Email - From T. Hernandez to Debbie Komoroski, March 18, 2015, Subject: Re: Questions: FUSION WebEx<br><br>HDS_MDL_00408622 | 43 | 2307-13 | Yes | None now |
| Email - From George Euson to Top Twitty (and others), September 28, 2007, Subject: FW: Stopped sales of controlled substances with Attachment<br><br>HDS_MDL_00136622 | 46 | 2307-16 | Yes | None now |
| Email - From George Euson to David Du Ross (and others), May 7, 2009, Subject: CSOMP<br><br>HDS_MDL_00178075 | 47 | 2307-17 | Yes | None now |
| HD Smith Document: 2014 Operating Plan, Compliance and Security Department, March 27, 2013<br><br>HDS_MDL_00387737 | 48 | 2307-18 | Yes | None now |

| | | | | |
|---|---|---|---|---|
| Email - From PJ Vandermeersch to Tom Twitty (and others), October 11, 2013, Subject: Update on CSOMP and DEA Item Audit Report<br><br>HDS_MDL_00394078 | 49 | 2307-19 | Yes | None now |
| Email - From Durga Jarugula to Kyle Rieger (and others), July 9, 2014, Subject: RE: CSOMP Problem<br><br>HDS_MDL_00401985 | 50 | 2307-20 | Yes | None now |
| Email - From George Euson to Lori Kirbach, April 5, 2010, Subject: Re: Church Square Pharmacy 14000768<br><br>HDS_MDL_00091981 | 52 | 2307-22 | Yes | None now |
| HD Smith Document: Order limits at Church Square Pharmacy, April 8, 2010<br><br>HDS_MDL_00006276 | 53 | 2307-23 | Yes | None now |
| Email - From George Euson to Lori Kirbach (and others), March 30, 2010, Subject: Re: Fw: Church Square Pharmacy<br><br>HDS_MDL_00038924 | 54 | 2307-24 | Yes | None now |
| Prescription Supply Document: Controlled Substances Policy and Procedures.<br><br>PSI0000653 | 55 | 2307-25 | Yes | None now |

Dated:    December 17, 2019

Respectfully submitted,

/s/    *Anthony D. Irpino*    _
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ *Anthony D. Irpino*
Anthony D. Irpino