PSJ9 Exh 1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Total MME by Company in Cuyahoga County, OH

| | County Population | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | Total MME | 514,672,000 | 567,224,195 | 595,633,999 | 664,429,159 | 700,133,566 | 715,923,558 | 663,462,852 | 622,682,981 | 579,123,262 |

| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 31.52% | 1,772,506,417 | 211,558,384 | 226,171,859 | 231,753,919 | 252,864,538 | 203,528,654 | 192,162,304 | 166,465,391 | 164,037,825 | 123,963,544 |
| AmerisourceBergen Drug | 25.73% | 1,446,867,175 | 74,341,574 | 89,417,108 | 93,430,832 | 112,487,542 | 183,416,748 | 195,494,791 | 182,084,787 | 244,368,414 | 271,825,378 |
| Walgreen Co | 16.01% | 900,461,722 | 102,739,278 | 113,357,810 | 124,504,422 | 127,680,333 | 137,345,884 | 138,289,923 | 120,879,178 | 31,829,812 | 3,835,083 |
| McKesson Corporation | 15.27% | 858,579,288 | 73,359,398 | 82,283,818 | 88,902,749 | 96,054,683 | 97,001,677 | 109,572,526 | 106,064,746 | 101,596,188 | 103,743,504 |
| CVS | 3.08% | 173,363,979 | 15,250,631 | 18,711,487 | 19,561,480 | 20,950,439 | 20,865,975 | 22,003,043 | 21,976,135 | 20,512,535 | 13,532,253 |
| Wal-Mart | 1.28% | 71,789,966 | 5,679,486 | 6,629,013 | 7,694,051 | 9,375,676 | 9,376,092 | 9,054,796 | 8,616,136 | 5,855,346 | 9,509,370 |
| H. D. Smith | 1.18% | 66,166,989 | 89,745 | 117,604 | 243,688 | 4,871,771 | 14,211,080 | 9,852,110 | 14,279,640 | 11,165,625 | 11,335,725 |
| Prescription Supply Inc | 1.04% | 58,441,306 | 13,734,295 | 11,283,779 | 10,684,735 | 11,633,735 | 1,510,935 | 2,535,165 | 2,751,589 | 1,931,653 | 2,375,420 |
| Anda, Inc | 0.89% | 50,178,701 | 1,746,390 | 1,562,323 | 2,505,022 | 2,933,492 | 1,145,317 | 2,429,220 | 3,700,976 | 14,418,791 | 19,737,170 |
| Discount Drug Mart | 0.83% | 46,893,714 | 4,264,887 | 4,919,559 | 4,964,080 | 5,606,245 | 5,607,325 | 5,580,369 | 5,472,000 | 5,306,869 | 5,172,289 |
| Rite Aid | 0.75% | 42,375,835 | 6,876,206 | 8,220,480 | 7,830,624 | 5,406,939 | 4,953,934 | 2,931,133 | 2,442,396 | 2,393,685 | 1,320,437 |
| HBC Service Company | 0.75% | 42,100,926 | 0 | 0 | 0 | 1,333,997 | 8,305,011 | 9,733,591 | 9,062,796 | 8,198,571 | 5,466,961 |
| Eckerd Corporation | 0.37% | 20,985,763 | 0 | 0 | 0 | 2,196,444 | 2,757,281 | 4,621,879 | 4,601,969 | 4,392,040 | 2,416,150 |
| KeySource Medical | 0.25% | 14,107,055 | 26,018 | 500,462 | 112,977 | 6,366,092 | 4,988,634 | 2,112,872 | 0 | 0 | 0 |
| West-Ward Pharmaceutical Corp. | 0.22% | 12,310,225 | 0 | 0 | 0 | 0 | 0 | 3,145,250 | 8,200,802 | 944,621 | 19,552 |
| Fagron Inc | 0.17% | 9,780,294 | 926,196 | 1,861,160 | 1,840,476 | 2,120,858 | 1,713,233 | 699,334 | 291,484 | 207,063 | 120,490 |
| Hospira Worldwide LLC | 0.12% | 6,591,230 | 0 | 0 | 40,304 | 187,257 | 574,736 | 1,496,509 | 3,494,472 | 796,073 | 1,880 |
| The Harvard Drug Group | 0.06% | 3,528,616 | 449,104 | 515,470 | 463,131 | 514,809 | 69,157 | 1,424,120 | 65,233 | 24,565 | 3,027 |
| River City Pharma | 0.05% | 2,919,369 | 3,315 | 0 | 9,512 | 465,789 | 552,747 | 1,346,558 | 487,484 | 21,686 | 32,278 |
| Henry Schein Inc | 0.04% | 2,093,698 | 159,333 | 144,199 | 135,264 | 107,329 | 144,866 | 279,383 | 335,320 | 233,058 | 554,945 |
