# PSJ9 Exh 3

## Total Shipments to Cuyahoga, OH Identified by Methodology: Maximum Daily Dosage Units

**Anda, Inc to All Buyers - 1996-2018**

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 904 | 2,129 | 0 | 95 | 46 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | **3,194** |
| Total # of Transactions | 1,252 | 2,823 | 0 | 326 | 184 | 39 | 0 | 0 | 3 | 0 | 0 | 0 | **4,627** |
| Percentage of Total # of Transactions | 72.2% | 75.4% | 0.0% | 29.1% | 25.0% | 51.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **69.0%** |
| Flagged Orders - Dosage Units | 654,100 | 1,175,200 | 0 | 102,800 | 16,600 | 9,700 | 0 | 0 | 0 | 0 | 0 | 0 | **1,958,400** |
| Total Dosage Units | 733,600 | 1,346,400 | 0 | 177,200 | 33,450 | 13,300 | 0 | 0 | 100 | 0 | 0 | 0 | **2,304,050** |
| Percentage of Total Dosage Units | 89.2% | 87.3% | 0.0% | 58.0% | 49.6% | 72.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **85.0%** |
| Flagged Orders - MME | 7,648,459 | 4,599,611 | 0 | 418,372 | 595,960 | 182,994 | 0 | 0 | 0 | 0 | 0 | 0 | **13,445,396** |
| Total MME | 9,165,247 | 5,328,224 | 0 | 711,265 | 1,020,576 | 235,481 | 0 | 0 | 1,046 | 0 | 0 | 0 | **16,461,840** |
| Percentage of Total MME | 83.5% | 86.3% | 0.0% | 58.8% | 58.4% | 77.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **81.7%** |
| Flagged Orders - Calculated Base Weight (g) | 5,099 | 4,600 | 0 | 2,789 | 596 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | **13,129** |
| Total Calculated Base Weight (g) | 6,110 | 5,328 | 0 | 4,742 | 1,021 | 59 | 0 | 0 | 10 | 0 | 0 | 0 | **17,270** |
| Percentage of Total Calculated Base Weight (g) | 83.5% | 86.3% | 0.0% | 58.8% | 58.4% | 77.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **76.0%** |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

## Total Shipments to Cuyahoga, OH Identified by
## Methodology: 2x Trailing 12 Month Average Pharmacy Dosage Units

### H. D. Smith to All Buyers - 1996-2018

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 311 | 0 | 17 | 0 | 12 | 4 | 11 | 0 | 0 | 0 | 0 | 0 | **355** |
| Total # of Transactions | 316 | 80 | 23 | 6 | 21 | 7 | 14 | 2 | 18 | 0 | 0 | 0 | **487** |
| Percentage of Total # of Transactions | 98.4% | 0.0% | 73.9% | 0.0% | 57.1% | 57.1% | 78.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **72.9%** |
| Flagged Orders - Dosage Units | 226,020 | 0 | 290 | 0 | 1,300 | 1,900 | 1,300 | 0 | 0 | 0 | 0 | 0 | **230,810** |
| Total Dosage Units | 227,700 | 17,000 | 390 | 2,700 | 2,100 | 2,600 | 1,600 | 0 | 5,100 | 0 | 0 | 0 | **259,190** |
| Percentage of Total Dosage Units | 99.3% | 0.0% | 74.4% | 0.0% | 61.9% | 73.1% | 81.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **89.1%** |
| Flagged Orders - MME | 7,988,622 | 0 | 405,000 | 0 | 27,072 | 26,953 | 123,110 | 0 | 0 | 0 | 0 | 0 | **8,570,756** |
| Total MME | 8,102,119 | 86,415 | 526,425 | 13,924 | 55,085 | 36,883 | 141,844 | 0 | 44,447 | 0 | 0 | 0 | **9,007,141** |
| Percentage of Total MME | 98.6% | 0.0% | 76.9% | 0.0% | 49.1% | 73.1% | 86.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **95.2%** |
| Flagged Orders - Calculated Base Weight (g) | 5,326 | 0 | 4 | 0 | 27 | 7 | 41 | 0 | 0 | 0 | 0 | 0 | **5,405** |
| Total Calculated Base Weight (g) | 5,401 | 86 | 5 | 93 | 55 | 9 | 47 | 0 | 444 | 0 | 0 | 0 | **6,142** |
| Percentage of Total Calculated Base Weight (g) | 98.6% | 0.0% | 76.9% | 0.0% | 49.1% | 73.1% | 86.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **88.0%** |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

