# PSJ9 Exh 12

**Produced in Native Format**

Confidential





# Anda Overview



- Anda, Inc. is the fourth largest supplier of generic pharmaceuticals within the U.S.

- Anda, Inc. was established in 1992 to service the pharmaceutical purchasing needs for pharmacies and physician offices.

- Anda, Inc. is a **Watson**  Distribution Company.

- We service our customers utilizing a strong telesales approach, complemented by progressive technology and excellent customer service.

- Anda uses two distribution centers with over 8,000 products in stock
    - 150,000 sq. ft. facility located in Weston, FL
    - 355,000 sq. ft. distribution center in Groveport, OH

- Anda's strength is customizing programs to support our customer and manufacturer needs.

- Anda positions ourselves to our customers as the perfect compliment to their primary wholesaler.

- Anda has established ourselves as the premier distribution method for new to market launches to the chains.

**ANDA**
INCORPORATED

3







WOW. We truly are the leader in overnight pharmaceutical distribution. We are now a "brand"

When people talk about a distributor…they mention the Anda Model



Take a moment to reflect on last year, and all of the accomplishments of the last 20 years...



Year to Date we've had $100 million less in new product launches than in 2010.





# Controlled Substance Distribution

In 2011, Anda shipped a CII product to almost 11,000 customers
2,500 customers purchased utilizing Anda's CSOS systems



Our combined 19,000 square feet of CII space allows us the ability to create a centralized master vault.

April 2009, Anda sets new personal best with the CII launch of Generic Adderall® XR
• Over 6,000 locations shipped within 2 days of launch





## Cold Chain Distribution

In 2011, Anda shipped a cold-chain product to over 20,000 customers

69k cubic feet combined refrigeration capacity

3 non-controlled substance refrigerators (36 – 46F) with total of 57,568 cubic ft.

1 controlled substance capable refrigerator (36 – 46F) with total of 11,825 cubic ft.

Our 3 non-controlled substance refrigerators and 1 controlled substance refrigerator give us the ability to ship refrigerated items from M-TH up to 9:30pm EST for Next Day Delivery.

12





14











Retail and Chain were strong in 2011, while our Physician and Institutional sales declined.







CII Customers were back up in 2011
CII Sales exceeded $200 Million





Online ordering customers grew to over 15K.  18% increase
Online orders grew by 100K orders
42% of retail independent sales online
27% of total sales online



308 contracts to manage is hard to comprehend.
Do the math....



Thank you sales for your support in recalls. It was a very difficult year with over 200 recalls
Look at the reduction of 90 day calls…
Over 100 returns per day..









# First to Market Program

**Concerta**

- Set CII customer launch record of 6,686 customers in days 1-3
- Set CII retail independent record at 583, doubling our previous best

**Zyprexa**

- Set LTC record at over 300 customers in days 1-3
- Broke record for highest month in sales at over $110M
- Had unprecedented success with nearly every customer placing a reorder

**Lipitor**

- Set Pre-book record at over 4,200 pre-books
- Set single-day new product launch record for customer count at over 33,000
- Set single-day sales record at over $93 Million



31

## 2012 Significant Generics Launches

| Q1 | Lexapro   | $2.9B |
|----|-----------|-------|
| Q1 | Seroquel  | $4.6B |
| Q2 | Provigil  | $1.1B |
| Q2 | Plavix    | $6.6B |
| Q3 | Singulair | $4.4B |
| Q3 | Actos     | $3.7B |
| Q3 | Diovan    | $1.9B |
| Q3 | Geodon    | $1.3B |

**ANDA**
INCORPORATED

A big part of the way we're going to get there is by maximizing sales on the new product launches coming this year.





# Online Ordering

- Allowing your stores to order online through AndaNet is the simplest way to provide store-level ordering capabilities to your locations.

- With online ordering via AndaNet, your stores can:



  - ✓ Access invoice pricing and product availability
  - ✓ View our full catalog of over 8,000 products
  - ✓ Ensure customer service levels by placing overnight orders
  - ✓ View account management information including order history, shipping status, search feature, and more
  - ✓ Order Mon – Fri until 9:30pm EST for next day delivery, incl. Sat delivery
  - ✓ Order Sat until 5:30pm EST for Monday delivery
  - ✓ View upcoming generic launches and pre-book online

- For our chain customers, Anda has the ability to:

  - ✓ Create a customized homepage for your stores
  - ✓ Restrict access to products available online
  - ✓ Provide for corporate order approval via AndaCentral™

**ANDA**
INCORPORATED

# Corporate Ordering

• With AndaCentral™, you have all the tools and flexibility at your fingertips to manage online ordering at the corporate level for your chain.

• With AndaCentral™, your can:



    ✓ Push orders to individual stores for individual items
    ✓ Push blanket orders to stores for individual items
    ✓ Restrict access to products available online
    ✓ View store-level purchase history

• Store level ordering with corporate approval :

    ✓ Including e-mail notification of required approval
    ✓ Approver can approve, edit, or deny the order
    ✓ Addresses individual store-level needs while providing
       corporate oversight



36









## Automated Out of Stock

- Automate the ordering of items that are out of stock from your primary supplier.

- Intervenes at your direction in the event an out-of-stock situation occurs:

  - ✓ Pharmacy orders are transmitted to Anda electronically through EDI to Anda's Pass>Thru™ EDI system.
  - ✓ Fully integrated with pharmacy inventory software systems.
  - ✓ Supports ordering from a fixed product formulary or configured to allow automatic generic equivalent substitutions and best pricing substitutions.
  - ✓ Guarantee compliance to your formulary items.

