PSJ9 Exh 15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION | MDL 2804 |
| OPIATE LITIGATION | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| Track One Cases | |

### PLAINTIFFS' RESPONSES TO THE AMENDED AND CLARIFIED DISCOVERY RULING 12 SUPPLEMENTAL INTERROGATORY ISSUED TO PLAINTIFFS

**Discovery Ruling 7 Reformulation of Pharmacy Interrogatory No. 7 and Distributor Interrogatory No. 23:**

*Identify each Suspicious Order for Prescription Opioids that you contend was shipped to Your geographic area by any National Retail Pharmacy Defendant or Distributor Defendant during the Relevant Time Period. For each order, identify the date the order was shipped, the manufacturer', name, and amount of the medication that was shipped, the name of the defendant that shipped the order, and the name and location of the person or entity that placed the order. Furthermore, explain the criteria you used to identify these Suspicious Orders.*

**Discovery Ruling 12 Supplemental Interrogatory:**

*For each National Retail Pharmacy Defendant and Distributor Defendant, identify 10 Suspicious Orders for Prescription Opioids that you contend were shipped to Your geographic area during the Relevant Time Period. For each order, identify the date the order was shipped, the manufacturer', name, and amount of the medication that was shipped, the name of the defendant that shipped the order, and the name and location of the person or entity that placed the order. Furthermore, explain in detail all criteria you used to identify these Suspicious Orders, including whether and why you contend (i) any due diligence actually conducted was insufficient, and (ii) the order was so suspicious that there was no amount of due diligence that could have removed every basis to suspect the customer was engaged in diversion.*

**January 18, 2019 Amendment to and Clarification of Supplemental Discovery Ruling 12 Interrogatory:**

*Plaintiffs must identify 10 suspicious orders from EACH jurisdiction in the Track One cases for each distributor & pharmacy defendant. This means at least 20 orders per defendant, since Cleveland is within Cuyahoga County and Akron is within Summit County; show how they used their Monthly Total Rule and Methods to identify the SOs listed in their response; and must also identify any other criteria they have used to identify these and other SOs; and should include a variety of recipient pharmacies and a variety of dates.*

**Preliminary Objections and Legal Limitations**

The Bellwether Plaintiffs here renew and incorporate by reference their objections and assertions of legal limitation set out in each Plaintiff's Amended Responses and Objections to the National Retail Pharmacy Defendants' First Set of Interrogatories and Distributor Defendants' Fourth Set of Interrogatories to Plaintiffs, Reformulated Pharmacy Interrogatory No. 7 and Distributor Interrogatory No. 23, served on October 31, 2018, specifically including the introductory paragraph to those objections and assertions of legal limitation and paragraphs 1 – 11 (with related charts), as well as all objections and assertions of legal limitation set out in Plaintiff's Responses to Supplemental Discovery Ruling 12 Interrogatory, served on January 11, 2019, which the Bellwether Plaintiffs also assert here.

The National Retail Pharmacy Defendants and/or Distributor Defendants (collectively "Distributor Defendants") have refused to answer this very same discovery request, yet demand the Bellwether Plaintiffs do so without an adequate record and/or without the benefit of expert witness testimony.  Nonetheless, the Bellwether Plaintiffs attempt to comply with the Court order in good faith.

The reformulated discovery request is a contention interrogatory. "Contention" interrogatories seek to clarify the basis for or scope of an adversary's legal claims. *Starcher v. Corr. Med. Sys., Inc.*, 144 F.3d 418, n.2 (6th Cir. 1998), *aff'd sub nom. Cunningham v. Hamilton Cty., Ohio*, 527 U.S. 198 (1999).  The answer to this contention interrogatory "does not limit [our] experts from using different criteria to identify suspicious orders, and therefore from concluding that there exist suspicious orders in addition to those identified [herein]."  Discovery Ruling No. 7, p. 6.

The Bellwether Plaintiffs reserve the right to supplement this answer if, or when, the Distributors fully and transparently respond to discovery.  For the purposes of responding to this supplemental interrogatory, Plaintiffs have not attempted to identify every suspicious order, nor have Plaintiffs applied every reasonable method for identifying suspicious orders.

The Bellwether Plaintiffs reserve the right to supplement this answer if, or when the Distributors disclose the system(s) the Distributors designed and operated sufficient to detect suspicious orders using Distributors' own metrics.

The Bellwether Plaintiffs reserve the right to supplement this answer through expert witnesses pursuant to the Scheduling Order entered by the Court.

The Bellwether Plaintiffs contend that the Distributor Defendants shipped 168,035,774 hydrocodone pills and 215,257,732 oxycodone pills into Cuyahoga County between 2006 and 2014.  The Bellwether Plaintiffs contend the Distributor Defendants shipped 112,172,575 hydrocodone pills and 118,323,484 oxycodone pills into Summit County between 2006 and 2014.  The bellwethers contend the sheer volume of opioid pills shipped is indicative the distributors failed to maintain "effective control against diversion of particular controlled substances into other than legitimate medical, scientific, and industrial channels." 21 U.S.C.A. § 823(b)(1) [1970].

The Bellwether Plaintiffs contend each Distributor owes a duty under federal law to maintain "effective control against diversion of particular controlled substances into other than legitimate medical, scientific, and industrial channels." 21 U.S.C.A. § 823(b)(1) [1970].  This duty has been defined to include the following obligations:

> The "security requirement" at the heart of this case mandates that distributors "design and operate a system" to identify "suspicious orders of controlled substances" and report those orders to DEA (the Reporting Requirement). 21 C.F.R. § 1301.74(b). The Reporting Requirement is a relatively modest one: It requires only that a distributor provide basic information about certain orders to DEA, so that DEA "investigators in the field" can aggregate reports from every point along the legally regulated supply chain and use the information to ferret out "potential illegal activity." Southwood Pharm., Inc., 72 Fed. Reg. 36,487, 36,501 (Drug Enf't Admin. July 3, 2007). Once a distributor has reported a suspicious order, it must make one of two choices: decline to ship the order, or conduct some "due diligence" and—if it is able to determine that the order is not likely to be diverted into illegal channels—ship the order (the [No-]Shipping Requirement).

*Masters Pharm., Inc. v. Drug Enf't Admin.*, 861 F.3d 206, 212–13 (D.C. Cir. 2017) (emphasis added) (bracket inserted).  The bellwethers served discovery upon the Distributors, asking the Distributors to identify the "system" each distributor "designed and operated" but were limited by the Court to a period of time beginning in 2006 and extending to the present.  Discovery revealed each Distributor used a different "system" at different times.  The Bellwether Plaintiffs have attempted to replicate Defendants' "systems" in order to determine which orders should have been identified as suspicious thereby triggering the Reporting Requirement and the [No-] Shipping Requirement.

Despite repeated motions to compel, limitations including, without limitation, the following remain and impede Bellwether Plaintiffs' ability to fully respond to this request at this time:

A.  Post-Shipment Review Based on the DEA's Chemical Handler's Manual (2004) and/or the DEA's Report to U.S. Attorney General by the Suspicious Order Task Force.

Cardinal Health, and various other Distributor Defendants, adopted some form of a national average multiplier from the DEA's Chemical Handler's Manual (2004) and/or the DEA's Report to U.S. Attorney General by the Suspicious Order Task Force (1998).  Both provisions are nearly identical and arise out of the compliance requirements set forth in The Comprehensive Methamphetamine Control Act of 1996, 21 U.S. Code § 830 ("Each regulated person shall report to the Attorney General, in such form and manner as the Attorney General shall prescribe by regulation any regulated transaction involving an extraordinary quantity of a listed chemical, an uncommon method of payment or delivery, or any other circumstance that the regulated person believes may indicate that the listed chemical will be used in violation of this subchapter.").  To comply with federal law, each distributor tracks the sale of controlled substances and OTC medications *which contain certain chemicals* including those used to make methamphetamine. The total weight of such chemicals are added and then measured against a multiplier of a national average. Sales in excess of this "threshold" are then reported to the DEA after shipment.

Cardinal Health and various other Distributor Defendants used this methodology to monitor sales of prescription opiates, including hydrocodone and oxycodone, between 2000 and 2008. Cardinal Health, for example, generated an "Ingredient Limit Report" based on a computer program which monitors customer-controlled substance purchases for a month and compares these purchases to predetermined averages or limits. However, the methodology for calculating the predetermined averages or limits has not been disclosed.  Nor has any justification been proffered for Cardinal's use of a 4x multiplier (higher than the multiplier used to detect "extraordinary

quantities" of methamphetamine chemicals).  The Bellwether Plaintiffs contend that using a formula for detection of extraordinary quantities of chemicals used to make methamphetamine may not be appropriate to detect unusual orders of prescription opiate pills.  Nonetheless, it is impossible to apply even this formula to the transactional data until Cardinal Health and others disclose the full set of underlying variables within each formula utilized by Defendants to detect suspicious orders of prescription opioids.

The Bellwether Plaintiffs have attempted to replicate a national average multiplier using a factor of 3x (extraordinary) and 2x (more than unusual) premised upon a national average we calculated from the available ARCOS data.  The bellwethers intend to supplement this response if, or when, the distributors disclose the actual variables historically applied over time.

2.  <u>Test for Review of Individual Orders Pre-Shipment</u>

Cardinal Health and other Distributor Defendants also adopted some form of a metric which purported to monitor individual orders in real time which may be suspicious.  For example, Cardinal Health adopted Policy No. DEA04.00 entitled Required Reports to DEA (effective from 2000 to 2006) which established written criteria of what constitutes a suspicious order.  The policy mandates: (i) the criteria must be reasonable and based upon customer purchasing patterns; (ii) each facility must adhere to the established criteria in monitoring orders; and (iii) monitoring system may be either computerized or manual.  However, like all other Distributor Defendants, the written criteria, the metrics to identify purchasing patterns, and the full results of applications have all not yet been fully disclosed.  Thus, it is presently impossible to apply each Distributor Defendants' actual criteria to its transactional data.

By way of another example, McKesson Corporation adopted a policy (2000 through the end of 2006) which utilized a computer algorithm referenced as the "Drohan report" to detect individual suspicious orders.  However, McKesson has failed to produce any evidence that such a system was in operation nor has it produced any work product generated from its system arising out of CT1.

In the meantime, the Bellwether Plaintiffs have attempted to replicate "a" rule set forth in the *Masters Pharm., Inc. v. Drug Enf't Admin.*, 861 F.3d 206 (D.C. Cir. 2017).  In Masters Pharmaceutical, the United States Court of Appeals for the District of Columbia Circuit issued the following instructive analysis:

> More fundamentally, the key question in this case is not whether held orders qualified as "suspicious" under Masters' policies; the question is whether they qualified as "suspicious" under 21 C.F.R. § 1301.74(b). Thus, while Masters frames its challenge on this point in substantial-evidence terms, the relevant inquiry is more legal than factual: It asks how far the language of the regulation reaches. Undertaking that legal exercise, the Administrator reasonably determined that all held orders were "suspicious" within the meaning of the regulation. Section 1301.74(b) provides that "[s]uspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency." Apparently tracking that regulatory language, the Computer Program held an order if: **(a) that order— combined with other orders placed in the same 30-day period—requested more doses of a controlled medication than the pharmacy had requested in any of the previous six calendar months**; (b) the pharmacy ordered a controlled

medication more frequently in a 30-day period than it had in any of the previous six calendar months; or (c) the pharmacy's ordering pattern for a controlled medication deviated in some other notable way from its ordering pattern over the previous six months. As a matter of common sense and ordinary language, orders that deviate from a six-month trend are an "unusual" and not "normal" occurrence. It was therefore entirely reasonable for the Administrator to hold that orders held by the Computer Program met the regulatory definition of "suspicious orders" unless Masters' staff dispelled the suspicion.

*Masters Pharm., Inc. v. Drug Enf't Admin.*, 861 F.3d 206, 216–17 (D.C. Cir. 2017) (internal citations omitted) (emphasis added).

