# PSJ9 Exh 27

| | |
|---|---|
| **From:** | CN=Brian Witte/OU=Anda/O=Andrx |
| **Sent:** | Tuesday, December 1, 2009 2:04 PM |
| **To:** | CN=Marc Falkin/OU=Anda/OU=Anda/O=Andrx@Watson; CN=Ken Fenster/OU=Anda/O=Andrx@watson; CN=Patricia-Anda Williams/OU=Anda/O=Andrx@watson; CN=Kim Bloom/OU=Anda/O=Andrx@watson; CN=Dominic Floro/OU=VIP/O=Andrx@watson; CN=Paul Sciortino/OU=VIP/O=Andrx@watson |
| **Subject:** | Re: PRODUCT UPDATE: Re-launch of Generic Oxycontin CR (Oxycodone CR 10, 20, 40, 80mg) from Actavis |
| **Attach:** | C.gif |

Did we get more product?  I thought the amount of product we have would likely sell out by year end. If this contest is successful wouldn't we just sell out quicker?

Thanks Brian
     (From Blackberry without spell check)


From: Marc Falkin
Sent: 12/01/2009 08:59 AM EST
To: Ken Fenster; Patricia-Anda Williams; Kim Bloom; Dominic Floro; Paul Sciortino
Cc: Brian Witte
Subject: Fw: PRODUCT UPDATE:  Re-launch of Generic Oxycontin CR (Oxycodone CR 10, 20, 40, 80mg) from Actavis


What do you think about a contest as follows....



You can come up with the prizes.

We add all the sales of non-Oxy CII products on these orders and assign points by item.  I suggest the point be [redacted]

For example, [redacted]

Points calculated end of December or first week in January and that is the date of we take unit rank.

We can make it a December event regardless if we have enough Oxy CR which we won't.....

Marc Falkin
Vice President, Marketing

Attorney's Eyes Only (Highly Confidential)                                    Anda_Opioids_MDL_0000634359

Anda, Inc.
p. 954-217- 4177
f.  954-217- 4361

----- Forwarded by Marc Falkin/Anda/Anda/Andrx on 11/30/2009 04:21 PM -----

Marc Falkin/Anda/Anda/Andrx

11/25/2009 04:11 PM

To
Marc Falkin/Anda/Anda/Andrx@Watson
cc
Alberto Esteves/Anda/Andrx@WatsonEX, Alison Libschtein/Anda/Andrx@Watson, Alissa Spina/VIP/Andrx@Watson, Althea McLean/Anda/Andrx@Watson, "Paonessa III, Al" <Al.Paonessa3@andanet.com>, Amanda Merhoff/VIP/Andrx@Watson, Amy Centrella/Anda/Andrx@Watson, Amy Deluca/VIP/Andrx@Watson, Ana Gallardo/Anda/Anda/Andrx@Watson, Ana Hicks/Anda/Andrx@Watson, Ana Wittong/Anda/Andrx@Watson, AnaCarolina Silva/Anda/Andrx@Watson, Andrea Cornelius/VIP/Andrx@Watson, "Isabella, Anita" <Anita.Isabella@andrx.com>, Anna Lisa Spencer/Anda/Andrx@Watson, Anne Shula/Anda/Anda/Andrx@Watson, Annette Divita/VIP/Andrx@Watson, Anthony Pollio/Anda/Andrx@Watson, Arthur Kasdin/Anda/Andrx@Watson, Barbara Fine/Anda/Anda/Andrx@Watson, Barbara G Ajmo/Anda/Andrx@Watson, Barry Koran/Anda/Anda/Andrx@Watson, Bart Marsala/Anda/Anda/Andrx@Watson, Becky Barlow/VIP/Andrx@Watson, "Gross, Becky" <Becky.Gross@andrx.com>, Bernie Dyra/Anda/Andrx@Watson, Beverly Horowitz/Anda/Andrx@Watson, Bill Hawkins/Anda/Anda/Andrx@Watson, Bill Versosky/Anda/Andrx@Watson, BJ Centers/Anda/Andrx@Watson, Bonnie R Lipischak/AndrxPharm/Andrx@Watson, Bradley McLeod/VIP/Andrx@Watson, Brian Witte/Anda/Andrx@Watson, Brienne Linton/Anda/Andrx@Watson, Caridad Rodriguez/Anda/Andrx@Watson, Carl Motyka/VIP/Andrx@Watson, Carlos Rios/Anda/Anda/Andrx@Watson, Carolina Sanchez/Anda/Andrx@WatsonEX, Cathy Novaro/Anda/Andrx@Watson, Charles Wiechec/VIP/Andrx@Watson, Cherine Golding/Anda/Andrx@Watson, Chip Johnson/Anda/Andrx@Watson, Christine Maiolo/Anda/Andrx@Watson, "Leon-Laurent, Christine" <Christine.Leon-Laurent@andrx.com>, Cindy Crowe/AndrxPharm/Andrx@Watson, Cindy Hess/VIP/Andrx@Watson, Colleen Benhayon/Andrx@Watson, Cristina Oliveros/Anda/Andrx@Watson, Dahlia Solano/Anda/Andrx@Watson, Dan Shannon/Anda/Anda/Andrx@Watson, Daniel Dorsey/Anda/Andrx@Watson, Daniel Sharf/Anda/Andrx@Watson, Daniela Cardiello/Anda/Andrx@Watson, Danielle Soluri/VIP/Andrx@WatsonEX, Darlene Hoover/VIP/Andrx@Watson, David DeMizio/VIP/Andrx@Watson, David Dunlop/Anda/Andrx@Watson, Dawn Taylor/Anda/Andrx@Watson, Debbie Larsen/Anda/Andrx@Watson, Deborah Thomas-Corley/Anda/Andrx@Watson, Debra Moultrie/Anda/Andrx@Watson, December Therrien/Anda/Andrx@Watson, Deidre Ashworth/Anda/Andrx@Watson, Denese Spiriti/Anda/Andrx@Watson, Denise Baldwin/Anda/Andrx@Watson, Dennis Poirier/Anda/Andrx@Watson, Dennis.Cape@andrx.com, Deon Kenny/Anda/Andrx@Watson, Diana Lebron/Anda/Andrx@Watson, "Floro, Dominic" <Dominic.Floro@andrx.com>, Don Moore/Anda/Anda/Andrx@Watson, Donelle Adamczyk/VIP/Andrx@WatsonEX, Donna Rochin/Anda/Andrx@Watson, Donna Thompson/Anda/Anda/Andrx@Watson, Eddie Haskett/Anda/Andrx@Watson, Edgar Escobedo/Anda/Andrx@Watson, Edward Smith/Anda/Andrx@Watson, Elizabeth Mena/Anda/Andrx@Watson, Elizabeth Shefferman/Anda/Andrx@Watson, Elizabeth Vives/Anda/Andrx, Emilio Medina/Anda/Andrx@Watson, Eric Matatof/Anda/Andrx@Watson, Erick

