# PSJ9 Exh 31

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF OHIO

 3                       EASTERN DIVISION

 4

 5   -----------------------------x

 6   IN RE: NATIONAL PRESCRIPTION ) MDL No. 2804

 7   LITIGATION                   ) Case No. 17-md-2804

 8   This document relates to:    ) Hon. Dan A. Polster

 9   All Cases                    )

10   -----------------------------x

11       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

12                 CONFIDENTIALITY REVIEW

13     VIDEOTAPED DEPOSITION OF TINA STEFFANIE-OAK

14                    YORK, PENNSYLVANIA

15                 MONDAY, MARCH 11, 2019

16                        9:34 A.M.

17

18

19

20

21

22

23

24   Reported by: Leslie A. Todd
```

Golkow Litigation Services                            Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. MIGLIORI:
 2        Q    All right.  "Tina based her analysis on
 3   2012 numbers."
 4             Does that change your recollection about
 5   whether you did this analysis?
 6        A    I did an analysis, but it was in 2013.
 7        Q    Well, but on 2012 numbers, correct?
 8        A    Correct.
 9        Q    "I learned from a recent conversation
10   with Shaun Abreu, Verifications manager, that the
11   number of active accounts ordering controlled
12   substance products is now closer to 40,000, and
13   that we have completed due diligence for about
14   13,000 accounts."
15             Were you aware of that information from
16   Shaun Abreu?
17        A    At that point --
18             MS. FINCHER:  Object to the form.
19             THE WITNESS:  -- in time, yes.
20   BY MR. MIGLIORI:
21        Q    Okay.  "So, therefore, the gap is now
22   approximately 27,000 accounts."
23             Do you recall that being based on 2012
24   numbers, the number of accounts that had no due
```

```
 1    diligence or completed due diligence?
 2         A    I recall based off of reading this
 3    e-mail.
 4         Q    Okay.  So going back to my earlier
 5    question when you said there was a small amount of
 6    backlog, will you agree with me that 27,000 out of
 7    40,000 customers is not a small amount of due
 8    diligence backlog?
 9              MS. FINCHER:  Object to the form.
10              THE WITNESS:  Yes.
11    BY MR. MIGLIORI:
12         Q    All right.  "Based on year-to-date
13    records, we can expect Regulatory Affairs to
14    process 400 to 450 due diligence files each year."
15              Was that a statistic or a projection
16    that you put together?
17              MS. FINCHER:  Object to the form.
18              THE WITNESS:  I don't recall.  I may --
19    I'm sure I had input, but I'm not sure if I'm the
20    only one that reviewed that.
21    BY MR. MIGLIORI:
22         Q    Okay.  Let me explore that a little bit.
23    If you're bringing on 1560 new accounts ordering
24    controlled substances each year, of those, are --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   is it only a fraction of those getting due
 2   diligence files updated?
 3              MS. FINCHER:  Object to the form.
 4              THE WITNESS:  Can you repeat that again?
 5   BY MR. MIGLIORI:
 6       Q   Sure.  I'm trying to understand of the
 7   400 to 450 files this year, is that the backlog
 8   project or is that new -- new customers?
 9              MS. FINCHER:  Object to the form.
10              THE WITNESS:  It -- it would include
11   both.
12   BY MR. MIGLIORI:
13       Q   Okay.  So we can agree that by the end
14   of 2012, when you had your appraisal that we --
15   your -- your work appraisal that we looked at,
16   Exhibit No. 4, at the end of that year, based on
17   the statistics that you gave to Sergio Tejeda,
18   there were approximately 27,000 accounts or
19   customers in the Henry Schein system that did not
20   have complete due diligence.
21              MS. FINCHER:  Object --
22   BY MR. MIGLIORI:
23       Q   Correct?
24              MS. FINCHER:  Object to the form.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    Mischaracterizes the document.
 2              THE WITNESS:  Correct, but I still stand
 3    by what I said in 2012, I was not aware of that
 4    information.
 5    BY MR. MIGLIORI:
 6        Q    That's fine.
 7        A    Okay.
 8        Q    And maybe you weren't aware of it.
 9    That's fine.
10        A    Okay.
11        Q    But as you're providing this statistical
12    information --
13        A    Mm-hmm.
14        Q    -- in August of 2013 to your
15    supervisor --
16        A    Yes.
17        Q    -- it turned out to be true that in
18    2012, of the 40,000 customers of Henry Schein,
19    27,000 of them did not have completed due
20    diligence in their files, correct?
21              MS. FINCHER:  Object to the form.
22    Mischaracterizes the document.
23    BY MR. MIGLIORI:
24        Q    Correct?
```

1       A    Correct.

2       Q    All right.  And you were bringing on 150

3   new customers or new accounts each day at that

4   period of time, correct?

