# PSJ9 Exh 35

Standard Operating Procedures (SOP)
809-V HDS SOP CSOMP Divisional Policy



| Approved By: Thomas J. Twitty | Date: 05/07/2008 | Implementation Date: 05/07/2008 |
|---|---|---|
| Revision By: | Date: | Implementation Date: |

## Policy Identification

809-V HDS SOP Controlled Substance Order Monitoring Program (CSOMP) Divisional Policy

## Revision

Original

## Policy Statement

It is the policy of H. D. Smith to comply with the requirements of 21 C.F.R. 1301.74(b) to design and operate a system to disclose to the registrant suspicious orders of controlled substances. With special provisions through DEA headquarters, H. D. Smith shall report suspicious orders, when discovered, to DEA headquarters.

The purpose of this document is to describe the Divisional standard operating procedures for identifying, releasing or upholding, and notating customer controlled substance orders that have been suspended by CSOMP.

This policy applies to all H. D. Smith associates, and the Designated Representative shall be responsible for the enforcements of all policies. Associates violating this policy are subject to discipline up to and including termination of employment.

Any exceptions to this policy shall be reported in writing to the Designated Representative. The Designated Representative shall then report any exceptions in writing to the Vice President Division Manager (VPDM), and to the Vice President of Operations. The Designated Representative shall document all exceptions and actions taken.

## Definitions

**21 C.F.R. 1301.74(b)**: The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances. The registrant shall inform the Field Division Office of the Administration in his area of

Confidential
H. D. Smith

1

suspicious orders when discovered by the registrant. Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency.

**Procedure**

Suspended Order Editing

**1. Securing Authority:**
> The Director of Corporate Compliance and Security shall have the authority to grant access to the CSOMP.  Divisional authority shall be granted for the purpose of identifying suspended orders, releasing suspended orders, upholding the suspended status and notating the suspended records.
>
> For authorized users to gain access to the CSOMP on the AS 400, perform the following tasks:
> 
> a) Log on to the AS/400.
> b) On the menu line, enter GO SOMMENU
> c) Enter the number corresponding to the division.
> d) The Suspended Order Editor will be displayed.
>
> Figure 1.1 The system will display a warning, and access to the CSOMP will not be allowed for unauthorized users.

Figure 1.1



Confidential                                                                                                        2
H. D. Smith

## 2. Display Suspended Order:

At this point, all suspended orders will be displayed for the user to identify, as shown in Figure 2.1.

Figure 2.1



Additional information can be shown or hidden by pressing function key F11 to drop/fold as shown in Figure 2.2, 2.4, 2.5 and 2.6.

Figure 2.2



Account history can be displayed by typing option 5 one line at a time, see Figure 2.3.

Figure 2.3



As you will notice, each line will be differentiated by means of color coding.
- **Blue**: shipped order(s) under given URL,
- Yellow: shipped order(s) over given URL
- **Red:** suspended order(s).

Figure 2.4



Figure 2.5



Figure 2.6



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00185726

HDS_MDL_00185721

At the footer, you can also see legends corresponding to how many lines for each color category. If a suspended order has been 'Released' or 'Marked as Suspicious' – on the 'Remarks' column it will appear 'Released' or 'Suspicious' respectively as shown in Figure 2.6. To go back to previous screen press function key F12, or to exit, press function key F3.

### 3. Release Suspended Order with Optional Quantity Change:

An authorized user will have the ability to release a suspended order in its entirety, or the user may enter a different quantity to release. Any order released by the division will be done under strict guidelines. Orders may be released based on the following criteria:

a) Division is able to contact customer, and customer acknowledges that there has been a mistake in ordering. The new quantity may be entered and released.
b) There is an obvious mistake in ordering, such as a "fat fingered" order. Based on account history, a new quantity may be entered and released.
c) A new account order (initial 90 days) is suspended due to lack of account history. This order may be released in its entirety.
d) A hospital account has been suspended. This may be released and will be reviewed the next day.

**The division shall not release any order or portion of the order for any other reason than stated above, without permission of the Director of Corporate Compliance and Security.**

To release all or a portion of an order, user must type option 2 from the Suspended Order Editor screen. See Figure 3.1. If the entire order is to be released, then nothing needs to be entered into the New Quantity to be Released field. If a new quantity is to be released, then the user needs to enter that amount in the New Quantity to be Released field. Entering a reason for the order release in the Comment Line is necessary for this action. Enter F5 to process the release.

Once an order has been released, it will be sent back to the Order File and the next Wave will process it for picking as if it wasn't suspended.

Figure 3.1.



## 4. Display or Update Comment:

At any point in time, an authorized user may display or update comments to track the status of a suspended order. In doing so, the user must type in option 6 and the comment will be shown and can be updated. See Figure 4.1.

Confidential  8
H. D. Smith

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                         HDS_MDL_00185728

HDS_MDL_00185721

Figure 4.1.



## Training

The Designated Representative or designee shall be responsible for training divisional associates on all relevant policies and procedures.

Training shall be conducted on this policy at time of hire and anytime that revisions are made.  Training may be conducted throughout the year, as needed.

Training shall be conducted in a classroom setting, and all warehouse associates shall complete a written training document certifying that they have read and fully understand the herein procedure.

All associate training shall be documented and maintained in the associate's personnel file.

## Review Schedule

The Vice President of Operations will review each policy and procedure annually for relevance and applicability.

## References

21 CFR Parts 1300 to end

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00185729

HDS_MDL_00185721