# PSJ9 Exh 36

| | |
|---|---|
| From: | George Euson |
| Sent: | Wed 5/21/2008 8:07 PM (GMT-04:00) |
| To: | 'Ed Brewton'; rfolkerts@hdsmith.com; Scott Hebisen (shebisen@hdsmith.com); jredelfs@hdsmith.com; ken.campbell@hdsmith.com; Matt Pape (mpape@hdsmith.com); Scott Neilson (scott.neilson@hdsmith.com); tvanbakel@hdsmith.com; calvinbeck@hdsmith.com; David.DuRoss@hdsmith.com; Dan.Howard@hdsmith.com; Doug Ferrante (Douglas.Ferrante@hdsmith.com); fkositsky@hdsmith.com; dbergman@hdsmith.com; fvaron@hdsmith.com; John Heller (jheller@hdsmith.com); jsherman@hdsmith.com; Yvonne Decuollo; zahmad@hdsmith.com; agrande@hdsmith.com; rdecker@hdsmith.com; rmartinez@hdsmith.com; tpitaccio@hdsmith.com; cherrington@hdsmith.com; Doug.fallon@hdsmith.com; Elaina York (eyork@hdsmith.com); Crystal Horner; gthalacker@hdsmith.com; jgreer@hdsmith.com; John Shelton (john.shelton@hdsmith.com); sylvia.fraley@hdsmith.com |
| Cc: | 'PJ Little' |
| Bcc: | |

Subject: CSOMP enhancements

All,

You will notice on the AS400 screen that in the upper right hand corner there is a start date entered.  You are allowed to release all orders that show up in the system for new accounts for up to 120 days after the start date listed.  This will allow ramp up of new accounts.  If something looks suspicious, please contact PJ or me. If the start date has 00/00/00, that means that it is an old account and the start date is unknown.

If you are releasing orders you will now notice a list of reason codes.  This is a required field.

A) Means that the customer has been contacted and has acknowledged an error.
B) Is for obvious fat fingered errors.
C) Is for new accounts.
D) Is for Hospital and LTC accounts.
E) Is for when you have contacted PJ or me and we have told you to go ahead and release an order.
F) Is for trade show and promotion orders.

You may enter an explanation comment, but it is not necessary now.

Prometh w/codeine drug family is now correct.  We currently have it at 12x the average similar to cough medicines.  This will be adjusted lower in the near future as it a highly abused drug on the DEA radar screen.  Do not release Prometh w/codeine as of today.

George L. Euson, CPP
Director of Corporate Security
H. D. Smith
3063 Fiat Ave.
Springfield, IL 62703
P) 217-467-8206
F) 217-467-8282
C) 217-494-8783

geuson@hdsmith.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER