# PSJ9 Exh 38



# Meeting Minutes

## A. General Meeting Information

| | |
|---|---|
| Project Name | 16-024 – CSOMP |
| Date of Report | August 03, 2016 |
| Location | Park Place – Fourth Floor Large Conference Room |
| Meeting Facilitator | Ron Cole |
| Minutes Prepared By | Ron Cole |
| Meeting Objective | Weekly Status Report |

## B. Meeting Participants

| Name | Attended (Y/N) | Name | Attended (Y/N) |
|---|---|---|---|
| Tom Twitty | | George Euson | |
| Kyle Rieger | | Juno Lawrence | |
| Bill Clark | | Mark Mehmet | |
| Chandra Prakash | | Kannan Krishnan | |
| Tim Palmer | | Sue Thompson | |
| Soundaram Vasudevan | | Zelio Desouza | |
| Nancy Clark | | Niki McDaniels | |
| Nanditha Reddy | | Durga Jarugula | |
| Ron Cole | | Stephanie Erdelyi | |
| Gwenda Waldron (Fusion Op's) | | | |

## C. Agenda

| # | Topic | Responsibility | Time |
|---|---|---|---|
| 1 | Project Status Update | Ron/All | |
| 2 | Business Discussion | Tom/Kyle | |
| 3 | Next Project Steps | Ron/All | |
| 4 | Q&A/Discussion | All | |

## D. Discussions

| # | Topic | Notes |
|---|---|---|
| 1 | Project Status Update | 1. Project Updates<br>• Realization Phase<br>  o BI / Fusion Op's Reports / Dashboards – In progress<br>    ✓ Development to be completed by Monday, 8/8<br>    ✓ Unit Testing Begins Tuesday 8/9<br><br>• Integration Test Phase<br>  o Frequency Calculation CR – Completed<br>    ✓ Updates required to Blueprint (adding this task after UAT)<br>  o ITC2 – In progress (results as of 8/2, 59 Scripts Passed, 3 in progress and 2 defects), ITC2 is scheduled to be completed by COB Today.<br><br>• Project Plan Updates<br>  o Extended ITC2 to 8/3<br>  o Revised UAT tasks |

| # | Topic | Notes |
|---|---|---|
| 2 | Business Discussion | |
| 3 | Next Project Steps | **Next Steps**<br>1. Complete Fusion / BI Team Development activities<br>2. Complete ITC2 Testing and defect remediation today<br>3. NO Updates required for SOP's (Task will be removed)<br>4. Begin UAT Planning<br>5. Begin Performance / Load / Stress test planning<br><br>**Upcoming Tasks:**<br>1. Performance Load & Stress Test – Week of 8/8<br>2. Training Documents / Plan – Begins 8/16<br>3. End User Training – Begins 8/31<br>4. Final Preparation Phase – Begins 9/2<br>5. UAT – Begins 9/12<br>6. Go-Live – 11/4 |
| 4 | Q&A / Discussion | 1. Kyle – OOO Friday afternoon (8/5)<br>2. James Hopkins – Not Available August 11 – 15 and September 5 – 9 |

## E. Agreements

| # | Topic | Notes |
|---|---|---|
| 1 | Master Data | Bill Noted that the data list (MCA, L1, Controlled substance, etc.) he will be providing is a living list and will not be final until the day before implementation. |
| 2 | List 1 Chemicals | List 1 Chemical (Non-MCA item) requirements have been removed from the scope of the CSOMP project per Tom Twitty on April 8, 2016 |
| 3 | Ownership field | Ownership field has been removed as a requirement for the CSOMP project per Kyle Rieger on April 25, 2016 |
| 4 | Name 4 | Name 4 to be added to Fusion Op's for reporting |
| 5 | CSOMP Performance Dashboard | Performance Dashboard will be deferred until later in the project (August) due to requirement(s) may change with new Business Owner. |
| 6 | CR 013       Add MCA  Dosage Type | Change Request CR-013 Add MCA Dosage Type Approved 5/10/16 |
| 7 | Reports ZSDR08937 & ZSDR0837N | SOM Family will NOT be a MANDATORY input parameter in regards to ZSDR0837 & 0837N reports. |
| 8 | Life Style Drugs | Business confirmed that lifestyle drugs would be checked only on quantity URL limit maintained at plant level since DEA License number is not mandatory for customers buying lifestyle drugs.   Kyle confirmed on 6-1-16. |
| 9 | Customers with less than 4 months Sales History | Customers with less than 4 months of Sales History will not be checked for pattern and frequency, Per Kyle 6-1-16. |
| 10 | VB01 & VB02 Security | Master Data and Compliance will both have security access to VB01 and VB02 which are used to create and maintain Inclusions and Exclusions, as well as ZECS exclusions used for DEA exclusions being added in CSOMP. (Agreement date: 6-22-16) |
| 11 | Returns | The CSOMP project will not include RETURNS so they will not be considered in the Monthly Usage or as part of Pattern & Frequency.   However, RETURNS will continue to be part of the BI/Fusion reporting as planned. (Agreement date: 6-28-16) |
| 12 | SOP's | There will be NO updates required to the CSOMP SOP's.  Kyle confirmed on 8-3-16 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                                                                      HDS_MDL_00438408



## F. Action Items for Follow-up

| # | Action Description | Assigned To | Target Date |
|---|---|---|---|
| 1 | Any New fields going to BI for reporting as a result of Change Request #15, "Change in Frequency Calculation Logic"? **(Completed)** | Ron / Kyle | 7/29 |
| 2 | User Procedures & SOP tasks, move out to start on 8/4 due to Extending ITC2 **(Completed)** | Ron | 8/1 |
| 3 | Set up meeting with ERP (Kannan, Soundaram) to discuss CSOMP Final Prep and Implementation tasks. **(Completed)** | Ron | 8/1 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER					HDS_MDL_00438409