# PSJ9 Exh 39

From:     Douglas Robinson/Corp/II/HDS
Sent:     Tue 2/03/2009 2:26 PM (GMT-05:00)
To:       PLittle@hdsmith.com
Cc:       Lori Kirbach/Corp/II/HDS@HDSMITH; Douglas E Ferrante/FL/HDS@HDSMITH; Tom Twitty/Corp/II/HDS@hdsmith
Bcc:
Subject: Re: Fw: 01-30-2009 11;13;56AM.pdf


I agree....it does not matter if this is a new account, we still must have some degree of monitoring, it is not intended to be an unlimited flow of CS.  These numbers require some justification, beyond that of "being a new account".  I will contact the VPDM and further discuss.

Douglas "Robbie" Robinson
Director of Corporate Compliance and Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
217-467-8206 (direct)
217-494-8783 (mobile)




From:     PJ Little/Corp/II/HDS
To:       Douglas Robinson/Corp/II/HDS@HDSMITH
Cc:       Lori Kirbach/Corp/II/HDS@HDSMITH
Date:     02/03/2009 10:38 AM
Subject:  Fw: 01-30-2009 11;13;56AM.pdf


Robbie,

As we discussed last week the two accounts are reaching extremely high dosage units of oxycodone products.  I think by allowing the division to continue releasing these orders is not in our best interest.  Doug states in the e-mail below that once their 120 days is over and they are held in CSOMP they will request script data.  I feel that something needs to be done now.  By allowing them to continue to release these orders I think we are putting ourselves at risk.  Your thoughts?

P.J. Little
Compliance Specialist
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Office: 217-467-8218
Cell: 217-720-1710
Fax: 217-467-8282

----- Forwarded by PJ Little/Corp/II/HDS on 02/03/2009 10:34 AM -----

From:    Douglas E Ferrante/FL/HDS
To:      PJ Little/Corp/Il/HDS@hdsmith
Cc:      Dan Howard/FL/HDS@HDSMITH, Douglas Robinson/Corp/Il/HDS@HDSMITH, Lori Kirbach/Corp/Il/HDS@HDSMITH
Date:    01/30/2009 01:26 PM
Subject: Re: 01-30-2009 11;13;56AM.pdf


PJ,

Thank you for the update.
The report that you sent us is not the same report that I see each day.  Please let us know what the discipline was for pharmacist that had license suspended.  Once these new accounts pass 120 days, they will appear in the reports that I see daily and based on their current purchasing trends we will need to request script data from them.  In the Suspended Orders and Suspended Orders not Released reports it would be helpful to see new accounts even if we are releasing orders.



Douglas E. Ferrante
Vice President, Division Manager
H. D. Smith
1901 NW 25th Avenue
Pompano Beach, FL 33069
Tel: 954-977-8188
Fax: 954-977-5950
douglas.ferrante@hdsmith.com



From:    PJ Little/Corp/Il/HDS
To:      Dan Howard/FL/HDS@HDSMITH, Douglas E Ferrante/FL/HDS@HDSMITH
Cc:      Douglas Robinson/Corp/Il/HDS@HDSMITH, Lori Kirbach/Corp/Il/HDS@HDSMITH
Date:    01/30/2009 12:24 PM
Subject: 01-30-2009 11;13;56AM.pdf


All,

I have attached the CSOMP reports for two new accounts.  Goodman Drugs, 40000567 and S & K Pharmacy, 40000561.  The dosage units for both of these accounts is high, especially for Goodman.  They are up over 200,000 du for the past 30 days.  I am still in the process of reviewing the due diligence for both of these accounts.  The pharmacist for Goodman has had past discipline including having his pharmacy license suspended.  I e-mailed Jeff a couple of days ago to determine if these accounts were both primary with us and he stated that they were.   At this time neither one of them are a

very large account.  I am just making you all aware because once they are no longer considered a new account their orders more than likely are going to be held by CSOMP and we are going to need to have additional information provided in order to release their orders.  If you have any additional information to provide on either of the accounts please do so.

Thanks and have a great weekend!

P.J. Little
Compliance Specialist
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Office: 217-467-8218
Cell: 217-720-1710
Fax: 217-467-8282
[attachment "01-30-2009 11;13;56AM.pdf" deleted by Douglas E Ferrante/FL/HDS]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                         HDS_MDL_00332596