# PSJ9 Exh 42

Produced in Native Format

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00193790

| | | | | | |
|---|---|---|---|---|---|
| **Division** | 04 - Florida | **Prepared By:** | Lori Kirbach | | |
| **Order Date** | 8/19/2010 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Suspicious & Order Ca |
| **Account #:** | 40000721 | **Account Name:** | Amerimedz II | | Lack of Account Histor |
| **Family Name:** | Oxycodone | **Dosage Form:** | OS | 01 - Illinois | Hospital Account |
| **Reason:** | Released (See Comment) | | | 02 - Texas | Released, Increase Ul |
| **Comment:** | Please adivise acct they have now reached their limit for August | | | 04 - Florida | Released (See Comm |
| | | | | 05 - New York Metro | Trade Show Promo Cu |
| **Account #:** | 40000668 | **Account Name:** | Felky Rx LLC | 07 - California | Line Cancelled |
| **Family Name:** | Oxycodone | **Dosage Form:** | OS | 08 - New England | |
| **Reason:** | Line Cancelled | | | 40 - Kentucky | ADHD |
| **Comment:** | Please advise acct they have reached their limit for August | | | | Amphetamine |
| | | | | | Anti Diarrhea |
| **Account #:** | 40000216 | **Account Name:** | Speedy Scripts II | | |
| **Family Name:** | Oxycodone | **Dosage Form:** | OS | | |
| **Reason:** | Line Cancelled | | | | |
| **Comment:** | Please advise acct they have only 500 dosage units left in August | | | | |
| **Account #:** | | **Account Name:** | | | Barbiturates |
| **Family Name:** | | **Dosage Form:** | | | Benzodiazepines |
| **Reason:** | | | | | Buprenorphine |
| **Comment:** | | | | | Cannibis |
| | | | | | Cocaine |
| **Account #:** | | **Account Name:** | | | Codeine |
| **Family Name:** | | **Dosage Form:** | | | Diet |
| **Reason:** | | | | | Fentanyl |
| **Comment:** | | | | | Hydrocodone |
| | | | | | Hydromorphone |
| **Account #:** | | **Account Name:** | | | Hypnotics |
| **Family Name:** | | **Dosage Form:** | | | Ketamine |
| **Reason:** | | | | | Meperidine |
| **Comment:** | | | | | Meprobamate |
| **Account #:** | | **Account Name:** | | | |
| **Family Name:** | | **Dosage Form:** | | | |
| **Reason:** | | | | | |
| **Comment:** | | | | | |
| | | | | | Methadone |
| **Account #:** | | **Account Name:** | | | Morphine |
| **Family Name:** | | **Dosage Form:** | | | Narcolepsy |
| **Reason:** | | | | | Opium |
| **Comment:** | | | | | Oxycodone |

Page 1

ancelled
ry (new acct)

RL
ent)
ut

| | | | | |
|---|---|---|---|---|
| | | | | Oxymorphone |
| **Account #:** | | **Account Name:** | | Pentazocine |
| **Family Name:** | | **Dosage Form:** | | Pregabalin |
| **Reason:** | | | | Propoxyphene |
| **Comment:** | | | | Sleep |
| | | | | Steroids |
| **Account #:** | | **Account Name:** | | Prometh |
| **Family Name:** | | **Dosage Form:** | | Non Control Pain Relie |
| **Reason:** | | | | Lifestyle Drugs |
| **Comment:** | | | | |
| **Account #:** | | **Account Name:** | | **OL** |
| **Family Name:** | | **Dosage Form:** | | **OS** |
| **Reason:** | | | | **PA** |
| **Comment:** | | | | **SY** |
| | | | | **VI** |
| **Account #:** | | **Account Name:** | | **KI** |
| **Family Name:** | | **Dosage Form:** | | **AM** |
| **Reason:** | | | | **LO** |
| **Comment:** | | | | **CA** |
| | | | | **GE** |
| | | | | **PO** |
| | | | | **SU** |
| **Account #:** | | **Account Name:** | | **CR** |
| **Family Name:** | | **Dosage Form:** | | **PU** |
| **Reason:** | | | | **SP** |
| **Comment:** | | | | **IV** |
| **Account #:** | | **Account Name:** | | |
| **Family Name:** | | **Dosage Form:** | | |
| **Reason:** | | | | |
| **Comment:** | | | | |
| **Account #:** | | **Account Name:** | | |
| **Family Name:** | | **Dosage Form:** | | |
| **Reason:** | | | | |
| **Comment:** | | | | |
| **Account #:** | | **Account Name:** | | |
| **Family Name:** | | **Dosage Form:** | | |
| **Reason:** | | | | |
| **Comment:** | | | | |
| **Account #:** | | **Account Name:** | | |
| **Family Name:** | | **Dosage Form:** | | |
| **Reason:** | | | | |
| **Comment:** | | | | |

evers

| | | | |
|---|---|---|---|
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |

A) Customer Acknowledged Order Error
B) Customer High Quantity Order Error
C) Lack of Account History (new acct)
D) Hospital Accoun
E) Released Per Corporate Security
F) Trade Show Promo Cut
G) Suspicious
H) Released, Increase URL
ADHD
Amphetamine
Anti Diarrhea
Barbiturates
Benzodiazepines
Buprenorphine
Cannibis
Cocaine
Codeine
Diet
Fentanyl
Hydrocodone
Hydromorphone
Hypnotics
Ketamine
Meperidine
Meprobamate
Methadone
Morphine
Narcolepsy
Opium
Oxycodone
Oxymorphone
Pentazocine
Pregabalin
Propoxyphene
Sleep
Steroids
Prometh
    **OL**
    **OS**
    **PA**
    **SY**
    **VI**
    **KI**
    **AM**
    **LO**
    **CA**
    **GE**
    **PO**
    **SU**
    **CR**
    **PU**

**SP**
 **IV**