# PSJ9 Exh 43

## Tracey Hernandez

From: thernandez@hdsmith.com
Sent: Wed 3/18/2015 10:46 PM (GMT-04:00)
To: Debbie Komoroski
Cc: Tracey Hernandez; Kyle L. Rieger
Bcc:
Subject: Re: Questions: FUSION WebEx

Debbie-
The way it's set up now you are correct, we can only pull data by product family.  However once the data is pulled you could still drill down into the data and get to just what is pertinent for a specific strength but it would take awhile to get to.  We were trying to get them to add a search capability at that level so you could just go directly to the info for that one strength if you wanted to.

Many customers have a retail account and a 340B and a smart source account; all with different and separate URLs assigned.  As Kyle states, they've tried to restrict those so the customer is not receiving a triple URL but we know we haven't addressed all of them at the level we want to.  This is why we need the CSOMP URLs to be assigned by DEA number not account number.  My understanding is we have created these different account numbers to control different pricing for the different customer types.

Hope this helps!

Sent from my iPhone

On Mar 18, 2015, at 5:50 PM, Debbie Komoroski <Debbie.Komoroski@hdsmith.com> wrote:

> 1. The explanation of the report to drill down into specific drugs and specific dosages wasn't clear; however, it seemed that the system would pull from only the number in the dosage.  For example, if you were looking for the percentage of oxycodone 30mg in the oxycodone family, would it pull all oxycodone products with the number 30?  If this were the case, it wouldn't give a true percentage for only oxycodone 30mg because there are at least two oxycodone products with a 30mg dosage form – oxycontin 30mg and oxycodone 30mg.
> 2. How/Why would one DEA number have more than one H. D. Smith account number associated with it?  Might it be, for instance, a retail pharmacy that also has a 340B account – both at the same location?  In this case would the pharmacy have 2 separate H. D. Smith account numbers for that one location?

Best Regards,
*Debbie*

Deborah B. Komoroski, R.Ph.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                               HDS_MDL_00408622

Regional Compliance Manager
H. D. Smith
3063 Fiat Avenue
Springfield, IL  62703
Cell: (203) 974-2823
debbie.komoroski@hdsmith.com
Helping You Care For Your Community

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                                                   HDS_MDL_00408623