# PSJ9 Exh 46

| | |
|---|---|
| From: | George Euson |
| Sent: | Fri 9/28/2007 5:49 PM (GMT -4) |
| To: | Tom Twitty (ttwitty@hdsmith.com) |
| Cc: | Chris Smith (csmith@hdsmith.com ); Scott Wilson (scottwilson@hdsmith.com) |
| Bcc: | |
| Subject: | FW: Stopped sales of controlled substances with Attachment |
| Attachments: | customers.xls |

Tom,

I am still gathering more information, but back in February 2006, I sent out this list of pharmacies to all the VPDMs. This list was provided by DEA as pharmacies that were reported by other wholesalers and/or DEA as suspicious pharmacies due to their excess purchases of controlled substances.

Earlier this week, Dan Howard sent me an email with nine pharmacy customers of Florida's listed that comprises 80% of their Oxycodone sales. Two pharmacies on Dan's list, Pharmacy Express and Pharmcore were on the original list sent in February 2006. It looks like Pharmacy Express was set up as a customer in 12/06, and it looks like Pharmcore had been a customer at the time of my email in 02/06, and continues to be a customer today. Both have huge and excessive amounts of controlled substance purchases. I will have the exact numbers on Monday. Further, all nine on Dan's list have excessive purchases.

I sent out a follow up email on 5/4/07 with an updated list of suspicious pharmacies. These pharmacies were on that list also. I will send that email to you after this one.

We will have a hard time explaining to DEA why after we were warned nearly 1 1/2 years ago, we continued to sell excessive quantities of CS to these businesses.

I recommend we cease selling to Pharmacy Express and Pharmcore immediately, and we initiate a thorough review of all Florida customers.

George

-----Original Message-----
From: George Euson [mailto:geuson@hdsmith.com]
Sent: Tuesday, February 28, 2006 2:24 PM
To: Rob Breaman; Larry Neceskas; George Vecchia; Danny Avila; Pat Earl; Chris Smith; John Olejar; John Lundquist; Angelo Grande
Subject: FW: Stopped sales of controlled substances with Attachment


-----Original Message-----
From: Michael.R.Mapes@usdoj.gov [mailto:Michael.R.Mapes@usdoj.gov]
Sent: Tuesday, February 28, 2006 2:14 PM
To: Michael.R.Mapes@usdoj.gov; Kyle.J.Wright@usdoj.gov
Subject: RE: Stopped sales of controlled substances with Attachment

-----Original Message-----
From: Mapes, Michael R.
Sent: Tuesday, February 28, 2006 3:03 PM
To: Wright, Kyle J.
Subject: Stopped sales of controlled substances

A distributor has reported to DEA that they have stopped sales of controlled substances to the pharmacies and doctors on the attached list.  Some of the sales were stopped a few months ago and some were stopped very recently.  Please insure that all controlled substances are sold for legitimate medical purposes.

Should you have any questions, please contact me at 703-653-2048 or Kyle Wright at 703-653-2103.

Michael Mapes
Chief,  E-Commerce Section
Office of Diversion Control
Drug Enforcement Administration


Phone:  703-653-2048
Fax: 703-653-2066

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER							HDS_MDL_00136623