# PSJ9 Exh 48



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00387737

**H.D. Smith**
**2014 Operating Plan**
**Plan Summary**
**Compliance & Security**

### Situation Analysis / FY 2013 Highlights

•Current regulatory environment and recent enforcement actions by DEA makes it imperative that the Company continues to improve on its compliance objectives.
•Regulatory Compliance is key for the Company to avoid sanctions such as Immediate Suspension Orders and fines.
•Increased cargo thefts and warehouse burglaries in our industry proves that we must maintain proactive security measures to provide safety for our associates and loss prevention. Criminals are using violence increasingly.

### Objectives/Goals and Key Strategy Highlights

•Good faith efforts to prevent diversion of our products.
•Good faith efforts to mitigate any regulatory or enforcement actions taken against the Company.
•Proactive security measures to ensure associate safety, mitigate product loss and facility damage.
•Promote the Brand and protect the Company reputation.

### Key '14 Initiatives, Performance Drivers, and Actions

•Hire a Risk Manager.
•Hire an associate to focus on CA and Federal pedigree initiatives.
•Provide training for our customers and prospects.
      •Two (2) hour CE accredited program.
•Provide metrics regarding our due diligence investigations
•VAWD re-accreditations
•New Customer On-Boarding
•Division security upgrades

### 2014 Financial Summary

•'12 TRF = $825,660
      •Head Count = 7

•'13 AOP = $1,326,517
      •Head Count = 9
      •2013 YTD TRF= $1,282,643

•'14 AOP = $1,702,420
      •Head Count = 12



2

**Compliance & Security**
**2014 Operating Plan**
**Situation Analysis**



- Highlights
  - Hired two new Regional Compliance Managers
  - Hired a Compliance Assistant
  - Expanded use of Pro Compliance for prescription data analysis
  - No regulatory actions
  - Safescript case victory
  - KY DEA case dismissed
- Disappointments
  - CSOMP enhancements delayed due to limited IT resources
  - Security upgrades in some of our divisions
- Opportunities and Key Issues
  - Recently we were awarded accreditation for two (2) pharmacist CE credits for a training program that we developed.
    - Opportunity to present to our customers and prospects
  - Continue to liaison with law enforcement and regulatory agencies
  - Continue to be viewed as the leader in Compliance and Due Diligence
  - Work with divisions for new customer On-Boarding
  - Work with divisions regarding security upgrades
  - Continue to assist divisions with VAWD re-accreditations

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



**Compliance & Security**
**2014 Operating Plan**
**SWOT Analysis Summary**

### Strengths

- Experienced personnel
- Experienced trainers
- Good reputation with regulatory agencies
- Good working relationship with divisional operations
- Technology
  - Sugar
  - Pro Compliance
- Upper management support
- Successful VAWD Accreditations

### Weaknesses

- Working relationship with sales
- Technology
  - CSOMP enhancements needed
- Perceived lack of support with division management
- Lacking in personnel resources
  - Security
  - Risk
  - Safety
  - Pedigree
- CSOMP program not fully compliant with DEA standards.

### Opportunities

- Hire an experienced Risk Manager
- Hire dedicated Pedigree person
- Develop stronger relationships with regulatory agencies
- Provide additional training to sales and divisional management
- Develop trust between Compliance and the divisions
- Enhance the CSOMP program
- CE Credit Pharmacist training
- Divisional on-boarding process
- Use of SLS for licensing services

### Threats

- Budget cuts
  - Ability to hire Risk Manager
  - Pedigree Associate
- Natural disasters
- Regulatory actions

