# PSJ9 Exh 49

# Kyle L. Rieger

From: P. J. Vandermeersch
Sent: Fri 10/11/2013 10:33 AM (GMT-04:00)
To: Tom Twitty
Cc: Lori Kirbach; Kyle L. Rieger; William Stivers
Bcc:
Subject: Update on CSOMP and DEA Item Audit Report

Tom,

I wanted to provide an update of where we are with CSOMP and the DEA Item Audit Report. Lori will also be providing you an update on ARCOS reporting as there are issues with that as well.

CSOMP has been ready to test since Tuesday but the QA system has been down. Yesterday morning Jill contacted me and said we were ready to test. We spent a couple of hours creating new scenarios based on the problems that were found with CSOMP. Once the scenarios were completed Jill attempted to complete a sales order so we could begin testing. Upon trying to save the sales order in QA she received an error. Durga was with us and said he would be right back, he needed to get this fixed. A few hours later Jill again attempted to enter another sales order and save and received another error. This morning Jill notified me that last night there were a few changes made to CSOMP and they needed to be moved to the QA system today. We will have to work with Durga remotely today if we are able to test as he is not on site today. As of the time of this email we have not yet been able to test. Jill is only available until 11am today as she is moving back to Fiat and transitioning to her new position. I have concerns with her moving to her new role considering we are basically starting all over with CSOMP and she has been the point for this since day one. I told Jill this and she said she would make herself available and if not Durga would be available. As you know next week will be the middle of the month and we still have no Order Monitoring System in place. I have serious concerns regarding this as we are absolutely not compliant with Federal Regulations and we know we aren't.

The DEA Item Audit Report is not complete. I am supposed to be able to test today but as of this email have not been notified that it is ready to test. The report however is only partially complete even once I am able to test. The customer returns currently do not pick up the date the item was received into the plant. The date that is being reflected is the date the return paperwork is completed. I explained that is not acceptable for this report, that we have to reflect the date the material is received into the plant. This is going to require some additional programming changes which is going to take some time. In addition, I am being told that there is no way to pull history prior to go-live that will meet all the required fields within the DEA Item Audit Report in the BI system. Not all the sales history prior to go-live was moved, specifically the form numbers when applicable.

Tom, I understand that things don't happen immediately but it doesn't appear that there is any sense of urgency with any of the above listed issues.

Thank you.

P.J. VanderMeersch
Compliance Specialist
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: 217-747-1018
Cell: 217-720-1710
Fax: 217-467-8282

email: pj.vandermeersch@hdsmith.com
Helping You Care For Your Community

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00394079