# PSJ9 Exh 50

## Kyle L. Rieger

**From:** Durga Jarugula
**Sent:** Wed 7/09/2014 4:22 PM (GMT-04:00)
**To:** Kyle L. Rieger
**Cc:** Lori Kirbach; P. J. Vandermeersch; William Stivers
**Bcc:**
**Subject:** Re: CSOMP Problem

Hi Kyle,

We had lots of issues with the CSOMP program in the past which resulted in customers receiving products which they were not supposed to. we fixed all those CSOMP issues around 3rd week of May 2014.

Let me know if you see any similar issues on recent orders

Thanks
Durga Jarugula
Senior ERP Solutions Architect
H. D. Smith
3201 W. White Oaks Drive
Springfield, Il 62704
Ph:(217) 787-9213 ext. 8869
Fax: (217) 467-8293
durga.jarugula@hdsmith.com

*Helping You Care for Your Community*

Kyle L Rieger---07/09/2014 03:07:04 PM---Durga, I believe I have stumbled upon a problem with CSOMP and I'm hoping that you can take a look i

From: Kyle L Rieger/Corp/Il/HDS
To: Durga Jarugula/Corp/Il/HDS@HDSMITH,
Cc: PJ VanderMeersch/Corp/Il/HDS@hdsmith, Lori Kirbach/Corp/Il/HDS@HDSMITH, William Stivers/Corp/Il/HDS@HDSMITH
Date: 07/09/2014 03:07 PM
Subject: CSOMP Problem

---

Durga,

I believe I have stumbled upon a problem with CSOMP and I'm hoping that you can take a look into it. Customer # 1000004246 appears to have a static limit for Oxycodone (Family 220 - Dosage type - OS) set to 1 in order to block them from purchasing any of this product. There is no updated time stamp in the CSOMP URL Override table, so I believe this static limit was carry over from the limits that were previously loaded into Legacy. Since 9/1/13 they have ordered 19 bottles of products that fall into this category. Two of the 19 bottles ordered registered in CSOMP and were subsequently cancelled. The other 17 bottles appear to have not registered in CSOMP and were shipped to the customer. It does not appear to me as though anyone manually released these orders. The most recent example was shipped on invoice # 9001499721/Sales order 1001332528.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00401985
HDS_MDL_00401985

Case: 1:17-md-02804-DAP  Doc #: 3006-25  Filed: 12/17/19  3 of 3.  PageID #: 433930

Can you please look into this as soon as possible and let us know what is going on? We would also like to know exactly how far this problem extends. If there are other customers that are supposed to be blocked from a specific family and we have continued shipping those products we need to be aware as many of the accounts that we block are reported to the DEA.

Please let me know if you have any questions.

Thank you,

Kyle Rieger
Regulatory Compliance Analyst
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: 217-747-1032
Fax: 217-467-8282
Kyle.Rieger@hdsmith.com
Helping You Care For Your Community

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00401986

HDS_MDL_00401985