PSJ9 Exh 52

## George Euson

From:     George Euson
Sent:     Mon 4/05/2010 12:18 PM (GMT -4)
To:       Lori Kirbach
Cc:
Bcc:
Subject: Re: Church Square pharmacy 14000768


Lets just keep an eye on them.



George L. Euson, CPP
Director, Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) 467-8206
Cell: (217) 494-8783
geuson@hdsmith.com

Lori Kirbach---04/05/2010 11:00:28 AM---George, This account which Ryan says is moving
from $839 a month to primary is up to the 50K revenue

From:    Lori Kirbach/Corp/II/HDS
To:      George Euson/Corp/II/HDS@hdsmith
Date:    04/05/2010 11:00 AM
Subject:Church Square pharmacy 14000768

George, This account which Ryan says is moving from $839 a month to primary is up to the 50K
revenue class for April. This sets their oxy URL at 17,754. They have already purchased 26,200
since March 14th. Do you want me to up their URL to a static number? The division is releasing
all of these orders.

Lori Kirbach
Compliance Coordinator
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) - 747-8153
Fax: (217) - 467- 8282
lori.kirbach@hdsmith.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER