# PSJ9 Exh 53



| Account # | 14000768 |
|---|---|
| Account Name | Church Square Pharmacy |
| Division | KY |

| Date: | By: | Notes: |
|---|---|---|
| 4/8/2010 | LAK | Set static URL for oxy to 40,000 until DUR can be obtained. Acct is 400K moving to primary. |
| | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00006276

HDS_MDL_00006276