# PSJ9 Exh 54

| | |
|---|---|
| From: | George Euson/Corp/II/HDS |
| Sent: | Tue 3/30/2010 1:48 PM (GMT-04:00) |
| To: | Lori.Kirbach@hdsmith.com; RSmith@hdsmith.com |
| Cc: | Terry McKinley/KY/HDS@HDSMITH; Ken Willinger/KY/HDS@hdsmith |
| Bcc: | |
| Subject: | Re: Fw: Church Square Pharmacy 14000768 |
| Attachments: | Chuch Square 122609-032610.xls; church square pharmacy 768 cust profile.pdf |



R y an,

This account concerns me. They are a very small account that is purchasing 61% controls, and 50% of their purchases are Oxycodone. They spiked significantly in March. What is the time line for them going primary? What will their control volume be? Can they provide DUR data? We need answers as we move forward. The answers provided on the customer profile do not compare to what they are purchasing. Thanks.

See attached purchase history for the past 3 months and the customer profile that was filled out.


George L. Euson, CPP
Director, Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) 467-8206
Cell: (217) 494-8783
geuson@hdsmith.com



From:   Lori Kirbach/Corp/II/HDS
To:   George Euson/Corp/II/HDS@hdsmith
Date:   03/29/2010 04:26 PM
Subject:   Fw: Church Square Pharmacy 14000768


Lori Kirbach
Compliance Coordinator
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) - 747-8153
Fax: (217) - 467- 8282
lori.kirbach@hdsmith.com
----- Forwarded by Lori Kirbach/Corp/II/HDS on 03/29/2010 04:26 PM -----

From:   ryansmith11@vzw.blackberry.net

To:   "Lori-CSOMP" <Lori.Kirbach@hdsmith.com>
Date:   03/26/2010 09:52 AM
Subject:    Re: Church Square Pharmacy 14000768


They are in the process of converting to primary. 400,000 per month
Sent from my Verizon Wireless BlackBerry
From: "Lori Kirbach" <Lori.Kirbach@hdsmith.com>
Date: Fri, 26 Mar 2010 09:51:21 -0500
To: <ryansmith11@vzw.blackberry.net>
Subject: Church Square Pharmacy 14000768
Ryan, Is this account always going to be a low revenue account? They had orders suspend for oxy yesterday and it looks like that is about all they are ordering from us which makes me a little suspicious...

Lori Kirbach
Compliance Coordinator
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) - 747-8153
Fax: (217) - 467- 8282
lori.kirbach@hdsmith.com