# PSJ9 Exh 55

PSI-1007.1

**PRESCRIPTION SUPPLY, INC.**
**2233 TRACY ROAD**
**NORTHWOOD, OH 43619**
**VAWD# 11866-38199**



| Document Name: **CONTROLLED SUBSTANCES** | Effective Date: June, 2000 |
|---|---|
| Document Control Number: WP-2 | Revision Date(s): 12/2008; 7/31/09; 7/28/10; 1/21/15 |

### Policy:
Regarding Controlled Substances, Prescription Supply, Inc. will maintain proper security, document and monitor all transactions according to state and federal regulations.

### Scope:
This applies to: Controlled Substance Handler, Receiving Manager, IT Manager, DR/DR Supervisor

### Responsibilities:
Receiving Manager shall ensure the safe acceptance, inventorying and delivering of all controlled substances to the cage and vault area.

Controlled Substance Handler shall process all incoming stock according to established procedures, process orders, document all transactions, and maintain cage/vault security at all times.

IT Manager shall compile reports monthly regarding purchases of controlled substances, threshold limits and suspicious order monitoring.

DR/DR Supervisor shall review all relevant purchase and sales reports, consult with IT Manager for necessary changes and handle any concerns or problems as they arise.

### Procedure:
Upon receipt of Controlled Substances, Receiving Manager shall inspect product for tampering and damage. Refrigerated product is to be prioritized for processing. He/She shall add products to inventory, cart separately, and immediately transfer new stock to the secured area of the cage. Product is never to be left unattended, thus requiring someone is in the cage to receive product. This includes all Pseudoephedrine products.

Prescription Supply, Inc.'s cage and vault have been approved by and meet all DEA and Ohio State Board of Pharmacy requirements.

Controlled Substance Handler shall ensure that the controlled substance cage is locked at all times, allowing authorized personnel into the area only after they have signed in. Further, he/she shall review receiving documents for accuracy and shelve product in its appropriate location, prioritizing refrigerated product. When pick slips are received, the Controlled Substance Handler shall process orders by pulling product according to

Confidential Subject to Protective Order  PSI0000653

PSI-1007.2

documents. Each order is to be double checked by computer, and prepared for shipment with attention given to proper shipping temperature of product. When courier arrives, each order is to be signed out of the cage, using the pick slip number. Orders may then be released to courier. Though very rarely sold to customers, Pseudoephedrine products are included in this process. All required documentation is to be processed and retained for the terms required by law or a minimum of six (6) years. Controlled Substance Handler shall interface with IT Manager and DR/DR Supervisor concerning any problems or report requirements.

IT Manager shall compile reports monthly regarding purchases of controlled substances, threshold guidelines and suspicious order monitoring. Reports are to automatically be forwarded to relevant agencies and DEA as appropriate. Copies are to be given to DR/DR Supervisor with all concerns discussed.

DR/DR Supervisor shall review all relevant purchase and sales reports, consult with IT Manager for necessary changes and handle any concerns or problems as they arise. Notification of appropriate agencies is to be done in the event of concern regarding any suspicious order.

**Exceptions:**

This policy/procedure will be reviewed annually at the beginning of each fiscal year.

| Document Owner:<br>Human Resource Director | Department Managers:<br>Receiving, Controlled Substance, IT |
|---|---|
| DR/DR Supervisor (one required) | |

Confidential Subject to Protective OrderPSI0000654