# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFF EXPERT REPORTS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted Plaintiff expert reports. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations by Defendants and the DEA, numerous previously redacted expert reports are hereby publicly filed as unredacted or less redacted. To remain consistent with Plaintiffs' prior (7/25/2019) expert report filing at ECF No. 1999, Plaintiffs hereby file all expert reports as attachments to this notice. Finally, for tracking and/or cross-referencing purposes, the below chart lists the Plaintiff expert reports which are being filed, their prior ECF numbers, and the prior and present state of redactions to these expert reports.

| Expert Report | Prior Public ECF No. | Prior Under Seal ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Alexander, G. Caleb | 1999-01 | 2000-01 | No | No |
| Alexander, G. Caleb (Suppl.) | 1999-02 | 2000-02 | No | No |
| Courtwright, David | 1999-03 | 2000-03 | No | No |
| Cutler, David | 1999-04 | 2000-04 | Y | None now |
| Egilman, David | 1999-05 | 2000-05 | No | No |
| Gruber, Jonathan | 1999-06 | 2000-06 | Y | None now |
| Keller, Lacey | 1999-07 | 2000-07 | Y | Fewer |

| Kessler, David | 1999-08 | 2000-08 | Y | None now |
|---|---|---|---|---|
| Keyes, Katherine | 1999-09 | 2000-09 | Y | Y (same) |
| Lembke, Anna | 1999-10 | 2000-10 | No | No |
| Liebman, Jeffrey | 1999-11 | 2000-11 | No | No |
| Liebman, Jeffrey (Suppl.) | 1999-12 | 2000-12 | No | No |
| McCann, Craig | 1999-13 | 2000-13 | Y | None now |
| McCann, Craig (Suppl) | 1999-14 | 2000-14 | Y | None now |
| McCann, Craig (Second Suppl.) | 1999-15 | 2000-15 | Y | None now |
| McGuire, Thomas | 1999-16 | 2000-16 | No | No |
| McGuire, Thomas (Public Nus.) | 1999-17 | 2000-17 | Y | None now |
| Perri, Matthew | 1999-18 | 2000-18 | Y | None now |
| Perri, Matthew (Appx. cont.) | 1999-19 | 2000-19 | No | No |
| Perri, Matthew (Appx. cont.) | 1999-20 | 2000-20 | No | No |
| Rafalski, James | 1999-21 | 2000-21 | Y | Fewer |
| Rosenthal, Meredith (corrected) | 1999-22 | 2000-22 | Y | Fewer |
| Schumacher, Mark | 1999-23 | 2000-23 | No | No |
| Wexelblatt, Scott | 1999-24 | 2000-24 | No | No |
| Whitelaw, Seth | 1999-25 | 2000-25 | Y | Fewer |
| Young, Nancy | 1999-26 | 2000-26 | No | No |

Dated:       December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053

(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino