# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
|---|---|
| *APPLIES TO ALL CASES* | Hon. Dan. A. Polster |

### NOTICE OF FILING UNREDACTED PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS CVS INDIANA, L.L.C AND CVS RX SERVICES, INC.'S MOTIONS FOR SUMMARY JUDGMENT and RELATED EXHIBITS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted pre-trial brief and exhibits.  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted.  For tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Memorandum in Opposition to Defendants' CVS Indiana, L.L.C. and CVS RX Services, Inc.'s Motion for Summary Judgment (PSJ11) | | 2208 | Yes | None now |
| Chart of Data<br>CVS-MDLT1-000123520 | 2 | 2208-2 | Yes | None now |
| Chart of Data<br>CVS-MDLT1-000123708 | 3 | 2208-3 | Yes | None now |
| Email - From William Klenotic to Mark Nicastro (and others), March 14, 2014, Subject: RE: Nightly Front Store Order Files<br>CVS-MDLT1-000017246 | 13 | 2208-13 | Yes | None now |

| | | | | |
|---|---|---|---|---|
| Email - From Mark Nicastro to Daniel Gillen, November 21, 2013, Subject: Closing Meeting, with attachments<br>CVS-MDLT1-000409-420 | 17 | 2208-17 | Yes | None now |
| Email - From Mark Nicastro to William Jusko, May 15, 2014, Subject: DEA Closing Audit<br>CVS-MDLT1-000022230 | 21 | 2208-21 | Yes | None now |
| Agreement b/t Cardinal and CVS, Wholesale Supply Agreement, July 1, 2009<br>CVS-MDLT1-000030817 | 29 | 2208-29 | Yes | None now |
| Agreement b/t Cardinal and CVS, Wholesale Supply Agreement, January 1, 2004<br>CVS-MDLT1-00030892 | 30 | 2208-30 | Yes | None now |
| Agreement b/t Cardinal and CVS, Wholesale Supply Agreement, July 1, 2007<br>CVS-MDLT1-00030955 | 31 | 2208-31 | Yes | None now |

Dated: December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino