PSJ11 CVS Opp Exh 2

3235

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123520

Case: 1:17-md-02804-DAP  Doc #: 3008-2  Filed: 12/17/19  3 of 22.  PageID #: 442062

CVS CORPORATION                                      PAGE:   29
ITEM REVIEW REPORT - CONTROL DRUGS - UC
09/06/12   01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 09155 | | **Non-Responsive** | | | | 7 | 7 | 6.00 | 42.00 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|---|
| | 1 | 1 | 0 | 1 | 1 | 0 |

| | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
| | 7.825 | 2.172 | 0.413 | 5.124 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 48.000 | 6.000 | 6.000 | 0.000 | 12.000 | 12.000 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
| | 42.000 | 42.000 | 18.000 | 18.000 | 12.000 | 30.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 09927 | | **Non-Responsive** | | | | 12 | 12 | .02 | .30 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|---|
| | 0 | 1 | 1 | 1 | 1 | 0 |

| | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
| | 4.555 | 6.894 | 1.818 | 2.036 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 0.300 | 0.200 | 0.050 | 0.000 | 0.050 | 0.025 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
| | 0.025 | 0.025 | 0.025 | 0.025 | 0.000 | 0.025 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 3008-2  Filed: 12/17/19  4 of 22.  PageID #: 442063

CVS CORPORATION                                           PAGE:    30
ITEM REVIEW REPORT - CONTROL DRUGS - WN
09/06/12    01:42:35

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month total | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - WN
09/06/12    01:42:35

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123523

CVS CORPORATION                                   PAGE:   32
ITEM REVIEW REPORT – CONTROL DRUGS – YK
09/06/12   01:42:35

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123524

CVS CORPORATION                                    PAGE:   33
ITEM REVIEW REPORT - CONTROL DRUGS - YK
09/06/12   01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 00611 | | **Non-Responsive** | | | | 4 | 4 | 5.00 | 20.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 3.354 | 2.374 | 0.000 | 2.455 | 0.78 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 20.000 | 5.000 | 0.000 | 5.000 | 0.000 | 10.000 | 10.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 10.000 | 20.000 | 5.000 | 0.000 | 5.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 00680 | | **Non-Responsive** | | | | 1 | 1 | 2.50 | 2.50 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 1 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 2.748 | 2.748 | 0.768 | 1.997 | 0.96 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 2.500 | 1.000 | 1.000 | 0.000 | 1.000 | 1.000 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 2.000 | 0.000 | 0.000 | 1.000 | 1.000 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123525

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - OR
09/06/12  01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 03114 | | | Non-Responsive | | | 1 | 1 | 1.00 | 6.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 7.995 | 9.291 | 5.979 | 5.358 | 0.98 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 6.000 | 2.000 | 1.000 | 0.000 | 1.000 | 0.000 | 0.000 |

| LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|
| 1.000 | 1.000 | 1.000 | 0.000 | 0.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 03235 | | | Non-Responsive | | | 2 | 2 | 30.00 | 61.89 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 4.621 | 2.702 | 1.001 | 3.383 | 0.97 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 61.892 | 3.973 | 10.406 | 0.946 | 4.730 | 1.135 | 31.135 |

| LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|
| 9.460 | 30.272 | 37.245 | 45.786 | 34.245 | 11.730 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05190 | | | Non-Responsive | | | 5 | 5 | 6.00 | 30.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 6.144 | 2.213 | 0.000 | 4.497 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 30.000 | 6.000 | 3.000 | 6.000 | 0.000 | 6.000 | 12.000 |

| LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|
| 6.000 | 12.000 | 30.000 | 12.000 | 24.000 | 0.000 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

CVS CORPORATION                                                          PAGE:    22
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12   01:42:35

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12   01:42:35

| STORE # | SOM KEY | ITEM DESCRIPTION | UPC/NDC NUM | INVOICE | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 01359 | | Non-Responsive | | | 1 | 1 | 30.00 | 31.13 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 10.000 | 2.476 | 0.000 | 9.787 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 31.135 | 4.848 | 0.000 | 0.946 | 3.784 | 0.000 | 0.946 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 37.568 | 7.730 | 3.027 | 3.784 | 2.081 | 3.027 |

| STORE # | SOM KEY | ITEM DESCRIPTION | UPC/NDC NUM | INVOICE | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 01847 | | Non-Responsive | | | 1 | 1 | .50 | 1.50 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 1.572 | 3.000 | 1.035 | 1.365 | 0.73 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 1.500 | 0.000 | 1.000 | 0.500 | 1.000 | 1.000 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 1.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| STORE # | SOM KEY | ITEM DESCRIPTION | UPC/NDC NUM | INVOICE | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 02107 | | Non-Responsive | | | 2 | 2 | 1.00 | 2.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 1.666 | 3.366 | 0.859 | 1.186 | 0.80 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 2.000 | 1.000 | 1.000 | 1.000 | 0.000 | 0.000 | 1.500 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 0.000 | 0.000 | 0.000 | 1.000 | 0.000 |

