PSJ11 CVS Opp Exh 3

```
**********************************************************************************
**********************************************************************************
**                                                                            **
**            COMPANY: CONSUMER VALUE STORES                                   **
**                                                                            **
**            PACKET: INDIANAPOLIS, IN DC                                      **
**                                                                            **
**            RECIPIENT: 19INWHO031  AARON BURTNER                             **
**                                    BAY 5                                    **
**                                                                            **
**                                    INDIANAPOLIS WAREHOUSE                   **
**                                                                            **
**                                    2800 ENTERPRISE ST.                      **
**                                    INDIANAPOLIS IN 46219                    **
**********************************************************************************
**********************************************************************************
```

07/04/2012  030115

7/5/12

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123708

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - IN
07/03/12   01:36:22

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 05670 | | | Non-Responsive | | | 9 | 9 | 6.00 | 54.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 2.325 | 1.836 | 0.000 | 1.702 | 0.70 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 54.000 | 12.000 | 0.000 | 27.000 | 36.000 | 0.000 | 30.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 66.000 | 0.000 | 0.000 | 0.000 | 18.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 06722 | | | Non-Responsive | | | 4 | 4 | 9.00 | 36.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 7.099 | 9.848 | 7.707 | 4.550 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 36.000 | 0.000 | 9.000 | 9.000 | 0.000 | 0.000 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 08639 | | | Non-Responsive | | | 1 | 1 | 32.40 | 38.07 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 6.662 | 2.200 | 0.000 | 9.036 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 38.076 | 13.244 | 13.244 | 9.460 | 5.676 | 7.568 | 1.892 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 5.676 | 39.968 | 5.676 | 7.568 | 32.400 | 7.568 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - LA
07/03/12    01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS CORPORATION                                                PAGE:    10
ITEM REVIEW REPORT - CONTROL DRUGS - LA
07/03/12   01:36:22

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 00017 | | | Redacted | | | 6 | 6 | 6.00 | 36.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 1 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 1.790 | 2.489 | 0.533 | 0.856 | 0.88 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 36.000 | 18.000 | 24.000 | 6.000 | 18.000 | 30.000 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 09551 | | | Redacted | | | 2 | 2 | 18.75 | 37.50 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 1 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 2.063 | 2.665 | 0.898 | 1.028 | 0.84 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 37.500 | 18.750 | 27.750 | 0.000 | 18.750 | 0.000 | 18.750 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 0.000 | 18.750 | 0.000 | 0.000 | 0.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 09555 | | | Redacted | | | 10 | 10 | 6.00 | 60.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 6.144 | 6.970 | 5.523 | 4.497 | 1.00 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 60.000 | 0.000 | 6.000 | 18.000 | 18.000 | 6.000 | 18.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 0.000 | 0.000 | 12.000 | 6.000 | 0.000 | 0.000 |

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - LA
07/03/12   01:36:22

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 09555 | | | Redacted | | | 3 | 3 | 3.75 | 17.25 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 0 | 1 | 1 | 0 | | | |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 4.750 | 4.410 | 5.419 | 3.477 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 17.250 | 0.000 | 6.000 | 3.000 | 3.000 | 6.000 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 3.000 | 3.750 | 3.000 | 1.500 | 6.000 | 3.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 09607 | | | Redacted | | | 1 | 1 | 5.00 | 5.00 |

| | BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 1 | 1 | 0 | 1 | | | |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 1.999 | 4.452 | 2.078 | 1.300 | 0.96 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 5.000 | 2.500 | 2.500 | 0.000 | 2.500 | 2.500 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 1.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - NJ
07/03/12    01:36:22

PAGE:    12

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

Case 1:17-md-02804-DAP   Doc #: 3008-3   Filed: 12/17/19   8 of 27.   PageID #: 442089

CVS CORPORATION                                       PAGE:    13
ITEM REVIEW REPORT - CONTROL DRUGS - NJ
07/03/12   01:36:22

