PSJ11 CVS Opp Exh 13

| | |
|---|---|
| **From:** | Klenotic, William A. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WAKLENOTIC> |
| **To:** | Nicastro, MArk T.; Koropoulis, Andrew G. |
| **Sent:** | 3/14/2014 10:06:48 AM |
| **Subject:** | RE: Nightly Front Store Order Files |

It's an awesome process…NOT…

**From:** Nicastro, MArk T.
**Sent:** Friday, March 14, 2014 10:06 AM
**To:** Koropoulis, Andrew G.; Klenotic, William A.
**Subject:** Fw: Nightly Front Store Order Files

Fyi

**From:** Vanelli, Dean A.
**Sent:** Friday, March 14, 2014 06:48 AM
**To:** Hankinson, Edward M.; Moriarty, Sean P.; Bolinger, Bradley; Gale, Marilyn; Moore, June E.; Elsmore, Craig S.; Ivey, Sam; Klenotic, William A.; Flynn, Thomas T.; Carter, William B.; Roushar, Michael; Watts, Barbara A.; Traver, Lucas O.; Price, David L.; Gendron, Scott J.
**Cc:** Cote, Bernard J.; Sanitate, Richard G.; Goehring, William D.; Nicastro, MArk T.; Miller, Michael K.; Guttman, Jay E.; Rollins, James R.; Oldendick, Scott; Diez, Rolando A.; Bufford, Sonia; Rogers, Gregory W.; Ackerman, James; Richmond, Ron; Kinsmancutlip, Carol A.; Morris, James F.; Driscoll, Robert T.; Pathe, Scott; Pelton, Timothy W.
**Subject:** Nightly Front Store Order Files

Good Morning,
With the deployment of the SOM last Friday (Indy DC only), your computer room may have noticed that an additional front store order file is being passed. Each night, the host is pulling out all controlled Rx, PSE/EPH, and DEA listed chemical orders (items containing iodine and acetone – finger nail polish) to run them through the SOM system.

All store orders that are not run through the SOM are passed to the DCs at the normal time. The orders pulled for SOM are run through the first step of the SOM and all orders that pass the algorithms are then sent to the DCs. Rx DCs are accustomed to receiving non-control orders and then a short while later their controlled drug orders. The same basic concept is now occurring with front store orders. On-goingly, you will continue to receive a large front store order file and shortly after will receive a smaller front store order file; containing PSE/EPH, acetone, and iodine.

Please share with the appropriate individuals. Thank you.

Dean A. Vanelli  Sr. Director, Logistics Planning
CVS Caremark | One CVS Drive, Woonsocket, RI 02895 | MC 5035
office: 401.770.4515 | fax: 401.652.0118 | Dean.Vanelli@CVSCaremark.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.