UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *APPLIES TO ALL CASES* | Case No. 1:17-MD-2804  Hon. Dan. A. Polster |

**NOTICE OF FILING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO HBC's MOTION FOR SUMMARY JUDGMENT and RELATED EXHIBITS**

Plaintiffs hereby provide notice of, and file into the public record, the attached pre-trial brief and exhibits in opposition to Defendant, HBC's Motion for Summary Judgment previously filed under seal in its entirety at ECF No. 2178. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously sealed materials are hereby publicly filed as unredacted or less redacted. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Sealed ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Memorandum in Opposition to Defendant HBC's Motion for Summary Judgment (PSJ13) | | 2178 | Under seal | None now |
| HBC Service Company's Supplemental Answers to Plaintiffs' First Set of Interrogatories to HBC Service Company (Excerpt) | 1 | 2178 | Under Seal | None now |
| Spreadsheet of Data HBC_MDL00189212 | 2 | 2178 | Under seal | Fewer |

| Spreadsheet of Data<br>HBC_MDL00189213 | 3 | 2178 | Under seal | Fewer |
|---|---|---|---|---|
| Email - From Gregory Carlson to Kris Remas (and others), September 9, 2013, Subject: RE: Controls at HBC<br>HBC_MDL00135022 | 4 | 2178 | Under seal | None now |
| Email - From Adam Zakin to George Chunderlik (and others), March 29, 2016, Subject: RE: Giant Eagle / BuzzeoPDMA: SOM Services Proposal<br>HBC_MDL00028498 | 5 | 2178 | Under seal | None now |
| HBC Service Company's Amended Responses to Plaintiffs' (First) Set of Combined Discovery Requests | 6 | 2178 | Under seal | None now |
| Email - From Joseph Millward to Gregory Carlson (and others), December 5, 2014, Subject: FW: DSCSA Documents<br>HBC_MDL00133435 | 7 | 2178 | Under seal | None now |
| Chart of Data<br>HBC_MDL00002249 | 8 | 2178 | Under seal | None now |
| Chart of Data<br>HBC_MDL00008498 | 9 | 2178 | Under seal | None now |
| Minutes of the December 5-7, 2011 Meeting of the Ohio State Board of Pharmacy<br>OBPM_MDL_000000063_OBPM001 | 10 | 2178 | Under seal | None now |

Dated:     December 17, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino