# PSJ13 Exh 4

| | |
|---|---|
| **From:** | Carlson, Gregory |
| **Sent:** | Mon, 9 Sep 2013 17:20:52 -0400 |
| **To:** | Remas, Kris |
| **Cc:** | Lowther, Allen;Bianco Jr., Mike (Pharmacy) |
| **Subject:** | RE: Controls at HBC |

So we would have to load these particular items in RP. Would we be able to de authorize groups of items (anything with hydrocodone) if we set up subgroups? Or would have to manually go through each one?

We may need this as an option going forward.

---

**From:** Remas, Kris
**Sent:** Monday, September 09, 2013 3:35 PM
**To:** Carlson, Gregory
**Cc:** Lowther, Allen; Bianco Jr., Mike (Pharmacy)
**Subject:** FW: Controls at HBC

fyi

---

**From:** McGregor, Valerie
**Sent:** Monday, September 09, 2013 1:44 PM
**To:** Remas, Kris
**Subject:** RE: Controls at HBC

Hi Kris,

There is nothing in the systems that permit an edit like this right now.
About the closest you will get to this is if you set a Maximum order quantity on a warehouse item code in DCOPS. That will permit all stores to order up to a certain amount with each order, but DCOPS doesn't track how much of a product was ordered by a store so far in a month.

Using what we have, the only way I could think of doing this would be to manually run a warehouse shipment report daily, and once a store has crossed over the ordering threshold, de authorize them for that product in RP. Of course, that means you'd have to look at this again at the beginning of the month to manually turn these folks back on to order and receive the product. I know...messy and time-consuming, but that's probably the way to do it today.

Sorry...right now this would be a manual process.
There is no systematic way to run these reports and auth / deauth stores for items.

Val

CONFIDENTIAL

HBC_MDL00135022

**From:** Remas, Kris
**Sent:** Monday, September 09, 2013 11:54 AM
**To:** McGregor, Valerie
**Subject:** FW: Controls at HBC

Val,

Does Biceps or DCOPS has any functionality that would allow us to block a store from order a product in a certain subgroup?   If a store hit a threshold on Hydrocodone, could we go in and block that store from ordering those products until the month resets?

Thank you
Kris


**From:** Carlson, Gregory
**Sent:** Monday, September 09, 2013 11:49 AM
**To:** Lowther, Allen; Bianco Jr., Mike (Pharmacy)
**Cc:** Remas, Kris
**Subject:** Controls at HBC

Mike and Allen,
I would like to explore our options around sourcing controls other than HBC.  Here are the options I am thinking:

1.   Run all controls currently at HBC through McKesson with Indirect contracts.  Will the vendors let us do that?  Will there be an upcharge?
2.   Give McKesson all of our control volume and have them bid on the whole bucket.  How much would we lose giving this all to McKesson?
3.   Utilize Anda as a virtual warehouse for controls.  Can we use the current HBC transmission logic and just send that EDI order over to Anda to fill for controls only?

Allen,
Can you reach out to Erik at HEB and ask him how they handle suspicious order monitoring to meet federal requirements (Title 21 CFR 1301.74(b)).  Do they have a way to block orders if they go over their monthly limit?

Kris,
Can you ask Val if Biceps or DCOPS has any functionality that would allow us to block a store from order a product in a certain subgroup?   If a store hit a threshold on Hydrocodone, could we go in and block that store from ordering those products until the month resets?


I can talk to each of you in person for more details.

Need these answers in the next two weeks.

Thanks
Greg

CONFIDENTIAL

HBC_MDL00135024