# PSJ13 Exh 8

| PHRMCY_NO | VEND_CD | MTH_KEY | GPI10 | TTL_SHPD_QTY | THRSH_QTY | PRDCT_NME |
|---|---|---|---|---|---|---|
| 37 | HBC | 2013-10 | 6599170250 | 700 | 677.69 | HYDROCODONE/IBUPROFEN |
| 2401 | HBC | 2013-10 | 6520001010 | 630 | 480.83 | BUPRENEX |
| 8999 | HBC | 2013-10 | 2499100230 | 2400 | 507.69 | COVARYX |
| 2419 | HBC | 2013-10 | 6599100430 | 2400 | 479.73 | ASCOMP/CODEINE |