PSJ13 Exh 9

| PHRMCY_NO | VEND_CD | MTH_KEY | GPI10 | TTL_SHPD_Q | THRSH_QTY | PRDCT_NME | SCHD_NO |
|---:|---|---|---|---:|---:|---|---:|
| 78 | HBC | 2016-05 | 6510005010 | 1300 | 1052.61 | DOLOPHINE | 2 |
| 470 | HBC | 2016-05 | 6510008010 | 1000 | 942.06 | OPANA | 2 |
| 515 | HBC | 2016-05 | 6140001610 | 800 | 640.61 | DEXMETHYL | 2 |
| 6512 | HBC | 2016-05 | 6520001020 | 660 | 444.06 | BUNAVAIL | 3 |