# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan. A. Polster |

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFFS' MEMORANDUM IN OPPOSITION TO WALGREENS'S MOTION FOR SUMMARY JUDGMENT and RELATED EXHIBITS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits.  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted.  In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even if not previously redacted) and less redacted or unredacted exhibits referenced in same.  Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Memorandum in Opposition to Walgreens's Motion for Summary Judgment (PSJ18) | | 2205 | Yes | None now |
| Email - From Vicki Mangus to Jeffrey Foreman, November 28, 2012, Subject: Walgreens State Controls Summaries, with attachment<br>WAGMDL00774715 | 39 | 2205-39 | Yes | None now |

| Chart of Data (Rx by State) WAGMDL00774717 | 40 | 2205-40 | Under seal | None now |
|---|---|---|---|---|
| Walgreens Document - Map, Percentage of Stores with Flags WAGMDL00774718 | 41 | 2205-41 | Under seal | None now |
| Email - From Steve Mays to Chris Zimmerman (and others), January 30, 2013, Subject: RE: Question on OMP ABDCMDL00285348 | 57 | 2205-57 | Yes | None now |
| Email - From Edward Hazewski to Tasha Polster (and others), April 8, 2014, Subject: Data; Attachment: WAG Orders Held ABDCMDL00282490 | 58 | 2205-58 | Yes | None now |
| Expert Report of C. McCann, March 25, 2019 | 61 | 2205-61 | Yes | None now |

Dated: December 18, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino