# PSJ18 WALGREENS Opp Exh 41

P-WAG-02841

# Percentage of Stores with Flags



HIGHLY CONFIDENTIAL

WAGMDL00774718

# Phentermine Flag Locations



HIGHLY CONFIDENTIAL

WAGMDL00774719

P-WAG-02841



# Oxy Flag Locations

HIGHLY CONFIDENTIAL

WAGMDL00774720