# PSJ18 WALGREENS Opp Exh 61

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : MDL No. 2804<br>: CASE NO. 17-MD-2804<br>: (DAP)<br>: |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

## Total Shipments to Cuyahoga, OH Identified by
## Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold

#### Walgreens to All Buyers - 1996-2018

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 97,401 | 100,421 | 0 | 10,744 | 19,462 | 3,900 | 0 | 0 | 0 | 0 | 0 | 0 | 231,928 |
| Total # of Transactions | 103,903 | 108,147 | 28,791 | 12,445 | 24,580 | 7,568 | 195 | 703 | 828 | 0 | 57 | 7 | 287,224 |
| Percentage of Total # of Transactions | 93.7% | 92.9% | 0.0% | 86.3% | 79.2% | 51.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 80.7% |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Flagged Orders - Dosage Units | 40,776,500 | 34,718,901 | 0 | 4,144,600 | 2,650,600 | 718,800 | 0 | 0 | 0 | 0 | 0 | 0 | 83,009,401 |
| Total Dosage Units | 42,790,400 | 36,504,093 | 388,020 | 4,814,670 | 3,220,400 | 1,236,000 | 23,800 | 86,900 | 104,500 | 0 | -1,692 | 700 | 89,167,791 |
| Percentage of Total Dosage Units | 95.3% | 95.1% | 0.0% | 86.1% | 82.3% | 58.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 93.1% |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Flagged Orders - MME | 591,516,613 | 144,036,639 | 0 | 16,525,449 | 73,067,454 | 10,230,655 | 0 | 0 | 0 | 0 | 0 | 0 | 835,376,809 |
| Total MME | 621,524,590 | 151,519,535 | 219,139,000 | 19,181,758 | 89,403,468 | 16,120,516 | 579,419 | 1,738,000 | 586,520 | 0 | -7,766 | 8,991 | 1,119,794,031 |
| Percentage of Total MME | 95.2% | 95.1% | 0.0% | 86.2% | 81.7% | 63.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 74.6% |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Flagged Orders - Calculated Base Weight (g) | 394,344 | 144,230 | 0 | 110,170 | 73,069 | 2,558 | 0 | 0 | 0 | 0 | 0 | 0 | 724,371 |
| Total Calculated Base Weight (g) | 414,350 | 151,773 | 2,188 | 128,273 | 89,406 | 4,030 | 193 | 4,345 | 5,865 | 0 | 54 | 1 | 800,477 |
| Percentage of Total Calculated Base Weight (g) | 95.2% | 95.0% | 0.0% | 85.9% | 81.7% | 63.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 90.5% |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.

## Total Shipments to Summit, OH Identified by
## Methodology: Common Sense Method - Maximum Monthly Trailing 6 Month Pharmacy Specific Threshold
### Walgreens to All Buyers - 1996-2018

|  | Oxycodone | Hydrocodone | Fentanyl | Codeine | Morphine | Hydromorphone | Oxymorphone | Tapentadol | Meperidine | Opium | Dihydrocodeine | Levorphanol | 12 Drugs Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flagged Orders - # of Transactions | 39,284 | 47,489 | 0 | 2,669 | 11,596 | 3,050 | 0 | 0 | 0 | 0 | 0 | 0 | 104,088 |
| Total # of Transactions | 41,955 | 50,856 | 12,142 | 3,132 | 13,132 | 3,928 | 165 | 186 | 344 | 0 | 18 | 6 | 125,864 |
| Percentage of Total # of Transactions | 93.6% | 93.4% | 0.0% | 85.2% | 88.3% | 77.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 82.7% |
| Flagged Orders - Dosage Units | 16,833,800 | 22,166,224 | 0 | 829,900 | 1,634,100 | 660,100 | 0 | 0 | 0 | 0 | 0 | 0 | 42,124,124 |
| Total Dosage Units | 17,599,000 | 23,315,424 | 184,045 | 995,482 | 1,799,300 | 793,200 | 20,500 | 24,200 | 38,600 | 0 | 387 | 600 | 44,770,738 |
| Percentage of Total Dosage Units | 95.7% | 95.1% | 0.0% | 83.4% | 90.8% | 83.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 94.1% |
| Flagged Orders - MME | 246,609,891 | 84,719,299 | 0 | 3,129,364 | 50,474,649 | 10,279,595 | 0 | 0 | 0 | 0 | 0 | 0 | 395,212,799 |
| Total MME | 260,088,232 | 89,107,612 | 104,152,680 | 3,770,710 | 55,301,548 | 12,427,295 | 511,173 | 484,000 | 196,959 | 0 | 2,654 | 7,732 | 526,050,595 |
| Percentage of Total MME | 94.8% | 95.1% | 0.0% | 83.0% | 91.3% | 82.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 75.1% |
| Flagged Orders - Calculated Base Weight (g) | 164,407 | 84,765 | 0 | 20,862 | 50,476 | 2,570 | 0 | 0 | 0 | 0 | 0 | 0 | 323,080 |
| Total Calculated Base Weight (g) | 173,392 | 89,154 | 1,041 | 25,299 | 55,302 | 3,107 | 170 | 1,210 | 1,970 | 0 | 20 | 1 | 350,666 |
| Percentage of Total Calculated Base Weight (g) | 94.8% | 95.1% | 0.0% | 82.5% | 91.3% | 82.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 92.1% |

Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders are considered flagged. This method assumes no due diligence on the first flagged order(s) and as a result, each and every order shipped thereafter to that individual buyer is unlawful.