**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No. 1:17-MD-2804** |
| *APPLIES TO ALL CASES* | **Hon. Dan. A. Polster** |

**NOTICE OF FILING LESS REDACTED EXHIBIT ATTACHED TO PLAINTIFFS'
MEMORANDUM IN OPPOSITION TO WALMART'S MOTION
FOR SUMMARY JUDGMENT**

Plaintiffs hereby provide notice of, and file into the public record, the attached less redacted

exhibit.  Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909),

various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties,

and/or the resulting withdrawal of confidentiality designations, the attached previously redacted

materials are hereby publicly filed as unredacted.  In the interest of clarity and completeness,

Plaintiffs hereby re-refile the related brief (even though not previously redacted) and the less

redacted exhibit listed below.  Finally, for tracking and/or cross-referencing purposes, the below

chart lists the original filing events related to the documents attached hereto, their prior ECF

numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Opposition to Walmart's Motion for Summary Judgment (PSJ19) | | 2218 | No | None |
| Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs | 5 | 2218-5 | Yes | Fewer |

Dated:        December 18, 2019

Respectfully submitted,

/s/    *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114

(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino