UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

**NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED EXHIBITS ATTACHED TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE**

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even though not previously redacted) and less redacted or unredacted exhibits attached hereto. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being re-filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Motion for Partial Summary Adjudication of their Equitable Claims for Abatement of an Absolute Public Nuisance | | 1890 | No | None |
| Prescription Drug Diversion Fundamentals. ABDCMDL00153373 | 39 | 1934-38 | Yes | None now |

| Controlled Substance Monitoring - Discount Drug Mart PowerPoint Presentation MCKMDL00448596 | 46 | 2841-2 (previously US at 1934-45) | Yes | Fewer |
|---|---|---|---|---|
| Nate Hartle's July 31, 2018 deposition (excerpt) | 66 | 1934-65 | Yes | None now |
| Nate Hartle's August 1, 2018 deposition (excerpt) | 67 | 1934-66 | Yes | None now |
| Gary Boggs' January 17, 2019 deposition (excerpt) | 68 | 1934-67 | Yes | None now |
| Jennifer Norris' deposition (excerpt) | 69 | 1934-68 | Yes | None now |
| Shawn Abreu's deposition (excerpt) | 71 | 1934-70 | Yes | None now |
| Jeff Peacock's deposition (excerpt) | 72 | 1934-71 | Yes | None now |
| Susan Hiland's 30(b)(6) deposition (excerpt) | 73 | 1934-72 | Yes | None now |
| Jeff Abernathy's deposition (excerpt) | 74 | 1934-73 | Yes | None now |
| Miranda Johnson's deposition (excerpt) | 75 | 1934-74 | Yes | None now |
| Jolynn Coleman's deposition (excerpt) | 76 | 1934-75 | Yes | None now |
| Ramona Sullins's deposition (excerpt) | 77 | 1934-76 | Yes | None now |
| George Chapman's deposition (excerpt) | 78 | 1934-77 | Yes | None now |
| Roxanne Reed's deposition (excerpt) | 79 | 1934-78 | Yes | None now |
| Debbie Hodges' deposition (excerpt) | 80 | 1934-79 | Yes | None now |
| Eileen Spaulding's deposition (full) | 92 | 1934-91 | Yes | Fewer |
| Paul Campanelli's deposition (excerpt) | 100 | 1934-99 | Yes | None now |
| Edward Bratton's fact deposition (excerpt) | 109 | 1934-108 | Yes | None now |
| Rex Swords deposition (full) | 110 | 1934-109 | Yes | None now |
| Christopher Dymon's fact deposition (excerpt) | 112 | 1934-111 | Yes | None now |
| Eric Stahmann's fact deposition (excerpt) | 116 | 1934-115 | Yes | None now |

Dated: December 18, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER

>1001 Lakeside Avenue East, Suite 1700
>Cleveland, OH 44114
>(216) 696-3232
>(216) 696-3924 (Fax)
>pweinberger@spanglaw.com
>*Plaintiffs' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

>/s/ *Anthony D. Irpino*
>Anthony D. Irpino