# EXHIBIT46

P1.1437.1

MCKESSON

# Controlled Substance Monitoring

## Discount Drug Mart

*September 29th, 2017*

**Nate Hartle**

*Sr. Director – Regulatory Affairs*

BUSINESS
CARE
CONNECTIVITY

P1.1437.2

MCKESSON

# Agenda

**Scope of Problem**

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448597

P1.1437.3

# Scope of the Problem | Epidemic

MCKESSON

DEADLIEST DRUG EPIDEMIC ON RECORD
IN OUR NATION'S HISTORY

***"The drug problems of past decades pale when compared to the current opioid epidemic which has killed 165,000 Americans from 2000 to 2014."***

EPIDEMIC:
RESPONDING TO AMERICA'S
PRESCRIPTION
DRUG ABUSE CRISIS

2011

Centers for Disease Control and Prevention
CDC 24/7: Saving Lives. Protecting People.

Morbidity and Mortality Weekly Report (MMWR)

CDC Grand Rounds: Prescription Drug Overdoses — a U.S. Epidemic

*Weekly*
**January 13, 2012 / 61(01);10-13**

*This is another in a series of occasional MMWR reports titled CDC Grand Rounds. These reports are based on grand rounds presentations at CDC on high-profile issues in public health science, practice, and policy. Information about CDC Grand Rounds is available at http://www.cdc.gov/about/grand-rounds.*

In 2007, approximately 27,000 unintentional drug overdose deaths occurred in the United States, one death every 19 minutes. Prescription drug abuse is the fastest growing drug problem in the United States. The increase in unintentional drug overdose death rates in recent years (Figure 1) has been driven by increased use of a class of prescription drugs called opioid analgesics (1). Since 2003, more overdose deaths have involved opioid analgesics than heroin and cocaine combined (Figure 2) (1). In addition, for every unintentional overdose death related to an opioid analgesic, nine persons are admitted for substance abuse treatment (2), 35 visit emergency departments (3), 161 report drug abuse or dependence, and 461 report nonmedical uses of opioid analgesics (4). Implementing strategies that target those persons at greatest risk will require strong coordination and collaboration at the federal, state, local, and tribal levels, as well as engagement of parents, youth influencers, health-care professionals, and policy-makers.

Overall, rates of opioid analgesic misuse and overdose death are highest among men, persons aged 20–64 years, non-Hispanic whites, and poor

EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF NATIONAL DRUG CONTROL POLICY

**The Epidemic of Prescription Drug and Heroin Abuse in the United States**

Committee on Oversight and Government Reform
United States House of Representatives

Tuesday, March 22, 2016
10:00 a.m.

Source: National Safety Council. *Prescription Nation 2016: Addressing America's Drug Epidemic*. Retrieved November 7, 2016, from National Safety Council: http://www.nsc org/RxDrugOverdoseDocuments/Prescription-Nation-2016-American-Drug-Epidemic.pdf

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 5 of 42. PageID #: 451708

P1.1437.4

# Scope of the Problem | Opioid Prescribing & Abuse

MCKESSON

On an average day in the U.S.:
More than **650,000 opioid prescriptions** dispensed
**3,900 people** initiate nonmedical use of prescription opioids
**580 people** initiate heroin use
**78 people** die from an opioid-related overdose
Opioid Prescriptions Dispensed by Retail Pharmacies, 1991 – 2013
Opioids
Hydrocodone
Oxycodone
Prescriptions (millions)
0
50
100
150
200
250
76 78 80 86 91 96 100 109 120 131 139 144 151 158 169 180 192 201 202 210 219 217 207
91 92 93 94 95 96 97 98 99 2000 01 02 03 04 05 06 07 08 09 10 11 12 13

Source 1: Department of Health & Human Services. *The Opioid Epidemic: By the Numbers*. Retrieved November 7, 2016, from Department of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf
Source 2: NIH: National Institute on Drug Abuse. *Prescription Opioid & Heroin Abuse*. Retrieved November 14, 2016, from NIH: National Institute on Drug Abuse: https://www drugabuse gov/about-nida/legislative-activities/testimony-to-congress/2015/prescription-opioid-heroin-abuse

