EXHIBIT 67

```
  1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
  2                    EASTERN DIVISION

  3
      IN RE: NATIONAL          )
  4   PRESCRIPTION             )   MDL No. 2804
      OPIATE LITIGATION        )
  5   _____   )   Case No.
                               )   1:17-MD-2804
  6                            )
      THIS DOCUMENT RELATES    )   Hon. Dan A.
  7   TO ALL CASES             )   Polster

  8
                  WEDNESDAY, AUGUST 1, 2018
  9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 10              CONFIDENTIALITY REVIEW
 11                       - - -
 12         Videotaped deposition of Nathan J.
 13   Hartle, held at the offices of Covington &
 14   Burlington, LLP, One City Center, 850 Tenth
 15   Street Northwest, Washington, DC, commencing
 16   at 9:03 a.m., on the above date, before
 17   Carrie A. Campbell, Registered Diplomate
 18   Reporter, Certified Realtime Reporter,
 19   Illinois, California & Texas Certified
 20   Shorthand Reporter, Missouri & Kansas
 21   Certified Court Reporter.
 22                       - - -
                 GOLKOW LITIGATION SERVICES
 23        877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
 24

 25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   is a national policy for McKesson, right?
 2             MS. HENN:  Objection to form.
 3   QUESTIONS BY MR. RAFFERTY:
 4        Q.   Covers --
 5        A.   It covers our -- all of our
 6   segments.
 7        Q.   Yeah, it covers everybody,
 8   right?
 9             Every customer that you're
10   selling narcotic painkillers to is supposed
11   to be -- McKesson is supposed to be
12   monitoring them and implementing through
13   regulatory affairs the controlled substance
14   monitoring program, correct?
15        A.   Correct.
16        Q.   Okay.  There's not -- because
17   we saw those two regions, the east region and
18   the west region.  There's not a CSMP east
19   with different policies and procedures and a
20   CSMP west with different policies and
21   procedures, is there?
22        A.   There's not.
23        Q.   Okay.  It's just one CSMP?
24        A.   Correct.
25        Q.   And that CSMP covers both the
```

```
 1   ISMC -- the ISMC customers as well as the RNA
 2   customers, correct?
 3              MS. HENN:  Objection to form.
 4              THE WITNESS:  It does, with
 5        some -- I'm sure we'll talk about this
 6        later -- some unique differences for
 7        this particular chain group.
 8   QUESTIONS BY MR. RAFFERTY:
 9        Q.    Right.
10              You treat the RNAs in some ways
11   differently than you treat the small
12   pharmacies, right, or the small chain
13   pharmacies?
14              MS. HENN:  Objection to form.
15   QUESTIONS BY MR. RAFFERTY:
16        Q.    Inside the CSMP.
17        A.    We do.  Have made adjustments
18   based on the characteristics of that segment
19   in different parts of our program.
20        Q.    Okay.  I didn't ask you why.
21        A.    Okay.
22        Q.    My question was:  You treat
23   them differently inside the CSMP, that you
24   treat the retail national accounts in some
25   ways in the CSMP differently than the ISMCs,
```

```
 1   correct?
 2              MS. HENN:  Objection to form.
 3              THE WITNESS:  In some ways we
 4       treat them different to accomplish the
 5       same goals.
 6   QUESTIONS BY MR. RAFFERTY:
 7       Q.     So my answer would be yes?
 8              MS. HENN:  Objection to form.
 9              THE WITNESS:  We do treat them
10       differently in some ways.
11   QUESTIONS BY MR. RAFFERTY:
12       Q.     Okay.  Thank you.
13              All right.  I want to talk for
14   a few minutes about the opioid epidemic in
15   the United States.
16              First of all, you agree that
17   there is, in fact, an opioid epidemic in the
18   United States, true?
19       A.     I do agree.
20       Q.     And that epidemic has been
21   going on for years, correct?
22       A.     Based on what I read and what I
23   know, absolutely.
24       Q.     Well, you actually read and
25   know a lot of about the epidemic that's going
```

```
 1   on in the country, don't you?
 2              MS. HENN:  Objection to form.
 3              THE WITNESS:  I do.  That's
 4         part of my responsibility -- my
 5         business.
 6   QUESTIONS BY MR. RAFFERTY:
 7         Q.    Yeah.
 8               In fact, that's a big part of
 9   your business is knowing exactly what's going
10   on in the country in terms of the abuse of
11   narcotic painkillers, right?
12         A.    It's part of my responsibility.
13         Q.    Okay.
14         A.    It's why I do what I do.
15         Q.    All right.  In fact, you would
16   agree that this epidemic has had a
17   devastating effect on public health and
18   welfare throughout the country, true?
19         A.    It has.
20         Q.    And in fact, you have spoken
21   and actually given presentations about the
22   opioid epidemic in the country, correct?
23         A.    I have.
24         Q.    In fact, would you agree that
25   the opioid epidemic in the United States of
```

```
 1   America is the deadliest drug epidemic on
 2   record in our country's history?
 3        A.    I'm not an epidemiologist, but
 4   I would believe, yes.
 5        Q.    Okay.  Well, let's look at
 6   1437.3, which we will mark as Exhibit 41 --
 7   42.
 8             (McKesson-Hartle Exhibit 42
 9        marked for identification.)
10   QUESTIONS BY MR. RAFFERTY:
11        Q.    All right, Mr. Hartle.  You see
12   this controlled substance monitoring,
13   Discount Drug Mart?
14             Do you recognize that?
15        A.    I absolutely do.
16        Q.    Okay.  And it appears, though
17   this one does have a date on it, it's
18   September 29, 2017.  So not really all that
19   long ago, right?
