# EXHIBIT 76

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3   IN RE: NATIONAL          )   MDL No. 2804
     PRESCRIPTION OPIATE      )
 4   LITIGATION,              )   Case No.
                              )   1:17-MD-2804
 5                            )
     THIS DOCUMENT RELATES TO )   Hon. Dan A.
 6   ALL CASES                )   Polster
                              )
 7

 8                    __ __ __
 9           Thursday, December 13, 2018

                      __ __ __
10

11     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
               CONFIDENTIALITY REVIEW

                      __ __ __
12

13

14

15        Videotaped Deposition of JOLYNN
     COLEMAN, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:15 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.

19

20

21

                      __ __ __
22

           GOLKOW LITIGATION SERVICES
23       877.370.DEPS | fax 917.591.5672
                deps@golkow.com
24

25
```

 1     other people in the same role?

 2          A.    That's kind of not -- can you

 3     repeat what I'm --

 4          Q.    Sure.  So let's imagine that we

 5     had a car dealership.  We passed a few of

 6     them on the way in.  You have five car

 7     dealers all working at the GMC dealership

 8     down the road.  And each of the five dealers

 9     works the whole year, and one of them sells

10     five times as many pickup trucks as everybody

11     else.  That's the type of performance that

12     the owner of the dealership is going to know

13     about.  They're going to say, "This person

14     sold a lot more trucks."  And it's going to

15     be potentially reflected in their

16     evaluations.  It might be reflected in the

17     form of a bonus.  It might be something that

18     leads to advancement.  Okay?

19               So I'm trying to understand, in

20     your role as a buyer, you described earlier

21     your job was to make sure that you supplied

22     the volume necessary to supply the stores and

23     meet the needs at the stores.

24               Do you recall we had that

25     conversation?

1        A.    That's correct.

2        Q.    And you also mentioned that

3 price was an important component.  Not the

4 only component, but one of them; right?

5        A.    Correct.

6        Q.    And part of securing the best

7 price is the negotiation that you would

8 engage in with the supplier, whether that's a

9 manufacturer or a wholesaler.

10       A.    Correct.

11       Q.    Okay.  Were your contract

12 negotiations or your purchases measured up

13 against others in the same role within

14 Walmart?

15       A.    No.

16       Q.    Okay.  Who was your direct

17 supervisor when you became a pharmacy buyer

18 for Walmart?

19       A.    Initially it was Frank Segrave.

20       Q.    Changed over time?

21       A.    Yes.  Then it was Bruce

22 Painter.  Then it was Sandy Kinsey.

23       Q.    And when you became a senior

24 pharmacy buyer, was Sandy Kinsey still your

25 direct supervisor?

Highly Confidential - Subject to Further Confidentiality Review

```
1          A.      Yes.

2          Q.      Anyone else?

3          A.      No.

4          Q.      Okay.

5                  MR. ECKLUND:  Let's take our

6          first break.

7                  THE VIDEOGRAPHER:  We are going

8          off the record at 9:25 a.m.

9                  (Recess taken, 9:25 a.m. to

10         9:44 a.m.)

11                 THE VIDEOGRAPHER:  We are back

12         on the record at 9:44 a.m.

13                 MR. ECKLUND:  Welcome back,

14         Ms. Coleman.

15                 THE WITNESS:  Thank you.

16         Q.      (BY MR. ECKLUND)  Just a few

17   follow-up questions from this morning.  You

18   mentioned in passing a mail pharmacy program.

19   Did you purchase for mail order?

20         A.      Can you define what

21   specifically?

