# EXHIBIT 80

```
 1              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3   IN RE: NATIONAL              )    MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION,                  )    Case No.
                                  )    1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )    Hon. Dan A.
 6   ALL CASES                    )    Polster
                                  )
 7
 8                       — — —
 9              Friday, January 11, 2019
                         — — —
10
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
                         — — —
12
13
14
15    Videotaped Deposition of DEBBIE HODGES, held
      at 4206 South J.B. Hunt Drive, Rogers,
16    Arkansas, commencing at 8:15 a.m., on the
      above date, before Debra A. Dibble, Certified
17    Court Reporter, Registered Diplomate
      Reporter, Certified Realtime Captioner,
18    Certified Realtime Reporter and Notary
      Public.
19
20
21
                         — — —
22
               GOLKOW LITIGATION SERVICES
23         877.370.3377 │ fax 917.591.5672
                  deps@golkow.com
24
25
```

```
 1         A.    It's the number of orders of
 2   interest.
 3         Q.    Orders of interest.  Okay.
 4   You'll see the subpoint there.  It says, "67
 5   alerts were for controlleds which represents
 6   48 percent of the alerts."
 7               Did Reddwerks flag orders that
 8   were not controlled substances?
 9         A.    Yes.
10         Q.    Okay.  So this -- so the
11   balance, 142, minus 67.  The balance would be
12   for non-controlleds; is that right?
13         A.    Correct.
14         Q.    Okay.  I'm going to continue
15   down to the next bullet.  25 alerts were sent
16   to practice compliance for further review.
17               Do you see that?
18         A.    I do.
19         Q.    Now, I want to understand what
20   that means in the context of the process we
21   were discussing for the better part of today.
22               Is this -- are these 25 alerts
23   sent from the SOM group that you oversaw to
24   the practice compliance group?
25         A.    67.  Number of total
```

```
 1      represents --
 2              (Sotto voce document review by
 3      the witness.)
 4              So the practice -- so --
 5              MS. TABACCHI:  I'm going to
 6      just object to the form.
 7              THE WITNESS:  Yeah, I didn't --
 8              So the practice and compliance,
 9      25 alerts.  The practice and
10      compliance team would be -- to my
11      recollection would be the -- well, do
12      you know what?  I'm just -- I'm not
13      sure, the practice and compliance,
14      what it means in this context.
15      Q.    (BY MR. INNES)  Okay.  So this
16  is a -- again, a weekly update.
17      A.    Yeah.  It is.
18      Q.    Yeah.
19              So do you receive these on a
20  weekly basis?
21      A.    I did.  Yes, I did.
22      Q.    Okay.
23              And it comes from Nick Tallman.
24  Who is Nick Tallman?
25      A.    He's a direct report of mine.
```

1  Q. So they typically come from
2  Nick?
3  A. They do. He drafted it. I
4  didn't draft it, but he did.
5  Q. Sure. Because Nick drafts this
6  email and sends it to you; right?
7  A. Correct.
8  Q. At the top it says "Debbie"?
9  A. Correct.
10 Q. Did you review these on a
11 weekly basis?
12 A. I read them on a weekly basis.
13 Q. And did you understand what
14 they meant on a weekly basis?
15 A. Well, I did at the time. I'm
16 just saying I'm -- I'm not sure if it -- if
17 this 25 was to -- was to the SOM team or to
18 Roxy's team.
19 Q. Well, isn't Roxy's team known
20 as practice compliance?
21 A. The -- yes.
22 Q. Okay. So the SOM update is 25
23 alerts were sent to practice compliance.
24 A. Mm-hmm.
25 Q. Does that mean that 25 alerts

1  were sent from logistics to practice

2  compliance for further review?

3       A.    It means that 25 of the total

4  alerts were sent to the practice and

5  compliance team.  To the -- to the Roxy team.

6       Q.    Okay.  So we see here that

7  there's 142 total alerts.

8       A.    Mm-hmm.

9       Q.    So does that mean that of the

10 142, all but 25 were cleared for shipment?

11           MS. TABACCHI:  Object to the

12       form.

13           THE WITNESS:  No.  It means

14       that there were just -- these were

15       just the -- these were just the

16       alert -- oops, sorry, I've got my cell

17       phone.

18           So it means that 25 were sent

19       to compliance.  So it may mean that --

20       I'm not going to speculate.

21           So it means that 25 were sent

22       to Roxy and team.

23      Q.    (BY MR. INNES)  Okay.  So what

24 happened to the balance of those?  The ones

25 that weren't sent to Roxy?

