# EXHIBIT 112

```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION

 3

     IN RE:   NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4   OPIATE LITIGATION NO. 2804        )
                                       )
 5   APPLIES TO ALL CASES              ) Hon. Dan A. Polster
                                       )
 6

 7        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 8                  CONFIDENTIALITY REVIEW
 9
                  VIDEO DEPOSITION OF CHRIS DYMON
10

                          January 25, 2019
11                           9:09 a.m.
12

13

14            Reporter:  Jude Arndt, CSR, RPR
                      CSR No. 084-004847
15

16

17

18

19

20

21

22

23

24
```

```
 1   this distribution.
 2            Did anyone ever tell you about this
 3   quarterly report that was being given when you first
 4   got onto the team?
 5       A.   Not that I can recall.
 6       Q.   Now, this slide was included in the
 7   presentation, and it refers to -- and the heading is,
 8   and it's under a Walgreens PowerPoint background,
 9   troubling trend in the United States, leading cause of
10   death is prescription drugs.
11            Were you aware that by 2011 prescription
12   drugs was the leading cause of accidental death in the
13   United States?
14       A.   Just aware of what I heard in the media
15   around that time.
16       Q.   Did you hear anything in the company about
17   that when you were joining RX Integrity?
18       A.   Not that I can recall.
19       Q.   Was anyone talking about the fact that DEA
20   and governmental entities were beginning to look at the
21   fact that prescription drugs were now passing illegal
22   drugs, poisons, and car accidents as a number one cause
23   of death in the United States?
24       A.   Not that I can recall.
```

```
 1        Q.    From a pharmacy perspective, that's a
 2   significant fact, isn't it, to all of a sudden for the
 3   first time in history prescription drugs are the
 4   leading cause of death in the United States, surpassing
 5   things like car accidents and illegal drugs and
 6   poisonings?  Would you agree with that?
 7        A.    It's a health care effect, yes.
 8        Q.    And this was an early sign of an epidemic
 9   developing in the United States related to prescription
10   drugs and death; correct?
11        A.    To my personal understanding, yes, that
12   would be kind of the start of it, yes.
13              MR. SHKOLNIK:  And if we go to the next
14   slide, 614, please.
15        Q.    (By Mr. Shkolnik)  Now, here the teams
16   were given an outline, which was the evolution of
17   suspicious order monitoring, with a timeline of events.
18   And there was testimony by Mr. Bleser that this was
19   actually prepared by the Pharmacy Integrity group to be
20   included in the quarterly presentation.
21              Did anyone ask you for any input into
22   the -- into a PowerPoint on the timeline of events
23   regarding suspicious order monitoring?
24        A.    I have may have reviewed or edited, but I
```