# EXHIBIT 116

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2804 Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) | Hon. Dan A. Polster |

TUESDAY, OCTOBER 16, 2018

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of Eric Stahmann, held at the offices of BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP, 54 West Hubbard, Suite 300, Chicago, Illinois, commencing at 9:05 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 206

```
 1    the form.
 2          THE WITNESS:  Can you define
 3    diversion for me, your definition of
 4    diversion?
 5  QUESTIONS BY MR. MOUGEY:
 6    Q.    You want me to define diversion
 7  for you?
 8    A.    Because it can mean so many
 9  different things.  That's why I'm asking.
10    Q.    Pills that are not ending up in
11  a legitimate home and out into the stream of
12  commerce.  Did -- that pills were being
13  diverted from legitimate patients into the
14  hands of kids, that were being diverted into
15  the hands of drug dealers and making their
16  way into other states.
17          MR. STOFFELMAYR:  Objection to
18    the form.
19          THE WITNESS:  So are you asking
20    me if I was aware that that was
21    happening?
22  QUESTIONS BY MR. MOUGEY:
23    Q.    Yes, sir.
24    A.    Yes, I was aware that people
25  were using opioid medications not for their
```

Page 207

```
 1  intended use.
 2    Q.    And not just for -- not just
 3  for their intended use, but were you aware
 4  that Florida was the epicenter of a notorious
 5  well-documented epidemic of description drug
 6  abuse, and those pills were migrating to
 7  other states?
 8    A.    I was made aware of that during
 9  my time in pharmaceutical integrity.
10    Q.    So not until 2013?
11    A.    Correct.
12    Q.    And, sir, what were you told by
13  Walgreens about the migration of pills from
14  Florida pharmacies into other states?
15    A.    We were made aware of some of
16  the drug-seeking behavior of some of the
17  patients and how -- some of the techniques
18  that they use to obtain prescriptions not for
19  a legitimate medical purpose and made aware
20  of some prescribers that were not writing
21  prescriptions for legitimate medical purpose.
22    Q.    So at that point in time, in
23  2013, did you make a study or analyze the
24  systems set in place at Walgreens to minimize
25  or avoid the diversion of Schedule II and III
```

Page 208

```
 1  narcotics?
 2          MR. STOFFELMAYR:  Objection to
 3    the form.
 4          THE WITNESS:  I personally did
 5    not, no.
 6  QUESTIONS BY MR. MOUGEY:
 7    Q.    You never went back and looked
 8  prior to '13 what Walgreens was doing prior
 9  to the agreed-upon creation of the
10  pharmaceutical integrity department?
11    A.    That was not part of my role,
12  so, no, I did not.
13    Q.    Did you ask anybody, Well, what
14  were we doing before the pharmaceutical
15  integrity department was created by agreement
16  between the DEA and Walgreens?
17    A.    I did not.
18    Q.    You never went back and looked
19  at the systems in place to avoid diversion
20  prior to you starting in the pharmaceutical
21  integrity department?
22          MR. STOFFELMAYR:  Objection to
23    the form.
24          Go ahead.
25          THE WITNESS:  That was not part
```

Page 209

```
 1    of my role, no.
 2  QUESTIONS BY MR. MOUGEY:
 3    Q.    Have you ever looked through
 4  this document that I have in front of you and
 5  identified the discussion about the migration
 6  of pills from Florida pharmacies to other
 7  states?
 8    A.    No.
 9    Q.    Are you aware of how big a
10  problem it was in Florida that pills were
11  migrating from Florida pharmacies to other
12  states?
13    A.    I was not aware of the size of
14  the problem, no.
15    Q.    If you would, sir, please turn
16  to page 41, and it says, "Summary of
17  testimony."  It's the Deputy Assistant
18  Administrator, Joseph Rannazzisi, says he's
19  from the DEA.
20          Do you see that, sir?
21    A.    Yes.
22    Q.    And, sir, this is a submission
23  from the government's prehearing statement.
24          Do you see that, sir?
25    A.    I do.
```