# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan. A. Polster |

**NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY ADJUDICATION THAT DEFENDANTS DID NOT COMPLY WITH THEIR DUTIES UNDER THE FEDERAL CONTROLLED SUBSTANCES ACT TO REPORT SUSPICIOUS OPIOID ORDERS AND NOT SHIP THEM and RELATED EXHIBITS**

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even if not previously redacted) and less redacted or unredacted exhibits attached hereto. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid | | 1910 | Yes | None now |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Orders and Not Ship Them (corrected) (SOMSB) | | | | |
| Rafalski, James E., Expert Report: Analysis of Distributor and Manufacturer Regulatory Compliance to Maintain Effective Controls for the Prevention of Diversion of Controlled Substances | 1 | 1957-1 | Yes | None now |
| McCann, Craig J., PH.D., CFA, Supplemental Expert Report | 2 | 1957-2 | Yes | None now |
| Keller, Lacey R., Expert Analysis Report | 3 | 1957-3 | Yes | None now |
| Transcript of the Deposition of Jennifer R. Norris | 11 | 1957-11 | Yes | None now |
| Transcript of the Deposition of Nathan J. Hartle | 12 | 1957-12 | Yes | None now |
| DEA's Office of Diversion Control's 13th Pharmaceutical Industry Conference Agenda and Presentation by Michael Mapes regarding Suspicious Orders [produced by HD Smith] HDS_MDL_00002032 | 15 | 1957-15 | Yes | None now |
| Transcript of the Deposition of Thomas G. Schoen | 20 | 1957-20 | Yes | None now |
| Whitelaw, Dr. Seth B., Expert Report, Examination of Compliance Standards for Opioid Manufacturers and Distributors | 21 | 1957-21 | Yes | Fewer |
| McCann, Ph.D., CFA, Craig J., Second Supplemental Expert Report | 25 | 1957-25 | Yes | None now |
| Transcript of the Deposition of John Gillies (Entire Transcript) | 32 | 1957-32 | Yes | Fewer |
| Transcript of the Deposition of Karen Harper (Entire Transcript) | 34 | 1957-34 | Yes | Fewer |
| Transcript of the Deposition of James Rausch (Entire Transcript) | 36 | 1957-36 | Yes | Fewer |
| Suspicious Order Monitoring Program No. C/S Comp 3.0 MNK-T1_0000264260 | 38 | 1957-38 | Yes | None now |
| SOM Team Activity Log | 40 | 1957-40 | Yes | None now |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| MNK-T1_0000477889 | | | | |
| Memorandum from Howard Davis to Karen Harper, Suspicious Order Monitoring Program No. C/S Comp 3.0<br><br>MNK-T1_0000269399 | 41 | 1957-41 | Yes | None now |
| Email from Victor Borelli to Brenda Rehkop, cc: Karen Harper, et al. regarding NAMs clearing orders<br><br>MNK-T1_0000290934 | 50 | 1957-50 | Yes | None now |
| Transcript of the Deposition of Kevin Kreutzer | 100 | 1957-100 | Yes | Fewer |
| DEA and SOM Internal Audit Report<br><br>TEVA_MDL_A_02475564 | 112 | 1960-6 | Yes | None now |
| Transcript of the Deposition of Stephen C. Macrides (excerpt) | 119 | 1960-13 | Yes | None now |
| Transcript of the Deposition of Lisa Walker (excerpt) | 120 | 1960-14 | Yes | None now |
| Email from MaryJo Magrone to Sal Grausso, et al. regarding Pricing Proposal Submission- OPANA ER Wholesaler Promotion approval<br><br>ENDO-OPIOID_MDL-02290107 | 124 | 1960-18 | Yes | Fewer |
| Endo Sales Data Chart<br><br>ENDO_DATA-OPIOID_MDL-00000019 | 126 | 1960-20 | Yes | Fewer |
| Par Sales Profit Chart | 128 | 1960-22 | Yes | Fewer |
| Transcript of the Deposition of Tracey L. Norton (excerpt) | 129 | 1960-23 | Yes | Fewer |
| Risk Management Plan for Opioid Analgesics Focus on: Oxycodone ER<br><br>ENDO-OPIOID_MDL-01500831 | 130 | 1960-24 | Yes | None |
