# EXHIBIT 126

E0651.1

Produced in Native Format



PLAINTIFF'S EXHIBIT
Endo-Walker-028
10/4/18   am

ENDO_DATA-OPIOID_MDL-00000019

Highly Confidential
Subject to Protective Order

E0651.2

E0651.3

END Contrib. Mgn by Mth (Excl. Interco)
Navigation ----------

| ProdHier01-1 | | ProdHier01-2 | 01000OPA20 | Opana |

Customer
Product
Profit Center

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | |
| Cash Discounts | | | | | | | | | | | | | |
| Chargebacks | | | | | | | | | | | | | |
| Medicaid | | | | | | | | | | | | | |
| Administration Fees | | | | | | | | | | | | | |
| Bonafide Service Fee | | | | | | | | | | | | | |
| Medicare | | | | | | | | | | | | | |
| Rebates | | | | | | | | | | | | | |
| Managed Care | | | | | | | | | | | | | |
| Price equalization | | | | | | | | | | | | | |
| Sales adj. & returns | | | | | | | | | | | | | |
| Sales Promotions | | | | | | | | | | | | | |
| Royalty | | | | | | | | | | | | | |
| Distribution Fees | | | | | | | | | | | | | |
| Freight Allowance | | | | | | | | | | | | | |
| Coupon | | | | | | | | | | | | | |
| Tricare Rebates | | | | | | | | | | | | | |
| Coverage Gap | | | | | | | | | | | | | |
| HCR Health Exchanges | | | | | | | | | | | | | |
| Product Recall | | | | | | | | | | | | | |
| Net Sales | | | | | | | | | | | | | |
| Var.Manuf.Costs | | | | | | | | | | | | | |
| Variable Other | | | | | | | | | | | | | |
| T.Var.Manufacturing | | | | | | | | | | | | | |
| Tot.Var.Con.Margin | | | | | | | | | | | | | |
| Billing Qty | | | | | | | | | | | | | |
| Avg.Selling Price | | | | | | | | | | | | | |
| % | | | | | | | | | | | | | |

E0651.4

END Contrib. Mgn by Mth (Excl. Interco)
Navigation
ProdHier01-1          ProdHier01-2          01000OPA40          Opana ER
Customer
Product
Profit Center

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 22,420,869 | 21,005,199 | 26,428,867 | 17,903,025 | 22,843,778 | 21,810,240 | 12,261,216 | 16,049,971 | 0 | 0 | 0 | 0 | 160,723,164 |

Cash Discounts
Chargebacks
Medicaid
Administration Fees
Bonafide Service Fee
Medicare
Rebates
Managed Care
Price equalization
Sales adj. & returns
Sales Promotions
Royalty
Distribution Fees
Freight Allowance
Coupon
Tricare Rebates
Coverage Gap
HCR Health Exchanges
Product Recall

Net Sales

Var.Manuf.Costs
Variable Other

T.Var.Manufacturing

Tot.Var.Con.Margin

Billing Qty

Avg.Selling Price

%

E0651.5

END Contrib. Mgn by Mth (Excl. Interco)

Navigation

ProdHier01-1 ProdHier01-2 01000PER20 Percocet

Customer

Product

Profit Center

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | [redacted] | | | | | | | | | | | | |
| Cash Discounts | | | | | | | | | | | | | |
| Chargebacks | | | | | | | | | | | | | |
| Medicaid | | | | | | | | | | | | | |
| Administration Fees | | | | | | | | | | | | | |
| Bonafide Service Fee | | | | | | | | | | | | | |
| Medicare | | | | | | | | | | | | | |
| Rebates | | | | | | | | | | | | | |
| Managed Care | | | | | | | | | | | | | |
| Price equalization | | | | | | | | | | | | | |
| Sales adj. & returns | | | | | | | | | | | | | |
| Sales Promotions | | | | | | | | | | | | | |
| Royalty | | | | | | | | | | | | | |
| Distribution Fees | | | | | | | | | | | | | |
| Freight Allowance | | | | | | | | | | | | | |
| Coupon | | | | | | | | | | | | | |
| Tricare Rebates | | | | | | | | | | | | | |
| Coverage Gap | | | | | | | | | | | | | |
| HCR Health Exchanges | | | | | | | | | | | | | |
| Product Recall | | | | | | | | | | | | | |
| Net Sales | | | | | | | | | | | | | |
| Var.Manuf.Costs | | | | | | | | | | | | | |
| Variable Other | | | | | | | | | | | | | |
| T.Var.Manufacturing | | | | | | | | | | | | | |
| Tot.Var.Con.Margin | | | | | | | | | | | | | |
| Billing Qty | | | | | | | | | | | | | |
| Avg.Selling Price | | | | | | | | | | | | | |
| % | | | | | | | | | | | | | |

