Case: 1:17-md-02804-DAP  Doc #: 3013-40  Filed: 12/18/19  1 of 4.  PageID #: 447216

# EXHIBIT 159

| | |
|---|---|
| **From:** | Brantley, Eric |
| **Sent:** | Wednesday, March 19, 2014 10:44 AM |
| **To:** | Cooper, Aimee; Price, Shari |
| **Attachments:** | Preferred Pharmaceuticals.docx |

Eric Brantley
**Manager, Customer Due Diligence & SOM**
130 Vintage Dr. Huntsville, Al 35811
256-799-7848 direct
256-799-7126 fax
ebrantley@qualitestrx.com



endo | AMS   Endo Pharmaceuticals   Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        PAR_OPIOID_MDL_0000020898

# SITE VISIT REPORT

A site visit was conducted at Preferred Pharmaceuticals on March 12th, 2014 by Eric Brantley. ████████████████████████████████ The primary contact during the meeting was Robert Kent, Chairman and CEO.

Business Activity and Licensure

Preferred Pharmaceuticals is a repackager engaged in the distribution of pharmaceuticals including Controlled Substances primarily to dispensing physicians and clinics. Controlled Substances are distributed from the DEA registered location listed above. Preferred Pharmaceuticals is licensed as a manufacturer. According to Robert Kent, 15-20% of Preferred Pharmaceutical's business is Controlled Substances.

SOM Program

Preferred Pharmaceuticals obtains and verifies the on-site physician's DEA and medical license when opening an account. After a customer establishes a purchasing pattern, deviations from that pattern are investigated with ████████████████████████████████

████████████████████████████████

Comments

Preferred Pharmaceuticals distributes to ████████████████████████████████

Approximately ████ of Preferred Pharmaceuticals' accounts have been visited and a portion of those were visited ████████████████████████████████ Robert Kent conducts the due diligence visits, and ████████████████████████████████

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0000020899

Qualitest Pharmaceuticals is the primary supplier of controlled substances and the only supplier of hydrocodone. I mentioned to Mr. Kent that the level of risk associated with their business model requires a robust SOM program, ███████████████████████████████████ ███████████████████████████████████████████████████████ I informed him of guidance from DEA and he was very appreciative of the information I was able to share.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        PAR_OPIOID_MDL_0000020900