EXHIBIT 162

**E0614.1**

| | |
|---|---|
| **From:** | Brantley, Eric |
| **Sent:** | Thursday, April 17, 2014 10:46 AM |
| **To:** | Hernandez, Tracey |
| **Subject:** | SOM update |
| **Attachments:** | Qualitest SOM update.ppt |

Tracey,

I added slide 6 and several screenshots at the end.


Eric Brantley

**Manager, Customer Due Diligence & SOM**

130 Vintage Dr. Huntsville, Al 35811

256-799-7848 direct

256-799-7126 fax

ebrantley@qualitestrx.com



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*endo  |  AMS    Endo Pharmaceuticals    Qualitest*

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0000021256

E0614.2



*Qualitest Pharmaceuticals*

*Suspicious Order Monitoring (SOM) Update*

*April 2014*



@2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*1*

**E0614.3**

## *Regulation*

### 21 CFR 1301.74(b)

– The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances. The registrant shall inform the Field Division Office of the Administration in his area of suspicious orders when discovered by the registrant. Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency.



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*2*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021258

**E0614.4**

# *SOM – The Journey That Never Ends*





©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*3*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021259

**E0614.5**

# Drug *ENFORCEMENT* Administration

*"The DEA considers itself an enforcement agency…"*

*"Unusual size, pattern and frequency language are disjunctive and not all inclusive."*

Alan Santos – March 10th, 2014 at HDMA conference, six weeks after leaving DEA

The Challenge:

Build and operate a system that complies with the regulation, anticipates and responds quickly to shifts in interpretations of the regulation, and avoids enforcement activity for alleged non-conformance.

The Qualitest Solution…



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*4*

PAR_OPIOID_MDL_0000021260

**E0614.6**

## *Know Your Customer – Retail Independent Pharmacies*

– Retail Independent Pharmacies are not allowed to order Schedule II or III Controlled Substances.

– A questionnaire is required for consideration to have the ability to order Schedule IV and V Controlled Substances.

  – 10 out of 200+ Retail independent Pharmacies currently have the ability to order Schedule IV and V Controlled Substances.

  – 21 retail independent pharmacies have completed the required questionnaire.

  – 9 Retail independent pharmacies were visited by a third party, Pharma Compliance Group (PCG).



@2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*5*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021261

**E0614.7**

## *Discontinued Controlled Substances*

– The following is a sample of customers which had distribution of controlled substances ceased.

– Artemis Pharmacy – Houston, TX

  – 71% controlled substances, 92% of controlled substances were hydrocodone and corisoprodol, 60% paid in cash.

– Advanced Pharmacy – Houston, TX

  – Hydrocodone and Carisoprodol were primary controlled substances dispensed. Could not account for all carisoprodol purchased. 11,000 dosage units were purchased but only 6110 dispensed.

– Supreme Rx – Houston, TX

  – 67% controlled substances. Only three controlled substances were dispensed: hydrocodone, carisoprodol 350mg and alprazolam 2mg, this combination is referred to as the trinity.



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*6*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021262

**E0614.8**

# *Know Your Customer – Wholesaler/Chain*





@2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021263

**E0614.9**

## *Wholesaler/Chain* continued

The following customers have not provided SOM information:

– Ahold
– Drogueria Betances
– F.W. Kerr
– Kinney Drugs
– Meijer
– Weis Markets

The following customer has not provided the # of customers serviced:

- Kaiser Permanente
- CVS Caremark (mail-order)



@2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*8*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E0614.10**

| Month | Year | orders | not monitored | system cleared | cleared after review | rejected after review | orders pended | items pended |
|---|---|---|---|---|---|---|---|---|
| April 4-14-14 | 2014 | 1610 | 897 | 592 | 120 | 0 | 121 | 141 |
| March | 2014 | 2902 | 1800 | 981 | 119 | 0 | 121 | 153 |
| February | 2014 | 3167 | 1945 | 1063 | 159 | 0 | 159 | 170 |
| January | 2014 | 3308 | 1966 | 1182 | 160 | 0 | 160 | 195 |
| December | 2013 | 2546 | 1444 | 1026 | 75 | 1 | 76 | 91 |
| November | 2013 | 2789 | 1635 | 1092 | 34 | 1 | 35 | 38 |

An algorithm administered by Cegedim is used to identify "orders of interest" based on order history, class of trade, like customer comparison, etc.

Pended orders are checked against monthly thresholds, and the customer is contacted for additional information/justification.

If an order represents a buy-in or a multiple month order, all future orders for the drug family are locked until the required time has elapsed.



©2013 Qualitest Pharmaceuticals, Inc. All rights reserved.

9

PAR_OPIOID_MDL_0000021265

## *Boundaries - Retail*

- Boundaries are set using national dispensing averages obtained from IMS data, number of prescriptions filled per month, and number of suppliers.

  - The maximum boundary for a pharmacy is ▮▮▮ of the national average for the number of prescriptions filled monthly. This is due to the fact that every pharmacy has a primary wholesaler ▮▮▮ and a secondary wholesaler ▮▮▮ It is common in the current regulatory environment for a pharmacy to have other wholesalers as well.

  - Examples:

    - ▮▮▮

    - ▮▮▮

    - ▮▮▮

E0614.12

## *Boundaries – Wholesaler/Chain*

– Boundaries are set using national dispensing averages obtained from IMS data, number and types of customers, and number of suppliers and Qualitest's position (primary, only supplier etc.)

- The boundary for a wholesaler is based on ███ of the national average. This is due to multiple suppliers of product. This may change to ███████ on items which Qualitest is primary or the single source.

- Chains typically receive ████ of national average due to the limited number of brands on the pharmacy shelves and the Qualitest primary position.

- For a customer to receive ██████ of the national average, Qualitest would need to be the only brand stocked and the only supplier of the product.



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*11*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E0614.13**

## *Know Your Customer's Customer*

– DEA's expectation is for a manufacturer to know your customer and your customer's customer. If diversion is found at the pharmacy level, the entire supply chain has a corresponding responsibility to ensure the drugs distributed are used for a legitimate medical purpose.

– Chargeback data is reviewed to gain visibility into secondary customer purchases. IQ2020 is the tool used to view chargeback data

– If suspicious quantities of controlled substances are found:

  – The customer is asked to provide due diligence information on the secondary customers in question.

  – Chargebacks can potentially be denied for lack of information or inadequate information.

  – Customer can be asked to stop distributing Qualitest item in question to secondary customer.

  – Secondary customer will be reported to DEA as a suspicious customer.



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*12*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E0614.14**

# *Chargeback Data*





©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*13*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**E0614.15**

# *Chargeback Data*





©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*14*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021270

E0614.16

## *Chargeback Data*



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

*15*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021271

**E0614.17**



endo | AMS  Endo Pharmaceuticals  HealthTronics  Qualitest

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000021272