# EXHIBIT 199

| | | | Percentage Change | | |
|---|---|---|---|---|---|
| Customer Scheduled II | Schedule II | Customer Schedule III | Schedule III | Customer Schedule IV | Schedule IV |
| BURLINGTON DRUG COMPANY INC | 420.00% | CARDINAL DISTRIBUTION INC | -98.51% | PUBLIX SUPER MARKETS INC | 100.00% |
| CILAG GmbH INTERNATIONAL | 2.51% | MCKESSON DRUG COMPANY | -98.98% | MCKESSON DRUG COMPANY | 32.25% |
| PHARMACY BUYING ASSOCIATION | -33.33% | DAKOTA DRUG INC | -100.00% | N C MUTUAL WHOLESALE DRUG CO | 28.57% |
| MORRIS & DICKSON COMPANY LTD | -33.80% | FRANK W KERR INC | -100.00% | AMERISOURCEBERGEN CORP | 17.02% |
| RDC - ACCOUNTS PAYABLE | -60.00% | H D SMITH WHLSE DRUG CO | -100.00% | CARDINAL DISTRIBUTION INC | -7.82% |
| SMITH DRUG COMPANY | -62.50% | HENRY SCHEIN INC | -100.00% | SMITH DRUG COMPANY | -18.92% |
| DAKOTA DRUG INC | -66.67% | MORRIS & DICKSON COMPANY LTD | -100.00% | H D SMITH WHLSE DRUG CO | -28.57% |
| JANSSEN PHARMACEUTICA NV | -66.67% | RDC - ACCOUNTS PAYABLE | -100.00% | RDC - ACCOUNTS PAYABLE | -32.00% |
| MCKESSON DRUG COMPANY | -68.26% | SMITH DRUG COMPANY | -100.00% | DFAS JAQBAB | -33.33% |
| N C MUTUAL WHOLESALE DRUG CO | -68.63% | VALUE DRUG COMPANY | -100.00% | VALUE DRUG COMPANY | -37.50% |
| FRANK W KERR INC | -69.23% | AMERISOURCEBERGEN CORP | -100.00% | DROGUERIA BETANCES INC | -40.00% |
| CARDINAL DISTRIBUTION INC | -69.48% | ANDA INC | -100.00% | FRANK W KERR INC | -50.00% |
| VALUE DRUG COMPANY | -70.00% | BELLCO DRUG CORP | -100.00% | MIAMI-LUKEN INC | -50.00% |
| H D SMITH WHLSE DRUG CO | -71.03% | CAPITAL WHOLESALE DRUG & CO | -100.00% | DAKOTA DRUG INC | -54.55% |
| MIAMI-LUKEN INC | -77.78% | | | BURLINGTON DRUG COMPANY INC | -100.00% |
| BELLCO DRUG CORP | -79.17% | | | LOUISIANA WHLSE | -100.00% |
| VALLEY WHLSE DRUG CO | -80.00% | | | | |
| AMERISOURCEBERGEN CORP | -80.07% | | | | |
| ANDA INC | -80.39% | | | | |
| PRESCRIPTION SUPPLY INC | -100.00% | | | | |
| DROGUERIA BETANCES INC | -100.00% | | | | |

| BURLINGTON DRUG COMPANY Increase 420% | |
|---|---|
| **Q1 2015** | |
| DURAGESIC MATRIX 5X12MCG | 24 EA |
| DURAGESIC MATRIX 5X75MCG | 24 EA |
| DURAGESIC MATRIX 5X100MCG | 24 EA |
| NUCYNTA TABLETS, 50MG, 100s, 24 COUNT | 24 EA |
| NUCYNTA TABLETS, 100MG,100S, 24 COUNT | 24 EA |
| **Q2 2015** | |
| DURAGESIC MATRIX 5X12MCG | 48 EA |
| DURAGESIC MATRIX 5X25MCG | 288 EA |
| DURAGESIC MATRIX 5X50MCG | 48 EA |
| DURAGESIC MATRIX 5X75MCG | 72 EA |
| DURAGESIC MATRIX 5X100MCG | 168 EA |



Burlington Drug Co.
Q1 2015 / Q2 2015

Case quantity ordering pattern is consistant. Increase is due to addtional Duragesic and Nucynta products being order in Q1 2015. Items are highlighted in red.

