# EXHIBIT 229

```
 1                THE STATE OF MONTANA

              OFFICE OF THE ATTORNEY GENERAL

 2             OFFICE OF CONSUMER PROTECTION

 3

 4                        - - -

 5                 SEPTEMBER 26, 2018

 6                 HIGHLY CONFIDENTIAL

 7                        - - -

 8

 9          Oral testimony of TODD CAMERON, taken

10    pursuant to notice, was held at the law offices of

11    Baker & Hostetler, LLP, 250 South Civic Center Drive,

12    Suite 1200, Columbus, Ohio 43215, commencing at 10:23

13    a.m., on the above date, before Carol A. Kirk, a

14    Registered Merit Reporter.

15

16                        - - -

17

18

19

20

21            GOLKOW LITIGATION SERVICES

           877.370.3377 ph | 917.591.5672 fax

22                  deps@golkow.com

23

24
```

| | |
|---|---|
| 1 | something that we consulted about over |
| 2 | the break.  So this is a clarification |
| 3 | that's being made after Mr. Cameron had |
| 4 | a conversation with his counsel during |
| 5 | the break. |
| 6 | Okay.  So, Todd -- |
| 7 | THE WITNESS:  Yes. |
| 8 | MS. WICHT:  -- earlier this |
| 9 | morning we were talking about some |
| 10 | meetings -- three different meetings |
| 11 | that you've had with the DEA, remember? |
| 12 | THE WITNESS:  Yes. |
| 13 | MS. WICHT:  Okay.  And the third |
| 14 | meeting in particular was one that |
| 15 | happened in 2018. |
| 16 | THE WITNESS:  Yes. |
| 17 | MS. WICHT:  And you had discussed |
| 18 | the fact that what you did at that |
| 19 | meeting was to present the program to |
| 20 | DEA and things of that nature, right? |
| 21 | THE WITNESS:  Yes. |
| 22 | MS. WICHT:  Okay.  And I think |
| 23 | that Ms. Singer had asked a question |
| 24 | about whether there were -- what I wrote |

```
 1      down was something like a specific event
 2      that had triggered the meeting.
 3             THE WITNESS:  Yes.
 4             MS. WICHT:  And I wanted to
 5      clarify with you, for another person who
 6      was participating in that meeting?
 7             THE WITNESS:  Yes.
 8             MS. WICHT:  Was there a specific
 9      event that triggered the meeting?
10             THE WITNESS:  Yes.  So my
11      meeting -- my purpose of going to meet
12      with DEA was because previous leadership
13      had changed over.  And the individuals
14      that were at the two previous meetings
15      were mostly gone from at least that
16      branch of the DEA.
17             So I had been instructed by my
18      boss to go and meet with the new
19      leadership and present the program to
20      them.
21             Linden came with me, because
22      Linden went to talk about suspicious
23      orders that we had identified internally
24      through our normal process that we had
```

Highly Confidential - Todd Cameron

```
 1            (Montana-Cardinal Exhibit 21 marked.)
 2                         - - -
 3            Q.    So this is Bates number
 4    CAH_MTAG_214.
 5            A.    Thank you.
 6            Q.    So this is a retired policy
 7    related to national chain accounts, correct?
 8            A.    Correct.
 9            Q.    And there was a period of time
10    when Cardinal excluded chain accounts from its
11    Know Your Customer requirements; is that
12    accurate?
13            A.    I know that there are components
14    of the KYC that are completed by the national
15    accounts team for national accounts.
16            Q.    Okay.  But not the full Know Your
17    Customer diligence process?  You said components
18    that are --
19            A.    From the KYC.  So a lot of the
20    components when the customer comes on board to
21    fill out the information for national accounts,
22    that gets done by the national accounts team
23    because there's a corporate office that would be
24    involved in the completion in answering those
```

1  questions.
2           We still set the thresholds.
3  They're not involved in that process.  But as
4  far as the documenting of the KYC for the
5  national accounts, that's done by that team.
6      Q.    So my understanding is that
7  national chain accounts are treated differently
8  on the -- because of the assumption that they
9  have their own anti-diversion programs.  Is that
10 accurate?
11     A.    Treated differently in what way?
12     Q.    They aren't subject to the same
13 kind of Know Your Customer onboarding as
14 independents.
15     A.    That is true.
16     Q.    And does Cardinal make any effort
17 to audit or check a chain pharmacy's
18 anti-diversion program?
19     A.    The benefit to the national
20 accounts is we get corporate level --
21 corporate-provided store level data.  And those
22 national accounts buy all of their controls from
23 us.  So we actually have a better picture of the
24 national chains because they're not buying from