EXHIBIT 237

# DRUG OPERATIONS MANUAL

# SECTION 55

# DEA COMPLIANCE

CONFIDENTIAL

MCKMDL00651873

RECEIVED JAN 2 7 1997

| | |
|---|---|
| To<br>Distribution | Date<br>January 15, 1997 |

**M·Kesson**
Intra Company
Corresponden

| | |
|---|---|
| From<br>Dan White | Location/Tel<br>One Post Street, 28th Fl.<br>(415) 983-8598 |

| | |
|---|---|
| Subject<br>Drug Operations Manual<br>Section 55—DEA Compliance | Copies To<br>M. Majeske/36 (w/o Sec. 55)<br>M. Pulido/36 (w/o Sec. 55) |

| **REMOVE** | **INSERT** |
|---|---|
| Section 55, all<br>Exhibits, all | Table of Contents, Section<br>55, pp. 1-133, Index, Exhibits<br>Log, and Exhibits 55-1<br>through 55-52 |

Attached is the complete Section 55 of the Drug Company Operations Manual, DEA Compliance, Revision #107. It contains extensive changes to provide guidance and clarification to ensure compliance with current DEA regulations and McKesson's internal procedures.

There are two copies for each Distribution Center: one is for immediate placement in your DC's Drug Operations Manual, replacing Section 55 in its entirety; the second is to be forwarded promptly to appropriate personnel within your DC.

New DC Partners (former FoxMeyer locations) should read and insert a copy into their DCOG as a supplement to its current documentation relating to DEA compliance, giving particular attention to DEA-specific compliance activities that affect DC compliance procedures.

Each DC Manager or designee must read, implement any process changes, complete the training of DC personnel (including completion of a DEA Continuing Education Report, Exhibit 55-33), and respond to his or her VPDO when these steps are completed, but no later than March 3, 1997.

If you have questions about this revision or other DEA compliance matters, please contact Gary Hilliard, (972) 446-4614, or Rolly Blythe, (803) 796-7965.

Dan White
Vice President, Regulatory Affairs
Attachments

| DC ROUTING LIST | | |
|---|---|---|
| | **Initials** | **Date** |
| DCM/VP Sales | | |
| OM | | |
| DCIM | | |
| DCAM | | |
| CRS | | |
| WHS. SPVR. | | |

CONFIDENTIAL

MCKMDL00651874

CONFIDENTIAL

MCKMDL00651875

**DRUG OPERATIONS MANUAL55-CONTROLLED SUBSTANCES 1/97   TABLE OF CONTENTS.i**

**INTRODUCTION** ................................................................................................ 55-1

Responsibility of Company Officials .......................................................... 55-1

DEA Section 880 Authority ......................................................................... 55-1

The Actual Inspection ................................................................................. 55-1

Physical Inventory ...................................................................................... 55-2

Records Retention ...................................................................................... 55-2

Areas of Frequent Concentration ............................................................... 55-2

**I. FEDERAL REGULATORY REQUIREMENTS** ........................................... 55-7

A. General ................................................................................................. 55-7

B. Administrative Inspection by DEA ........................................................ 55-8

C. Automated Reports and Consolidated Order System (ARCOS) ........... 55-9

**II. REGISTRATION AND RE-REGISTRATION** ............................................ 55-12

A. Initial Registration ................................................................................ 55-12

B. Renewal ................................................................................................ 55-14

C. Move of an Existing Distribution Center to New Location ..................... 55-15

D. DEA Field Division Office Addresses ................................................... 55-16

**III. SECURITY REQUIREMENTS—1301.71** ................................................ 55-18

A. Summary of DEA Requirements ........................................................... 55-18

B. Physical Security .................................................................................. 55-18

C. McKesson Internal Controls ................................................................. 55-23

**DRUG OPERATIONS MANUAL55-CONTROLLED SUBSTANCES 1/97   TABLE OF CONTENTS.ii**

D. Verification of Customer Registration—1301.74 ............... 55-31

E. Explanation of Expiration Dates for DEA Registration Numbers ... 55-

F. Invalid or Expired Certificate—Action Required ............... 55-35

G. DEA Continuing Education Documentation ..................... 55-36

**IV. SUSPICIOUS ORDERS** ..................................... **55-38**

A. Detecting Suspicious Orders—1301.74 ....................... 55-38

B. Reporting Suspicious Orders ................................ 55-40

**V. INVENTORIES** ........................................... **55-46**

A. Definitions and General Instructions—1304.11 ............... 55-46

B. Inventory Listing Procedures .............................. 55-48

C. Post Inventory Procedures ................................. 55-52

**VI. REGISTRANT RECORDS** ................................... **55-55**

A. Registry (DEA) Numbers on Transfer Documents .............. 55-55

B. Recordkeeping ............................................ 55-55

C. Purchase Order Records ................................... 55-60

D. Receiving Records—Receipts from Vendors .................. 55-61

E. Return Credits—Controlled Substance Receipts from Customers . 55-64

F. Sales and Distribution Transactions ....................... 55-68

**VII. ORDER FORM REGULATIONS—DEA FORM 222** ............... **55-80**

A. Scope of Part 1305—1305.01 ............................... 55-80

**DRUG OPERATIONS MANUAL55-CONTROLLED SUBSTANCES 1/97  TABLE OF CONTENTS.ii**

    B. Order Filling Processing     55-85

    C. Power of Attorney—1305.07     55-94

    D. Lost and Stolen Order Forms—1305.12     55-96

    E. Preservation of Order Forms—1305.13     55-98

    F. Return of Unused Order Forms—1305.14     55-99

    G. Cancellation and Voiding of Order Forms—1305.15     55-99

**VIII. COMPUTER ROOM TRANSACTIONS**     **55-102**

    A. Transport Transactions to Computer Room     55-102

    B. Weekly/Daily Key-entry     55-102

    C. Producing Month-End ARCOS Report     55-105

    D. DEA Error Reports     55-108

    E. File Set-Up for ARCOS Edit Program     55-112

    F. Central Reporting Identifier Number     55-114

**IX. MISCELLANEOUS TOPICS**     **55-116**

    A. Disposal of Controlled Substances     55-116

    B. Breakage Reports     55-117

    C. Losses     55-117

    D. Selection of Carriers—1301.74(e)     55-118

    E. Discontinuance or Transfer of Business—1307.14     55-119

    F. U.S. Postal Mailing Limitations     55-121

**DRUG OPERATIONS MANUAL55-CONTROLLED SUBSTANCES 1/97   TABLE OF CONTENTS.iv**

   G. NDC Number Change          55-121

   H. Handling Schedule II Controlled Substance Sales to Doctors When Billing Hospital     55-1
      or Retail Account

**X.  DEA AUDITS**          **55-125**

   A. By DEA Personnel          55-125

   B. Distribution Center-Quarterly DEA Checklist          55-127

**XI.  CHEMICAL DIVERSION AND TRAFFICKING ACT OF 1988**          **55-130**

   A. Listed Chemicals          55-130

   B. Recordkeeping Requirements          55-131

   C. Retention Records          55-131

   D. Reporting Requirements          55-13?

   E. Importation/Exportation of Listed Chemicals          55-132

   F. Penalties          55-132

MCKMDL00651879

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97     PAGE 55-1:INTRO.1
INTRODUCTION

## Responsibility of Company Officials

At each Distribution Center, it is the responsibility of the Distribution
Center Manager (DCM) to ensure that company procedures for DEA inspections
are followed. It also is the Distribution Center Manager's responsibility
to provide training to all other exempt managers on procedures to follow
should a DEA inspection occur in his or her absence.

The Distribution Center Manager, any other exempt manager, or non-exempt
employee trained in regulatory compliance, must accompany DEA
investigators during an inspection. Investigators must never be left alone
in the Distribution Center.

## DEA Section 880 Authority

DEA investigators are authorized to enter controlled premises to conduct
administrative inspections for the purpose of

1.   Inspecting, copying and verifying the correctness of records, reports
     or other documents required to be kept by the statute and DEA
     regulations;

2.   Inspecting within reasonable limits and in a reasonable manner the
     controlled premises and all pertinent equipment;

3.   Inventorying all controlled substances on hand;

4.   Obtaining samples of all controlled substances (as long as a DEA Form
     84, "Receipt for Samples," is presented and payment received; and

5.   Inspecting "all other things therein (including records, files,
     papers, processes, controls, and facilities)" appropriate for
     verifying the records and reports required to be kept or otherwise
     relating to the provisions of the Controlled Substances Act.

DEA investigators, however, are not authorized to view, copy or verify
financial data, sales data (other than shipping data) or pricing data. No
such information should be made available without authorization from your
Regional Office and the Law department in San Francisco to allow deviations
from this manual.

## The Actual Inspection

A DEA inspection of a drug wholesale facility will generally include three
primary procedures—a physical inventory of selected controlled substances,
a review of records relating to the receipt and sale of those substances,

CONFIDENTIAL

and a thorough review of your security and procedures. Following those
procedures the investigator will attempt to reconcile the physical
inventory, in a given period of time, with what the receipt and sale
records show should be on hand.

One matter deserves mention at this point: wholesalers tend to think in
terms of bottles of products, and if there is an underage of one or two
bottles, they tend not to be overly concerned. DEA, however, enforces on
the basis of "dosage units," and to the DEA an unexplained loss of one
bottle equates to as many dosage units as were contained in the bottle.
Therefore, while the escort is with the investigator, he or she should
attempt to learn and commit to writing everything that the investigator
found that might conceivably implicate the firm's recordkeeping practices,
even if only one bottle of 100 tablets is unaccounted for.

Physical Inventory

The inventory is generally straightforward, since it involves little more
than physically counting the units on hand of a given substance.
Nevertheless, the investigator should be watched by the escort and the
investigator's count should be double checked. Mistakes have been known to
occur, and it is always best to resolve any miscounts at the time rather
than at a subsequent hearing or court enforcement action.

Records Retention

The most common mistake by companies is to hand an investigator receipt and
sale records on one or more substances, give him an area in which to work,
tell him to ask if he has any questions and then leave him alone to do his
job. Unfortunately, many investigators may not be familiar with our
company's recordkeeping system, or may make erroneous assumptions of our
practice because no one is readily available to answer questions. Thus, the
escort should be with an investigator to explain the system, answer
questions and, essentially, educate the investigator, who occasionally does
not know what to ask for.

Areas of Frequent Concentration

1.   In-depth audit

     During a general inspection, DEA almost always conducts an in-depth
     audit of controlled substance activity, focusing on controlled
     substance receipts, shipments, stock transfers, and returns to the
     Distribution Center. In auditing the Distribution Center, DEA will
     start with an inventory of a substance on a specific date, and will
     add to this inventory the amount of that substance received after that
     date. This total amount should equal the physical inventory taken by

CONFIDENTIAL                                                      MCKMDL00651881

the investigators plus or minus the Distribution Center's sales, credits and returns over the specific time period.

During an inspection, DEA investigators normally will audit three or four substances.

2.   Excessive purchases

DEA will focus on what procedure the Distribution Center follows to determine whether a particular customer is excessively purchasing controlled substances, indicating a potential abuse or diversion.

3.   The use of incorrect customer DEA registration numbers and information

Typically, DEA will audit the numbers and registration information concerning 20 or more customers of a particular Distribution Center to determine whether the Distribution Center has the customers' DEA registration numbers, whether the controlled substances are being shipped to the same address at which the customers are registered, whether the Distribution Center is shipping controlled substances in certain schedules that customers are not authorized to receive, etc. In addition, DEA investigators will specifically ask how the Distribution Center continually monitors its customers' registration information to ensure that the registrations are valid, the numbers correct, and that customers are entitled to receive the scheduled substances ordered.

4.   Biennial inventory

DEA investigators will often check to see whether the Distribution Center has complied with the regulation by taking and maintaining a biennial inventory.

5.   Security—General

Often, a DEA investigator will begin an inspection before entering the facility's premises by noting the outside appearance of the building. Items that would concern an investigator include posted signs that identify the facility as a drug warehouse, the adequacy of the lighting around the building, the number of doors providing access to the warehouse, and whether there is any access to the roof from the outside.

6.   Security—Warehouse

During a general inspection, DEA investigators normally will check the Distribution Center's security. This inspection could include a check of the emergency exit alarm system, and an examination of ceiling

                                                            MCKMDL00651882

vents to determine whether they are fully protected and connected to
the alarm system.

7.   Security—Cage and Vault

     In inspecting the areas where controlled substances are stored, the
     DEA investigator will check to see if the following are in order:

     A.   All cage doors and the day gate should be self-closing and self
          locking;

     B.   The cage and vault should have a current verified list of
          personnel authorized to have access to the storage area;

     C.   Any damaged or outdated controlled substances in their respective
          cage or vault areas;

     D.   Nothing other than Schedule III-V items and appropriate records,
          with written permission, should be kept in the cage, and nothing
          other than Schedule II items and records should be retained in
          the vault;

     E.   The construction of the cage and vault should fully meet the
          requirements of 21 CFR 1301.72; and

     F.   The electronic alarm systems in the cage and vault should be
          separate, and both systems should be in good working order.

     Anything that can be repaired during the audit should be, or steps
     taken to repair it.

     NOTE: EVEN IF THINGS ARE IN WORKING ORDER, DEA ALSO WILL NOTICE
     WHETHER PROCEDURES ARE BEING FOLLOWED, e.g., IS THE VAULT OR CAGE DOOR
     SHUT?

8.   Segregation of records

     Records for Schedule II controlled substances must be kept separate
     and readily retrievable from other records retained by the
     Distribution Center. DEA investigators will often check to see if this
     requirement is being met.

9.   Proper execution and endorsement of customer orders

     Typically, DEA investigators will review a number of DEA Forms 222 to
     determine whether the Distribution Center filled orders that were not
     properly executed and signed by the customer, or were filled with
     alterations.

CONFIDENTIAL                                                  MCKMDL00651883

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97     PAGE 55-5:INTRO.5

10.  Proper registration

     DEA investigators will often inspect the Distribution Center's DEA
     registration certificate. The DEA investigators will also inspect the
     certificate to determine whether the registrant is licensed to ship
     the applicable controlled substances being distributed.

11.  Verification of telephone and pick-up ("will call") orders

     During an inspection, DEA will often concentrate on how a Distribution
     Center verifies information when an order is phoned in and later
     picked up. DEA is of course concerned that a person may somehow obtain
     a registrant's DEA number, phone in an order, and then obtain the
     controlled substances at the distribution facility.

12.  Proper inventorying of controlled substances when initially scheduled

     By law, any registrant holding in inventory a substance that is newly
     controlled must inventory the substance upon the effective date of the
     classification regulation. DEA will often check a registrant to
     determine whether this inventory was taken on the effective date of
     the rule scheduling the substance.

The following areas of your Distribution Center and its operations will be
questioned:

1.  Employee identification;

2.  Employee hiring (screening and checking);

3.  Practices and procedures;

4.  Building security;

5.  Cage and Vault security;

6.  Records;

7.  Inventory procedures;

8.  Sales information; and

9.  Miscellaneous information about the company.

                                                      MCKMDL00651884

Case: 1:17-md-02804-DAP Doc #: 3015-6 Filed: 12/18/19 14 of 326. PageID #: 447885

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-6:INTRO.6

<u>THIS PAGE INTENTIONALLY LEFT BLANK</u>

CONFIDENTIAL

MCKMDL00651885

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97     PAGE 55-7:SEC.I.1

I.   FEDERAL REGULATORY REQUIREMENTS

A.   General

The aim of the Controlled Substances Act is to prevent diversion
of abusable substances into illicit traffic while ensuring their
availability for legitimate medical purposes. The Drug
Enforcement Administration strictly interprets the law and
regulations and has imposed significant fines for technical
errors in completing forms and keeping records. It is extremely
important that McKesson employees comply fully with the
regulations and the following guidelines.

The Controlled Substances Act and the implementing regulations
(21 CFR 1300 to the end) mandate that all distributors, as a part
of the national controlled substance chain of control, comply
with the registration, security, and recordkeeping requirements
pertaining to all controlled substance transactions, as set forth
in this section.

The information contained, and the numbered references in the
1300 series, refer to Chapter II of the Code of Federal
Regulations Title 21, Drug Enforcement Administration, Department
of Justice.

All Distribution Centers must have the following DEA publications
in a permanent file available for ready reference. The
instructions must be followed as written. Comments in this
section of the Operations Manual are an attempt to supplement
these instructions in a practical manner. Employees should
address specific questions on their implementation to Drug
Operations Support, 28th floor, San Francisco.

1.   Code of Federal Regulations 21, Food and Drugs, Part 1300 to
     end, available from:

     Superintendent of Documents
     U.S. Government Printing Office
     POB 371954
     Pittsburgh PA 12050-7954
     (202) 512-1557
     (Cost should be in the $13.00 range—do not buy a
     subscription.)

2.   ARCOS General Reporting Information Manual, available from:

     United States Department of Justice
     Drug Enforcement Administration

ARCOS Unit, POB 28293
Central Station, Washington DC 20005
(202) 307-8600.

B.    Administrative Inspection by DEA

    1.    Authority to Make Inspection—1316.03

        DEA Investigators or agents of the Drug Enforcement
        Administration are authorized to enter controlled premises
        and conduct administrative inspections for the purpose of:

        a.    Inspecting, copying, and verifying the correctness of
              records, reports, or other documents required to be
              kept or made under the Act and the regulations
              promulgated under the Act, including, but not limited
              to:

              (1)   Inventory and other records—Part 1304;
              (2)   Order form records—Part 1305;
              (3)   Distribution records—Part 1306; and
              (4)   Shipping records, name of carrier used, and date
                    and quantity of each shipment, Part 1306;

        b.    Making a physical inventory of all controlled
              substances on hand at the premises;

        c.    Collecting samples of controlled substances (Receipt to
              be given on DEA Form 84);

        d.    Checking records and information on distribution of
              controlled substances; and

        e.    All other files, documents, etc., pertinent to the
              verification of records, reports, etc., bearing on the
              provisions of the Act and its regulations.

    2.    Exclusions from Inspection—1316.04

        No inspection authorized by these regulations extends to:

        a.    Financial data;

        b.    Sales data other than shipping data; and

        c.    Pricing data.

    3.    Entry and Consent to Inspect—1316.05 through 1316.08

CONFIDENTIAL

Any inspector shall have the right to enter premises containing controlled substances and conduct inspections at reasonable times and in a reasonable manner provided that:

a.  The purpose of the inspection is stated;

b.  Appropriate credentials are presented;

c.  Written notice of inspection authority (DEA Form 82) is presented; and

d.  An informed consent is given or an administrative warrant is issued.

NOTE: WHILE INSPECTION RIGHTS OF THE DEA ARE CLEARLY STATED IN THE ACT, ALL SUCH INSPECTIONS ARE TO BE REPORTED BY McKESSON MANAGEMENT TO THE SAN FRANCISCO LAW DEPARTMENT AT ONCE. IF THERE IS ANY DEVIATION FROM NORMAL PROCEDURES, TELEPHONE INA TRUGMAN AT (415) 983-8325. STANDARD PROCEDURES FOR REPORTING GOVERNMENT INSPECTIONS ARE DETAILED BEGINNING AT PAGE 50-125 OF THIS MANUAL.

4.  Frequency of Administrative Inspections—1316.13

Except where circumstances otherwise dictate, it is the intent of the DEA to inspect all distributors of controlled substances in Schedules II-V once every three years.

C.  Automated Reports and Consolidated Order System (ARCOS)

1.  General Description

ARCOS is an automated system developed by the DEA to provide for the audit of (controlled substance) inventory transactions originated by manufacturers, distributors, importers, and exporters.

The reportable transactions of distribution consist of sales and purchases as well as other activities that will add to inventory (e.g., returned goods) or subtract from inventory (theft, destruction, etc.).

ARCOS provides government capability to maintain a current record of selected controlled substances from point of import or manufacture to point of sale, distribution, export, or other disposition to the dispensing (consumption) level.

Case: 1:17-md-02804-DAP  Doc #: 3015-6  Filed: 12/18/19  18 of 326.  PageID #: 447889

A subpart of the ARCOS system provides the federal government with an automated review and summarization (audit) of filled order forms (DEA Form 222).

2.  Products Covered Under ARCOS

The following products must be reported under ARCOS:

a.  All Schedule II controlled substances. These are stored in the vault, and are coded 'X' on McKesson invoices. They are printed on separate picking documents under Economost Pick Department JE.

b.  All Schedule III ARCOS reportable controlled substances. These are stored separately in the DEA cage and are coded 'B' on McKesson invoices. They are printed on separate picking documents under Economost Pick Department JB.

c.  An on-request job (DF68) is available on the AS400 to print a listing of controlled substances coded on the inventory file. This is available to Distribution Center Managers when needed.

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97     PAGE 55-11:SEC.I.5

THIS PAGE INTENTIONALLY LEFT BLANK

MCKMDL00651890

CONFIDENTIAL

MCKMDL00651891

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97 PAGE 55-12:SEC.II.1

II.   REGISTRATION AND RE-REGISTRATION

A.   Initial Registration

1.   Fee Amounts—1301.11, 1301.12

For each registrant to distribute controlled substances, the registrant shall pay a fee of $438.00. Registration fees shall be paid at the time the application for registration is submitted for filing. Payment should be made in the form of a certified or cashier's check or money order made payable to, "Drug Enforcement Administration."

2.   Form Requirements for Application—1301.31

New Distribution Centers must file initial applications for registration on DEA Form 225 (revised August 1996). No controlled substances may be purchased for new locations, nor may any other transactions take place until the Certificate of Registration DEA Form 223 has been received.

This certificate will assign the Distribution Center a DEA registration number. The certificate will not be issued, however, until DEA agents have inspected and approved the security protection to be given controlled substances in the new location. DEA also will request documentation of appropriate state licenses prior to issuing certificate.

The certificate is to be posted in the vault or cage for controlled substances. Before posting, photocopies should be made and placed in the current DEA file, to be made available to those product suppliers who will request verification of registration before making shipments of controlled substances. Also forward a copy to the National Buying Center for its records.

3.   Source of Supply for Forms

DEA Form 225 (new), is illustrated in Exhibit 55-1 with instructions to complete the entries beginning below. This form may be obtained from the Registration Unit, Drug Enforcement Administration, Department of Justice, POB 28083, Central Station, Washington DC 20005, or from the Field Division Office serving the new location. The telephone number of the Registration Unit in Washington is: (202) 307-7255 or (800) 882-9539.

4.   Entries on DEA Form 225 (New)

CONFIDENTIAL

MCKMDL00651892

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97 PAGE 55-13:SEC.II.2

Enter Name and Address:

McKesson Drug Company
Street Address (do not use P.O. Box)
City, State, and Zip Code.

Line items:

1.   Check box F.
2.   Check schedules II, III (narcotic), IIIN
     (non-narcotic), IV, V.
3.   Leave blank.
4.   Check this box.
5.   Enter appropriate DEA numbers if this condition exists.
6.   Leave blank.
7.a. Enter your current state license or certificate
     numbers. Check box "Yes" but be sure you have the
     proper state and any necessary, current authorizations.
7.b. Check box "No" and add the words, "See Rider Attached."
7.c. Check box "No" and add the words, "See Rider Attached."
8.   Leave blank.
9.   Leave blank.

Signature on Form 225 (NEW) shall be that of the individual
granted Power of Attorney by the Vice President Distribution
Operations.

Attach a photocopy of the Power of Attorney furnished by the
Vice President Distribution Operations authorizing the
Distribution Center Manager to sign applications for
registration.

Also, attach a check in the amount of $438.00 for the
registration fee (see preceding item II.A.1.)

Attach a rider to the initial Form 225 application as
follows:

*Rider to Questions 7.b., 7.c.*
*Applicant is a division of McKesson Corporation. McKesson
Corporation has approximately 35,000 stockholders and has no
knowledge of any felony convictions in connection with
controlled substances or of any surrender, revocation,
suspension or denial of any CSA registration pertaining to
its stockholders.*

CONFIDENTIAL                                    MCKMDL00651893

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97 PAGE 55-14:SEC.II.3

*Applicant has surrendered certain of its CSA registrations in connection with the closing of distribution points.*

B.  Renewal

1.  Fee Amounts—1301.11. 1301.12

   For each registrant to distribute controlled substances, the registrant shall pay a fee of $438.00.

   Payment shall be made at the time the application for re-registration is made in the form of a certified or cashier's check or money order made payable to, "Drug Enforcement Administration."

2.  Form Required for Application—1301.32

   Applications for renewal of the registration to distribute controlled substances shall be made on DEA Form 225a.

3.  Time for Application for Re-registration—1301.31

   Any registered distributor may apply to renew the registration not more than 60 days before the expiration date of his registration. The registration of McKesson Distribution Centers is required annually, and the majority of these anniversaries fall on January 31 of each year, though a few expire in other months.

4.  Filing of Application—1301.34

   DEA will send each Distribution Center an application for renewal—DEA Form 225a—about 60 days before its registration expires. If the forms are not received by at least 45 days before expiration date, immediately notify the

   Registration Unit
   Drug Enforcement Administration
   Department of Justice
   POB 28083, Central Station
   Washington DC 20038-8083
   (202) 307-7297
   (800) 882-9539.

   If there is still no response by 30 days before expiration, contact the Distribution Operations Department in San Francisco for further assistance. It is imperative that all conversations and attempts at communication be documented and such documentation maintained accordingly.

5.   Entries on DEA Form 225a, Renewal of Re-registration

Verify preprinted name and address on Form 225a (revised 9/89—see Exhibit 55-2, pages 1 & 2):

McKesson Drug Company
Street Address (do not use P.O. Box)
City, State, and Zip Code

Verify preprinted DEA registration number and the expiration of the current registration.

Line Items:

1.   Check schedules II, III (Narcotic), IIIN (Non-narcotic), IV, V.
2.   Enter appropriate DEA #'s if this condition exists;
3.a. Check box "Yes," being certain that this statement is correct, and enter your current license or certificate number.
3.b. Check box "No" and add the words, "See Rider Attached."
3.c. Check box "No" and add the words, "See Rider Attached."
4.   Leave blank.
5.   Leave blank.

Attach a rider to the initial Form 225 application as follows:

*Rider to Questions 3.b., 3.c.*

*Applicant is a division of McKesson Corporation. McKesson Corporation has approximately 35,000 stockholders and has no knowledge of any felony convictions in connection with controlled substances or of any surrender, revocation, suspension or denial of any CSA registration pertaining to its stockholders.*

*Applicant has surrendered certain of its CSA registrations in connection with the closing of distribution points.*

C.   Move of an Existing Distribution Center to New Location

Operations Support will furnish the responsible Regional Security Manager a copy of the finalized functional drawing to coordinate all field activities with the DEA, local security company and local management. Blueprints and security plans must be reviewed

MCKMDL00651895

with the DEA Field Division Office in advance of the construction of the vault or cage.

Prior to moving a Distribution Center to a new location, the Distribution Center Manager should write to the Registration Unit at least 90 days before the move, advising them that such a move will take place and request that a corrected Certificate of Registration be issued for the new address.

At the same time, the letter should include a request that the existing registration number be retained for the new location.

The Branch Registration office will notify the DEA Field Division Office of the request. DEA's Investigators will then inspect the new premises. If the Investigators are satisfied with the physical and electronic protections to be provided for the controlled substances, they will so advise Registration and a corrected Certificate of Registration will be issued to the Distribution Center.

D.  DEA Field Division Office Addresses

For listing of Drug Enforcement Administration Field Division addresses, see Exhibit 55-45.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97 PAGE 55-17:SEC.II.6

<u>THIS PAGE INTENTIONALLY LEFT BLANK</u>

**DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-18:SEC.III.1**

III. <u>SECURITY REQUIREMENTS—1301.71</u>



A. <u>Summary of DEA Requirements</u>

ALSO REFER TO McKESSON MANAGEMENT SECURITY REQUIREMENTS IN OPERATIONS MANUAL SECTION 10.

All applicants and registrants must provide effective controls and procedures to guard against theft and diversion of controlled substances. The DEA Administrator will use the security requirements outlined in the following material of Part 1301 as standards for the physical security controls and operating procedures necessary to prevent diversion.

The following is a summary of the factors considered by DEA as the minimum necessary for strict compliance with security requirements:

1. Type of controlled substances handled;
2. Quantity of controlled substances handled;
3. Location of premises in relation to security;
4. Type of building construction;
5. Type of vault, safe, and/or secured enclosures;
6. Type of closures on vaults, safes, and or secured enclosures;
7. Adequacy of key or combination lock control;
8. Adequacy of electronic detection and alarm systems including transmittal lines and standby power;
9. The extent of unsupervised access to the building;
10. Adequacy of employee supervision for access to secured areas;
11. Procedure for handling visitors and service personnel;
12. Availability of local police protection; and
13. Adequacy of systems for monitoring receipt, distribution, and disposition of controlled substances.

B. <u>Physical Security</u>

1. <u>Schedule II Controlled Substances—1301.72</u>

Vaults and safes constructed prior to September 1, 1971, and approved by the former Bureau of Narcotics and Dangerous Drugs are grandfathered under the regulations. However, where DEA deems this protection inadequate, we will, following review with DEA, install additional electronic and/or physical protection. (The preceding sentence does not constitute a waiver of our grandfather protection.)

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-19:SEC.III.2

Vaults and safes constructed after September 1, 1971, shall meet the following specifications:

a.  Safe or steel cabinet:

Where small quantities of Schedule II controlled substances permit, a safe or steel cabinet may be used for storage when the following conditions are met:

(1)  The safe or steel cabinet has the following specifications or their equivalents:

(a)  30 man-minutes against surreptitious entry;
(b)  10 man-minutes against forced entry;
(c)  20 man-hours against lock manipulation; and
(d)  20 man-hours against radiological techniques.

(2)  The safe or steel cabinet, if it weighs less than 750 lbs., is bolted or cemented to the floor or wall in such a way that it cannot be readily removed.

(3)  The safe or steel cabinet, depending upon the type and quantities of controlled substances stored, equipped with an alarm system, that, upon attempted unauthorized entry, transmits a signal directly to a central protection company, or a local or state police agency that has a legal duty to respond, or a 24-hour protection as the Director may approve.

b.  Vault construction after September 1, 1971:

Specifications for the construction and protection of a vault constructed after September 1, 1971, are as follows:

(1)  The walls, floors, and ceilings to be constructed of at least eight inches of reinforced concrete or other substantial masonry, reinforced vertically and horizontally with 1/2-inch steel rods tied six inches on center, or the structural equivalent of such reinforced walls, floors, and ceilings.

(2)  The door and frame unit shall conform to the following specifications or the equivalent:

(a)  30 man-minutes against surreptitious entry;

CONFIDENTIAL

MCKMDL00651899

   (b) 10 man-minutes against forced entry;

   (c) 20 man-hours against lock manipulation: and

   (d) 20 man-hours against radiological techniques.

  (3) If operations require the vault to remain open for frequent access, it shall be equipped with a "day-gate" that is self-closing and self-locking, or the equivalent, for use during the hours of operation in which the vault door is open.

  (4) The walls or perimeter are to be equipped with an alarm, that upon unauthorized entry shall transmit a signal directly to a central station protection company, or a local or state police agency that has a legal duty to respond, or a 24-hour control station operated by the registrant, or such other protection as DEA may approve, and, if necessary, holdup buttons at strategic points of entry to the perimeter area of the vault;

  (5) The door must be equipped with contact switches and the day-gate is to be self-closing and self-locking.

  (6) The vault shall have one of the following: complete electrical lacing of the walls, floor, ceilings; sensitive ultrasonic equipment within the vault; a sensitive sound accumulator system; or such other device designed to detect illegal entry as may be approved by the Director.

 c. Storage of Schedule II Controlled Substances:

  All Schedule II controlled substances shall be stored in the vault. See exceptions below:

  (1) Schedule II refrigerated substances: Ronald W. Buzzeo, Former Chief of Operations-Diversion Operations, granted McKesson permission, effective May 13, 1974, to store Schedule II parenterals requiring refrigeration—Amobarbital, Secobarbital, Pentobarbital—in refrigerators located in our Schedule III controlled substance cages. McKesson Drug Company has also been granted approval to store Oxymorphone and Hydromorphone Class II suppositories in the refrigerator in the cage (Class III Security). This permission was granted to all McKesson Distribution Centers, the listing

**DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-21:SEC.III.4**

of which is updated biennially by the Operations
Support Distribution Planning Department. See
copies of approving correspondence at Exhibits
55-3 and 55-3a.

2.  Schedule III, IV, and V Controlled Substances—1301.72

Storage of Schedule III, IV, and V controlled substances
shall be in the following secure storage areas:

a.  In a safe or steel cabinet as described for Schedule II
controlled substances.

b.  In a vault as described and secured for Schedule II
controlled substances.

c.  In a cage, located within a building on the premises
(of the registrant) meeting the following
specifications:

(1)  Having walls constructed of not less than No. 10
gauge steel fabric mounted on steel posts, which
posts are:

(a)  At least one inch in diameter;

(b)  Set in concrete or installed with lag bolts
that are pinned or brazed; and

(c)  Placed no more than ten feet apart with
horizontal one and one-half inch
reinforcements every sixty inches.

(2)  Having a mesh construction with openings of not
more than two and one-half inches across the
square.

(3)  Having a ceiling constructed of the same material,
or in the alternative, a cage shall be erected
that reaches and is securely attached to the
structural ceiling of the building. A lighter
gauge mesh may be used for the ceilings of large
enclosed areas if walls are at least 14 feet in
height.

(4)  Is equipped with a door constructed of No. 10
gauge steel fabric on a metal door frame in a

CONFIDENTIAL

MCKMDL00651901

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-22:SEC.III.5

metal door flange, and in all other respects conforms to all the requirements of 21 CFR 1301.72(b)(3), (2).

Cage doors must be self-closing and self-locking since constant supervision of these openings cannot be assumed.

    (5)  Is equipped with an alarm system that upon unauthorized entry through any point in the enclosed controlled substance area shall transmit a signal directly to a central station protection agency or a local or state police agency, each having a legal duty to respond, or to a 24-hour control station operated by the Registrant, or to such other source of protection as the Special-Agent-In-Charge may approve.

d.   An enclosure of masonry or other material providing security comparable to a cage, as approved in writing by the Special-Agent-In-Charge.

e.   A building or enclosure within a building that has been inspected and approved by DEA or its predecessor agency, BNDD, continues to provide adequate security against the diversion of Schedule III-V controlled substances, of which fact written acknowledgment has been made by the Special-Agent-In-Charge of the DEA for the area in which such building or enclosure is situated.

f.   Such other secure storage areas as may be approved by the Special-Agent-In-Charge after considering the summary of security factors listed at page 55-18.

g.   Other specifications:

    (1)  Schedule III-V controlled substances may be stored with Schedule II controlled substances under security measures previously described for Schedule II controlled substances, provided that permission for such storage is obtained in advance in writing from the Special-Agent-In-Charge of DEA for the area in which storage is situated.

    (2)  Non-controlled substances, and other materials may be stored with Schedule III-V controlled substances in any of the secure storage areas

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-23:SEC.III.6

required by 21 CFR 1301.72(b), provided that permission for such storage of non-controlled items is obtained in advance in writing from the Special-Agent-In-Charge of DEA for the area in which storage area is situated. Any such permission tendered must be upon the Special Agent's written determination that such non-segregated storage does not diminish security effectiveness for Schedule III-V controlled substances.

C.   McKesson Internal Controls

The following internal controls are established as McKesson's procedural response to the requirements established by the DEA, and listed in this section under:

*   Authority to Make Inspection—Page 55-1; and
*   Security Requirement Summary—Page 55-18.

SEE ALSO THE SECURITY SECTION IN OPERATIONS MANUAL SECTION 10.

1.   Security Rules for Management

a.   Employee Background Information Sheet:

All prospective applicants for employment will be required to complete the employee background information sheet authorizing McKesson Corporation to make a complete investigation of their background, former business relations and employment (Exhibit 55-40).

NOTE: THE INFORMATION FURNISHED OR RECOVERED AS A RESULT OF ANY INQUIRY WILL NOT NECESSARILY PRECLUDE EMPLOYMENT BUT WILL BE CONSIDERED AS PART OF AN OVERALL EVALUATION OF THE APPLICANT'S QUALIFICATIONS.

b.   Personnel Entrance to Warehouse:

Wherever it is physically feasible to do so, equip the personnel entrance to the warehouse from the office or hallway with a self-closing, self-locking door that can be opened only from the warehouse side without a key or keyless entry pass-card. You may supply keys or keyless entry pass-cards to a limited number of employees who work in the area and need to leave it to go to the restroom or breakroom. You will limit the keys to

MCKMDL00651903

management and use a keyless entry pass-card or touch
pad system on the door only for employees authorized to
go into the warehouse area.

* McKesson policy prohibits the use of cameras or
  the taking of pictures within any Distribution
  Center. Such activity could compromise the
  security of a Distribution Center. A sign stating,
  "NO CAMERAS," is to be posted on each personnel
  door with entrance to the warehouse.

c. Visitor's Log/Consent to Search:

Use this form for all visitors and have them sign in
and out (see Exhibit 55-35). Also, provide visitor's
badges. In addition, visitors must be accompanied by a
distribution center employee as designated by DC
management when they are in the warehouse area. Ask for
identification of visitors or service personnel who are
unknown to McKesson personnel. Also, see item f.,
below.

d. Limit Office Employee Access:

Limit the access of office employees to the warehouse
to those who must enter the warehouse to perform their
assigned duties. Post the list of those, other than
warehouse employees, authorized to enter the warehouse.

e. Vault and Cage Access:

Limit the access to the vault and cage to an absolute
minimum of specifically authorized employees; post a
list of these employees at the vault and cage.

During audits, the DEA has been requesting the name,
address, birth date and social security numbers of
these employees. Some District DEA offices are using
this for background checking. If you should receive
such a request you may provide the information. Section
427 of Business Practices-Employee Benefits (Protection
of Employee Privacy) clearly indicates there is no
restriction on complying with this DEA request.
However, in the interest of positive employee
relations, if this information is given to DEA, the
employee(s) should be advised that it is being provided
as a result of a compliance audit.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-25:SEC.III.8

    f.   Service and Repair Personnel:

If employees of equipment or building repair companies have to enter the warehouse area, they must sign the Visitor Log/Consent to Search form. They must also be under continuous random interval surveillance by supervisory employees and must be confined to the areas where they are making the necessary repairs. When it is necessary for employee maintenance personnel, non-employee maintenance personnel, business guests, or visitors to be present in or pass through controlled substance areas, adequate observation by an employee specifically authorized in writing (one of those included on the list posted at the vault and cage) must be maintained.

    g.   Shipping and Receiving Clerk Responsibility:

Shipping and receiving clerks must be charged with the responsibility of making sure that outside truck drivers NEVER pass through the doors into the warehouse area without accompaniment by a supervisory employee. They must also watch their activities carefully when they are in the receiving or shipping rooms. No driver with incoming merchandise need go farther into the building than the area adjacent to the tailgate of the truck.

    h.   McKesson Truck Drivers:

Our own truck drivers are not permitted to go into the warehouse area except:

    (1)   If assigned, they may go into a staging area adjacent to the shipping room to move merchandise awaiting shipment; or

    (2)   If drivers work part-time in the warehouse, they may enter the warehouse, but only to perform their assigned duties.

    i.   Limit Employees to Own Work Areas:

Warehouse supervision must be alert to make sure that employees in the warehouse area limit their movements to the areas where they are assigned.

    j.   Door Check—Locker Inspection:

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-26:SEC.III.9

Door checks and locker inspections must be performed by DC management at least once a month at random intervals and documented accordingly. Employees should be furnished locker keys and management should have duplicate keys.

k.   Personal Packages—Handbags:

Packages, lunch boxes, handbags and pocketbooks must not, under any circumstances, be taken into the warehouse area. They are to be stored in the designated storage areas only.

l.   Will Calls for Controlled Substances:

(1)  CII Controlled Substances

Each Distribution Center shall maintain a policy prohibiting the sale of CII controlled substances on waiting or will call orders. This merchandise must be delivered to the purchaser's address of record via normal truck delivery.

Exception: A doctor or pharmacist may present DEA Form 222 to the distribution center in person to meet an emergency. The DEA has said to meet an emergency we may deliver such substances ordered if we know the doctor or pharmacist presenting the order form. This should be a rare occasion, however, as such orders must be delivered to the address on the order form.

(2)  CIII-V Controlled Substances

The Code of Federal Regulations does not prohibit will call orders for CIII-V controlled substances. However, the DEA is concerned with the potential for diversion in such transactions. Therefore, the following procedures must be followed. Distribution Centers permitting will call transactions must create and maintain a "Will Call Log" to document that the procedures below have been followed, and such log should contain the signature of each person involved with each will call procedure.

DC personnel must verify that the person calling in the will call order for a controlled substance

MCKMDL00651906

CIII-V and the person picking up such order are actually authorized by the registered customer to do so.

A telephone call from the DC to the registered customer, as determined by McKesson's customer registration records, to determine the validity of the order and the identification of the person picking up the order is required.

The person designated by the registered customer to pick up the will call order must sign documentation at the DC as proof of delivery and receipt.

DC personnel should require and record valid identification, such as a driver's license, for the person picking up the order. Make a photocopy of the identification for the DC's records.

m. Shipping Destination:

Under no circumstances is merchandise to be shipped to an address other than that of the actual purchaser (e.g., an order from a doctor must be shipped to the doctor, even though it is billed to a drug store).

NOTE: SHIPMENT TO A POST OFFICE BOX IS NOT ALLOWED UNDER ANY CIRCUMSTANCES.

n. Abnormal Office/Warehouse Work Hours:

Whenever the office or warehouse is open past normal business hours or on a Saturday, Sunday, or holiday, all outside doors are to be kept locked. Where possible, the outside main entrance door should be equipped with a self-locking device that can be actuated immediately after the majority of employees have left the building for the day.

See also Section 10 regarding advance, written notice to alarm company regarding unusual hours of work.

o. Electronic Protection Walk Tests—Cage & Vault:

IMPORTANT: The electronic protection of the caged area for Schedules III, IV, and V must surround the outside perimeter of the cage. Distribution Center Management

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-28:SEC.III.11

is expected to "walk test" the vault and cage alarm systems on a monthly basis, and check the alarm company's central office response. <u>MAINTAIN A WRITTEN RECORD OF SUCH TESTS FOR DEA REVIEW ON THE DEA WALK TEST LOG (SEE EXHIBIT 55-36).</u>

2.  <u>Alarm Systems</u>:

Alarm system failures cannot be ignored. Professional burglaries are frequently signaled in advance by seemingly innocent failures.

All breakdowns in an alarm system must be documented on the Alarm Log (see Exhibit 55-37) and repaired immediately. If the breakdown continues over a non-work period, <u>an on-site guard</u> is required during the time the system will be "down." <u>SUPERVISORY PERSONNEL MUST REMAIN ON THE PREMISES, WITH ALL THE PERIMETER OPENINGS LOCKED, UNTIL THE NECESSARY REPAIRS ARE MADE, OR A PROFESSIONAL GUARD IS PROVIDED.</u>

Alarm companies are doing business with customers that require less security than drug distributors. McKesson management must be extremely careful and maintain constant communication with their local alarm company—fewer than 10% of the alarm company's customers require the same intense security as McKesson Distribution Centers.

Cable cutting and system compromising are the most frequent methods being used today to gain building entrance. Failure to react to protection needs in the event of such acts could result in major loss of merchandise. <u>NO ALARM CAN BE IGNORED.</u>

3.  <u>Rules for Handling Controlled Substances</u>

a.  <u>Receiving</u>:

Schedule II controlled substances must be taken to the vault and Schedule III-V controlled substances must be taken to the cage immediately after identification and initial check-in. <u>No controlled substances may be left in the receiving room overnight or during periods when the receiving room is not under adequate surveillance.</u>

<u>NOTE: IF MERCHANDISE CANNOT IMMEDIATELY BE TAKEN TO THE VAULT OR CAGE, IT IS ACCEPTABLE TO STORE SCHEDULE II-V CONTROLLED SUBSTANCES IN A LOCKED, ROLLING STEEL SECURITY CAGE WHILE AWAITING TRANSPORTATION TO THE</u>

SECURED STORAGE AREA. THE STEEL CAGE SHOULD BE TAKEN TO
THE VAULT OR CAGE AS NECESSARY AND NO LESS OFTEN THAN
AT THE A.M./P.M. BREAK, LUNCH AND END OF DAY.

b.    Returns from Customers

As with receipts from suppliers, all controlled
substances returned from customers must be taken
immediately to the vault or cage for check-in. No
return of controlled substances may be left outside the
vault or cage overnight.

NOTE: IF MERCHANDISE CANNOT IMMEDIATELY BE TAKEN TO THE
VAULT OR CAGE, IT IS ACCEPTABLE TO STORE SCHEDULE II-V
CONTROLLED SUBSTANCES IN A LOCKED, ROLLING STEEL
SECURITY CAGE WHILE AWAITING TRANSPORTATION TO THE
SECURED STORAGE AREA. THE STEEL CAGE SHOULD BE TAKEN TO
THE VAULT OR CAGE AS NECESSARY AND NO LESS OFTEN THAN
AT THE A.M./P.M. BREAK, LUNCH AND END OF DAY.

c.    Control of Vault and Cage:

These areas must be kept locked at all times and opened
only when the employee responsible for controlled
substances must enter. The keys for the vault day-gate
and the cage must be kept by the Order Filler except at
breaks and at the close of business when they are to be
given to a Warehouse Supervisor, Operations Manager, or
supervisory employee responsible for that work shift.

d.    Filled Orders for Controlled Substances:

After orders for controlled substances are filled on
sales orders or debit memos, they must be staged in the
vault or cage while awaiting shipment. Distribution
Centers without adequate staging space in the vault or
cage for schedule II-V controlled substance orders or a
DEA approved cage in shipping must use steel, rolling
locked security cages for staging. They must not be
left in the shipping room or elsewhere outside the
vault or cage unless they are under constant
surveillance until they are placed in the secured
storage area of the delivery truck. Storage in the cab
of the delivery truck is prohibited. All unshipped
orders must be returned to the vault or cage for
protection.

CONFIDENTIAL

The only exception allowed for Schedule II-V controlled substances is where a fully protected cage meeting all DEA specifications is located in the shipping room. Such cage must have the approval of DEA before being put to use.

e.  Releasing Orders for Shipment:

In order to track the handling of controlled substances from the cage or vault to the customer, a DEA Control Log has been created (see Exhibit 55-42). This document will be printed whenever a route manifest is printed (Job DI11) and should be taken to the cage or vault with the printed pick documents.

The DEA Control Log Report will contain one line for each pick document page with a controlled substance line item. The log will be printed with the same extract criteria and sort as the route manifest. As each pick document page is filled by the controlled substance order filler, the tally columns should be completed. After all controlled substance pages for each route have been filled, the log should then be placed with the merchandise for driver acknowledgment. After the route driver or other designated employee has signed for the appropriate pages, a copy of the log should be made and retained with the DEA pick document pages. Line-haul Drivers must verify pages and sign the DEA Control Log for all routes being transported on the Line-haul Truck. Upon arrival at the cross-dock, the route driver verifies pages and signs the DEA Control Log. The original copy must remain in either the security cage or vault, depending on DEA classification. The shipping clerk will notify the warehouse supervisor or other designated employee when a particular route is loaded and ready to receive the applicable controlled substances. An alternative is to provide a cage in shipping for DEA orders, but this cage must be equipped with required security equipment, and must be approved by the DEA.

If a shipping room cage is used, all unshipped orders must be returned to the controlled substance cage or vault and be held for future delivery.

f.  Delivery Truck:

CONFIDENTIAL

**DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-31:SEC.III.14**

No orders for controlled substances or returns from customers of controlled substances may be left on our delivery trucks overnight. The merchandise must be placed in the vault or cage.

D.   Verification of Customer Registration—1301.74

The DEA has concluded that under Section CFR 1301.74(a) the distributor is responsible not only for the initial verification of registration prior to the first shipment of controlled substances to a registrant, but also for the periodic monitoring of the status/validity of that registration as well.

Before a new account is loaded, it is the responsibility of the Retail Account Manager to "sight-verify" the controlled substance schedules the registrant is licensed to purchase and obtain a photocopy of the registration certificate. Schedule eligibility is then loaded in the customer record. Orders for controlled substances are then passed through two edits.

The first edit is to check if the DEA customer flag is turned on. If "yes," the second level of edits will be invoked to match an RXDA code value on the item master file. If there is a match, the item passes the edits and processing continues. Otherwise, the item will be rejected from the customer's order, and an error message will appear on the customer's transaction audit report.

 In the absence of sight-verification or registration certificate, the Distribution Center Manager must verify through the DEA Registration Unit in Washington DC or through the Field Division Office, the validity of the registrant's DEA number. When this procedure is necessary, the approval date and the name of the DEA Special-Agent-In-Charge validating the DEA number must be documented in writing.

Chain store accounts, e.g., Wal-Mart, are loaded centrally. It is the responsibility of the National Account Manager to obtain a copy of the registration certificate and forward it to the servicing Distribution Center(s) prior to any orders being placed for order fulfillment are subject to the same verification guidelines outlined above.

NOTE: IF THE REGISTRATION MUST BE VERIFIED THROUGH THE DEA, IT IS STILL THE RESPONSIBILITY OF THE RETAIL ACCOUNT MANAGER TO "SIGHT VERIFY" AND OBTAIN A PHOTOCOPY OF THE REGISTRATION CERTIFICATE WHEN THE REGISTRATION CERTIFICATE IS RECEIVED BY THE CUSTOMER.

1.   DEA Number Expiration Report (DR-48)

MCKMDL00651911

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-32:SEC.III.15

This monthly report is automatically generated at each Distribution Center on the 20th of each month. It will list all customers, by sales territory, with DEA numbers that expire in the next 60 days. The Distribution Center will receive two copies. One copy is for the Distribution Control file and one copy is for distribution to the RAM's at the end-of-month sales meeting. RAM's are to sight-verify each registrant's DEA certificate listed on this report and attach a copy of the customer's renewal to the report.

NOTE: THE DR-48 REPORT WILL ALSO LIST THOSE McKESSON DC'S THAT ARE ON YOUR CUSTOMER FILE. YOU MUST SIGHT-VERIFY THESE CERTIFICATES BY REQUESTING A COPY OF THEIR MOST RECENT CERTIFICATE AND VERIFYING THOSE ITEMS LISTED IN NUMBER 2, "REGISTRATION ITEMS TO BE VERIFIED."

2.  Customers With DEA Registrations With Incomplete RXDA Schedules (DT51)

    This is an On-Request Report (DT51) that can be requested at any time showing all customers with incomplete RXDA schedules (see Exhibit 55-31). This report must be run at the beginning of every month and be posted in the cage and vault.

3.  Registration Items to be Verified

    a.  Name—individual and/or trade name;
    b.  Address—including city, state, and zip code;
    c.  Registration Number;
    d.  Expiration Date; and
    e.  Schedules Authorized for that registrant—II, IIN, III, IIIN, IV, V.

    Exhibit 55-4a is a sample of the DR-48 report to be utilized for this verification.

    In the event any customer's renewal does not show authorization for all six classes, this should be brought to the customer's attention as this may be an error in the renewal process. Any customer who is or previously was able to complete DEA Form 222 and is not registered for both II & IIN should be advised that Schedule II DEA Form 222 cannot be filled until the error is corrected or until DEA authorizes us to fill them pending the receipt of the corrected renewal. The RAM should note this problem on the returned copy of DR-48.

CONFIDENTIAL

4. Completed Report

   Upon completion, the DEA number expiration report must be
   returned to the Distribution Center Manager for a check
   against the control file copy to verify entire report is
   returned.

5. Update Customer File

   a. The report (DR-48) is then given to the individual
      (usually the District Sales Manager's secretary)
      responsible for on-line customer file maintenance. If
      the registrant does not have schedules 2, 2N, 3, 3N, 4
      or 5 appearing on his certificate of registration (DEA
      Form 223) then file maintenance to the "DEA-ELIG" field
      on the Customer Basic-1 information screen will be
      required. Controlled substance schedule values are as
      follows:

      | HOSS File | Controlled Substance Schedule | DEA Elig Field Value |
      |-----------|------------------------------|----------------------|
      | X | 2 | X |
      | X | 2N | Y |
      | B | 3 | B |
      | D | 3N | C |
      | D | 4 | D |
      | E | 5 | E |

      NOTE: The HOSS National Item File has only four RXDA
      code values. There are six controlled substance
      schedules and six corresponding "DEA ELIG" field
      values. Since there is not a one-to-one match for 2/2N
      and 3N/4, the following rules apply:

      (1) Customers eligible to purchase schedules 2/2N
          require both "X & Y" in the "DEA ELIG FIELD."
      (2) Customers eligible to purchase schedules 3N/4
          require both "D & C" in the "DEA ELIG FIELD."

      It will be the responsibility of Distribution Center
      Management to verify and prevent Methadone Clinic
      customers from ordering schedule 2N items if not
      authorized. The same rule also applies to schedule 3N/4
      items.

 MCKMDL00651913

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-34:SEC.III.17

       b.   If the registrant is not licensed to purchase all controlled substance schedules and attempts to do so, the following error message will appear on the customer's transaction audit report:

          "DEA CERTIF REQUIRED FOR THIS SCHEDULE" (see Exhibit 55-32). For CRT Order Entry, the on-line screen error message displayed will be "DEA CERTIF REQUIRED FOR THE PURCHASE OF THIS SCHED."

6.   **Maintain Reports for DEA Review**

We must maintain a file of this verification document (DR-48) or other supporting documentation such as copies of customer DEA certificates for review by the DEA. The retention requirement is three years.

7.   **Retention of Discontinued Customer DEA Certificates**

When a customer is deactivated, place a note on its DEA certificate, "Customer deactivated on [date]: Destroy on [date two years hence]." Leave this certificate in the "DC DEA Certificates" file for easy retrieval. Once the destroy date has been reached, remove and destroy the certificate.

E.   **Explanation of Expiration Dates for DEA Registration Numbers**

| Renewal Letter | Expiration Date |
| --- | --- |
| A, D | June 30 |
| B | July 31 |
| C, E | August 31 |
| F, G | September 30 |
| H, N | October 31 |
| I, T | November 30 |
| J, K, O | December 31 |
| M | January 31 |
| S | February 28 |
| L, P | March 31 |
| Q, R, 9 | April 30 |
| U, V, W, X, Y, Z | May 31 |

The "Renewal Letter" is the second alpha character of the DEA registration number.

CONFIDENTIAL

MCKMDL00651914

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-35:SEC.III.18

F.   Invalid or Expired Certificate—Action Required

If you discover, in the process of registration verification, an invalid or expired registration certificate, the following action must be taken:

1.   Name Incorrect

File maintenance to the customer basic information screen will be required—provided the registration has been properly issued and is being used by the individual/store to whom it was originally issued. If not, you must discontinue shipping controlled substances to the registrant (customer).

2.   Address Incorrect

If address on registration is the correct address for the registrant (customer), you must correct your customer master records. If the address on the certificate is incorrect, you must discontinue shipping controlled substances to the registrant (customer).

3.   Registration Number

If the DEA number on file is not the same as the number shown on the registrant's certificate, you must correct the information to agree with registrant's registration number.

4.   Registration Certificate

If the registrant's (customer) certificate has expired, you must discontinue shipments of controlled substances to the registrant (customer). Exception: There are instances when a valid registrant (customer) may not receive the new registration certificate prior to the expiration of the old certificate. When such a condition exists, you may verify that the renewal is in process through the DEA Registration Unit in Washington DC, or through the DEA Field Division Office and, with approval, continue shipments. When this procedure is necessary, the approval date and the name of the DEA Special Agent-In-Charge giving the approval must be noted on the verification sheet (Exhibit 55-51).

In the event the DEA Registration Unit in Washington DC or the Field Division Office will not verbally validate a customer's re-registration and the customer submitted the re-registration form at least 45 days prior to expiration, the guidelines below must be followed:

CONFIDENTIAL

MCKMDL00651915

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-36:SEC.III.19

        a.   Request copies of the check or re-registration
application form from the customer;

        b.   Upon receipt of the check copy or re-registration
application, extend the customer's expiration date on
the system to 30 days beyond expiration (see 21 CFR
1301.47). This will cause the customer to continue
appearing on the DT51 and DR48 reports until you
receive the new registration.

5.   Schedule Shipments

You must carefully instruct employees not to ship controlled
substances to registrants (customers) for schedules not
listed on the registration certificate. Generally, a
registrant approved for Schedule II is also planning to
distribute all schedules other than Schedule I. A missing
schedule is usually an oversight. Therefore, if you find a
missing schedule on a registration certificate (or DEA Form
222), you should follow the same procedure as in item 4.
above.

G.   DEA Continuing Education Documentation

All Compliance training sessions (formal and informal) held in
your Distribution Center must be logged and documented on the DEA
Continuing Education Report (see Exhibit 55-33).

Send copies of the completed report to your Director of
Distribution and Quality, and Vice President Distribution
Operations. File the original report in the internal Distribution
Center DEA File. THIS DOCUMENTATION COULD PROVE EXTREMELY USEFUL
IN DEMONSTRATING OUR ONGOING COMMITMENT AND EFFORTS TO ENSURE
COMPLIANCE WITH THE CONTROLLED SUBSTANCES REGULATIONS.

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-37:SEC.III.20

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00651917

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97    PAGE 55-38:SEC.IV.1

IV.   SUSPICIOUS ORDERS

    A.   Detecting Suspicious Orders—1301.74

        1.   Definition and Responsibility

DEA Regulation defines suspicious orders as follows:

"Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."

The Regulations further state our responsibility and the actions required of us in regard to reporting unusual or suspicious purchases of controlled substances by our customers:

"The registrant shall design and operate a system to disclose, to the registrant, suspicious orders of controlled substances. The registrant shall inform the Field Division Office of the Administration in his area of suspicious orders when discovered by the registrant."

Recent cases indicate that DEA will seek large penalties from distributors who fail to comply with this regulation. It is left to the distributor to define what constitutes an unusual or suspicious order. To comply with these regulations, the following reports and suspicious order definitions have been developed by McKesson, and have been accepted by DEA as a guideline for all distributors of controlled substances.

Please note the following extract of a letter from Mr. Gene R. Haislip, Director, DEA Office of Compliance & Regulatory Affairs, dated November 10, 1980:

". . . I would like to state that these guidelines as presented appear to be appropriate for implementation and would serve as an effective instrument in accomplishing the requirements set forth in Title 21, Code of Federal Regulations, Section 1301.74. However, it must be understood that these criteria can only be properly evaluated for effectiveness subsequent to implementations" (see Exhibit 55-5 for the full text of the letter).

Because these guidelines have been accepted by DEA, compliance with them is mandatory for all McKesson Drug Distribution Centers.

2.   Computer Reports

The following reports are produced by the Drohan Data Center:

a.   Controlled Substances Sales Report, DR49L100 (Exhibit 55-6): a monthly recap of all controlled substance sales in vendor/item sequence. It prints monthly at the DC and reflects quantity sold by customer number, customer name, invoice number, and date.

This report must be retained with your records for two years.

NOTE: STATE LAW RECORDKEEPING RETENTION REQUIREMENTS MAY BE LONGER THAN THE FEDERAL REQUIREMENT OF TWO YEARS AND SHOULD BE VERIFIED ACCORDINGLY.

b.   Controlled Substance Customer Purchase Report, DR49L200 (Exhibit 55-6a): a monthly recap of all controlled substances purchased by each customer. Schedule II items are listed separately from Schedule III-V and the purchases of each item are totaled for the month. A twelve-month history of purchases of each item purchased during the month is printed on the report.

Distribution Centers receive two copies (printed by the Drohan Data Center by the third workday) of this report, one for internal use, and one to be forwarded to the respective customers.

c.   Daily Controlled Substance Suspicious Order Warning Report, DU45L500 (Exhibit 55-46): when an order is entered through the central system (EOE or CRT), controlled substance items are extracted (after passing through front end order processing) and compared in a subroutine to the purchases month-to-date by customer/customer average purchases, average purchases by customer class and product.

The same factors that are used for the Customer Recap Variance Report are also used for the Daily Controlled Substance Suspicious Order Warning Report (3X monthly average for schedule II and III reportables and 8X/monthly averages for IIIN-V.)

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES    1/97      PAGE 55-40:SEC.IV.3

NOTE: THIS PROCESS DOES NOT DELAY DM10 OR LOCAL ORDER PROCESSING.

    d.    Monthly Controlled Substance Suspicious Purchases Report, DU45L650 (Exhibit 55-47): at the end of the month (1st workday of following month) you will receive the Monthly Controlled Substance Suspicious Purchases Report. This report is a mirror image of the daily report. The only difference between the two reports is that the monthly report reflects items/quantities actually billed to the customer (including returns) that met the reporting criteria during the month.

    e.    Monthly ARCOS Customer Recap Variance Report, DR46R35A: the monthly "ARCOS Customer Recap Variance Report" DR46 (see Exhibit 55-7 pages 1-4) reflects purchases for Schedules II-V controlled substances if there is a base code assigned to the item. The "Factor" on all controlled substances is determined by the DEA. The "Factor" multiplied by the monthly average equals "Ingredient Limits." All transactions listed are in excess of the guidelines accepted by DEA and, therefore, may be considered reportable, suspicious, or unusual.

B.    Reporting Suspicious Orders

With the release of the Daily Controlled Substance Suspicious Order Warning Report there are several significant advantages to enhance our compliance efforts:

The system monitors customer orders/purchases for all Controlled Substance Schedules II, IIN, III, IIIN, IV, V based on the historical averages for the customer/customer class and product/product class. The Drohan Data Center will generate the Daily Controlled Substance Suspicious Order Warning Report every two hours, twenty-four hours a day. This report can be faxed to your local DEA district office before the order is shipped.

It does not rely on an individual's judgment or knowledge to determine reporting appropriateness but rather on statistical fact.

1.    Suspicious Order Warning Report

Every two hours, twenty-four hours a day, the Drohan Data Center will generate the Daily Controlled Substance Suspicious Order Warning Report for orders that meet the

MCKMDL00651920

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97     PAGE 55-41:SEC.IV.4

reporting criteria. Customer orders for items that exceed
the 3X/8X monthly average will print as a suspicious order
on the report (Exhibit 55-46). If the conditions do not
exist, no report will be generated. Data elements of the
report are:

a.  Prints in route/stop sequence;
b.  Customer information includes name, telephone number,
    address, route, stop and DEA #;
c.  DC information includes DC name, number, address,
    telephone # and DEA #;
d.  FEOP (Front End Order Processing) transaction control
    number distinguishes one order from another;
e.  FEOP date;
f.  Item number;
g.  NDC number;
h.  Selling description;
i.  Generic description;
j.  Unit of measure;
k.  Quantity ordered;
l.  Controlled Substance schedule;
m.  Item monthly average, factor, and item limit; and
n.  Disclaimer.

2.  Action In Response to Report

    a.  The DCM/OM/WS or designee must review the report and
        sign in the space provided indicating it has been
        reviewed.

    b.  Fax a copy immediately to your DEA District office (See
        Fax number, Exhibit 55-45). If the quantity ordered by
        the customer is obviously a duplicate order or an
        ordering error, you should contact the customer to
        confirm the quantity and cancel the order or cut back
        the quantity. If an order is canceled or cut back do
        not fax to DEA.

    c.  Attach the Fax Verification note (provides proof of
        successful Transmission/Date/Time) to the copy of the
        report.

    d.  File the copy in your "Suspicious Order Warning Report"
        folder and keep each folder by month for two years.

NOTE: IF AT ANY TIME YOU RECEIVE A FAX OR PHONE CALL FROM
DEA RELATING TO THE DAILY REPORTS YOU HAVE FAXED TO THEM YOU
SHOULD BE GUIDED BY THE FOLLOWING:

                                                      MCKMDL00651921

- If the DEA response requires specific action such as holding shipments or restricting quantities contact Operations Support or the Law Department for guidance.

- DO NOT discontinue faxing the Daily Controlled Substance Suspicious Order Warning Report or sending the monthly report just because your district DEA office tells you they do not want them. We are required by federal law to report suspicious orders and are not to stop just because a district office tells you to. If this becomes a problem for you, contact Operations Support or the Law Department for help.

e. Both The Monthly Controlled Substance Suspicious Purchase Reports and The Monthly ARCOS Customer Recap Variance Report must be sent Certified Mail, "Return Receipt Requested," to your local DEA District Office (Exhibit 55-45) with the accompanying cover letter (Exhibit 55-8).

File the duplicate copies of both reports with a copy of the transmittal letter and attach the "Acknowledgment of Receipt" when it is returned to the Distribution Center. Reports are to be retained for two years, or longer if required by the state in which you are located.

3. Detailed Support for Customer Purchases

If after receipt and examination, your regional DEA office needs detailed support for a particular customer's purchases shown on the ARCOS Customer Recap Variance Report, you can request a DR47 (Exhibit 55-7, pages 3 and 4) that provides data on purchase date, invoice number, and purchase quantities by selling unit.

The DR47J0 is an on-request job and Distribution Centers may choose to print a single customer or all customers. (See AS400 Run Book, chapter 17 for instructions, Job DR47J0XX.)

4. Continued Reporting Responsibility

Forwarding these reports to the DEA does not relieve the Distribution Center of responsibility to review the reports and note order quantities of unusual size. Where such transactions are noted, notify DEA by telephone call and refer to the line item of the submitted report. Record the

reporting call in the Unusual Purchase Notification Log
(Exhibit 55-9).

5.   Order Filler Awareness

ALL SCHEDULE II ORDER FORMS MUST BE REVIEWED AND INITIALED
BY A DISTRIBUTION CENTER MANAGER OR HIS OR HER DESIGNEE
PROPERLY TRAINED IN DEA FORM 222 COMPLIANCE BEFORE FILLING.

The review of DEA Form 222 is our best insurance against
possible violations with respect to the normal distribution
of controlled substances.

Controlled substance order fillers must be aware of our
responsibilities. They are expected to report to management
any unusual purchase request before orders are filled.

Management (Shift Supervisor) will determine if the quantity
requested will be filled entirely and record the information
on the DEA Unusual Purchase Notification Log (see Exhibit
55-9).

In most cases, it will be the responsibility of the DCM to
notify the DEA by telephone during daytime work hours and
complete the remainder of the log. A copy of the DEA Unusual
Purchase Notification Log should be mailed (Certified Mail,
"Return Receipt Requested") once a month to the DEA Regional
Office in charge. The original copy (with receipt
acknowledgment attached) should be filed for further
reference if necessary.

6.   Retail Account Manager's Responsibilities

Our Retail Account Managers can provide another source of
useful information. In fact, reports of controlled substance
diversion are not only a necessary part of an overall
security program, but also serve the public interest at
large.

The DEA has taken the position that an employee who has
knowledge of controlled substance diversion has an
obligation to report such information to her or his
employer. Sales representatives are to be periodically
reminded of this responsibility at sales meetings.

NOTE: IT IS RECOMMENDED THAT RETAIL ACCOUNT MANAGERS SHOULD
NOT, UNDER ANY CIRCUMSTANCE, PREPARE AN ORDER ON DEA FORM
222 FOR THE CUSTOMER.

7.    Emergency Orders for Schedule II Controlled Substances

Any "Emergency Situation" regarding Schedule II Controlled
Substances being distributed without DEA Form 222 must be
coordinated prior to shipment with the local Drug
Enforcement Administration office. The use of a FAX
transmission does not replace the necessity of following up
an emergency distribution with a DEA Form 222 as required in
21 CFR 1305.03. (See page 55-86 for Facsimile Best Method
Procedures.)

CONFIDENTIAL

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00651925

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97       PAGE 55-46:SEC.V1

V.    INVENTORIES

A.    Definitions and General Instructions—1304.11
      Physical inventory counts of controlled substances follow the
      procedures for first and second counts as detailed in the
      Accounting Manual's physical inventory instructions.

      Physical inventory counts of controlled substances may be taken
      by employees who also fill orders for controlled substances.

      The second count must be independent (separate count sheet) of
      the first count and should be taken by a management person or as
      designated by the Distribution Center Manager.

      Count sheets for first and second counts must be signed by the
      counter, dated and time of count noted in writing. These sheets
      are reconciled, and then transferred to the consolidated count
      book. The DCM or designee must then sign, date, and note the time
      of day on the consolidated count book and release to the Computer
      Room Supervisor.

      Inventories of controlled substances are identified and defined
      as follows:

          Initial   All items on start-up date for distributor and for
                    those items newly transferred to controlled status.

          Monthly   Schedule II and Schedule III ARCOS reportable
                    controlled substances only (ARCOS)

          Annual    At close of business on December 31, Schedule II
                    and III controlled substances (ARCOS)

          Biennial  All controlled substances (Schedules II, III, IV,
                    V) at close of business on April 30th of odd
                    numbered years only (1995, 1997, 1999, etc.)

      Each inventory shall contain a complete and accurate record of
      all controlled substances on hand on the date the inventory is
      taken. Controlled substances shall be deemed to be "on hand" if
      they are in the possession of, or under the control of, the
      registrant, including substances returned by a customer,
      substances ordered by a customer but not yet invoiced, substances
      stored in a warehouse on behalf of the registrant (or for the
      account of a customer), and damaged controlled substances
      awaiting DEA approval for disposition.

      1.    Initial Inventories—1304.12

  a. All Distribution Centers in existence in the fall of 1973 took initial inventories on entry dates prescribed by ARCOS. The inventories were entered on DEA Form 333 in duplicate. One copy was sent to Washington, and one copy was retained at the Distribution Center.

  b. An initial inventory is to be taken of all controlled substances on hand when a new Distribution Center is opened and must be taken before the first sale takes place.

2. Inventories for newly controlled substances—1304.14

  a. An initial inventory of any item stocked must be taken on the effective date that DEA transfers such item(s) from a non-controlled to a controlled substance.

  b. An initial inventory also is required also when a controlled substance is reclassified by DEA into a reportable schedule, on the date the reclassification becomes effective.

  c. Computer Room files the initial inventory diskettes. These will be treated as transactions and will be used as input to the month-end ARCOS edit program that determines the Distribution Center has accounted for all the ARCOS reportable items that have been shipped.

3. Monthly Inventories—ARCOS

Company policy requires that month-end inventories be taken of all ARCOS reportable controlled substances (Schedule II and Schedule III ARCOS reportable controlled substances).

4. Annual Year-end Inventories

Only the month-end December inventory each year is to be submitted to ARCOS. This is otherwise a normal monthly ARCOS inventory.

The inventory is submitted on a tape separately from the month's transactions (receipts, disbursements, corrections) by the Data Center from the inventory counts transmitted to the Data Center by the Distribution Center. This separate tape must be dated December 31 of each respective year.

5. Biennial Inventories 1304.13

CONFIDENTIAL

MCKMDL00651927

McKesson Distribution Centers are required to take their biennial inventories of all controlled substances at the close of business on April 30th of all odd numbered years (1995, 1997, 1999, etc.).

NOTE: PERMISSION MUST BE RECEIVED IN WRITING FROM THE FIELD DIVISION OFFICE OF THE DEA TO TAKE THIS INVENTORY ON ANY DATE OTHER THAN APRIL 30.

These biennial inventory sheets must be marked in the top headings of the first page only of each group of sheets:

INVENTORY OF CONTROLLED SUBSTANCES AT CLOSE OF BUSINESS—APRIL 30, 19___. (See Inventory Counting Procedures, page 55-49.)

This mandatory inventory should be noted in a bring-up file about 15 days before the inventory date.

B.   Inventory Listing Procedures

The following procedures are to be used for all inventories—initial, monthly, annual year-end, biennial—and for newly controlled and/or ARCOS reportable items.

Receiving Department Check:

NOTE: MAKE CERTAIN THAT ALL CONTROLLED SUBSTANCES THAT HAVE COME INTO RECEIVING PRIOR TO THE CLOSE OF BUSINESS BEFORE INVENTORY HAVE BEEN BROUGHT TO THE PROTECTED AREAS, CHECKED IN, AND STORED, on the shelves before the inventory count begins. Check carefully for customer returns.

1.   Run Creating DU10 ARCOS Physical Inventory Prelist Count Sheets

Prints physical inventory count sheets in alpha sequence by location. (See Run Book, Chapter 17, DU10 pages 1-5.)

a.   To generate your monthly count sheets, run DU10. (See CRS Run Book, Chapter 17, DU10, pages 1-5.) This program prints your count sheets in warehouse location sequence in the cage and in the vault by selecting parameter BX (See page 2 of DU10 Run Book instructions). You will receive separate inventory listings for Schedule II controlled substances and Schedule III ARCOS reportable controlled substances.

The computer will print your monthly inventory sheets in location sequence by station. You will also receive a "First Count," "Second Count," and "Consolidated Count." (See Exhibit 55-26.).

    b.    Annual and biennial inventories—there are parameters that can be optioned to print all controlled substances. (See Run Book instruction, Chapter 17, DU10, pages 1-5.)

  2. Inventory Counting Procedures

    a.    Date and Time of Count

Count the inventory after the close of business for each of the required inventories previously described, or before the start of business on the day following. The first page of each set of count sheets <u>must be marked with the date and time taken, and whether it was taken at the opening or closing of business on that date.</u>

<u>NOTE: CLOSE OF BUSINESS IS DEFINED AS BEING AFTER ALL RECEIPTS PROCESSING/RETURNS PROCESSING FOR MERCHANDISE THAT ARRIVED AT THE DISTRIBUTION CENTER THE DAY INVENTORY IS TO BE TAKEN IS COMPLETE.</u>

    b.    Sheet Headings

The first page only of each Count Book requires the employee's name, the date and the time that the physical count is started.

    c.    Count In Sequence

Normal Physical Inventory procedures must be used. If while counting, an item appears on the shelf that is not on the count sheet, enter an asterisk after the last item counted and write in the unlocated item at the bottom of the count sheet. (See Exhibit 55-25.).

    d.    Multiple Locations

If an item is stored in more than one location in the vault or cage — such as shelf stock, full case stock, or damaged merchandise—it must be entered separately for each location on the count sheet. (See Exhibit 55-25.).

CONFIDENTIAL

e.  Underline{More Than One NDC Code}

> If an item has been received with two different NDC
> codes, the item must be listed twice — once for each
> NDC code—and counted separately.

f.  Underline{Write-ins}

> Two spaces at the bottom of each page are available for
> write-ins. (See Exhibit 55-26.).

g.  Underline{Partial Content Counts}

> Where partial bottles of damaged or returned bottles
> are involved, the DEA accepts an educated estimate
> rather than requiring a count of each dosage unit: a
> bottle of 100 half full is to be estimated as 50.

h.  Underline{Entries in Selling Units}

> Enter the inventory first counts on the pre-lists in
> underline{selling units} as determined by the item description on
> the item/shelf labels.

i.  Underline{Full Case Units}

> When counting full cases, enter the number of cases and
> the number of selling units per case. Multiply to
> determine the number of selling units to be entered in
> the quantity column: two cases time 12 selling units
> per case equals 24 each. (See Exhibit 55-27).

j.  Underline{First Count}

> The employee completing the first count should enter
> his or her name, date, and time on the first page of
> the count book. The first counter must work
> independently from the second counter.

k.  Underline{Independent Second Counts}

> An underline{independent} second count must be taken using the
> second count book. This second count must be taken by
> an employee designated by the Distribution Center
> Manager and must occur in a separate time period. The
> second counter must enter her or his name and the time

on the first page of the count book, and work
independently from the first counter.

Assign an exempt supervisor to second-count the
inventory at least once every third month.

1.   Differences Verified and Reconciled

When these counts are completed, the differences
between first and second counts must be verified by an
exempt supervisor other than the second counter, and
the necessary reconciliations made. The final count
must then be transferred to the consolidated count
book. (See Exhibit 55-28). It is desirable that an
exempt manager transfer the final counts onto the
consolidated count book but not mandatory.

In the absence of an exempt supervisor, their designee,
who is properly trained in controlled substance
inventory procedures, can conduct the reconciliations
and/or the transfer the final count to the consolidated
count books. Under no circumstances can the designee be
the same person who completed the first or second
inventory counts.

The DCM or the designee responsible for taking the
inventory must then sign, date, and note the time of
day on the first page of the Consolidated Count Book
and release to the Computer Room Supervisor for data
entry. In the event the DCM is unavailable for
legitimate reasons, the DCM's designee may approve and
sign for submission to the Computer Room. Upon the
availability/return of the DCM, it is his or her
responsibility to review and sign the submitted
Consolidated Count Book.

3.   Computer Room Data-entry

a.   Monthly Inventories—ARCOS

Use the computer-prepared ARCOS Physical Inventory
Prelist (DU10) to enter inventory counts after the
close of business at the end of each month. Follow the
instructions in job DU40, Chapter 17 of the Run Book.
These counts must also be entered in selling units as
code "3" ending inventory.

(1)  Data-entry must be completed by the end of the first work day of the following month.

(2)  Computer Room uses diskette to prepare the edit listing (used to determine discrepancies) for the Operations Manager.

(3)  When all discrepancies have been reconciled, this diskette, with errors corrected, is used as an input to the final ARCOS program.

b.  Reclassified Products Initial Inventory

When products already on hand are reclassified by DEA into ARCOS reportable schedules, an initial inventory of these products must be taken for ARCOS on the date the reclassification became effective and entered as a code "1" beginning inventory. Be sure to enter Location Maintenance if a move is involved.

NOTE: NEW ARCOS REPORTABLE CONTROLLED SUBSTANCES RECEIVED (NOT PREVIOUSLY STOCKED OR RECEIVED WITH NEW NDC CODES) MUST BE ADDED TO THE WAREHOUSE LOCATION MAINTENANCE. BE SURE TO ENTER THE WAREHOUSE LOCATION FOR EACH ITEM. NO INITIAL INVENTORY OF THESE ITEMS WILL BE REQUIRED AS THEY ARE INTRODUCED INTO ARCOS REPORTING THROUGH THE USE OF THE "P" CODE.

C.  Post Inventory Procedures
1.  Management Review

The Distribution Center Manager must review all inventory sheets carefully to make sure that a count or a "none" has been entered for each listed item.

2.  Signatures on Inventory Sheets

Each group of count books must be signed by the Distribution Center Manager .

3.  File Retention

File the Consolidated Final inventory sheets in the vault, DEA cage, or in a separately secured area to be retained for two years, or longer if required by the state in which you are located. (Also see Recordkeeping, page 55-55.) The first and second count sheet documents must be kept in the DC's

DEA working file and disposed of on a continuous basis 90 days after the inventory date.

4.  Checking Accuracy of Inventory of Controlled Substances

The accuracy of your controlled substances may be checked through a physical check of a printout of items coded X, B, D, and E on the Distribution Center inventory file against the items that you have stored in the vault or cage. Request a DF68 printout for Pick Departments JB & JE for ARCOS reportable items and JA, JC, JD, and JZ for the non-reportable controlled substances. If items on this report show a location other than that of the vault or cage they must be immediately moved and relocated to the vault or cage.

5.  Semi-Annual Physical Inventory—All Distribution Center Products

Most Distribution Centers have at least two opportunities a year (excluding Controller ARCOS/non-ARCOS audits and DCM non-ARCOS audits) to identify potential problems involving control of non-ARCOS inventory. This occurs when physical inventory is taken. (Ref: Drug Accounting Manual 107.50.)

When DCIM is reviewing the updated item master, the DCM must be sure controlled substances receive priority attention for reconciliation. Any item that appears on the updated item master and also appears on the count audit report (greater than $250.00) must be reconciled. Controlled substance items that must be reconciled are identified by the CII-CV symbology in the right hand column of the Updated Item Master Report.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97        PAGE 55-54:SEC.V9

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00651934

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97     PAGE 55-55:SEC.VI.1

VI.  REGISTRANT RECORDS

A.  Registry (DEA) Numbers on Transfer Documents

All controlled substance transactions are traced by the Drug
Enforcement Administration to the distributors through their
respective DEA registration numbers. It is mandatory that DEA
registration numbers appear on all documents of transfer as
follows:

1.  Purchase Orders/Receiving Records

The Distribution Center's DEA number and the supplier's DEA
number (for point-of-shipment location).

2.  Customer Credit Memos—Returns and Adjustments

The Distribution Center's DEA number and the customer's DEA
number.

3.  Sales Order/Picking Document Forms

The customer's DEA number.

4.  Customer's Invoice

Distribution Center's DEA number and the customer's DEA
number.

5.  Debit Memos—Supplier and Affiliated Unit Transfers

The Distribution Center's DEA number and the supplier's or
receiving affiliated unit's DEA number.

6.  DEA Form 222

The entry of DEA numbers on this form is self-explanatory.
Also see Exhibit 55-10 for entry of vendor's number when not
otherwise shown on Purchaser's Copy 3 (field of key-entry).

B.  Recordkeeping

1.  Maintenance of Records and Inventories—1304.04

"Every inventory and other record required to be kept under
Part 1300 of 21 CFR shall be kept by the registrant and be
available for at least two years from the date of such
inventory or record, for inspecting and copying by

authorized employees of the Administration, except that
financial and shipping records (such as invoices and packing
slips, but not executed order Form 222) may be kept at a
central location." (See page 55-58.)

NOTE: STATE LAW RECORD RETENTION REQUIREMENTS MAY BE LONGER
AND SHOULD BE CHECKED ACCORDINGLY.

The tightest possible recordkeeping system must be
maintained for controlled substances in all Distribution
Centers, so that when DEA inspectors audit these records
they will be readily available, and discrepancies in actual
merchandise movement from what the records show will be
virtually nonexistent.

NOTE: THE DEA HAS IMPOSED SIGNIFICANT FINES FOR WHAT WOULD
APPEAR TO BE MINOR TECHNICAL DEVIATIONS FROM THIS
REQUIREMENT.

2.  Dates Recorded—1304.21

In recording dates of receipt, distribution or other
transfers, the dates on which the controlled substances are
actually received, distributed, or otherwise transferred in
or out of the Distribution Center's premises shall be used
as the date of receipt or distribution of any documents of
transfer (e.g., invoices or packing slips).

NOTE: THE DEA HAS IMPOSED SIGNIFICANT FINES FOR WHAT WOULD
APPEAR TO BE MINOR TECHNICAL DEVIATIONS FROM THIS
REQUIREMENT.

3.  Current Basis of Recordkeeping—1304.21

Every registrant shall maintain on a current basis a
complete and accurate record of each controlled substance
received, sold, delivered, or otherwise disposed of, except
that no registrant shall be required to maintain a perpetual
inventory.

4.  Retention Period for DEA Records

All DEA inventories and all DEA transaction records must be
retained for two years from the date of the inventory or
transaction, or longer if required by the state in which you
are located.

5.  Records Storage and Retention

CONFIDENTIAL                                        MCKMDL00651936

Records of controlled substance transactions are to be packaged and stored separately by the month, and marked for disposal in two years, or longer if required by the state in which you are located, from date of the month of transaction. Store each month's records in separate transfer file boxes.

According to the Code of Federal Regulations it is acceptable to store controlled substance records outside of the vault or cage—McKesson has in the past and will continue to store controlled substance records in the vault or cage, space permitting. Any exception to this McKesson policy must be requested in writing from your Vice President, Distribution Operations, and acknowledgment received in writing from the VPDO.

Assemble and maintain the required records as follows:

a.   Disposal Transactions:

    (1)   Sales order or item picking document control copies—batched sequentially by days for Schedule III-V items;

    (2)   Debit memo copies—returns to supplier; and

    (3)   DEA Form 222 Supplier Copy 1 in daily sequence for the month. Retention of the picking document copy is not required and should not be kept with monthly records.

b.   Receiving Transactions:

    (1)   Receiving records—copies of all receiving records, including backorders, sequentially by dates received for Schedule III, IV, and V items;

    (2)   Credit memos—copies of all credit memos for return of schedule III, IV, and V items; and

    (3)   DEA Form 222—Purchaser Copy 3 in daily sequence for the month. Retention of the receiving record is not required and should not be kept with monthly records.

c.   Reports on File:

CONFIDENTIAL

       (1)  ARCOS final edit report for the month;

       (2)  Customer purchases report;

       (3)  ARCOS inventory records, monthly; and

       (4)  ARCOS Customer Recap Variance Report.

  d.  Biennial physical inventory of all Controlled Substances, taken on last work day of April of odd number years, and to be kept for two years, or longer if required by the state in which you are located. Each inventory must be clearly marked with the date and time at close of business April 30, 1995, 1997, 1999, etc.

### 6. Permit to Maintain Central Records

  a.  With our system of separate recordkeeping for controlled substances and a document for every movement of merchandise, in or out, filed in the vault, cage, or other secured area, DEA agents may require additional records as they perform their audits. However, if suppliers' invoices and credit memos or other documents of transfer are maintained at a central location, such as the parent Distribution Center for a Rx operation or such as a Data Center, then permission for central recordkeeping must be requested and approval documente in writing from the Special-Agent-In-Charge for your Distribution Center.

  b.  The letter requesting permission should be sent to your Special-Agent-In-Charge, NOT to Washington DC. The request is sent in triplicate, Certified Mail, "Return Receipt Requested."

  c.  Upon receipt of the request, DEA normally sends the Distribution Center a form to fill out and return. DEA will then indicate approval on the form and return it to the Distribution Center where it should be filed permanently. The appropriate portion of the Regulations is quoted in section 1304.04—Maintenance of Records and Inventories:

       (1)  Every inventory and other records required to be kept under the Part shall be kept by the registrant and be available, for at least two years from the date of such inventory or record, for inspection and copying of authorized employee of the Administration. Financial and shipping records (such as invoices and packing slips but not executed order forms subject to 1305.13 of

CONFIDENTIAL

MCKMDL00651938

Records of controlled substance transactions are to be packaged and stored separately by the month, and marked for disposal in two years, or longer if required by the state in which you are located, from date of the month of transaction. Store each month's records in separate transfer file boxes.

According to the Code of Federal Regulations it is acceptable to store controlled substance records outside of the vault or cage—McKesson has in the past and will continue to store controlled substance records in the vault or cage, space permitting. Any exception to this McKesson policy must be requested in writing from your Vice President, Distribution Operations, and acknowledgment received in writing from the VPDO.

Assemble and maintain the required records as follows:

a.  Disposal Transactions:

   (1)  Sales order or item picking document control copies—batched sequentially by days for Schedule III-V items;

   (2)  Debit memo copies—returns to supplier; and

   (3)  DEA Form 222 Supplier Copy 1 in daily sequence for the month. Retention of the picking document copy is not required and should not be kept with monthly records.

b.  Receiving Transactions:

   (1)  Receiving records—copies of all receiving records, including backorders, sequentially by dates received for Schedule III, IV, and V items;

   (2)  Credit memos—copies of all credit memos for return of schedule III, IV, and V items; and

   (3)  DEA Form 222—Purchaser Copy 3 in daily sequence for the month. Retention of the receiving record is not required and should not be kept with monthly records.

c.  Reports on File:

CONFIDENTIAL

      (1)   ARCOS final edit report for the month;

      (2)   Customer purchases report;

      (3)   ARCOS inventory records, monthly; and

      (4)   ARCOS Customer Recap Variance Report.

    d.    Biennial physical inventory of all Controlled Substances, taken on last work day of April of odd number years, and to be kept for two years, or longer if required by the state in which you are located. Each inventory must be clearly marked with the date and time at close of business April 30, 1995, 1997, 1999, etc.

6.   <u>Permit to Maintain Central Records</u>

    a.    With our system of separate recordkeeping for controlled substances and a document for every movement of merchandise, in or out, filed in the vault, cage, or other secured area, DEA agents may require additional records as they perform their audits. However, if suppliers' invoices and credit memos or other documents of transfer are maintained at a central location, such as the parent Distribution Center for a Rx operation or such as a Data Center, then permission for central recordkeeping must be requested and approval document· in writing from the Special-Agent-In-Charge for your Distribution Center.

    b.    The letter requesting permission should be sent to your Special-Agent-In-Charge, <u>NOT</u> to Washington DC. The request is sent in triplicate, Certified Mail, "Return Receipt Requested."

    c.    Upon receipt of the request, DEA normally sends the Distribution Center a form to fill out and return. DEA will then indicate approval on the form and return it to the Distribution Center where it should be filed permanently. The appropriate portion of the Regulations is quoted in section 1304.04—Maintenance of Records and Inventories:

      (1)   Every inventory and other records required to be kept under the Part shall be kept by the registrant and be available, for at least two years from the date of such inventory or record, for inspection and copying of authorized employe· of the Administration. Financial and shipping records (such as invoices and packing slips but not executed order forms subject to 1305.13 of

MCKMDL00651940

this chapter) may be kept at a central location rather than at the registered location if the registrant obtains, from the Administration, approval of his central record keeping system. A permit to keep central records shall be issued, by the Administration, to a registrant upon application if the Administration approves his central recordkeeping system and shall be subject to the following conditions:

(a)  The permit shall specify the nature of the records to be kept centrally and the exact location where the records will be kept;

(b)  The registrant agrees to deliver all or any part of such records to the registered location within 48 hours of receipt of a written request from the Administration for such records and, if the Administration chooses to do so in lieu of requiring delivery of such records to the registered location, to allow authorized employees of the Administration to inspect such records at the central location upon request by such employees without a warrant of any kind; and

(c)  The failure of the registrant to perform his agreements under permit shall revoke without further action by the Administration such permit and all other such permits held by the registrant under other registrations. In the event of a revocation of other permits under this subparagraph, the registrant shall, within 30 days after such revocation, comply with the requirements of this section that all records be kept at the registered location.

NOTE: DISTRIBUTION CENTERS MAY NOT REQUEST A PERMIT TO MAINTAIN CENTRAL RECORDS WITHOUT PRIOR APPROVAL OF THEIR VICE PRESIDENT DISTRIBUTION OPERATIONS, AND THE OPERATIONS SUPPORT AND LAW DEPARTMENTS. THE OPERATIONS SUPPORT DEPARTMENT IS RESPONSIBLE FOR MAINTAINING AN UPDATED RECORD OF SUCH CENTRAL RECORDKEEPING PERMIT NUMBERS.

CENTRAL RECORDKEEPING PERMIT NUMBER AND THE CENTRAL REPORTING IDENTIFICATION NUMBERS MUST NOT BE CONFUSED; THEY SERVE TWO COMPLETELY DIFFERENT PURPOSES. FOR INFORMATION

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97    PAGE 55-60:SEC.VI.6

ABOUT THE CENTRAL REPORTING IDENTIFIER NUMBER, SEE PAGE
55-114.

C.  Purchase Order Records

1.  Separate Purchase Orders for Schedule II

Separate purchase orders are prepared by the Buying Center
for Schedule II controlled substances and, in emergencies,
by the Distribution Center.

2.  Separate Purchase Orders for Schedule III, IV and V

Separate purchase orders are also prepared by the Buying
Center for Schedule III, IV and V controlled substances and
in emergencies by the Distribution Centers.

3.  New Item Controlled Substances

When a Distribution Center buys a new item, it must first
determine whether the item is a controlled substance—from
cost book sheets, vendor's literature, or by contacting the
Profile Department, 10th floor, San Francisco, or vendor—and
in what Schedule it is classified. The write-up slip must
show the proper code so that the customer's invoices are
correctly coded prior to receipt of Home Office maintenance.
Storage space must be provided in the secured area. The
Distribution Center must see that the item is written on a
separate order form with other controlled substances and, if
applicable, controlled by DEA Form 222 and recorded under
ARCOS.

4.  Automatic Receiving Records

The preparation of separate purchase orders automatically
produces separate receiving records. Automatic shipment
receiving records for newly controlled substances sent to
the Distribution Center by the Home Office will indicate the
correct schedule for the new item so that the Distribution
Center can take the necessary security and recordkeeping
measures.

5.  Distribution Center Order Placement—Loaded Items

When emergency or special orders of loaded items must be
placed by a Distribution Center, transmit a request to the
Buying Center to print a confirming receiving record. The

MCKMDL00651942

receiving record copy will be received at the Distribution Center within 48 hours.

6. <u>Distribution Center Order Placement—Unloaded Items</u>

Special orders for unloaded controlled substance items may be placed directly by a Distribution Center for any Schedule III-V controlled substance. The Distribution Center must prepare a handwritten receiving record for any such unloaded item. If the controlled substance item is ARCOS reportable, it must be loaded to the HOSS item file before receipt/billing; otherwise, a manual key-entry of all data will be required.

7. <u>Automatic Shipment Limitations</u>

Home Office Sales Merchandising will not authorize any automatic shipments of Schedule III-V controlled substances unless a confirming purchase order can be sent to the vendor from the Buying Center, so that the receiving record will reach the Distribution Center prior to receipt of the merchandise.

8. <u>Controlled Substance Item Coding</u>

Individual items will be coded as follows in the tally column:

| Schedule | Code |
| --- | --- |
| II | X |
| III Narcotics | B |
| Other III and all IV | D |
| V | E |

D. <u>Receiving Records—Receipts from Vendors</u>

In addition to the following instructions concerning the filing of receiving records, refer to the section headed, "Records Storage and Retention," beginning at page 55-56.

1. <u>Separate Receiving Records</u>

All receiving records for Schedule II and III-V controlled substances are separately produced on the computer. The initial check-in should be completed in the receiving area.

CONFIDENTIAL                                                     MCKMDL00651943

2.  Receiving Date is Door-Entry Date

Receiving clerks must identify from the receiving records
all cartons containing controlled substances and enter date
of receipt on the receiving records.

3.  Receiving and Shelving in the Vault

The employee authorized (cannot be same as first checker) to
handle controlled substances in the cage or vault must check
these items in the vault or cage and make all necessary
notations on the receiving records and DEA Form 222. She or
he must be sure to enter the date received and the NDC
number on all 222 order forms for Schedule II controlled
substances. The accuracy of all receiving information must
be confirmed by the vault checker by initialing DEA Form
222.

4.  Schedule II Controlled Substance Receipts

Since the primary control for Schedule II controlled
substances is the official DEA Form 222, it is not necessary
to hold a copy of the Schedule II receiving record in the
vault.

Therefore, when the check-in has been verified for Schedule
II controlled substance items, all copies of the receiving
record are sent to the Inventory Manager at the close of the
day.

The purchaser's copy of DEA Form 222 is used as the
receiving record and is retained in the vault.

a.  NDC Code Entries:

Enter the NDC code for each item on the blank. As space
is limited, do not enter leading zeros but enter
exactly as printed on the bottle. Enter 55-43-12, not
00055-0043-12. Write legibly.

b.  Enter Vendor's DEA Number:

Enter the DEA number of the vendor on the copy of DEA
Form 222 if not already entered. Obtain the vendor's
number from the receiving record, the vendor's invoice,
or the Distribution Center's list of DEA vendors.

CONFIDENTIAL                                                  MCKMDL00651944

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97     PAGE 55-63:SEC.VI.9

      c.   Receipt Dates:

Enter the complete month-day-year for each line item received in the "Date Received" field on Form 222. <u>DITTO MARKS OR CONTINUOUS VERTICAL LINES ARE NOT ACCEPTABLE.</u>

If DEA Form 222 is not received in its entirety and line items are backordered by the vendor, you must:

(1)   Photocopy original and mark the open line on the photocopy with "B/O";

(2)   File photocopy with current day's receipts; and

(3)   Carry forward original Form 222 until all line items are received. Original Form 222 document of record will be filed in the month the last "B/O" item is received. Important: Make sure that 60 days have not elapsed since the Form 222 was issued to the supplier. If merchandise for an expired Form 222 is received, contact your DEA district office for approval to receive.

      d.   File DEA Form 222:

File purchaser's copy of DEA Form 222 in sequential order by date and file in the vault.

    5.   <u>Schedule III ARCOS Reportable Controlled Substance Receipts</u>

When check-in has been verified, separate the DCIM copy of the receiving record for Class III ARCOS reportable items and retain in the cage.

      a.   Verify NDC Numbers:

All computer-produced receiving records for Schedule III ARCOS reportable items have the NDC code printed in the line below the item. <u>As NDC codes are being revised, be sure the preprinted code in the receiving record is checked against the code on the item. Correct any errors. Underline codes in red when finished.</u>

If there is a receiving record of any type for any of these items that does not show the NDC number, enter the number from the package of the item itself.

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97   PAGE 55-64:SEC.VI.10

   b. Check-in Units:

     If the quantity checked on the receiving record is noᴛ
     in selling units, be sure to change the quantity
     received to selling units on the copy of the receiving
     record being held in the cage.

   c. Filed Records:

     File all receiving records in alpha sequence by day of
     receipt in a separate file in the cage (or other
     approved secured area).

  6. Schedule III-V Controlled Substance Receipts

   When check-in of Schedule III-V controlled substances is
   complete, the Distribution Center Inventory Manager's copies
   of the receiving records are to be filed in the cage (or
   other approved, secured area) in a secure file alphabetized
   by day of receipt within each month. (See "Records Storage
   and Retention" starting at page 55-56.)

  7. Receiving Record Distribution by Inventory Manager

   The payables copy of the receiving record is sent to the
   Inventory Manager. The Distribution Center Inventory Manager
   should make a photocopy of the receiving record if he or she
   wishes to retain one.

  8. Backorder Procedure by Inventory Manager

   a. If the Inventory Manager knows that an omitted item is
    backordered by the vendor, code the item "B" on the
    Distribution Center copy.

   b. The computer will generate a backorder the following
    day.

 E. Return Credits—Controlled Substance Receipts from Customers

  1. Procedure for the Return of Controlled Substances

   a. The McKesson driver may pick up controlled substance
    returns only if the merchandise can be returned
    immediately to the Distribution Center cage or vault
    upon arrival. If this cannot be accomplished, the
    driver must not accept the return.

CONFIDENTIAL

Returns for controlled substances cannot be accepted by cross-dock drivers who are not domiciled out of the Distribution Center. The guidelines that must be followed are outlined below in items b. and c.

NOTE: IF, FOR SOME REASON (e.g., TRAFFIC, EQUIPMENT FAILURE, ETC.), THE DRIVER WILL NOT MAKE IT BACK TO THE DC BEFORE THE DC CLOSES, HE/SHE MUST IMMEDIATELY CALL THE DC MANAGER. IT IS THE DC MANAGER'S RESPONSIBILITY TO MAKE ARRANGEMENTS FOR AN EXEMPT MANAGER TO REMAIN AT THE DC UNTIL THE DRIVER RETURNS WITH THE CONTROLLED SUBSTANCES.

b.   The Retail Account Manager may pick up controlled substance returns only if they will be returned directly to the Distribution Center the same day. In no instance is the merchandise to be carried in the RAM's car, dropped off at another customer's store, or stored in the garage until the next sales meeting.

c.   By Parcel Post ("Return Receipt Requested"), UPS, FedEx, or if unusually bulky, by common carrier.

Each of these methods provides our customer proof of return and proof that the controlled substance left the pharmacy.

2.   Credit Memo Legibility

All credit memos for controlled substances that are not transmitted via EOE must be legible and on separate credit memos from non-controlled substances products. The complete address, account name, street address, city, state, and zip code must be entered. The customer DEA number and complete item description (including manufacturer's name if generic item) also must be entered.

3.   Date of Receipt

The date of receipt at the Distribution Center must be clearly entered in the "Date Received" box on the credit memo. This is the date the goods enter the DC: the controlled substances must be immediately moved to the vault or cage on the same day received.

4.   Unsalable Returns

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE 55-66:SEC.VI.12

Unsalable as well as salable controlled substance returns are handled in the same manner as their respective schedules require in accordance with the following descriptions: returns of less than full content packages are not allowed—the only exception being a recall.

5. Schedule II Controlled Substance Returns

All returns of Schedule II controlled substances are controlled by the official order Form 222. In effect, such returns are a purchase from the customer, and the Distribution Center's copy of DEA Form 222 is to be filed in the vault.

a. Schedule II controlled substance credit memos that are not transmitted via EOE must be legibly written on a separate four-part credit memo and be packed separately from all other merchandise.

b. Check in all credit memos for Schedule II items on DEA Form 222 in the vault. Check the merchandise carefully.

c. The customer's DEA registration number must be entered on the Distribution Center's copy of DEA Form 222.

d. Enter the NDC code for the item on the purchaser's copy of DEA Form 222. Enter as printed on the bottle, e.g., 55-43-15. Do not enter leading zeros.

e. Check in and verify receipt the same as for receipts from vendors.

f. File by date in a separate file.

6. Schedule III ARCOS Reportable Controlled Substance Returns

All returns of Schedule III ARCOS reportable controlled substance returns that are not transmitted via EOE must be legibly written on separate, four-part credit memos. The customer's name and address must be complete, and the customer's DEA registration number must be written on the credit memo. The complete item description (including the manufacturer's name, if a generic item) for each product also must be entered.

a. Return three copies of the credit memo to the Distribution Center with the merchandise that must be packed separately.

MCKMDL00651948

b.   Check in all credit memos for Schedule III controlled
     substance returns in the cage.

c.   When the check-in quantities have been verified,
     re-check to be certain that the actual date of receipt
     into the Distribution Center has been entered, and that
     the customer's DEA number is entered on the credit
     memo.

d.   Enter the NDC code on the credit memo for all ARCOS
     reportable controlled substance items. Enter as printed
     on the bottle, e.g., 55-43-12. Do not enter leading
     zeros. Underline codes in red when finished.

e.   Check in and verify receipt the same as for receipts
     from vendor.

f.   Detach the third copy of the credit memo and file in
     alpha sequence by date in a separate file in the cage.

7.   Unsolicited Returns

a.   Unsolicited returns of Schedule III-V controlled
     substances must be documented by preparing a credit
     request/credit memo for the items returned. The DCM or
     OM must call the customer and DEA, notifying both of
     the action taken.

b.   Unsolicited returns of schedule II controlled
     substances must be documented by calling the DEA
     immediately. Request permission to prepare DEA Form 222
     for the item returned. The DCM or OM must call the
     customer with notification of action taken. Attach all
     supporting documentation to Purchaser Copy 3 of DEA
     Form 222.

8.   Schedule III-V Controlled Substance Returns

     All returns of Schedule III-V controlled substances that are
     not transmitted via EOE must be legibly written on separate
     four-part credit memos. The customer's name and address must
     be complete, and the customer's DEA number and full item
     description (including manufacturer's name, if a generic
     item) must be entered on the credit memo. Three copies of
     the credit memos are to be returned to the Distribution
     Center with the merchandise that must be packed separately.

CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 3015-6  Filed: 12/18/19  79 of 326.  PageID #: 447950

a.   Check in the merchandise carefully in the cage.

b.   Make certain the date of receipt is clearly entered on the credit memo in the "Date Received" box.

c.   Check in the unsalable merchandise in the same manner as the salable. Returns of less than full packages are not allowed. The only exception to this would be a recall.

d.   Detach and file the third copy of the credit memo in a secure file in alpha sequence, by date of receipt, by the month.

9.   Distribution of Credit Memos

The remaining two copies of the credit memos for controlled substance returns are to be sent to the Adjustment Clerk after review by the Warehouse Supervisor who will scan the forms for completeness, and make certain the third copy has been detached and filed in the cage.

F.   Sales and Distribution Transactions

1.   Separate Sales Orders/Picking Documents

a.   Orders for Schedule II controlled substances are controlled by DEA Form 222. Orders may be transmitted, entered through CRT Order Entry, or handwritten to create picking documents.

b.   Orders for Schedule III ARCOS and III-V controlled substances are normally transmitted by the customer but can be written on separate four-part sales order/picking document forms.

c.   The customer's complete name, address and DEA registration number must always be entered on these separate handwritten sales order forms.

2.   Schedule II Controlled Substance Order Filling

SEE ORDER FILLING PROCESSING, PAGE 55-85, FOR REGULATIONS THAT APPLY TO CORRECTLY COMPLETED DEA FORM 222 BEFORE AN ORDER CAN BE FILLED.

CONFIDENTIAL

MCKMDL00651950

a.  ORDERS FOR SCHEDULE II CONTROLLED SUBSTANCES ARE FILLED FROM DEA FORM 222 AND NOT FROM THE SALES ORDER/PICKING DOCUMENT FORMS.

b.  Pick the merchandise and, to make sure the correct item, size, strength, and quantity has been filled, have it verified, checked, and initialed by a second employee who has authorization to handle controlled substances, against both DEA Form 222 and the pick document (or sales order form).

c.  Enter the NDC code for the item on the Distribution Center copy of DEA Form 222. Enter as printed on the bottle, e.g., 55-43-12. Do not enter leading zeros.

d.  Enter the month-day-year for each line item shipped in the "Date Shipped" column on DEA Form 222. Ditto marks or continuous vertical lines are NOT ACCEPTABLE to DEA.

e.  Do not backorder any omissions. The Code of Federal Regulations, 1305.09[b], does provide for backorders by stating: "If an order cannot be filled in its entirety, it may be filled in part and the balance supplied by additional shipments within 60 days following the date of the order form."

We have generally followed a "no backorder" policy to eliminate potential errors this procedure may create. However, with the growth of hospital and "prime vendor" business, backorders may be required and are permissible under the regulations.

(1)  Best Method C-II Backorders:

(a)  The following is a suggested way to handle schedule II backorders:

1)  Fill all the items on DEA Form 222 that can be filled. Leave the line open on the original 222 and write "backorder" on the perforated stub of the blank stock.

2)  Place a 5 X 7 card or a self-sticking note at the location of the item that is backordered. Note the customer's name, DEA Form 222 number, and date of blank.

CONFIDENTIAL

MCKMDL00651951

    3) Make two copies of the original blank:

        a) Put one duplicate in the daily ARCOS paper work that goes to the Computer Room with "backorder" written in the NDC number area of the line item that was backordered; and

        b) Give the other duplicate copy to the DCIM to follow up with the vendor.

    4) Place the original DEA Form 222 (our copy and the DEA copy) in a "file", alphabetically by customer name, in a designated area in the vault.

    5) When the product arrives, retrieve the original DEA Form 222 from the backorder file for order entry. Remove the cards or self-sticking notes from the location.

    6) Once a week, go through the "backorder forms file" and look for blanks with dates approaching 60 days from the date the customer filled out the form.

    7) Follow up with DCIM on status of expected receipt date. If expected receipt date is not less than the "60 day" time frame, cancel the blank and have the customer issue a new blank.

  f. Underline in red all the fields that must be key-entered.

  g. File DEA Form 222 by date in a separate file. There is no regulatory requirement to keep the page of the picking document with the copy of DEA Form 222 since DEA Form 222 is the official record of the transaction.

  3. Schedule III (ARCOS) Reportable Controlled Substance Order Filling

Orders for Schedule III ARCOS Reportable Controlled Substances are filled from the sales order/picking document forms.

    a. Pick the merchandise and have it verified, checked, piece count noted, and initialed by an employee who has authorization to handle controlled substances before it is shipped.

    b. Enter the NDC code on the picking document for ARCOS reportable class III items only. Enter as printed on the bottle, e.g., 55-43-12. Do not enter leading zeros.

    c. Detach the special order copy of the sales order or, if a second copy is not available, make a photocopy of the sales order/pick document.

    d. File by date in a separate file.

4. Schedule III-V Controlled Substance Order Filling

    a. Detach the special order copy of the pick document or, if not available, make a photocopy of the pick document.

    b. These special order copies are the control copies and must be filed in alpha sequence, by day, in a separate file in the cage or other, approved secure location.

5. The Recommended Best Method For Dock-To-Dock Shipments

    a. Receive merchandise on a receiver.

    b. Process receiver.

    c. Prepare order using "R" code R99516. This code has no (zero) affect on sales, but subtracts from inventory.

    d. Print a pick document (this gives you the record needed to backup your ARCOS records).

    e. Pick the order and bill.

6. Date of Shipment (Transaction Date)—1304.21(d)

Section 1304.21(d) states:

CONFIDENTIAL

MCKMDL00651953

"In recording dates of . . . distribution or other transfers, the date on which the controlled substances are actually . . . distributed or otherwise transferred shall be used as the date of distribution on any documents of transfer (e.g., invoices or picking documents and their copies)."

DEA holds that "the use of any date other than the actual date of distribution would be contrary to the regulations, lead to inaccurate DEA audit results, and diminish the internal control of controlled substances awaiting shipment."

DEA Form 222 is our primary record of distribution for Schedule II controlled substances, and the picking document is our primary record of distribution for Schedules III, IV, V transactions. DEA does not agree that the date a controlled substance is removed from inventory is acceptable in place of the date of actual shipping. Therefore, if controlled substances are picked on the date of order register, but not shipped until the following day, the picking document and shipping pages must be rubber date-stamped or otherwise marked with the date of actual shipment.

We believe this can best be done in the cage or vault before the order is separated. An alternative is to run the controlled substances picking documents after the day's register cut-off if they are to be shipped on the following day.

If for some reason the order is not shipped on the date entered in the "date shipped" column, draw one line through the date and enter the correct date shipped above or beside the original entry. Attach supporting documentation for the change to DEA Form 222. DO NOT WRITE OVER OR ATTEMPT TO ALTER THE ORIGINAL DATE SHIPPED.

NOTE: THE DEA HAS IMPOSED SIGNIFICANT FINES FOR WHAT WOULD APPEAR TO BE MINOR TECHNICAL DEVIATIONS FROM THIS REQUIREMENT.

7. Coding Controlled Substances—Customer Invoices/Debit Memos

The Distribution Center AS400 codes items on customer's invoices and debit memos to suppliers for returns or to other Distribution Centers for transfers of controlled substances as follows:

MCKMDL00651954

| Schedule | Code |
|---|---|
| II | X |
| III Narcotics | B |
| Other III and all IV | D |
| V | E |

The Home Office Business Information Services Department
usually receives advance notice of new drugs being put under
Federal control or shifted from one Schedule to another. The
Business Information Services Department immediately advises
the Director, Regulatory Affairs, of these changes so that
the Distribution Centers can be notified of any necessary
changes in recordkeeping and security, and coordinate with
maintenance sent out by HOSS to update Distribution Center
and Data Center computers. A "Profile Bulletin" will also be
sent out advising everyone of these changes.

8.  Adjustments—Customer Credits

    NOTE: ALL CONTROLLED SUBSTANCE SHORTAGES, MISPICKS, OR
    OVERAGES CALLED IN TO THE WESTLAKE, CARROLLTON, OR DROHAN
    CUSTOMER SERVICE HELP DESKS MUST BE REFERRED TO THE DCM WHO
    SERVICES THE AFFECTED CUSTOMERS. THE DC WILL HANDLE DIRECTLY
    WITH THE CUSTOMERS  THERE ARE TO BE NO EXCEPTIONS TO THIS
    PROCEDURE.

    a.  All adjustments for shipping incorrect quantities or
        items of Schedule II controlled substances should be
        handled in conformity with present Distribution Center
        procedures. Adjustments of this sort almost never occur
        in a McKesson Distribution Center. Where an item is
        found to be shipped incorrectly, the transaction is
        handled like a return. DEA Form 222 is prepared and
        sent to the customer to buy back the item shipped in
        error, and a notation is made on the original DEA Form
        222 of the incorrect transaction, stating what was
        actually shipped.

    b.  All adjustment credits for Schedule III-V controlled
        substances must be written on separate Credit Memo
        forms/Return Authorizations/EOE Credit Memos.

    c.  All adjustment credits that involve only an incorrect
        price are to be handled normally.

CONFIDENTIAL

d.   All adjustments for errors in order filling of Schedule
     III-V controlled substances should be handled in
     accordance with present Distribution Center procedure

     Customer's sales order form indicates we shipped item
     "X." Customer reports he received a different item. The
     explanation to be written on the credit memo must state
     explicitly what the customer actually received. The
     credit must also show the date the merchandise was
     shipped incorrectly. When the return is received by the
     Distribution Center it must be taken to the cage for
     receipt. A copy of the credit memo must be detached and
     remain in the cage to be filed with that day's
     paperwork.

e.   Provable shortages: customer's invoice indicates we
     shipped a quantity of "3" each. Our picking document
     shows that we filled and shipped a quantity of "2"
     each. The explanation that a provable shortage exists
     must be stated explicitly on the credit memo. A copy of
     this credit memo must be filed in the cage with that
     day's paperwork.

     NOTE: IF THE PROVABLE SHORTAGE IS AN ARCOS REPORTABLE
     ITEM, REMEMBER TO CORRECT THE ARCOS FILE FOR THE
     CUSTOMER ON THE DATE THAT THE TRANSACTION TOOK PLACE.

f.   Unprovable shortages: the explanation that an
     unprovable shortage exists must be stated explicitly on
     the adjustment credit. The third copy of the credit
     memo must be detached and sent to the cage and filed in
     the credit memo file. Report these shortages to DEA as:

     (1)  Code T—Theft, if the shortage is a subtract from
          inventory; or

     (2)  Code X—Lost In Transit, if the item has already
          been deducted from inventory.

     In either case, an official theft report, DEA Form 106,
     must be filed with the local DEA Field Division Office.
     See pages 26 and 28, ARCOS General Reporting Manual.

9.  Returns to Suppliers/Intra-Company Transfers

    a.   Debit memos for returns of overstocks of controlled
         substances originated at the Drohan Data Center will be
         produced on the standard four-part debit memo form. If

a vendor's permission is required to return these controlled substances, make a photocopy of the debit memo and attach it to the request for return. <u>Do not use a copy of the computer-produced debit memo.</u>

b.  Debit memos for returns of controlled substances <u>originated at the Distribution Center</u> shall be written on four-part debit memo forms and must show the supplier's or affiliated unit's complete name, address and DEA number.

c.  Control copies (goldenrod) of the debit memos in items a. and b. above must be held by the Accounting Manager, along with the Accounting copies (white) of the data center-produced debit memos, or of debit memos originated at the Distribution Center.

d.  Three registered copies of the debit memo are sent to the controlled substance cage or vault for filling.

e.  Returns of Schedule II and Schedule III ARCOS reportable controlled substances are processed the same as Sales Order/Pick Document orders for their respective schedule. Any Schedule II return must have a Form 222 completed by the supplier <u>before</u> filling/shipping the return.

f.  After the merchandise to be shipped has been picked, the Order Filler must enter the date picked on the debit memo, duplicating through to all copies.

g.  The Order Filler will detach the "Request for Return Authorization" copy of the Data Center-produced debit memo and the "Special Order Copy" of debit memos originated at the Distribution Center, and file them in a secure file by month.

h.  The remaining copies will be kept with the merchandise and processed in the usual way. There will be no packing copy enclosed with the merchandise unless a photocopy is taken.

i.  Computer Room invoicing of returns to vendors or transfer of overstocks must be given special attention. Since the customer number for these transactions is 888149 for all recipients, the DEA registration number does not automatically print on the invoice. <u>The Computer Room must key-enter the recipient's DEA</u>

registration number as if it were a purchase order number so it will appear on the first line of the invoice. These disbursement transactions will not back-off to the end-of-day ARCOS transaction diskette. Transactions of this type must be manually keyed/ inserted to the end-of-day diskette.

10. Drop-shipments—Schedule III-V ARCOS Reportable Controlled Substances

   a. Schedule III ARCOS Reportable Controlled Substances:

      (1) Home Office Sales Merchandising will approve any drop-shipment arrangements for these items and will ascertain that the supplier will report the sale of these substances as a sale on DEA Form 333 to the DEA number of the customer to whom the goods are actually shipped, and not to the DEA number of the McKesson Distribution Center that bills the customer.

      (2) Do not report to the DEA any drop-shipments of controlled substances made by a vendor to your customers. The transaction must be reported by t' person who actually shipped the merchandise, showing as the recipient, the person to whom the merchandise was shipped. Where you ship to one party and bill another (e.g., ship to a doctor and bill a drugstore) you must report the shipment as a sale to the doctor.

      (3) The Distribution Center that bills the customer will make no record of the transaction on DEA Form 333 but will handle and file the papers in the usual way in the accounts payable and customer invoice files.

      (4) Our purchase orders must show the supplier's DEA number, and our invoices must show the customer's DEA number.

      (5) Items on our purchase orders and invoices must be coded to indicate that they are controlled substances.

   b. Other Schedule III, IV, and V Controlled Substances:

      (1) Drop-shipments of these items may be made.

MCKMDL00651958

      (2)  Handle and file the papers in the accounts payable and customer invoice files in the usual way.

      (3)  Our purchase orders must show the supplier's DEA number, and our invoices must show the customer's DEA number.

      (4)  Items on our purchase orders and invoices must be coded to indicate that they are controlled substances.

c.  All Schedule III-V Controlled Substances:

No papers representing drop-shipments will be filed in the cage for Schedule III-V controlled substances since the documents filed in the cage relate <u>only to the physical movement of controlled substances into and out of our warehouse.</u>

d.  Chain Warehouse Shipments:

In some instances, controlled substances are ordered for chain warehouse requirements. <u>Extreme care must be taken</u> to be sure that these are not treated like drop-shipments if the order is placed by/for the Distribution Center and billed to it. The same is true for the NRTA and AARP drug warehouses.

11.  <u>Government Destruction or Seizure, Theft from Premises</u>

a.  A debit memo must be prepared for the items seized by the government.

b.  For theft or loss of any controlled substance, a DEA Form 106 must be prepared (see Exhibit 55-11).

c.  For any destruction of a controlled substance by either a government agency or authorized by a government agency, you must have a completed DEA Form 41 (see Exhibit 55-22).

d.  Enter the NDC code for all class II and ARCOS reportable class III items. Enter as printed on the bottle, e.g., 55-43-12. Do not enter leading zeros.

e.  Be sure to enter the Distribution Center DEA number and proper designation (in place of DEA number) for person

picking up merchandise. Use the DEA Field Division Office registration number for destroyed merchandise.

f.   Highlight all fields that must be key-entered.

g.   File debit memo by a separate file.

Occasionally a DCM is approached by an agent of a regulatory or law enforcement agency and asked to provide a Schedule II controlled substance (or a Schedule III-V) without DEA Form 222 or a letter of authorization from the Drug Enforcement Administration. Schedule II-V substances will not be supplied to any agency unless such agency provides DEA Form 222, a letter of authorization from the Drug Enforcement Administration, and a receipt for the controlled substance.

Should such a situation occur in your Distribution Center:

*   Express your desire to be cooperative;

*   Contact your District DEA office for approval, recording name of individual at DEA giving approval, and date and time of call; and

*   Call the Law Department or Operations Support to advise them of the situation and request assistance.

In accordance with CFR 1301.26(a)(1)&(2),(b),(c),&(d), controlled substances can be released. Occurrences should be infrequent, and we are entitled to payment for product.

MCKMDL00651960

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97   PAGE 55-79:SEC.VI.25

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00651962

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97   PAGE 55-80:SEC.VII.1

VII. ORDER FORM REGULATIONS—DEA FORM 222

The material in the regulations concerning order forms is so important that all pertinent portions of these regulations are quoted in the following material.

NOTE: THE DEA HAS IMPOSED SIGNIFICANT FINES FOR FAILURE TO FILL OUT DEA FORM 222 ACCURATELY AND COMPLETELY.

A.  Scope of Part 1305—1305.01

Procedures governing the issuance, use, and preservation of order forms pursuant to Section 308 of the Act (21 USC 828) are set forth generally by that section and specifically by the sections of this part.

1.  Definitions—1305.02

As used in this part, the following terms shall have the meanings specified:

a.  The term "Act" means the Controlled Substances Act (84 Stat. 1242: 21 USC 801) and/or the Controlled Substances Import and Export Act (84 Stat. 1285: 21 USC 951).

b.  The term "purchaser" means any registered person entitled to prepare order forms pursuant to 1305.08.

c.  The term "supplier" means any registered person entitled to fill order forms pursuant to 1305.08.

d.  Any term not defined in this section shall have the definition set forth in section 102 of the Act (21 USC 802) and 1301.2 and 1302.2 of this chapter.

2.  Distribution Requiring Order Forms—1305.03

An order form (DEA Form 222) is required for each distribution of a controlled substance listed in Schedule I or II, except for the following:

NOTE: THE EXCEPTIONS DO NOT APPLY TO McKESSON DISTRIBUTION CENTERS.

3.  Persons Entitled to Obtain and Execute Order Forms—1305.04

MCKMDL00651963

a.  Order forms may be obtained only by persons who are registered under Section 303 of the Act (21 USC 823) to handle controlled substances listed in Schedules I or II, and by persons who are registered under Section 1008 of the Act (21 USC 958) to export such substances. Persons not registered to handle controlled substances listed in Schedules I or II and persons registered only to import controlled substances listed in any schedule are not entitled to obtain order forms.

b.  An order form may be executed only on behalf of the registrant named thereon and only if his registration as to the substances being purchased has not expired or been revoked or suspended.

4.  Procedure for Obtaining Order Forms—1305.05

a.  Order forms are issued in books of six forms, each form containing an original, duplicate and triplicate copy (respectively, Copy 1, Copy 2, and Copy 3). A limit of three books of forms will be furnished on any requisition, unless additional books are specifically requested and a reasonable need for such additional books is shown.

Registrants who wish to obtain more than three official Order Form books at one time must obtain approval from the DEA Field Division Office serving their area, which in turn will forward the authorization to the Registration Unit at DEA Headquarters in Washington.

McKESSON NOTE: PERMISSION HAS BEEN GRANTED FOR McKESSON DISTRIBUTION CENTERS TO ORDER UP TO 40 BOOKS, ACCORDING TO USAGE, TO BE FORWARDED TO THE NATIONAL BUYING CENTER. SEE EXHIBIT 55-14 FOR CONTROL FORM TO BE USED TO ENSURE SEQUENCED USAGE.

b.  Any person applying for a registration that would entitle him/her to obtain order forms may requisition such forms by so indicating on the application form.

Order forms will be supplied upon the registration of the applicant.

Procedures for re-order are as follows:

(1)  Read the instructions on the reverse of the Purchaser's copy of the order form.

MCKMDL00651964

(2)  A separate requisition form, DEA Form 222a, is mailed once a month to each registrant who has received order forms in the previous 30-day period.

(3)  If a registrant does not have a DEA Form 222a, he may send a written request for more order forms to the following:

Registration Unit
Drug Enforcement Administration
U.S. Department of Justice
POB 28083
Central Station
Washington DC 20005.

(4)  If order forms are urgently needed, the registrant may phone the DEA office at (202) 307-7255 and verbally request additional order forms.

In order to expedite requests for order forms, registrants are asked to write the words "Order Forms" in large red letters on the front and back of the envelope in which they submit their request. If order form requests can be readily identified when they are received in the Registration Unit, they can be processed faster.

c.  Each requisition shall show the name, address, and registration number of the registrant and the number of books of order forms desired. Each requisition shall be signed and dated by the same person who signed the most recent application for registration or re-registration, or by any person authorized to obtain and execute order forms by a power of attorney pursuant to 1305.07.

d.  Order forms will be serially numbered and issued with the name, address, and registration number of the registrant, and the authorized activity and schedules of the registrant. This information cannot be altered or changed by the registrant; any errors must be corrected by the Registration Unit of the Administration returning the forms with notification of the error.

e.  It is the DCM's responsibility to direct all personnel who have responsibility for opening incoming mail to

MCKMDL00651965

immediately deliver correspondence from any identifiable government agency directly to the DCM or to any other exempt manager holding the DCM's power o attorney.

5. Procedure for Executing Order Forms to Purchase Controlled Substances

a. Order forms shall be prepared and executed by the purchaser simultaneously in triplicate by means of interleaved carbon sheets that are part of the DEA Form 222. Order forms shall be prepared by use of typewriter, pen, or indelible pencil. Only one item shall be entered on each numbered line. There are ten lines on each order form. If one order form is not sufficient to include all items in an order, additional forms shall be used.

b. There are currently two different versions of DEA Form 222 in the distribution/pharmacy network. The difference in the two forms relates to the "No. of Items Ordered" and "Last Line Completed" fields.

(1) No. of Items Ordered DEA Form 222:

The total number of items ordered shall be noted on each form in the No. of Items Ordered field (see Exhibit 55-10). If a registrant uses more than one line on DEA Form 222 to order one item, the correct entry in the No. of Items Ordered field is "1." If a registrant orders five items on DEA Form 222 and cancels one of the items, the entire order form is invalid and cannot be filled. The form must be returned to the purchaser with a written explanation regarding its return. The regulations state that a supplier cannot fill an order form that ". . . shows any alteration, erasure, or change of any description" (21 CFR 1305.11(2)). If the registrant uses two lines to order one item and enters "2" in the No. of Items Ordered field, DEA Form 222 cannot be filled and must be rejected and replaced. Further clarification of this issue was documented in writing from the DEA on February 25, 1991 and August 8, 1991 (see Exhibits 55-38a and 55-38b).

(2) Last Line Completed DEA Form 222:

MCKMDL00651966

For the last line completed on Form 222, the correct entry is the last line used on the order form, e.g., if seven lines are used to order one item or group of items, the correct entry in the "Last Line Completed" field is "7." Further clarification of this issue was documented in writing by the DEA on September 14, 1995 (see Exhibit 55-38c).

NOTE: ROMAN NUMERALS ARE NOT ACCEPTABLE FOR THE PURPOSE OF DESIGNATING A QUANTITY ORDERED OF ANY ITEM ON ANY LINE, OR AS AN ENTRY IN THE NO. LINES COMPLETED BOX. IF ROMAN NUMERALS ARE USED FOR DESIGNATING A QUANTITY ORDERED, THE LINE SHOULD BE OMITTED. IF A ROMAN NUMERAL IS ENTERED IN THE NO. LINES COMPLETED BOX, DEA FORM 222 IS IMPROPERLY PREPARED AND SHOULD BE REJECTED AND RETURNED TO THE REGISTRANT.

c.  An item shall consist of one or more commercial or bulk containers of the same finished or bulk form and quantity of the same substance; a separate item shall be made for each commercial or bulk container of different finished or bulk form, quantity or substance. For each item the form shall show the name of the article ordered, the finished or bulk form of the article (e.g., 10-milligram tablet, 10-milligram concentration per fluid ounce or milliliter or USP), the number of units or volume in each commercial or bulk container (e.g., 10 kilograms), the number of commercial or bulk containers ordered, and the name and quantity per unit of the controlled substance or substances contained in the article if not in pure form. The catalogue number of the article may be included at the discretion of the purchaser.

d.  The name and address of the supplier from whom the controlled substances are being ordered shall be entered on the form. Only one supplier may be listed on any one form.

e.  Each order form shall be signed and dated by a person authorized to sign a requisition for order forms on behalf of the purchaser pursuant to 1305.05(c). The name of the purchaser, if different from the individual signing the order form, shall be inserted in the signature space. Unexecuted order forms may be kept and may be executed at a location other than the registered location printed on the form, provided that all unexecuted forms are delivered promptly to the

MCKMDL00651967

registered location upon an inspection of such location by any officer authorized to make inspection or to enforce any Federal, State or local law regarding controlled substances.

f.   The purchaser shall record on Copy 3 of the order form, the number of commercial or bulk containers furnished on each item and the dates on which such containers are received by the purchaser.

NOTE: DITTO MARKS AND CONTINUOUS VERTICAL LINES ARE NOT ACCEPTABLE IN THE "DATE RECEIVED" FIELD.

B.   Order Filling Processing

1.   Persons Entitled to Fill Order Forms—1305.08

An order form may be filled only by a person registered as a manufacturer or distributor of controlled substances listed in Schedules I or II under Section 303 of the Act (21 USC 823) or an importer of such substances under Section 1008 of the Act (21 USC 958), except for the following:

a.   A person registered to dispense such substances under section 303 of the Act, or to export such substances under section 1008 of the Act, if he is discontinuing business or if his registration is expiring without re-registration, may dispose of any controlled substances listed in Schedule I or II in his possession pursuant to order forms.

b.   A person who has obtained any controlled substance in Schedule I or II by order form may return such substance, or portion thereof, to the person from whom he obtained the substance pursuant to the order form of the latter person; and

c.   A person registered to dispense such controlled substances may distribute such controlled substances to another dispenser pursuant to, and only in the circumstances described in 1307.11 of this chapter.

2.   Procedure for Executing Order Forms To Supply Controlled Substances—1305.09

a.   The purchaser shall submit Copies 1 and 2 of DEA Form 222 to the supplier, and retain Copy 3 in his own files.

MCKMDL00651968

NOTE: IF DEA FORM 222 IS PICKED UP BY A NON-McKESSON EMPLOYEE (e.g., COMMERCIAL/CONTRACT CARRIER) THE DEA FORM 222 MUST BE IN A SEALED ENVELOPE (SEE EXHIBIT 55-48).

b.  The supplier shall fill the order if possible and if he desires to do so, and record on Copies 1 and 2 the number of commercial and bulk containers furnished on each item, and the date on which such containers are shipped to the purchaser. If an order cannot be filled in its entirety, it may be filled in part and the balance supplied by additional shipments within 60 days following the date of the order form. No order form shall be valid more than 60 days after its execution by the purchaser, except as specified below in item e. of this section.

NOTE: DITTO MARKS AND CONTINUOUS VERTICAL LINES IN THE "DATE SHIPPED" FIELD ARE NOT ACCEPTABLE.

c.  The controlled substances shall be shipped to the purchaser at the location printed by the Administration on the order form, except as specified below in item e. of this section.

d.  The supplier shall retain Copy 1 of this order form for his own files and forward Copy 2 to the Special-Agent-In-Charge of the Drug Enforcement Administration in the area in which the supplier is located. Copy 2 shall be forwarded at the close of the month during which the order is filled: if an order is filled by partial shipments, Copy 2 shall be forwarded at the close of the month during which the final shipment is made or during which the 60-day validity period expires.

e.  Order forms submitted by registered procurement officers of the Armed Services Medical Procurement Agency for delivery to armed services establishments within the United States may be shipped to locations other than the location printed on the order form, and in partial shipments at different times not to exceed six months from the date of the order, as designated by the procurement officer when submitting the order.

3.  Procedure for Acceptance of Facsimile Copies of DEA Form 222

CONFIDENTIAL

a.   At a meeting on June 25, 1992, Joel K. Fries, Deputy
     Chief, Drug Operations Section, stated that it was
     permissible to pre-fill orders for schedule II
     controlled substances from facsimile copies of DEA For...
     222. These procedures can be followed only if a
     <u>McKesson employee</u> driver delivers the order to the
     customer. Deliveries by common carrier, contract
     carrier, or any other agent are not permissible.
     Facsimile copies may be accepted for will call.

     (1)  Instruct the customer to fax DEA Form 222 and
          retain the original copy of DEA Form 222 for
          pickup by delivery driver.

     (2)  Upon receipt at the Distribution Center, the FAX
          copy of DEA Form 222 must be reviewed for
          accuracy, initialed, and dated by the Distribution
          Center Manager, other exempt managers, or a
          non-exempt employee designated by the DCM.

          NOTE: A WRITTEN REQUEST MUST BE SUBMITTED TO AND
          APPROVED BY THE VPDO FOR A NON-EXEMPT EMPLOYEE TO
          REVIEW DEA FORM 222 FOR ACCURACY.

     (3)  Make two copies of the faxed DEA Form 222 (already
          approved) so that you have the form in triplicate.
          Retain one copy in projected original DEA Form 222
          receipt date sequence. The remaining two copies
          should accompany the picking document.

     (4)  Fill the order, enter the required shipping
          information, and attach one copy of the faxed DEA
          Form 222 to the shipping container. The remaining
          copy must be filed in the vault with other
          transactions for that date.

     (5)  Prior to loading, the loader (or driver) must
          remove the DEA Form 222 copy from the shipping
          container and attach it to the customer's invoice.

          NOTE: YOU MUST NOT, UNDER ANY CIRCUMSTANCES, LEAVE
          THE DEA FORM 222 COPY ATTACHED TO THE SHIPPING
          CONTAINER.

     (6)  Upon receipt of the original copy of DEA Form 222
          from the customer by the delivery driver, the
          order may be delivered. Remove the facsimile DEA
          Form 222 copy from the invoice. It is the delivery

CONFIDENTIAL

MCKMDL00651970

driver's responsibility to review/compare the
original DEA Form 222 to the facsimile copy to
ensure that the DEA Order Form numbers are the
same and all other information is identical. If
the original DEA Form 222 and the facsimile copy
are not identical in all respects, the delivery
driver must contact Distribution Management for
further instruction.

(7) The delivery driver (or line haul driver) must
return the original DEA Form 222 and the facsimile
copy to the Distribution Center Manager, or her or
his designee.

(8) Remove the facsimile copy from the DEA Form 222
projected receipt date file and discard it.

(9) Send the original DEA Form 222 with the shipping
facsimile copy of the form to the vault. Remove,
transcribe, and replace the order filling
facsimile copy with the completed copy of the
original DEA Form 222. Discard the facsimile copy.

(10 Management personnel must review the original DEA
Form 222 projected receipt date file daily.
Investigate all copies over three days old. For
ease of follow-up, document in writing on the copy
why the original DEA Form 222 is still
outstanding.

NOTE: FOR DIRECTIONS ON THE USE OF FACSIMILES WHERE
COMMON/CONTRACT CARRIERS ARE USED IN THE DELIVERY PROCESS,
PLEASE SEE EXHIBIT 55-48.

4. Procedure for Endorsing Order Forms—1305.10

a. An order form made out to any supplier who cannot fill
all or a part of the order within the time limitation
set forth in 1305.09 may be endorsed to another
supplier for filling. The endorsement shall be made
only by the supplier to whom the order was first made,
shall state (in the spaces provided on the reverse
sides of Copies 1 and 2 of the order form) the name and
address of the second supplier, and shall be signed by
a person authorized to obtain and execute order forms
on behalf of the first supplier.

MCKMDL00651971

The first supplier may not fill any part of an order on an endorsed form. The second supplier shall fill the order, if possible and if he desires to do so, in conformity with 1305.09(b),(c),&(d), including shipping all substances directly to the purchaser.

b.   Distribution made on endorsed order forms shall be reported by the second supplier in the same manner as all other distributions except that, where the name of the second supplier is requested on the reporting form, the second supplier shall record the name, address, and registration number of the first supplier.

5.   Unaccepted and Defective Order Forms—1305.11

DEA has issued the following guidelines for procedures regarding unaccepted and defective controlled substances order forms, DEA Form 222.

a.   Federal regulations applicable to handling of such order forms are as follows:

(1)  No order form shall be filled if it:

(a)  Is not complete, legible or properly prepared, executed or endorsed; or

(b)  Shows any alteration, erasure, or change of any description.

(2)  If an order form cannot be filled for any reason under this section, the supplier shall return Copies 1 and 2 to the purchaser with a statement of the reason (e.g., illegible or altered). A supplier may refuse for any reason to accept any order, and if a supplier refuses to accept the order, a statement that the order is not accepted shall be sufficient for the purpose of this paragraph.

(3)  Refer to page 55-93 for sample form to use when returning unaccepted or defective order forms to a customer. Select the form most appropriate for your needs.

(4)  When received by the purchaser, Copies 1 and 2 of the order form and the statement shall be attached to Copy 3 and retained in the files of the

MCKMDL00651972

purchaser in conformity with 1305.13. A defective order form may not be corrected; it must be replaced by a new order form in order for the order to be filled.

    (5) Any information that is pre-printed on the order form may not be altered in any way.

b.  Pursuant to these regulations, order forms should be returned to the customer under the following circumstances:

    (1) Illegibility or inability to identify customer, customer's registration number, items specified, quantities, or improper execution or endorsement.

    (2) Alterations, erasures, or changes resulting in questions regarding the identity of customer, customer's registration number, items or quantities.

    (3) Shows a voided or canceled line by the purchaser.

    (4) Omitted signatures.

    (5) <u>60 days have elapsed from the date of execution by the purchaser.</u>

NOTE: THE ONLY EXCEPTION TO THIS IS WHEN THE PURCHASER HAS MISTAKENLY WRITTEN IN THE WRONG YEAR DURING THE MONTH OF JANUARY OF EACH NEW YEAR (SEE EXHIBIT 55-50 FOR DETAILED INSTRUCTIONS FROM DEA).

    (6) The box showing No. of Lines Completed/Last Line Completed is blank, contains a Roman numeral, or is different than the number of items ordered/last line completed.

c.  Federal order forms that identify the customer, customer's registration number, items, and quantities, and that are properly signed but are incomplete or have minor errors, may be corrected to the following extent (note of explanation attached to order forms):

    (1) Filling in supplier's correct name, address, city or state when one of these have been omitted or listed incorrectly by the customer. To assure the problem is not repeated, the supplier must provide

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97  PAGE 55-91:SEC.VII.12

the purchaser with the correct address (for further clarification, see Exhibit 55-38a).

(2)  If the customer's order is correct in all respects, except that it specifies, in error, capsules and product requested is properly designated and supplied in tablets, then the order should be modified to correct "capsules" to "tablets."

(3)  Since the supplier provides the National Drug Code designation, if an error is made on the form, the supplier may correct it.

(4)  Order forms may be accepted when the customer has sent all three copies of the form to the supplier, but the customer's copy must be forwarded to him in advance of shipping the product.

(5)  Order forms received by the supplier without inter-leaf carbon may be accepted, but the supplier must insert a replacement carbon between the forms before making any entries on the form.

(6)  If a form is received listing a package amount that is unavailable, a lesser quantity may be shipped, (e.g., if order is for package size 100 and it is unavailable, supplier may ship package size 50), or if a form is received listing a package amount that is unavailable, different package sizes not to exceed the original amount may be shipped (e.g., if customer ordered 1 x 1000, supplier may ship 10 x 100).

(7)  At a meeting on June 25, 1992, the DEA stated that generic substitution was acceptable provided that the customer agrees to accept a generic rather than a brand name product, a generic product of a manufacturer other than the one specified, or a brand name product rather than a generic one (see Exhibit 55-43).

(8)  A letter from DEA further states that a distributor and its customer can enter into an advance agreement that establishes the circumstances under which the distributor may make item substitutions (Exhibit 55-52)

CONFIDENTIAL

MCKMDL00651974

d.  A single item must be canceled for the following reasons but the balance of the order may be shipped:

(1)  If the item requested is discontinued or not listed, or is a non-controlled substance, or is a controlled substance other than a Schedule I or II controlled substance.

(2)  Grainage is dittoed on the order form rather than designated.

(3)  Grainage is omitted (except trademark items when the National Drug Code number is listed).

(4)  Size of package incorrectly stated.

(5)  Size of package omitted.

(6)  Where a multiple item order is properly prepared and complete in all other respects, but a single item has a non-correctable defect. This item may be canceled in lieu of returning the order form to the customer.

(7)  Roman numeral was used to indicate order quantity.

e.  The procedures listed above in no way negate the responsibility of the registrant as outlined in Section 1305 of the Code of Federal Regulations.

6.  DEA Order Form Guidelines

Exhibit 55-12 provides a summary of guidelines for unaccepted and defective order forms. This sheet should be photocopied and posted in both the cage and the vault for the order filler. Also, it should be available to the person responsible for the initial review of DEA Form 222.

NOTE: ALL SCHEDULE II DEA FORM 222'S MUST BE REVIEWED AND APPROVED BY THE INITIALING OF FORM 222 BY THE DISTRIBUTION CENTER MANAGER, OTHER EXEMPT MANAGER, OR A NON-EXEMPT EMPLOYEE DESIGNATED BY THE DCM.

A WRITTEN REQUEST MUST BE SUBMITTED TO AND APPROVED BY THE VPDO FOR THE NON-EXEMPT EMPLOYEE TO REVIEW DEA FORM 222 FOR ACCURACY.

7.  DEA Order Forms Example Review

Case: 1:17-md-02804-DAP Doc #: 3015-6 Filed: 12/18/19 105 of 326. PageID #: 447976

Exhibit 55-13 provides guidelines for reviewing Form 222 for accuracy. It should also be reproduced and posted as described in item 6. above.

8. Sample Form for Return of Unaccepted Order Forms (Exhibit 55-20)

Date_____

Name_____

Telephone #_____

The Drug Enforcement Administration has established specific criteria for the acceptance of Federal Order Forms, DEA Form 222. In some cases we are required to return the form to you and request a new or corrected form before shipping. In other cases we can make minor changes and process the form for shipment.

Your Federal Order Form _____ was not complete and/or correct in all respects. We have handled this as follows:

The omission and/or error indicated below is such that we are not permitted to process this form:

____ Form is altered.
____ 60 days have elapsed from date of execution.
____ Number in No. of Items Ordered/Last Line Completed box is blank, contains Roman numerals, or is different than number of items ordered/last line completed.

____ Signature omitted.
____ Form does not show authorization to receive both II and IIN schedules.
____ Registrant's address incorrectly states a P.O. Box.
____ Form shows a canceled or voided line by the purchaser.

If your form is being returned:

____ Reference our phone conversation.
____ Please submit a new form.
____ Please review attached form and return.
____ See example attached.

Changes indicated below have been made, as permitted by the DEA, and your order has been shipped. This notice is for information purposes only. No action on your part is required:

_____ Our name and/or address has been completed or corrected. Our correct address is (your DC address).

_____ You sent all three copies to us. We are returning Copy 3 for your files.

_____ We corrected the NDC # on line item #_____.

_____ We modified the dosage form on line item #_____.

_____ You requested _____, but the product is only supplied as _____.

_____ Substitution of different size package has been made on line item #_____.

_____ Line item #_____. Total product supplied is equal to or less than original request.

_____ Line item #_____. No. of packages or size is omitted. We canceled this line and processed remainder of order.

_____ Line item #_____. A Roman numeral was used for order quantity. We canceled this line and processed remainder of order.

_____ Line item #_____ is not a Schedule II Controlled Substance. We canceled this line and processed remainder of order.

_____ Line item #_____ is discontinued. It is still available in _____ NDC #_____. We canceled this line and processed remainder of order.

_____ Line item #_____. Package size/product description is incomplete or incorrect. We canceled this line and processed remainder of order.

_____ Line item #_____. We are currently out of inventory on this item. Per your verbal/written instructions, we have substituted this item with the comparable name brand/generic (circle one) _____ (insert item name).

Thank you for your cooperation.

9.   Pro-active Customer Letter Regarding DEA Form 222 Completion

Exhibit 55-44 can be sent to your customers periodically as a pro-active reminder, or it can be included with the returned DEA Form 222 and the letter suggested for unacceptable DEA order forms above (Exhibit 55-20).

C.   Power of Attorney—1305.07

MCKMDL00651977

Any purchaser may authorize one or more individuals, whether or not located at the registered location of the purchaser, to obtain and execute order forms on his or her behalf by executing a power of attorney for each individual. The power of attorney shall be signed by the same person who signed (or was authorized to sign, pursuant to 1301.32(g) of this chapter or 1311.32(g) of this chapter) the most recent application for registration or re-registration and by the individual being authorized to obtain and execute order forms. The power of attorney shall be filed with the executed order forms of the purchaser, and shall be retained for the same period as any order form bearing the signature of the attorney.

The power of attorney shall be available for inspection together with other order form records.

Any power of attorney may be revoked at any time by executing a notice of revocation, signed by the person who granted (or was authorized to grant) the power of attorney, or by a successor, or whoever signed the most recent application for registration or re-registration, and filing it with the power of attorney being revoked. The form for the power of attorney and notice of revocation shall be similar to the sample form (see Exhibit 55-4).

1. Powers of Attorney Granted to Vice President Distribution Operations

   a. Powers of attorney are granted to Vice President Distribution Operations by the Drug Company President for the purpose of signing applications for registration or re-registration with the DEA.

   b. VPDO's (having been granted power of attorney) may in turn grant power of attorney to other employees to obtain and execute Order Forms. (See item 2. below.)

   c. At a meeting with Mr. Kenneth A. Durrin, former Director for Compliance and Regulatory Affairs for the DEA, in Washington on January 22, 1974, certain questions arising within our company were answered as follows:

      • Power of Attorney—The question was whether, on a change of management, a power of attorney to sign the official order form, DEA Form 222, must be revoked and a new power of attorney granted, signed by the successor management (the person

MCKMDL00651978

authorized to sign applications for registration
or re-registration).

The answer to the question was, "Yes." Please be
sure that this instruction is followed exactly and
that powers of attorney and revocations of power
of attorney are properly prepared and filed with
the official order form.

2.  Power of Attorney Posting—1305.07

Section 1305.07 specifically provides that:

"The power of attorney shall be filed with the executed
order forms of the purchaser, and shall be retained for the
same period as any order form bearing the signature of the
attorney."

Accordingly, all Distribution Centers shall post the power
of attorney in the narcotic vault, where it will remain on
display. When a power of attorney is changed, the old form
is to be placed in the file containing the stored order
forms for the month in which the change occurs.

3.  Power of Attorney

See Exhibit 55-4 for sample form for granting power of
attorney by the person authorized to grant such powers. When
such a power of attorney is changed, the notice of
revocation is to be completed before filing, as noted in
item 2. above.

D.  Lost and Stolen Order Forms—1305.12

1.  Statement Required

If a purchaser ascertains that an unfilled order form has
been lost, he shall execute another in triplicate and a
statement, containing the serial number and date of the lost
form, stating that the goods covered by the first order form
were not received as a result of the loss of that order
form. Copy 3 of the second form and a copy of the statement
shall be retained with Copy 3 of the order form first
executed. A copy of the statement shall be attached to
Copies 1 and 2 of the second order form sent to the
supplier. If the first order form is subsequently received
by the supplier to whom it was directed, the supplier shall
mark upon the face thereof, "not accepted," and return

CONFIDENTIAL

MCKMDL00651979

Copies 1 and 2 to the purchaser, who shall attach them to
Copy 3 and the statement.

2.    Notification to the DEA

Whenever any used or unused order forms are discovered
stolen or lost (other than in the course of transmission) by
any purchaser or supplier, he shall immediately upon
discovery of such theft or loss report same to the:

Registration Unit
Drug Enforcement Administration
U.S. Department of Justice
POB 28083
Central Station
Washington DC 20005.

State the serial number of each form stolen or lost. If the
theft or loss includes any original order forms received
from purchasers and the supplier is unable to state the
serial numbers of such order forms, he shall report the date
or approximate date of receipt thereof and the names and
addresses of the purchasers.

If an entire book of order forms is lost or stolen, and the
purchaser is unable to state the serial number of the order
forms contained therein, he shall report, in lieu of the
number of forms contained in such book, the date or
approximate date of issuance thereof. If any unused order
form reported stolen or lost is subsequently recovered or
found, the Registration Unit of the Administration shall be
notified immediately.

3.    Control of DEA Form 222 Released to National Buying Center

When DEA Form 222's are received from the DEA, but prior to
release to the National Buying Center, list the DEA Form 222
order form number sequentially on Distribution Center DEA
Form 222 Control. The DCM, or his or her Attorney-In-Fact
(designated by executed power of attorney), are the only
individuals authorized to prepare the Distribution Center
DEA Form 222 Control Form (Form 0-3085, Exhibit 55-14).

NOTE: ANY DEA FORM 222 RETAINED BY THE DC MUST ALSO BE
LISTED. ANY UNEXECUTED DEA FORM 222 RETAINED BY THE DC MUS'
BE KEPT LOCKED UP WITH ACCESS AVAILABLE ONLY TO THE DCM, OR
HER OR HIS ATTORNEY-IN-FACT (DESIGNATED BY EXECUTED POWER OF
ATTORNEY).

CONFIDENTIAL                                                                                      MCKMDL00651980



DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97  PAGE 55-98:SEC.VII.19

DEA Form 222's are to be sent to the National Buying Center by U.S. Mail Express Mail, with the box that indicates signature required checked:

National Buying Center
POB 1308
Arlington TX 76004.

NBC personnel will then log in these blanks on the NBC's DEA Form 222 DC control sheets. As DEA 222 forms are executed and sent to suppliers, NBC personnel will make a notation of the date the blue copy(ies) are sent to the DC on the NBC's control sheet. A copy of the sheet also will be faxed to the receiving DC, and that DC's personnel then will notify the NBC of their receipt of the DEA form 222 blue copy(ies). The DEA Form 222 blue copy(ies) will be sent by United States Postal Service Express Mail.

Upon receipt of the blue copy(ies), the DCM or her or his attorney-in-fact must match the DEA Form 222 number with the number entered on the DC DEA Form 222 Control Log (Exhibit 55-14). The vendor name and the date of receipt are to be entered on the Control Log. In the event the entire package of forms or individual blue copies within the package are not received at the DC, the NBC manager and Regional Security Manager are to be immediately contacted.

NOTE: IN THE EVENT THAT A DEA FORM 222 IS IMPROPERLY FILLED OUT AND THEN VOIDED BY THE NBC, ALL THREE COPIES OF THE FORM MUST BE RETURNED TO THE DC. THE DC MUST THEN MAKE A NOTATION ON THE LOG SHEET THAT THAT DEA FORM 222 NUMBER IS "VOID." THE VOIDED FORM 222 MUST THEN BE FILED IN THE ARCOS BOX FOR THE MONTH IN WHICH THE FORM WAS VOIDED.

E.   Preservation of Order Forms—1305.13

Also see "Recordkeeping" on page 55-55.

1.   Purchaser's Copy 3 Retained

The purchaser shall retain Copy 3 of each order form that has been filled. He shall also retain in his files all copies of each unaccepted or defective order form and each statement attached thereto.

2.   Supplier's Copy 1 Retained






The supplier shall retain Copy 1 of each order form that he has filled.

3.  Separate Files Maintained

Order forms must be maintained separately from all other records of the registrant. Order forms are required to be kept available for inspection for a period of two years. If a purchaser has several registered locations, he must retain Copy 3 of the executed order forms and any attached statements or other related documents (not including unexecuted order forms that may be kept elsewhere pursuant to 1305.06(e) at the registered location printed on the form).

F.  Return of Unused Order Forms—1305.14

If the registration of any purchaser is terminated (because the purchaser dies, ceases legal existence, discontinues business or professional practice, or changes his name or address as shown on his registration) or is suspended or revoked pursuant to 1301.45 or 1305.46 of this Chapter as to any controlled unused order forms for such substances shall be returned to the nearest Field Division Office of the Administration.



G.  Cancellation and Voiding of Order Forms—1305.15

1.  Purchaser's Written Notice

It is imperative that the DCIM carefully review the old-order follow-up report for Schedule II purchase orders that have not been received by their projected receipt date, and immediately follow-up with the vendor. If the projected receipt date is over 60 days from the order date, the purchase order must be canceled.

A purchaser may cancel part or all of an order form by notifying the supplier in writing of such cancellation.

The supplier shall indicate the cancellation on Copies 1 and 2 of the order form by drawing a line through the canceled items and printing "canceled" in the space provided for number of items shipped.

NOTE: THE DEA HAS IMPOSED SIGNIFICANT FINES FOR WHAT WOULD APPEAR TO BE MINOR TECHNICAL DEVIATIONS FROM THIS REQUIREMENT.



MCKMDL00651982

2.   Supplier's Written Notice

A supplier may void part or all of an order on an order form
by notifying the purchaser in writing of such voiding. The
supplier shall indicate the voiding in the manner prescribed
for cancellation in item 1. above.

3.   Contract Rights Not Affected by Cancellation of Form

No cancellation or voiding permitted by this section shall
affect in any way contract rights of either the purchaser or
the supplier.

4.   Expired DEA Form 222

Make sure that 60 days have not elapsed since DEA Form 222
was issued to the supplier. If merchandise for an expired
DEA Form 222 is received, do the following immediately:

a.   Contact the vendor and verify the DEA order form
     number.

b.   Upon verification that the vendor has shipped
     merchandise for an expired DEA Form 222, bring this to
     their attention and request verification that the
     vendor "shipped" the order prior to the expiration of
     the purchaser's DEA Form 222. If the order was shipped
     prior to the purchaser's expiration of DEA Form 222, it
     is permissible to receive the order. Attach all
     supporting documentation to the Purchaser Copy of DEA
     Form 222.

c.   If the vendor shipped the order after the DEA Form 222
     expired, contact the local DEA Field Office immediately
     for special direction on how to handle the transaction.

d.   If the DEA cannot or will not provide specific
     direction, contact the Distribution Operations
     Department (Gary Hilliard, 972-446-4614) or, in his
     absence, the Law Department in San Francisco (Ina
     Trugman 415-983-8325).

e.   Prepare and submit the "Report of Government Contact"
     form. (For further clarification, see Exhibit 55-39.)

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97 PAGE 55-101:SEC.VII.22

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00651984

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-102:SEC.VIII.1

VIII. COMPUTER ROOM TRANSACTIONS

Accurate reporting of all controlled substance transactions is an integral part of our commitment for full regulatory compliance. Failure to follow procedures will result in error reports from the DEA.

A.   Transport Transactions to Computer Room

Documents are to be taken from the vault or cage, key-entered, verified by the Edit Program, and returned immediately to the vault or cage. Do not take documents from the vault or cage unless they are going to be key-entered.

Some Distribution Centers that have experienced difficulty in the past in accounting for all transaction records have found that daily Simplex sequence numbering of all records released to the Computer Room helps ensure their return.

B.   Weekly/Daily Key-entry

1.   Keep Key-entry Current

Transactions are to be key-entered weekly, except for the last five days of the month when they are to be key-entered daily. Many Distribution Centers find it desirable to key-enter transactions on a daily or semi-weekly basis throughout the entire month for easier end-of-month reconciliation.

2.   Transmittal Letter—Separated Transactions

All transactions are to be sent to the Computer Room separated by type of transaction and by class. Sort transactions as follows:

a.   Receipts from vendors—Class II and Class III.

b.   Credit memos from customers—Class II and Class III.

c.   Returns to vendors—Class II and Class III.

d.   Sales to customers—Class II and Class III.

e.   Government seizure and destruction.

3.   Transmittal Letter Entries (Exhibit 55-15)

CONFIDENTIAL

MCKMDL00651985

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-103:SEC.VIII.2

Fill in letter of transmittal as follows:

a.   Enter Distribution Center number.

b.   Enter date released to the Computer Room.

c.   Enter the number of entries for each code and the total
     number of pieces to be key-entered for each code.

d.   Be sure that the source documents are sent to key-entry
     separated by transaction codes.

4.   Transaction Codes to be Used

Transaction codes to be used are determined following rules
below:

"P"—Purchase from vendor or returns from customers.

"R"—Shipment refused by vendor or customer: If Schedule II,
enter order form number under which product was originally
shipped.

"X"—Losses in transit and unprovable shortages: These
transactions must be reported under code "X" even if no
credit memo is issued. The "X" code does not reduce
inventory balances.

"S"—Sales to customers, returns to vendors, transfer to
other McKesson units.

"T"— Theft of controlled substances from the premises.

"Y"— Destruction of merchandise: Be sure to include the
Proof Of Destruction DEA Form 41.

"Z"— Government seizure: Ask Government Agent what
Registrant number should be entered in Field 7. For state
and local officers who do not have a number, enter the word
"OFFICER".

"G"— Recovery of merchandise previously reported stolen.

"V"— Unsolicited Returns: Merchandise received without
identification as to where it came from.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-104:SEC.VIII.3

NOTE: THE DCM MUST NOTIFY HER OR HIS VICE PRESIDENT
DISTRIBUTION OPERATIONS WHENEVER THIS TRANSACTION CODE IS
USED.

Also be sure to complete DEA Form 106 for "X" and "T"
transaction codes.

5. Key-enter and Edit Transactions

a. Computer Room key-enters as follows:

(1) CC1-9: Distribution Center DEA number

(2) CC10: transaction code

(3) CC12-22: NDC code for the item. Break down of
fields is 5-4-2. Enter leading zeros as necessary
to any field.

(4) 23-30: enter beginning inventory, ending
inventory, or transaction quantity. Enter leading
zeros if necessary.

(5) 32-40: enter the customer or vendor DEA number.
Leave blank for inventory balances.

(6) 41-49: enter the DEA Form 222 number for Schedule
II items. Leave blank for Schedule III items.

(7) 50-55: enter the transaction date. First two
positions for month, second two for day, last two
for year. Enter leading zeros, if necessary, to
any field.

b. ARCOS Edit Listing Program

(1) Each Distribution Center will have a separate disk
file to verify the accuracy of transaction codes,
NDC codes, and registrant DEA numbers.

(2) Computer Room runs the ARCOS diskette through the
Edit Program immediately after key-entry. Program
verifies the following fields:

(a) Distribution Center DEA number

(b) Transaction Code—that it is a valid entry.

CONFIDENTIAL

MCKMDL00651987

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-105:SEC.VIII.4

      (c) NDC Code—that it matches an NDC code on the file.

      (d) Quantity—that field is filled in completely and is all numeric.

      (e) Customer DEA Number—that it is a valid number carried on the file. The Distribution Center DEA number is not a valid number for this field.

      (f) That the blank number is filled in for all items coded "X." Also that the field has alpha followed by eight numeric entries.

      (g) That the transaction date used is for the month being reported and is a valid date within the month.

      (h) Also determines that CC11, 31, and 56-80 are blank at this time.

  (3) Any field in error will have asterisks printed under it. Also, each transaction code has a subtotal of number of records and quantity key-entered, and grand total of all codes is listed at the end of edit.

  (4) All sales transactions print in ascending invoice sequence. Rerun edit with corrected entries on diskette until the edit run is clear of all errors. Be sure that the last totals agree with the entries on the transmittal sheet.

  (5) File diskette as a batch for the end of the month ARCOS Report.

  (6) Edit program is run for every batch sent to key-entry during the month.

C. Producing Month-End ARCOS Report

  1. Balancing Due 8th Workday/Following Month

    a. Transactions are keyed to diskette daily or weekly during the month by the Distribution Center:

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-106:SEC.VIII.5

       (1)   Input edited locally using program DU40DJI and corrections made.

       (2)   Input transmitted to DPC after corrections made using DU13JI.

       (3)   DDC edit input. Advises Distribution Center of errors.

       (4)   Distribution Center corrects error using Program DU03JI.

   b.   When all transactions for the month, including physical inventory counts, have been transmitted, and errors found by edit programs corrected, monthly balancing is done. <u>Balancing must be completed by the 8th workday of the month.</u>

   c.   Sequence of month-end work:

       (1)   Run monthly edit and balance Program DU04J6:

           (a)   Program pre-edits for format errors.
           (b)   Correct errors using Program DU03Jl.
           (c)   Rerun Program DU04J6 after corrections.

       (2)   After corrections DU04J6:

           (a)   Adds previous month-end inventory.
           (b)   Sorts file into NDC number sequence.
           (c)   Assigns government sequence number to each transaction.
           (d)   Performs a balancing edit.

       (3)   Report from DU04J6:

           (a)   Totals all transactions for an NDC code.
           (b)   Flags any item not in balance.

2.   <u>Error Correction Routine</u>

   a.   Check for any batch entry errors. NDC codes are edited for validity only. It is still possible to have copied an incorrect code. Clue is a disbursement or receipt entry only without any other entries.

   b.   Summarize balance of errors. List Label Code, NDC Code, item description, receipts, issues, beginning and

MCKMDL00651989

ending inventory. Then reconstruct all transactions for these items using the source documents for all transactions that are kept in the vault and cage.

c.   The DCM's designee will review the DU04 ARCOS Month-end Transmission Edit Reports, research, and create an error correction form for each correction needed. The error correction forms must be sequentially numbered, with the same sequence noted on the DU04 report, and contain a complete explanation for the correction (Exhibit 55-23).

d.   The Computer Room must be instructed to input Error Corrections only from forms that are properly completed and approved and signed by the DCM. In the event the DCM is unavailable for legitimate reasons, the DCM's designee may approve and sign error correction forms for submission to the Computer Room. Upon the availability/return of the DCM, it is his or her responsibility to review and sign the submitted error correction forms.

e.   The edit listing is to be run until all differences are "zero."

f.   Distribution Center must do the following:

   (1)   Research all errors and correct.

   (2)   Transmit corrections using DU03J1.

   (3)   Rerun DU04J6 until all items balance.

   (4)   Have DCAM run adding machine tape of count totals directly from inventory count sheets, and compare to the piece totals on DU04J6. THE TWO TOTALS MUST AGREE. If not, DU04J6 will be returned for further reconciliation.

g.   Create DEA file.

   (1)   DU04J6 creates a file at DDC of all transactions to be included in the monthly tape sent to Washington when edit is error free and items balanced.

   (2)   DDC combines clean files of Distribution Centers on tape and send to DEA in Washington.

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-108:SEC.VIII.7

    h.   Distribution Center Manager Override

       (1)  If the Distribution Center is unable to balance by the 8th workday of the month, the Distribution Center Manager may decide to submit the monthly report unbalanced. The DC's VPDO must be advised of this situation prior to the override option being used and follow up in writing (Exhibit 55-49).

       (2)  Instructions for use of this override option are in Program DU04J6.

3.  Elimination of Non-Reportable Items

If you have incorrectly reported to ARCOS an item that you find non-reportable, simply stop reporting the item. The ARCOS computers do not recognize items incorrectly classified as reportable. If you discover that error yourself, also advise the Merchandise Profile Department in San Francisco so that any error in the Home Office computer file can be corrected and maintenance sent to the Distribution Centers.

4.  File ARCOS Report

a.  The final edit listing transmitted back to the Distribution Center and the pre-balance error corrections must be reviewed and signed by the DCM and filed with the month-end ARCOS records.

NOTE: ALL PRE-BALANCE REPORTS AND ERROR CORRECTIONS MUST BE FILED SEPARATELY FROM OFFICIAL RECORDS IN YOUR DC ARCOS GENERAL FILE FOR A ROLLING THREE MONTHS.

b.  The Drohan Data Center Manager will follow up at the close of each month with a report indicating when the information for submission of the ARCOS report was received along with comments on events that might have occurred during that time at the various units. This report is forwarded monthly to Home Office Distribution Operations department for review, and then to the VPDO and RDM. A copy of this report is attached for your information (see Exhibit 55-16).

D.  DEA Error Reports

CONFIDENTIAL    MCKMDL00651991

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-109:SEC.VIII.8

In making corrections it is essential that only DEA Form 333 OCR (2/81) be used. No other form is acceptable. Also, when making a correction, start with the first error and record all the corre information first from the edit, and then enter the corrected field. Use a #2 indelible pencil for entering corrections using the print style shown on DEA From 333 OCR (2/81) (see Exhibit 55-17).

1. Error Notices—Two Types from DEA

Distribution Centers receive two types of error notices from DEA:

a. Transaction errors such as an incorrect entry, or wrong DEA or NDC codes. These will be noted and sent out to registrants with a request that they submit correcting transactions.

b. Discrepancy notices. These cover inventory errors as listed in the ARCOS General Reporting Information Manual.

2. ARCOS Edit Error Listing from DEA (Exhibit 55-18)

a. Immediately on receipt of the ARCOS batch control and transaction edit errors listing, the Distribution Center must complete DEA Form 333 (2-81) to correct the errors, and to mail as Certified Mail, "Return Receipt Requested," as soon as possible to:

DEA ARCOS Unit
POB 28293
Central Station
Washington DC 20005.

(DEA Form 333 is shown as Exhibit 55-17.)

b. The ARCOS batch control and transaction edit error listing is an exact print of DEA Form 333. Some of the fields run together and are difficult to read. It is suggested that the report be ruled off by fields and the field headers written on the report before starting the correction routine.

c. Complete DEA Form 333 in duplicate, one copy for DEA and one for Distribution Center records. Fill in header as follows:

CONFIDENTIAL

MCKMDL00651992

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-110:SEC.VIII.9

    (1) Enter submitting registration number.

    (2) Enter the period covered by this report. The dates are determined by the errors listed on the report. Beginning date is the date of the earliest transaction with an error on the list and the ending date is the date of the latest transaction for that month with an error. If errors are listed for 10/7, 10/10, 10/11, 10/18 and 10/25 the beginning date is 10/7 and the ending date 10/25.

    Only corrections for one month can be submitted together. If for some reason more than one month's corrections are being forwarded, a separate report for each month must be prepared and submitted.

    (3) Enter page number.

3. Error Type Check on Error Listing

Check the ARCOS error listing for the type of error found by DEA.

    a. Invalid Associate Register Number code E-48:

        (1) Determine transaction date and type.

        (2) Find the source document from which the input was key-entered. Use the NDC code and Associate DEA number to determine the correct document.

        (3) Obtain the customer's correct DEA number from the Distribution Center permanent file. If incorrect on file, obtain proper number from the customer at once. Correct the Distribution Center file immediately by file maintenance.

        (4) Write up the correcting entry on DEA Form 333. Copy the information for Fields 1, 2, 4, 5, 8 (if Class II), and 10-13 from the ARCOS Edit Listing. Enter the customer's correct DEA number in Field #7. If this is the first error correction on the month's report, the correct transaction identifier number follows in sequence the last transaction identifier found on the last page of the final month-end ARCOS Report.

CONFIDENTIAL

MCKMDL00651993

Case: 1:17-md-02804-DAP  Doc #: 3015-6  Filed: 12/18/19  123 of 326.  PageID #: 447994

(5)  The same correction procedure is used to correct invalid associate number for all types of transactions.

b.  NDC Code Not on File—Code E 76:

(1)  Determine transaction date and type.

(2)  Find the source document from which the input was entered. Use the customer DEA number and incorrect NDC code to determine the source document.

(3)  Check file to determine correct NDC code. If possible, also check any merchandise left on shelf to obtain proper NDC code. If file has same number as DEA Form 333 and no merchandise is on hand, call vendor (or vendor representative) for the code.

(4)  Write up the correcting entry on DEA Form 333. Copy the information for Fields 1, 2, 5, 7, 8, and 10-13 from the ARCOS Edit Listing. Enter the correct NDC code in Field #4. If this is the second correction for this month's report, the transaction identifier number follows in sequence the transaction identifier listed first on DEA Form 333.

(5)  If NDC code returned as an error by DEA is the code on the bottle, re-enter this code on the DEA Form 333 and note this fact on the form.

c.  Duplicate Transactions—Code 20:

(1)  All transactions on the computer tape are sequentially numbered by program D404J6.

(2)  If error does occur, re-enter on DEA Form 333. If this is the third correction for this month's report, the transaction identifier follows in sequence the transaction identifier listed second on the DEA Form 333.

d.  Other types of errors are possible. However, if the edit program is run and all errors corrected, they wi not appear on the ARCOS Transaction Error Report. Complete list of error messages is contained in the ARCOS General Reporting Information Manual.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-112:SEC.VIII.11

4.   ARCOS Discrepancy Report Corrections

ARCOS Discrepancy Reports must be corrected through the
monthly "333" report. Discrepancy Reports cover inventory
errors, e.g., sold more than reported to DEA as in
inventory.

a.   As soon as a discrepancy notice is received it must be
checked out immediately and corrected. Use the source
documents stored in the vault/cage to determine the
error. Be sure to track the error to completion and
make all necessary corrections.

b.   Key-enter the error corrections as follows:

(1)   The transaction code in CC11 is "D" for delete.
Use the original date and transaction identifier
for this entry. The date and transaction
identifier out of sequence will be accepted by DEA
due to the "D" in CC11.

(2)   If a correcting entry must be made, it must follow
this entry. Enter in standard format using the
original date and new sequential transaction
identifier.

c.   Remember, correcting one error may require another
entry to advise DEA of the actual item shipped.

d.   Complete instructions on these corrections are
contained in DEA's ARCOS General Reporting Information
Manual. To obtain a copy, see page 55-7.

E.   File Set-Up for ARCOS Edit Program

1.   Set-Up Prior to Monthly Processing

The file for the ARCOS Edit program is to be set up prior to
monthly processing.

a.   Input to the ARCOS Edit program will be:

(1)   NDC codes for all ARCOS reportable items taken
from Distribution Center EPIC Billing File by
Program DU20DJO.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-113:SEC.VIII.12

(2) DEA numbers for all customers. Take from the Distribution Center Customer File by Program DU2ODJO.

(3) DEA numbers for all vendors. Take from the Distribution Center Sales History.

b. Key-enter input for local file maintenance as follows:

(1) Items:

(a) CC 1-6—Label Code.
(b) CC 32-42—NDC Number.
(c) CC 56—"X" or "B."
(d) CC 80—3.

(2) Customer DEA number:

(a) CC 1="7."
(b) CC 2-7—Customer Number.
(c) CC 47-55—Customer/DEA Number.

(3) Vendor DEA Number:

(a) CC 1-7.
(b) CC 2-7=Vendor number (add leading zero).
(c) CC 8=S.
(d) CC 47-55=Vendor DEA Number.

c. As new items falling under ARCOS control are added to the vault/cage, the NDC code must be added to the file. If it is also from a new vendor, the vendor DEA number must be added to the file.

d. If an NDC code is being changed by a vendor, both NDC codes must be on file when merchandise bearing both codes is in stock:

(1) Place an Epic Label with the NDC code written on it on the shelf for each NDC code. Mark the shelf label of the NDC code that is to be sold first.

(2) When merchandise with old NDC code is sold out, destroy the EPIC Label with the old NDC code and delete the NDC code from the file.

MCKMDL00651996

**DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-114:SEC.VIII.13**

    e.    As new customers are added, be sure to add their DEA numbers to the file. When customers are dropped, be sure their DEA numbers are deleted from the file.

    f.    When items are dropped from the Distribution Center inventory, the NDC code should be deleted from the file. Credits from customers should not be accepted unless the item and NDC code are active on the Distribution Center file.

F.    <u>Central Reporting Identifier Number</u>

McKesson's assigned Central Reporting Identifier number is 030. This number is used only by the Drohan Data Center to identify the three monthly tapes transmitted to DEA ARCOS Section in Washington—tapes that are batched by Drug Company Area groupings. Exhibits 55-19 and 55-21 refer to this identifier number.

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97 PAGE55-115:SEC.VIII.14

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00651998

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97    PAGE 55-116:SEC.IX.1

IX.  MISCELLANEOUS TOPICS

A.  Disposal of Controlled Substances

Any Distribution Center wishing to dispose of controlled
substances may request the Special-Agent-In-Charge of the Area
for authority and instructions to dispose of such substance. Make
the request as follows:

1.  List ARCOS reportable controlled substance to be disposed of
    on the 'b' subpart of the report normally filed (DEA Form
    41) and submit three copies of that subpart to the
    Special-Agent-In-Charge of the Distribution Center's area,
    and/or

2.  List the controlled substances that are non-ARCOS reportable
    on DEA Form 41 (see Exhibit 55-22) and submit three copies
    to the Special-Agent-In-Charge.

    The Special-Agent-In-Charge will instruct and authorize the
    applicant to dispose of the controlled substance in one of
    the following manners:

    a.  By transfer to person registered under the Act and
        authorized to process the substance;

    b.  By delivery to an agent of the Administration, or to
        the nearest Field Division office of the
        Administration;

    c.  By destruction in the presence of an agent of the
        Administration or other authorized person; or

    d.  By such other means as the Administrator may determine
        to assure that the substance does not become available
        to unauthorized persons.

    In the event that a registrant is required regularly to
    dispose of controlled substances, the
    Special-Agent-In-Charge may authorize the registrant to
    dispose of such substances in conformity with the above
    methods, without prior approval of the Administration in
    each instance on condition that the registrant keep records
    of such disposals and file periodic reports with the
    Special-Agent-In-Charge summarizing the disposals made.

    Such authority may be requested in writing to the
    Special-Agent-In-Charge. If such permission is granted, the

method of destruction and the name and title of the
individuals witnessing the destruction of the controlled
substances must be recorded on DEA Form 41.

Upon completion of the destruction, two copies of the forms
are to be sent to the Special-Agent-In-Charge, and the
original copies retained with the controlled substance
records.

B.  Breakage Reports

Documentation of breakage occurring in the vault or cage is
required by the DEA. Breakage that occurs in the vault or cage
should be written up and documented using one of the following
label codes:

1.  R88501—Breakage; or
2.  R88485—Inventory Decrease.

Retain one copy in the monthly DEA file.

The broken merchandise is to be held for disposal as outlined in
item A. above.

Concern will arise when the same item is broken repeatedly.

Use of this form does not change the standard breakage report
procedures.

C.  Losses

1.  Loss by Burglary, Holdup, Theft, or Loss in Transit

a.  Immediately notify your:

(1)  Vice President Distribution Operations;
(2)  Regional Security Manager;
(3)  Home Office Law Department;
(4)  Field Division Office of DEA; and
(5)  Local Police.

b.  Obtain DEA Form 106 from the nearest Field Division
Office of DEA. List to the best of your knowledge and
ability and return completed DEA Form 106 to the Field
Division Office of DEA.

NOTE: IT IS IMPERATIVE THAT NOTIFICATION BE MADE IMMEDIATELY
TO ALL PARTIES LISTED. DO NOT ATTEMPT TO RESEARCH AND

MCKMDL00652000

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97    PAGE 55-118:SEC.IX.3

RECONCILE THE LOSS AND FILE DEA FORM 106 AT A LATER DATE. AN ADDENDUM TO DEA FORM 106 MAY BE SUBMITTED UPON COMPLETION OF YOUR INVESTIGATION.

   c.   If ARCOS reportable, enter the NDC Code on the copy of the debit memo used to write off the loss. Note on the debit memo the transaction code is "T." Process in normal manner with all other ARCOS reportable transactions.

  2.   Losses in Transit—Outgoing Shipments

   a.   Advise the Field Division Office of DEA on the official theft report, DEA Form 106.

   b.   If ARCOS reportable and the loss is detected in the current month, input an additional transaction for each item lost in transit, using an "X" transaction code. Do not replace the original "S" transaction with an "X." If the loss is detected in a future month, fill out DEA Form 333, deleting the original transaction and resubmitting the original transaction with the "X" code.

  3.   Losses in Transit—Inbound Shipments

   a.   Notify the supplier immediately by phone and confirm in writing.

   b.   Notify your Vice President Distribution Operations and Regional Security Manager immediately.

  4.   The Regulation Covering Losses—1301.74(c)

The registrant shall notify the Field Division Office of the Administration in his area of any theft or significant loss of any controlled substances upon discovery of such theft or loss. The supplier shall be responsible for reporting in-transit losses of controlled substances by the common or contract carrier selected pursuant to 1301.74(e) upon discovery of such theft or loss. The registrant shall also complete DEA Form 106 regarding such theft or loss. Thefts must be reported whether or not the controlled substances are subsequently recovered and/or the responsible parties are identified and action taken against them.

D.   Selection of Carriers—1301.74(e)

CONFIDENTIAL                                         MCKMDL00652001

When shipping controlled substances, a registrant is responsible for selecting common or contract carriers that provide adequate security to guard against in-transit losses. When storing controlled substances in a public warehouse, a registrant is responsible for selecting a warehouse that will provide adequate security to guard against storage losses; wherever possible, the registrant shall store controlled substances in a public warehouse that complies with the requirements set forth in 1301.72. _In addition, the registrant shall employ precautions to guard against storage or in-transit losses, e.g., assuring that shipping containers do not indicate that contents are controlled substances._

E.   Discontinuance or Transfer of Business—1307.14

The regulation covering the situation is quoted below:

1.   Any registrant desiring to discontinue business activities altogether or with respect to controlled substances (without transferring such business activities to another person) shall return for cancellation his certificate of registration, and any unexecuted order forms in his possession, to the Registration Unit, Drug Enforcement Administration, Department of Justice, POB 28083, Central Station, Washington DC 20005. Any controlled substances in his possession may be disposed of in accordance with 1307.21.

2.   Any registrant desiring to discontinue business activities altogether or with respect to controlled substances (by transferring such business activities to another person) shall submit in person or by Registered or Certified Mail, "Return Receipt Requested," to the Special-Agent-In-Charge in his area at least 14 days in advance of the date of the proposed transfer (unless the Special-Agent-In-Charge waives this time limitation in individual instances), the following information:

   a.   The name, address, registration number, and authorized business activity of the registrant discontinuing the business (registrant-transferor);

   b.   The name, address, registration number and authorized business activity of the person acquiring the business (registrant-transferee);

   c.   Whether the business activities will be continued at the location registered by the person discontinuing

CONFIDENTIAL

business, or moved to another location (if the latter, the address of the new location should be listed);

d.   Whether the registrant-transferor has a quota to manufacture or produce any controlled substance listed in Schedule I or II (if so, the basic class or class of substance should be indicated); and

e.   The date on which the transfer of controlled substances will occur.

3.   Unless the registrant-transferor is informed by the Special-Agent-In-Charge before the date on which the transfer was stated to occur that the transfer may not occur, the registrant-transferor may distribute (without being registered to distribute) controlled substances in his possession to the registrant-transferee in accordance with the following:

a.   On the date of transfer of the controlled substance, a complete inventory of all controlled substances being transferred shall be taken in accordance with 1304.11—1304.19 of this chapter. This inventory shall serve as the final inventory of the registrant-transferor, and a copy of the inventory shall be included in the records of each person. It shall not be necessary to file a copy of the inventory with the Administration unless requested by the Special-Agent-In-Charge. Transfers of any substance listed in Schedule I or II shall require the use of order forms in conformity with Part 1305 of this chapter.

b.   On the date of transfer of the controlled substances, all records required to be kept by the registrant-transferor with reference to the controlled substances being transferred, under Part 1304 of this chapter, shall be transferred to the registrant-transferee. Responsibility for the accuracy of records prior to the date of transfer remains with the transferor, but responsibility for custody and maintenance shall be upon the transferee.

c.   In the case of registrants required to make reports pursuant to Part 1304 of this chapter, a report marked "Final" will be prepared and submitted by the registrant-transferor showing the description of all the controlled substances for which a report is

MCKMDL00652003

required; no additional report will be required from
him if no further transactions involving controlled
substances are consummated by him. The initial report
of the registrant-transferee shall account for
transactions beginning with the day next succeeding the
date of discontinuance or transfer of business by the
registrant-transferor, and the substances transferred
to him shall be reported as receipts in his initial
report.

F.  U.S. Postal Mailing Limitations

Amendments to the U.S. Postal Regulations announced in the
Federal Register, February 10, 1975, establish limitations on
mailing quantities of DEA controlled substances as follows:

1.  From Registrant to Registrant

Controlled substances including Schedule II may be sent in
any quantity by Registered Mail, "Return Receipt Requested,"
from one DEA registrant to another DEA registrant. The
packaging must be in plain outer containers and give no
indication of the contents.

2.  From Registrant to Non-Registrant, e.g., registered retail
drug store to consumer

a.  Non-narcotic controlled substances listed in Schedule
II may be sent by regular mail in quantities not
exceeding 100 dosage units.

b.  Non-narcotic controlled substances listed in Schedule
III, IV, and V may be sent by regular mail in amounts
not exceeding a 100-day supply or 300 dosage units,
whichever is less.

G.  NDC Number Change

The procedures necessary to ensure a smooth transition from old
NDC number to new are listed below (see Exhibit 55-41):

1.  Receiving

There should be no change in receiving procedures.

Double check to be sure the NDC number on the product being
received matches the NDC number printed on the receiving

CONFIDENTIAL

record. If they are different, change the receiving record to that of the NDC number on the product.

2. <u>Stock Put-away</u>

When merchandise is shelved it must be kept separately from merchandise with an NDC number that is different. That is to say, it can be placed under the same item/shelf label code but some notification must be placed on or near this merchandise to alert the picker to use the old NDC number merchandise first.

3. <u>Daily Edit ARCOS</u>

When you submit your receiving records to the Computer Room to update your IBIS inventory file, your ARCOS file will also need to be updated. Because of the NDC number change you will have to load the new NDC number to the DU40 Local Edit File (DAMARCO).

4. <u>Pick Procedure</u>

There should be no change in pick procedure, however, it is not uncommon for the picker to pick from memory and also to write NDC numbers from memory. This is not proper, and the picker should be reminded to enter the NDC number from the package onto the picking document. This will ensure an accurate ARCOS edit at month-end.

5. <u>Month-End Physical Inventory</u>

Count both old and new NDC numbers of the product, until inventory of the old NDC number is exhausted. (This includes reclamation center items pending authorized destruction.)

H. <u>Handling Schedule II Controlled Substance Sales to Doctors When Billing Hospital or Retail Account</u>

NOTE: THERE ARE TWO PROCEDURES THAT MUST BE FOLLOWED WHEN HANDLING THESE TYPES OF ORDERS:

- YOU MUST HAVE A COPY, ON FILE, OF THE DOCTOR'S DEA REGISTRATION TO FILL HIS OR HER ORDER; AND

- YOU MUST DELIVER TO THE ADDRESS ON THE BLANK.

1. DEA Form 222 must be reviewed and initialed, verifying accuracy of the blank entries.

CONFIDENTIAL                                                    MCKMDL00652005

Case: 1:17-md-02804-DAP Doc #: 3015-6 Filed: 12/18/19 135 of 326. PageID #: 448006

2. Enter, via CRT override, the customer name, address, city (route and stop number if necessary) with doctor's name, address, etc.

3. Place a message line (CMD-3) stating "Change Customer DEA number on daily edit to "(Doctor's DEA #)."

4. Follow normal procedures for filling and shipping the Class II orders.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97    PAGE 55-124:SEC.IX.9

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00652008

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97    PAGE 55-125:SEC.X.1

X.   DEA AUDITS

A.   By DEA Personnel

Agents of DEA will visit your Distribution Center to make
accountability audits on a normal three-year cycle. They will
check the adequacy of the physical and electronic protection
afforded controlled substances and all transactions and records
pertinent to handling controlled substances. To discover
discrepancies, the agents will use the following methods for
whichever items they select for audit:

| | |
|---|---|
| Beginning Inventory | From DEA biennial April 30 inventory or your accounting physical inventory or possibly your December 31 ARCOS inventory for ARCOS reportable items. |
| Receipts | From your records of receipts. |
| Total Accountability | Beginning inventory plus receipts. |
| Disbursements | From your records of disbursements. |
| Closing Inventories | Taken by the DEA agents when they begin their audit. |
| Total Accounted For | Disbursements plus closing inventory. |
| Difference | Over or short. |

1.   Beginning of Audit

At the beginning of the DEA audit, make a copy of the DEA
Inspection Report and the Report of Government Contact form
(see Exhibit 55-34, pages 1 & 2, and Exhibit 55-39). In an
effort to more closely monitor our compliance performance,
please make sure all statistics are recorded and documented
as requested on the DEA Inspection Report. When the report
is filled out completely, send a copy to the Operations
Support Department, 28th floor, San Francisco.

2.   Accurate Beginning Inventories

Beginning inventories are either our accounting physical
inventories, the biennial April 30 controlled substances
inventories, the December 31 annual ARCOS inventories, or
the initial inventory of stocked items reclassified as
controlled substances.

CONFIDENTIAL                                                    MCKMDL00652009

NOTE: ALL INVENTORIES MUST BE IDENTIFIED AS HAVING BEEN
TAKEN AT EITHER THE CLOSE OF BUSINESS OR BEGINNING OF
BUSINESS FOR A PARTICULAR DAY.

3.    Accurate Ending Inventories

DEA agents will take their own count of the items they
select to audit. Urge the agents to take the count when all
receipts and disbursements for the day are completed and the
paper work finished. Otherwise it will be impossible to
achieve a balance. Take your own count of the same items
with the agents or as soon as they have finished and before
any further receipts or disbursements are processed.
Maintain record of your counts. If the agents will permit
it, it would be wise to compare your counts with theirs to
reconcile any differences so both of you are in agreement on
the audit "closing" inventory.

4.    Complete Records in Order and Available

Make sure all records of receipts and disbursements filed in
the vault or cage (or in a locked file in the office for
older records) for the period being audited are in order and
in the prescribed sequence.

5.    Adjustment Credits

Make sure that the agents understand the explanations on
each credit memo and make the proper adjustments to their
transaction records.

6.    Parallel Audit

The Distribution Center shall conduct a parallel audit of
the items being checked by DEA agents.

7.    End of Audit—Review Notes

At the end of the compliance inspection, while DEA is not
required by law to do so, it is customary for the
Agent-In-Charge to review the findings with the Distribution
Center Manager. If the DEA agent does not, as a matter of
course, conduct an exit interview after your inspection, you
should request in writing (with prior review and approval by
the Law department) a meeting for this purpose. It should
explained to the inspector that your facility wants to be
able to take any necessary corrective action as soon as
possible and that an exit interview could permit such action

to be taken much sooner. Ask for an explanation of the findings and the supporting documentation. Careful notes should be taken and any deficiencies or discrepancies that can be corrected while the agents are there should be corrected. Those deficiencies that cannot be corrected while the DEA agents are present must be reconstructed to verify their accuracy. If deficiencies are confirmed, correct them immediately and document action taken and submit to the DEA. Upon completion of the compliance inspection, prepare and submit the "Report of Government Contact." A second follow-up report is required to advise of completion of the audit and the findings reported by the DEA during the audit and/or the exit interview. A follow-up letter (with prior review and approval by the Law department) should also be sent to the compliance investigator conducting the exit interview or the Agent-In-Charge confirming the comments made during the course of the exit interview. The DEA inspection report (see Exhibit 55-34) must then be completed in its entirety and mailed to the Operations Support Department (28th Floor, San Francisco), Law Department, and Vice President Distribution Operations.

8.  Law Department Review before Response to DEA

    Subsequent to this review, a letter may be received from DEA detailing their findings resulting from the audit. This letter may require a response by the Distribution Center Manager. When the response has been drafted, and before being mailed to DEA, it must be sent to the Operations Support Department (28th Floor, San Francisco), Law Department, and Vice President Distribution Operations for review. Once an approval or a modified draft by the Law Department has been received, it can be sent to DEA.

    NOTE: ALL WRITTEN CORRESPONDENCE TO THE DEA MUST BE SENT CERTIFIED MAIL, "RETURN RECEIPT REQUESTED."

B.  Distribution Center-Quarterly DEA Checklist

    NOTE: THIS IS PROPRIETARY INFORMATION AND SHOULD NOT BE REVIEWED WITH OTHERS.

    During FY 1992, at the request of Drug Senior Management, a detailed DEA compliance checklist was developed and a blitz was conducted by the Directors of Distribution and Quality to assess the compliance conditions of all McKesson Drug Distribution Centers. Having completed this task, many facility managers expressed the opinion that DC's should institute (at least

CONFIDENTIAL

quarterly) a "self-check" to assure that DC compliance does not deteriorate.

As a result, the DEA checklist has been incorporated into the Operations Manual to assist each Distribution Center in complying with Title 21, Code of Federal Regulations (see Exhibit 55-24). This checklist lists the Operations Manual page number pertaining to the subject, the item being audited, the number of points possible, the number of points you scored on that item, and an area for comments if needed.

After the DCM reviews the completed checklist, the DCM must prepare a detailed written action plan to correct all deficiencies and submit the plan to the DDQ and VPDO. Sign the last page and file in the internal DC DEA file (do not put with monthly ARCOS records in vault or cage.

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97    PAGE 55-129:SEC.X.5

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00652014

XI. CHEMICAL DIVERSION AND TRAFFICKING ACT OF 1988

This law was enacted to establish a system of recordkeeping and reporting requirements that will provide the DEA with a mechanism to track domestic and international movement of certain chemicals, tableting and encapsulating machines.

As a result of this act, any distribution of the listed chemicals in the threshold amounts will make you subject to the records and reporting requirements as outlined in this section.

A. Listed Chemicals

This law gives the DEA authority to stop shipments if there is sufficient reason to believe the shipment is not for legitimate use.

1. The following precursor chemicals fall under the guidelines of this act:

   a. N-acethylanthranilic acid and its salts.
   b. Anthranilic acid and its salts.
   c. Benzyl cyanide.
   d. Ephedrine, its salts, optical isomers and salts of optical isomers.
   e. Ergonovine and its salts.
   f. Ergotamine and its salts.
   g. Norpseudoephedrine, its salts, optical isomers and salts of optical isomers.
   h. Phenylacetic acid and its salts.
   i. Phenylpropanolamine, its salts, optical isomers and salts of optical isomers.
   j. Piperidine and its salts.
   k. Pseudoephedrine, its salts, optical isomers and salts of optical isomers.
   l. 3,4-Methylenedioxyphenyl-2 propanone.

2. The following essential chemicals fall under the guidelines of this act:

   a. Acetic anhydride.
   b. Acetone.
   c. Benzyle chloride.
   d. Ethyl ether.
   e. Hydriodic acid.
   f. Potassium permanganate.
   g. 2-Butonone (methyl ethyl ketone).
   h. Toluene.

CONFIDENTIAL

3.   Tableting and encapsulating machines

NOTE: The threshold by weight requirements on the precursor
chemicals and threshold by volume requirements on the essential
chemicals must be exceeded by a specific customer or customers
before you are required to report.

The term "regulated transaction" means the sale, receipt,
importation, or exportation of a threshold amount that includes a
cumulative threshold amount for multiple transactions of a listed
chemical.

The quantitative threshold or cumulative amount for multiple
transactions within a calendar month to be utilized in
determining whether a receipt, sale, importation, or exportation
is a regulated transaction.

Please note that threshold amounts have been listed next to the
chemical (see Exhibit 55-29), and there are different threshold
amounts for essential chemicals when sold domestically or
imported or exported.

B.   Recordkeeping Requirements

Any distributor selling any of these listed chemicals must
maintain readily retrievable records and make those records
available for inspection by the DEA.

These records must contain the following:

1.   Name and address of purchaser.
2.   Name and address of seller.
3.   Date of the transaction.
4.   Quantity of the chemical.
5.   Name of chemical.
6.   Method of transaction (sale, return, etc.).
7.   Type of ID presented by purchaser.
8.   Type of ID presented by person who picked up chemicals
     (assuming it was a will call).
9.   Anything unique about the ID (driver's license number,
     etc.).

C.   Retention Records

1.   Precursor chemicals—4 years.
2.   Essential chemicals—2 years.

CONFIDENTIAL

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES  1/97   PAGE 55-132:SEC.XI.3

D.   Reporting Requirements

Each Distribution Center must report to its Regional Office of the DEA should any of the following take place (see Exhibit 55-30 for guidelines to help detect suspicious situations and/or orders):

1.   Any transaction of the listed chemicals involving extraordinary quantity, uncommon method of payment, or a purchase request made by an individual other than your normal customer.

2.   A proposed transaction with a person whose description, etc., is furnished in advance by someone representing the DEA.

3.   Any loss or disappearance of the listed chemicals that seems unusual or excessive.

E.   Importation/Exportation of Listed Chemicals

Any importation or exportation of the listed chemicals will require you to file a declaration 15 days prior to shipment with the DEA. The DEA will use this time to determine if the consignee has a legitimate need for the chemical.

Advance notification may be waived for consignees with "regular customer" status, but shipper is still required to file a declaration.

F.   Penalties

Penalties will result for using false identification to obtain chemicals, illegal importation or exportation, failure to maintain records, and other acts related to the diversion of listed chemicals, machines, and flasks.

NOTE: IT IS THE RECOMMENDED POLICY OF McKESSON DRUG COMPANY TO DISCONTINUE THE SALE OF THESE CHEMICALS.

**END OF SECTION 55**

MCKMDL00652017

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES   1/97   PAGE 55-133:SEC.XI.4

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

MCKMDL00652018

Web Tender | Manhattan Associates, Inc.

Page 1 of 2



| Menu | Actions | Tools | | | Bill Knobls | 🌀 MANHATTAN |

**Shipment Details**

Shipment ID    CS07860886          Bill of Lading
Reference Nbr                      Trailer Nbr
Tractor Nbr.

Shipper  McKesson                          Bill To    **Bill-to Information**
Load At  New Castle                        Consignee  DISCOUNT DRUG MART INC 28
         DC_8772                                      C_052827
         2798 New Butler Rd                           8191 COLUMBIA RD
         New Castle, PA 16101 United States           OLMSTED FALLS, OH 44138 United States

| Carrier Charges | 231.95 USD | Product Class | Standard |

| Equipment | Box Truck 17 | Carrier Nbr |
| Service Level | Courier | PO Number | 8772_051324_20180806_94178, 8772_051485_20180806_94173, 8772_051539_20180806_94175, 8772_052827_20180806_94

8772_208840_20180806_94180, 8772_219681_20180806_94182, 8772_353272_20180806_94172, 8772_441221_20180806_94
8772_619724_20180806_94176, 8772_642657_20180806_94181, 8772_753355_20180806_94179, 8772_842566_20180806_94
8772_850704_20180806_93723, 8772_850704_20180806_94174.

| Mode | COUR | Distance | 172.9 MI |
| Commodity Class | Commodities | Weight | 339.3 LBS |
| Special Handling | Standard | Quantity | 17.78 ActCube |
| Hazmat | No | Volume | 94.49 CuFt |
| Perishable | No | Comments | No comments |
| Billing Method | Collect | Event Indicator | |

TmS   13
Paid  12

Event Notification Indicator
Detention List                              ✱ 753355  > Consolidation
Static Route Id    8772_004                    8245666  > removed

Order Type    Regular                                            email 8-30-18

**Stops**

| Stop | Customer | Address | Dock P/D | Appointment | Arrival Start Arrival End | Departure Start Departure End | Handler Orders | Co |
|---|---|---|---|---|---|---|---|---|
| 1 | DC_8772 New Castle | New Castle - 2798 New Butler Rd New Castle, PA 16101 United States | A PU | | 8/5/18 12 00 EDT 8/6/18 15 58 EDT | 8/5/18 12 00 EDT 8/6/18 15 58 EDT | 13 Orders | Co |
| 2 | C_441221 ST JOHN MEDICAL CENTER | ST JOHN MEDICAL CENTER - 29000 CENTER RIDGE ROAD WESTLAKE, OH 44145 United States | 2 DL | | 8/6/18 01 00 EDT 8/6/18 18 00 EDT | 8/6/18 01 00 EDT 8/6/18 18 00 EDT | 1 Order | No cor |
| 3 | C_219681 UH CLEVELAND WESTLAKE PHS | UH CLEVELAND WESTLAKE PHS - 29025 HEALTH CAMPUS DR WESTLAKE, OH 44145 United States | 2 DL | | 8/6/18 01 01 EDT 8/6/18 18 01 EDT | 8/6/18 01 01 EDT 8/6/18 18 01 EDT | 1 Order | No cor |
| 4 | C_842657 UNIV HOSP AVON REHAB | UNIV HOSP AVON REHAB - 37900 CHESTER ROAD AVON, OH 44011 United States | 2 DL | | 8/6/18 01 17 EDT 8/6/18 18 17 EDT | 8/6/18 01 17 EDT 8/6/18 18 17 EDT | 1 Order | No cor |
| 5 | C_208840 UH CLEV WESTLAKE SUR PHS | UH CLEV WESTLAKE SUR PHS - 900 CLAGUE ROAD WESTLAKE, OH 44145 United States | 2 DL | | 8/6/18 01 27 EDT 8/6/18 18 27 EDT | 8/6/18 01 27 EDT 8/6/18 18 27 EDT | 1 Order | No cor |
| 6 | C_753355 ✱ GENTRY HLTH SERV INC 805 | GENTRY HLTH SERV INC 805 - 33381 WALKER ROAD SUITE A AVON LAKE, OH 44012 United States | 2 DL | | 8/6/18 07 00 EDT 8/6/18 18 45 EDT | 8/6/18 07 05 EDT 8/6/18 18 50 EDT | 1 Order | No cor |
| 7 | C_051324 DISCOUNT DRUG MART INC 4 | DISCOUNT DRUG MART INC 4 - 33382 WALKER RD AVON LAKE, OH 44012 United States | 2 DL | | 8/6/18 07 05 EDT 8/6/18 18 55 EDT | 8/6/18 07 10 EDT 8/6/18 18 55 EDT | 1 Order | No cor |
| 8 | C_842500 ✱ DISCOUNT DRUG MART 850 CF | DISCOUNT DRUG MART 850 CF - 33381 WALKER ROAD SUITE C AVON LAKE, OH 44012 United States | 2 DL | | 8/6/18 11 00 EDT 8/6/18 18 55 EDT | 8/6/18 11 05 EDT 8/6/18 19 00 EDT | 1 Order | Co |
| 9 | C_619724 DISCOUNT DRUG MART INC 82 | DISCOUNT DRUG MART INC 82 - 33552 DETROIT RD AVON, OH 44011 United States | 2 DL | | 8/6/18 11 18 EDT 8/6/18 22 19 EDT | 8/6/18 11 24 EDT 8/6/18 22 19 EDT | 1 Order | Co |
| 10 | C_051539 DISCOUNT DRUG MART INC 10 | DISCOUNT DRUG MART INC 10 - 27300 DETROIT AVE WESTLAKE, OH 44145 United States | 2 DL | | 8/6/18 11 30 EDT 8/6/18 22 25 EDT | 8/6/18 11 35 EDT 8/6/18 22 30 EDT | 1 Order | No cor |
| 11 | C_850704 RITE AID 4975 | RITE AID 4975 - 27175 CENTER RIDGE RD WESTLAKE, OH 44145 United States | 2 DL | | 8/6/18 11 40 EDT 8/6/18 22 35 EDT | 8/6/18 11 40 EDT 8/6/18 22 35 EDT | 1 Order | Co |
| 12 | C_051485 DISCOUNT DRUG MART INC 8 | DISCOUNT DRUG MART INC 8 - 24485 LORAIN RD N OLMSTED, OH 44070 United States | 2 DL | | 8/6/18 11 48 EDT 8/6/18 22 41 EDT | 8/6/18 11 51 EDT 8/6/18 22 48 EDT | 1 Order | No cor |
| 13 | C_353272 MARC'S 04GN | MARC'S 04GN - 26383 BROOKPARK ROAD NORTH OLMSTED OH 44070 United States | 2 DL | | 8/6/18 11 53 EDT 8/6/18 22 48 EDT | 8/6/18 11 53 EDT 8/6/18 22 48 EDT | 1 Order | Co |
| 14 | C_052827 DISCOUNT DRUG MART INC 28 | DISCOUNT DRUG MART INC 28 - 8191 COLUMBIA RD OLMSTED FALLS, OH 44138 United States | 2 DL | | 8/6/18 12 00 EDT 8/6/18 22 55 EDT | 8/6/18 12 05 EDT 8/6/18 23 00 EDT | 1 Order | No cor |

**Order List**

| Order ID | Split Id | Protection Level | Stop Sequence | Origin | Destination | Weight | Quantity | Volume |
|---|---|---|---|---|---|---|---|---|
| 8772_642657_20180806_94181_126996104 | | Standard | 1,4 | DC_8772 | C_642657 | 8.5 Pounds | 0.81 ActCube | 4.07 Cubic Feet |
| 8772_441221_20180806_94183_126996272 | | Standard | 1,2 | DC_8772 | C_441221 | 75 Pounds | 4 ActCube | 15.51 Cubic Feet |
| 8772_353272_20180806_94172_126996274 | | Standard | 1,13 | DC_8772 | C_353272 | 13.5 Pounds | 0.71 ActCube | 6.23 Cubic Feet |
| 8772_208840_20180806_94180_126996380 | | Standard | 1,5 | DC_8772 | C_208840 | 91.9 Pounds | 2.52 ActCube | 3.53 Cubic Feet |
| 8772_850704_20180806_94174_126996461 | | Standard | 1,11 | DC_8772 | C_850704 | 26.8 Pounds | 1.55 ActCube | 9.47 Cubic Feet |
| 8772_619724_20180806_94176_126996494 | | Standard | 1,9 | DC_8772 | C_619724 | 22.6 Pounds | 1.53 ActCube | 9.22 Cubic Feet |
| 8772_219681_20180806_94182_126996510 | | Standard | 1,3 | DC_8772 | C_219681 | 3.2 Pounds | 0.11 ActCube | 3.24 Cubic Feet |
| 8772_051485_20180806_94173_126996572 | | Standard | 1,12 | DC_8772 | C_051485 | 44.4 Pounds | 3.04 ActCube | 14.3 Cubic Feet |
| 8772_051324_20180806_94178_126996585 | | Standard | 1,7 | DC_8772 | C_051324 | 13 Pounds | 0.88 ActCube | 6.48 Cubic Feet |
| 8772_051539_20180806_94175_126996600 | | Standard | 1,10 | DC_8772 | C_051539 | 10.7 Pounds | 0.64 ActCube | 6.45 Cubic Feet |
| 8772_753355_20180806_94179_126996627 | | Standard | 1,6 | DC_8772 | C_753355 | 4.8 Pounds | 0.51 ActCube | 4.32 Cubic Feet |
| 8772_052827_20180806_94171_126996751 | | Standard | 1,14 | DC_8772 | C_052827 | 21.1 Pounds | 1.38 ActCube | 9.47 Cubic Feet |
| 8772_842566_20180806_94177_126996793 | | Standard | 1,8 | DC_8772 | C_842566 | 1.8 Pounds | 0.07 ActCube | 2.15 Cubic Feet |

**Tracking Messages**

https://lg.mckesson.com/ofr/ra/jsp/ShipmentDetails.jsp?previousPage=webTenders&shipm    8/30/2018

CONFIDENTIAL                                                                 MCKMDL00652019

CONFIDENTIAL

MCKMDL00652020

  


| | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By Created On |
|---|---|---|---|---|---|---|---|---|---|
| | 23019339 | Tender Offer | Current | 8/6/18 04 53 EDT | | | | No comments | McKesson 8/6/18 04 53 EDT |
| | 23019341 | Tender Accept | Current | 8/6/18 04 53 EDT | | | | No comments | McKesson 8/6/18 04 53 EDT |
| | 23019348 | Arrival 14 | Current | 8/6/18 04 53 EDT | | | | No comments | AUTODLVR 8/6/18 04 53 EDT |

Add Multiple    Add Single

**Alerts**

| Alert ID | Type | Alert Message | Created On | Acknowledged On | Acknowledged By |
|---|---|---|---|---|---|
| No alerts | | | | | |

**Web Tender Response**

| | |
|---|---|
| Status | Delivered |
| Response | Accept |
| Deadline | |
| Time Remaining | |
| Carrier Code | SSDD |
| Response By | Manhattan Associates |
| Responded On | 8/6/18 04:53 EDT |

Comments to Shipper

CONFIDENTIAL

MCKMDL00652021

CONFIDENTIAL

MCKMDL00652022

Web Tender | Manhattan Associates, Inc.

Page 1 of 2



Events | All Cu

**Shipment Details**

Shipment ID  CS07865295
Reference Nbr
Tractor Nbr

Bill of Lading
Trailer Nbr

Shipper McKesson
Load At New Castle
DC_8772
2798 New Butler Rd
New Castle, PA 16101 United States

Bill To   Bill-to Information
Consignee DISCOUNT DRUG MART INC 28
C_052827
8191 COLUMBIA RD
OLMSTED FALLS, OH 44138 United States

| Carrier Charges | 251.26 USD | Product Class | Standard |

Equipment  Box Truck 17   Carrier Ref
Service Level  Courier   PO Number
8772_051324_20180807_95600, 8772_051485_20180807_95595, 8772_051539_20180807_95597, 8772_051539_20180807_95(
8772_052827_20180807_95593, 8772_207054_20180807_95605, 8772_208840_20180807_95602, 8772_219681_20180807_95(
8772_353272_20180807_95623, 8772_353272_20180807_95594, 8772_441221_20180807_95601, 8772_610617_20180807_95(
8772_619724_20180807_95598, 8772_842657_20180807_95603, 8772_753355_20180807_95601, 8772_842566_20180807_95(
8772_850704_20180807_95596, 8772_850704_20180807_95667

Mode  COUR   Distance  175.1 Mi
Commodity Class  Commodities   Weight  354.1 LBS
Special Handling  Standard   Quantity  23.9 ActCube
Hazmat  No   Volume  103.4 CuFt
Perishable  No   Comments  No comments
Billing Method  Collect   Event Indicator

Tms 14
Paid 13

Event Notification Indicator
Detention List
Static Route Id  8772_004

Order Type  Regular

**Stops**

| Stop | Customer | Address | Dock P/D | Appointment | Arrival Start Arrival End | Departure Start Departure End | Handler | Co |
|---|---|---|---|---|---|---|---|---|
| 1 | DC_8772 New Castle | New Castle - 2798 New Butler Rd New Castle, PA 16101 United States | 4 PU | | 8/6/18 12:00 EDT 8/7/18 15:54 EDT | 8/6/18 12:00 EDT 8/7/18 15:54 EDT | 15 Orders | 1 Cor |
| 2 | C_441221 ST JOHN MEDICAL CENTER | ST JOHN MEDICAL CENTER - 29000 CENTER RIDGE ROAD WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 01:00 EDT 8/7/18 17:56 EDT | 8/7/18 01:00 EDT 8/7/18 17:56 EDT | 1 Order | No cor |
| 3 | C_219681 UH CLEVELAND WESTLAKE PHS | UH CLEVELAND WESTLAKE PHS - 29325 HEALTH CAMPUS DR WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 01:01 EDT 8/7/18 17:57 EDT | 8/7/18 01:01 EDT 8/7/18 17:57 EDT | 1 Order | No cor |
| 4 | C_207054 UH CLEVE WESTLAKE PHS | UH CLEVE WESTLAKE PHS - 960 CLAGUE ROAD WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 01:10 EDT 8/7/18 18:06 EDT | 8/7/18 01:10 EDT 8/7/18 18:06 EDT | 1 Order | No cor |
| 5 | C_610617 IRELAND CANCER CTR-WSTLAK | IRELAND CANCER CTR-WSTLAK - 960 CLAGUE ROAD WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 01:10 EDT 8/7/18 18:08 EDT | 8/7/18 01:10 EDT 8/7/18 18:08 EDT | 1 Order | No cor |
| 6 | C_842657 UNIV HOSP AVON REHAB | UNIV HOSP AVON REHAB - 37900 CHESTER ROAD AVON, OH 44011 United States | 2 DL | | 8/7/18 01:21 EDT 8/7/18 18:17 EDT | 8/7/18 01:21 EDT 8/7/18 18:17 EDT | 1 Order | No cor |
| 7 | C_208840 UH CLEV WESTLAKE SUR PHS | UH CLEV WESTLAKE SUR PHS - 980 CLAGUE ROAD WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 01:31 EDT 8/7/18 18:27 EDT | 8/7/18 01:31 EDT 8/7/18 18:27 EDT | 1 Order | No cor |
| 8 | C_753355 GENTRY HLTH SERV INC 805 | GENTRY HLTH SERV INC 805 - 33381 WALKER ROAD SUITE A AVON LAKE, OH 44012 United States | 2 DL | | 8/7/18 07:00 EDT 8/7/18 18:45 EDT | 8/7/18 07:00 EDT 8/7/18 18:50 EDT | 1 Order | No cor |
| 9 | C_051324 DISCOUNT DRUG MART INC 4 | DISCOUNT DRUG MART INC 4 - 33382 WALKER RD AVON LAKE, OH 44012 United States | 2 DL | | 8/7/18 07:05 EDT 8/7/18 18:50 EDT | 8/7/18 07:10 EDT 8/7/18 18:55 EDT | 1 Order | No cor |
| 10 | C_842566 DISCOUNT DRUG MART 850 CF | DISCOUNT DRUG MART 850 CF - 33381 WALKER ROAD SUITE C AVON LAKE, OH 44012 United States | 2 DL | | 8/7/18 11:00 EDT 8/7/18 11:05 EDT | 8/7/18 11:05 EDT 8/7/18 19:00 EDT | 1 Order | 1 Cor |
| 11 | C_619724 DISCOUNT DRUG MART INC 62 | DISCOUNT DRUG MART INC 62 - 33552 DETROIT RD AVON, OH 44011 United States | 2 DL | | 8/7/18 11:19 EDT 8/7/18 22:19 EDT | 8/7/18 11:24 EDT 8/7/18 22:19 EDT | 1 Order | 1 Cor |
| 12 | C_051539 DISCOUNT DRUG MART INC 10 | DISCOUNT DRUG MART INC 10 - 27300 DETROIT AVE WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 11:30 EDT 8/7/18 22:35 EDT | 8/7/18 11:35 EDT 8/7/18 22:20 EDT | 1 Order | No cor |
| 13 | C_850704 RITE AID 4975 | RITE AID 4975 - 27175 CENTER RIDGE RD WESTLAKE, OH 44145 United States | 2 DL | | 8/7/18 11:40 EDT 8/7/18 22:35 EDT | 8/7/18 11:40 EDT 8/7/18 22:35 EDT | 1 Order | 1 Cor |
| 14 | C_051485 DISCOUNT DRUG MART INC 8 | DISCOUNT DRUG MART INC 8 - 24485 LORAIN RD N OLMSTED, OH 44070 United States | 2 DL | | 8/7/18 11:46 EDT 8/7/18 22:41 EDT | 8/7/18 11:51 EDT 8/7/18 22:46 EDT | 1 Order | No cor |
| 15 | C_353272 MARC'S D4GN | MARC'S D4GN - 26393 BROOKPARK ROAD NORTH OLMSTED OH 44070 United States | 2 DL | | 8/7/18 11:53 EDT 8/7/18 12:22 EDT | 8/7/18 11:53 EDT 8/7/18 22:48 EDT | 1 Order | 1 Cor |
| 16 | C_052827 DISCOUNT DRUG MART INC 28 | DISCOUNT DRUG MART INC 28 - 8191 COLUMBIA RD OH 44138 United States | 2 DL | | 8/7/18 12:00 EDT 8/7/18 22:55 EDT | 8/7/18 12:05 EDT 8/7/18 23:00 EDT | 1 Order | No cor |

**Order List**

| Order ID | Split Id | Protection Level | Stop Sequence | Origin | Destination | Weight | Quantity | Volume |
|---|---|---|---|---|---|---|---|---|
| 8772_610617_20180807_95604_127068143 | | Standard | 1,5 | DC_8772 | C_610617 | 10.5 Pounds | 1.49 ActCube | 2.60 Cubic Feet |
| 8772_842657_20180807_95603_127068304 | | Standard | 1,6 | DC_8772 | C_842657 | 4.9 Pounds | 0.66 ActCube | 4.53 Cubic Feet |
| 8772_207054_20180807_95605_127068483 | | Standard | 1,4 | DC_8772 | C_207054 | 63.1 Pounds | 2.14 ActCube | 5.33 Cubic Feet |
| 8772_441221_20180807_95607_127068465 | | Standard | 1,2 | DC_8772 | C_441221 | 70.4 Pounds | 5.52 ActCube | 21.01 Cubic Feet |
| 8772_353272_20180807_95594_127068488 | | Standard | 1,15 | DC_8772 | C_353272 | 15.3 Pounds | 1.79 ActCube | 8.74 Cubic Feet |
| 8772_208840_20180807_95602_127068574 | | Standard | 1,7 | DC_8772 | C_208840 | 15.2 Pounds | 0.71 ActCube | 3.69 Cubic Feet |
| 8772_850704_20180807_95596_127068671 | | Standard | 1,13 | DC_8772 | C_850704 | 25.9 Pounds | 1.44 ActCube | 8.14 Cubic Feet |
| 8772_619724_20180807_95598_127068705 | | Standard | 1,11 | DC_8772 | C_619724 | 12.4 Pounds | 0.73 ActCube | 7.56 Cubic Feet |
| 8772_219681_20180807_95605_127068722 | | Standard | 1,3 | DC_8772 | C_219681 | 5.6 Pounds | 0.21 ActCube | 3.24 Cubic Feet |
| 8772_051485_20180807_95595_127068783 | | Standard | 1,14 | DC_8772 | C_051485 | 3.7 Pounds | 0.31 ActCube | 3.24 Cubic Feet |

https://lg.mckesson.com/ofr/ra/jsp/ShipmentDetails.jsp?previousPage=webTenders&shipm... 8/30/2018

MCKMDL00652023

CONFIDENTIAL

MCKMDL00652024



| | 8772_051324_20180807_95600_127068797 | Standard | 1,9 | DC_8772 C_051324 | 3 9 Pounds | 0 19 AcitCube | 3 24 Cubic Feet |
| | 8772_051539_20180807_95597_127068814 | Standard | 1,12 | DC_8772 C_051539 | 23 8 Pounds | 1 18 AcitCube | 9 78 Cubic Feet |
| | 8772_753355_20180807_95601_127068843 | Standard | 1,8 | DC_8772 C_753355 | 82 8 Pounds | 7 11 AcitCube | 18 54 Cubic Feet |
| | 8772_052827_20180807_95593_127068972 | Standard | 1,16 | DC_8772 C_052827 | 8 4 Pounds | 0 39 AcitCube | 4 32 Cubic Feet |
| | 8772_842566_20180807_95599_127069019 | Standard | 1,10 | DC_8772 C_842566 | 0 4 Pounds | 0 03 AcitCube | 1 08 Cubic Feet |

**Tracking Messages**

| | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By Created On |
|---|---|---|---|---|---|---|---|---|---|
| | 23032464 | Tender Offer | Current | 8/7/18 04 59 EDT | | | | No comments | McKesson 8/7/18 04 59 EDT |
| | 23032466 | Tender Accept | Current | 8/7/18 04 59 EDT | | | | No comments | McKesson 8/7/18 04 59 EDT |
| | 23032483 | Arrival 16 | | Current | 8/7/18 04 59 EDT | | | No comments | AUTODLVR 8/7/18 04 59 EDT |

Add Multiple | Add Single

**Alerts**

Alert ID Type Alert Message Created On Acknowledged On Acknowledged By
No alerts

**Web Tender Response**

Status — Delivered — Comments to Shipper
Response — Accept
Deadline
Time Remaining
Carrier Code — SSDD
Response By — Manhattan Associates
Responded On — 8/7/18 04:59 EDT

CONFIDENTIAL

MCKMDL00652025

CONFIDENTIAL

MCKMDL00652026

Web Tender | Manhattan Associates, Inc.

Page 1 of 2



CONFIDENTIAL

MCKMDL00652027

CONFIDENTIAL

MCKMDL00652028



| | | | 8772_052927_20180809_98666_127217830 | | Standard | 1.15 | | DC_8772 C_052827 | 12.5 Pounds | 0.65 ActCube 5.15 Cubic Feet |
| | | | 8772_842566_20180809_98672_127217877 | | Standard | 1.9 | | DC_8772 C_842566 | 5.1 Pounds | 0.15 ActCube 1.08 Cubic Feet |

**Tracking Messages**

| ☐ ○ ⬆ | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By Created On |
|---|---|---|---|---|---|---|---|---|---|
| | 23058412 | Tender Offer | | Current 8/9/18 04 50 EDT | | | | No comments | McKesson 8/9/18 04 50 EDT |
| | 23058414 | Tender Accept | Current | 8/9/18 04 50 EDT | | | | No comments | McKesson 8/9/18 04 50 EDT |
| | 23058429 | Arrival 15 | | Current 8/9/18 04 50 EDT | | | | No comments | AUTODLVR 8/9/18 04 50 EDT |

Add Multiple   Add Single

**Alerts**

Alert ID  Type  Alert Message  Created On  Acknowledged On  Acknowledged By
No alerts

**Web Tender Response**

| Status | Delivered | Comments to Shipper |
|---|---|---|
| Response | Accept | |
| Deadline | | |
| Time Remaining | | |
| Carrier Code | SSDD | |
| Response By | Manhattan Associates | |
| Responded On | 8/9/18 04:50 EDT | |

CONFIDENTIAL

MCKMDL00652029

CONFIDENTIAL

MCKMDL00652030

Web Tender | Manhattan Associates, Inc.

Page 1 of 2



CONFIDENTIAL

MCKMDL00652031

CONFIDENTIAL

MCKMDL00652032



| 22 | C_846921 RITE AID 10920 | RITE AID 10920 - 535 LINCOLN AVE PITTSBURGH, PA 15202 United States | 2 DL | 8/6/18 02 17 EDT 8/6/18 02 17 EDT 8/6/18 21 29 EDT 8/6/18 21 29 EDT | 1 Order |
| 23 | C_840103 RITE AID 10905 | RITE AID 10905 - 1701 DUNCAN AVE ALLISON PARK, PA 15101 United States | 2 DL | 8/6/18 02 38 EDT 8/6/18 02 38 EDT 8/6/18 21 50 EDT 8/6/18 21 50 EDT | 1 Order |
| 24 | C_841337 RITE AID 10909 | RITE AID 10909 - 1710 MT ROYAL BLVD GLENSHAW, PA 15116 United States | 2 DL | 8/6/18 03 09 EDT 8/6/18 03 09 EDT 8/6/18 22 21 EDT 8/6/18 22 21 EDT | 1 Order |
| 25 | C_743747 RITE AID 1944 | RITE AID 1944 - 900 MOUNT ROYAL BLVD PITTSBURGH, PA 15223 United States | 2 DL | 8/6/18 03 14 EDT 8/6/18 03 14 EDT 8/6/18 22 25 EDT 8/6/18 22 25 EDT | 1 Order |
| 26 | C_850830 RITE AID 10938 | RITE AID 10938 - 880 BUTLER ST PITTSBURGH, PA 15223 United States | 2 DL | 8/6/18 03 17 EDT 8/6/18 03 17 EDT 8/6/18 22 29 EDT 8/6/18 22 29 EDT | 1 Order |
| 27 | C_840045 RITE AID 10904 | RITE AID 10904 - 4960 WILLIAM FLYNN HWY 10 ALLISON PARK, PA 15101 United States | 2 DL | 8/6/18 03 28 EDT 8/6/18 03 28 EDT 8/6/18 22 38 EDT 8/6/18 22 38 EDT | 1 Order |
| 28 | C_751777 WAL-MART 2603 | WAL-MART 2603 - 300 WALMART DR GIBSONIA, PA 15044 United States | 2 DL | 8/6/18 03 38 EDT 8/6/18 03 38 EDT 8/6/18 22 50 EDT 8/6/18 22 50 EDT | 1 Order |
| 29 | C_739903 RITE AID 7832 | RITE AID 7832 - 4155 EWALT RD GIBSONIA, PA 15044 United States | 2 DL | 8/6/18 03 40 EDT 8/6/18 03 40 EDT 8/6/18 22 52 EDT 8/6/18 22 52 EDT | 1 Order |
| 30 | C_574345 RITE AID 7825 | RITE AID 7825 - 201 DEVINE DR WEXFORD, PA 15090 United States | 2 DL | 8/6/18 03 48 EDT 8/6/18 03 48 EDT 8/6/18 23 00 EDT 8/6/18 23 00 EDT | 1 Order |

**Order List**

| Order ID | Spld Id | Protection Level | Stop Sequence | Origin | Destination | Weight | Quantity | Volume |
|---|---|---|---|---|---|---|---|---|
| 8772_129191_20180806_84772_126995847 | | Standard | 1,3 | DC_8772 | C_129191 | 1 6 Pounds | 0 13 ActCube | 1 08 Cubic Feet |
| 8772_185251_20180806_84768_126995911 | | Standard | 1 7 | DC_8772 | C_185251 | 2 8 Pounds | 0 14 ActCube | 7 56 Cubic Feet |
| 8772_129998_20180806_84771_126995913 | | Standard | 1 4 | DC_8772 | C_129998 | 138 4 Pounds | 3 9 ActCube | 11 39 Cubic Feet |
| 8772_163730_20180806_84769_126995931 | | Standard | 1 8 | DC_8772 | C_163730 | 0 5 Pounds | 0 05 ActCube | 1 08 Cubic Feet |
| 8772_185895_20180806_84767_126995965 | | Standard | 1 6 | DC_8772 | C_185895 | 0 1 Pounds | 0 01 ActCube | 1 08 Cubic Feet |
| 8772_163569_20180806_84770_126996003 | | Standard | 1 5 | DC_8772 | C_163569 | 0 8 Pounds | 0 04 ActCube | 3 24 Cubic Feet |
| 8772_163368_20180806_84773_126996013 | | Standard | 1 2 | DC_8772 | C_163368 | 1 9 Pounds | 0 16 ActCube | 2 16 Cubic Feet |
| 8772_186575_20180806_84765_126996015 | | Standard | 1 10 | DC_8772 | C_186575 | 0 3 Pounds | 0 02 ActCube | 1 08 Cubic Feet |
| 8772_229098_20180806_84763_126996101 | | Standard | 1 12 | DC_8772 | C_229098 | 1 2 Pounds | 0 05 ActCube | 2 16 Cubic Feet |
| 8772_862056_20180806_84757_126996154 | | Standard | 1 18 | DC_8772 | C_862056 | 39 4 Pounds | 2 12 ActCube | 10 3 Cubic Feet |
| 8772_854688_20180806_84758_126996168 | | Standard | 1 17 | DC_8772 | C_854688 | 19 7 Pounds | 4 91 ActCube | 14 45 Cubic Feet |
| 8772_574345_20180806_84745_126996255 | | Standard | 1 30 | DC_8772 | C_574345 | 81 1 Pounds | 2 72 ActCube | 11 06 Cubic Feet |
| 8772_175859_20180806_84761_126996337 | | Standard | 1 14 | DC_8772 | C_175859 | 0 4 Pounds | 0 02 ActCube | 1 08 Cubic Feet |
| 8772_739203_20180806_84746_126996343 | | Standard | 1 29 | DC_8772 | C_739203 | 42 5 Pounds | 3 36 ActCube | 10 05 Cubic Feet |
| 8772_850352_20180806_84756_126996351 | | Standard | 1,19 | DC_8772 | C_850352 | 48 8 Pounds | 2 86 ActCube | 14 37 Cubic Feet |
| 8772_186539_20180806_84766_126996412 | | Standard | 1,9 | DC_8772 | C_186539 | 0 9 Pounds | 0 03 ActCube | 1 08 Cubic Feet |
| 8772_218901_20180806_84764_126996459 | | Standard | 1,11 | DC_8772 | C_218901 | 0 2 Pounds | 0 01 ActCube | 1 08 Cubic Feet |
| 8772_856630_20180806_84749_126996475 | | Standard | 1,26 | DC_8772 | C_856630 | 37 2 Pounds | 1 71 ActCube | 10 3 Cubic Feet |
| 8772_229903_20180806_84762_126996504 | | Standard | 1,13 | DC_8772 | C_229903 | 0 1 Pounds | 0 ActCube | 1 08 Cubic Feet |
| 8772_841337_20180806_84751_126996514 | | Standard | 1,24 | DC_8772 | C_841337 | 59 8 Pounds | 2 74 ActCube | 12 08 Cubic Feet |
| 8772_219545_20180806_84750_126996539 | | Standard | 1,16 | DC_8772 | C_219545 | 4 1 Pounds | 0 22 ActCube | 5 4 Cubic Feet |
| 8772_840921_20180806_84753_126996602 | | Standard | 1,22 | DC_8772 | C_840921 | 34 3 Pounds | 1 88 ActCube | 9 14 Cubic Feet |
| 8772_212190_20180806_84760_126996676 | | Standard | 1,15 | DC_8772 | C_212190 | 0 4 Pounds | 0 01 ActCube | 1 08 Cubic Feet |
| 8772_840045_20180806_84748_126996687 | | Standard | 1,27 | DC_8772 | C_840045 | 19 3 Pounds | 1 01 ActCube | 7 31 Cubic Feet |
| 8772_840103_20180806_84752_126996695 | | Standard | 1,23 | DC_8772 | C_840103 | 40 8 Pounds | 2 15 ActCube | 11 13 Cubic Feet |
| 8772_751777_20180806_84747_126996754 | | Standard | 1,28 | DC_8772 | C_751777 | 13 9 Pounds | 0 93 ActCube | 8 48 Cubic Feet |
| 8772_743747_20180806_84750_126996824 | | Standard | 1,25 | DC_8772 | C_743747 | 31 2 Pounds | 1 86 ActCube | 11 38 Cubic Feet |
| 8772_857919_20180806_84755_126997919 | | Standard | 1,20 | DC_8772 | C_857919 | 36 Pounds | 2 32 ActCube | 10 05 Cubic Feet |
| 8772_891729_20180806_84754_126997850 | | Standard | 1,21 | DC_8772 | C_891729 | 39 7 Pounds | 2 45 ActCube | 12 21 Cubic Feet |

**Tracking Messages**

| | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By | Created On |
|---|---|---|---|---|---|---|---|---|---|---|
| | 23019204 | Tender Offer | Current | 8/6/18 04 50 EDT | | | | No comments | McKesson | 8/6/18 04 50 EDT |
| | 23019205 | Tender Accept | Current | 8/6/18 04 50 EDT | | | | No comments | McKesson | 8/6/18 04 50 EDT |
| | 23019245 | Arrival 30 | Current | 8/6/18 04 51 EDT | | | | No comments | AUTO/DLVR | 8/6/18 04 51 EDT |

Add Multiple    Add Single

**Alerts**

Alert ID  Type  Alert Message  Created On  Acknowledged On  Acknowledged By
No alerts

**Web Tender Response**

Status           Delivered                    Comments to Shipper:
Response         Accept
Deadline
Time Remaining
Carrier Code     SSDD
Response By      Manhattan Associates
Responded On     8/6/18 04:50 EDT

CONFIDENTIAL                                                                    MCKMDL00652033

CONFIDENTIAL

MCKMDL00652034



CONFIDENTIAL

MCKMDL00652035

CONFIDENTIAL

MCKMDL00652036



| Order ID | Split Id | Protection Level | Stop Sequence | Origin | Destination | Weight | Quantity | Volume |
|---|---|---|---|---|---|---|---|---|
| 8772_185251_20180807_98304_127068105 | | Standard | 1.8 | DC_8772 | C_185251 | 0.5 Pounds | 0.03 ActCube | 1.08 Cubic Feet |
| 8772_129996_20180607_98307_127068107 | | Standard | 1.5 | DC_8772 | C_129996 | 74.1 Pounds | 3.68 ActCube | 9.32 Cubic Feet |
| 8772_183730_20180807_98305_127068126 | | Standard | 1.7 | DC_8772 | C_183730 | 0.2 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_163586_20180807_98306_127068202 | | Standard | 1.6 | DC_8772 | C_163569 | 7.3 Pounds | 0.37 ActCube | 8.48 Cubic Feet |
| 8772_163388_20180807_98309_127068210 | | Standard | 1.3 | DC_8772 | C_163388 | 11.5 Pounds | 0.69 ActCube | 5.4 Cubic Feet |
| 8772_074778_20180807_98308_127068233 | | Standard | 1.4 | DC_8772 | C_074776 | 14.6 Pounds | 0.66 ActCube | 4.07 Cubic Feet |
| 8772_229096_20180607_98302_127068301 | | Standard | 1.10 | DC_8772 | C_229096 | 4.4 Pounds | 0.16 ActCube | 3.24 Cubic Feet |
| 8772_982056_20180607_98295_127068362 | | Standard | 1.17 | DC_8772 | C_982056 | 32.3 Pounds | 1.58 ActCube | 10.3 Cubic Feet |
| 8772_574345_20180807_98283_127068487 | | Standard | 1.29 | DC_8772 | C_574345 | 45.1 Pounds | 2.27 ActCube | 11.38 Cubic Feet |
| 8772_175859_20180607_98298_127068551 | | Standard | 1.14 | DC_8772 | C_175859 | 0.4 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_739203_20180807_96284_127068557 | | Standard | 1.28 | DC_8772 | C_739203 | 38.5 Pounds | 2.3 ActCube | 11.13 Cubic Feet |
| 8772_850352_20180807_96294_127068565 | | Standard | 1.18 | DC_8772 | C_850352 | 43.1 Pounds | 2.12 ActCube | 11.13 Cubic Feet |
| 8772_696945_20180807_90300_127068637 | | Standard | 1.12 | DC_8772 | C_696945 | 0.1 Pounds | 0.01 ActCube | 1.00 Cubic Feet |
| 8772_507528_20180807_98310_127068653 | | Standard | 1.2 | DC_8772 | C_507528 | 1.2 Pounds | 0.04 ActCube | 2.10 Cubic Feet |
| 8772_218901_20180807_98303_127068681 | | Standard | 1.9 | DC_8772 | C_218901 | 0.2 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_856630_20180807_96287_127068586 | | Standard | 1.25 | DC_8772 | C_856630 | 24.9 Pounds | 1.35 ActCube | 8.14 Cubic Feet |
| 8772_229903_20180607_96301_127068714 | | Standard | 1.11 | DC_8772 | C_229903 | 0.1 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_841337_20180807_98289_127068727 | | Standard | 1.23 | DC_8772 | C_841337 | 32.9 Pounds | 2.05 ActCube | 11.13 Cubic Feet |
| 8772_219545_20180807_98296_127068750 | | Standard | 1.16 | DC_8772 | C_219545 | 3.2 Pounds | 0.12 ActCube | 4.32 Cubic Feet |
| 8772_753552_20180807_98299_127068802 | | Standard | 1.13 | DC_8772 | C_753553 | 0.6 Pounds | 0.04 ActCube | 1.08 Cubic Feet |
| 8772_848921_20180807_96291_127068817 | | Standard | 1.21 | DC_8772 | C_848921 | 33.5 Pounds | 2.12 ActCube | 9.22 Cubic Feet |
| 8772_212190_20180807_96297_127068896 | | Standard | 1.15 | DC_8772 | C_212190 | 0.1 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_840045_20180807_96286_127068904 | | Standard | 1.26 | DC_8772 | C_840045 | 23.5 Pounds | 1.3 ActCube | 7.31 Cubic Feet |
| 8772_840103_20180807_98290_127068913 | | Standard | 1.22 | DC_8772 | C_840103 | 50.2 Pounds | 2.4 ActCube | 11.38 Cubic Feet |
| 8772_751777_20180807_96285_127068989 | | Standard | 1.27 | DC_8772 | C_751777 | 9.5 Pounds | 0.72 ActCube | 7.56 Cubic Feet |
| 8772_743747_20180807_98288_127070091 | | Standard | 1.24 | DC_8772 | C_743747 | 20.8 Pounds | 1.22 ActCube | 8.39 Cubic Feet |
| 8772_857819_20180807_98293_127070149 | | Standard | 1.19 | DC_8772 | C_857819 | 31.6 Pounds | 1.65 ActCube | 10.3 Cubic Feet |
| 8772_891729_20180807_96292_127070187 | | Standard | 1.20 | DC_8772 | C_891729 | 24.2 Pounds | 1.32 ActCube | 8.39 Cubic Feet |

### Tracking Messages

| | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By Created On |
|---|---|---|---|---|---|---|---|---|---|
| | 23032302 | Tender Offer | Current | 8/7/18 04:56 EDT | | | | No comments | McKesson 8/7/18 04:56 EDT |
| | 23032304 | Tender Accept | Current | 8/7/18 04:56 EDT | | | | No comments | McKesson 8/7/18 04:56 EDT |
| | 23032378 | Arrival 29 | Current | 8/7/18 04:57 EDT | | | | No comments | AUTODLVR 8/7/18 04:57 EDT |

Add Multiple    Add Single

### Alerts

| Alert ID | Type | Alert Message | Created On | Acknowledged On | Acknowledged By |
|---|---|---|---|---|---|

No alerts

### Web Tender Response

Status: Delivered          Comments to Shipper:
Response: Accept
Deadline:
Time Remaining:
Carrier Code: SSDO
Response By: Manhattan Associates
Responded On: 8/7/18 04:56 EDT

CONFIDENTIAL

MCKMDL00652037

CONFIDENTIAL

MCKMDL00652038

Web Tender | Manhattan Associates, Inc.                                    Page 1 of 3



CONFIDENTIAL                                                                    MCKMDL00652039

CONFIDENTIAL

MCKMDL00652040

Web Tender | Manhattan Associates, Inc.

Page 2 of 3



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | C_753553 KENT SUSSEX COMM HOSP | KENT SUSSEX COMM HOSP - 40 PENNWOOD PL STE 300 WARRENDALE, PA 15086 United States | 2 DL | 8/9/18 01 22 EDT 8/9/18 01 22 EDT | | | 1 Co |
| 21 | C_769468 WESTRN NCAROLNA AIDS PROJ | WESTRN NCAROLNA AIDS PROJ - 40 PENNWOOD PL STE 300 WARRENDALE, PA 15086 United States | 2 DL | 8/9/18 01 22 EDT 8/9/18 01 32 EDT 8/9/18 20 09 EDT 8/9/18 20 09 EDT 1 Order | | | No Co |
| 22 | C_175859 RX BLUESTAR/ACTIONAID PHS | RX BLUESTAR/ACTIONAID PHS - 40 PENNWOOD PL STE 200 WARRENDALE, PA 15086 United States | 2 DL | 8/9/18 01 32 EDT 8/9/18 01 32 EDT 8/9/18 20 19 EDT 8/9/18 20 19 EDT 1 Order | | | No cor |
| 23 | C_219545 OPEN DOOR OF GRTR ELGIN | OPEN DOOR OF GRTR ELGIN - 40 PENNWOOD PL STE 200 WARRENDALE, PA 15086 United States | 2 DL | 8/9/18 01 32 EDT 8/9/18 01 32 EDT 8/9/18 20 19 EDT 8/9/18 20 19 EDT 1 Order | | | No cor |
| 24 | C_862050 RITE AID 10953 | RITE AID 10953 - 1130 PERRY HWY PITTSBURGH, PA 15237 United States | 2 DL | 8/9/18 01 45 EDT 8/9/18 01 45 EDT 8/9/18 20 32 EDT 8/9/18 20 32 EDT 1 Order | | | 1 Co |
| 25 | C_850352 RITE AID 10929 | RITE AID 10929 - 3730 BRIGHTON RD PITTSBURGH, PA 15212 United States | 2 DL | 8/9/18 02 06 EDT 8/9/18 02 06 EDT 8/9/18 20 53 EDT 8/9/18 20 53 EDT 1 Order | | | 1 Co |
| 26 | C_857919 RITE AID 10940 | RITE AID 10940 - 513 PERRY HWY PITTSBURGH, PA 15229 United States | 2 DL | 8/9/18 02 21 EDT 8/9/18 02 21 EDT 8/9/18 21 08 EDT 8/9/18 21 08 EDT 1 Order | | | 1 Co |
| 27 | C_891129 RITE AID 11916 | RITE AID 11916 - 4770 MCKNIGHT RD PITTSBURGH, PA 15237 United States | 2 DL | 8/9/18 02 26 EDT 8/9/18 02 26 EDT 8/9/18 21 13 EDT 8/9/18 21 13 EDT 1 Order | | | 1 Co |
| 28 | C_848921 RITE AID 10920 | RITE AID 10920 - 535 LINCOLN AVE PITTSBURGH, PA 15202 United States | 2 DL | 8/9/18 02 42 EDT 8/9/18 02 42 EDT 8/9/18 21 29 EDT 8/9/18 21 29 EDT 1 Order | | | 1 Co |
| 29 | C_840103 RITE AID 10905 | RITE AID 10905 - 1701 DUNCAN AVE ALLISON PARK, PA 15101 United States | 2 DL | 8/9/18 03 00 EDT 8/9/18 03 03 EDT 8/9/18 21 50 EDT 8/9/18 21 50 EDT 1 Order | | | 1 Co |
| 30 | C_841337 RITE AID 10009 | RITE AID 10009 - 1710 MT ROYAL BLVD GLENSHAW, PA 15116 United States | 2 DL | 8/9/18 03 34 EDT 8/9/18 03 34 EDT 8/9/18 22 21 EDT 8/9/18 22 21 EDT 1 Order | | | 1 Co |
| 31 | C_743747 RITE AID 1944 | RITE AID 1944 - 900 MOUNT ROYAL BLVD PITTSBURGH, PA 15223 United States | 2 DL | 8/9/18 03 39 EDT 8/9/18 03 39 EDT 8/9/18 22 26 EDT 8/9/18 22 26 EDT 1 Order | | | 1 Co |
| 32 | C_856630 RITE AID 10938 | RITE AID 10938 - 880 BUTLER ST PITTSBURGH, PA 15223 United States | 2 DL | 8/9/18 03 42 EDT 8/9/18 03 42 EDT 8/9/18 22 29 EDT 8/9/18 22 29 EDT 1 Order | | | 1 Co |
| 33 | C_840045 RITE AID 10904 | RITE AID 10904 - 4960 WILLIAM FLYNN HWY 10 ALLISON PARK, PA 15101 United States | 2 DL | 8/9/18 03 51 EDT 8/9/18 03 51 EDT 8/9/18 22 38 EDT 8/9/18 22 38 EDT 1 Order | | | 1 Co |
| 34 | C_751777 WAL-MART 2603 | WAL-MART 2603 - 300 WALMART DR GIBSONIA, PA 15044 United States | 2 DL | 8/9/18 04 03 EDT 8/9/18 04 03 EDT 8/9/18 22 50 EDT 8/9/18 22 50 EDT 1 Order | | | 1 Co |
| 35 | C_739203 RITE AID 7832 | RITE AID 7832 - 4155 EWALT RD GIBSONIA, PA 15044 United States | 2 DL | 8/9/18 04 05 EDT 8/9/18 04 05 EDT 8/9/18 22 52 EDT 8/9/18 22 52 EDT 1 Order | | | 1 Co |
| 36 | C_574345 RITE AID 7825 | RITE AID 7825 - 201 DEVINE DR WEXFORD, PA 15090 United States | 2 DL | 8/9/18 04 13 EDT 8/9/18 04 13 EDT 8/9/18 23 00 EDT 8/9/18 23 00 EDT 1 Order | | | 1 Co |

### Order List

| Order ID | Split Id | Protection Level | Stop Sequence | Origin | Destination | Weight | Quantity | Volume |
|---|---|---|---|---|---|---|---|---|
| 8772_175696_20180809_99443_127210315 | | Standard | 1,9 | DC_8772 | C_175698 | 0.3 Pounds | 0.02 ActCube | 2.18 Cubic Feet |
| 8772_218257_20180809_99438_127210949 | | Standard | 1,14 | DC_8772 | C_218257 | 0.3 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_128869_20180809_99448_127216973 | | Standard | 1,4 | DC_8772 | C_128869 | 2.8 Pounds | 0.08 ActCube | 1.08 Cubic Feet |
| 8772_185251_20180809_99442_127216978 | | Standard | 1,10 | DC_8772 | C_185251 | 2.4 Pounds | 0.14 ActCube | 3.74 Cubic Feet |
| 8772_129996_20180809_99446_127216980 | | Standard | 1,8 | DC_8772 | C_129996 | 88.9 Pounds | 3.48 ActCube | 15.85 Cubic Feet |
| 8772_183730_20180809_99444_127217000 | | Standard | 1,6 | DC_8772 | C_183730 | 1.1 Pounds | 0.05 ActCube | 3.24 Cubic Feet |
| 8772_185695_20180809_99441_127217035 | | Standard | 1,11 | DC_8772 | C_185695 | 1.4 Pounds | 0.08 ActCube | 2.18 Cubic Feet |
| 8772_183509_20180809_99445_127217075 | | Standard | 1,7 | DC_8772 | C_183509 | 35.9 Pounds | 1.73 ActCube | 9.22 Cubic Feet |
| 8772_074778_20180809_99449_127217110 | | Standard | 1,3 | DC_8772 | C_074778 | 4.6 Pounds | 0.34 ActCube | 3.24 Cubic Feet |
| 8772_229098_20180809_99436_127217177 | | Standard | 1,16 | DC_8772 | C_229098 | 15.2 Pounds | 0.81 ActCube | 6.46 Cubic Feet |
| 8772_862050_20180809_99428_127217231 | | Standard | 1,24 | DC_8772 | C_862050 | 18.1 Pounds | 0.81 ActCube | 7.31 Cubic Feet |
| 8772_574345_20180809_99416_127217325 | | Standard | 1,36 | DC_8772 | C_574345 | 30.7 Pounds | 1.81 ActCube | 11.58 Cubic Feet |
| 8772_175859_20180809_99430_127217408 | | Standard | 1,22 | DC_8772 | C_175859 | 5.5 Pounds | 0.27 ActCube | 3.24 Cubic Feet |
| 8772_739203_20180809_99417_127217414 | | Standard | 1,35 | DC_8772 | C_739203 | 19.4 Pounds | 1.09 ActCube | 7.31 Cubic Feet |
| 8772_850352_20180809_99427_127217421 | | Standard | 1,25 | DC_8772 | C_850352 | 21.3 Pounds | 1.24 ActCube | 10.3 Cubic Feet |
| 8772_186539_20180809_99440_127217482 | | Standard | 1,12 | DC_8772 | C_186539 | 5.8 Pounds | 0.35 ActCube | 2.18 Cubic Feet |
| 8772_696945_20180809_99434_127217498 | | Standard | 1,18 | DC_8772 | C_696945 | 6.5 Pounds | 0.34 ActCube | 3.4 Cubic Feet |
| 8772_507528_20180809_99432_127217516 | | Standard | 1,2 | DC_8772 | C_507528 | 1.2 Pounds | 0.07 ActCube | 1.08 Cubic Feet |
| 8772_207899_20180809_99439_127217531 | | Standard | 1,13 | DC_8772 | C_207899 | 2.5 Pounds | 0.12 ActCube | 2.18 Cubic Feet |
| 8772_218901_20180809_99437_127217538 | | Standard | 1,15 | DC_8772 | C_218901 | 20 Pounds | 1.07 ActCube | 8.64 Cubic Feet |
| 8772_856630_20180809_99420_127217543 | | Standard | 1,32 | DC_8772 | C_858630 | 8.5 Pounds | 0.5 ActCube | 5.15 Cubic Feet |
| 8772_229903_20180809_99435_127217574 | | Standard | 1,17 | DC_8772 | C_229903 | 0.3 Pounds | 0.01 ActCube | 2.18 Cubic Feet |
| 8772_841337_20180809_99422_127217585 | | Standard | 1,30 | DC_8772 | C_841337 | 8.2 Pounds | 0.43 ActCube | 4.32 Cubic Feet |
| 8772_219545_20180809_99429_127217611 | | Standard | 1,23 | DC_8772 | C_219545 | 30.1 Pounds | 1.85 ActCube | 12.48 Cubic Feet |
| 8772_769468_20180809_99431_127217657 | | Standard | 1,21 | DC_8772 | C_769468 | 1.5 Pounds | 0.04 ActCube | 1.08 Cubic Feet |
| 8772_753553_20180809_99432_127217861 | | Standard | 1,20 | DC_8772 | C_753553 | 0.7 Pounds | 0.03 ActCube | 3.24 Cubic Feet |
| 8772_848921_20180809_99424_127217975 | | Standard | 1,28 | DC_8772 | C_848921 | 18.2 Pounds | 1.12 ActCube | 10.78 Cubic Feet |
| 8772_840045_20180809_99410_127217753 | | Standard | 1,33 | DC_8772 | C_840045 | 14.8 Pounds | 0.82 ActCube | 7.31 Cubic Feet |
| 8772_742105_20180809_99447_127217768 | | Standard | 1,5 | DC_8772 | C_742105 | 0.1 Pounds | 0.01 ActCube | 1.08 Cubic Feet |
| 8772_840103_20180809_99423_127217774 | | Standard | 1,29 | DC_8772 | C_840103 | 21.2 Pounds | 1.44 ActCube | 10.3 Cubic Feet |
| 8772_751777_20180809_99418_127217847 | | Standard | 1,34 | DC_8772 | C_751777 | 8.3 Pounds | 0.70 ActCube | 7.58 Cubic Feet |
| 8772_726825_20180809_99433_127217870 | | Standard | 1,16 | DC_8772 | C_726825 | 0.8 Pounds | 0.03 ActCube | 1.08 Cubic Feet |
| 8772_743747_20180809_99421_127217929 | | Standard | 1,31 | DC_8772 | C_743747 | 23.1 Pounds | 0.91 ActCube | 8.39 Cubic Feet |
| 8772_857919_20180809_99426_127218986 | | Standard | 1,26 | DC_8772 | C_857919 | 20.6 Pounds | 1.3 ActCube | 5.98 Cubic Feet |
| 8772_891726_20180809_99425_127219021 | | Standard | 1,27 | DC_8772 | C_891726 | 15.7 Pounds | 0.8 ActCube | 7.31 Cubic Feet |

### Tracking Messages

| | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By Created On |
|---|---|---|---|---|---|---|---|---|---|
| | 23058845 | Tender Offer | Current | 8/9/18 04 52 EDT | | | | No comments | McKesson 8/9/18 04 52 EDT |
| | 23058846 | Tender Accept | Current | 8/9/18 04 52 EDT | | | | No comments | McKesson 8/9/18 04 52 EDT |
| | 23058864 | Arrival 38 | Current | 8/9/18 04 53 EDT | | | | No comments | AUTODLVR 8/9/18 04 53 EDT |

Add Multiple   Add Single

### Alerts

Alert ID   Type   Alert Message   Created On   Acknowledged On   Acknowledged By

No alerts

https://lg.mckesson.com/ofr/ra/jsp/ShipmentDetails.jsp?previousPage=webTenders&shipm...   8/30/2018

CONFIDENTIAL

MCKMDL00652041

CONFIDENTIAL

MCKMDL00652042

Web Tender | Manhattan Associates, Inc.                                                    Page 1 of 1





| Menu    Actions    Tools | Bill Knoble ⟳ ⌂ ❷ | ⍰ Manhattan Associates. |
| --- | --- | --- |
| ◀ **Shipment Details** | | |

Events | All Ca

| Shipment ID | CS07860911 | Bill of Lading | |
| Reference Nbr | | Trailer Nbr | |
| Tractor Nbr | | | |

| Shipper McKesson | | Bill To | Bill-to Information |
| Load At New Castle | | Consignee | BOSWELL PRESCRIPTION CTR |
| DC_8772 | | | C_254364 |
| 2798 New Butler Rd | | | 210 OHIO STREET |
| New Castle, PA 15101 United States | | | BOSWELL, PA 15531 United States |

| Carrier Charges | 38.66 USD | Product Class | Standard |
| Equipment | | Carrier Ref | |
| Service Level | Courier | PO Number | 8772_254364_20180806_94533, 8772_825674_20180806_94534, 8772_991204_20180806_94535 |
| Mode | COUR | Distance | 137.1 MI |
| Commodity Class | Commodities | Weight | 1,065.7 LBS |
| Special Handling | Standard | Quantity | 44.57 ActCube |
| Hazmat | No | Volume | 58.27 CuFt |
| Penshable | No | Comments | No comments |
| Billing Method | Collect | Event Indicator | |
| Event Notification Indicator | | | |
| Detention Lst | | | |
| Static Route Id | 8772_B81 | | |

TMS  3
Paid  2

Order Type    Regular

### Stops

| Stop | Customer | Address | Dock P/D | Appointment | Arrival Start Arrival End | Departure Start Departure End | Handler Orders | Co |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | DC_8772 New Castle | New Castle - 2798 New Butler Rd New Castle, PA 18101 United States | 4 PU | | 8/5/18 12 00 EDT 8/6/18 20 29 EDT | 8/5/18 12 00 EDT 8/6/18 20 29 EDT | 3 Orders | 1 Co |
| 2 | C_991204 BOSWELL PHCY SERVICE | BOSWELL PHCY SERVICE - 131 SCHOOLHOUSE RD JENNERSTOWN PA 15547 United States | 2 DL | | 8/6/18 01 00 EDT 8/6/18 22 30 EDT | 8/6/18 01 00 EDT 8/6/18 22 30 EDT | 1 Order | 1 Co |
| 3 | C_825674 BOSWELL PHARMACY INS | BOSWELL PHARMACY INS - 210 OHIO STREET BOSWELL, PA 15531 Uned States | 2 DL | | 8/6/18 01 25 EDT 8/6/18 22 55 EDT | 8/6/18 01 30 EDT 8/6/18 23 00 EDT | 1 Order | 1 Co |
| 4 | C_254364 BOSWELL PRESCRIPTION CTR | BOSWELL PRESCRIPTION CTR - 210 OHIO STREET BOSWELL, PA 15531 United States | 2 DL | | 8/6/18 01 30 EDT 8/6/18 23 00 EDT | 8/6/18 01 30 EDT 8/6/18 23 00 EDT | 1 Order | 1 Co |

### Order List

| Order ID | Split Id | Protection Level | Stop Sequence | Origin | Destination | Weight | Quantity | Volume |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8772_825674_20180806_94534_126990212 | | Standard | 1,3 | DC_8772 | C_825674 | 264 Pounds | 9.66 ActCube | 18 19 Cubic Feet |
| 8772_254364_20180806_94533_126990391 | | Standard | 1,4 | DC_8772 | C_254364 | 14 2 Pounds | 0.88 ActCube | 6 23 Cubic Feet |
| 8772_991204_20180806_94535_126990047 | | Standard | 1,2 | DC_8772 | C_991204 | 787 5 Pounds | 34 03 ActCube | 75 85 Cubic Feet |

### Tracking Messages

| | Message ID | Type Stop | Status | Time Location | Reason Code | Carrier Ref Nbr | Handler | Comments | Created By Created On |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ ❶ | 23019195 | Tender Offer | Current | 8/6/18 04 54 EDT | | | | No comments | McKesson 8/5/18 04 54 EDT |
| | 23019400 | Tender Accept | Current | 8/6/18 04 54 EDT | | | | No comments | McKesson 8/5/18 04 54 EDT |
| | 23019426 | Arrival 4 | Current | 8/6/18 04 54 EDT | | | | No comments | AUTODLVR 8/5/18 04 54 EDT |

Add Multiple    Add Single

### Alerts

| Alert ID | Type | Alert Message | Created On | Acknowledged On | Acknowledged By |
| --- | --- | --- | --- | --- | --- |
| No alerts | | | | | |

### Web Tender Response

| Status | Delivered | Comments to Shipper | |
| --- | --- | --- | --- |
| Response | Accept | | |
| Deadline | | | |
| Time Remaining | | | |
| Carrier Code | SSDD | | |
| Response By | Manhattan Associates | | |
| Responded On | 8/6/18 04:54 EDT | | |

CONFIDENTIAL                                                          MCKMDL00652043

CONFIDENTIAL

MCKMDL00652044

Web Tender | Manhattan Associates, Inc.                                Page 1 of 1



CONFIDENTIAL                                                   MCKMDL00652045

CONFIDENTIAL

MCKMDL00652046



CONFIDENTIAL

MCKMDL00652047

CONFIDENTIAL

MCKMDL00652048

Web Tender | Manhattan Associates, Inc.                                                    Page 1 of 1



CONFIDENTIAL                                                              MCKMDL00652049

CONFIDENTIAL

MCKMDL00652050

Web Tender | Manhattan Associates, Inc.

Page 1 of 1



CONFIDENTIAL

MCKMDL00652051

CONFIDENTIAL

MCKMDL00652052

Web Tender | Manhattan Associates, Inc.



CONFIDENTIAL

MCKMDL00652053

CONFIDENTIAL

MCKMDL00652054

Web Tender | Manhattan Associates, Inc.

Page 1 of 1



CONFIDENTIAL

MCKMDL00652055

CONFIDENTIAL

MCKMDL00652056

Web Tender | Manhattan Associates, Inc.                                          Page 1 of 1



CONFIDENTIAL                                                          MCKMDL00652057

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97　　　　　INDEX.1

Adjustments, 55-73

Alarm System, 55-28

ARCOS
  Balancing reports, 55-105
  Central reporting identifier number, 55-114
  DEA error reports, 55-108
  Definition, 55-9
  Discrepancy report, 55-112
  Edit program, 55-112
  Elimination of non-reportable items, 55-108
  Error corrections, 55-106
  Key-entry, 55-102
  Month-end reports, 55-105
  Products covered, 55-10
  Receiving, 55-63
  Reports, 55-102
  Returns, 55-66, 55-75

Audit
  Areas of examination, 55-5
  DEA, 55-125
  Definition, 55-2
  Employee background investigation, 55-24
  Law Department, 55-127
  Quarterly DEA checklist, 55-127

Backorders, 55-69

Breakage reports, 55-117

Cage
  Access, 55-24
  Control, 55-29
  Security, 55-4
  Specifications, 55-21
  Walk tests, 55-27

Carriers
  Facsimile order forms, 55-87
  Form 222, 55-86, 55-88
  Return items, 55-64
  Security, 55-25
  Selection of, 55-118

Central records, 55-58

Central reporting identifier number, 55-114

Change of location, 55-15

Computer room, 55-102

Consent to Inspect, 55-8

Continuing education, 55-36

Controlled substances
  Backorders, 55-69
  Breakage reports, 55-117
  Carriers, 55-30, 55-118
  DEA request, 55-78
  Discontinuance or transfer of business, 55-119
  Disposal, 55-116
  Diversion, 55-130
  Doctor orders, 55-76
  Item coding, 55-61
  Losses, 55-77, 55-117
  Mail, 55-27, 55-121
  NDC number change, 55-121
  New item, 55-60
  Order filling, 55-29, 55-36, 55-68, 55-85
  Physical security, 55-18
  Receiving, 55-28, 55-61
  Returns, 55-64, 55-67
  Security, 55-21
  Shortages, 55-73, 55-74, 55-103
  Storage, 55-20, 55-21, 55-22
  Unsolicited returns, 55-67
  Will call, 55-26, 55-87

Controlled Substances Act, 55-7

Count sheets, 55-48
  File retention, 55-52

Customer File, 55-33

Customer registration, 55-31
  Chain stores, 55-31
  Expired, 55-35

DEA
  ARCOS Unit address, 55-8
  Audit, 55-125
  Deactivated certificates, 55-34
  Employee background investigation, 55-24
  Expiration report, 55-31
  Field Division Offices, 55-16
  Registration, 55-32
  Request for controlled substance, 55-78

MCKMDL00652058

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97                    INDEX.2

Security requirements, 55-18
Discontinuance or transfer of business, 55-119
Disposal of controlled substances, 55-116
Diversion
    Chemical Diversion & Trafficking Act of 1988, 55-130
    Import/export, 55-132
    Listed chemicals, 55-130
    Penalties, 55-132
    Recordkeeping, 55-131
    Records retention, 55-131
    Reporting requirements, 55-132
Dosage units, 55-2
Drop shipments, 55-76
Emergency orders, 55-44
Employee background investigation, 55-23
Endorsement of order forms, 55-88
Expiration dates, 55-34
Expiration Report, 55-31
Expired certificate, 55-35, 55-36
Facsimile copies
    Carriers, 55-87
    Order filling, 55-86, 55-88
Form 106, 55-74, 55-77, 55-104, 55-117, 55-118
Form 222, 55-4, 55-10, 55-26, 55-32, 55-43, 55-44, 55-55, 55-56, 55-57, 55-60, 55-62, 55-63, 55-66, 55-67, 55-68, 55-69, 55-70, 55-73, 55-80, 55-83, 55-84, 55-85, 55-86, 55-87, 55-88, 55-92, 55-93, 55-97, 55-98, 55-100
    Absence of, 55-44
    Adjustments/customer credits, 55-73
    Backorders, 55-69
    Canceled line, 55-90
    Carriers, 55-86, 55-88
    Defective/unacceptable, 55-89
    Different versions, 55-83
    Doctor orders, 55-122
    Execution, 55-85
    Expired, 55-100

    Facsimiles, 55-86
    Failure to complete, 55-80
    Improperly prepard, 55-84
    Key-entry, 55-104
    Last Line Completed, 55-83
    Law enforcement request, 55-78
    National Buying Center, 55-97, 55-98
    Number of Items Ordered, 55-83
    Power of Attorney, 55-95
    Preservation, 55-98
    Product returns, 55-66, 55-75
    Regulations, 55-80
    Retained by DC, 55-97
    Review of, 55-87, 55-92, 55-93
    Roman numerals, 55-84
    Scheduled drug registration, 55-32, 55-36
    Shipping date, 55-72
    Unexecuted forms, 55-97
    Unsolicited returns, 55-67
    Voided, 55-98
    Voided line, 55-90
Form 222a, 55-82
Form 223, 55-12, 55-33
Form 225, 55-12, 55-13, 55-15
Form 225a, 55-14, 55-15
Form 333, 55-47, 55-76, 55-109, 55-110, 55-111, 55-118
    OCR, 55-109
Form 41, 55-77, 55-103, 55-116, 55-117
Form 84, 55-1, 55-8
Government contact, report of, 55-9, 55-125
Government destruction/seizure, 55-77
HOSS, 55-33, 55-61
Inspections
    Authority, 55-23
    Authority to inspect, 55-8
    Consent, 55-8
    DEA, 55-1
    DEA Administrative, 55-8
    Exclusions, 55-8
    Frequency, 55-9
Inventory

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97               INDEX.3

Annual, 55-46, 55-47
Biennial, 55-3, 55-47
Controlled substances, 55-5
Initial, 55-46
Listing procedures, 55-48
Monthly, 55-46, 55-47
Physical, 55-2
Post inventory procedures, 55-52
Semi-annual, all products, 55-53
Item substitution, 55-91
Locker inspections, 55-25
Mail orders
    Incoming, 55-82
    Post office box, 55-27
    Postal regulations, 55-121
National Buying Center
    DEA Certificate, 55-12
    Form 222, 55-98
NDC number change, 55-121
Order filling
    Ajustments and credits, 55-73
    Backorders, 55-69
    Carriers, 55-86
    Controlled substances, 55-29
    Drop shipments, 55-76
    Emergency orders, 55-44
    Endorsing order forms, 55-88
    Facsimile copies, 55-86, 55-88
    Form, 55-68, 55-80, 55-85
    Government destruction/seizure, 55-77
    Mail, 55-121
    Post office box, 55-27
    Power of Attorney, 55-94
    Procedures, 55-85
    Returns, 55-74
    Shipping & receiving, 55-30
    Suspicious orders, 55-38, 55-43
    Telephone, 55-5
    Will call, 55-26, 55-87
Order form
    Audit, 55-4
    Cancellation and voiding, 55-99

DEA guidelines, 55-92
Endorsement, 55-88
Lost or stolen forms, 55-96
Procedure for obtaining, 55-81
Procedures for completing, 55-83
Regulations, 55-80
Retention, 55-98
Unaccepted/defective forms, 55-89, 55-93
Unused, 55-99
Pick Department JB, 55-10, 55-53
Pick Department JE, 55-10, 55-53
Post office box, 55-27
Power of Attorney, 55-13, 55-94
Purchase order records, 55-60
Quarterly DEA checklist, 55-127
Re-registration
    Application, 55-14
    Change of location, 55-15
    Fee, 55-14
    Form, 55-14, 55-15
    Frequency, 55-14
    Procedures, 55-14
Receiving records, 55-61
Records retention, 55-2
    Exceptions, 55-57
Refrigerated substances, 55-20
Registration
    Central records, 55-58
    Change of location, 55-15
    Customer, 55-31
    DEA inspection, 55-5
    Expiration dates, 55-34
    Expired certificate, 55-35
    Fee, 55-12, 55-13
    Forms, 55-12
    Frequency, 55-14
    Incomplete RXDA schedules, 55-32
    National Buying Center, 55-12
    Procedures, 55-12
    Purchase order records, 55-46, 55-60
    Re-registration, 55-14
    Recordkeeping, 55-55
    Records, 55-55

DRUG OPERATIONS MANUAL 55-CONTROLLED SUBSTANCES 1/97                    INDEX.4

        Registration number, 55-55
Registration number, 55-3, 55-12,
55-35, 55-55
Regulatory requirements, 55-7
Return credits, 55-64
Returns, 55-64, 55-74
RXDA incomplete schedules, 55-32
Safe specifications, 55-18
Sales and distribution, 55-68
Schedule II controlled substances
        Storage, 55-20
Section 880, 55-1
Security, 55-3
        Alarm system, 55-28
        Cage, 55-4, 55-24, 55-27,
        55-29
        Carriers, 55-25
        Controlled substances, 55-18,
        55-21, 55-28, 55-29
        Customer registration, 55-31
        DEA requirements, 55-18
        Employee access, 55-23, 55-24,
        55-25
        Employee background
        investigation, 55-23
        Internal controls, 55-23
        Locker inspections, 55-25
        Management, 55-23
        McKesson requirements, 55-18,
        55-23
        Non-controlled items, 55-23
        Packages and handbags, 55-26
        Physical, 55-18
        Refrigerated, 55-20
        Safe, 55-18
        Service & repair personnel,
        55-25
        Shipping & receiving, 55-25,
        55-30
        Summary of requirements, 55-23
        Vault, 55-18, 55-24, 55-27,
        55-29
        Visitors, 55-24
        Walk tests, 55-27
        Warehouse, 55-3, 55-24
Segregation of records, 55-4
Service & repair personnel, 55-25

Shipping & receiving, 55-25, 55-27,
55-28, 55-30, 55-36
Storage of controlled substances
        Schedule II, 55-20
        Schedule III-V, 55-22
Suspicious orders
        Computer reports, 55-39
        Detection, 55-38
        Emergency orders, 55-44
        Order fillers, 55-43
        RAM's response, 55-43
        Reporting, 55-40
U.S. Government Printing Office,
55-7
Unsolicited returns, 55-67
Vault
        Access, 55-24
        Control, 55-29
        Security, 55-4
        Specifications, 55-18
        Walk tests, 55-27
Visitor security, 55-24
Walk tests, 55-27
Warehouse security, 55-3, 55-24
Will call, 55-26, 55-87

CONFIDENTIAL                                                    MCKMDL00652061

DRUG OPERATIONS MANUAL    55-CONTROLLED SUBSTANCES    PAGE 55-144:EXHIBITS.1

EXHIBITS LOG

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| 55-1 | DEA Form 225, New Application for Registration | 55-12 |
| 55-2 | DEA Form 225a, Renewal Application for DEA Registration | 55-15 |
| 55-3 | 5/1/74 memorandum from L.W. Willson: Refrigerated substances storage approval | 55-21 |
| 55-3a | 10/20/89 letter from DEA: Refrigerated substances storage approval | 55-21 |
| 55-4 | Power of Attorney For DEA Order Forms | 55-95,96 |
| 55-4a | DR48R10A Customers With Expired DEA Numbers | 55-32 |
| 55-5 | 11/10/80 letter from DEA: Suspicious orders | 55-38 |
| 55-6 | DR49R15A, Controlled Substances Sales Report | 55-39 |
| 55-6a | DR49R25A, Controlled Substances Customer Purchases | 55-39 |
| 55-7 | DR46R35A and DR47R05A, Customer Recap and Detailed Variance reports | 55-40,42 |
| 55-8 | Suspicious Order Cover Letter | 55-42 |
| 55-9 | DEA Unusual Purchases Notifications log | 55-43,43 |
| 55-10 | DEA Form 222, Order Form-Schedules I & II | 55-55,83 |
| 55-11 | DEA Form 106, Report of Theft or Loss of Controlled Substances | 55-77 |
| 55-12 | DEA Order Form Guidelines | 55-92 |
| 55-13 | DEA Form 222, Order Form-Schedules I & II, completion instructions | 55-93 |
| 55-14 | DC DEA Form 222 Control Log | 55-81,97,98 |
| 55-15 | ARCOS Transmittal Sheet | 55-102 |
| 55-16 | DC monthly ARCOS transmission recap | 55-108 |
| 55-17 | DEA Form 333, ARCOS Transaction Reporting (OCR) | 55-109,109 |
| 55-18 | ARCOS Batch Control and Transaction Edit Errors | 55-109 |
| 55-19 | ARCOS Transaction Submission Control Form | 55-114 |
| 55-20 | Notice of Unacceptable Order Form | 55-93,94 |
| 55-21 | 10/23/95 letter from DEA: Central Reporting Identifier Number | 55-114 |
| 55-22 | DEA Form 41, Registrants Inventory of Drugs Surrendered | 55-77,116 |
| 55-23 | ARCOS Correction Form | 55-107 |
| 55-24 | Quarterly DEA Checklist | 55-128 |
| 55-25 | ARCOS Physical Inventory Pre-list—First Count: completed sample | 55-49,49 |
| 55-26 | ARCOS Physical Inventory Pre-list—First, Second, and Consolidated Counts | 55-49,50 |
| 55-27 | ARCOS Physical Inventory Pre-list—First Count: case count completed sample | 55-50 |
| 55-28 | ARCOS Physical Inventory Pre-list—Consolidated Count: completed sample | 55-51 |

MCKMDL00652062

DRUG OPERATIONS MANUAL     55-CONTROLLED SUBSTANCES     PAGE 55-145:EXHIBITS.2

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| 55-29 | DEA Suspicious Order Threshold Amounts | 55-131 |
| 55-30 | Suspicious Order Guidelines | 55-132 |
| 55-31 | DT515R01, Customers With DEA Registrations With Incomplete RXDA Schedules | 55-32 |
| 55-32 | DM01R20A, Economost Transaction Audit Report | 55-34 |
| 55-33 | DEA Continuing Education Report | 55-36 |
| 55-34 | DEA Inspection Report | 55-125,127 |
| 55-35 | Visitor's Log & Consent to Search | 55-24 |
| 55-36 | DEA Walk Test Log | 55-28 |
| 55-37 | Alarm Log | 55-28 |
| 55-38a | Letter from DEA: clarification of DEA Form 222 completion | 55-83,91 |
| 55-38b | Letter from DEA: clarification of DEA Form 222 emergency orders and "No. of Items Ordered" errors | 55-83 |
| 55-38c | 9/14/95 letter from DEA: changes in DEA Form 222, "Last Line Completed" | 55-84 |
| 55-39 | Report of Government Contact | 55-100,125 |
| 55-40 | Employee Background Information Sheet | 55-23 |
| 55-41 | EPIC Bulletin Write Up Form for NDC Number change | 55-121 |
| 55-42 | DI11R05B, DEA Control Log Schedule II Narcotic | 55-30 |
| 55-43 | 6/25/92 letter from DEA: acceptance of generic substitutions | 55-91 |
| 55-44 | Customer letter re DEA Form 222 completion instructions | 55-94 |
| 55-45 | DEA Regional Offices | 55-16,41,42 |
| 55-46 | DU45R05A, Daily Controlled Substance Suspicious Order Warning Report | 55-39,41 |
| 55-47 | DU45R05B, Monthly Controlled Substance Suspicious Purchases Report | 55-40 |
| 55-48 | 7/18/96 letter from DEA: common/contract carriers; 8/28/96 letter from DEA: facsimile orders when using common/contract carriers; 10/28/96 letter from DEA: facsimile orders when using proprietary drivers | 55-86,88 |
| 55-49 | Monthly ARCOS Balancing | 55-108 |
| 55-50 | 1/2/96 memorandum from Dan White: acceptance of previous year's date during January of each year; 12/21/96 letter from DEA: permission to accept orders with previous year's date during January of each year. | 55-90 |
| 55-51 | Expired Customer DEA Certificate "Renewal In Process" Verification Sheet | 35 |
| 55-52 | 10/27/95 letter from DEA: written agreement between distributor and customer regarding generic substitutions | 91 |

Drug Operations Manual
Exhibit 55-1, Page 1 of 2
1/15/97

OMB No. 1117-0096

NEW
APPLICATION FOR REGISTRATION
UNDER
CONTROLLED SUBSTANCES ACT OF 1970

READ AND COMPLETE ALL APPLICABLE ITEMS
Please PRINT or TYPE all entries

No registration may be issued unless a completed
application form has been received (21 CFR 1301.21)

RETAIN Copy 3. Mail Orig. and 1 copy, with FEE to:

UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
CENTRAL STATION
P.O. Box 28083
WASHINGTON, D.C. 20038-8083
For INFORMATION, Call 1 - 800 - 882 - 9539

See "Privacy Act" information on reverse

THIS BLOCK FOR DEA USE ONLY

CITY                    STATE                    ZIP CODE

1. BUSINESS ACTIVITY: (Check ✔ one only; see NOTES on instruction Sheet below checking)

2. DRUG SCHEDULES: (Check ✔ all applicable schedules in which you intend to handle controlled substances)

REGISTRATION CLASSIFICATION: Submit Check or Money Order Payable to: DRUG ENFORCEMENT ADMINISTRATION in Amount indicated on enclosed fee schedule.

[ ] SCHEDULE II NARCOTIC   [ ] SCHEDULE III NONNARCOTIC   [ ] SCHEDULE IV   [ ] SCHEDULE V

ALL APPLICANTS MUST ANSWER THE FOLLOWING:

CONFIDENTIAL

MCKMDL00652064

• Explanation for answering "Yes" to question(s) 7(b) and (c).

Applicants who have answered "Yes" to questions 7(b) and (c) are required to submit a statement explaining such response(s). The space provided below should be used for this purpose and must be separately signed.

PRINT or TYPE Name Here - Sign Below

Signature _____  Date _____

DEFINITIONS

1. Bulk, Synthesizer-Extractor. The term bulk manufacture means the production, preparation, propagation, compounding or processing of a drug or other substance, either directly or indirectly or by extraction from substances of natural origin, or independently by means of chemical synthesis or by combination of extraction and chemical synthesis, when the final product is to be used for further manufacture (into dosage forms) or a substance to be used for analytical purposes or for repackaging into non-dosage form units for patient or other uses.

2. Dosage Form Manufacture. Means the production, preparation, compounding or processing of a bulk substance into a form which is to be used without additional production, preparation, compounding or processing by an ultimate user, except that such term does not include packaging, repackaging, labeling, or relabeling of a drug or other substance, in conformity with applicable State or local law, by a practitioner as an incident to his administration or dispensing of a drug or substance in the course of his professional practice.

3. The term Repackager - Relabeler: Means the packaging or repackaging of a drug or other substance or the labeling or relabeling of its container, except that such term does not include the packaging, repackaging, labeling or relabeling of a drug or other substance, in conformity with applicable State or local law, by a practitioner as an incident to his administration or dispensing of a drug or substance in the course of his professional practice.

4. Non-Human Consumption: Means the production, preparation, propagation, compounding, or processing of a drug or other substance whether directly or indirectly or by extraction of substances of natural origin or independently by means of chemical synthesis or by a combination of extraction and chemical synthesis, where the final product is not to be used for prevention, treatment or mitigation of diseases, but is to be used for scientific investigation, laboratory analysis, or other non-patient usage.

A. Industrial Manufacture. Means the use of Controlled Substances in the manufacture on non-drug, non-controlled finished product.

B. [Use] of a drug or other substance with addictive material

AUTHORITY: Section 302 and 303 of the Controlled Substances Act of 1970 (PL 91-513)

PURPOSE: To obtain information required to register applicants pursuant to the Controlled Substances Act of 1970 (PL 91-513)

ROUTINE USES: The Controlled Substances Act Registration Records produces special reports are required for statistical analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes

B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes

C. Persons registered under the Controlled Substances Act (PL for the purpose of verifying the registration of customer practitioners

EFFECT: Failure to complete form will preclude processing of the appli

MCKMDL00652065

Form DEA-225c    (94)

**RENEWAL**
**Application for DEA Registration**
**Under**
**Controlled Substances Act of 1970**

Read Instructions Before Completing Application

No registration may be issued unless a completed application form has been received (21 CFR 1301.33).

See "Privacy Act" Information on Reverse

**ATTENTION** ▲

Mail *this* Copy with FEE to:
**U.S. Department of Justice**
**Drug Enforcement Administration**
**Central Station**
**P.O. Box 28083**
**Washington, D.C. 20038-8083**

For Information Call: (202) 307-7255

Make Check or Money Order Payable to:
**Drug Enforcement Administration**
*in amount indicated.*

**FEES ARE NOT REFUNDABLE.**

OMB No. 1117-0012

95691

01/31/96

REGISTRANT BUSINESS NAME AND ADD.
NCKESSON DRUG COMPANY
3775 SEAPORT BLVD
WEST SACRAMENTO, CA

DEA
REGISTRATION
NUMBER        PM0021535

YOUR CURRENT
REGISTRATION
EXPIRES ON

*0IH: FEE 15 $435. FOR 1 YEAR**

**1. DRUG SCHEDULES:** (Check all applicable schedules in which you intend to handle controlled substances. Complete Item 6 if applicable.

☐ SCHEDULE I   ☐ SCHEDULE II   ☐ SCHEDULE III NARCOTIC   ☐ SCHEDULE III NONNARCOTIC   ☐ SCHEDULE IV   ☐ SCHEDULE V

**2. Supply any other current DEA Registration Numbers for any class of business activity at the address shown on this application.**

**3. MANUFACTURERS ONLY**

MANUFACTURER CATEGORIES

A [ ] Bulk, Synthesizer-Extractor
B [ ] Dosage Form
C [ ] Repacker-Relabeler
D [ ] Non-Human Consumption

Check Schedules & Category applicable in the boxes to the right.

| SCHEDULE | | | | |
|---|---|---|---|---|
| I | II | III | IV | III-Non | V |

**B. CERTIFICATION FOR FEE EXEMPTION**

☐ CHECK THIS BLOCK IF APPLICANT NAMED HEREON IS A FEDERAL, STATE, OR LOCAL GOVERNMENT OPERATED HOSPITAL OR INSTITUTION.

Individual researchers cannot be exempted from payment of fee. The undersigned hereby certifies that the applicant named hereon is a Federal, state, or local government operated hospital or institution, and is exempt from the payment of the application fee.

Signature of Certifying Official _____ Date _____

Print or Type Name _____

Print or Type Title _____

**8 DRUG CODE NUMBERS** must coincide with the schedules requested. Listed below are the Drug Code requirements for each business activity:

Analytical Lab - Not required to list drug codes
Distributor - Schedule I
Exporter - Schedule I thru V
Importer - Schedule I thru V
Researcher - Schedule I and only Schedule II manufactured or imported (see Items 1 and 6 on Instruction Sheet)

MANUFACTURER - Schedule I, II, III, IIIN
In addition to codes furnished, bulk manufacturer (synthesizer/extractor) applicants MUST Code "Basic Classes" of controlled substances in Schedule I and II which to "Nonnarcotics in Bulk"

| | | | |
|---|---|---|---|
| | | | |
| | | | |

IF ADDITIONAL SPACE IS REQUIRED, USE SEPARATE SHEET AND RETURN WITH APPLICATION.

WARNING: Section 843(A)(4), Title 21, United States Code, states that any person who knowingly or intentionally furnishes false or fraudulent information on this application is subject to imprisonment for not more than four years, a fine of not more than $30,000.00 or both.

**4. ALL APPLICANTS MUST ANSWER THE FOLLOWING:**

STATE LICENSE

(a) Are you currently authorized to prescribe, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying, under the laws of the **State** or jurisdiction in which you are operating or propose to operate?

[ ] Yes - State License Number _____
       [ ] Not applicable

[ ] Yes - State Controlled Substance No. _____
       [ ] Not applicable

(b) Has the applicant ever been convicted of a crime in connection with controlled substances under State or Federal law, or ever surrendered or had a DEA registration revoked, suspended or denied, or ever had a State professional license or controlled substance registration revoked, suspended, denied, restricted or placed on probation?   [ ] Yes    [ ] No

(c) If the applicant is a corporation, association, or partnership, has any officer, partner, stockholder or proprietor been convicted of a crime in connection with controlled substances under State or Federal law, or ever surrendered or had a DEA registration revoked, suspended or denied, or ever had a State professional license or controlled substance registration revoked, suspended, denied, restricted or placed on probation?   [ ] Yes    [ ] No

If the answer to questions 4 (b) or (c) is Yes, include a statement using the space provided on the REVERSE of this part.

Print or Type Name Here - Sign Below _____    Applicants Business Phone No. (include Area Code) _____

**SIGN HERE**

Signature of Applicant or authorized Individual _____    Date _____

TITLE (If the applicant is a corporation, institution, or other entity, enter Title of the person signing on behalf of the applicant ((e.g., President, Dean, Procurement Officer, etc...)).

Drug Operations Manual
Exhibit 55-2
1/15/97

CONFIDENTIAL

MCKMDL00652066

CONFIDENTIAL

MCKMDL00652067

Drug Operations Manu
Exhibit 55-3
1/15/97

**McKesson Laboratories**
FAIRFIELD, CONN. U.S.A. 06430

INTER-ORGANIZATION CORRESPONE

| | | | |
|---|---|---|---|
| TO | Distribution Center Managers | DATE | May 1, 1974 |
| | G. P. Frost - San Francisco | | |
| | ✓S. W. Knapp - San Francisco | FROM | L. W. Willson |
| | K. L. Larson - San Francisco | | |
| ATTENTION: | E. E. Wilson - San Francisco | SUBJECT: | |
| | Regional Distribution Vice-Presidents | | Amobarbital, Secobarbital |
| CARBONS TO: | Area Distribution Managers | | and Pentobarbital Parenter |
| | Rex Pharmaceuticals Branches | | |

This is to advise you that we have obtained approval from DEA to store the above products under Schedule III security. My letter requesting permission listed all Distribution Centers and Rex Pharmaceuticals Branches. I quote from the reply signed by Ronald W. Buzzeo, Chief - Regulatory Investigations Section.

"This is in response to your correspondence of March 11, 1974 regarding your request for approval to store amobarbital, secobarbital and pentobarbital parenterals requiring refrigeration in compliance with Schedule III security regulations.

The purpose of this letter is to grant permission to McKesson Laboratories to store the above named Schedule II barbiturates requiring refrigeration under Schedule III security regulations. This permission is granted to all locations listed in your letter of March 11, 1974."

| | | | |
|---|---|---|---|
| TO | A. W. Knapp-San Francisco | DATE | June 3, 1974 |
| | | FROM | L. W. Willson |
| ATTENTION | | SUBJECT | Use of Wording |
| | E. E. Wilson-San Francisco | | "McKesson Laboratories" |
| CARBONS TO | | | |

Dear Art:

I talked with Ken Durrin about the use of the wording "McKesson Laboratories" in the letter from Ron Buzzeo granting us permission to store Schedule II parenterals under Schedule III security. Ken said they had caught this error themselves, not to worry about it and that they would interpret "McKesson Laboratories" as "McKesson and Robbins".

Sincerely,

Duke

L. W. Willson

CONFIDENTIAL

MCKMDL00652068

CONFIDENTIAL

MCKMDL00652069



Drug Operations Manual
Exhibit 55-3a
1/15/97

U.S. Department of Justice

Drug Enforcement Administration

*Washington, D.C. 20537*

OCT 20 1989

Art Thysell
Director, Distribution Planning
McKesson Corporation
One Post Street
San Francisco, California 94104-5296

Dear Mr. Thysell:

    Reference is made to your letter of September 15, 1989 requesting
approval to store suppositories of oxymorphone and hydromorphone in
compliance with Schedule III security regulations.

    Permission is granted to store the above named Schedule II controlled
substances under Schedule III security regulations. The permission is
granted to all locations listed in your letter of September 15, 1989.

    If you have any further questions regarding this matter please do not
hesitate to contact this office.

                                    Sincerely,

                                    Gene R. Haislip
                                    Deputy Assistant Administrator
                                    Office of Diversion Control

CONFIDENTIAL                                                          MCKMDL00652070

CONFIDENTIAL

MCKMDL00652071

DRUG OPERATIONS MANUAL

Drug Operations Manual
Exhibit 55-4
1/15/97

POWER OF ATTORNEY FOR DEA ORDER FORMS

_____
(Name of Registrant)

_____    _____
(Address of Registrant)    (DEA Registration Number)

I,_____, the undersigned who is
  (Name of person granting power)
authorized to sign the current application for registration of the above-named
registrant under the Controlled Substances Act or Controlled Substances Import
and Export Act, have made, constituted, and appointed, and by these presents,
do make, constitute, and appoint _____, my true and
                          (Name of attorney-in-fact)
lawful attorney, for in my name, place, and stead, to execute application for
books of official order forms and to sign such order forms in requisition for
Schedule I and II controlled substances, in accordance with section 1308 of the
Controlled Substances Act (21 U.S.C. 828) and Part 1305 of Title 21 of the Code
of Federal Regulations. I hereby ratify and confirm all that said attorney
shall lawfully do or cause to be done by virtue hereof.

                          _____
                          (Signature of person granting power)

I,_____, hereby affirm that I am the person
  (Name of attorney-in-fact)
named herein as attorney-in-fact and that the signature affixed hereto is my
signature.

                          _____
Witnesses:               (Signature of attorney-in-fact)

1. _____   2. _____

Signed and dated on the ____ day of _____, 19____at_____

NOTICE OF REVOCATION OF POWER OF ATTORNEY

The foregoing power of attorney is hereby revoked by the undersigned, who is
authorized to sign the current application for registration of the above-named
registrant under the Controlled Substances Act or the Controlled Substances
Import and Export Act. Written notice of this revocation has been given to the
attorney-in-fact this same day.

                          _____
Witnesses:            (Signature of person revoking power)

1. _____   2. _____

Signed and dated on the ____ day of _____, 19____at_____

 MCKMDL00652072

CONFIDENTIAL

MCKMDL00652073

DR48L100  VER001
REPORTING PERIOD TO 03/25/86

**MCKESSON DRUG COMPANY**
**CUSTOMERS WITH EXPIRED DEA NUMBERS**
**FOR DC#**

REPORT NO. DR48R10A  PAGE: 1
RUN DATE 02/21/86  TIME: 10:04

Drug Operations Manua
Exhibit 55-4a
1/15/97

SALES TERRITORY: 006

| CUSTOMER | DEA NUMBER | EXPIRATION | PERMITTED SCHEDULES | R.A.M. SIGNATURE | DATE | CUSTOMER SIGNATURE | DATE |
|---|---|---|---|---|---|---|---|
| 615278 AIRPORT PCHY<br>MILE 41.5 GLENN HWY<br>PALMER AK 99645<br>TEL: (907) 745-5419 | AA72B1722 | 06/30/85 | | | | | |
| | | / / _ | 2  2N  3  3N  4  5 | | | | |
| 615070 INDEPENDENCE PARK<br>9500 INDEPENDENCE DR<br>ANCHORAGE AK 99507<br>TEL: (907) 344-4924 | A12501294 | 03/31/85 | | | | | |
| | | / / _ | 2  2N  3  3N  4  5 | | | | |
| 620294 MEDICAL CTR-FAIRBKS<br>1867 AIRPORT ROAD<br>FAIRBANKS AK 99701<br>TEL: (907) 4522328 | AM706766 | 01/31/86 | | | | | |
| | | / / _ | 2  2N  3  3N  4  5 | | | | |
| 620088 PAY N SAVE #125<br>1800 PARKS HWY<br>WASILLA AK 99687<br>TEL: (907) 376-9668 | NO DEA NUM | 03/31/85 | | | | | |
| | | / / _ | | | | | |

CONFIDENTIAL

MCKMDL00652074

CONFIDENTIAL

MCKMDL00652075

Drug Operations Man
Exhibit 55-5, Page 1 c
1/15/97

U.S. Department of Justice

Drug Enforcement Administration

*Washington, D.C. 20537*

Ronald J. Streck
State Liaison Manager
  and Staff Attorney
National Wholesale Druggists'
  Association
1511 K Street, Northwest
Washington, D.C.  20005

Dear Mr. Streck:

This is in reply to your correspondence of June 11, 1980 with accompanying
distributor guidelines for the verification of DEA registration numbers and
the identification and reporting of suspicious and/or excessive purchases.

The effort to provide effective controls and procedures to guard against the
diversion of controlled substances has continually been one of the primary
concerns and responsibilities of both the DEA and industry.  The safeguards
established by regulation and effectively implemented by industry are essential
in accomplishing this goal.  Title 21, Code of Federal Regulations, Section
1301.74, which requires a registrant to establish a system of customer verifi-
cation and the reporting of suspicious orders and/or excessive purchases, is one
such regulation.  Understandably, the DEA has continued to maintain the position
that the responsibility for devising and maintaining a system which accomplishes
the above remains with the registrant.  The DEA will only intervene when a system
appears to be ineffective.  At this point, the DEA can suggest to the registrant
ways of improving the system.

The guidelines which you have provided appear to have definite merit from the
standpoint of both practicality and effectiveness.  Implementation of such a
system would lend itself to increased capabilities on the part of a registrant
to provide an effective customer verification and suspicious and/or excessive
order monitoring system.

In closing I would like to state that these guidelines as presented appear to be
appropriate for implementation and would serve as an effective instrument in
accomplishing the requirements as set forth in Title 21, Code of Federal Regu-
lations, Section 1301.74.  However, it must be understood that these criteria
can only be properly evaluated for effectiveness subsequent to implemenation.

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-5, Page 2 of 2
1/15/97

I appreciate the opportunity to be able to comment on this matter, and if I can be
of any further assistance, please do not hesitate to contact me.

Sincerely,

Gene R. Haislip, Director
Office of Compliance & Regulatory
Affairs

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-6
1/15/97

PROGRAM .9L100 VER 003
DATE 01/23/92 TIME 03.22.55
DC 190 - SPOKANE

MCKESSON CORPORATION
CONTROLLED SUBSTANCES SALES REPORT
FOR MONTH OF DECEMBER 1991

| VENDOR NUMBER | ITEM SEQ | ITEM DESCRIPTION | QUANTITY | UNIT | CUSTOMER NUMBER | NDC NUMBER | CUSTOMER NAME | NARCOTICS CODE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 00107 | 5500 | MEPERID VIAL 300MG 30ML AUB 10 | | | | 00074603004 | | SCHEDULE II | | |
| | | | 3 | CS | 804641 | | KALISPELL REG | | 12/06/91 | 00914 |
| | | | 4 | CS | 804039 | | ST PATRICK HOSPITAL | | 12/10/91 | 00001 |
| | | TOTAL SALES FOR MONTH | 7 | | | | | | | |
| 00107 | 5600 | MORPHINE VIAL 30MG 30ML ABB 10 | | | | 00074602304 | | SCHEDULE II | | |
| | | | 6 | CS | 804039 | | ST PATRICK HOSPITAL | | 12/06/91 | 00163 |
| | | | 4 | CS | 804641 | | KALISPELL REG | | 12/06/91 | 00914 |
| | | | 4 | CS | 804039 | | ST PATRICK HOSPITAL | | 12/10/91 | 00221 |
| | | | 3 | CS | 804641 | | KALISPELL REG | | 12/19/91 | 00865 |
| | | TOTAL SALES FOR MONTH | 17 | | | | | | | |
| 00109 | 4705 | PENTOTHAL SYR RTH 503MG 25 | | | | 00074624301 | | SCHEDULE III-IV | | |
| | | | 1 | EA | 804641 | | KALISPELL REG | | 12/16/91 | 00547 |
| | | | 1 | EA | 240754 | | ST. MARYS HOSPITAL | | 12/19/91 | 00392 |
| | | TOTAL SALES FOR MONTH | 2 | | | | | | | |
| 00109 | 4706 | PENTOTHAL SYR RTH 500MG 25 | | | | 00074642001 | | SCHEDULE III-IV | | |
| | | | 1 | EA | 439562 | | MISSOULA COMMUNITY HOSP | | 12/03/91 | 00145 |

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652079

PROGRAM  49L200 VER 002
DATE 01/03/92  TIME 03:08:16
DC 190 - SPOKANE
R.A.H.: #: 001

MCKESSON CORP.  /ICN
CONTROLLED SUBSTANCES CUSTOMER PURCHASES
DEC 1991 ACTIVITY AND ELEVEN MONTH PRIOR SUMMARY

HAMILTON DRUG
110 SOUTH MAIN      HA    99111        CUST # 008433
COLFAX                                 DEA # AH6248783

Drug Operations Manu
Exhibit 55-6a
1/15/97

| SKD | QTY | INV DATE | INV # | UNIT | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3-4 | 1 | 12/24/91 | 00233 | EA | 1947951 | 00009002901 | XANAX TAB 0.25MG | ALPRAZOLAH |

| 01/91 | 02/91 | 03/91 | 04/91 | 05/91 | 06/91 | 07/91 | 08/91 | 09/91 | 10/91 | 11/91 | 12/91 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | -100 | 1 | 0 | 0 | 0 | 2 | 0 | 1 | 1 |

| SKD | QTY | INV DATE | INV # | UNIT | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3-4 | 1 | 12/06/91 | 00114 | EA | 1947969 | 00009005501 | XANAX TAB 0.5MG | ALPRAZOLAM |
| 3-4 | 1 | 12/11/91 | 00330 | EA | 1947969 | 00009005501 | XANAX TAB 0.5MG | ALPRAZOLAM |
| 3-4 | 1 | 12/24/91 | 00233 | EA | 1947969 | 00009005501 | XANAX TAB 0.5MG | ALPRAZOLAM |

| 01/91 | 02/91 | 03/91 | 04/91 | 05/91 | 06/91 | 07/91 | 08/91 | 09/91 | 10/91 | 11/91 | 12/91 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | 0 | 1 | 0 | 1 | 2 | 0 | 1 | 103 | 100 | 100 |

| SKD | QTY | INV DATE | INV # | UNIT | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3-4 | 1 | 12/20/91 | 00127 | EA | 2421519 | 0053642801 | TEMAZEPAM CAP 15MG | TEMAZEPAM |

RUG -100

| 01/91 | 02/91 | 03/91 | 04/91 | 05/91 | 06/91 | 07/91 | 08/91 | 09/91 | 10/91 | 11/91 | 12/91 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | -2 | 0 | 2 | 0 | 0 | 1 | 2 | 0 | 2 |

| SKD | QTY | INV DATE | INV # | UNIT | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 3-4 | 1 | 12/03/91 | 00275 | EA | 2762151 | 00677045701 | CHLORDIAZ CAP 5MG | CHLORDIAZEPOXIDE HCL |
| 3-4 | 1 | 12/16/91 | 00252 | EA | 2762151 | 00677045701 | CHLORDIAZ CAP 5MG | CHLORDIAZEPOXIDE HCL |
| 3-4 | 1 | 12/19/91 | 00345 | EA | 2762151 | 00677045701 | CHLORDIAZ CAP 5MG | CHLORDIAZEPOXIDE HCL |
| 3-4 | 1 | 12/24/91 | 00987 | EA | 2762151 | 00677045701 | CHLORDIAZ CAP 5MG | CHLORDIAZEPOXIDE HCL |

URL 100a

| SKD | QTY | INV DATE | INV # | UNIT | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5 | 1 | 12/09/91 | 00303 | EA | 1233287 | 0303781219 | TUSSI-ORGANIDIN | CODEINE/IODINATED GLYCER |

160Z

CONFIDENTIAL

MCKMDL00652080

CONFIDENTIAL

MCKMDL00652081

Drug Operations Manual
Exhibit 55-7, Page 1 of 4
1/15/97

DL-.300  VER 001
REPORTING PERIOD 08/01/95 THRU 08/31/95

152 SACRAMENTO
DEA NO. PHO021535

McKESSON DRUG COMPANY
CUSTOMER RECAP VARIANCE REPORT
ARCOS ITEMS BY HOSPITAL

REPORT NO DRO4R335L   PAGE 1
RUN DATE 09/26/95  TIME 11:56:12

| CUSTOMER NUMBER | CUSTOMER NAME | CUSTOMER ADDRESS | CUSTOMER CITY & STATE | ZIP CODE | DEA NUMBER | TOTAL QTY PURCHASED |
|---|---|---|---|---|---|---|
| BASE CODE - 9062  CODEINE SULFATE | | FACTOR - 03.00 | BERKELEY   CA | INGREDIENT LIMIT | | 155.33125 * |
| 430017   KAISER PHCY DIV 3. | | 1710 2ND STREET | BASE CODE MONTHLY AVERAGE | 9710 FCO864422 | | 635.58060 |
| | | | | | | 51.77776 |
| BASE CODE - 9130  DIHYDROCODEINONE BITARTRATE | | FACTOR - 03.00 | SACRAMENTO   CA | INGREDIENT LIMIT | | 7.17170 * |
| 525352   KPH OUTPATIENT PHARMACY | | 2825 MORSE AVE | BASE CODE MONTHLY AVERAGE | 95825 AC1355337 | | 9.14136 |
| | | | | | | 2.19125 |
| BASE CODE - 9760  SUFENTANIL CITRATE | | FACTOR - 03.00 | SAN FRANCISCO   CA | INGREDIENT LIMIT | | 0.04521 * |
| 427724   KPHP 8130 INPATIENT | | 2425 GEARY STREET | BASE CODE MONTHLY AVERAGE | 95115 AC1299074 | | 0.05202 |
| | | | | | | 0.01507 |

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-7, Page 2 of 4
1/15/97

MCKESSON DRUG COMPANY
CUSTOMER RECAP VARIANCE REPORT
NON-NARCOS ITEMS BY HOSPITAL

REPORT NO. DRS-WA355A   PAGE
RUN DATE 09/06/85   TIME 11:50 32

TDG   VER 001
TDG PERIOD 08/01/85 THRU 08/31/85
-CRANENTO
DEA I.D. PM0021533

BASE CODE - 9273 DEXTROPROPOXYPHENE HYDROCHLORI
430017   KAISER PHCY DIV   3

| CUSTOMER NUMBER | CUSTOMER NAME | CUSTOMER ADDRESS | CUSTOMER CITY & STATE | ZIP CODE | DEA NUMBER | TOTAL OTS PURCHASED |
|---|---|---|---|---|---|---|
| | | FACTOR - 06.00 1210 1/G STREET | BERKELEY | CA | | 1026.72576 * 3560.42400 120.36647 |

BASE CODE - 9709 PENTAZOCINE LACTATE
430017   KAISER PHCY DIV   3

FACTOR - 06.00   1210 2ND STREET   BERKELEY   CA   560.35016 *   559.64400   71.04337

INGREDIENT LIMIT
%-710 PHRBA-VCZ
BASE CODE MONTHLY AVERAGE

CONFIDENTIAL
MCKMDL00652083

084/L100   VER 001
REPORTING PERIOD 06/01/05 THRU 06/31/05

REPORT NO. DM43R05S   PAGE   1
RUN DATE 07/11/05   TIME 10.40.43

MCKESSON DRUG COMPANY
DETAILED CUSTOMER VARIANCE REPORT
ARCOS ITEMS BY HOSPITAL

102  SACRAMENTO
DEA NO. PM0021555

| INVOICE DATE | INVOICE NUMBER | ITEM NUMBER | NDC NUMBER | ITEM DESCRIPTION | QUANTITY PURCHASED | X | GRAM WEIGHT | = | GRAMS PURCHASED |
|---|---|---|---|---|---|---|---|---|---|

410017
KAISER PHCY DIV   3
1710 2ND STREET
BERKELEY   , CA   94710
PM0064422

BASE CODE - 9062 CODEINE SULFATE
06/12/05 2009224 1261031  00001-0225-55 EMPIRIN W/COD 60MG #4  FACTOR - 3.00

100   INGREDIENT LIMIT   144   4.42020   155.33328 *
CUSTOMER TOTAL   636.50000
BASE CODE MONTHLY AVERAGE   636.50000
51.77776

CONFIDENTIAL

MCKMDL00652084

Drug Operations Manual
Exhibit 55-7, Page 4 of 4
1/15/97

```
DR471100  VER 001                         MCKESSON DRUG COMPANY                    REPORT NO. DR47R0SA  PAGE    1
REPORTING PERIOD 08/01/05 THRU 08/31/05   DETAILED CUSTOMER VARIANCE REPORT        RUN DATE 09/11/05  TIME 10.40.43
                                          NON-ARCOS ITEMS BY HOSPITAL

102  SACRAMENTO
DEA NO. PH0021535

                                                                              QUANTITY        GRAM          GRAMS
      INVOICE   INVOICE    ITEM      NDC              ITEM                     PURCHASED   X   WEIGHT    =    PURCHASED
      DATE      NUMBER     NUMBER    NUMBER           DESCRIPTION

410017
KAISER PHCY DIV  3
1710 2ND STREET
BERKELEY   , CA  94710
PK0064412

BASE CODE - 9273  DEXTROPROPOXYPHENE HYDROCHLORI  FACTOR -  8.00
      08/19/05  2004231  1435121  00002-0363-02    DARVOCET-N 100 TAB         1093   100   526   6.19000   INGREDIENT LIMIT   1026.77576 *
      08/19/05  2004231  1601038  00002-0351-02    DARVOCET-N 50 TAB         1098   100    60   3.09900                        3272.54400
                                                                                                                               165.94000
                                                                            CUSTOMER TOTAL                                     3656.40400
                                                                            BASE CODE MONTHLY AVERAGE                           126.34697

BASE CODE - 9709  PENTAZOCINE LACTATE            FACTOR -  8.00
      08/05/05  2030217  1251342  00024-1951-04    TALWIN NX TAB 50MG        7540   100   216   4.44000   INGREDIENT LIMIT    568.35016 *
                                                                            CUSTOMER TOTAL                                      959.04000
                                                                            BASE CODE MONTHLY AVERAGE                            71.04337
```

CONFIDENTIAL

MCKMDL00652085

Drug Operations Manual
Exhibit 55-8
1/15/97

Special Agent in Charge
Drug Enforcement Administration
_____ Division
(Address - See Exhibit 55-9)

CERTIFIED MAIL

Dear Mr. _____:

Enclosed, pursuant to CFR21, § 1301.74(b) are the Customer Recap
Variance Report and the Monthly Controlled Substance Suspicious
Purchases Report for the month of _____, 19___.

The Customer Recap Variance Report reflects exceptions as noted to
the guidelines approved by DEA for detecting orders of unusual size,
orders deviating substantially from normal pattern, and orders of
unusual frequency for controlled substance items with base codes
assigned to them.  The Monthly Controlled Substance Suspicious
Purchases Report reflects purchases of all controlled substances,
Schedules II, IIN, III, IIIN, IV, V according to the same guidelines
as the Customer Recap Variance Report.  A listing of the parameters
used are available upon request.

With the submission of these reports for the month of _____,
we are leaving to DEA the final determination of whether they are
suspicious or unusual.

Very truly yours,


_____
Distribution Center Manager

CONFIDENTIAL

MCKMDL00652087

Drug Operations Manual
Exhibit 55-9
1/15/97

Reproduc
Form
Locally

DEA UNUSUAL PURCHASES NOTIFICATIONS

| Notification Made | | Customer Name | Order No. | Person Notified At DEA | Follow-Up Letter Date | Description of Unusual Purchase |
|---|---|---|---|---|---|---|
| Date | Time | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CONFIDENTIAL

MCKMDL00652088

CONFIDENTIAL

MCKMDL00652089

Drug Operations Manual
Exhibit 55-10
1/15/97

| See Reverse of PURCHASER'S Copy for Instructions | | No order form may be issued for Schedule I and II substances unless a completed application form has been received, (21 CFR 1305.04). | OMB APPROVAL No. 1117-0010 |
|---|---|---|---|
| TO: (Name of Supplier) Roxane Labs | | STREET ADDRESS 1809 Wilson Road | |
| CITY and STATE Columbus, OH | | DATE 12/21/90 | TO BE FILLED IN BY SUPPLIER SUPPLIERS DEA REGISTRATION No. |

TO BE FILLED IN BY PURCHASER

| No. | No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|---|
| 1 | 5 | 4x25 | Levorphanol Tab 2mg RN | | | |
| 2 | 1 | 100 | Meperidine Tab 100mg ROX | | | |
| 3 | 3 | 100 | Methadone Tab 10mg | | | |
| 4 | 1 | 4x25 | Methadone Tab 5mg RN | | | |
| 5 | 3 | 100 | Morphine Tab 15mg | | | |
| 6 | 3 | 100 | Roxicet Capl 5/500mg | | | |
| 7 | 1 | 100 | Roxicet Tab 5/325mg | | | |
| 8 | 12 | 100 | Roxanol SR Tab 30mg | | | |
| 9 | 1 | 25 | Marinol Cap 5.0mg | | | |
| 10 | | | | | | |

| NO. OF ITEMS ORDERED 9 | (MUST BE 10 OR LESS) | SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT |
|---|---|---|
| Date Issued 07-27-95 | DEA Registration No. PM0021535 | Name and Address of Registrant MCKESSON DRUG COMPANY 3775 SEAPORT BLVD WEST SACRAMENTO, CA 95691 |
| Schedules 2,3,3N,4,5 | No. of this Order Form | |
| Registered as a DISTRIBUTOR | 952046760 | |

95691

U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II
DRUG ENFORCEMENT ADMINISTRATION
SUPPLIER'S Copy 1

DEA Form-222 (Oct. 1992)

55633064

CONFIDENTIAL

MCKMDL00652090

CONFIDENTIAL

MCKMDL00652091

Drug Operations Manual
Exhibit 55-11, Page 1 of 2
1/15/97

U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

OMB APPROVAL
No. 1117-0001

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.
Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

DEA MANUAL AUTHORITY:
Diversion Investigators 5124
FPS: 630-02

**1 NAME AND ADDRESS OF REGISTRANT (Include ZIP Code)**
ZIP CODE

**2. PHONE NO. (Include Area Code)**

**3. DEA REGISTRATION NUMBER**
2 ltr. prefix     7 digit suffix

**4. DATE OF THEFT OR LOSS**

**5. PRINCIPAL BUSINESS OF REGISTRANT (Check one)**
1 ☐ Pharmacy       5 ☐ Distributor
2 ☐ Practitioner   6 ☐ Methadone Program
3 ☐ Manufacturer   7 ☐ Other (specify)
4 ☐ Hospital/Clinic

**6. COUNTY IN WHICH REGISTRANT IS LOCATED**

**7. WAS THEFT REPORTED TO POLICE?**
☐ YES   ☐ NO

**8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Co**

**9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS?**

**10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate)**
1 ☐ Night break-in    3 ☐ Employee pilferage   5 ☐ Other (Explain)
2 ☐ Armed robbery     4 ☐ Customer theft       6 ☐ Lost in transit (Complete Item 14)

**11. IF ARMED ROBBERY, WAS ANYONE:**
KILLED? ☐ No ☐ Yes (How many) _____
INJURED? ☐ No ☐ Yes (How many) _____

**12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN?**
$

**13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN?**
☐ No ☐ Yes (Est. Value)
$

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:**

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
| D. Was the carton received by the customer?  ☐ Yes  ☐ No | E. If received, did it appear to be tampered with?  ☐ Yes  ☐ No | F. Have you experienced losses in transit from this same carrier in the past?  ☐ No  ☐ Yes (How Many) _____ |

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?**

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA-222) WERE STOLEN, GIVE NUMBERS**

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?**

### PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).

PURPOSE: Report theft or loss of Controlled Substances.

ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

DEA Form – 106
(Dec. 1985)

Previous edition dated 2/83 is OBSOLETE.

CONTINUE ON REVERSE

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-11, Page 2 of 2
1/15/97

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| Examples: Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 kg/ml Vial | 6 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Signature _____  Title _____  Date _____

 MCKMDL00652093

Drug Operations Manual
Exhibit 55-12, Page 1 of 2
1/15/97

### DEA ORDER FORM GUIDELINES

These summary guidelines are intended to provide a ready reference for the whole-saler's use in determining when to fill and when not to fill Federal Order Forms. Set forth thereafter is the full text of Unaccepted and Defective Order Forms (21 CFR 1305.11). See suggested form for the return of Order Forms page 55-82.

ORDER FORMS MUST BE REJECTED AND RETURNED TO THE CUSTOMER FOR THE FOLLOWING REASONS:

1.  Illegibility or inability to identify the customer, customer's registration number, items specified, quantities or improper execution or endorsement.

2.  Any alterations, erasures or changes resulting in questions regarding identity of the customer, the customer's registration number, the number of items or quantities.

3.  Shows a cancelled or voided line by the purchaser.

4.  Omitted signature.

5.  Sixty (60) days have elapsed from the date of execution by the purchaser.

6.  The box showing total number of lines completed is blank, contains a roman numeral, or is different than the number of items actually ordered.

7.  Registrant's address incorrectly states a P.O. Box.

8.  Form does not show authorization to receive both II and IIN schedules.

ORDER FORM CORRECTIONS WHICH CAN BE MADE

(Only on Order Forms which identify the customer, customer's registration number, items and quantities and are properly signed.)

1.  Filling in the wholesaler's correct name, address, city or state when one or more of these have been omitted by the customer. To assure the problem is not repeated, the supplier must provide the purchaser with the correct address in writing.

2.  Filling in the date when this has been omitted. Where possible, the postal date on the envelope should be used.

3.  Adding or changing hydrochloride, sulfate, phosphate, ampules, tablets, etc., if the customer's order is otherwise correct in all respects. For example, if it specifies (in error) capsules and the product requested is properly desig-nated and supplied in tablets, then the order can be modified to correct "capsules" to "tablets".

SINGLE LINE ITEMS MUST BE CANCELLED FOR THE FOLLOWING REASONS, BUT THE BALANCE OF THE ORDER MAY BE FILLED:

(Only on Order Forms which identify the customer, customer's registration number, items and quantities and are properly signed.)

1.  If the item ordered is discontinued, not listed, or not a Schedule II Controlled Substance.

2.  Strength is dittoed.

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-12, Page 2 of 2
1/15/97

3.  Strength is omitted (except trademark items when the National Drug Code number is listed).

4.  Size of package is incorrectly stated (quantity may be reduced).

5.  Size of package is omitted.

6.  The box showing "No. of Packages" is a roman numeral.

CONFIDENTIAL

MCKMDL00652095

Drug Operations Manual
Exhibit 55-13
1/15/97



MCKMDL00652096

CONFIDENTIAL

MCKMDL00652097

Drug Operations Manual
Exhibit 55-14
1/15/97

## McKesson Drug Company
### Distribution Center DEA Form 222 Control Log

Page No. _____

| DISTRIBUTION CENTER NAME | | | | | | DATE | |
|---|---|---|---|---|---|---|---|
| NARCOTIC BLANK NUMBER | DATE USED | NARCOTIC BLANK NUMBER | DATE USED | NARCOTIC BLANK NUMBER | DATE USED | NARCOTIC BLANK NUMBER | DATE USED |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-15
1/15/97

# ARCOS TRANSMITTAL SHEET

DC Name: _____  Date: _____

| | Type of Transaction | Trans. Code | No. of Entries | Total Pieces | Edit Verification |
|---|---|---|---|---|---|
| A. | Sales to Customers<br>Returns to Vendors | S | | | |
| B. | Receipts<br>Vendor (Rec. Records)<br>Customers (Credit Memos) | P | | | |
| C. | Shipments Refused by Customers | R | | | |
| D. | Merchandise Lost in Transit | X | | | |
| E. | Theft on Premises | T | | | |
| F. | Destroyed by DEA | Y | | | |
| G. | Government Seizure | Z | | | |
| H. | Unsolicited Returns<br>**(NOTIFY VPDO BEFORE THIS TRANSACTION CODE IS USED.)** | V | | | |

Grand Total _____

Date Edit Completed _____

1. Fill in number of transactions to be key-entered for each code.

2. Fill in the total number of pieces to be key-entered for all transactions.

(01/97)

CONFIDENTIAL

MCKMDL00652101

Drug Operations Manual
Exhibit 55-16
1/15/97

55 — CONTROLLED SUBSTANCES

DATE=06/19/82   TIME=0739

| MODULE | PSID | MODULE DESCRIPTION | MASTER FILE INDEX ADDED | MASTER FILE INDEX UPDATED | FOR.P.QU010DSA RECORDS | LANG | PROC | PAGE 1 PROGRAMMER |
|---|---|---|---|---|---|---|---|---|
| JUL1011S | TDKK | DIV. 101 ***HU/BAL TRANS | - JUL 06/13/82 | NOT UPDATED | 3134 | TS | $IIOJCL | F4 |
| JUL1021S | DXLX | DIV. 102 TRANS TO SUBHIT | - JUL 06/06/82 | NOT UPDATED | 1721 | TS | $IIOJCL | F4 |
| JUL1031S | HTDC | DIV. 103 TRANS TO SUBHIT | - JUL 06/02/82 | NOT UPDATED | 610 | TS | $IIOJCL | F13 |
| JUL1051S | KFGK | DIV. 105 TRANS TO SUBHIT | - JUL 06/10/82 | NOT UPDATED | 1106 | TS | $IIOJCL | F16 |
| JUL1001S | XHLJ | DIV. 100 TRANS TO SUBHIT | - JUL 06/05/82 | NOT UPDATED | 646 | TS | $IIOJCL | F13 |
| JUL1101S | BXVX | DIV. 110 TRANS TO SUBHIT | - JUL 06/05/82 | NOT UPDATED | 1700 | TS | $IIOJCL | F4 |
| JUL1131S | HDDR | DIV. 113 TRANS TO SUBHIT | - JUL 06/10/82 | NOT UPDATED | 1351 | TS | $IIOJCL | F14 |
| JUL1101S | LZHC | DIV. 110 TRANS TO SUBHIT | - JUL 06/12/82 | NOT UPDATED | 2664 | TS | $IIOJCL | F12 |
| JUL1211S | FXJT | DIV. 121 TRANS TO SUBHIT | - JUL 06/10/82 | NOT UPDATED | 1030 | TS | $IIOJCL | F16 |
| JUL1221S | GXTT | DIV. 122 TRANS TO SUBHIT | - JUL 06/04/82 | NOT UPDATED | 2372 | TS | $IIOJCL | F14 |
| JUL1241S | DLVP | DIV. 124 TRANS TO SUBHIT | - JUL 06/04/82 | NOT UPDATED | 672 | TS | $IIOJCL | F15 |
| JUL.'51S | XHLG | DIV. 125 TRANS TO SUBHIT | - JUL 06/05/82 | NOT UPDATED | 1193 | TS | $IIOJCL | F16 |
| JUL1201S | GJGR | DIV. 120 TRANS TO SUBHIT | - JUL 06/05/82 | NOT UPDATED | 3103 | TS | $IIOJCL | F13 |
| JUL1291S | DKKH | DIV. 129 ***HU/BAL TRANS | - JUL 06/16/82 | NOT UPDATED | 2966 | TS | $IIOJCL | F13 |
| JUL1311S | XHHH | DIV. 131 TRANS TO SUBHIT | - JUL 06/10/82 | NOT UPDATED | 2929 | TS | $IIOJCL | F13 |
| JUL1321S | TVVH | DIV. 132 TRANS TO SUBHIT | - JUL 07/31/82 | NOT UPDATED | 2015 | TS | $IIOJCL | F14 |
| JUL1331S | XDCD | DIV. 133 TRANS TO SUBHIT | - JUL 06/10/82 | NOT UPDATED | 601 | TS | $IIOJCL | F13 |
| JUL1341S | CSPT | DIV. 134 TRANS TO SUBHIT | - JUL 06/10/82 | NOT UPDATED | 1214 | TS | $IIOJCL | F13 |
| JUL1351S | HRTF | DIV. 135 TRANS TO SUBHIT | - JUL 06/02/82 | NOT UPDATED | 1044 | TS | $IIOJCL | F13 |
| JUL1361S | VHKR | DIV. 136 TRANS TO SUBHIT | - JUL 06/12/82 | NOT UPDATED | 624 | TS | $IIOJCL | F13 |
| JUL1301S | CHHH | DIV. 130 TRANS TO SUBHIT | - JUL 06/04/82 | NOT UPDATED | 1004 | TS | $IIOJCL | F13 |
| JUL1391S | DPCV | DIV. 139 TRANS TO SUBHIT | - JUL 06/04/82 | NOT UPDATED | 1729 | TS | $IIOJCL | F13 |
| JUL1401S | JPHG | DIV. 140 ***HU/BAL TRANS | - JUL 06/12/82 | NOT UPDATED | 609 | TS | $IIOJCL | F4 |
| JUL1411S | XXKK | DIV. 141 TRANS TO SUBHIT | - JUL 06/11/82 | NOT UPDATED | 1622 | TS | $IIOJCL | F13 |

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652103

Drug Operations M
Exhibit 55-17
1/15/97



CONFIDENTIAL

MCKMDL00652104

CONFIDENTIAL

MCKMDL00652105

Drug Operations Manual
Exhibit 55-18
1/15/97

ARCOS EDIT ERROR LISTING

ARCOS BATCH CONTROL AND TRANSACTION EDIT ERRORS

MCKESSON DRUG CO.

PAGE 1

CONFIDENTIAL

MCKMDL00652106

CONFIDENTIAL

MCKMDL00652107

Drug Operations Manual
Exhibit 55-19
1/15/97

PROGRAM  D173H030  1.2

ARCOS TRANSACTION SUBMISSION CONTROL FORM

SUBMITTED BY:    FOREMOST-MCKESSON, INC.
                 3500 SPRINKLE ROAD
                 KALAMAZOO, MI. 49002

| REGISTRATION NUMBER | PERIOD COVERED FROM | TO | TRANSACTION IDENTIFIERS FIRST | LAST | BATCH NUMBER |
|---|---|---|---|---|---|
| PM0038972 | 07/01/82 | 07/31/82 | 8207000001 | 8207002663 | 8223100111I2 |
| PM0032580 | 07/01/82 | 07/31/82 | 0207000001 | 8207001679 | 0223100211I2 |
| PM0038592 | 07/01/82 | 07/31/82 | 0207000001 | 8207001763 | 8223100311I2 |
| PM0036334 | 07/01/82 | 07/31/82 | 8207000001 | 8207001425 | 8223100411I2 |
| PM0036550 | 07/01/82 | 07/31/82 | 8207000001 | 8207002044 | 8223100511I2 |
| PM0037615 | 07/01/82 | 07/31/82 | 8207000001 | 8207001390 | 8223100611I2 |
| PM0037374 | 07/01/82 | 07/31/82 | 8207000001 | 8207002043 | 0223100711I2 |

TRANSACTIONS ARE SUBMITTED ON TAPE
TAPE FORMAT IS UNLABELED 1600 BPI

CONFIDENTIAL

MCKMDL00652108

CONFIDENTIAL

MCKMDL00652109

## NOTICE OF UNACCEPTABLE ORDER FORM

Drug Operations M
Exhibit 55-20
1/15/97

Customer Name: _____  Date: _____

Telephone No.: _____

The Drug Enforcement Administration has established specific criteria for the acceptance of Federal Order Forms, DEA Form 222. In some cases we are required to return the form to you and request a new or corrected form before shipping. I other cases we can make minor changes and process the form for shipment.

Your Federal Order Form _____ was not complete and/or correct in all respects. We have handled this as follows:

The omission and/or error indicated below is such that we are not permitted to process this form:

____  Form is altered.
____  60 days have elapsed from date of execution.
____  Number in No. of Items Ordered/Last Line Completed box is blank, contains Roman numerals, or is different tha number of items ordered/last line completed.
____  Signature omitted.
____  Form does not show authorization to receive both II and IIN schedules.
____  Registrant's address incorrectly states a P.O. Box.
____  Form shows a canceled or voided line by the purchaser.

If your form is being returned:

____  Reference our phone conversation.
____  Please submit a new form.
____  Please review attached form and return.
____  See example attached.

Changes indicated below have been made, as permitted by the DEA, and your order has been shipped. This notice is for information purposes only. No action on your part is required:

____  Our name and/or address has been completed or corrected. Our correct address is (your DC address).
____  You sent all three copies to us. We are returning Copy 3 for your files.
____  We corrected the NDC # on line item #_____.
____  We modified the dosage form on line item #_____.
____  You requested _____, but the product is only supplied as _____.
____  Substitution of different size package has been made on line item #_____.
____  Line item #_____. Total product supplied is equal to or less than original request.
____  Line item #_____. No. of packages or size is omitted. We canceled this line and processed remainder of order.
____  Line item #_____. A Roman numeral was used for order quantity. We canceled this line and processed remaind of order.
____  Line item #_____ is not a Schedule II Controlled Substance. We canceled this line and processed remainder of order.
____  Line item #_____ is discontinued. It is still available in _____ NDC #_____. We canceled this line and processed remainder of order.
____  Line item #_____. Package size/product description is incomplete or incorrect. We canceled this line and processed remainder of order.
____  Line item #_____. We are currently out of inventory on this item. Per your verbal/written instructions, we have substituted this item with the comparable name brand/generic (circle one) _____ (insert item name)

Thank you for your cooperation.

**McKESSON DRUG COMPANY**

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652111



Drug Operations Ma
Exhibit 55-21
1/15/97



**U.S. Department of Justice**

Drug Enforcement Administration

*Washington, D.C. 20537*

**OCT** 2 3 1995

McKesson Drug Data Center
ATTN:  Dan White
11000 Trade Center Drive
Rancho Cordova, CA  95670

Dear Registrant:

Your Central Reporting Identifier is 030. Refer to this number when requesting
an update of your reporting file. The request must include the address of the
central reporting location and advise if you want all mail returned to the
central location or if you want correspondence delivered to each reporting
location.

Forward a copy of this letter to each of your reporting locations as proof of
authorization to report centrally.

If further information is needed concerning this system, please contact the Data
Systems Unit (ARCOS) at the address listed below:

> Drug Enforcement Administration
> Data Systems Unit (ARCOS)
> P. O. Box 28293
> Central Station
> Washington, D.C.  20005

Telephone No. (202) 307-8600

Sincerely,

Joseph B. Murphy, Chief
Data Systems Unit

Enclosure

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652113

Drug Operations Manual
Exhibit 55-22
1/15/97

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION<br>REGISTRANTS INVENTORY OF DRUGS SURRENDERED | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below).*

┌                    ┐

└                    ┘

Signature of applicant or authorized agent

Registrant's DEA Number

Registrant's Telephone Number

NOTE: Registrants will fill in Columns 1, 2, 3, and 4 Only.

DATE OF RETURN _____

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| *1* | *2* | *3* | *4* | *5* | *6* | *7* |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |

DEA Form                                              * See instructions on reverse side

CONFIDENTIAL

MCKMDL00652114

CONFIDENTIAL

MCKMDL00652115

Drug Operations Ma
Exhibit 55-23
1/15/97



# ARCOS CORRECTION FORM

EDIT PAGE #

CORRECTION #

| CHECK ONE | SEQUENCE NUMBER |
|---|---|
| DELETE | |
| REPLACE | |
| INSERT | |

| McKESSON DEA NUMBER | TRANS. TYPE* | NDC NUMBER | QUANTITY | CUSTOMER'S DEA NUMBER | ORDER FORM # (SCHEDULE II) | DATE | AUDIT |
|---|---|---|---|---|---|---|---|

REASON FOR THE ERROR.

*TRANS. TYPE CODES

3=ENDING INVENTORY

P=PURCHASE

P=CREDIT

R=REFUSED ORDER

S=SALE

Y=DESTRUCTION

DCM SIGNATURE

MCKMDL00652116

CONFIDENTIAL

MCKMDL00652117

Drug Operations Manual
Exhibit 55-24, Page 1 of 8

**DRUG OPERATIONS MANUAL      55-CONTROLLED SUBSTANCES**

QUARTERLY DEA CHECKLIST

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|---|---|---|---|---|---|
| 1 | Federal Regulatory Requirements | 55-7 | Are DEA publications on hand:<br> a. Code of Federal Regulations?<br> b. ARCOS General Reporting Manual? | 1 | | |
| 2 | Federal Regulatory Requirements | 55-8 | Are government inspection forms and files on hand (Exhibit 55-39)? | 1 | | |
| 3 | Registration & Re-registration | 55-12 | Is the DC's DEA Certificate posted in the DC's vault/cage? | 1 | | |
| 4 | Security | 55-20 | Is the vault day gate self-closing and self-locking? Are the top and bottom of day gate enclosed to prevent "fishing"? | 1 | | |
| 5 | Security | 55-21 | Are DEA cage bolts are pinned or brazed? | 1 | | |
| 6 | Security | 55-22 | Are cage doors self-closing and self-locking? | 1 | | |
| 7 | Security | 55-22 | Are schedule III - V controlled substances stored with Schedule II? If so, is there a letter of authorization from DEA on file? | 1 | | |
| 8 | Security | 55-22 | Are non-controlled substances stored in cage or vault? If yes, is there a letter of authorization from the DEA on file? | 1 | | |
| 9 | Security | 55-23 | Are warehouse entrance doors self-closing and self-locking? Are "No Cameras" signs posted on warehouse entrance doors? | 1 | | |
| 10 | Security | 55-23 | Are employee DEA background checks performed on all employees authorized to enter the cage or vault? | 1 | | |
| 11 | Security | 55-24 | Is a Visitors log/"Consent to Search" log being used? (Exhibit 55-35) Are visitor badges on hand? | 1 | | |
| 12 | Security | 55-24 | Is a list of personnel authorized to enter the warehouse posted at entrance and computer room? | 1 | | |
| 13 | Security | 55-24 | Is a list of personnel authorized to enter cage and vault posted at both the cage and the vault? | 1 | | |
| 14 | Security | 55-25 | Are door checks and locker inspections conducted a least once a month and documented? | 1 | | |
| 15 | Security | 55-27 | Is a DEA walk test conducted at least once a month and a log of such tests (Exhibit 55-36) maintained? | 1 | | |
| 16 | Security | 55-28 | Is an alarm log (Exhibit 55-37) maintained and secured by the DCM or designee? | 1 | | |

CONFIDENTIAL

DRUG OPERATIONS MANUAL      55-CONTROLLED SUBSTANCES

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|---|---|---|---|---|---|
| 17 | Security | 55-28 | Are controlled substances NOT left in the receiving area overnight? Are controlled substances NOT left outside the cage or vault? Are procedures followed in the receiving area during daytime business hours? | 1 | | |
| 18 | Security | 55-29 | Are the cage and vault keys controlled (locked-up) during non-working hours, including breaks and lunch periods? | 1 | | |
| 19 | Security | 55-29 | Are controlled substance orders NOT stored in the cabs of delivery trucks? Are controlled substance orders NOT left in delivery trucks overnight? | 1 | | |
| 20 | Security | 55-30 | Are controlled substance orders signed off by line on the delivery manifest by drivers? | 1 | | |
| 21 | Verification of Customer Registration | 55-31 | Is the DC's DR48 up to date, and its file retention (3 years) current? | 1 | | |
| 22 | Verification of Customer Registration | 55-32 | Are DT51 customers with incomplete RXDA schedules posted in cage and vault monthly? | 1 | | |
| 23 | Verification of Customer Registration | 55-36 | Are DEA "Continuing Education" reports (Exhibit 55-33) filed in the internal DC DEA file? | 1 | | |
| 24 | Order Form Regulations | 55-3 | Are controlled substances shipped to customer addresses as noted on the DEA-required registration certificates? | 1 | | |
| 25 | Suspicious Orders | 55-39 | Is Controlled Substance Sales Report DR49R15A on hand in monthly records? | 1 | | |
| 26 | Suspicious Orders | 55-39 | Is Controlled Substance Sales Report DR49R15A (Exhibit 55-6) on hand in monthly records? | 1 | | |
| 27 | Suspicious Orders | 55-41 | Are controlled substance "Suspicious Order Warning" reports (DU45) on hand with the DC's monthly ARCOS records? | 1 | | |
| 28 | Suspicious Orders | 55-40 | Is "Customer Recap Variance Report" DR46 on hand in monthly records? | 1 | | |
| 29 | Suspicious Orders | 55-41 | Is a copy of the Exhibit 55-8 cover letter kept with monthly controlled substance files? | 1 | | |
| 30 | Suspicious Orders | 55-43 | Is the Unusual Purchases Notification Log (Exhibit 55-9) on hand with the DC's internal DEA file? | 1 | | |
| 31 | Suspicious Orders | 55-43 | Are order forms reviewed and initialed by DC executive prior to filing? | 1 | | |
| 32 | Suspicious Orders | 55-43 | Is the DC's unusual purchase notification log mailed to its DEA regional office monthly, "Certified Mail/Return Receipt Requested"? | 1 | | |

CONFIDENTIAL    MCKMDL00652119

DRUG OPERATIONS MANUAL    55-CONTROLLED SUBSTANCES

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|----------|---------|--------------|---------|-------|----------|
| 33 | Order Form Regulations | 55-44 | Are any facsimile DEA 222 copies on hand? | 1 | | |
| 34 | Inventories | 55-48 | Inventory count sheet DU10: a. First, second, consolidated counts? | 1 | | |
| | | 55-49 | b. Dated, signed and open/close of business on each count book (by counter)? | 1 | | |
| | | 55-47 | c. Year-end inventory present and dated on box(es)? | 1 | | |
| | | 55-47 | d. Biennial inventory present (April 30th, odd numbered years) and listed on storage boxes? | 1 | | |
| | | 55-51 | e. Consolidated count book signed, dated, and time of day by DCM or designee? | 1 | | |
| | | 55-52 | f. All inventory sheets have a count or a "NONE" for each listed item? | 1 | | |
| | | 55-52 | g. Inventory sheets signed by DCM or designee responsible for taking inventory? | 1 | | |
| | | 55-53 | h. Was an investigation conducted on controlled substances that appeared on the semi-annual physical "Count Audit" report? | 1 | | |
| 35 | Inventories | 55-51 | Does an exempt manager conduct the second ARCOS count at least once every three months? | 1 | | |
| 36 | Registrant Records | 55-56 | Are the dates of receipt, distribution, or other transactions (especially hand-written records) recorded on documents as the actual date of said transactions? | 1 | | |
| 37 | Registrant Records | 55-62 | Are Class II B-619 receiving records NOT filed with monthly reports? Are they filed in separate temporary work files? | 1 | | |
| 38 | Registrant Records | 55-51 | Are Copy 3 (blue) copies retained and filed with monthly records in date sequence? | 1 | | |

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-24, Page 4 of 8

DRUG OPERATIONS MANUAL    55-CONTROLLED SUBSTANCES

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|----------|---------|--------------|---------|-------|----------|
| 39 | Receiving Records | 55-62 | Receipts from vendors:<br>a. Are all controlled substance receipts double-checked and initialed? | 1 | | |
| | | 55-62 | b. Is the vendor's DEA number written-in on purchaser's copy of DEA Form 222? | 1 | | |
| | | 55-62 | c. Are the receiving copies of DEA Form 222 reviewed to ensure that they show actual date of receipt? | 1 | | |
| | | 55-63 | c. Are ditto marks or vertical lines NOT present in "Date Received" column? | 1 | | |
| | | 55-63 | d. Backorders of DEA Form 222 purchases photocopies and "B/O" written on photocopy? | 1 | | |
| | | 55-63 | e. Are forms processed with 60 days elapsed since DEA Form 222 was issued to supplier? | 1 | | |
| | | 55-63 | f. Is NDC # underlined or highlighted for Schedule III reportables? | 1 | | |
| 40 | Return Credits | 55-65 | Is the "Date Received" box the date that goods entered the DC? | 1 | | |
| 41 | Return Credits | 55-66 | Schedule II returns:<br>a. Is the DC copy of DEA Form 222 (purchaser's copy) order form filed in vault? | 1 | | |
| | | 55-66 | b. Is the DC copy of DEA Form 222 checked-in and receipt verified using the same method as for vendors? | 1 | | |
| | | 55-66 | c. Filed by date in separate folder? | 1 | | |
| 42 | Return Credits | 55-66 | Schedule III-V (including ARCOS):<br>a. Are handwritten credit memos legibly written on a separate credit memo from non-schedule returns? | 1 | | |
| | | 55-66 | b. Are the complete customer name, address, DEA #, DC DEA #, full descriptions shown, and verified by supervisor/designee? | 1 | | |
| | | 55-66 | c. Do generic items indicate the manufacturer's name? | 1 | | |
| | | 55-67 | d. Do ARCOS reportable items indicate NDC # and are they underlined or highlighted? | 1 | | |

MCKMDL00652121

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|---|---|---|---|---|---|
| 43 | Sales & Distribution Transactions | 55-69 | Schedule II order filling:<br>a. Are orders filled from DEA Form 222? | 1 | | |
| | | 55-69 | b. Are DEA Form 222 orders double-checked and initialed by a supervisor or designee for accuracy and correct size, strength, and quantity filled, and do they agree with pick document Schedule II order filling? | 1 | | |
| | | 55-69 | c. Is the month-day-year for each line item shipped recorded in the "Date Shipped" column—no ditto marks or vertical lines are used? | 1 | | |
| | | 55-70 | d. Is the DEA Form 222 retained in monthly records, and the picking document not retained in monthly records? | 1 | | |
| 44 | Sales & Distribution Transactions | 55-71 | Schedule III ARCOS reportables:<br>a. Are they double-checked, piece counted, and initialed by authorized employee prior to shipment? | 1 | | |
| | | 55-71 | b. Is the NDC # for ARCOS reportables written on the picking document? | 1 | | |
| | | 55-71 | c. Are they filed by date in a separate file by category (reportable and non-reportable)? | 1 | | |
| 45 | Sales & Distribution Transactions | 55-71 | Is the pick document date the same as date of shipment? | 1 | | |
| 46 | Sales & Distribution Transactions | 55-75 | Are returns to suppliers filed separately and retained in monthly ARCOS records? | 1 | | |
| 47 | Order Form Regulations | 55-83 | Executing DEA Form 222:<br>a. Does the Number Of Items Ordered/Last Line Completed equal the Number Of Items Ordered/Last Line Completed box? | 1 | | |
| | | 55-84 | b. Are any Roman numerals used to designate a quantity ordered for any item or number of lines completed box? | 1 | | |
| | | 55-85<br>55-86 | c. Are ditto marks or vertical lines in the "Date Received/Shipped" column? | 1 | | |
| 48 | Order Form Regulations | 55-86 | Are Copy 1 of DEA Form 222 retained and filed with the DC's monthly records in date sequence; Copy 2 sent to Special Agent In Charge, local DEA division, with "Certified Mail/Return Receipt Requested." | 1 | | |
| 49 | Order Form Regulations | 55-89 | Unaccepted and defective order forms (see DEA Form 222 audit checklist)? | 1 | | |

 MCKMDL00652122

DRUG OPERATIONS MANUAL     55-CONTROLLED SUBSTANCES

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|----------|---------|--------------|---------|-------|----------|
| 50 | Order Form Regulations | 55-92 | Are DEA order form guidelines (Exhibit 55-12) posted in the cage and vault? | 1 | | |
| 51 | Order Form Regulations | 55-96 | Is the DC's DEA power of attorney posted in the vault? | 1 | | |
| 52 | Order Form Regulations | 55-97 | Are DEA Form 222's retained by the DC listed on the blank control log? Are any unexecuted Form 222's locked up with accessibility available only to the DCM or his/her attorney-in-fact? | 1 | | |
| 53 | Computer Room Transactions | 55-102 | Are controlled substance documents, including those for the current month, maintained in the cage and vault (except while being key-entered)? | 1 | | |
| 54 | Computer Room Transactions | 55-104 | Does the DCM or designee notify the Vice President, Distribution Operations, DDQ, or DFRC before a "V" code is used? | 1 | | |
| 55 | DEA Error Reports | 55-109 | Is DEA Form 333 completed upon receipt of error report, and inserted in appropriate month's transactions with "Certified Mail/Return Receipt Requested"? | 1 | | |
| 56 | Miscellaneous Topics | 55-117 | Is DEA Form 41 for destruction of controlled substances on file in appropriate month's records? | 1 | | |
| 57 | Delivery Manifest | 55-30 | Is the manifest signed by each person handling controlled substances? | 1 | | |
| 58 | Miscellaneous Reports On File | 55-107 | Is the final DU04 ARCOS Edit signed by the DCM or designee, indicating that Edit in Balance-file created? | 1 | | |
| 59 | Miscellaneous Reports On File | 55-107 | Is the DCAM's adding machine tape matching the DU04 "Ending" and "Consolidated" count signed and dated by the DCAM, and attached to the Consolidated Count? | 1 | | |
| 60 | Miscellaneous Reports On File | 55-57 | Are all records boxes marked with the appropriate month-date-year of records, and a destruction date of two years hence (or longer if required by state)? | 1 | | |
| 61 | Miscellaneous Inventories | 55-51 | Do changes to All Count Book inventories indicate the reason for each change and the DCM's or designee's initials? | 1 | | |
| 62 | Miscellaneous ARCOS Balancing | 55-107 | Is the monthly ARCOS Correction Form used in balancing the DU04 Edit, and does it identify the reason for each adjustment, and is each signed by the DCM or designee before key-entering? | 1 | | |
| 63 | Miscellaneous Receipts From DC's | 55-75 | Are handwritten receivers from other McKesson DC's complete, including the street address and DEA # for both DC's? | 1 | | |

MCKMDL00652123

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|---|---|---|---|---|---|
| 64 | Miscellaneous Security | 55-18 | Are the batteries in hold-up alarms checked or changes at least semi-annually? | 1 | | |
| 65 | Miscellaneous ARCOS Balancing | 55-107 | Are all DU04 ARCOS balancing edits signed by the DCM or designee? | 1 | | |
| 66 | Miscellaneous Regulatory Reporting | 55-67 | Is it the DC's practice to document "Refused Orders" and orders that "did not reach their original destination" on the appropriate order's credit memo? | 1 | | |
| 67 | Miscellaneous Communication | 55-122 | Is a visual notation made on shelves, including shelves in the DC's reclamation area, when more than one NDC # is present for an item, or the NDC # changes? | 1 | | |
| 68 | Miscellaneous FAX Orders | 55-87 | Do facsimile orders for DEA Form 222 orders have a copy of the facsimile order for the McKesson driver to exchange for an original DEA Form 222? Is a notation of the facsimile order recorded on the DEA delivery manifest for such orders? | 1 | | |
| 69 | Miscellaneous Paperwork | 55-92 | Is the controlled substance paperwork reviewed each day for correctness and completeness by the DCM or supervisor? | 1 | | |
| 70 | Miscellaneous Daily Edits | 55-102 | Are ARCOS daily edits completed each day from the previous day's records, and does the Computer Room run a corrected edit for verification after corrections have been entered for review? | 1 | | |
| 71 | Order Form Regulations | 55-86 | Do all customers who are serviced by common/contract drivers send their DEA Form 222 in a sealed envelope? | 1 | | |

Drug Operations Manual
Exhibit 55-24, Page 8 of 8

DRUG OPERATIONS MANUAL    55-CONTROLLED SUBSTANCES

| # | CATEGORY | OM PAGE | AUDITED ITEM | MAX PTS | SCORE | COMMENTS |
|---|----------|---------|--------------|---------|-------|----------|
| 72 | Miscellaneous Controlled Substance Records Present | 55-55 | Are the following controlled substance records in box: | | | |
| | | | a. DU04 Final Edit? | 1 | | |
| | | | b. DR49 Sales/Purchase report? | 1 | | |
| | | | c. Customer Recap Variance Report with cover letter? | 1 | | |
| | | | d. Schedule III-V picking documents (by category, in date sequence)? | 1 | | |
| | | | e. Schedule III-V Receiving Records (by category, in date sequence)? | 1 | | |
| | | | f. Schedule III-V credit memo's (by category, in date sequence)? | 1 | | |
| | | | g. Count books, with DCAM tape attached? | 1 | | |
| | | | h. Copies of Billing Error Credits (no trade of product) and drop-ship invoices? | 1 | | |
| | | | i. DEA Form 41 destruction, if applicable, and documents? | 1 | | |
| | | | j. DU45 Suspicious Order Report? | 1 | | |
| | | | k. DEA Form 222 order form copies 1 and 3 (brown and blue) stored in vault? | 1 | | |
| | | | l. Copies of Daily/Monthly Controlled Substance Suspicious Order Warning Report with fax transmission log or mail receipt? | 1 | | |
| | | | m. DEA Form 333 ARCOS Correction Sheets? | 1 | | |
| 73 | Miscellaneous | 55-108 | Is the Monthly ARCOS Balancing form completed monthly and sent to the SVP, VPDO, DDQ, and Regional Security Manager? | 1 | | |
| 74 | Summary | 55-1 55-36 | Are all persons associated with DEA compliance at the DC aware of their duties and reporting requirements? | 1 | | |

END OF CHECKLIST

Drug Operations Manual
Exhibit 55-25
1/15/97

ARCOS Physical Inventory Pre-List - First Count   (8½" x 11")

```
DU10L1    VER 001              MCKESSON CORPORATION              PAGE    1
02/23/88  15.12                ARCOS PHYSICAL INVENTORY          DU10R01A
FIRST COUNT      NAME ...John Doe........  DATE 2-29-88 TIME 3:10 PM
EPIC     DESCRIPTION                       NDC CODE       TOT   MORG   CASE    SHELF
LABEL                                                     CNT   CNT    CNT     CNT
                                                                       1 X 12
```

A26342 ASPIRIN W/COD 60MG    PARM  100 00349833701
    NON-CASE LOCATION                                     14  NONE  12    2

A31110 ASPIRIN W/COD  30MG PARM 1000 00349408210
    NON-CASE LOCATION                                   NONE NONE NONE NONE

A43453 ASPIRIN W/COD   30MG PARM  100 00349408201
    NON-CASE LOCATION                                      7  NONE NONE   7

A46399 ASPIRIN+COD 325/15MG PARM 1000 00349865510
    NON-CASE LOCATION                                   NONE NONE NONE NONE

B33833 HYDROCOD+ACETAM 5/500 PARM 100 00349849401
    NON-CASE LOCATION                                   NONE NONE NONE NONE

B37339 HYDROCOD+ACETAM 5/500 PARM 500 00349849405
    NON-CASE LOCATION                                   NONE NONE NONE NONE

B72732 ASPIRIN+COD 325/15 TB PARM 100 00349865501
    NON-CASE LOCATION                                   NONE NONE NONE NONE

A29573 Aspirin w/cod 30MG 500 00349408205
    NON-CASE LOCATION       J200A3E
    CASE LOCATION           ........                       2  NONE NONE   2

...... .......................... ...............
    NON-CASE LOCATION       ........
    CASE LOCATION           ........

EDP-277 (R8-81)

CONFIDENTIAL

MCKMDL00652127

Drug Operations Manual
Exhibit 55-26, Page 1 of 3
1/15/97

ARCOS Physical Inventory Pre-List - First Count   (8½" x 11")

```
DU1OL1    VER 001          MCKESSON CORPORATION              PAGE    1
02/23/88  15.12           ARCOS PHYSICAL INVENTORY           DU1ORO1A

FIRST COUNT        NAME ........................  DATE ........ TIME .......

EPIC    DESCRIPTION                  NDC CODE       TOT   MORG   CASE   SHELF
LABEL                                               CNT   CNT    CNT    CNT


A26342  ASPIRIN W/COD 60MG   PARM  100 00349833701

   NON-CASE LOCATION                                ------ ----- ------ ------


 A31110  ASPIRIN W/COD  30MG  PARM 1000 00349408210

   NON-CASE LOCATION                                ------ ----- ------ ------


 A43453  ASPIRIN W/COD  30MG PARM  100 00349408201

   NON-CASE LOCATION                                ------ ----- ------ ------


 A46399  ASPIRIN+COD 325/15MG PARM 1000 00349865510

   NON-CASE LOCATION                                ------ ----- ------ ------


 B33833  HYDROCOD+ACETAM 5/500 PARM 100 00349849401

   NON-CASE LOCATION                                ------ ----- ------ ------


 B37339  HYDROCOD+ACETAM 5/500 PARM 500 00349849405

   NON-CASE LOCATION                                ------ ----- ------ ------


 B72732  ASPIRIN+COD 325/15 TB PARM 100 00349865501

   NON-CASE LOCATION                                ------ ----- ------ ------


 ......  ........................ ...........

   NON-CASE LOCATION      ........

   CASE LOCATION          ........           ------ ----- ------ ------


 ......  .......................... ...........

   NON-CASE LOCATION      ........

   CASE LOCATION          ........           ------ ----- ------ ------
```

EDP-277 (R8-81)

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-26, Page 2 of 3
1/15/97

AROCS Physical Inventory Pre-List - Second Count  (8½" x 11")

```
DU10L1    VER 001              MCKESSON CORPORATION                PAGE    3
02/23/88  15.12               ARCOS PHYSICAL INVENTORY            DU10R01A
```

SECOND COUNT        NAME ........................  DATE ......... TIME .......

| EPIC LABEL | DESCRIPTION | NDC CODE | TOT CNT | MORG CNT | CASE CNT | SHELF CNT |
|---|---|---|---|---|---|---|

B65710  ACETAMIN+C TAB 60MG #4 U/R 100 00677063201

  NON-CASE LOCATION        R00984

  CASE LOCATION            0302A2         ------ ------ ------ ------

A97491  ACETAMIN W/COD 60MG #4 U/R 500 00677063205

  NON-CASE LOCATION        R009B5          ------ ------ ------ ------

A39535  ACETAMIN W/COD TAB #2 W/C 100 00047063424

  NON-CASE LOCATION        R009C4         ------ ------ ------ ------

A39733  ACETAMIN W/COD TAB #3 W/C 1000 00047063532

  NON-CASE LOCATION        R009C5

  CASE LOCATION            0302A1

B19113  ACETAMIN+COD #3  U/D ROX 10X10 0005480222S

  NON-CASE LOCATION        R009C5

C07587  APAP SK.TAB CODEINE 60MG  500 0000704972S

  NON-CASE LOCATION        R009D5

B61933  APC W/COD TABLOID 30MG #3  100 0008103565S

  NON-CASE LOCATION        R009E4

  CASE LOCATION            0302A1

  NON-CASE LOCATION        ........

  CASE LOCATION            ........

........ ........................... .........

  NON-CASE LOCATION        ........

  CASE LOCATION            ........

CONFIDENTIAL

Drug Operations Manua
Exhibit 55-26, Page 3 o
1/15/97

ARCOS Physical Inventory Pre-List - Consolidated Count  (8½" x 11")

| DU1OL1    VER 001 | MCKESSON CORPORATION | | PAGE    1 |
| 02/23/88  15.12 | ARCOS PHYSICAL INVENTORY | | DU1OR01A |

CONSOLIDATED COUNT  NAME .......................... DATE ......... TIME .......

| EPIC<br>LABEL | DESCRIPTION | NDC CODE | TOT<br>CNT | MORG<br>CNT | CASE<br>CNT | SHELF<br>CNT |
|---|---|---|---|---|---|---|
| A26342 | ASPIRIN W/COD 60MG   PARM  100 | 00349833701 | | | | |
| | NON-CASE LOCATION | | | | | |
| A31110 | ASPIRIN W/COD  30MG  PARM 1000 | 00349408210 | | | | |
| | NON-CASE LOCATION | | | | | |
| A43453 | ASPIRIN W/COD  30MG PARM  100 | 00349408201 | | | | |
| | NON-CASE LOCATION | | | | | |
| A46399 | ASPIRIN+COD 325/15MG PARM 1000 | 00349865510 | | | | |
| | NON-CASE LOCATION | | | | | |
| B33833 | HYDROCOD+ACETAM 5/500 PARM 100 | 00349849401 | | | | |
| | NON-CASE LOCATION | | | | | |
| B37339 | HYDROCOD+ACETAM 5/500 PARM 500 | 00349849405 | | | | |
| | NON-CASE LOCATION | | | | | |
| B72732 | ASPIRIN+COD 325/15 TB PARM 100 | 00349865501 | | | | |
| | NON-CASE LOCATION | | | | | |

........................................ ............

NON-CASE LOCATION       ........
CASE LOCATION           ........

...... ............................ ............

NON-CASE LOCATION       ........
CASE LOCATION           ........

EDP-277 (R3-81)

CONFIDENTIAL

MCKMDL00652131

Drug Operations Manual
Exhibit 55-27
1/15/97

ARCOS Physical Inventory Pre-List - First Count  (8½" x 11")

```
DU1OL1    VER 001           MCKESSON CORPORATION              PAGE   1
02/23/88  15.12            ARCOS PHYSICAL INVENTORY          DU1OR01A
FIRST COUNT        NAME ..JANE.............. DATE 2-29-88 TIME 2:05.PM
EPIC     DESCRIPTION                  NDC CODE    TOT    MORG    CASE    SHELF
LABEL                                             CNT    CNT     CNT     CNT
                                                                  2X12
```

A26342  ASPIRIN W/COD 60MG    PARM  100 00349833701

   NON-CASE LOCATION                       27  NONE  24   3

A31110  ASPIRIN W/COD  30MG   PARM 1000 00349408210

   NON-CASE LOCATION                    NONE NONE NONE NONE
                                         2X24

A43453  ASPIRIN W/COD  30MG PARM  100 00349408201

   NON-CASE LOCATION                    57  NONE  48   9

A46399  ASPIRIN+COD 325/15MG PARM 1000 00349865510

   NON-CASE LOCATION                    NONE NONE NONE NONE

B33833  HYDROCOD+ACETAM 5/500 PARM 100 00349849401

   NON-CASE LOCATION                    3   1  NONE  2

B37339  HYDROCOD+ACETAM 5/500 PARM 500 00349849405

   NON-CASE LOCATION                    NONE NONE NONE  1

B72732  ASPIRIN+COD 325/15 TB PARM 100 00349865501

   NON-CASE LOCATION                    4   NONE NONE  4

```
.....  ...............................  ..........
  NON-CASE LOCATION     ........
  CASE LOCATION         ........        ----- ----- ----- -----

.....  ..................................  ..........
  NON-CASE LOCATION     ........              =
  CASE LOCATION         ........        ----- ----- ----- -----
```

EDP-277 (R8-81)

CONFIDENTIAL

MCKMDL00652132

CONFIDENTIAL

MCKMDL00652133

Drug Operations Manual
Exhibit 55-28
1/15/97

ARCOS Physical Inventory Pre-List - Consolidated Count  (8½" x 11")

```
DU10L1    VER 001              MCKESSON CORPORATION              PAGE    1
02/23/88  15.12              ARCOS PHYSICAL INVENTORY            DU10RO1A

CONSOLIDATED COUNT  NAME ..Bill Smith....  DATE 2-29-88  TIME 4:30 PM
```

| EPIC LABEL | DESCRIPTION | NDC CODE | TOT CNT | MORG CNT | CASE CNT | SHELF CNT |
|---|---|---|---|---|---|---|
| A26342 | ASPIRIN W/COD 60MG   PARM 100 | 00349833701 | 3 | | | |
| | NON-CASE LOCATION | | | | | |
| A31110 | ASPIRIN W/COD 30MG PARM 1000 | 00349408210 | 1 | | | |
| | NON-CASE LOCATION | | | | | |
| A43453 | ASPIRIN W/COD 30MG PARM 100 | 00349408201 | 7 | | | |
| | NON-CASE LOCATION | | | | | |
| A46399 | ASPIRIN+COD 325/15MG PARM 1000 | 00349865510 | NONE | | | |
| | NON-CASE LOCATION | | | | | |
| B33833 | HYDROCOD+ACETAM 5/500 PARM 100 | 00349849401 | 2 | | | |
| | NON-CASE LOCATION | | | | | |
| B37339 | HYDROCOD+ACETAM 5/500 PARM 500 | 00349849405 | NONE | | | |
| | NON-CASE LOCATION | | | | | |
| B72732 | ASPIRIN+COD 325/15 TB PARM 100 | 00349865501 | 4 | | | |
| | NON-CASE LOCATION | | | | | |
| | NON-CASE LOCATION | ........ | | | | |
| | CASE LOCATION | ........ | | | | |
| | NON-CASE LOCATION | ........ | | | | |
| | CASE LOCATION | ........ | | | | |

EDP-277 (58-61)

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652135

Drug Operations Manual
Exhibit 55-29
1/15/97

## THRESHOLD AMOUNTS

| Chemical | Threshold by weight |
|---|---|
| (i) Anthranilic acid and its salts | 30 kilograms. |
| (ii) Benzyl cyanide | 1 kilogram. |
| (iii) Ephedrine, its salts, optical isomers, and salts of optical isomers | 1 kilogram. |
| (iv) Ergonovine and its salts | 10 grams. |
| (v) Ergotamine and its salts | 20 grams. |
| (vi) N-Acetylanthranilic acid and its salts | 40 kilograms |
| (vii) Norpseudoephedrine, its salts, optical isomers, and salts of optical isomers | 2.5 kilograms. |
| (viii) Phenylacetic acid and its salts | 1 kilogram. |
| (ix) Phenylpropanolamine, its salts, optical isomers, and salts of optical isomers | 2.5 kilograms. |
| (x) Piperidine and its salts | 500 grams. |
| (xi) Pseudoephedrine, its salts, optical isomers, and salts of optical isomers | 1 kilogram |
| (xii) 3,4-Methylenedioxyphenyl-2-propanone | 20 kilograms. |

(2) Listed Essential Chemicals:
(i) Imports and Exports

| Chemical | Threshold by volume | Threshold by weight |
|---|---|---|
| (A) Acetic anhydride | 250 gallons | 1,023 kilograms. |
| (B) Acetone | 500 gallons | 1,500 kilograms. |
| (C) Benzyl chloride | N/A | 4 kilograms. |
| (D) Ethyl ether | 500 gallons | 1,364 kilograms. |
| (E) Hydriodic acid | 40 liters (57%) | 22.8 kilograms. |
| (F) Potassium permanganate | N/A | 500 kilograms. |
| (G) 2-Butanone (MEK) | 500 gallons | 1,455 kilograms. |
| (H) Toluene | 500 gallons | 1,591 kilograms. |

(ii) Domestic Sales

| Chemical | Threshold by volume | Threshold by weight |
|---|---|---|
| (A) Acetic anhydride | 250 gallons | 1,023 kilograms. |
| (B) Acetone | 50 gallons | 150 kilograms. |
| (C) Benzyl chloride | N/A | 1 kilogram. |
| (D) Ethyl ether | 50 gallons | 135.8 kilograms. |
| (E) Hydriodic acid | 10 liters (57%) | 5.7 kilograms. |
| (F) Potassium permanganate | N/A | 55 kilograms. |
| (G) 2-Butanone (MEK) | 50 gallons | 145 kilograms. |
| (H) Toluene | 50 gallons | 159 kilograms. |

CONFIDENTIAL

MCKMDL00652136

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-30
1/15/97

## Suspicious Order Guidelines

For purposes of reporting, the following circumstances constitute scenerios of a suspicious nature:

1. Individuals who desire to pay cash and want to pick up the chemicals.

2. Established customers who deviate from previous purchasing patterns for listed chemicals.

3. New customers or unfamiliar representatives of established customers who order listed chemicals.

4. Customers who have difficulty in pronouncing chemical names, etc.

5. Customers who are vague about their company address, telephone number, and reason for desiring listed chemicals.

6. Customers who want listed chemicals shipped to Post Office Boxes, or addresses other than their business address.

7. Customers who prefer to pay by cashier's check, postal money order, etc.

8. Customers who will not furnish references or who are vague about furnishing references for credit purposes, etc.

9. Customers who desire listed chemicals for reasons at variance with accepted legitimate industry practice.

10. Customers who are not members of trade, professional, or business associations.

11. Customers who furnish false or suspicious addresses, telephone numbers, references, etc.

12. Customers who refuse or are reluctant to establish credit accounts.

13. Customers whose communication or correspondence, whether by telephone, mail, or other means, is not conducted or prepared in a professional business manner.

14. Customers who request unusual methods or routes of shipment or who provide unusual shipping, labeling or packaging instructions.

15. Customers who purchase unusual quantities or combinations of chemicals or glassware in view of customary practice and usage.

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652139

Drug Operations Manual
Exhibit 55-31
1/15/97

PROGRAM D1521S VER 001
REPORT DATE 10/24/93 TIME 09:58
DC NO. 118

REPORT NO. D1521SR01   PAGE 1

MCKESSON DRUG COMPANY

CUSTOMERS WITH DEA REGISTRATIONS
WITH INCOMPLETE RXDA SCHEDULES

RXDA SCHEDULE/CODE: 2=X;  2N=Y;  3=B;  3N=C;  4=D;  5=E

| CUSTOMER NUMBER | NAME | DEA NUMBER | REGISTRATION EXPIRATION DATE | STATE PHARMACY NUMBER | CURRENT RXCA SCHEDULES | ROUTE/STOP NUMBER | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|---|
| R70006 | DHA DEPT PUBLIC HEALTH | AL4033778 | 05/31/93 | 1929533 | 2 | 007/000 | 093 |
| 516781 | U OF 1 COLLEGE PHARM CANN | PC0065020 | 08/31/91 | NONE | 3 | 012/013 | 093 |

CONFIDENTIAL

MCKMDL00652140

CONFIDENTIAL

MCKMDL00652141

Drug Operations Manual
Exhibit 55-32
1/15/97



PAGE:    13
DATE:    09/13/90
TIME:    15:02:04
RUN:     DM1DTRCQ

MCKESSON DRUG COMPANY
ECONOMOST TRANSACTION AUDIT REPORT

DM01L1   VER 024
REPORT NO. DM01R20A
RTE: 210  STP: 035

331076  TRENTON FAMILY #4 PHCY **
405 E 3RD ADJAY
TRENTON        IL  62293

CONTROL-NO    DPC CONTROL NUMBER
1034300       90778

INVALID CHARACTERS                    ERROR MESSAGE

| PO-NUM | SEQ-NUM | ITEM-NUM | ERR-NUM | | |
|--------|---------|----------|---------|---|---|
| | 1 | 110-8745 | 1  39 | TYLENOL+COD #3 TAB U/D | DEA CERTIF REQ FOR THIS SCHEDULE |
| | 2 | 110-4462 | 2  39 | PHENOBARD ELIX | DEA CERTIF REQ FOR THIS SCHEDULE |
| | 3 | 123-3287 | .  39 | TUSSI ORGANIDIN | DEA CERTIF REQ FOR THIS SCHEDULE |
| | 4 | 170-7439 | 39 | SECONAL | DEA CERTIF REQ FOR THIS SCHEDULE |

| LINE ERRORS | LENGTH ERRORS | RECORDER ERRORS | CK DIGIT ERRORS | MISCELLANEOUS ERRORS | TOTAL INPUT | TOTAL NET (-) | OPEN & CASE (+) | TOTAL NEG QTY (-) | TOTAL INVALID (-) | TOTAL OUTPUT (-) |
|---|---|---|---|---|---|---|---|---|---|---|

* ORDERS   500

CONFIDENTIAL

MCKMDL00652143

**DEA CONTINUING EDUCATION REPORT**

Drug Operations Manual
Exhibit 55-33
1/15/97

Distribution Center Name and Number: _____

TO:  DDQ

CC:  VPDO
     DEA FILE

1.  Date of education:

    _____

2.  Review type:

    ☐ Internal Audit  ☐ DEA Audit    ☐ DDQ Audit

    ☐ DCM Review  ☐ DFRC Audit

3.  Employees in attendance:

    (1) _____     (5) _____
    (2) _____     (6) _____
    (3) _____     (7) _____
    (4) _____     (8) _____

4.  Procedures reviewed:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

5.  Comments:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

_____              _____
        DC Manager's Signature                          Date

                                                              (01

CONFIDENTIAL

MCKMDL00652145

Drug Operations Manual
Exhibit 55-34, Page 1 of 2
1/15/97

## DEA INSPECTION REPORT

1.   Initiation Date _____

2.   Lead Compliance Investigator _____

3.   Closing Date -- Exit Interview _____

4.   Total On-Site Days _____

5.   Total On-Site Person Hours _____

6.   Audit Period x/mo. _____

7.   Number Items Audited _____

8.   NDC # and Literal Description
_____
_____

9.   Number of 222's Audited _____

10.  Number of 222's with Alleged Errors _____

     % _____

11.  DEA Office _____

12.  Number Sales Lines Audited _____

     Number Sales Lines Allegedly in Error _____

     % _____

13.  Number Purchase Lines Audited _____

     Number Purchase Lines Allegedly in Error _____

     % _____

14.  Number Credit Lines Audited _____

     Number Credit Lines Allegedly in Error _____

     % _____

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-34, Page 2 of 2
1/15/97

15. Other Citations

    A. Suspicious Order Monitoring

        Yes _____ No _____      CFR Cite _____

    B. Inventory

        Yes _____ No _____      CFR Cite _____

    C. Security

        Yes _____ No _____      CFR Cite _____

    D. Other Comments: _____

        _____

16. Resolution:

    A. DEA Follow-up    Yes _____ No _____

    B. DEA Letter      Yes _____ No _____

    C. DEA Citation    Yes _____ No _____

    D. Total Alleged Violations _____

    E. Memorandum of Understanding    Yes _____ No _____

    F. Informal Hearing    Yes _____ No _____

    G. Formal Hearing    Yes _____ No _____

    H. Court Proceeding Yes _____ No _____    Location _____

    I. Total Violations Acknowledged in M.O.U. _____

    J. Fines Sought   $ _____

    K. Fines Paid    $ _____

    L. Consent Order    Yes _____ No _____

        Explanation _____

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-35
1/15/97

## McKesson

### Visitor's Log & Consent to Search

McKesson Drug Company ("McKesson") is registered with the Federal Drug Enforcement Administration to distribute controlled substances in accordance with the Controlled Substances Act of 1970 and regulations promulgated thereunder. In order to maintain this registration it is required to, among other things, take steps to prevent diversion of controlled substances held by it and can be held civilly and criminally liable for shortages in such inventory.

I have been engaged by McKesson or my employer to perform work, labor or services in a McKesson facility. This will involve my being in or near secured storage areas in which controlled substances are held. In order to assist McKesson in fulfilling its obligations, I agree that I will not enter upon or near secured storage areas unless accompanied by an employee designated by McKesson for this purpose and will permit such designated employee to search, both before my entry to or near the secured area and prior to my departure from the premises, any tool boxes, briefcases or other containers carried by me.

I have read and understand the above statement.

| Date | Signature | Name (printed) | Employer | Time In | Time Out | Badge Number | Badge Returned Yes or No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Item D 309 (R 691)

CONFIDENTIAL

MCKMDL00652148

CONFIDENTIAL

MCKMDL00652149

Drug Operations Manual
Exhibit 55-36
1/15/97

# DEA WALK TEST LOG

## DISTRIBUTION CENTER

| DATE | TIME CONDUCTED | OK (✓) | NOTATIONS | MANAGEMENT SIGNATURE |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**WALK TESTS MUST BE DONE AT LEAST ONCE PER MONTH**

MCKMDL00652150

CONFIDENTIAL

MCKMDL00652151

Drug Operations Manual
Exhibit 55-37
1/15/97

# ALARM LOG

## DISTRIBUTION CENTER

| ALARM DATE | TIME ALARM OCCURRED | TIME MANAGEMENT CALLED | TIME ALARM REP. ARRIVED | TIME POLICE ARRIVED | TIME PROBLEM CORRECTED | ALARM PROBLEM (ZONE/AREA) | MANAGEMENT SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FILE THIS IN MANAGEMENT SECURED AREA.

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652153

Drug Operations Manual
Exhibit 55-38a, Page 1 of 2
1/15/97



U.S. Department of Justice

Drug Enforcement Administration

*Washington, D.C. 20537*

Mr. Bruce Russell
Director, Distribution Planning
McKesson Drug and Health Care Group
One Post Street
San Francisco, California  94104

Dear Bruce:

This is in response to your letter of December 11, 1990,
requesting training assistance and our response to specific
questions regarding compliance with the Controlled Substances Act
and its implementing regulations.

Due to the number of field training seminars that would be
involved at your various locations it would not be possible to
make Drug Enforcement Administration (DEA) personnel available
for a seminar at each location.  As an alternative, you may wish
to consider having a representative from each location attend a
seminar and in turn have those people train your essential
employees at various locations.  We would be willing to have the
appropriate DEA personnel at this type of session.  We may be
available at the National Meeting in May 1991 to conduct a one or
two-hour workshop on controlled substances compliance issues.  If
it can be arranged, we will attend these meetings.  We will keep
you apprised of our plans.

In reply to question #1, the correct procedure for executing
official order forms, as directed by Title 21 CFR 1305.06(b), is
to list the total number of items ordered in the space provided
on the order form.  This space is entitled "No of Lines
Completed" and per the instructions noted on the back of the DEA-
222, should correspond to the number of items ordered.

In reply to question #2, Title 21 CFR 1305.09(b) directs
that no official order form shall be valid more than 60 days
after its execution by the purchaser.  To assure compliance we
suggest you bring this matter to the attention of the supplier or
the local DEA field office when it occurs.  We will advise them
of this requirement.

Questions #3 and #4 are similar since they are concerned
with the purchaser listing an incomplete or inaccurate address
for the supplier by listing a P.O. Box address in lieu of a

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-38a, Page 2 of 2
1/15/97

Mr. Bruce Russell                                              Page Two

street address or by entering an incorrect street address. In
those instances, the su plier's ame, address, etc. may be added
when omitted and to assure that the problem is not repeated, the
supplier should provide the purchaser with the correct address.

    If I can be of further assistance, please let me know.

                            Sincerely,

                            Michael E. Moy, Chief
                            Drug Operations Section

Drug Operations Manual
Exhibit 55-38b, Page 1 of 2
1/15/97



U.S. **Department** of **Justice**

Drug Enforcement Administration

*Washington, D.C. 20537*

Mr. Bruce Russell
Director, Distribution Planning
McKesson Corporation
One Post Street
San Francisco, California  94104

Dear Bruce:

Thank you for your recent letter concerning the appearance of Dennis M. Johnson at the McKesson convention in Tucson, Arizona.  Let me address your queries in the order that they were presented by your correspondence.

As previously discussed, any "emergency situation" regarding Schedule II drugs being distributed without an Order Form must be coordinated prior to shipment with the local Drug Enforcement Administration (DEA) office.  Approval is granted usually in both written and verbal fashion.  The use of a fax transmission does not replace the necessity of following up an emergency distribution with appropriate Order Forms as required in 21 C.F.R. 1305.03.

When two lines are used on an Order Form to describe one item, the number of lines completed at the bottom is one.

If, however, the registrant uses two lines to order one item and enters "two" in the number of lines completed, the Order Form could not be filled since it would be defective.

CONFIDENTIAL

Drug Operations Manual
Exhibit 55-38b, Page 2 of 2
1/15/97

Mr. Bruce Russell                               Page Two

Sincerely,

Michael E. Moy, Chief
Drug Operations Section

CONFIDENTIAL                                    MCKMDL00652157



Drug Operations Man
Exhibit 55-38c, Page
1/15/97

**U.S. Department of Justice**

Drug Enforcement Administration

---

*Washington, D.C. 20537*

**SEP 1 4 1995**

Ms. Diane Goyette
National Wholesale Druggists'
    Association (NWDA)
Director of Regulatory Affairs
P.O. Box 2219
Reston, Virginia  22090-0219

Dear Ms. Goyette:

   The Drug Enforcement Administration (DEA) is pleased to announce that the  DEA Form
222 (U.S. Official Order Form - Schedule I and II) used to purchase controlled substances from
DEA registrants has been changed for clarification purposes. The former line entitled " ~~Number of
Lines Completed~~" has been changed to " Last Line Completed".
Items ordered (Qal.)

   This change was made as a result of requests made by DEA registrants to avoid confusion
associated with the former requirement for an entry to be made for "number of lines completed"
The new forms are already being distributed.  Supplies of the old forms should continue to be
used until they are depleted.

   Please advise your membership of this change.  We have enclosed a sample article which may
be used for your publications. It is hoped that this change will obviate many problems associated
with the former design of the form.  If you have any further questions, please contact the Liaison
and Policy Section at  (202) 307-7297.

                                 Sincerely,

                                 G. Thomas Gitchel, Chief
                                 Liaison and Policy Section
                                 Office of Diversion Control

Enclosure

Drug Operations Manual
Exhibit 55-38c, Page 2 of 2
1/15/97

## DEA CHANGES ORDER FORM (DEA-222)

The Drug Enforcement Administration (DEA) has announced that, at the request of registrants, a change has been made to the U.S. Official Order Form for Schedule I and II controlled substances (DEA-222). This change has been made for clarification purposes and involves the replacement of the line entitled "Number of Lines Completed" with " Last Line Completed".

The instructions pertaining to the change which appear on the reverse of each individual form indicate under item "8" the following: "Enter the last line completed - this generally should correspond to the number of lines used.  If a number has not been entered, the form will be returned to you for completion before the supplier is allowed to fill it."

While DEA hopes that this clarification will eliminate much of the confusion the language of this part of the order form has caused some registrants over the years, they realize that errors will still occur due to misinterpretation.  When it is clear to the supplier that the number of the last line completed has been incorrectly noted due to misinterpretation, rather than an attempt to facilitate diversion, the DEA form 222 should not be rejected.

The new clarified forms have already begun to be distributed although old forms should continue to be used until depleted.



MCKMDL00652159

**REPORT OF GOVERNMENT CONTACT**

Drug Operations Manual
Exhibit 55-39
1/15/97

**Distribution Center Name and Number:** _____

TO: Vice President Distribution Operations

CC: Gary Hilliard, McKesson Carrollton Operations, Carrollton, TX
Ina Trugman, Law Department, 34th Floor, San Francisco, CA
Operations Support, 28th Floor, San Francisco, CA

1. Time and date of contact by government representatives:

   _____

2. Name of government representative(s):

   _____
   _____
   _____

3. Name of government agency, division, and address at which representative(s) work(s):

   _____
   _____
   _____
   _____

4. Purpose of contact:

   _____
   _____
   _____

5. If tax is involved, state the nature of the tax, e.g., sales or real estate:

   _____
   _____

6. Additional comments:

   _____
   _____
   _____
   _____
   _____

_____          _____
Date Signed                        Signature

**ATTACH COPIES OF ANY DOCUMENTS RECEIVED OR GIVEN**

(01^

MCKMDL00652160

CONFIDENTIAL

MCKMDL00652161

Drug Operations Manu
Exhibit 55-40
1/15/97

# McKesson Drug Company

## Employee Background Information Sheet

*(Please print all information)*

| Name (Last, First, MI) | Maiden Name/Other Surnames Used |
|---|---|

| Address |
|---|

| City | State | Zip |
|---|---|---|

| Date of Birth | Place of Birth (City and State) | Social Security Number |
|---|---|---|

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|

| Driver's License Number(s)  (Include licenses from all states where registered) | State(s) Issued |
|---|---|

**DEA REQUIRED QUESTIONS:** The activities of employees that may have access to controlled substances come under the code of federal regulations of the Food and Drug Administration and/or the Drug Enforcement Administration. The following questions must be asked and verified in accordance with 21CFR, Section 1301.90. (The information furnished or recovered as a result of any inquiry will not necessarily preclude employment, but will be considered as part of an overall evaluation of your qualifications.)

Within the past five years, have you been convicted of a felony, or within the past two years, of any misdemeanor or are you presently formally charged with committing a criminal offense? (Do not include any traffic violations, juvenile offenses or military convictions, except by general court-martial.)

☐ Yes  ☐ No   If yes, please furnish details of conviction, offense, location, date and sentence.

In the past three years, have you ever knowingly used any narcotics, amphetamines or barbiturates, other than those prescribed to you by a physician?

☐ Yes  ☐ No   If yes, please furnish details.

I certify that this information was completed by me and to the best of my knowledge all entries are true, correct and complete. I authorize McKesson Corporation to make a complete investigation of me regarding my background, former business relations and employment. I authorize any and all persons to give all information and records about me. I release McKesson Corporation, its officers, employees, agents, informants, Federal/State Law Enforcement Agencies, and in particular the Drug Enforcement Administration from any and all liability arising from this investigation.

| Signature | Date | Witnessed By | Date |
|---|---|---|---|

CONFIDENTIAL

MCKMDL00652162

CONFIDENTIAL

MCKMDL00652163

Drug Operations Manual
Exhibit 55-41
1/15/97

EPIC BULLETIN WRITE UP FORM

MASTER
ARCOS NDC # CHANGE

X ___ □ ITEM LOADS/MAINTENANCE
___ □ PRICING
___ □ CONTRACTS

□ VENDOR INSURANCE
□ VENDOR INFORMATION
□ OPUS

DATE □ ___
NAME □ ___
PROF. MGR. INITIALS ___

VENDOR NAME: ___

EXPLANATION THE FOLLOWING ARCOS REPORTABLE ITEM(s) HAVE HAD AN NDC NUMBER CHANGE IN MAINTENANCE
___ . PLEASE UPDATE YOUR RECORDS.

| LABEL CODE | VENDOR ITEM# | RECONOHOST# | ITEM DESCRIPTION | #*STATUS | NDC # |
|---|---|---|---|---|---|
| | | | | Old | |
| | | | | New | |
| | | | | Old | |
| | | | | New | |
| | | | | Old | |
| | | | | New | |

RECEIVING: THERE SHOULD BE NO CHANGE IN RECEIVING PROCEDURES. DOUBLE CHECK TO BE SURE THE NDC NUMBER ON THE PRODUCT BEING RECEIVED MATCHES THE NDC NUMBER PRINTED ON THE RECEIVING RECORD. IF THEY ARE DIFFERENT, CHANGE THE RECEIVING RECORD TO THAT OF THE NDC NUMBER ON THE PRODUCT".
STOCK PUTAWAY: WHEN MERCHANDISING IS SHELVED IT MUST BE KEPT SEPERATELY FROM MERCHANDISE WITH AN NDC NUMBER THAT IS DIFFERENT. THAT IS TO SAY IT CAN BE PLACED UNDER THE SAME EPIC LABEL CODE BUT SOME NOTIFICATION MUST BE PLACED ON OR NEAR THIS MERCHANDISE TO ALERT THE PICKER TO USE THE OLD NDC NUMBER MERCHANDISE FIRST".
DAILY EDIT A.R.C.O.S.; WHEN YOU SUBMIT YOUR RECEIVING RECORDS TO THE COMPUTER FROM TO UPDATE YOUR FILES INVENTORY FILE, YOUR A.R.C.O.S. FILE WILL ALSO BE UPDATED BECAUSE OF THE NDC ___
TO LOAD THE NEW NDC NUMBER NO ___

CONFIDENTIAL

MCKMDL00652164

CONFIDENTIAL

MCKMDL00652165

Drug Operations Manual
Exhibit 55-42
1/15/97

PROGRAM OI11L5    VER 004          MCKESSON CORPORATION                    PAGE
DATE 08/08/91  TIME 21.22            DEA CONTROL LOG              REPORT NO. CI11R5
                                   SCHEDULE II NARCOTIC

ROUTE 113
CUSTOMER NAME,                  STOP INV  PAGE   NUM NUM  NUM   PICK DRIV CUSTOMER
NUMBER                          NUM  NUM  NUM    BAG TOTE CASE  INIT INIT SIGNATURE

SAV ON DRUGS #3                 095 00145 00001 ... .... .... .... .... ...........
872333
WAL-MART 1222            12     105 00111 00001 ... .... .... .... .... ...........
138779
WAL-MART 1222            12     105 00115 00001 ... .... .... .... .... ...........
138779

CONFIDENTIAL                                                                MCKMDL00652166

CONFIDENTIAL

MCKMDL00652167



Drug Operations Manual
Exhibit 55-43, Page 1 of 2
1/15/97

U.S. Department of Justice

Drug Enforcement Administration

_Washington, D.C. 20537_

JUN 2 5 1992

Ms. Sherry Haber
National Wholesale Druggist Association
105 Oronoco Street
Alexandria, Virginia  22314

Dear Ms. Haber:

It has been brought to the attention of the Drug Enforcement
Administration (DEA) that some confusion exists regarding the
proper completion of the DEA Form 222 with respect to the "number
of lines completed." This letter is written to help alleviate
some of the confusion.

Title 21 of the Code of Federal Regulations (CFR), section
1305.06(b) states that only one item shall be entered on each
numbered line. It further states that the total number of items
ordered shall be noted on the order form in the space provided.
On the current version of the DEA Form 222, the aforementioned
"space provided" is termed "number of lines completed." When the
above requirements are followed to the letter, there is no
discrepancy between the number of items ordered and the number of
lines completed.

Problems in interpretation have been encountered when the
purchaser either uses more than one line to describe an item or
voids an item. In the first instance, the correct interpretation
would be to list the number of items ordered on the form in the
space labeled "number of lines completed." The DEA Form 222 will
be revised in its next printing to rename the heading "number of
items ordered."

The issue of voided lines on the order form is perhaps a bit
less clear cut in its interpretation. In strictly interpreting
the regulations, the only conclusion which can be reached which
is not open for interpretation is that a supplier may not fill an
order form which "shows any alteration, erasure, or change of any
description" (21 CFR 1305.11(2)). In fact, instructions provided
on the reverse side of the DEA Form 222 advise the purchaser

CONFIDENTIAL

MCKMDL00652168

Case: 1:17-md-02804-DAP Doc #: 3015-6 Filed: 12/18/19 298 of 326. PageID #: 448169



Ms. Sherry Haber                                                    Page Two

not to make erasures or alterations. They state that if an error
should be made, all copies of the form should be voided and kept
on file.

In addition, the regulations imply that only a supplier, not
a purchaser, may void an item on a DEA Form 222. Section
1305.15(a) of the regulations states:

> A purchaser may cancel part or all of an order
> on an order form by notifying the supplier in
> writing of such cancellation. The supplier
> shall indicate the cancellation on Copies 1
> and 2 of the order form by drawing a line
> through the canceled items and printing
> "canceled" in the space provided for number of
> items shipped.

Consequently, the supplier is the only individual that has
the authority to indicate the cancellation on the order form.

A separate but related issue has also been raised regarding
generic substitution of order forms. DEA policy does not
preclude generic substitution of identical products provided that
the name and National Drug Code number of the actual product
shipped is reflected on the form. Therefore, it would be
acceptable to make a substitution provided that the customer
agrees to accept a generic rather than a brand name product, the
generic product of a manufacturer other than the one specified or
a brand name product rather than a generic one. Therefore, the
purchaser will not be required to submit a new DEA Form 222 to
accommodate such a change.

Please disseminate the enclosed information to the members
of your organization in an effort to dispel any problems they are
perhaps encountering with the form. Thank you for your attention
to this matter.

Sincerely,

Gene R. Haislip
Deputy Assistant Administrator
Office of Diversion Control

CONFIDENTIAL                                                    MCKMDL00652169

Drug Operations Manua
Exhibit 55-44, Page 1 o
1/15/97

Date _____

To Our Valued Customer:

Recent activity by the Drug Enforcement Administration has heightened awareness of various issues relating to the preparation and handling of Controlled Substance DEA Form 222's. This letter is a means of sharing these issues and reviewing proper execution of DEA Form 222. Please understand that our actions are the result of ongoing vigorous regulatory enforcement by the government in this area.

The Comprehensive Drug Abuse Prevention Control Act of 1970 ("Controlled Substance Act") and the supporting Code of Federal Regulations (CFR's) contains nine major control mechanisms which apply to the distribution of substances subject to the Act. They are 1) registration of handlers; 2) record-keeping requirements; 3) manufacturing quotas; 4) distribution restrictions; 5) dispensing restrictions; 6) limitations on imports; 7) conditions of storage of drugs; 8) reports of transactions to the government; and 9) criminal, civil and administrative penalties for violation.

Each of these mechanisms has a considerable impact on the wholesale drug distribution industry, especially the penalties and loss of registration provisions. Each violation of the Act is punishable by up to 15 years imprisonment, $25,000 in fines and in certain instances loss of registration.

*In a continuing effort to meet the compliance requirements of the Act and to demonstrate our commitment to customer satisfaction, the following is provided as a resource for meeting specific criteria in executing a DEA Form 222 as established by the DEA and are some examples of errors which will require that we return DEA Form 222 to you and request a new one before shipping merchandise.*

If DEA Form 222:

* Has a number in the number of lines completed, number of items ordered or last line completed box that is different than the corresponding items ordered. You must specify the exact information stated for the box, i.e.: in number of lines completed it must be the actual number of lines used on the form; in number of items ordered it must be how many s.k.u.'s were ordered on that form regardless of quantity for each item or how many lines were used to fill out the form; in last line completed it must reflect the number of the last line you wrote on when filling out the form.
* Has a Roman Numeral in the number of lines completed, number of items ordered or last line completed box.
* Has a blank in the number of lines completed, number of items ordered or last line completed box.
* Is not completed, legible or properly prepared, executed or endorsed.
* **Shows any alteration, erasure or change of any area on the form.**
* Shows a voided or canceled line by the purchaser.
* Shows any alteration to the pre-printed information on the DEA Form 222.
* Is illegible or unable to identify customer, customer's registration number, items specified, quantities specified, quantities or improper execution or endorsement.
* Has alterations, erasures or changes resulting in questions regarding the identity of customer, customer's registration number, items or quantities.
* Has not been signed by the purchaser.
* Has a calendar date older than sixty (60) days.

*Please remember, per the Code of Federal Regulations, any alterations to your order form will require us to return the form to you and request a new form.*

MCKMDL00652170

Drug Operations Manual
Exhibit 55-44, Page 2 of 2
1/15/97

Please be assured that the last thing we want to do is return DEA 222 order forms. We are not trying to be arbitrary; we are trying to meet the legal requirements of the Code of Federal Regulations. By working together, we at McKesson will do everything in our power to continue to provide you with the best service in the industry.

Please keep in mind that in the event you need to have a line canceled on your order form, as per 21 CFR Part 1305.15a: "A purchaser may cancel part or all of an order on an order form by notifying the supplier in writing of such cancellation. The supplier shall indicate the cancellation on Copies 1 and 2 of the order form by drawing a line through the canceled items and printing 'canceled' in the space provided for number of items shipped".

If you have any questions, please don't hesitate to call _____ (phone #).

Thank you.



Distribution Center Manager


McKesson Drug Company

_____ Distribution Center

CONFIDENTIAL



# DEA Regional Offices

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## *Atlanta Division*

Russell Federal Building
75 Spring St. S.W., Room 740
Atlanta, GA 30303
(404) 331-4401
(404) 331-7340 Fax
*Area Covered: Georgia, North
  Carolina, South Carolina, Tennessee*

## Charleston Resident Office

334 Meeting St., Room 325
Charleston, SC 29403
(803) 727-4531
(803) 727-4186 Fax

## Charlotte Resident Office

Nine Woodlawn Green, Suite 200
Charlotte, NC 28217
(704) 344-6188
(704) 344-6795 Fax

## Columbia Resident Office

1835 Assembly St., Suite 1472
Columbia, SC 29201
(803) 765-5251
(803) 765-5410 Fax

## Columbus Resident Office

120 12th St., Room 316
Columbus, GA 31902
P.O. Box 1565
Columbus, GA 31902
(706) 649-7850
(706) 649-7872 Fax

## Greensboro Resident Office

1801 Stanley Road, Suite 201
Greensboro, NC 27407
(910) 547-4210
(910) 547-4215 Fax

## Knoxville Resident Office

710 Locust St., Suite 323
Knoxville, TN 37902
(615) 545-4607
(615) 545-4606 Fax

## Memphis Resident Office

Morgan Keegan Tower, Suite 500
50 N. Front St.
Memphis, TN 38103
(901) 544-3396
(901) 544-3025 Fax

## Nashville Resident Office

Estes Kefauver Building
801 Broadway, Room 500
Nashville, TN 37203
(615) 736-5988
(615) 736-2221 Fax

## Savannah Resident Office

Smith Kelly Building
300 Drayton St., Suite 401
Savannah, GA 31401
(912) 652-4286

## Wilmington Resident Office

Two Princess St., Room 322
Wilmington, NC 28401
(910) 343-4513
(910) 343-4463 Fax

## *Chicago Division*

Dirksen Federal Building
219 S. Dearborn St., Suite 500
Chicago, IL 60604
(312) 353-7875
(312) 886-8439 Fax
*Areas Covered: Illinois, Indiana,
  Minnesota, North Dakota,
  Wisconsin*

## Fargo Resident Office

One N. Second St., Suite 302
Fargo, ND 58102
(701) 239-5331

## Hammond Resident Office

507 State St., Room G32
Hammond, IN 46320
(219) 937-5321

## Indianapolis Resident Office

575 N. Pennsylvania St., Room 290
Indianapolis, IN 46204
(317) 226-7977
(317) 226-7703 Fax

## Milwaukee Resident Office

1000 N. Water St., Suite 1010
Milwaukee, WI 53202
(414) 297-3395
(414) 297-1169 Fax

## Minneapolis Resident Office

Federal Building
110 S. Fourth St., Room 402
Minneapolis, MN 55401
(612) 348-1700

## Springfield Resident Office

400 W. Monroe St., Suite 302
Springfield, IL 62704
(217) 492-4504

## *Dallas Division*

1880 Regal Row
Dallas, TX 75235
(214) 767-7151
(214) 767-7139 Fax
*Areas Covered:  Oklahoma, Texas
  (northern)*

D-5
*May, 1995*

Drug Operations Manual
Exhibit 55-45, Page 2 of 7
1/15/97



# DEA Regional Offices

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## Fort Worth Resident Office

819 Taylor St., Room 13A33
Fort Worth, TX 76102
(817) 334-3455
(817) 334-4128 Fax

## Lubbock Resident Office

5214 68th St., Suite 401
Lubbock, TX 79424
(806) 798-7189

## Oklahoma City Resident Office

Federal Building
200 N.W. Fifth St., Room 960
Oklahoma City, OK 73102-3202
(405) 231-4141

## Tulsa Resident Office

5100 E. Skelly Drive, Suite 570
Tulsa, OK 74135-6548
(918) 581-6391

## Tyler Resident Office

909 ESE Loop 323, Suite 280
Tyler, TX 75701
(903) 534-0472

## *Detroit Division*

Federal Building
231 W. Lafayette, Room 357
Detroit, MI 48226
(313) 226-7290
(313) 226-6145 Fax
*Areas Covered: Kentucky, Michigan, Ohio*

## Cincinnati Resident Office

Federal Office Building
550 Main St., Room 8504
Cincinnati, OH 45202
(513) 684-3671
(513) 684-3672 Fax

## Cleveland Resident Office

310 Lakeside Ave., #395
Cleveland, OH 44113
(216) 522-3705

## Columbus Resident Office

78 E. Chestnut St.
Columbus, OH 43215
(614) 469-2595
(614) 469-5788 Fax

## Grand Rapids Resident Office

65 Monroe Center, N.W.
Grand Rapids, MI 49503
(616) 456-2541

## Louisville Resident Office

Federal Building
600 Dr. Martin Luther King Place
Room 1006
Louisville, KY 40202
(502) 582-5908

## Saginaw Resident Office

301 E. Genessee, Fourth Floor
Saginaw, MI 48607
(517) 758-4133
(517) 758-4013

## *Houston Division*

333 W. Loop N., Suite 300
Houston, TX 77024
(713) 681-1771
(713) 220-2378 Fax
*Area Covered: Texas (southern)*

## Alpine Resident Office

P.O. Box 240
Alpine, TX 79831
(915) 837-3421
(915) 837-2701 Fax

## Austin Resident Office

9171 N. Capital of Texas Highway
Suite A-300
Austin, TX 78759
(512) 346-2486
(512) 346-0825 Fax

## Brownsville Resident Office

1100 FM 802, Suite 200
Brownsville, TX 78521
(210) 504-4100
(210) 504-4118 Fax

## Corpus Christi Resident Office

400 Mann St., Suite 405
Corpus Christi, TX 78401
P.O. Box 2443
Corpus Christi, TX 78403
(512) 888-3236
(512) 888-3246 Fax

## Eagle Pass Resident Office

342 Rio Grande, Room 102
Eagle Pass, TX 78852
(210) 773-5378
(210) 773-3008 Fax

CONFIDENTIAL

MCKMDL00652173

—



# DEA Regional Offices

## El Paso District Office

700 E. San Antonio St., Suite D-701
El Paso, TX 79901
(915) 534-6400
(915) 534-6034 Fax

## Galveston Resident Office

6000 Broadway, Suite 104
Galveston, TX 77551
(409) 766-3568
(409) 766-3570 Fax

## Laredo Resident Office

4804 N. Bartlett, Building 1050
Laredo, TX 78044
P.O. Drawer 2307
Laredo, TX 78044-2307
(210) 722-5201
(210) 726-2221 Fax

## McAllen District Office

1919 Austin St.
McAllen, TX 78501-7030
(210) 618-8400
(210) 618-8478 Fax

## San Antonio District Office

10127 Morocco, Suite 200
San Antonio, TX 78216
(210) 525-2900

## *Los Angeles Division*

255 E. Temple St., 20th Floor
Los Angeles, CA 90012
(213) 894-2650
(213) 894-4244 Fax
*Areas Covered:  California (southern),
Georgia, Hawaii, Nevada*

## Honolulu Resident Office

Honolulu, HI 96813
P.O. Box 50163
Honolulu, HI 96850
(808) 541-1930

## Las Vegas Resident Office

600 Las Vegas Blvd. S., Suite 640
Las Vegas, NV 89101
P.O. Box 16023
Las Vegas, NV 89101-0023
(702) 388-6635

## Reno Resident Office

401 Ryland St., Suite 331
Reno, NV 89502
(702) 784-5617
(702) 784-5679 Fax

## Riverside Resident Office

6377A Riverside Ave., Suite 220
Riverside, CA 92506-3162
P.O. Box 2946
Riverside, CA 92516-2946
(909) 276-6642

## Santa Ana Resident Office

34 Civic Center Plaza
Santa Ana, CA 92712
(714) 836-2892
(714) 836-2925 Fax

## Santa Barbara Resident Office

6445 Calle Real, Suite C
Goleta, CA 93117
(805) 964-6299
(805) 683-4637 Fax

## *Miami Division*

8400 N.W. 53rd St.
Miami, FL 33166
(305) 590-4870
(305) 590-4500 Fax
*Area Covered:  Caribbean, Florida*

## Fort Lauderdale District Office

1475 W. Cypress Creek Road
Fort Lauderdale, FL 33309
(305) 356-7700

## Fort Myers Resident Office

12730 New Brittany Blvd.
Suite 501
Fort Myers, FL 33907
(813) 275-3662
(813) 275-8945 Fax

## Gainesville Resident Office

235 S. Main St., Suite 202
Gainesville, FL 32601
(904) 371-2077

## Jacksonville Resident Office

4077 Woodcock Drive, Suite 210
Jacksonville, FL 32207
(904) 232-3566
(904) 232-2501 Fax

## Key Largo Resident Office

95360 Overseas Highway, Suite Six
Key Largo, FL 33037
P.O. Box 2930
Key Largo, FL 33037
(305) 852-7874
(305) 536-5485 Fax

## Orlando Resident Office

498 Palm Springs Drive, Suite 301
Altamonte Springs, FL 32701
(407) 648-6155
(407) 648-6041 Fax

CONFIDENTIAL

MCKMDL00652174

Drug Operations Manual
Exhibit 55-45, Page 4 of 7
1/15/97

# DEA Regional Offices



## Panama City Resident Office

5323 W. Highway 98, Suite 215
Panama City, FL 32401
(904) 769-3407
(904) 769-4118 Fax

## San Juan District Office

2432 Loiza St.
San Juan, PR 00913
(809) 253-4200
(809) 253-4254 Fax

## Tallahassee Resident Office

3384 Capitol Circle N.E.
Tallahassee, FL 32308
(904) 942-8417
(904) 942-8420 Fax

## Tampa District Office

5426 Bay Center Drive
Tampa, FL 33609
(813) 228-2178
(813) 228-2298 Fax

## West Palm Beach Resident Office

1818 S. Australian Ave., Suite 300
West Palm Beach, FL 33409
(407) 684-8000

## *New England Division*

50 Staniford St., Suite 200
Boston, MA 02114
(617) 557-2100
(617) 557-2135 Fax
*Areas Covered: Connecticut, Maine,
Massachusetts, New Hampshire
Rhode Island, Vermont*

## Bridgeport Resident Office

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
(203) 579-5591
(203) 579-5530 Fax

## Burlington Resident Office

P.O. Box 446
Williston, VT 05495
(802) 951-6777
(802) 951-6489 Fax

## Concord Resident Office

197 Loudon Road, Suite 300
Concord, NH 03301
(603) 225-1574
(603) 225-1543 Fax

## Hartford Resident Office

450 Main St., Room 628
Hartford, CT 06103
(203) 240-3233

## Portland Resident Office

1355 Congress St., Suite D
Portland ME 04102
(207) 780-3331
(207) 780-3413 Fax

## Providence Resident Office

380 Westminster Mall, Suite 541
Providence, RI 02903
(401) 528-4130
(401) 528-4107 Fax

## Springfield Resident Office

1441 Main St., Suite 1000
Springfield, MA 01103
(413) 785-0284
(413) 785-0483 Fax

## *New Jersey Division*

Federal Office Building
970 Broad St., Suite 806
Newark, NJ 07102
(201) 645-6060
(201) 645-2317 Fax
*Area Covered: New Jersey*

## Atlantic City Resident Office

Executive Plaza
2111 New Road, Suite 203
North Field, NJ 08225
(609) 383-3322

## Camden Resident Office

1000 Crawford Place, Suite 200
Mount Laurel, NJ 08054
(609) 757-5407
(609) 757-5006 Fax

## *New Orleans Division*

Three Lakeway Center
3838 N. Causeway Blvd., Suite 1800
Metairie, LA 70002
(504) 840-1100
(504) 840-1103 Fax
*Area Covered: Alabama, Arkansas,
Louisiana, Mississippi*

## Baton Rouge Resident Office

2237 S. Acadian Thruway, Suite 306
Baton Rouge, LA 70808
(504) 389-0254
(504) 389-0772 Fax

## Birmingham Resident Office

236 Goodwin Crest, Suite 520
Birmingham, AL 35209
(205) 290-7150

CONFIDENTIAL

MCKMDL00652175



# DEA Regional Offices

**Jackson Resident Office**
100 W. Capitol St., Suite 1213
Jackson, MS 39269
(601) 965-4400

**Little Rock Resident Office**
10825 Financial Parkway, Suite 317
Little Rock, AR 72211-3557
(501) 324-5981
(501) 324-6900 Fax

**Mobile Resident Office**
1110 Montlimar Drive, Suite 270
Mobile, AL 36609
(205) 441-5831

**Shreveport Resident . Office**
Federal Building
500 Fanin St., Room 6B14
Shreveport, LA 71101
(318) 676-4080
(318) 676-4085 Fax

## *New York Division*
99 10th Ave.
New York, NY 10011
(212) 337-3900
(212) 337-2799 Fax
*Area Covered: New York*

**Albany Resident Office**
O'Brien Building
Clinton Avenue & N. Pearl Street
Room 930
Albany, NY 12207
(518) 472-3425

**Buffalo Resident Office**
28 Church St., Suite 300
Buffalo, NY 14202
(716) 846-4421
(716) 846-5160 Fax

**Long Island Resident Office**
175 Pinelawn Road, Suite 205
Melville, NY 11747
(516) 420-4500

**Rochester Resident Office**
P.O. Box 14210
Rochester, NY 14614
(716) 263-3180

## *Philadelphia Division*
Green Federal Building
600 Arch St., Room 10224
Philadelphia, PA 19106
(215) 597-9530
(215) 597-6063 Fax
*Area Covered: Delaware, Pennsylvania*

**Allentown Resident Office**
1259 S. Cedar Crest Blvd., Suite 250
Allentown, PA 18103
(215) 770-0940

**Harrisburg Resident Office**
P.O. Box 557
Harrisburg, PA 17108-0557
(717) 782-2270
(717) 782-4851 Fax

**Pittsburgh Resident Office**
Federal Building
1000 Liberty Ave., Room 1328
Pittsburgh, PA 15222
(412) 644-3390

**Wilmington Resident Office**
One Rodney Square
920 King St., Suite 404
Wilmington, DE 19801
(302) 573-6184
(302) 573-6296 Fax

## *Phoenix Division*
3010 N. Second St., Suite 301
Phoenix, AZ 85012
(602) 640-5700
(602) 640-5741 Fax
*Area Covered: Arizona*

**Nogales Resident Office**
1370 W. Fairway Drive
Nogales, AZ 85621
(602) 281-1727
(602) 281-1850 Fax

**Tucson District Office**
3285 E. Hemisphere Loop
Tucson, AZ 85706
(602) 573-5500
(602) 573-5632 Fax

**Yuma Resident Office**
3150 Windsor Ave., Suite 202
Yuma, AZ 85365
(602) 344-9550
(602) 344-1444 Fax

## *Rocky Mountain Division*
115 Inverness Drive
East Englewood, CO 80112
(303) 784-6300
(303) 784-6414 Fax
*Area Covered: Colorado, New Mexico, Utah, Wyoming*

CONFIDENTIAL  MCKMDL00652176

Drug Operations Manual
Exhibit 55-45, Page 6 of 7
1/15/97

# DEA Regional Offices



• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### Albuquerque District Office
301 Grand Ave.
NE Albuquerque, NM 87102
(505) 766-8925
(505) 766-8960 Fax

### Cheyenne Resident Office
Federal Center
2120 Capitol Ave.
Room 7010
Cheyenne, WY 82001
(307) 772-2391
(307) 772-2399 Fax

### Glenwood Springs Resident Office
401 23rd St., Suite 300
Glenwood Springs, CO 81601
(303) 945-0744
(303) 945-8247 Fax

### Las Cruces Resident Office
201 E. Picacho St.
Las Cruces, NM 88001
P.O. Box 399
Las Cruces, NM 88004
(505) 524-2610
(505) 527-4850 Fax

### Salt Lake City Resident Office
American Plaza III
47 W. 200 S., Suite 401
Salt Lake City, UT 84101
(801) 524-4156
(801) 524-5364 Fax

## St. Louis Division
United Missouri Bank Building
7911 Forsyth Blvd., Room 500
St. Louis, MO 63105
(314) 425-3241
(314) 425-3245 Fax
*Area Covered: Illinois (southern),
Iowa, Kansas, Missouri, Nebraska,
South Dakota*

### Cape Girardeau Resident Office
339 Broadway, Room 158
Cape Girardeau, MO 63701
(314) 334-1534
(314) 335-4117 Fax

### Des Moines Resident Office
Federal Building
210 Walnut St., Room 937
Des Moines, IA 50309
(515) 284-4700
(515) 284-4920 Fax

### Kansas City Resident Office
8600 Farley St., Suite 200
Overland Park, KS 66212
(913) 236-3257
(913) 236-3186 Fax

### Omaha Resident Office
106 S. 15th St., Room 1003
Omaha, NE 68102
(402) 221-4222
(402) 221-4225 Fax

### Sioux Falls Resident Office
Shriver's Building
230 S. Phillips Ave., Suite 407
Sioux Falls, SD 57102
(605) 330-4421
(605) 330-4420 Fax

### Wichita Resident Office
1919 N. Amidon, Suite 218
Wichita, KS 67203
(316) 838-2500

## San Diego Division
402 W. 35th St.
National City, CA 91950
(619) 585-4200
(619) 585-4224 Fax
*Area Covered: California (border area)*

### Calexico Resident Office
333 S. Waterman Ave.
El Centro, CA 92243
(619) 352-5832

### Carlsbad Resident Office
5973 Avenida Encinas, Suite 220
Carlsbad, CA 92008
(619) 931-9812
(619) 931-5974 Fax

### San Ysidro Resident Office
406 Virginia Ave.
San Ysidro, CA 92173
(619) 428-7115

## San Francisco Division
450 Golden Gate Ave.
San Francisco, CA 94102
P.O. Box 36035
San Francisco, CA 94102
(415) 556-6771
(415) 556-2890 Fax
*Area Covered: California*

D-10

Drug Operations Manual
Exhibit 55-45, Page 7 of 7
1/15/97

# DEA Regional Offices

## Fresno Resident Office
1260 M. St., Room 200
Fresno, CA 93721
(209) 487-5402
(209) 487-5287 Fax

## Sacramento Resident Office
1860 Howe Ave., Suite 250
Sacramento, CA 95825
(916) 978-4225
(916) 978-4316 Fax

## San Jose Resident Office
One N. First St., Suite 405
San Jose, CA 95113
(408) 291-7235
(408) 291-7720 Fax

## *Seattle Division*
220 W. Mercer, Suite 104
Seattle, WA 98119
(206) 553-5443
(206) 553-1576 Fax
*Area Covered: Alaska, Idaho,
Montana, Oregon, Washington*

## Anchorage Resident Office
222 W. Seventh Ave., #15
Anchorage, AK 99513
(907) 271-5033
(907) 271-3097 Fax

## Blaine Resident Office
170 C St.
Blaine, WA 98230
P.O. Box 1680
Blaine, WA 98231
(206) 332-8692

## Eugene Resident Office
Federal Building
211 E. Seventh Ave., Room 230
Eugene, OR 97401
(503) 465-6861
(503) 465-6796 Fax

## Great Falls Resident Office
1301 12th Ave.
South Great Falls, MT 59403
P.O. Box 2887
Great Falls, MT 59403
(406) 771-0333
(406) 761-8246 Fax

## Portland Resident Office
1220 S.W. Third Ave., Room 1525
Portland, OR 97204
(503) 326-3371

## Spokane Resident Office
W. 1124 Riverside, Suite L300
Spokane, WA 99201
(509) 353-2964

## *Washington, D.C., Division*
400 Sixth St. S.W.
Washington, DC 20024
(202) 401-7834
(202) 401-7061 Fax
*Area Covered: District of Columbia,
Maryland, Virginia, West Virginia*

## Baltimore District Office
200 St. Paul Place, Suite 2222
Baltimore, MD 21202
(410) 962-4800

## Charleston Resident Office
Union Square
2 Monongala
Suite 202
Charleston, WV 25302
(304) 347-5209
(304) 347-5212 Fax

## Norfolk Resident Office
Federal Building
200 Granby Mall, Suite 320
Norfolk, VA 23510
(804) 441-3152

## Richmond Resident Office
8600 Staples Mill Road, Suite B
Richmond, VA 23228
(804) 771-2871
(804) 771-8167 Fax

CONFIDENTIAL

MCKMDL00652178

CONFIDENTIAL

MCKMDL00652179

Drug Operations Man<br>Exhibit 55-46<br>1/15/97

```
PROGRAM DU451500 VER 001                        MCKESSON CORPORATION                                          8101    PAGE
DATE 03/30/93  TIME 1/27:05           DAILY CONTROLLED SUBSTANCE SUSPICIOUS ORDER WARNING REPORT              REPORT DU45RU5A
                                         SORTED BY DC, ROUTE, STOP, CUSTOMER, TCN, ITEM

ROUTE: 018     STOP: 041

GARDNER'S DRUG 10-41          CUST # 562470                              DC 101 - NORTH CANTON
125 S MAIN ST                                                           7500 FREEDOM AVE
ADA                OH  45810                                            NORTH CANTON,       OH
PHONE: 419-634-7070      DEA # AT2950429                                PHONE: 216-494-0350       44720
                                                                                            DEA # PM0031942

DRUG ENFORCEMENT ADMINISTRATION            (ADDRESS)            (CITY, STATE)              (FAX NUMBER)

PURSUANT TO CFR21, S 1301,74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS ORDER  WARNING REPORT  FOR
03/30/93. THIS REPORT REFLECTS ORDERS FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE
FOR THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

WITH THE SUBMISSION OF THIS REPORT, WE ARE LEAVING TO THE DEA THE FINAL DETERMINATION OF WHETHER THEY ARE SUSPICIOUS OR UNUSUAL.

                     DIST. CTR. MGR./UR DESIGNEE

FCUP TRANS CTL# TRANS DATE ITEM #  NDC NUMBER    SELLING DESCRIPTION       GENERIC DESCRIPTION    UNIT  QTY  SCH
93033012737  01/30/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   1
93032900296  03/29/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   8
93031007861  03/18/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   1
93031709058  03/17/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   3
93031615772  03/16/93  1623902  00131512964  CODIMAL DH SYR  41Z  PE/HYDROCODONE/PYRILAMINE  EA   1
93031500785  03/15/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   3
93031109196  03/11/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   3
93031008960  03/10/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   3
93030910582  03/09/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   2
93030812962  03/08/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   1
93030407397  03/04/93  1623902  00131512964  CODIMAL DH SYR  40Z  PC/HYDROCODONE/PYRILAMINE  EA   5
93030207897  03/02/93  1623902  00131512964  CODIMAL DH SYR  40Z  PE/HYDROCODONE/PYRILAMINE  EA   1
                                                                            ITEM TOTAL            32
         ITEM MONTHLY AVG : 2.12000     FACTOR :  3.00       ITEM LIMIT :   6.36
```

CONFIDENTIAL

MCKMDL00652180

CONFIDENTIAL

MCKMDL00652181

Drug Operations Manual
Exhibit 55-47
1/15/97

PROGRAM DU45L650 VER 001
DATE 03/18/93 TIME 08:31:09

MCKESSON CORPORATION
MONTHLY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASES REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC
PERIOD ENDING 02/93

0101  PAGE
REPORT 0U45R058

ROUTE: 031      STOP: 027

FINNEYS SOUTH 31-27              RAM # 024      CUST # 013300
3031 CLEVELAND AVE S
CANTON             OH       44707
PHONE: 216-484-3917    DEA # AF2936497

DC 101 - NORTH CANTON
7500 FREEDOM AVE
NORTH CANTON,      OH        44720
PHONE: 216-494-8350    DEA # PM0031942

DRUG ENFORCEMENT ADMINISTRATION       (ADDRESS)                    (CITY, STATE)              (FAX NUMBER)

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE MONTHLY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASES REPORT FOR 02/93
THIS REPORT REFLECTS ORDERS FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR THE
CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

WITH THE SUBMISSION OF THIS REPORT, WE ARE LEAVING TO THE DEA THE FINAL DETERMINATION OF WHETHER THEY ARE SUSPICIOUS OR UNUSUAL.

DIST. CTR. MGR./OR DESIGNEE

| INVOICE # | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | QTY | SC |
|---|---|---|---|---|---|---|---|---|
| 03822 | 02/18/93 | 143763 | 0004505 1360 | TYLENOL+COD #3 TAB | 100 | CODEINE PHOSPHATE/APAP | EA | 3 | II |
| 00820 | 02/18/93 | 143763 | 0004505 1360 | TYLENOL+COD #3 TAB | 100 | CODEINE PHOSPHATE/APAP | EA | 1 | II |
| 00097 | 02/02/93 | 143763 | 0004505 1360 | TYLENOL+COD #3 TAB | 100 | CODEINE PHOSPHATE/APAP | EA | 2 | II |
| | | | | | | ITEM TOTAL : | | 6 | |
| | | | ITEM MONTHLY AVG : | 1.57142 | FACTOR : | 3.00 | ITEM LIMIT : | 4.71 | |

CONFIDENTIAL

MCKMDL00652182

CONFIDENTIAL

MCKMDL00652183

Drug Enforcement Administration

Drug Operations Manua
Exhibit 55-48, Page 1 o
1/15/97

*Washington, D.C. 20537*

**[JUL 1 8 1996**

Ms. Diane Goyette
Director of Regulatory Affairs
National Wholesale Druggists Association
P.O. Box 2219
Reston, Virginia 22090-0219

Dear Ms. Goyette:

Thank you for your letter of April 29, 1996, voicing your
organization's satisfaction with the April 17, 1996 semi-annual
meeting with your membership. I know I speak for all Drug Enforcement
Administration (DEA) personnel present at that meeting, in conveying
their appreciation for the information presented and the cooperation
received.

There are several issues that have been long-standing and we
would like to bring you up to date with current activities. The
proposed rule on freight forwarding has cleared DEA and is ready to be
forwarded to the Department of Justice (DOJ) and the Office of
Management and Budget (OMB) for their approval. The DEA ARCOS Unit
has resolved the problem of "inadvertent under-reporting" that was
attributed to differences in National Drug Code Numbers (NDC)
pertaining to sizes. The ARCOS Unit has been able to take care of
this problem internally without any further involvement of ARCOS
participants.

The last issue centers around delivery of Schedule II order forms
by drivers and the associated distribution scenarios. DEA has
carefully reviewed the scenarios discussed at the April 17, 1996,
meeting and has approved the following circumstances in which driver
handling of Schedule II Order Forms (DEA Form 222) will be permitted,
and the circumstances under which we will allow DEA Forms 222 to be
transmitted by facsimile. DEA will permit the driver to handle DEA
Forms 222 provided they are carried in a sealed envelope. DEA will
permit the "faxing" of DEA Forms 222 by the customer to the DEA
registered distribution center, in order to facilitate the expedient
filling of the DEA Form 222. The distributor may prepare the order

Ms. Diane Goyette

from the facsimile and then compare the prepared order with the
controlled substances, when the original DEA Form 222s arrive with the
driver.  Under no circumstances will DEA permit the driver to have the
sole responsibility for reconciliation of the pre-prepared order with
the actual DEA Form 222.  DEA also does not approve of the scenario
that allows the driver to "fax" the copy of the order form at the
cross-docking facility.  The cross-docking facility should only be
used for the temporary storage of controlled substances in transit and
DEA will not recognize any other activity, such as "faxing", at the
facility.  Further, the driver should have no knowledge as to the
contents of the DEA Form 222.  Also, it is the opinion of DEA that
allowing the drivers to be responsible for sole reconciliation of
Schedule II orders does not provide the "special handling" of Schedule
II orders that the Controlled Substances Act mandates and the
diversion possibilities presented by this scenario are obviously more
plentiful.

     Please convey this decision to your membership.  We will inform
all of our field offices of this approved procedure, in the hope that
it will prevent admonishments such as the one that one of your members
was given for allowing the driver to transport the DEA Forms 222.  As
always, it was a pleasure meeting with you and your membership.  If
you have any questions, please contact the Liaison and Policy Section
at (202) 307-7297.

                              Sincerely,

                              G. Thomas Gitchel, Chief
                              Liaison and Policy Section
                              Office of Diversion Control

Drug Operations Ma
Exhibit 55-48, Page
1/15/97



**U.S. Department of Justice**

Drug Enforcement Administration

---

*Washington, D.C. 20537*

**AUG 2 8 1996**

Ms. Diane Goyette
Director of Regulatory Affairs
P.O. Box 2219
Reston, Virginia 22090-0219

Dear Ms. Goyette:

Reference is made to our recent meeting regarding the facsimile transmission of DEA forms 222 from retail pharmacies to distributors. As I advised you at that time, the Drug Enforcement Administration (DEA) will permit the facsimile transmission of an executed DEA form 222 directly from a retail pharmacy to a distributor to facilitate filling of an order, provided that the facsimile copy is compared with the original copy prior to shipping the order. It is acceptable, although in our view, not desirable, to permit a proprietary driver, acting as an agent/employee of the distributor, to "fax" a DEA form 222 on behalf of the pharmacy, to the distribution center. The practice of allowing common or contract carriers to "fax" DEA forms 222 to distribution centers, however, is not in the public interest and does not effectively guard against diversion.

We realize that distribution centers adopted procedures for facsimile transmission of DEA forms 222 to expedite delivery of controlled substances to their customers. Nevertheless, we are very concerned that a practice that enables common or contract truck drivers, who are subject to only limited security checks and controls, to know exactly what a particular shipment of drugs will contain, poses a significant threat of diversion.

We urge your members, therefore, to cease this practice as soon as possible. It has been represented that the practice of "faxing" DEA forms 222 by common and contract carriers is widespread and well-established in many of your members' distribution centers. Therefore DEA will recognize a transition period until December 31, 1996 to discontinue this practice.

If you have any questions, please let me know.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

CONFIDENTIAL

CONFIDENTIAL

MCKMDL00652187



**U.S. Department of Justice**

Drug Enforcement Administration

*Washington, D.C. 20537*

**OCT 2 8 1996**

Ms. Diane P. Goyette
Director of Regulatory Affairs
National Wholesale Druggists' Association
P.O. Box 2219
Reston, Virginia 20195-0219

Dear Ms. Goyette:

Reference is made to previous correspondence regarding the facsimile transmittal of DEA forms 222 and, in particular, your letter dated October 15, 1996 regarding this same subject.

It is the Drug Enforcement Administration's (DEA) policy that if a firm has filled an order pursuant to the receipt of a facsimile copy of DEA form 222, the firm's proprietary driver (i.e. a driver employed by and under the direct supervision of the registrant filling the order) may pick up the original DEA form 222 at the purchaser's place of business at the time that the controlled substances are delivered. Although the proprietary driver will be comparing the original DEA form 222 with the facsimile copy, the ultimate responsibility for ensuring that this reconciliation takes place will continue to rest with the shipper.

Although DEA continues to have concerns about permitting even proprietary drivers to perform this function, we will permit this practice as it is presumed that a firm utilizing proprietary drivers ensures that background security checks have been conducted and maintains a higher level of control than that afforded to contract or common carrier drivers.

We would appreciate your assistance in conveying this information to your members, along with the reminder that under no circumstances should a contract or common carrier driver have sole responsibility for the reconciliation of the original order form with the facsimile copy.

CONFIDENTIAL

Ms. Diane P. Goyette                                    Page Two

  We have provided all DEA Diversion Investigators in the field and at Headquarters with an explanation of this policy and hope that we have now eliminated any confusion on this matter that your members or our personnel may have experienced.

  If you have any further questions or need additional guidance, please let me know.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

Drug Operations Manua
Exhibit 55-49
1/15/97

## MONTHLY ARCOS BALANCING
### (Due by the 15th of each month)

TO:

DC Name: _____

Month/Year: _____

√ one:   ☐ **ARCOS is <u>in balance</u>.**

   ☐ **ARCOS is <u>out of balance</u>, and the reason is:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Date | DCM/OM Signature |
|------|------------------|

**SEND THIS REPORT TO VPDO AND DDQ**

(01/

CONFIDENTIAL

MCKMDL00652190

CONFIDENTIAL

MCKMDL00652191

| To: | Date: |
| --- | --- |
| All DCM's | January 2, 1996 |

**M·Kesson**

| From: | Location/Tel. |
| --- | --- |
| Dan White | 28/8598 |

Intra Company
Correspondence

| Subject: | Copies To: |
| --- | --- |
| DEA Year End | Bean, S. - 36 |
| Form 222 Waiver | Blythe, R. - Columbia |
| | Funk, R. - 28 |
| | Hayes, M. - ERO |
| | Lannon, T. - Denver |
| | Murphy, J. - 28 |
| | Peck, B. - ERO |
| | Roos, T. - ERO |
| | Russell, B. - Memphis (149) |
| | Thompson, D. - 36 |
| | Walker, D. - WRO |
| | Watts, C. - WRO |

The attached letter from Thomas Gitchel, Chief Liaison and Policy Section Office of Diversion Control, authorizes Drug Wholesalers to accept Drug Enforcement Administration forms (DEA Form 222) during the month of January 1996 , which are incorrectly dated January 1995. Be sure to follow the instructions outlined in the document.

Please note: The statement "until Further notice" means that this policy will be valid from now on during the month of January only, each year. File a copy of this in your ARCOS general file and also post a copy in your vault.

Dan White
a:\dwdir\deawaivr.sam

CONFIDENTIAL

MCKMDL00652192



Drug Operations Manual
Exhibit 55-50, Page 2 of 2
**U.S. Department of Justice** 1/15/97

Drug Enforcement Administration

---

*Washington, D.C. 20537*

**DEC 2 1 1995**

Ms. Diane P. Goyette
Director of Regulatory Affairs
National Wholesale Druggists' Association
P.O. Box 2219
Reston, Virginia 22090-0219

Dear Ms. Goyette:

At this time of year, the Drug Enforcement Administration (DEA) frequently gets requests for authorization to accept DEA order forms (DEA form 222) during the month of January on which the date ordered reflects the previous year instead of the new year.

It is DEA's long-standing policy that firms may accept order forms during the month of January that show the previous year's date instead of the correct one, provided that the following procedures are followed.

1. When an order form is received and this type of error is discovered, the receiving firm will call the customer and verify that they intended to indicate the correct date.

2. This contact with the customer will be documented and attached to the order form.

3. The date on the order form will be changed to reflect the current date.

4. After January 31, any order form received with the previous year's date will be rejected and returned to the customer.

This policy will remain in effect until further notice. We would be grateful if you would advise your members that it is no longer necessary to receive this authorization annually.

Thank you for your assistance in conveying this information to your membership. If you have any questions, please call Ms. Ann L. Carter at (202) 307-3618.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

## EXPIRED CUSTOMER DEA CERTIFICATE
## "RENEWAL IN PROCESS"
## VERIFICATION SHEET

Drug Operations Manu
Exhibit 55-51
1/15/97

☐ Account Name: _____  Account # _____

☐ Address _____

☐ City/State/ZIP _____

☐ DEA # _____

Written-up by _____  Date _____

Comments:

---

Name of DEA Contact _____  DEA Field Office _____

Date verified _____  Time _____ hours

☐ Schedules:   2   2N   3   3N   4   5   ALL
   (Circle all applicable)  Expires _____

Confirmed by _____

Comments:

(01/5

CONFIDENTIAL

MCKMDL00652194

CONFIDENTIAL

MCKMDL00652195



Drug Enforcement Administration

Drug Operations M
Exhibit 55-52, Page
1/15/97

*Washington, D.C. 20537*

OCT 2 7 1995

R  E G E I V
OCT 3 1 1995
HYMAN, PHELPS, & McNAMARA, P.C.

John A. Gilbert, Jr., Esq.
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005

Dear Mr. Gilbert:

This is in response to your letter of October 12, 1995,
concerning the Drug Enforcement Administration's (DEA) policy for
generic or brand substitution of Schedule II controlled
substances on DEA order forms.

Specifically, you are requesting clarification of whether
DEA's existing policy (a generic product may be substituted for a
name brand product on an order form provided that the customer
agrees to accept the product and the name and National Drug Code
Number of the product shipped are reflected on the form) applies
to circumstances where distributors enter into automatic
substitution agreements with their customers.  It is our
understanding from your letter that a distributor and customer
would enter into a written agreement that establishes the
circumstances under which the distributor may substitute a
generic for a brand name, a generic from another manufacturer, or
a brand name for a generic, if the distributor cannot fill the
order as submitted by the customer.

Based on the information you have provided, the substitution
of drugs as described above would be consistent with DEA's policy
regarding substitutions, to the extent that it would also be
allowed under other Federal, state or local law.  As stated in
Mr. Haislip's 1992 letter to the National Wholesale Druggists
Association and others, generic substitution of identical

CONFIDENTIAL

John A. Gilbert, Jr., Esq.

Drug Operations Manual
Exhibit 55-52, Page 2 of 2
1/15/97

products is acceptable provided the name and NDC number of the product is entered on the order form and the customer agrees to accept the substitution. The policy does not specify that the customer agreement must be for each specific substitution; a customer may agree in advance to substitutions, so long as the agreement is in writing.

We trust that the above addresses your concerns. If you have any further questions, please do not hesitate to contact this office at (202) 307-7297.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

MCKMDL00652197