# EXHIBIT 259

# FW: DEA THRESHOLD WARNING REPORT - 4/2/2013

From:

"Bishop, Micheal" <micheal.bishop@mckesson.com>

To:

"Smith, Jenna L" <jenna.smith@mckesson.com>

Cc:

"McCoy, Dustin" <dustin.mccoy@mckesson.com>

Date:

Wed, 03 Apr 2013 16:03:03 +0000

---

Just an FYI regarding new base code set ups...specifically, this stems from the creation of M806. Just so Dustin knows

Thank you
**Micheal Bishop**
**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006
972.446.4892 Tel
972.446.5493 Fax
469.315.8051 Cell
micheal.bishop@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

**From:** Thomet, Elaine
**Sent:** Wednesday, April 03, 2013 11:01 AM
**To:** Lumpkin, Joe; Gustin, Dave
**Cc:** Bishop, Micheal; Jefferies, Dan
**Subject:** RE: DEA THRESHOLD WARNING REPORT - 4/2/2013
Team,
I know this wasn't your decision though I have to ask, how are the thresholds set on new basecodes?
- Setting new basecode thresholds at minimum defaults, waiting for the customer to exceed and then requiring TCRs doesn't seem the best route. Banking on it affecting a smaller population, thereby being less work overall, seems a weak case but that's the only one I can think of.
- When thresholds were originally set for all our customers in 2008, the Regulatory team ran the historical usage and then took the highest month and added 10% to determine an appropriate threshold to be set. Why would adding any new basecode be treated differently?

We're being asked to provide operational excellence to our customers and flawless execution. Creating omits &/or requesting TCRs from our customers, while we have the historical data doesn't make us look efficient. Hence why we have Micheal running the data for the forthcoming Questionnaires, why we need to audit preloads before bringing onboard a new customer and why I would hope new thresholds are being set accordingly. I believe there are other new base codes? Only if we are made aware can we help prepare.
Thanks for working with us.
Elaine
415.983.9468 office
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

**From:** Bishop, Micheal
**Sent:** Wednesday, April 03, 2013 8:31 AM
**To:** Thomet, Elaine; Lumpkin, Joe
**Cc:** Gustin, Dave; McCoy, Dustin; Smith, Jenna L
**Subject:** RE: DEA THRESHOLD WARNING REPORT - 4/2/2013
Yeah, I was building my case on that...you beat me to it Elaine.
Joe --
I'm pulling sales now to support the need for addition over 25% of 9170. The NDC they reference alone is pull an average of 29k pills per month (max of 32k). We would need to increase even more than that for any other skus they are purchasing in that base code. I'll know more shortly once the reports finish.
In my opinion, this is the analysis that should have been done when M806 was set up...

| Cid Item Num (TOS) | Sell Description (TOS) | Mth Name | Pkg Size (CUR) | Sales Qty |
|---|---|---|---|---|
| 3688330 | DIPHENOX+ATR TAB MYLN 1000@ | FEBRUARY | 1,000 | 27 |
| 3688330 | DIPHENOX+ATR TAB MYLN 1000@ | JANUARY | 1,000 | 33 |
| 3688330 | DIPHENOX+ATR TAB MYLN 1000@ | MARCH | 1,000 | 30 |

Thank you
**Micheal Bishop**
**McKesson Pharmaceutical**
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006
972.446.4892 Tel
972.446.5493 Fax
469.315.8051 Cell
micheal.bishop@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Thomet, Elaine
**Sent:** Wednesday, April 03, 2013 10:24 AM
**To:** Bishop, Micheal; Lumpkin, Joe
**Cc:** Gustin, Dave; McCoy, Dustin; Smith, Jenna L
**Subject:** RE: DEA THRESHOLD WARNING REPORT - 4/2/2013

I'm just trying to follow,…
Did I understand the customer to say below that they expect 37K doses this month?
Does what Joe increased (25% of 61K) take us from 5K to 15K?
What am I missing?
Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Bishop, Micheal
**Sent:** Wednesday, April 03, 2013 7:52 AM
**To:** Lumpkin, Joe
**Cc:** Thomet, Elaine; Gustin, Dave; McCoy, Dustin; Smith, Jenna L
**Subject:** RE: DEA THRESHOLD WARNING REPORT - 4/2/2013

