# EXHIBIT 279

| | |
|---|---|
| **From**: | Schmidt, Stephen [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=STEPHEN SCHMIDT] |
| **Sent**: | 12/23/2013 8:20:49 PM |
| **To**: | Schmidt, Stephen [stephen.schmidt@mckesson.com]; Graziano, David [david.graziano@mckesson.com]; mpetropoulos@marcs.com |
| **Subject**: | RE: CSCP Tracker Marc's 2WA and 39MA |

If it's Hydroc. then it's around ▓▓ for 39MA.

---

**From:** Schmidt, Stephen
**Sent:** Monday, December 23, 2013 2:08 PM
**To:** Graziano, David; mpetropoulos@marcs.com
**Subject:** RE: CSCP Tracker Marc's 2WA and 39MA

Is this also for Hydrocodone for 39MA?

---

**From:** Graziano, David
**Sent:** Monday, December 23, 2013 2:03 PM
**To:** mpetropoulos@marcs.com
**Cc:** Schmidt, Stephen
**Subject:** RE: CSCP Tracker Marc's 2WA and 39MA

Melenie,

Can you please indicate what increase you would like for 24WA. They are set currently at ▓▓▓▓

Steve can you communicate the set threshold for 39MA so Melenie can guestimate an increase.
Thanks
Dave

---

**From:** Graziano, David
**Sent:** Monday, December 23, 2013 2:33 PM
**To:** 'mpetropoulos@marcs.com'
**Cc:** Schmidt, Stephen
**Subject:** FW: CSCP Tracker Marc's 2WA and 39MA

Melenie,

Enclosed is what we need to finalize 24WA and 39MA

1)      A business case (direct communication from you in an email) as to why each store needs the increase.
These need to be in your words, but my thoughts of content are below. At least a paragraph. **Please send directly to Stephen and Myself**

A)   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

B)   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓. Each prescription is scrutinized and reviewed through Oarrs procedure.

Some other examples include include
   o   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   o   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                        MCKMDL00476692

- 
- 
- 
- 
- Any other supporting information

2) Prescription data from your operating system. **Please send directly to Stephen and Myself (we will forward to the right people)**
- The first attachment shows your Enterprise system is one of the approved computers
- The second attachment shows the data they are looking for to finalize the increase. – You should be able to run a report that will include all of the content information.
- This will be needed per facility 24WA and 39MA
- The base code for Codine drugs is 9806

3) 2 additional locations

Store 33PT is set at ▇ threshold, as of Sunday they were at ▇. They tried to place an over ▇ order which got denied. They could order ▇ to be under their limit
Store 59AT is set at ▇ threshold, as of Sunday they were at ▇. They tried to place an over ▇ order which got denied. They could order ▇ to be under their limit

4) Lastly,
I spoke with Joe Lumpkin the CSMP regional manager. Based on your history, and reasons for specific information to conduct internal review of C2 purchasing habits, would like to
organize a call after the holidays to discuss and review options. Marcs is one of the few customers with their own internal review process, I would like to ease some of the "Black and White"
procedures to assist.

As soon as Joe has this information, the changes could be as fast as 30 minutes.(much better than being number 27 in line for review)

Thanks
Dave

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00476693