# EXHIBIT 280

| From: | Schmidt, Stephen [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=STEPHEN SCHMIDT] |
|---|---|
| Sent: | 1/27/2014 5:34:46 PM |
| To: | 'Melenie Petropoulos' [mpetropoulos@marcs.com] |
| CC: | Lumpkin, Joe [joe.lumpkin@mckesson.com]; Graziano, David [david.graziano@mckesson.com] |
| Subject: | Marc's CSCP Threshold Report |

Melenie, good afternoon. We discussed internally and concluded that we will send you a report of Marc's stores that have reached 90% or above for a certain threshold. Please note this is confidential and for your use only. You should start seeing emails toward the last week or so of the month (depending on purchase habits). These emails will be sent from a general mailbox called SAP HELP. Below are the Marc's stores today that are 90% or above. Any questions, please let us know.

| Home DC | Reg.DC | Chain | License | Account | Name | Base Code | Description | Monthly |
|---|---|---|---|---|---|---|---|---|
| 8772 | 8772 | 41 | | 447943 | MARC'S 17GH | 9143 | OXYCODONE | |
| 8772 | 8772 | 41 | | 471289 | MARC'S 24WA | 9806 | HYDROCODONE COMBINATION | |
| 8772 | 8772 | 41 | | 583402 | MARC'S 39MA | 9300 | MORPHINE | |
| 8772 | 8772 | 41 | | 617320 | MARC'S 42HV | 9806 | HYDROCODONE COMBINATION | |
| 8772 | 8772 | 41 | | 643564 | MARC'S 48SM | 9806 | HYDROCODONE COMBINATION | |
| 8772 | 8772 | 41 | | 672813 | MARC'S 59AT | 9806 | HYDROCODONE COMBINATION | |

Thank you,

**Stephen Schmidt**
Lead Account Manager, INA Support Solutions
McKesson Corporation
1220 Senlac Drive
Carrollton, TX 75006
972.446.5471 Tel
972.446.5393 Fax
214.632.9624 Cell
stephen.schmidt@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.