# EXHIBIT 285

| | |
|---|---|
| **From**: | Hartle, Nate [/O=MCKESSON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ELYWWE644F] |
| **Sent**: | 1/30/2017 7:46:28 PM |
| **To**: | Jefferies, Dan [dan.jefferies@mckesson.com] |
| **CC**: | Mitchell, Meg [meg.mitchell@mckesson.com]; Thompson, Sam [sam.thompson@mckesson.com] |
| **Subject**: | RE: Opioid Reductions |

Hi Dan. You are right in that the reduction was just taking out a buffer so we have no concerns and do not anticipate any negative impact. This should be a non issue so it is business as usual from a threshold perspective. If any chains have specific questions or concerns you could always send their Regulatory folks my way and I could answer questions.

Nate

**Nate Hartle** | Sr Director - Regulatory Affairs | McKesson Corporation | (o) 763-270-0230 (m) 763-443-4687 | Nate.Hartle@McKesson.com

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

---

**From:** Jefferies, Dan
**Sent:** Monday, January 30, 2017 1:29 PM
**To:** Hartle, Nate
**Cc:** Mitchell, Meg; Thompson, Sam
**Subject:** Opioid Reductions

Nate,

I was at a Topco meeting and the subject of opioid and other controlled substances being mandated to reduce production came up.

Some of the members had asked what, if any, impact will this have on McKesson and/or McKesson customers.

Their concerns were: 1) that manufacturers would stockpile the product and release at a higher price; 2) McKesson would stockpile and release at higher price and 3) thresholds would be dramatically cut.

I commented that this was part of an effort to take out the 25% buffer that was put in place a few years ago, but wasn't sure how to respond to their question about impact.

Do you have anything I could pass along to them to help with these concerns?

_____
_____
_____

**Dan Jefferies** | McKesson | Vice President, RNA Support Solutions | O: 972.446.4140 | C: 940.268.7604 | 1220 Senlac Drive, Carrollton, TX 75006 | dan.jefferies@mckesson.com

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.*

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00418094