# EXHIBIT 299

ABDCMDL00383974

Reported to DEA Report for Opioid Items for all OHIO Summit County customers from year 2007 to 2013
AMERISOURCEBERGEN    CONFIDENTIAL PROPRIETARY INFORMATION

| Division_DEA | Customer_Number | Customer_Name | Customer Address | Customer City | Customer State | Customer | Customer_PO_Number | Customer_DEA | Customer_Chain_Id | Customer_Customer_Size | Order_Date | Allocated_Dosage_to_Date | Held_Dosage | Threshold | True_Perc | Quantity | Items_NDC_Number | ABC_Item_Number | Item_Family | Item Description | Item_Unit_Strength_Quantity | Item_Unit_Strength_Code | Item_Unit_Size_Code | Item_Unit_Size_Quantity | Item_Unit_Dose_Constant | Item_Form_Code | Item_Schedule | DC | OMP_Product_Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES112610 | | 27002 | R1 | L | 20101126 | 126100 | 4800 | 100000 | 30.9 | 48 | 406052201 | 529848 | Oxycodone Solid | OXYCOD/APAP | 7.5/ | | 325 MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES112610 | | 27002 | R1 | L | 20101126 | 126100 | 1200 | 100000 | 32.1 | 12 | 603499021 | 433268 | Oxycodone Solid | OXYCODONE | 5 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES112610 | | 27002 | R1 | L | 20101126 | 126100 | 200 | 100000 | 32.3 | 2 | 60951031070 | 767727 | Oxycodone Solid | ENDODAN | 4.8/ | | 325MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES112610 | | 27002 | R1 | L | 20101126 | 126100 | 1200 | 100000 | 33.5 | 12 | 603499221 | 50322 | Oxycodone Solid | OXYCODONE HCL | 30 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES032411 | | 27002 | R1 | L | 20110324 | 134800 | 4800 | 100000 | 39.6 | 48 | 406851501 | 529755 | Oxycodone Solid | OXYCODONE HCL | 15 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES032411 | | 27002 | R1 | L | 20110324 | 134800 | 6000 | 100000 | 45.6 | 60 | 406052301 | 530016 | Oxycodone Solid | OXYCOD/APAP | 10/ | | 325 MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10175968 | ACME PHARMACY #30 | 4302 ALLEN RD. SUITE #110 | STOW | OH | 44224 | CES032411 | | 27002 | R1 | L | 20110324 | 134800 | 2400 | 100000 | 48 | 24 | 603499221 | 50322 | Oxycodone Solid | OXYCODONE HCL | 30 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10050716 | RITZMAN NATURAL HEALTH #7 | 157 WEST CEDAR STREET | AKRON | OH | 44307 | PO7_112111095048 | | 41902 | R1 | M | 20111121 | 9500 | 700 | 24732 | 10.78 | 7 | 59011041010 | 100952 | Oxycodone Solid | OXYCONTIN CR | 10 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10050716 | RITZMAN NATURAL HEALTH #7 | 157 WEST CEDAR STREET | AKRON | OH | 44307 | PO7_112111095048 | | 41902 | R1 | M | 20111121 | 9500 | 400 | 24732 | 12.4 | 4 | 59011042010 | 100974 | Oxycodone Solid | OXYCONTIN CR | 20 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10050716 | RITZMAN NATURAL HEALTH #7 | 157 WEST CEDAR STREET | AKRON | OH | 44307 | PO7_112111095048 | | 41902 | R1 | M | 20111121 | 9500 | 700 | 24732 | 15.23 | 7 | 59011044010 | 100988 | Oxycodone Solid | OXYCONTIN CR | 40 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10050716 | RITZMAN NATURAL HEALTH #7 | 157 WEST CEDAR STREET | AKRON | OH | 44307 | PO7_112111095048 | | 41902 | R1 | M | 20111121 | 9500 | 200 | 24732 | 16.04 | 2 | 59011046010 | 100995 | Oxycodone Solid | OXYCONTIN CR | 60 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10050716 | RITZMAN NATURAL HEALTH #7 | 157 WEST CEDAR STREET | AKRON | OH | 44307 | PO7_112111095048 | | 41902 | R1 | M | 20111121 | 9500 | 700 | 24732 | 18.87 | 7 | 59011048010 | 101004 | Oxycodone Solid | OXYCONTIN CR | 80 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10218321 | SUMMIT PAIN SPECIALISTS | 4302 ALLEN RD SUITE 300 | STOW | OH | 44224 | C12292011 | | 0 | R1 | L | 20111229 | 44600 | 1000 | 37098 | 22.91 | 10 | 406052301 | 530016 | Oxycodone Solid | OXYCOD/APAP | 10/ | | 325 MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10218321 | SUMMIT PAIN SPECIALISTS | 4302 ALLEN RD SUITE 300 | STOW | OH | 44224 | C12292011 | | 0 | R1 | L | 20111229 | 44600 | 1000 | 37098 | 25.61 | 10 | 603499121 | 36816 | Oxycodone Solid | OXYCODONE | 15 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10218321 | SUMMIT PAIN SPECIALISTS | 4302 ALLEN RD SUITE 300 | STOW | OH | 44224 | C12292011 | | 0 | R1 | L | 20111229 | 44600 | 1000 | 37098 | 28.3 | 10 | 378611401 | 124107 | Oxycodone Solid | OXYCODONE | 30 | | MG | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| RA0314562 | 10218321 | SUMMIT PAIN SPECIALISTS | 4302 ALLEN RD SUITE 300 | STOW | OH | 44224 | CC01112012 | | 0 | R1 | L | 20120111 | 7600 | 2000 | 7000 | 37.14 | 20 | 406833001 | 851042 | Morphine Solid | MORPH SUL | 30 | | MG  ER | 100 | | TAB | C2 | 010 | Morphine Solid |
| RA0314562 | 10218321 | SUMMIT PAIN SPECIALISTS | 4302 ALLEN RD SUITE 300 | STOW | OH | 44224 | CC01112012 | | 0 | R1 | L | 20120111 | 7600 | 1000 | 7000 | 51.42 | 10 | 054023625 | 527236 | Morphine Solid | MORPHINE SULF | 30 | | MG IR | 100 | | TAB | C2 | 010 | Morphine Solid |