# EXHIBIT 311

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3   IN RE: NATIONAL        )   MDL No. 2804
     PRESCRIPTION OPIATE    )
 4   LITIGATION,            )   Case No.
                            )   1:17-MD-2804
 5                          )
     THIS DOCUMENT RELATES TO )  Hon. Dan A.
 6   ALL CASES              )   Polster
                            )
 7
 8                   __  __  __
 9           Wednesday, January 23, 2019

                     __  __  __
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                CONFIDENTIALITY REVIEW

                     __  __  __
12
13
14
15       Videotaped Deposition of SUSANNE
     HILAND, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:25 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
20                   __  __  __
21
22
          GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | fax 917.591.5672
               deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A P P E A R A N C E S:
 2     CARELLA, BYRNE, CECCHI, OLSTEIN,
       BRODY & AGNELLO, P.C.
 3     BY:  ZACHARY BOWER, ESQUIRE
            zbower@carellabyrne.com
 4          MICHAEL INNES, ESQUIRE
            minnes@carellabryne.com
 5     5 Becker Farm Road
       Roseland, New Jersey 07068-1739
 6     (973) 994-1700
       Counsel for Plaintiffs
 7
 8     JONES DAY
       BY:  TINA TABACCHI, ESQUIRE
 9          ttabacchi@jonesday.com
            SCOTT ELMER, ESQUIRE
10          selmer@jonesday.com
            JASON ZHOU, ESQUIRE
11          jzhou@jonesday.com
            (Attending telephonically)
12     77 West Wacker
       Chicago, Illinois 60601-1692
13     312-782-1692
       Counsel for Walmart
14
15     WRIGHT, LINDSEY & JENNINGS, LLP
       BY:  CALEY B. VO, ESQUIRE
16          cvo@wlj.com
       3333 Pinnacle Hills Parkway
17     Suite 510
       Rogers, Arkansas 72758-8498
18     (479) 986-0888
       Counsel for McKesson
19
20     REED SMITH, LLP
       (appearing telephonically)
21     BY:  MARY BALASTER, ESQUIRE
            mbalaster@reedsmith.com
22     811 Main Street
       Suite 1700
23     Houston, Texas 77002-6110
       (713) 469-3800
24     Counsel for AmerisourceBergen
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          ARNOLD & PORTER KAYE SCHOLER, LLP
            (appearing telephonically)
 2          BY:  KAREN RIGBERG, ESQUIRE
                 Karen.Rigberg@arnoldporter.com
 3          777 South Figueroa Street
            44th Floor
 4          Los Angeles, California 90017-5844
            (213) 243-4000
 5          Counsel for Endo Health Solutions
            Inc.; Endo Pharmaceuticals Inc.; Par
 6          Pharmaceuticals, Inc.; Par
            Pharmaceutical Companies, Inc.
 7          formerly known as Par Pharmaceutical
            Holdings, Inc.
 8
 9          BARBER LAW FIRM
            BY:  J. CARTER FAIRLEY, ESQUIRE
10               cfairley@barberlawfirm.com
            425 West Capitol Avenue
11          Suite 3400
            Little Rock, Arkansas 72201
12          (501) 707-6182
            Counsel for Cardinal Health, Inc.
13
14
            ALSO PRESENT:
15
            Jennifer B. Bechet
16          Senior Associate Counsel
            Walmart, Inc.
17
18          THE VIDEOGRAPHER:
19          Chris Ritona
            Golkow Litigation Services
20                        — — —
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    THE WITNESS:  Yeah, I'm not
 2        sure.
 3            Q.    (BY MR. INNES)  This is
 4        October 24th, 2017.  Remind me when Walmart
 5        decided to exit the distribution --
 6        self-distribution of Schedule II narcotics.
 7                    MS. TABACCHI:  Object to the
 8        form.  Lack of foundation.
 9                    THE WITNESS:  I don't know when
10        the decision was made.  We exited in
11        April 2018 for C-IIs.
12            Q.    (BY MR. INNES)  Okay.  Was that
13        all C-IIs?
14            A.    Yes.
15            Q.    Okay.  And this -- this email
16        from Darren, or Mr. Townzen, went to you,
17        Bryan -- is it Richard?
18            A.    It is Richard.
19            Q.    -- and Betsy Hall Collins?
20            A.    Yes.
21            Q.    And who is -- is Mr. Richard a
22        Walmart employee?
23            A.    Yes.
24            Q.    And what's his role?
25            A.    He is senior director for
```