# EXHIBIT 347

July 28, 2006

<u>VIA FACSIMILE (313) 234-4149</u>
And First Class Mail

Barbara K. Dobric
Drug Enforcement Administration
431 Howard Street
Detroit, Michigan 48226

Re: Walgreens Distribution Center
    Perrysburg, Ohio

Dear Ms. Dobric:

In furtherance of our recent telephone conversations, please accept the following responses to the issues identified during the March 2006 regulatory investigation of the above referenced facility.

Walgreen Co. ("Walgreens") strives to maintain our distribution operations at the highest level of compliance and we appreciate the observations of the Drug Enforcement Administration ("DEA") investigators that serve to supplement our own internal control systems. The responses below to the issues identified during the inspection should not be considered as either an admission or denial of any alleged violation but instead as assurances to DEA that each of these matters has been satisfactorily addressed.

1. Controlled Substance Suspicious Orders

Walgreens is currently pursuing the necessary programming to modify this formula in accordance with the voluntary formula listed in Appendix E-3 of the DEA Chemical Handler's Manual. Walgreens expects that these programming changes will be completed and implemented within the next six (6) months.

2. Shipping Containers

Walgreens has modified the tote tags used on shipping containers for controlled substances so that they are now indistinguishable from the shipping containers used for non-controlled substances.

3. Central Recordkeeping

Walgreens maintains that 21 CFR §1304.04(a) does not require DEA registrants to maintain copies of purchase orders at the registered facility. By letter dated June 26, 2006, Walgreens notified DEA of its intent to maintain controlled

CONFIDENTIAL

WAGMDL00387642

CONFIDENTIAL

Barbara K. Dobric
July 28, 2006
Page 2 of 3

substance purchase order and invoice information for this facility centrally at the corporate headquarters. A copy of this notification is enclosed for your records.

4.  Inventories

Enclosed is a copy of the most recent biennial inventory taken on December 30, 2005, which indicates that the same was taken at the close of business. Personnel at the Perrysburg facility have reviewed other inventories that are maintained and have corrected these to more clearly indicate that each was taken at the open or close of business.

5.  Reporting Losses in Transit

The loss in transit identified during the investigation was properly reported on DEA form 106. Programming changes were implemented as of July 15, 2006, which will ensure that any future loss in transit is not recorded as a distribution.

6.  Primary Purchase Record

Walgreens has identified report REPB309 as the primary receiving record for this facility. Enclosed is a sample copy for your review. The REPB309 includes each of the elements specified in 21 CFR §1304.22(b). In the alternative, report REPB307 is available on site and can also be used as a receiving record. A sample of this report is also enclosed. Walgreens would appreciate if you could confirm that the REPB309, and/or the REPB307 fully comply with DEA regulations.

7.  List I Chemical Identification

In conjunction with the implementation of the requirements under the "Combat Methamphetamine Epidemic Act of 2005", Walgreens is conducting a review of all products containing pseudoephedrine or ephedrine. Walgreens expects to discontinue the sale and distributon of many of these products. Additionally, a considerable number of products are being reformulated by the respective manufacturers; replacing pseudoephedrine with another decongestant. A new listing of products containing pseudoephedrine entitled "PSE List I" will be available on or before July 31, 2006.

8.  List I Chemical Thresholds

Walgreens' distribution of all List I chemicals is limited solely to the distribution between the applicable distribution center and the Company's individual stores. Arguably, any such distribution is excluded from the definition of a regulated transaction, pursuant to 21 CFR § 1300.02(b)(28), because each distribution is a

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387643

Barbara K. Dobric
July 28, 2006
Page 3 of 3

lawful intra-company transaction completed in the usual course of business. Notwithstanding that all such distributions are intra-company, proper

recordkeeping is maintained in accordance with 21 CFR 1310, with each and every unit being accounted for between the distribution center and the respective store. Walgreens timely submits its monthly "suspicious order" report in accordance with 21 CFR § 1301.74(b), and additionally, has implemented specific line item order limits/restrictions for various products which contain List I chemicals.

9.  List I Chemical Suspicious Orders

As reflected in the responses to paragraphs 7 and 8 above, Walgreens is preparing an updated listing entitled "PSE List I." However, as also explained above, all of the Company's transactions from it's distribution centers are intra-company transactions, where, under no circumstance, especially in light of the aforementioned item line limits, could there be a regulated transaction, which could arguably be classified as a "suspicious order", involving "...an extraordinary quantity of listed chemical, an uncommon method of payment or delivery, or any other circumstance that the regulated person believes may indicate that the listed chemical will be used in violation of this part." (See generally 21 CFR Section 1310.05(a)(1).

