# EXHIBIT 383

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : MDL No. 2804<br>: CASE NO. 17-MD-2804<br>: (DAP)<br>: |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

Table 13 Overlap between ARCOS Data and Defendant Data

| Defendant | Transactions in Both Datasets | | | Transactions Only in ARCOS | | | Transactions Only in Defendants | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | MME | MME (%) | N | MME | MME (%) | N | MME | MME (%) |
| Cardinal Health | 544,054 | 3,710,172,198 | 99.2% | 1,397 | 2,347,131 | 0.1% | 11,388 | 27,957,628 | 0.7% |
| AmerisourceBergen | 420,974 | 2,759,799,395 | 84.4% | 60,750 | 467,226,119 | 14.3% | 19,451 | 42,932,581 | 1.3% |
| McKesson | 423,952 | 2,360,097,033 | 89.7% | 39,318 | 140,948,298 | 5.4% | 31,182 | 128,686,406 | 4.9% |
| Walgreens | 319,997 | 1,406,211,786 | 83.9% | 36,337 | 257,764,538 | 15.4% | 1,963 | 11,825,732 | 0.7% |
| CVS | 113,342 | 223,193,105 | 38.7% | 34,083 | 334,248,179 | 57.9% | 11,317 | 19,815,640 | 3.4% |
| Anda | 6,217 | 81,340,894 | 66.1% | 1,475 | 41,640,416 | 33.8% | 25 | 68,932 | 0.1% |
| HD Smith | 10,606 | 80,568,759 | 95.4% | 527 | 2,181,492 | 2.6% | 375 | 1,672,837 | 2.0% |
| Walmart | 41,890 | 79,487,906 | 59.2% | 20,729 | 50,122,079 | 37.3% | 1,324 | 4,684,806 | 3.5% |
| HBC | 68,181 | 67,162,504 | 83.6% | 6,940 | 10,749,410 | 13.4% | 2,462 | 2,421,062 | 3.0% |
| Discount Drug Mart | 31,602 | 58,974,937 | 93.8% | 25 | 54,269 | 0.1% | 1,941 | 3,862,765 | 6.1% |
| Prescription Supply | 8,596 | 39,700,220 | 58.6% | 5,122 | 28,066,884 | 41.4% | 32 | 2,853 | 0.0% |
| Total | 1,989,411 | 10,866,708,738 | 87.3% | 206,703 | 1,335,348,814 | 10.7% | 81,460 | 243,931,242 | 2.0% |

75. Using my initial matching criteria, 87.3% of all MME in either the ARCOS Data or the datasets produced by Defendants are in both the ARCOS Data and the datasets produced by Defendants (i.e., the MME are in the intersection of the ARCOS Data and the datasets produced by Defendants).

76. The amount of MME found in both the ARCOS Data and the datasets produced by Defendants increases if I relax the stringent matching rules I imposed. As discussed more fully below, allowing matches to cross to an adjacent month increases the MME found in both the ARCOS Data and the datasets produced by Defendants by 98.0 million MME. Correcting Buyer information (e.g., DEA numbers and county) increases the MME in both the ARCOS Data and the datasets produced by Defendants by an additional 24.1 million MME.

77. The remainder of this section of the report includes a more detailed explanation of the MME that is either (1) in the ARCOS data but not in the datasets produced by Defendants, or (2) in the datasets produced by Defendants but not in the ARCOS Data for each Defendant listed in Table 13.

- 31 -

78. Excluding AmerisourceBergen, I can explain 95% of the 1.1 billion MME in Table 13 that is either (1) in the ARCOS Data but not in the datasets produced by Defendants, or (2) in the datasets produced by Defendants but not in the ARCOS Data.

79. For example, the ARCOS Data includes at least 613 million MME that are not in the datasets produced by Defendants because the datasets produced by Defendants are missing all transactions for some NDCs. The ARCOS Data also includes an additional 65 million MME that are not in the datasets produced by Defendants because the datasets produced by Defendants are missing all transactions for some calendar months.

