# EXHIBIT 387

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF OHIO

 3                        EASTERN DIVISION

 4

 5

 6   *********************************

 7   IN RE:

 8   NATIONAL PRESCRIPTION OPIATE       MDL No. 2804

     LITIGATION                         Case No. 17-md-2804

 9                                      Hon. Dan A. Polster

     This document relates to:

10

     All cases

11

     *********************************

12

13      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14              CONFIDENTIALITY REVIEW

15              VIDEOTAPED DEPOSITION OF:

16                   AMY PROPATIER

17                    MOTLEY RICE

18                  55 Cedar Street

19               Providence, Rhode Island

20            November 29, 2018     9:15 a.m.

21

22               Darlene M. Coppola

23            Registered Merit Reporter

24            Certified Realtime Reporter
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      answered.
 2           A.    Yes.
 3      BY MR. BAKER:
 4           Q.    Yes?
 5           A.    Yes.
 6           Q.    Okay.  And would you please direct
 7      your attention to page X-5, which is 10-5,
 8      Paragraph 11, last sentence?
 9                 Do you see that?
10           A.    Uh-huh.
11           Q.    Yes?
12           A.    Yes.
13           Q.    Your name is Amy Propatier, correct?
14           A.    Yes.
15           Q.    And this document says that "Amy
16      Propatier (CVS DEA compliance coordinator) and
17      Frank Devlin, director of logistics loss
18      prevention."  Is that correct?
19           A.    Yes.
20           Q.    Were you, at the time of this
21      document, the CVS DEA compliance
22      coordinator?
23                       MR. BUSH:  Well, objection.
24           A.    That was a title for reference in
```

```
 1      SOPs.  My title -- my job position title was
 2      logistics pharmacy services manager.
 3      BY MR. BAKER:
 4          Q.  Did you ever hold the title of CVS DEA
 5      compliance coordinator?
 6          A.  Yes.  As a title for SOP reference,
 7      yes.
 8          Q.  And did you perform duties as a DEA
 9      coordinator or not -- DEA compliance
10      coordinator for CVS?  Let me repeat the
11      question.
12              Did you perform duties as a CVS DEA
13      compliance coordinator while under the employ
14      of CVS?
15          A.  What type of duties?  I don't know
16      what you mean.
17          Q.  Did you perform any type of DEA
18      compliance coordinator duties while under the
19      employ of CVS?
20          A.  I submitted ARCOS reporting, yes.
21          Q.  Did you have anything at all to do
22      with suspicious order monitoring?
23              MR. BUSH:  Objection, but you
24      can answer.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           A.   No, only updating the SOP with what
 2      was provided for the program.
 3           Q.   Let's go to the next numbered exhibit.
 4                Now, who, other than this document,
 5      ever called you by the title CVS DEA
 6      compliance coordinator?  Who within the
 7      company ever called you that other than this
 8      document?
 9                     MR. BUSH:  Objection.  If you
10      understand, you can answer.
11           A.   I don't -- I'm not sure what you mean.
12      BY MR. BAKER:
13           Q.   You've told me about your logistics
14      title, correct?
15           A.   Yes.
16           Q.   And name that title again, what it is.
17           A.   Logistics pharmacy services manager.
18           Q.   At any place within CVS, other than
19      within this document that I showed you, were
20      you ever listed within CVS as a DEA compliance
21      coordinator?
22           A.   Do you mean like in personnel, like as
23      the company?
24           Q.   Yes, ma'am.
```