# EXHIBIT 419

## FW: Rite Aid CSMP 09.12.11

From:

Sophia Lai <slai@riteaid.com>

To:

"Nichols, Jenna" <jenna.nichols@mckesson.com>

Cc:

"Oriente, Michael" <michael.oriente@mckesson.com>

Date:

Fri, 16 Sep 2011 17:15:23 +0000

---

Hi Jenna,

Here is the information requested. The PDM would also like to request a 15% increase for base code oxycodone?

Thanks!
Sophia

-----Original Message-----
From: Mary Menegay
Sent: Friday, September 16, 2011 12:57 PM
To: Sophia Lai
Subject: Re: Rite Aid CSMP 09.12.11

AH9159004

Sent from my iPhone

On Sep 16, 2011, at 12:02 PM, "Sophia Lai" <slai@riteaid.com> wrote:

> Hi Mary,
>
> Need DEA number for physician and then I'll be able to send in.
>
> Thanks,
> Sophia
>
> -----Original Message-----
> From: Mary Menegay
> Sent: Friday, September 16, 2011 8:39 AM
> To: Sophia Lai
> Subject: RE: Rite Aid CSMP 09.12.11
>
> Name Dr. ADOLPH HARPER JR
> Birth Date: 10/1950 Birth Place: MEMPHIS, TN
> Birth Country:
> Practice 2569 ROMIG RD
> SUITE 201
> AKRON, OH 44320
>
>
> Residence COPLEY, OH 44320
> County: Summit
> Professional
> Education School: 025010-University of Mississippi School of Medicine
> Graduated: 03/04/76
>
>
> License and Registration Information
> Credential License Type Initial Licensure Date Expiration Date
> Status
> 35.044503 Doctor of Medicine 02/14/1980 10/01/2012 ACTIVE
> SUPV.7284-ALT Alternate supervising physician 01/31/2009 INACTIVE
>
> Please increase 15%.
>
>
>
>
>
>
> Mary Menegay R. Ph.
> Pharmacy District Manager
> 3010 Whipple Ave NW
> Canton, Ohio 44718
> (330) 477-1077
>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                         MCKMDL00632923

> -----Original Message-----
> From: Sophia Lai
> Sent: Thursday, September 15, 2011 5:16 PM
> To: Mary Menegay
> Subject: Re: Rite Aid CSMP 09.12.11
>
> Yes, but I will need the md's name, DEA number and practice site. I will also need the percentage increase you would like to request for the store.
>
> Thanks!
>
> Sophia Lai
> Director, Pharmacy Loss Prevention
> Rite Aid Corporation
>
> On Sep 14, 2011, at 4:16 PM, "Mary Menegay" <mmenegay@riteaid.com> wrote:
>
>> The orders are needed. There is increased activity from a local pain management doctor. Cx who were previously filling at store 3151 are now coming to 3182. Can the threshold be increased?
>>
>>
>>
>>
>>
>>
>>
>> Mary Menegay R. Ph.
>> Pharmacy District Manager
>> 3010 Whipple Ave NW
>> Canton, Ohio 44718
>> (330) 477-1077
>>
>> From: Sophia Lai
>> Sent: Monday, September 12, 2011 2:13 PM
>> To: Mary Menegay
>> Cc: Michael J Esterak
>> Subject: FW: Rite Aid CSMP 09.12.11
>>
>> Hi Mary,
>>
>> Store 3182 is hitting their oxycodone ordering threshold through Mckesson very early in the month. Please reach out to the store and see why they are placing large orders and if it's needed.
>>
>> Thanks!
>>
>> From: Nichols, Jenna [mailto:Jenna.Nichols@mckesson.com]
>> Sent: Monday, September 12, 2011 1:51 PM
>> To: Sophia Lai
>> Subject: FW: Rite Aid CSMP 09.12.11
>>
>> Hi Sophia,
>>
>> Would you be able to provide more information regarding the oxycodone demands at Store 3182, please? Michael Oriente is requesting this information.
>>
>>
>> Thank you,
>> Jenna Nichols
>> Account Manager, RNA Support Solutions McKesson Corporation
>> 1220 Senlac Drive
>> Carrollton, TX 75006
>> 972.446.4842 Office
>> 972.446.5493 Fax
>> 972.505.0364 Cell
>> jenna.nichols@mckesson.com<mailto:jenna.nichols@mckesson.com>
>> www.mckesson.com<http://www.mckesson.com>
>>
>> From: Oriente, Michael
>> Sent: Monday, September 12, 2011 12:46 PM
>> To: Nichols, Jenna
>> Cc: Evangelista, Melissa
>> Subject: RE: Rite Aid CSMP 09.12.11
>>
>> Jenna,
>> Can you get some information on this Rite Aid Oxycodone demand?
>> They are at 93% on the 12th of the month.
>> Thanks.
>> [cid:image001.png@01CC72F9.B3D9F290]
>>
>> Michael P. Oriente
>> Michael P. Oriente
>> Director Regulatory Affairs, NE Region McKesson Pharmaceutical
>> 400 Delran Parkway
>> Delran, N.J. 08075
>>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MCKMDL00632924

>> Phone: 856-255-2184
>> Cell: 609-929-5880
>> Fax 856-764-9726
>>
>> Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>>
>> From: Nichols, Jenna
>> Sent: Monday, September 12, 2011 9:45 AM
>> To: Andy Palmer; Arnaldo La Luz; Bishop, Micheal; Evangelista,
>> Melissa; Lisa Weader; Oriente, Michael; Owen P McMahon; Ryan Duval;
>> Scott Jacobson (sjacobson@riteaid.com); Sophia Lai
>> Subject: Rite Aid CSMP 09.12.11
>>
>> Team,
>>
>> Please see the attached daily CSMP report for Rite Aid. Let me know if we need to make any adjustments to the current thresholds.
>>
>>
>>
>> Thank you,
>> Jenna Nichols
>> Account Manager, RNA Support Solutions McKesson Corporation
>> 1220 Senlac Drive
>> Carrollton, TX 75006
>> 972.446.4842 Office
>> 972.446.5493 Fax
>> 972.505.0364 Cell
>> jenna.nichols@mckesson.com<mailto:jenna.nichols@mckesson.com>
>> www.mckesson.com<http://www.mckesson.com>
>>
>> <image001.png>

Disclaimer: This e-mail message is intended only for the personal use of
the recipient(s) named above. If you are not an intended recipient, you
may not review, copy or distribute this message. If

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                     MCKMDL00632925