# EXHIBIT 421

To: Debra Chase[dchase@riteaid.com]
Cc: Marian L. Wood[mwood@riteaid.com]
From: Marion Wood
Sent: 2011-04-18T13:53:33-04:00
Importance: Normal
Subject: RE: Threshold Exception list
Received: 2011-04-18T13:53:45-04:00
MAXIMUM PICK. 04.2011.revised.doc

Sorry, that's not the correct one, this one is.

---

From: Marion Wood [mailto:mwood@riteaid.com]
Sent: Monday, April 18, 2011 1:30 PM
To: dchase@riteaid.com
Cc: mwood@riteaid.com
Subject: Threshold Exception list

Debra,
Attached is the final version from Friday. Is this not the one I posted?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　Rite_Aid_OMDL_0012503

# MAXIMUM PICK ALLOWANCE
(THIS DOES NOT INCLUDE THE PSE ITEMS)

(pill count)
**100's** – 50 BOTTLES
(THIS AMOUNT INCLUES LIQUIDS & SPRAYS)
**500'S** – 10 BOTTLES
**1000'S** – 5 BOTTLES

## WITH THE FOLLOWING EXCEPTIONS:

**STORE 408 -**     **TRAMADOL 50MG TAB 100**
        **0088258    105-04-C01**
        **70 BOTTLES**

**STORE 1818 -**  **SUBOXONE (ONLY)**
        **0601047    105-08-D07**
        **150 BOTTLES**

**STORE 2389and 3151**

        **– HYDRO/APAP 5/500 TAB 500**
        **0089250  105-11-A02**
        **15 BOTTLES**

**STORE 4125 –** SUBOXONE (ONLY)
        **0601047    105-08-D07**
        **75 BOTTLES**

**STORE 10437 -**  SUBOXONE (ONLY)
        **0601047    105-08-D07**
        **110 BOTTLES**

04/2011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0012504

# ALL SUDAPHEDRINE ITEMS, PLAN B AND NEXT CHOICE LIMIT

████████████

04/2011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0012505