UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan. A. Polster |

NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED EXHIBITS
ATTACHED TO PLAINTIFFS' CONSOLIDATED REPLY MEMORANDUM IN
FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY
ADJUDICATION WITH RESPECT TO THE CONTROLLED SUBSTANCES ACT

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. In the interest of clarity and completeness, Plaintiffs hereby re-refile the related brief (even though not previously redacted) and less redacted or unredacted exhibits attached hereto. Finally, for tracking and/or cross-referencing purposes, the below chart lists the original filing events related to the documents that are being re-filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Ex. # | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|---|
| Plaintiffs' Consolidated Reply Memorandum in Further Support of Plaintiffs' Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act (DSJ1&2) | | 2545 | No | None |

| | | | | |
|---|---|---|---|---|
| Settlement and Release Agreement and Administrative MOA between DOJ, DEA and McKesson Corporation<br>MCKMDL00337001 | 522 | 2841-8 (previously US at 2557-2) | Yes | None now |
| Email from K. Harper to H. Davis regarding revision of QSP Order Monitoring<br>MNK-T1_0000264240 | 527 | 2557-7 | Yes | Fewer |
| Memorandum from Howard Davis to K. Harper regarding SOM Program, No. C/S Comp. 3.0 | 529 | 2557-9 | Yes | None now |
| Email from Jessica Clark to Faiza Poshni, Angela Feniger and Heather Jones regarding SOMs<br>PAR_OPIOID_MDL_002161313 | 544 | 2557-24 | Yes | None now |
| Cover Email with QT Cegedim SOM Compliance PPT<br>PAR_OPIOID_MDL_0001656116 | 546 | 2557-26 | Yes | None now |
| Email from K. Cross to D. Komoroski & T. Hernandez regarding T. Hernandez's SOM Summary and Resume<br>HDS_MDL_00404792 | 547 | 2557-27 | Yes | None now |
| Spreadsheet of Orders to Ohio Pharmacies<br>MCKMDL00616424 | 557 | 2557-37 | Under seal | Fewer |
| Spreadsheet of Orders to Ohio Pharmacies<br>MCKMDL00616425 | 558 | 2557-38 | Under seal | Fewer |
| Spreadsheet of Orders to Ohio Pharmacies<br>MCKMDL00616426 | 559 | 2557-39 | Under seal | Fewer |
| Email from Vicki Magnus to J. Foreman, J. Price, D. Rurka, Denman Murray Jur., and Bill Groth regarding Walgreens State Controls Summaries<br>WAGMDL00774715 | 575 | 2557-55 | Yes | Fewer |

Dated: December 18, 2019

Respectfully submitted,

/s/    *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
Plaintiffs' Co-Lead Counsel

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER

          1001 Lakeside Avenue East, Suite 1700
          Cleveland, OH 44114
          (216) 696-3232
          (216) 696-3924 (Fax)
          pweinberger@spanglaw.com
          *Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

          /s/    *Anthony D. Irpino*
          Anthony D. Irpino