# DSJ1&2-PR Exh 558

| DEA number | Customer name | State | Transaction date | DEA reported date | NDC number | Material | Material description | Base code | Original order quantity | Transaction quantity | Government sequence | DC number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VA MED CTR CLEVELAND I/P | OH | 20171229 | 20171229 | 60429058633 | 3666864 | BUPREN+NALOX SBL2/.5MGGOLDUD30 | 9064 | 40 | 0 | 1712000249 | 8772 |
| | RSC NE CDS | OH | 20180117 | 20180117 | 69543013611 | 3504289 | TRAMADOL TAB 50MG VIRT 1000@ | 9752 | 8 | 0 | 1801000075 | 8772 |
| | VA MED CTR CLEVELAND I/P | OH | 20180131 | 20180131 | 65162041503 | 2216414 | BUPREN+NALOX TB 8MG/2MG AMN30@ | 9064 | 25 | 0 | 1801000380 | 8772 |
| | VA MED CTR CLEVELAND I/P | OH | 20180131 | 20180201 | 12496120803 | 1665454 | SUBOXONE SUBLING FLM 8/2MG  30 | 9064 | 30 | 0 | 1801000388 | 8772 |
| | VA MED CTR CLEVELAND I/P | OH | 20180131 | 20180201 | 12496121203 | 2010551 | SUBOXONE SUBLING FLM 12/3MG 30 | 9064 | 20 | 0 | 1801000389 | 8772 |
| | VA MED CTR CLEVELAND I/P | OH | 20180131 | 20180201 | 65162041503 | 2216414 | BUPREN+NALOX TB 8MG/2MG AMN30@ | 9064 | 30 | 0 | 1801000390 | 8772 |
| | PLANNED PARENTHOOD MMS | OH | 20180215 | 20180215 | 00406012362 | 3284205 | HYDROC B+AC 5/325MG UDMALL100@ | 9193 | 20 | 0 | 1802000084 | 8149 |
| | MARC'S 17GH | OH | 20180228 | 20180228 | 59011048010 | 2136760 | OXYCONTIN CR TAB 80MG (REF)100 | 9143 | 2 | 0 | 1802000136 | 8772 |
| | MARC'S 12BR | OH | 20180315 | 20180316 | 42858010250 | 3295359 | OXYCOD+ACET TB5/325MG RHOD500@ | 9143 | 3 | 0 | 1803000021 | 8772 |
| | RSC NE ORALS | OH | 20180322 | 20180323 | 59011041510 | 2136620 | OXYCONTIN CR TAB 15MG (REF)100 | 9143 | 2 | 0 | 1803000036 | 8772 |
| | MARC'S 17GH | OH | 20180330 | 20180330 | 00406853001 | 1276567 | OXYCOD HCL TAB 30MG MALL  100@ | 9143 | 3 | 0 | 1803000133 | 8772 |
| | MARC'S 17GH | OH | 20180330 | 20180330 | 60951071270 | 1484682 | ENDOCET TB 10/325MG ENDO  100@ | 9143 | 1 | 0 | 1803000134 | 8772 |
| | MARC'S 17GH | OH | 20180423 | 20180423 | 00406051205 | 1629153 | OXYCOD+APAP TB 5/325 MALL 500@ | 9143 | 3 | 0 | 1804000102 | 8772 |
| | RSC NE ORALS | OH | 20180507 | 20180507 | 59011027160 | 3407335 | HYSINGLA ER TAB 20MG 60 | 9193 | 1 | 0 | 1805000056 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180521 | 20180522 | 42858030101 | 1913334 | HYDROMORPH TAB 2MG  RHOD  100@ | 9150 | 6 | 0 | 1805000139 | 8772 |
| | MARC'S 15SN | OH | 20180521 | 20180522 | 00406012505 | 3284221 | HYDROC B+AC 10/325 MALL  500@ | 9193 | 2 | 0 | 1805000141 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180522 | 20180522 | 42858030101 | 1913334 | HYDROMORPH TAB 2MG  RHOD  100@ | 9150 | 6 | 0 | 1805000151 | 8772 |
| | MARC'S 15SN | OH | 20180522 | 20180522 | 00406012505 | 3284221 | HYDROC B+AC 10/325 MALL  500@ | 9193 | 2 | 0 | 1805000143 | 8772 |
| | VA CLEVE | OH | 20180522 | 20180522 | 00406051201 | 3285335 | OXYCOD+APAP TB 5/325 MALL 100@ | 9143 | 5 | 0 | 1805000159 | 8772 |
| | VA CLEVE | OH | 20180522 | 20180522 | 10702005601 | 1495258 | OXYCOD HCL TAB 10MG KVK  100@ | 9143 | 10 | 0 | 1805000161 | 8772 |
