# DSJ1&2-PR Exh 559

| DEA number | Customer name | State | Transaction date | DEA reported date | NDC number | Material | Material description | Base code | Original order quantity | Transaction quantity | Government sequence | DC number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARC'S 36ST | OH | 20180124 | 20180124 | 13107004605 | 3000080 | OXYCOD+ACET 10/325MG AURO500@ | 9143 | 1 | 0 | 1801000150 | 8772 |
| | KLEIN'S PHARMACY HM | OH | 20180125 | 20180125 | 00054023525 | 1891431 | MORPHINE SULF TB 30MG ROX 100@ | 9300 | 2 | 0 | 1801000155 | 8772 |
| | KLEIN'S PHARMACY HM | OH | 20180125 | 20180125 | 42858080101 | 1793165 | MORPHINE ER TB 15MG RHOD  100@ | 9300 | 2 | 0 | 1801000156 | 8772 |
| | KLEIN'S PHARMACY HM | OH | 20180130 | 20180130 | 00054023625 | 1891431 | MORPHINE SULF TB 30MG ROX 100@ | 9300 | 2 | 0 | 1801000272 | 8772 |
| | KLEIN'S PHARMACY HM | OH | 20180130 | 20180130 | 42858080101 | 1793165 | MORPHINE ER TB 15MG RHOD  100@ | 9300 | 2 | 0 | 1801000273 | 8772 |
| | RITE AID 4296 | OH | 20180130 | 20180130 | 12496120803 | 1665454 | SUBOXONE SUBLING FLM 8/2MG  30 | 9064 | 12 | 0 | 1801000307 | 8772 |
| | KLEIN'S PHARMACY HM | OH | 20180201 | 20180201 | 00054040444 | 1780691 | MORPHINE SU OS 20MG/MLROX30ML@ | 9300 | 2 | 0 | 1802000001 | 8772 |
| | KLEIN'S PHARMACY HM | OH | 20180201 | 20180201 | 00406324501 | 1169234 | HYDROMORPH TAB 2MG  MALL 100@ | 9150 | 2 | 0 | 1802000002 | 8772 |
| | ACME PHARMACY #14 RX | OH | 20180328 | 20180328 | 00641602725 | 1290105 | FENTAN VL 50MCG/ML 2ML WES 25 | 9801 | 20 | 0 | 1803000100 | 8772 |
| | ACME PHARMACY #14 RX | OH | 20180328 | 20180328 | 00641602725 | 1290105 | FENTAN VL 50MCG/ML 2ML WES 25 | 9801 | 20 | 0 | 1803000102 | 8772 |
| | RITE AID 4296 | OH | 20180329 | 20180329 | 65162041503 | 2216414 | BUPREN+NALOX TB 8MG/2MG AMN30@ | 9064 | 3 | 0 | 1803000118 | 8772 |
| | RITE AID 4296 | OH | 20180330 | 20180330 | 50383092493 | 1298728 | BUPRENOR TAB 2MG   HI-T   30@ | 9064 | 1 | 0 | 1803000170 | 8772 |
| | RITE AID 4296 | OH | 20180330 | 20180330 | 65162041503 | 2216414 | BUPREN+NALOX TB 8MG/2MG AMN30@ | 9064 | 3 | 0 | 1803000171 | 8772 |
| | ACME PHARMACY #14 RX | OH | 20180402 | 20180402 | 00641602725 | 1290105 | FENTAN VL 50MCG/ML 2ML WES 25 | 9801 | 5 | 0 | 1804000037 | 8772 |
| | ACME PHARMACY #14 RX | OH | 20180402 | 20180402 | 00641602725 | 1290105 | FENTAN VL 50MCG/ML 2ML WES 25 | 9801 | 20 | 0 | 1804000036 | 8772 |
| | ACME PHARMACY #14 RX | OH | 20180419 | 20180419 | 00641602725 | 1290105 | FENTAN VL 50MCG/ML 2ML WES 25 | 9801 | 10 | 0 | 1804000091 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180430 | 20180430 | 00054023525 | 1891076 | MORPHINE IR TAB 15MG ROX  100@ | 9300 | 2 | 0 | 1804000248 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180430 | 20180430 | 00406838001 | 2474153 | MORPHINE ER TAB 60MG MALL 100@ | 9300 | 1 | 0 | 