# DSJ1&2-PR Exh 575

P-WAG-02841

Message

| | |
|---|---|
| **From**: | Vicki Mangus [vicki.mangus@andanet.com] |
| **Sent**: | 11/28/2012 4:17:36 PM |
| **To**: | Foreman, Jeffrey [jeffrey.foreman@walgreens.com]; Price, Jeffrey [jeffrey.price@walgreens.com]; Rurka, David [david.rurka@walgreens.com]; Murray Jr, Denman [denman.murray@walgreens.com]; Groth, Bill [bill.groth@walgreens.com] |
| **CC**: | William F Versosky [Bill.Versosky@Andanet.com]; Robert Brown [robert.brown@andanet.com] |
| **Subject**: | Walgreens State Controls Summaries |
| **Attachments**: | #WALGREENS_ANALYSIS-STATES.xlsx; Walgreens Map Control Percent Flagged.pptx |

Team Walgreens:

As promised, I've attached a summary dashboard report showing controls by state …. The criteria utilized for this report is as follows:

- 
- 
- 
- 
- 

**WALGREENS STATE ANALYSIS (attachment #1)\*\***:

- 59% of all FL stores will require a completed questionnaire (approx. 500 stores)

- 38% of all GA stores will require a completed questionnaire (approx. 80 stores)

- Although we thought FL/GA stores might be more "questionable" than other states, the data has actually shows that this is not the case …. On a national level, 21% of Rx's and 24% of pill count are Controlled Substances vs. Non-Controls …. FL/GA stores are not necessarily "abnormal" …. There are other states that have somewhat comparable questionable store percentages ….

*\*\* NOTE:  we will also provide a report which will allow you to drill down to the store level based on the flags outlined on the attached summary … hope to have that report to you tomorrow*

**MAP SLIDES (attachment #2)**:

- *Slide #1*:  illustrates States with Control Flags … the lighter the State's shading, the lesser the concern … conversely, the darker green States eg: Maine, Arizona, Oregon, etc. are your "problem children"

- *Slide #2*:  illustrates that approximately 1/3 *(34% … approx 2,690 stores)* of your stores have Oxy as one of the top 3 dispensed products which is the #1 "red flag" at DEA

- *Slide #3*:  illustrates that of the 46 stores that have Phentermine ranked higher than 25, 23 of those stores are located in TX

HIGHLY CONFIDENTIAL

P-WAG-02841

So, what's the next step guys?  What we'd like to discuss is a realistic timeline on when you think we could receive completed questionnaires back from your FL/GA stores …. & then ultimately, when we would receive completed questionnaires from the other states …. In order for us to provide a "final" list of truly problematic stores, we need to have those completed questionnaires for Robert & his team to review ….

Please take some time to digest this data …. We can discuss further on our Friday 10am CST/11am EST Purchase Agreement Conf Call …. If you have any immediate questions however, feel free to reach out to me prior to Friday's call ….

Vicki J. Mangus
**Director, National Accounts**

2915 Weston Road
Weston, Florida 33331
TF. 1-800-331-ANDA (2632) x 74471
Office. 954-217-4471
Cell. 954-295-4104
vicki.mangus@andanet.com



