# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 |
| *APPLIES TO ALL CASES* | Hon. Dan. A. Polster |

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED DEPOSITION TRANSCRIPTS

Plaintiffs hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted deposition transcripts (previously filed in connection with *Daubert* and summary judgment briefs). Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers, and/or the resulting withdrawal of confidentiality designations, numerous previously redacted depositions are hereby publicly filed as unredacted or less redacted. For tracking and/or cross-referencing purposes, the first chart below ("Table 1") lists the depositions which are being re-filed herein, their prior ECF numbers, and the present state of redactions to these depositions. This filing does not include deposition transcripts previously filed on the public docket in unredacted form and/or which have redactions that remained unchanged from the prior filing. Those unchanged depositions are available at their prior docket numbers – which are identified in the second chart below ("Table 2"), for reference.

**Table 1: Depositions attached hereto** (now fully unredacted and/or with fewer redactions)

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Abernathy, Jeff | 1974-01 | Walmart | 11/15/2018 | no redactions now |
| Abreu, Shaun | 1974-02 | Henry Schein | 12/13/2018 | no redactions now |
| Ayers-Chick, Deanna Stacy | 1975-23 | Mallinckrodt | 12/13/2018 | fewer redactions |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Baker, Kelly James | 2173-03 | CVS | 1/24/2019 | no redactions now |
| Baker, Laurence C. (expert) | 2173-04 | Walgreens | 6/6/2019 | no redactions now |
| Bancroft, Wayne Eugene | 2173-05 | Walgreens | 1/10/2019 | no redactions now |
| Barnes, Sean | 2173-06 | Walgreens | 10/22/2018 | no redactions now |
| Beam, Gregory | 1974-16 | Walmart | 1/15/2019 | fewer redactions |
| Belli, Christopher | 1974-20 | Rite Aid | 12/20/2018 | fewer redactions |
| Bencivengo, Fred | 1975-01 | HBC | 1/22/2019 | no redactions now |
| Bianco, Michael | 2173-07 | HBC | 1/18/2019 | fewer redactions |
| Bish, Deborah | 1975-02 | Walgreens | 2/1/2019 | fewer redactions |
| Boggs, Gary | 1975-05 | McKesson | 1/17/2019 | fewer redactions |
| Boggs, Gary 30(b)(6) | 1975-04 | McKesson | 7/19/2018 | no redactions now |
| Brandt, Bill | 2173-09 | Henry Schein | 2/14/2019 | no redactions now |
| Brantley, Eric | 2173-10 | Cardinal Health | 11/27/2018 | no redactions now |
| Bratton, Edward | 1975-10 | Walgreens | 11/30/2018 | no redactions now |
| Bratton, Edward 30(b)(6) | 1975-09 | Walgreens | 12/16/2018 | no redactions now |
| Brown, Robert | 1975-12 | Anda | 12/3/2018 | fewer redactions |
| Burtner, Aaron | 1975-13 | CVS | 1/17/2019 | no redactions now |
| Cameron, Todd | 1975-14 | Cardinal Health | 9/26/2018 | fewer redactions |
| Campanelli, Paul | 1975-15 | Endo | 3/21/2019 | fewer redactions |
| Carlson, Gregory | 1975-18 | HBC | 1/8/2019 | no redactions now |
| Carney, Raymond | 2173-13 | Cardinal Health | 10/16/2018 | fewer redactions |
| Cavacini, Eugene | 1975-19 | McKesson | 1/25/2019 | fewer redactions |
