Highly Confidential - Subject to Further Confidentiality Review

1         IN THE UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF OHIO

2              EASTERN DIVISION

3

    ------------------------   )

4   IN RE: NATIONAL        ) MDL No. 2804

    PRESCRIPTION OPIATE     )

5   LITIGATION           ) Case No.

    ------------------------   ) 1:17-MD-2804

6                      )

    THIS DOCUMENT RELATES TO   ) Hon. Dan A. Polster

7   ALL CASES            )

    ------------------------   )

8

9             HIGHLY CONFIDENTIAL

10     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

11

12        VIDEOTAPED DEPOSITION OF

13         CHRISTOPHER DOMZALSKI

14          January 17, 2019

15

16          Chicago, Illinois

17

18

19

20

21

22        GOLKOW LITIGATION SERVICES

      877.370.3377 ph | 917.591.5672 fax

23         deps@golkow.com

24

Highly Confidential - Subject to Further Confidentiality Review

## Page 2

```
 1
 2
 3
 4            The videotaped deposition of
 5   CHRISTOPHER DOMZALSKI, called by the Plaintiffs for
 6   examination, taken pursuant to the Federal Rules of
 7   Civil Procedure of the United States District
 8   Courts pertaining to the taking of depositions,
 9   taken before CORINNE T. MARUT, C.S.R. No. 84-1968,
10   Registered Professional Reporter and a Certified
11   Shorthand Reporter of the State of Illinois, at the
12   offices of Bartlit Beck LLP, Suite 600, 54 West
13   Hubbard Street, Chicago, Illinois, on
14   January 17, 2019, commencing at 9:08 a.m.
15
16
17
18
19
20
21
22
23
24
```

## Page 3

```
 1   APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
 3      LEVIN PAPANTONIO THOMAS MITCHELL
        RAFFERTY & PROCTOR P.A.
 4      316 South Baylen Street, Suite 600
        Pensacola, Florida 32502
 5      205-396-3982
      BY:  PETER J. MOUGEY, ESQ.
 6        pmougey@levinlaw.com
            -and-
 7        LAURA DUNNING, ESQ.
          ldunning@levinlaw.com
 8          (via livestream)
 9
10    ON BEHALF OF WALGREENS BOOTS ALLIANCE, INC.
      aka WALGREEN CO. and THE DEPONENT:
11
        BARTLIT BECK LLP
12      1801 Wewatta Street, Suite 1200
        Denver, Colorado 80202
13      303-592-3177
      BY:  LESTER C. HOUTZ, ESQ.
14        Lester.Houtz@bartlitbeck.com
15
16    ON BEHALF OF ENDO HEALTH SOLUTIONS INC. and
      ENDO PHARMACEUTICALS, INC.,
17    PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL
      COMPANIES, INC. (f/k/a Par Pharmaceutical
18    Holdings, Inc.):
19      ARNOLD & PORTER KAYE SCHOLER LLP
        700 Louisiana Street, Suite 400
20      Houston, Texas 77002-2755
        713-576-2400
21      BY:  HANNAH D. SIBISKI, ESQ.
          hannah.sibiski@arnoldporter.com
22          (via telephone/livestream)
23
24
```

## Page 4

```
 1   APPEARANCES (Continued):
 2    ON BEHALF OF McKESSON CORPORATION:
 3      TABET DIVITO & ROTHSTEIN LLC
        209 South LaSalle Street, 7th Floor
        Chicago, Illinois 60604
        312-762-9461
 5      BY:  KYLE A. COOPER, ESQ.
          kcooper@tdrlawfirm.com
 6
 7
 8    ON BEHALF OF CARDINAL HEALTH, INC.:
 9      ARMSTRONG TEASDALE LLP
        7700 Forsyth Boulevard, Suite 1800
10      St. Louis, Missouri 63105
        314-621-5070
11      BY:  JULIE FIX MEYER, ESQ.
          jfixmeyer@ArmstrongTeasdale.com
12
13
        ON BEHALF OF AMERISOURCE BERGEN CORPORATION:
14
        JASZCZUK, P.C.
15      311 South Wacker Drive, Suite 3200
        Chicago, Illinois 60606
16      312-442-0509
      BY:  MARGARET M. SCHUCHARDT, ESQ.
17        mschuchardt@jaszczuk.com
18
19    ON BEHALF OF WALMART:
20      JONES DAY
        77 West Wacker Drive
21      Chicago, Illinois 60601-1692
        312-782-3939
22      BY:  CHRISTINE D. PROROK, ESQ.
          cprorok@jonesday.com
23
24
```

## Page 5

```
 1   ALSO PRESENT:
 2      ALEXANDRA M. GARLOCK, Paralegal
        agarlock@levinlaw.com
 3      KAROLYNN SCHNEEGAS, Paralegal
        kschneegas@levinlaw.com
 4      Levin Papantonio Thomas Mitchell
        Rafferty & Proctor P.A.
 5
 6
        RODERRICK CONCEPCION, Trial Technician
 7
 8
 9
        VIDEOTAPED BY:  BEN STANSON
10
11
        REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968
12
13
14
15
16
17
18
19
20
21
22
23
24
```

| | |
|---|---|
| **Page 6** | **Page 8** |

**Page 6**

1         I N D E X
2 CHRISTOPHER DOMZALSKI       EXAMINATION
3    BY MR. MOUGEY................. 9
4
5
6        E X H I B I T S
7 WALGREENS-DOMZALSKI EXHIBIT     MARKED FOR ID
8 No. 1   LinkedIn Profile, Chris      16
       Domzalski; P-WAG-02504
9
    No. 2   11/13/14 e-mail with      29
10       attachments;
       WAGMDL00734289 - 00734380
11
    No. 3   11/19/10 Internal Audit Report;    105
12       WAGFLDEA00001767 - 00001775
13 No. 4   11/13/14 e-mail string with     116
       attachment;
14       WAGMDL00734929 - 00735453
15 No. 5   U.S. Code Annotated Title 21,    137
       Sections 801, 812, 821, 823
16
    No. 6   U.S. Code Annotated Title 21     141
17       C.F.R. Section 1301.74
18 No. 7   9/27/06 letter from U.S. DOJ     150
       DEA; MCKMDL00478906 - 00478909
19
    No. 8   2/7/07 letter from U.S. DOJ     160
20       DEA; ABDCMDL00269687 - 0026960
21 No. 9   12/27/07 letter from U.S. DOJ    163
       DEA; MCKMDL00478910 - 00478911
22
23
24

**Page 7**

1        E X H I B I T S
2 WALGREENS-DOMZALSKI EXHIBIT     MARKED FOR ID
3 No. 10   PowerPoint, "Walgreen Co.     171
       Controlled Substance
4       Anti-Diversion and Compliance
       Program";
5       WAGMDL0000659801 - 00659856
6 No. 11   7/11/12 Board of Directors     181
       meeting minutes;
7       WAG000001 - 000043
8 No. 12   Binder of documents beginning    196
       with Settlement and Memorandum
9       of Agreement; P-WAG-0001
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**Page 8**

1      THE VIDEOGRAPHER: We are now on the record.
2 My name is Ben Stanson. I'm a videographer for
3 Golkow Litigation Services.
4      Today's date is January 17, 2019, and
5 the time is 9:08 a.m.
6      This video deposition is being held in
7 Chicago, Illinois, in the matter of the National
8 Prescription Opiate Litigation, MDL No. 2804,
9 pending in the U.S. District Court, Northern
10 District of Ohio, Eastern Division.
11      The deponent is Christopher Domzalski.
12      Will counsel please identify yourselves
13 for the record.
14      MR. MOUGEY: Peter Mougey, Levin Papantonio,
15 for the Plaintiffs.
16      MS. GARLOCK: Alexandra Garlock for the
17 Plaintiffs.
18      MS. SCHNEEGAS: Karolynn Schneegas for the
19 Plaintiffs.
20      MS. PROROK: Christine Prorok from Jones Day
21 on behalf of Walmart.
22      MS. FIX MEYER: Julie Fix Meyer, Armstrong
23 Teasdale, on behalf of Cardinal Health.
24      MS. SCHUCHARDT: Margaret Schuchardt, Jaszczuk

**Page 9**

1 PC, on behalf of AmerisourceBergen Drug Company.
2      MR. COOPER: Kyle Cooper, Tabet DiVito &
3 Rothstein, on behalf of McKesson Corporation.
4      MR. HOUTZ: Les Houtz from Bartlit Beck on
5 behalf of Walgreens.
6      THE VIDEOGRAPHER: Will counsel on the phone
7 please identify yourselves.
8      MS. SIBISKI: Hannah Sibiski of Arnold &
9 Porter on behalf of Endo Health Solutions, Inc.,
10 Endo Pharmaceuticals, Inc., Par Pharmaceutical,
11 Inc., Par Pharmaceutical Company, Inc.
12      THE VIDEOGRAPHER: Thank you. Our Court
13 Reporter today is Corinne Marut. Will you please
14 swear in the witness.
15      (WHEREUPON, the witness was duly
16      sworn.)
17      CHRISTOPHER DOMZALSKI,
18 called as a witness herein, having been first duly
19 sworn, was examined and testified as follows:
20      EXAMINATION
21 BY MR. MOUGEY:
22    Q. Good morning, Mr. Domzalski. Peter
23 Mougey. I represent the Plaintiffs in this case.
24      My understanding is before we get

Page 10

1 started you had -- you wanted to make a statement
2 regarding some health issues.
3    A.   Yes, that's true.
4    Q.   Okay.  Do you want to go ahead and do
5 that?
6    A.   Sure.
7    MR. HOUTZ:  And before you begin, I've noticed
8 already your voice is a little soft.  So, try to
9 speak up --
10    THE WITNESS:  Okay.
11    MR. HOUTZ:  -- throughout the deposition.
12    THE WITNESS:  Yes, I have recently been
13 diagnosed with mild cognitive impairment of the
14 amnesty type.  During May, June time frame I
15 started having some memory lapse issues that caused
16 both myself and my wife to be concerned.
17       So, I went through first my primary care
18 physician to see if there were any underlying
19 causes from medications.  We went through that
20 process.  Ultimately he recommended or referred me
21 to a neurologist.
22       Before meeting with the neurologist I
23 had a series of neurological, psychological testing
24 done as well as an MRI.  The psychological testing

Page 11

1 identified the mild cognitive impairment issue.
2       That was followed by my meetings with
3 the neurologist who reviewed that set of data that
4 was prepared by the neuropsychologist within her
5 own practice and did her own evaluation and also
6 diagnosed a mild cognitive impairment.
7       I asked the neuropsychologist regarding
8 the deposition as to her opinion as to what the
9 implications of the deposition might be on me.  She
10 indicated just a couple of things.
11       One is that it might be difficult for me
12 to recall memories out of my memory bank and, in
13 addition, she just couldn't indicate what the
14 impact of the deposition questioning would have on
15 me from a psychological perspective.
16       But in terms of the diagnosis, that's
17 where we stand.  We're awaiting some further test
18 results from a spinal tap that was performed
19 mid-December.
20 BY MR. MOUGEY:
21    Q.   First, sir, I'm sorry to hear that.
22       Secondly, are you represented today by
23 Bartlit and Beck?
24    A.   Yes, I am.

Page 12

1    Q.   Because you are no longer a Walgreens
2 employee, correct?
3    A.   That is correct.
4    Q.   Would you tell me what time frame you
5 relayed this information you just, the statement
6 you just made to your counsel?
7    A.   During the prep sessions.
8    Q.   And when were those prep sessions?
9    A.   I can't remember if the discussion was
10 last week or early this week.  We had three prep
11 sessions.
12    Q.   My days are running together.  Today is
13 Thursday.
14    A.   Today is Thursday.
15    Q.   So, either early this week or last
16 week --
17    A.   Yes.
18    Q.   -- is when you relayed the statement you
19 just made on the record to your counsel?
20    A.   Correct.
21    Q.   You're currently still employed,
22 correct?
23    A.   Correct.
24    Q.   And the diagnosis, have you relayed the

Page 13

1 diagnosis to your current employer?
2    A.   I'm awaiting the results from the spinal
3 tap before making that discussion, having that
4 discussion.
5    Q.   So, no, you have not -- it hasn't
6 impacted your job to the extent that you have felt
7 compelled to relay the preliminary diagnosis to
8 your employer, correct?
9    A.   That is correct.
10    Q.   Have you ever given testimony in any
11 deposition, sworn statement prior to today?
12    A.   No, I have not.
13    Q.   A couple maybe housekeeping issues.
14 There is a few screens around the room.  One of
15 them is the monitor behind you.  And the -- or not
16 behind you.  To the side of you.  And the screens
17 in front of you.
18       And we -- I will hand you a paper copy
19 and you will have a paper copy and the document
20 will be on the monitor.  You can obviously refer to
21 whichever one you'd prefer.  And sometimes it's
22 easier if you're trying to find where I am in the
23 doc, it will be -- we will highlight the section on
24 the document that I'm referring to.  Okay?

Page 14

1    A.   Okay.

2    Q.   And also I guarantee during the course
3 of today that I -- you'll take a breath and I will
4 speak over you or you're not finished with your
5 answer and I'll talk over you.  Okay.

6         I don't mean to be rude or -- what I
7 need you to do is tell me, "I'm not finished with
8 my answer," and I'll stop and you can continue.
9 Okay?

10   A.   Okay.

11   Q.   So I guarantee that will happen.  So, if
12 you take a breath, I think you're finished and I'll
13 keep moving.  All right?

14        Let me go back to your -- the statement
15 that your counsel just passed along to me in the
16 hallway.

17        Are you on any medications at this point
18 as a result of this diagnosis?

19   A.   I am not.

20   Q.   Now, I thought you mentioned during your
21 statement that you and your wife wondered if the
22 what you were perceiving to be a memory issue was a
23 result of some of the medications you were on?

24   A.   That's correct.

Page 15

1    Q.   Do you have any problem telling me today
2 what other medications you may be -- that you are
3 on.

4    A.   Sure.  The question about what
5 medication could have been causing the memory lapse
6 related to a nasal spray that I was taking for the
7 first time around that same period of time.  I
8 believe it was called Azelestine and the doctor
9 thought that might be.  There were slight
10 potentials that that might cause the memory issues.

11        So, we removed -- and that product was
12 being used due to just kind of ongoing sinus
13 issues.  And so we removed that product from -- I
14 was not using that product anymore but some of
15 those memory issues continued.  So, that's when we
16 kind of ruled out the fact that Azelestine was --

17   Q.   Okay.  And that's the --

18   A.   -- the likely cause.

19   Q.   That's the only prescription medication
20 you were on that you thought may have --

21   A.   That she thought might have -- or he
22 thought might have an impact on the memory issues,
23 correct.

24   Q.   All right.  Let me hand you what I am

Page 16

1 going to mark as Domzalski 1, which I believe is
2 your LinkedIn CV.

3         MS. SIBISKI:  Does this document have a Bates
4 number?  This is Hannah Sibiski.

5         MR. MOUGEY:  It does not.

6              (WHEREUPON, a certain document was
7              marked Walgreens-Domzalski Exhibit
8              No. 1:  LinkedIn Profile, Chris
9              Domzalski; P-WAG-02504.)

10 BY MR. MOUGEY:

11   Q.   All right.  Would you just take a minute
12 and look through this, Mr. Domzalski, and let me
13 know if this is an accurate copy of your work and
14 academic experience as listed on LinkedIn.

15   A.   Yes, it is.

16   Q.   And you were with Walgreens from 2009 to
17 2015, correct, sir?

18   A.   That's correct.

19   Q.   For a period of about approximately
20 seven years, correct?

21   A.   I think about -- yeah, I think I started
22 late in 2009, and so in the October, November time
23 frame, and I believe February of 2015.  So, six
24 years maybe.

Page 17

1    Q.   And I'm sorry.  Which -- February of
2 '15?

3    A.   Yes.

4    Q.   All right.  Let's just -- you have a --
5 just a few sentences under your job description as
6 a chief audit executive at Walgreens.

7         "Reporting functionally to the Audit
8 Committee of the Board of Directors, responsible
9 for providing independent, objective assurance and
10 consulting services to the company's divisions
11 designed to add value and improve their operations.
12 Assist the company to accomplish its objectives by
13 bringing a systematic, disciplined approach to
14 evaluate and improve the effectiveness of risk
15 management, internal control, governance and
16 operational processes."

17        Did I read that right, sir?

18   A.   Yes.

19   Q.   Let's take a couple of pieces of that,
20 and I'd like you to explain a little bit of this to
21 me.

22        The first portion of that paragraph,
23 "Reporting functionally to the Audit Committee."
24 Explain the Audit Committee and what the function

Highly Confidential - Subject to Further Confidentiality Review

Page 18

1  of the Audit Committee was.
2      A.   So, the Audit Committee is a committee
3  of the Board of Directors of the company.  They
4  have overall responsibility for oversight of the
5  external auditors who in this case was Deloitte.
6  They also have oversight responsibilities for the
7  internal audit function, and they have oversight
8  responsibilities for the financial reporting of the
9  company.
10     Q.   And as a result of you reporting to the
11 Audit Committee of the Board of Directors, it was
12 not uncommon for you to make an appearance in front
13 of the Board of Directors relaying some findings or
14 part of your audit, correct, sir?
15     MR. HOUTZ:  Object to form.
16 BY MR. MOUGEY:
17     Q.   You can answer.
18     A.   Yes, I did meet with the Board of
19 Directors on an ongoing basis.  Sorry.  Not the
20 Board of Directors.  I met with the Audit Committee
21 of the Board of Directors, which is a subsection of
22 the Board of Directors.
23     Q.   And you also appeared in front of the
24 Board of Directors itself, correct?

Page 19

1      A.   I can't recall if I've ever met with the
2  full board, but clearly met with Audit Committee.
3      Q.   And the Audit Committee of the full
4  board -- and when you say "the full board" of a
5  company, which company are you referring to?
6      A.   Walgreens Corporation.
7      Q.   And when you say you met with the Audit
8  Committee of the Board of Directors, the Audit
9  Committee met on a quarterly basis, correct, sir?
10     A.   I'm not -- I can't recall.  We probably
11 had four meetings in person a year, but there were
12 perhaps more meetings for earnings releases and
13 things like that.
14     Q.   When you use the word "functionally" in
15 the first piece of that sentence, what do you mean
16 by the word "functionally"?
17     A.   So, in my role, in any audit role there
18 are generally two reporting relationships.  One
19 would be a functional reporting relationship to the
20 Audit Committee of the board and a second would be
21 the administrative reporting responsibility to
22 someone within the company.
23          And for Walgreens, when I started with
24 the organization, I reported administratively to

Page 20

1  the Chief Financial Officer; and then I think
2  somewhere within my tenure, there was a
3  reorganization and I reported into a direct report
4  of the Chief Financial Officer of Walgreens.
5      Q.   Did your job description change when you
6  reported directly to the CFO?
7      A.   When I -- when the change happened from
8  the CFO to the -- are you asking -- I originally
9  reported to the CFO.
10     Q.   Right.
11     A.   And then --
12     Q.   Oh, into a direct report of the CFO.  I
13 see what you're saying.
14     A.   Correct.
15     Q.   I apologize.  I missed that.
16          Sir, this wasn't -- your experience with
17 Walgrens was not your first role in an audit
18 function, correct, sir?
19     A.   That is correct.
20     Q.   You had a series of positions prior to
21 Walgreens where you filled an audit function,
22 correct?
23     A.   Correct.
24     Q.   Your academic background is an

Page 21

1  accountant, correct, or accounting degree?
2      A.   Accounting degree, correct.
3      Q.   And you finished your accounting degree
4  here in Illinois in 1990 I believe, correct, sir?
5      A.   No.
6      Q.   19?
7      A.   '84.
8      Q.   1980.  I'm sorry.  1980.
9      A.    '84.
10     Q.   '80 to '84 you were at University of
11 Illinois, correct, sir?
12     A.   Correct.
13     Q.   All right.  Now, let's go back to the
14 description at Walgreens.
15          "Assist the company to accomplish its
16 objectives by bringing a systematic, disciplined
17 approach to evaluate and improve the effectiveness
18 of risk management, internal control, governance
19 and operational processes."
20          Would you explain to me what you mean by
21 that last part of that sentence, "internal control,
22 governance and operational processes."
23     A.   So, generally speaking, our audit
24 function at Walgreens performed financial and

Highly Confidential - Subject to Further Confidentiality Review

Page 22

1  operational audits for the company and so we would
2  look at a given process, understand that process,
3  and identify whether the internal controls inherent
4  in that process were adequate or not, and the
5  results of our work would be the issuance of an
6  audit report to management indicating any issues
7  that we found relative to that area.
8      Q.   Let's take a couple pieces of that
9  answer, if you would.  When you say "understand the
10  process," explain to me or elaborate on what you
11  mean, what specifically you would do to understand
12  the process of the component of Walgreens that you
13  were performing the audit.
14     A.   So, my team would do a number of
15  different activities, things such as interviews and
16  discussions with the people that were involved in
17  the process to make sure they understood what the
18  process was.  They might test certain activities if
19  those activities were supportable or validatable
20  via underlying documents.  We might test and do
21  samples of documents to support whether a process
22  was effective or ineffective.
23     Q.   When you say test a sample of documents,
24  would you explain what you mean by that?

Page 23

1      A.   Kind of just what it sounds like.  Let's
2  say you're trying to understand whether a payment
3  being made by the company was approved in such a
4  way that was consistent with the company's
5  policies.  So, the company may have had policies
6  regarding authorization levels for certain
7  individuals within the company.
8          So, if you had a payment of $100,000, it
9  might require a certain level of approval.  If you
10  had a payment of $500,000, it would require a
11  different approval level.  We would look at
12  payments made by the company and determine whether
13  or not the payments made were consistent with the
14  corporate policy in terms of who approved those
15  payment terms or payment, payment activities.
16     Q.   How important is it to you and your team
17  in the audit function to have written policies and
18  procedures for you all to understand the process?
19     A.   I would say it was very important.  The
20  company's policies and procedures generally guided
21  the practices that people followed within the
22  organization and were generally speaking what we
23  would look to first and foremost to understand
24  whether somebody was doing their responsibilities

Page 24

1  accurately.
2      Q.   So, as you were trying to understand the
3  process, one of the first things that your team
4  would do would be to gather the written policies
5  and procedures to educate yourself so you could
6  have a meaningful interview with the employees in
7  that area, correct, sir?
8      A.   From a planning process standpoint, yes,
9  before an audit would be initiated, to the extent
10  that there were specific policies and -- policies
11  in place, we would -- we would gather that
12  information and review that information, yes.
13  That's correct.
14     Q.   And, so, just to maybe further narrow
15  that question that a starting place of most audits
16  so you and your team could educate yourself on that
17  audit would be to look at the internal policies and
18  procedures to educate yourself, correct, sir?
19     A.   I think it was one of the items, one of
20  the items we would do as part of planning.  It
21  certainly wasn't the only item.
22     Q.   And talk to me about the scope of an
23  audit.  I would imagine that the scope of what you
24  were assigned was an important piece of the audit,

Page 25

1  correct?
2      A.   The scope would define the specific
3  areas that we would cover in an audit, yes.
4      Q.   And the scope would be an important part
5  because obviously if you weren't asked to look at
6  the policies and procedures of a certain area of
7  Walgreens, that wouldn't be incorporated into your
8  audit, correct?
9      A.   When you say --
10     Q.   Did you not understand?
11     A.   I'm not sure I understand the question.
12  Yeah.
13     Q.   Yeah.  Let's do it another way.
14         How would you -- how would you
15  understand -- when I say "you," I mean you and your
16  team.  How would you and your team understand the
17  scope of the audit?  What direction would you get?
18  From whom?
19     A.   We would often -- the scope of the
20  audits were often defined by the team.  So, we
21  would be certainly influenced by discussions with
22  management as to if there were concerns or whatnot
23  around a specific area, but we would look at the
24  area itself that was going to be audited and try to

Page 26

1 understand that area in its entirety and then

2 define what components of the process we would look

3 at.

4     Q.   How many people while you were at

5 Walgreens, and if it changes over time, tell me, in

6 your role as chief audit executive, how many people

7 reported to you?

8     A.   Directly and indirectly?

9     Q.   Yes, sir.

10     A.   I think the total team was in the range

11 of 30 to 35 employees.

12     Q.   All right.  How many -- how many

13 individuals were in the kind of audit department,

14 so to speak?

15     A.   That would be the same number.

16     Q.   Same number?

17     A.   Same number.

18     Q.   And who was your direct report while you

19 were at Walgreens?

20     A.   Who did I directly report to?

21     Q.   Yes, sir.

22     A.   Or who reported to me?

23     Q.   I'm sorry.  That you reported directly

24 to.

Page 27

1     A.   Okay.  So, that's where I started the

2 discussion where there was a change.

3     Q.   Yes.

4     A.   And I honestly don't recall exactly when

5 the change happened.  But I originally reported

6 into Wade Miquelon who was the Chief Financial

7 Officer and then subsequently reported into Mia

8 Scholz who was the vice president -- senior vice

9 president of finance.  Something along that lines

10 was her title.

11     Q.   Now, let's go to the 30, 35 people that

12 were in the -- was it audit group?  Is that the

13 right terminology?

14     A.   That's fine.

15     Q.   Fair enough?

16     A.   Yes.

17     Q.   So, the 30, 35 people.  Just generally.

18 I'm not asking you for a memory test of what

19 everyone's backgrounds are.  But generally what

20 type of individuals in the academic background and

21 work experience filled the team out at Walgreens on

22 the -- in the audit group?

23     A.   Okay.  I would say if two -- two basic

24 groups.  There was a group that was -- that had a

Page 28

1 background more along the information technology

2 side, and then there was a group that was financial

3 in nature and financial base.

4     So, the backgrounds of the financial

5 people were often similar to mine in terms of

6 accounting backgrounds.  The group from the IT side

7 often had more technical or IT-focused backgrounds.

8     Q.   Would the 30 to 35 individuals split

9 into smaller teams or groups and work on varying

10 projects or audits within Walgreens at different

11 times?