| Akorn, Inc. | 0.04% | 2,038,285 | 0 | 0 | 0 | 0 | 0 | 0 | 294,910 | 1,743,375 | 0 |
| Smith Drug Company | 0.03% | 1,487,869 | 0 | 11,211 | 49,380 | 130,810 | 222,911 | 281,785 | 303,539 | 280,064 | 208,170 |
| Amneal Pharmaceuticals LLC | 0.02% | 1,325,826 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,325,826 |
| Safecor Health, LLC | 0.02% | 1,271,296 | 0 | 0 | 0 | 0 | 940 | 8,313 | 99,105 | 954,742 | 208,196 |
| PSS World Medical Inc | 0.02% | 1,192,883 | 272,869 | 155,286 | 182,675 | 177,526 | 166,566 | 165,631 | 72,331 | 0 | 0 |
| MWI Veterinary Supply | 0.02% | 1,111,976 | 0 | 303 | 1,438 | 5,089 | 38,094 | 103,960 | 149,815 | 137,021 | 676,257 |
| American Sales Company | 0.02% | 1,077,349 | 1,077,349 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fisher Clinical Services Inc | 0.02% | 1,037,766 | 508,472 | 406,249 | 1,076 | 0 | 0 | 0 | 114,707 | 7,262 | 0 |
| Baxter Healthcare Corp | 0.02% | 884,536 | 0 | 0 | 0 | 4,136 | 880,400 | 0 | 0 | 0 | 0 |
| Value Drug Co | 0.01% | 807,273 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 807,273 |
| Miami-Luken | 0.01% | 698,012 | 688,931 | 8,022 | 605 | 454 | 0 | 0 | 0 | 0 | 0 |
| Dispensing Solutions | 0.01% | 627,327 | 0 | 0 | 0 | 73,819 | 121,720 | 178,985 | 153,224 | 99,579 | 0 |
| Priority Healthcare | 0.01% | 589,832 | 82,314 | 49,854 | 56,395 | 70,750 | 66,897 | 58,183 | 74,062 | 61,760 | 69,617 |
| Quest Pharmaceuticals Inc | 0.01% | 561,456 | 0 | 0 | 23,059 | 113,867 | 58,287 | 47,675 | 295,377 | 23,191 | 0 |
| ACE Surgical Supply Co Inc | 0.01% | 468,215 | 77,500 | 75,500 | 78,700 | 74,575 | 76,706 | 67,876 | 11,043 | 240 | 6,075 |
| Patterson Logistics Services | 0.01% | 401,155 | 0 | 0 | 0 | 0 | 3,951 | 10,865 | 13,497 | 137,010 | 235,833 |
| Professional Vet Products | 0.01% | 394,428 | 41,880 | 84,063 | 102,853 | 110,434 | 55,197 | 0 | 0 | 0 | 0 |
| Pharmacy Service Ctr Distr | 0.01% | 354,958 | 71,915 | 70,308 | 94,827 | 65,651 | 44,099 | 8,158 | 0 | 0 | 0 |
| Almac Clinical Services, Inc. | 0.01% | 325,967 | 0 | 0 | 0 | 0 | 0 | 0 | 217,312 | 108,656 | 0 |
| Darby Dental Supply, LLC | 0.01% | 322,080 | 220,726 | 27,575 | 40,893 | 14,530 | 7,265 | 5,585 | 908 | 2,724 | 1,874 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Total Dosage Units by Company in Cuyahoga County, OH

| | County Population | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | Total Dosage Units | 37,603,976 | 42,134,648 | 45,520,023 | 50,063,789 | 52,553,390 | 55,504,213 | 53,027,680 | 50,879,094 | 48,415,782 |
| Company Name | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 23.07% | 100,530,754 | 11,456,136 | 12,083,744 | 12,735,624 | 13,500,846 | 11,629,054 | 10,459,812 | 9,693,602 | 10,156,709 | 8,815,227 |
| AmerisourceBergen Drug | 22.11% | 96,350,751 | 5,379,970 | 6,322,476 | 6,611,595 | 7,566,230 | 11,211,446 | 11,963,171 | 11,874,145 | 15,665,292 | 19,756,426 |
| Walgreen Co | 17.02% | 74,159,470 | 7,797,545 | 8,390,005 | 9,271,285 | 10,154,030 | 10,892,180 | 11,763,855 | 10,249,335 | 4,741,915 | 899,320 |
| McKesson Corporation | 14.32% | 62,375,571 | 4,554,354 | 5,775,078 | 6,936,936 | 7,335,571 | 6,098,059 | 7,764,769 | 8,001,665 | 7,675,533 | 8,233,606 |