## Total Shipments to Cuyahoga, OH Identified by Methodology: Maximum Daily Dosage Units

**Prescription Supply Inc to All Buyers - 1996-2018**

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 5,351 | 521 | 0 | 6 | 1,471 | 162 | 0 | 0 | 0 | 0 | 0 | 0 | 7,511 |
| Total # of Transactions | 5,877 | 535 | 0 | 66 | 1,901 | 371 | 0 | 0 | 99 | 0 | 0 | 0 | 8,849 |
| Percentage of Total # of Transactions | 91.0% | 97.4% | 0.0% | 9.1% | 77.4% | 43.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 84.9% |
| Flagged Orders - Dosage Units | 1,987,100 | 237,400 | 0 | 8,000 | 193,100 | 36,530 | 0 | 0 | 0 | 0 | 0 | 0 | 2,462,130 |
| Total Dosage Units | 2,142,200 | 238,800 | 0 | 26,000 | 244,800 | 73,030 | 0 | 0 | 10,300 | 0 | 0 | 0 | 2,735,130 |
| Percentage of Total Dosage Units | 92.8% | 99.4% | 0.0% | 30.8% | 78.9% | 50.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 90.0% |
| Flagged Orders - MME | 25,820,555 | 1,037,637 | 0 | 26,521 | 6,043,552 | 760,667 | 0 | 0 | 0 | 0 | 0 | 0 | 33,688,933 |
| Total MME | 27,722,976 | 1,046,642 | 0 | 102,502 | 7,203,096 | 1,137,293 | 0 | 0 | 58,957 | 0 | 0 | 0 | 37,271,466 |
| Percentage of Total MME | 93.1% | 99.1% | 0.0% | 25.9% | 83.9% | 66.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 90.4% |
| Flagged Orders - Calculated Base Weight (g) | 17,214 | 1,038 | 0 | 177 | 6,044 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 24,662 |
| Total Calculated Base Weight (g) | 18,482 | 1,047 | 0 | 683 | 7,203 | 284 | 0 | 0 | 590 | 0 | 0 | 0 | 28,289 |
| Percentage of Total Calculated Base Weight (g) | 93.1% | 99.1% | 0.0% | 25.9% | 83.9% | 66.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 87.2% |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

## Total Shipments to Summit, OH Identified by
## Methodology: Maximum Daily Dosage Units

**Anda, Inc to All Buyers - 1996-2018**

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 1,130 | 1,566 | 0 | 1 | 205 | 41 | 0 | 0 | 18 | 0 | 0 | 0 | 2,961 |
| Total # of Transactions | 1,376 | 1,805 | 0 | 43 | 310 | 63 | 0 | 0 | 33 | 0 | 0 | 0 | 3,630 |
| Percentage of Total # of Transactions | 82.1% | 86.8% | 0.0% | 2.3% | 66.1% | 65.1% | 0.0% | 0.0% | 54.5% | 0.0% | 0.0% | 0.0% | 81.6% |
| Flagged Orders - Dosage Units | 1,221,900 | 1,064,260 | 0 | 2,000 | 167,400 | 29,100 | 0 | 0 | 9,400 | 0 | 0 | 0 | 2,494,060 |
| Total Dosage Units | 1,304,400 | 1,132,860 | 0 | 16,100 | 180,820 | 33,800 | 0 | 0 | 10,500 | 0 | 0 | 0 | 2,678,480 |
| Percentage of Total Dosage Units | 93.7% | 93.9% | 0.0% | 12.4% | 92.6% | 86.1% | 0.0% | 0.0% | 89.5% | 0.0% | 0.0% | 0.0% | 93.1% |
| Flagged Orders - MME | 33,116,162 | 4,191,280 | 0 | 6,630 | 7,371,179 | 584,447 | 0 | 0 | 67,585 | 0 | 0 | 0 | 45,337,283 |
| Total MME | 34,171,281 | 4,465,609 | 0 | 61,689 | 7,902,120 | 656,343 | 0 | 0 | 85,233 | 0 | 0 | 0 | 47,342,275 |
| Percentage of Total MME | 96.9% | 93.9% | 0.0% | 10.7% | 93.3% | 89.0% | 0.0% | 0.0% | 79.3% | 0.0% | 0.0% | 0.0% | 95.8% |
| Flagged Orders - Calculated Base Weight (g) | 22,077 | 4,191 | 0 | 44 | 7,371 | 146 | 0 | 0 | 676 | 0 | 0 | 0 | 34,506 |
| Total Calculated Base Weight (g) | 22,781 | 4,466 | 0 | 411 | 7,902 | 164 | 0 | 0 | 852 | 0 | 0 | 0 | 36,576 |
| Percentage of Total Calculated Base Weight (g) | 96.9% | 93.9% | 0.0% | 10.7% | 93.3% | 89.0% | 0.0% | 0.0% | 79.3% | 0.0% | 0.0% | 0.0% | 94.3% |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

## Total Shipments to Summit, OH Identified by Methodology: Maximum Daily Dosage Units

**Prescription Supply Inc to All Buyers - 1996-2018**

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 15 | 5 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | **21** |
| Total # of Transactions | 23 | 6 | 0 | 0 | 3 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | **34** |
| Percentage of Total # of Transactions | 65.2% | 83.3% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **61.8%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Dosage Units | 6,700 | 6,200 | 0 | 0 | 0 | 600 | 0 | 0 | 0 | 0 | 0 | 0 | **13,500** |
| Total Dosage Units | 9,000 | 6,500 | 0 | 0 | 200 | 600 | 0 | 0 | 100 | 0 | 0 | 0 | **16,400** |
| Percentage of Total Dosage Units | 74.4% | 95.4% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **82.3%** |
| | | | | | | | | | | | | | |
| Flagged Orders - MME | 166,077 | 18,767 | 0 | 0 | 0 | 8,511 | 0 | 0 | 0 | 0 | 0 | 0 | **193,355** |
| Total MME | 195,325 | 20,584 | 0 | 0 | 22,749 | 8,511 | 0 | 0 | 436 | 0 | 0 | 0 | **247,605** |
| Percentage of Total MME | 85.0% | 91.2% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **78.1%** |
| | | | | | | | | | | | | | |
| Flagged Orders - Calculated Base Weight (g) | 111 | 19 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | **132** |
| Total Calculated Base Weight (g) | 130 | 21 | 0 | 0 | 23 | 2 | 0 | 0 | 4 | 0 | 0 | 0 | **180** |
| Percentage of Total Calculated Base Weight (g) | 85.0% | 91.2% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | **73.1%** |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.