- Reduce or eliminate wholesaler substitutions.

**Anda**
*Pass>Thru*

**ANDA**
INCORPORATED







# Inventory Reserve Management



- Guarantee that product allocated to you from a manufacturer is only sold to <u>your</u> stores.

- Programming within Anda's systems allows you to:

  ✓ Utilize Anda's distribution service as a virtual warehouse for specific items in order to solidify your supply chain.

  ✓ Guarantee your product is allocated to your stores.

  ✓ Manage your supply of limited supply items.

  ✓ Receive reporting detailing your current on-hand or sales-out activity

- Never worry again that product that is intended for you is sold to another retailer.



# Virtual Warehouse

*In Anda's warehousing solution, we act as your warehouse by providing the services of pick, pack, and ship, while carrying and maintaining inventory on your behalf at a contracted rate.*



- Anda's Virtual Warehouse program allows customers and suppliers to contract directly without concern for hidden or excessive intermediary fees.

- Anda acts as a service provider to the retailer, providing full transparency to both the retailer and the supplier.

- Utilizing Anda's service instead of building your own warehouse

- Anda currently operates a virtual warehouse program for Target Pharmacy.



46





Anda was awarded Target's Healthcare Partner of the Year in 2010 based on our support of their virtual warehouse program.





# Big 3 Wholesalers

*Anda is able to capitalize on natural inefficiencies in the big 3's wholesale model to create customer service and sales opportunities.*

### Inventory Challenges

• The wholesalers have reduced their days on hand in the last two years, which has caused an increase in out-of-stocks at retailers

• The wholesalers' inventory is spread out amongst 25-30 distribution centers, without a real ability to shift orders from one DC to another.

• Pushing toward source program forces wholesaler to stock heavy only in source-primary item.

• Typically light in inventory on customer preferred items if not primary on the source program.

### Anda's Opportunity

• Anda carries between 30 and 60 days of generic inventory based on item rank

• Anda's two distribution center model allows for more inventory available at any given time

• Anda has programmed the ability to move orders from DC to DC based on inventory availability

• Anda's model of stocking multiple generic items allows us to be in stock on the items preferred by customers while giving greater insight into potential supply issues.



51





# Distributor Competitors

**The Competition**

• ParMed
  • Division of Cardinal Health
  • Managed by former Anda management
  • Aggressively looking to capture Anda's business and replicate programs

• Harvard
  • Primarily focused on independent pharmacies
  • Second largest distributor behind Anda in terms of generic sales
  • Minimal chain business

• Bellco
  • Division of Amerisource Bergen
  • Not a very strong competitor at this point.

• Masters
  • Independently owned
  • Primarily focused on independent pharmacies
  • Has grown by utilizing rock bottom specials to gain business
  • Some concerns related to potential product diversion

*Anda's model has evolved from something that was different from the wholesalers to something that's equally different from the distributors.*

• No other distributor has focused as much energy on creating service based offerings to the chains.

• Anda's First to Market program is the gold standard in the industry.

• Anda's customer base at over 60K is the largest by far.

• Anda's progressive technology is unmatched by the other distributors.

**ANDA** INCORPORATED





## Anda's Business Systems - Remedy

Remedy is Anda's custom Customer Relationship Management application developed by Anda's Internal Remedy Development Team.



- Sales team members use the Contact Management application within Remedy to schedule and manage all their accounts.

- Remedy has been customized to support business functions across all departments including Customer Service, Credit, Collections, Customer Maintenance, Cash Posting, E-service, Marketing, Contracts, Purchasing, Pricing, and Vendor Accounting.

**ANDA**
INCORPORATED















# How we'll get there

1. Must maintain and grow our Retail base.
2. Successfully transition into the MS distribution center
3. Continue to drive the best customer experience in distribution
4. We must execute on our pre-book and launch processes
5. Continue to create new chain opportunities
6. Must grow our PractRx physician base of customers
7. Successfully launch and grow Intellogics division
8. Improve generic margins
9. Must continue to improve processes and increase efficiencies across all departments
10. Continue to Challenge, Connect, and Commmit



64



# Building for the Future

**Relocation of our Ohio Distribution Center to Olive Branch, MS.**

- On our way to an on-time launch for 2Q12
- Updated facility will enable us to increase efficiencies and streamline operations
- Closer proximity will allow later cutoff times for shipping customer orders






## Building for the Future

**Telesales**
- Implemented contact center upgrade in 4Q11
- Will eliminate unanswered calls
- Will allow for enhanced training and coaching of our current telesales representatives

**Marketing Programs**
- Improvements in Anda's First-to-Market program including creating marketing kits for our customers who pre-book for a new item
- Created new "Online Only" Specials which have increased the number of average daily customer log-ons to AndaNet by 18% and AndaMEDS.com by 38%
- Developed new AndaNet application scheduled for a release in 1Q12

**Product Mix**
- Anda is continuing to add branded and specialty items



Coming off our best year ever on all fronts, Anda went on a mission to create a better organization as we looked toward the future of distribution.  We analyzed all key functional areas to try to improve anywhere we could.

# Building for the Future

### Contracts / Pricing

- Implementing new and enhanced contract pricing system in 2012
- Will improve our internal ability to manage indirect contracts on behalf of our supply base

### Brand Refresh

- Program to review Anda's messaging and perception in the marketplace and streamline our presentation to our manufacturer and healthcare provider base
- Includes the transition of the VIP company to the Anda name
- Repositioning of AndaMEDS

### Creation of Specialty Division