The application of the Masters "common sense rule" is incomplete without the due diligence files. For instance, there is no dispute that each transaction reported in ARCOS was actually shipped regardless of whether it was initially flagged as suspicious. Therefore, flagged orders should have been "cleared" through due diligence in order to have been properly shipped. However, discovery has revealed no such due diligence. The failure to conduct due diligence renders each successive order suspicious. Therefore, the bellwether plaintiffs have applied the Masters "common sense rule" as if no due diligence was conducted.

C. Caps on Daily Orders

CARDINAL HEALTH (and perhaps others) implemented a cap on individual orders by posting a sign in the warehouse of a Dosage Limit Chart which blocks daily orders in excess of a dosage limit. The bellwether plaintiffs intend to disclose expert witness testimony which identifies each daily order which exceeded the vault cap.

D. Thresholds or Ceilings

McKesson and Distributor Defendants implemented thresholds or ceilings at various times which purportedly blocked all orders in excess of a predetermined volume until cleared by due diligence. These thresholds appear to have been exponentially increased over time without any justification in the record. The Bellwether Plaintiffs intend to apply the McKesson threshold across the entire industry as evidence of what a reasonably designed system should have identified as suspicious.

The bellwether Plaintiffs have identified the suspicious orders identified in Exhibits A (Cuyahoga County) and B (Summit County) hereto as suspicious based on the unusual size of the order(s), the unusual frequency of the order(s), the variance of the order(s) from the usual pattern, and/or the shipment of the order(s) where the recipient pharmacy or the prescribing physician's license had been revoked, as further explained in in Exhibits A and B. With regard to each identified order, either the order was so suspicious that no due diligence could have removed every basis to suspect the customer was engaged in diversion and/or Plaintiffs have been unable to identify sufficient due diligence conducted by the Defendant with respect to that order, as further explained in in Exhibits A and B.

Subject to, and without waiving, those objections and assertions of legal limitation, the bellwether Plaintiffs state as follows:

**ANSWER**: In a good faith effort to meet their obligations and to comply with Discovery Ruling 12 as Amended, which directs that this supplemental interrogatory be responded to at this time, Plaintiffs respond with the suspicious orders, and information regarding the same, as set out in the documents attached hereto.

The criteria utilized to identify these suspicious orders, as identified in the attached charts and documents, are as follows, calculated from the available ARCOS data:

1.     "**Two Times Rule**" - ("Exceeding Threshold of Two Times the National Average): Any order(s) in a month such that the cumulative shipments in dosage units that month exceeds two times the national average shipments by the Defendant to all pharmacies to which it shipped the same month is considered suspicious.

2.     "**Three Times Rule**" - ("Exceeding Threshold of Three Times the National Average): Any order(s) in a month such that the cumulative shipments in dosage units that month exceeds three times the national average shipments by the Defendant to all pharmacies to which it shipped the same month is considered suspicious.

3.     "**Common Sense Method Two**" - ("Exceeding Threshold of Initial 6 Months and Assuming No Due Diligence"): Any order(s) in a month such that the cumulative shipments that month exceeds the largest monthly shipments in any of the initial six months of the applicable dataset is considered suspicious. Method 2 assumes such orders were cleared and shipped with no due diligence. The threshold does not increase beyond the largest monthly shipment during the initial six months because each and every order shipped thereafter in excess of the largest monthly shipments is considered unlawful.

4.     "**Common Sense Method Three**" - ("Previous 6 Months Threshold is Triggered and Assuming No Due Diligence"): Once an order(s) in any month causes the cumulative shipments that month to exceed the largest monthly shipments in any of the previous six months all subsequent orders are considered suspicious. Method 3 assumes no due diligence on the first suspicious order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

5.     "**McKesson 8000 Rule**" - McKesson Corp. "designed and operated" a suspicious order monitoring system (SOMS) titled Lifestyle Drug Monitoring Program beginning which it represented to the United States Department of Justice was operational as of May 1, 2007, and held all orders of oxycodone in excess of 8,000 doses in a given month until due diligence was performed. Depo. Hartle (McKesson corporate designee) at p. 179-212, Exhibit 17 and 19. This methodology was applied to both oxycodone and hydrocodone.

Dated: January 25, 2019

Respectfully submitted:

*/s/ Peter J. Mougey*
Peter J. Mougey

**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**

316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
For the PEC

Paul T. Farrell, Jr. (OH 0070257)
**GREEN KETCHUM FARRELL BAILEY & TWEEL, LLP**

419-11th Street (25701)
PO Box 2389 Huntington, WV 25724-2389
Phone: 800-479-0053 or 304-525-9115
Fax: 304-529-3284
paul@greeneketchum.com
Co-Lead Plaintiffs' Counsel

---

[i] Due to the limitations of the ARCOS database, Plaintiffs must substitute "labeler" for "manufacturer" in their response. Labeler information was derived using the National Drug Code Number assigned to the product under the National Drug Code System of the Food and Drug Administration code for each drug and cross referencing against the Food and Drug Administration, National Drug Code Directory and list of NDC/NHRIC Labeler Codes.
A list of NDC/NHRIC Labeler Codes is available at:
https://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm.
Food and Drug Administration, National Drug Code Directory available at:
https://www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt
https://www.deadiversion.usdoj.gov/arcos/ndc/readme.txt
Additionally, the ARCOS Registrant Handbook provides the following definitions relating to labeler: A packer/repacker is a registrant that packs a product into a container (i.e., packer) or repacks a product into different size containers, such as changing a package of 50 capsules to 5 packages of 10 capsules each. A labeler/relabeler is a registrant that affixes the original label to a product (i.e., labeler) or changes in any way the labeling on a product without affecting the product or its container (i.e, relabeler). The "relabel" term implies that the package size remains unchanged with changes being made only in brand name, NDC number, distributor, etc.
Registrant Handbook at 6-2, available at:
https://www.deadiversion.usdoj.gov/arcos/handbook/full.pdf#search=arcos%20handbook.

# Exhibit A
# (Cuyahoga County)

Narrative Response: Plaintiffs contend that the following orders, which were distributed by AmerisourceBergen Drug constitute suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by AmerisourceBergen Drug to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOCKBOURNE, OH | ■ | HEALTHSPAN INTEGRATED CARE (5420 LANCASTER DR., BROOKLYN HEIGHTS, OH, 44131) | 9193 | 406035705 | 3/23/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 18,000 | SpecGx LLC | N | 85,100 | x | x | x | x | x |
| 2 | LOCKBOURNE, OH | ■ | HEALTHSPAN INTEGRATED CARE (12501 SNOW ROAD, PARMA, OH, 44130) | 9143 | 406051201 | 9/30/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 6,000 | SpecGx LLC | N | 80,700 | x | x | x | x | x |
| 3 | LOCKBOURNE, OH | ■ | CLARK LOWCOST PHARMACY (3107 CLARK AVE, CLEVELAND, OH, 44109) | 9143 | 406052301 | 3/8/12 | OXYCODONE HCL/ACETAMINOPHEN 10MG/325 | 10 | 3,600 | SpecGx LLC | N | 46,000 | x | x | x | x | x |
| 4 | LOCKBOURNE, OH | ■ | PHARMERICA (24165 DETROIT ROAD, WESTLAKE, OH, 44145) | 9143 | 406051205 | 12/11/13 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 9,000 | SpecGx LLC | N | 44,400 | x | x | x | x | x |
| 5 | LOCKBOURNE, OH | ■ | VALUECARE PHARMACY, LLC (6611 WEST SNOWVILLE ROAD, BRECKSVILLE, OH, 44141) | 9143 | 406051205 | 3/30/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 6,000 | SpecGx LLC | N | 39,500 | x | x | x | x | x |
| 6 | LOCKBOURNE, OH | ■ | WALGREEN CO. DBA: WALGREENS # 03310 (16803 LORAIN AVE, CLEVELAND, OH, 44111) | 9143 | 228298150 | 12/26/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 4,500 | Actavis Pharma, Inc. | N | 36,500 | x | x | x | x | x |
| 7 | LOCKBOURNE, OH | ■ | WALGREEN CO. DBA: WALGREENS # 12444 (3415 CLARK AVENUE, CLEVELAND, OH, 44109) | 9143 | 228298150 | 10/29/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,000 | Actavis Pharma, Inc. | N | 31,200 | x | x | x | x | x |
| 8 | LOCKBOURNE, OH | ■ | WALGREEN CO. DBA: WALGREENS # 05206 (11701 DETROIT AVE, LAKEWOOD, OH, 44107) | 9143 | 228298150 | 12/29/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,000 | Actavis Pharma, Inc. | N | 31,200 | x | x | x | x | x |
| 9 | LOCKBOURNE, OH | ■ | BOLWELL HEALTH CENTER PHCY C/O MARJORIE BARRON (UNIV HOSPS OF CLEVELAND, CLEVELAND, OH, 44106) | 9143 | 406051205 | 8/26/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 3,000 | SpecGx LLC | N | 30,800 | x | x | x | x | x |
| 10 | LOCKBOURNE, OH | ■ | HEALTHSPAN INTEGRATED CARE (10 SEVERANCE CIRCLE, CLEVELAND HEIGHTS, OH, 44118) | 9143 | 406051205 | 1/20/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 18,000 | SpecGx LLC | N | 29,600 | x | x | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Anda, Inc constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Anda, Inc to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WESTON, FL | | REMEDI SENIORCARE OF OHIO- NORTHEAST, LLC  (26251 BLUESTONE BLVD., SUITE #1, EUCLID, OH, 44132) | 9143 | 406051205 | 1/8/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 49,500 | SpecGx LLC | N | 91,700 | x | x | x | x | x |
| 2 | GROVEPORT, OH | | PRIJATEL'S PHARMACY  (6718 ST CLAIR AVE, CLEVELAND, OH, 44103) | 9143 | 406051205 | 6/28/08 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,500 | SpecGx LLC | N | 8,000 | x | | x | x | |
| 3 | GROVEPORT, OH | | DISCOUNT DRUG MART INC #5 (15412 DETROIT AVE, LAKEWOOD, OH, 44107) | 9143 | 591074905 | 10/27/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 1,000 | Actavis Pharma, Inc. | N | 7,600 | x | | x | x | |
| 4 | WESTON, FL | | BOLWELL HEALTH CENTER PHCY C/O MARJORIE BARRON (UNIV HOSPS OF CLEVELAND, CLEVELAND, OH, 44106) | 9193 | 53746011805 | 4/11/07 | HYDROCODONE.BITARTRA TE 7.5MG/APAP 75 | 7.5 | 1,500 | Amneal Pharmaceuticals LLC | N | 7,000 | x | | x | x | |
| 5 | GROVEPORT, OH | | OHLIGER DRUG OF FAIRVIEW PARK  (21720 LORAIN ROAD, FAIRVIEW PARK, OH, 44126) | 9143 | 53746020301 | 4/29/08 | OXYCODONE HCL/ACETAMINOPHEN TABS 5MG | 5 | 1,000 | Amneal Pharmaceuticals LLC | N | 6,700 | x | | | | |
| 6 | GROVEPORT, OH | | GIANT EAGLE PHARMACY #0204 (6000 ROYALTON ROAD, NORTH ROYALTON, OH, 44133) | 9193 | 591034905 | 4/3/12 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 4,000 | Actavis Pharma, Inc. | N | 4,200 | x | x | x | x | |
| 7 | WESTON, FL | | GIANT EAGLE PHARMACY #0465 (14650 SNOW ROAD, BROOKPARK, OH, 44142) | 9193 | 591034905 | 11/21/13 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,000 | Actavis Pharma, Inc. | N | 3,500 | x | | x | x | |
| 8 | WESTON, FL | | DAVE'S SUPERMARKETS  (3565 RIDGE ROAD, CLEVELAND, OH, 44102) | 9193 | 53746011805 | 10/26/07 | HYDROCODONE.BITARTRA TE 7.5MG/APAP 75 | 7.5 | 500 | Amneal Pharmaceuticals LLC | N | 2,600 | | | x | x | |
| 9 | WESTON, FL | | GIANT EAGLE PHARMACY #1298 (13820 LORIAN AVE, CLEVELAND, OH, 44111) | 9193 | 591034905 | 12/10/08 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,000 | Actavis Pharma, Inc. | N | 2,200 | | | x | x | |
| 10 | GROVEPORT, OH | | THE MEDICAL SERVICE COMPANY COMPLIANCE MANAGER (24000 BROADWAY AVE, OAKWOOD VILLAGE, OH, 44146) | 9143 | 10702005701 | 11/12/09 | OXYCODONE HCl  20 MG TABLETS USP | 20 | 1,000 | KVK-Tech, Inc. | N | 2,000 | | | x | x | |