Veloz/Anda/Anda/Andrx@Watson, Erik Ello/Anda/Andrx@Watson, Erika Strockbine/Anda/Andrx@Watson, Erin GonzalezVinas/Anda/Andrx@Watson, Erin Serafini/VIP/Andrx@Watson, Erwin Berman/Anda/Anda/Andrx@Watson, Federico Henao/Anda/Andrx@Watson, Federico Salviche/Anda/Anda/Andrx@Watson, Flora Pajon/Anda/Andrx@Watson, Frank Sanchez/Anda/Andrx@Watson, Fredrica Seale/Anda/Andrx@Watson, Gabriel Schroh/Anda/Andrx@Watson, Gary Louis-Charles/Anda/Andrx@Watson, "Mulligan, Gavin" <gavin.mulligan@andrx.com>, "Fields, George" <George.Fields@andrx.com>, Gian Travieso/Anda/Andrx@Watson, Gretchen.Baker@Andrx.com, Guerline Labastille/Anda/Anda/Andrx@Watson, Heath Ullman/Anda/Anda/Andrx@Watson, Hector Almodovar/Anda/Andrx@Watson, Helen Batista/Anda/Andrx@Watson, Hilary Morse/Anda/Andrx@Watson, Hildy Larralde/Anda/Anda/Andrx@Watson, Holly Holmes/Anda/Andrx@Watson, Isabel Rodriguez/Anda/Andrx@Watson, Isadelle Mercedes/Andrx@Watson, Ivonne Estrada/Anda/Andrx@Watson, Jacqueline Aguirre/Anda/Andrx@Watson, Jaime Borda/Anda/Andrx@Watson, Jamison Barrera/Anda/Andrx@Watson, Jana Porter/Anda/Anda/Andrx@Watson, Janet Hoffmann/Anda/Andrx@Watson, Janette Semensohn/Anda/Andrx@Watson, "Howard, Jane" <Jane.Howard@andrx.com>, Janna Montgomery/Anda/Anda/Andrx@Watson, Jason Smith/Anda/Anda/Andrx@Watson, Jason Solomon/Anda/Andrx@Watson, "Spellman, Jay" <Jay.Spellman@andrx.com>, Jeff Goldstein/Anda/Anda/Andrx@Watson, Jeffrey Berman/Anda/Anda/Andrx@Watson, "Daum, Jeffrey" <Jeffrey.Daum@andrx.com>, Jenelle Becerra/Anda/Andrx@Watson, Jeniffer Cohen/Andrx@Watson, Jennifer Ford/Anda/Andrx@Watson, Jennifer Jaumotte/Anda/Andrx@Watson, Jennifer Piderit/Anda/Andrx@Watson, Jennifer Urbis/Anda/Andrx@Watson, Jeremy Tierney/VIP/Andrx@Watson, "Cazzell, Jerry" <Jerry.Cazzell@andrx.com>, Jessica Socorro/Anda/Andrx@Watson, Jessica Wiechec/VIP/Andrx@Watson, Joanne Brook/Anda/Anda/Andrx@Watson, Joe Falzone/Anda/Andrx@Watson, John Fletcher/AndaAndrx@Watson, John Gould/Anda/Andrx@Watson, John Jackson/VIP/Andrx@Watson, John Jefferson/AndrxPharm/Andrx@WatsonEX, Jolie Rufrano/Anda/Anda/Andrx@Watson, Joseph DiDomizio/VIP/Andrx@Watson, Josephine Thorsby/VIP/Andrx@Watson, "Hayer, Joshua" <Josh.Hayer@Andrx.com>, Joy Rocker/Anda/Andrx@Watson, Joyce Jones/Andrx@Watson, Judy O'Neil/Anda/Andrx@Watson, Karen McDonough/VIP/Andrx@Watson, Karen Ross/VIP/Andrx@Watson, "Martin, Karen" <Karen.Martin@Andrx.com>, Karla Calas/Anda/Andrx@Watson, Kathleen Swedberg/Anda/Andrx@Watson, Kathy Mattson/Anda/Anda/Andrx@Watson, Kathy Powers/Anda/Andrx@Watson, Keira Johnson/VIP/Andrx@Watson, Keisha Jackson/Anda/Andrx@Watson, Kelli Beavers/Anda/Andrx@Watson, Kelli Vento/VIP/Andrx@Watson, Kelly Markiewicz/Anda/Andrx@Watson, Kelly Rohrback/VIP/Andrx@Watson, Ken Fenster/Anda/Andrx@Watson, Kenneth Sanchez/Anda/Andrx@Watson, Kevin Byrne/Anda/Anda/Andrx@Watson, Kim Bloom/Anda/Andrx@Watson, Kim Duscher/VIP/Andrx@Watson, Kimberly Moshier/VIP/Andrx@Watson, Kimberly Wilburn/Anda/Anda/Andrx@Watson, Krista Curione/VIP/Andrx@Watson, Kristin D Watson/AndrxPharm/Andrx@Watson, Kristina Duster/Anda/Andrx@Watson, Kristy Bucelato/VIP/Andrx@Watson, Kum Tulsinarine/Anda/Andrx@Watson, Latoya Samuels/Anda/Andrx@Watson, Laurene Czerniak/VIP/Andrx@Watson, Laurie Schneider/Anda/Andrx@Watson, Leigh Grinham/VIP/Andrx@Watson, Leslie Harrington/Anda/Anda/Andrx@Watson, Linda Amarathithada/Anda/Andrx@Watson, Linda Frazier/Anda/Andrx@Watson, Lindsey Smith/VIP/Andrx@Watson, Lisa McGoldrick/Anda/Anda/Andrx@Watson, Lisa Schipani/VIP/Andrx@Watson, Lisa Serafini/VIP/Andrx@Watson, Lisa.Anderson@Andrx.com, Lissa Ajmo/Anda/Andrx, Liz-Pricing Dept Rodriguez/Anda/Andrx@Watson, Loretta Bray/VIP/Andrx@Watson, Lori Lombardi/Anda/Anda/Andrx@Watson, "Sorenson, Lori" <Lori.Sorenson@andrx.com>, "Trotman, Lorrie" <Lorrie.Trotman@Andrx.com>, Luis Lebron/Anda/Andrx@Watson,