5       A    No.

6       Q    Well, I'm going back up to the --

7   approximate number of new accounts open in a daily

8   basis is 150.  Correct?

9       A    Correct.

10      Q    All right.  So you're bringing on 150

11  new customers every day, but the projection for

12  completing due diligence was 400 or 450 per year,

13  correct?

14      A    Per year, correct.

15      Q    So in one week, in seven days, you'd

16  have just over a thousand new customers coming on.

17  Correct?

18           MS. FINCHER:  Object to the form.

19           THE WITNESS:  Correct.

20  BY MR. MIGLIORI:

21      Q    But in that entire year, only less than

22  half of them -- due diligence would be completed

23  for less than half of what was actually onboarded

24  in a single week, correct?

 1    due diligence process, we also -- there was a
 2    licensure background check for state level DEA.
 3    There was also an address verification check to
 4    make sure it appeared to be a legitimate address,
 5    a legitimate practice office.
 6             A Google search.  If there was a website
 7    for the account, we would look at that.
 8    Healthgrades was used to look at different reviews
 9    of the physician.  You know, any information that
10    was available on the internet.
11        Q    You would agree with me that all those
12    sources of information are important to understand
13    and know your customer, correct?
14        A    Correct.
15        Q    And when they had 27,000 cases that did
16    not have full and complete due diligence, some
17    aspect of that information was missing in those
18    27,000 due diligence files, correct?
19             MS. FINCHER:  Object to the form.
20             THE WITNESS:  Correct.
21    BY MR. MIGLIORI:
22        Q    And if you look at the last page of this
23    guidance -- or it says "Additional
24    Recommendations."  It's going to be the page that

Highly Confidential - Subject to Further Confidentiality Review

```
 1   it's almost noon.  So I'm not sure when you wanted
 2   to take a lunch break.
 3              MR. MIGLIORI:  Why don't we go off the
 4   record for a second and talk about that.
 5              THE VIDEOGRAPHER:  11:55.  We're off the
 6   video record.
 7              (Lunch recess.)
 8              THE VIDEOGRAPHER:  12:29, we're on the
 9   video record.
10              (Steffanie-Oak Exhibit No. 11 was
11              marked for identification.)
12   BY MR. MIGLIORI:
13        Q    Okay.  I'll show you Exhibit 11.
14              Exhibit 11 has a date of November 27,
15   2013.  It's a PowerPoint presentation with -- that
16   bears your name on it.  It says "Individual
17   Opportunity/Issue, Presented by Tina
18   Steffanie-Oak."
19              Did you review this in preparation for
20   today?
21        A    I do remember seeing it yesterday.
22        Q    Okay.  And is this something you
23   prepared?
24        A    Yes.
```

```
 1        Q    Okay.  On the second page, it says
 2   "Opportunity/Issue."  It says:  "Are we in
 3   substantial compliance with DEA SOM/Know Your
 4   Customer regulations?"
 5             And the first bulleted item says:  "We
 6   do not have Know Your Customer Due Diligence for
 7   approximately 60 percent of our customers.
 8   Remaining 40 percent has varying degrees of due
 9   diligence (files are not consistent)."
10             First of all, are those your words?
11        A    Yes.
12        Q    And the 60 percent represents files that
13   have no due diligence, correct?
14             MS. FINCHER:  Object to the form.
15             THE WITNESS:  I don't recall
16   specifically if some files may have had something.
17   I can't say with certainty.
18   BY MR. MIGLIORI:
19        Q    Okay.  The second part says:  "Remaining
20   40 percent has varying degrees of due diligence."
21             So at least in the 40 percent, there is
22   some information.  It doesn't say it all, correct?
23        A    Based -- based on improvements that we
24   made to the process, we had added different types
```