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00387741



Reduce to bullets – put details in notes

# CSOMP/Due Diligence Comments

- Number of CSOMP hits have gone up in the past year by 36%
  - We have been seeing a shift in the geographical areas that have shown patterns of drug abuse. While Florida had been the hot-spot for Oxycodone abuse, we have seen a dramatic shift to the northeast, including Staten Island, Bronx, Long Island and the Philadelphia area.
  - As Oxycodone was becoming more difficult to obtain in Florida, we saw a migration up the I-75 corridor into Georgia, Tennessee and Kentucky.
  - The Houston, TX market is still an area of high drug abuse.
  - California continues to lead the nation in quantity of Hydrocodone prescribed.
- Reports to DEA have dramatically increased by 276% in the past year.
  - Based on recent reports of SOM reporting from the Cardinal and Walgreen's  FL cases and our own Safescript case we are going to continue to report suspicious orders at an increased pace.
  - DEA is using lack of suspicious order reporting as a basis to take action against wholesalers.
- Investigations have increased by 36% in the past year.
  - We added two (2) Regional Compliance Managers in Q3 CY 2011, and another two (2) in Q3 2012.  This would lead us to expect an increase in investigations.
  - With the addition of our Analyst in Q2 CY 2011 we initiated more investigations into SmartSource, Houston and Florida accounts as they were opened.
  - Q3 CY 2011 is an anomaly. In March 2011 we restricted  all retail accounts in FL from purchasing Oxycodone until an investigation was initiated and a site visit was conducted.  The result of those investigations was the continued restriction of Oxycodone to most accounts, and the eventual closure of dozens of accounts in April & May 2011.
- Site Visits have remained relatively steady.
  - Even though we have hired additional Regional Compliance Managers, our site visits remain at a level pace.
  - We are relying more on dispensing data to make preliminary assessments that many times relieve us of the necessity to conduct site visits.
  - Follow up communications with accounts are most often conducted by phone, email and the use of Webex.
- Restrictions on accounts have increased by 51%, however closures have decreased by -56%.
  - Restrictions outpace closures.  Many times Compliance recommends the restriction of certain controlled substances or all controlled substances, and the account remains open to purchase non-controlled Rx.
  - We have made a concerted effort to work with our customers to develop Compliance Action Plans.  With increased pressures from regulatory agencies and other wholesaler's restrictions, coupled with education, pharmacies are more willing to work with Compliance.  We end up with a happy, more compliant customer.  A win-win for everyone.

SMITH

6

HDS_MDL_00387742



Add Q1 FY13 Data

## CSOMP/Due Diligence by % of Accounts

| Quarter | CSOMP Hits | % of accts | Accounts Reported to DEA | % of accts | Investigations | % of accts | Site Visits | % of accts | Restricted | % of accts | Closed | % of accts | RFI /Subpoena | % of accts | Average Active Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-March 2011 | 610 | 16.73% | 5 | 0.14% | 209 | 5.73% | 98 | 2.69% | 158 | 4.33% | 18 | 0.49% | 99 | 2.72% | 3646 |
| Apr-June 2011 | 490 | 13.44% | 3 | 0.08% | 189 | 5.18% | 48 | 1.32% | 28 | 0.77% | 40 | 1.10% | 62 | 1.70% | 3647 |
| July-Sept 2011 | 556 | 15.18% | 2 | 0.05% | 207 | 5.65% | 37 | 1.01% | 18 | 0.49% | 5 | 0.14% | 97 | 2.65% | 3662 |
| Oct-Dec 2011 | 574 | 15.36% | 7 | 0.19% | 251 | 6.71% | 54 | 1.44% | 32 | 0.86% | 17 | 0.45% | 92 | 2.46% | 3738 |
| Jan-Mar 2012 | 479 | 12.30% | 10 | 0.26% | 306 | 7.86% | 67 | 1.72% | 41 | 1.05% | 6 | 0.15% | 101 | 2.59% | 3895 |
| Apr-June 2012 | 822 | 15.26% | 20 | 0.37% | 233 | 4.32% | 57 | 1.06% | 26 | 0.48% | 11 | 0.20 | 113 | 2.10% | 5385 |
| July-Sept 2012 | 858 | 15.16% | 25 | 0.44% | 338 | 5.97% | 49 | 0.86% | 44 | 0.78% | 3 | 0.05 | 97 | 1.71% | 5658 |
| Oct-Dec 2012 | 877 | 14.82% | 9 | 0.15% | 288 | 4.87% | 29 | 0.49% | 46 | 0.78% | 15 | 0.25 | 78 | 1.32% | 5918 |

7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00387743

## Additional Observations

- **Q4 Calendar Year 2012**
  - CSOMP Hits = 14.82%
  - Reports to DEA = .15%
  - Investigations = 4.87%
    - Investigations can be as little as running COGNOS reports to full investigations that include purchase history reviews, dispensing report reviews and site visits.
  - Site Visits = 0.49%
  - Restricted = 0.78%
  - Closed = .25%