HIGHLY CONFIDENTIAL

PACKET PAGE:   25   *06025151NWH00611NWH01BIP006A   TN          3015
BI006/BIP006A

CVS CORPORATION                                         PAGE:   24
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12   01:42:35

| STORE | SOM KEY | ITEM DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 02202 | | **Non-Responsive** | | | 1 | 1 | 30.00 | 30.00 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 0 | 1 | 1 | 0 | | |

| | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
| | 5.628 | 1.051 | 0.000 | 4.119 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 30.000 | 4.919 | 0.000 | 6.000 | 2.956 | 2.081 | 12.858 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 45.027 | 24.723 | 12.858 | 40.642 | 7.118 | 12.852 |

| STORE | SOM KEY | ITEM DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|
| # 02539 | | **Non-Responsive** | | | 1 | 1 | 30.00 | 30.94 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 0 | 1 | 1 | 0 | | |

| | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
| | 8.173 | 2.536 | 0.000 | 5.983 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 30.946 | 5.865 | 0.000 | 1.892 | 0.000 | 2.956 | 8.514 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 30.946 | 19.875 | 7.848 | 7.875 | 2.838 | 0.000 |

| STORE | SOM KEY | ITEM DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|
| 04164 | | **Non-Responsive** | | | 5 | 5 | 3.75 | 18.75 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 1 | 1 | 0 | 1 | | |

| | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
| | 2.708 | 1.414 | 0.000 | 1.305 | 0.82 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 18.750 | 7.500 | 11.250 | 11.250 | 7.500 | 3.750 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 30.750 | 0.000 | 0.000 | 0.000 | 0.000 |

HIGHLY CONFIDENTIAL

PACKET PAGE:    26  *0009281FJNWH0O8F1NWH02BIF008A - TN     3d1x
BI006/BIP006A

CVS CORPORATION                                                     PAGE:   25
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12  01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 04257 | Non-Responsive | | | | | 1 | 1 | 30.00 | 30.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 7.022 | 1.814 | 0.000 | 5.140 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 30.000 | 5.037 | 3.973 | 2.081 | 11.659 | 2.838 | 6.929 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 30.946 | 5.794 | 13.551 | 12.534 | 32.838 | 6.243 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05352 | Non-Responsive | | | | | 3 | 3 | 6.00 | 18.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 5.164 | 10.000 | 5.139 | 3.343 | 0.95 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 18.000 | 6.000 | 0.000 | 6.000 | 0.000 | 0.000 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05376 | Non-Responsive | | | | | 4 | 4 | 3.75 | 15.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 3.354 | 1.489 | 0.000 | 1.833 | 0.72 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 15.000 | 7.500 | 3.750 | 0.000 | 7.500 | 3.750 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 18.000 | 3.750 | 15.000 | 0.000 | 11.250 | 3.750 |

HIGHLY CONFIDENTIAL

CVS CORPORATION                                        PAGE:   26
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12   01:42:35

| | SOM | | | INVOICE | BILL | ORDER | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| STORE | KEY | ITEM | DESCRIPTION | UPC/NDC | NUM | QTY | QTY | OF MEASURE | QUANTITY |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05558 | Non-Responsive | | | | | 1 | 1 | 30.00 | 30.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 7.718 | 2.073 | 0.000 | 5.649 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 30.000 | 2.838 | 2.270 | 0.946 | 9.767 | 0.000 | 3.902 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 2.956 | 4.892 | 4.848 | 6.858 | 41.226 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 06327 | Non-Responsive | | | | | 3 | 3 | 6.00 | 18.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 2.878 | 3.116 | 1.495 | 2.107 | 0.68 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 18.000 | 0.000 | 6.000 | 12.000 | 6.000 | 0.000 | 6.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 12.000 | 6.000 | 0.000 | 6.000 | 6.000 | 6.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 07577 | Non-Responsive | | | | | 6 | 6 | 3.75 | 22.50 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 3.469 | 4.131 | 2.529 | 2.540 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 22.500 | 6.750 | 3.750 | 11.250 | 0.000 | 11.250 | 9.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 3.750 | 3.750 | 0.000 | 0.000 | 0.000 |