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| # 00177 | | Redacted | | | | 1 | 1 | .37 | 1.87 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 0.000 | 10.000 | 3.852 | 0.000 | 0.80 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 1.875 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.750 | 0.000 | 0.000 | 0.000 | 0.750 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 00218 | | Redacted | | | | 2 | 2 | 3.75 | 7.50 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 3.615 | 2.529 | 2.570 | 2.809 | 0.88 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 7.500 | 3.750 | 0.000 | 0.000 | 1.500 | 1.500 | 3.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 3.000 | 3.000 | 3.750 | 3.000 | 3.000 | 0.000 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 00418 | | Redacted | | | | 7 | 7 | 40.00 | 280.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 10.000 | 9.847 | 7.478 | 10.000 | 0.99 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 280.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 40.000 |
| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
| | 0.000 | 80.000 | 0.000 | 40.000 | 40.000 | 0.000 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT – CONTROL DRUGS – OR
07/03/12   01:36:22

PAGE:   14

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

PACKET PAGE:     16    *0002120NWB001LTNWB001B12088-0R
BI006/BIP006A
Case: 1:17-md-02804-DAP  Doc #: 3008-3  Filed: 12/17/19  10 of 27.  PageID #: 442091
CVS CORPORATION                                                    PAGE:    15
ITEM REVIEW REPORT - CONTROL DRUGS - OR
07/03/12   01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123716

CVS CORPORATION                                          PAGE:   16
ITEM REVIEW REPORT - CONTROL DRUGS - TN
07/03/12   01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL                                                     CVS-MDLT1-000123717

CVS CORPORATION                                                PAGE:    17
ITEM REVIEW REPORT - CONTROL DRUGS - TN
07/03/12   01:36:22

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 02352 | | | Redacted | | | 1 | 1 | 9.70 | 9.70 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 1 | 1 | 1 | 0 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 2.077 | 2.418 | 3.155 | 2.495 | 0.68 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 9.702 | 5.676 | 1.892 | 3.784 | 1.892 | 1.892 | 3.784 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 1.892 | 3.784 | 1.892 | 3.784 | 1.892 | 1.892 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 05322 | | | **Redacted** | | | 2 | 2 | .75 | 1.50 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 0 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 2.424 | 2.000 | 0.000 | 2.111 | 0.80 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 1.500 | 0.000 | 0.750 | 0.000 | 0.750 | 0.375 | 0.750 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 0.000 | 2.625 | 0.000 | 0.000 | 0.000 | 0.750 |

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|-------|---------|------|-------------|---------|-------------|----------|-----------|-----------------|-------------------|
| 05387 | | | Redacted | | | 7 | 7 | 6.00 | 42.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|------------|-------------------|-------------|----------|-----------|-----------|
| 0 | 1 | 1 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---------------|----------------|-------------------|-----------------|-------|
| 4.743 | 6.500 | 4.000 | 3.348 | 0.83 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|-----|------|------|------|------|------|------|
| 42.000 | 12.000 | 18.000 | 0.000 | 6.000 | 0.000 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|-|------|------|------|-------|-------|-------|
| | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

HIGHLY CONFIDENTIAL

```
**************************************************************************
**                                                                      **
**                                                                      **
**      REPORT ID: BIP006A     ITEM REVIEW REPORT - CONTROL DRUGS       **
**                                                                      **
**                                                                      **
**                              BI158D                                  **
**                                                                      **
**                                                                      **
**************************************************************************
```

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123719

```
PACKET PAGE:      19   *0000216GNWH0081/NWH0181P00B04 TN            CVS CORPORATION                                    PAGE:   18
BI006/BIP006A                                                                                                         PAGE:   18
                                            ITEM REVIEW REPORT - CONTROL DRUGS - TN
                                                  07/03/12   01:36:22
```

|  | SOM |  |  |  | INVOICE | BILL | ORDER | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| STORE | KEY | ITEM | DESCRIPTION | UPC/NDC | NUM | QTY | QTY | OF MEASURE | QUANTITY |
| 05746 | Redacted |  |  |  |  | 12 | 12 | 6.00 | 72.00 |

|  | BINARY | TREND ABOVE | TREND |  |  |  |
|---|---|---|---|---|---|---|
|  | DAY | MONTH | SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|  | 0 | 1 | 0 | 1 | 1 | 0 |