4 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448599

P1.1437.5

# Scope of the Problem | Opioid Prescribing & Abuse

MCKESSON

Source: Centers for Disease Control and Prevention, Vital Signs July 2017. *Opioid Prescribing – Where you live matters.* Retrieved August 22, 2017 from Centers for Disease Control and Prevention: https://www.cdc.gov/vitalsigns/pdf/2017-07-vitalsigns.pdf

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 7 of 42. PageID #: 451710

P1.1437.6

# Scope of the Problem | Overdose Death Statistics

MCKESSON

Overdose Deaths Involving Opioids, United States, 2000-2015
Deaths per 100,000 population
0
1
2
3
4
5
6
7
8
9
10
11
2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015
Any Opioid
Commonly Prescribed Opioids
(Natural & Semi-Synthetic Opioids and Methadone)
Heroin
Other Synthetic Opioids
(e.g., fentanyl, tramadol)
SOURCE: CDC/NCHS, National Vital Statistics System, Mortality. CDC WONDER, Atlanta, GA: US Department of Health and Human Services, CDC; 2016. https://wonder.cdc.gov/.
www.cdc.gov
Your Source for Credible Health Information

6 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448601

P1.1437.7

# Scope of the Problem | Overdose Death Statistics

MCKESSON

Source: Centers for Disease Control and Prevention, NCHS Data Visualization Gallery. *Drug Poisoning Mortality: United States, 1999–2014*. Retrieved November 14, 2016, from Centers for Disease Control and Prevention: https://blogs.cdc.gov/nchs-data-visualization/drug-poisoning-mortality/

P1.1437.8

# Scope of the Problem | Overdose Death Statistics (2015)

MCKESSON

## Opioid Overdose Death Rates and All Drug Overdose Death Rates per 100,000 Population (Age-Adjusted)

Source: Kaiser Family Foundation analysis of Centers for Disease Control and Prevention (CDC), National Center for Health Statistics. Multiple Cause of Death 1999-2015 on CDC WONDER Online Database, released 2016. Data are from the Multiple Cause of Death Files, 1999-2015, as compiled from data provided by the 57 vital statistics jurisdictions through the Vital Statistics Cooperative Program. Accessed at http://www.kff.org/other/state-indicator/opioid-overdose-death-rates on August 23, 2017.

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 10 of 42. PageID #: 451713

P1.1437.9

# Ohio | 2016 Data

MCKESSON

Figure 1. Number of Fentanyl and Related Drug Deaths and Percentage of Unintentional Overdose Deaths, by Year, Ohio, 2012-2016
Number of Deaths
4,500
4,000
3,500
3,000
2,500
2,000
1,500
1,000
500
0
Carfentanil = 340
75 (3.9%)
84 (4.0%)
503 (19.9%)
1,155 (37.9%)
2,357 (58.2%)
1,839
2,026
2,028
1,895
1,693
2012
2013
2014
2015
2016
Fentanyl and Related Drugs (including carfentanil in 2016)
Non-Fentanyl and Related Drugs
Source: Ohio Department of Health, Bureau of Vital Statistics; analysis conducted by ODH Violence and Injury Prevention Program.
Includes Ohio residents who died due to unintentional drug poisoning (underlying cause of death ICD-10 codes X40-X44).

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

9 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448604

P1.1437.10

# Ohio | 2016 Data

Figure 7. Number of Unintentional Drug Overdose Deaths Involving Selected Drugs, by Year, Ohio, 2000-2016
Number of Deaths
2,500
2,000
1,500
1,000
500
0
Fentanyl and related drugs (illicit and prescription)*
Heroin
Cocaine
Prescription Opioids*
Benzodiazepines
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
2013
2014
2015
2016
Source: Ohio Department of Health, Bureau of Vital Statistics; analysis conducted by ODH Violence and Injury Prevention Program.
Multiple drugs are usually involved in overdose deaths. Individual deaths may be reported in more than one category.
Includes Ohio residents who died due to unintentional drug poisoning (underlying cause of death ICD-10 codes X40-X44).
* Excludes deaths involving fentanyl and related drugs.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 12 of 42. PageID #: 451715

P1.1437.11

# Ohio | 2016 Data

Figure 5. Prescriber OARRS Queries, Ohio, 2011-2016
Number of Queries in Millions
25
20
15
10
5
0
1.8
5.4
7.4
10.8
16.5
24.1
2011
2012
2013
2014
2015
2016
Source: State of Ohio Board of Pharmacy, Ohio Automated Rx Reporting System.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