20        A.    Correct.
21        Q.    Okay.  Less than a year ago,
22   right?
23        A.    That is.
24        Q.    And you see down there Nate
25   Hartle, senior director, regulatory affairs,
```

```
 1   right?
 2        A.    Yeah, it's my document.
 3        Q.    Okay.  Do you recall giving
 4   this presentation?
 5        A.    I do.
 6              MR. RAFFERTY:  If we could,
 7        let's turn to .3, Corey.
 8   QUESTIONS BY MR. RAFFERTY:
 9        Q.    You see that up in the top of
10   one of your slides there on page 3, a
11   headline, "Deadliest Drug Epidemic on Record
12   in Our Nation's History"?
13              Do you see that?
14        A.    Yep.
15        Q.    You wouldn't have put that in
16   your presentation unless you thought it was
17   true, right?
18        A.    No.
19        Q.    So you don't dispute that,
20   right?
21        A.    I do not.
22        Q.    Okay.  It then goes on and
23   says, "The drug problems of past decades pale
24   when compared to the current opioid epidemic
25   which has killed 165,000 Americans from 2000
```

```
 1    to 2014."
 2              Did I read that right?
 3        A.    You did.
 4        Q.    Okay.  Once again, you agree
 5    with that statement, right?
 6        A.    These are part of the
 7    presentation that I gave.
 8        Q.    Okay.  If we now go to the next
 9    page, page 4, it says over there, "Scope of
10    the problem."  On an average day, an average
11    day in the US, more than 650,000 opioid
12    prescriptions are dispensed.
13              Do you see that?
14        A.    I do.
15        Q.    3,900 people initiate
16    non-medical use of prescription opioids, and
17    then it says 580 people initiate heroin use.
18              You see that?
19        A.    I see those.
20        Q.    And in fact, opioid abuse and
21    addiction is a gateway to heroin use and
22    addiction, correct?
23              MS. HENN:  Objection to form.
24              THE WITNESS:  I'm not a medical
25         expert, but, you know, I've read
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           things, I use data from different
 2           sources, and they say that.
 3   QUESTIONS BY MR. RAFFERTY:
 4       Q.    I don't -- okay.  As head of
 5   regulatory affairs and the controlled
 6   substance monitoring program for national
 7   chains of McKesson, would you agree that in
 8   fact narcotic painkiller abuse, opioid abuse,
 9   is a gateway to heroin use?
10              MS. HENN:  Objection to form.
11              THE WITNESS:  I would agree
12         that it can be, yeah.
13   QUESTIONS BY MR. RAFFERTY:
14       Q.    Okay.  And in fact, 78 people
15   die from an opioid-related overdose every day
16   according to your slide.
17              Do you see that?
18       A.    I see that.
19       Q.    In fact, if you go on to your
20   presentation, page 16, .16, talking about the
21   heroin use, it says -- or what you say in
22   your presentation, or what you put in your
23   presentation, was people who are addicted
24   to -- and then it says, "Opioid painkillers
25   are 40 times more likely to be addicted to
```

```
 1   heroin."
 2              Do you see that?
 3       A.     I see that.
 4       Q.     And you agree with that?
 5       A.     I put them in the slides as
 6   part of the information that I keep current
 7   on.
 8       Q.     You agree with that?
 9       A.     Again, I'm not an expert in
10   terms of numbers, but I agree with what
11   they're putting out.
12       Q.     Okay.
13       A.     The concepts --
14       Q.     And you wouldn't have put it
15   out there if you thought it was inaccurate,
16   right?
17       A.     I would not have.
18       Q.     Okay.  Talking about the
19   heroin, the gateway to heroin, if we could,
20   let's have 1580.
21              (McKesson-Hartle Exhibit 43
22       marked for identification.)
23   QUESTIONS BY MR. RAFFERTY:
24       Q.     This is another presentation
25   that you gave, Mr. Hartle.  We'll mark this
```

```
 1   as Exhibit 43.  This is another presentation
 2   that you gave.  If you look at this --
 3            MR. RAFFERTY:  Corey, if you
 4       could pull it up, please, 1.580 --
 5       1.1580.
 6            All right.  Just give me the
 7       Elmo.  I'll just use the Elmo.
 8   QUESTIONS BY MR. RAFFERTY:
 9       Q.   You see there it says,
10   "Regulatory affairs update, RNA leadership
11   team, Nate Hartle, senior director,
12   regulatory affairs."
13            Do you see that?
14       A.   Yes.
15       Q.   November 20, 2015.
16            You see that?
17       A.   I do.
18       Q.   Okay.  Do you recall giving
19   this presentation?
20       A.   I'm going to scan through it
21   real quick just so I can refresh --
22       Q.   Well, let me -- and feel free
23   to, but I'm just going to -- I'm going to
24   start with the second page, so...
25       A.   I -- I believe it was a
```

```
 1   conference call, maybe.  I don't remember
 2   exactly all the details from back then, but
 3   this is my work, yeah.
 4        Q.    It doesn't matter.  This is
 5   your work.
 6        A.    Yeah.
 7        Q.    That's all I wanted to get.
 8              Okay.  So if you look here it
 9   says, "Addressing prescription drug abuse and
10   heroin use."  And you see it's got a little
11   flow chart, you see?
12              And it goes from the 259
13   million prescriptions of opioids and then --
14   which goes into prescription drug misuse
15   resulting in 1.4 million emergency room
16   visits in 2011.
17              And then that follows with
18   "four out of five users started by
19   misusing" -- in terms of heroin use, "four
20   out of five users started by misusing
21   prescription opioids."
22              You see that?
23        A.    I see that.
24        Q.    And then overdose, "16,000
25   prescription opioid deaths; heroin overdoses
```