22         Q.      Sure.

23                 So did Walmart provide

24   prescriptions for individuals that only

25   arrived at a physical store or did they also
```

1    ship prescriptions to individuals at their

2    homes via mail?

3          A.     We did have a mail order

4    pharmacy.

5          Q.     When did the mail order

6    pharmacy begin?

7          A.     I don't know the opening.  I

8    was transferred to be the general manager of

9    that facility and was in that role there for

10   right at six years.

11         Q.     Did the mail order pharmacy

12   program dispense controlled substances?

13         A.     Yes.

14         Q.     Do you recall any specific

15   controlled substances that were distributed

16   by the mail order program?

17         A.     I don't recall specifically,

18   but we had controlled substances that were

19   dispensed.

20         Q.     Were there any limitations in

21   the controlled substances that you would

22   dispense via mail?

23                MR. CARTER:  Object to the

24         form.

25         Q.     (BY MR. ECKLUND)  For example,

Highly Confidential - Subject to Further Confidentiality Review

1    any particular drug product?  Oxymorphone,

2    hydromorphone, hydrocodone?  Were all of

3    those available via mail program?

4         A.    Yes.

5         Q.    Were there limitations on how

6    many pills you might dispense?  If the

7    prescribing physician had said, "You can have

8    50 pills," would you ship 50 pills via the

9    mail program?

10              MR. CARTER:  Object to the

11         form.

12              THE WITNESS:  We would follow

13         whatever the state allows for the

14         controlled substance and what the

15         physician has ordered.

16         Q.    (BY MR. ECKLUND)  All right.

17   You also mentioned that your title changed

18   from pharmacy buyer to senior pharmacy buyer.

19   Was that change prompted by strong

20   evaluations?  Was it based on seniority?  Do

21   you have an understanding of why your title

22   changed?

23         A.    Other than performance, I don't

24   recall.

25         Q.    Okay.  Have you reviewed any of

1    the complaints filed in either state or

2    federal court that are included in the

3    multidistrict litigation?

4         A.    No.

5         Q.    And when I say "the

6    multidistrict litigation," I mean all of

7    those cases that are currently consolidated

8    and centralized before Judge Polster in

9    Cleveland, Ohio.  So that's what I'm

10   referring to.

11        A.    I have not.

12        Q.    Are you familiar generally with

13   the defendants that are named in this case,

14   beyond Walmart?

15        A.    No.

16        Q.    Are you familiar with the

17   plaintiffs?

18        A.    No.

19        Q.    Do you know whether they're

20   individuals or public entities?

21        A.    I do not.

22        Q.    Can we agree that there is an

23   opioid epidemic in the United States today?

24        A.    I believe there's a crisis, an

25   opioid crisis.

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    What's the difference between

2  an opioid epidemic and an opioid crisis?

3    A.    I'm not a -- someone who can

4  define what an epidemic is, but, you know, I

5  will say one way or the other.

6    Q.    When did you become aware of

7  the opioid crisis?

8    A.    Probably in the last five years

9  or so.  Six years.

10    Q.    How did you become aware of the

11  opioid crisis in 2012?  Or 2013?

12    A.    Just what's in the news or what

13  I hear being at the office.

14    Q.    So at the office you have

15  discussions about the opioid crisis between

16  2012 and 2013?

17    A.    I can't recall when.

18    Q.    Do you have a recollection of

19  any of those discussions?

20    A.    I don't recall specific

21  discussions around the opioid crisis.

22    Q.    Would those have been formal

23  meetings or informal watercoolers?

24    A.    Just informal.

25    Q.    Just conversations around the

1    coffee pot or the watercooler around the

2    office?

3         A.    I really don't recall where

4    they were.

5         Q.    Do you recall having any

6    conversations with anyone in particular?

7         A.    No.

8         Q.    You mentioned news.  Are you

9    talking about written news?  Like a

10   newspaper?  Online internet?  Or television

11   news?

12        A.    Either.

13        Q.    Both?

14        A.    Both.

15        Q.    When you watch television news,

16   what channels do you most often watch?

17        A.    I don't really specifically

18   watch any one over the other.

19        Q.    So local news?

20        A.    Yeah.

21        Q.    CNN?

22        A.    Possibly.

23        Q.    Fox News?

24        A.    Possibly.

25        Q.    CNBC?

1          A.      Yes.

2          Q.      MSNBC?

3          A.      I'm not --

4          Q.      You're completely open to

5      whatever newscaster is on.  You're open to

6      listening and paying attention --

7          A.      I don't watch a lot of news

8      personally, but yeah.

9          Q.      So television news is not a big

10     part of your life?

11         A.      Correct.

12         Q.      How about reading the

13     newspaper?  Is it a habit?

14         A.      No.

15         Q.      What about reading online news?

16     Is that a habit?

17         A.      Online news?  No.

18     Occasionally.

19         Q.      Once or twice a week?

20         A.      Yes.

21         Q.      But not daily?

22         A.      Not daily.

23         Q.      Okay.  When you say "crisis,"

24     what do you mean by crisis?

25         A.      Just that -- crisis is that

1    there's a -- just an opportunity with a

2    product, or -- I don't really know the

3    definition of a crisis, but ...

4         Q.    That's okay.  Let's see if we

5    can reach agreement.

6              So I looked up on

7    Merriam-Webster's Dictionary the word

8    "crisis."

9              And there are a few definitions

10   available.  We've got definition of crisis A:

11   "The turning point for better or worse in an

12   acute disease or fever?"

13             And you can see it on the

14   screen now.  Correct?  Ms. Coleman, you can

15   see the Merriam-Webster's website on the

16   large screen in the room?

17        A.    Yes.

18        Q.    Okay.  And you can see it says

19   "Merriam-Webster since 1828," and you can see

20   I looked up the word "crisis"?

21        A.    Yes.

22        Q.    And I'm going to read it.  If I

23   misread it, just stop me.

24             Definition of crisis.

25             "The turning point for better

1  or worse in an acute disease or fever."

2              B: "a paroxysmal attack of

3  pain, distress, or disordered function."

4              C: "an emotionally significant

5  event or radical change of status in a

6  person's life."  And then there's -- midlife

7  crisis is an example.

8              Following below, we have

9  definition 2, "the decisive moment, as in a

10  literary plot."

11              And 3A and 3B:  "An unstable or

12  crucial time or state of affairs in which a

13  decisive change is impending, especially one

14  with the distinct possibility of a highly

15  undesirable outcome."  Examples being a

16  financial crisis, or the nation's energy

17  crisis.

18              And then B: "a situation that

19  has reached a critical phase."  The

20  environmental crisis, and the unemployment

21  crisis being examples.

22              When you used the word

23  "crisis," do any of those definitions fit

24  your understanding of the word "crisis" as

25  you were using it when we talked about the

Highly Confidential - Subject to Further Confidentiality Review