Highly Confidential - Subject to Further Confidentiality Review

```
1          A.     You know --
2                 MS. TABACCHI:  Object to the
3          form.
4                 THE WITNESS:  In this
5          circumstance, I can't tell you what
6          happened to them.
7          Q.     (BY MR. INNES)  Why is that?
8          A.     Well, because I don't have the
9    context.  I would have asked the question at
10   the time, but I don't recollect.  That's why.
11                I don't recollect what happened
12   to them.
13         Q.     So you would have made an
14   inquiry at some point from one of your direct
15   reports regarding the disposition of alerts;
16   is that right?
17         A.     I would have made an inquiry to
18   a lot of things on this document.  We -- we
19   talked about a lot of different things.  I
20   don't know -- I don't even recall if I
21   specifically asked that, but the -- we -- I
22   talk about a lot of different things on this
23   document.
24         Q.     All right.  And, you know, your
25   prior testimony, I believe, was when we were
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      discussing alerts that were reviewed by your
 2      team, that you didn't inquire as to the
 3      disposition of those alerts following the
 4      review.
 5                MS. TABACCHI:  Object to the
 6          form.
 7                THE WITNESS:  Can you repeat
 8          that, please?
 9                MR. INNES:  Sure.
10          Q.    (BY MR. INNES)  I believe your
11      prior testimony was quite clear that you did
12      not inquire as to the disposition of orders
13      of interest that were reviewed by the SOM
14      team until the meeting you had with Roxy or
15      Miranda or their designees.
16                MS. TABACCHI:  Object to the
17          form.
18                THE WITNESS:  So I get -- I
19          do -- I did get this written update,
20          and if I had questions at the time, I
21          asked questions.
22                I can't tell you if I asked
23          questions here.  I can tell you that I
24          asked questions on -- about -- from
25          this page, because I asked the team in
```

```
 1            their one-on-ones the different -- the
 2            questions where I have questions, but
 3            I can't tell you if I asked questions
 4            on that.
 5       Q.    (BY MR. INNES)  On this
 6   particular --
 7       A.    Correct.
 8       Q.    -- particular --
 9       A.    And I think that's what you
10   were asking; right?
11       Q.    That was what I was asking.
12             Now I'm going to ask you a
13   little more generally.  Was it your common
14   practice, after reviewing these SOM updates,
15   to inquire of your team members as to what
16   happened with the orders that were not
17   forwarded to practice compliance?
18       A.    The -- so -- so I did not -- I
19   can tell you I didn't recall here -- and you
20   asked me -- repeat it for me.
21       Q.    Sure.
22             MR. INNES:  Can you read back
23   my last question?
24
25             (Whereupon, the following
```

```
 1            testimony was read by the court
 2            reporter.)
 3                  "QUESTION:  Now I'm going to
 4            ask you a little more generally.  Was
 5            it your common practice, after
 6            reviewing these SOM updates, to
 7            inquire of your team members as to
 8            what happened with the orders that
 9            were not forwarded to practice
10            compliance?"
11                  (End of readback.)
12                  THE WITNESS:  So I didn't --
13            after I reviewed this document, did I
14            inquire as to this?
15       Q.      (BY MR. INNES)  Well, again,
16   we've -- I think we've covered that you did
17   not do that with this particular -- you don't
18   recall doing that with this particular --
19       A.      I don't recall.  I may have, I
20   don't recall.
21       Q.      Sure.
22                  Now I'm asking in a more
23   general sense.  Was it your practice when
24   receiving a weekly report to make an inquiry
25   of your team members regarding the orders
```

```
 1    that were not forwarded to practice
 2    compliance for further review?
 3         A.    I may have asked questions as
 4    to why, but I didn't in -- I did not ask -- I
 5    didn't -- I think you said did you inquire
 6    about the individual -- are you talking
 7    individuals or ...
 8         Q.    Did you make an inquiry of any
 9    of your team members regarding the orders
10    that were not forwarded to practice
11    compliance?
12         A.    I possibly did.  I possibly
13    did.
14         Q.    And how would you have made
15    that inquiry?
16         A.    During their one-on-ones I
17    would have asked questions.
18         Q.    And what kind of questions
19    would you have asked?
20         A.    I don't recall.  Typically I
21    would have looked at the information at the
22    time, and I say, "Hmm, talk to me about
23    what's going on here."
24         Q.    So sitting here today, would
25    you have questions about the information you
```

```
 1      see here?
 2                   MS. TABACCHI:  Object to the
 3           form.
 4                   THE WITNESS:  It's possible
 5           that I would have -- that I could have
 6           or would have or might have or --
 7           it's asked, what's the difference.
 8           But I don't recall doing that, and I
 9           don't recall any answer because I
10           certainly don't recall doing it.
11           Q.     (BY MR. INNES)  And why would
12      you have had those questions?
13                   MS. TABACCHI:  Object to the
14           form.
15                   THE WITNESS:  I would have had
16           those -- just because I ask questions.
17           Because ...
18                   That's a possible question.
19           Q.     (BY MR. INNES)  Is it possible
20      that the balance of alerts were all cleared
21      because of keying entries?
22                   MS. TABACCHI:  Object to the
23           form.
24                   THE WITNESS:  That's pure
25           speculation.  I wouldn't -- I wouldn't
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         be able to answer that.  I don't
 2         recall even what these were, so ...
 3              Or I don't even recall if I had
 4         questions, rather, on them.  So I
 5         certainly couldn't go the leap further
 6         that you just asked.
 7         Q.   (BY MR. INNES)  Were these
 8    weekly reports sent to you in the same format
 9    on a weekly basis?
10         A.   Sometimes.
11              So were they on a consistent?
12    Did you use the word "consistent"?
13         Q.   Were they sent to you in a
14    consistent format, that's correct.
15         A.   We've updated this format.
16    That's why I said "consistent."
17              So are you talking from date to
18    date was it the same format?
19         Q.   From week to week, yes.
20         A.   Now, what was the question?
21    Sorry.
22         Q.   Is, these were weekly updates
23    that were received every week; is that
24    correct?
25         A.   Right.
```

```
 1            Q.    Did they come in the same
 2   format each week?
 3            A.    At some point we changed
 4   formats.  I do recall that.
 5                  So I can't answer if they are
 6   this way since I took over.
 7            Q.    Okay.
 8            A.    And so I don't know.
 9            Q.    Did --
10            A.    Because I know they changed, so
11   I don't know what that timeframe was, even if
12   they were adjusted.
13            Q.    And did the format change
14   during your tenure in that position?
15            A.    Yes, it has.
16            Q.    And did it change at your
17   request?
18            A.    Actually, not at my request.
19                  There was conversation around
20   what -- there was conversation around what
21   the strategy was and were we aligning our
22   report to our strategy.  Our supply chain
23   strategy.
24            Q.    And the information that was
25   contained in these weekly updates, was that
```