| Par's and Endo's Responses concerning SOM Program<br><br>PAR_OPIOID_MDL_0001596408 | 134 | 1960-28 | Yes | Fewer |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Email from Lisa Walker to Michael Kalady regarding Endo (Branded) Products Renewal Applications and SOM Policy<br>ENDO-OPIOID_MDL-05969976 | 135 | 1960-29 | Yes | Fewer |
| SOMS Program Update Presentation<br>PAR_OPIOID_MDL_0000376972 | 138 | 1960-32 | Yes | Fewer |
| Summary of Teleconference with UPS regarding SOMS<br>PAR_OPIOID_MDL_0000404285 | 139 | 1960-33 | Yes | Fewer |
| Correspondence from Tracey Hernandez, Larry Shaffer, DEA Compliance to Kim Liddel, RA Supervisor, UPS Supply Chain regarding Review of UPS SOM Activities<br>PAR_OPIOID_MDL_0000404095 | 140 | 1960-34 | Yes | Fewer |
| SOMS Process Flow<br>ENDO-OPIOID_MDL-01334119 | 144 | 1960-38 | Yes | Fewer |
| Summary of SOM Program, Process Flow<br>ENDO-OPIOID_MDL-05948286 | 145 | 1960-39 | Yes | Fewer |
| Email from Tracey Hernandez to Sanjay Patel enclosing Action Items from Tablets DEA Deficiency Letter<br>PAR_OPIOID_MDL_0000363469 | 149 | 1960-43 | Yes | Fewer |
| Email from Larry Shaffer to Eric Brantley enclosing SOMS Violations and Presentations<br>PAR_OPIOID_MDL_0000018920 | 150 | 1960-44 | Yes | Fewer |
| Email from Tracey Hernandez to Sanjay Patel enclosing Action Items from Tablets DEA Deficiency Letter<br>PAR_OPIOID_MDL_0000363469 | 151 | 1960-45 | Yes | Fewer |
| Email from Aimee Cooper to Heather Jones enclosing Memorandum regarding Manufacturers Briefing with Qualitest<br>PAR_OPIOID_MDL_0000216198 | 152 | 1960-46 | Yes | Fewer |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Email from Keith Margolis to William Price and Carol Sherman regarding Belko - Qualitest SOMS Letter and Questionnaire<br><br>ABDCMDL00337067 | 155 | 1960-49 | Yes | Fewer |
| Email from Eric Brantley to Heather Jones regarding SOPs for SOM<br><br>PAR_OPIOID_MDL_0000002282 | 156 | 1960-50 | Yes | Fewer |
| Email attaching site visit report at Preferred Pharmaceuticals<br><br>PAR_OPIOID_MDL_0000020898 | 159 | 1960-53 | Yes | Fewer |
| Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.'s Supplemental Objections and Responses to Plaintiff's Interrogatories | 160 | 1960-54 | Yes | Fewer |
| Email from Eric Brantley to Tracey Hernandez enclosing Qualitest SOM Update Presentation<br><br>PAR_OPIOID_MDL_0000021256 | 162 | 1960-56 | Yes | Fewer |
| Correspondence between DOJ/DEA and Par<br><br>PAR_OPIOID_MDL_0002102288 | 167 | 1960-61 | Yes | Fewer |
| Email from Joseph Barbarite to Angela Feniger et al enclosing Par Pharmaceutical Audit Report from DEA Consultants (Buzzeo)<br><br>PAR_OPIOID_MDL_0001053153 | 169 | 1960-63 | Yes | Fewer |
| Email from Angela Feniger to Joseph Barbarite et al enclosing DEA Audit Report<br><br>PAR_OPIOID_MDL_0001024034 | 171 | 1960-65 | | |
| Excel spreadsheet regarding ordering pattern<br><br>JAN-MS-02964442 | 199 | 1960-66 [previously manually filed] | n/a | No |
| Administrative Memorandum of Agreement between the U.S. DOJ, DEA and Cardinal Health, Inc.<br><br>CAH_MDL2804_02465982 | 209 | 1960-103 | Yes | None now |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Investigation Report of the Special Demand Committee, BOD of Cardinal Health, Inc. CAH_MDL_PRIORPROD_DEA07_0003331 | 220 | 1964-8 | Yes | None now |
| DBA Baltimore District Office Presentation on Cardinal Health Swedesboro Distribution Center | 227 | 1964-15 | Yes | None now |
| Transcript of the Deposition of Todd Cameron (excerpt) | 229 | 1964-17 | Yes | None now |
| Expert Report of Brian Reise | 231 | 1964-19 | Yes | Fewer |
| McKesson Drug Operations Manual MCKMDL00651873 | 237 | 1964-25 | Under seal | None now |