Increase due to addtional Duragesic product purchased highlighted in red .

**BELLCO DRUG CORP**
Increase 60%
Q4 2014
   DURAGESIC MATRIX 5X50MCG
   DURAGESIC MATRIX 5X75MCG
   DURAGESIC MATRIX 5X100MCG
   NUCYNTA TABLETS, 50MG, 100s, 24 COUNT
   NUCYNTA TABLETS, 75MG, 100S, 24 COUNT
   NUCYNTA TABLETS, 100MG,100S, 24 COUNT
   NUCYNTA ER TABLETS, 100MG, 60S X 24 CNT
Q1 2015
   <span style="color:red">DURAGESIC MATRIX 5X25MCG</span>
   DURAGESIC MATRIX 5X50MCG
   DURAGESIC MATRIX 5X75MCG
   DURAGESIC MATRIX 5X100MCG
   NUCYNTA TABLETS, 50MG, 100s, 24 COUNT
   NUCYNTA TABLETS, 75MG, 100S, 24 COUNT
   NUCYNTA TABLETS, 100MG,100S, 24 COUNT
   <span style="color:red">NUCYNTA ER TABLETS, 50MG, 60S X 24 CNT</span>
   <span style="color:red">NUCYNTA ER TABLETS, 100MG, 60S X 24 CNT</span>
   <span style="color:red">NUCYNTA ER TABLETS, 150MG, 60S X 24 CNT</span>
   NUCYNT...
   NUCYN...

Case quantity ordering pattern is consistant. Increase is due to addtional Duragesic and Nucynta ER products being order in Q1 2015. Items are highlighted in red.

**MIAMI-**
Increase 50%
Q4 2014
   NUCYNTA TABLETS, 50MG, 100s, 24 COUNT
   NUCYNTA TABLETS, 75MG, 100S, 24 COUNT
   NUCYNTA TABLETS, 100MG,100S, 24 COUNT
   NUCYNTA ER TABLETS, 100MG, 60S X 24 CNT
   NUCYNTA ER TABLETS, 200MG, 60S X 24 CNT
Q1 2015
   <span style="color:red">DURAGESIC MATRIX 5X50MCG</span>
   <span style="color:red">DURAGESIC MATRIX 5X100MCG</span>
   NUCYNTA TABLETS, 50MG, 100s, 24 COUNT
   NUCYNTA TABLETS, 75MG, 100S, 24 COUNT
   NUCYNTA TABLETS, 100MG,100S, 24 COUNT
   NUCYNTA ER TABLETS, 50MG, 60S X 24 CNT
   NUCYNTA ER TABLETS, 150MG, 60S X 24 CNT

Case quantity ordering pattern is consistant. Increase is due to addtional Duragesic products being order in Q1 2015. Items are highlighted in red.

Burlington Drug had a 420% increase in orders for Schedule II products in Q2 2015.

In June, Melanie Berstler gave approval for Burlington to place this order for various strengths of Duragesic for post approval testing.



| PUBLIX SUPER MARKETS INC Increase 100% | |
|---|---|
| **Q1 2015** | |
| TRAMADOL HCL ER, 100MG, 30 TABS | 696 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 240 EA |
| **Q2 2015** | |
| TRAMADOL HCL ER, 100MG, 30 TABS | 840 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 888 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 144 EA |



Increase due to order for TRAMADOL HCL ER, 200MG, (888 EA) ordered during April/May timeframe. This increase was not flagged on the SOM report because 720 were last ordered in 4Q14.