Thank you Joe.
Thank you
**Micheal Bishop**
McKesson Pharmaceutical
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006
972.446.4892 Tel
972.446.5493 Fax
469.315.8051 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Lumpkin, Joe
**Sent:** Wednesday, April 03, 2013 9:40 AM
**To:** Bishop, Micheal
**Cc:** Thomet, Elaine; Gustin, Dave; McCoy, Dustin; Smith, Jenna L
**Subject:** RE: DEA THRESHOLD WARNING REPORT - 4/2/2013

Micheal,
I've made an adjustment to the M806 base code for this account, so that it is around 25% of 9170. This sets a more appropriate value in correlation to the level that 9170 is set to.
Let me know if there are any issues going forward.
Have a great day!
Thanks,
Joe Lumpkin
Regional Director, Regulatory Affairs
McKesson Pharmaceutical, North East Region
10504 McKesson Dr.
Ruther Glen, VA 22546
804-448-4142 Ofc
804-683-4670 Cell
804-448-4573 Fax

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Think before you print ! - 1 Ton of paper = 3 Tons of wood = 24 trees

---

**From:** Bishop, Micheal
**Sent:** Tuesday, April 02, 2013 6:05 PM
**To:** Lumpkin, Joe
**Cc:** Thomet, Elaine; Gustin, Dave; McCoy, Dustin; Smith, Jenna L
**Subject:** FW: DEA THRESHOLD WARNING REPORT - 4/2/2013
**Importance:** High

Joe –
I need your help on this one…
This customer is already reaching threshold limits when trying to fill an order for NDC # 00378041510 DIPHEN/ATROP TAB 2.5MG. The problem is this NDC falls under base code M806, it would seem the max limit on this one is set way too low in comparison to the main base code 9170.
Can you advise why it was limited to what appears to be a default threshold when the main has available 61k?



```
Thank you
Micheal Bishop
McKesson Pharmaceutical
Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006
972.446.4892 Tel
972.446.5493 Fax
469.315.8051 Cell
micheal.bishop@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and
may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and
destroy all copies thereof.

-----Original Message-----
From: Marier, Brian [mailto:Brian.Marier@caremark.com]
Sent: Tuesday, April 02, 2013 2:27 PM
To: Bishop, Micheal; _InvMgmt
Cc: McCoy, Dustin; Smith, Jenna L
Subject: RE: DEA THRESHOLD WARNING REPORT - 4/2/2013
Hi Michael

Did someone enter the forecasting wrong for this Base code for KCM ACT#734367. NDC#00378041510 DIPHEN/ATROP TAB 2.5MG has
a monthly forecast of 37,000 tablets for the month and the threshold is only for 5000. Can I please have this raised up to
match the forecast.
Thanks
Brian Marier
Brian Marier, | CVS Caremark | Analyst, Pharma Procurement | 2211 Sanders Rd, Northbrook, IL. 60062 | Phone: 847-559-3495
| Dept: 847-559-3099 | Fax: 847-559-5729 | Brian.Marier@caremark.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for
the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you
have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or
its contents is prohibited. If you have received this communication in error, please notify the sender immediately by
telephone and destroy all copies of this communication and any attachments
-----Original Message-----
From: Bishop, Micheal [mailto:Micheal.Bishop@McKesson.com]
Sent: Tuesday, April 02, 2013 6:32 AM
To: _InvMgmt
Cc: McCoy, Dustin; Smith, Jenna L
Subject: DEA THRESHOLD WARNING REPORT - 4/2/2013
Inventory Management Team,
Attached and below please find today's CSMP Threshold Report for your review
Thank you
Micheal Bishop
McKesson Pharmaceutical
Retail National Accounts, Support Solutions 1220 Senlac Drive Carrollton, TX  75006
972.446.4892 Tel
972.446.5493 Fax
469.315.8051 Cell
micheal.bishop@mckesson.com
www.mckesson.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and
```

**P1.2070.4**

may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                       MCKMDL00626901