10. List I Chemical Identification

All solid dosage forms containing a List I chemical are packaged in "blister packs", in an amount equal to, or less than, the package size limits promulgated under the Methamphetamine Anti-Proliferation Act of 2000. All applicable reports contain the "name, quantity and form of packaging..." as required by 21 CFR § 1310.06(a)(3).

Thank you again for your consideration in providing clarification to the issues identified during the investigation of this facility. I look forward to speaking with you once you have had the opportunity to review the responses.

Sincerely,


Dwayne A. Piñon, R.Ph., Senior Attorney
Corporate & Regulatory Law
(847) 314-4452


Enclosures

CONFIDENTIAL

CONFIDENTIAL

bcc:  T. Watkins (with encl.)
      T. Polarolo (with encl.)

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387645

Dkt. No. 13-1, 13-9, 13-10, 13-11    Page 5 of 9    Resp't Ex. 298
Case: 1:17-md-02804-DAP  Doc #: 3016-10  Filed: 12/18/19  6 of 10.  PageID #: 450223

06/26/2006    12:07                                                    NO. 570    D02





June 26, 2006

**VIA CERTIFIED MAIL**

Robert L. Corso Special Agent in Charge
Drug Enforcement Administration
Detroit Field Division
431 Howard Street
Detroit, Michigan 48226

RE:   Walgreens Distribution Center
      28727 Oregon Road
      Perrysburg, OH 43551
      DEA Registration # RW0294493

Dear Mr. Corso:

Pursuant to 21 CFR § 1304.04, please accept this letter as notice of our intention to maintain controlled substance purchase order and invoice information generated for the above referenced facility in computer readable form at a central location located at 200 Wilmot Road, Deerfield, IL 60015.

Sincerely,

Todd Polarolo
Walgreens
Perrysburg Distribution Center Manager

CONFIDENTIAL

WAGMDL00387646
CONFIDENTIAL

Dkt. No. 13-1, 13-9, 13-10, 13-11    Page 6 of 9    Resp't Ex. 298
Case: 1:17-md-02804-DAP  Doc #: 3016-10  Filed: 12/18/19  7 of 10.  PageID #: 450224
06/19/2006    08:54                                                NO.541    D04



## 2005 CONTROLLED SUBSTANCE INVENTORY LIST AND RECORDS COMPLIANCE

Name of registrant: Walgreen Distribution Center    DC Number: 11

Address: 28727 Oregon Rd.
City: Perrysburg    State: OH    Zip Code: 43551

DEA Registration Number: RW0294493

Date of Inventory: Friday, December 30, 2005

**Inventory Taken At Close of Business**

_____
Signature of Person Responsible for Taking Inventory and Confirming Record Keeping Compliance

NOTE:

1. DO NOT SEND YOUR COMPLETED INVENTORY TO DEA OR PHARMACY BOARD. ONE COPY SHOULD BE RETAINED AT LOCATION APPEARING ON REGISTRATION CERTIFICATION FOR FIVE YEARS.

2. SEND A SECOND COPY OF THIS INVENTORY TO LOGISTICS.

CONFIDENTIAL

WAGMDL00387647

CONFIDENTIAL

Controlled Item Receipts Detail REPB309

# Controlled Item Receipts Detail (REP 0309)

Page 1 of 1



### Example

```
Report Number:   REPB309                          WALGREENS                          Date  :   10/19/04
Requested By:    IAECKELN                                                            Time  :   12:45:20
                                        CONTROLLED ITEM RECEIPTS -- DETAIL           Page  :   1

REPORT PERIOD .  :   10/01/04 - 10/19/04
ITEM ------      :   664822        DESCRIPTION .:   QUAL-TUSSIN DC SYR (PAI) + 473ML
CATEGORY . .     :   ARCOS Drugs
VENDOR . . . .   :   043032
VENDOR NAME .    :   PHRM ASSOC
VEND SHIP POINT  :   201 DELAWARE ST           CITY:   GREENVILLE         STATE:  SC   ZIP:   29605
DEA NUMBER .     :   RP0285383

DATE        DATE        ADJ   CASE    ORDERED   RCVD    CONTROL      PURCHASE    FREIGHT BLL        CARR
RECEIVED    APPROVED    IND   PACK    ON_IES    ON_IES  CATEGORY     ORDER
10/01/04    10/04/04           12       120      120    ARCOS        03343176    0295103-100104     FXGD
10/01/04    10/04/04           12       120      120    ARCOS        03345640    0295103-100104     FXGD
10/04/04    10/05/04           12       120      120    ARCOS        03350660    PA1265             PSAT

****    End of Report    ****
```