80. Table 14 summarizes the overlap between the ARCOS Data and the datasets produced by Defendants after (1) allowing matches to cross to an adjacent calendar month and correcting Buyer information, and (2) excluding NDCs, Buyers, months, and reversed transactions that are entirely missing from either the ARCOS data or the datasets produced by the Defendants. Excluding AmerisourceBergen, **99.5%** of MME in either the ARCOS Data or the datasets produced by Defendants are in both the ARCOS Data and the datasets produced by Defendants.

Table 14 Overlap between ARCOS data and Defendant Data, allowing expanded matching and excluding known non-overlaps in the datasets

| Defendant | Transactions in Both Datasets | | | Transactions Only in ARCOS | | | Transactions Only in Defendants | | |
|---|---|---|---|---|---|---|---|---|---|
| | N | MME | MME (%) | N | MME | MME (%) | N | MME | MME (%) |
| Cardinal Health | 544,231 | 3,709,925,916 | 99.9% | 1,194 | 2,542,334 | 0.1% | 4,775 | 1,131,973 | 0.0% |
| AmerisourceBergen | 420,974 | 2,759,799,395 | 84.5% | 59,799 | 464,163,248 | 14.2% | 19,004 | 42,785,600 | 1.3% |
| McKesson | 442,674 | 2,477,206,801 | 99.2% | 2,477 | 9,740,581 | 0.4% | 3,805 | 10,922,817 | 0.4% |
| Walgreens | 319,997 | 1,406,211,786 | 99.2% | 0 | 0 | 0.0% | 1,963 | 11,825,732 | 0.8% |
| CVS | 121,821 | 239,645,380 | 98.4% | 396 | 654,112 | 0.3% | 2,838 | 3,363,366 | 1.4% |
| Anda | 6,219 | 81,344,677 | 99.5% | 168 | 378,973 | 0.5% | 23 | 65,148 | 0.1% |
| HD Smith | 10,648 | 81,018,247 | 98.7% | 12 | 28,106 | 0.0% | 277 | 1,063,501 | 1.3% |
| Walmart | 41,890 | 79,487,906 | 94.4% | 69 | 38,881 | 0.0% | 1,323 | 4,682,130 | 5.6% |
| HBC | 69,325 | 68,161,943 | 95.3% | 1,378 | 1,920,556 | 2.7% | 1,318 | 1,421,623 | 2.0% |
| Discount Drug Mart | 31,602 | 58,974,937 | 98.9% | 25 | 54,269 | 0.1% | 101 | 612,118 | 1.0% |
| Prescription Supply | 8,596 | 39,700,220 | 99.8% | 11 | 90,345 | 0.2% | 32 | 2,853 | 0.0% |
| **Total** | **2,017,977** | **11,001,477,209** | **95.2%** | **65,529** | **479,611,405** | **4.1%** | **35,459** | **77,876,861** | **0.7%** |

Table 24 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 99,137 | 49,339 | 14,957 | 2,874 | 545 | 11,597 | 178,449 |
| Anda, Inc | 700 | 1,723 | 0 | 2 | 0 | 69 | 2,494 |
| Cardinal Health | 192,799 | 94,450 | 26,389 | 3,061 | 3,974 | 30,020 | 350,693 |
| CVS | n/a | 109,055 | n/a | n/a | n/a | 8,772 | 117,827 |
| Discount Drug Mart | n/a | 32,583 | 0 | n/a | n/a | 3,229 | 35,812 |
| H. D. Smith | 269 | 0 | 0 | 0 | 0 | 0 | 269 |
| HBC Service Co | 4,909 | 41,114 | 0 | 0 | 0 | 1,275 | 47,298 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 129,021 | 89,263 | 9,185 | 759 | 538 | 6,265 | 235,031 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 5,008 | 489 | 1,220 | 134 | 0 | 40 | 6,891 |
| Rite Aid | n/a | 18,828 | n/a | n/a | n/a | 2,748 | 21,576 |
| Walgreens | 97,401 | 100,421 | 19,462 | 3,900 | 0 | 10,744 | 231,928 |
| Wal-Mart | 16,070 | 25,737 | 477 | 76 | 0 | 990 | 43,350 |
| **Total** | **545,314** | **563,002** | **71,690** | **10,806** | **5,057** | **75,749** | **1,271,618** |