| | VA CLEVE | OH | 20180522 | 20180522 | 42858030101 | 1913334 | HYDROMORPH TAB 2MG  RHOD  100@ | 9150 | 1 | 0 | 1805000162 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180528 | 20180529 | 13107005501 | 3476389 | OXYCODONE TAB 5MG  AURO100@ | 9143 | 12 | 0 | 1805000283 | 8772 |
| | DISCOUNT DRUG MART INC 35 | OH | 20180528 | 20180529 | 00406012301 | 3285020 | HYDROC B+AC TB 5/325 MALL 100@ | 9193 | 10 | 0 | 1805000290 | 8772 |
| | DISCOUNT DRUG MART INC 35 | OH | 20180528 | 20180529 | 00406012501 | 3285213 | HYDROC B+AC 10/325 MALL  100@ | 9193 | 10 | 0 | 1805000291 | 8772 |
| | MARC'S 15SN | OH | 20180528 | 20180529 | 00406012505 | 3284221 | HYDROC B+AC 10/325 MALL  500@ | 9193 | 1 | 0 | 1805000285 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180529 | 20180529 | 10702005650 | 3510070 | OXYCOD HCL TAB 10MG KVK 500 | 9143 | 4 | 0 | 1805000315 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180529 | 20180529 | 13107005501 | 3476389 | OXYCODONE TAB 5MG  AURO100@ | 9143 | 12 | 0 | 1805000316 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180529 | 20180530 | 10702005650 | 3510070 | OXYCOD HCL TAB 10MG KVK 500 | 9143 | 4 | 0 | 1805000383 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180529 | 20180530 | 42858010301 | 3295300 | OXYCOD+ACETTB7.5/325MGRHOD100@ | 9143 | 3 | 0 | 1805000384 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180529 | 20180530 | 59011041510 | 2136620 | OXYCONTIN CR TAB 15MG (REF)100 | 9143 | 1 | 0 | 1805000385 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180529 | 20180530 | 59011044010 | 2136695 | OXYCONTIN CR TAB 40MG (REF)100 | 9143 | 2 | 0 | 1805000386 | 8772 |
| | DISCOUNT DRUG MART INC 35 | OH | 20180530 | 20180530 | 00406012401 | 3285038 | HYDROC B+AC 7.5/325 MALL 100@ | 9193 | 5 | 0 | 1805000418 | 8772 |
| | BOLWELL HLTH CTR WAC A34 | OH | 20180531 | 20180601 | 13107005501 | 3476389 | OXYCODONE TAB 5MG  AURO100@ | 9143 | 2 | 0 | 1805000570 | 8772 |
| | RITE AID 3153 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 3 | 0 | 1806000174 | 8772 |
| | RITE AID 4278 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 11 | 0 | 1806000211 | 8772 |
| | RITE AID 4788 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 4 | 0 | 1806000180 | 8772 |
| | RITE AID 4975 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 1 | 0 | 1806000199 | 8772 |
| | RITE AID 4764 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 2 | 0 | 1806000190 | 8772 |
| | RITE AID 7774 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 6 | 0 | 1806000212 | 8772 |
| | RITE AID 7939 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 1 | 0 | 1806000204 | 8772 |
| | WAL-MART 2266 | OH | 20180626 | 20180626 | 69543025216 | 3497328 | VIRT A/C AF/SF100/10MG VIR16Z@ | M805 | 223 | 0 | 1806000332 | 8772 |
| | WAL-MART 5082 | OH | 20180627 | 20180627 | 69543025216 | 3497328 | VIRT A/C AF/SF100/10MG VIR16Z@ | M805 | 260 | 0 | 1806000380 | 8772 |

Notes:
[1] Information provided for all records which include a DEA number. Records with missing DEA numbers are excluded.
[2] This spreadsheet contains data from McKesson customers (excluding practitioners) from December 19, 2017 through June 30, 2018 whose most recent address is in Cuyahoga County, Ohio.