1804000266 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180523 | 20180523 | 00054023525 | 1891076 | MORPHINE IR TAB 15MG ROX  100@ | 9300 | 1 | 0 | 1805000179 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180523 | 20180523 | 00406838001 | 2474153 | MORPHINE ER TAB 60MG MALL 100@ | 9300 | 1 | 0 | 1805000180 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180529 | 20180529 | 00054023525 | 1891076 | MORPHINE IR TAB 15MG ROX  100@ | 9300 | 2 | 0 | 1805000344 | 8772 |
| | MARC'S 24WA | OH | 20180530 | 20180530 | 13107004401 | 2053189 | OXY/ACET TAB 5/325MG AURO 100@ | 9143 | 10 | 0 | 1805000416 | 8772 |
| | MARC'S 24WA | OH | 20180530 | 20180530 | 59011042010 | 2136679 | OXYCONTIN CR TAB 20MG (REF)100 | 9143 | 1 | 0 | 1805000417 | 8772 |
| | RITE AID 4296 | OH | 20180530 | 20180531 | 12496120803 | 1665454 | SUBOXONE SUBLING FLM 8/2MG  30 | 9064 | 4 | 0 | 1805000487 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180601 | 20180601 | 00054023525 | 1891076 | MORPHINE IR TAB 15MG ROX  100@ | 9300 | 3 | 0 | 1806000078 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180601 | 20180601 | 00054040444 | 1780691 | MORPHINE SU OS 20MG/MLROX30ML@ | 9300 | 2 | 0 | 1806000079 | 8772 |
| | DISCOUNT DRUG MART INC 45 | OH | 20180601 | 20180601 | 00406831501 | 2474641 | MORPHINE ER TB 15MG MALL  100@ | 9300 | 2 | 0 | 1806000080 | 8772 |
| | RITE AID 4296 | OH | 20180601 | 20180601 | 12496120803 | 1665454 | SUBOXONE SUBLING FLM 8/2MG  30 | 9064 | 8 | 0 | 1806000071 | 8772 |
| | RITE AID 4296 | OH | 20180601 | 20180601 | 65162041503 | 2216414 | BUPREN+NALOX TB 8MG/2MG AMN30@ | 9064 | 1 | 0 | 1806000072 | 8772 |
| | RITE AID 4296 | OH | 20180601 | 20180601 | 65162041603 | 2216430 | BUPREN+NAL TB 2MG/0.5MG AMN30@ | 9064 | 1 | 0 | 1806000073 | 8772 |
| | RITE AID 4296 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 68 | 0 | 1806000188 | 8772 |
| | RITE AID 4726 | OH | 20180618 | 20180618 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 2 | 0 | 1806000200 | 8772 |
| | RITE AID 4296 | OH | 20180620 | 20180620 | 43598058230 | 3463593 | BUPREN+NALOX SBL 8/2MG D/R 30@ | 9064 | 68 | 0 | 1806000243 | 8772 |
| | MARC'S 24WA | OH | 20180629 | 20180629 | 13107004401 | 2053189 | OXY/ACET TAB 5/325MG AURO 100@ | 9143 | 3 | 0 | 1806000466 | 8772 |
| | MARC'S 24WA | OH | 20180629 | 20180629 | 13107004501 | 2053213 | OXY/ACET TB 7.5/325MG AURO100@ | 9143 | 3 | 0 | 1806000467 | 8772 |
| | MARC'S 24WA | OH | 20180629 | 20180629 | 13107004601 | 2053197 | OXY/ACET TAB 10/325MG AURO100@ | 9143 | 3 | 0 | 1806000468 | 8772 |

**Notes:**
[1] Information provided for all records which include a DEA number. Records with missing DEA numbers are excluded.
[2] This spreadsheet contains data from McKesson customers (excluding practitioners) from December 19, 2017 through June 30, 2018 whose most recent address is in Summit County, Ohio.