HIGHLY CONFIDENTIAL

WAGMDL00774716

P-WAG-02841.001

| State | STORE_NO | FLAGGED | SCRIPTS | PILLS | | | | | | CNTRL RXs | CNTL RX% | CNTRL PILLS | CNTL PILLS% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 5 | 4 | 20,244 | 892,320 | 3 | 3 | 1 | 3 | 0 | 6,988 | 34.52% | 370,867 | 41.56% |
| AL | 103 | 55 | 388,712 | 17,597,512 | 8 | 49 | 19 | 14 | 1 | 102,386 | 26.34% | 5,879,574 | 33.41% |
| AR | 61 | 33 | 235,216 | 10,218,460 | 10 | 30 | 20 | 3 | 1 | 60,961 | 25.92% | 3,240,851 | 31.72% |
| AZ | 253 | 226 | 998,125 | 61,362,790 | 217 | 63 | 40 | 9 | 0 | 173,189 | 17.35% | 10,715,571 | 17.46% |
| CA | 625 | 201 | 1,890,397 | 101,670,728 | 63 | 113 | 86 | 100 | 0 | 381,609 | 20.19% | 24,297,188 | 23.90% |
| CO | 161 | 148 | 454,529 | 21,380,004 | 138 | 42 | 52 | 8 | 0 | 119,334 | 26.25% | 6,455,627 | 30.19% |
| CT | 95 | 69 | 273,249 | 15,541,079 | 66 | 26 | 14 | 5 | 0 | 54,176 | 19.83% | 2,935,518 | 18.89% |
| DC | 4 | 2 | 6,644 | 256,172 | 1 | 0 | 1 | 0 | 0 | 1,067 | 16.06% | 62,672 | 24.46% |
| DE | 63 | 53 | 183,257 | 9,278,291 | 51 | 12 | 8 | 1 | 0 | 40,093 | 21.88% | 2,514,647 | 27.10% |
| **FL** | **855** | **504** | **2,486,634** | **123,579,528** | **348** | **360** | **100** | **73** | **0** | **521,406** | **20.97%** | **29,819,313** | **24.13%** |
| GA | 201 | 77 | 463,780 | 20,635,611 | 49 | 35 | 24 | 7 | 5 | 100,818 | 21.74% | 5,221,532 | 25.30% |
| HI | 13 | 6 | 31,964 | 1,795,778 | 5 | 3 | 1 | 1 | 0 | 5,610 | 17.55% | 388,515 | 21.63% |
| IA | 69 | 8 | 298,837 | 14,065,488 | 0 | 7 | 1 | 0 | 1 | 53,197 | 17.80% | 2,983,023 | 21.21% |
| ID | 39 | 15 | 110,858 | 5,001,175 | 7 | 9 | 2 | 1 | 0 | 30,245 | 27.28% | 1,596,327 | 31.92% |
| IL | 593 | 43 | 2,138,758 | 100,496,688 | 6 | 38 | 11 | 4 | 0 | 359,520 | 16.81% | 19,196,414 | 19.10% |
| IN | 208 | 110 | 597,110 | 34,204,111 | 63 | 53 | 22 | 48 | 0 | 150,026 | 25.13% | 9,803,656 | 31.38% |
| KS | 69 | 33 | 253,055 | 11,078,654 | 19 | 21 | 5 | 2 | 3 | 54,211 | 21.42% | 3,011,717 | 27.18% |
| KY | 96 | 41 | 325,725 | 15,377,583 | 32 | 20 | 4 | 5 | 0 | 65,508 | 20.11% | 3,971,690 | 25.83% |
| LA | 148 | 54 | 536,186 | 22,781,126 | 13 | 39 | 25 | 1 | 2 | 131,717 | 24.57% | 6,628,711 | 29.10% |
| MA | 166 | 130 | 481,610 | 22,903,073 | 129 | 35 | 35 | 11 | 0 | 91,869 | 19.08% | 5,031,127 | 21.97% |
| MD | 65 | 60 | 164,419 | 7,987,166 | 59 | 18 | 15 | 6 | 0 | 37,798 | 22.99% | 2,328,191 | 29.15% |
| ME | 14 | 14 | 24,229 | 1,225,805 | 14 | 8 | 3 | 6 | 0 | 6,710 | 27.69% | 412,178 | 33.63% |
| MI | 228 | 95 | 762,191 | 40,624,110 | 5 | 65 | 25 | 36 | 1 | 194,051 | 25.46% | 12,354,960 | 30.41% |
| MN | 152 | 51 | 519,043 | 28,004,252 | 48 | 8 | 0 | 0 | 0 | 83,933 | 16.17% | 4,503,507 | 16.08% |
| MO | 197 | 68 | 737,980 | 34,642,288 | 26 | 60 | 6 | 1 | 1 | 142,248 | 19.28% | 8,254,543 | 23.83% |
| MS | 69 | 15 | 245,725 | 10,707,499 | 5 | 11 | 2 | 0 | 0 | 58,274 | 23.72% | 2,918,866 | 27.26% |
| MT | 12 | 9 | 37,298 | 1,707,284 | 4 | 4 | 5 | 1 | 0 | 9,124 | 24.46% | 458,988 | 26.88% |
| NC | 195 | 126 | 591,233 | 27,329,171 | 103 | 74 | 25 | 11 | 0 | 128,773 | 21.78% | 6,946,303 | 25.42% |
| NE | 57 | 2 | 231,066 | 11,664,952 | 1 | 2 | 0 | 0 | 0 | 37,817 | 16.37% | 2,040,844 | 17.50% |
| NH | 30 | 29 | 74,720 | 3,510,558 | 28 | 14 | 10 | 7 | 0 | 17,156 | 22.96% | 920,032 | 26.21% |
| NJ | 180 | 118 | 500,098 | 23,800,511 | 116 | 21 | 9 | 5 | 0 | 90,440 | 18.08% | 4,990,255 | 20.97% |
| NM | 64 | 35 | 304,260 | 17,603,836 | 34 | 4 | 3 | 1 | 0 | 58,004 | 19.06% | 3,449,225 | 19.59% |
| NV | 84 | 79 | 327,249 | 16,764,236 | 78 | 54 | 26 | 23 | 1 | 90,072 | 27.52% | 6,718,227 | 40.07% |
| NY | 486 | 194 | 922,647 | 42,755,568 | 142 | 87 | 36 | 17 | 0 | 125,748 | 13.63% | 7,328,545 | 17.14% |
| **OH** | **255** | **192** | **749,434** | **34,299,171** | **181** | **72** | **27** | **4** | **1** | **152,849** | **20.40%** | **8,669,031** | **25.27%** |
| OK | 99 | 46 | 424,998 | 19,460,858 | 8 | 43 | 9 | 0 | 0 | 111,080 | 26.14% | 6,364,933 | 32.71% |
| OR | 69 | 64 | 219,233 | 10,793,148 | 62 | 14 | 4 | 12 | 0 | 53,413 | 24.36% | 2,853,069 | 26.43% |
| PA | 124 | 101 | 281,137 | 13,220,904 | 93 | 45 | 36 | 7 | 0 | 60,947 | 21.68% | 3,616,869 | 27.36% |
| PR | 113 | 7 | 395,917 | 15,747,089 | 7 | 0 | 0 | 0 | 0 | 51,045 | 12.89% | 1,975,447 | 12.54% |
| RI | 27 | 15 | 75,657 | 4,063,732 | 10 | 8 | 6 | 1 | 0 | 14,538 | 19.22% | 844,313 | 20.78% |
| SC | 109 | 74 | 320,694 | 14,907,220 | 35 | 60 | 30 | 3 | 3 | 83,931 | 26.17% | 4,927,140 | 33.05% |
| SD | 14 | 4 | 47,258 | 2,346,997 | 0 | 4 | 0 | 0 | 0 | 8,811 | 18.64% | 473,955 | 20.19% |
| TN | 254 | 120 | 1,022,241 | 45,071,386 | 93 | 51 | 26 | 1 | 0 | 232,237 | 22.72% | 12,172,597 | 27.01% |