| Chapman, George | 1975-20 | Walmart | 1/9/2019 | no redactions now |
| Chapman, Richard | 2173-15 | Rite Aid | 12/18/2018 | no redactions now |
| Chase, Debra | 1975-21 | Rite Aid | 1/4/2019 | fewer redactions |
| Cherveny, Eric | 1975-22 | ABDC | 11/9/2018 | no redactions now |
| Chunderlik, George | 1975-24 | HBC | 1/16/2019 | no redactions now |
| Cochrane, Michael | 1976-01 | Anda | 1/15/2019 | fewer redactions |
| Cochrane, Patrick | 1976-02 | Anda | 1/24/2019 | fewer redactions |
| Coleman, Jolynn | 1976-03 | Walmart | 12/13/2018 | fewer redactions |
| Daugherty, Patricia | 2173-16 | Walgreens | 11/15/2018 | fewer redactions |
| De Gutierrez-Mahoney, William | 1981-06 | McKesson | 11/28/2018 | no redactions now |
| Devlin, Frank | 2173-17 | CVS | 1/10/2019 | no redactions now |
| DiBello, Michael | 2173-18 | Henry Schein | 2/19/2019 | no redactions now |
| Diebert, Jennifer | 1976-15 | Walgreens | 1/24/2019 | fewer redactions |
| Domzalski, Christopher | 1976-16 | Walgreens | 1/17/2019 | no redactions now |
| Ducote, Chad | 1976-18 | Walmart | 11/16/2018 | no redactions now |
| Dugger, Terrence | 1976-19 | CVS | 1/23/2019 | no redactions now |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Durr, Walter | 1976-20 | HBC | 1/22/2019 | no redactions now |
| Dymon, Chris | 1976-21 | Walgreens | 1/25/2019 | no redactions now |
| Egilman, David (expert) | 1977-01 | Plaintiffs | 4/25/2019 | no redactions now |
| Egilman, David (expert) | 1977-02 | Plaintiffs | 4/26/2019 | no redactions now |
| Euson, George | 1977-03 | HD Smith | 11/27/2018 | no redactions now |
| Forst, Christopher | 1977-09 | Cardinal Health | 1/22/2019 | no redactions now |
| Frost, Keith | 2173-19 | Rite Aid | 1/15/2019 | fewer redactions |
| Ganley, Joseph | 1977-11 | McKesson | 7/27/2018 | no redactions now |
| Garcia, Elizabeth | 2173-20 | ABDC | 12/14/2018 | fewer redactions |
| George, Tomson | 2173-21 | Walgreens | 1/14/2019 | no redactions now |
| Gerome, Donald | 2173-22 | Plaintiffs | 11/14/2018 | no redactions now |
| Getzey-Hart, Janet | 1977-25 | Rite Aid | 1/30/2019 | fewer redactions |
| Getzey-Hart, Janet 30(b)(6) | 1978-02 | Rite Aid | 1/31/2019 | fewer redactions |
| Gillies, John | 1977-15 | Mallinckrodt | 2/7/2019 | fewer redactions |
| Gillies, John | 2173-23 | Mallinckrodt | 2/8/2019 | no redactions now |
| Gilson, Thomas 30(b)(6) | 2173-24 | Plaintiffs | 1/14/2019 | no redactions now |
| Greimel, Matthew (expert) | 2173-25 | HBC | 5/29/2019 | no redactions now |
| Hall, Emily | 2173-27 | Anda | 1/22/2019 | fewer redactions |
| Harbauer, Candace | 1977-22 | PSI | 2/19/2019 | no redactions now |
| Harbauer, Kirk | 1977-23 | PSI | 2/27/2019 | no redactions now |
| Harper, Karen | not prev. filed | Mallinckrodt | 1/15/2019 | fewer redactions |
| Hartle, Nathan | 1978-04 | McKesson | 8/1/2018 | no redactions now |
| Hartle, Nathan 30(b)(6) | 1978-03 | McKesson | 7/31/2018 | no redactions now |
| Hartman, Mark | 1978-05 | Cardinal Health | 11/15/2018 | fewer redactions |
| Hazewski, Edward | 2173-29 | ABDC | 10/25/2018 | fewer redactions |
| Heiser, Randy | 1978-07 | HBC | 2/19/2019 | no redactions now |