12     A.   Yes, that's correct.

13     Q.   Were there fixed teams meaning that

14 groups of two, three, four, five individuals would

15 consistently work together or did the working

16 groups or teams change based on the type of

17 project?

18     A.   Generally speaking, the teams changed.

19 So, we didn't have a specific group, I would say,

20 that worked on the store operations side versus the

21 pharmacy side.  So, it wasn't -- wasn't that

22 specific.  There was more of a mix.

23     Q.   So, it wasn't like everyone had areas of

24 expertise that they focused on, operations versus

Page 29

1 pharmacy versus controlled substances versus, you

2 know, financial reporting, anything along those

3 lines?

4     A.   Not -- not that tightly.

5     Q.   Right.

6     A.   I mean, there were some people that we

7 used for various types of audits, you know, more

8 consistently, but it wasn't a this is -- this is

9 your tight little area of focus and you only are

10 doing this kind of a work.

11     Q.   I've identified a couple of documents I

12 thought may help us define some scope.  All right.

13     Let me hand you first what I'm going to

14 mark as Domzalski 2.

15         (WHEREUPON, a certain document was

16         marked as Walgreens-Domzalski

17         Exhibit No. 2: 11/13/14 e-mail

18         with attachments; WAGMDL00734289 -

19         00734380.)

20 MS. SIBISKI:  Can we have the Bates number for

21 that document, please.

22     MR. MOUGEY:  It's WAGMDL734289.

23     MS. SIBISKI:  734289.  Thank you.

24 BY MR. MOUGEY:

Highly Confidential - Subject to Further Confidentiality Review

Page 30

1    Q.   Mr. Domzalski, this is an e-mail dated
2  11/13/2014.  Okay, sir?  Do you see that on the
3  first page?
4    A.   Yes, I do.
5    Q.   And you're copied on this e-mail.  Do
6  you see that, sir, in the right-hand side,
7  right-hand column?
8    A.   Yes, I do.
9    Q.   And it's a -- the e-mail describes
10  what's contained and it says, "A zip file
11  containing a portion of a departmental policies,
12  procedures and other administrative documents (org
13  chart, charter, et cetera), are organized to
14  correlate with the International Standards for the
15  Professional Practice of Internal Auditing."
16      Do you see that, sir, the first
17  sentence?
18    A.   Yes.
19    Q.   So, what I wanted to get your help here
20  is although the e-mail is dated 11/13/2014, the
21  standards that are referenced in this first
22  paragraph, International Standards for the
23  Professional Practice of Internal Auditing, have
24  been in existence for decades, correct, sir?

Page 31

1    A.   I have no idea --
2    Q.   You have no idea.
3    A.   -- how long they have been in place.
4    Q.   They were in place during the entire
5  time period you were at Walgreens, correct?
6    A.   Yes, I would believe that would be the
7  case.
8    Q.   And you had filled various functions as
9  an auditor during your career going all the way
10  back to when you finished undergrad, correct?
11    A.   So, I'd say I started, yes, early in my
12  career I was focused on roles in audit and then I
13  moved out of audit into a more -- more base
14  financial roles and then went back into audit
15  during my career.
16    Q.   For example, you started with Arthur
17  Andersen in an audit function --
18    A.   Correct.
19    Q.   -- in '84, correct?
20    A.   Correct.
21    Q.   And then you moved over to the manager
22  of corporate internal audit at Abbott Park from '91
23  to '94, right?
24    A.   That's correct.

Page 32

1    Q.   Yes, sir.  So, you're familiar, A, that
2  there are standards in the audit community with how
3  to perform an audit, correct?
4    A.   Yeah.  I would only just remark that the
5  International Standards for the Professional
6  Practice of Internal Auditing would not have
7  applied to my tenure with Arthur Andersen.  Arthur
8  Andersen is a public accounting firm and would not
9  be guided by those standards.  But certainly the
10  Abbott experience, yes.
11    Q.   And then as you continued through your
12  successive roles, you had other audit roles that
13  weren't in the public space, correct?  I mean --
14    A.   No.
15    Q.   -- where you were an auditor like you
16  were at Arthur Andersen, correct?
17    A.   Only the Abbott experience, yes, early
18  through -- through 1994, correct.  And then the
19  roles between 1994 --
20    Q.   Were more accounting-based?
21    A.   -- through 2009 were financial.  That's
22  correct.
23    Q.   So, let's just walk through a few of the
24  pages of this document and see if -- I want you to

Page 33

1  help me identify if these general descriptions that
2  we are going to cover were in place during your
3  tenure at Walgreens.  Okay, sir?
4    A.   Okay.
5    Q.   I'd like to direct your attention first
6  just to the cover page so you can see it's on Bates
7  No. 90.  It's -- just turn the page over and it's
8  titled "Institute of Internal Auditors, Definition
9  of Internal Auditing."  Do you see that, sir?
10    A.   Yes.
11    Q.   And the definition that's there on that
12  first page is just a general description,
13  "Definition of Internal Auditing states the
14  fundamental purpose, nature and scope of the
15  internal" -- "of internal auditing."
16      Do you see that, sir?
17    A.   Yes.
18    Q.   And it just essentially relays that the
19  audit is independent, it's objective, activity
20  designed to improve an organization's operations,
21  correct, sir?
22    A.   Correct.
23    Q.   If you would, sir, please -- I want to
24  say Bates numbers.  They are in the bottom

Page 34

1 right-hand corner, and I am just going to use the
2 last two digits to make it easy.
3      A.   Okay.
4      Q.   The next page I'd like you to turn to is
5 93, and the title is "Exercising Due Professional
6 Care Means Using Reasonable Audit Skill and
7 Judgment in Performing the Audit."
8           Do you see that, sir?
9      A.   Yes, I do.
10     Q.   And similar to what you described
11 already this morning that "All audits begin with
12 the steps leading to a clear understanding of the
13 scope and objectives for the audit."
14          Do you see that, sir?
15     A.   Yes.
16     Q.   And, obviously, today we are here about
17 Walgreens and its role as a distributor, and you're
18 aware of that, sir, correct?
19     A.   Yes.
20     Q.   And you generally understand that
21 Walgreens acted as a distributor with controlled
22 substances, Schedule II, Schedule III, all the way
23 up to Schedule V, including the distribution of
24 opiates, correct, sir?

Page 35

1      A.   Yes.
2      Q.   And you have a general understanding
3 that your group performed audits on the
4 distribution centers in relation to their
5 obligations as a distributor, correct?
6      A.   Yes.
7      Q.   And your team, the 30, 35 individuals in
8 the audit group, is it safe to assume that nobody
9 from that 30, 35 people came with backgrounds that
10 were familiar with the regulations, industry
11 standards for a distributor with opiates for
12 Schedule II and Schedule III?
13          MR. HOUTZ:  Object to form and foundation.
14 BY THE WITNESS:
15     A.   I don't recall specifically the resumes
16 of each of the 35 individuals that were on the
17 team.  So, I don't know that I could say there was
18 no one with that experience sitting here today.  I
19 just don't recall that.
20 BY MR. MOUGEY:
21     Q.   And I'm not asking you to rattle off 35
22 people's resumes and where they graduated from
23 undergrad.  But, for example, you didn't have any
24 ex-DEA investigators, correct?

Page 36

1          MR. HOUTZ:  Object to foundation.
2 BY THE WITNESS:
3      A.   I don't recall that we did.
4 BY MR. MOUGEY:
5      Q.   You don't recall having anyone that came
6 from the industry, meaning the distribution side,
7 that was familiar with the rules and regulations of
8 a corporation acting as a distributor for
9 Schedule II and Schedule III opiates, did you?
10     A.   I'm thinking back of the people.  I just
11 don't recall.
12     Q.   You don't recall.  No one jumps out from
13 memory that, you know, John was our go-to guy
14 because of his background and familiarity with the
15 rules and regs as a distributor, correct?
16          MR. HOUTZ:  Object to form.
17 BY THE WITNESS:
18     A.   No, I don't recall that.
19 BY MR. MOUGEY:
20     Q.   So, all the more important, the first
21 sentence that the "steps leading to a clear
22 understanding of the scope and objective for the
23 audit," correct, that your group would have to go
24 in and really dig in to what the rules and regs and

Page 37

1 industry standards were, correct?
2          MR. HOUTZ:  Object to form again.
3 BY THE WITNESS:
4      A.   Well, I think we -- we would generally
5 work with people within the organization that had
6 knowledge of what those were.
7 BY MR. MOUGEY:
8      Q.   Exactly.  So, you would rely, your group
9 would rely on the individuals at Walgreens to help
10 educate you and your team to have a clear
11 understanding of the scope and objectives of the
12 Walgreens in its role as a distributor, correct?
13     A.   Yes, that is correct.
14     Q.   The next sentence, "The audit program is
15 planned and program implementation is supervised to
16 ensure that the objectives of the audit will be
17 met.  Continuous communication is conducted to
18 ensure that actual fieldwork practices support the
19 audit scope and objectives."
20          Correct, sir?
21          Did I read that right?
22     A.   Yeah, I'm reading that, yes, as well.
23     Q.   And the fourth paragraph down, "All
24 auditors use established corporate or store

Page 38

1 operating standards as a basis for evaluating
2 operating practices where possible."
3     Do you see that, sir?
4 A.   Yes, I do.
5 Q.   Now, do you have an understanding, sir,
6 of what established -- what's meant here by
7 "established corporate or store operating
8 standards"?  Where would you look to find the
9 established corporate or store operating standards?
10 A.   I don't honestly recall specifically
11 where -- where they were, but my recollection is
12 that a number of these policies were available
13 online on our Intranet.
14 Q.   On the Walgreens Intranet?
15 A.   Correct.
16 Q.   And when we say "Intranet," a little bit
17 different than Internet.  Intranet is a hub or a
18 place where Walgreens employees could go to pull
19 applicable material off that they needed, correct?
20 A.   That's correct.
21 Q.   So, typically that would be one of the
22 places that you would -- you and your team would go
23 to find information related to that, the specific
24 audit, would be the firm Intranet, correct?

Page 39

1 A.   Walgreens Intranet, that's correct.
2 Q.   And that would be used or that, when I
3 say "that," the firm Intranet would be used to help
4 define the operating standards for that audit,
5 correct?
6 A.   That's correct.
7 Q.   And the third sentence, "Audit testing
8 attributes are selected to evaluate compliance with
9 important standards."
10     Do you see that, sir?
11 A.   Yes, I do.
12 Q.   Now, if you'd turn to Bates No. 94,
13 which is the next page, and direct your attention
14 to the second dash at the bottom, "Prohibited
15 business activities."
16     Do you see that, sir?
17 A.   Yes.
18 Q.   "Prohibited business activities such as
19 those which violate government statutes, rules,
20 regulations or contracts."
21     Let's stop right there.
22     In addition to the firm Intranet to help
23 establish the operating standards, would your team
24 also look to government statutes, rules,

Page 40

1 regulations or contracts to help define the
2 industry standards to apply to your audit?
3 A.   I don't recall whether we looked at
4 specific government statutes, rules or regulations.
5 I don't recall that.
6 Q.   You don't recall.
7 A.   No.
8 Q.   So, would you frequently consult -- let
9 me take a step back.
10     You're familiar with a committee at
11 Walgreens, and I might not have the name of the
12 group exactly right, but regulatory that involved
13 some legal function to it.
14     Are you familiar that Walgreens has a
15 regulatory group that has a legal function to it?
16 MR. HOUTZ:  Object to form.
17 BY THE WITNESS:
18 A.   I recall that there were people that we
19 worked with within the legal function that
20 understood rules and regulations, yes.
21 BY MR. MOUGEY:
22 Q.   So, would that type of group, that
23 regulatory group that had a legal component to it,
24 would that be a group of individuals that your team

Page 41

1 may consult with to understand the government
2 statutes, rules, regulations of the audit?
3 MR. HOUTZ:  Object to form, mischaracterized
4 testimony.
5 BY THE WITNESS:
6 A.   Yes, at times we would reach out to --
7 you use the word "legal or regulatory."  I remember
8 there was a group within legal that we would
9 specifically work with regarding regulatory kinds
10 of areas or laws and whatnot.
11 BY MR. MOUGEY:
12 Q.   Now, let's just talk specifically about
13 the Controlled Substance Act for a minute.  Okay?
14 And audit.
15     You're familiar if I use the word
16 "Controlled Substance Act," what that is?
17 A.   Not directly when you say Act, no.
18 Controlled substances, yes.
19 Q.   So, when you say "not directly"?
20 A.   When you say the Act, are you referring
21 to a specific Act?  Is that the name of the Act?
22 No, I'm not familiar with that Act.
23 Q.   You're not familiar with the Controlled
24 Substance Act?

Page 42

1    A.   At least I'm not -- I don't have
2  recollection of it, no.
3    Q.   Are you familiar that there were federal
4  statutes that governed Walgreens' conduct as a
5  distributor?
6    A.   I was probably aware of that at the time
7  of being employed by Walgreens.
8    Q.   And you're not a lawyer, right, sir?
9    A.   I am not a lawyer.
10    Q.   So, if you wanted and your group wanted
11  to understand the details of the regulatory
12  structure over controlled substances, how would you
13  educate yourself, your team, on what that structure
14  was?
15    MR. HOUTZ:  Object to form.
16  BY THE WITNESS:
17    A.   Our -- our team would interact with two
18  groups, the legal team and the distribution
19  management team, in terms of understanding that.
20  BY MR. MOUGEY:
21    Q.   Do you have a recollection, when you
22  refer to the "distribution management team," of who
23  that was during your tenure at Walgreens?
24    A.   No, I don't recall names.

Page 43

1    Q.   Do you have an understanding or
2  recollection of the group, the groups that fell
3  under the distribution management team?
4    A.   Honestly, I don't remember the name of
5  the team.  It may be in some e-mails, but I don't
6  recall.
7    Q.   And you also mentioned legal.  Do you
8  recall individuals within legal that would help
9  your group to understand the regulatory structure
10  applicable to Walgreens as a distributor?
11    A.   Yes, I do.
12    Q.   And who was that?
13    A.   Dwayne Piñon.
14    Q.   And anyone other than Mr. Piñon?
15    A.   There was another gentleman, but I don't
16  honestly recollect his name.
17    Q.   And would Mr. Piñon with legal help you
18  and your team understand the details of the
19  regulatory structure applicable to Walgreens as a
20  distributor?
21    A.   So, I personally was probably not
22  involved in those discussions.  So, I'm not sure
23  what exactly was communicated between the team and
24  the -- and legal.

Page 44

1    But I do -- I recall that those
2  discussions took place, but I wasn't a part of them
3  so I don't have a recollection of what they would
4  have been.
5    Q.   So, we just -- we just left page 93,
6  that the beginning steps leading to a clear
7  understanding of the scope and objectives for the
8  audit is the -- that's kind of the foundation,
9  right?
10    A.   Yes.
11    Q.   And as part of that foundation, your
12  team would meet with groups like the distribution
13  management team and the legal team, correct?
14    A.   That's correct.
15    Q.   And those conversations with those two
16  teams would help educate you and your group on the
17  regulatory structure applicable to Walgreens as a
18  distributor, correct, sir?
19    A.   Yes.
20    Q.   So, for your group it's important to
21  understand the details of the applicable regulatory
22  structure to Walgreens as a distributor, right?
23    MR. HOUTZ:  Object to form.
24  BY THE WITNESS:

Page 45

1    A.   I'm sorry.  Can you repeat the question.
2  BY MR. MOUGEY:
3    Q.   Sure.  Your group, the audit group, it's
4  important to understand the details of the
5  applicable regulatory structure to Walgreens as a
6  distributor, correct?
7    MR. HOUTZ:  Object to form.
8  BY THE WITNESS:
9    A.   I guess my pause is on the word
10  "details."  I think that the team tried to get as
11  best as they could an understanding of the
12  requirements.
13  BY MR. MOUGEY:
14    Q.   Sure.  I'm not -- the word "details" is
15  just a -- to understand the applicable regulatory
16  structure to Walgreens as a distributor, your team
17  counted on both legal and the distribution
18  management, correct, sir?
19    A.   They worked with both legal and the
20  distribution management to understand the process
21  and the requirements, yes.
22    Q.   And as part of those conversations with
23  both the distribution management team and legal,
24  you would expect that your group would be given the

Page 46

1  applicable policies and procedures to begin
2  educating itself on -- to perform the audit,
3  correct?
4      A.   Again, since I wasn't a part of any of
5  those direct conversations with those teams, I
6  don't know what was shared.  I can't answer that.
7      Q.   I didn't ask you what specifically of a
8  specific -- we're going to be here for three weeks
9  like this.  Okay.  So, I didn't ask you a specific
10 document.  Okay.
11      You don't have anybody in your group
12 that you can recall that understood the applicable
13 DEA rules and regulations to Walgreens as a
14 distributor, right?
15     A.   Not to my recollection.
16     Q.   They had to educate themselves to
17 perform an audit, correct, sir?
18     A.   I would hope they did, yes.
19     Q.   Of course.  Otherwise if they don't
20 understand the rules and regulations applicable to
21 Walgreens as a distributor, the audit group is not
22 going to do a very good job, right?
23     A.   No.
24     Q.   Yeah.  They got to -- they got to know

Page 47

1  the details of what that structure is to apply
2  Walgreens' policies and procedures, right?  That's
3  the goal, correct?
4      MR. HOUTZ:  Object to form.
5  BY THE WITNESS:
6      A.   I think you're -- I think we're back to
7  the details.  I just -- again, I don't know how
8  level -- what level of detail we would have gotten
9  to relative to any of those.
10 BY MR. MOUGEY:
11     Q.   I didn't use the word "granular detail."
12 I didn't use the word "micro."  Those would help
13 define details, right?
14     A.   It's a pretty vague word.  I don't know.
15     Q.   So, details, the word "details" is
16 confusing you.
17     A.   Yes.
18     Q.   Yes.  So, what about the word "details"
19 is confusing you, Mr. --
20     A.   It's a vague word.
21     Q.   It's a vague word.  Details.
22      How many times have you met with counsel
23 in preparation for today?
24     A.   Three.

Page 48

1      Q.   Three times?
2      A.   Three times.
3      Q.   And when I say "met," I mean
4  telephonically as well.
5      A.   I think the same, yeah.
6      Q.   Three times?  And how many -- all in the
7  last two weeks?
8      A.   Yes.
9      Q.   And how many hours during each one of
10 those meetings?
11     A.   A total of seven I believe.
12     Q.   Total of seven hours.  So, each meeting
13 lasted a couple of hours?
14     A.   Yes, that's correct.
15     Q.   Were you given documents to review?
16     A.   I was shown documents, yes.
17     Q.   Did you take those documents home with
18 you and reviewed them later?
19     A.   No, I did not.
20     Q.   Did you have any documents in your own
21 possession that you went back and reviewed in
22 preparation for today?
23     A.   No, I did not.
24     Q.   Did you go to the Internet and do any

Page 49

1  research in preparation for today?
2      A.   No, I did not.
3      Q.   What lawyers did you meet with in
4  preparation for today?
5      A.   Two.  Les and then -- I don't remember
6  the second person's name.
7      Q.   Female or male?
8      A.   A female.
9      Q.   And -- Kate?
10     A.   I believe Kate.  Kate Fine?
11     Q.   Kate Swift?
12     A.   Kate Swift.
13     Q.   You don't remember?
14     A.   I think it's Kate Swift.
15     Q.   Kate Swift.  Okay.
16      And was Kate Swift and Les in all three
17 of those meetings?
18     A.   No.
19     Q.   And who was in the first meeting?
20     A.   Just Kate.
21     Q.   And that meeting lasted a couple of
22 hours?
23     A.   I think maybe an hour and a half the
24 first one.

Page 50

1  Q.  And then the second meeting, who was in
2  that?
3  A.  Just Les.
4  Q.  And then the third meeting?
5  A.  Both Kate -- well, for most of it just
6  Les, and then Kate joined us for a few minutes at
7  the end.
8  Q.  Okay.  And in order for your group to
9  perform an audit that met with industry standards,
10  it would have to have an understanding of the
11  regulatory structure applicable to the scope of the
12  audit, correct, sir?
13  MR. HOUTZ:  Object to form.
14  BY THE WITNESS:
15  A.  Yes.
16  BY MR. MOUGEY:
17  Q.  So, let's go back to page 94,
18  "Prohibited business activities such as those which
19  violate government statutes, rules, regulations or
20  contracts."
21  So, if you don't like my word "details,"
22  help me to understand what you and your group would
23  do to educate itself on the government statutes.
24  A.  I think that's the point I made where

Page 51

1  the team would meet with both the legal team and
2  the distribution management team to understand the
3  area.
4  Q.  And you would expect your group to have
5  met with both the distributor management team and
6  legal to have a command of the regulatory structure
7  in order to be able to perform its function
8  according to industry standards, correct, sir?
9  MR. HOUTZ:  Object to form.
10  BY THE WITNESS:
11  A.  They'd have to have an understanding of
12  the -- of the requirements.
13  BY MR. MOUGEY:
14  Q.  Yes, sir.  And they'd have to understand
15  the rules and regulations applicable to Walgreens
16  as a distributor in order to perform its audit,
17  correct, sir?
18  A.  Depending upon the scope of the audit,
19  yes.  I mean, if that's what the scope of the audit
20  was focused on, yes.
21  Q.  The next section, "Government compliance
22  audits and reviews evaluate preventative and
23  detective controls and related compliance under
24  applicable laws, regulations, rules and contracts."

Page 52

1  Did I read that right, sir?
2  A.  Yes.
3  Q.  And is that an accurate statement in
4  relation to Walgreens' audit group in relation to
5  the audits it performed on Walgreens' distribution
6  centers?
7  A.  Let me just get back because the section
8  you are reading from is titled "Characteristics of
9  Fraud."  Right?  So, this would say if there had
10  been identified any prohibited business activity,
11  that that might be an indication of fraud.  That's
12  what -- that's what this section is focused on is
13  characteristics of fraud.
14  Q.  So, you don't think that -- let's go
15  ahead.
16  Which part of what we just reviewed do
17  you think is not applicable to Walgreens' audits as
18  a distribution center?
19  A.  I'm just saying that you're reading
20  specific language under the characteristics.  I'm
21  not sure -- I'm not sure what your question is.
22  Q.  So, out of the two sections we just
23  focused on, the prohibited business activities and
24  the section below it, do you believe that's not

Page 53

1  applicable to Walgreens' audit as a distributor?
2  MR. HOUTZ:  Object to form.
3  BY THE WITNESS:
4  A.  I'm sorry.  I don't understand.  What
5  relationship are you asking me to connect?
6  BY MR. MOUGEY:
7  Q.  Turn to page 301, sir.  "Internal audit
8  operating policy.  Nature."
9  Do you see that, sir?
10  A.  Yes.
11  Q.  And the next section, "Activity"?
12  A.  Yes.
13  Q.  Do you believe this section is
14  applicable to Walgreens' audits on the distribution
15  centers while you were with the audit group?
16  A.  Let me read through it.
17  Yes, I agree with that.
18  Q.  The first sentence specifically, "The
19  activity of internal auditing is primarily one of
20  information gathering, review, analysis,
21  evaluation, appraisal and testing for the degree of
22  compliance with and the adequacy of managerial
23  systems and controls put in place to mitigate risks
24  that exist in achieving organizational objectives."