| CVS | 9.61% | 41,859,800 | 3,607,600 | 4,480,400 | 4,666,100 | 5,009,400 | 5,013,800 | 5,363,800 | 5,379,400 | 4,991,900 | 3,347,400 |
| Discount Drug Mart | 2.75% | 11,981,350 | 1,059,900 | 1,237,900 | 1,273,000 | 1,426,420 | 1,445,800 | 1,436,350 | 1,418,750 | 1,384,620 | 1,298,610 |
| HBC Service Company | 2.53% | 11,008,220 | 0 | 0 | 0 | 345,720 | 2,187,700 | 2,554,850 | 2,384,350 | 2,110,400 | 1,425,200 |
| Rite Aid | 2.32% | 10,119,510 | 1,646,000 | 1,962,100 | 1,894,200 | 1,264,220 | 1,162,350 | 718,190 | 590,150 | 565,500 | 316,800 |
| Wal-Mart | 2.17% | 9,438,765 | 636,615 | 822,675 | 1,031,505 | 1,207,630 | 1,286,300 | 1,232,700 | 1,109,690 | 881,005 | 1,230,645 |
| Eckerd Corporation | 1.17% | 5,077,810 | 0 | 0 | 0 | 553,820 | 687,320 | 1,119,820 | 1,114,130 | 1,032,080 | 570,640 |
| Anda, Inc | 0.81% | 3,511,080 | 174,550 | 173,585 | 236,145 | 276,540 | 87,295 | 268,460 | 284,630 | 721,160 | 1,288,715 |
| Prescription Supply Inc | 0.68% | 2,957,844 | 617,806 | 566,349 | 548,848 | 606,151 | 85,565 | 138,754 | 175,439 | 98,982 | 119,950 |
| H. D. Smith | 0.56% | 2,431,410 | 21,100 | 21,850 | 28,273 | 199,648 | 386,405 | 323,894 | 490,089 | 447,963 | 512,188 |
| The Harvard Drug Group | 0.14% | 599,885 | 126,800 | 147,800 | 119,200 | 130,675 | 16,405 | 34,605 | 17,600 | 6,800 | 0 |
| KeySource Medical | 0.11% | 498,415 | 7,000 | 27,890 | 29,300 | 231,665 | 152,440 | 50,120 | 0 | 0 | 0 |
| Amneal Pharmaceuticals LLC | 0.09% | 390,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 390,000 |
| Safecor Health, LLC | 0.09% | 382,201 | 0 | 0 | 0 | 0 | 0 | 99 | 28,691 | 290,074 | 63,337 |
| River City Pharma | 0.08% | 366,805 | 1,000 | 0 | 2,500 | 94,700 | 64,805 | 145,100 | 51,700 | 2,800 | 4,200 |
| American Sales Company | 0.06% | 240,200 | 240,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Henry Schein Inc | 0.05% | 211,660 | 36,245 | 27,160 | 28,700 | 23,430 | 14,170 | 30,425 | 22,400 | 16,240 | 12,890 |
| Smith Drug Company | 0.04% | 169,002 | 0 | 2,000 | 10,300 | 22,520 | 33,502 | 31,600 | 25,205 | 27,535 | 16,340 |
| Dispensing Solutions | 0.04% | 164,990 | 0 | 0 | 0 | 19,825 | 32,790 | 47,325 | 40,260 | 24,790 | 0 |
| Miami-Luken | 0.02% | 72,985 | 71,185 | 1,600 | 100 | 100 | 0 | 0 | 0 | 0 | 0 |
| Pharmacy Service Ctr Distr | 0.02% | 71,235 | 16,605 | 13,700 | 13,815 | 13,815 | 11,900 | 1,400 | 0 | 0 | 0 |
| Quest Pharmaceuticals Inc | 0.02% | 68,740 | 0 | 0 | 4,900 | 15,700 | 4,520 | 10,000 | 30,115 | 3,505 | 0 |
| Darby Dental Supply, LLC | 0.02% | 68,500 | 47,900 | 6,000 | 8,100 | 2,400 | 2,000 | 1,000 | 200 | 500 | 400 |
| DRx Pharmaceutical Consultants, Ir | 0.01% | 62,966 | 20,409 | 17,382 | 16,035 | 9,140 | 0 | 0 | 0 | 0 | 0 |
| Value Drug Co | 0.01% | 47,373 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,373 |
| Top Rx, Inc. | 0.01% | 42,930 | 2,000 | 2,500 | 5,200 | 8,030 | 2,000 | 10,700 | 10,500 | 1,000 | 1,000 |
| Rebel Distributors Corp | 0.01% | 34,585 | 7,630 | 3,200 | 8,345 | 5,230 | 4,905 | 3,495 | 1,780 | 0 | 0 |
| Moore Medical LLC | 0.01% | 34,024 | 6,400 | 3,600 | 0 | 6,200 | 5,500 | 5,700 | 3,224 | 2,000 | 1,400 |