Narrative Response - Plaintiffs contend that the following orders, when were distributed by Cardinal Health constitute suspicious orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Cardinal Health to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WHEELING, WV | ▉ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03322 (2007 BROOKPARK ROAD, CLEVELAND, OH, 44109) | 9143 | 406051201 | 10/29/12 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 3,600 | SpecGx LLC | N | 61,400 | x | x | x | x | x |
| 2 | WHEELING, WV | ▉ | HILLCREST ATRIUM PHARMACY (6770 MAYFIELD ROAD, MAYFIELD HTS, OH, 44124) | 9143 | 54465029 | 7/26/06 | ROXICET - OXYCODONE.HCL & ACETA 5MG/ | 5 | 28,000 | West-Ward Pharmaceuticals Corp. | N | 36,800 | x | x | x | x | x |
| 3 | WHEELING, WV | ▉ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04803 (8000 EUCLID AVE., CLEVELAND, OH, 44103) | 9143 | 406051201 | 7/31/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 36,600 | x | x | x | x | x |
| 4 | WHEELING, WV | ▉ | PHARMED INC DBA (PHARMED PHARMACY, WESTLAKE, OH, 44145) | 9193 | 406035705 | 8/16/06 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 30,000 | SpecGx LLC | N | 34,000 | x | x | x | x | x |
| 5 | WHEELING, WV | ▉ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04347 (11223 GRANGER RD., GARFIELD HEIGHTS, OH, 44125) | 9143 | 406051201 | 4/22/13 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 4,800 | SpecGx LLC | N | 32,700 | x | x | x | x | x |
| 6 | WHEELING, WV | ▉ | MARC'S PHARMACY (7359 NORTHCLIFF AVENUE, BROOKLYN, OH, 44144) | 9193 | 603388332 | 7/25/06 | HYDROCOD.BIT 7.5 TAB | 7.5 | 9,000 | Par Pharmaceutical | N | 31,800 | x | x | x | x | x |
| 7 | WHEELING, WV | ▉ | PHARMACY MANAGEMENT GROUP OF (OHIO, INC., WESTLAKE, OH, 44145) | 9143 | 406051201 | 10/27/11 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 31,400 | x | x | x | x | x |
| 8 | WHEELING, WV | ▉ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04338 (10022 MADISON AVENUE, CLEVELAND, OH, 44102) | 9143 | 406051201 | 2/17/11 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 6,000 | SpecGx LLC | N | 29,200 | x | x | x | x | x |
| 9 | WHEELING, WV | ▉ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 05035 (212 WEST BAGLEY ROAD, BEREA, OH, 44017) | 9143 | 406051201 | 7/30/13 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 25,900 | x | x | x | x | x |
| 10 | WHEELING, WV | ▉ | WALGREEN CO. DBA: WALGREENS # 05206 (11701 DETROIT AVE, LAKEWOOD, OH, 44107) | 9143 | 591074905 | 3/21/13 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,000 | Actavis Pharma, Inc. | N | 24,100 | x | x | x | x | x |

Narrative Response : Plaintiffs contend that the following orders, which were distributed by CVS constitute suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by CVS to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03322 (2007 BROOKPARK ROAD, CLEVELAND, OH, 44109) | 9193 | 406035705 | 10/27/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 13,500 | SpecGx LLC | N | 67,000 | x | x | x | x | x |
| 2 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03322 (2007 BROOKPARK ROAD, CLEVELAND, OH, 44109) | 9193 | 406035705 | 6/23/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 5,000 | SpecGx LLC | N | 49,700 | x | x | x | x | x |
| 3 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04347 (11223 GRANGER RD., GARFIELD HEIGHTS, OH, 44125) | 9193 | 406035705 | 5/22/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 3,000 | SpecGx LLC | N | 28,400 | | x | x | x | x |
| 4 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03035 (212 WEST BAGLEY ROAD, BEREA, OH, 44017) | 9193 | 406035705 | 1/30/12 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 2,500 | SpecGx LLC | N | 28,100 | | x | x | x | x |
| 5 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03035 (212 WEST BAGLEY ROAD, BEREA, OH, 44017) | 9193 | 406035705 | 9/29/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 6,000 | SpecGx LLC | N | 28,000 | | x | x | x | x |
| 6 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03339 (23351 LORAIN ROAD, NORTH OLMSTEAD, OH, 44070) | 9193 | 406035705 | 10/26/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 10,000 | SpecGx LLC | N | 26,300 | | | x | x | x |
| 7 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03338 (22001 LAKESHORE BLVD, EUCLID, OH, 44123) | 9193 | 406035705 | 10/17/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 8,000 | SpecGx LLC | N | 23,900 | | | x | x | x |
| 8 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03333 (3171 WEST BLVD., CLEVELAND, OH, 44111) | 9193 | 406035705 | 10/21/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 5,500 | SpecGx LLC | N | 22,200 | | | x | x | x |
| 9 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03333 (3171 WEST BLVD., CLEVELAND, OH, 44111) | 9193 | 406036005 | 7/30/08 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 2,000 | SpecGx LLC | N | 21,900 | x | | x | x | x |
| 10 | INDIANAPOLIS, IN | ▮ | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04300 (13777 PEARL RD., STRONGSVILLE, OH, 44136) | 9193 | 406035705 | 1/16/12 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 3,500 | SpecGx LLC | N | 21,200 | | | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Discount Drug Mart constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Discount Drug Mart to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MEDINA, OH | | DISCOUNT DRUG MART (6476 YORK ROAD, PARMA HEIGHTS, OH, 44130) | 9193 | 603389032 | 9/25/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 3,000 | Par Pharmaceutical | N | 49,120 | | | x | x | x |
| 2 | MEDINA, OH | | DISCOUNT DRUG MART #28 (8191 COLUMBIA RD, OLMSTED FALLS, OH, 44138) | 9193 | 603389032 | 9/17/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 10,000 | Par Pharmaceutical | N | 39,720 | | | x | x | x |
| 3 | MEDINA, OH | | DISCOUNT DRUG MART INC #17 (4170 FULTON ROAD, CLEVELAND, OH, 44144) | 9193 | 603389032 | 9/17/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 7,000 | Par Pharmaceutical | N | 31,600 | | | x | x | x |
| 4 | MEDINA, OH | | DISCOUNT DRUG MART INC #15 (17815 PURITAS AVENUE, CLEVELAND, OH, 44135) | 9193 | 603389032 | 9/29/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 4,000 | Par Pharmaceutical | N | 31,100 | | | x | x | x |
| 5 | MEDINA, OH | | DISCOUNT DRUG MART INC #5 (15412 DETROIT AVE, LAKEWOOD, OH, 44107) | 9193 | 603389032 | 9/16/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 7,000 | Par Pharmaceutical | N | 30,160 | | | x | x | x |
| 6 | MEDINA, OH | | DISCOUNT DRUG MART #31 (KEVIN M RYAN, RPH, EUCLID, OH, 44119) | 9193 | 603389032 | 9/29/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 4,000 | Par Pharmaceutical | N | 28,060 | | | x | x | x |
| 7 | MEDINA, OH | | DISCOUNT DRUG MART #18 (6160 BRECKSVILLE ROAD, INDEPENDENCE, OH, 44131) | 9193 | 603389032 | 9/25/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 3,000 | Par Pharmaceutical | N | 25,660 | | | x | x | x |
| 8 | MEDINA, OH | | DISCOUNT DRUG MART #41 (13123 DETROIT AVENUE, LAKEWOOD, OH, 44107) | 9193 | 603389128 | 9/30/14 | HYDROCODONE BITARTRATE & ACETA 7.5MG | 7.5 | 2,000 | Par Pharmaceutical | N | 24,300 | | | x | x | x |
| 9 | MEDINA, OH | | DISCOUNT DRUG MART (6148 DUNHAM ROAD, MAPLE HEIGHTS, OH, 44137) | 9193 | 603388728 | 9/30/14 | HYDROCODONE.BIT./ACET.,10MG & 325MG/ | 10 | 1,500 | Par Pharmaceutical | N | 17,240 | | | x | x | x |
| 10 | MEDINA, OH | | DISCOUNT DRUG MART INC #10 (27300 DETROIT RD, WESTLAKE, OH, 44145) | 9193 | 603389032 | 9/25/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 3,000 | Par Pharmaceutical | N | 15,300 | | | x | x | x |