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0000634361

Madeline Penny/Anda/Andrx@Watson, Maira Estrada/Anda/Andrx@Watson, Marcin Kopczak/Anda/Andrx@Watson, Margaret Haines/Andrx@Watson, Maria Arango/Anda/Andrx@Watson, Maria Turner/Anda/Andrx@Watson, "Alonso-Neda, Maria" <Maria.Alonso-Neda@andrx.com>, Marie Bailes/Anda/Andrx@Watson, Marie Tassy/Anda/Andrx@Watson, Mary Coley/Anda/Andrx@Watson, MaryJo Grillo/VIP/Andrx@Watson, Matthew Brennan/Anda/Andrx@Watson, Matthew Kraft/Anda/Andrx@Watson, "Tauber, Meagan" <Meagan.Tauber@Andrx.com>, Melanie Hartley/Anda/Anda/Andrx@Watson, Michael Harmon/Anda/Andrx@Watson, Michael Porter/Anda/Andrx@Watson, Michael Spanbauer/VIP/Andrx@Watson, Michael Weston/Anda/Andrx@Watson, "Cochrane, Michael" <Michael.Cochrane@andanet.com>, Michele Schenley/Anda/Andrx@Watson, Michelle Case-Guy/Anda/Andrx@Watson, Michelle Fleischhauer/Anda/Andrx@Watson, Michelle McArthur/VIP/Andrx@Watson, Michelle Pannullo/VIP/Andrx@Watson, Michelle Weinstein/VIP/Andrx@Watson, Mike Rothenberg/Anda/Andrx@Watson, Mike Sullivan/Anda/Andrx@Watson, Monica Saldarriaga/Anda/Andrx@Watson, Nancy Wu/Anda/Andrx@Watson, Neil Bright/Anda/Andrx@Watson, Neil Friedman/Anda/Andrx@Watson, Nichola DeLeon/Anda/Andrx@Watson, Nita Thompson/Anda/Anda/Andrx, Nolene Williams/Anda/Anda/Andrx@Watson, Norman Dodes/Anda/Anda/Andrx@Watson, Nydia Guzman/Anda/Andrx@Watson, Omar McDonald/Anda/Andrx@Watson, Paddy Kelly/Anda/Andrx@Watson, "Ossa, Pam" <pam.ossa@andrx.com>, Patarra Weeks/Anda/Andrx@Watson, Patricia-Anda Williams/Anda/Andrx@Watson, Patricia Suh/Anda/Andrx@Watson, Patrick Walders/VIP/Andrx@Watson, "Cochrane, Patrick" <Patrick.Cochrane@andanet.com>, Paul Chermak/Anda/Andrx@Watson, Paul Leon/Anda/Andrx@Watson, Paul Ravinoff/Anda/Andrx@Watson, "Sciortino, Paul" <Paul.Sciortino@andrx.com>, Pete Starfas/Anda/Andrx@Watson, Philip Napora/VIP/Andrx@Watson, Rachel Mackmin/VIP/Andrx@Watson, Rachelle Vance/Anda/Andrx@Watson, Rafael Cardona/Anda/Andrx@Watson, Randy Saal/Anda/Andrx@Watson, Rebecca Strange/Anda/Andrx@Watson, Regina Kula/Anda/Andrx@Watson, Renee Talbot/Anda/Andrx@Watson, "Mort, Renee" <Renee.Mort@andrx.com>, Richard Friedman/Anda/Andrx@Watson, Richard Strockbine/Anda/Andrx@Watson, Robert Gazy/VIP/Andrx@Watson, Roberta Weiniger/Anda/Andrx@Watson, Ron Sutliffe/VIP/Andrx@Watson, Rona Cohen/Anda/Andrx@Watson, Ronald Lewis/Anda/Andrx@Watson, "Durrett, Russell" <Russell.Durrett@andrx.com>, Ryan Patton/Anda/Andrx@Watson, Sabrina Minneci/Anda/Andrx@Watson, Samantha Gengler/Anda/Andrx@Watson, Sandeep Sandhu/Anda/Andrx@Watson, Sandra Dickman/Anda/Andrx@Watson, Sarah McMaster/VIP/Andrx@Watson, Scarlett Ureta/Anda/Andrx@Watson, Scott Cohen/Anda/Andrx@Watson, Scott Hechemy/Anda/Andrx@Watson, Sean McAndrews/Anda/Andrx@Watson, Seth Rudnick/Anda/Andrx@Watson, Shane Aguilar/Anda/Andrx@Watson, Shauneen Morgan/Anda/Andrx@Watson, Shay Francis/VIP/Andrx@Watson, Sheila Boucher/Anda/Andrx@Watson, Sherley Edmon/Anda/Andrx@Watson, Shirley Johnson/VIP/Andrx@Watson, Sophia Brown/Anda/Andrx@Watson, Stacey Dockery/Temporary/Corona/Watson@Watson, Stephanie Steele/Anda/Andrx@Watson, Stephen Gordon/Anda/Andrx@Watson, Steven An/Anda/Andrx@Watson, Tara Daniels/Anda/Andrx@Watson, Tara Sirianni/VIP/Andrx@Watson, Theresa Rolon/Anda/Andrx@Watson, Thomas Mark/Anda/Andrx@Watson, Tina Wendt/VIP/Andrx@Watson, Todd Flood/Andrx@Watson, Todd Sibbio/Anda/Andrx@Watson, Tom Shannon/Anda/Andrx@Watson, Tonya Hansen/Anda/Andrx@Watson, Tracy Paonessa/VIP/Andrx@Watson, TriciaHew Chen/Anda/Andrx@Watson, Valerie Nemia/Anda/Andrx@Watson, Veronica Castro/Andrx@Watson, Vickie Shalley/Anda/Andrx@Watson, Vince Simone/Anda/Andrx@Watson, Virginia Brondi/Anda/Andrx@Watson, Waleska Caro/Anda/Andrx@Watson, Wayne Tischler/Anda/Andrx@Watson, Wilbert Gordon/Anda/Andrx@Watson, "Frazier, William" <William.Frazier@andrx.com>,