- While these numbers reflect total average number of accounts and not revenue/margin amounts.  The number of accounts that Compliance has issues with is extremely low.
- **However, this extremely low percentage of accounts presents an extraordinary risk to the company.**

8

HDS_MDL_00387744

## Annual Divisional Compliance Audit Scores

| Division | 2010 | 2011 | 2012 |
|---|---|---|---|
| Illinois | 85% | 76% | 71% |
| Texas | 99% | 96% | 95% |
| SMP | 96% | 95% | 97% |
| Florida | 80% | 86% | 92% |
| Kentucky | 92% | 79% | 88% |
| New Jersey | 96% | 88% | 98% |
| California | 92% | N/A | 93% |
| New Hampshire | 84% | 93% | 95% |

9

HDS_MDL_00387745

## Annual Divisional Compliance Audits

- Audits are conducted by the Compliance Specialist on a annual calendar year basis.
- Quarterly Self Assessments are conducted by the divisions and sent to the Compliance Specialist.
- Most division scores are consistently high and require no further action other than minor follow-up.
- There are a few reoccurring issues in a few of the divisions that require extensive follow-up.
- There appears to be a lack of accountability to the division when deficiencies are discovered.

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Compliance & Security**
**2014 Operating Plan**
**Objectives and Key Strategies / Initiatives Summary**

**2014 Objectives Summary**

- Investigate accounts for cause, based on CSOMP or other outside information.
- Investigate our top Oxycodone and Hydrocodone purchasers by division.
- Develop CSOMP enhancements .
- Implement training curriculum for pharmacist CE credits that has been developed and approved for accreditation.
- Continue to develop a "World Class" organization that is viewed as the leader in Compliance.
- Avoid regulatory actions and enforcements.
- Strengthen our divisional regulatory compliance.
- Mitigate the risks inherent with the products we warehouse and deliver by strengthening our physical and personnel security and safety.
- Compliance On-Boarding strategies.

**Key 2014 Strategies and Initiatives**

- Work with IT to develop industry standard SOM program to meet DEA requirements.
- Implement and promote training opportunities for our customers.  This will provide CE credits for our customers while expanding their knowledge in the areas of compliance and security.  This strategy will also promote the brand, resulting in more satisfied customers with this value added opportunity, and enhance our reputation in the industry, especially with potential customers.
- Hire a Risk Manager to oversee all facility security, safety, risk and internal investigations.
- Hire a dedicated Pedigree Associate to spearhead efforts for California and Federal pedigree initiatives.
- Collaborate with the drug divisions to enhance on-boarding of new customers when certain risk indicators are present.

11

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Compliance & Security**
**2014 Operating Plan**
**Summary of Key Action Plans**

| Key Strategy or Initiative | Action Plans | Owner/ Accountability | Timing | Investment / Resources/ Financial Impact | Key Cross Functional Dependencies Req'd to Execute |
|---|---|---|---|---|---|
| •Hire a Corporate Risk Manager | •Key hire to ensure all areas of operational risk are accounted for. | •George Euson | •Jun '13 | •$90,000/year | •HR |
| •Pedigree Associate | •Key to staying current with all pedigree initiatives, especially in FL, CA and F Federal. | •George Euson | •Jan '14 | •$50,000/year | •HR |
| •Customer Training | •Implement CE credit training. | •Bill Stivers | •Jun '13 | •N/A | •Division Management |
| •CSOMP Enhancement | •As IT resources free up we will enhance CSOMP to DEA standards. | •George Euson | •Jan '13 | •IT resources | •IT |
| •Customer On-Boarding | •Corroborate with divisions to identify risk indicators when initiating new accounts | •George Euson | •Jun '13 | •N/A | •Division Management/Sales |
| •Security Upgrades | •Coordinate with divisions regarding security upgrades | •George Euson/Risk Manager | •Jun '13 | •Various upgrades needed/will be reflected in division's AOP | •Operation's Managers |

SMITH

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Compliance & Security
2014 Operating Plan
Summary of Key Actions to Drive OPUS Value Creation
(multiple slides as required)

| OPUS Impact (margin, cost, asset performance) | Key Action Plans | Baseline KPI | 2014 Target Performance / KPI | Financial Impact | Timing/Key Milestone |
|---|---|---|---|---|---|
| •Sugar CRM

•CSOMP enhancements

•Regulatory reporting
•Ipledge/REMS and related programs
•ARCOS
•MCA

•CSOS | •Using as case management program and needs to integrate w/SAP. Also use Sugar to create metrics for the Compliance Department.
•CSOMP enhancements must be made to comply with DEA requirements.
•Seamless integration  with existing reporting requirements.