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12   01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 07717 | | | Non-Responsive | | | 1 | 1 | 3.50 | 14.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 0.000 | 10.000 | 3.216 | 0.000 | 0.65 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 14.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
| | 0.000 | 3.500 | 7.000 | 0.000 | 0.000 | 0.000 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000123532**

CVS CORPORATION                                                    PAGE:    28
ITEM REVIEW REPORT - CONTROL DRUGS - UC
09/06/12   01:42:35

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth * 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5;it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123533

CVS CORPORATION
PAGE: 18
ITEM REVIEW REPORT - CONTROL DRUGS - NJ
09/06/12 01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05368 | | | Non-Responsive | | | 2 | 2 | 1.00 | 2.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 1.998 | 2.430 | 0.897 | 1.611 | 0.82 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 2.000 | 0.500 | 1.500 | 0.000 | 0.000 | 1.000 | 1.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 1.000 | 0.000 | 0.000 | 1.000 | 1.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05772 | | | Non-Responsive | | | 3 | 3 | 1.00 | 3.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 3.497 | 3.497 | 0.000 | 3.306 | 0.97 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 3.000 | 0.000 | 1.000 | 1.000 | 1.000 | 0.000 | 1.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 1.000 | 0.000 | 0.000 | 0.000 | 3.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 07190 | | | Non-Responsive | | | 5 | 5 | 3.75 | 21.75 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 3.156 | 2.949 | 1.512 | 2.310 | 0.76 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 21.750 | 0.000 | 3.000 | 7.500 | 7.500 | 3.000 | 14.250 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 7.500 | 8.250 | 7.500 | 14.250 | 12.750 | 0.000 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123512

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - NJ
08/06/12   01:42:35

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 07881 | | | Non-Responsive | | | 1 | 1 | 32.40 | 32.40 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 1 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 8.216 | 6.674 | 4.449 | 6.219 | 0.89 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 32.400 | 6.480 | 6.480 | 0.000 | 6.480 | 0.000 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 12.960 | 6.480 | 0.000 | 0.000 | 0.000 | 0.000 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 3008-2  Filed: 12/17/19  18 of 22.  PageID #: 442077

CVS CORPORATION

ITEM REVIEW REPORT - CONTROL DRUGS - OR

09/06/12   01:42:35

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders:it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CP # 14 JBR 9/6/12
Stone 828
AaB

```
COMMAND ===>                                    SCROLL ===> SCREEN

REPORT:BIP159A    VERSION:20120907 030035 HIERARCHY CODE:NJ          PAGE:    19    ROW: 26   COL:
  1
BI159/BIP159A                                   CVS CORPORATION
PAGE    60
                            SOM DAILY  EXTRACT DETAIL REPORT - NJ

                                 09/07/2012  01:42:07
```

|  | INVOICE | | | BILL | | ORDER | SOM | | UNIT |
|---|---|---|---|---|---|---|---|---|---|
| EXTENDED STORE QUANTITY | NUM | ITEM DRU | DESCRIPTION | QTY | UPC/NDC | QTY | KEY | | OF MEASURE |
| 1.80 | P | **Non-Responsive** | | 1 | **Non-Responsive** | 1 | **Non-Responsive** | | 1.80 |
| 2.40 | P | | | 2 | | 2 | | | 1.20 |
| 1.25 | P | | | 1 | | 1 | | | 1.25 |
| .04 | P | | | 4 | | 4 | | | .01 |
| 00828 2.50 | 0931570 | 109528 | HYDROCOD  5/500 | 1 | 00406035705 | 1 | HYDROCODONE | | 2.50 |
| 3.75 | | 109537 | HYDROCOD 7.5/750 | 1 | 00406036005 | 1 | HYDROCODONE | | 3.75 |
| 1.00 | | 109538 | HYDROCOD 10/650 | 1 | 00406036101 | 1 | HYDROCODONE | | 1.00 |
| 2.50 | | **Non-Responsive** | | 1 | **Non-Responsive** | 1 | **Non-Responsive** | | 2.50 |
| 10.00 | | | | 2 | | 2 | | | 5.00 |
| 2.43 | | | | 2 | | 2 | | | 1.21 |
| .02 | | | | 12 | | 15 | | | .00 |
| 30.00 | | | | 1 | | 1 | | | 30.00 |
| .60 | | | | 3 | | 3 | | | .20 |
| 14.78 | | | | 5 | | 5 | | | 2.95 |
| .75 | | 239948 | HYDROCOD 7.5/325 | 1 | 00406036601 | 1 | HYDROCODONE | | .75 |
| 7.50 | | **Non-Responsive** | | 30 | **Non-Responsive** | 1 | **Non-Responsive** | | .25 |
| 1.00 | | | | 2 | | 2 | | | .50 |