|  | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
|  | 4.767 | 6.900 | 4.674 | 3.489 | 0.99 |

|  | MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|---|
|  | 72.000 | 12.000 | 0.000 | 6.000 | | 30.000 | 24.000 |

|  | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
|  | 6.000 | 12.000 | 6.000 | 6.000 | 12.000 | 6.000 |

|  | SOM |  |  |  | INVOICE | BILL | ORDER | UNIT | EXTENDED |
|---|---|---|---|---|---|---|---|---|---|
| STORE | KEY | ITEM | DESCRIPTION | UPC/NDC | NUM | QTY | QTY | OF MEASURE | QUANTITY |
| 08311 | Redacted |  |  |  |  | 5 | 5 | 2.50 | 12.50 |

|  | BINARY | TREND ABOVE | TREND |  |  |  |
|---|---|---|---|---|---|---|
|  | DAY | MONTH | SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|  | 0 | 1 | 1 | 0 | 0 | 1 |

|  | PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|---|
|  | 10.000 | 10.000 | 9.115 | 10.000 | 1.00 |

|  | MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|---|
|  | 12.500 | 0.000 | 1.000 | 0.000 | 0.000 | 0.000 | 0.000 |

|  | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
|  | 0.000 | 0.000 | 2.500 | 2.500 | 0.500 | 2.500 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123720

CVS CORPORATION                                                        PAGE:    19
ITEM REVIEW REPORT - CONTROL DRUGS - UC
07/03/12   01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - UC
07/03/12   01:36:22

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 09149 | | | Redacted | | | 3 | 3 | 5.00 | 15.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 1 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 2.878 | 3.582 | 1.535 | 1.550 | 0.98 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 15.000 | 10.000 | 5.000 | 0.000 | 0.000 | 5.000 | 5.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
| | 5.000 | 5.000 | 0.000 | 5.000 | 0.000 | 0.000 |

# - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY-INVOICE.
* - MULTIPLE ORDERS ROLLED UP FOR THIS STORE-SOM KEY PLEASE CHECK SOM DAILY EXTRACT DETAIL REPORT FOR DETAILS.

HIGHLY CONFIDENTIAL

Case 1:17-md-02804-DAP   Doc #: 3008-3   Filed: 12/17/19   17 of 27.   PageID #: 442098

CVS CORPORATION                                                              PAGE:    21
ITEM REVIEW REPORT - CONTROL DRUGS - WN
07/03/12   01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123723

PACKET PAGE:     23     *0002215(NWH0031(NWH03BIP006A - WN
BI006/BIP006A                                                                    PAGE:     22
                              CVS CORPORATION
                    ITEM REVIEW REPORT - CONTROL DRUGS - WN
                         07/03/12     01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123724

CVS CORPORATION                                                    PAGE:    23
ITEM REVIEW REPORT - CONTROL DRUGS - YK
07/03/12  01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular  is the order | 0.65 |

HIGHLY CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 3008-3  Filed: 12/17/19  20 of 27.  PageID #: 442101

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - YK
07/03/12   01:36:22

PAGE:   24

| STORE | SOM KEY | ITEM | DESCRIPTION | UPC/NDC | INVOICE NUM | BILL QTY | ORDER QTY | UNIT OF MEASURE | EXTENDED QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 00548 | | | Redacted | | | 3 | 3 | 9.00 | 27.00 |

| BINARY DAY | TREND ABOVE MONTH | TREND SLOPE | FREQORD6 | FREQORD12 | RAREORD12 |
|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | 0 | 1 |

| PZSCORE6RANGE | PZSCORE12RANGE | PZSCORE12MAXRANGE | PREDZSCORERANGE | SCORE |
|---|---|---|---|---|
| 5.163 | 7.279 | 5.138 | 3.157 | 0.95 |

| MTD | LAG1 | LAG2 | LAG3 | LAG4 | LAG5 | LAG6 |
|---|---|---|---|---|---|---|
| 27.000 | 0.000 | 9.000 | 9.000 | 0.000 | 0.000 | 0.000 |

| | LAG7 | LAG8 | LAG9 | LAG10 | LAG11 | LAG12 |
|---|---|---|---|---|---|---|
| | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123726