11 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448606

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 13 of 42. PageID #: 451716

P1.1437.12

# Ohio | 2016 Data

MCKESSON

Figure 6. Opioid Solid Doses Dispensed to Ohio Patients, by Year, 2011-2016
Number of Solid Doses in Millions
800
780
760
740
720
700
680
660
640
620
600
782
793
778
751
701
631
2011
2012
2013
2014
2015
2016
Source: State of Ohio Board of Pharmacy, Ohio Automated Rx Reporting System.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

12 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448607

P1.1437.13

MCKESSON

# Agenda

Scope of Problem

**Industry Updates**

Regulatory Responsibilities

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

P1.1437.14

## Industry Updates | National Drug Control Strategy

MCKESSON

**Policy Focus:** Preventing and Addressing **Prescription Drug** Misuse and **Heroin** Use

**Four Pillars**:

1. Education
2. Monitoring
3. Disposal
4. Enforcement

Source: Office of National Drug Control Policy. *2015 National Drug Control Strategy*. Retrieved February 10, 2016, from Office of National Drug Control Policy: https://www.whitehouse gov/sites/default/files/ondcp/policy-and-research/2015_national_drug_control_strategy_0.pdf

P1.1437.15

# Industry Updates | DEA 360 Strategy

MCKESSON

## DEA 360 Strategy

*Working Together to Break the Cycle of Drug Trafficking, Drug Violence, and Drug Abuse*

**What is DEA 360?**

A comprehensive approach tackling the cycle of violence and addiction generated by the link between drug cartels, violent gangs, and the rising problem of prescription opioid and heroin abuse in U.S. cities. DEA 360 involves:

- Coordinated *Law Enforcement* operations targeting all levels of drug trafficking organizations and violent gangs supplying drugs to our neighborhoods
- Engaging drug manufacturers, wholesalers, practitioners, and pharmacists through *Diversion Control* to increase awareness of the opioid epidemic and encourage responsible prescribing practices, and use of opioid painkillers throughout the medical community
- *Community Outreach* and partnership with local organizations following enforcement operations, equipping and empowering communities to fight the opioid epidemic

**National Partners with Local Reach:**

- U.S. Attorney's Office - Pittsburgh
- Boys & Girls Clubs of America
- Community Anti-Drug Coalitions of America
- DEA Educational Foundation
- DOJ – Violence Reduction Network
- The Elks Club
- HHS - Substance Abuse and Mental Health Services Administration
- White House Office of National Drug Control Policy
- Partnership for Drug-Free Kids

**Goals:**

- Stopping the deadly cycle of heroin and opioid pill abuse by eliminating drug trafficking organizations and gangs fueling violence on the streets and cycles of addiction in our communities
- Partnering with the medical community and others to raise awareness of the dangers of prescription opioid misuse and the link to heroin
- Strengthening community organizations best positioned to provide long-term help and support for building drug-free communities

*For more information: Contact DEA Public Affairs at (202) 307-7977*

Strategy for **prescription opioid** and **heroin** abuse:

- ✓ **Enforcement**: A commitment to stopping violence associated with drug trafficking
- ✓ **Diversion**: Enlisting DEA's registrant population in the fight against opioid abuse
- ✓ **Community**: Leaving something lasting and positive in the communities DEA serves

*Pilot in West Memphis, AR, St. Louis, MO, Pittsburgh, PA, Milwaukee, WI*

Source: Statement of Louis J. Milione, Deputy Assistant Administrator, Office of Diversion Control, DEA before the Committee on the Judiciary, United States Senate, for a Hearing entitled "Attacking America's Epidemic Of Heroin And Prescription Drug Abuse" presented January 27, 2016. http://www.dea.gov/divisions/hq/2015/hq111015-DEA%20360%20Strategy%20Fact%20Sheet.pdf, Accessed February 10, 2016.