```
1    opioid crisis?

2         A.    Yes.

3         Q.    Which one?

4         A.    Several of them.

5         Q.    Why don't you identify the ones

6    that do.

7         A.    "A turning point for better or

8    worse."

9         Q.    Okay.  So --

10        A.    "A decisive moment."

11        Q.    1A, 2.  Okay.

12              What about 3A or 3B?

13        A.    I would say both of them.

14        Q.    Okay.  So when you use the word

15   "crisis" today, I'm going to keep your

16   understanding of that word in mind; is that

17   fair?

18        A.    That's fair.

19        Q.    I want to make sure we have an

20   understanding of what each other -- of what

21   I'm saying to you and what you're saying to

22   me.  And if there's a word that I used today

23   and you want me to look it up and you want a

24   dictionary --

25        A.    Okay.
```

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    -- totally fine.  Okay?

2         Can we agree that over the past

3    year the opioid crisis has gained visibility

4    in our society?

5    A.    Yes.

6    Q.    Are you aware that

7    President Trump has identified the opioid

8    epidemic as he referred to it as a "public

9    health emergency"?

10    A.    Yes.

11    Q.    Do you agree with that

12    characterization by President Trump that the

13    opioid crisis or opioid epidemic is a "public

14    health emergency"?

15    A.    I think it's a public health

16    concern, personally, my personal opinion.

17    Q.    Okay.  That's all right.  You

18    don't have to agree or disagree with the

19    President.  I'm just asking your opinion.

20    A.    Yeah.

21    Q.    Are you aware that a national

22    commission and a commission of state

23    governors have issued recommendations for

24    action to address the opioid epidemic?

25    A.    I'm not aware of that.

Highly Confidential - Subject to Further Confidentiality Review

```
1              Q.     Are you aware that many of the
2    concerns that have been raised by elected
3    officials stem from the fact that in 2016,
4    more than 11 million Americans misused
5    prescription opioids?
6                     MR. CARTER:  Object to the
7         form.
8                     MR. WATTS:  Object to the form.
9                     MR. ECKLUND:  Are you aware?
10                    THE WITNESS:  Can you restate
11        that?
12                    MR. ECKLUND:  Sure.
13             Q.     (BY MR. ECKLUND)  Are you aware
14   that in 2016, more than 11 million Americans
15   misused prescription opioids?
16                    MR. CARTER:  Object to the
17        form.
18                    THE WITNESS:  I don't
19        specifically know that number.
20             Q.     (BY MR. ECKLUND)  Are you aware
21   that the number of opioid-related deaths have
22   more than quadrupled since 1999?
23                    MR. CARTER:  Object to the
24        form.
25                    THE WITNESS:  I don't know the
```

1    details on that.

2         Q.    (BY MR. ECKLUND)  It's not

3    something that you're aware of in your role

4    as a purchaser or buyer of pharmaceutical

5    drugs including prescription opioids for

6    Walmart?

7              MR. CARTER:  Same objection.

8              THE WITNESS:  I'm not aware of

9         the details of that, no.

10             MR. ECKLUND:  Okay.

11        Q.    (BY MR. ECKLUND)  I'd like to

12   shift to some of the supply and demand

13   concerns for healthcare generally and

14   pharmaceuticals specifically because it's a

15   unique market.  And I'd like to talk about

16   some of those unique elements of prescription

17   drugs.  Okay?  Can we do that?

18        A.    Yes.

19        Q.    Okay.  Can we agree that buying

20   and selling for health and wellness and

21   prescription drugs in particular is different

22   than how other departments within Walmart

23   might operate?  For example, let's use blue

24   jeans or a dozen eggs or a book.

25        A.    I've never bought in other

```
 1    areas of Walmart.