| Transcript of the Deposition of Gary Hilliard (Full Transcript) | 238 | 1964-26 | Yes | Fewer |
| Transcript of the Deposition of Blaine M. Snider (Full Transcript) | 241 | 1964-29 | Yes | None now |
| McKesson Operations Manual for Pharma Distribution, Lifestyle Drug Monitoring Program MCKMDL00355251 | 243 | 1964-50 | Yes | None now |
| Letter from McKesson Corp.'s Counsel to Linden Barber, Esq., Associate Chief Counsel of DEA regarding Order to Show Cause MCKMDL00330924 | 245 | 1964-32 | Under seal | None now |
| Transcript of the Deposition of William de Gutierrez-Mahoney (Full Transcript) | 246 | 1964-33 | Yes | Fewer |
| Email from Nate Hartle to Krista Peck regarding threshold reduction initiative report MCKMDL00410744 | 257 | 1964-44 | Under seal | Fewer |
| McKesson's CSMP Oxycodone Threshold Reduction Report MCKMDL00402184 | 258 | 1964-45 | Under seal | Fewer |
| Email from Michael Bishop to Jenna Smith regarding DEA Threshold Warning Report MCKMDL00626898 | 259 | 1964-46 | Under seal | Fewer |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Email sent on behalf of Don Walker re implementing an enhanced SOM Program with attachments and Webex invite<br>MCKMDL00516748 | 263 | 1964-51 | Under seal | None now |
| Transcript of the Deposition of Donald Walker | 265 | 1964-53 | Yes | None now |
| Email from Timothy Foster to Joe Lumpkin, et al, Re: CSCP Tracker<br>MCKMDL00476786 | 278 | 1964-66 | Under seal | Fewer |
| Email from David Graziano to Melenie Petropoulos and Stephen Schmidt re: CSCI;' Trackers Marc's 2WA and 39MA<br>MCKMDL00476692 | 279 | 1964-67 | Under seal | Fewer |
| Email from Stephen Schmidt to Melenie Petropoulos and others re: Marc's CSCP Threshold Report<br>MCKMDL00485800 | 280 | 1964-68 | Under seal | Fewer |
| Email from Dan Jefferies to Nate Hartle and others RE: Opioid Reductions<br>MCKMDL00418094 | 285 | 1964-73 | Under seal | None now |
| Carlos Aquino Expert Report | 290 | 1964-98 | Yes | Fewer |
| Transcript of the Deposition of Chris Zimmerman (full) | 291 | 1964-79 | Yes | Fewer |
| Deposition Transcript of Eric Cherveny (excerpt) | 293 | 1964-81 | Yes | None now |
| Deposition Transcript of Stephen Mays, Vol. I (full) | 294 | 1964-82 | Yes | Fewer |
| Deposition Transcript of Stephen Mays, Vol. II (full) | 295 | 1964-83 | Yes | Fewer |
| Reported to DEA Report for Opioid Items for all OHIO Summit County Customers from 2007-2013<br>ABDCMDL00379674 | 299 | 1964-87 | Under seal | Fewer |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Reported to CSRA Report for Opioid Items for All Summit County Customers from 2008 to 2012<br><br>ABDCMDL00308070 | 300 | 1964-88 | Under seal | Fewer |
| Transcript of the Deposition of David May (full) | 302 | 1964-90 | Yes | Fewer |
| Transcript of the Deposition of Candace Harbauer (full) | 303 | 1964-91 | Yes | None now |
| Prescription Supply, Inc. Controlled Substances Policy /Procedure<br><br>PSI0000653 | 305 | 1964-93 | Yes | None now |
| Transcript of the Deposition of James Schoen (full) | 306 | 1964-94 | Yes | None now |
| Transcript of the Deposition of Kirk Harbauer (full) | 307 | 1964-95 | Yes | None now |
| State of Ohio Board of Pharmacy Written Response to Prescription Supply, Inc<br><br>PSI0000008 | 309 | 1964-97 | Yes | Fewer |
| Transcript of the Deposition of Jeff Abernathy (excerpt) | 310 | 1964-98 | Yes | None now |
| Transcript of the Deposition of Susanne Hiland (excerpt) | 311 | 1964-99 | Yes | None now |
| Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs | 314 | 1964-102 | Yes | None now |