| MCKESSON DRUG COMPANY Increase 32.25% | |
|---|---|
| **Q1 2015** | |
| TRAMADOL HCL ER, 100MG, 30 TABS | 4,320 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 384 EA |
| ULTRACET TABLET, 100S, 24 COUNT | 3,936 EA |
| ULTRAM ER 100MG TABLETS, BOTTLE OF 30S | 480 EA |
| ULTRAM ER 200MG TABLETS, BOTTLE OF 30S | 1,008 EA |
| ULTRAM ER 300MG TABLETS, BOTTLE OF 30S | 336 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 6,168 EA |
| **Q2 2015** | |
| TRAMADOL HCL ER, 100MG, 30 TABS | 4,104 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 2,208 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 1,728 EA |
| ULTRACET, Tab, HUD, (2x5)x10, 10 count | 60 EA |
| ULTRACET TABLET, 100S, 24 COUNT | 5,184 EA |
| ULTRAM ER 100MG TABLETS, BOTTLE OF 30S | 648 EA |
| ULTRAM ER 200MG TABLETS, BOTTLE OF 30S | 504 EA |
| ULTRAM ER 300MG TABLETS, BOTTLE OF 30S | 480 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 7,080 EA |



MCKESSON
Based on June metrics, all orders for for TRAMADOL, ULTRAM, and ULTRACET were received into the Olive branch (RDC) location and then forwarded to other DCs.
The ordering history was pretty consistent so even with the larger quantities ordered these were not flagged on



| N C MUTUAL WHOLESALE DRUG CO Increase 28.57% | |
|---|---|
| **Q1 2015** | |
| ULTRACET TABLET, 100S, 24 COUNT | 24 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 144 EA |
| **Q2 2015** | |
| ULTRAM ER 200MG TABLETS, BOTTLE OF 30S | 24 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 192 EA |



Ordering pattern is consistant with ordering 24e a on each order. In Q2 2015 they placed two additional orders, each containing 1 case of ULTRAM TBLT 50MG, that resulted in this slight increase.





| AMERISOURCEBERGEN CORP Increase 17.02% | |
|---|---|
| **Q1 2015** | |
| TRAMADOL HCL ER, 100MG, 30 TABS | 480 EA |
| ULTRAM ER 100MG TABLETS, BOTTLE OF 30S | 552 EA |
| ULTRACET TABLET, 100S, 24 COUNT | 720 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 504 EA |
| **Q2 2015** | |
| TRAMADOL HCL ER, 100MG, 30 TABS | 1,200 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 288 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 72 EA |
| ULTRAM ER 100MG TABLETS, BOTTLE OF 30S | 216 EA |
| ULTRAM ER 200MG TABLETS, BOTTLE OF 30S | 144 EA |
| ULTRAM ER 300MG TABLETS, BOTTLE OF 30S | 48 EA |
| ULTRACET TABLET, 100S, 24 COUNT | 552 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 120 EA |
| | 2,640 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 48 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 144 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 288 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 48 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 432 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 72 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 72 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 300MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 48 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 100MG, 30 TABS | 24 EA |
| TRAMADOL HCL ER, 200MG, 30 TABS | 24 EA |
| ULTRACET TABLET, 100S, 24 COUNT | 552 EA |
| ULTRAM ER 100MG TABLETS, BOTTLE OF 30S | 216 EA |
| ULTRAM ER 200MG TABLETS, BOTTLE OF 30S | 144 EA |
| ULTRAM ER 300MG TABLETS, BOTTLE OF 30S | 48 EA |
| ULTRAM TBLT 50MG SCORED 100S 24 COUNT | 120 EA |

**ABC sales went up 17% due to an the increase in quantitites ordered for Tramadal ER 100mg from 480ea to 1200ea across multiple ship to locations. Only the Salt Lake City, UT location was flagged on the SOM report due to no prior order history in the past year.**

**ABC also ordered Tramadol ER and Ultram ER (200MG and 300MG) this quarter which helped drive the increase.**