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387648



```
REPB307                                         WALGREENS                                        6/15/06
#MOLIDOR1                                                                                        11:37.00
REPORT PERIOD:  2/23/05 - 2/27/06  CONTROLLED ITEM RECEIPTS
ITEM..........:  685928
VENDOR........:
CATEGORY......:

  DATE                            ITEM    ADJ CASE QDERED  RCVD   CNTR PURCHASE
RECEIVED  DESCRIPTION             NUMBER  IND PACK ONLIES  ONLIES CATG ORDER       VENDOR        DEA NUMBER   FREIGHT BILL       CARR
 3/01/05  XANAX    1MG TAB    100 685928      48    48     48     D    11014320    PFIZER  "C"   III1778240   030105-1029931A    FEDX
 3/03/05  XANAX    1MG TAB    100 685928      48    48     48     D    11035669    PFIZER  "C"   III1778240   030305-654183A     FEDX
 3/10/05  XANAX    1MG TAB    100 685928      48    48     48     D    12400855    PFIZER  "C"   III1778240   031005-702932      FEDX
 3/14/05  XANAX    1MG TAB    100 685928      48    48     48     D    11402299    PFIZER  "C"   III1778240   702932A            FEDX
 3/21/05  XANAX    1MG TAB    100 685928      48    48     48     D    11405066    PFIZER  "C"   III1778240   031805-702932A     FEDX
 4/05/05  XANAX    1MG TAB    100 685928      72    72     72     D    11419805    PFIZER  "C"   III1778240   040505-7029329A    FEDX
 4/13/05  XANAX    1MG TAB    100 685928      48    48     48     D    11413206    PFIZER  "C"   III1778240   041205-702933      FEDX
 4/17/05  XANAX    1MG TAB    100 685928      48    48     48     D    11415917    PFIZER  "C"   III1778240   041505-702933      FEDX
 4/25/05  XANAX    1MG TAB    100 685928      48    48     48     D    11418362    PFIZER  "C"   III1778240   042205-7029333B    FEDX
 5/02/05  XANAX    1MG TAB    100 685928      48    48     48     D    11421393    PFIZER  "C"   III1778240   042905-7029933A    FEDX
 5/05/05  XANAX    1MG TAB    100 685928      48    48     48     D    11422742    PFIZER  "C"   III1778240   050505-7029338     FEDX
 5/13/05  XANAX    1MG TAB    100 685928      48    48     48     D    11425459    PFIZER  "C"   III1778240   051205-702933      FEDX
 5/16/05  XANAX    1MG TAB    100 685928      48    48     48     D    11427000    PFIZER  "C"   III1778240   051305-7029333A    FEDX
 5/23/05  XANAX    1MG TAB    100 685928      48    48     48     D    11429507    PFIZER  "C"   III1778240   052005-716161A     FEDX
 5/27/05  XANAX    1MG TAB    100 685928      48    48     48     D    11432108    PFIZER  "C"   III1778240   052605-716161      FEDX
 6/10/05  XANAX    1MG TAB    100 685928      48    48     48     D    11437815    PFIZER  "C"   III1778240   061005-716162      FEDX
 6/10/05  XANAX    1MG TAB    100 685928      48    48     48     D    11435880    PFIZER  "C"   III1778240   060805-716162A     FEDX
 6/20/05  XANAX    1MG TAB    200 685928      48    48     48     D    11440830    PFIZER  "C"   III1778240   061705-716162A     FEDX
 6/24/05  XANAX    1MG TAB    100 685928      48    48     48     D    11442076    PFIZER  "C"   III1778240   062305-716162      FEDX
 6/30/05  XANAX    1MG TAB    100 685928      48    48     48     D    11444730    PFIZER  "C"   III1778240   062905-716163A     FEDX
 7/11/05  XANAX    1MG TAB    100 685928      48    48     48     D    11448722    PFIZER  "C"   III1778240   070705-716164A     FEDX
 7/20/05  XANAX    1MG TAB    100 685928      96    96     96     D    11452593    PFIZER  "C*   III1778240   071505-716164      FEDX
 7/25/05  XANAX    1MG TAB    100 685928      48    48     48     D    11454189    PFIZER  "C"   III1778240   072005-716164      FEDX