Table 25 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 77,175 | 52,681 | 21,289 | 6,341 | 2,830 | 10,804 | 171,120 |
| Anda, Inc | 690 | 1,302 | 121 | 2 | 0 | 188 | 2,303 |
| Cardinal Health | 111,200 | 50,300 | 24,731 | 5,707 | 2,638 | 13,065 | 207,641 |
| CVS | n/a | 45,927 | n/a | n/a | n/a | 2,624 | 48,551 |
| Discount Drug Mart | n/a | 8,500 | 0 | n/a | n/a | 720 | 9,220 |
| H. D. Smith | 60 | 125 | 0 | n/a | 0 | 0 | 185 |
| HBC Service Co | 2,682 | 26,651 | 0 | 0 | 0 | 703 | 30,036 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 96,172 | 64,409 | 20,338 | 5,156 | 4,116 | 6,280 | 196,471 |
| Miami-Luken | 2,999 | 1,308 | 391 | 0 | 236 | 0 | 4,934 |
| Prescription Supply | 16 | 4 | 0 | 0 | 0 | 0 | 20 |
| Rite Aid | n/a | 10,953 | n/a | n/a | n/a | 898 | 11,851 |
| Walgreens | 39,284 | 47,489 | 11,596 | 3,050 | 0 | 2,669 | 104,088 |
| Wal-Mart | 9,010 | 15,052 | 777 | 173 | 0 | 393 | 25,405 |
| **Total** | **339,288** | **324,701** | **79,243** | **20,429** | **9,820** | **38,344** | **811,825** |

### B. Twice Trailing Twelve-Month Average Pharmacy Dosage Units

136. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed twice the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

Table 26 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 45,288 | 26,985 | 8,256 | 2,502 | 844 | 16,731 | 100,606 |
| Anda, Inc | 587 | 950 | 51 | 6 | 0 | 256 | 1,850 |
| Cardinal Health | 121,206 | 82,155 | 24,003 | 4,621 | 5,713 | 56,834 | 294,532 |
| CVS | n/a | 34,001 | n/a | n/a | n/a | 6,422 | 40,423 |
| Discount Drug Mart | n/a | 32,848 | 0 | n/a | n/a | 2,554 | 35,402 |
| H. D. Smith | 311 | 0 | 12 | 4 | 11 | 17 | 355 |
| HBC Service Co | 4,942 | 4,690 | 29 | 104 | 0 | 669 | 10,434 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 51,631 | 68,503 | 8,532 | 1,505 | 1,344 | 22,790 | 154,305 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 802 | 471 | 1,176 | 174 | 20 | 690 | 3,333 |
| Rite Aid | n/a | 4,145 | n/a | n/a | n/a | 1,452 | 5,597 |
| Walgreens | 42,801 | 18,937 | 15,801 | 5,665 | 30 | 22,409 | 105,643 |
| Wal-Mart | 8,469 | 806 | 494 | 117 | 0 | 1,357 | 11,243 |
| **Total** | **276,037** | **274,491** | **58,354** | **14,698** | **7,962** | **132,181** | **763,723** |