P-WAG-02841.001

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TX | 695 | 74 | 2,532,779 | 126,413,659 | 1 | 50 | 19 | 4 | 23 | 495,884 | 19.58% | 26,853,089 | 21.24% |
| UT | 44 | 38 | 176,522 | 8,084,338 | 28 | 26 | 17 | 5 | 0 | 50,166 | 28.42% | 2,603,822 | 32.21% |
| VA | 135 | 104 | 338,693 | 14,377,809 | 86 | 70 | 37 | 11 | 0 | 78,259 | 23.11% | 4,181,726 | 29.08% |
| VT | 3 | 2 | 5,188 | 239,353 | 1 | 0 | 1 | 1 | 0 | 1,251 | 24.11% | 61,218 | 25.58% |
| WA | 130 | 97 | 403,958 | 19,380,820 | 91 | 15 | 6 | 26 | 0 | 89,431 | 22.14% | 4,530,613 | 23.38% |
| WI | 226 | 106 | 944,772 | 49,550,164 | 91 | 24 | 17 | 7 | 0 | 190,919 | 20.21% | 11,106,392 | 22.41% |
| WV | 17 | 12 | 36,471 | 1,817,422 | 10 | 8 | 5 | 1 | 0 | 10,363 | 28.41% | 625,875 | 34.44% |
| WY | 10 | 5 | 32,112 | 1,485,681 | 5 | 2 | 0 | 0 | 0 | 7,106 | 22.13% | 371,068 | 24.98% |
| **Overall - Total** | **7,984** | **3,768** | **25,624,112** | **1,256,739,158** | **2,693** | **1,880** | **876** | **493** | **46** | **5,276,308** | **20.59%** | **299,980,361** | **23.87%** |

WAGMDL00774717

P-WAG-02841.002

# Percentage of Stores with Flags



HIGHLY CONFIDENTIAL

WAGMDL00774718

P-WAG-02841.002

# Phentermine Flag Locations



HIGHLY CONFIDENTIAL

WAGMDL00774719

P-WAG-02841.002

# Oxy Flag Locations



HIGHLY CONFIDENTIAL