| Helfrich, Shauna | 1978-08 | CVS | 1/10/2019 | no redactions now |
| Hiland, Susan | 1978-11 | Walmart | 1/23/2019 | no redactions now |
| Hiland, Susan 30(b)(6) | 1978-10 | Walmart | 1/22/2019 | no redactions now |
| Hilliard, Gary | 1978-12 | McKesson | 1/10/2019 | no redactions now |
| Hinkle, Pamela | 2173-31 | CVS | 1/24/2019 | no redactions now |
| Hinkle, Sherri | 1978-13 | CVS | 1/25/2019 | no redactions now |
| Hodges, Debbie | 1978-14 | Walmart | 1/11/2019 | fewer redactions |
| Jena, Anupam (expert) | 1978-17 | Rite Aid | 6/6/2019 | fewer redactions |
| Johnson, Miranda | 1978-19 | Walmart | 12/12/2018 | fewer redactions |
| Justus, Shirlene | 2173-33 | Cardinal Health | 7/13/2018 | fewer redactions |
| Kaleta, Edward | 1979-01 | Walgreens | 12/18/2018 | no redactions now |
| Keller, Lacey (expert) | 1979-06 | Plaintiffs | 6/13/2019 | no redactions now |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Kessler, David Vol. II (expert) | 1979-09 | Plaintiffs | 4/26/2019 | no redactions now |
| Kinsey, Sandra (expert) | 1979-11 | HBC | 6/7/2019 | no redactions now |
| Kitlinski, Linda | 1979-13 | Endo | 1/15/2019 | fewer redactions |
| Kreutzer, Kevin | 1979-14 | ABDC | 11/27/2018 | fewer redactions |
| Link, Ronald | 2173-39 | CVS | 12/11/2018 | no redactions now |
| Little, Patsy | 1979-21 | Walmart | 12/14/2018 | fewer redactions |
| Lortie, Brian 30(b)(6) Vol. I | 1981-01 | Endo | 1/22/2019 | fewer redactions |
| Lortie, Brian Vol. II | 1981-02 1981-03 | Endo | 1/23/2019 | no redactions now |
| Macrides, Stephen | 1981-05 | Endo | 3/15/2019 | no redactions now |
| Martin, Barbara | 1981-07 | Walgreens | 1/25/2019 | no redactions now |
| May, David | 1981-08 | ABDC | 8/4/2018 | fewer redactions |
| Mays, Stephen Vol. II | 1981-09 | ABDC | 2/8/2019 | fewer redactions |
| Mays, Stephen Vol. I | 1981-10 | ABDC | 10/24/2018 | fewer redactions |
| McCann, Craig (expert) | 1981-12 | Plaintiffs | 5/9/2019 | no redactions now |
| McClune, Robert | 1981-13 | HBC | 1/25/2019 | fewer redactions |
| Merritello, John | 2173-42 | Walgreens | 1/18/2019 | no redactions now |
| Miller, Michael | 2173-43 | ABDC | 6/4/2019 | fewer redactions |
| Millikan, Gary | 1981-18 | CVS | 1/11/2019 | no redactions now |
| Mills, Steven | 1981-19 | Walgreens | 11/8/2018 | no redactions now |
| Millward, Joseph | 1981-20 | HBC | 12/20/2018 | no redactions now |
| Mitchell, Kevin | 1981-21 | Rite Aid | 1/16/2019 | fewer redactions |
| Moffatt, Thomas | 2173-44 | CVS | 1/15/2019 | no redactions now |
| Mollica, Anthony | 1982-01 | HBC | 1/4/2019 | no redactions now |
| Mortelliti, Henry John | 2173-45 | CVS | 1/23/2019 | no redactions now |
| Munroe, Brian | 1982-08 | Endo | 3/19/2019 | fewer redactions |
| Nicastro, Mark | 2173-47 | CVS | 12/6/2018 | no redactions now |
| Norris, Jennifer | 1982-16 | Cardinal Health | 8/7/2018 | no redactions now |
| Norton, Tracey Vol. I | 1982-17 | Endo | 1/16/2019 | fewer redactions |
| Norton, Tracey Vol. II | 1982-18 | Endo | 1/17/2019 | no redactions now |
| Novack, Sophia | 2173-49 | Rite Aid | 1/9/2019 | fewer redactions |