Page 54

1    Do you see that, sir?
2    A.   Yes, I do.
3    Q.   And if you turn to the next page, under
4  "Audit Objective," Bates No. 02.
5    A.   Yes.
6    Q.   The first sentence, "The objective of
7  internal auditing is to assist management in their
8  effective discharge of their responsibilities."
9    Do you see that, sir?
10   A.   Yes.
11   Q.   The first portion of the first sentence?
12   A.   Yes.
13   Q.   Now, sir, in order for Walgreens to
14 effectively discharge their responsibilities, you
15 had to have, you and your group had to have an
16 understanding of the applicable rules and
17 regulations to Walgreens as a distributor, correct?
18   A.   Yeah, I read the paragraph.
19   Yes, in order to assist management in
20 the discharge of their responsibilities, we would
21 need to understand the area in which we were
22 focused on auditing.
23   Q.   The next section begins with "In the
24 course of audit examinations, internal auditing

Page 55

1  shall."
2    Do you see where I am, sir?
3    A.   Yes.
4    Q.   And underneath, "1.  Review and appraise
5  the adequacy, soundness and application of," it
6  says, "accounting, financial, management reporting
7  and other operating controls and make
8  recommendations for improved practices and
9  techniques where appropriate."
10   Correct, sir?
11   A.   Yes.
12   Q.   And No. 2, "Determine that policies and
13 procedures are being interpreted properly and
14 carried out as established."
15   And let me stop there.  Okay, sir?
16   A.   Yes.
17   Q.   And, so, part of the audit was to
18 compare employees' understanding of the policies
19 and procedures and compare those to the rules and
20 regs in order to ensure that they're being
21 interpreted properly, correct, sir?
22   MR. HOUTZ:  Object to form.
23 BY THE WITNESS:
24   A.   No.  No, I think what we would do was

Page 56

1  try to make sure that the actions that employees
2  were taking were in compliance with company's --
3  the company's policies and procedures.
4    I don't think we took active -- an
5  active role in what you mentioned, which was
6  comparing those policies to the external rules and
7  regulations.  I don't think that was within our
8  purview.
9  BY MR. MOUGEY:
10   Q.   So, let's just take your answer.
11   You think what you would try to do as
12 the audit group was to make sure that the actions
13 that employees were taking were in compliance with
14 the company's policies and procedures.  Correct,
15 sir?
16   A.   Correct.
17   Q.   But what I'm -- where the disconnect is
18 between what your repeated answer is and my
19 questions are that what is the -- how do you test
20 the Walgreens policies and procedures to ensure
21 that they comply with the applicable regulations?
22   A.   We didn't have -- I don't believe we had
23 that in our purview.  I think our purview was the
24 policies and procedures that exist -- when it says

Page 57

1  "are being interpreted properly and carried out as
2  established by the employees that are responsible
3  for those areas of work," that's what we would do.
4    We would say okay, here's the company's
5  policy.  It defines a certain action or
6  requirement.  Does the actual action or activity
7  being performed within whatever group it was that
8  was doing that, did it comply with the policy.
9    Q.   So, zero part of your group's audit
10 process included reviewing Walgreens' policies and
11 procedures to ensure that they complied with
12 whatever the applicable regs were?
13   A.   Yeah, I don't -- I don't believe we ever
14 took it back to the rules and regulations or law.
15 That seems like an interpretation of law, and I
16 think we would leave that to the lawyers.
17   Q.   So, the policies and procedures at
18 Walgreens, you believed, was in the scope and
19 purview of lawyers to ensure that they were
20 accurate and complied with applicable federal regs?
21   A.   I guess I shouldn't say just lawyers
22 because, I mean, there were policies and procedures
23 about a lot of things, not just laws.  So, I can't
24 say that if we had -- like we talked about this

Page 58

1 earlier policy on authorization levels. That
2 wouldn't have been a legal requirement, but it
3 would have been something set by our financial
4 leadership.
5        And so, no, I wouldn't -- I wouldn't --
6 I wouldn't characterize that each and every policy
7 would require a lawyer's review.
8    Q.   Let's look at No. 3. I'm sorry.
9    MR. HOUTZ:  You interrupted his answer.
10 BY MR. MOUGEY:
11    Q.   If you weren't done, go ahead. Were you
12 done, sir?
13    A.   Yes. I'm -- I don't remember the...
14    Q.   So, No. 3, "Determine the reliability,
15 effectiveness, and efficiency of procedures
16 designed to ensure the organization is compliant
17 with applicable laws and regulations."
18        Did I read that right?
19    A.   Yes.
20    Q.   Do you believe that that section, No. 3,
21 under "Audit Objective" on Bates No. 03, was
22 applicable to Walgreens' audit of its distribution
23 centers and Walgreens' role as a distributor?
24    A.   I think the way that was executed was by

Page 59

1 ensuring we had compliance with company policies,
2 but it's -- the words are there on the paper, yes.
3    Q.   They are there on the paper, and also
4 the words that are there on the paper are designed
5 to ensure the organization is compliant with
6 applicable laws and regulations.
7        Did your audit, your group's audit, of
8 Walgreens' distribution centers include ensuring
9 the organization was compliant with applicable laws
10 and regulations?
11    A.   I don't know the answer to that. Again,
12 I'm thinking most likely we were -- we were
13 auditing to policy --
14    Q.   I'm a little --
15    A.   -- and assuming that policy was
16 compliant with law.
17    Q.   I'm a little confused. So, just help me
18 out.
19        I believe, and I don't want to put words
20 in your mouth, but I believe your testimony just
21 was that Walgreens' audit group only tested towards
22 company policies and procedures.
23        Is that -- did I misunderstand you or
24 was that your testimony?

Page 60

1    A.   I don't recall us doing more than
2 auditing to company's policies and procedures.
3 Perhaps if there was an area that we were looking
4 at where there was no policy, we might take further
5 steps.
6        I just -- you know, we are talking about
7 things that happened a long time ago, and I can
8 only answer with what I recall. So, I don't -- I
9 don't know the answer to whether we did or did not
10 in a specific situation.
11    Q.   You don't recall sitting here any
12 specific instances where Walgreens tested the
13 procedures against the applicable laws and
14 regulations?
15    A.   I don't -- I don't recall any. But,
16 again, you know, just again for clarity, I wasn't
17 involved at the level of doing the individual work.
18 I had directors underneath me that were managing
19 the individual projects. So, I may not have had
20 that specific visibility.
21    Q.   Let's talk about that. So, you had 30,
22 35 people. Was there a standard size, a group
23 size, that would conduct an audit?
24    A.   No, it would depend upon the audit

Page 61

1 itself. So, they were generally smaller groups.
2    Q.   Help me understand what a smaller group
3 is. What's the details of a -- I'm sorry.  That's
4 confusing.
5        What's the size of a smaller group
6 typically?
7    A.   Could be two people, could be three
8 people.
9    Q.   Okay.
10    A.   All reporting in through a director or
11 manager.
12    Q.   So, the organizational structure of the
13 group was, you were the senior person within the
14 group while you were there, correct?
15    A.   That is correct.
16    Q.   And then how many directors were there?
17    A.   Five.
18    Q.   And explain what the job description is
19 of one of the directors.
20    A.   They were responsible for managing the
21 individual projects and audits that we were working
22 on. So, they managed all aspects of the team.
23 They managed all aspects of the reporting process.
24 They managed all aspects of the work that was done

Page 62

1  on a day-to-day basis by the team doing the work.
2      Q.   And each of those pieces that you just
3  mentioned, all aspects of the reporting process,
4  those were documented in reports, correct, sir?
5      A.   Yes, they were.
6      Q.   And the -- they took great care in
7  documenting the specific steps of the audits,
8  correct, sir?
9      A.   The reports wouldn't necessarily
10  document the steps of the audit.  The reports
11  generally documented the results of the audit.
12          So, to the extent issues were identified
13  as part of the audit, those would be identified in
14  the reporting.
15      Q.   The reports would also identify the
16  scope of the audit, correct?
17      A.   Correct.
18      Q.   Would the reports typically identify the
19  internal documents at Walgreens relied upon to
20  conduct the audit?
21      A.   I don't recall specifically.  If --
22  there may have been references to policies in
23  the -- you know, if there was an issue that did
24  not -- that we identified an issue not in

Page 63

1  compliance with policy, I would assume it would
2  have referenced.  But I couldn't tell you today.
3      Q.   Now, each one of those five directors
4  reported to you, correct?
5      A.   That's correct.
6      Q.   And when a report was conducted, you
7  kept up to date with the status or the -- of the
8  individual audits, correct?
9      A.   That's correct.
10      Q.   And you, I'm assuming, reviewed the
11  draft audits at various times during the process,
12  correct, sir?
13      A.   Yeah, I generally reviewed the draft
14  audit report once it was produced and available.
15      Q.   And I'm assuming you would have meetings
16  with each one of these directors wherein they would
17  update you on the status of the reports, correct,
18  sir?
19      A.   The status of the audits, that's
20  correct.
21      Q.   And audits are important functions of
22  corporate compliance, correct, sir?
23      A.   And corporate governance.
24      Q.   And as -- corporate governance.  And as

Page 64

1  the chief director before these reports, audits
2  were published, you would review them, correct?
3      A.   That's correct.
4      Q.   And when I say "published," I just mean
5  internally.
6      A.   Internally, yes.
7      Q.   Yes, sir.  And you would review those
8  and check the details.  There is that word again.
9  Check the specifics of that report to make sure you
10  were in agreement with what was reported, right?
11      A.   Certainly I would review the report and
12  if I had questions about the findings or the
13  issues, we would discuss as a team to make sure I
14  understood what the issues were and that I, yeah,
15  had a solid understanding before we would wish it
16  to management.
17      Q.   So, let's go back to Bates No. 03,
18  No. 3, and make sure I have the kind of the terms
19  of art correctly.
20          But that you believe that the audits
21  that your group conducted tested the employee
22  implementation against Walgreens' policies and
23  procedures.  Am I saying that correctly?
24      A.   Yes.  I think you are.

Page 65

1      Q.   And you can't remember sitting here
2  today any audits that your group performed that
3  tested the policies and procedures of Walgreens
4  against the applicable laws and regulations?
5      A.   I don't.  I don't recall that, no.
6      Q.   And so you and your group were reliant
7  in large part, in the audits, on what Walgreens'
8  policies and procedures were and you, quite
9  frankly, assumed that they were compliant with
10  applicable laws and regulations, correct, sir?
11      MR. HOUTZ:  Object to form.
12  BY THE WITNESS:
13      A.   Yes.
14  BY MR. MOUGEY:
15      Q.   Maybe just to say it.  Sorry if this is
16  maybe a little blue collar, but to say it.
17          You had to rely on what Walgreens told
18  your group about the applicable laws and
19  regulations and you're only as good as the
20  information that Walgreens provided.  Is that an
21  accurate way of saying that?
22      A.   Yeah, I -- again, I can't recall any
23  situations where we -- we were -- that we were
24  uncomfortable or that there were concerns raised

Page 66

1 that that was not the case. So, yes.
2     Q.    Now, your group at various times
3 conducted audits, different types, on Walgreens'
4 distribution activities, correct?
5     A.    Yes.
6     Q.    And do you believe that those audits
7 fell under the -- maybe a general description of
8 risk management?
9     A.    Yes.
10     Q.    If you would turn, sir, to Bates No. 36
11 of the document you have in front of you.
12     A.    I'm sorry. What number?
13     Q.    36. And it's Section 2120 and it's
14 titled "Risk Management."
15         I want to make sure that we're only
16 using sections that kind of apply to your group's
17 scope in relation to its audits of Walgreens'
18 distribution activities.
19         So, would you look at 2120.A1 at the
20 bottom of the page. Let's just start with the very
21 first sentence. It says, "The internal audit
22 activity must evaluate risk exposures relating to
23 the organization's governance, operations and
24 information systems regarding," and then there is a

Page 67

1 series of bullets after that.
2         Do you see that, sir?
3     A.    Yes, I do.
4     Q.    And you would -- you believe that this
5 "Risk Management" section would apply to Walgreens'
6 audits of its distribution centers?
7     A.    It should apply to, yes.
8     Q.    Let me make that question a little
9 narrower.
10         You believe that this section, the "Risk
11 Management" on Bates No. 36, applied to Walgreens'
12 activities in its distribution centers but more
13 specifically to Schedule II and Schedule III
14 opiates?
15     A.    Can you repeat the question?
16     Q.    Yes, sir. You understand what
17 Schedule II and Schedule III --
18     A.    Yes.
19     Q.    -- opiates are?
20     A.    Yes.
21     Q.    You understand OxyContin and you know
22 that's a Schedule II opiate?
23     A.    Yes.
24     Q.    And hydrocodone was a Schedule III and

Page 68

1 became a Schedule II opiate at one point. Does
2 that ring a bell?
3     A.    I recall that.
4     Q.    Okay. So, you understand that in your
5 group's role as auditor of the distribution
6 centers, it was reviewing Walgreens' policies and
7 procedures in relation to Schedule II and
8 Schedule III opiates?
9     A.    Yes.
10     Q.    So, if you would go, sir, to the third
11 bullet down, "Effectiveness and efficiency of
12 operations and programs."
13         Do you see that, sir?
14     A.    Yes, I do.
15     Q.    And then the fourth bullet, "Compliance
16 with laws, regulations, policies, procedures and
17 contracts."
18         Do you see that, sir?
19     A.    Yes.
20     Q.    Now, we've seen language similar to
21 the -- to the fifth bullet about laws, regulations,
22 policies and procedures on a couple of occasions as
23 we've looked through this document, correct?
24     MR. HOUTZ:  Object to form.

Page 69

1 BY THE WITNESS:
2     A.    I think so, yeah.
3 BY MR. MOUGEY:
4     Q.    Okay. And maybe not to take the exact
5 language but generally about comparing Walgreens'
6 policies and procedures to the applicable laws and
7 regulations. We've talked about that obviously
8 today, correct?
9     MR. HOUTZ:  Same objection.
10 BY THE WITNESS:
11     A.    You referenced that, yeah.
12 BY MR. MOUGEY:
13     Q.    Yes, sir. And you don't -- this is the
14 second or third time we've seen language about laws
15 and regulations as part of an audit process, but
16 you don't believe that as part of Walgreens' audit
17 of the distribution centers in relation to
18 Schedule II or Schedule III opiates that your
19 group's job was to compare Walgreens' policies and
20 procedures to laws and regulations, correct?
21     A.    I don't recall that we -- we did that.
22     Q.    On Bates No. 77, there is an example of
23 an internal audit report.
24         Sir, I'm seeing two different kinds of

Page 70

1  kind of captions in Walgreens documentation about
2  audits, and I'm seeing I think what Walgreens
3  refers to as a mini-audit.
4        Is that -- are you familiar with that
5  term?
6     A.  Well, actually, I wasn't familiar with
7  the term until we met in preparation and I was
8  shown some documents that talked to mini-audits.
9     Q.  All right.
10    A.  I didn't recall what that was when --
11  until I saw those documents.
12    Q.  And do you have an understanding sitting
13  here today what a -- the scope is of a mini-audit,
14  just generally?
15    A.  Generally, yes.
16    Q.  And what is the scope of a mini-audit
17  generally?
18    A.  It appeared to be a self-audit that was
19  performed by the DC operations.  So, there was a
20  number of page checklist, it looked like a yes-no
21  checklist that I saw that was signed off, if I
22  recall, by three different parties.  All three of
23  those parties were not members of our team but
24  appeared to be members of the DC management team.

Page 71

1     Q.  Okay.  So, the mini-audits weren't
2  performed by your group?
3    A.  The actual activities were not performed
4  by our group.  But, again, and I'm only reacting to
5  what I saw, I saw a reference to it -- the
6  mini-audit form copying the internal audit
7  function.  So, clearly someone from our team
8  received that information.
9       But, no, those -- the actual activities
10  themselves were not performed by the function.
11    Q.  Let me make sure I understand.
12      Do you believe, even though that your
13  group was copied, that your group in any shape,
14  form or fashion approved those mini-audits?
15    A.  No.  I saw -- I saw one other, again, in
16  the documents, an e-mail from -- from an internal
17  audit team member to the DC announcing that, you
18  know, it's time for your -- you to perform these
19  DEA -- mini-DEA audits.
20      So, it looks like we were aggregating
21  them in some form.  But honestly I have -- I had no
22  recollection prior to seeing that e-mail that we
23  did anything with the self-audit process from the
24  distribution centers.

Page 72

1     Q.  Help me understand when you use the word
2  "aggregating them."  So, it looks like we were
3  aggregating them.  What do you mean by that?
4    A.  I think there was a -- and, again, I
5  don't recall specifics, but there was an e-mail --
6    Q.  Right.
7    A.  -- that talked about aggregating results
8  of the mini-DEA audits.
9    Q.  So, by taking all of the different
10  mini-audits and aggregating the results?
11    A.  Exactly.
12    Q.  Got you.  But --
13    A.  But I don't -- I don't recall any --
14  anything more on that other than what I saw in
15  those documents.
16    Q.  And you referred to those as
17  self-audits?
18    A.  I did.
19    Q.  All right.  So, a self-audit would mean
20  that members of the distribution centers were going
21  through the checklist on the mini-audit and
22  ensuring that whatever the boxes were, that they
23  were asking the question and checking it off?
24    A.  Correct.

Page 73

1     Q.  Now, if your group was auditing
2  essentially the results to ensure that they were
3  accurate, would you have known about it?
4    MR. HOUTZ:  Object to form, speculation.
5  BY THE WITNESS:
6    A.  I don't know.
7  BY MR. MOUGEY:
8    Q.  You kept pretty close tabs on these 30,
9  35 employees that worked for you?
10    A.  I -- close tabs on the 30, 35, no.  I
11  think I probably kept close tabs on the five direct
12  reports reporting to me.
13    Q.  When I say "close tabs," you understood
14  what their -- they were doing and the types of
15  projects they were working on, correct?
16    A.  At the time, yes, absolutely.
17    Q.  And the projects that your teams were
18  working on, you would have reports back from the
19  five -- did you call them district --
20    A.  Directors.
21    Q.  Directors.  And you would have reports
22  back from the five directors, correct?
23    A.  Yes, we held weekly probably -- I'm now
24  supposing.  I generally held one-on-one meetings

Highly Confidential - Subject to Further Confidentiality Review

Page 74

1 with my direct reports.
2        And just for clarity, they were
3 directors in 2015.  Probably when I joined they
4 were -- the direct reports of mine were manager
5 levels but that's just a...
6     Q.   And I'm on Bates No. 77 and it's titled
7 "Internal Audit Report."
8        So, before we look at this specifically,
9 and this is a template, explain to me what an
10 internal audit report is.
11    A.   An internal audit report generally
12 summarizes the scope of work performed and any
13 issues identified as part of the audit procedures
14 performed.
15    Q.   Would an internal audit also identify
16 the documents relied on during the audit?
17    A.   Not necessarily.  I mean, again, if
18 there was an issue identified in an area, it might
19 specifically refer to the documents that were
20 reviewed that resulted in the issue being an issue,
21 if that makes sense.
22    Q.   Sure.
23    A.   But I don't -- I don't think -- I don't
24 think in every audit report would there be a

Page 75

1 specific reference to any and all documents or
2 types of documents that were reviewed, if that --
3 if that helps or if that...
4     Q.   And if you look at page 75, you'll see
5 the word "Report Cover Templates."
6        Do you see that?
7     A.   Yes.
8     Q.   All right.  And you believe that the
9 next page, "Internal Audit Report," is an example
10 of a report cover template?
11    A.   Yes.
12    Q.   And on Bates No. 77, "Internal Audit
13 Report," and it lists just the date, subject, from,
14 to and cc.
15       Do you see that?
16    A.   Yes.
17    Q.   Now, we've talked about mini-audits and
18 internal audit reports.  What other just broad
19 categories of audits would your group conduct while
20 at Walgreens?
21    A.   So, financial and operational audits
22 across multiple processes.  I think that's probably
23 the -- I'm sorry.  There was also SOX-related
24 activities.  So, Sarbanes-Oxley related testing

Page 76

1 that was performed by the team.
2     Q.   And the SOX analysis was -- I mean,
3 that's primarily financial, correct?
4     A.   Financial and IT.
5     Q.   Financial and IT.  And help me to
6 understand.  You said financial and operations and
7 then SOX.  What's the -- what is the difference
8 between the financial component in the first
9 description and SOX?
10    A.   SOX was -- would have been more very
11 definitive -- the example I gave of this approval,
12 right.  So, a SOX control might dictate that
13 management follow a certain approval level relative
14 to the expenditures being processed.  That's a very
15 specific identified control.
16       So, under Sarbanes-Oxley, management has
17 to identify what they deem to be their critical
18 controls to ensure financial statements are not
19 materially misstated.  And, so, those very, very
20 specific individual internal controls would be
21 identified by management and then tested by the
22 audit function annually.
23    Q.   And the financial component outside of
24 SOX would be broader?

Page 77

1     A.   Broader, exactly.
2     Q.   So, let's talk about the operations
3 piece that you mentioned.
4        Tell me -- give me just a general
5 description of what the operations piece is.
6     A.   Could be anything.
7     Q.   Okay.
8     A.   Generally speaking, they were kind of in
9 broad financial areas, but I guess I don't remember
10 specific audits enough to tell you.  But they would
11 be more broad.
12    Q.   Now, the internal audit report, where
13 would that fall into the rubric of
14 financial/operations and Sarbanes-Oxley?
15    A.   So, if you go to 75.  If you see, there
16 is three different report cover templates.
17    Q.   Okay.  The SOX, the DEA and operational
18 reports?
19    A.   Correct.
20    Q.   So, DEA would essentially be one of the
21 three different kinds of internal audit reports.
22 Is that a fair way to say it?
23    A.   That's correct.
24    Q.   Okay.  So, it's different than

Page 78

1 operational, different than SOX, and it had its own
2 kind of space, so to speak?
3 　　A.　It had its own space, correct.
4 　　Q.　Did you have a team while you were at
5 Walgreens that kind of focused on the DEA internal
6 audits?
7 　　A.　Yes.
8 　　Q.　And who was that?
9 　　A.　The two names that are -- that I saw in
10 that e-mail, and that's the only two I'll remember
11 from, was Brad Yarbrough and James Overbake I
12 think.
13 　　　　But those were -- let me just clarify
14 that.
15 　　　　Those were at a staff level. So, from a
16 director level, and I believe this may have
17 transitioned during my tenure there, but I think
18 originally Bruce Kowalski was again originally
19 manager but then a director level. But I think
20 his -- he was primarily focused on the DEA audits,
21 and then it may have moved to Ryan Molnar.
22 　　　　But that's kind of fuzzy, to be honest
23 with you.
24 　　Q.　What was Ryan's last name? I'm sorry.

Page 79

1 　　A.　Molnar.
2 　　Q.　Molnar. Okay. So, this -- let's go
3 back to 77, which is the template for the internal
4 audit on a DEA report cover template?
5 　　A.　Yes.
6 　　Q.　Sitting here, do you have an
7 understanding generally of what the scope was when
8 Walgreens was performing an internal audit
9 regarding the DEA?
10 　　A.　And I'm going to be totally blunt. I
11 did when I read through this -- this kind of a
12 document when it was shared with me in prep. So,
13 then I -- I could see on words on the paper what.
14 　　Q.　And that refreshed your memory of what
15 the -- of what the scope was?
16 　　A.　Well, it is what is written there. I
17 mean, yeah, guess it would somewhat refresh my
18 memory.
19 　　Q.　Well, let's look at the section covered
20 "Scope" to start, if you would. I believe it's at
21 the bottom of the page, the second kind of block
22 up. Do you see the "Scope"?
23 　　A.　Yes.
24 　　Q.　And "The review focused on the internal

Page 80

1 controls established by Walgreens DCs."
2 　　　　Make sure we get our lingo right.
3 That's the Walgreens distribution centers, right?
4 　　A.　That's correct.
5 　　Q.　"To ensure compliance with DEA
6 regulation Section 1300 found in Title 21 of the
7 Federal Code of Regulations."
8 　　　　Do you see that, sir?
9 　　A.　Yes, I do.
10 　　Q.　Now, I'm -- again, I'm still a little
11 confused now with comparing internal controls to
12 ensure they're in compliance with Section 1300 in
13 Title 21.
14 　　　　Do you see that?
15 　　A.　I see that.
16 　　Q.　To me, I'm reading that, that looks to
17 me like we're looking at what the internal controls
18 are and ensuring they're compliant with federal
19 code and federal regs.
20 　　　　Am I misreading that?
21 　　A.　Again, I don't -- I don't recall us ever
22 doing anything that would have identified policy
23 versus regulations.
24 　　Q.　I understand.

Page 81

1 　　A.　I think -- so, I --
2 　　Q.　Where I'm confused and tell me if I'm
3 wrong. And I understand your testimony that you
4 don't recall comparing internal controls to federal
5 regs and statutes.
6 　　　　But if you read that first sentence,
7 with all of your experience in the audit space and
8 your time at Walgreens, does that appear to you
9 that Walgreens was comparing its internal controls
10 to the applicable statutes and regs?
11 　　A.　I mean, I see those, the words on the
12 paper, but I think another interpretation could be
13 the review focused on the internal controls
14 established by Walgreens.
15 　　　　So, those internal controls were
16 represented by the policy statements that the
17 company had created. And, so, those -- and that
18 those policy statements were created to comply with
19 the regulation. But, again, I'm surmising.
20 　　Q.　Fair enough. So, your recollection is
21 that -- let me do it another way.
22 　　　　Based on your recollection of the scope
23 of the DEA audits was that your group was comparing
24 the practices of Walgreens' employees to Walgreens'

Page 82

1 policies and procedures to ensure compliance?
2     A.   That would have been my expectation and
3 my assumption.  I -- yeah, that would have been my
4 expectation and my assumption.
5         As I think I mentioned earlier, I do
6 recall that the team would on a periodic basis meet
7 with legal and the DC management.  There could have
8 been information exchanged there that was -- I
9 don't know -- more detailed than the policies.
10        I just -- I don't know.  I don't know
11 what was shared.  But I do recall that there were
12 discussions to try to --
13    Q.   Let's do it this way.
14    A.   -- ensure people understood.
15    Q.   You're familiar with the thoroughness of
16 your five directors, correct?
17    A.   At this point, I probably couldn't tell
18 you today who was more thorough than another.  But
19 generally speaking they were.
20    Q.   I wasn't asking you to rank them.
21    A.   Okay.
22    Q.   I just said you're generally familiar
23 with the thoroughness of your directors, correct?
24    A.   Yeah, best as I can recollect, yes.

Page 83

1     Q.   You would expect that if they didn't
2 have the policies and procedures at Walgreens that
3 they needed and required more information to
4 effectively implement their audit, that they would
5 go find that information, right?
6     A.   Yes.
7     Q.   And if that information meant going to,
8 you know, regulatory and the legal department to
9 find out what it is, you would expect that they
10 would do that?
11    A.   Yes, I would have expected that they did
12 that.
13    Q.   To the extent necessary?
14    A.   Right.
15    Q.   Otherwise they were relying on
16 Walgreens' policies and procedures?
17    A.   Yes.
18    Q.   And the next sentence says, "To
19 substantiate compliance with Section 1300."
20        Now, that confuses me again because when
21 I read that, it looks like we are comparing
22 Walgreens' policy -- what Walgreens' internal
23 policies and procedures and substantiating them
24 against Section 1300.

Page 84

1         Am I misreading that again?
2     A.   Again, all I can say is I don't recall
3 us doing a specific comparison or I wasn't involved
4 perhaps in a specific comparison of the policies
5 that were in place to the -- to the regulations
6 that existed.
7     Q.   But you would have reviewed and approved
8 these internal audit reports as explained on Bates
9 No. 77 under the template section, right?
10    A.   Yes.
11    Q.   And --
12    A.   I would have reviewed this, yes.
13    Q.   Right.  Not that you don't have any
14 independent recollection of comparing them to
15 Section 1300 to ensure compliance, but let's just
16 talk about the words on this piece of paper in your
17 seven years at Walgreens.  Okay?
18        The first part of that sentence, "To
19 substantiate compliance with Section 1300, we
20 conducted interviews with DC management, documented
21 the movement of controlled drugs from the receiving
22 dock to the shipping dock, and used an audit
23 testing program that encompasses Section 1300
24 requirements."  Okay.