| PSS World Medical Inc | 0.01% | 32,240 | 5,725 | 6,910 | 6,205 | 4,900 | 4,200 | 3,000 | 1,300 | 0 | 0 |
| PD-Rx Pharmaceuticals Inc | 0.01% | 30,560 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,200 | 27,360 |
| General Injectables & Vaccines,Inc | 0.01% | 29,500 | 6,400 | 7,300 | 8,500 | 7,300 | 0 | 0 | 0 | 0 | 0 |
| A F Hauser, Inc | 0.01% | 25,500 | 3,600 | 6,800 | 7,200 | 100 | 0 | 100 | 2,000 | 3,200 | 2,500 |
| Capital Wholesale Drug & Co | 0.00% | 21,400 | 0 | 1,000 | 3,000 | 500 | 0 | 0 | 0 | 2,000 | 14,900 |
| Professional Veterinary | 0.00% | 16,900 | 700 | 3,400 | 6,000 | 5,100 | 1,700 | 0 | 0 | 0 | 0 |
| MWI Veterinary Supply | 0.00% | 16,510 | 0 | 100 | 100 | 1,400 | 2,380 | 3,730 | 3,790 | 2,645 | 2,365 |
| Columbus Serum Co | 0.00% | 15,800 | 8,100 | 6,000 | 0 | 1,600 | 100 | 0 | 0 | 0 | 0 |
| Midwest Veterinary Supply Inc | 0.00% | 15,510 | 2,000 | 1,400 | 0 | 0 | 500 | 4,045 | 2,565 | 2,200 | 2,800 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Total Dosage Units by Individual DEA Number in Cuyahoga County, OH

| Company Name | Reporter Name | DEA Number | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HSB Veterinary Supplies Inc Total** | | | **0.00%** | **2,637** | **0** | **0** | **25** | **5** | **10** | **415** | **1,982** | **200** | **0** |
| | HSB Veterinary Supplies Inc | RH0319663 | 0.00% | 2,637 | 0 | 0 | 25 | 5 | 10 | 415 | 1,982 | 200 | 0 |
| **American Health Service Sales Total** | | | **0.00%** | **2,500** | **0** | **0** | **0** | **0** | **500** | **500** | **500** | **1,000** | **0** |
| | American Health Service Sales | RA0313902 | 0.00% | 2,500 | 0 | 0 | 0 | 0 | 500 | 500 | 500 | 1,000 | 0 |
| **Prescript Pharmaceuticals Total** | | | **0.00%** | **2,300** | **240** | **600** | **480** | **240** | **0** | **300** | **200** | **120** | **120** |
| | Prescript Pharmaceuticals | RP0177798 | 0.00% | 2,300 | 240 | 600 | 480 | 240 | 0 | 300 | 200 | 120 | 120 |
| **Amatheon Inc Total** | | | **0.00%** | **2,270** | **0** | **0** | **0** | **0** | **0** | **200** | **400** | **625** | **1,045** |
| | Amatheon Inc | RA0367551 | 0.00% | 2,270 | 0 | 0 | 0 | 0 | 0 | 200 | 400 | 625 | 1,045 |
| **Patterson Veterinary Supply Inc Total** | | | **0.00%** | **2,120** | **0** | **20** | **0** | **0** | **1,400** | **700** | **0** | **0** | **0** |
| | Patterson Veterinary Supply Inc | RW0397629 | 0.00% | 2,100 | 0 | 0 | 0 | 0 | 1,400 | 700 | 0 | 0 | 0 |
| | Patterson Veterinary Supply, Inc. | RW0276813 | 0.00% | 20 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Diversified Health Care Total** | | | **0.00%** | **1,920** | **1,920** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | Diversified Health Care | RD0216552 | 0.00% | 1,920 | 1,920 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DIT Healthcare Distributio Total** | | | **0.00%** | **1,500** | **0** | **0** | **1,500** | **0** | **0** | **0** | **0** | **0** | **0** |
| | DIT Healthcare Distributio | RD0324272 | 0.00% | 1,500 | 0 | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Par Pharmaceutical, Inc. Total** | | | **0.00%** | **1,500** | **0** | **0** | **1,500** | **0** | **0** | **0** | **0** | **0** | **0** |