Exhibit A (Cuyahoga) - Page 5

Narrative Response – Plaintiffs contend that the following orders, which were distributed by HBC Service Company constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by HBC Service Company to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #6376 NA (6300 BIDDULPH, BROOKLYN, OH, 44144) | 9193 | 406036005 | 11/30/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 17,530 | | | x | x | x |
| 2 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #5817 NA (7939 DAY DRIVE, CLEVELAND, OH, 44129) | 9193 | 406036005 | 1/29/12 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 14,860 | | | x | x | x |
| 3 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #0465 NA (14650 SNOW ROAD, BROOKPARK, OH, 44142) | 9193 | 406036005 | 3/28/12 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 14,100 | | | x | x | x |
| 4 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #0230 NA (5050 W. 117TH STREET, CLEVELAND, OH, 44111) | 9193 | 406036005 | 6/29/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 13,100 | | | x | x | x |
| 5 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #1263 NA (15525 EDGECLIFF AVE, CLEVELAND, OH, 44111) | 9193 | 406036005 | 10/27/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 12,700 | | | x | x | x |
| 6 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #0217 NA (6869 SOUTHLAND DRIVE, MIDDLEBURG HGTS, OH, 44130) | 9193 | 406036005 | 11/30/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 12,030 | | | x | x | x |
| 7 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #4086 NA (15919 PEARL ROAD, STRONGSVILLE, OH, 44136) | 9193 | 603388128 | 12/18/11 | HYDROCODONE.BIT. & ACETA  5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 11,230 | | | x | x | x |
| 8 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #0218 NA (5744 TRANSPORTATION BLVD, GARFIELD HTS, OH, 44125) | 9193 | 406036005 | 6/29/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 11,200 | | | x | x | x |
| 9 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #4009 NA (1825 SNOW ROAD, PARMA, OH, 44134) | 9193 | 603388621 | 10/31/11 | HYDROCODONE BITARTRATE AND ACETA 10M | 10 | 200 | Par Pharmaceutical | N | 10,950 | | | x | x | x |
| 10 | WASHINGTON, PA | ■ | GIANT EAGLE PHARMACY #1298 NA (13820 LORIAN AVE, CLEVELAND, OH, 44111) | 9193 | 603388328 | 6/29/10 | HYDROCOD.BIT 7.5 TAB | 7.5 | 500 | Par Pharmaceutical | N | 10,790 | | | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by H.D. Smith constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by H. D. Smith to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOUISVILLE, KY | | THE MEDICAL SERVICE COMPANY COMPLIANCE MANAGER (24000 BROADWAY AVE, OAKWOOD VILLAGE, OH, 44146) | 9143 | 406051205 | 12/30/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,000 | SpecGx LLC | N | 26,500 | x | x | x | x | x |
| 2 | LOUISVILLE, KY | | CHURCH SQUARE PHARMACY (7905 EUCLID AVE, CLEVELAND, OH, 44103) | 9143 | 406051201 | 3/26/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 7,000 | SpecGx LLC | N | 25,000 | | | x | x | x |
| 3 | LOUISVILLE, KY | | CHURCH SQUARE PHARMACY (7905 EUCLID AVE, CLEVELAND, OH, 44103) | 9143 | 406051201 | 4/17/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 7,200 | SpecGx LLC | N | 24,800 | | | x | x | x |
| 4 | LOUISVILLE, KY | | CHURCH SQUARE PHARMACY (7905 EUCLID AVE, CLEVELAND, OH, 44103) | 9143 | 406051201 | 10/27/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 4,800 | SpecGx LLC | N | 23,820 | x | | x | x | x |
| 5 | LOUISVILLE, KY | | THE MEDICAL SERVICE COMPANY COMPLIANCE MANAGER (24000 BROADWAY AVE, OAKWOOD VILLAGE, OH, 44146) | 9143 | 10702005601 | 10/27/14 | OXYCODONE HCl 10MG TABLETS USP | 10 | 1,200 | KVK-Tech, Inc. | N | 22,100 | x | x | x | x | x |
| 6 | LOUISVILLE, KY | | CHURCH SQUARE PHARMACY (7905 EUCLID AVE, CLEVELAND, OH, 44103) | 9143 | 406051201 | 9/27/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 21,440 | x | x | x | x | x |
| 7 | LOUISVILLE, KY | | THE MEDICAL SERVICE COMPANY COMPLIANCE MANAGER (24000 BROADWAY AVE, OAKWOOD VILLAGE, OH, 44146) | 9143 | 65162004710 | 11/21/14 | OXYCODONE HCL 5MG TABLET USP; 100 TA | 5 | 1,200 | Amneal Pharmaceuticals LLC | N | 20,300 | x | x | x | x | x |
| 8 | LOUISVILLE, KY | | THE MEDICAL SERVICE COMPANY COMPLIANCE MANAGER (24000 BROADWAY AVE, OAKWOOD VILLAGE, OH, 44146) | 9143 | 406055201 | 12/27/11 | OXYCODONE HYDROCHLORIDE TABLETS 5MG | 5 | 1,200 | SpecGx LLC | N | 19,100 | x | x | x | x | x |
| 9 | LOUISVILLE, KY | | ACCUSCRIPTS PHARMACY L.L.C. (24340 SPERRY DR, WESTLAKE, OH, 44145) | 9143 | 53746020301 | 9/30/14 | OXYCODONE HCL/ACETAMINOPHEN TABS 5MG | 5 | 1,000 | Amneal Pharmaceuticals LLC | N | 7,800 | | | x | x | |
| 10 | LOUISVILLE, KY | | ACCUSCRIPTS PHARMACY L.L.C. (24340 SPERRY DR, WESTLAKE, OH, 44145) | 9143 | 53746020301 | 10/31/14 | OXYCODONE HCL/ACETAMINOPHEN TABS 5MG | 5 | 1,000 | Amneal Pharmaceuticals LLC | N | 7,400 | | | x | x | |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by McKesson Corporation constitute Suspicious Orders defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by McKesson Corporation to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3157 (3402 CLARK AVENUE, CLEVELAND, OH, 44109) | 9143 | 603499821 | 8/30/11 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,500 | Par Pharmaceutical | N | 49,700 | x | x | x | x | x |
| 2 | NEW CASTLE, PA | | REMEDI SENIORCARE OF OHIO-NORTHEAST, LLC (26251 BLUESTONE BLVD., SUITE #1, EUCLID, OH, 44132) | 9143 | 57664022388 | 8/25/14 | OXYCODONE HCL 5MG TABLETS, USP | 5 | 7,700 | Sun Pharmaceutical Industries, Inc. | N | 34,800 | x | x | x | x | x |
| 3 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #4788 (7109 HARVARD AVENUE, CLEVELAND, OH, 44105) | 9143 | 406051205 | 12/30/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,000 | SpecGx LLC | N | 26,200 | x | x | x | x | x |
| 4 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #2665 (10502 SAINT CLAIR AVENUE, CLEVELAND, OH, 44108) | 9143 | 406051201 | 1/19/07 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 3,600 | SpecGx LLC | N | 21,700 | x | x | x | x | x |
| 5 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3131 (20405 CHAGRIN BOULEVARD, SHAKER HEIGHTS, OH, 44122) | 9143 | 60951079770 | 6/27/11 | ENDOCET TABS - 10MG OXYCODONE.HCL & | 10 | 1,800 | Par Pharmaceutical | N | 21,000 | x | x | x | x | x |
| 6 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3053 (5795 STATE ROAD, PARMA, OH, 44134) | 9143 | 406052301 | 5/30/08 | OXYCODONE HCL/ACETAMINOPHEN 10MG/325 | 10 | 1,200 | SpecGx LLC | N | 20,500 | x | x | x | x | x |
| 7 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3043 (10090 CHESTER AVE, CLEVELAND, OH, 44106) | 9143 | 406051201 | 12/22/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 18,200 | x | x | x | x | x |
| 8 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #1570 (6512 FRANKLIN BOULEVARD, CLEVELAND, OH, 44102) | 9143 | 603499821 | 10/21/11 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,000 | Par Pharmaceutical | N | 18,100 | x | x | x | x | x |
| 9 | NEW CASTLE, PA | | GIANT EAGLE PHARMACY #6376 (6300 BIDDULPH, BROOKLYN, OH, 44144) | 9193 | 406036005 | 6/30/09 | HYDROCODO.BIT/APAP 7.5MG/750MG USP'T | 7.5 | 1,000 | SpecGx LLC | N | 13,800 | x | x | x | x | x |
| 10 | NEW CASTLE, PA | | GIANT EAGLE PHARMACY #1298 (13820 LORIAN AVE, CLEVELAND, OH, 44111) | 9193 | 591034905 | 5/28/09 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,500 | Actavis Pharma, Inc. | N | 13,300 | x | x | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Prescription Supply Inc constitute suspicious orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Prescription Supply Inc to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART INC #5 (15412 DETROIT AVE, LAKEWOOD, OH, 44107) | 9143 | 603499828 | 12/29/06 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,000 | Par Pharmaceutical | N | 13,300 | x | x | x | x | x |
| 2 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART INC #5 (15412 DETROIT AVE, LAKEWOOD, OH, 44107) | 9143 | 406051205 | 8/31/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 500 | SpecGx LLC | N | 13,300 | x | x | x | x | x |
| 3 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART #41 (13123 DETROIT AVENUE, LAKEWOOD, OH, 44107) | 9143 | 406051205 | 6/30/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,000 | SpecGx LLC | N | 10,700 | x | | x | x | x |
| 4 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART #41 (13123 DETROIT AVENUE, LAKEWOOD, OH, 44107) | 9143 | 406051205 | 10/30/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,000 | SpecGx LLC | N | 10,300 | x | | x | x | x |
| 5 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART INC #8 (24485 LORAIN RD, NORTH OLMSTED, OH, 44070) | 9143 | 406051205 | 6/29/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,000 | SpecGx LLC | N | 8,900 | x | | x | x | x |
| 6 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART INC #8 (24485 LORAIN RD, NORTH OLMSTED, OH, 44070) | 9143 | 406051205 | 3/30/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 500 | SpecGx LLC | N | 8,800 | x | | x | x | x |
| 7 | NORTHWOOD, OH | ■■■ | OHLIGER DRUG OF FAIRVIEW PARK (21720 LORAIN ROAD, FAIRVIEW PARK, OH, 44126) | 9143 | 54465029 | 3/23/07 | ROXICET - OXYCODONE.HCL & ACETA 5MG/ | 5 | 1,000 | West-Ward Pharmaceuticals Corp. | N | 8,300 | | x | x | x | x |
| 8 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART INC #10 (27300 DETROIT RD, WESTLAKE, OH, 44145) | 9143 | 406051205 | 8/31/09 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,000 | SpecGx LLC | N | 7,900 | | | x | x | |
| 9 | NORTHWOOD, OH | ■■■ | DISCOUNT DRUG MART #28 (8191 COLUMBIA RD, OLMSTED FALLS, OH, 44138) | 9143 | 603499828 | 1/30/07 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 500 | Par Pharmaceutical | N | 7,900 | | | x | x | |
| 10 | NORTHWOOD, OH | ■■■ | OHLIGER DRUG OF FAIRVIEW PARK (21720 LORAIN ROAD, FAIRVIEW PARK, OH, 44126) | 9143 | 54465029 | 11/21/06 | ROXICET - OXYCODONE.HCL & ACETA 5MG/ | 5 | 1,000 | West-Ward Pharmaceuticals Corp. | N | 7,500 | | | x | x | |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Rite Aid constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Rite Aid to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3157 (3402 CLARK AVENUE, CLEVELAND, OH, 44109) | 9193 | 406035705 | 9/30/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 3,000 | SpecGx LLC | N | 30,300 | x | x | x | x | x |
| 2 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3053 (5795 STATE ROAD, PARMA, OH, 44134) | 9193 | 406035705 | 7/30/07 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 1,000 | SpecGx LLC | N | 19,700 | | | x | x | x |
| 3 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3153 (15149 SNOW ROAD, BROOK PARK, OH, 44142) | 9193 | 406035705 | 10/30/07 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 2,500 | SpecGx LLC | N | 17,500 | | x | x | x | x |
| 4 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #7879 (5455 RIDGE ROAD, PARMA, OH, 44129) | 9193 | 406036201 | 3/31/10 | HYDROCOD.BIT.& APAP,10MG/660MG/TAB | 10 | 1,200 | SpecGx LLC | N | 15,000 | | x | x | x | x |
| 5 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #1570 (6512 FRANKLIN BOULEVARD, CLEVELAND, OH, 44102) | 9193 | 406035705 | 12/15/07 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 1,500 | SpecGx LLC | N | 12,400 | | | x | x | x |
| 6 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3148 (2323 BROADVIEW ROAD, CLEVELAND, OH, 44109) | 9193 | 406036005 | 5/22/08 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 1,000 | SpecGx LLC | N | 10,000 | | | x | x | x |
| 7 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3486 (11702 LORAIN AVENUE, CLEVELAND, OH, 44111) | 9193 | 591034905 | 7/30/13 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,000 | Actavis Pharma, Inc. | N | 9,660 | | | x | x | x |
| 8 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3155 (29000 LORAIN ROAD, NORTH OLMSTED, OH, 44070) | 9193 | 406035705 | 12/28/06 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 2,000 | SpecGx LLC | N | 8,700 | | | x | x | x |
| 9 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #4071 (475 E 185TH STREET, EUCLID, OH, 44119) | 9193 | 591034905 | 11/22/13 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,000 | Actavis Pharma, Inc. | N | 6,800 | | | x | x | |
| 10 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3091 (14701 PEARL ROAD, STRONGSVILLE, OH, 44136) | 9193 | 603388128 | 6/29/10 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 6,500 | | | x | x | |