Attorney's Eyes Only (Highly Confidential)

Yelitza Jimenez/Anda/Andrx@Watson, Yoel Proenza/Anda/Andrx@Watson, Youdeline Holt/Andrx@Watson, Yulette Bristole/Anda/Andrx@Watson, "Gurfinkel, Zlata" <Zlata.Gurfinkel@andrx.com>
Subject
Re: PRODUCT UPDATE:  Re-launch of Generic Oxycontin CR (Oxycodone CR 10, 20, 40, 80mg) from ActavisLink

PRODUCT UPDATE:  Limited Re-launch of Generic Oxycontin CR (Oxycodone CR 10, 20, 40, 80mg) from Actavis
All pill count policies apply
Internal Communication - do not fax or email

As a point of clarification....

Actavis Oxycodone CR will NOT be eligible for additional rebates or discounts.  The price in the system the final price.  Pricing will be communicated to you next week.  Please confirm with your customers.  A message will be sent to contracted customers as well form our Contracts Team.

Attached is the product flyer and suggested spreadsheet of CII items to promote to your customers.

On Monday we'll also announce a contest regarding additional CII lines purchased.

[attachment "Oxy CR with CII product Listing (sales copy).xls" deleted by Marc Falkin/Anda/Anda/Andrx] [attachment "Actavis Oxycodone CR - AndaVIP OH CII form 112409.pdf" deleted by Marc Falkin/Anda/Anda/Andrx]


Marc Falkin
Vice President, Marketing
Anda, Inc.
p. 954-217- 4177
f. 954-217- 4361



Marc Falkin/Anda/Anda/Andrx

11/24/2009 01:42 PM

To
Alison Libschtein/Anda/Andrx@watson, Althea McLean/Anda/Andrx@watson, Amy Centrella/Anda/Andrx@watson, Ana Gallardo/Anda/Anda/Andrx@Watson, AnaCarolina Silva/Anda/Andrx@Watson, "Isabella, Anita" <Anita.Isabella@andrx.com>, Anne