•Company and customer CSOS ordering capabilities must continue seamlessly with SAP. | | | | |

[D]

HDS_MDL_00387749



[D]

HDS_MDL_00387750

**Compliance & Security**
**2014 Operating Plan**
**Summary of Key HR / Organization Development Action Plans**

| Key HR Initiative | Action Plans | Accountability | Timing | Investment / Resources/ Financial Impact | Key Cross Functional Dependencies Req'd to Execute |
|---|---|---|---|---|---|
| •Hire Corporate Risk Manager | •Key hire to ensure all areas of operational risk are accounted for. | •George Euson | •Jun '13 | •$90,000/ year | •HR/Divisions |
| •Hire Pedigree Associate | •Key to staying current with all pedigree initiatives, especially in FL, CA and Federal. | •George Euson | •Jan '14 | •$50,000/ year | •HR/Divisions |

[D]

HDS_MDL_00387751

**Corporate Compliance & Security**
**2014 Operating Plan**
**Financial Highlights and Key Assumptions**

The Compliance & Security Department is not designed as an income producing unit. We are a support unit that conducts good faith efforts to protect the company against regulatory actions and enforcements either civilly, administratively and or criminally. All of these actions can result in loss of revenue, tarnished reputation and fines. Recent history has provide us with examples as our three largest competitors have experienced Immediate Suspension Orders and fines that have reached $34m for a single company. Continued pro-active measures will demonstrate good faith efforts to remain compliant with regulations going forward.

Our recent settlement ($1.2M) in the Safescript case, and the dismissal of further action in the Kentucky DEA case highlights the strict regulatory environment that we operate within. On going due diligence and proactive actions are the key to protecting the brand, reputation and goodwill of the company. Based on the distance between most of our divisions, a severe regulatory action could cripple our company.

Our security and safety efforts attempt to protect the company from personnel safety issues as well as loss prevention. Personal safety issues are paramount to providing a safe workplace environment. Recent warehouse burglaries have resulted in large loss of product, interruption in the supply chain and loss of reputation to companies in the industry.

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Compliance & Security**
**2014 Operating Plan**
**Financial Summary**

| | 2012A | 2013P | 2013F | 2014P | % I (D) '13F/'12A | % I (D) '14P/'13F |
|---|---|---|---|---|---|---|
| Cost Category: | | | | | | |
| Salaries & Benefits | $589,069 | $957,417 | $912,218 | $1,167,820 | 54.86% | 28.02%% |
| Professional Svc | $48,905 | $72,000 | $112,661 | $158,400 | 130.37% | 40.60% |
| Other Major Categories: | $156,456 | $252,100 | $257,764 | $376,200 | 64.75% | 45.95% |
| Total | $825,660 | $1,326,517 | $1,282,643 | $1,702,420 | 55.35% | 32.73%% |
| % Gross Margin | | | | | | |
| Headcount | 7 | 9 | 10 | 12 | | |

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Compliance & Security**
**2014 Operating Plan**
**Contingencies (Highlights of  Plan Upsides and Risks,**
**Events Outside of 2014 Plan Financials)**

| Upside Opportunities | Op Income Impact | Downside Risk | Op Income Impact |
|---|---|---|---|
| •Customer Training Initiatives<br>•CSOMP Enhancements<br>•New Customer On-Boarding<br>•Reduced regulatory risk<br>•Security upgrades | | •Unforeseen regulatory actions<br>•Natural disasters<br>•OSHA incidences<br>•Security issues<br>  •Robberies<br>  •Burglaries<br>  •Associate Safety | |

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



## RFIs and Subpoenas Comments

- The number of RFIs and Subpoenas appears to have leveled off and remains fairly steady.
  - Our Compliance Analyst researches and completes approximately 32 of these requests per month. Many are subpoenas from government agencies looking into our customers. This prompts an investigation into the account by our Compliance personnel.

[D]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



[D]

 HDS_MDL_00387757