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**

**CVS-MDLT1-000123508**

1.50     295630   **Non-Responsive**     1   Non-Responsive     1   Non-Responsive                1.50

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**

**CVS-MDLT1-000123509**

| Region | | 8 | Region 8 | | CVS/Pharmacy | | | | | From: | 06/03/2012 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LPR Name | | 1035 | Kaminski, Walter | | Store 828 - ASTON, PA (5020 PENNELL ROAD) | | | | | To: | 09/01/2012 | | | |
| District | | 806 | Region 8, District 6 | GCN Class | 14280 | | | | | | | | | |

| Store | NDC | Tht | GCN | SKU | Act | Drug Info Inv Move Desc | Date | KRec/Inv# | DEA | Pk Sz | Adj | Pack QTY Orig | New | TIL | Adj | Unit QTY Orig | New | TIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 828 | | | | | WBIL | WH Billing | 06/06/12 | 706928 | 4 | 10 | 0.00 | 1.00 | 1.00 | | 0 | 10 | 10 | |
| 828 | | | | | WBIL | WH Billing | 07/11/12 | 274431 | 4 | 10 | 0.00 | 2.00 | 2.00 | | 0 | 20 | 20 | |
| | | | | | | | | | | 20 | | 3.00 | | 0.00 | | 30 | | 0 |
| | | | | | | | | | | | 0.00 | | 3.00 | | 0 | | 30 | |

Non-Responsive

Count:  2

HIGHLY CONFIDENTIAL
CONFIDENTIAL PROTECTED HEALTH INFORMATION

CVS-MDLT1-000123510

Shared Reports    My Reports    Create Report    My Subscriptions    History List    Preferences    Search    Help    Logout

RX DW BI (PWP) > My Reports > 1 - Dr / Pat

| File | View | Data | Format | | | | | | | | | Last update: 9/7/12 8:56:05 AM |
|------|------|------|--------|--|--|--|--|--|--|--|--|--|

RX DW BI

**PROMPT DETAILS**

**Prompt 1: Select 'Fiscal Calendar' hierarchy to Filter report by.**
Fiscal Date (Fiscal Date) Between "6/3/2012" and "9/1/2012"
**Prompt 2: Choose from a list of pre-defined report filters to filter report by.**
Prompt not answered
**Prompt 3: Choose from a list of ALL Attributes  to display on report.**
Store Nbr, Fiscal Date, Patient Age, Label Name, Patient City Name, Patient ID, Prescriber City Name, DEA - Prescriber, Condor Plan Nbr, Drug DEA, NDC
**Prompt 4: Choose from a list of ALL Metrics to display on report.**
Dispng Qty
**Prompt 5: Select Rx Stat Code to filter report by**
Scripts Filled (Rx Stat Cd = 'F')
**Prompt 6: Select ANY Attribute to Filter report by**
Drug Class In List (F)
and
Store Nbr In List (828:ASTON PA)
and
GCN Number In List (14280)
**Prompt 7: Import or Select ANY Attribute to Filter report by.**
Prompt not answered
**Prompt 8: Select any Metric to Filter report by.**
Prompt not answered

PAGE-BY: none

Data rows: 2    Data columns: 1

| Store Nbr | Fiscal Date | Patient Age | Label Name | Patient City Name | Patient ID | Prescriber City Name | DEA - Prescriber | Condor Plan Nbr | Drug DEA | NDC | Metrics | Dispng Qty |
|-----------|-------------|-------------|------------|-------------------|------------|----------------------|------------------|-----------------|----------|-----|---------|------------|
| 828 | 8/27/2012 | 16 | Non-Responsive | ASTON | 635012663 | RIDLEY PARK | AS5291783 | 19415 MEDCO | 4 | Non-Responsive | | 30 |
| 828 | 8/6/2012 | 60 | | ASTON | 633376337 | GARNET VALLEY | FB1788869 | 7415 EXPRESS SCRIPTS | 4 | | | 5 |

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**                                    **CVS-MDLT1-000123511**