CVS CORPORATION                    PAGE:    1
ITEM REVIEW REPORT - CONTROL DRUGS - CR
07/03/12    01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);It is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

PACKET PAGE:     3   *000241DTNWH0031TNWH0151P000A   CR
BI006/BIP006A                              CVS CORPORATION                         PAGE:     2
                              ITEM REVIEW REPORT - CONTROL DRUGS - CR
                                     07/03/12   01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123728

CVS CORPORATION
PAGE: 3
ITEM REVIEW REPORT – CONTROL DRUGS – EN
07/03/12   01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|-----------|-------------|------------------------|-----------------|----------------|--------------|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between –10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month max value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL

PACKET PAGE:     5     *000 REGISTER WROOGIINITHIS BI-0068A - EN                          PAGE:     4
BI006/BIP006A

CVS CORPORATION
ITEM REVIEW REPORT – CONTROL DRUGS – EN
07/03/12    01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL                                        CVS-MDLT1-000123730

CVS CORPORATION                                        PAGE:     5
ITEM REVIEW REPORT - CONTROL DRUGS - FL
07/03/12   01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL                                                          CVS-MDLT1-000123731

BI006/BIP006A                                  CVS CORPORATION                              PAGE:     6
                                    ITEM REVIEW REPORT - CONTROL DRUGS - FL
                                          07/03/12    01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL                                                      CVS-MDLT1-000123732

PACKET PAGE:     8     Case: 1:17-md-02804-DAP   Doc #: 3008-3   Filed: 12/17/19  27 of 27.  PageID #: 442108
BI006/BIP006A          *0062:TEFINWH006IITNWH006IF006A - IN                         671c

                              CVS CORPORATION                                    PAGE:     7
                        ITEM REVIEW REPORT - CONTROL DRUGS - IN
                             07/03/12   01:36:22

| Attribute | Description | Pairs with (indicator) | Possible Values | Interpretation | Model Weight |
|---|---|---|---|---|---|
| Zscore6range | Gives the number of standard deviations the current monthly total lies from the (prior) six month average | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month average | 1.0450 |
| Zscore12range | Gives the number of standard deviations the current monthly total lies from the (prior) twelve month average | FreqOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month average | 0.4589 |
| Predzscore6range | Gives the number of standard deviations the current monthly total lies from the projected monthly total based on historic ordering behavior | FreqOrder6 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the six month trend value (an increasing trend is identified) | 1.0889 |
| Zscore12maxrange | Gives the number of standard deviations the current monthly total lies from the twelve month maximum (monthly) amount | RareOrder12 | Negative or Positive numbers between -10 and 10 | A large value (above approx. +2) indicates that the monthly total is well above the twelve month maximum value | 1.2615 |
| RareOrder12 | Indicator: acts as an "adjustment" for the intercept | | 1 if less than 8 months during the previous 12 had orders;it is 0 otherwise | With a value of 1, it does not represent a frequently ordered ingredient | 2.5421 |
| TrendSlope | Indicator: detects for an increasing trend of ordering behavior | FreqOrder6 | 1 (if TrendAboveMonth = 1 and the previous 6 month ordering history exhibits an increasing trend), 0 otherwise | With a value of 1, a potential increasing ordering trend is identified | 0.75 |
| BinaryDay | Indicator: detects orders of unusual frequency for the Active Ingredient | FreqOrder6 | 1(if DaysSinceLastActive Ingredient < 5);it is equal to 0 otherwise | With a value of 1, a high frequency is observed and a potential irregular order is identified | 0.50 |
| Score | Score decides if an order is irregular or not. If it's greater than a threshold value (currently 0.65) the order is flagged as irregular. | | Score is a combined results of all the above factors based on their values and weights | Higher the score, more irregular is the order | 0.65 |

HIGHLY CONFIDENTIAL                                                   CVS-MDLT1-000123733