P1.1437.16

# Industry Updates | Today's Heroin Epidemic

MCKESSON

JULY 2015

CDC Vitalsigns™

## Today's Heroin Epidemic

### More people at risk, multiple drugs abused

Heroin use has increased across the US among men and women, most age groups, and all income levels. Some of the greatest increases occurred in demographic groups with historically low rates of heroin use: women, the privately insured, and people with higher incomes. Not only are people using heroin, they are also abusing multiple other substances, especially cocaine and prescription opioid painkillers. As heroin use has increased, so have heroin-related overdose deaths. Between 2002 and 2013, the rate of heroin-related overdose deaths nearly quadrupled, and more than 8,200 people died in 2013. States play a central role in prevention, treatment, and recovery efforts for this growing epidemic.

**States can:**

- Address the strongest risk factor for heroin addiction: addiction to prescription opioid painkillers.
- Increase access to substance abuse treatment services, including Medication-Assisted Treatment (MAT), for opioid addiction.
- Expand access to and training for administering naloxone to reduce opioid overdose deaths.
- Ensure that people have access to integrated prevention services, including access to sterile injection equipment from a reliable source, as allowed by local policy.
- Help local jurisdictions to put these effective practices to work in communities where drug addiction is common.

**2x**
Heroin use more than doubled among young adults ages 18–25 in the past decade.

**9 in 10**
More than 9 in 10 people who used heroin also used at least one other drug.

**45%**
45% of people who used heroin were also addicted to prescription opioid painkillers.

**Want to learn more?** www.cdc.gov/vitalsigns/heroin

Centers for Disease Control and Prevention
National Center for Injury Prevention and Control

SOURCE: National Survey on Drug Use and Health (NSDUH), 2011-2013.

Source: Centers for Disease Control and Prevention, Vital Signs July 2015. *Today's Heroin Epidemic*. Retrieved February 10, 2016, from Centers for Disease Control and Prevention: http://www.cdc.gov/vitalsigns/pdf/2015-07-vitalsigns.pdf

P1.1437.17

# Industry Updates | Chasing the Dragon

MCKESSON

***Chasing the Dragon*** is a documentary film from DEA and FBI;

- ✓ Aimed at educating high school students & young adults of the dangers of addiction
- ✓ Message is deterrence since opioid addiction can take hold after first use

Source: FBI National Press Office. *FBI, DEA Release Documentary Film Addressing Heroin/Prescription Drug Abuse*. Retrieved February 10, 2016, from FBI: https://www.fbi gov/news/pressrel/press-releases/fbi-dea-release-documentary-film-addressing-heroin-prescription-drug-abuse

P1.1437.18

MCKESSON

# Agenda

Scope of Problem

Industry Updates

**Regulatory Responsibilities**

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

P1.1437.19

## Regulations | The Supply Chain

MCKESSON

*Prescription drug abuse is a **national problem**, requiring an **industry-wide solution**.*

PRACTITIONER
Legitimate Medical Need
PHARMACIES
Corresponding Responsibility
DISTRIBUTORS
Suspicious Order Monitoring
Effective Controls Against Diversion
MANUFACTURERS
Suspicious Order Monitoring
Effective Controls Against Diversion

MCKMDL00448614

P1.1437.20

# CSA Checks & Balances | Practitioners

MCKESSON

*"A prescription for a controlled substance to be effective must be issued for a* ***legitimate medical purpose*** *by an individual practitioner acting in the usual course of professional practice."* (21 CFR §1306.04(a))

MCKMDL00448615

P1.1437.21

# CSA Checks & Balances | Pharmacists

MCKESSON

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a* ***corresponding responsibility*** *rests with the* ***pharmacist*** *who fills the prescription."* (21 CFR § 1306.04(a))

Pharmacists touted as last line of defense against opioid addiction

January 04, 2016

*At recent Prescription Drug Awareness Conferences in Pittsburgh, DEA called for pharmacists and soon-to-be pharmacy school graduates to tighten controls over prescription opioids. “You are often going to be the last line of defense for us,” said Gary Tuggle, the DEA special agent in charge.*

Share This Page

At recent Prescription Drug Awareness Conferences in Pittsburgh, DEA called for pharmacists and soon-to-be pharmacy school graduates to tighten controls over prescription opioids. "You are often going to be the last line of defense for us," said Gary Tuggle, the DEA special agent in charge. He said that pharmacists who encounter addicts with illegitimate prescriptions should take a stand and not second-guess their instincts. Pharmacists also may discuss the issue of analgesics and addiction with patients, or even inform on prescribers who write opioid prescriptions too freely. Some pharmacists attending the conference pointed out that corporate executives often pressure them to move more medications, and encourage them to call customers at refill time to ask if they need anything else. Adam Dashner, a ... attendee, noted that refusing to fi... filling a profitable prescription.