 2              Q.      Okay.

 3              A.      So I would --

 4              Q.      That's okay.  We'll get there.

 5                      If I wanted to go into a store

 6    today and buy 50 pills, prescription pills,

 7    but I don't have a prescription, I can't do

 8    it.  Is that right?  Without a prescription,

 9    I can't purchase prescription drugs?

10              A.      Correct.

11              Q.      But I can go in and buy a dozen

12    eggs from Walmart if they're available for

13    sale?

14              A.      Correct.

15              Q.      And I could buy blue jeans?

16              A.      Correct.

17              Q.      Or a book?

18              A.      Yes.

19              Q.      Anything else in the store that

20    has restrictions that you're aware of?

21              A.      Probably firearms.

22              Q.      Firearms.

23              A.      Alcohol.

24              Q.      Okay.  Does that make sense to

25    you?  Firearms should be --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A.      I don't have one way --

 2              Q.      No, I'm saying does it make

 3     sense that firearms might be something where

 4     there would be additional restrictions on

 5     purchase and sales?

 6              A.      Yes.

 7              Q.      Anything besides firearms and

 8     prescription drugs come to mind?

 9              A.      Alcohol.

10              Q.      Alcohol.  Does that one make

11     sense to you as well?

12              A.      I don't -- I just know there

13     are restrictions as a purchaser.

14              Q.      Okay.

15              A.      That's really all I have to add

16     there.

17              Q.      And tobacco as well?

18              A.      Yes.

19              Q.      Okay.  Now, you mentioned

20     firearms, alcohol, and I mentioned tobacco to

21     you.

22                      So let's talk about those, and

23     then we'll talk about prescription drugs.

24                      Most individuals who purchase

25     alcohol purchase alcohol to consume the
```

Highly Confidential - Subject to Further Confidentiality Review

1    alcohol because they enjoy the alcohol.  Is

2    that basically consistent with your

3    understanding of why people might buy

4    alcohol?

5         A.    I don't know why people buy

6    alcohol.  I don't know.  I mean ...

7              MR. CARTER:  I didn't have the

8         time at the break, but I would object

9         to the form of that question.

10             MR. ECKLUND:  That's fine.

11        Q.    (BY MR. ECKLUND)  Tobacco, most

12   people purchase it for personal use.  They

13   enjoy smoking tobacco.  They enjoy chewing

14   tobacco.  Maybe they're addicted, but they

15   use tobacco themselves?

16             MR. CARTER:  Same objection.

17        Q.    (BY MR. ECKLUND)  What's your

18   understanding of why people purchase

19   prescription drugs?  You're a pharmacist.

20   Why do people most often buy prescription

21   drugs?  Is it because they like ingesting

22   pills or is it because they're looking for a

23   health benefit?

24        A.    They likely have a diagnosed

25   health condition and are seeking treatment of

1    that condition.

2        Q.    Okay.  So they're looking to

3    treat a health condition.  They're looking to

4    improve their quality of life?

5              MR. CARTER:  Object to the

6        form.

7              THE WITNESS:  Possibly.

8        Q.    (BY MR. ECKLUND)  Possibly?

9    Perhaps a little longer life?  Maintain or

10   manage a condition so that you can live a

11   full and complete life?

12             MR. CARTER:  Form.

13             THE WITNESS:  Possibly.

14       Q.    (BY MR. ECKLUND)  Possibly?

15             So consumers purchase and

16   ingest pharmaceuticals most often because of

17   the role they can play in improving or

18   maintaining their health.  Is that fair?

19       A.    Yes.

20       Q.    Okay.  In your role as a

21   pharmacy buyer for Walmart, did you also

22   purchase over-the-counter drugs?

23       A.    I did purchase a small part of

24   over-the-counter; the dosing spoons and

25   things like that.

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    Okay.

2    A.    For a small period of time.

3    Q.    Anything beyond dosing spoons?

4    A.    I did have the blood pressure,

5    diabetes -- the section of devices for a

6    short period of time.

7    Q.    You said "blood pressure,

8    diabetes."  Do you mean blood pressure --

9    A.    Blood pressure monitors.

10    Q.    -- monitors.  And then

11    diabetes.  Blood sugar testing devices?

12    A.    Yes.

13        MR. CARTER:  You've done a

14        pretty good job, but try not to talk

15        over each other.

16        THE WITNESS:  Sorry.

17        MR. CARTER:  So let him finish

18        and then you can --

19        THE WITNESS:  Okay.

20    Q.    (BY MR. ECKLUND)  That's okay.

21    We're doing well, and we'll keep trying.

22        So when you're talking about

23    blood sugar testing devices, you're talking

24    about test strips, needles that diabetics may

25    need to use to get a drop of blood so they