| Transcript of the 30(b)(6) Deposition of Walmart, through the testimony of Susanne Hiland (excerpt) | 315 | 1964-103 | Yes | None now |
| Transcript of the Deposition of Ramona Sullins (excerpt) | 316 | 1964-104 | Yes | None now |
| Transcript of the Deposition of Edward Bratton (excerpt) | 325 | 1965-7 | Yes | None now |
| Transcript of the Deposition of Eric Stahmann (excerpt) | 332 | 1965-14 | Yes | None now |
| Walgreens Distribution Center follow up letter to March 2006 regulatory investigation | 347 | 1965-29 | Yes | None now |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| WAGMDL00387642 | | | | |
| Transcript of the Deposition of Douglas Peterson (excerpt) | 353 | 1964-35 | Yes | None now |
| Transcript of the Deposition of Christopher Domzalski (excerpt) | 354 | 1964-36 | Yes | None now |
| Transcript of the Deposition of Deb Bish (excerpt) | 356 | 1964-38 | Yes | None now |
| Transcript of the Deposition of Tasha Polster (excerpt) | 362 | 1964-44 | Yes | None now |
| Transcript of the Deposition of Barbara Martin (full) | 370 | 1964-52 | Yes | None now |
| Expert Report of Craig J. McCann [excerpts of charts on ARCOS data] | 383 | 1964-65 | Yes | None now |
| Transcript of the Deposition of Mark Vernazza (excerpt) | 385 | 1965-67 | Yes | None now |
| Transcript of the Deposition of Amy Propatier (excerpt) | 387 | 1985-69 | Yes | None now |
| Deposition Transcript Excerpts of Ellen Wilson (excerpt) | 389 | 1985-71 | Yes | None now |
| Transcript of the Deposition of Sherri Hinkle (full) | 392 | 1965-74 | Yes | None now |
| Transcript of the Deposition of Aaron Burtner (full) | 394 | 1965-76 | Yes | None now |
| Transcript of the Deposition of Terrence Dugger (full) | 395 | 1965-77 | Yes | None now |
| Transcript of the Deposition of Gary Millikan (full) | 400 | 1965-82 | Yes | None now |
| Transcript of the Deposition of Shauna Helfrich (full) | 405 | 1965-87 | Yes | None now |
| Emails re: SOM Presentation CVS-MDLT1-000078060 | 407 | 1965-89 | Yes | None now |
| Business Idea Description - Control Drug IRR update CVS-MDLT1-000034175 | 411 | 1965-93 | Yes | None now |

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Rite Aid Distribution Center DEA Regulatory Guidelines<br>Rite_Aid_OMDL_0014804 | 412 | 1965-94 | Yes | Fewer |
| Controlled Drug Above Average Order Monitoring Program<br>Rite_Aid_OMDL_0015079 | 413 | 1965-95 | Yes | Fewer |
| Transcript of the Deposition of Janet Getzey Hart (excerpt) | 415 | 1965-97 | Yes | Fewer |
| Transcript of the Deposition of Marian Wood (full) | 416 | 1965-98 | Yes | Fewer |
| Transcript of the Deposition of Christopher Belli(full) | 417 | 1965-99 | Yes | Fewer |
| Transcript of the Deposition of Janet Getzey Hart (full) | 418 | 1965-100 | Yes | Fewer |
| Email from RiteAid to McKesson re Rite Aid 2011 CSMP<br>MCKMDL00632924 | 419 | 1965-101 | Under seal | None now |
| Transcript of the Deposition of Debra Chase (full) | 420 | 1965-102 | Yes | None now |
| Threshold Exception List<br>Rite_Aid_OMDL_0012503 | 421 | 1965-103 | Yes | Fewer |
| Project Initiation for 5046 Suspicious Order Monitoring<br>Rite_Aid_OMDL_0040184 | 423 | 1965-105 | Yes | Fewer |
| Emails re: DSCSA Documents with attachments<br>HBC_MDL00133445 | 425 | 1967-1 [previously manually filed] | n/a | No |
| Report of Craig McCann, Appendix 9 at 3783, 3852 | 448 | 1967-24 | Yes | None now |
| Buskey Expert Report | 516 | 1967-92 | Yes | Fewer |

Dated: December 18, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER

1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/     *Anthony D. Irpino*
Anthony D. Irpino