 8/03/05  XANAX    1MG TAB    100 685928      48    48     48     D    11456958    PFIZER  "C"   III1778240   072205-7161644A    FEDX
 8/04/05  XANAX    1MG TAB    100 685928      48    48     48     D    11459460    PFIZER  "C"   III1778240   072905-716164A     FEDX
 8/16/05  XANAX    1MG TAB    100 685928      48    48     48     D    11461815    PFIZER  "C"   III1778240   080405-716164      FEDX
 8/17/05  XANAX    1MG TAB    100 685928      48    48     48     D    11462779    PFIZER  "C"   III1778240   081205-716164A     FEDX
 8/22/05  XANAX    1MG TAB    100 685928      48    48     48     D    11464053    PFIZER  "C*   III1778240   081705-716164      FEDX
 8/30/05  XANAX    1MG TAB    100 685928      48    48     48     D    11466639    PFIZER  "C"   III1778240   081905-641164A     FEDX
 9/09/05  XANAX    1MG TAB    100 685928      48    48     48     D    11469113    PFIZER  "C"   III1778240   083005-716164A     FEDX
 9/16/05  XANAX    1MG TAB    100 685928      48    48     48     D    11472503    PFIZER  "C"   III1778240   090205-716164B     FEDX
 9/17/05  XANAX    1MG TAB    100 685928      48    48     48     D    11471408    PFIZER  "C"   III1778240   091505-716165      FEDX
 9/28/05  XANAX    1MG TAB    100 685928      48    48     48     D    11476670    PFIZER  "C"   III1778240   090905-716164B     FEDX
 9/29/05  XANAX    1MG TAB    100 685928      48    48     48     D    11477840    PFIZER  "C"   III1778240   092305-716165AB    FEDX
10/06/05  XANAX    1MG TAB    100 685928      48    48     48     D    11480347    PFIZER  "C"   III1778240   092905-716165      FEDX
10/14/05  XANAX    1MG TAB    100 685928      48    48     48     D    11483208    PFIZER  "C"   III1778240   100605-716165      FEDX
10/17/05  XANAX    1MG TAB    100 685928      48    48     48     D    11484516    PFIZER  "C"   III1778240   101305-716165A     FEDX
10/24/05  XANAX    1MG TAB    100 685928      48    48     48     D    11487045    PFIZER  *C*   III1778240   101405-716165A     FEDX
11/02/05  XANAX    1MG TAB    100 685928      48    48     48     D    11489472    PFIZER  "C"   III1778240   102105-716165A     FEDX
11/08/05  XANAX    1MG TAB    100 685928      48    48     48     D    11491869    PFIZER  *C*   III1778240   103105-716165C     FEDX
11/10/05  XANAX    1MG TAB    100 685928      48    48     48     D    11492986    PFIZER  "C"   III1778240   110405-716165AA    FEDX
11/21/05  XANAX    1MG TAB    100 685928      48    48     48     D    11497162    PFIZER  "C"   III1778240   111605-716166C     FEDX
```

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387649

WALGREENS CORP&REG LAW Fax 847-315-4660

*Please mail.*
*Thanks.*

## \*\* Transmit Conf.Report \*\*

P.1                                                       Jul 28 2006 03:44pm

| Fax/Phone Number | Mode   | Start       | Time  | Page | Result | Note |
|------------------|--------|-------------|-------|------|--------|------|
| 913132344149     | Normal | 28:03:43pm  | 0'59" | 8    | # O K  |      |

*Walgreens*

**Corporate and Regulatory Law**

Walgreen Co.
104 Wilmot Road
Mail Stop #1447
Deerfield, IL 60015

# Facsimile Cover Sheet

**To:** Barbara K. Dobric
Drug Enforcement Administration
**Phone:**
**Fax:** 313-234-4149

**From:** Dwayne A. Piñon
**Company:** Walgreens- Corporate And Regulatory Law
**Phone:** (847) 315-4452
**Fax:** (847) 315-4660

**Date:** July 28, 2006
**Pages:** 8
**(Including cover)**

**COMMENTS:** Re: Walgreens Distribution Center, Perrysburg, Ohio

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

G:\SHARED\DAP\2006\2006 Fax\Fax - B Dobric, DEA.doc

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387650