Table 27 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 41,408 | 48,241 | 17,443 | 6,140 | 3,737 | 22,741 | 139,710 |
| Anda, Inc | 1,081 | 1,245 | 221 | 22 | 0 | 325 | 2,894 |
| Cardinal Health | 84,118 | 48,828 | 27,703 | 7,966 | 4,458 | 35,525 | 208,598 |
| CVS | n/a | 27,081 | n/a | n/a | n/a | 1,443 | 28,524 |
| Discount Drug Mart | n/a | 7,405 | 0 | n/a | n/a | 533 | 7,938 |
| H. D. Smith | 0 | 105 | 0 | n/a | 0 | 23 | 128 |
| HBC Service Co | 2,025 | 16,692 | 200 | 28 | 22 | 491 | 19,458 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 64,582 | 62,291 | 20,257 | 6,303 | 5,538 | 24,320 | 183,291 |
| Miami-Luken | 2,939 | 1,222 | 452 | 88 | 304 | 388 | 5,393 |
| Prescription Supply | 0 | 4 | 0 | 1 | 0 | 0 | 5 |
| Rite Aid | n/a | 8,235 | n/a | n/a | n/a | 376 | 8,611 |
| Walgreens | 15,942 | 28,076 | 10,431 | 3,488 | 44 | 9,018 | 66,999 |
| Wal-Mart | 2,657 | 695 | 729 | 199 | 27 | 622 | 4,929 |
| **Total** | 214,752 | 250,120 | 77,436 | 24,235 | 14,130 | 95,805 | 676,478 |

### C. Three Times Trailing Twelve-Month Average Pharmacy Dosage Units

140. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed three times the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

Table 28 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| AmerisourceBergen | 22,663 | 14,792 | 3,933 | 1,319 | 289 | 10,561 | 53,557 |
| Anda, Inc | 306 | 584 | 3 | 0 | 0 | 182 | 1,075 |
| Cardinal Health | 62,297 | 67,273 | 17,572 | 2,867 | 4,475 | 39,223 | 193,707 |
| CVS | n/a | 13,485 | n/a | n/a | n/a | 2,619 | 16,104 |
| Discount Drug Mart | n/a | 32,445 | 0 | n/a | n/a | 1,995 | 34,440 |
| H. D. Smith | 311 | 0 | 0 | 0 | 0 | 0 | 311 |
| HBC Service Co | 1,652 | 2,069 | 12 | 34 | 0 | 42 | 3,809 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 31,620 | 41,655 | 4,172 | 730 | 581 | 13,998 | 92,756 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 96 | 468 | 838 | 148 | 1 | 428 | 1,979 |
| Rite Aid | n/a | 2,631 | n/a | n/a | n/a | 719 | 3,350 |
| Walgreens | 909 | 4,490 | 9,292 | 3,753 | 9 | 11,522 | 29,975 |
| Wal-Mart | 3,239 | 0 | 177 | 69 | 0 | 150 | 3,635 |
| **Total** | **123,093** | **179,892** | **35,999** | **8,920** | **5,355** | **81,439** | **434,698** |

Table 29 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 26,024 | 40,096 | 10,643 | 4,823 | 3,051 | 13,724 | 98,361 |
| Anda, Inc | 981 | 993 | 177 | 21 | 0 | 295 | 2,467 |
| Cardinal Health | 49,733 | 42,267 | 21,073 | 6,408 | 2,295 | 24,609 | 146,385 |
| CVS | n/a | 17,930 | n/a | n/a | n/a | 370 | 18,300 |
| Discount Drug Mart | n/a | 7,278 | 0 | n/a | n/a | 403 | 7,681 |
| H. D. Smith | 0 | 91 | 0 | n/a | 0 | 23 | 114 |
| HBC Service Co | 857 | 8,099 | 103 | 0 | 13 | 114 | 9,186 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 36,410 | 48,607 | 16,642 | 4,721 | 4,198 | 16,232 | 126,810 |
| Miami-Luken | 0 | 1,111 | 0 | 79 | 243 | 331 | 1,764 |
| Prescription Supply | 0 | 4 | 0 | 0 | 0 | 0 | 4 |
| Rite Aid | n/a | 2,062 | n/a | n/a | n/a | 129 | 2,191 |
| Walgreens | 0 | 6,712 | 6,788 | 2,491 | 44 | 4,516 | 20,551 |
| Wal-Mart | 1,403 | 0 | 713 | 173 | 0 | 131 | 2,420 |
| **Total** | **115,408** | **175,250** | **56,139** | **18,716** | **9,844** | **60,877** | **436,234** |