| Oriente, Michael | 2173-50 | McKesson | 7/19/2018 | no redactions now |
| Palmer, Andrew | 2173-51 | Rite Aid | 1/22/2019 | fewer redactions |
| Paonessa, Al | 2173-52 | Anda | 2/7/2019 | fewer redactions |
| Peacock, Jeffrey | 1983-01 | Henry Schein | 1/30/2019 | no redactions now |
| Perri, Matthew Vol. I (expert) | 1983-04 | Plaintiffs | 4/23/2019 | no redactions now |
| Perri, Matthew Vol. II (expert) | 1983-05 | Plaintiffs | 4/24/2019 | no redactions now |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Peterson, Douglas | 1983-06 | Walgreens | 12/20/2018 | no redactions now |
| Polster, Tasha | 1983-07 | Walgreens | 1/23/2019 | no redactions now |
| Propatier, Amy | 1983-13 | CVS | 11/29/2018 | no redactions now |
| Quintero, Gilberto | 1983-14 | Cardinal Health | 12/6/2018 | no redactions now |
| Rafalski, James Vol. I (expert) | 1983-15 | Plaintiffs | 5/13/2019 | no redactions now |
| Rafalski, James Vol. II (expert) | 1983-16 | Plaintiffs | 5/14/2019 | no redactions now |
| Reed, Roxanne | 1983-23 | Walmart | 1/10/2019 | fewer redactions |
| Ringgold, Larry | 1983-24 | Rite Aid | 1/24/2019 | fewer redactions |
| Rogos, Matthew | 1984-01 | HBC | 2/22/2019 | no redactions now |
| Romaine, Larry | 1984-02 | Endo | 1/10/2019 | fewer redactions |
| Rosenthal, Meredith Vol. I (expert) | 1984-04 | Plaintiffs | 5/4/2019 | no redactions now |
| Rosenthal, Meredith Vol. II (expert) | 1984-05 | Plaintiffs | 5/5/2019 | no redactions now |
| Schiavo, Craig | 2177-02 | CVS | 1/17/2019 | no redactions now |
| Schoen, James | 1984-09 | PSI | 2/27/2019 | no redactions now |
| Schoen, Thomas | 1984-10 | PSI | 9/5/2018 | no redactions now |
| Snider, Blaine | 1984-18 | McKesson | 11/8/2018 | no redactions now |
| Solis, Sabrina | 2177-06 | Anda | 1/10/2019 | fewer redactions |
| Stahmann, Eric | 1984-20 | Walgreens | 10/16/2018 | no redactions now |
| Steffanie-Oak, Tina | 2177-07 | Henry Schein | 3/11/2019 | no redactions now |
| Stevenson, George | 1984-21 | Endo | 2/15/2019 | fewer redactions |
| Stewart, Cathy | 2177-09 | Mallinckrodt | 12/11/2018 | fewer redactions |
| Sullins, Ramona | 1984-25 | Walmart | 1/4/2019 | no redactions now |
| Swords, Rex | 1984-26 | Walgreens | 12/21/2018 | no redactions now |
| Tejeda, Sergio | 2177-11 | Henry Schein | 4/2/2019 | no redactions now |
| Tomkiewicz, Joseph | 1985-01 | Teva / ABDC | 11/28/2018 | fewer redactions |
| Tommasi, Eugene | 1985-02 | HBC | 12/18/2018 | no redactions now |
| Tsipakis, James 30(b)(6) | 1985-04 | HBC | 12/13/2018 | no redactions now |
| Vanelli, Dean | 2177-12 | CVS | 1/16/2019 | no redactions now |
| Vernazza, Mark | 1985-07 | CVS | 11/20/2018 | no redactions now |
| Versosky, William | 2177-13 | Anda | 12/7/2018 | fewer redactions |
| Walker, Donald | 1985-11 | McKesson | 1/10/2019 | no redactions now |
| Walker, Lisa | 1985-12 | Endo | 12/4/2018 | fewer redactions |
| Whitelaw, Seth Vol. I (expert) | 1985-18 | Plaintiffs | 5/16/2019 | fewer redactions |
| Whitelaw, Seth Vol. II (expert) | 1985-19 | Plaintiffs | 5/17/2019 | no redactions now |
| Williams, Patricia | 2177-19 | Anda | 12/13/2018 | fewer redactions |