Page 85

1         So, your understanding, based on your
2 time at Walgreens, was that your group was simply
3 comparing the policies and procedures of the
4 employees on a day-to-day basis with -- that's a --
5 that's a -- let me redo that.  I apologize.
6         Based on the sentence we just reviewed,
7 your understanding is that the audit group was
8 comparing the day-to-day job of Walgreens'
9 employees to Walgreens' policies and procedures and
10 ensuring that they were fulfilling their
11 obligations?
12    A.   That's -- again, that's what I would
13 recollect that they would do.
14    Q.   Let's look at the "Conclusion" section
15 on the template.  "In our opinion."  Do you see
16 where I am at the top of the page?
17    A.   Yes.
18    Q.   "(DEA - No Issues).  In our opinion, the
19 internal controls that ensure compliance with DEA
20 regulations at the XX distribution center are
21 designed appropriately and operating effectively."
22        Do you see that, sir?
23    A.   Yes.
24    Q.   Now, do you see the words "internal

Page 86

1  controls," right?
2    A.   Yes.
3    Q.   And you see the words "designed
4  appropriately," right?
5    A.   Yes.
6    Q.   How would Walgreens ensure that the
7  internal controls were designed appropriately?
8  What steps did it take?
9    A.   I don't know specifically what those
10 steps were.
11   Q.   I'm still caught up with and still a
12 little -- kind of having trouble with the comparing
13 the employees day to day to the policies and
14 procedures without comparing them to the applicable
15 regs and statutes. Okay. Because -- help me to
16 understand.
17      But to me in order to test -- I think is
18 a -- the internal controls to ensure they were
19 compliant with DEA regs and that they were designed
20 appropriately, the audit would have to compare the
21 policies and procedures to the applicable regs,
22 correct?
23   A.   Again, I just don't know whether or not
24 that was done. I can't sit here and say

Page 87

1  affirmatively that that was done because I didn't
2  do it and I don't know whether the team did it. I
3  just don't.
4    Q.   Do you agree that this language appears
5  to demonstrate, to explain, that part of the scope
6  of the audit was to compare Walgreens' internal
7  controls to the applicable statutes and regs to
8  ensure they were compliant?
9    A.   I don't believe that that was the case.
10   Q.   I understand it's not the case. Okay.
11      But what I'm asking you is based on your
12 seven years at Walgreens and your experience as an
13 auditor, reading that language, do you agree with
14 me that it appears to tell the reader that the
15 internal controls are being tested to ensure
16 compliance with DEA regs and that they are designed
17 appropriately?
18   A.   It says the internal controls. So, if
19 you read it, there are some internal controls are
20 designed appropriately and operating effectively
21 and that, yes, those controls should ensure
22 compliance with DEA regulations.
23   Q.   But in order for your group, your group
24 would make a recommendation after, after this

Page 88

1  internal audit, correct?
2    A.   Correct. Well, yeah, I'd say if there
3  were -- so, I think the difference between these
4  two is the first "Conclusion" box is if there were
5  absolutely no issues identified as a result of the
6  review and the second box would be if there were
7  issues identified.
8       So, we -- if there were issues
9  identified, then those were specifically listed as
10 exceptions in the second box.
11   Q.   So, despite the language under the
12 "Conclusion" section and under the "DEA - Issues"
13 section about ensuring compliance with DEA regs,
14 your recollection sitting here today over your
15 seven years is that your group relied on the
16 policies and procedures in place at Walgreens to
17 elaborate on what the DEA regulations were?
18   A.   Well, yes, but, as I mentioned, I recall
19 that there were specific meetings held by the team
20 with the legal function and the DC manager. I
21 can't say that it's narrowly limited to the
22 policies.
23      So, if legal had brought something up to
24 the team, then I would assume that we would have

Page 89

1  incorporated that information into the process
2  beyond --
3    Q.   And --
4    A.   -- beyond what might have been
5  identified by company policy.
6    Q.   So, if your teams were to consult and
7  rely on information from regulatory and legal to
8  establish what the DEA regulations are or were, you
9  would expect that those would have been documented
10 in these internal audit reports, correct, sir?
11   MR. HOUTZ: Object to form.
12 BY THE WITNESS:
13   A.   I don't think it would have been
14 documented in the report. I think it would have
15 been -- where was the reference?
16      So, if you -- can you go down to the
17 "Scope" section?
18 BY MR. MOUGEY:
19   Q.   Yes, sir.
20   A.   If you look at that, that last item, it
21 says, "and used an audit testing program that
22 encompasses Section 1300 requirements."
23      So, the actual activities being
24 performed by the auditors, which are not -- you

Page 90

1  don't see those in this document.  I don't -- I
2  don't see the actual, you know, the testing
3  program.
4      Q.  Actually, you went to the exact spot I
5  was going back to.  So, explain to me what your
6  understanding of what "audit testing" meant.
7      A.  So, there would have been a program, a
8  program is just a list of steps, right, that would
9  need to be completed in order to conclude.
10        So, where -- and this one doesn't have
11 it.  But if there were -- if there was one you had
12 that had an issue in it, assumedly that issue was
13 identified because a program step was completed and
14 the results of that program step identified that
15 that activity wasn't being performed or something
16 wasn't correct or accurate about that activity.
17        Does that make sense?
18     Q.  Well, when you say "this one doesn't
19 have it," this is the template, right?
20     A.  This is just -- yeah, this is just a
21 template of the report cover or the report cover.
22        So, if you go to that second box, right,
23 it says list of exceptions, right.  There would be
24 an attachment to this document, which is not part

Page 91

1  of the template.  The template is just a standard.
2  Right.
3        So, the -- there was also -- there would
4  be an attachment to this document that identified
5  specific issues related to the audit.  And so -- in
6  this one, this is just the report cover, if you
7  want to call it that.
8      Q.  But we got started on this line of
9  questioning with I asked if the audit team relied
10 on regulatory and legal to understand what the DEA
11 regs were, that it would be documented somewhere in
12 the audit?
13     A.  Somewhere, yes.
14     Q.  Is the answer yes or no to that
15 question?
16     A.  Somewhere in the -- somewhere in the
17 audit process.
18     Q.  Somewhere in the audit process.
19     A.  Yes.
20     Q.  So, as you as the chief director, when
21 you were reviewing the work performed, you would
22 want to see the package including what your team's
23 understanding was of the applicable DEA
24 regulations, would you not?

Page 92

1      A.  I would -- no, I would rely on the
2  director to ensure that the testing program that
3  had been defined was followed and executed and all
4  the steps were performed, and only if I had -- so,
5  I would get this report as it's been completed and
6  ask questions or perhaps look into it.
7      Q.  So, you mean to tell me when these
8  reports were provided, the audit testing, you did
9  not believe it was important that that test be
10 described in the final audit process or report?
11     A.  You would have a fair -- you would have
12 an incredibly long document each time.  This is
13 meant to summarize, right, these audit reports are
14 meant to summarize the results of the work
15 performed, not to -- not to go into the specific
16 details of every step that was performed in order
17 to conclude.
18     Q.  I didn't ask you every step.  I didn't
19 ask you every detail.  I said the tests that were
20 used.
21     A.  No, obviously not.  I mean, that's --
22 otherwise it would have been identified much more
23 further in this document.  But this --
24     Q.  Where in the world would your group

Page 93

1  identify what its understanding of the DEA
2  regulations were?  Where would those be?
3      A.  They would be documented in memos or
4  other Excel spreadsheets or whatever the case may
5  be to support the audit report.
6      Q.  And those wouldn't be referenced or
7  attached in the audit report?
8      A.  No.
9      Q.  So, the audit report says, yep, they're
10 compliant with DEA regs, but nobody understands --
11 the readers of these reports don't understand what
12 the applicable parameters for the DEA regs were?
13        MR. HOUTZ:  Object to form and foundation.
14 BY THE WITNESS:
15     A.  I don't think I understand.
16 BY MR. MOUGEY:
17     Q.  How in the -- how does the reader of
18 this document understand what the applicable DEA
19 regs that your team used to ensure compliance?
20        MR. HOUTZ:  Same objection.
21 BY THE WITNESS:
22     A.  I don't know the answer to that.  I
23 don't -- I'm -- I'm --
24 BY MR. MOUGEY:

Page 94

1  Q.  So --
2  A.  I don't know what -- you're asking me to
3  answer a question about what the recipients?
4  Q.  You as a director, as the chief guy in
5  charge of all this team of 30, 35 people, you get a
6  report that says we are -- that Walgreens is
7  compliant or we have issues, right?
8  A.  Yeah, I relied on my directors to --
9  Q.  Yes or no.  You get a report as the
10 director that says either, A, we are compliant or,
11 B, we have issues, correct?
12 A.  I receive this report, yes, affirmative.
13 Q.  And you read that report to ensure it
14 passes your standards for completeness and
15 thoroughness, correct?
16 A.  Correct.
17 Q.  And would you agree that an important
18 part of that report is what the standard practices
19 or the scope of the audit was?
20 MR. HOUTZ:  Object to form.
21 BY THE WITNESS:
22 A.  I would agree that an important part of
23 the report was the "Scope" section.
24 BY MR. MOUGEY:

Page 95

1  Q.  Would you agree that the important part
2  of the audit was what the day-to-day
3  responsibilities of Walgreens' employees were that
4  were being audited?
5  A.  Again, I'd say that -- you know, I've
6  worked at other companies and the level of the
7  detail in this audit report is no different than I
8  would see in any company.
9  Q.  That's not what I asked you, sir.
10 What I asked you was:  Would you expect
11 to see the day-to-day activities, a listing or a
12 identification of those, of what were being
13 audited?
14 A.  No.
15 Q.  Would you expect to see the actual, your
16 team's group -- I'm sorry -- your team's
17 understanding of what the DEA regulations were that
18 they were auditing?
19 A.  No, I would rely on the people reporting
20 to me, which were director or manager levels, to
21 perform the detailed review of the work that
22 supported the audit report.
23 Q.  Help me to understand.  If you don't --
24 if you don't know what's being tested and you don't

Page 96

1  know what it's being tested against, what good is
2  the report?
3  MR. HOUTZ:  Object to form.
4  BY THE WITNESS:
5  A.  I think the report identifies the issues
6  that we looked at and...
7  MR. MOUGEY:  Why don't we take a few-minute
8  break, if we could.
9  MR. HOUTZ:  I was just going to ask for that
10 if you're done with this document.
11 THE VIDEOGRAPHER:  We are off the record at
12 10:46 a.m.
13       (WHEREUPON, a recess was had
14        from 10:46 to 11:09 a.m.)
15 BY MR. MOUGEY:
16 Q.  Mr. Domzalski --
17 THE VIDEOGRAPHER:  I'm sorry, Counsel.
18 MR. MOUGEY:  I'm sorry.  I thought we were
19 ready.
20 THE VIDEOGRAPHER:  We're back on the record at
21 11:09 a.m.
22 BY MR. MOUGEY:
23 Q.  The internal report, the internal audit
24 report that we left off on, page 77, this page or

Page 97

1  two of templates, sir, this was simply kind of the
2  cover page giving the conclusions of the audit,
3  correct, sir?
4  A.  Yes.
5  Q.  The work product behind the audit
6  elaborating on the details, so to speak, were in --
7  in other documents, correct, sir?
8  A.  Correct.
9  Q.  And --
10 A.  There was an -- yeah, there would be an
11 attachment to this front page with any issues that
12 had been identified as a result of the work
13 performed.  That would have been called something
14 like Attachment A or...
15 Q.  So, there were typical -- what other
16 attachments were typically included in the internal
17 audit report for DEA?
18 A.  I think for -- to my recollection, for
19 any audit, there would just be this cover page,
20 one- or two-page summary, and then a listing of the
21 issues that had been identified as a result of the
22 audit.  I don't recall there being incremental
23 things added to it.
24 Q.  Are you familiar with the term "work

Page 98

1  papers" within Walgreens --
2      A.   Yes.
3      Q.   -- in relation to audits?
4      A.   Absolutely.
5      Q.   Will you turn to Bates No. 19 of that
6  same document.
7      A.   19?
8      Q.   Yes, sir.  319.
9          So, as you were referring or reviewing,
10  the internal audit report cover template, would you
11  refer back to the work papers?
12      A.   Generally I don't think I would have to.
13  I would -- I probably very rarely would look at
14  work papers supporting the --
15      Q.   So, the answer is yes, once in a while
16  you refer back to the work papers?
17      A.   Yeah.  Yeah, rarely.
18      Q.   But the answer is yes, you would refer
19  back to the work papers on occasion, correct, sir?
20      A.   Yeah, on occasion.
21      Q.   Yes, sir.  On Bates No. 19, there is a
22  section, "Control and Retention of Engagement
23  Records."
24          Do you see that, sir?

Page 99

1      A.   Yes.
2      Q.   Are you familiar with the -- with what
3  an engagement record is at Walgreens in the context
4  of audits?
5      A.   Work papers, yes.
6      Q.   Yes, sir.  And what is an engagement
7  record?
8      A.   It would have been -- so, we talked
9  about the issues that were identified.
10      Q.   Yes.
11      A.   It would be memos, Word documents, Excel
12  files, et cetera, that would support the actual
13  summary of information that was communicated in the
14  audit report itself.
15      Q.   So, you used the word "support."
16  Support or backup for the cover template, correct?
17      A.   I'd say for the cover template and the
18  Attachment A that would include the issues.  So, in
19  order to identify an issue, something had to be
20  done to conclude that there was an issue, and those
21  work papers would be records of that.
22      Q.   And if you need to, sir, you can look at
23  Bates No. 19, but are you familiar with the fact
24  that all of the support for the cover template for

Page 100

1  the DEA audits were stored in one -- in one place?
2      A.   I would have to look probably on a
3  shared drive --
4      Q.   Yes, sir.
5      A.   -- is my guess, yes.
6      Q.   Exactly.  And you see here, sir, on Page
7  No. 19 where the actual network drive, I:\LPD, are
8  listed under "Procedures:  Physical & Electronic
9  Control over Engagement Records/Documentation."
10          Do you see that, sir?
11      A.   Yes.
12      Q.   And it refers or uses the term "work
13  papers" at the end of Section 2.
14          Do you see that, sir?
15      A.   At the end of Section 2, yes.
16          Item No. 2 under "Procedures"?  Is
17  that --
18      Q.   Yes, sir.
19      A.   Yes.
20      Q.   And you see that they are required to be
21  kept for a period of seven years.
22          Do you see that, sir?
23      A.   Sorry.  Can you point me to the seven
24  years?

Page 101

1      Q.   Just bear with me.  It's on Bates No. 20
2  at the bottom of the page.  Do you see the
3  paragraph that begins at the bottom of the page,
4  "Every year, in April."
5      A.   Yes.
6      Q.   And the second sentence says, "When this
7  day approaches the department administrative
8  assistant will move all electronic work papers,
9  over 7 years old (based on the report date) and not
10  associated with any open audit issues, to a central
11  folder."
12          Do you see that, sir?
13      A.   Yes.
14      Q.   So, it's -- if the audit is still open,
15  meaning that the issues, it's not the date of the
16  report, but if it's ongoing, they're stored,
17  correct?
18      A.   Let me just read through it again.
19      Q.   Let's just read the language.
20          "When this day approaches, the
21  department administrative assistant will move all
22  electronic work papers, over 7 years old (based on
23  the report date) and not associated with any open
24  audit issues, to a central folder."

Page 102

1    Do you see that, sir?

2    A.  Yes, I do.

3    Q.  "From each project folder within the

4 central folder, a copy of the process flows and

5 risk control matrix are copied to the

6 'T\LPD\Shared\Audit\Prior PF_RCM' folder."

7    Do you see that, sir?

8    A.  Yes, I do.

9    Q.  Did I read that right?

10    A.  Yes.

11    Q.  "After this task has been completed, the

12 central folder will be reviewed by the Senior

13 Director, Internal Audit (or assigned designee) to

14 identify what files can be deleted."

15    Do you see that, sir?

16    A.  Yes, I do.

17    Q.  And "It is important to note when

18 evaluating what files can be deleted," I'll -- just

19 gives the location of the folder, "care must be

20 taken to ensure supporting system test

21 documentation, being relied on in subsequent years

22 audits, is not deleted."

23    Correct?

24    A.  Yes, I see that.

Page 103

1    Q.  So, somebody thought that it was

2 important enough that for subsequent years audits

3 that the audit team shall be able to go back and

4 review the work papers as necessary, correct?

5    MR. HOUTZ:  Object to form.

6 BY THE WITNESS:

7    A.  I think that a typical practice that

8 existed in audit is if you would go back to the

9 prior audit to see the work that had been

10 performed.

11 BY MR. MOUGEY:

12    Q.  So, the work performed in previous years

13 was an important part for your team members to look

14 at and review when performing the current year

15 audit?

16    A.  I think --

17    MR. HOUTZ:  Object to form.  Go ahead.

18 BY THE WITNESS:

19    A.  It could be.  Certainly -- it could be a

20 source of information for the team, especially I

21 would say when there were issues identified in the

22 prior report that, yes, they would be informative

23 to the team to understand what the issues were that

24 were identified in the prior audit.

Page 104

1 BY MR. MOUGEY:

2    Q.  If I use the terms "executive summary,"

3 does that make sense to you, executive summary, a

4 brief synopsis?

5    A.  Does the term?  Yeah, yes, yes.

6    Q.  So, would you agree that the report

7 cover template as we are looking at on Bates No. 77

8 and 78 is a -- kind of an executive summary of all

9 of the work papers performed by the audit team?

10    A.  Yes, but not stand alone.  I'd say that

11 in conjunction with the attachment that listed the

12 issues would be a summary.

13    Q.  Would be the summary?

14    A.  Would be the summary.

15    Q.  The attachment and the report cover

16 template would be kind of an executive summary and

17 the details would be in the working papers?

18    A.  Yes.  Details that would support the

19 issues.

20    Q.  I hand you, sir, what -- tell you what,

21 before we go to the next document, let me hand

22 you -- it's P-WAG-1001 and Bates No. WAGFLDEA1767.

23    MR. MOUGEY:  Mark this as Domzalski 3.

24    (WHEREUPON, a certain document was

Page 105

1    marked as Walgreens-Domzalski

2    Exhibit No. 3:  11/19/10 Internal

3    Audit Report; WAGFLDEA00001767 -

4    00001775.)

5 BY MR. MOUGEY:

6    Q.  What I've just handed you, sir, is what

7 I understand to be an example of an internal audit

8 report from Walgreens and your group in particular

9 dated November 19, 2010.

10    Do you see that, sir?

11    A.  Yes, I do.

12    Q.  And, sir, does this look familiar to

13 you, as we just went through the template, as an

14 actual internal audit report --

15    A.  Yeah.

16    Q.  -- that we've been referring to?

17    A.  Yes.

18    Q.  So, this is an example of a DEA

19 compliance internal audit report performed by your

20 group, correct, sir?

21    A.  Yes.

22    Q.  And we can see that, just like the

23 conclusion -- just like the template we just looked

24 at it, it has a "Conclusion" section, a

Page 106

1 "Background" section, "Objective," "Scope,"
2 "Findings," and then an attachment just like you
3 referenced, correct, sir?
4     A.    Correct.
5     Q.    And if we look at these, I just want to
6 again make sure I understand, under the
7 "Conclusion" section, "In our opinion, internal
8 controls that ensure compliance with DEA
9 regulations at the Jupiter distribution center (DC)
10 are operating effectively with minor areas noted
11 for improvement.  Areas requiring improvement
12 include:"  And it lists several bullets.
13        Did I read that correctly?
14     A.    Yes.
15     Q.    And the bullets include "Asset
16 protection procedures, controlled drug reporting,
17 inventory maintenance, controlled drug security,
18 and DEA hiring documentation."
19        Correct, sir?
20     A.    Yes.
21     Q.    Now, sir, where would I go -- strike
22 that.  Let's keep going.
23        Under "Background," the "Internal
24 Audit," that's your group, right?

Page 107

1     A.    Yes.
2     Q.    "Examination for compliance with DEA
3 regulations and company policies."
4        Now, I'm still struggling.  You see
5 the -- that your group, according to this document,
6 compared and looked for compliance of Walgreens'
7 practices to DEA regs.
8        Do you see that?
9     MR. HOUTZ:  Object to form.
10 BY THE WITNESS:
11     A.    I don't -- I don't see that it says
12 compared.  I go back to my earlier discussion on
13 what we discussed.
14 BY MR. MOUGEY:
15     Q.    "Internal audit (IA)" -- "Internal
16 Audit" --
17     MR. HOUTZ:  You interrupted his answer.
18 BY MR. MOUGEY:
19     Q.    Are you finished?
20     A.    Yes.
21     Q.    "Internal Audit's (IA) examination for
22 compliance with DEA regs."
23        So, the background was to examine
24 Walgreens' policies and procedures and, one, ensure

Page 108

1 compliance with DEA regs, correct?
2     A.    Again, all I can continue to reiterate
3 is that my understanding is that we were looking at
4 the company's policies and that we would have
5 interpreted that those company policies supported
6 compliance with the DEA regs.
7     Q.    That's not what that sentence says,
8 correct, sir?  It says, "DEA regulations," and then
9 it has the word "and Company policies for the
10 distribution of controlled drugs."
11        Correct?
12     A.    That's the words that are here, yes.
13     Q.    "Company policies and procedures
14 regarding controlled drugs are communicated to the
15 DC's via the online Compliance Manual."
16        Do you see that, sir?
17     A.    I see that.
18     Q.    Do you have an understanding of what
19 online compliance manual is being referenced here?
20     A.    I don't honestly recall specifics.
21     Q.    Would that be in the working papers?
22     A.    Perhaps some of the specific -- I
23 don't -- I don't know whether there was any
24 printouts of the compliance manual because I think

Page 109

1 people could reference.
2        Again, from the words, the compliance
3 manual was online.  So, my assumption is that our
4 team members could reference the online policies
5 and procedures that existed relative to
6 distribution center.
7     Q.    Yes, sir, but the question I asked was:
8 Do you have an understanding of what online
9 compliance manual is being referenced here?  Which
10 one?
11     A.    Today I couldn't sit here and tell you.
12     Q.    And then the follow-up question I asked
13 you was:  Would the working papers include what
14 online manual is being referenced here?
15     A.    I don't know the answer to that.
16 Without looking at -- without looking at the work
17 papers, I couldn't tell you that.
18     Q.    Would it not be important for the
19 subsequent internal audit group that's performing
20 an audit to know what compliance manual was relied
21 on by the previous audit group?
22     A.    My assumption is that there was probably
23 only one compliance manual that was online that was
24 available to be reviewed.

Highly Confidential - Subject to Further Confidentiality Review

Page 110

1    Q.   But that's not the question I asked you,
2  sir.  Please, could you just please focus on the
3  question I asked.
4        And the question I simply asked was:
5  Was it not important for an internal audit group
6  that was performing an audit in a current year to
7  be able to look back and understand in previous
8  years what compliance manual the previous internal
9  audit groups relied on?
10   A.   It could be that there was one.  I don't
11 know how --
12   Q.   So, the answer to my question is -- I
13 didn't ask you how many.  I didn't ask you to guess
14 how many.  I just said wouldn't it be important
15 that the current year internal audit group
16 understand what compliance manual the previous
17 year -- the previous audit relied upon?
18   A.   I think that they could have very well
19 asked the manager to say there's a reference to the
20 compliance manual; where do I find the compliance
21 manual?
22   Q.   I didn't ask you who they could ask.  I
23 didn't ask you how many of them there were.  I
24 didn't ask you where it was.

Page 111

1        All I simply asked was:  Wouldn't it be
2  important for the team performing the current
3  internal audit report to have an understanding of
4  which compliance manual the previous team used in
5  its internal audit?
6    A.   Your question implies there was more
7  than one, and I don't know that there was more than
8  one.
9    Q.   So, the answer to my question is if
10 there's only one, they know where to find it but,
11 yes, it would be important that they would know
12 which one it was, correct?
13   A.   They would -- they would need to know
14 the location and the contents of the online
15 compliance manual.  Yes.
16   Q.   So, the answer -- let's make sure it's
17 nice and clean.
18        The answer is, it would be important for
19 the current team performing the internal audit to
20 have an understanding of the specific compliance
21 manual relied upon by the previous team that did
22 the internal audit?
23   MR. HOUTZ:  Objection; asked and answered
24 multiple times.

Page 112

1  BY THE WITNESS:
2    A.   To be honest, I think I was good with
3  you until you said the very last line.
4        They would need to know what compliance
5  manual is used by the organization to perform their
6  procedure, their ongoing day-to-day procedures.  I
7  don't think the connection between prior and
8  current is relevant to the team.
9  BY MR. MOUGEY:
10   Q.   Well, if it's not relevant, why are the
11 working papers required to be kept for a period of
12 seven years for the subsequent auditors to rely on?
13   A.   Not so much from the location or the
14 existence of the compliance manual, but what was
15 embedded within -- again, it would identify the
16 activities performed to support the issues that
17 were identified in the report so somebody going
18 back to see what those issues were would have an
19 understanding of what was looked at or evaluated to
20 determine that an issue existed.
21   Q.   Let's look at "Scope" on Bates No. 68.
22        "The review focused on the internal
23 controls established by Walgreens' distribution
24 centers to ensure compliance with DEA regulation

Page 113

1  Section 1300 found in Title 21 of the Federal Code
2  of Regulations."
3        Did I read that right?
4    A.   Yes.
5    Q.   Is that an accurate statement?
6    A.   Yes.
7    Q.   Does it say anything in that sentence
8  about comparing the internal controls established
9  by Walgreens DC to policies and procedures as
10 established at Walgreens in their manuals?
11   A.   No.
12   Q.   Instead, this sentence clearly indicates
13 that Walgreens' internal controls are being
14 reviewed to ensure compliance with the applicable
15 federal regs and statutes, correct, sir?
16   A.   The review focused on the controls that
17 were established by the DC.  Those controls were
18 often embedded within policy documents.
19        So, the requirements that were -- the
20 expectations that we had from -- of our people to
21 do what they needed to do would be embedded in the
22 policy documents, which in essence represented the
23 controls that we were looking at.
24   Q.   The other part of that sentence,

Page 114

1 however, sir, in addition to the control, says, "to
2 ensure compliance with DEA reg Section 1300 found
3 in Title 21 of the Federal Code of Regulations,"
4 your group didn't do anything to understand,
5 research and comprehend what the regs were found in
6 Section 1300 in Title 21 of the Federal Code of
7 Regulations, did they?
8    A.  I don't -- I think that's not a fair
9 statement.  I don't know what they did or didn't
10 do.
11        They, as I have mentioned previously,
12 the team that generally performed these reviews sat
13 down on a regular basis with the legal team and the
14 DC management team to understand the processes and
15 procedures.
16        So, I think whether -- whether there
17 were specific activities that they did in those
18 discussions around 1300 or not, I can't sit here
19 and tell you today.
20    Q.  So, the information that was gathered in
21 those meetings you just referenced with the
22 distribution management team and the regulatory and
23 legal team, that information would be contained in
24 the working papers?