| | Generics Bidco I, LLC | RG0359390 | 0.00% | 1,500 | 0 | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 |
| **National Logistics Services Total** | | | **0.00%** | **1,405** | **405** | **835** | **15** | **50** | **100** | **0** | **0** | **0** | **0** |
| | National Logistics Services | RN0292970 | 0.00% | 200 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | National Logistics Services | RN0341723 | 0.00% | 1,205 | 205 | 835 | 15 | 50 | 100 | 0 | 0 | 0 | 0 |
| **Diamond Pharmacy Services Total** | | | **0.00%** | **1,080** | **0** | **600** | **480** | **0** | **0** | **0** | **0** | **0** | **0** |
| | Diamond Pharmacy Services | RD0311100 | 0.00% | 1,080 | 0 | 600 | 480 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Northwind Pharmaceuticals, LLC Total** | | | **0.00%** | **900** | **0** | **0** | **300** | **300** | **300** | **0** | **0** | **0** | **0** |
| | Northwind Pharmaceuticals, LLC | RP0300400 | 0.00% | 900 | 0 | 0 | 300 | 300 | 300 | 0 | 0 | 0 | 0 |
| **Stat Rx USA LLC Total** | | | **0.00%** | **900** | **0** | **0** | **0** | **0** | **900** | **0** | **0** | **0** | **0** |
| | Stat Rx USA LLC | RS0362804 | 0.00% | 900 | 0 | 0 | 0 | 0 | 900 | 0 | 0 | 0 | 0 |
| **Publicis Selling Solutions, Inc. DBA Pharmagistics Total** | | | **0.00%** | **744** | **0** | **0** | **76** | **280** | **344** | **44** | **0** | **0** | **0** |
| | Publicis Selling Solutions, Inc. DBA Pharr | RP0360785 | 0.00% | 744 | 0 | 0 | 76 | 280 | 344 | 44 | 0 | 0 | 0 |
| **JOM Pharmaceutical Services, Inc. Total** | | | **0.00%** | **618** | **0** | **0** | **0** | **618** | **0** | **0** | **0** | **0** | **0** |
| | JOM Pharmaceutical Services, Inc. | RO0194059 | 0.00% | 618 | 0 | 0 | 0 | 618 | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Opioid Total MME by Company in Summit County, OH

| | County Population | | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| | Total MME | | 367,366,660 | 400,893,335 | 382,352,016 | 419,131,994 | 472,731,914 | 474,030,643 | 447,468,100 | 420,702,314 | 367,150,422 |
| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 29.17% | 1,094,306,610 | 109,945,174 | 120,729,880 | 134,595,363 | 166,421,419 | 142,185,012 | 109,793,985 | 98,636,285 | 102,858,116 | 109,141,375 |
| AmerisourceBergen Drug | 26.01% | 975,859,370 | 104,837,042 | 112,001,944 | 73,707,661 | 59,918,202 | 125,431,261 | 147,929,274 | 145,576,933 | 124,639,357 | 81,817,697 |
| McKesson Corporation | 25.18% | 944,639,007 | 64,615,079 | 75,326,267 | 92,025,606 | 100,767,249 | 99,622,867 | 112,858,772 | 109,216,034 | 144,592,405 | 145,614,728 |
| Walgreen Co | 10.77% | 404,162,318 | 42,298,424 | 48,542,791 | 53,098,944 | 58,638,984 | 65,393,996 | 62,985,269 | 55,986,121 | 15,239,799 | 1,977,989 |
| CVS | 2.44% | 91,634,443 | 7,735,298 | 9,648,482 | 9,957,458 | 11,317,292 | 11,277,436 | 12,074,340 | 11,639,009 | 10,619,296 | 7,365,832 |
| Anda, Inc | 1.27% | 47,823,397 | 23,113,707 | 18,494,173 | 199,496 | 1,068,668 | 785,565 | 1,485,215 | 1,991,707 | 522,250 | 162,617 |