Narrative Response: Plaintiffs contend that the following orders, which were distributed by Wal-Mart constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Wal-Mart to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WILLIAMSPORT, MD | | WAL-MART PHARMACY 10-2073 NA (10000 BROOKPARK RD, BROOKLYN, OH, 44130) | 9193 | 603388721 | 8/19/13 | HYDROCODONE.BIT./ACET.,10MG & 325MG/ | 10 | 400 | Par Pharmaceutical | N | 19,100 | | | x | x | x |
| 2 | WILLIAMSPORT, MD | | WAL-MART PHARMACY 10-2073 NA (10000 BROOKPARK RD, BROOKLYN, OH, 44130) | 9193 | 406036001 | 12/31/08 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 2,700 | SpecGx LLC | N | 16,600 | | | x | x | x |
| 3 | WILLIAMSPORT, MD | | WAL-MART PHARMACY 10-5082 NA (8303 W RIDGEWOOD DR, PARMA, OH, 44129) | 9193 | 406035701 | 8/19/13 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 500 | SpecGx LLC | N | 16,400 | | | x | x | x |
| 4 | ROGERS, AR | | WAL-MART PHARMACY 10-4285 NA (3400 STEELYARD DRIVE, CLEVELAND, OH, 44109) | 9143 | 406051201 | 4/29/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,800 | SpecGx LLC | N | 15,100 | x | x | x | x | x |
| 5 | ROGERS, AR | | WAL-MART PHARMACY 10-4285 NA (3400 STEELYARD DRIVE, CLEVELAND, OH, 44109) | 9143 | 406051201 | 9/30/10 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,900 | SpecGx LLC | N | 14,600 | x | x | x | x | x |
| 6 | CRAWFORDSVILLE, IN | | WAL-MART PHARMACY 10-2266 NA (8585 PEARL RD, STRONGSVILLE, OH, 44136) | 9193 | 406036305 | 8/30/13 | HYDROCODONE BIT/ACETA 10MG/500MG USP | 10 | 500 | SpecGx LLC | N | 12,800 | | | x | x | x |
| 7 | WILLIAMSPORT, MD | | WAL-MART PHARMACY 10-5082 NA (8303 W RIDGEWOOD DR, PARMA, OH, 44129) | 9193 | 406036001 | 12/29/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 600 | SpecGx LLC | N | 12,000 | | | x | | x |
| 8 | CRAWFORDSVILLE, IN | | WAL-MART PHARMACY 10-2316 NA (24801 BROOKPARK RD, NORTH OLMSTEAD, OH, 44070) | 9193 | 406035705 | 8/29/13 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 500 | SpecGx LLC | N | 11,400 | | | x | x | x |
| 9 | CRAWFORDSVILLE, IN | | WAL-MART PHARMACY 10-2266 NA (8585 PEARL RD, STRONGSVILLE, OH, 44136) | 9193 | 603388728 | 12/21/11 | HYDROCODONE.BIT./ACET.,10MG & 325MG/ | 10 | 500 | Par Pharmaceutical | N | 10,300 | | | x | x | x |
| 10 | ROGERS, AR | | WAL-MART PHARMACY 10-5326 NA (5638 TRANSPORTATION BLVD., GARFIELD HIEGHTS, OH, 44125) | 9143 | 406051205 | 8/31/07 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 5,500 | SpecGx LLC | N | 8,700 | x | | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Walgreen Co constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Walgreen Co to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03314 (5400 PEARL ROAD, PARMA, OH, 44129) | 9143 | 591074905 | 8/29/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 6,500 | Actavis Pharma, Inc. | N | 38,300 | x | x | x | x | x |
| 2 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 05206 (11701 DETROIT AVE, LAKEWOOD, OH, 44107) | 9143 | 591074905 | 10/31/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,000 | Actavis Pharma, Inc. | N | 35,900 | x | x | x | x | x |
| 3 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 12444 (3415 CLARK AVENUE, CLEVELAND, OH, 44109) | 9143 | 591074905 | 3/29/12 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,500 | Actavis Pharma, Inc. | N | 34,300 | x | x | x | x | x |
| 4 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03308 (4265 STATE RD., CLEVELAND, OH, 44109) | 9143 | 591074905 | 5/30/12 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 1,500 | Actavis Pharma, Inc. | N | 30,100 | x | x | x | x | x |
| 5 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 10710 (20485 EUCLID AVE, EUCLID, OH, 44117) | 9143 | 591074905 | 10/22/10 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 4,500 | Actavis Pharma, Inc. | N | 29,700 | x | x | x | x | x |
| 6 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03312 (22401 LAKE SHORE BLVD, EUCLID, OH, 44123) | 9143 | 591074905 | 4/14/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 5,000 | Actavis Pharma, Inc. | N | 27,600 | x | | x | x | x |
| 7 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03238 (14525 EUCLID, EAST CLEVELAND, OH, 44112) | 9143 | 591074905 | 4/30/08 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 2,000 | Actavis Pharma, Inc. | N | 25,400 | x | x | x | x | x |
| 8 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03226 (6410 BROADWAY AVENUE, CLEVELAND, OH, 44105) | 9143 | 591074905 | 4/29/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,500 | Actavis Pharma, Inc. | N | 25,100 | | | x | x | x |
| 9 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03256 (11401 UNION AVENUE, CLEVELAND, OH, 44105) | 9143 | 591074905 | 1/23/13 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 4,000 | Actavis Pharma, Inc. | N | 22,400 | x | | x | x | x |
| 10 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 04159 (6300 PEARL RD., PARMA HEIGHTS, OH, 44130) | 9143 | 591074905 | 8/29/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,000 | Actavis Pharma, Inc. | N | 21,200 | x | | x | x | x |

# Exhibit B
# (Summit County)

Narrative Response - Plaintiffs contend that the following orders, which were distributed by AmerisourceBergen Drug constitute suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by AmerisourceBergen Drug to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LOCKBOURNE, OH | ▓ | RITZMAN PHARMACY #101 (1323 COPLEY RD, AKRON, OH, 44320) | 9193 | 406035705 | 10/7/11 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 21,000 | SpecGx LLC | N | 55,600 | x | x | x | x | x |
| 2 | LOCKBOURNE, OH | ▓ | RITZMAN PHARMACY #102 (390 ROBINSON AVENUE, BARBERTON, OH, 44203) | 9193 | 406035705 | 10/6/11 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 18,000 | SpecGx LLC | N | 41,800 | x | x | x | x | x |
| 3 | LOCKBOURNE, OH | ▓ | RALEY DRUG STORE, INC (1760 GOODYEAR BLVD, AKRON, OH, 44305) | 9143 | 591350301 | 10/26/06 | OXYCODONE HCL 40MG TABS | 40 | 4,800 | Actavis Pharma, Inc. | N | 39,300 | x | x | x | x | x |
| 4 | LOCKBOURNE, OH | ▓ | WALGREEN CO. DBA: WALGREENS # 03281 (1130 S. ARLINGTON ST, AKRON, OH, 44306) | 9143 | 228298150 | 12/26/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 5,500 | Actavis Pharma, Inc. | N | 31,500 | x | x | x | x | x |
| 5 | LOCKBOURNE, OH | ▓ | WALGREEN CO. DBA: WALGREENS # 04776 (900 WOOSTER RD NORTH, BARBERTON, OH, 44203) | 9143 | 228298150 | 12/26/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 3,500 | Actavis Pharma, Inc. | N | 30,700 | x | x | x | x | x |
| 6 | LOCKBOURNE, OH | ▓ | WALGREEN CO. DBA: WALGREENS # 03572 (2645 STATE RD, CUYAHOGA FALLS, OH, 44223) | 9143 | 228298150 | 12/30/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,500 | Actavis Pharma, Inc. | N | 27,400 | x | x | x | x | x |
| 7 | LOCKBOURNE, OH | ▓ | WALGREEN CO. DBA: WALGREENS # 05904 (830 BRITTAIN RD, AKRON, OH, 44305) | 9143 | 228298150 | 10/29/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,500 | Actavis Pharma, Inc. | N | 27,300 | x | x | x | x | x |
| 8 | LOCKBOURNE, OH | ▓ | WALGREEN CO. DBA: WALGREENS # 03279 (1303 COPLEY ROAD, AKRON, OH, 44320) | 9143 | 591074905 | 10/29/13 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,000 | Actavis Pharma, Inc. | N | 26,800 | x | x | x | x | x |
| 9 | LOCKBOURNE, OH | ▓ | THE FRED W ALBRECHT GROCERY (DBA ACME PHARMACY #18, AKRON, OH, 44314) | 9143 | 406051205 | 10/29/12 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,500 | SpecGx LLC | N | 26,500 | x | x | x | x | x |
| 10 | LOCKBOURNE, OH | ▓ | WALGREEN CO. DBA: WALGREENS # 03741 (302 CANTON ROAD, AKRON, OH, 44312) | 9143 | 228298150 | 12/30/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,000 | Actavis Pharma, Inc. | N | 25,600 | x | x | x | x | x |

Narrative Response – Plaintiffs contend that the following orders, which were distributed by Anda, Inc constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Anda, Inc to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GROVEPORT, OH | | NEW CHOICE PHARMACY (1900 23RD STREET, CUYAHOGA FALLS, OH, 44223) | 9143 | 591350301 | 2/28/07 | OXYCODONE HCL 40MG TABS | 40 | 10,000 | Actavis Pharma, Inc. | N | 68,400 | x | x | x | x | x |
| 2 | GROVEPORT, OH | | NEW CHOICE PHARMACY (1900 23RD STREET, CUYAHOGA FALLS, OH, 44223) | 9143 | 591350401 | 11/29/06 | OXYCODONE HCL 80MG TABS | 80 | 2,400 | Actavis Pharma, Inc. | N | 63,600 | x | x | x | x | x |
| 3 | GROVEPORT, OH | | NEW CHOICE PHARMACY (1900 23RD STREET, CUYAHOGA FALLS, OH, 44223) | 9143 | 406051205 | 1/30/06 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 6,000 | SpecGx LLC | N | 10,200 | x | x | x | x | x |
| 4 | GROVEPORT, OH | | DISCOUNT DRUG MART #33 (655 PORTAGE TRAIL, CUYAHOGA FALLS, OH, 44221) | 9143 | 591074905 | 11/11/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 1,500 | Actavis Pharma, Inc. | N | 10,000 | x | x | x | x | x |
| 5 | GROVEPORT, OH | | DISCOUNT DRUG MART #33 (655 PORTAGE TRAIL, CUYAHOGA FALLS, OH, 44221) | 9143 | 591074905 | 2/24/12 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 1,500 | Actavis Pharma, Inc. | N | 8,300 | x | x | | x | x |
| 6 | WESTON, FL | | GIANT EAGLE PHARMACY #4124 (484 EAST WATERLOO RD, AKRON, OH, 44319) | 9193 | 591034905 | 11/5/13 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 4,500 | Actavis Pharma, Inc. | N | 5,700 | x | x | x | x | |
| 7 | WESTON, FL | | GIANT EAGLE PHARMACY #4031 (41 5TH STREET SE, BARBERTON, OH, 44203) | 9193 | 591034905 | 11/4/13 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 3,000 | Actavis Pharma, Inc. | N | 5,700 | x | x | x | x | |
| 8 | GROVEPORT, OH | | GIANT EAGLE PHARMACY #4031 (41 5TH STREET SE, BARBERTON, OH, 44203) | 9193 | 591034901 | 1/13/09 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,200 | Actavis Pharma, Inc. | N | 5,000 | | | x | x | |
| 9 | GROVEPORT, OH | | GIANT EAGLE PHARMACY #4029 (2801 EAST WATERLOO ROAD, AKRON, OH, 44312) | 9193 | 591034905 | 4/3/12 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 3,500 | Actavis Pharma, Inc. | N | 3,500 | | | x | x | |
| 10 | GROVEPORT, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 53746020305 | 6/10/09 | OXYCODONE HCL/ACETAMINOPHEN TABS 5MG | 5 | 1,500 | Amneal Pharmaceuticals LLC | N | 2,500 | | | x | x | |