Shula/Anda/Anda/Andrx@Watson, Anthony Pollio/Anda/Andrx@Watson, Arthur Kasdin/Anda/Andrx@Watson, Barbara G Ajmo/Anda/Andrx@Watson, Barry Koran/Anda/Anda/Andrx@watson, Bart Marsala/Anda/Anda/Andrx@Watson, Bernie Dyra/Anda/Andrx@Watson, Beverly Horowitz/Anda/Andrx@Watson, Bill Hawkins/Anda/Anda/Andrx@Watson, Bill Versosky/Anda/Andrx@watson, Bonnie R Lipischak/AndrxPharm/Andrx@Watson, Brian Witte/Anda/Andrx@watson, Brienne Linton/Anda/Andrx@Watson, Carolina Sanchez/Anda/Andrx@WatsonEX, Cathy Novaro/Anda/Andrx@watson, Cherine Golding/Anda/Andrx@Watson, "Leon-Laurent, Christine" <Christine.Leon-Laurent@andrx.com>, Dan Shannon/Anda/Anda/Andrx@watson, Daniel Sharf/Anda/Andrx@Watson, Daniela Cardiello/Anda/Andrx@Watson, Debbie Larsen/Anda/Andrx@watson, Deon Kenny/Anda/Andrx@Watson, Diana Lebron/Anda/Andrx@Watson, "Floro, Dominic" <Dominic.Floro@andrx.com>, Don Moore/Anda/Anda/Andrx@Watson, Eddie Haskett/Anda/Andrx@Watson, Edgar Escobedo/Anda/Andrx@Watson, Elizabeth Vives/Anda/Andrx, Emilio Medina/Anda/Andrx@Watson, Erick Veloz/Anda/Anda/Andrx@Watson, Erik Ello/Anda/Andrx@Watson, Erika Strockbine/Anda/Andrx@Watson, Erin GonzalezVinas/Anda/Andrx@Watson, Federico Salviche/Anda/Anda/Andrx@Watson, Flora Pajon/Anda/Andrx@Watson, Frank Sanchez/Anda/Andrx@Watson, Fredrica Seale/Anda/Andrx@Watson, Gabriel Schroh/Anda/Andrx@Watson, Gary Louis-Charles/Anda/Andrx@Watson, Gretchen.Baker@Andrx.com, Guerline Labastille/Anda/Anda/Andrx@Watson, Heath Ullman/Anda/Anda/Andrx@Watson, Hector Almodovar/Anda/Andrx@Watson, Helen Batista/Anda/Andrx@Watson, Holly Holmes/Anda/Andrx@Watson, Isabel Rodriguez/Anda/Andrx@Watson, Isadelle Mercedes/Andrx@watson, Ivonne Estrada/Anda/Andrx@Watson, Jaime Borda/Anda/Andrx@watson, Jamison Barrera/Anda/Andrx@watson, Jana Porter/Anda/Anda/Andrx@watson, "Howard, Jane" <Jane.Howard@andrx.com>, Janet Hoffmann/Anda/Andrx@Watson, Janna Montgomery/Anda/Anda/Andrx@Watson, Jason Solomon/Anda/Andrx@Watson, Jeff Goldstein/Anda/Anda/Andrx@watson, Jeffrey Berman/Anda/Anda/Andrx@Watson, Jenelle Becerra/Anda/Andrx@Watson, Jeniffer Cohen/Andrx@watson, Jennifer Ford/Anda/Andrx@Watson, Jennifer Jaumotte/Anda/Andrx@watson, Jennifer Urbis/Anda/Andrx@Watson, Jessica Socorro/Anda/Andrx@Watson, Joanne Brook/Anda/Anda/Andrx@Watson, Jolie Rufrano/Anda/Anda/Andrx@watson, "Hayer, Joshua" <Josh.Hayer@Andrx.com>, Joy Rocker/Anda/Andrx@Watson, Judy O'Neil/Anda/Andrx@Watson, "Martin, Karen" <Karen.Martin@Andrx.com>, Karla Calas/Anda/Andrx@Watson, Kathleen Swedberg/Anda/Andrx@Watson, Kathy Mattson/Anda/Anda/Andrx@Watson, Kathy Powers/Anda/Andrx@Watson, Keisha Jackson/Anda/Andrx@Watson, Ken Fenster/Anda/Andrx@watson, Kim Bloom/Anda/Andrx@watson, Kimberly Wilburn/Anda/Anda/Andrx@Watson, Kristin D Watson/AndrxPharm/Andrx@Watson, Kristina Duster/Anda/Andrx@Watson, Kum Tulsinarine/Anda/Andrx@Watson, Latoya Samuels/Anda/Andrx@Watson, Laurie Schneider/Anda/Andrx@Watson, Leigh Grinham/VIP/Andrx@watson, Leslie Harrington/Anda/Anda/Andrx@watson, Lisa.Anderson@Andrx.com, Lisa McGoldrick/Anda/Anda/Andrx@Watson, Lori Lombardi/Anda/Anda/Andrx@Watson, "Sorenson, Lori" <Lori.Sorenson@andrx.com>, "Trotman, Lorrie" <Lorrie.Trotman@Andrx.com>, Maira Estrada/Anda/Andrx@Watson, Marc Falkin/Anda/Anda/Andrx@Watson, Marcin Kopczak/Anda/Andrx@Watson, Margaret Haines/Andrx@Watson, "Alonso-Neda, Maria" <Maria.Alonso-Neda@andrx.com>, Maria Arango/Anda/Andrx@Watson, Maria Turner/Anda/Andrx@Watson, Matthew Kraft/Anda/Andrx@Watson, "Tauber, Meagan" <Meagan.Tauber@Andrx.com>, Michael Harmon/Anda/Andrx@watson, Michael Weston/Anda/Andrx@Watson, Michelle Fleischhauer/Anda/Andrx@watson, Mike Rothenberg/Anda/Andrx@Watson, Nancy Wu/Anda/Andrx@Watson, Neil Bright/Anda/Andrx@Watson, Norman Dodes/Anda/Anda/Andrx@watson, Nydia Guzman/Anda/Andrx@Watson, Omar