Pittsburgh Post-Gazette (12/15/15) Lon...

**Pharmacists are the last line of defense to prevent abuse ?**

Posted on June 5, 2015 by Pharmaciststeve

MCKMDL00448616

P1.1437.22

## CSA Checks & Balances | Distributors & Manufacturers

MCKESSON

*"Maintenance of **effective controls against diversion** of particular controlled substances into other than legitimate medical, scientific, and industrial channels..."* (21 U.S.C. §823/21 CFR §1301.71(a))

EXAMPLES

Vault/Safe Standards
Access Control
Alarm Systems
Theft & Loss Reporting
Inventory Monitoring

*"The registrant shall **design** and **operate** a system to disclose to the registrant **suspicious orders** of controlled substances. . . . Suspicious orders include orders of unusual **size**, orders deviating substantially from a normal **pattern**, and orders of unusual **frequency**."* (21 CFR §1301.74(b))

P1.1437.23

MCKESSON

# Agenda

Scope of Problem

Industry Updates

Regulatory Responsibilities

**McKesson's CSMP**

Discount Drug Mart Program Overview

Q & A | Open Discussion

P1.1437.24

# McKesson CSMP | Mission & Operating Principles

MCKESSON

U.S. Pharma Controlled Substance Monitoring Program

## *Mission Statement*

Our mission is to manage U.S. Pharma's Controlled Substance Monitoring Program as a nationwide regulatory compliance program that is informed by diversion trends and our customers. Through our program, we strive to strengthen the understanding of the prescription drug abuse epidemic across the industry with dialogue and collaboration.

MCKESSON

U.S. Pharma Controlled Substance Monitoring Program

## *Operating Principles*

As we continue to design our program, we will adhere to the following operating principles:

- **Risk-based** — Comprehensively covers all controlled substances and all customers, while driving the greatest focus on those presenting a higher risk of diversion.
- **Uniform** — Generates consistent execution against nationwide standards and requirements.
- **Sustainable** — Achievable over the long term.
- **Contemporary** — Refreshed on an ongoing basis to address current diversion trends, while reflecting the legitimate business models of our customers as they evolve.
- **Defined** — Meets regulations as they are applicable to wholesalers. Other registered entities in the supply chain have their own independent responsibility to achieve compliance.

MCKESSON

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 26 of 42. PageID #: 451729

P1.1437.25

## McKesson CSMP | Design/Framework

MCKESSON

Customer Onboarding
Customer Monitoring
Onboarding Diligence
Threshold Establishment
Active Diligence
Threshold Management
Suspicious Order Monitoring
Statistics, Analytics, and Diversion Trends

25 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448620

P1.1437.26

# McKesson CSMP | RNA Team

MCKESSON

**Nate Hartle**
Sr. Director
*Minneapolis, MN*

**Michael Oriente**
Director
*Philadelphia, PA*

**Adam Palmer**
Sr. Manager
*Indianapolis, IN*

**Micheal Bishop**
Manager
*Las Colinas, TX*

**Adam Shepherd**
Regulatory Assistant
*Las Colinas, TX*

## Sr. Director Leadership Background:

- ✓ Retail Diversion
- ✓ Special Investigations
- ✓ Data, Analytics & Intelligence
- ✓ Industry Leadership

## Team Backgrounds / Skill Sets:

- ✓ Regulatory Affairs
- ✓ Retail Diversion Analytics & Investigations
- ✓ Internal Data & Systems
- ✓ Distribution Center Operations
- ✓ Retail National Account Experience
- ✓ Project Management
- ✓ Clinical Research Compliance

P1.1437.27

# McKesson CSMP | Diligence – "Know Our Customer"

MCKESSON

MCKMDL00448622

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 29 of 42. PageID #: 451732

P1.1437.28

# McKesson CSMP | Onboarding & Monitoring

MCKESSON

## Onboarding

**Chain Diligence:**

- ✓ Pharmacy Operations
- ✓ CS Compliance Program & Policies
- ✓ Business Model / Processes
- ✓ Dispensing Data Review