### D. Maximum 8,000 Dosage Units Monthly

144. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed 8,000 dosage units. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

145. Figure 17 illustrates total opioid shipments into Cuyahoga County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after

- 68 -

Confidential - Subject to Protective Order

Table 30 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| AmerisourceBergen | 94,012 | 27,456 | 949 | 0 | 0 | 1,187 | 123,604 |
| Anda, Inc | 17 | 55 | 0 | 0 | 0 | 0 | 72 |
| Cardinal Health | 110,826 | 48,016 | 2,102 | 0 | 0 | 1,731 | 162,675 |
| CVS | n/a | 63,845 | n/a | n/a | n/a | 0 | 63,845 |
| Discount Drug Mart | n/a | 20,875 | 0 | n/a | n/a | 0 | 20,875 |
| H. D. Smith | 308 | 0 | 0 | 0 | 0 | 0 | 308 |
| HBC Service Co | 3,992 | 28,758 | 0 | 0 | 0 | 0 | 32,750 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 77,402 | 31,364 | 0 | 0 | 0 | 0 | 108,766 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 3,312 | 0 | 0 | 0 | 0 | 0 | 3,312 |
| Rite Aid | n/a | 9,603 | n/a | n/a | n/a | 0 | 9,603 |
| Walgreens | 88,496 | 74,958 | 0 | 0 | 0 | 0 | 163,454 |
| Wal-Mart | 9,165 | 15,540 | 0 | 0 | 0 | 0 | 24,705 |
| **Total** | **387,530** | **320,470** | **3,051** | **0** | **0** | **2,918** | **713,969** |

Table 31 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 68,640 | 50,724 | 3,831 | 1,071 | 2,265 | 0 | 126,531 |
| Anda, Inc | 811 | 25 | 109 | 0 | 0 | 0 | 945 |
| Cardinal Health | 80,037 | 31,077 | 3,214 | 927 | 748 | 570 | 116,573 |
| CVS | n/a | 46,272 | n/a | n/a | n/a | 0 | 46,272 |
| Discount Drug Mart | n/a | 6,299 | 0 | n/a | n/a | 0 | 6,299 |
| H. D. Smith | 0 | 0 | 0 | n/a | 0 | 0 | 0 |
| HBC Service Co | 2,107 | 25,874 | 0 | 0 | 0 | 0 | 27,981 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 78,847 | 44,278 | 4,036 | 1,050 | 0 | 0 | 128,211 |
| Miami-Luken | 3,180 | 0 | 0 | 0 | 0 | 0 | 3,180 |
| Prescription Supply | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rite Aid | n/a | 12,057 | n/a | n/a | n/a | 0 | 12,057 |
| Walgreens | 36,774 | 48,454 | 0 | 0 | 0 | 0 | 85,228 |
| Wal-Mart | 2,897 | 7,740 | 0 | 0 | 0 | 0 | 10,637 |
| **Total** | **273,293** | **272,800** | **11,190** | **3,048** | **3,013** | **570** | **563,914** |

### E. Maximum Daily Dosage Units

148.  I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a day to exceed a number of dosage dosage units that varies by drug type and within some drug types by formulation.[55] I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

---

[55] Maximum Daily Dosage Units used as specified in CAH_MDLPRIORPRO_DEA07_01384160