| Wilson, Ellen | 1985-21 | CVS | 1/24/2019 | no redactions now |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Wood, Marian | 1985-22 | Rite Aid | 1/24/2019 | fewer redactions |
| Zaccaro, Laurie | 2177-21 | Walgreens | 1/16/2019 | fewer redactions |
| Zimmerman, Christopher 30(b)(6) | 1985-28 | ABDC | 8/3/2018 | fewer redactions |
| Zimmerman, Christopher | 1985-27 | ABDC | 2/8/2019 | fewer redactions |

**Table 2: Depositions with no changes** (for reference - not attached hereto)

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Adams, John | 1974-03 | Mallinckrodt | 1/30/2019 | NO CHANGE |
| Albanese, Terry | 2173-01 | Plaintiffs | 1/4/2019 | NO CHANGE |
| Alexander, G. Caleb (expert) | 1974-04 | Plaintiffs | 4/26/2019 | NO CHANGE |
| Allen, Terrence | 1974-05 | Plaintiffs | 12/17/2018 | NO CHANGE |
| Altier, Jennifer | 1974-06 | Allergan | 8/2/2018 | NO CHANGE |
| Applegate, Mary | 2173-02 | Ohio Medicaid | 3/28/2019 | NO CHANGE |
| Ashley, Demetra | 1974-07 | DEA | 3/15/2019 | NO CHANGE |
| Baeder, Christine | 1974-08 | Teva | 1/24/2019 | NO CHANGE |
| Baeppler, Matthew | 1974-09 | Plaintiffs | 1/17/2019 | NO CHANGE |
| Baker, Hylton | 1974-10 | Plaintiffs | 12/19/2018 | NO CHANGE |
| Ball, Kenneth II | 1974-12 | Plaintiffs | 11/7/2018 | NO CHANGE |
| Baran, Nancy | 1974-13 | Teva | 12/11/2018 | NO CHANGE |
| Barker, Shane | 1974-14 | Plaintiffs | 11/28/2018 | NO CHANGE |
| Barnes, Julie | 1974-15 | Plaintiffs | 12/3/2018 | NO CHANGE |
| Bearer, Deborah | 1974-17 | Teva | 1/8/2019 | NO CHANGE |
| Becker, Steven | 1974-18 | Mallinckrodt | 12/19/2018 | NO CHANGE |
| Beckhardt, Stacey | 1974-19 | Teva | 2/1/2019 | NO CHANGE |
| Bingol, Demir | 2173-08 | Endo | 1/17/2019 | NO CHANGE |
| Block, Tonya | 1975-03 | Plaintiffs | 11/14/2018 | NO CHANGE |
| Boothe, Douglas | 1975-06 | Teva | 1/17/2019 | NO CHANGE |
| Borelli, Victor | 1975-07 | Mallinckrodt | 11/29/2018 | NO CHANGE |
| Boyer, Andrew | 1975-08 | Teva | 1/15/2019 | NO CHANGE |
| Briscoe, Jason | 1975-11 | DDM | 12/6/2018 | NO CHANGE |
| Burns, Kanitha | 2173-11 | Janssen | 11/29/2018 | NO CHANGE |
| Buzzeo, Ronald (expert) | 2173-12 | Mallinckrodt | 6/28/2019 | NO CHANGE |
| Caraffi, Vincent | 1975-16 | Plaintiffs | 1/23/2019 | NO CHANGE |
| Cardetti, Lisa | 1975-17 | Mallinckrodt | 1/10/2019 | NO CHANGE |
| Cartright, Carla | 2173-14 | Janssen | 1/17/2019 | NO CHANGE |
| Clarke, Michael | 1975-25 | Teva | 12/7/2018 | NO CHANGE |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Collier, Ginger | 1976-04 | Mallinckrodt | 1/8/2019 | NO CHANGE |
| Connelly, Michael | 1976-05 | Plaintiffs | 11/7/2018 | NO CHANGE |
| Cox, Erin | 1976-06 | Mallinckrodt | 1/17/2019 | NO CHANGE |
| Craig, Gerald | 1976-07 | Plaintiffs | 1/11/2018 | NO CHANGE |
| Crowley, Jack | 1976-08 | Purdue | 1/10/2019 | NO CHANGE |
| Cutler, David Vol. I (expert) | 1976-09 | Plaintiffs | 4/26/2019 | NO CHANGE |
| Cutler, David Vol. II (expert) | 1976-10 | Plaintiffs | 4/27/2019 | NO CHANGE |
| Day, Matthew | 1976-11 | Teva | 1/4/2019 | NO CHANGE |
| Dempsey, Michele | 1976-12 | Janssen | 1/22/2019 | NO CHANGE |
| Dempsey, Michele | 1976-13 | Janssen | 3/8/2019 | NO CHANGE |
| Denihan, William | 1976-14 | Plaintiffs | 1/30/2019 | NO CHANGE |