Page 115

1    A.  If they did a good job of documenting
2 their work, yes, it would -- it should exist in the
3 working papers.
4    Q.  So, if we want to understand what
5 Walgreens' interpretation of DEA regulation
6 Section 1300 found in Title 21 of the Federal Code
7 of Regulations, we would look in what I understand
8 is two different places:  One, the policies and
9 procedure manuals at Walgreens, correct?
10    A.  Correct.
11    Q.  And, two, the working papers that may or
12 may not reference meetings with the distribution
13 management team and the regulatory legal group,
14 correct, sir?
15    A.  That's correct.
16    Q.  I'm not going to find those standards in
17 these cover pages, correct, sir?
18    A.  The standard -- you're not going to find
19 anything more than what you see here, no.
20    Q.  Okay.  We're going to come back to this
21 document, so hold on to that for a minute.  I'm
22 going to go to Domzalski 4.
23        (WHEREUPON, a certain document was
24        marked as Walgreens-Domzalski

Page 116

1        Exhibit No. 4:  11/13/14 e-mail
2        string with attachment;
3        WAGMDL00734929 - 00735453.)
4 BY MR. MOUGEY:
5    Q.  This is an e-mail copied to you, sir.
6 Do you see that on the first page with your name on
7 the right-hand side just like the other e-mail?
8    A.  Yes.
9    Q.  And the reference is that "The zip file
10 contains departmental policies, procedures and
11 other administrative documents."
12        Do you see that, sir?
13    A.  Yes.
14    Q.  And in this zip file, if you would, sir,
15 please turn to and the Bates No. is WAGMDL734935.
16 That is about the third page in.
17        Do you see that, sir?
18    A.  Sorry.  Third page in?
19    Q.  I might be wrong.
20    A.  I got it.
21    Q.  Fourth page in.
22    A.  Yep.
23    Q.  And this is a -- what appears to be a
24 PowerPoint dated January 2013.

Page 117

1        Do you see that, sir?
2    A.  Yes.
3    Q.  And under the "Introduction" slide, on
4 the bottom of Bates No. 35, has your name on it,
5 correct, sir?
6    A.  Yes.
7    Q.  And the title of the slide on Bates
8 No. 35 is "Introduction to Internal Auditing at
9 Walgreens."
10        Do you see that, sir?
11    A.  Yes.
12    Q.  "The Theory and Practice of Internal
13 Auditing for Walgreens Auditors."
14        Correct?
15    A.  Yes.
16    Q.  And the "Introduction" slide says, "The
17 following slides and course materials were prepared
18 to provide new internal auditors at Walgreens with
19 an introduction to the theory and practice of
20 internal auditing and is utilized by the Walgreens
21 internal audit department."
22        Correct, sir?
23    A.  Yes.
24    Q.  Do you recall giving this presentation,

Page 118

1  sir?

2     A.  No, I do not.  I probably did not give

3  the presentation.  Howard probably gave the

4  presentation.

5     Q.  Do you see that your name is on this

6  presentation?

7     A.  Yes, absolutely.

8     Q.  You wouldn't allow your name to be on

9  something if it wasn't accurate, correct?

10    A.  Most likely, because this was for new

11 employees, so I probably joined the group as a

12 lead-in for five minutes to introduce myself or,

13 you know -- and introduce the discussion and let

14 Howard go with the rest of the presentation.

15    Q.  Yes, sir.  That wasn't the question I

16 asked you, how long you stayed in the meeting or if

17 Howard ran it and the details.

18       All I simply asked was:  You wouldn't

19 allow your name to be on a PowerPoint that wasn't

20 accurate, correct, sir?

21    A.  I would hope I wouldn't.  I would hope I

22 would not.

23    Q.  Yes, sir.  So, if you would, sir, please

24 turn to Bates No. 37.

Page 119

1       In the context of audits, independence

2  is paramount, is it not?

3     A.  Yes.

4     Q.  And objectivity is paramount, is it not?

5     A.  Yes, it is.

6     Q.  Meaning that your group's

7  recommendations and analysis are not to be tainted

8  by other groups or departments within the

9  corporation, correct?

10    A.  That's correct.

11    Q.  Meaning that in order for the audit to

12 serve its primary function, that your team's

13 analysis had to be both independent and objective

14 and free from any internal conflicts of interest,

15 correct, sir?

16    A.  Correct.

17    Q.  As you see on Bates No. 37, the very

18 first portion of the second slide indicates that

19 "Independently evaluate the adequacy and

20 effectiveness of internal controls that manage risk

21 and support the achievement of Walgreens business

22 objectives."

23       Do you see that, sir?

24    A.  Yes, I do.

Page 120

1     Q.  And if you, would, sir, please turn to

2  Bates No. 38, the next page, and it's a

3  continuation of the first slide, "Walgreens

4  Internal Audit Department Objectives -continued."

5     Do you see that, sir?

6     A.  Yes.

7     Q.  And you see on the very bottom of this

8  slide, second-to-last bullet refers to "Compliance

9  with applicable laws and regulations."  Correct?

10    A.  Yes.

11    Q.  The exact same language that we reviewed

12 time after time after time on the internal document

13 earlier this morning, correct, sir?

14    A.  Yes.  I'm assuming it's the same.

15    Q.  And if you look again on Bates No. 39,

16 just two slides later, "Walgreens Audit Charter,

17 Scope and Nature of Work."

18       Do you see that, sir?

19    A.  Yes.

20    Q.  The intro sentence, "The Internal Audit

21 Department shall assist the Company in identifying

22 and evaluating significant risk exposures and

23 related controls regarding," and the

24 second-to-the-last bullet is again, "Compliance

Page 121

1  with laws and regulations."

2       Correct, sir?

3     A.  Yes.

4     Q.  And continuing on Bates No. 39, the

5  slide at the top of the page, the PowerPoint again

6  references independence and objectivity, correct,

7  sir?

8     A.  I'm sorry.  I lost you.

9     Q.  Very top slide, first slide of the page,

10 Bates No. 39, first paragraph.

11    A.  Sorry.

12    Q.  References independence and objectivity,

13 correct, sir?

14    A.  Yes.

15    Q.  If you would, sir, please turn to the

16 next page, Bates No. 40, "Walgreens Internal Audit

17 Charter Scope (Areas Subject to Charter)" -- I'm

18 sorry -- "(Areas Subject to Audit)."

19       Do you see that, sir?

20    A.  Yes.

21    Q.  And the very last bullet, again,

22 "Compliance with laws and regulations."

23       Correct, sir?

24    A.  Correct.

Highly Confidential - Subject to Further Confidentiality Review

Page 122

1    Q.   The next slide, "Authority of the
2  Internal Audit Department Granted by the Board of
3  Directors."  Second bullet in, "It has unrestricted
4  access to all functions, records, property and
5  personnel."
6         Correct, sir?
7    A.   Correct.
8    Q.   So, pretty much anybody your group
9  wanted to talk to at Walgreens to perform its
10 audit, your team had access to, correct?
11   A.   Correct.
12   Q.   Documents that your team needed to
13 review to perform its independent and objective
14 audit, your team had access to, correct?
15   A.   Correct.
16   Q.   And that included, as indicated on the
17 slide on Bates No. 40, to ensure that Walgreens
18 complied with all laws and regulations, correct,
19 sir?
20   A.   Compliance with laws.  Part of our
21 charter was to cover compliance with laws and
22 regulations, that's correct.
23   Q.   Yes, sir.  If you'd look at Bates
24 No. 43, second slide, "Walgreens Code of Business

Page 123

1  Conduct."
2         Do you see that, sir?
3    A.   Yes.
4    Q.   "The Code of Business Conduct covers
5  areas such as," fifth bullet down, "Compliance with
6  laws and regulations."
7         Correct, sir?
8    A.   Correct.
9    Q.   Bates No. 48, "The Importance of
10 Internal Audits"?
11   A.   Yes.
12   Q.   "Internal Auditors assist upper
13 management and the Board of Directors in the
14 exercise of their governance responsibilities by
15 reporting the results of audits to them.  (Auditors
16 are the 'eyes and ears' of upper management and the
17 Board!)"
18        Do you agree with that, sir?
19   A.   Yes.
20   Q.   And the second bullet, "Internal Audits
21 serve as a vital corporate internal control that
22 evaluates the adequacy and effectiveness of other
23 internal controls."
24        Do you see that, sir?

Page 124

1    A.   Yes.
2    Q.   If you would, sir, turn to Bates No. 50,
3  the slide titled "IIA Professional Performance -
4  Standard 2120.A1 'Risk Management.'"
5         Do you see that, sir?
6    A.   Yes.
7    Q.   "The internal audit activity must
8  evaluate risk exposures relating to the
9  organization's governance, operations and
10 information systems regarding the," and go to the
11 very last bullet, sir, "Compliance with laws,
12 regulations, policies, procedures, and contracts."
13        Correct?
14   A.   Yes.
15   Q.   Again, that language is appearing,
16 "Compliance with laws and regulations," over and
17 over and over again in this PowerPoint, correct,
18 sir?
19   A.   Yes.
20   Q.   And is that an accurate -- is that
21 accurate, sir?
22   MR. HOUTZ:  Object to form.
23 BY MR. MOUGEY:
24   Q.   Is that an accurate statement of what

Page 125

1  the performance standard is under Section 2120.A1?
2    A.   It's certainly one of them, yes.
3    Q.   Certainly one of them, yes?
4    A.   Yes.
5    Q.   If you would, sir, please turn to Bates
6  No. 58.  And on this slide, titled "Types of
7  Internal Audits and Projects Conducted by the Audit
8  Department," one of the four bullets is,
9  "Compliance Audits (e.g. DEA audits and store
10 audits)."
11        Do you see that, sir?
12   A.   Yes.
13   Q.   And if you turn to page 60, the
14 "Compliance Internal Audits."
15   A.   Yes.
16   Q.   "Audits that determine if something is
17 being done at Walgreens in compliance with a
18 standard set by management or a governmental
19 law/regulation."
20        Do you see that, sir?
21   A.   Yes.
22   Q.   And the very last bullet on that, on
23 that slide, "Examples of compliance audits include
24 distribution center inventory observations, store

Page 126

1 audits," DEA or "Drug Enforcement Administration
2 reviews at the DCs," or distribution centers, "and
3 Sarbanes-Oxley audits."
4    Correct, sir?
5    A.   Yes.
6    Q.   Sir, despite the professional standard
7 that auditors remain independent and objective, you
8 believed it was appropriate for your group to rely
9 on Walgreens' internal interpretations of
10 Section 1300 and the applicable statutes of
11 Walgreens' responsibility as a distributor,
12 correct, sir?
13    A.   Well, I believe those policies and
14 procedures that were implemented were.  Certainly
15 they were internal to the company, but they weren't
16 created necessarily by the organizations that were
17 required to abide by those policies.
18    So, I think they were -- they were
19 independent with respect to the activity being
20 performed.  Perhaps not independent from an
21 external perspective.
22    Q.   Not perhaps.  Sir, your group did
23 absolutely nothing to ensure objectively, outside
24 of Walgreens, that the standards required by the

Page 127

1 applicable regs and statutes of Walgreens as a
2 distributor were captured in Walgreens' policies
3 and procedures, correct?
4    MR. HOUTZ:  Object to form and foundation and
5 it's been asked and answered.
6 BY THE WITNESS:
7    A.   Sorry.  Can you repeat the question?
8 BY MR. MOUGEY:
9    Q.   Certainly.  Your group, internal audit,
10 did absolutely nothing to ensure objectively,
11 outside of Walgreens, that the standards required
12 by the applicable regs and statutes governing
13 Walgreens as a distributor were accurately captured
14 in Walgreens' policies and procedures, correct?
15    MR. HOUTZ:  Same objections.
16 BY THE WITNESS:
17    A.   So, again, not having been a party to
18 the conversations that happened, I don't know what
19 all was covered in the discussions with those
20 parties like legal and the distribution center
21 management team, whether it was simply looking and
22 discussing internal policies or whether they looked
23 and reviewed other things.  I just can't answer
24 that.

Page 128

1 BY MR. MOUGEY:
2    Q.   Would it have been important for your
3 audit group to confirm what the applicable regs and
4 statutes were for Walgreens as a distributor when
5 comparing its policies and procedures internally?
6    A.   Yeah, I guess it would be important to
7 do that.  I don't know whether we did or didn't do
8 it.  But I can understand why it would be perhaps
9 an appropriate step.
10    Q.   Sir, please turn to slide -- I'm
11 sorry -- Bates No. 75, titled "The Organizational
12 Culture."
13    Sir, your slide deck defines
14 organizational culture as a "specific collection of
15 values and norms that are shared by people and
16 groups in an organization, and that control the way
17 they interact with each other and with stakeholders
18 outside the organization."
19    Do you see that, sir?
20    A.   Yes, I do.
21    Q.   And it goes on in the second bullet to
22 explain, "The culture includes the shared history,
23 experiences, stories, beliefs, and attitudes that
24 characterize an organization."

Page 129

1    Correct, sir?
2    A.   Yes.
3    Q.   The next slide down on Bates No. 75,
4 "The organizational culture can strongly influence
5 employee behavior (both good and bad), including a
6 desire to maintain the status quo.  People may be
7 doing things because 'they have always been done
8 this way.'"
9    And the second bullet goes on, "Internal
10 auditors must have the courage to be objective,
11 creative and innovative, and challenge the status
12 quo if necessary to encourage the strengthening of
13 internal control in the organization to manage risk
14 and improve the effectiveness of operations."
15    Did I read that correctly, sir?
16    A.   Yes, you did.
17    Q.   And sitting here today, sir, you can't
18 identify any direction you gave your directors to
19 ensure that Walgreens' interpretations of the
20 applicable regs and statutes governing Walgreens as
21 a distributor were captured in Walgreens' policies
22 and procedures, accurately captured in Walgreens'
23 policies and procedures, correct?
24    MR. HOUTZ:  Object to form.

Page 130

BY THE WITNESS:
   A.   I can't recall that.
BY MR. MOUGEY:
   Q.   Sir, you believe that these -- this slide on Bates No. 75 challenging the status quo is an important function of an auditor's role, correct, sir?
   A.   Yes.
   Q.   You can't just say "We're doing this because it's the way we've always done it," right?
   A.   That's correct.
   Q.   You have to look at the documents.  You have to look at the policies and procedures and say, "Is this the right way to do it?"  Right?
   A.   Correct.
   Q.   And, sir, if you turn to Bates No. 77, the next page or two pages over, "Beware of Corporate Mythology or Folklore."
        Correct?
   A.   Yes.
   Q.   In all caps and bolded, correct?
   A.   Yes.
   Q.   "Walgreens employees may sincerely believe something to be true, and make business

Page 131

decisions based on their belief --- but they may be misinformed!"
        Correct?
   A.   Yes.
   Q.   Yet sitting here today you can't recall any direction you gave to make sure that the business decisions being followed by the distribution centers, based on their responsibilities under the applicable federal regs and statutes, were accurately being followed, correct?
   A.   I'm sorry.  Can you repeat the question?
   Q.   Yes, sir.  Sitting here today you can't recall giving any direction to make sure that the Walgreens business decisions being made by employees in the distribution centers were compliant with the applicable regs and responsibilities that govern Walgreens as a distributor, correct?
   A.   I'm going to have to have you repeat it one more time because that's a lot of words.
   Q.   You didn't tell anybody to go and check is the way that we've been doing this forever the right way?

Page 132

   A.   I think, again, it was communicated through a mechanism like this that people should consider those kinds of things.  I don't -- if you're asking me specifically around the DCs and that area in which you referenced, I don't recall any.
   Q.   Do you believe that the audits your group performed on the distribution centers in relation to Schedule II and Schedule III opiates were or filled an important compliance function within Walgreens?
   A.   Yes.
   Q.   And that being the eyes and ears of the Board of Directors, auditors' jobs are to identify specific areas of concern, correct?
   A.   Correct.
   Q.   And a company as large as Walgreens, there were dozens and dozens and dozens of areas for your groups to perform audits, correct?
   A.   Correct.
   Q.   And in many instances, those audits in those dozens and dozens and dozens of areas covered esoteric and complex issues, correct?
   A.   Esoteric?  I don't know.  But, yeah,

Page 133

complex issues.
   Q.   Now, to understand whether or not Walgreens' business conduct in its distribution centers were complying with applicable federal regs and statutes, you and your group would need to have an understanding of what those were, correct?
   MR. HOUTZ:  Object to form.
BY THE WITNESS:
   A.   We would have to have an understanding of the requirements, yes.  And I think our understanding of the requirements could have been based upon the company's policies and procedures coupled with, though, I think the important thing is coupled with having those discussions with the legal team and the distribution center management team.
BY MR. MOUGEY:
   Q.   And if you are clearly going to talk to the legal team and the distribution management team, your group, the internal auditors, are attempting to understand the generally applicable regs and statutes for Walgreens as a distributor for Schedule II and Schedule III opiates, correct?
   MR. HOUTZ:  Object; form and foundation.

Page 134

BY THE WITNESS:

1    A.   Yes.

BY MR. MOUGEY:

2    Q.   The internal audit that we just marked
as Exhibit 3 has your name on it, right?  Do you
see that under "cc"?

3    A.   Yes.

4    Q.   And "From," there's a team of four
people?

5    A.   Yes.

6    Q.   And "To" was the director of the Jupiter
distribution center and vice president distribution
centers and logistics.

Do you see that?

7    A.   Yes.

8    Q.   And then the cc are several people, one
of which is you, correct?

9    A.   Correct.

10    Q.   Now, generally, were the other folks
identified on the cc, are those all people in the
internal audit group?

11    A.   No, absolutely not.  Actually, in the cc
list.

12    Q.   Yes.

Page 135

1    A.   Let me just make sure.  I'm the only
person in the internal audit function.

2    Q.   So, it's -- you have a team of four
people from internal audit publishing this internal
audit report to a number of people throughout
Walgreens?

3    A.   Yes.

4    Q.   Now, was it your practice when you
received one of these internal audit reports as
indicated here by being copied on it, would you
review it?

5    A.   Absolutely.

6    Q.   Would you have reviewed it prior to your
group, let's say, publishing within Walgreens?

7    A.   Absolutely.

8    Q.   So, by the time this report was sent to
you and you reviewed it as part of this e-mail, you
would have at least seen it twice, correct?

9    A.   Sorry.  Before what?

10    Q.   Let me do it this way:  Would you see
reiterations of internal audit reports such as the
one in front of you prior to it being published?

11    A.   Yes.

12    Q.   Would you be updated by your director on

Page 136

1    the report as it progressed?

2    A.   Yes.

3    Q.   And if there were issues that they
identified that was -- were areas of concern, would
those be brought to your attention?

4    A.   Generally speaking, yes, absolutely.

5    Q.   And you would help give guidance or
direction on how to address those areas of concern,
correct?

6    A.   If -- yeah, if there were.  Generally
speaking, what we would talk about is -- so, if
you -- if you think about, let's maybe look at
anything in Attachment A, we would want to ensure
that the recommendation we're making addresses the
issue and that management's response addresses the
concerns that we have.  So, yes.  I'd be involved
in that process of review and discussion with the
team.

7    Q.   I want you to continue keeping that
open, and I'm going to hand you a couple of
documents.

It's 5 to 12:00.  All right.  So, I
maybe have -- this next sequence is maybe 20
minutes or so, 25 minutes.  Would you -- is it okay

Page 137

1    if we do that now?

2    A.   Yes.

3    Q.   Or are you like dying, ready for a
break?

4    A.   That's fine.

5    Q.   Okay.  So, I will hand you what we have
marked as Domzalski 5.

(WHEREUPON, a certain document was
marked as Walgreens-Domzalski
Exhibit No. 5:  U.S. Code Annotated
Title 21, Sections 801, 812, 821,
823.)

BY MR. MOUGEY:

6    Q.   Sir, what I've put in front of you is
Title 21 United States Code Section 801.  What I
want to direct your attention to -- let's start
with the title, "Congressional findings and
declarations; controlled substances."

Do you see that, sir?

7    A.   Yes.

8    Q.   And, sir, you understand that Walgreens
as a distributor had obligations under federal
statutes?

9    A.   I'm sure I did at the time, yes.

Page 138

1    Q.   Did you understand, sir, under
2  Section 2, "The illegal importation, manufacture,
3  distribution, and possession and improper use of
4  controlled substances have a substantial and
5  detrimental effect on the health and general
6  welfare of the American people."
7       Do you see that section, sir?
8    A.   I do.
9    Q.   Now, sir, as -- when you were at
10  Walgreens for a little over six years as chief
11  director of audit, did you have an understanding
12  that there was an opiate epidemic across the
13  country?
14    A.   I don't honestly recall what I knew
15  specifically regarding the opiate.  But I'm --
16    Q.   I didn't -- go ahead.
17    A.   Issue.  I don't recall what I knew and
18  didn't know at the time.
19    Q.   So, I didn't ask you anything
20  specifically like how many oxycodone Walgreens was
21  distributing in one of our Summit or Cuyahoga
22  Counties in Ohio.
23       What I simply asked is:  Did you have a
24  general understanding during that six years that

Page 139

1  there was an opiate epidemic in the U.S.?
2    A.   My guess is at some point during that
3  tenure I did.
4    Q.   But you don't have any --
5    A.   I can't point to it.
6    Q.   Sorry.  You don't have any independent
7  recollection of information that your group
8  received or gathered about the opiate epidemic in
9  the U.S.?
10    A.   No specific recollection, no.
11    Q.   You don't recall that there was any
12  sense of urgency prior to 2013 wherein your group
13  was asked to review distribution centers because of
14  the opiate epidemic?
15    MR. HOUTZ:  Object to form and foundation.
16  BY THE WITNESS:
17    A.   Can you repeat the question?  I'm not
18  sure I know the question.
19  BY MR. MOUGEY:
20    Q.   Did you have the authority to hire
21  outside legal counsel?
22    A.   I know that certainly the Audit
23  Committee had that authority.  I guess if -- I
24  probably never went through that process, so I

Page 140

1  don't know if I did or didn't.  I didn't.
2    Q.   And if you were concerned -- do you
3  understand what a conflict of interest is?
4    A.   Yes.
5    Q.   And what's your understanding of a
6  conflict of interest?
7    A.   Where there might be an apparent
8  difference or disagreement between one party and
9  another based upon a relationship or...
10    Q.   Did -- so, if you went to the Audit
11  Committee as the chief director of internal audit
12  and asked for an independent and objective analysis
13  of what Walgreens' responsibilities were as a
14  distributor, you could have had the ability to hire
15  outside counsel.
16    MR. HOUTZ:  Object to form, foundation,
17  speculation.
18  BY THE WITNESS:
19    A.   I certainly could have asked the
20  question of our Audit Committee or, you know, yes,
21  absolutely.
22  BY MR. MOUGEY:
23    Q.   I take it you never did?
24    A.   No.  Not to my recollection, no.  But

Page 141

1  I -- I think I would remember that.
2    Q.   Sir, did you have an understanding
3  during your tenure at Walgreens under 2 that the
4  illegal distribution and improper use of controlled
5  substances had a detrimental effect on the health
6  and general welfare of the American people?
7    A.   All I can say I may have.
8    Q.   All right.  I hand you what I've marked
9  as Domzalski 6.
10       (WHEREUPON, a certain document was
11       marked as Walgreens-Domzalski
12       Exhibit No. 6:  U.S. Code Annotated
13       Title 21 C.F.R. Section 1301.74.)
14  BY MR. MOUGEY:
15    Q.   This is Section 1301.74 is one of the
16  applicable regs to Walgreens as a distributor.
17  Okay, sir?
18    A.   Yes.
19    Q.   Now, we have been reviewing document
20  after document this morning referencing regulations
21  and statutes, and Section 1301.74 applies to
22  Walgreens as a distributor.  All right, sir?
23    MR. HOUTZ:  Is that a question or is that a
24  statement?