| Miami-Luken | 1.24% | 46,541,721 | 2,874,541 | 2,981,400 | 4,170,946 | 5,686,830 | 7,165,433 | 6,459,756 | 6,137,244 | 5,441,691 | 5,623,880 |
| Wal-Mart | 1.12% | 42,168,558 | 4,581,255 | 5,419,610 | 5,299,513 | 5,653,210 | 5,248,139 | 4,793,747 | 3,654,359 | 2,923,520 | 4,595,205 |
| HBC Service Company | 0.91% | 34,241,388 | 0 | 0 | 0 | 985,080 | 6,273,857 | 7,638,028 | 7,568,525 | 6,949,840 | 4,826,058 |
| Rite Aid | 0.85% | 32,036,395 | 4,786,038 | 5,616,594 | 5,748,119 | 3,409,806 | 93,330 | 3,800,833 | 3,548,284 | 3,274,880 | 1,758,510 |
| Discount Drug Mart | 0.33% | 12,518,489 | 1,111,471 | 1,324,559 | 1,375,870 | 1,541,632 | 1,525,410 | 1,470,976 | 1,362,368 | 1,337,945 | 1,468,258 |
| Eckerd Corporation | 0.24% | 9,021,990 | 0 | 0 | 0 | 1,563,573 | 4,772,779 | 805,493 | 672,011 | 588,840 | 619,295 |
| KeySource Medical | 0.08% | 2,947,595 | 0 | 0 | 547,041 | 470,315 | 1,447,043 | 483,197 | 0 | 0 | 0 |
| Amatheon Inc | 0.07% | 2,568,047 | 0 | 0 | 66,300 | 238,567 | 500,046 | 343,489 | 396,010 | 432,942 | 590,694 |
| Auburn Pharmaceutical | 0.04% | 1,565,315 | 220,971 | 7,856 | 538,832 | 114,370 | 110,217 | 133,590 | 98,553 | 191,395 | 149,531 |
| PSS World Medical Inc | 0.03% | 1,265,285 | 409,567 | 168,590 | 164,902 | 226,520 | 117,775 | 118,928 | 59,004 | 0 | 0 |
| Henry Schein Inc | 0.03% | 1,256,372 | 76,936 | 83,178 | 68,980 | 51,467 | 85,483 | 66,428 | 90,974 | 102,214 | 630,712 |
| Almac Clinical Services, Inc. | 0.02% | 761,726 | 112,320 | 0 | 0 | 0 | 64,838 | 173,100 | 293,332 | 90,972 | 27,164 |
| The Harvard Drug Group | 0.02% | 710,056 | 605 | 104,511 | 238,548 | 304,484 | 23,232 | 15,845 | 15,438 | 605 | 6,787 |
| H. D. Smith | 0.01% | 468,812 | 0 | 0 | 0 | 0 | 90,237 | 178,876 | 196,672 | 0 | 3,027 |
| River City Pharma | 0.01% | 461,355 | 0 | 3,784 | 0 | 85,505 | 3,930 | 27,092 | 24,216 | 200,115 | 116,714 |
| MWI Veterinary Supply | 0.01% | 443,562 | 4,238 | 3,330 | 2,292 | 1,800 | 43,133 | 133,576 | 87,509 | 81,618 | 86,066 |
| Southern Anesthesia & Surgical, Inc. | 0.01% | 380,191 | 0 | 0 | 0 | 0 | 0 | 0 | 39,219 | 171,751 | 169,221 |
| Priority Healthcare | 0.01% | 366,734 | 24,269 | 25,048 | 37,354 | 77,589 | 49,314 | 50,571 | 36,185 | 32,168 | 34,237 |
| American Sales Company | 0.01% | 365,639 | 365,639 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Butler Animal Health Supply | 0.01% | 358,824 | 22,137 | 22,083 | 35,832 | 234,314 | 44,458 | 0 | 0 | 0 | 0 |
| Rochester Drug Co-Operative Inc | 0.01% | 269,151 | 1,788 | 22,694 | 152,611 | 82,070 | 2,421 | 7,568 | 0 | 0 | 0 |
| Prescription Supply Inc | 0.01% | 264,716 | 2,252 | 143 | 0 | 63,907 | 42,696 | 1,278 | 27,038 | 120,691 | 6,711 |
| PD-Rx Pharmaceuticals Inc | 0.01% | 246,467 | 40,955 | 73,996 | 102,040 | 28,454 | 0 | 0 | 0 | 1,022 | 0 |
| Fisher Clinical Services Inc | 0.01% | 210,147 | 95,668 | 3,972 | 0 | 13,642 | 0 | 96,864 | 0 | 0 | 0 |
| Patterson Logistics Services | 0.00% | 170,924 | 0 | 0 | 0 | 0 | 22,340 | 32,349 | 20,618 | 74,733 | 20,885 |
| Expert-Med | 0.00% | 158,300 | 1,949 | 156,350 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JOM Pharmaceutical Services, Inc. | 0.00% | 156,862 | 0 | 0 | 0 | 0 | 156,862 | 0 | 0 | 0 | 0 |