Narrative Response - Plaintiffs contend that the following Orders, which were distributed by Cardinal Health constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Cardinal Health to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WHEELING, WV | | NEW CHOICE PHARMACY (1900 23RD STREET, CUYAHOGA FALLS, OH, 44223) | 9143 | 406051205 | 8/29/07 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 10,000 | SpecGx LLC | N | 134,900 | x | x | x | x | x |
| 2 | WHEELING, WV | | NEW CHOICE PHARMACY (1900 23RD STREET, CUYAHOGA FALLS, OH, 44223) | 9143 | 406051205 | 1/30/06 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 6,000 | SpecGx LLC | N | 106,400 | x | x | x | x | x |
| 3 | WHEELING, WV | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04800 (590 EAST MARKET STREET, AKRON, OH, 44304) | 9143 | 406051201 | 12/31/13 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 5,000 | SpecGx LLC | N | 59,000 | x | x | x | x | x |
| 4 | WHEELING, WV | | RITZMAN PHARMACY #101 (3323 COPLEY RD, AKRON, OH, 44320) | 9143 | 47781023005 | 12/31/14 | OXYCODONE HCL/ACETAMINOPHEN 10MG/325 | 10 | 500 | Alvogen, Inc. | N | 42,400 | x | x | x | x | x |
| 5 | WHEELING, WV | | MARC GLASSMAN INC DBA MARC'S (360 EAST WATERLOO RD, AKRON, OH, 44319) | 9193 | 603388132 | 7/26/06 | HYDROCODONE.BIT. & ACETA  5MG & 500M | 5 | 18,000 | Par Pharmaceutical | N | 41,200 | x | x | x | x | x |
| 6 | WHEELING, WV | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY  # 03083 (780 BRITTAIN ROAD, AKRON, OH, 44305) | 9143 | 591093201 | 12/28/11 | OXYCODONE.HCL/APAP 10MG/325MG TABS | 10 | 2,400 | Actavis Pharma, Inc. | N | 33,100 | x | x | x | x | x |
| 7 | WHEELING, WV | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03360 (3352 KENT ROAD, STOW, OH, 44224) | 9143 | 406051201 | 12/24/13 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 3,000 | SpecGx LLC | N | 31,500 | x | x | x | x | x |
| 8 | WHEELING, WV | | NEW CHOICE PHARMACY (1900 23RD STREET, CUYAHOGA FALLS, OH, 44223) | 9193 | 603388732 | 12/31/09 | HYDROCODONE BIT./ACETA 10MG/325MG TA | 10 | 1,000 | Par Pharmaceutical | N | 25,900 | x | x | x | x | x |
| 9 | WHEELING, WV | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04312 (1225 CANTON RD, AKRON, OH, 44312) | 9143 | 591093201 | 11/26/10 | OXYCODONE.HCL/APAP 10MG/325MG TABS | 10 | 1,600 | Actavis Pharma, Inc. | N | 25,200 | x | x | x | x | x |
| 10 | WHEELING, WV | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03041 (235 EAST CUYAHOGA FALLS AVE, AKRON, OH, 44310) | 9143 | 406051201 | 5/23/12 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 24,900 | x | x | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by CVS constitute suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by CVS to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04800 (590 EAST MARKET STREET, AKRON, OH, 44304) | 9193 | 406035705 | 12/19/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 8,000 | SpecGx LLC | N | 50,800 | x | x | x | x | x |
| 2 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04800 (590 EAST MARKET STREET, AKRON, OH, 44304) | 9193 | 406035705 | 10/17/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 27,500 | SpecGx LLC | N | 50,200 | x | x | x | x | x |
| 3 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03355 (4195 S. CLEVELAND-MASSILLON ROAD, NORTON, OH, 44203) | 9193 | 406035705 | 10/28/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 9,000 | SpecGx LLC | N | 47,400 | x | x | x | x | x |
| 4 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04312 (1225 CANTON RD, AKRON, OH, 44312) | 9193 | 406035705 | 10/29/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 9,500 | SpecGx LLC | N | 46,700 | x | x | x | x | x |
| 5 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03041 (235 EAST CUYAHOGA FALLS AVE, AKRON, OH, 44310) | 9193 | 406035705 | 10/29/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 9,500 | SpecGx LLC | N | 39,900 | x | | x | x | x |
| 6 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04309 (1711 STATE RD, CUYAHOGA FALLS, OH, 44223) | 9193 | 406035705 | 10/31/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 5,500 | SpecGx LLC | N | 34,100 | x | | x | x | x |
| 7 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03320 (426 ROBINSON AVE., BARBERTON, OH, 44203) | 9193 | 406035705 | 10/28/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 8,000 | SpecGx LLC | N | 33,900 | x | | x | x | x |
| 8 | INDIANAPOLIS, IN | | BRITTAIN ROAD CVS, INC. DBA: CVS/PHARMACY # 03083 (780 BRITTAIN ROAD, AKRON, OH, 44305) | 9193 | 406035705 | 10/29/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 12,000 | SpecGx LLC | N | 32,500 | x | | x | x | x |
| 9 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 03560 (3352 KENT ROAD, STOW, OH, 44224) | 9193 | 406035705 | 10/31/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 9,000 | SpecGx LLC | N | 32,000 | x | | x | x | x |
| 10 | INDIANAPOLIS, IN | | OHIO CVS STORES, L.L.C. DBA: CVS/PHARMACY # 04333 (2091 EASTWOOD AVENUE, AKRON, OH, 44305) | 9193 | 406035705 | 10/29/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 4,000 | SpecGx LLC | N | 31,600 | x | | x | x | x |

Narrative Response – Plaintiffs contend that the following orders, which were distributed by Discount Drug Mart constitute suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Discount Drug Mart to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MEDINA, OH | | DISCOUNT DRUG MART #45 (711 CANTON ROAD, AKRON, OH, 44312) | 9193 | 603389032 | 9/26/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 5,000 | Par Pharmaceutical | N | 57,500 | | | x | x | x |
| 2 | MEDINA, OH | | DISCOUNT DRUG MART #33 (655 PORTAGE TRAIL, CUYAHOGA FALLS, OH, 44221) | 9193 | 603389032 | 9/17/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 17,000 | Par Pharmaceutical | N | 48,380 | | | x | x | x |
| 3 | MEDINA, OH | | DISCOUNT DRUG MART #45 (711 CANTON ROAD, AKRON, OH, 44312) | 9193 | 591034905 | 3/23/12 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 2,000 | Actavis Pharma, Inc. | N | 16,080 | | | x | x | x |
| 4 | MEDINA, OH | | DISCOUNT DRUG MART #33 (655 PORTAGE TRAIL, CUYAHOGA FALLS, OH, 44221) | 9193 | 591034905 | 12/22/10 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 2,000 | Actavis Pharma, Inc. | N | 15,700 | | | x | x | x |
| 5 | MEDINA, OH | | DISCOUNT DRUG MART #33 (655 PORTAGE TRAIL, CUYAHOGA FALLS, OH, 44221) | 9193 | 591034905 | 6/29/11 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 2,000 | Actavis Pharma, Inc. | N | 15,500 | | | x | x | x |
| 6 | MEDINA, OH | | DISCOUNT DRUG MART #45 (711 CANTON ROAD, AKRON, OH, 44312) | 9193 | 591034905 | 6/24/11 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,500 | Actavis Pharma, Inc. | N | 14,660 | | | x | x | x |
| 7 | MEDINA, OH | | DISCOUNT DRUG MART #80 (3100 GLENWOOD BLVD, TWINSBURG, OH, 44087) | 9193 | 603389032 | 9/16/14 | HYDROCODONE BITARTRATE 5MG/ACETAMINO | 5 | 2,000 | Par Pharmaceutical | N | 13,860 | | | x | x | x |
| 8 | MEDINA, OH | | DISCOUNT DRUG MART (4044 FISHCREEK RD, STOW, OH, 44224) | 9193 | 603389128 | 9/24/14 | HYDROCODONE BITARTRATE & ACETA 7.5MG | 7.5 | 1,000 | Par Pharmaceutical | N | 10,320 | | | x | x | x |
| 9 | MEDINA, OH | | DISCOUNT DRUG MART (4044 FISHCREEK RD, STOW, OH, 44224) | 9193 | 591034905 | 12/31/08 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,500 | Actavis Pharma, Inc. | N | 9,700 | | | x | x | x |
| 10 | MEDINA, OH | | DISCOUNT DRUG MART #64 (5863 DARROW RD, HUDSON, OH, 44236) | 9193 | 591038705 | 7/24/07 | HYDROCODONE BITARTRATE 7.5MG/ACETAMI | 7.5 | 500 | Actavis Pharma, Inc. | N | 4,200 | | | x | x | |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by HBC Service Company, constitute suspicious orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by HBC Service Company to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4031 NA (41 5TH STREET SE, BARBERTON, OH, 44203) | 9193 | 603388128 | 1/30/12 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,500 | Par Pharmaceutical | N | 47,290 | x | x | x | x | x |
| 2 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4031 NA (41 5TH STREET SE, BARBERTON, OH, 44203) | 9193 | 603388128 | 10/31/11 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,500 | Par Pharmaceutical | N | 44,250 | x | x | x | x | x |
| 3 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4124 NA (484 EAST WATERLOO RD, AKRON, OH, 44319) | 9193 | 603388128 | 3/30/11 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 25,730 | x | | x | x | x |
| 4 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4124 NA (484 EAST WATERLOO RD, AKRON, OH, 44319) | 9193 | 603388128 | 10/28/11 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 25,450 | | | x | x | x |
| 5 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4029 NA (2801 EAST WATERLOO ROAD, AKRON, OH, 44312) | 9193 | 603388128 | 1/28/13 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,500 | Par Pharmaceutical | N | 23,360 | | | x | x | x |
| 6 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4029 NA (2801 EAST WATERLOO ROAD, AKRON, OH, 44312) | 9193 | 603388128 | 12/30/12 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 21,960 | | | x | | x |
| 7 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4030 NA (205 WEST AVE, TALLMADGE, OH, 44278) | 9193 | 603388128 | 11/30/11 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 21,790 | | | x | x | x |
| 8 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #4030 NA (205 WEST AVE, TALLMADGE, OH, 44278) | 9193 | 603388128 | 2/24/12 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 20,260 | | | x | x | x |
| 9 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #5878 NA (230 HOWE RD, CUYAHOGA FALLS, OH, 44221) | 9193 | 406036005 | 12/29/12 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 16,930 | | | x | x | x |
| 10 | WASHINGTON, PA | | GIANT EAGLE PHARMACY #5878 NA (230 HOWE RD, CUYAHOGA FALLS, OH, 44221) | 9193 | 603388128 | 1/18/13 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 1,000 | Par Pharmaceutical | N | 16,930 | | | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by McKesson Corporation constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by McKesson Corporation to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NEW CASTLE, PA | | THE FRED W ALBRECHT GROCERY CO DBA ACME PHARMACY #30 (4302 ALLEN RD SUITE #110, STOW, OH, 44224) | 9143 | 228287811 | 7/29/14 | OXYCODONE HCL 15MG TABLETS, 100 CT | 15 | 600 | Actavis Pharma, Inc. | N | 70,000 | x | x | x | x | x |
| 2 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3182 (1047 KENMORE BOULEVARD, AKRON, OH, 44314) | 9143 | 406052301 | 7/18/11 | OXYCODONE HCL/ACETAMINOPHEN 10MG/325 | 10 | 1,800 | SpecGx LLC | N | 32,100 | x | x | x | x | x |
| 3 | NEW CASTLE, PA | | THE FRED W ALBRECHT GROCERY (DBA ACME PHARMACY #18, AKRON, OH, 44314) | 9143 | 406051205 | 12/17/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 3,000 | SpecGx LLC | N | 29,800 | x | x | x | x | x |
| 4 | NEW CASTLE, PA | | GIANT EAGLE PHARMACY #4124 (484 EAST WATERLOO RD, AKRON, OH, 44319) | 9193 | 406035705 | 3/27/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 1,500 | SpecGx LLC | N | 25,700 | x | x | x | x | x |
| 5 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3143 (1540 CANTON ROAD, AKRON, OH, 44312) | 9143 | 406055262 | 3/31/11 | OXYCODONE HYDROCHLORIDE 5MG TABS USP | 5 | 1,200 | SpecGx LLC | N | 22,500 | x | x | x | x | x |
| 6 | NEW CASTLE, PA | | GIANT EAGLE PHARMACY #4056 (2687 STATE ROAD, CUYAHOGA FALLS, OH, 44223) | 9193 | 406035701 | 3/23/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 1,200 | SpecGx LLC | N | 20,380 | x | x | x | x | x |
| 7 | NEW CASTLE, PA | | GIANT EAGLE PHARMACY #4030 (205 WEST AVE, TALLMADGE, OH, 44278) | 9143 | 406051201 | 12/26/14 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 2,400 | SpecGx LLC | N | 18,900 | x | x | x | x | x |
| 8 | NEW CASTLE, PA | | FRED W ALBRECHT GROCERY CO (DBA ACME PHARMACY #14, AKRON, OH, 44319) | 9193 | 406036505 | 7/31/14 | HYDROCODONE BIT/ACETA 5MG/325MG USP | 5 | 500 | SpecGx LLC | N | 18,700 | x | x | x | x | x |
| 9 | NEW CASTLE, PA | | RITE AID OF OHIO, INC. RITE AID #3144 (2975 WEST MARKET STREET, FAIRLAWN, OH, 44333) | 9143 | 406051201 | 5/31/07 | OXYCODONE HCL/ACETAMINOPHEN 5MG/325M | 5 | 1,200 | SpecGx LLC | N | 18,400 | x | x | x | x | x |
| 10 | NEW CASTLE, PA | | MARCS CHAPEL HILL INC (470 HOWE AVENUE, CUYAHOGA FALLS, OH, 44221) | 9193 | 603388128 | 2/27/12 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 2,500 | Par Pharmaceutical | N | 17,400 | x | x | x | x | x |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Prescription Supply Inc constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Prescription Supply Inc to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 406055401 | 4/9/09 | OXYCODONE HYDROCHLORIDE 5MG CAPS | 5 | 1,200 | SpecGx LLC | N | 2,000 | | | | | |
| 2 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 228287811 | 1/14/13 | OXYCODONE HCL 15MG TABLETS, 100 CT | 15 | 600 | Actavis Pharma, Inc. | N | 2,000 | | | | | |
| 3 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 228287811 | 3/18/13 | OXYCODONE HCL 15MG TABLETS, 100 CT | 15 | 500 | Actavis Pharma, Inc. | N | 1,600 | | | | | |
| 4 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9193 | 53746011105 | 2/2/09 | HYDROCODONE./ACETAMINOPHEN 5MG/500MG | 5 | 1,000 | Amneal Pharmaceuticals LLC | N | 1,000 | | | | | |
| 5 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9193 | 591034905 | 5/4/12 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 1,000 | Actavis Pharma, Inc. | N | 1,000 | | | | | |
| 6 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 57664022488 | 5/17/13 | OXYCODONE HCL 30MG TABLETS, USP | 30 | 500 | Sun Pharmaceutical Industries, Inc. | N | 800 | | | | | |
| 7 | NORTHWOOD, OH | | DISCOUNT DRUG MART (4044 FISHCREEK RD, STOW, OH, 44224) | 9143 | 228287811 | 2/3/12 | OXYCODONE HCL 15MG TABLETS, 100 CT | 15 | 400 | Actavis Pharma, Inc. | N | 600 | | | | | |
| 8 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 60951060270 | 11/12/12 | ENDOCET OXYCODO HCL5MG&AC TAB | 5 | 500 | Par Pharmaceutical | N | 500 | | | | | |
| 9 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 10702001801 | 12/4/14 | OXYCODONE HCL 5MG USP TABLETS | 5 | 500 | KVK-Tech, Inc. | N | 500 | | | | | |
| 10 | NORTHWOOD, OH | | KARANT PHARMACY SERVICES DBA: MEDICINE SHOPPE #1065 (3300 GREENWICH ROAD, NORTON, OH, 44203) | 9143 | 406853001 | 1/8/10 | OXYCODONE HYDROCHLORIDE 30MG TABLET | 30 | 400 | SpecGx LLC | N | 400 | | | | | |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Rite Aid constitute suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Rite Aid to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3151 (525 EAST WATERLOO ROAD, AKRON, OH, 44319) | 9193 | 406035705 | 5/28/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 5,000 | SpecGx LLC | N | 32,300 | x | x | x | x | x |
| 2 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3151 (525 EAST WATERLOO ROAD, AKRON, OH, 44319) | 9193 | 406035705 | 8/29/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 4,500 | SpecGx LLC | N | 30,600 | x | x | x | x | x |
| 3 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3143 (1540 CANTON ROAD, AKRON, OH, 44312) | 9193 | 406035705 | 4/30/08 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 2,500 | SpecGx LLC | N | 18,400 | x | | x | x | x |
| 4 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3182 (1047 KENMORE BOULEVARD, AKRON, OH, 44314) | 9193 | 603388128 | 8/29/12 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 2,000 | Par Pharmaceutical | N | 17,650 | x | | x | x | x |
| 5 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3143 (1540 CANTON ROAD, AKRON, OH, 44312) | 9193 | 406035705 | 12/22/08 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 3,500 | SpecGx LLC | N | 17,600 | x | | x | x | x |
| 6 | ABERDEEN, MD | | RITE AID OF OHIO, INC (T/A RITE AID DISCNT PHCY 1924, AKRON, OH, 44311) | 9193 | 406035705 | 1/23/07 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 2,500 | SpecGx LLC | N | 17,300 | x | | x | x | x |
| 7 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #4296 (1403 WOOSTER ROAD WEST, BARBERTON, OH, 44203) | 9193 | 406036505 | 6/30/14 | HYDROCODONE BIT/ACETA 5MG/325MG USP | 5 | 4,500 | SpecGx LLC | N | 17,300 | x | | x | x | x |
| 8 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #3182 (1047 KENMORE BOULEVARD, AKRON, OH, 44314) | 9193 | 406035705 | 10/29/08 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 2,500 | SpecGx LLC | N | 17,200 | x | | x | x | x |
| 9 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #4296 (1403 WOOSTER ROAD WEST, BARBERTON, OH, 44203) | 9193 | 603388128 | 12/26/12 | HYDROCODONE.BIT. & ACETA 5MG & 500M | 5 | 2,500 | Par Pharmaceutical | N | 17,100 | x | | x | x | x |
| 10 | ABERDEEN, MD | | RITE AID OF OHIO, INC. RITE AID #2456 (4053 SOUTH MAIN STREET, AKRON, OH, 44319) | 9193 | 406035705 | 12/22/08 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 3,000 | SpecGx LLC | N | 16,900 | x | | x | x | x |