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0000634364

McDonald/Anda/Andrx@Watson, "Ossa, Pam" <pam.ossa@andrx.com>, Patricia-Anda Williams/Anda/Andrx@watson, Patarra Weeks/Anda/Andrx@Watson, Paul Ravinoff/Anda/Andrx@Watson, Rachelle Vance/Anda/Andrx@watson, Rafael Cardona/Anda/Andrx@Watson, Rebecca Strange/Anda/Andrx@Watson, Regina Kula/Anda/Andrx@Watson, Richard Friedman/Anda/Andrx@Watson, Richard Strockbine/Anda/Andrx@Watson, Roberta Weiniger/Anda/Andrx@watson, Ronald Lewis/Anda/Andrx@Watson, Ryan Patton/Anda/Andrx@watson, Sabrina Minneci/Anda/Andrx@Watson, Samantha Gengler/Anda/Andrx@watson, Scarlett Ureta/Anda/Andrx@watson, Sean McAndrews/Anda/Andrx@Watson, Seth Rudnick/Anda/Andrx@Watson, Sherley Edmond/Anda/Andrx@Watson, Stephanie Steele/Anda/Andrx@Watson, Tara Daniels/Anda/Andrx@Watson, Theresa Rolon/Anda/Andrx@waton, Thomas Mark/Anda/Andrx@Watson, Tom Shannon/Anda/Andrx@Watson, Valerie Nemia/Anda/Andrx@Watson, Veronica Castro/Andrx@Watson, Vickie Shalley/Anda/Andrx@Watson, Wayne Tischler/Anda/Andrx@Watson, Yelitza Jimenez/Anda/Andrx@Watson, Wayne Tischler/Anda/Andrx@Watson, Don Moore/Anda/Anda/Andrx@Watson, "Sorenson, Lori" <Lori.Sorenson@andrx.com>, Alison Libschtein/Anda/Andrx@watson, Linda Frazier/Anda/Andrx@watson, "Fields, George" <George.Fields@andrx.com>, Bart Marsala/Anda/Anda/Andrx@Watson, Kim Bloom/Anda/Andrx@watson, "Tauber, Meagan" <Meagan.Tauber@Andrx.com>, Valerie Nemia/Anda/Andrx@Watson, Joe Falzone/Anda/Andrx@watson, "Floro, Dominic" <Dominic.Floro@andrx.com>, "Mort, Renee" <Renee.Mort@andrx.com>, Tracy Paonessa/VIP/Andrx@watson, "Sciortino, Paul" <Paul.Sciortino@andrx.com>, Jeremy Tierney/VIP/Andrx@watson, Randy Saal/Anda/Andrx@watson, Alissa Spina/VIP/Andrx@Watson, Amanda Merhoff/VIP/Andrx@Watson, Amy Deluca/VIP/Andrx@Watson, Andrea Cornelius/VIP/Andrx@Watson, Annette Divita/VIP/Andrx@Watson, Becky Barlow/VIP/Andrx@Watson, Bradley McLeod/VIP/Andrx@Watson, Carl Motyka/VIP/Andrx@Watson, Carolina Sanchez/Anda/Andrx@WatsonEX, Charles Wiechec/VIP/Andrx@Watson, Cindy Hess/VIP/Andrx@Watson, Danielle Soluri/VIP/Andrx@WatsonEX, Darlene Hoover/VIP/Andrx@Watson, David DeMizio/VIP/Andrx@Watson, "Floro, Dominic" <Dominic.Floro@andrx.com>, Donelle Adamczyk/VIP/Andrx@WatsonEX, Erin Serafini/VIP/Andrx@Watson, Jacqueline Aguirre/Anda/Andrx@watson, Jeremy Tierney/VIP/Andrx@watson, Jessica Wiechec/VIP/Andrx@Watson, John Jackson/VIP/Andrx@Watson, Joseph DiDomizio/VIP/Andrx@watson, Josephine Thorsby/VIP/Andrx@Watson, Karen McDonough/VIP/Andrx@Watson, Karen Ross/VIP/Andrx@Watson, Keira Johnson/VIP/Andrx@Watson, Kelli Vento/VIP/Andrx@Watson, Kelly Rohrback/VIP/Andrx@Watson, Kim Duscher/VIP/Andrx@Watson, Kimberly Moshier/VIP/Andrx@Watson, Krista Curione/VIP/Andrx@Watson, Kristy Bucelato/VIP/Andrx@Watson, Laurene Czerniak/VIP/Andrx@Watson, Leigh Grinham/VIP/Andrx@watson, Lindsey Smith/VIP/Andrx@Watson, Lisa Schipani/VIP/Andrx@Watson, Lisa Serafini/VIP/Andrx@Watson, Lisa Serafini/VIP/Andrx@Watson, Loretta Bray/VIP/Andrx@Watson, Mary Coley/Anda/Andrx@watson, MaryJo Grillo/VIP/Andrx@Watson, Michael Spanbauer/VIP/Andrx@Watson, Michelle McArthur/VIP/Andrx@Watson, Michelle Pannullo/VIP/Andrx@Watson, Michelle Weinstein/VIP/Andrx@Watson, Patrick Walders/VIP/Andrx@Watson, "Sciortino, Paul" <Paul.Sciortino@andrx.com>, Philip Napora/VIP/Andrx@Watson, Rachel Mackmin/VIP/Andrx@Watson, Randy Saal/Anda/Andrx@watson, "Mort, Renee" <Renee.Mort@andrx.com>, Robert Gazy/VIP/Andrx@Watson, Ron Sutliffe/VIP/Andrx@Watson, Sarah McMaster/VIP/Andrx@watson, Shay Francis/VIP/Andrx@Watson, Shirley Johnson/VIP/Andrx@Watson, Tara Sirianni/VIP/Andrx@Watson, Tina Wendt/VIP/Andrx@Watson, Tracy Paonessa/VIP/Andrx@watson, Leslie Harrington/Anda/Anda/Andrx@watson, Monica Saldarriaga/Anda/Andrx@watson,