**Registrant Diligence:**

- ✓ Licensure & Registration
- ✓ Questionnaires (If Applicable)
- ✓ Dispensing Data (If Applicable)

**Threshold Establishment**

## Monitoring

**Ongoing Diligence:**

- ✓ Event Triggered Reviews
- ✓ Data Analysis - Outlier Identification
- ✓ HQ Follow Up / Site Visits

**Threshold Management (TCRs):**

Business Justification

- ✓ Dispensing Data
- ✓ Independent Retail Specific
  - Recent Questionnaire (12M)
  - Personnel Information

**Suspicious Order Reporting**

## Statistics, Analytics & Diversion Trends

28 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448623

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 30 of 42. PageID #: 451733

P1.1437.29

MCKMDL00448624

MCKMDL00448625



P1.1437.30

P1.1437.31

MCKMDL00448626

P1.1437.32



MCKMDL00448627

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 34 of 42. PageID #: 451737

**P1.1437.33**

MCKMDL00448628

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 35 of 42. PageID #: 451738

P1.1437.34

MCKMDL00448629

P1.1437.35



MCKMDL00448630

P1.1437.36

MCKMDL00448631

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 38 of 42. PageID #: 451741

P1.1437.37

MCKMDL00448632

P1.1437.38

# McKesson CSMP | Education & Awareness

MCKESSON

## Red Flags

There are numerous "red flags" indicating possible prescription drug misuse, abuse and diversion. Some common red flags suggested by the DEA and certain state boards of pharmacy include:

### Pattern Prescribing

Pharmacists need to be particularly alert for prescriptions for the same drugs, quantities or diagnosis codes coming from the same doctor. Further, the use of rubber stamps is another key red flag.

### Antagonistic Drugs

Look for prescriptions written for antagonistic drugs (e.g., depressants and stimulants).

### Drug Cocktails

Flag and scrutinize prescriptions for drug cocktails (e.g., opioids with benzodiazepines and/or carisoprodol).

### Large Quantities

Look at the quantities. High doses and/ or high quantities of drugs are often a key indicator of abuse.

### Doctor Patterns

Be on the lookout for doctors that write significantly more prescriptions compared to other doctors in your area.

### Beyond Specialty

Question prescriptions written by doctors for infirmaries not consistent with their area of specialty (e.g., dentist writing ADHD prescriptions).

### Geographic Flags

Notice geographic anomalies, such as prescriptions written by a local prescriber for out-of-state patients, or situations in which the pharmacy is not near the patient or the prescriber.

### Unlikely Coincidences

Situations such as customers with shared addresses presenting similar prescriptions from the same physician on the same day can also prove fraudulent.

### False Caregivers

Further, you will want to scrutinize customers presenting prescriptions for other people.

### Cash Payments

Customers paying cash may require additional scrutiny.

### Early Refills

Customers requesting early refills of controlled substances should be questioned and may require additional scrutiny.

### Suspicious Behavior

Look for signs of nervousness such as being overly talkative, agitated, emotionally volatile, evasive, etc.

### Signs of Forgery

Fraudulent or forged prescriptions can often be identified by the following characteristics:

- False contact information
- Misspellings
- Photocopies
- Alterations to prescriptions
- Different inks or handwriting
- Quantity, directions or dosages differ from usual medical usage
- No abbreviations used or non-standard abbreviations

Prescription Drug Al
Landscape

Current Drug Abuse Trends
Overdose Mortality Rates per 100,000 People (2010

What Can You Do? Practical Tips

| Medication | Dosage Units Annually |
|---|---|
| Hydrocodone | 131,381 |
| Oxycodone | 75,584 |
| Methadone | 12,500 |
| Morphine | 11,788 |
| Hydromorphone | 5,900 |
| Oxymorphone | 2,100 |

MCKMDL00448633

P1.1437.39

MCKESSON

# Agenda

Scope of Problem

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

**Discount Drug Mart Program Overview**

Q & A | Open Discussion

## Controlled Substances | Discount Drug Mart CSMP

### Discussion Topics:

- Overview of Pharmacy Business
- Regulatory/Compliance Structure
- Policies & Procedures
- Training & Education
- Analytics, Monitoring & Follow Up
- Known Outliers

Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 42 of 42. PageID #: 451745

P1.1437.41

MCKESSON

Q&A

41 7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448636