Table 32 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga County, 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| AmerisourceBergen | 107,350 | 52,226 | 18,018 | 3,366 | n/a | 3,292 | 184,252 |
| Anda, Inc | 904 | 2,129 | 46 | 20 | n/a | 95 | 3,194 |
| Cardinal Health | 166,869 | 88,662 | 30,253 | 4,244 | n/a | 10,147 | 300,175 |
| CVS | n/a | 115,449 | n/a | n/a | n/a | 5,951 | 121,400 |
| Discount Drug Mart | n/a | 32,424 | 0 | n/a | n/a | 2,036 | 34,460 |
| H. D. Smith | 311 | 19 | 0 | 4 | n/a | 18 | 352 |
| HBC Service Co | 5,978 | 46,103 | 0 | 0 | n/a | 10 | 52,091 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 118,299 | 88,832 | 9,825 | 1,154 | n/a | 1,298 | 219,408 |
| Miami-Luken | 2 | 133 | 0 | 0 | n/a | 0 | 135 |
| Prescription Supply | 5,351 | 521 | 1,471 | 162 | n/a | 6 | 7,511 |
| Rite Aid | n/a | 21,291 | n/a | n/a | n/a | 1,343 | 22,634 |
| Walgreens | 97,777 | 107,036 | 21,923 | 3,733 | n/a | 6,949 | 237,418 |
| Wal-Mart | 14,593 | 26,963 | 818 | 76 | n/a | 387 | 42,837 |
| **Total** | **517,434** | **581,788** | **82,354** | **12,759** | **n/a** | **31,532** | **1,225,867** |

Table 33 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 80,140 | 59,406 | 23,672 | 7,252 | n/a | 2,196 | 172,666 |
| Anda, Inc | 1,130 | 1,566 | 205 | 41 | n/a | 19 | 2,961 |
| Cardinal Health | 104,253 | 52,285 | 27,023 | 6,358 | n/a | 4,104 | 194,023 |
| CVS | n/a | 49,701 | n/a | n/a | n/a | 1,759 | 51,460 |
| Discount Drug Mart | n/a | 8,435 | 0 | n/a | n/a | 357 | 8,792 |
| H. D. Smith | 0 | 74 | 0 | n/a | n/a | 0 | 74 |
| HBC Service Co | 2,858 | 29,533 | 33 | 0 | n/a | 0 | 32,424 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 96,342 | 69,871 | 21,349 | 5,883 | n/a | 518 | 193,963 |
| Miami-Luken | 3,184 | 1,404 | 476 | 53 | n/a | 0 | 5,117 |
| Prescription Supply | 15 | 5 | 0 | 1 | n/a | 0 | 21 |
| Rite Aid | n/a | 12,512 | n/a | n/a | n/a | 177 | 12,689 |
| Walgreens | 40,192 | 50,679 | 12,257 | 3,059 | n/a | 353 | 106,540 |
| Wal-Mart | 7,411 | 14,905 | 1,013 | 169 | n/a | 96 | 23,594 |
| **Total** | **335,525** | **350,376** | **86,028** | **22,816** | **n/a** | **9,579** | **804,324** |

### F. Additional Identification

152. I have been asked by Counsel to assume that Chain Distributors may have had knowledge of - or information available to inform them of – opioid shipments from all Distributors to the Chain Distributor's affiliated pharmacies. I have re-run the five identification routines described above assuming that the Chain Distributors could have flagged transactions based on this expanded information set and report the results for the Chain Distributors in Table 34 through Table 43 below. Additional charts and tables reflecting the result of applying methodologies below to each Chain Distributor are in Appendix 11.

1. *Maximum Monthly, Trailing Six-month Threshold*

Table 34 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | 65,249 | 86,461 | 9,769 | 908 | 1,130 | 12,154 | 175,671 |
| Discount Drug Mart | 18,313 | 24,531 | 2,416 | 98 | 0 | 1,786 | 47,144 |
| HBC / Giant Eagle | 27,810 | 74,444 | 297 | 20 | 0 | 5,202 | 107,773 |
| Rite Aid | 45,986 | 38,903 | 5,553 | 282 | 396 | 6,000 | 97,120 |
| Walgreens | 100,484 | 86,597 | 22,490 | 5,374 | 1,294 | 12,712 | 228,951 |
| Wal-Mart | 10,520 | 22,448 | 213 | 74 | 0 | 1,185 | 34,440 |
| **Total** | **268,362** | **333,384** | **40,738** | **6,756** | **2,820** | **39,039** | **691,099** |