| Dorsey, Michael | 1976-17 | Teva | 1/8/2019 | NO CHANGE |
| Fanelli, Richard | 1977-05 | Purdue | 12/7/2018 | NO CHANGE |
| Fanelli, Richard 30(b)(6) | 1977-04 | Purdue | 12/6/2018 | NO CHANGE |
| Fishman, Scott (Okla.) Vol. I | 1977-06 | KOL | 2/26/2019 | NO CHANGE |
| Fishman, Scott (Okla.) Vol. II | 1977-07 | KOL | 2/27/2019 | NO CHANGE |
| Forkas, Deborah | 1977-08 | Plaintiffs | 1/23/2019 | NO CHANGE |
| Fri, Perry | 1977-10 | HDMA | 5/7/2019 | NO CHANGE |
| Garner, Chad | 1977-12 | Ohio Board of Pharmacy | 11/14/2018 | NO CHANGE |
| Geraci, Mark | 1977-13 | Purdue | 4/4/2019 | NO CHANGE |
| Gessner, Brad | 1977-14 | Plaintiffs | 12/3/2018 | NO CHANGE |
| Gilson, Thomas | 1977-16 | Plaintiffs | 1/22/2019 | NO CHANGE |
| Gordon, Merle | 1977-17 | Plaintiffs | 7/19/2018 | NO CHANGE |
| Grabowski, Henry (expert) | 1977-18 | Endo | 6/6/2019 | NO CHANGE |
| Griffin, Eric | 1977-19 | Ohio Board of Pharmacy | 1/23/2019 | NO CHANGE |
| Gruber, Jonathan | 1977-20 | Plaintiffs | 4/25/2019 | NO CHANGE |
| Guenther, Gary | 2173-26 | Plaintiffs | 10/16/2018 | NO CHANGE |
| Gutierrez, James | 1977-21 | Plaintiffs | 1/31/2019 | NO CHANGE |
| Hall, Gregory | 2173-28 | Plaintiffs | 12/19/2018 | NO CHANGE |
| Hassler, John | 1978-06 | Teva | 11/16/2018 | NO CHANGE |
| Herman, Doron 30(b)(6) | 1978-09 | Teva | 6/20/2019 | NO CHANGE |
| Hevern, Edward (expert) | 2173-30 | Purdue | 6/13/2019 | NO CHANGE |
| Hughes, James | 2173-32 | McKesson | 6/20/2019 | NO CHANGE |
| Jackson, Catherine | 1978-16 | Mallinckrodt | 1/7/2019 | NO CHANGE |
| Johnson, Greta 30(b)(6) | 1978-18 | Plaintiffs | 1/15/2019 | NO CHANGE |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Kaisen, Valerie | 2173-34 | Teva | 1/18/2019 | NO CHANGE |
| Kaspar, Claire | 1979-02 | Plaintiffs | 1/15/2019 | NO CHANGE |
| Kaufhold, Stephan | 1979-03 | Teva | 10/26/2018 | NO CHANGE |
| Kearns, Darin | 2173-35 | Plaintiffs | 12/5/2018 | NO CHANGE |
| Kelly, Patrick | 1979-07 | HDMA | 5/10/2019 | NO CHANGE |
| Kennan, Margaret | 1979-04 | Plaintiffs | 1/18/2018 | NO CHANGE |
| Kennan, Margaret | 1979-05 | Plaintiffs | 12/12/2018 | NO CHANGE |
| Kessler, Daniel (expert) | 2173-36 | Walmart | 5/29/2019 | NO CHANGE |
| Kessler, David (expert) | 1979-08 | Plaintiffs | 4/25/2019 | NO CHANGE |
| Keyes, Katherine (expert) | 1979-10 | Plaintiffs | 4/29/2019 | NO CHANGE |
| Kippes, Christopher | 1979-12 | Plaintiffs | 1/18/2019 | NO CHANGE |
| Kyle, Margaret (expert) | 1979-15 | Allergan | 6/5/2019 | NO CHANGE |
| Leckler, Molly | 1979-16 | Plaintiffs | 11/19/2018 | NO CHANGE |
| Lembke, Anna (expert) | 1979-17 | Plaintiffs | 4/24/2019 | NO CHANGE |
| Leppla, Allisyn | 1979-19 | Plaintiffs | 1/15/2019 | NO CHANGE |
| Liebman, Jeffrey (expert) | 1979-20 | Plaintiffs | 5/3/2019 | NO CHANGE |
| Lin, David | 2173-38 | Janssen | 12/20/2018 | NO CHANGE |
| Macey, Jonathan (expert) | 1981-04 | Allergan | 5/29/2019 | NO CHANGE |
| Mapes, Michael | 2173-40 | DEA | 7/11/2019 | NO CHANGE |
| Marchione, Carol | 2173-41 | Teva | 1/18/2019 | NO CHANGE |
| McAleer, Trevor | 1981-11 | Plaintiffs | 1/10/2019 | NO CHANGE |