Page 142

BY MR. MOUGEY:

1  Q.   So, sir, if you'd go to Section B,
2  "The registrant shall design and operate a system
3  to disclose to the registrant suspicious orders of
4  controlled substances."
5      Did I read that first sentence right?
6  A.   Yes.
7  Q.   Were you aware during your tenure at
8  Walgreens that Walgreens was obligated to design
9  and operate a system to disclose to the registrant
10 suspicious orders of controlled substances?
11 A.   I may have been aware.  I don't -- I
12 don't have specific recollection of it.
13 Q.   Now, the internal audit report I have in
14 front of you marked as Domzalski 4, do you believe
15 the scope --
16 A.   Sorry.  4?
17 Q.   Yes, sir.
18 A.   3?  4 is the --
19 Q.   I apologize.  You're right.  It's 3,
20 thank you.  Mr. Domzalski, it's 3.
21 A.   Okay.
22 Q.   The internal audit report as 3, Bates
23 No. 1767, WAGFLDEA, dated November 19, 2010, do you

Page 143

1  have an understanding of whether or not the scope
2  of this audit included a system designed and
3  operated by Walgreens to disclose to it suspicious
4  orders of controlled substances?
5      MR. HOUTZ:  Object to form.
6  BY THE WITNESS:
7  A.   I don't specifically know the answer to
8  that question.
9  BY MR. MOUGEY:
10 Q.   You don't know?
11 A.   No.
12 Q.   So, you're copied on this audit,
13 correct?
14 A.   Um-hmm.
15 Q.   You were part of the audit as part of
16 the drafting process, correct?
17 A.   Correct.
18 Q.   You were part of the approval process
19 before this audit is drafted, correct?
20 A.   Correct.
21 Q.   You reviewed the audit when it was
22 published, correct?
23 A.   Correct.
24 Q.   And you can see in the "Conclusion" that

Page 144

1  "In our opinion, internal controls that ensure
2  compliance with DEA regulations at the Jupiter
3  Distribution Center are operating effectively."
4      Do you see that, sir?
5  A.   I see those words, yeah.
6  Q.   But you don't know by looking at this
7  document whether or not the scope of this audit
8  covered Walgreens' obligation to operate a system
9  to disclose to it suspicious orders of controlled
10 substances?
11 A.   I certainly don't have specific
12 recollection of -- of that, no.
13 Q.   And you don't see a reference in this
14 audit report, a reference anywhere that would tell
15 you whether or not it encompasses Walgreens'
16 obligation to design and operate a system to
17 disclose to the registrant suspicious orders of
18 controlled substances?
19 A.   Let me just -- can I?
20 Q.   Of course.
21 A.   I'm looking through Attachment A.
22     No, I don't see any specific reference
23 in the issues identified, the summary of findings.
24 I'm sorry.  I don't -- I don't -- to be honest with

Page 145

1  you, on page 4 of that Attachment A, there is a
2  reference to an automation of reports and
3  consolidated order system, but clearly no direct
4  correlation.  I don't know if there is or isn't a
5  direct correlation.
6      I would say that, again, the attachment
7  would identify areas of, if we found issues, they
8  would be identified in those -- here, if we didn't
9  find issues, they may not be identified.
10 Q.   But finding issues is kind of important
11 to understand the scope of the audit, right?
12     MR. HOUTZ:  Object to form.
13 BY THE WITNESS:
14 A.   No, no.
15 BY MR. MOUGEY:
16 Q.   No, it's not.  It's not important to
17 understand the scope of the audit?
18 A.   That's not what you said.  You said
19 finding issues is not -- what were your words?
20 Q.   I said finding issues, is it not
21 important to understand the scope of the audit?
22     MR. HOUTZ:  Object to form.
23 BY THE WITNESS:
24 A.   I'm not sure if you're -- yeah, I think

Page 146

1  I'm confused by your words.  The issues we found
2  didn't influence the scope.
3  BY MR. MOUGEY:
4      Q.   Let's go ahead and do it again for you,
5  if you're confused.
6      A.   Yeah.
7      Q.   So, understanding the scope of the audit
8  is important, correct?
9      A.   Yes.
10     Q.   You see on the report, the scope, "The
11 review focused on the internal controls."
12         It's on the second page.  Follow along
13 with me.
14         "The review focused on the internal
15 controls established by Walgreens DCs to ensure
16 compliance with DEA regulation Section 1300 found
17 in Title 21 of the Federal Code of Regulations."
18         Do you see that, sir?
19     A.   I do.
20     Q.   Now, let's go back to Domzalski 6 and do
21 you see, sir, the cite 21 CFR Section 1301.
22     A.   I've gotten 5 and a 7.  Oh, I'm sorry.
23 I'm looking -- which color of the -- orange or
24 white?  They seem to be different.  I'm sorry.

Page 147

1  White?  All right.  Sorry.
2      Q.   The orange.  The orange sticker.  Nope.
3  Am I wrong?  White sticker.
4      A.   I've got it now.  Sorry.
5      Q.   That's okay.  It's confusing.
6          So, you got 6.
7      A.   Yes.
8      Q.   It says 1301.74.  Do you see that, sir?
9      A.   Yes.  Yes, I do.
10     Q.   You see in the scope of the audit, "to
11 ensure compliance with DEA regulation 1300"?
12     A.   Correct.
13     Q.   Okay.  But sitting here, you don't know
14 what reg or all regs in Section 1300 was the scope
15 of the audit.  Do you?
16     A.   No, I do not.
17     Q.   And I don't see anything in specificity
18 in the next sentence, which, "To substantiate
19 compliance with Section 1300, we conducted
20 interviews with DC management, documented the
21 movement of controlled drugs from the receiving
22 dock to the shipping dock, and used an audit
23 testing program that encompasses Section 1300
24 requirements."

Page 148

1      Do you see that, sir?
2      A.   I do.
3      Q.   Does that help you?
4      A.   I don't know the specifics behind the
5  last sentence, last part of the sentence and
6  what -- I can't tell you from reading this what
7  specific areas were related to 1300.
8      Q.   Me either.
9          (Clarification requested by the
10         reporter.)
11     THE WITNESS:  Were related to Section 1300.
12 Sorry.
13 BY MR. MOUGEY:
14     Q.   Me either.  So, as you read the scope,
15 where would you go to better understand what
16 exactly the scope was?
17     A.   You would have to go into the work
18 papers to understand.
19     Q.   The work papers may or may not give us a
20 little bit better understanding of what's included
21 in Section 1300?
22     A.   Yeah.  It would -- yeah, I would think
23 they would.
24     Q.   Let's go on, back to the Domzalski 6,

Page 149

1  21 CFR 1301.74.
2          Do you see that, sir?
3      A.   Yes.
4      Q.   Second sentence says of Section (b),
5  "The registrant shall inform the Field Division
6  Office of the Administration in his area of
7  suspicious orders when discovered by the
8  registrant."
9          Do you see that, sir?
10     A.   Yes.
11     Q.   Now, if we look back at the scope, would
12 you have an understanding of whether or not your
13 group audited whether or not Walgreens was
14 informing the field division office of the
15 administration of orders that were suspicious?
16     A.   I can't tell that from the words that
17 are in the report, no.
18     Q.   Let's read the third sentence.
19         "Suspicious orders include orders of
20 unusual size, orders deviating substantially from a
21 normal pattern, and orders of unusual frequency."
22         Did I read that right?
23     A.   Yes.
24     Q.   Can you tell from the scope on

Page 150

1 Domzalski 3 whether or not your group looked at
2 Walgreens' system to identify suspicious orders for
3 size, frequency or that deviated from a normal
4 pattern?
5    A.   No, you can't tell from reading the
6 scope.
7    Q.   I hand you what we're going to mark as
8 Domzalski 7.
9        (WHEREUPON, a certain document was
10       marked as Walgreens-Domzalski
11       Exhibit No. 7:  9/27/06 letter from
12       U.S. DOJ DEA; MCKMDL00478906 -
13       00478909.)
14 BY MR. MOUGEY:
15   Q.   Now, this is a letter from the U.S.
16 Department of Justice, Drug Enforcement
17 Administration dated September 27, 2006.
18       Do you see that, sir?
19   A.   Yes, I do.
20   Q.   And, sir, in the very first line it
21 says, "This letter is being sent to every
22 commercial entity in the United States registered
23 with the Drug Enforcement Administration to
24 distribute controlled substances."

Page 151

1        Do you see that, sir?
2    A.   Yes.
3    Q.   And, sir, do you have an understanding
4 whether or not that would include Walgreens?
5    A.   Yes.  I would assume it included
6 Walgreens.
7    Q.   Now, do you recall seeing this letter or
8 something similar from the DEA to Walgreens about
9 Walgreens' responsibilities as a distributor?
10   A.   No, I did not see this letter prior to
11 this week.
12   Q.   Did you see this letter in preparation
13 for today?
14   A.   Just -- yes.
15   Q.   Make sure we're clear.  Not just when I
16 put it front of you, but in preparation for your
17 deposition today you saw this document?
18   A.   Yes.
19   Q.   So, let's go through this, if we could.
20       It says, "The purpose of this letter is
21 to reiterate the responsibilities of controlled
22 substance distributors in view of the prescription
23 drug abuse problem our nation currently faces."
24       Do you see that, sir?

Page 152

1    A.   Yes, I do.
2    Q.   So, sir, do you have an understanding
3 that -- strike that.  Let's just go through it.
4        Under "Background," "As each of you is
5 undoubtedly aware, the abuse (non-medical use) of
6 controlled prescription drugs is a serious and
7 growing health problem in this country."
8        Do you see that, sir?
9    A.   Yes.
10   Q.   I'm going to skip to the next paragraph.
11 It says, "The CSA," stands for Controlled Substance
12 Act, "was designed by Congress to combat diversion
13 by providing for a closed system of drug
14 distribution."
15       Let me stop there.
16       Do you have an understanding from your
17 six plus years at Walgreens as chief director of
18 internal audit of what a closed system of drug
19 distribution is?
20   A.   No.  Honestly I don't have a
21 recollection of what that would be.
22   Q.   The sentence goes on, "In which all
23 legitimate handlers of controlled substances must
24 obtain a DEA registration and, as a condition of

Page 153

1 maintaining such registration, must take reasonable
2 steps to ensure that their registration is not
3 being utilized as a source of diversion."
4        Do you see that, sir?
5    A.   Yes.
6    Q.   "Distributors are, of course, one of the
7 key components of the distributor chain.  If the
8 closed system is to function properly as Congress
9 envisioned, distributors must be vigilant in
10 deciding whether a prospective customer can be
11 trusted to deliver controlled substances only for
12 lawful purposes."
13       Okay, sir?  Did I read that right?
14   A.   Yes.
15   Q.   Now, let's -- the first -- the last few
16 sentences of that paragraph that begins with, "The
17 CSA," do you have an understanding of whether or
18 not your group's audit included in its scope
19 reviewing the system designed by Walgreens to
20 fulfill its responsibility to be vigilant when
21 reviewing prospective customers?
22   MR. HOUTZ:  Object to form.  Object to
23 foundation.
24 BY THE WITNESS:

Page 154

1    A.   No, I don't have a recollection of -- of
2  that.
3  BY MR. MOUGEY:
4    Q.   The DEA goes on, it says, "This
5  responsibility is critical, as Congress has
6  expressly declared that the illegal distribution of
7  controlled substances has a substantial and
8  detrimental effect on the health and general
9  welfare of the American people."
10       Do you see that, sir?
11   A.   Yes, I do.
12   Q.   Now, sir, just on what we've read so
13 far, would you have expected Walgreens in its
14 policies and procedures to have taken the
15 information relayed to it by the DEA and
16 incorporate it in the day-to-day operations of its
17 distribution centers?
18   MR. HOUTZ:  Object to form.
19 BY THE WITNESS:
20   A.   Yeah, I would expect that they would
21 take anything they receive from the DEA seriously.
22 BY MR. MOUGEY:
23   Q.   And not just take it seriously, but take
24 it seriously --

Page 155

1    A.   And react to it.
2    Q.   -- and then take their policy and
3  procedure manuals and incorporate that direction
4  from the DEA into its day-to-day manuals, correct?
5    A.   My assumption would be that they would
6  react to it.
7    Q.   And I understand.  We have said it's
8  important and we've said that it's reacting to it,
9  but what I asked was a little bit different.
10       What I asked was:  They would take the
11 direction from the DEA and make sure that that
12 information was included in its policies and
13 procedures, correct?
14   MR. HOUTZ:  Object to form.
15 BY THE WITNESS:
16   A.   Yes, I would expect that.
17 BY MR. MOUGEY:
18   Q.   So, the fact that you expected that,
19 your group was relying on the policies and
20 procedures that Walgreens had in the context of
21 Walgreens' responsibility as a distributor for
22 Schedule II and Schedule III when performing your
23 audit, correct?
24   A.   Yes.

Page 156

1    MR. HOUTZ:  Object to form.
2    THE WITNESS:  I'm sorry.
3  BY THE WITNESS:
4    A.   Yes, and, again, I would say the
5  combination of the policy along with those
6  discussions with legal and with the management
7  team.
8  BY MR. MOUGEY:
9    Q.   Sir, if you turn the page, and you see
10 in the middle the cite to 21 CFR 1301.74.  It's the
11 same section we just read.
12       Do you see that, sir?
13   A.   Sorry.  Where at?
14   Q.   In the middle of the page, the block
15 quote.
16   A.   Yes, yes.
17   Q.   It's the same section of the federal
18 regs that we just reviewed together, right?
19   A.   Yes.
20   Q.   Do you see the sentence that, "It bears
21 emphasis that the foregoing reporting requirement
22 is in addition to, and not in lieu of, the general
23 requirement under 21 U.S.C. Section 823(e)."
24       Do you see that, sir?

Page 157

1    A.   Yes.
2    Q.   The next paragraph, "Thus, in addition
3  to reporting all suspicious orders, a distributor
4  has a statutory responsibility to exercise due
5  diligence to avoid filling suspicious orders."
6        Do you see that, sir?
7    A.   Yes.
8    Q.   All right.  Now, let's stop for a
9  second.
10       Do you have an understanding, just
11 generally, of what due diligence means?
12   A.   Generally, yes.
13   Q.   What is your understanding generally of
14 what due diligence means?
15   A.   Take actions to ensure, perform some
16 kind of review or evaluation.
17   Q.   Let's take it in the context of the
18 internal audit group, your group.  Okay.
19       Your group's due diligence would mean
20 explaining what you've told me today, that when
21 understanding Walgreens' responsibilities as a
22 distributor, you met with distribution center
23 management, correct?
24   A.   Partially, yep.

Highly Confidential - Subject to Further Confidentiality Review

Page 158

1    Q.   And you also met with regulatory and
2  legal, correct?
3    A.   We did.
4    Q.   You also looked at Walgreens' policies
5  and procedure manuals, correct?
6    A.   Correct.
7    Q.   You also performed or interviewed
8  employees at Walgreens, correct?
9    A.   Correct.
10   Q.   And I'm assuming that your group would
11 typically also look at some documentation from
12 Walgreens, correct?
13   A.   Correct.
14   Q.   That's -- that could be referred to as
15 internal audit performing due diligence, correct,
16 sir?
17   A.   Yes.
18   Q.   Yes.  So, in the context here, due
19 diligence wouldn't be a foreign concept in that
20 Walgreens as a distributor has a statutory
21 responsibility to exercise due diligence to avoid
22 filling suspicious orders, right?
23   A.   Say that again.
24   Q.   That you understand the context of due

Page 159

1  diligence in this sentence that Walgreens has a
2  statutory responsibility before it fills suspicious
3  orders to exercise due diligence, correct?
4    A.   Yes.
5    Q.   Now, let's go back to Domzalski 3.  Can
6  you tell me in the scope of this internal audit
7  whether or not your group looked to determine
8  whether or not Walgreens fulfilled its statutory
9  responsibility to exercise due diligence before
10 filling suspicious orders?
11   A.   I can't tell you from the words that are
12 in the audit report, no.
13   Q.   I will hand you what we'll mark as --
14   MR. HOUTZ:  Chris, do you want to do the lunch
15 break?
16   THE WITNESS:  No, let's finish.
17 BY MR. MOUGEY:
18   Q.   I have two more quick documents.  I
19 think I told you I should be 20, 25 minutes.  It
20 should be close.  Okay?  Is that okay?
21   A.   Yes.
22   Q.   Okay.  Thank you.
23   MR. MOUGEY:  I hand you what we are going to
24 mark as Domzalski 8.

Page 160

1    (WHEREUPON, a certain document was
2        marked as Walgreens-Domzalski
3        Exhibit No. 8:  2/7/07 letter from
4        U.S. DOJ DEA; ABDCMDL00269687 -
5        0026960.)
6  BY MR. MOUGEY:
7    Q.   What I want you to do is just --
8        (Clarification requested by the
9        reporter.)
10   MR. MOUGEY:  I'm sorry.
11   MS. SCHUCHARDT:  Counsel, this appears to be
12 an AmerisourceBergen document that's confidential.
13 I have not been apprised that we have given
14 authority to show it to a Walgreens employee.
15   MR. MOUGEY:  I have used this document in
16 about ten depositions at this point.  It's a
17 general form letter sent to every single registrant
18 in the United States, and it's the -- it says right
19 on the first sentence, "This letter is being sent
20 to every commercial entity in the United States
21 registered with the Drug Enforcement Agency to
22 distribute controlled substances."
23   MS. SCHUCHARDT:  Be that as it may, I have an
24 obligation to request if we can give permission.

Page 161

1  Can you use another document in the meantime?
2    MR. MOUGEY:  I don't have access to another
3  document.  Would it be okay with you is if you
4  didn't waive any of your objections and if there is
5  any problem with us, that you have kept all your
6  rights under whatever the privilege or protective
7  order is, that we are not waiving anything by
8  letting us use this today?
9    MS. SCHUCHARDT:  Go ahead.
10   MR. MOUGEY:  Thank you.
11   THE WITNESS:  So, can I just -- I have two --
12   MS. SIBISKI:  Counsel, can I have the Bates
13 number for Exhibit 7 and Exhibit 8.
14   MR. MOUGEY:  Sure.  It's ABDCMDL269687.  It's
15 the February 7, 2007 letter that went to every
16 distributor in the country.
17   MS. SIBISKI:  Okay.  And I also need 7,
18 please.
19   MR. MOUGEY:  MCKMDL00478906.
20   MS. SIBISKI:  Thank you.
21   MR. MOUGEY:  Certainly.
22 BY MR. MOUGEY:
23   Q.   What I want you to just do quickly and
24 see if we can do this without going through each

Highly Confidential - Subject to Further Confidentiality Review

Page 162

1 paragraph.
2      Would you just compare. Generally
3 Exhibits 7 and 8 appear to be very similar or
4 almost identical.
5      A.   Yes, they appear to be -- from what I
6 can tell, yeah, they look pretty similar.
7      Q.   Again, I know you didn't have time to
8 review every single word but they're very similar,
9 correct?
10     A.   They look similar.
11     Q.   So, now, sir, as part of or chief
12 director of internal audit at Walgreens, do you
13 recall seeing this February 7, 2007 letter as part
14 of the -- your group's internal audit of the
15 distribution centers?
16     A.   I don't recall seeing this document.
17     Q.   Just to make sure I'm not missing
18 something, you don't recall in the last two
19 exhibits, 7 and 8, seeing any synopsis or bullets
20 or anything that captures the content in Exhibits 7
21 or 8 when performing the audit, correct?
22     A.   I certainly don't recall that, no.
23     Q.   All right.  Let me hand you what I will
24 mark as Domzalski 9.

Page 163

1      (WHEREUPON, a certain document was
2           marked as Walgreens-Domzalski
3           Exhibit No. 9: 12/27/07 letter
4           from U.S. DOJ DEA; MCKMDL00478910 -
5           00478911.)
6 BY MR. MOUGEY:
7      Q.   Do you see the date on this, sir,
8 December 27, 2007?
9      A.   Yes, I do.
10     Q.   And we've now -- the first sentence,
11 "This letter is being sent to every entity in the
12 United States registered with the Drug Enforcement
13 Administration to manufacture or distribute
14 controlled substances."
15          Correct?
16     A.   Yes.
17     Q.   And your understanding is, again, that
18 would include Walgreens?
19     A.   Yes.
20     Q.   So, we've now seen correspondence from
21 the U.S. Department of Justice DEA from
22 September 27, 2006, February 7, 2007 and then a
23 third letter, December 27, 2007, correct, sir?
24     A.   Yes.

Page 164

1      Q.   So, all within a matter of approximately
2 14 months, 15 months?
3      A.   Yes.
4      Q.   And, again, the second sentence of 9,
5 Exhibit 9, says, "The purpose of this letter is to
6 reiterate the responsibilities of controlled
7 substance manufacturers and distributors to inform
8 DEA of suspicious orders in accordance with 21
9 CFR."
10          Correct?
11     A.   I'm sorry.  I lost you on that.  Where
12 are you at?
13     Q.   The second sentence of the first
14 paragraph.
15     A.   First paragraph.  Okay.
16     Q.   "The purpose of this letter is to
17 reiterate the responsibilities of controlled
18 substance manufacturers and distributors to inform
19 DEA of suspicious orders in accordance with 21 CFR
20 1301.74(b)."
21          Correct?
22     A.   Yes.
23     Q.   Now, just to quickly look over --
24 quickly review this document.

Page 165

1      The second paragraph, do you see the
2 second sentence indicates that DEA regs require all
3 distributors to report suspicious orders of
4 controlled substances, right?
5      A.   Yes.
6      Q.   And I'm assuming the answer to this next
7 question is the same as before, that you can't
8 discern from the internal audit report whether your
9 group's audit covered Walgreens' responsibility to
10 identify suspicious orders, right?
11     A.   No, I cannot recall that.
12     Q.   And --
13     A.   Cannot identify it from the report.
14     Q.   You'll see here -- let's go down to the
15 third paragraph.
16     A.   Yes.
17     Q.   "The regulation also requires the
18 registrant inform the local DEA Division Office of
19 suspicious orders when discovered by the
20 registrant."
21      Sir, is it safe to conclude that you
22 can't tell from looking at this internal audit,
23 meaning Exhibit 3, whether or not the excessive
24 purchase reports or suspicious order reports were

Page 166

1 sent when discovered by Walgreens?
2     A.   No, you can't tell.
3     Q.   And, sir, the next sentence, "Filing a
4 monthly report of completed transactions
5 ('excessive purchase report' or 'high unit
6 purchases') does not meet the regulatory
7 requirement to suspicious orders."
8         There was no -- you can't tell whether
9 or not your group, the internal audit report,
10 analyzed whether or not Walgreens was fulfilling
11 its obligations with the type of reporting it was
12 providing to the DEA?
13     A.   No, I can't tell that.
14     Q.   Sir, if you skip a sentence, the next
15 sentence says, "Registrants must conduct an
16 independent analysis."
17         Do you see where I am?
18     A.   Yes, I do.
19     Q.   "Registrants must conduct an independent
20 analysis of suspicious orders prior to completing a
21 sale to determine whether the controlled substances
22 are likely to be diverted from legitimate
23 channels."
24         Did I read that right?

Page 167

1     A.   Yes, you did.
2     Q.   And you can't tell looking at the scope
3 of the audit in Exhibit 3 whether or not your group
4 determined whether or not Walgreens was conducting
5 an independent analysis of suspicious orders prior
6 to completing the sale, correct, sir?
7     A.   No, I cannot tell that.
8     Q.   If you turn to the second page, sir, the
9 back of it.  The sentence that begins with
10 "Registrants that rely on rigid formulas to define
11 whether an order is suspicious may be failing to
12 detect suspicious orders."
13         Do you see that, sir?
14     A.   Yes, I do.
15     Q.   Sir, is it safe to conclude that we
16 can't tell from the scope of the internal audit
17 report whether or not Walgreens was using a rigid
18 formula to identify suspicious orders?
19     A.   That's correct.  You can't tell.
20     Q.   And if you go to the next paragraph, the
21 second sentence, "Daily, weekly, or monthly reports
22 submitted by a registrant indicating 'excessive
23 purchases' do not comply with the requirement to
24 report suspicious orders, even if the registrant

Page 168

1 calls such reports 'suspicious order reports.'"
2         Is it safe to conclude, sir, that the
3 audit as Exhibit 3, we don't know whether or not
4 your group determined whether the reports were
5 daily, weekly or monthly, correct?
6     A.   Correct.  You can't tell from the words.
7     Q.   Sir, the directors that worked, the five
8 directors that worked for you.
9     A.   Yes.
10     Q.   Just on average, what were their annual
11 salaries?
12     A.   Maybe in the $150,000 range.
13     Q.   150?
14     A.   Base salary.
15     Q.   150,000 range.  I'm assuming yours was
16 more than 150?
17     A.   Yes.
18     Q.   In between 2 and 300?
19     A.   Probably closer to 2.  200,000.
20     Q.   Closer to 2.  So, the five directors
21 that you had performing these audit reports,
22 Walgreens believed in enough, with their expertise
23 and sophistication, that they would make about 150
24 grand, correct?

Page 169

1     A.   Can you repeat the question?  I don't
2 know if I understood it.
3     MR. MOUGEY:  I will tell you what.  Let's stop
4 there for lunch, if that's all right.
5     THE VIDEOGRAPHER:  We are off the record at
6 12:32 p.m.
7         (WHEREUPON, a recess was had
8          from 12:32 to 1:20 p.m.)
9     THE VIDEOGRAPHER:  We are back on the record
10 at 1:20 p.m.
11 BY MR. MOUGEY:
12     Q.   Mr. Domzalski, are there -- is there a
13 shared drive at Walgreens that during your tenure
14 that has a list of all of the different audits that
15 were performed?
16     A.   I don't know if it has a list.  I
17 think -- I think it has probably some folder
18 mechanism that would capture individual audits
19 performed, and I don't recall if it's by year or by
20 area.  I don't remember what the structure of the
21 shared drives would be in.
22     Q.   But it's your recollection, irrespective
23 of the shared drive, that Walgreens has a mechanism
24 to capture what audits were performed and what

Page 170

1 department?

2    A. Yes, absolutely.

3    Q. All right. Do you have an independent

4 recollection of, during your tenure, how many

5 audits were performed on the distribution centers

6 in relation to the Controlled Substance Act

7 Schedule II, Schedule III opiates?

8    A. No, I don't.

9    Q. Let's broaden that out.

10      Do you have any recollection sitting

11 here how many audits were performed on the

12 distribution centers generally?

13    A. No, I do not.

14    Q. Do you have an understanding of the

15 frequency of how often audits were to be performed

16 on distribution centers?

17    A. Not specifically. I would, again, best

18 recollection would be that we would have had them

19 on some kind of rotational basis, but I don't

20 honestly recall what that rotational basis would

21 have been.

22    Q. Do you have -- I'm sorry.

23      Do you have a recollection of just a

24 typical frequency?

Page 171

1    A. No, I don't, especially in the broader

2 picture of the audits, a lot of the audits we were

3 doing, they may have been first-time audits of that

4 specific -- of a specific area. So, it wasn't like

5 all audits were subject to a rotational basis, but

6 I think the -- my expectation would have been that

7 the DC audits would have been on some more formal

8 rotational basis.

9    Q. I'm going to hand you what we're going

10 to mark as Domzalski 10.

11      (WHEREUPON, a certain document was

12      marked as Walgreens-Domzalski

13      Exhibit No. 10: PowerPoint,

14      "Walgreen Co. Controlled Substance

15      Anti-Diversion and Compliance

16      Program"; WAGMDL0000659801 -

17      00659856.)