| Midwest Veterinary Supply Inc | 0.00% | 155,446 | 303 | 605 | 286 | 0 | 0 | 0 | 303 | 50,876 | 103,073 |
| Associated Pharmacies Inc | 0.00% | 140,530 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | 75,783 | 64,604 |
| Pharmacy Service Ctr Distr | 0.00% | 138,773 | 14,712 | 11,622 | 8,703 | 5,946 | 24,471 | 26,733 | 21,890 | 16,296 | 8,400 |
| Independent Pharmacy Cooperative | 0.00% | 133,075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 133,075 |
| Fagron Inc | 0.00% | 117,493 | 0 | 0 | 60,540 | 56,400 | 0 | 553 | 0 | 0 | 0 |
| Watson Pharma Inc | 0.00% | 90,000 | 0 | 0 | 90,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medisca Inc. | 0.00% | 76,730 | 0 | 15,135 | 0 | 0 | 15,135 | 0 | 0 | 39,673 | 6,787 |
| DRx Pharmaceutical Consultants, Inc. | 0.00% | 60,199 | 34,045 | 15,007 | 9,548 | 1,598 | 0 | 0 | 0 | 0 | 0 |
| Smith Medical Partners LLC | 0.00% | 53,196 | 0 | 0 | 0 | 0 | 53,196 | 0 | 0 | 0 | 0 |
| Darby Dental Supply, LLC | 0.00% | 52,034 | 7,357 | 6,811 | 3,632 | 9,081 | 6,659 | 6,054 | 4,238 | 4,843 | 3,359 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Opioid Total Dosage Units by Company in Summit County, OH

| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| County Population | | | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| Total Dosage Units | | | 22,554,858 | 25,912,698 | 26,980,193 | 29,797,825 | 31,878,533 | 33,259,512 | 32,594,363 | 31,287,949 | 28,923,351 |
| **Company Name** | **Market Share** | **Total Dosage Units** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** |
| Cardinal Health | 21.46% | 56,478,170 | 5,230,466 | 5,797,309 | 6,482,471 | 7,773,419 | 6,965,901 | 5,492,320 | 5,388,940 | 6,125,719 | 7,221,625 |
| McKesson Corporation | 21.44% | 56,430,209 | 3,408,414 | 4,401,775 | 5,855,183 | 6,201,152 | 4,880,650 | 6,108,391 | 6,541,002 | 9,144,992 | 9,888,650 |
| AmerisourceBergen Drug | 21.19% | 55,775,794 | 5,449,339 | 6,038,438 | 4,727,170 | 4,445,115 | 6,869,316 | 7,881,370 | 7,831,322 | 6,544,288 | 5,989,436 |
| Walgreen Co | 13.70% | 36,069,760 | 3,438,905 | 3,895,230 | 4,404,970 | 5,141,710 | 5,561,665 | 5,708,145 | 4,991,405 | 2,424,840 | 502,890 |
| CVS | 9.04% | 23,802,420 | 1,985,120 | 2,510,500 | 2,562,500 | 2,967,600 | 2,941,600 | 3,114,000 | 3,031,600 | 2,784,700 | 1,904,800 |
| HBC Service Company | 3.54% | 9,316,960 | 0 | 0 | 0 | 264,380 | 1,745,420 | 2,091,450 | 2,076,320 | 1,863,890 | 1,275,500 |
| Rite Aid | 3.22% | 8,485,870 | 1,293,600 | 1,510,400 | 1,528,840 | 911,180 | 25,400 | 1,004,010 | 917,840 | 842,110 | 452,490 |
| Wal-Mart | 2.05% | 5,391,170 | 474,320 | 588,435 | 659,675 | 694,805 | 677,185 | 652,785 | 547,405 | 480,620 | 615,940 |
| Discount Drug Mart | 1.31% | 3,441,010 | 302,700 | 360,500 | 373,230 | 419,930 | 417,260 | 407,600 | 382,270 | 382,300 | 395,220 |
| Miami-Luken | 1.08% | 2,848,475 | 177,775 | 226,170 | 248,570 | 315,035 | 400,755 | 360,450 | 407,740 | 341,310 | 370,670 |
| Eckerd Corporation | 0.90% | 2,372,920 | 0 | 0 | 0 | 408,900 | 1,271,010 | 213,970 | 176,740 | 148,230 | 154,070 |
| Anda, Inc | 0.67% | 1,758,265 | 589,335 | 495,515 | 46,000 | 94,140 | 59,115 | 143,410 | 206,450 | 86,800 | 37,500 |