Narrative Response: Plaintiffs contend that the following orders, which were distributed by Wal-Mart constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Wal-Mart to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-1911 NA (2887 S. ARLINGTON ST, AKRON (S), OH, 44312) | 9193 | 406035701 | 8/19/13 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 600 | SpecGx LLC | N | 20,400 | | | x | x | x |
| 2 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-1911 NA (2887 S. ARLINGTON ST, AKRON (S), OH, 44312) | 9193 | 406035705 | 12/30/08 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 3,500 | SpecGx LLC | N | 14,400 | | | x | x | x |
| 3 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-2323 NA (3520 HUDSON DRIVE, STOW, OH, 44224) | 9193 | 406035705 | 7/31/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 500 | SpecGx LLC | N | 12,400 | | | x | x | x |
| 4 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-2323 NA (3520 HUDSON DRIVE, STOW, OH, 44224) | 9193 | 406036001 | 8/23/13 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 700 | SpecGx LLC | N | 12,400 | | | x | x | x |
| 5 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-2323 NA (3520 HUDSON DRIVE, STOW, OH, 44224) | 9193 | 406035705 | 4/30/09 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 1,000 | SpecGx LLC | N | 10,700 | | | x | x | x |
| 6 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-1895 NA (3750-I WEST MARKET ST, FAIRLAWN, OH, 44333) | 9193 | 406036001 | 8/20/13 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 9,300 | | | x | x | x |
| 7 | CRAWFORDSVILLE, IN | ███ | WAL-MART PHARMACY 10-1927 NA (8160 MACEDONIA COMMONS BLVD, MACEDONIA, OH, 44056) | 9193 | 406035705 | 6/30/08 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 500 | SpecGx LLC | N | 7,800 | | x | | x | x |
| 8 | CRAWFORDSVILLE, IN | ███ | WAL-MART PHARMACY 10-1927 NA (8160 MACEDONIA COMMONS BLVD, MACEDONIA, OH, 44056) | 9193 | 603388728 | 12/21/11 | HYDROCODONE.BIT./ACET.,10MG & 325MG/ | 10 | 500 | Par Pharmaceutical | N | 7,300 | | | x | x | x |
| 9 | WILLIAMSPORT, MD | ███ | WAL-MART PHARMACY 10-1895 NA (3750-I WEST MARKET ST, FAIRLAWN, OH, 44333) | 9193 | 406035705 | 3/31/11 | HYDROCODONE BIT/ACETAMINOPHEN 5MG/50 | 5 | 500 | SpecGx LLC | N | 6,500 | | | x | x | x |
| 10 | WILLIAMSPORT, MD | ███ | SAMS PHARMACY 10-4750 NA (1189 BUCHHOLZER BLVD, CUYAHOGA FALLS, OH, 44221) | 9193 | 406036001 | 7/28/11 | HYDROCODO.BIT/APAP 7.5MG/750MG USP T | 7.5 | 500 | SpecGx LLC | N | 4,400 | | | x | x | |

Narrative Response - Plaintiffs contend that the following orders, which were distributed by Walgreen,0 constitute Suspicious Orders as defined under 21 C.F.R. § 1301.74(b):

| Suspicious Order No. | Distributor | Buyer DEA Number | Name, Address, and Store Number of Buyer | Base Code | NDC Code | Date of Order | Product Name | Dosage Strength | Dosage Units | Labeler* | Due Diligence Performed Y/N | Total Base Code Dosage Units Distributed by Walgreen Co to this location in month of order | Meets 2 Times Rule | Meets 3 Times Rule | Meets Common Sense Method 2 | Meets Common Sense Method 3 | McKesson 8000 Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03572 (2645 STATE RD, CUYAHOGA FALLS, OH, 44223) | 9193 | 591034905 | 6/30/09 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 4,500 | Actavis Pharma, Inc. | N | 35,620 | x | | x | x | x |
| 2 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03281 (1130 S. ARLINGTON ST, AKRON, OH, 44306) | 9143 | 591074905 | 5/30/12 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,000 | Actavis Pharma, Inc. | N | 33,600 | x | x | x | x | x |
| 3 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03572 (2645 STATE RD, CUYAHOGA FALLS, OH, 44223) | 9193 | 591034905 | 5/29/09 | HYDROCODONE BIT 5MG/ACETAMINOPHEN 50 | 5 | 3,000 | Actavis Pharma, Inc. | N | 33,340 | x | | x | x | x |
| 4 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03281 (1130 S. ARLINGTON ST, AKRON, OH, 44306) | 9143 | 591074905 | 8/23/12 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 2,000 | Actavis Pharma, Inc. | N | 33,000 | x | x | x | x | x |
| 5 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS #11143 (3009 W. MARKET ST., FAIRLAWN, OH, 44333) | 9143 | 591093201 | 11/28/11 | OXYCODONE.HCL/APAP 10MG/325MG TABS | 10 | 2,500 | Actavis Pharma, Inc. | N | 29,700 | x | x | x | x | x |
| 6 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 04776 (900 WOOSTER RD NORTH, BARBERTON, OH, 44203) | 9143 | 591074905 | 12/30/09 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 2,500 | Actavis Pharma, Inc. | N | 29,100 | x | x | x | x | x |
| 7 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS #11143 (3009 W. MARKET ST., FAIRLAWN, OH, 44333) | 9143 | 591074905 | 3/31/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 2,500 | Actavis Pharma, Inc. | N | 27,800 | x | x | x | x | x |
| 8 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03279 (1303 COPLEY ROAD, AKRON, OH, 44320) | 9143 | 591074905 | 1/26/11 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 3,000 | Actavis Pharma, Inc. | N | 27,700 | x | x | x | x | x |
| 9 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 03279 (1303 COPLEY ROAD, AKRON, OH, 44320) | 9143 | 591074905 | 12/21/12 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 10,000 | Actavis Pharma, Inc. | N | 27,100 | x | x | x | x | x |
| 10 | PERRYSBURG, OH | | WALGREEN CO. DBA: WALGREENS # 04776 (900 WOOSTER RD NORTH, BARBERTON, OH, 44203) | 9143 | 591074905 | 11/16/09 | OXYCODONE HYDROCHLORIDE 5MG&ACETAMIN | 5 | 2,500 | Actavis Pharma, Inc. | N | 26,400 | x | x | x | x | x |

## I.  Henry Schein

**Background**

Henry Schein, Inc., ("Henry Schein") like the other Distributor Defendants in this case, is a registered wholesale distributor of controlled substances. However, unlike the other Distributor Defendants, Henry Schein is unique in that it is the "largest distributor of healthcare products and services to office-based practitioners in the combined North American and European markets" whose customers include "dental practices . . . physician practices, and animal health clinics."[1]

In 2015, Henry Schein reported that its sales reached a record $10.4 billion and that it had grown at a compound annual rate of approximately 16 percent since becoming a public company in 1995. Overall, it is the world's largest provider of health care products and services to office-based dental, animal health, and medical practitioners.

## II.  Orders Plaintiff Summit County Contends Were Suspicious:

Plaintiff Summit County identifies the following 14 orders that Henry Schein shipped to Dr. Brian Heim ("Heim") as orders that Henry Schein knew or should have known were Suspicious Orders:

| | DATE | MEDICATION | MANUFAC-TURER | AMOUNT | NAME OF PERSON SHIPPED TO | LOCATION OF PERSON SHIPPED TO |
|---|---|---|---|---|---|---|
| 1 | 8/17/2011 | Hydrocodone/Apap Tablets | Unknown | 1 bottle – 500 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 2 | 9/19/2011 | Hydrocodone/Apap Tablets | Unknown | 1 bottle – 500 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 3 | 10/10/2011 | Hydrocodone/Apap Tablets | Unknown | 1 bottle - 500 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 4 | 10/24/2011 | Hydrocodone/Apap Tablets | Unknown | 1 bottle – 500 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 5 | 11/11/2011 | Hydrocodone/Apap Tablets | Unknown | 2 bottles - 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 6 | 12/05/2011 | Hydrocodone/Apap Tablets | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, |

---

[1] *See*, HSI-MDL-00040712.

| | DATE | MEDICATION | MANUFAC-TURER | AMOUNT | NAME OF PERSON SHIPPED TO | LOCATION OF PERSON SHIPPED TO |
|---|---|---|---|---|---|---|
| | | | | | | Ste. A, Akron, OH |
| 7 | 01/10/2012 | Hydrocodone/Apap Tablets | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 8 | 02/06/2012 | Hydrocodone/Apap Tablets | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 9 | 02/29/2012 | Hydrocodone/Apap Tablets | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 10 | 02/29/2012 | Hydrocodone/Apap Tablets | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 11 | 03/14/2012 | Hydrocodone w/Apap Tablet | Unknown | 1 bottle – 500 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 12 | 04/24/2012 | Hydrocodone w/Apap Tablet | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 13 | 05/21/2012 | Hydrocodone w/Apap Tablet | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |
| 14 | 06/05/2012 | Hydrocodone w/Apap Tablet | Unknown | 2 bottles – 1000 tablets | Dr. Brian Heim | 3562 Ridge Park Drive, Ste. A, Akron, OH |

### III.   Criteria Plaintiff Used to Identify the Above Orders As Suspicious

A. <u>Henry Schein had a Duty to Identify When an Order is Likely to Be Diverted by Performing the Due Diligence Required of all Distributors</u>.

The Controlled Substances Act ("CSA") and its implementing regulations, as well as Ohio common law require distributors of controlled substances to register with the Drug Enforcement Administration ("DEA").  As registrants, distributors play a vital role in preventing diversion and therefore have a duty to perform due diligence prior to their distribution of controlled substances.

For example, pursuant to the CSA, distributors have a duty to report suspicious orders of controlled substances.  An order is suspicious when it is likely to be diverted or has the potential for diversion from legitimate channels.  Title 21 CFR 1301.74(b), specifically requires that a registrant "design and operate a system to disclose to the registrant suspicious orders of controlled substances." Registrants must conduct an independent analysis of suspicious orders prior to completing a sale to determine whether the controlled substances are likely to be diverted from legitimate channels. Moreover, "[r]egistrants that fill these orders (potential suspicious orders), without first determining that the order is not being diverted into other than legitimate medical, scientific, and industrial channels, may be failing to maintain effective controls against diversion. Failure to maintain effective controls against diversion is inconsistent with the public interest as that term is used in 21 USC 823 and 824, and may result in the revocation of the registrant's DEA Certificate or Registration."[2]

In order to prevent diversion, distributors must have specific due diligence requirements and must "Know Their Customer" prior to shipping controlled substances to a particular client.  In April 2011, the DEA further outlined the "Know Your Customer" requirements for distributors by expressly outlining the kinds of questions a distributor should ask customers seeking to purchase controlled substances.[3]  For practitioner customers – which make up the majority of Henry Schein's customer base – the DEA specifically identified the following questions:

• What is the practitioner's specialty, if any (family practice, oncology, geriatrics, pain management, etc.)?

• Do the controlled substances being ordered correspond to his specialty or the treatment he provides?

• What method of payment does the practitioner accept (cash, insurance, Medicare) and what is the ratio of each?

• Has the practitioner ever been disciplined by any state or federal authority?

• How many patients does the practitioner see each day? What is his weekly average?

• Does the practitioner prescribe as well as dispense?

• Why does the practitioner prefer to dispense as opposed to prescribe?

• Who was the practitioner's previous supplier? Are they still ordering from this supplier? If not, why are they looking for a new supplier?

• Do the hours of operation and the facility accommodate the type of practice being conducted?

• Does the practitioner's office have security guards on-site? If so, why?

• Are all applicable state, federal, local licenses current and are they issued for the registered address at which the practitioner is practicing?

• Does the practitioner see out of state patients? If so,

    o From what states,

    o How many,

---

[2] *Id.*
[3] DEA, "Suggested Questions a Distributor should ask prior to shipping controlled substances," *available at* https://www.deadiversion.usdoj.gov/mtgs/pharm_industry/14th_pharm/levinl_ques.pdf (April 2011).

      o Approximate ratio of out of state compared to local, and

      o Why, specifically, they travel so far to see him?

• Can the practitioner provide a blank copy of an agreement which they enter into with a patient, specifying the course of treatment, the patient rights and responsibilities, and reasons for termination of treatment?

• Does the practitioner conduct random unannounced drug testing?

• What measures does the practitioner employ and/or monitor to prevent addiction and diversion of controlled substances?

• Are there more than one practitioner dispensing controlled substances from the registered location?

• Do you order for just yourself or for the whole clinic?

• What controlled substances are you currently dispensing? (If only one or two controlled substances are being ordered, have the practitioner fully explain why he administers or dispenses only these specific controlled substances).

• In what dosage levels is the practitioner dispensing (2 tablets, 4 times a day, for 30 days, or 90, 120, 240 a week, month).

• Does the practitioner prescribe as well as dispense to his patients?

• Does the practitioner prescribe the same controlled substances as were dispensed to the patient?

• How many patients is the practitioner presently treating (day, week, and month)?

B.   <u>Henry Schein Failed to Exercise Due Diligence in its Evaluation of Dr. Brian Heim as a Customer.</u>

Notwithstanding its obligations and the DEA's express guidance, Henry Schein failed to exercise sufficient due diligence before shipping the orders noted above.  To the contrary, documents produced by Henry Schein show that, prior to shipping controlled substances to Heim, Henry Schein merely confirmed that Heim's licensure was in active status and sent Heim a one-page questionnaire on August 17, 2011.[4]

C.  <u>Heim's Orders Were So Suspicious that Henry Schein Knew or Should Have Known that they were being Diverted</u>

Had Henry Schein performed any of the due diligence it was required to perform by law, it would have readily identified orders placed by Brian Heim as being suspicious.  For example, Henry Schein never made any inquiry about Heim's prior criminal charges or disciplinary actions. Yet, a simple verification of Heim's Ohio medical license would have shown that in 1998, Heim entered a guilty plea to twenty-four felony counts of theft of drugs and twenty-one felony counts of illegal processing of drug documents.[5]  As a result, Heim's medical license was revoked.  He

---

[4] *See*, HSI-MDL-00001198-1210. On August 23, 2012 – after it had already been providing Brian Heim with controlled substances for nearly a year – Henry Schein sent Brian Heim an additional two-page questionnaire.
[5] Such a verification can be easily performed through https://elicense.ohio.gov/oh_verifylicense.

was offered treatment in lieu of conviction. Heim's medical license was not reinstated until later with restrictions, and he was placed on probation until January of 2005.

On May 18, 2012, Heim was indicted in the Court of Common Pleas, County of Summit, Ohio, for seven counts of aggravated trafficking in drugs and one count of tampering with evidence. He was arraigned on those charges on June 6, 2012.[6] Significantly, Henry Schein actually shipped controlled substances to Heim on at least two occasions <u>after</u> he had been indicted in Ohio state court with trafficking in drugs and tampering with evidence.[7]

In addition to failing to ask about Heim's prior disciplinary and criminal record, Henry Schein also failed to ask other fundamental questions that would have alerted Henry Schein to the likelihood of diversion. For example, Henry Schein did not ask Heim about the percentage of controlled substances that Dr. Heim's patients purchased with cash versus other methods (although it did ask the question in general). The red flags relating to Heim's purchase of controlled substances were so clear that, in as early as 2008, a patient calling Purdue Pharma referenced Heim's suspicious practices and noted his prior disciplinary record.[8] From January 2010 through December 2011, Heim was actually listed as the **11th top prescriber of Oxycodone/APAP in the W103 – Akron, OH Territory**.[9] Despite this, Henry Schein's due diligence file for Brian Heim does not reflect a single site visit to Heim's office.

Finally, filings in the action to recover civil penalties from Heim for his violations of federal drug laws note that the volume of Heim's purchases was so suspicious that in July 2012, a DEA Diversion Investigator reviewing ARCOS data noted that Heim was "purchasing extraordinarily large amounts of hydrocodone/APAP tablets from the pharmaceutical wholesaler Henry Schein" and obtained an administrative warrant to inspect Heim's records because of this.[10]

Yet, even though Henry Schein suspended Heim's orders on two occasions, it never reported any of Heim's orders as suspicious to the DEA. In fact, even on the two occasions when Henry Schein held an order placed by Heim, Schein's records indicate that it nevertheless shipped an order to Heim on the following day.

In sum, given Heim's past criminal and disciplinary history, his reputation in the community, his current criminal charges, and his excessive orders of controlled substances, the orders referenced above were so suspicious that there was no amount of due diligence that Henry Schein could have performed so as to remove every basis of suspicion that Heim was engaged in diversion. The above is a clear example of Henry Schein's failure in due diligence for "onboarding" new customers.

---

[6] *See*, *United States v. Brian D. Heim, M.D.*, Case No 5:13-cv-210, Memorandum Opinion and Order of January 22, 2014 (District Judge Sara Lioi), at 4 ("Judge Lioi Order"); *also see*, May 8, 2013 Letter with Attachments to Dr. Brian Heim from the State Medical Board of Ohio, at Exhibit 1.

[7] *See*, Order No. 13 (05/21/2012) and Order No. 14 (06/05/2012) identified above.

[8] See, PPLPMDL0030005508 (April 17, 2008 email from Purdue's Nancy Crudele, Senior Manager of Medical Services, to Purdue's Joan Zooper, Corporate Counsel, summarizing a patient call regarding Dr. Brian Heim).

[9] *See*, ACTAVIS0925276.

[10] *See,* Judge Lioi Order, at 5.