Elizabeth Shefferman/Anda/Andrx@watson, "Leon-Laurent, Christine" <Christine.Leon-Laurent@andrx.com>, Jennifer Jaumotte/Anda/Andrx@watson, Ryan Patton/Anda/Andrx@watson, Bill Versosky/Anda/Andrx@watson, Amy Centrella/Anda/Andrx@watson, Norman Dodes/Anda/Anda/Andrx@watson, Michelle Fleischhauer/Anda/Andrx@watson, "Hayer, Joshua" <Josh.Hayer@Andrx.com>, Rachelle Vance/Anda/Andrx@watson, Elizabeth Vives/Anda/Andrx, Gretchen.Baker@Andrx.com, Todd Flood/Andrx@watson, BJ Centers/Anda/Andrx@watson, Donna Rochin/Anda/Andrx@watson, Gian Travieso/Anda/Andrx@watson, Jacqueline Aguirre/Anda/Andrx@watson, Jamison Barrera/Anda/Andrx@watson, Mary Coley/Anda/Andrx@watson, Patricia Suh/Anda/Andrx@watson, Sandeep Sandhu/Anda/Andrx@watson, Shane Aguilar/Anda/Andrx@watson, Steven An/Anda/Andrx@watson, Joe Falzone/Anda/Andrx@watson, Carolina Sanchez/Anda/Andrx@WatsonEX, Bernie Dyra/Anda/Andrx@Watson, BJ Centers/Anda/Andrx@watson, Debbie Larsen/Anda/Andrx@watson, Erik Ello/Anda/Andrx@Watson, Isadelle Mercedes/Andrx@watson, Janet Hoffmann/Anda/Andrx@Watson, Jeniffer Cohen/Andrx@watson, Jennifer Urbis/Anda/Andrx@Watson, Kathleen Swedberg/Anda/Andrx@Watson, Kathleen Swedberg/Anda/Andrx@Watson, Kathy Powers/Anda/Andrx@Watson, Kim Bloom/Anda/Andrx@watson, Margaret Haines/Andrx@Watson, Maria Turner/Anda/Andrx@Watson, "Tauber, Meagan" <Meagan.Tauber@Andrx.com>, Samantha Gengler/Anda/Andrx@watson, Bonnie R Lipischak/AndrxPharm/Andrx@Watson, Barbara Fine/Anda/Anda/Andrx@Watson, Brian Witte/Anda/Andrx@watson, Carlos Rios/Anda/Anda/Andrx@Watson, Carolina Sanchez/Anda/Andrx@WatsonEX, Cindy Crowe/AndrxPharm/Andrx@Watson, Dahlia Solano/Anda/Andrx@Watson, Dawn Taylor/Anda/Andrx@Watson, Denese Spiriti/Anda/Andrx@watson, Dennis.Cape@andrx.com, Donna Thompson/Anda/Anda/Andrx@Watson, Eric Matatof/Anda/Andrx@Watson, Erik Ello/Anda/Andrx@Watson, Erwin Berman/nda/Anda/Andrx@Watson, Hilary Morse/Anda/Andrx@Watson, Isadelle Mercedes/Andrx@watson, Janette Semensohn/Anda/Andrx@watson, Jason Smith/Anda/Anda/Andrx@Watson, Jeff Goldstein/Anda/Anda/Andrx@watson, Jeniffer Cohen/Andrx@watson, John Fletcher/Anda/Andrx@Watson, Keisha Jackson/Anda/Andrx@Watson, Kelli Beavers/Anda/Andrx@Watson, Kevin Byrne/Anda/Anda/Andrx@Watson, Linda Amarathithada/Anda/Andrx@Watson, Lissa Ajmo/Anda/Andrx, Madeline Penny/Anda/Andrx@Watson, Margaret Haines/Andrx@Watson, Marie Bailes/Anda/Andrx@Watson, Matthew Brennan/Anda/Andrx@Watson, "Tauber, Meagan" <Meagan.Tauber@Andrx.com>, Melanie Hartley/Anda/Anda/Andrx@watson, Michele Schenley/Anda/Andrx@Watson, Neil Friedman/Anda/Andrx@Watson, Nichola DeLeon/Anda/Andrx@Watson, Nolene Williams/Anda/Anda/Andrx@Watson, Paddy Kelly/Anda/Andrx@Watson, Paul Chermak/Anda/Andrx@watson, Paul Leon/Anda/Andrx@Watson, Renee Talbot/Anda/Andrx@Watson, Rona Cohen/Anda/Andrx@Watson, Sandra Dickman/Anda/Andrx@Watson, Scott Cohen/Anda/Andrx@Watson, Scott Hechemy/Anda/Andrx@Watson, Theresa Rolon/Anda/Andrx@watson, Todd Sibbio/Anda/Andrx@Watson, Virginia Brondi/Anda/Andrx@Watson, Wilbert Gordon/Anda/Andrx@Watson, Bill Versosky/Anda/Andrx@watson, Bonnie R Lipischak/AndrxPharm/Andrx@Watson, Althea McLean/Anda/Andrx@watson, Cathy Novaro/Anda/Andrx@watson, Carolina Sanchez/Anda/Andrx@WatsonEX, "Ossa, Pam" <pam.ossa@andrx.com>, "Sorenson, Lori" <Lori.Sorenson@andrx.com>, Marc Falkin/Anda/Anda/Andrx@Watson, Ken Fenster/Anda/Andrx@watson, Kelly Markiewicz/Anda/Andrx@watson, Yoel Proenza/Anda/Andrx@watson, Mike Sullivan/Anda/Andrx@watson, Joseph DiDomizio/VIP/Andrx@watson, Dennis.Cape@andrx.com, "Durrett, Russell" <Russell.Durrett@andrx.com>, Deborah Thomas-Corley/Anda/Andrx@watson, Jennifer Piderit/Anda/Andrx@Watson, Hildy Larralde/Anda/Andrx@watson, Stephen

Gordon/Anda/Andrx@watson, "Gurfinkel, Zlata" <Zlata.Gurfinkel@andrx.com>, Cristina Oliveros/Anda/Andrx@watson, Shauneen Morgan/Anda/Andrx@watson, TriciaHew Chen/Anda/Andrx@watson, Anna Lisa Spencer/Anda/Andrx@watson, Stacey Dockery/Temporary/Corona/Watson@Watson, Ana Hicks/Anda/Andrx@Watson, "Isabella, Anita" <Anita.Isabella@andrx.com>, Caridad Rodriguez/Anda/Andrx@Watson, Colleen Benhayon/Andrx@Watson, Elizabeth Mena/Anda/Andrx@Watson, Federico Henao/Anda/Andrx@Watson, Jaime Borda/Anda/Andrx@watson, Joyce Jones/Andrx@Watson, Liz-Pricing Dept Rodriguez/Anda/Andrx@Watson, "Sorenson, Lori" <Lori.Sorenson@andrx.com>, Michelle Case-Guy/Anda/Andrx@watson, Nita Thompson/Anda/Anda/Andrx, Pete Starfas/Anda/Andrx@watson, Scarlett Ureta/Anda/Andrx@watson, Tonya Hansen/Anda/Andrx@watson, Vince Simone/Anda/Andrx@Watson, Waleska Caro/Anda/Andrx@Watson, Youdeline Holt/Andrx@Watson, Yulette Bristole/Anda/Andrx@Watson, "Gross, Becky" <Becky.Gross@andrx.com>, Sophia Brown/Anda/Andrx@watson, "Paonessa III, Al" <Al.Paonessa3@andanet.com>, Bill Versosky/Anda/Andrx@watson, Brian Witte/Anda/Andrx@watson, Daniel Dorsey/Anda/Andrx@watson, "Floro, Dominic" <Dominic.Floro@andrx.com>, "Fields, George" <George.Fields@andrx.com>, "Howard, Jane" <Jane.Howard@andrx.com>, "Daum, Jeffrey" <Jeffrey.Daum@andrx.com>, "Cazzell, Jerry" <Jerry.Cazzell@andrx.com>, John Jefferson/AndrxPharm/Andrx@WatsonEX, "Martin, Karen" <Karen.Martin@Andrx.com>, Kim Bloom/Anda/Andrx@watson, Marc Falkin/Anda/Anda/Andrx@Watson, "Cochrane, Michael" <Michael.Cochrane@andanet.com>, "Cochrane, Patrick" <Patrick.Cochrane@andanet.com>, Pete Starfas/Anda/Andrx@watson, Tracy Paonessa/VIP/Andrx@watson, TriciaHew Chen/Anda/Andrx@watson, Sheila Boucher/Anda/Andrx@watson, Ana Wittong/Anda/Andrx@watson, Chip Johnson/Anda/Andrx@watson, Christine Maiolo/Anda/Andrx@Watson, Daniel Dorsey/Anda/Andrx@watson, David Dunlop/Anda/Andrx@watson, Debra Moultrie/Anda/Andrx@Watson, December Therrien/Anda/Andrx@watson, Deidre Ashworth/Anda/Andrx@Watson, Denise Baldwin/Anda/Andrx@watson, Dennis Poirier/Anda/Andrx@watson, Edward Smith/Anda/Andrx@watson, "Fields, George" <George.Fields@andrx.com>, Kenneth Sanchez/Anda/Andrx@watson, Marie Tassy/Anda/Andrx@watson, Michael Porter/Anda/Andrx@watson, Sheila Boucher/Anda/Andrx@watson, "Frazier, William" <William.Frazier@andrx.com>, "Cochrane, Michael" <Michael.Cochrane@andanet.com>, "Cochrane, Patrick" <Patrick.Cochrane@andanet.com>, "Spellman, Jay" <Jay.Spellman@andrx.com>, Alberto Esteves/Anda/Andrx@WatsonEX, "Cazzell, Jerry" <Jerry.Cazzell@andrx.com>, Luis Lebron/Anda/Andrx@watson, "Mulligan, Gavin" <gavin.mulligan@andrx.com>, John Gould/Anda/Andrx@watson, "Isabella, Anita" <Anita.Isabella@andrx.com>
cc

Subject
PRODUCT UPDATE:  Re-launch of Generic Oxycontin CR (Oxycodone CR 10, 20, 40, 80mg) from Actavis


PRODUCT UPDATE:  Limited Re-launch of Generic Oxycontin CR (Oxycodone CR 10, 20, 40, 80mg) from Actavis
All pill count policies apply

Attorney's Eyes Only (Highly Confidential)                                              Anda_Opioids_MDL_0000634367

Internal Communication - do not fax or email

Sometime towards the end of next week (approx Dec 3-5), Oxycodone CR (the generic for Purdue's Oxycontin CR) will be launched by Actavis.  Their ability to launch this product is based on a settlement with Purdue that will enable a limited amount of inventory in the market.

Anda/VIP will have a limited supply of this new allocation to service our customers.  Pricing details will be made available in the coming days.

PREBOOK POLICY
A dramatic portion (still limited to what we could sell) of our inventory will be made available to those ordering on CSOS with some supply to be made available for those ordering with paper 222 forms.   Today, we will start to accept Paper 222 forms to OHIO only.  Once the allocation of inventory for Paper 222 forms is exhausted those forms will be sent back to customers.  Our warehouse team will work to communicate any issues if this situation should arise.

Limits of 12 units per day per sku will be established and we have instructed our CII distribution team not to fill orders for the same customer on consecutive days where multiple forms are sent in.  Priority completion of Paper 222 forms will also be filled based on additional lines added to the order.  Since this is a CII product and the nature of how paper forms are used for some, you'll need to follow the exact procedures.

PROMOTION
Its essential we try to add other CII products to these orders, although not the only way we will ship product.  Our goal is to reward our loyal CII purchasing customers as best we can yet use this Oxycodone CR product opportunity to increase our reach in the market.
No additional discounts will be paid on Actavis Oxycodone CR except any appropriate backend rebates.
However, the following promotion until December 31, 2009 for CSOS and Paper orders will be in effect when an Actavis Oxycodone CR product is ordered in any combination....



A list of CII products will be distributed for you along with a mock 222 form which will also be made available in Remedy marketing for you to send to customers.
Promotional Credits will be issued weekly.

INTERNAL PROMOTION
Sometime towards the end of December, but likely January.....a limited amount of Actavis Oxycodone CR will be made available by rep from our initial allocation of product, depending on your sales of Actavis Fentanyl Patches or the non-CII Bupropion XL 150mg & 300mg.  There is no defined formula yet, just

Attorney's Eyes Only (Highly Confidential)                                                           Anda_Opioids_MDL_0000634368

a good faith scenario that those who also promote these other Actavis products could pick up some additional Oxy CR inventory to sell as you see fit.  Details to follow.....

PRODUCT LOCATION
Product will only be made available in OHIO.   Thanks in advance to our Warehouse team for their work to make this launch happen.
[IMAGE]

Please do not reply to all, see your sales management with questions or email Ken and I.

Regards,

Marc Falkin
Vice President, Marketing
Anda, Inc. / VIP
p. 954-217- 4177
f.  954-217- 4361

- C.gif

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0000634369