Table 35 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | 34,067 | 37,475 | 9,393 | 2,242 | 986 | 3,487 | 87,650 |
| Discount Drug Mart | 6,052 | 6,300 | 1,305 | 245 | 71 | 420 | 14,393 |
| HBC / Giant Eagle | 21,246 | 50,968 | 3,772 | 941 | 119 | 2,415 | 79,461 |
| Rite Aid | 18,263 | 18,990 | 4,587 | 1,106 | 651 | 1,665 | 45,262 |
| Walgreens | 39,482 | 39,538 | 13,088 | 4,099 | 280 | 3,772 | 100,259 |
| Wal-Mart | 5,960 | 13,442 | 522 | 158 | 0 | 494 | 20,576 |
| **Total** | **125,070** | **166,713** | **32,667** | **8,791** | **2,107** | **12,253** | **347,601** |

2. *Twice Trailing Twelve-Month Average Pharmacy Dosage Units*

Table 36 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | 30,660 | 17,708 | 4,925 | 639 | 1,731 | 15,169 | 70,832 |
| Discount Drug Mart | 4,897 | 1,600 | 1,637 | 145 | 140 | 3,532 | 11,951 |
| HBC / Giant Eagle | 0 | 0 | 126 | 78 | 102 | 3,543 | 3,849 |
| Rite Aid | 31,051 | 8,623 | 3,661 | 680 | 1,162 | 6,999 | 52,176 |
| Walgreens | 65,885 | 5,542 | 8,621 | 4,170 | 2,943 | 18,839 | 106,000 |
| Wal-Mart | 4,883 | 0 | 154 | 57 | 72 | 1,101 | 6,267 |
| **Total** | **137,376** | **33,473** | **19,124** | **5,769** | **6,150** | **49,183** | **251,075** |

Table 37 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | 21,880 | 18,368 | 7,226 | 2,271 | 1,731 | 6,221 | 57,697 |
| Discount Drug Mart | 0 | 62 | 1,158 | 398 | 306 | 1,221 | 3,145 |
| HBC / Giant Eagle | 8,118 | 14,073 | 3,617 | 1,274 | 660 | 3,222 | 30,964 |
| Rite Aid | 16,583 | 11,853 | 4,192 | 1,154 | 969 | 3,227 | 37,978 |
| Walgreens | 29,185 | 6,270 | 10,156 | 3,704 | 1,525 | 4,954 | 55,794 |
| Wal-Mart | 1,556 | 0 | 474 | 164 | 99 | 484 | 2,777 |
| **Total** | **77,322** | **50,626** | **26,823** | **8,965** | **5,290** | **19,329** | **188,355** |

3. *Three Times Trailing Twelve-Month Average Pharmacy Dosage Units*

Table 38 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| CVS | 12,948 | 6,453 | 2,522 | 322 | 1,282 | 8,874 | 32,401 |
| Discount Drug Mart | 0 | 0 | 514 | 98 | 0 | 2,227 | 2,839 |
| HBC / Giant Eagle | 0 | 0 | 0 | 20 | 0 | 1,537 | 1,557 |
| Rite Aid | 19,405 | 3,677 | 2,009 | 119 | 515 | 3,770 | 29,495 |
| Walgreens | 27,854 | 0 | 2,086 | 1,391 | 1,656 | 8,959 | 41,946 |
| Wal-Mart | 1,385 | 0 | 154 | 15 | 9 | 38 | 1,601 |
| **Total** | **61,592** | **10,130** | **7,285** | **1,965** | **3,462** | **25,405** | **109,839** |

Table 39 Three Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| CVS | 9,034 | 9,669 | 3,800 | 1,407 | 1,324 | 2,239 | 27,473 |
| Discount Drug Mart | 0 | 21 | 390 | 208 | 71 | 518 | 1,208 |
| HBC / Giant Eagle | 5,929 | 8,228 | 2,401 | 941 | 216 | 1,976 | 19,691 |
| Rite Aid | 9,980 | 2,895 | 3,074 | 925 | 774 | 1,093 | 18,741 |
| Walgreens | 15,672 | 0 | 2,247 | 1,579 | 668 | 1,942 | 22,108 |
| Wal-Mart | 313 | 0 | 458 | 158 | 36 | 381 | 1,346 |
| **Total** | **40,928** | **20,813** | **12,370** | **5,218** | **3,089** | **8,149** | **90,567** |

### 4. *Maximum 8,000 Dosage Units Monthly*

Table 40 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| CVS | 50,282 | 61,480 | 0 | 0 | 0 | 0 | 111,762 |
| Discount Drug Mart | 13,464 | 20,375 | 0 | 0 | 0 | 0 | 33,839 |
| HBC / Giant Eagle | 6,877 | 50,434 | 0 | 0 | 0 | 0 | 57,311 |
| Rite Aid | 35,750 | 19,305 | 0 | 0 | 0 | 0 | 55,055 |
| Walgreens | 99,861 | 73,377 | 0 | 0 | 0 | 0 | 173,238 |
| Wal-Mart | 4,814 | 12,998 | 0 | 0 | 0 | 0 | 17,812 |
| **Total** | **211,048** | **237,969** | **0** | **0** | **0** | **0** | **449,017** |

Table 41 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Summit County, OH 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| CVS | 34,946 | 38,798 | 0 | 0 | 0 | 71 | 73,815 |
| Discount Drug Mart | 3,424 | 5,523 | 0 | 0 | 0 | 0 | 8,947 |
| HBC / Giant Eagle | 15,938 | 42,894 | 0 | 0 | 0 | 0 | 58,832 |
| Rite Aid | 18,618 | 20,304 | 0 | 0 | 0 | 0 | 38,922 |
| Walgreens | 42,349 | 42,821 | 0 | 0 | 0 | 0 | 85,170 |
| Wal-Mart | 1,345 | 6,806 | 0 | 0 | 0 | 0 | 8,151 |
| **Total** | **116,620** | **157,146** | **0** | **0** | **0** | **71** | **273,837** |

5. *Maximum Daily Dosage Units*

Table 42 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga County, 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | 63,914 | 96,391 | 11,355 | 1,753 | n/a | 7,237 | 180,650 |
| Discount Drug Mart | 18,246 | 26,801 | 3,023 | 202 | n/a | 381 | 48,653 |
| HBC / Giant Eagle | 21,554 | 74,603 | 382 | 24 | n/a | 1,238 | 97,801 |
| Rite Aid | 45,264 | 42,065 | 5,584 | 638 | n/a | 3,969 | 97,520 |
| Walgreens | 105,081 | 96,179 | 24,784 | 5,156 | n/a | 8,830 | 240,030 |
| Wal-Mart | 9,093 | 24,354 | 391 | 74 | n/a | 491 | 34,403 |
| **Total** | **263,152** | **360,393** | **45,519** | **7,847** | **n/a** | **22,146** | **699,057** |

Table 43 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 2006-2014

| No. of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| CVS | 36,542 | 41,052 | 9,946 | 2,592 | n/a | 2,020 | 92,152 |
| Discount Drug Mart | 6,050 | 6,849 | 1,692 | 245 | n/a | 170 | 15,006 |
| HBC / Giant Eagle | 20,496 | 51,934 | 3,737 | 873 | n/a | 594 | 77,634 |
| Rite Aid | 19,365 | 20,835 | 4,762 | 1,388 | n/a | 736 | 47,086 |
| Walgreens | 42,932 | 43,575 | 14,064 | 4,225 | n/a | 416 | 105,212 |
| Wal-Mart | 4,273 | 14,134 | 662 | 154 | n/a | 105 | 19,328 |
| **Total** | **129,658** | **178,379** | **34,863** | **9,477** | **n/a** | **4,041** | **356,418** |