| McCormick, Jinping | 1981-14 | Teva | 1/9/2019 | NO CHANGE |
| McGinn, Colleen | 1981-15 | Teva | 12/14/2018 | NO CHANGE |
| McGuire, Thomas (expert) | 1981-16 | Plaintiffs | 4/23/2019 | NO CHANGE |
| McGuire, Thomas (expert) | 1981-17 | Plaintiffs | 4/30/2019 | NO CHANGE |
| Moran, Scott Vol. I | 1982-03 | Plaintiffs | 12/20/2018 | NO CHANGE |
| Moran, Scott Vol. II | 1982-02 | Plaintiffs | 3/27/2019 | NO CHANGE |
| Morelli, Arthur | 1982-04 | Mallinckrodt | 1/17/2019 | NO CHANGE |
| Morse, Donald | 1982-05 | Cardinal Health | 12/13/2018 | NO CHANGE |
| Moskovitz, Bruce | 1982-06 | Janssen | 1/9/2019 | NO CHANGE |
| Moskovitz, Bruce | 1982-07 | Janssen | 11/14/2018 | NO CHANGE |
| Murphy, Kevin | 2173-46 | McKesson | 6/6/2019 | NO CHANGE |
| Must, Alan | 1982-09 | Purdue | 3/14/2019 | NO CHANGE |
| Myers, David | 2125-01 | Teva | 12/13/2018 | NO CHANGE |
| Nameth, Tom | 1982-11 | DDM | 1/7/2019 | NO CHANGE |
| Napoli, Thomas | 1982-12 | Teva | 1/17/2019 | NO CHANGE |
| Neely, Kate | 1982-13 | Mallinckrodt | 1/8/2019 | NO CHANGE |
| Nelson, Brian | 1982-14 | Plaintiffs | 1/24/2019 | NO CHANGE |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| New, Bonnie | 1982-15 | Mallinckrodt | 2/12/2019 | NO CHANGE |
| Norton, Rita | 2173-48 | ABDC | 1/9/2019 | NO CHANGE |
| Paolino, Matthew | 1982-19 | Plaintiffs | 12/5/2018 | NO CHANGE |
| Papp, Joan | 1982-20 | Plaintiffs | 2/5/2019 | NO CHANGE |
| Patton, Kimberly | 1982-21 | Plaintiffs | 1/22/2019 | NO CHANGE |
| Perch, Steve | 1983-02 | Plaintiffs | 10/18/2018 | NO CHANGE |
| Perfetto, Michael | 1983-03 | Allergan | 12/18/2018 | NO CHANGE |
| Portenoy, Russell (Okla.) | 1983-08 | KOL | 1/24/2019 | NO CHANGE |
| Prevoznik, Thomas Vol. I | 1983-09 | DEA | 4/17/2019 | NO CHANGE |
| Prevoznik, Thomas Vol. II | 1983-10 | DEA | 4/18/2019 | NO CHANGE |
| Prevoznik, Thomas Vol. III | 1983-11 | DEA | 5/17/2019 | NO CHANGE |
| Rannassizi, Joseph Vol. II | 1983-18 | DEA | 5/15/2019 | NO CHANGE |
| Rannassizi, Joseph Vol. I | 1983-17 | DEA | 4/26/2019 | NO CHANGE |
| Ratliff, William | 1983-19 | Mallinckrodt | 12/19/2018 | NO CHANGE |
| Ratycz, Peter | 1983-20 | DDM | 12/21/2018 | NO CHANGE |
| Rausch, James | 1983-21 | Mallinckrodt | 11/16/2018 | NO CHANGE |
| Reardon, Steve | 1983-22 | Cardinal Health | 11/30/2018 | NO CHANGE |
| Ritchie, Bruce | 1983-25 | Janssen | 1/25/2019 | NO CHANGE |
| Rosen, Burt | 1984-03 | Purdue | 1/16/2019 | NO CHANGE |
| Rosenblatt, Melanie (expert) | 2173-53 | Teva | 5/31/2019 | NO CHANGE |
| Rowley-Kilper, Tiffany | 1997-01 | Mallinckrodt | 2/9/2019 | NO CHANGE |
| Sackler, Kathe | 1984-06 | Purdue | 4/1/2019 | NO CHANGE |
| Sackler, Richard | 2173-54 | Purdue | 3/7/2019 | NO CHANGE |
| Sackler, Richard | 2177-01 | Purdue | 3/8/2019 | NO CHANGE |
| Saffold, George | 1984-07 | Mallinckrodt | 2/8/2019 | NO CHANGE |
| Saper, Joel | 1984-08 | Third Party | 1/11/2019 | NO CHANGE |
| Schumacher, Mark (expert) | 1984-11 | Plaintiffs | 4/23/2019 | NO CHANGE |
| Seid, Stephen Vol. I | 1984-12 | Purdue | 12/12/2018 | NO CHANGE |
| Seid, Stephen Vol. II | 1984-13 | Purdue | 12/13/2018 | NO CHANGE |
| Shannon, Hugh 30(b)(6) | 1984-14 | Plaintiffs | 1/15/2019 | NO CHANGE |
| Shannon, Hugh | 2177-03 | Plaintiffs | 1/24/2019 | NO CHANGE |
| Siegle, Derk | 1984-15 | DEA-Ohio HIDTA | 1/23/2019 | NO CHANGE |
| Sippial, Laura | 2177-04 | Teva | 1/22/2019 | NO CHANGE |
| Skoda, Donna | 1984-16 | Plaintiffs | 8/14/2018 | NO CHANGE |
| Smith, Douglas | 1984-17 | Plaintiffs | 11/16/2018 | NO CHANGE |
| Snyder, Julie | 2177-05 | Allergan | 11/2/2018 | NO CHANGE |

| Deponent Name (Last, First) | Prior ECF No. | Affiliated Party | Date of Depo | Redaction Status |
|---|---|---|---|---|
| Spaulding, Eileen | 1984-19 | Mallinckrodt | 2/5/2019 | NO CHANGE |
| Sterbenz, George | 2177-08 | Plaintiffs | 10/17/2018 | NO CHANGE |
| Strait, Matthew | 1984-22 | DEA | 5/31/2019 | NO CHANGE |
| Strang, Jill | 1984-23 | DDM | 1/3/2019 | NO CHANGE |
| Strumi, Jeffrey | 1984-24 | Plaintiffs | 11/15/2018 | NO CHANGE |
| Tatum, Elizabeth | 2177-10 | AAPM | 12/11/2018 | NO CHANGE |
| Tomsky, Scott | 1985-03 | Teva | 3/15/2019 | NO CHANGE |
| Tucker, Clarence | 1985-05 | Plaintiffs | 1/10/2019 | NO CHANGE |
| Twigg, IV, Charles | 1985-06 | Plaintiffs | 1/8/2019 | NO CHANGE |
| Vince, April | 2177-14 | Plaintiffs | 12/13/2018 | NO CHANGE |
| Vorderstrasse, Kevin | 1985-08 | Mallinckrodt | 12/5/2018 | NO CHANGE |
| Vorsanger, Gary Vol. I | 1985-09 | Janssen | 12/5/2018 | NO CHANGE |
| Vorsanger, Gary Vol. II | 2177-15 | Janssen | 12/6/2018 | NO CHANGE |
| Vorsanger, Gary (Okla.) | 1985-10 | Janssen | 1/17/2019 | NO CHANGE |
| Walter, Cheri | 1985-13 | Plaintiffs | 2/19/2019 | NO CHANGE |
| Webb, Kevin | 2177-16 | Mallinckrodt | 1/17/2019 | NO CHANGE |
| Webb, Kevin 30(b)(6) | 2177-17 | Mallinckrodt | 1/17/2019 | NO CHANGE |
| Weber, Celia | 1985-14 | ABDC | 1/25/2019 | NO CHANGE |
| Webster, Lynn | 1985-15 | OK AG | 2/18/2019 | NO CHANGE |
| Wessler, Michael | 1985-16 | Mallinckrodt | 1/9/2019 | NO CHANGE |
| Wexelblatt, Scott (expert) | 1985-17 | Plaintiffs | 4/24/2019 | NO CHANGE |
| Wharton, Donald | 2177-18 | Ohio Medicaid | 11/14/2018 | NO CHANGE |
| Williams, Calvin Vol. II | 1985-20 | Plaintiffs | 3/29/2019 | NO CHANGE |
| Wood, Mary | 1985-23 | Allergan | 1/10/2019 | NO CHANGE |
| Wright, Curtis | 2177-20 | Purdue | 12/19/2018 | NO CHANGE |
| Wright, Kyle Vol. I | 1985-24 | DEA | 2/28/2019 | NO CHANGE |
| Wright, Kyle Vol. II | 1985-25 | DEA | 3/4/2019 | NO CHANGE |
| Young, Nancy (expert) | 1985-26 | Plaintiffs | 5/14/2019 | NO CHANGE |

Dated:        December 19, 2019

Respectfully submitted,

/s/     *Anthony D. Irpino*
Anthony D. Irpino (LA Bar# 24727)
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)

airpino@irpinolaw.com
probertson@irpinolaw.com
*Plaintiffs' Counsel*

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com
*Plaintiffs' Co-Lead Counsel*

Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (Fax)
phanly@simmonsfirm.com
*Plaintiffs' Co-Lead Counsel*

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com
*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com
*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 19th day of December, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                /s/ *Anthony D. Irpino*
                Anthony D. Irpino