18 BY MR. MOUGEY:

19    Q. And it's WAGMDL659803. This appears to

20 be a PowerPoint. First page is titled "Walgreen

21 Company Controlled Substance Anti-Diversion and

22 Compliance Program."

23      Do you see that on the first slide?

24    A. Yes, I do.

Page 172

1    Q. It's dated July 17, 2012, and if you

2 see -- you know how sometimes you have PowerPoint

3 and you have talking points below?

4    A. Yes.

5    Q. That's what this appears to be, right?

6    A. Yes.

7    Q. All right. Have you seen this before,

8 just the first -- do you recall?

9    A. No, I don't recall seeing this.

10    Q. So, you'll see the notes that it -- "We

11 want to work with you. We want to cooperate and

12 avoid litigation." It appears to be communication

13 between Walgreens and some regulator.

14      So, where I want to direct your

15 attention is Bates No. 19. On Bates No. 19, under

16 the "Audit program." Do you see that?

17    A. Yes.

18    Q. All right. Now, do you see that the

19 first entrants under "Audit program" is

20 "Mini-audits"?

21    A. Yes.

22    Q. And as you testified earlier,

23 "Distribution center conduct mini-audits in order

24 to ensure that the handling of Schedule II to V

Page 173

1 controlled substance complies with DEA

2 regulations."

3      Do you see that?

4    A. I see that.

5    Q. "The audit reviews registration,

6 security, employee screening, inventory

7 requirements, recordkeeping and reporting."

8      Do you see that?

9    A. Yes, I do.

10    Q. Okay. Now, below that is the "Internal

11 audits," and the internal audit is what you and I

12 were just reviewing under as Exhibit 3. Okay?

13    A. Yes.

14    Q. Now, do you see the reference

15 "Distribution centers undergo more thorough audits

16 every three to five years in order to ensure that

17 the handling of Schedule II to V controlled

18 substances complies with DEA regs"?

19    A. Yes.

20    Q. Does that comport with your general

21 recollection of how frequent the internal audits

22 were conducted on the distribution centers?

23    A. It certainly sounds like a reasonable

24 period of time, yes.

Highly Confidential - Subject to Further Confidentiality Review

Page 174

1  Q.  So, during the time -- do you have --
2  that you were at Walgreens, do you have a
3  recollection, at least up until the end of '14,
4  that there were three distribution centers at
5  Walgreens that handled Schedule II and III opiates?
6  A.  So, I don't remember specific numbers,
7  but I remember there were differentiations between
8  the DCs in terms of what products they handled and
9  that certainly only certain of those DCs handled
10  Schedule --
11  Q.  So -- I'm sorry.
12  A.  Yeah.
13  Q.  At least according to this entry and
14  your general recollection, we should -- we should
15  have in our -- there should have been one or two
16  audits during your tenure of the distribution
17  centers while you were at Walgreens.  Does that
18  make sense?
19  A.  That's --
20  MR. HOUTZ:  Object to form, foundation.
21  BY THE WITNESS:
22  A.  It makes logical sense to me, yes.
23  BY MR. MOUGEY:
24  Q.  Okay.  Who would know that?  Where would

Page 175

1  we go to know for sure?  We have a PowerPoint.  You
2  don't have a specific recollection.  But I think
3  you said that that generally comports with your
4  recollection of three to five years.
5  Where would we know for sure?  Where
6  would we go to look of how frequent the internal
7  audits were of the distribution centers?
8  A.  Probably for sure in the shared drive
9  would be, again, some record of -- I don't know,
10  again, what form you'd have to take, but certainly
11  the data would be there.
12  Q.  All right.
13  A.  I don't know if there is better
14  locations.
15  Q.  Let me broaden that question up.
16  Is there a -- and I apologize because I
17  think you told me this earlier.
18  But what was the catalyst or initiation
19  of an audit where they -- was someone in your
20  group?  Did someone keep track of how often the
21  audits would occur?  Or just tell me what the
22  genesis of an audit was.
23  A.  So, I think there is -- I think you have
24  to look at it, step up to the overall audit

Page 176

1  process.
2  Q.  Okay.
3  A.  Right.  So, every year we created an
4  audit plan that would indicate here are the audits
5  that we're going to perform this year.
6  So, that would have been communicated to
7  the Audit Committee of the board, here's our plan
8  of audits we anticipate performing, and those would
9  be a mixture, as I said, of kind of these ongoing,
10  unique areas.
11  I recall one, the product recall
12  process, right.  How does products -- how do
13  products get recalls, what's the process that we
14  use internally within the stores to pull the
15  product off the shelf during a recall.  So, that
16  would have been a unique audit.  There probably was
17  no rotation for something like that to find.
18  But then, again, on these -- that was my
19  recollection on the DC and the DEA-related
20  activities, we would have done them on a more
21  frequent basis.  So...
22  So, that would have been -- the
23  aggregation of that audit plan would have been
24  based upon, you know, discussions with management,

Page 177

1  discussions with the Audit Committee, et cetera,
2  and the plan was created, presented and executed.
3  Q.  So, it was a plan your team worked on.
4  You approved, took to the Audit Committee,
5  presented it, they approved it and then you all
6  implemented it.  Is that a good recap?
7  A.  That's correct.
8  Q.  So, there should be a document at
9  Walgreens on an annual basis identifying what
10  audits were appearing which year, whether they were
11  unique or on a reoccurring basis?
12  A.  Yes.
13  Q.  Is that fair?
14  A.  I would think there would be some
15  documents somewhere.
16  Q.  All right.  If you would turn to the
17  Bates No. 17.
18  Are you still in communication with
19  anybody in your group that still works at
20  Walgreens?
21  A.  No, I'm not.
22  Q.  Has it been years since you've talked to
23  anybody within?
24  A.  That's still at Walgreens?  Yeah, it's

Page 178

1 probably been years.

2     Q.  Just whether they are there or not,

3 irrespective, do you have a couple of individuals

4 that would know of good command of where that

5 annual plan was for audits, where it would be?

6     A.  I would say whoever is the current head

7 of audit would probably have that --

8     Q.  Okay.

9     A.  -- knowledge. That would probably be

10 the best place to go because I would think they

11 would have some understanding of history in their

12 role. Unless --

13     Q.  Why don't you come down the food chain a

14 little bit.

15     A.  Unless a lot has changed -- yeah, unless

16 a lot has changed --

17     Q.  Why --

18     A.  -- in terms of process there.

19     Q.  I'm sorry. Is there -- was there

20 support staff or anybody there that was in charge

21 of, when you were there, that was in charge of

22 making sure things got in the right place on the

23 shared drive?

24     A.  Generally the team members themselves

Page 179

1 did that. So, these -- again, these were not --

2 these were shared drives so they would pull

3 documents off, put documents on on their own.

4 There was no administrative requirement to manage

5 that process.

6     Q.  Okay. Let's turn, flip to the Bates

7 No. 17, the page before.

8     A.  Yes.

9     Q.  You see at the very last bullet,

10 "Handling Suspicious Drug Orders: CS," controlled

11 substance, "orders that are of unusual size,

12 unusual frequency, or that otherwise deviate from a

13 normal pattern for a store in its category, are

14 flagged as suspicious and generate a Suspicious

15 Control Drug Report."

16     Do you have any recollection,

17 irrespective of going through this internal audit,

18 of your group auditing Walgreens' controlled

19 substance order monitoring policies and procedures?

20     A.  Not directly, no. I think the only

21 place I remember seeing those words, the control

22 drug order report, I think was when I was shown one

23 of these mini-DEA documents in prep. There was a

24 reference I believe to that. But I don't -- I

Page 180

1 don't recall personally from my years there doing

2 anything with that.

3     Q.  What is a -- what's a mini-DEA document?

4     A.  That's so --

5     Q.  The mini-audit?

6     A.  Yeah, the mini-audit. Sorry.

7     Q.  All right. And we're going to go

8 through those in a minute.

9     Now, you're aware that in June of '13

10 Walgreens entered into an agreement with the DEA,

11 Department of Justice, regarding its both

12 distribution and dispensing practices, correct?

13     A.  I certainly became reacquainted or

14 refreshed my memory when we went through the prep

15 session.

16     Q.  Was that -- were you aware in early 2013

17 that there were open investigations into Walgreens'

18 policies and procedures related to its role as a

19 distributor?

20     A.  I don't honestly recall any direct

21 awareness of that. I would likely have been aware

22 given my role, but I can't tell you.

23     Q.  Let's talk about that, just the general

24 practices as you reporting to the Audit Committee.

Page 181

1     So, I'll tell you what. Let's do this.

2     I hand you what we're going to mark as

3 Domzalski 11.

4     (WHEREUPON, a certain document was

5     marked as Walgreens-Domzalski

6     Exhibit No. 11: 7/11/12 Board of

7     Directors meeting minutes;

8     WAG000001 - 000043.)

9 BY MR. MOUGEY:

10     Q.  And this is Bates No. WAG1. The first

11 document is dated Wednesday, July 11, 2012.

12     Do you see that?

13     A.  Yes.

14     Q.  And you have some names and then you

15 have obviously pages and pages of black lines

16 redacted.

17     Do you see that?

18     A.  Yes.

19     Q.  Now, turn to the second page of this

20 document, and you'll see a Mr. Schwartz?

21     A.  Yes.

22     Q.  Do you know who Mr. Schwartz is?

23     A.  Yes.

24     Q.  And who is Mr. Schwartz?

Highly Confidential - Subject to Further Confidentiality Review

Page 182

1    A.   Mr. Schwartz was the Audit Committee
2  chairperson.
3    Q.   Okay.  So, if we go back to the first
4  page, this is a -- appears to be minutes of the
5  meeting of the Board of Directors of Walgreens held
6  at the company's offices in Deerfield.
7        Do you see that?
8    A.   Yes.
9    Q.   And would you get minutes of the Board
10 of Directors meetings?
11   A.   No.
12   Q.   Would you get minutes of the Audit
13 Committee meetings?
14   A.   My -- my assumption is I should have
15 seen the minutes of the Audit Committee, but I
16 don't honestly recall directly whether I saw them.
17       Let me just note.  There is a -- so,
18 Mr. Schwartz was chairman for a portion of the time
19 I was, and then on the first, in the first line
20 there is a reference to Jan Babiak.  Jan became the
21 Audit Committee chair again at some portion of that
22 five and a half years.
23   Q.   What was Mr. Schwartz's background?
24   A.   Mr. Schwartz --

Page 183

1    Q.   If you know.
2    A.   -- was an audit partner.
3    Q.   Okay.  At?
4    A.   Arthur Andersen.
5    Q.   And how about Jan Babiak?
6    A.   An audit partner.
7    Q.   Did you know either of them when you
8  were at Arthur Andersen?
9    A.   No, I did not.  Jan was not at Arthur
10 Andersen.  I think she was at one of the other
11 public accounting firms.
12   Q.   One of the other ones.  All right.
13       Now, these pages don't appear to go --
14 as you can see, we have page 1 and then we have
15 page 6 and page 7, right?
16   A.   Yes.
17   Q.   Most of these documents have been
18 redacted.  The entry on page -- on Bates No. 3, it
19 says, "Mr. Schwartz reported that the Committee in
20 executive session received a report on an ongoing
21 investigation in Florida by the Drug Enforcement
22 Administration."
23       Do you see that?
24   A.   Yes, I do.

Page 184

1    Q.   Now, would you sit in on the Audit
2  Committee meetings?
3    A.   Yes.
4    Q.   And on a regular basis?
5    A.   Yes.
6    Q.   And, so, if there was a report -- let me
7  do it this way.
8        The "Committee" that's referenced on
9  page 3, do you have an understanding of what that
10 is referencing, a "Committee," upper case C?
11   A.   Not from the words on this paper, no.
12   Q.   Okay.  And the previous page, Bates
13 No. 2, refers to meetings of the Audit Committee?
14   A.   Yes.
15   Q.   Do you -- you don't have an
16 understanding of whether or not Audit Committee and
17 Committee were the same or how they were referenced
18 in the meeting -- minute meetings (sic)?
19   A.   I don't recall that Mr. Schwartz was --
20 I don't recall whether or not he was a chair of any
21 of the other committees.  But if -- I guess I would
22 say if you could determine that, whether he was the
23 only -- that's the only committee he chaired, then
24 I would certainly make that assumption.  But I

Page 185

1  don't know that.
2        I will say on the executive session, so,
3  there is a difference between the meeting itself
4  and the executive sessions that occurred.  And, so,
5  the executive sessions included a smaller component
6  of the Audit Committee and so I had, for example, I
7  had a specific executive session with the Audit
8  Committee alone as part of most every meeting.
9  This could have been an executive session that I
10 would not have been included in.
11   Q.   And you're not sure when it says
12 "executive session," that kind of is a term of art
13 and it could have been applicable to a couple
14 different things, whether it was the Executive
15 Committee of the Audit Committee meeting or am I --
16 did I say Executive Committee?
17   A.   Yeah.
18   Q.   I'm sorry.  I meant executive session.
19   A.   Yeah, no, what I'm saying is if you were
20 to look at an Audit Committee agenda.
21   Q.   Right.
22   A.   Generally speaking there was -- again,
23 I'm going to put it in terms of what I remember,
24 which is from my current company.  We would have,

Page 186

1 you know, 12 items on the agenda.
2     The only items that were executive
3 session items would have been the last agenda item,
4 and then those sessions would have been with
5 subsections, whether it was with the internal audit
6 head, whether it was with management or whether it
7 was with the external auditors, who I believe were
8 Deloitte in this case.
9     So, executive sessions happen, generally
10 happen at the end of the meeting and only include
11 certain individuals, not the whole -- not the whole
12 aggregate. So, a general Audit Committee meeting
13 would include members of management --
14     Q.   Okay.
15     A.   -- as well as the Audit Committee.
16     Q.   All right. If you would turn to
17 page Bates No. 13 of this document. It's titled
18 "Audit Committee Meeting, April 9, 2012"; and
19 you'll see your name in the left-hand side about
20 three-quarters of the way down.
21     A.   Yes.
22     Q.   And that comports with your general
23 recollection is that you would be present at least
24 most of the Audit Committee meetings. Fair enough?

Page 187

1     A.   Correct.
2     Q.   And if you turn the page to Bates
3 No. 14, it says, "Company management," excludes
4 "Messrs. Wasson, Crawford and Sabatino, left the
5 meeting." Oh, "other than Messrs. Wasson, Crawford
6 and Sabatino, left meeting. Messrs. Sabatino and
7 Crawford reported on the recent action taken by the
8 Federal Drug Enforcement Agency in Florida,
9 including certain administrative warrants issued to
10 the company. Mr. Sabatino indicated that we
11 continue to cooperate with the agency."
12     Do you see that?
13     A.   Yes, I do.
14     Q.   So, at least by April 9 of 2012, were
15 you aware that there were administrative warrants
16 issued to the company by the DEA?
17     A.   I don't have specific recollection of
18 that. Again, all I can say is given the words
19 here, I did not participate in that discussion.
20 But whether or not somebody brought that to my
21 attention or not, I'm not sure.
22     Q.   Fair enough. When it says "Company
23 management, other than Messrs. Wasson, Crawford and
24 Sabatino," would you be included in the "company

Page 188

1 management"?
2     A.   Yes.
3     Q.   So, you think that, according to this,
4 left the meeting and then there was a report?
5     A.   That's the way I'm reading it.
6     Q.   Is that the way you are reading this?
7     A.   That Mr. Wasson, Mr. Crawford and
8 Mr. Sabatino stayed and the rest of the team was
9 asked to leave.
10     Q.   Can you help me understand why if on a
11 report on the DEA serving administrative warrants
12 on Walgreens, why would that have been given to
13 just a smaller group of the Audit Committee?
14     MR. HOUTZ: Objection; foundation.
15 BY THE WITNESS:
16     A.   I don't know the answer to that.
17 BY MR. MOUGEY:
18     Q.   You don't know. Do you recall being
19 aware that Walgreens was under investigation prior
20 to the June 2013 agreement?
21     A.   No, I don't know. I don't recall that.
22     Q.   Let me make sure I'm -- we're not
23 talking past each other.
24     You don't recall being aware or you

Page 189

1 don't recall being told that there was open
2 investigations into Walgreens by the DEA?
3     A.   I'm not sure I understand the difference
4 between those. I'm not aware -- I was -- I don't
5 have a recollection of being told or being aware.
6     Q.   Do you have any recollection that you
7 were asked not to perform any audits on Walgreens'
8 controlled substance order monitoring policies
9 because of the open investigations?
10     A.   No, I don't recall any --
11     Q.   At any point in time?
12     A.   I don't recall any communications
13 limiting my scope of responsibilities, no, I don't.
14     Q.   Now, I'm confused looking through pieces
15 of this document. If you would go to WAG18, and
16 you see "Compliance Division Update."
17     Do you have an understanding of what the
18 compliance division was?
19     A.   Yes.
20     Q.   What is the compliance division?
21     A.   There was a -- the company had a chief
22 compliance officer, and she was the leader of the
23 company's compliance organization.
24     Q.   And would you be -- was that part of the

Page 190

1  Audit Committee?
2      A.  Was it part of the Audit Committee?
3  Would this have been communicated, is that --
4      Q.  Well, partially.  That's kind of a
5  second question.  But if you look at the previous
6  page, Bates No. 17, there is a signature line,
7  right, kind of appears that it's the end, Bates
8  No. 17.  Appears to be the end of a document.
9      A.  Yes.
10     Q.  Okay.  And then you turn to page 18, and
11 it just has "Compliance Division Update" at the
12 top, right?
13     A.  Yes.
14     Q.  And --
15     MR. HOUTZ:  I'll also note that at the bottom
16 it says page 48 out of 112.  So, apparently there
17 are 47 pages in front of this that we are not
18 seeing.
19     MR. MOUGEY:  I think that's accurate all the
20 way through this document.  We have bits and pieces
21 of documents, which it's hard to discern what's
22 what.  It's impossible.
23 BY MR. MOUGEY:
24     Q.  So, Bates No. 18.  Can you tell me

Page 191

1  whether or not that was -- the compliance division
2  update was part of the broader board meeting or was
3  it a committee, do you have any idea or
4  understanding?
5      A.  No, I don't know whether this was --
6  would have been part of the Audit Committee or the
7  general board.
8      Q.  All right.  The use of the word
9  "division," does that help you any, whether that's
10 a piece of a broader committee or --
11     A.  This -- the way I would read this is
12 that this was the update provided by that group to
13 some component of the board.
14     Q.  Okay.  But we don't -- sitting here
15 today, you don't know who or what?
16     A.  Well, I know who the -- when you say
17 "who."
18     Q.  Other than the head of the compliance?
19     A.  Yeah, yeah.
20     Q.  When I said who or what, I meant as far
21 as members of the board or whether the Audit
22 Committee was there?
23     A.  Right, right.
24     Q.  So, Bates No. 19, you see the

Page 192

1  "Compliance Division Update"?
2      A.  Yes.
3      Q.  And it was updating, to whom we really
4  are not sure, but regarding the Walgreens
5  compliance initiatives as related to a 2011
6  agreement with the DEA.
7      Do you see that?
8      A.  Yes, I do.
9      Q.  As part -- or chief director of audit,
10 do you think it would have been important for you
11 to know that there were open investigations into
12 Walgreens' distribution centers related to its
13 federal responsibilities?
14     A.  Yes, I do.
15     Q.  And if you would have known that there
16 were ongoing investigations, would you have had a
17 practice just at Walgreens in general of what you
18 would have done with that information?
19     MR. HOUTZ:  Object to form.
20 BY THE WITNESS:
21     A.  Can you repeat the question?
22 BY MR. MOUGEY:
23     Q.  Sure.  You testified that you don't
24 recall knowing whether there were investigations or

Page 193

1  not, right?
2      A.  Correct.
3      Q.  So, whether it's Walgreens controlled
4  substance or any type of investigation, if you
5  would have found out that there were open
6  investigations in your role as chief director of
7  audit, how would you have used that information?
8      MR. HOUTZ:  Object to form.
9  BY THE WITNESS:
10     A.  I guess I can assume I would have
11 probably had discussions with the leadership of the
12 team responsible for that given area to understand
13 more about what was happening.
14 BY MR. MOUGEY:
15     Q.  So, if you were advised that Walgreens
16 was under investigation, no matter what department,
17 would it have been your practice to contact the
18 leadership of that department to find out more
19 information?
20     A.  Yeah, either -- yeah, we -- I generally
21 met with all of the CEO's, probably all of the
22 CEO's direct reports on a quarterly basis.  So,
23 whether it would have happened in the normal course
24 of day to day or in that kind of a discussion, yes.

Page 194

1    Q.    Now, when you said the CEOs, all of the
2 CEOs, CEOs of different lines of business?
3    A.    No. I'm sorry. Of Greg Wasson's direct
4 reports.
5    Q.    Okay. Greg Wasson being the CEO, all of
6 his direct reports?
7    A.    Correct.
8    Q.    Okay. And that would -- the fact that
9 Walgreens was under investigation in a particular,
10 would you call it group or division?
11    A.    Yeah, business unit, division, whatever,
12 yep.
13    Q.    That would have been part of your
14 regular discussion with the CEO's direct reports of
15 each division?
16    A.    Well, certainly if I became aware of it.
17    Q.    What I'm asking is a little different.
18    A.    Okay.
19    Q.    Would you expect that the division
20 heads, direct reports to the CEO, would have
21 notified you during those meetings if their
22 division was under investigation by a regulatory
23 body?
24    A.    I would have hoped so.

Page 195

1    Q.    Okay. And then once you were given that
2 information by one of the division heads, what
3 was -- did you have a practice of what you would do
4 with that information?
5    A.    Probably depended on what it was.
6    Q.    Walk me through the different kind of
7 decision tree of what you would do once finding out
8 that a division of Walgreens was under
9 investigation.
10    A.    I probably would have spoken with legal
11 as well as the area of focus to understand what
12 actions were being taking place -- or were taking
13 place to determine whether or not there were
14 issues, underlying issues. It could have certainly
15 influenced an audit plan.
16    Q.    Meaning that --
17    A.    Yeah.
18    Q.    -- if there were significant regulatory
19 issues, it may have warranted an audit of that
20 specific division or piece thereof?
21    A.    Correct.
22    Q.    Did you review the settlement agreement
23 or the MOA, Memorandum of Agreement, with the DEA
24 as preparation for your testimony today?

Page 196

1    A.    No, I did not.
2    Q.    Have you ever read that document in
3 total?
4    A.    I don't -- I'm not -- I don't recall.
5 No, I don't know.
6    Q.    Let me hand you what we'll mark as -- I
7 don't want you to put these committee meetings away
8 in front of you -- as Domzalski 12.
9            (WHEREUPON, a certain document was
10           marked as Walgreens-Domzalski
11           Exhibit No. 12: Binder of
12           documents beginning with Settlement
13           and Memorandum of Agreement;
14           P-WAG-0001.)
15 BY MR. MOUGEY:
16    Q.    Exhibit 12. Do you see the top of the
17 first page, "Settlement and Memorandum of
18 Agreement"?
19    A.    Yes.
20    Q.    And you see the page numbers at the very
21 bottom of the page, Bates 1 of 349?
22    A.    Yes.
23    Q.    And the first page of this document is
24 WAGMDL490963.

Page 197

1            So, we have paragraphs 1, 2, 3, 4, 5 and
2 6 on the first page. Okay?
3    A.    Yes.
4    Q.    Do you see that paragraph 3 references
5 an April 7, 2011 settlement agreement with the DEA
6 as Appendix A.
7            Do you see that?
8    A.    Yes.
9    Q.    And Append -- I'm sorry. Paragraph 4
10 references, "Walgreens' Jupiter distribution center
11 as registered with the DEA."
12            And in paragraph 5, that there was an
13 Order to Show Cause and Immediate Suspension on
14 that Jupiter distribution center, and that's
15 referred to as Appendix B, B as in boy.
16            Do you see that?
17    A.    Yes.
18    Q.    All right. And then paragraph 6, and on
19 the next page 7, 8, 9 and 10, do you see how
20 they're all referencing Appendix C, as in cat?
21    A.    Yes.
22    Q.    And that each paragraph, 6, 7 and 8, all
23 appear to reference different Walgreens store
24 numbers?

Page 198

1   A.  Yes.

2   Q.  Let's turn back to page 13 -- I'm going

3 to switch documents on you -- on Exhibit 11, back

4 to the meeting minutes.

5      And this is the meeting minute of the

6 Audit Committee dated April 9, 2012. It has your

7 name on it, right?

8   A.  Yes. Yes.

9   Q.  And then if we flip the page, the only

10 section that's not redacted is a section updating

11 certain members on administrative warrants from the

12 DEA in Florida, right?

13   A.  Yes.

14   Q.  Now, let's go back to Exhibit 12, the

15 settlement agreement, the door stopper.

16   A.  Okay.

17   Q.  Now, you'll -- would you agree with me

18 that Exhibit -- I'm sorry -- yeah, Exhibits 4, 5

19 and 6 -- I'm sorry. I will do it this way --

20 paragraphs 4, 5, 6, 7, 8 and 9 represent or

21 identify several different Walgreens pharmacies and

22 one distribution center?

23   A.  Yes.

24   Q.  Would you agree that several

Page 199

1 investigations into several Walgreens pharmacies

2 and one distribution center was a large-scale

3 investigation by the Federal Government into

4 Walgreens?

5   MR. HOUTZ: Object to form.

6 BY THE WITNESS:

7   A.  I mean, it was exactly what you

8 described, four -- five -- four stores out of

9 whatever, 7,500 stores, and one distribution

10 center. Your words are "large." Yeah, it was

11 certainly more than one.

12 BY MR. MOUGEY:

13   Q.  In the -- let's look at where the stores

14 are as opposed to the 7,500 number. So, let's just

15 start with paragraph 6, and you'll see in the

16 right-hand side, 03629, Hudson, Florida.

17      Do you see that?

18   A.  Yes.

19   Q.  04727, Fort Pierce, Florida, correct?

20   A.  Yes.

21   Q.  Same paragraph.

22   A.  Yes.

23   Q.  Paragraph 6, 4727 in Fort Pierce,

24 Florida?

Page 200

1   A.  Yes.

2   Q.  Turn the page to page 2 of 349.

3      06997, Oveido, Florida?

4   A.  Yes.

5   Q.  All referencing see Appendix C, correct?

6   A.  Yes.

7   Q.  So, that's three floors -- three stores,

8 I'm sorry, in central and southern Florida,

9 correct?

10   A.  It's three stores in Florida. I don't

11 know where they're at, but yes.

12   Q.  7, paragraph 7, 03836. Do you see that?

13   A.  Yes.

14   Q.  Referencing Port Richey, Florida?

15   A.  Yes.

16   Q.  Paragraph 8, 04391, Fort Pierce,

17 Florida?

18   A.  Yes.

19   Q.  And paragraph 9, 03099, Fort Myers,

20 Florida?

21   A.  Yes.

22   Q.  And paragraph 10, "On February 23, 2013,

23 the ALJ consolidated the seven cases into one

24 consolidated proceeding that was scheduled for an

Page 201

1 administrative hearing."

2      Do you see that, sir?

3   A.  Yes, I do.

4   Q.  And if you go back to paragraph 5, the

5 references to the Jupiter distribution center,

6 which is one of three Walgreens distribution

7 locations in the United States that distributed

8 Schedule II and Schedule III narcotics, correct?

9   A.  It was one that did. Again, I don't

10 remember how many did, but yes. It was one that

11 did.

12   Q.  There was a few from Walgreens, correct,

13 sir?

14   A.  Yes.

15   Q.  So, one out of a few and seven stores --

16 six stores in Florida, correct?

17   A.  Yes.

18   Q.  If you would, start with Exhibit A. You

19 can turn to the tab of this document, and in the

20 middle of the page is page 18 of 349.

21   A.  Yes.

22   Q.  We added page numbers to make it easier

23 because they weren't successive. So, 18 of 349.

24 Okay?

Page 202

1    A.   Yes.
2    Q.   And then turn to 18 of -- I'm sorry --
3  19 of 349 and it's titled "Administrative
4  Memorandum of Agreement."
5        Do you see that, sir?
6    A.   Yes.
7    Q.   And that is -- was entered on
8  September 30, 2009, correct?
9    A.   Yes.
10   Q.   Within six weeks, two months of you
11 beginning at Walgreens, correct, sir?
12   A.   Yes.
13   Q.   If memory serves me correctly, you
14 started in approximately November of 2009, correct?
15   A.   November.
16   Q.   The agreement that Walgreens entered
17 into with the DEA was over Walgreens' dispensing
18 practices in a California store in San Diego, sir.
19 Do you see that?
20   A.   Yes.
21   Q.   And it lists three general categories,
22 dispense -- and I'm on -- do you see "The OTSC
23 alleged," Order to Show Cause, "alleged that
24 Walgreens," it says, "06094"?

Page 203

1    A.   Yes.
2    Q.   "Dispensed controlled substances to
3  individuals based on purported prescriptions issued
4  by physicians who were not licensed to practice
5  medicine in Florida."
6        Do you see that?
7    A.   In California.  Yes.
8    Q.   I'm sorry.  Thank you.  In California.
9  Do you see that?
10   A.   Yes.
11   Q.   Now, sir, you mentioned recalled
12 products earlier in one of your maybe unique
13 audits, correct?
14   A.   Correct.
15   Q.   And that you might be asked to come in
16 if there is a product recall, to make sure the
17 systems and policies and procedures were in place
18 at Walgreens to make sure if there is a product
19 recall that the products are efficiently taken off
20 the shelves, right?
21   A.   And effectively, yes.
22   Q.   Otherwise you can have customers at
23 Walgreens that are taking a product that was
24 recalled and potentially hurting themselves,

Page 204

1  correct?
2    A.   Yes.
3    Q.   And, so, do you recall when you began at
4  Walgreens in November of '09 Walgreens coming to
5  the audit department, similar to a product recall,
6  and asking you to audit Walgreens dispensing
7  practices to make sure that the policies and
8  procedures in place would identify prescriptions by
9  physicians who weren't licensed in that state?
10   A.   No, I don't recall that.
11   Q.   Now, your group had the capability to
12 come in and audit Walgreens' policies and
13 procedures in a given division and make sure that
14 there were -- there was a process in place to
15 identify potential issues with, for example,
16 dispensing prescriptions written by physicians that
17 weren't licensed in that state, right?
18       MR. HOUTZ:  Object to form.
19 BY THE WITNESS:
20   A.   Yes.
21 BY MR. MOUGEY:
22   Q.   That would be something like just a
23 general category of a topic that your group could
24 help find a solution to that problem, right?

Page 205

1    A.   Or could certainly look at it, yeah.
2    Q.   And, No. 2, "Dispensed controlled
3  substances to individuals located in California
4  based on Internet prescriptions issued by
5  physicians for other than a legitimate medical
6  purpose and/or outside the usual course of
7  professional practice in violation of federal and
8  state law."
9        Did I read that right?
10   A.   Yes, you did.
11   Q.   Now, your group could have audited
12 Walgreens' policies and procedures to identify
13 patients who were attempting to fill prescriptions
14 based on a physician's -- a physician located in
15 another state, correct?
16   A.   Yeah, for a physician located in another
17 state, yes.
18   Q.   Yes, sir.  And you don't recall your
19 group ever being brought in to audit or analyze
20 Walgreens' policies and procedures related to
21 prescriptions from Internet physicians, correct?
22   A.   No, I don't recall that.
23   Q.   No. 3, "Dispensed controlled substances
24 to individuals that knew or should have known were

Highly Confidential - Subject to Further Confidentiality Review

Page 206

1 diverting controlled substances."
2    And that's a pretty general category.
3 It doesn't give you too much direction what it
4 encompasses, right?
5    A.   Yes.
6    Q.   Now, if you flip to page 21 of 349,
7 you'll see in paragraphs D, E, F and G and then
8 continuing H, I, J, K, direction from the DEA that
9 Walgreens agreed to that it would implement going
10 forward, correct?
11    A.   Let me just take a look.
12    So, can you repeat the question?
13    Q.   Of course.  What you're looking through
14 on page 21 and 22 of 349 are examples of areas
15 within Walgreens' dispensing practices that your
16 group could have been called upon to analyze the
17 policies and procedures to make sure that these
18 problem areas were corrected, correct, sir?
19    A.   Yes, that would be correct.
20    Q.   And you don't recall at any point in
21 time internal audit being asked to analyze
22 Walgreens' policies and procedures in response to
23 the information on page 21 of 22 of the Memorandum
24 of Agreement, correct, sir?

Page 207

1    A.   I don't recall any specific requests
2 from management to do that, no.
3    Q.   If you'd look at Exhibit B, sir, which
4 is on page 28 of 349.
5    A.   Yes.
6    Q.   Exhibit B is the Order to Show Cause and
7 Immediate Suspension of Registration.
8    Do you see that, sir?
9    A.   Yes, I do.
10    Q.   Now, and under paragraph 1 that the
11 Immediate Suspension of Registration under
12 paragraph 1 refers to the Jupiter distribution
13 center, the same one we were discussing on the
14 first page, correct, sir?
15    A.   Yes.
16    Q.   And paragraph 4 on page 29 of 349 that
17 "Since 2009, Walgreens' Jupiter, Florida
18 Distribution Center has been the single largest
19 distributor of oxycodone products in Florida."
20    Do you see that, sir?
21    A.   Yes.
22    Q.   "At about the same time as the abuse of
23 prescription drugs became an epidemic in Florida."
24    Did I read that right?

Page 208

1    A.   Yes.
2    Q.   "Walgreens' Florida retail pharmacies,
3 supplied by Respondent, commanded an increasingly
4 large percentage of the state's oxycodone business.
5 In 2010, only three Walgreens retail pharmacies
6 were in the top 100 purchasers of oxycodone within
7 Florida.  In 2011, 38 Walgreens pharmacies made the
8 top 100 and six were in the top 10."
9    Do you see that, sir?
10    A.   Yes.
11    Q.   Now, if you turn to the next page,
12 page 30 of 349, those six pharmacies are
13 identified.
14    Do you see at the top of the page it
15 says "Oxycodone Purchases by Dosage Unit" and it
16 has the years '09, '10 and '11.
17    Do you see that, sir?
18    A.   Yes, I do.
19    Q.   And the six addresses, store locations,
20 1, 2, 3, 4, 5, 6.  Do you see that, sir?
21    A.   Yes, I do.
22    Q.   Just look at them one by one, and I want
23 you to help me compare.  You're the CPA, so you can
24 help me with the math here.

Page 209

1    2009 to 2011, the oxycodone by dosage
2 unit for Hudson goes from 388,000 to 2.2 million
3 dosage units over the course of a year or two,
4 correct?
5    A.   Correct.
6    Q.   And that is an increase of over 500%,
7 correct, sir?
8    A.   Correct.
9    Q.   And Store No. 2, 95,800 dosage units, in
10 2011, 2.1 million, correct?
11    A.   Correct.
12    Q.   An increase of over 2,000%, correct,
13 sir?
14    A.   Correct.
15    Q.   Store 3, 80,900 to 1.684 million,
16 another increase of approximately 2,000%, correct,
17 sir?
18    A.   Correct.
19    Q.   2009, No. 4, 344,000 to 1.4 million,
20 correct, sir?
21    A.   Correct.
22    Q.   Another increase of a little less than
23 500%, correct, sir?
24    A.   Correct.

Page 210

1    Q.   Store No. 5, 250,000 to 1.3 million,
2  about again 550%, correct, increase?
3    A.   Correct.
4    Q.   Store No. 6, 153,000 to 1.19 million, an
5  increase of approximately 650% roughly, correct?
6    A.   Correct.
7    Q.   Now, '09, '10, and '11, you were at
8  Walgreens as director of its audit unit, correct?
9    A.   Correct.
10   Q.   Now, we looked at an audit of the
11 Jupiter distribution center in 2010.  I believe it
12 was Exhibit 3, correct?
13   A.   Correct.
14   Q.   Now, the Jupiter distribution center you
15 understand is in Florida, correct?
16   A.   Yes.
17   Q.   And do you understand that that Jupiter
18 distribution center services Walgreens stores in
19 Florida, correct?
20   A.   Yes.
21   Q.   Up and down the eastern seaboard,
22 correct?
23   A.   Yes.
24   Q.   And even into states such as Ohio,

Page 211

1  correct?  You don't know?
2    A.   That I -- no.
3    Q.   Now, you would expect your group, when
4  you're being asked to perform an audit on this
5  Jupiter distribution center and looking to see if
6  Jupiter complies with federal statutes and regs,
7  that your group would have been apprised at the
8  increasing percentages that we just reviewed in
9  these six stores serviced by Jupiter, correct, sir?
10       MR. HOUTZ:  Object to form.
11 BY THE WITNESS:
12   A.   I don't know what specific procedures
13 were reviewed to look at increases, and I also
14 don't know what time frame they looked at in 2010.
15 So, the audit was completed in 2010.
16       I don't know if they were looking at --
17 usually you pick a period of time that your audit
18 period goes through and that's the time frame that
19 you would be looking at information related to.  I
20 don't -- I don't know that looking at the document
21 we reviewed.
22 BY MR. MOUGEY:
23   Q.   Sir, but the question I asked you was:
24 You would expect your group, when being asked to

Page 212

1  perform an audit on the Jupiter distribution
2  center, that if the number of oxycodone dosage
3  units was increasing at a rate that was
4  questionable, that your group would have been made
5  aware of that issue, correct, sir?
6        MR. HOUTZ:  Object to form.
7  BY THE WITNESS:
8    A.   I don't know what they would have been
9  made aware of.  Depends on what the local
10 management or even upper management was
11 communicating.
12 BY MR. MOUGEY:
13   Q.   And that's what my question is.
14       My question is:  When you were
15 performing your audit, your group, and it was
16 interviewing distribution center management as part
17 of the process, correct?
18   A.   Correct.
19   Q.   You would have expected distribution
20 center management to relay to your team material
21 increases in highly addictive pills like oxycodone,
22 correct?
23   A.   I don't know if I can answer that.  I
24 don't know -- perhaps if we asked a very specific

Page 213

1  question, then they would have answered that.  I
2  don't know if they would have -- I don't know
3  whether this would have been an area of focus that
4  they would have automatically said you should be
5  aware of this.  I don't know that.
6    Q.   When you said "if they would ask a
7  really specific question," do you mean your --
8    A.   If my --
9    Q.   -- your internal audit group?
10   A.   Right.
11   Q.   I mean, your internal audit group, and
12 I'm sorry, just the -- you recall the game Pin the
13 Tail on the Donkey, right, from when we were kids
14 or when you had your kids, or whatever, right?
15   A.   Um-hmm.
16   Q.   So, you don't expect your internal audit
17 group to play Pin the Tail on the Donkey and just
18 kind of guess which questions to ask, correct?
19   A.   Correct.
20   Q.   I mean, you would expect -- the question
21 is:  Is management from the distribution centers to
22 alert your audit team of issues of concern,
23 correct?
24       MR. HOUTZ:  Object to form.

Page 214

BY THE WITNESS:

1    A.   I would hope that as part of the audit,
2 if the distribution center management had concerns,
3 that they would have raised them to the auditors.
4 BY MR. MOUGEY:
5    Q.   And without that information or the
6 questions raised by possible material increases in
7 dispensing of oxycodone and distribution from the
8 Jupiter center, your team wouldn't necessarily know
9 to go look at it, correct, sir?
10   A.   Not to my knowledge, no.
11   Q.   Let's go back to these minutes of the
12 Board of Directors, and I'd like you to turn to
13 page 19.
14       Again, it's titled "Compliance Division
15 Update 2012," right?
16   A.   Yes.
17   Q.   And do you see below on Bates No. 19,
18 "The following are ongoing Company compliance
19 initiatives (none of which currently represent
20 material risk to the Company)."  Right?
21   A.   Yes.
22   Q.   Now, the "Controlled Substances"
23 references that April 2011 Memorandum of Agreement

Page 215

1 with the Drug Enforcement Agency.
2        Do you see that?
3    A.   Yes.
4    Q.   And "As part of the MOA, the Company
5 updated its DEA compliance program and retained
6 pharmacy employees with respect to good faith
7 dispensing and fraudulent prescriptions."
8        Do you see that, sir?
9    A.   Yes.
10   Q.   Now, do you recall that your group was
11 ever brought in to audit the validity of the
12 updated DEA compliance program and the retraining
13 of pharmacy employees with respect to good faith
14 dispensing?
15   MR. HOUTZ:  Object to form.
16 BY THE WITNESS:
17   A.   No, I do not recall that that was a
18 request.
19 BY MR. MOUGEY:
20   Q.   On the right-hand side, in the middle of
21 the paragraph, continues, "In April 2012, the DEA
22 visited six stores and one distribution center in
23 Florida and served administrative warrants and
24 requested records."

Page 216

1        Do you see that, sir?
2    A.   Yes.
3    Q.   Again, no request for your group to come
4 in and perform an audit testing the validity of
5 Walgreens' compliance -- I'm sorry -- policies and
6 procedures with the federal statutes and regs
7 overseeing Walgreens' responsibilities as a
8 distributor, correct, sir?
9    MR. HOUTZ:  Object to form.
10 BY THE WITNESS:
11   A.   Correct.
12 BY MR. MOUGEY:
13   Q.   If you turn -- bear with me.
14       "Focus on Compliance" -- I'm sorry.  I'm
15 on the next page.  Page 20.
16       Well, let's do it this way.
17       You don't recall being contacted or
18 asked by the -- anyone at Walgreens to perform an
19 audit of distribution centers policies and
20 procedures as it related to their suspicious order
21 monitoring program that complied with the DEA
22 statutes and regulations, correct?
23   A.   I don't recall any such request, no.
24   Q.   Now, since this morning, and tell me if

Page 217

1 I'm mistaken, I think you've told me that your
2 group, two of the ways that it educated itself was
3 to interview distribution center management,
4 correct?
5    A.   Correct.
6    Q.   And the other was the regulation and
7 law, correct?
8    A.   Yeah, the legal team.
9    Q.   Legal team.  Thank you.
10   A.   Yeah.
11   Q.   And, now, help me to understand why did
12 your group go to the distribution centers to gather
13 information on federal requirements under the
14 Controlled Substance Act?
15   A.   Well, I think -- I think it was kind of
16 probably a group session so that there was an
17 understanding of, you know, questions could be
18 asked from a legal perspective and then in the
19 same -- at the same time cover it with the
20 distribution center team.
21       I don't know that there was
22 individual -- again, don't have that level of
23 recollection as to separate meetings or a group
24 meeting.

Page 218

1    Q.   Why -- who would have made the decision
2  that distribution center management would have had
3  the best command of policies and procedures as it
4  relates to Walgreens' obligations under federal
5  regulations and statutes?
6    MR. HOUTZ:  Object to form, foundation.
7  BY THE WITNESS:
8    A.   Yeah, I don't think that -- I would say
9  that legal would have a better understanding of the
10 requirements, and that's why we involved them in
11 the process.
12 BY MR. MOUGEY:
13   Q.   Fair question.  Let me ask that question
14 a little different.
15        So, outside of legal, would you -- who
16 would you have asked that would have given you
17 direction that the distribution centers would have
18 had the best command of Walgreens' policies and
19 procedures?
20   MR. HOUTZ:  Object to form.
21 BY THE WITNESS:
22   A.   I'm not sure I understand.
23 BY MR. MOUGEY:
24   Q.   Still.  Okay.  Bad question?

Page 219

1        All right.  So, let's do it this way.
2        Suspicious order monitoring policy,
3  those three letters that we went in from the DEA
4  earlier on size, frequency and orders that deviate
5  from a normal pattern, right?
6        So, would you have expected Walgreens to
7  give you some direction about who the right group
8  was to go interview to gather that information?
9    MR. HOUTZ:  Object to form.
10 BY THE WITNESS:
11   A.   There very well could have been
12 discussions with like the pharmacy organization --
13 there was -- I forget.  Again, this is a long time
14 ago.
15        But I feel like there were people within
16 the pharmacy organization under Kermit Crawford's,
17 you know, leadership that would have had
18 responsibility for defining some of those
19 requirements.  I just don't remember the names of
20 the groups or teams.
21 BY MR. MOUGEY:
22   Q.   So, but Kermit Crawford's group was the
23 pharmacy --
24   A.   The pharmacy --

Page 220

1    Q.   -- operations?
2    A.   -- business, correct.
3    Q.   And I'm specifically referring to
4  Walgreens' obligations as a distributor under
5  federal statutes and regs.  Okay?
6    A.   Um-hmm.
7    Q.   Do you know why your group would have
8  went to the distribution team management to ask
9  them about Walgreens' obligations as a distributor?
10   MR. HOUTZ:  Object; misstates testimony.
11 BY THE WITNESS:
12   A.   Yeah, I think -- I think what I said
13 was -- again, I don't have specific recollection of
14 the meetings.  But I recall that there was, you
15 know -- that the idea was to speak with both legal
16 and the DC management team in terms of identifying
17 what areas we were -- would focus on.  So, it was a
18 combination of those people.
19   MR. MOUGEY:  If we can just take a few-minute
20 break, that would be great.  Thanks.
21   THE VIDEOGRAPHER:  We are off the record at
22 2:20 p.m.
23        (WHEREUPON, a recess was had
24          from 2:20 to 2:52 p.m.)

Page 221

1    THE VIDEOGRAPHER:  We are back on the record
2  at 2:52 p.m.
3    MR. MOUGEY:  Mr. Domzalski, thank you for your
4  time today.  I don't have any further questions.
5        I just want it on the record that when I
6  walked in this morning, Walgreens' counsel informed
7  me that you had the health issue.  We were not
8  informed prior to today, as you stated on the
9  record, that the health issues were cognitive,
10 memory impairment.
11        And I said something at the break that
12 this is the second witness in a row that Walgreens
13 has opened a deposition with a witness having
14 health issues that affected memory.  In neither
15 case was I notified before the deposition.
16        So, I have brought three folks,
17 including myself here, shipped documents and
18 prepared for your deposition today, for the second
19 deposition in a row only to find out that the
20 witness has memory issues that the Walgreens
21 counsel knew about days, if not a week, beforehand.
22        To make matters worse, I believe that
23 either we haven't received audits or they
24 weren't -- they weren't conducted and that the

Page 222

1 working papers behind the -- I mean, to me, quite
2 frankly, would appear to be a book report audit
3 without any of the supporting documents that my
4 junior in high school could have conducted.
5     I don't have any of the backup for any
6 of those audits, and I could stand corrected, but
7 we have been unable to locate them.
8     And the third issue is the manual cited
9 in some of the audits. Walgreens has confirmed
10 that we have had all the audits for months -- I'm
11 sorry -- all the manuals for months, and we don't
12 believe that we have one of the audits that we just
13 found as cited in one of the -- I'm sorry -- one of
14 the manuals cited in the audit.
15     So, for those reasons we are going to go
16 back to Special Master Cohen, have a -- have the
17 Court reset this depo with a witness that we can
18 have some reliability as to their recollection of
19 the testimony so I don't get to trial and have the
20 testimony unwound and undermined.
21     This is, like I said -- Les, you seem to
22 be one of the easier guys to get along with here,
23 but I am very disappointed that this issue was
24 known to you and your team a few days ago, a week

Page 223

1 ago, and nobody notified us, just as a professional
2 courtesy.
3     Last week -- what is today, Thursday?
4 What day was Lanzetti? Monday?
5     So, Monday to Thursday, two witnesses in
6 a row have opened with statements about health
7 issues impacting their memory.
8     And I'm sorry. I hope that doesn't -- I
9 feel bad for you. You and I aren't that far apart
10 in age. But just out of a professional courtesy,
11 we could have had the chance to redo this. We
12 might not have even have had to take your time
13 today. We could have another witness still at
14 Walgreens to replace this.
15     I can't tell you how frustrated I am.
16 For those reasons, we will hash this out later.
17     MR. HOUTZ: Your objections and issues are on
18 the record. If you think there are documents that
19 haven't been produced, send us a letter identifying
20 what it is you're looking for and we'll look into
21 it.
22     MR. MOUGEY: I will. Thank you. Thank you
23 for your time.
24     MR. HOUTZ: And I should say also the request

Page 224

1 that you think called for those documents.
2     THE VIDEOGRAPHER: We are off the record at
3 2:56 p.m.
4         (Time Noted: 2:56 p.m.)
5     FURTHER DEPONENT SAITH NAUGHT.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 225

1
2     I, CORINNE T. MARUT, C.S.R. No. 84-1968,
Registered Professional Reporter and Certified
Shorthand Reporter, do hereby certify:
3     That previous to the commencement of the
examination of the witness, the witness was duly
4 sworn to testify the whole truth concerning the
matters herein;
5     That the foregoing deposition transcript
was reported stenographically by me, was thereafter
6 reduced to typewriting under my personal direction
and constitutes a true record of the testimony
7 given and the proceedings had;
    That the said deposition was taken
8 before me at the time and place specified;
    That the reading and signing by the
9 witness of the deposition transcript was agreed
upon as stated herein;
10     That I am not a relative or employee or
attorney or counsel, nor a relative or employee of
11 such attorney or counsel for any of the parties
hereto, nor interested directly or indirectly in
12 the outcome of this action.
13
14     _____
      CORINNE T. MARUT, Certified Reporter
15
      (The foregoing certification of this
16 transcript does not apply to any
reproduction of the same by any means, unless under
17 the direct control and/or supervision of the
certifying reporter.)
18
19
20
21
22
23
24

Page 226

## INSTRUCTIONS TO WITNESS

1
2
3       Please read your deposition over
4 carefully and make any necessary corrections. You
5 should state the reason in the appropriate space on
6 the errata sheet for any corrections that are made.
7       After doing so, please sign the errata
8 sheet and date it.
9       You are signing same subject to the
10 changes you have noted on the errata sheet, which
11 will be attached to your deposition.
12      It is imperative that you return the
13 original errata sheet to the deposing attorney
14 within thirty (30) days of receipt of the
15 deposition transcript by you. If you fail to do
16 so, the deposition transcript may be deemed to be
17 accurate and may be used in court.
18
19
20
21
22
23
24

Page 228

## ACKNOWLEDGMENT OF DEPONENT

1
2
3
4       I, CHRISTOPHER DOMZALSKI, do hereby
5 certify under oath that I have read the foregoing
6 pages, and that the same is a correct transcription
7 of the answers given by me to the questions therein
8 propounded, except for the corrections or changes
9 in form or substance, if any, noted in the attached
10 Errata Sheet.
11
12
13 _____
14 CHRISTOPHER DOMZALSKI            DATE
15
16
17 Subscribed and sworn
  to before me this
18 _____ day of _____, 20_____.
19 My commission expires:_____
20
  _____ Notary Public
21
22
23
24

Page 227

1       - - - - - -
          E R R A T A
2       - - - - - -
3
4 PAGE LINE CHANGE
5 _____ _____ _____
6       REASON: _____
7 _____ _____ _____
8       REASON: _____
9 _____ _____ _____
10      REASON: _____
11 _____ _____ _____
12      REASON: _____
13 _____ _____ _____
14      REASON: _____
15 _____ _____ _____
16      REASON: _____
17 _____ _____ _____
18      REASON: _____
19 _____ _____ _____
20      REASON: _____
21 _____ _____ _____
22      REASON: _____
23 _____ _____ _____
24      REASON: _____

Page 229

## LAWYER'S NOTES

1
2 PAGE LINE
3 _____ _____ _____
4 _____ _____ _____
5 _____ _____ _____
6 _____ _____ _____
7 _____ _____ _____
8 _____ _____ _____
9 _____ _____ _____
10 _____ _____ _____
11 _____ _____ _____
12 _____ _____ _____
13 _____ _____ _____
14 _____ _____ _____
15 _____ _____ _____
16 _____ _____ _____
17 _____ _____ _____
18 _____ _____ _____
19 _____ _____ _____
20 _____ _____ _____
21 _____ _____ _____
22 _____ _____ _____
23 _____ _____ _____
24 _____ _____ _____