| Auburn Pharmaceutical | 0.08% | 209,960 | 59,000 | 1,500 | 11,960 | 9,100 | 8,770 | 18,910 | 16,260 | 48,000 | 36,460 |
| The Harvard Drug Group | 0.05% | 131,600 | 100 | 24,100 | 28,680 | 68,620 | 4,600 | 700 | 4,600 | 200 | 0 |
| River City Pharma | 0.04% | 94,990 | 0 | 1,000 | 0 | 23,400 | 500 | 7,300 | 6,500 | 24,900 | 31,390 |
| American Sales Company | 0.03% | 87,600 | 87,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Henry Schein Inc | 0.03% | 81,170 | 16,000 | 18,000 | 13,700 | 9,700 | 5,355 | 4,255 | 4,795 | 4,945 | 4,420 |
| H. D. Smith | 0.03% | 68,145 | 0 | 0 | 0 | 0 | 11,140 | 23,405 | 33,100 | 0 | 500 |
| PD-Rx Pharmaceuticals Inc | 0.02% | 55,304 | 11,990 | 16,309 | 20,380 | 6,400 | 0 | 0 | 0 | 225 | 0 |
| Associated Pharmacies Inc | 0.01% | 37,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,900 | 17,700 |
| Almac Clinical Services, Inc. | 0.01% | 25,390 | 1,080 | 0 | 0 | 0 | 3,740 | 8,020 | 9,500 | 2,310 | 740 |
| Pharmacy Service Ctr Distr | 0.01% | 21,205 | 2,305 | 3,300 | 1,400 | 1,100 | 2,800 | 3,200 | 3,000 | 2,800 | 1,300 |
| Prescription Supply Inc | 0.01% | 19,300 | 400 | 0 | 0 | 10,000 | 1,000 | 300 | 2,300 | 4,700 | 600 |
| DRx Pharmaceutical Consultants, Inc. | 0.01% | 18,134 | 9,622 | 4,864 | 3,120 | 528 | 0 | 0 | 0 | 0 | 0 |
| KeySource Medical | 0.01% | 16,490 | 0 | 0 | 1,880 | 5,275 | 8,320 | 1,015 | 0 | 0 | 0 |
| Diamond Pharmacy Services | 0.01% | 14,610 | 0 | 0 | 2,190 | 5,220 | 2,430 | 1,680 | 1,590 | 870 | 630 |
| Independent Pharmacy Cooperative | 0.01% | 13,910 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,910 |
| Omnicare Distribution Center LLC | 0.01% | 13,600 | 600 | 100 | 1,400 | 1,200 | 700 | 2,800 | 3,100 | 2,600 | 1,100 |
| MWI Veterinary Supply | 0.00% | 11,130 | 1,400 | 1,100 | 0 | 500 | 1,320 | 2,205 | 2,935 | 910 | 760 |
| Darby Dental Supply, LLC | 0.00% | 8,800 | 1,300 | 1,200 | 600 | 1,500 | 1,100 | 1,000 | 700 | 800 | 600 |
| Rochester Drug Co-Operative Inc | 0.00% | 8,235 | 100 | 120 | 965 | 5,050 | 0 | 2,000 | 0 | 0 | 0 |
| Columbus Serum Co | 0.00% | 7,100 | 2,800 | 4,000 | 0 | 200 | 100 | 0 | 0 | 0 | 0 |
| Moore Medical LLC | 0.00% | 6,700 | 300 | 200 | 100 | 1,100 | 1,300 | 1,100 | 1,100 | 1,000 | 500 |
| Amatheon Inc | 0.00% | 5,780 | 0 | 0 | 225 | 2,070 | 870 | 505 | 635 | 645 | 830 |
| Patterson Logistics Services | 0.00% | 5,435 | 0 | 0 | 0 | 0 | 0 | 300 | 1,200 | 700 | 1,715 | 1,520 |
| Fisher Clinical Services Inc | 0.00% | 4,624 | 3,360 | 120 | 0 | 1,144 | 0 | 0 | 0 | 0 | 0 |
| Dispensing Solutions | 0.00% | 4,440 | 0 | 0 | 1,080 | 648 | 1,200 | 1,056 | 456 | 0 | 0 |
| JOM Pharmaceutical Services, Inc. | 0.00% | 3,930 | 0 | 0 | 0 | 0 | 3,930 | 0 | 0 | 0 | 0 |
| Palmetto State Pharma. | 0.00% | 3,500 | 0 | 3,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Penn Veterinary Supply | 0.00% | 3,400 | 700 | 200 | 100 | 600 | 100 | 0 | 0 | 600 | 1,100 |
| PSS World Medical Inc | 0.00% | 3,315 | 435 | 1,505 | 220 | 545 | 390 | 110 | 110 | 0 | 0 |
| Capital Wholesale Drug & Co | 0.00% | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 0 | 0 |
| Expert-Med | 0.00% | 2,500 | 500 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |