1          IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF OHIO

3                  EASTERN DIVISION

4

                ~~~~~~~~~~~~~~~~~~~~

5

6     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
      OPIATE LITIGATION

7                                     Case No. 17-md-2804

8                                     Judge Dan Aaron
      This document relates to:      Polster

9

      The County of Cuyahoga v. Purdue

10    Pharma L.P., et al.
      Case No. 18-OP-45090

11

12               ~~~~~~~~~~~~~~~~~~~~

13            Videotaped deposition of
                  DONALD GEROME

14

15              November 14, 2018

16                  9:01 a.m.

17

18

19                 Taken at:

20            Kelley & Ferraro, LLP

21         950 Main Avenue, Suite 1300

22             Cleveland, Ohio

23

24

25         Renee L. Pellegrino, RPR, CLR

Page 2

1 APPEARANCES:
2 On behalf of Cuyahoga County:
   Napoli Shkolnik PLLC
3   SALVATORE C. BADALA, ESQ.
    360 Lexington Avenue
4   New York, New York  10017
    (844) 230-7676
5   sbadala@napolilaw.com
          - and -
6   Plevin & Gallucci
    FRANK GALLUCCI, III, ESQ.
7   ROBIN WILSON, ESQ.
    55 Public Square
8   Suite 2222
    Cleveland, Ohio  44113-1901
9   (216) 861-0804
    fgallucci@pglawyer.com
10  rwilson@pglawyer.com
11 On behalf of Walmart, Inc.:
    Jones Day
12  CHRISTOPHER M. McLAUGHLIN, ESQ.
    North Point, 901 Lakeside Avenue
13  Cleveland, Ohio  44114-1190
    (216) 586-3939
14  cmmclaughlin@jonesday.com
15 On behalf of Endo Pharmaceuticals, Inc., Endo
    Health Solutions, Inc., Par Pharmaceuticals,
16 Inc. and Par Pharmaceutical Companies, Inc.:
    Arnold & Porter, Kaye Scholer LLP
17  SAMUEL LONERGAN, ESQ.
    250 West 55th Street
18  New York, New York  10019-9710
    (212) 836-8000
19  samuel.lonergan@arnoldporter.com
20
          ~ ~ ~ ~ ~
21
22
23
24
25

Page 3

1 APPEARANCES, CONT'D:
2 On behalf of AmerisourceBergen Drug Corporation:
    (Via Veritext Virtual Stream)
3   Reed Smith LLP
    JAMES A. PETKUN, ESQ.
4   Three Logan Square
    1717 Arch Street - Suite 3100
5   Philadelphia, Pennsylvania  19103
    (215) 851-8100
6   jpetkun@reedsmith.com
   On behalf of Cardinal Health:
7   Williams & Connolly
8   WILL HAWKINS, ESQ.
    725 Twelfth Street, N.W.
9   Washington, D.C.  20005
    (202) 434-5421
10  whawkins@wc.com
11 On behalf of McKesson Corporation:
    Covington & Burling LLP
12  BENJAMIN C. BLOCK, ESQ.
    JOHN W. ZIPP, ESQ.
13  One CityCenter
    850 Tenth Street, NW
14  Washington, D.C.  20001-4956
    (202) 662-2000
15  bblock@cov.com
    jzipp@cov.com
16
   On behalf of Mallinckrodt:
17  (Via Telephone and Veritext Virtual Stream)
    Ropes & Gray
18  HAYDEN MILLER, ESQ.
    1211 Avenue of the Americas
19  New York, New York  10036-8704
    (212) 695-9000
20  hayden.miller@ropesgray.com
21
22
          ~ ~ ~ ~ ~
23
24
25

Page 4

1 APPEARANCES, CONT'D:
2 On behalf of Teva Pharmaceuticals:
    (Via Telephone and Veritext Virtual Stream)
3   Morgan, Lewis & Bockius LLP
    LIZA B. FLEMING, ESQ.
4   1701 Market Street
    Philadelphia, Pennsylvania  19103-2921
5   (215) 963-5000
    liza.fleming@morganlewis.com
6
7 ALSO PRESENT:  Kurt Henschel, Videographer
8
          ~ ~ ~ ~ ~
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1              TRANSCRIPT INDEX
2
3 APPEARANCES ......................................2
4 INDEX OF EXHIBITS ..............................6
5 INDEX OF OBJECTIONS ............................7
6
7 EXAMINATION OF DONALD GEROME:
8 BY MR. BLOCK ....................................12
9 BY MR. LONERGAN ...............................219
10 BY MR. MCLAUGHLIN ...........................231
11
12 AFTERNOON SESSION ............................164
13
14 REPORTER'S CERTIFICATE .......................238
15
16 EXHIBIT CUSTODY - RETAINED BY COURT REPORTER
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

## INDEX OF EXHIBITS

| Number | Description | Marked |
|---|---|---|
| Exhibit 1 | Cuyahoga County Sheriff's Department Organizational Chart | 61 |
| Exhibit 2 | E-Mail String Beginning Bates Number CUYAH_00018717 | 150 |
| Exhibit 3 | Cuyahoga County Sheriff's Department 2015 Annual Report | 164 |
| Exhibit 4 | Cuyahoga County Sheriff's Department 2016 Annual Report | 168 |
| Exhibit 5 | Cuyahoga County Sheriff's Department Newsletter dated April 2017 Beginning Bates Number CUYAH_000118584 | 171 |
| Exhibit 6 | E-Mail String Beginning Bates Number CUYAH_000118362 | 185 |
| Exhibit 7 | 2017-2018 Cuyahoga County Strategic Plan Project List - Community Safety and Protection | 217 |

## INDEX OF OBJECTIONS

Objection ....................................14
Objection ....................................17
Objection ....................................21
Objection ....................................22
Objection ....................................24
Objection ....................................25
Objection ....................................26
Objection ....................................32
Objection ....................................34
Objection ....................................35
Objection ....................................36
Objection ....................................38
Objection ....................................39
Objection ....................................41
Objection ....................................41
Objection ....................................43
Objection ....................................44
Objection ....................................44
Objection ....................................44
Objection ....................................48
Objection ....................................48
Objection ....................................49
Objection ....................................50
Objection ....................................51
Objection ....................................52
Objection ....................................52
Objection ....................................55
Objection ....................................56
Objection ....................................59
Objection ....................................64
Objection ....................................66
Objection ....................................69
Objection ....................................69
Objection ....................................70
Objection ....................................70
Objection ....................................73
Objection ....................................73
Objection ....................................82
Objection ....................................90
Objection ....................................93
Objection ....................................103
Objection ....................................103
Objection ....................................107
Objection ....................................108
Objection ....................................111

## INDEX OF OBJECTIONS, CONT'D

Objection ....................................112
Objection ....................................113
Objection ....................................113
Objection ....................................114
Objection ....................................114
Objection ....................................116
Objection ....................................116
Objection ....................................121
Objection ....................................131
Objection ....................................131
Objection ....................................131
Objection ....................................131
Objection ....................................132
Objection ....................................135
Objection ....................................139
Objection ....................................141
Objection ....................................142
Objection ....................................142
Objection ....................................145
Objection ....................................145
Objection ....................................145
Objection ....................................145
Objection ....................................146
Objection ....................................146
Objection ....................................146
Objection ....................................147
Objection ....................................148
Objection ....................................148
Objection ....................................149
Objection ....................................149
Objection ....................................152
Objection ....................................153
Objection ....................................153
Objection ....................................153
Objection ....................................153
Objection ....................................154
Objection ....................................155
Objection ....................................155
Objection ....................................157
Objection ....................................158
Objection ....................................158
Objection ....................................159
Objection ....................................159
Objection ....................................160
Objection ....................................160

## INDEX OF OBJECTIONS, CONT'D

Objection ....................................162
Objection ....................................162
Objection ....................................173
Objection ....................................174
Objection ....................................175
Objection ....................................175
Objection ....................................176
Objection ....................................177
Objection ....................................177
Objection ....................................179
Objection ....................................180
Objection ....................................182
Objection ....................................183
Objection ....................................189
Objection ....................................189
Objection ....................................191
Objection ....................................194
Objection ....................................195
Objection ....................................195
Objection ....................................196
Objection ....................................196
Objection ....................................197
Objection ....................................197
Objection ....................................199
Objection ....................................200
Objection ....................................201
Objection ....................................202
Objection ....................................203
Objection ....................................203
Objection ....................................204
Objection ....................................204
Objection ....................................204
Objection ....................................204
Objection ....................................205
Objection ....................................205
Objection ....................................206
Objection ....................................206
Objection ....................................207
Objection ....................................207
Objection ....................................207
Objection ....................................208
Objection ....................................208
Objection ....................................208
Objection ....................................209
Objection ....................................209

Page 10

INDEX OF OBJECTIONS, CONT'D

Objection .................................209
    Objection ...............................210
Objection .................................210
    Objection ...............................210
Objection .................................211
    Objection ...............................211
Objection .................................212
    Objection ...............................212
Objection .................................215
    Objection ...............................217
Objection .................................220
    Objection ...............................220
Objection .................................220
    Objection ...............................220
Objection .................................221
    Objection ...............................221
Objection .................................222
    Objection ...............................222
Objection .................................222
    Objection ...............................222
Objection .................................223
    Objection ...............................223
Objection .................................225
    Objection ...............................225
Objection .................................226
    Objection ...............................226
Objection .................................227
    Objection ...............................227
Objection .................................227
    Objection ...............................227
Objection .................................228
    Objection ...............................228
Objection .................................229
    Objection ...............................229
Objection .................................229
    Objection ...............................230
Objection .................................232

---

Page 11

1          THE VIDEOGRAPHER:  We're on the
2   record at 9:01.  Today's date is November 14th,
3   2018.  This is the matter of National
4   Prescription Opiate Litigation.  We're here in
5   Cleveland, Ohio.
6          Would counsel please identify
7   themselves for the record?
8          MR. BLOCK:  Did you guys start?
9          MR. BADALA:  Salvatore Badala,
10  Napoli Shkolnik, for the Plaintiff.
11         MR. GALLUCCI:  Frank Gallucci,
12  Plevin & Gallucci, for Plaintiff, Cuyahoga
13  County.
14         MS. WILSON:  Robin Wilson, of
15  counsel, Plevin & Gallucci, on behalf of
16  Plaintiff, Cuyahoga County.
17         MR. BLOCK:  Good morning.  Ben Block
18  and John Zipp of Covington & Burling LLP on
19  behalf of McKesson Corporation.
20         MR. LONERGAN:  Sam Lonergan with
21  Arnold & Porter, Kaye Scholer, on behalf of
22  Defendants Endo and Par.
23         MR. McLAUGHLIN:  Chris McLaughlin
24  from Jones Day on behalf of Walmart.
25         MR. HAWKINS:  Will Hawkins from

---

Page 12

1   William & Connolly on behalf of Cardinal Health.
2          MR. BLOCK:  Is there anyone on the
3   phone?
4          MR. MILLER:  Hayden Miller, Ropes &
5   Gray, on behalf of Mallinckrodt.
6          MR. BLOCK:  Anybody else?  All those
7   not present, say aye.  Okay.
8          THE VIDEOGRAPHER:  The witness may
9   be sworn.
10     DONALD GEROME, of lawful age, called for
11  examination, as provided by the Federal Rules
12  of Civil Procedure, being by me first duly
13  sworn, as hereinafter certified, deposed and
14  said as follows:
15         EXAMINATION OF DONALD GEROME
16  BY MR. BLOCK:
17     Q.   Good morning.  Could you please
18  state your full name for the record?
19     A.   Yes.  Donald Gerome.  Last name is
20  spelled G-e-r-o-m-e.
21     Q.   And what is your -- where do you
22  work?
23     A.   Right now I work for the Cuyahoga
24  County Sheriff's Department as a captain.
25     Q.   What is the business address where

---

Page 13

1   you work?
2      A.   1215 West 3rd, Cleveland, Ohio,
3   44113.
4      Q.   And where do you live?
5      A.   I live in Mayfield Heights, which is
6   a suburb of Cleveland.
7      Q.   And, Captain Gerome, you understand
8   that you're under oath, the same oath that would
9   apply as if you were testifying in a court of
10  law?
11     A.   Yes, I do.
12     Q.   And is there any reason that you
13  can't give truthful testimony today?
14     A.   No, there's not.
15     Q.   Have you testified at a deposition
16  before?
17     A.   No, I've not.
18     Q.   Have you testified in court before?
19     A.   Yes, I have.
20     Q.   How many times?
21     A.   A handful of times.  I'm not sure
22  how many.
23     Q.   In what types of matters have you
24  testified?
25     A.   Some had to deal with drug offenses,

Page 14

1 and there was a couple of OVIs, operating
2 vehicle, influence.
3    Q.   When is the first time you testified
4 in court?
5    A.   As a detective or as law
6 enforcement?
7    Q.   Ever.
8    A.   Oh, ever.  I don't remember the
9 exact year.
10   Q.   Have you ever testified in court
11 other than in your role as a law enforcement
12 officer?
13   A.   No.
14   Q.   All right.  So do you remember
15 roughly when your first testimony would have
16 been?
17       MR. BADALA:  Objection to form.
18   Q.   '90s, 2000s?
19   A.   I came in law enforcement in 2001,
20 so it was probably early 2000s.
21   Q.   And did you do anything to prepare
22 for your deposition today?
23   A.   Yes, I did.
24   Q.   What did you do?
25   A.   I met with the attorneys yesterday.

Page 15

1    Q.   With whom did you meet?
2    A.   Sal, Frank.
3    Q.   Okay.  Anybody else present?
4    A.   I forget his name.  There was
5 another attorney there.
6    Q.   Okay.  And how long was the meeting?
7    A.   Approximately three hours.
8    Q.   Did you review any documents?
9    A.   Yes.
10   Q.   Did you review any documents that
11 helped refresh your recollection of events?
12   A.   No.
13   Q.   All right.  Do you recall how many
14 documents you reviewed?
15   A.   No.
16   Q.   Types of documents that you
17 reviewed?
18   A.   Some e-mails.
19   Q.   Anything else?
20   A.   No.
21   Q.   Have you talked to anyone else in
22 terms of preparing for this deposition?
23   A.   For preparation, no.  I did advise
24 my supervisor and my subordinate where I'd be
25 today.

Page 16

1    Q.   Who is your supervisor?
2    A.   Chief George Taylor.
3    Q.   Is he the --
4    A.   He's deputy chief.
5    Q.   -- deputy chief?  Okay.
6    A.   Or chief deputy.  I'm sorry.  Yeah.
7    Q.   And we'll have to -- I'll have to
8 work on it, too.  We'll have to do our best not
9 to talk over one another.
10   A.   Okay.  Sorry about that.
11   Q.   No.  You're good.
12       And who is your subordinate?
13   A.   Lieutenant Miguel Caraballo.
14   Q.   Have you ever -- we talked about
15 testimony in court.  Have you ever testified
16 before an administrative body of any sort?
17   A.   I've testified in administrative
18 hearings for the department.
19   Q.   In what sorts of manner?
20   A.   Disciplinary hearings.
21   Q.   Where a member of the force is
22 subject to discipline for something?
23   A.   Was removed from his position and
24 was getting the job back or trying to get his
25 job back.

Page 17

1    Q.   How many times have you testified in
2 those sorts of things?
3    A.   Two, I believe.
4    Q.   Have you ever testified before any
5 legislative body of the state, city or county,
6 like a city council, county board, state
7 legislature, anything like that?
8       MR. BADALA:  Objection to form.
9    A.   I've been in front of city -- or
10 county council.  I don't know if you call it
11 testifying.
12   Q.   Okay.  What have you -- what have
13 you been in front of city council about?
14   A.   Well, county.
15   Q.   Excuse me.  County council.
16   A.   Requesting maybe some equipment,
17 something like that.
18   Q.   Have you ever been in front of
19 county council asking for or talking about
20 anything related to opioids?
21   A.   No, I have not.
22   Q.   All right.  Where are you from
23 originally?
24   A.   I grew up in South Euclid.
25   Q.   And could you -- did you go to

5 (Pages 14 - 17)

Page 18

1 college?
2     A.   No, I did not.
3     Q.   And when did you join the sheriff's
4 department?
5     A.   Originally I was hired as a
6 correction officer in 1995.  I put myself
7 through the Ohio Police Academy and became a
8 deputy sheriff in 2001.
9     Q.   So from 1995 through 2001 you worked
10 as a corrections officer?
11    A.   Yes.
12    Q.   And what were your responsibilities
13 there?
14    A.   As corrections?
15    Q.   Yes.
16    A.   Supervising the inmates.
17         Then I moved on to what they call a
18 specialty area, which is booking inmates in,
19 releasing, stuff like that.
20    Q.   And then how did it -- what did you
21 have to do to become a member of the --
22    A.   Law enforcement?
23    Q.   Thank you.
24    A.   There's a -- police academy
25 basically.  I went part-time police academy

Page 19

1 through Tri-C.
2     Q.   Tri-C stands for what?
3     A.   I'm sorry.
4     Q.   That's fine.
5     A.   Cuyahoga County Community College.
6     Q.   Okay.  Sorry.  And so how long did
7 that --
8     A.   That was about six months.
9     Q.   All right.  And you obviously
10 graduated there?
11    A.   Yes.
12    Q.   And so then you say you became a law
13 enforcement officer in 2001?
14    A.   Yes.
15    Q.   And what was your -- did you have a
16 rank?
17    A.   Deputy sheriff.
18    Q.   Okay.  And what is your current
19 rank?
20    A.   Captain.
21    Q.   That's higher than deputy sheriff?
22    A.   Yes, it is.
23    Q.   All right.  And what have been the
24 various ranks you've held between deputy sheriff
25 to captain?

Page 20

1     A.   In 2007 I was promoted to sergeant,
2 in 2014 I was promoted to lieutenant, and in May
3 of 2016 I was promoted to captain.
4     Q.   Have you received law enforcement
5 training other than through the -- did you call
6 it a boot camp?
7     A.   The police academy.
8     Q.   The policy academy.  Thank you.
9     A.   It's -- the Ohio Peace Officer
10 Training Academy is the official name of it.
11         I'm sorry.  Repeat the question,
12 please.
13    Q.   Do you have law enforcement training
14 other than through the peace officer academy?
15    A.   Yes.  Yes, I do.
16    Q.   Please describe that for me.
17    A.   There's various training throughout
18 my career I've been to, whether it's been at
19 schools or online courses, what they offer now.
20         If I could just start off, I went
21 through the DEA basic narcotic investigation
22 school, which was a three-day school.
23    Q.   When did you do that?
24    A.   Back in 2000 -- around 2005.
25    Q.   Why did you do that?

Page 21

1     A.   I was assigned to the narcotic
2 division within our department.
3     Q.   All right.  And I cut you off.  So
4 you did the DEA course?
5     A.   Yeah.
6     Q.   What other courses have you done?
7     A.   You know, I don't remember every
8 course, but we have continuous training in our
9 department.  Most recently I went through first
10 aid training, the trauma training, scenario
11 training.  It's continuous.  Every year
12 basically you're training.  Like I said, the
13 Attorney General offers classes online.  It's
14 called EOPOTA, electronic training, that you can
15 just pull up on your computer and get certified
16 in various things.
17    Q.   Other than the DEA course, have you
18 taken any training courses that focused on
19 narcotics?
20         MR. BADALA:  Objection to form.
21    A.   I don't remember any more.
22    Q.   As a corrections officer, did you
23 have any involvement with any narcotic-related
24 issues?
25         MR. BADALA:  Objection to form.

6 (Pages 18 - 21)

Page 22

1    A.   No.
2    Q.   Do you know as -- for example, when
3 you were a corrections officer, do you know
4 if -- was that at the county jail?  Where did
5 you work?
6    A.   Yes.  It was for the same
7 department, Cuyahoga County Sheriff's
8 Department.
9    Q.   So how long are the people who are
10 in that facility -- how long are they in for?
11    A.   It depends.  They could be there for
12 a day.  They could be there up until their
13 trial, which could be a year.  There's no set
14 time frame where they have to leave.
15    Q.   But that's a facility for
16 pre-sentencing?
17    A.   Pre-sentencing, and then there were
18 some sentenced prisoners from the municipal
19 courts.
20    Q.   Do you know whether or not -- would
21 you call them inmates at the --
22    A.   Correct.  Yeah.
23    Q.   Okay.  Do you know whether or not
24 inmates at that facility could receive
25 prescription opioid medication?

Page 23

1    A.   They received medication.  I don't
2 know what it was.
3    Q.   You didn't have any involvement in
4 that?
5    A.   No.  You just basically supervised
6 them taking their medications; don't do anything
7 with the nurse or anything like that.
8    Q.   Do you have any training in
9 medicine?
10    A.   No.
11    Q.   Do you have any training in
12 pharmacies, pharmaceuticals?
13    A.   No, I do not.
14    Q.   When you became a deputy sheriff in
15 2001, what were your responsibilities?
16    A.   Originally was assigned to our
17 patrol division, which dealt with security of
18 the county buildings.  We transported inmates
19 from the jail to medical appointments, other
20 jail facilities, prisons.  Basically responded
21 to anything that, you know, we were called on.
22    Q.   Did you have any involvement in
23 narcotics-related offenses or suspected offenses
24 as a deputy sheriff?
25    MR. BADALA:  Objection to form.

Page 24

1    A.   Before I was assigned to narcotics?
2    Q.   Sure.
3    A.   I don't remember, but I'm sure I
4 wrote a marijuana ticket or something.  I don't
5 remember.
6    Q.   Okay.  And you said you got assigned
7 to the narcotics division in -- is it the
8 narcotics division?  Is that right?
9    A.   Yes.
10    Q.   In 2005?
11    A.   Yes.
12    Q.   Did you volunteer for that?  Were
13 you volunteered for it?  How did that come to
14 be?
15    A.   No.  With our department, they put a
16 posting out when there's openings, and I applied
17 for the position.
18    Q.   Why did you apply?
19    A.   To -- to get out of the patrol
20 division I guess, to expand my career.
21    Q.   Who -- did you have to go through an
22 interview process?
23    A.   At the time, no.  You just submitted
24 a request form.
25    Q.   When you joined the narcotics

Page 25

1 division, I guess, first of all, how many -- how
2 big was the narcotics division?  How many people
3 were involved in it?
4    A.   I don't remember the exact number.
5    Q.   Hundreds?
6    MR. BADALA:  Objection to form.
7    A.   No, there wasn't hundreds.
8    Q.   More than a dozen?
9    A.   Probably close to a dozen maybe.
10    Q.   Okay.  Who was your supervisor or to
11 whom did you report?
12    A.   I reported -- my immediate
13 supervisor was a sergeant at the time, Miguel
14 Caraballo.
15    Q.   And who -- did you have any
16 subordinates?
17    A.   No.  I was still a deputy sheriff in
18 that division.
19    Q.   Do you know how long Sergeant
20 Caraballo had been with the sheriff's
21 department?
22    A.   He came on in 1997.
23    Q.   Okay.  What were your
24 responsibilities as -- were you still a deputy
25 sheriff, just a deputy sheriff in the narcotics

7 (Pages 22 - 25)

Page 26

1 division?
2     A.   Yes.
3     Q.   What were your responsibilities in
4 that role?
5     A.   We would act on complaints that came
6 in, drug complaints.  We would patrol certain
7 areas we knew narcotics was available, just, you
8 know, street level stuff.
9     Q.   What sorts of areas would you
10 patrol?
11     A.   Mainly downtown -- or not downtown.
12 The Cleveland areas.
13     Q.   And what were you looking for there?
14     A.   Narcotic activity, drug dealers on
15 the corner, something like that.
16     Q.   What kind of drugs?
17     A.   We dealt mainly with marijuana,
18 cocaine.
19     Q.   Anything else?
20     A.   That was our main --
21     Q.   Okay.  Did you have -- during this
22 time did you do any -- do you remember doing any
23 work around prescription medications?
24         MR. BADALA:  Objection to form.
25     A.   No, I don't.

Page 27

1     Q.   Do you know who Sergeant -- is it
2 Cabalero (phonetic) --
3     A.   Caraballo.
4     Q.   I knew it didn't sound right.  Do
5 you know, to whom did Sergeant Caraballo report
6 at that time?
7     A.   I think it was Lieutenant Mike
8 Jackson, I believe, was our supervisor.
9     Q.   Is Lieutenant Jackson still with the
10 sheriff's department?
11     A.   No, he's not.
12     Q.   Do you know where he went?
13     A.   No, I don't.
14     Q.   Did he retire or --
15     A.   Resigned.
16     Q.   Okay.  Do you know when that was?
17     A.   No, I don't remember the exact --
18     Q.   Or why he resigned?
19     A.   He was under an investigation for
20 stealing money.
21     Q.   From the sheriff's department?
22     A.   Yes.
23     Q.   How long were you a deputy sheriff
24 in the narcotic division?
25     A.   Approximately two years.  I was

Page 28

1 promoted in March of 2007.
2     Q.   Promoted to sergeant?
3     A.   Yes.
4     Q.   And when you were promoted to
5 sergeant, to whom were you -- were you still in
6 the narcotics division?
7     A.   No, I was not.
8     Q.   Where did you go to?
9     A.   I moved back to the patrol division
10 and oversaw that.
11     Q.   Was that by request?
12     A.   No.  That was told.
13     Q.   So congratulations, you have a
14 promotion, and now you get to go back to doing
15 what you did before?
16     A.   Yes.
17     Q.   All right.  To whom did you report?
18     A.   At the time it was Lieutenant -- I
19 don't remember her name, Lieutenant Millsap.  I
20 don't recall her first name.  If you give me a
21 second, I can think of it.  Ethel Millsap maybe.
22     Q.   Okay.  And how long were you a
23 sergeant in the patrol division?
24     A.   I don't remember the exact amount of
25 time.  I know I moved to what we call our sex

Page 29

1 offender unit after that.
2     Q.   Roughly?  Do you remember roughly
3 when that occurred?
4     A.   Maybe a year or two.
5     Q.   Okay.  And what were your
6 responsibilities in the sex offender unit?
7     A.   The sheriff's department has
8 registered sex offenders come in on a daily
9 basis.  We have a tier system for sex offenders
10 here in Ohio.  So I oversaw that division.
11         We also do what we call
12 verifications on sex offenders, where deputies
13 will go out and knock on the offender's door,
14 make sure that's where they're living,
15 investigate if they're not living there.
16         We also had two detectives that were
17 assigned to if a person is not living where
18 they're at or they're not reporting, to file
19 charges against them.
20         And at the time we also had a small
21 team that went out and executed warrants.
22     Q.   And how long were you in that
23 division?
24     A.   Probably a couple years.
25     Q.   Okay.  What was the next position?

8 (Pages 26 - 29)

Page 30

1    A.   Unfortunately, it was -- they
2 abolished the rank of sergeant, so I went back
3 to being a deputy sheriff, probably 2010 maybe
4 or '11.
5    Q.   When you say "they abolished the
6 rank of sergeant," who is "they"?
7    A.   The sheriff at the time did.
8    Q.   Do you know why?
9    A.   I -- pretty sure it's because we
10 were unionizing.
11    Q.   Okay.  Are you in the union now?
12    A.   Currently, no, I'm not.
13    Q.   Okay.  Have you ever been in a
14 union?
15    A.   Yes.
16    Q.   From -- what was the union?
17    A.   The OPBA.
18    Q.   Ohio --
19    A.   Patrolman's Benevolent Association.
20    Q.   Okay.  And -- wait.  I think I can
21 figure this out.  You can't be in that union now
22 because you're a captain?
23    A.   Yeah.  I'm in a classified position,
24 correct.
25    Q.   Okay.  So when did you stop being a

Page 31

1 member of the OPBA?
2    A.   When I was promoted to captain.
3    Q.   Okay.  So you were in it when you
4 were lieutenant?
5    A.   Yes, I was.
6    Q.   All right.  I got a friend who's on
7 the D.C. force and now he's the GC of the union,
8 so I talked about this at a volleyball game.  I
9 learned a little bit about it.  Probably off
10 topic, though.
11        Let's see.  Going back to when you
12 were -- when you went back to the patrol
13 division in, roughly, 2007, when you were
14 promoted to sergeant, did you have any
15 involvement with any narcotics-related activity
16 from that point?
17    A.   I don't remember that, sir.
18    Q.   Okay.  Who was in charge of the
19 narcotics division in 2007?
20    A.   Probably still Sergeant Miguel
21 Caraballo.
22    Q.   And was he still reporting to
23 Lieutenant Jackson, was it?
24    A.   I believe so, yes.
25    Q.   Okay.  And I guess when is the next

Page 32

1 time in your career that you had -- that you had
2 involvement with narcotics-related activity that
3 you remember?
4        MR. BADALA:  Objection to form.
5    A.   I don't remember every case I've
6 been involved with with narcotics.  Like I said,
7 it could have been me writing a marijuana
8 ticket.  I don't want to, you know, not be
9 truthful about that.  So I don't know, but my
10 next step as far as supervising would have been
11 when I was promoted to lieutenant.
12    Q.   In 2014?
13    A.   Yes.
14    Q.   Okay.  So tell me about that.  What
15 were you assigned to do when you were promoted
16 to lieutenant?
17    A.   First I was overseeing the uniform
18 division, which included our patrol division and
19 our courts division, and then, after a couple
20 months, was assigned to oversee the narcotics
21 division.
22    Q.   To whom did you report when you were
23 a lieutenant?
24    A.   Captain Don Michalosky.
25    Q.   Is Captain Michalosky still with the

Page 33

1 department?
2    A.   No, he's not.
3    Q.   Where did he go?
4    A.   He retired and he works for the
5 Metro Hospital Police Department.
6    Q.   Okay.  Do you know what he does for
7 them?
8    A.   He's a captain there.
9    Q.   When you were assigned to the
10 narcotics division, who -- did you take over
11 from someone?
12    A.   I took over at the time -- he was
13 now Lieutenant Caraballo.
14    Q.   Okay.
15    A.   He was promoted before me as
16 lieutenant.
17    Q.   So where did he go?
18    A.   He took over the uniform patrol.
19    Q.   You guys just switched?
20    A.   Kind of flip-flopped, yes.
21    Q.   By request or --
22    A.   No.  It was told to us.
23    Q.   Okay.  Do you know why they swapped
24 it, switched it around?
25    A.   It was just to get a feel -- I don't

9 (Pages 30 - 33)

Page 34

1  think he was ever in charge of a patrol unit and
2  it was just to get more well rounded, I guess.
3      Q.   Which is the bigger unit, the patrol
4  unit or the narcotics unit?
5      A.   Manpower-wise, the patrol unit, or
6  they call it the uniform personnel, because you
7  got our courts divisions as well.
8      Q.   How many folks are in that unit?
9      A.   You'd have to give me a second.  I'm
10  trying to add it up in my head.
11     Q.   Sure.
12     A.   I'll give you an answer here.
13     Q.   Take your time.
14     A.   Probably between 80 and a hundred
15  uniform deputies.
16     Q.   And when you became -- as a
17  lieutenant, when you were assigned to the
18  narcotics division, how many officers were in
19  that division?
20     A.   Offhand, I don't know.
21     Q.   Are we still in the neighborhood of
22  a dozen or so?
23         MR. BADALA:  Objection to form.
24     A.   Probably somewhere around that, yes.
25     Q.   Okay.  What was your -- what were

Page 35

1  your responsibilities as the -- well, as a
2  lieutenant assigned to the narcotics division,
3  did you have other responsibilities besides
4  narcotics?
5      A.   Yes, I did.
6      Q.   What were the other ones?
7      A.   I oversaw our warrant unit, which is
8  basically what it says, guys go out and look for
9  people that have warrants in the county, and I
10  also oversaw what's our impact unit, which is
11  kind of a vice unit.  It's a catchall.  They do,
12  you know, anywhere from traffic enforcement to
13  prostitution stings, stuff like that.  So those
14  were the other units I was overseeing as well as
15  our evidence.
16     Q.   So as a lieutenant, I guess what
17  percentage of your time was spent dealing with
18  narcotics-related issues as opposed to the other
19  issues under your -- that you were in charge of?
20         MR. BADALA:  Objection to form.
21     A.   They were all pretty busy.  You
22  know, I'd probably say it's -- it was probably
23  equal across the board.
24     Q.   Did you have a mandate to prioritize
25  one of the jobs over the other or do them all

Page 36

1  well?
2          MR. BADALA:  Objection to form.
3      A.   I try not --
4          MR. BADALA:  Just give me a second.
5          THE WITNESS:  I'm sorry.
6      A.   I tried not to neglect any of them,
7  to be honest with you.
8      Q.   And -- sorry.  You were reporting to
9  Captain Mich --
10     A.   Michalosky.  Please don't ask me to
11  spell it.
12     Q.   I won't.
13         Did that ever change?  Did you ever
14  report to someone else when you were lieutenant?
15     A.   When he retired, I think I reported
16  to the sheriff, I think, yeah.
17     Q.   Was it Sheriff Pinkney?
18     A.   Yes.
19     Q.   Okay.  And then --
20     A.   I'm sorry.  Sheriff Bova I believe
21  it was at the time.
22     Q.   Sheriff who?
23     A.   Bova.
24     Q.   How do you spell that one?
25     A.   B-o-v-a.

Page 37

1      Q.   Okay.  And do you remember when
2  Captain Michalosky retired?
3      A.   Not the exact year.  A couple years.
4      Q.   You're currently a captain in the
5  sheriff's department?
6      A.   Yes.
7      Q.   Are you still overseeing the
8  narcotics division?
9      A.   Yes.
10     Q.   Was there ever a time from whenever
11  it was in 2014 that you were assigned to the
12  narcotics division up till today where you have
13  not had some sort of responsibility over the
14  narcotics division?
15     A.   No.  That's -- I've always been
16  overseeing that.
17     Q.   Okay.  Going back -- let's go back
18  to when you were in the narcotics division in
19  2005 through 2007.  What were -- did you enjoy
20  being in the narcotics division?
21     A.   Yes, I did.
22     Q.   What did you like about it?
23     A.   The action, I guess if you call it
24  that, the everyday investigations that we
25  conducted.  It was -- it was exciting.

10 (Pages 34 - 37)

Page 38

1     Q.    And the mission back then was to --
2  what was the mission of the narcotics division
3  in 2005 to '07?
4     A.    Curtail -- drug enforcement, that
5  was our goal.
6     Q.    And when you were doing that, how
7  did you know -- who, if anyone, told you where
8  to go, what to look for, how to do
9  investigations?
10         MR. BADALA:  Object to form.
11    A.    Usually when any person enters a new
12  unit, they'll pair you up with someone that's
13  been in that unit before, so kind of a training
14  officer takes you under their wing.
15    Q.    Who was your training officer?
16    A.    I think I was assigned to Detective
17  Nelson.
18    Q.    Is -- you said detective.  Is that a
19  different rank?
20    A.    No.  It's just when you -- if you
21  get into our detective bureau, our narcotics
22  division, you get the cool name of detective, I
23  guess it is.
24    Q.    Have you ever had the title of
25  detective?

Page 39

1     A.    You could say that, yes.
2     Q.    When?
3     A.    In the narcotics division.
4     Q.    So in 2005 you were both deputy
5  sheriff and detective?
6     A.    It's the same thing.  You're always
7  a deputy sheriff.  I'm still a deputy sheriff
8  today.  Just different titles.
9     Q.    And when you became lieutenant, when
10  you were the -- when you were promoted to
11  lieutenant and assigned to the narcotics
12  division, did that make you the head of the
13  narcotics division?
14    A.    I was one of the supervisors.  I was
15  still reporting to a captain, which reports to a
16  chief, which reports to the sheriff.
17    Q.    Okay.  But the captain, Captain
18  Michalosky, presumably had other things that he
19  was also responsible for overseeing?
20    A.    Yes.
21    Q.    Were you the most senior person most
22  focused on narcotics when you were the
23  lieutenant?
24         MR. BADALA:  Objection to form.
25    Q.    It's a bad question.  I'll withdraw

Page 40

1  it.  That was probably incomprehensible.
2         What were your -- what was the
3  mission of the narcotics division in 2014, when
4  you were -- when you were assigned to it as a
5  lieutenant?
6     A.    When I got in the division, there
7  was some changes.  The focus was more on
8  overdoses and prescription pills.  We had
9  started -- before I came into the unit, our
10  detectives responded to overdoses within the
11  county.  And then there was also a program set
12  up, it was called our drop box pill pickup
13  program.  So I was brought up to speed on those.
14    Q.    Did you have any involvement with
15  overdoses and overdose investigations in the
16  2005 to '07 time frame?
17    A.    I did not respond to any overdoses,
18  no.
19    Q.    Do you know whether others on the
20  narcotics division did?
21    A.    I don't remember any of them doing
22  it, no.
23    Q.    That was something, though, that the
24  narcotics division was doing when you became the
25  lieutenant in 2014?

Page 41

1     A.    Yes.
2     Q.    And so do you know when that had
3  started, "that" being responding to overdoses
4  being part of the responsibilities?
5     A.    The exact time, no, I don't know.
6     Q.    Is that something that has been
7  going on for several years?
8         MR. BADALA:  Objection to form.
9     A.    I'm not sure about the drop box
10  program, but I believe they were responding to
11  the overdoses.
12    Q.    Overdoses on what?
13    A.    Any suspected drug overdose they
14  respond to.
15    Q.    And was there a particular drug or
16  type of drugs that you were -- that you were
17  seeing prevalent overdoses from?
18         MR. BADALA:  Objection to form.
19    A.    It was mainly heroin overdoses.
20    Q.    Anything else?
21    A.    You know, you really wouldn't know
22  until you either got on scene or you got, you
23  know, the report back from the medical examiner.
24    Q.    Okay.  How many captains are there
25  in the Cuyahoga County Sheriff's Department?

Page 42

1    A.    There's only two of us.
2    Q.    Okay.  And to whom do you report
3 today?  You told me Deputy Taylor?
4    A.    Yes, Chief Deputy George Taylor.
5    Q.    Okay.  And between Captain
6 Michalosky and Chief Deputy Taylor, are there
7 others that you've reported to in between there?
8 I think you said maybe there was a brief --
9 there was a period of time when you were
10 reporting to Sheriff Bova?
11    A.    Are you talking about when I was a
12 lieutenant or --
13    Q.    Sure.  Let's start with lieutenant.
14    A.    Okay.  When Captain Michalosky
15 retired, actually, I reported to -- it was Chief
16 Pinkney, who is now the sheriff.
17    Q.    Was he the chief deputy at the time?
18    A.    He was the chief deputy at the time.
19 Sheriff Bova moved on to another position and
20 Chief Pinkney took over the sheriff's spot.  At
21 that time we did not have a chief, so I reported
22 right to the sheriff.
23    Q.    So to Sheriff Bova, then for a while
24 to Sheriff Pinkney.  And then where did Chief
25 Deputy Taylor come from?

Page 43

1       MR. BADALA:  Objection to form.
2    Q.    I mean, presumably his parents.  Was
3 he in the sheriff's department?
4    A.    No.  He was with the county, with
5 our safety department.
6    Q.    Okay.  And when did he come on
7 board?
8    A.    2016, I believe.  It's been a couple
9 years.
10    Q.    When you were promoted to captain,
11 then did someone get promoted to lieutenant or
12 to run the --
13    A.    Yes.
14    Q.    To oversee the narcotics division?
15    A.    Yes.
16    Q.    Who was that?
17    A.    Lieutenant Eugene Sharpe.
18    Q.    And how long has Lieutenant -- is he
19 still with the department?
20    A.    Yes.  Yes, he is.
21    Q.    How long has Lieutenant Sharpe been
22 with the sheriff's department?
23    A.    His whole career?
24    Q.    If you know.
25    A.    He's been there longer than I have.

Page 44

1 I don't know the exact hire date.
2    Q.    When you were a lieutenant in the
3 narcotics division, was he a sergeant in that --
4 was he in your division when you were the
5 lieutenant?
6       MR. BADALA:  Objection to form.
7    A.    He was a sergeant in charge of the
8 warrant unit, yes.
9    Q.    And so then he moved up and over --
10    A.    I moved and he -- right.
11    Q.    Have you personally -- Captain
12 Gerome, have you ever had any responsibility
13 relating to policy setting within the sheriff's
14 department in terms of policies related to drug
15 enforcement or responding to drug incidents?
16       MR. BADALA:  Objection to form.
17    A.    No, not as far as responding.  No.
18    Q.    How about in terms of strategy,
19 setting strategies or priorities for
20 investigating drug-related offenses?
21       MR. BADALA:  Objection to form.
22    A.    We've -- I've had conversations with
23 supervisors in the unit on the best way to -- it
24 was mostly managing schedules of the detectives
25 that would respond to the overdoses.

Page 45

1    Q.    When you say the supervisors in the
2 unit, who are you including?
3    A.    Lieutenant Sharpe at the time, and
4 then the immediate supervisor would have been
5 probably Sergeant Monteleone or Sergeant Hirko.
6    Q.    Do you have any responsibility --
7 have you ever had any responsibility within the
8 sheriff's department related to the department's
9 budget?
10    A.    There is some responsibility there.
11    Q.    Describe that for me, please.
12    A.    Purchase orders, you know, daily
13 purchase orders that might come through, office
14 supplies, stuff like that, needs a captain to
15 sign off on.
16    Q.    Okay.  Anything else related to the
17 budget?
18    A.    Any big expenditures, usually -- I
19 usually discuss with the chief on equipment or
20 anything like that.
21    Q.    Anything else?
22    A.    I get the update with our fiscal,
23 head of our fiscal department, as to how we're
24 doing with the budget.
25    Q.    Who is that?  Who is the head of the

12 (Pages 42 - 45)

Page 46

1 fiscal department?
2    A.   Donna Kaleal.
3    Q.   And how long has -- Ms. Kaleal?
4    A.   Yes.
5    Q.   Does she have a rank or is she --
6    A.   I don't know what her exact title --
7 head of fiscal department I guess is her title.
8 I don't know when she started with the sheriff's
9 department.  She's been the head since I can
10 remember when I was a lieutenant.
11    Q.   Okay.  How do -- I guess could you
12 describe for me your responsibilities since
13 you've been a captain as it relates to the
14 narcotics division?
15    A.   Yeah.  It's overseeing, making sure
16 the guys have the proper -- the equipment they
17 need, the resources that they need to, you know,
18 operate on a daily basis.  I brief -- a
19 lieutenant briefs me on what's going on, and if
20 there's anything, you know, out of the ordinary
21 or if we have search warrants coming up or
22 something like that.  So the day-to-day
23 operation, that's delegated down.
24    Q.   In terms of the resources, are there
25 any -- do you have -- do you have adequate

Page 47

1 resources for the narcotics division?
2    A.   No.
3    Q.   Why do you say that?
4    A.   Right now we have six detectives.
5 As I've stated before, back in 2005 we had about
6 12.  And we've taken on as a department a lot of
7 other operations.  So we have to get our
8 staffing levels up more.  And I'd like to put
9 more in our narcotics division.
10    Q.   Have you requested adding folks to
11 the narcotics division?
12    A.   Yes.
13    Q.   How do you do that?  Who do you ask?
14    A.   Conversations with the chief, always
15 going over our personnel.
16    Q.   And why haven't you gotten anybody
17 else yet?
18    A.   Basically our staffing level at the
19 moment is down from where we should be.
20    Q.   Do you know why that is?  Why is
21 that, I guess?
22    A.   We have high standards, so when we
23 do get applicants, some of them don't make it.
24    Q.   So it's a lack of qualified
25 personnel as opposed to budget constraints?

Page 48

1        MR. BADALA:  Objection to form.
2    A.   It's -- it's a little bit of both, I
3 guess.
4    Q.   Okay.  Well, have you -- do you
5 have -- does the narcotics division have
6 adequate funding to carry out its mission?
7        MR. BADALA:  Objection to form.
8    A.   I don't know.  I don't know.
9    Q.   Okay.  You don't know one way or the
10 other?
11    A.   No.
12    Q.   When you were a lieutenant, did
13 the -- a lieutenant overseeing the narcotics
14 division, did you have enough detectives?
15    A.   No.  I mean, as a supervisor, you
16 always want more to do more.
17    Q.   Did you request more detectives when
18 you were a lieutenant?
19    A.   I don't remember, but -- I don't
20 know.
21    Q.   Okay.  How about other than more
22 detectives; are there any resources that the
23 narcotics division is lacking to be effective in
24 accomplishing its mission?
25        MR. BADALA:  Objection to form.

Page 49

1    A.   Well, there's always the latest
2 technology that comes out that you'd like to --
3 you know, you'd like to get them, but again,
4 it's geared to budget and money and stuff like
5 that.
6    Q.   Could you give me some examples of
7 new technology that you would want but haven't
8 been able to --
9    A.   Well, they make some cameras that
10 you can purchase now, pole cameras, stuff like
11 that, pole like on a telephone pole, stuff like
12 that.  There's devices they make now that, if
13 you have an informant going to do a drug
14 purchase for you, it could be a little credit
15 card, it could be any small little -- instead of
16 the wiring up technique that was used in the
17 past.  I'm just -- you know, just like I said,
18 latest technology.  Something is coming out new
19 all the time.
20    Q.   How do you -- we were talking about
21 your responsibilities, and you said that it's
22 delegated down in terms of, I'm assuming, the
23 day-to-day investigations.  How do you stay
24 abreast of what the folks in the narcotics
25 division are doing?

13 (Pages 46 - 49)

Page 50

1    A.   The lieutenant briefs me on it
2  almost daily.
3    Q.   In what format?
4    A.   He comes in my office.
5    Q.   Okay.  Does he -- does he ever give
6  you pieces of paper that list what they're
7  doing?
8       MR. BADALA:  Objection to form.
9    A.   No.
10   Q.   Ever?
11   A.   No.
12   Q.   Okay.  Any other way in which you're
13  aware of what the folks in the division are
14  doing besides the lieutenant briefing you?
15   A.   If there is an operation, say a
16  search warrant, for example, and he's not -- or
17  he is either going on it or he's not available
18  to come to my office or I'm not available at the
19  office, he will send me a quick e-mail or
20  something like that, or, you know, a quick text
21  or something like that.
22   Q.   All right.  Do you use e-mail in
23  your job?
24   A.   Yes.
25   Q.   Okay.  And how many e-mail addresses

Page 51

1  do you have?
2       MR. BADALA:  Objection to form.
3    A.   For the job?
4    Q.   Sure.  Yes.
5    A.   Just the one.
6    Q.   Okay.  What is that?
7    A.   My e-mail address?
8    Q.   Yes.
9    A.   It's Dgerome@cuyahogacounty.us.
10   Q.   And you mentioned texts.  So do you
11  use text messages in your job?
12   A.   Yes.
13   Q.   And is that a sheriff -- is it on
14  your personal phone or sheriff department issued
15  phone or both?
16   A.   I have two phones.  Yeah, both.
17   Q.   Okay.  One is personal, one is
18  sheriff's department?
19   A.   Yeah.  I have -- yeah.  I have an
20  issued phone and a personal phone.  I use them
21  both for work.
22   Q.   Okay.  And you do both e-mail and
23  text messages from the phone?
24   A.   Yes.
25   Q.   Phones?

Page 52

1    A.   Yes.
2    Q.   Okay.  Do you know whether those --
3  both of those phones were searched in connection
4  with production of documents in this case?
5       MR. BADALA:  Objection to form.
6    A.   I don't know.
7    Q.   Did anybody ever tell you they
8  needed your phone for purposes of looking for
9  documents in this case?
10   A.   No.
11   Q.   And how about your computer; do you
12  know if anybody ever came and looked -- do you
13  have a computer in your office?
14   A.   Yes.
15   Q.   And does that contain documents,
16  information you use for work?
17       MR. BADALA:  Objection to form.
18   A.   Yes.
19   Q.   All right.  Do you know whether that
20  computer was ever searched for responsive --
21   A.   I don't know.  Nobody ever came in
22  with me being present there and looked for
23  anything.
24   Q.   Did you ever -- were you ever made
25  aware of any obligation to preserve documents

Page 53

1  related to this -- that could be relevant to
2  this litigation?
3    A.   Yes.
4    Q.   Okay.  When was that?
5    A.   I don't remember the exact time.
6    Q.   All right.  By the way, do you know
7  what the lawsuit that you're here testifying in
8  today is about?
9    A.   I have an idea, yes.
10   Q.   What's your understanding?
11   A.   The county is suing the medical
12  companies for the opioid crisis that we're
13  facing today.
14   Q.   What do you mean by "the opioid
15  crisis that we're facing today"?  What does that
16  mean to you?
17   A.   To me that means, like I said, our
18  department investigates overdoses, which is
19  usually related back to that the deceased were
20  at one time addicted to pills.
21   Q.   Why do you say that?
22   A.   Based on interviews we've conducted
23  with family members, stuff like that, when we
24  respond to these scenes, that's -- it usually
25  relates back to that.

14 (Pages 50 - 53)

Page 54

1    Q.   Have you read the complaint?
2    A.   No, I have not.
3    Q.   You have probably more important
4 things to do.
5         Have you spoken to anyone other than
6 lawyers for the county about this lawsuit?
7    A.   Yes.
8    Q.   To whom?
9    A.   George Taylor, chief.
10   Q.   Okay.  What did you and Chief Taylor
11 talk about related to the lawsuit?
12   A.   Basically what I referred to before,
13 is that I was meeting with the attorneys
14 yesterday and the deposition hearing today.
15   Q.   Okay.  Anything else that you talked
16 about?
17   A.   No.
18   Q.   Did he ask you any questions?
19   A.   No.
20   Q.   Did you ask him any questions?
21   A.   No.
22   Q.   All right.  You referred to -- in
23 your answer to the opioid crisis.  What do you
24 understand an opioid to be?
25   A.   My definition of it?

Page 55

1    Q.   Sure.  Yeah.
2    A.   A drug that's addictive and helps
3 relieve pain.
4    Q.   What, if any, drugs are you
5 including within the category of opioids?
6    A.   I would include heroin, fentanyl,
7 hydrocodone, oxycodone, morphine.  And I don't
8 know all the particular names for everything,
9 but --
10   Q.   And then -- so that description, if
11 I understood it correctly, that would include
12 both medications that are FDA-approved
13 prescription medications and illegal narcotics;
14 is that right?
15        MR. BADALA:  Objection to form.
16   Q.   For example, is heroin a -- I'm not
17 aware of heroin that you can get by a
18 prescription.
19   A.   Neither am I.
20   Q.   Okay.  So it's got -- that category
21 of opioids has both prescription medications,
22 and I don't know what you want to --
23   A.   Illegal, illicit drug.  That's my
24 understanding of it, yes.
25   Q.   Okay.  Have you ever received any

Page 56

1 training that's specific to opioids of any --
2 any sort of opioid and any sort of training?
3        MR. BADALA:  Objection to form.
4    A.   I have had what I referred to
5 before, online training.  Some of it dealt with
6 prescription and other drugs.  I've also had
7 online training in OARRS.  So yeah.
8    Q.   When did you do the -- when did you
9 do this online training?
10   A.   It's -- I don't remember the exact
11 times.  The OARRS training came up this past
12 year.
13   Q.   Okay.  What is OARRS?
14   A.   The Ohio -- Ohio Automated
15 Prescription Reporting System, I think it is.
16   Q.   Okay.  What does it do or what is --
17 what does OARRS do?
18   A.   From what I remember from the
19 training, it's a database that keeps track of
20 people's prescriptions that, on the law
21 enforcement end, you could look up -- if you're
22 investigating an active case, you can look up
23 and get information from it.
24   Q.   Is that something you've ever done
25 when investigating a case?

Page 57

1    A.   No, I've never done that.
2    Q.   Do you know whether anyone in the
3 sheriff's department has used OARRS before?
4    A.   No, I do not know.
5    Q.   Do you know whether the department
6 has access to the OARRS database?
7    A.   I'm not aware of anyone having
8 access in the sheriff's department.
9    Q.   Okay.  Why did you get the training
10 on the OARRS database?
11   A.   We do have a task force officer
12 assigned to DEA.  I don't know if he has access
13 or not, but that is probably the reason why I
14 was looking it up.
15   Q.   How long was the -- do you remember,
16 how long was the course?
17   A.   It's probably no more than 15
18 minutes, 20 minutes tops.
19   Q.   Is it a live lecture or is it --
20   A.   No.  It's slides with a narrator.
21   Q.   Who's the task force officer -- did
22 you say assigned to DEA?
23   A.   Yes.
24   Q.   Who is that?
25   A.   We have two deputies assigned to

15 (Pages 54 - 57)

1 DEA. One is John Gioitta, and we just recently
2 assigned another detective there, Doug Jopek.
3     Q.   What does that mean, that they're
4 assigned to DEA?
5     A.   In our department we have requests
6 for outside agencies with assistance, so we like
7 to call them -- they call them task forces, and
8 they request the sheriff's department for a
9 couple bodies to help out, and we've given them
10 two bodies from our department.
11     Q.   So are they physically working out
12 of DEA's offices?
13     A.   Yes.
14     Q.   Do you know what they're doing?
15     A.   On a day-to-day basis, I don't know
16 every day what they're doing, but they're kind
17 of assigned the same type of work our narcotics
18 does.
19         One is not street level narcotics,
20 but when you get that -- climb that ladder to
21 drug cartels and stuff, I think they're more
22 heavily involved with that.
23         And then the other one is assigned
24 to -- I think it's prescription investigations.
25     Q.   Are drug cartels a problem in

1 Cuyahoga County?
2         MR. BADALA: Objection to form.
3     A.   I have not encountered any, so I
4 don't know.
5     Q.   Okay. But you have one of your --
6 one of your officers is assigned to a DEA task
7 force dealing with drug cartels?
8     A.   Yes.
9     Q.   How long has that been the case?
10 When did -- how long have you had someone from
11 the sheriff's department on that DEA task force?
12     A.   As long as I can remember. I'm not
13 sure. Before I even got in the unit we've had
14 people assigned over there.
15     Q.   Have you ever had any interactions
16 with DEA?
17     A.   Yes.
18     Q.   Describe that for me, please.
19     A.   Talking to their officer in charge
20 or agent in charge. We spoke numerous times
21 about how, you know, they're doing over there
22 and making sure they're doing what's requested
23 of them.
24     Q.   Making sure that your people on
25 their task force are doing a good job?

1     A.   Yeah, that they're happy with them.
2 Yeah.
3     Q.   Anything else that you've -- any
4 other discussions you've had with DEA?
5     A.   No. We kind of make -- you know,
6 just normal conversations about helping out each
7 other, you know. Whatever they need, we'll
8 offer them help, our resources, and it goes vice
9 versa.
10     Q.   Who's the DEA agent in charge?
11     A.   Keith Martin is the one I talk to.
12     Q.   How long has he been the DEA agent
13 in charge?
14     A.   Since I can remember. A couple
15 years maybe. I don't know.
16     Q.   Was he someone you talked to when
17 you were a lieutenant?
18     A.   I did, yes.
19     Q.   I want to ask you a few questions --
20 a few more questions about how the sheriff's
21 department is organized, and I'm going to see if
22 it helps or hurts to use an org chart.
23         - - - - -
24     (Thereupon, Gerome Deposition
25     Exhibit 1, Cuyahoga County Sheriff's

1     Department Organizational Chart, was
2     marked for purposes of
3     identification.)
4         - - - - -
5         MR. BLOCK: So, for the record --
6 how are we doing the numbers, just like --
7         MR. BADALA: They haven't done
8 witness name. You guys have just been doing 1.
9 But you're free to do whatever you want.
10     Q.   Gerome 1, a one-page document
11 entitled "Cuyahoga County Sheriff's Department."
12 There's a date of October 2017 in the bottom
13 right corner, Bates labeled CUYAH 12077.
14     Captain Gerome, have you seen this
15 before?
16     A.   Yes.
17     Q.   What is this document?
18     A.   It's an organization chart for
19 our -- the sheriff's department.
20     Q.   Okay. Is this -- is this an
21 accurate description of the organization of the
22 sheriff's department as of today?
23     A.   This was October -- I'd have to look
24 it over for a minute here.
25     Q.   Sure.

16 (Pages 58 - 61)

Page 62

1    A.    Okay.  I'm sorry.  What was the
2  question?
3    Q.    Whether this -- does this accurately
4  depict how the sheriff's department is organized
5  today?
6    A.    Yes, it is, except a couple of the
7  names I think have gone on to other things.
8    Q.    Okay.  And focusing now just on
9  everything that falls under your name, so you
10  are still a captain in the sheriff's department?
11    A.    Yes.
12    Q.    And Lieutenant Caraballo and
13  Lieutenant Sharpe are still reporting to you?
14    A.    At the moment Lieutenant Sharpe is
15  on medical leave.
16    Q.    He's on medical leave?
17    A.    Yes.
18    Q.    Is there somebody filling his
19  responsibilities?
20    A.    I have delegated some of his areas
21  to Lieutenant Caraballo and Lieutenant Smith,
22  and then I've took over some of the other direct
23  responsibilities.
24    Q.    Okay.  As it pertains to narcotics
25  or drug-related issues, to whom --

Page 63

1    A.    I'm overseeing that right now.
2    Q.    Sort of directly?
3    A.    Yes.
4    Q.    Okay.  Within the responsibilities
5  that ordinarily would fall under Lieutenant
6  Sharpe, what is -- what is encompassed within
7  narcotics -- is it narcotics and K9 or is it
8  narcotics K9, one separate unit?
9    A.    It's narcotics and K9.  We have a
10  couple of K9 dogs assigned to narcotics.
11    Q.    All right.  And what's the -- what
12  are the principal responsibilities of the
13  narcotics K9 unit?
14    A.    We have one assigned to the post
15  office task force.  It's basically drug
16  detection with K9s.  The other one is assigned
17  not only with us but with homeland security.
18    Q.    I think we've talked about the
19  narcotics division.  I'm trying to get a sense
20  of which, if any, of these other units within
21  the sheriff's department also touches on
22  narcotics-related issues.  So SWAT, I think I
23  know what SWAT is.  It's probably not quite like
24  the show on TV.
25    A.    I've never seen the show.

Page 64

1    Q.    I haven't either.  They advertise it
2  during football games.
3         Does the SWAT unit have any
4  responsibilities related to drug issues?
5         MR. BADALA:  Objection to form.
6    A.    I guess they do.  If there's a
7  search warrant, they'll conduct the initial, I
8  guess, entering the home, make sure it's secure
9  before our detectives go in.
10    Q.    How big is the SWAT unit?
11    A.    I think we have 15, 16 members.
12    Q.    Then next, under Lieutenant Sharpe,
13  is task forces.
14    A.    Yes.
15    Q.    What's encompassed within task
16  forces?
17    A.    We have, as we mentioned, two
18  officers assigned to DEA.  We have a deputy
19  assigned to HIDTA, which is another drug task
20  force.  High Intensity Drug Trafficking Area I
21  believe is the correct title of it.  We have
22  another detective, a deputy, assigned to NOLETF,
23  which is the Northeast Ohio Law Enforcement Task
24  Force.  I mentioned the two K9s.  And let me see
25  if -- and we do have a deputy assigned to --

Page 65

1  with homeland security, and they do some
2  narcotics investigations.
3    Q.    Who is -- I'm sorry.
4    A.    No.
5    Q.    Anything else within task force?
6    A.    No.  I believe that's it as far as
7  that falls under narcotics task forces.
8    Q.    You told us who was the two assigned
9  to DEA.  Who's assigned to HIDTA?
10    A.    HIDTA.
11    Q.    H-I-D-T-A, is that right?
12    A.    Yes.  Ben Meder.
13    Q.    And how long has he been there?
14    A.    When I became a lieutenant, he was
15  there, so I don't know how long before then he
16  was assigned.  So it's been a couple years.
17    Q.    Do you know -- how, if at all, do
18  you know what he's doing over there?
19    A.    As of right now, I don't have daily
20  contact with him, so I don't know.
21    Q.    Okay.  Is there any -- is there any
22  sort of strategic communication between the
23  sheriff's department and that task force in
24  terms of making sure you aren't duplicating
25  efforts or getting in each other's way or

17 (Pages 62 - 65)

Page 66

1 anything like that?
2      MR. BADALA:  Objection to form.
3    A.   There's constant communication with
4 our -- the supervisor sergeant from narcotics
5 and the detectives assigned to each area or each
6 task force.  There's also -- HIDTA created a
7 deconfliction database, so if you are looking at
8 a suspect or investigating something, you can
9 look in that database, see if anyone else is
10 looking into the same thing.
11    Q.   That's something that you have
12 access to at the sheriff's department, that
13 database?
14    A.   If I wanted to, yes, I could have
15 access to it.
16    Q.   Or folks within the narcotics
17 division have access to it?
18    A.   Yes.
19    Q.   Who's assigned to the NOLETF?
20    A.   Mark Batone.
21    Q.   How long has he been there?
22    A.   The same deal.  He was there before
23 I even became a lieutenant in the division.
24    Q.   Okay.  And who's assigned to
25 homeland security?

Page 67

1    A.   Anthony Edelman.
2    Q.   And going back to -- is it Deputy
3 Batone?
4    A.   Deputy, yes.
5    Q.   Okay.  How do you know what he's
6 doing with that task force?
7    A.   It's the same thing with the deputy
8 from HIDTA.  The supervisor, the sergeant of the
9 unit has contact with him and their supervisors
10 over there.
11    Q.   Okay.  And who's the sergeant in
12 your unit that you're referring to?
13    A.   Currently right now, Sergeant Hirko.
14    Q.   Okay.  Same sergeant, Hirko --
15 Deputy Meder and Deputy Batone would report
16 occasionally to Sergeant Hirko as to what
17 they're doing?
18    A.   Yes.
19    Q.   All right.  How about for Deputy
20 Edelman at homeland security?  How, if at all,
21 do you know what he's up to over there?
22    A.   Same thing.  He reports to Sergeant
23 Hirko as well.
24    Q.   Okay.  Are there any of the other
25 units underneath -- well, starting with under

Page 68

1 your block as captain -- that have involvement
2 with narcotics-related issues, besides -- we
3 talked about SWAT, we talked about task force
4 and we talked about narcotics K9.
5    A.   Our impact unit, which is a vice
6 unit, does come in contact with drug activity, I
7 guess you could say.
8    Q.   Who is in charge of the impact unit?
9    A.   Sergeant Kozub is the immediate
10 supervisor.
11    Q.   Okay.  What's the primary mission of
12 the impact unit?
13    A.   They're, I guess you can call it, a
14 catchall for the department.  Like I said
15 before, they can do anything from assisting --
16 if you have a festival in your hometown, they'll
17 help with security for that, all the way up to
18 prostitution stings.  They've done traffic
19 enforcement.  They have assisted other agencies
20 with whatever they need.  They're kind of -- if
21 you call the county and want some assistance or
22 resources, we ask those guys -- we task those
23 guys with doing it.
24    Q.   Who within the sheriff's department
25 sets the priorities for the impact unit?

Page 69

1      MR. BADALA:  Objection to form.
2    A.   I think it's a discussion between
3 the sergeant and it used to be Lieutenant
4 Sharpe.
5    Q.   Okay.  Any other of these units that
6 have involvement with narcotics-related issues?
7      MR. BADALA:  Objection to form.
8    A.   Well, the drop box, which is
9 incorrect.  It falls under Lieutenant Sharpe,
10 too.  But you see that under Lieutenant Smith.
11 They have involvement.
12    Q.   Could you briefly describe for us
13 what the drop box unit -- is it a unit or --
14    A.   We have -- it falls under the
15 evidence sergeant, but we have guys that are
16 assigned to our evidence that do what we call
17 the pill pickup program, so the drop box program
18 throughout the county.  We have what looks like
19 a little mailbox called a drop box for
20 prescription pills, unwanted, people can drop
21 off.  They're located at the -- usually the
22 police stations, so they're monitored.  And we
23 have deputies assigned to go pick up the pills
24 from these drop boxes on a daily basis.
25    Q.   Where do the pills go when they're

18 (Pages 66 - 69)

Page 70

1 collected?
2     A.   We store them in our evidence room
3 and then we destroy them.
4     Q.   What kind of pills get dropped off?
5     A.   All types of pills.  I don't know.
6 I mean, exactly the type?
7     Q.   Yes.
8     A.   Mostly prescription bottles.
9     Q.   But all kinds of prescriptions --
10          MR. BADALA:  Objection to form.
11    Q.   -- or what kinds of prescriptions?
12    A.   I have not gone through them.
13    Q.   When did the drop box program start,
14 if you know?
15    A.   I don't know.  It was there when I
16 became lieutenant.
17    Q.   Okay.  Outside of -- are there other
18 units within the sheriff's department that have
19 involvement with narcotics-related issues?
20          MR. BADALA:  Objection to form.
21    A.   I mean, I think any law enforcement
22 has come across narcotics issues, whether it be
23 somebody having something on them, either
24 entering a courthouse or, you know, a traffic
25 stop, something like that, but the people that

Page 71

1 specifically investigate it are the ones we
2 covered.
3     Q.   Okay.  There's also medical director
4 on here.  What does the medical director for the
5 sheriff's department do?
6     A.   That's the jail medical director.
7 He oversees the medical dispensary stuff inside
8 the jail.
9     Q.   Okay.  And the director of nursing,
10 that's also for the jail?
11    A.   Correct.  And Marcus is no longer
12 there.
13    Q.   Okay.  All right.  Great.
14          MR. BLOCK:  Why don't we take a
15 break, if that's all right.
16          MR. BADALA:  Sure.
17          THE VIDEOGRAPHER:  Off the record,
18 10:02.
19          (Recess had.)
20          THE VIDEOGRAPHER:  On the record,
21 10:16.
22 BY MR. BLOCK:
23    Q.   Captain Gerome, I want to go back to
24 when you were promoted to lieutenant and then
25 assigned -- assignments were switched and you

Page 72

1 were going to be going back to the narcotics
2 division as one of your responsibilities, so
3 that's 2014 at some point; is that right?
4     A.   Yes.
5     Q.   Okay.  Did you get a -- did you get
6 any sort of briefing from anyone when you
7 were -- now the narcotics division was falling
8 under your supervision, as to what the narcotics
9 division was doing and how it was operating?
10    A.   Yes.
11    Q.   From whom?
12    A.   Lieutenant Caraballo, who I was
13 switching places with.
14    Q.   All right.  How did that -- did you
15 get anything in writing in terms of what was
16 going on?
17    A.   No.
18    Q.   Just a face to face.  How long did
19 that take?
20    A.   I don't -- I think he probably
21 updated me on what was going on and, I mean, we
22 keep in contact.  It's not like he was assigned,
23 you know, somewhere I couldn't get a hold of
24 him, but the meeting, I don't remember how long
25 that lasted.

Page 73

1     Q.   Does the sheriff's department have
2 any manuals of any sort that relate to how to
3 conduct a narcotic-related investigation?
4     A.   No, not that I'm aware of.
5     Q.   If I replace the word "manual" with
6 document, any piece of paper whatsoever that
7 relates to how to conduct a narcotics-related
8 investigation?
9          MR. BADALA:  Objection to form.
10    A.   Okay.  I'm -- I'm not sure I
11 understand that.
12    Q.   Sure.
13          Are there any documents at all
14 within the sheriff's department that deal with
15 how to conduct a narcotics-related
16 investigation?
17          MR. BADALA:  Objection to form.
18    A.   Not that I'm aware of, no.
19    Q.   Do you know how many employees there
20 are within the sheriff's department?
21    A.   No, I don't.
22    Q.   Okay.  We were talking about the
23 number of folks in the narcotics division and
24 you also testified a little earlier about your
25 thoughts that there should be more detectives

19 (Pages 70 - 73)

Page 74

1 assigned to the narcotics division.
2         Do you remember that?
3     A.   Yes.
4     Q.   When you were talking about the
5 number of people within the narcotics division,
6 were you including within that count folks like
7 Detective Batone, who's assigned somewhere else?
8     A.   No.  I was specifically talking
9 about the detectives assigned in our division,
10 not task force officers, correct.
11     Q.   I'm sorry?
12     A.   Not the task force officers.
13     Q.   You would count them separately?
14     A.   I do.
15     Q.   Okay.  Does your department -- with
16 respect to narcotics-related investigations,
17 does the sheriff's department interact at all
18 with the Cleveland Police Department?
19     A.   Yes.
20     Q.   How so?
21     A.   Again, deconflicting is what we call
22 it, and I guess if they need resources, we
23 provide them with the resources.  If we need
24 something, they'll help us out.
25     Q.   Deconflicting, how do you do that?

Page 75

1     A.   I mentioned the database that was
2 set up by HIDTA.  Also, you know, detectives can
3 call each other.
4     Q.   Do you have -- is there a
5 counterpart of yours at the Cleveland Police
6 Department in terms of having oversight for
7 narcotics-related investigations?
8     A.   Counterpart, yeah.  I have -- I talk
9 to Commander Gary Gingell, who oversees a lot of
10 their units as well.
11     Q.   What do you and Commander Gingell --
12     A.   It's pronounced -- everyone says it
13 different.  It's G-i-n-g-e-l-l.  So Gingell.
14 I've heard him be called jingles before.
15     Q.   To his face?
16     A.   Well, I haven't, but -- no.
17     Q.   What do you and he talk about?
18     A.   He's also in charge of SWAT over
19 there, so we go over resources for SWAT, and
20 then we also discuss, you know, how they're
21 handling their overdoses and stuff as well.
22     Q.   Is that all -- do you guys ever
23 trade e-mails on these subjects?
24     A.   I've -- he's part of an e-mail chain
25 with the medical examiner, so I've seen some of

Page 76

1 his responses.
2     Q.   Outside of that, do you guys e-mail
3 ever directly, one on one, you to Commander G?
4     A.   We might have, probably just either
5 helping them out with an event or SWAT or
6 something like that.  Yeah, I'm sure there's
7 e-mails in there with me and him.
8     Q.   Are there any other local law
9 enforcement agencies that you, at the sheriff's
10 department, interact with as it relates to
11 narcotics investigations?
12     A.   Me personally or our -- our
13 narcotics unit?
14     Q.   Both.
15     A.   Okay.
16     Q.   Or either, I guess.
17     A.   I've had a phone call or e-mail
18 conversations with some chiefs about our
19 overdose responses.  Our detectives that respond
20 to the overdoses, they have a rapport with
21 agencies because they're responding to their
22 jurisdictions in conducting an investigation for
23 them or assisting with it, too.
24     Q.   What chiefs do you recall having
25 conversations with, communications with?

Page 77

1     A.   Geez.  The recent one I can remember
2 is Chief -- don't ask me how to spell this
3 either -- Scharschmidt from Parma Heights.  We
4 talked about the investigations in his city.
5         There -- I can't remember the name.
6 There was a Parma -- I believe it was a captain
7 for Parma Police Department.  We discussed their
8 role and our role in the investigations.
9         I think those are the most -- the
10 ones I can remember.
11     Q.   What was being investigated in Parma
12 Heights?
13     A.   We -- he -- I think he just became
14 chief.  I think he was a captain.  He had called
15 and asked, you know, how it all works as far as
16 us coming out and conducting an investigation if
17 there was a suspected drug overdose.  I just
18 explained to him the procedure that we use as
19 far as calling out and detectives arriving on
20 scene and what they should do as a local
21 department to secure the scene.
22         And then I think we had one there,
23 and we did respond, but he -- he advised me at a
24 later time, I think on the phone, that they're
25 going to handle their investigations themselves.

20 (Pages 74 - 77)

Page 78

1  just keep it within their jurisdiction.  And I
2  think that was the last conversation I had with
3  him.
4      Q.    Meaning that he didn't want the
5  sheriff's department coming to any future
6  overdose scenes in the City of Parma Heights?
7      A.    He said his detectives were going to
8  handle the scenes.
9      Q.    Okay.  Well, let's talk about --
10  let's talk about those -- this would be "the
11  scene" being the scene of an overdose?
12      A.    Yes.
13      Q.    Do you remember specifically, this
14  one in Parma Heights, what the person had
15  overdosed on?
16      A.    No, I do not.
17      Q.    Okay.  I guess, does it -- is it the
18  same general procedure that's followed
19  regardless of the type of overdose?  You don't
20  know when you get the call what someone has
21  overdosed on, I assume, generally, usually?
22      A.    The only -- there might be some
23  limited information in the alerts that are sent
24  out, but no.  The detectives won't know until
25  they actually get there and survey the scene and

Page 79

1  see what's going on.
2      Q.    So let's walk through that process.
3          First of all, how does the sheriff's
4  department know -- how are you made aware that
5  there's an overdose or a potential overdose that
6  needs investigating?
7      A.    So within Cuyahoga County, we
8  respond to certain municipalities, townships,
9  not all of them.  Some like to do their own.  So
10  if there is a suspected drug overdose, the local
11  police department will notify the medical
12  examiner.  If it's -- a medical examiner will
13  put out an alert to -- there's a list of people
14  on the e-mail chain -- advising them that we
15  have a possible drug overdose.  They'll give the
16  location, usually the age, gender of the person
17  involved, and then maybe a brief thing if there
18  is suspected drugs on scene or anything like
19  that.
20          Our detectives are all on that alert
21  as well as the supervisors.  So in certain
22  jurisdictions, we are responsible for going and
23  helping out.  We have detectives that are on
24  call for that, and they are assigned, you know,
25  vehicles to respond to that scene.

Page 80

1          The locals are -- we kind of treat
2  it as a homicide scene now.  So they secure the
3  scene like a normal homicide, with the tape and
4  everything like that, and our detectives will
5  show up and take over from there.
6      Q.    Let me ask you a few follow-ups on
7  that.
8          First of all, how long has this been
9  something that the sheriff's department has been
10  responding to?
11      A.    It was before I came -- became a
12  lieutenant, so I don't know the exact date it
13  started, but --
14      Q.    And are we talking responding only
15  if there's been a -- I'm sorry.  Is an
16  overdose -- is this always a fatality that
17  you're describing?
18      A.    Lately, yes.  Those are the ones we
19  respond to, yes.  They're deceased.
20      Q.    Okay.  Are there ever times where
21  you respond to an overdose where the person is
22  not -- ends up not dying from the overdose?
23      A.    Yeah.  It has happened in the past.
24  We call it non-fatal.  And with that, it's
25  usually the agency will probably request our

Page 81

1  assistance.  If it's a smaller agency that
2  doesn't have the resources, they'll reach out to
3  us for assistance.  But yes, it has happened.
4      Q.    And then you said a detective from
5  the narcotics division, I suppose, goes to the
6  scene?
7      A.    We assign two detectives to go.
8      Q.    Two.  Okay.  Why two?
9      A.    There's multiple things to be done.
10  Sometimes even the supervisor will show up if
11  needed.  There are certain responsibilities they
12  have at the scene.
13      Q.    And what are the detectives supposed
14  to do at the scene?  What's their mission
15  basically?
16      A.    Collect evidence, photograph the
17  scene, interview any witnesses, gain whatever
18  intelligence they can from whatever neighbors,
19  family members, friends, whoever they -- you
20  know, whatever information they can get on the
21  scene, and they'll start their investigation
22  from there.
23      Q.    What are they investigating?
24      A.    Our main objective is to find out
25  who was -- sold the drugs to this individual and

Page 82

1 try to go after them.
2    Q.   Is there -- is there a standard --
3 is there some sort of -- is there a checklist
4 that the detectives have for when they're on
5 scene, here are the -- here's what we need to
6 look for or the questions we need to ask?
7       MR. BADALA:  Objection to form.
8    A.   I'm not aware of a document or a
9 checklist that -- they may have one of their
10 own.  I don't think there's an official one that
11 was put out, but I think, like I said, they may
12 have something on their own they go off of.
13    Q.   Is there any reporting obligation
14 that the detectives who respond on the scene
15 have?  Do they have to write a report of what
16 they observed?
17    A.   Yes, absolutely.  Yes.
18    Q.   Okay.  Is that report -- is that on
19 a form or they can write it on a cocktail napkin
20 if they want?
21    A.    No.  We have a report management
22 system now, so everything is documented on that.
23    Q.   What's the name of the management
24 system?
25    A.   TAC, T-A-C.

Page 83

1    Q.   What's that stand for?
2    A.   I don't know.
3    Q.   That's an electronic system?
4    A.   Yeah.  It's a system that's used by
5 most agencies here in Cuyahoga County and
6 Northeast Ohio.
7    Q.   When you say "most agencies," who
8 are you including?
9    A.   Police departments.  I don't have
10 the exact names of them, but I think within
11 Cuyahoga County the majority of them use this
12 system.
13    Q.   How long has TAC been -- how long
14 has it been the TAC system that this information
15 has been put into?
16    A.   For our department?
17    Q.   Yes.
18    A.   We introduced it this past year, I
19 think January -- I'd say December, January is
20 when we went live with it.
21    Q.   How were the reports collected prior
22 to TAC?
23    A.   There's another database.  It's
24 called Crime.  And that's linked to the
25 prosecutors.  And, again, a lot of agencies have

Page 84

1 that as well.  And the Crime links up with our
2 TAC system, so it linked up with other people's
3 TAC system.  But that was our main database for
4 report writing and stuff like that.
5    Q.   Okay.  Any other databases prior to
6 Crime that you remember in terms of where the
7 narcotics folks would report what they found on
8 the scene?
9    A.   I think most detectives kept their
10 own file folders, stuff like that.
11    Q.   Have you ever been a detective
12 responding to an overdose scene?
13    A.   No, I have not.
14    Q.   Have you ever submitted a report
15 related to an overdose scene?
16    A.   No, I have not.
17    Q.   Okay.  That's -- those are the
18 detectives in the field, so to speak, I guess
19 that are doing it?
20    A.   Yeah.  Our detectives that are on
21 call, or if it happened now, one of our guys on
22 duty would respond to it.
23    Q.   What are the detectives trained
24 to -- what are they trained to look for at the
25 crime scene?  I'm sorry.  At the scene.  It's

Page 85

1 considered a crime scene, I take it?
2    A.   Yeah.  We consider it a homicide
3 scene based on what we found in the past about
4 overdoses and people selling these drugs.
5       And I'm sorry.  The question?
6    Q.   What are they trained to look for?
7    A.   Any sorts of evidence.  It could be
8 anywhere from a plastic baggie.  A crucial piece
9 now is a cell phone.  We try to get those.  If
10 there's drug paraphernalia.  Anything that could
11 be considered, you know, evidence these days.
12    Q.   In terms of, I guess, part of what
13 they're supposed to do is interview witnesses or
14 potential witnesses; is that right?
15    A.   Yes.  If there's -- obviously
16 somebody found the person.  If it wasn't law
17 enforcement doing a welfare check, they'll try
18 to interview those people.  If there's family
19 members present or someone has knowledge of the
20 person, stuff like that, try to interview them.
21    Q.   What are they asking the people that
22 they're interviewing?
23    A.   Just about, you know, their past.
24 If they seen anything out of the ordinary, if
25 they have a drug history, if this happened

22 (Pages 82 - 85)

Page 86

1 before. Just trying to get to know who the
2 decedent is and, you know, try to get a little
3 background on that.
4     Q.   And that information, whatever
5 information they glean from those interviews, is
6 included as part of the report that gets
7 submitted into the Crime or, now, TAC database;
8 is that right?
9     A.   I'd have to review specific reports.
10 I think it's more of a feel who they're dealing
11 with, where to go with the investigations. I
12 don't know if they exactly include the history
13 of that person because you're going off of
14 witness statements. You know, you don't have
15 anything official until the medical examiner
16 comes out with what happened.
17     Q.   Is there any requirement that, let's
18 say -- a lot of these scenes the response ends
19 up being a heroin overdose; is that right?
20     A.   I'm sorry. Could you repeat that?
21     Q.   Heroin overdose scenes, is that --
22     A.   Yes, we've investigated those. Yes.
23 Correct.
24     Q.   So is there any requirement for a
25 detective who goes to a heroin overdose scene --

Page 87

1 are they required to ask -- try to ascertain
2 from whoever they interview whether that -- the
3 person who overdosed on the heroin has ever in
4 their life before taken a prescription opioid?
5     A.   That's something they can ask, yeah.
6 I'm not sure I'm following your question.
7     Q.   My question is, are they required
8 to?
9     A.   Are they required to?
10     Q.   Yes.
11     A.   No.
12     Q.   Are they trained to ask that
13 question?
14     A.   I think any detective investigating,
15 it's something you kind of want to know.
16 Specific training, you know, our detectives have
17 gone to interview interrogation school, stuff
18 like that. So I don't know if that was brought
19 up or not.
20     Q.   You don't know one way or the other?
21     A.   No, I don't.
22     Q.   All right. I guess what happens --
23 what happens next? So the officer goes --
24 sorry. The detectives --
25     A.   Yes.

Page 88

1     Q.   Do they file two separate reports?
2 You said that there are two detectives that go
3 to the scene.
4     A.   No. It will be a lead detective who
5 will do the actual reporting writing, and the
6 other one might submit a supplement report on
7 what they did.
8     Q.   Okay. What happens next in terms of
9 the investigation?
10     A.   Are you talking about the scene
11 itself or from --
12     Q.   Sure. Let's start with the scene
13 itself.
14     A.   Securing the scene, photographs.
15 You know, I might have left this out. The
16 medical examiner comes and collects the body.
17 So, you know, anything like evidence on the
18 body. In Ohio here, the medical examiner is the
19 only one that has the right to search the body
20 unless they're in your presence. So after the
21 scene is secure, interviews are done, and
22 they'll leave.
23     Q.   Okay. What happens next?
24     A.   It depends on what was collected and
25 what information you obtained. A lot of it --

Page 89

1 information, with the cell phone technology, we
2 can get a search warrant for cell phones and try
3 to see who the person has been contacting. We
4 try to get information from whoever, if there's
5 someone to interview on scene, if they know
6 anybody, names, hanging out with, associates,
7 stuff like that. Just trying to obtain
8 information to try to get the person that caused
9 this.
10     Q.   What happens next in terms of the
11 investigation?
12     A.   Some investigations, like I said, it
13 could turn into you finding out who the person
14 was, the drug dealer. Some investigations, you
15 might not have anything to go on, and those
16 will, you know, sit until -- for information,
17 only until you can get some more information.
18 Obviously you wait for the medical examiner's
19 report to come back to tell you exactly what it
20 was.
21     Q.   Do you know how many -- how many
22 arrests has the sheriff's department made based
23 out of investigations from overdose scenes, if
24 you know?
25     A.   No, not offhand I don't know.

23 (Pages 86 - 89)

Page 90

1    Q.   Have there been arrests made as a
2 result of investigations into overdose scenes?
3    A.   We -- as a matter of fact, last
4 week -- it made the papers -- they arrested a
5 guy that was selling fentanyl and heroin.
6    Q.   Where?  Here in Cuyahoga County?
7    A.   Yes.
8    Q.   That was someone -- who arrested
9 him, someone in the sheriff's department?
10    A.   Yeah.  My detectives arrested him.
11    Q.   Okay.  And this was a guy who was
12 selling -- where was he getting the heroin?
13    A.   I don't know where he got the heroin
14 from.
15    Q.   Okay.  And the fentanyl that he was
16 getting, was that like illicit fentanyl as
17 opposed to it wasn't prescription?
18       MR. BADALA:  Objection to form.
19    Q.   Was it prescription fentanyl that he
20 was selling?
21    A.   We don't know where he got the
22 fentanyl.
23    Q.   Do you know what form the fentanyl
24 was in?  Was it a pill, patch?
25    A.   It was powder.

Page 91

1    Q.   Powder.  All right.
2       And how did it -- how were the
3 people in your department able to find this guy
4 and arrest him?
5    A.   I'm not familiar with the exact
6 circumstances that led them to the search
7 warrant.  I was briefed on that.  It was from an
8 overdose scene that they investigated, and an
9 important piece of evidence they were looking
10 for was his phone -- they did get the phone --
11 and trying to link that to the deceased
12 overdose.
13    Q.   The person that was arrested was --
14 is it a he?
15    A.   He, yes.
16    Q.   Was he a doctor?
17    A.   No.  I'm sorry.  Not that I'm aware
18 of.
19    Q.   Okay.  Did he work at a pharmacy?
20    A.   I don't know where he worked.
21    Q.   Or a distributor?
22    A.   Again, I don't know his background.
23    Q.   Okay.  Do you know where he was
24 arrested?
25    A.   Yes.

Page 92

1    Q.   Where?
2    A.   It was an apartment in Rocky River.
3    Q.   Does the sheriff's department keep
4 track of the number of arrests that are made for
5 drug offenses, I guess?  Would this be an arrest
6 for a drug offense, this guy who was arrested?
7    A.   Yes.
8    Q.   Okay.  Do you keep track of the
9 number of folks that the sheriff's department
10 arrests for those kind of offenses?
11    A.   Statistics for drug arrests in the
12 unit?
13    Q.   Yes.
14    A.   Yes, there are statistics.
15    Q.   Who keeps those?
16    A.   It's probably usually the
17 supervisor, immediate supervisor of the unit.
18    Q.   So that would be?
19    A.   The sergeant.
20    Q.   Oh, the sergeant, okay.  Remind me
21 who the sergeant is.
22    A.   Right now it's Sergeant Hirko.
23    Q.   Hirko.  All right.
24       Have I asked you -- have you ever
25 served on any task force related to narcotics?

Page 93

1    A.   No.
2    Q.   And if I say "narcotics," in your
3 mind would that include like -- you testified
4 earlier that prescription drugs are something
5 you're looking into.  Would you include those
6 within narcotics?  I didn't mean to be excluding
7 them.
8    A.   Yes.
9    Q.   Okay.  Have you -- has the sheriff's
10 department ever responded to an overdose where
11 the person overdosed on prescription narcotics?
12    A.   I'm not aware of every toxicology
13 report that we've responded to, so I don't know.
14    Q.   Are you aware of any arrests the
15 sheriff's department has made that stemmed out
16 of an investigation of someone who overdosed on
17 prescription narcotics?
18       MR. BADALA:  Objection to form.
19    A.   No, I'm not aware.  I don't know.
20    Q.   Okay.  Do you know whether the
21 sheriff's department has ever investigated any
22 physicians relating to prescription narcotics?
23    A.   Since I've been in the unit, I was
24 never briefed on those, investigating
25 physicians.

24 (Pages 90 - 93)

Page 94

1    Q.    Same question, investigated any
2  pharmacies?
3    A.    Same answer.  Not that I'm aware of
4  since I've been in charge.
5    Q.    And same question, investigated any
6  distributors?
7    A.    Again, not that I'm aware of since I
8  took over.
9    Q.    And investigated any manufacturers
10  of prescription medications?
11    A.    Not that I'm aware of since I've
12  been in charge of the unit.
13    Q.    Let's see.  The alert that triggers
14  the scene investigation, that comes from the
15  county medical examiner; is that right?
16    A.    Yes.
17    Q.    Is that Mr. Shannon?
18    A.    He works for the medical examiner.
19  I'm not sure if he's the actual one sending the
20  alert.  I don't know who actually the person
21  typing in the alert is, but it comes from their
22  office.
23    Q.    All right.  So is that the only way
24  the alert gets to the sheriff's department is
25  through the e-mail?

Page 95

1    A.    It's e-mail, and you can set it up
2  so you receive a text as well.
3    Q.    Okay.  So I guess you guys have to
4  be checking your phones and e-mails frequently?
5    A.    Well, you hear it.  I mean, you hear
6  it go off.
7    Q.    Does it have a special alarm
8  associated with it as opposed -- you know, like
9  sometimes you get an Amber alert and your phone
10  goes nuts.
11    A.    It probably depends how you set up
12  your phone.  Mine is just a regular text like
13  any other text that comes through.
14    Q.    All right.  And is there a protocol
15  within the sheriff's department for making sure
16  that -- it sounds like a lot of people are
17  getting the e-mail.  How do you know -- how does
18  it get decided, okay, you two men or women are
19  the ones tasked with responding to the scene?
20    A.    So in our department we have it set
21  up where the detectives that are on duty during
22  the day will respond to it.  We also have two
23  detectives that are -- works a different shift.
24  They're an afternoon shift until the nighttime.
25  And then we have detectives, the same ones or it

Page 96

1  can vary, depending on, you know, vacation and
2  stuff, that are on call to respond to that, and
3  that's -- it's a 24/7 operation for us.
4    Q.    I can't remember -- sorry -- if I
5  finished asking you the question I intended to.
6  I jumped around.  Have you ever served on any
7  task force -- task forces relating to narcotics?
8    A.    No, I have not.
9    Q.    Have we -- we talked about some of
10  the sheriffs -- the deputy sheriffs who are
11  assigned to other task forces.  I want to make
12  sure we've exhausted that list.  Are you
13  familiar with something called -- let me strike
14  everything I just said and ask a different
15  question.
16          Are you familiar with something
17  called the Cuyahoga County Opiate Task Force?
18    A.    Yes.
19    Q.    What is that?
20    A.    Well, the sheriff's department is
21  part of that.  I've been to some meetings on
22  behalf of the sheriff.  And that's just
23  department heads within Cuyahoga County coming
24  together, meeting.  I want to say it's like once
25  or -- a month or once every couple months, and

Page 97

1  just discussing the resources and what's being
2  done or what can be done to put an end to the
3  opiate epidemic, I guess.
4    Q.    How long has that task force been in
5  place?
6    A.    Since about -- when I was promoted
7  as lieutenant it was in place.
8    Q.    Okay.  Do you know how much further
9  before that?
10    A.    No, I don't.
11    Q.    When is the first -- are these
12  in-person meetings?  Does the task force have
13  in-person meetings?
14    A.    Yes.
15    Q.    Where do they do those?
16    A.    The ones I attended, which was a
17  couple, at the Federal Building.
18    Q.    Okay.  Is there -- does someone
19  chair the meeting?  Is there a head of that task
20  force?
21    A.    The one I -- yeah.  There's --
22  there's the U.S. Attorney's Office.  Her name is
23  Carole Rendon.  The ones I was at, she was
24  involved.  She chaired it.
25    Q.    Did you actively participate in --

Page 98

1 have you actively participated in any of these
2 meetings, where you got up and -- I don't know
3 if you stand up, but you said here are my
4 thoughts or here's something I have to report?
5    A.   I don't remember standing up giving
6 a briefing on anything.  Usually introductions
7 are made in case there's somebody there that
8 hasn't been there before.  They give you a brief
9 briefing on what, you know, the events they're
10 about to talk about and the events that were
11 talked about at the last meeting.  Like I said,
12 Gary Gingell from Cleveland Police is there, and
13 there's some other -- a couple judges attend it.
14    Q.   Is there anybody from DEA?
15    A.   Yes.  Keith Martin has attended it
16 before.  So it's -- there's a little agenda.
17 And then there's civilians, you know, with
18 certain programs that attend it as well.  So
19 it's just -- it's a roundabout table talking
20 about -- we can bring up anything you want,
21 whatever to try to end this.
22    Q.   Can you remember any discussions
23 at -- from these opiate task force meetings
24 where prescription opioids have been the
25 subject?

Page 99

1    A.   I don't remember specifics from the
2 meeting, but it's talked about.
3    Q.   What do you remember being talked
4 about, if anything, relating to prescription
5 medications?
6    A.   Probably treatment for individuals,
7 I think, was discussed.
8    Q.   What do you mean by that?
9    A.   The judges usually brought up
10 treatment for individuals that come in their
11 courtroom that are charged with either
12 prescriptions or heroin or stuff that's related
13 to overdoses.
14    Q.   And when you say "treatment," what
15 do you mean?
16    A.   Rehab.  You know, their drug
17 addiction treatment.
18    Q.   Got it.
19       Anything else -- any other
20 discussions that you can remember from these
21 opiate task force meetings relating to
22 prescription medications?
23    A.   I haven't attended one in a while,
24 so not that I remember.
25    Q.   Is there someone from the sheriff's

Page 100

1 department who -- who is the principal person
2 who normally goes to the opiate -- the opiate
3 task force meetings?
4    A.   The sheriff is usually invited, and
5 like I said, I would represent him.  The chief
6 has gone to a couple, I believe.
7    Q.   Have you ever been asked by the
8 chief for a briefing -- the chief said, "I'm
9 going to this task force meeting, anything I
10 should be aware of," like getting input from you
11 before he goes to the meeting?
12    A.   No, he's never asked me that.
13    Q.   Same question for the sherriff.  Has
14 he ever asked you for input?
15    A.   No.
16    Q.   Do you know whether the sheriff's
17 department provides any information to the task
18 force?
19    A.   I have never provided information.
20 I don't know if they have when they've attended.
21    Q.   Do you get -- you said you get an
22 agenda.  For the times you participated, there
23 was an agenda?
24    A.   Yes.
25    Q.   Was that something you got in

Page 101

1 advance?
2    A.   Yes.
3    Q.   And are there minutes?  Do you get
4 minutes of the meetings afterward?
5    A.   I don't think there is minutes.
6 It's a pretty generic agenda of what was talked
7 about at, I think, the last meeting, what they
8 want to talk about at this meeting.
9    Q.   And how about within -- shifting
10 gears a little bit, staying on the topics of
11 minutes, and we can look at them in a little
12 bit, but I've seen some minutes of sheriff's
13 department meetings.  Have you ever seen minutes
14 of meetings just within your sheriff's
15 department about -- I'll finish the question
16 there.
17    A.   No.  Go ahead.
18    Q.   That was the question.  Have you
19 ever seen minutes?
20    A.   Yes, I have.
21    Q.   All right.  Who -- do you know who
22 prepares those?
23    A.   The sheriff's secretary, when we
24 have a staff meeting, takes care of those.
25    Q.   Okay.  How often do you have staff

26 (Pages 98 - 101)

Page 102

1 meetings?
2     A.   Once a month.
3          Within the sheriff's department?
4     Q.   Yes.
5     A.   Yeah, once a month.
6     Q.   Okay.  And how long -- who -- to
7 what rank -- what ranks attend the staff
8 meetings?
9     A.   On the law enforcement end, there's
10 actually two staff meetings.  One is a law
11 enforcement staff meeting and then there's an
12 all staff meeting.  The all staff meeting is the
13 one we're referring to where they take the
14 minutes.  In law enforcement it's lieutenants
15 and above attend it.
16     Q.   Are there minutes kept of the law
17 enforcement meetings?
18     A.   No.
19     Q.   Are there agendas submitted ahead of
20 time?
21     A.   No.
22     Q.   Are there any pieces of paper
23 whatsoever related to the law enforcement staff
24 meetings?
25     A.   No.

Page 103

1     Q.   All right.  And you said that the
2 all staff meetings are once a month?
3     A.   Yes.
4     Q.   Is it a set -- it's always the
5 second Tuesday of every --
6     A.   It's -- yeah, it is -- I don't
7 remember what day it is.  I think it's usually
8 on a Wednesday, so I think it's the first
9 Wednesday of every month.
10     Q.   All right.  And is there an agenda
11 sent around ahead of time?
12     A.   No.
13     Q.   Are you expected to -- how do you
14 know what, if anything, you're supposed to cover
15 at the staff meeting?
16          MR. BADALA:  Objection to form.
17     A.   I guess it's up to the supervisor to
18 just give updates on what's going on.
19     Q.   So let's -- the all staff meetings,
20 can you recall any all staff meeting at the
21 sheriff's department where prescription
22 medications were discussed?
23          MR. BADALA:  Objection to form.
24     A.   I don't remember.
25     Q.   And how about law enforcement staff

Page 104

1 meetings; can you remember any law enforcement
2 staff meeting where prescription medications
3 were discussed?
4     A.   No, I don't remember.
5     Q.   Okay.  And have you gone to -- you
6 said the law enforcement staff meetings were
7 lieutenant and above.  So have you regularly
8 participated in those since you were promoted to
9 lieutenant?
10     A.   Yes.
11     Q.   All right.  On the drop box program,
12 does that -- I guess who, if anybody -- do they
13 inventory what is turned in in the drop boxes?
14     A.   Inventory it?
15     Q.   Yes.
16     A.   As far as marking what pills or --
17 no.  They weigh it.  That's about all they do.
18     Q.   And how is it -- how is that
19 material destroyed?
20     A.   There's several ways we get -- do
21 it.  We used to take it to Charter Steel, which
22 is a steel mill, and they used to burn it for
23 us.  They no longer do that.  We have a company
24 called Ross Disposal we've taken it to.  They're
25 located, I think, at the Elyria/Lorain area.

Page 105

1 I'm not sure if you're familiar with the area.
2     Q.   Yes.
3     A.   They'll dispose it.  And then now
4 currently, the DEA -- we're turning it over to
5 the DEA.  I think it's set up for like two or
6 three times a year we're going to turn
7 everything over to them and let them destroy it.
8     Q.   Do you have any involvement with the
9 High Intensity Drug Trafficking Area Task Force?
10     A.   Me personally?
11     Q.   Yes.
12     A.   We have a detective assigned to it,
13 so I guess if I oversee the narcotics division,
14 that it flows up the chain, yeah.
15     Q.   What do you understand the mission
16 or the purpose of that task force to be?
17     A.   They mainly deal with interdictions.
18 It could be hotel interdictions.  And I think
19 that's their -- you know, that's what they do.
20     Q.   What do you mean by interdiction?
21     A.   Hotel or motel interdictions.  If we
22 get complaints from either hotel management or
23 citizens, wherever, of any drug activity going
24 on inside the hotel or motel, they'll set up on
25 it and investigate it.

27 (Pages 102 - 105)

Page 106

1     Q.    Okay.  Is there a lead agency within
2 that task force, to your understanding?
3     A.    I believe Cleveland Police
4 Department leads that.
5     Q.    Okay.  Do you know what -- is there
6 a principal drug or type of drugs that that task
7 force is focused on?
8     A.    No.  All drugs.  I don't know that
9 they specify one or not.
10     Q.    Marijuana?
11     A.    It could be.
12     Q.    Cocaine?
13     A.    Could be, yes.
14     Q.    Would that include prescription
15 medications?
16     A.    It would be whatever they came
17 across.  Just like any other law enforcement,
18 something illegal, they act on it.
19     Q.    All right.  Have you ever personally
20 arrested anybody for any offense related to
21 prescription medications?
22     A.    Not that I remember, no.
23     Q.    Have you ever arrested anybody
24 related to -- for an offense related to
25 marijuana?

Page 107

1     A.    Yes.
2     Q.    Cocaine?
3     A.    Yes.
4     Q.    Heroin?
5     A.    Yes.
6     Q.    Fentanyl?
7     A.    No.
8     Q.    The cocaine, marijuana, heroin
9 arrest, was that when you were -- when did you
10 make those arrests?
11        MR. BADALA:  Objection to form.
12     A.    During my time in narcotics, but as
13 far as marijuana, that's kind of throughout your
14 career, and probably cocaine and stuff like
15 that.  It's throughout your career as law
16 enforcement.  I can't give you specific dates or
17 times, but it's occurred over time.
18     Q.    Okay.  Are you familiar with
19 something called STANCE, Standing Together
20 Against Neighborhood Crime Everyday?
21     A.    Yes.
22     Q.    Do you have any -- what is that?
23     A.    Again, it's the department heads get
24 together.  I've -- have not attended one of
25 those so I don't know what's discussed in those.

Page 108

1     Q.    Okay.  Are you -- do you have any --
2 does the sheriff's department participate in
3 STANCE?
4     A.    Yes.  I believe the chief or sheriff
5 attend those, or the other captain.  I have not.
6     Q.    Do you know whether STANCE has
7 anything to do with narcotics?
8        MR. BADALA:  Objection to form.
9     A.    I have not attended a meeting, so I
10 don't know.
11     Q.    All right.  To your understanding,
12 it's either the sheriff or the deputy who would
13 represent the sheriff's department at STANCE
14 meetings?
15     A.    From what I understand, it's the
16 sheriff, Chief Deputy Taylor, or the other
17 captain, Captain Peters, would have attended one
18 of those.  I have not.
19     Q.    Okay.  Do you -- have you ever
20 served on the Cuyahoga County Drug Board Court
21 Advisory Board?
22     A.    Have I served on it?
23     Q.    Yes.
24     A.    No.
25     Q.    Would it surprise you if you were

Page 109

1 listed on their listing of the advisory board?
2 Let me -- I'll back up.
3        Do you know what the drug court,
4 county drug court does?
5     A.    Yeah.  The term you used kind of
6 confused me.  What did you call it?  I'm sorry.
7     Q.    I called it the county drug court
8 advisory board.
9     A.    Okay.  It's just referred to as drug
10 court.  That's why it kind of confused me.
11     Q.    Fair enough.  I'm really not trying
12 to trick you.
13        Do you have any involvement with the
14 drug court?
15     A.    Right now, no.
16     Q.    Have you ever?
17     A.    Yes.
18     Q.    Describe for me your involvement
19 with the drug court.
20     A.    I can't remember what year.  It was
21 after I was a lieutenant in charge of the
22 uniform courts division.  The judges requested a
23 couple of our deputy sheriff's that work in the
24 courtrooms to specifically work their
25 courtrooms, which they were in charge of, you

28 (Pages 106 - 109)

Page 110

1 know, drug court obviously.
2    Q.   Yes.
3    A.   We gave them -- we gave them two
4 deputies we felt would do the best job for them
5 and assigned them to that.
6    Q.   What were the judges looking for?
7    A.   Someone that would talk to the
8 offenders, maybe go check on them.  Kind of --
9 whatever kind of the judge requested that they
10 wanted -- that they would do.
11    Q.   Okay.  And so are there currently
12 deputies from the sheriff's department who are
13 what, assigned to the drug court or is part of
14 their responsibilities?
15    A.   Since I'm not in charge of courts
16 anymore, I don't know if they still have
17 deputies assigned to that or not.
18    Q.   When you were assigned to courts, is
19 that court security -- I'm looking at the org
20 chart, Exhibit 1.  Which group would that be?
21    A.   I'm just making sure it's not called
22 something else here.
23    Q.   Sure.
24    A.   Yeah, it would be court security.
25    Q.   Okay.  When you were in charge of

Page 111

1 court security, the people you identified as the
2 ones who would be good for that role, were they
3 affiliated with the narcotics division?
4    A.   No.
5    Q.   Is there any -- any coordination at
6 all between the court security and the narcotics
7 division? I mean, did the court security people
8 learn anything in that role that could be
9 helpful to the narcotics division in its
10 operations?
11       MR. BADALA:  Objection to form.
12    A.   I'm not aware they had
13 communications with each other.  I don't know.
14    Q.   Okay.  So how long were you involved
15 with the drug court?
16    A.   When I was promoted to captain, so
17 it was a couple of years.
18    Q.   Okay.  Did you ever go to meetings
19 related to the drug court, whether they were
20 officially called an advisory board or something
21 else?
22    A.   No, I did not.
23    Q.   All right.  Have you heard of
24 something called the Heroin and Opioid Action
25 Plan Committee?

Page 112

1    A.   No.
2    Q.   We'll come back to that.
3       Do you know, the folks -- so does
4 the sheriff's department get any funding
5 related to having members of the sheriff's
6 department that are assigned to task forces?
7    A.   I'm sure the overtime that the task
8 force officers can accrue are paid for by those
9 agencies up to a certain limit.  I don't know if
10 that answers the question or not.
11    Q.   That helps, yes.
12    A.   As far as grants for them to be on
13 these task forces, I'm not aware -- the
14 sheriff's department, we pay their salaries,
15 their regular salaries.
16    Q.   Does the sheriff's department have
17 any other expenditures other than the salaries
18 of the people participating in the task force
19 relating to the operations of the task force?
20       MR. BADALA:  Objection to form.
21    A.   We're still responsible for
22 equipment, their gun, ammunition, vest, any type
23 of equipment that the normal officer would need.
24 We're still responsible for all that.
25    Q.   Okay.  Anything else?

Page 113

1    A.   Not that I can think of.
2    Q.   Okay.  Do you know whether the
3 sheriff's department ever gets any funds that
4 relate in some way to money or property that any
5 of these task forces are able to seize or obtain
6 by forfeiture as a result of their
7 investigations?
8       MR. BADALA:  Objection to form.
9    A.   Yes.  We do receive part of any
10 seizures.
11    Q.   Okay.  Do you know how much in any
12 particular year?
13    A.   No.
14    Q.   Who would know the answer to that?
15    A.   Our fiscal head, Donna.
16    Q.   Donna.  That's Donna Kaleal?
17    A.   Yes.
18    Q.   Okay.  Does the -- are you aware of
19 any grants of any sort that the sheriff's
20 department, the Cuyahoga County Sheriff's
21 Department, have received that relate at all to
22 narcotics?
23       MR. BADALA:  Objection to form.
24    A.   No.  I'm -- not firsthand knowledge,
25 no.

29 (Pages 110 - 113)

1    Q.    Okay.  Secondhand knowledge?
2    A.    I would imagine something -- there
3 might be a grant for the medical staff in the
4 jail.  I don't know.
5    Q.    And how about grants related to the
6 investigation of drug offenses?  Does the
7 sheriff's department receive any state funding
8 for that?
9    A.    Not that I'm aware of.
10    Q.    Okay.  And how about federal
11 funding?
12    A.    Not that I'm aware of.
13    Q.    Okay.  Does the sheriff's department
14 itself seize -- ever seize money or other
15 property in connection with drug-related
16 investigations?
17        MR. BADALA:  Objection to form.
18    A.    Yes.
19    Q.    And does that -- the proceeds of any
20 of those forfeitures, do those go back into the
21 sheriff's department budget then?
22        MR. BADALA:  Objection to form.
23    A.    Yes.
24    Q.    Okay.  Do you know what the
25 magnitude is of those -- the value of those

1 seizures or forfeitures?
2    A.    I don't understand that question.
3    Q.    I'm trying to figure out how much
4 money the sheriff's department makes, for lack
5 of a better term, as a result of its operations
6 which lead to forfeitures and seizure of money
7 and other things.
8    A.    I get briefed on what's in the
9 accounts that we have.  Anytime there's a
10 deposit, a forfeiture deposit into our -- the
11 law enforcement trust fund is what it's called,
12 the sergeant in charge of our evidence and
13 forfeitures will include me in an e-mail
14 stating, you know, how much was put in there.
15    Q.    All right.  Do you know what the
16 approximate balance of that fund is?
17    A.    No.  I have not been briefed lately
18 on it.
19    Q.    Who is the sergeant that's in charge
20 of that?
21    A.    Sergeant Devlin is in charge of our
22 evidence/forfeiture.
23    Q.    What's that fund used for?
24    A.    Training, equipment is the main two.
25 Sometimes out-of-town training.  It pays for

1 flights, stuff like that.
2    Q.    Okay.  Do you know where -- where
3 does the sheriff's department -- where does the
4 money to fund the sheriff's department's
5 operations come from?
6    A.    The complete -- the whole sheriff's
7 department?
8    Q.    Sure.
9    A.    Okay.  We're budgeted through the
10 county for that.
11    Q.    Okay.  And then within the
12 sheriff's -- is there a budget within a budget
13 for the sheriff's department specific to
14 narcotics?
15        MR. BADALA:  Objection to form.
16    A.    No.
17    Q.    Or to the narcotics division?
18    A.    No.
19    Q.    How, if at all -- are there any
20 sub-groups within the sheriff's department that
21 have budget allocations that roll up into the,
22 you know, budget for the entire department?
23        MR. BADALA:  Objection to form.
24    A.    As you see on the org chart, there's
25 several divisions.

1    Q.    Yes.
2    A.    I don't know if there's a budget
3 allocated for each division.  That would be a
4 question for fiscal, so --
5    Q.    Does the law enforcement division
6 have a budget within the sheriff's department
7 overall budget?
8    A.    I'm not aware how -- how she keeps
9 track of each division.
10    Q.    Do you have to ever submit any
11 financial information to Ms. Kaleal?
12    A.    No.
13        MR. BADALA:  Good time to take a
14 five-minute break?
15        MR. BLOCK:  Yes.  Sure.
16        THE VIDEOGRAPHER:  Off the record,
17 11:07.
18        (Recess had.)
19        THE VIDEOGRAPHER:  On the record,
20 11:22.
21 BY MR. BLOCK:
22    Q.    Captain Gerome, you had mentioned,
23 when you were talking about the narcotics
24 division responding to overdose scenes, that
25 there are some jurisdictions where, I guess, the

30 (Pages 114 - 117)

Page 118

1 sheriff's department is invited, and there are
2 others which have said they want to handle it on
3 their own.  So what are -- take it either way,
4 but I'm just trying to figure out what that
5 dividing line is.  What jurisdictions are
6 sheriff's department folks responding to
7 overdose scenes in now?  Or if it's easier --
8      A.   It's probably easier to go the other
9 way with it because there's, I think, 58
10 municipalities, townships.  I have a hard time
11 naming all 50 something of them that we do
12 respond to.
13          The main ones that we don't respond
14 to is the Cleveland -- the City of Cleveland.
15 They handle their own investigations.  Another
16 couple large ones is the Lakewood Police
17 Department, the Parma Police Department, Parma
18 Heights now, that I think I mentioned before.
19 Westlake Police Department handles their own.
20 And then there's a few smaller suburbs on the
21 east side who have kind of banded together, come
22 up with their own little mini task force.  I
23 don't know the acronym that they call
24 themselves, but it's like the Mayfield, Mayfield
25 Heights, Gates Mills community out there, which

Page 119

1 they've come together and they'll investigate
2 their own.
3          I'm sure I'm missing one or two, but
4 those are the ones that stand out right now.
5      Q.   Thank you.
6          And has that -- you mentioned Parma
7 Heights is a relatively new addition to that
8 list.  The others, has that been the case since
9 you were a lieutenant?
10      A.   When I took over the division,
11 those -- they were still handling theirs.
12      Q.   Okay.  We talked about one thing the
13 detectives do on the scene is they interview
14 folks.  I assume that's -- that they can only
15 interview people if there are people there on
16 the scene.  What, if anything -- what, if any,
17 interviews are done in a situation in which
18 there's no one to interview at the scene?  Do
19 they go back and try to find folks to talk to?
20 Do they do follow-up interviews after the
21 on-the-scene investigation, if that makes sense?
22      A.   Yeah.  I mean, identifying the
23 bodies is important, first of all.  With the
24 help of the medical examiner, we'll do that.  I
25 mean, every scene is different.  If the case is

Page 120

1 where there's nobody and maybe it was a welfare
2 check or something like that, where the police
3 found them, you know, interviewing neighbors,
4 trying to get -- you know, see if they can get a
5 hold of family members.  We always try to get a
6 hold of family members to do a notification as
7 well.  So, you know, follow-up would be
8 interviewing them and seeing what they know or
9 they don't know.  But in those cases, those are
10 the tough ones to solve if there aren't people
11 that we could talk to.
12      Q.   If there's an interview done, you
13 know, a day, a week after the scene, how does
14 that get -- how does that information get into
15 the file for that case?  Is there a supplemental
16 report that's submitted into Crime or, now, TAC?
17      A.   There could be a supplement report
18 depending on what information is given.  If it's
19 someone giving, you know, sort of acting as an
20 informant or something like that, you know,
21 we'll withhold some of the names, stuff like
22 that.
23      Q.   Sure.
24      A.   But yeah, that will be in a
25 supplement report if it helps in the

Page 121

1 investigation.
2      Q.   Is each investigation assigned a
3 different -- some sort of unique case number or
4 otherwise within your systems?
5      A.   No.  Our TAC system is just one
6 after another case number.
7      Q.   I guess I'll show you how much I
8 don't know about police investigative work.  But
9 if you respond to an overdose on -- if the
10 detectives respond to an overdose on Elm Street,
11 you know, in August, does that get a case -- you
12 know, that's case number 12 is the Elm Street
13 August overdose or -- so that if things happen
14 later, that they can trace back to it, all the
15 information gets collected associated with a
16 particular case, or does it just go into the
17 system chronologically?
18          MR. BADALA:  Objection to form.
19      A.   The case numbers are generated
20 chronologically, but if you do punch in an
21 address, a certain address, it will pop up
22 whatever -- whoever else might have entered
23 information on that location.
24      Q.   Okay.  I see.
25          We talked about the Crime database

31 (Pages 118 - 121)

1 and the TAC database. Are there any other
2 databases in which information related to the
3 sheriff's department, narcotics investigations,
4 is input?
5     A.   I don't know if you consider it a
6 database. We have spreadsheets where we keep
7 our -- track of our drop box program and our
8 heroin -- our drug overdose investigations.
9     Q.   What is in -- related to the drug
10 overdose investigations, what sort of
11 information is on this spreadsheet?
12     A.   It will give the address, the
13 decedent's name, case number, date it was
14 assigned. It will have the detectives' names
15 that were assigned to it. And there is a
16 comment section on -- either you can put input,
17 evidence taken, or if the report -- if the
18 medical examiner's report was given back. It's
19 just maybe something that might have stood out
20 you can put in under the comments field.
21     Q.   Who maintains that spreadsheet
22 within the department?
23     A.   Right now, the -- each detective is
24 responsible for adding that information if
25 they're the lead detective responding to the

1 scene.
2     Q.   As I understood your testimony, it's
3 one common spreadsheet that everyone in the
4 department has access to and each person puts a
5 row in if they're doing a case, or did I get
6 that wrong?
7     A.   The spreadsheet is not accessible by
8 everybody in the department. It's for
9 supervisors and the narcotics division.
10           And I'm sorry. What was the second
11 part of your question?
12     Q.   I was trying to figure out who
13 maintains it.
14     A.   The detectives -- like I said, the
15 detectives that are lead investigators will
16 update, and it's the supervisor, the sergeant's
17 responsibility, to make sure that that
18 information is being inputted.
19     Q.   Okay. Who is -- is it on a shared
20 drive, somebody's computer? If I wanted to go
21 today and get a copy of it, where would I go?
22     A.   It's on a shared drive.
23     Q.   Okay. And do you know whether that
24 shared drive was searched in connection with
25 providing responsive documents for this

1 litigation?
2     A.   I do not know.
3     Q.   Do you know what the file name is or
4 what it's called, this spreadsheet?
5     A.   I believe it's "Heroin Overdoses."
6     Q.   You mentioned it's heroin overdoses.
7 So is that -- is it a subset of the overdoses
8 that you're investigating or does any overdose
9 go onto the heroin overdose spreadsheet?
10     A.   Every overdose that we respond to.
11 That's just the name it was given.
12     Q.   And is that because the majority of
13 the overdoses turn out to be heroin or --
14     A.   I didn't come up with the name. I
15 couldn't answer that.
16     Q.   Did that spreadsheet exist when you,
17 as a lieutenant, went over to the narcotics
18 division?
19     A.   They had some form. I believe they
20 had some form of documentation they were keeping
21 on -- I preferred it to be on a spreadsheet so
22 it's more accessible to the supervisors and
23 myself.
24     Q.   And what's the purpose of having it
25 in the spreadsheet? What, if anything, do you

1 do with the spreadsheet?
2     A.   Statistics. It's how we keep track.
3     Q.   Keep track of?
4     A.   The overdose we've -- our department
5 responds to.
6     Q.   Okay. And who -- who, if at all, do
7 you report that info to?
8     A.   I view it. There's always requests
9 for it.
10     Q.   Okay.
11     A.   So, you know -- I don't know. I'd
12 have to go through all -- if it's public record,
13 because there's active investigations, but I
14 just -- it's just something I thought it's a
15 good idea to start keeping track of when I was
16 assigned there.
17     Q.   How many overdose -- how many
18 overdoses were on that spreadsheet, do you know,
19 for like -- for the last year, for 2017?
20     A.   2017, I believe we had over 70,
21 around that figure; 73 I think it was, something
22 like that.
23     Q.   And the overdoses on this
24 spreadsheet, would those only be overdoses to
25 which members of the county sheriff's department

32 (Pages 122 - 125)

Page 126

1 responded to the scene?  In other words, it
2 wouldn't include overdoses in Parma Heights, if
3 they weren't asking you to --
4     A.   No.  It's strictly our department.
5     Q.   Okay.  How about calendar year 2018?
6 Do you know how many there have been thus far?
7     A.   I think we're up to a little over
8 50; 51, 52.
9     Q.   How about for 2016, if -- did you
10 have the spreadsheet in 2016?
11     A.   Yes.  It's -- yes.
12     Q.   Do you remember how many?
13     A.   I'm sorry.  I don't.
14     Q.   Do you know if it was more or less
15 than 2017?
16     A.   No, I don't know.
17     Q.   Is there a column in -- is there a
18 field somewhere in the spreadsheet that
19 identifies the drug or drugs on which the person
20 overdosed?
21     A.   I think there's a toxicology report,
22 yes or no, if you got it back yet, but again,
23 that's something with our record management
24 system.  We -- our new system that we keep track
25 of, that information gets inputted into there.

Page 127

1     Q.   What system -- was that TAC?
2     A.   Yeah.  Yeah.  And, I mean, the
3 medical examiner's, you know, toxicology report
4 would come back.
5     Q.   Are there any other -- so we talked
6 about TAC and Crime and then this spreadsheet.
7 Are there any other databases in which
8 information related to these overdose
9 investigations is stored?
10     A.   Not that I'm aware of.  I don't know
11 if detectives have their own folders they keep
12 track of.
13     Q.   Have you heard of something called a
14 Law Enforcement -- LEADS, Law Enforcement
15 Automated Data System?
16     A.   Yes.
17     Q.   Is that something that the sheriff's
18 department has?
19     A.   Yes.
20     Q.   What kind of information is in
21 LEADS?
22     A.   LEADS is a database where you can
23 look up information basically on anyone that has
24 an Ohio identification, a driver's license, ID
25 card.  I think almost all law enforcement

Page 128

1 divisions in Ohio have it.  Like I said, you can
2 look up -- if you make a traffic stop, that's
3 something that some of our deputies are
4 certified in and they can do it manually on the
5 mobile data terminal or they can call it into
6 our dispatch and they'll run it for you.
7     Q.   And what will -- what kind of info
8 will LEADS then give you about the individual
9 that you're running the inquiry on?
10     A.   Basically, the first thing that
11 comes up is their driving information.  The
12 stuff that's on your driver's license appears,
13 including a picture.  Your driving status,
14 whether you have a valid license or not.  I do
15 believe -- and I haven't been on it in a
16 while -- that your traffic information, past
17 traffic information for a certain amount of
18 years, will pop up.  If you have a warrant or
19 not.  Outstanding warrants will pop up.
20 Nowadays carry and conceal license will pop up
21 on it.  And that's all I can remember.
22     Q.   Anything -- can you get -- does
23 LEADS -- are you able to query LEADS to get any
24 sort of drug-related, crime-specific information
25 about --

Page 129

1     A.   Yeah.  You would have to -- a
2 request -- what's called a CCH, criminal
3 history, and then you would get that person's
4 history.
5     Q.   Okay.  And I think you said you, at
6 the sheriff's department -- the sheriff's
7 department has access to LEADS?
8     A.   Some deputies are LEADS certified
9 and they can get that access on their own with a
10 LEADS terminal, but if not, our dispatchers in
11 our radio room are all certified in LEADS and
12 they can get that information for you and get
13 that to you.
14     Q.   Okay.  How about something called a
15 Law Enforcement Records Management System or
16 LERMS; does the sheriff's department have such a
17 thing?
18     A.   No, we do not.
19     Q.   Okay.  Do you know what -- are you
20 familiar with LERMS?
21     A.   I believe that's the Cleveland
22 Police database that they use.  Just like we use
23 our TAC, they use that.
24     Q.   Do you know whether the -- can the
25 Cleveland Police -- is there anyone at the

33 (Pages 126 - 129)

Page 130

1 Cleveland Police Department that can look and
2 see what you guys have going on in TAC, you
3 know, log in or have access to?
4    A.  No, they can't.
5    Q.  All right.  And can you, at the
6 sheriff's department, log in to LERMS and
7 compare notes on what the Cleveland Police are
8 doing?
9    A.  No, not unless each agency creates
10 an account for that person.
11    Q.  Are you aware, does anyone at the
12 sheriff's department have access to the
13 Cleveland --
14    A.  I'm not aware of anyone, no.
15    Q.  Are you familiar with something
16 called the ARCOS database?
17    A.  Can you spell that?
18    Q.  I think it stands for Automation of
19 Reports and Consolidated Order System.
20    A.  I'm not familiar with that.
21    Q.  All right.  Then I think you've
22 answered my next question, but do you know
23 whether anyone at the sheriff's department has
24 access to the ARCOS database?
25       MR. BADALA:  Objection to form.

Page 131

1    A.  I don't know.
2    Q.  All right.  You spoke -- you
3 testified earlier about the OARRS database, the
4 Ohio Automated RX Reporting System?
5    A.  Yes, sir.
6    Q.  And -- I can't remember if you told
7 me -- does anyone within the sheriff's
8 department have access to OARRS data?
9       MR. BADALA:  Objection to form.
10    A.  I'm not aware of anyone having that.
11    Q.  Okay.  Have you ever requested that
12 the sheriff's department get access to the OARRS
13 database?
14    A.  I have not requested it, no.
15    Q.  All right.  Do you know whether any
16 OARRS data has ever been shared with the
17 sheriff's department?
18       MR. BADALA:  Objection to form.
19    A.  I'm not aware if it has or not.
20    Q.  Do you have a view as to whether
21 information that's -- that OARRS tracks could be
22 helpful to the sheriff's department in terms of
23 narcotics investigations?
24       MR. BADALA:  Objection to form.
25    A.  In my view -- at our department, any

Page 132

1 type of tips or investigation that deals with
2 prescriptions, we usually turn that over to our
3 task force officer at the DEA.
4    Q.  What do you mean by that?  Give me
5 an example of a tip that relates to
6 prescriptions.
7       MR. BADALA:  Objection to form.
8    A.  I'm not aware of any tips that we
9 have received from prescriptions.  I'm not aware
10 of every tip that comes in.
11    Q.  I'm not trying to have you blab
12 secrets about pending investigations or
13 anything.  You testified, though, that if you
14 got info related to prescriptions, you would
15 turn it over to the task force member at the
16 DEA?
17    A.  Correct.
18    Q.  And I was just trying to figure out,
19 are you talking about like if there was -- if
20 there was a report that -- I don't know -- a
21 doctor was writing scripts for medications that
22 he really wasn't intending to have a medical
23 purpose, that's something you would turn over to
24 DEA?
25    A.  Yes.

Page 133

1    Q.  Okay.  Has that -- has that been
2 your practice since you've been involved with
3 the narcotics division?
4    A.  I just think it's something that
5 specifically they investigate and that's why
6 he's over there.
7    Q.  Okay.
8    A.  I don't have -- I'm not aware of the
9 tips or anyone -- or us passing on those cases
10 to them.
11    Q.  Okay.  But if you got such a tip,
12 that's where you would direct it?
13    A.  Yeah.  The sergeant would probably
14 follow up with that, give that to the officer.
15    Q.  Okay.  Have you -- have you heard
16 of -- did I ask you about LEADS?  I did ask you
17 about LEADS.
18       How about the Ohio Law Enforcement
19 Gateway, or OHLEG, O-H-L-E-G?
20    A.  Yes.
21    Q.  Are you familiar with that?
22    A.  Yes, sir.
23    Q.  What kind of information is in
24 OHLEG?
25    A.  A little bit of the same information

34 (Pages 130 - 133)

Page 134

1 from LEADS. It's a database where you look
2 up -- you can put someone's -- whatever
3 identifier they have, name, date of birth,
4 Social Security Number. And the same thing will
5 populate. It will give information, driver's
6 license, driving status. It would also give you
7 a background on his driving history. There's
8 also other information on that, including the
9 training that I referred to earlier with the
10 online training. We call it EOPATA. And then
11 there's other stuff it puts out for information
12 for officers on it.
13      Q.   Does the sheriff's department have
14 access to the OHLEG gateway?
15      A.   Yes.
16      Q.   Is that something that folks within
17 the narcotics division ever use or access in
18 connection with their responsibilities?
19      A.   Yes.
20      Q.   How about the Ohio Incident-Based
21 Reporting System? Are you familiar with that,
22 OIBRS?
23      A.   Yes, I'm familiar with it.
24      Q.   What is that?
25      A.   Now that we have our TAC RMS system,

Page 135

1 it's kind of a stat keeping for the state. If
2 you have a certain type of investigation,
3 there's little check blocks. That information
4 will go to the state and they'll have that
5 statistics. I think it keeps track of
6 statistics each law enforcement department is
7 working on. An example could be how many
8 domestic violence cases are there in Ohio, stuff
9 like that.
10      Q.   Does your TAC system feed into the
11 OIBRS?
12      A.   Yes.
13           MR. BADALA: Objection to form.
14      Q.   And do you ever -- do folks at the
15 sheriff's department ever use OIBRS in
16 connection with their work in investigating
17 drug-related -- doing drug-related
18 investigations?
19      A.   I don't know. I don't know.
20      Q.   How about something called either
21 CRIS or C-R-I-S, the Cuyahoga Regional
22 Information System? Are you familiar with this?
23      A.   Yes, I am.
24      Q.   What is that?
25      A.   That has kind of gone away. I

Page 136

1 really can't speak that much on it. That's --
2 I'm not familiar with it as far as it's still in
3 use. I don't even know if it's still in use. I
4 think it was a gateway between LEADS and
5 Cuyahoga County, but I'm not that familiar with
6 it.
7      Q.   When did it go away?
8      A.   The past couple years.
9      Q.   So when do you remember --
10      A.   I should rephrase that. I don't
11 know if it's went away or not, but you don't
12 hear about it, and I don't know anyone in our
13 department that uses it or it's still in use.
14      Q.   Did anyone at the sheriff's
15 department ever use it?
16      A.   I'm not familiar with what it did so
17 I don't -- I couldn't answer that.
18      Q.   Okay. We have a lot of databases,
19 but let me ask you, the Regional Enterprise Data
20 Sharing System or REDSS, are you familiar with
21 that?
22      A.   That kind of took over for CRIS.
23      Q.   Okay.
24      A.   And that's where it's kind of
25 confusing. I don't know where they're at, that

Page 137

1 stage, over there.
2      Q.   Is that something that the sheriff's
3 department has access to the REDSS database?
4      A.   I'm not aware. I'm sure we do, but
5 I'm not aware of anyone that does.
6      Q.   All right. TipSoft, have you heard
7 of TipSoft?
8      A.   I believe that's our Crime Stoppers
9 database. I don't know if that's still in
10 existence or not. I'd have to check up on that.
11      Q.   Okay. Do you know, does the
12 sheriff's department ever get tips about
13 narcotics-related activity?
14      A.   Yes.
15      Q.   And how does that happen? How do
16 you get -- how do you get LEADS or tips?
17      A.   There's a new format with Crime
18 Stopper. Well, for the department, it could be
19 a variety of ways we get tips versus our Crime
20 Stoppers program. And that's electronically
21 sent to the supervisor of whatever area that
22 it -- the tip deals with. We get tips through
23 our website, our e-mail. There could be phone
24 calls, anonymous calls, or people give their
25 names, called in. So all sorts of new ways to

35 (Pages 134 - 137)

Page 138

1 get tips.  And then we also -- we just came out
2 with a sheriff's app where you can submit a tip
3 as well.
4     Q.   Is there anyone within the sheriff's
5 department that's responsible for collecting and
6 keeping a record of all the tips that are coming
7 in, like do you have a -- is there someone who
8 keeps a log of everything that's been --
9     A.   Statistically, no.  I think the only
10 one that does is the Crime Stoppers division.
11 The other tips that come in, I don't -- there's
12 no stats kept on them.  They're just sent to the
13 individual department that deals with it.
14     Q.   Who -- which person or department
15 functions as the switchboard operator to figure
16 out, okay, I got this tip, I need to make sure
17 that someone in narcotics knows about it versus
18 someone in warrants or -- who does that?
19     A.   We -- we have a detective, Jamie
20 Bonnette, that does that.  He gets the tips
21 through e-mail and he'll send them to the
22 appropriate supervisor.
23     Q.   Okay.  Is that his principal -- he
24 or she?
25     A.   He.

Page 139

1     Q.   Is that his principal job?
2     A.   No.
3     Q.   Okay.  I mean, do you get -- do you
4 know if you get lots of tips a day or it's
5 like --
6          MR. BADALA:  Objection to form.
7     A.   I don't know.
8     Q.   Okay.  Are you familiar with the
9 Ohio Local Law Enforcement Information Sharing
10 Network?
11     A.   You read it.  I'm looking.  I'm
12 trying to think of the acronym.
13     Q.   OLLEISN, something like that.
14     A.   I've heard of it, yes.  I'm not
15 familiar with it.
16     Q.   Okay.  Is that something you've ever
17 used?
18     A.   I don't know.
19     Q.   Do you know whether the sheriff's
20 department uses it?
21     A.   I don't know.
22     Q.   How about the -- we talked about the
23 HIDTA before.
24     A.   Yes.
25     Q.   Are you familiar with a Case

Page 140

1 Explorer Opiate Database that HIDTA has?
2     A.   Yes.
3     Q.   All right.  What is that?
4     A.   I mentioned before, it's kind of a
5 deconfliction database, and that's for
6 investigative purposes.  Our detectives will use
7 it as a tool to try to deconflict and see if
8 someone else has a suspect, same area, or same
9 street, or something like that.  You can enter
10 any information you want into that.  You can
11 enter the victim's name.  You can enter the
12 suspect's name.  You can enter an address into
13 it.  And it's just information sharing with the
14 law enforcement agencies.
15     Q.   Can you just explain a little bit
16 more about what would happen next if someone at
17 the sheriff's office, I guess, puts a victim's
18 name in and it gets a hit in the HIDTA database?
19 What happens?  What do you do?
20     A.   It's probably not so much of a
21 victim's name, but if you have a suspect you
22 believe is involved in one of these fatal
23 overdoses --
24     Q.   Yes.
25     A.   -- and another detective from

Page 141

1 another agency or something has that same
2 suspect, again, it's information sharing, try
3 to, you know, locate that back to the suspect
4 that sold that fatal dose.
5     Q.   So what is supposed -- what, if
6 anything, is the deputy in the sheriff's
7 office -- sorry.  Let me back up.  Can you, from
8 the sheriff's office, query the HIDTA --
9     A.   HIDTA, yes.
10     Q.   -- HIDTA database?
11     A.   We have detectives that have access
12 to it, yes.
13     Q.   And are your folks supposed to
14 access -- double-check the HIDTA database every
15 time they're focusing in on a suspect from one
16 of these overdose investigations?
17          MR. BADALA:  Objection to form.
18     A.   It's a tool for all law enforcement.
19 We advise them to put that information in and
20 try to gain -- you know, if you're working an
21 investigation, and see what else -- if someone
22 else is working the same thing.  Like I said,
23 it's information sharing.
24     Q.   So in a circumstance in which
25 someone looks to see if there's something in

1 HIDTA about a suspect and there is, what is
2 supposed to happen next, if anything, in terms
3 of sharing the information or coordinating the
4 efforts?
5          MR. BADALA: Objection to form.
6     A.   Well, if you have the same suspect,
7 you're going to contact them and see what kind
8 of information they have on this person.
9     Q.   Okay.
10    A.   They may have been investigating an
11 overdose that happened in their jurisdiction,
12 basically deconflicting, and then also I believe
13 it shows maps of where overdoses have been
14 occurring just for crime stat purposes and
15 deconflicting and information sharing.
16    Q.   Does the sheriff's department put
17 any information into HIDTA? In other words, are
18 you -- I understand that you can look to see
19 whether that task force is doing work
20 investigating someone. Can that task force look
21 and see if you're doing work -- how would they
22 know if your deputies are investigating the same
23 person?
24          MR. BADALA: Objection to form.
25    A.   I have never used the database.

1 I've been to -- I don't want to say a training,
2 but when it first rolled it, what they said it
3 can and can't do. My understanding is if you
4 query an address or a person's name or something
5 like that, if that person or address has been
6 entered into the database, that will show up and
7 then you can go take it from there.
8     Q.   And I'm trying to figure out whether
9 the people in the -- your people who are doing
10 investigations, are they supposed to be kind of
11 putting any information into HIDTA so that
12 others would know that they're working on the
13 case?
14    A.   Yeah. When this first rolled out,
15 the detectives were instructed to use this
16 database on every -- not just overdoses, but
17 heroin or pills, any type of investigation that
18 dealt -- that might link back to the overdose
19 epidemic. Any type of that information should
20 be put into that system, because it was created
21 just for the information sharing amongst
22 departments. When we started off, each agency
23 was kind of doing their own thing, and then the
24 department heads got together and said, hey, can
25 we -- could you guys create a database where we

1 could share information and hopefully put a dent
2 into this.
3     Q.   Do you know whether your TAC system
4 feeds into or can be accessed by the HIDTA?
5     A.   No.
6     Q.   Don't know or it can't be?
7     A.   I don't think it can be, no.
8     Q.   Okay. Who's the subject matter
9 expert at the sheriff's department about the
10 HIDTA database?
11    A.   Expert? I don't -- I don't know if
12 we have an expert.
13    Q.   Do you have somebody who's the
14 lead -- you said you got somebody who was
15 trained up on the database?
16    A.   Each detective in our narcotics
17 division as well as task forces went through a
18 training with it.
19    Q.   Okay. Let's talk a little bit about
20 some of the -- hopefully, the successes that you
21 all have had at the sheriff's department in your
22 efforts in this area, narcotics.
23          I guess the first question, though,
24 is, during your law enforcement career has there
25 ever been a time when drug abuse was not a

1 problem facing Cuyahoga County?
2          MR. BADALA: Objection to form.
3     Q.   Drug abuse of any sort.
4          MR. BADALA: Same objection.
5     A.   I don't know. I don't know how to
6 answer that.
7     Q.   Okay.
8     A.   I don't know.
9     Q.   Well, what -- do you consider drug
10 abuse to be a problem for Cuyahoga County?
11         MR. BADALA: Objection to form.
12    A.   I don't know.
13    Q.   What -- since you've been -- well,
14 when you were a detective in the narcotics
15 division, what -- are there any investigations,
16 arrests, results that you're particularly proud
17 of that either you personally or the division
18 was able to attain?
19         MR. BADALA: Objection to form.
20    A.   I don't know if proud is the term.
21 I guess some satisfaction in arresting somebody
22 and -- you know, for conducting illegal activity
23 is kind of rewarding. That's why we get into
24 the field. But it's -- I think most officers,
25 it's their job. You know, that's why they

Page 146

1  signed up.
2      Q.    Well, I guess --
3      A.    Not for the glory.
4      Q.    Probably not for the pay.
5      A.    Right.
6      Q.    But back -- back to that.  Are there
7  particular, then, arrests that you were involved
8  with when you were a detective that were
9  particularly satisfying -- I don't know --
10 particularly -- yeah, I'll just stop the
11 question there.
12         MR. BADALA:  Objection to form.
13     A.    I don't remember.  I don't remember
14 anything that -- standing out, no.
15     Q.    Any -- I guess I'll try it
16 different.  Any, you know, significant drug
17 busts that you made during that time?
18         MR. BADALA:  Objection to form.
19     Q.    Whether that was number of people,
20 amount of drugs, anything like that.
21         MR. BADALA:  Same objection.
22     A.    I don't remember.
23     Q.    Okay.  Well, how about, then, moving
24 forward, starting with your time as a lieutenant
25 going forward; are there any -- any

Page 147

1  investigations or -- investigations, arrests
2  where -- that stand out to you as being
3  particularly satisfying in making a --
4  particularly satisfying?
5          MR. BADALA:  Objection to form.
6      A.    I don't remember any standing out to
7  the point where -- that I could -- you know, I
8  don't remember any standing out.
9      Q.    Okay.  If the -- is there a priority
10 within the narcotics division today in terms of
11 the type of narcotic activity that you're trying
12 to curtail?
13     A.    Yes.
14     Q.    What's the top priority?
15     A.    When I talk to the lieutenants and
16 the sergeants, our priority is the overdoses,
17 getting back to what's causing the overdoses.
18         When you talk to -- when you go to
19 these overdoses and the guys brief me on it, and
20 when you talk to the families, there's always
21 closure, they want something done.  So I
22 guess -- I can't speak for them -- I'm sure they
23 get some satisfaction if they do trace that back
24 to the person that sold that lethal drug or --
25 you know, give them closure, I guess.

Page 148

1      Q.    And in that regard, is there --
2  within all of the different types of drugs that
3  are out there, is there -- my sense was -- I may
4  have this wrong.  I think I read it in one of
5  the opiate task force reports or something --
6  that heroin was one of the principal overdose
7  causes.  Is heroin a focus of the narcotics
8  division?
9      A.    Heroin, fentanyl, the beginning
10 opiate pills.  I think that all goes hand in
11 hand when you conduct some of these
12 investigations.  My guys told me, speaking to
13 families and stuff like that, they didn't start
14 off with just heroin.  So I think it all goes
15 hand in hand.
16     Q.    Where is the heroin -- the people
17 who are overdosing on heroin in Cuyahoga County,
18 where does the heroin come from; do you know?
19         MR. BADALA:  Objection to form.
20     Q.    How is it getting to Cuyahoga
21 County?
22         MR. BADALA:  Same objection.
23     A.    I don't know.  I don't know.  I
24 couldn't answer that.
25     Q.    Same question for the fentanyl?

Page 149

1          MR. BADALA:  Objection to form.
2      A.    Again, I don't know.
3      Q.    Okay.  And same question for the
4  prescription medications?
5          MR. BADALA:  Objection to form.
6      A.    Just based on the interviews you
7  conduct, it's -- it's coming from usually some
8  type of injury they had had in the past, and I
9  guess that stems into the illegal drugs.
10     Q.    Are the folks who are investigating
11 these overdose scenes -- are they supposed -- do
12 they ask whether the victim, the decedent, used
13 alcohol?
14     A.    I think they -- I mean, I can't
15 speak for what they're exactly saying, but I
16 think they inquire about their past, whether it
17 be alcohol, drug abuse or anything that can help
18 out with the investigation.  Sometimes that
19 information is offered, especially if it's a
20 family member that you're talking to.  They'll
21 let you know.
22     Q.    Did they ask about, like, nicotine
23 addiction?
24     A.    It's possible.
25     Q.    You don't know one way or the other?

38 (Pages 146 - 149)

Page 150

1    A.   I don't know.
2    Q.   Okay.
3         - - - - -
4    (Thereupon, Gerome Deposition
5    Exhibit 2, E-Mail String Beginning
6    Bates Number CUYAH_00018717, was
7    marked for purposes of
8    identification.)
9         - - - - -
10   Q.   Captain, take a minute to look at
11   this.  I'll preview for you.  I had asked you
12   earlier about -- if you knew about something
13   called the Heroin and Opioid Action Plan
14   Committee.
15   A.   Okay.
16   Q.   I'm going to describe this for the
17   record.  Please take a look at it.  Not a lot of
18   text, a lot of e-mails.  But this Gerome Exhibit
19   2 is an e-mail chain from -- the most recent in
20   time of which was from Hugh Shannon on August
21   5th, 2016 to a whole bunch of people.  It bears
22   Bates label CUYAH 118717 through 719, and, sir,
23   you're included at least in the first e-mail 14
24   lines down right before Captain Michalosky.
25   A.   Okay.

Page 151

1    Q.   Let me know when you've had a chance
2    to look at this.  My question is going to be
3    whether this triggers any memories for you about
4    what the Heroin and Opioid Action Plan Committee
5    is.
6    A.   Okay.
7    Q.   So does that trigger any memory
8    bells about a heroin -- sorry, Heroin and Opioid
9    Action Plan Committee?
10   A.   Yes, it does.
11   Q.   Okay.  What is -- what is that
12   committee?
13   A.   I think -- I might have referred to
14   it with Carole Rendon heading up the committee.
15   I don't know if that's the same name that we
16   discussed before or not, but this is what I was
17   referring to, that she was at the U.S.
18   Attorney's Office.  We used to meet.
19   Q.   Used to meet?
20   A.   Well, I've attended meetings on
21   behalf of the sheriff.
22   Q.   Okay.
23   A.   I think we referenced it earlier.
24   Q.   Yes.  Do you remember how many
25   meetings that you attended?

Page 152

1    A.   I don't remember.
2    Q.   This is something different, though,
3    from the county opiate task force or -- is that
4    right, if you know?
5    A.   I'd want to say they're either very
6    similar or it's the same group, just a different
7    name.
8    Q.   And the first e-mail references from
9    Mr. Shannon -- do you know Mr. Shannon, Hugh
10   Shannon?
11   A.   Yes, I do.
12   Q.   Where does he work?
13   A.   The medical examiner's office.
14   Q.   Okay.  Is he a doctor; do you know?
15   A.   I don't know.
16   Q.   His e-mail to everyone from August
17   of 2016, the last sentence says, "At this time,
18   nothing out of the ordinary has been detected by
19   our labs other than the deadly heroin and
20   fentanyl and combinations we have been seeing."
21        Do you have an understanding as to
22   what the reference to "deadly heroin and
23   fentanyl and combinations" --
24        MR. BADALA:  Objection to form.
25   Q.   -- is?

Page 153

1        MR. BADALA:  Objection to form.
2    A.   I'm sorry.  Could you repeat it?
3    Are you asking me to interpret what he's saying?
4    Q.   No.  I'm trying not to do that, so
5    we can set the sentence aside.
6        Are you personally aware of any
7    issues, overdose issues, associated with heroin
8    and fentanyl combinations?
9        MR. BADALA:  Objection to form.
10   A.   Well, that's what -- I mean, our
11   detectives have investigated those.
12   Q.   Okay.  Is that -- has that been
13   increasing or decreasing in frequency over time,
14   that --
15       MR. BADALA:  Objection.
16   Q.   -- the overdose being a result of
17   some sort of heroin and fentanyl combination?
18       MR. BADALA:  Objection to form.
19   A.   I'm not sure I understand the
20   question you just asked.  If it's -- I'm not
21   sure I understand that.
22   Q.   Do you -- do you know whether
23   there's been a change at all in the trend --
24   in -- a trend change in terms of what people are
25   overdosing on in Cuyahoga County?

39 (Pages 150 - 153)

1        MR. BADALA:  Objection to form.
2      A.   I'm not aware of the trend change,
3 no.
4      Q.   Okay.  So -- okay.  Fair enough.
5        Do you view Cuyahoga County as
6 having -- there being a problem in Cuyahoga
7 County with respect to prescription --
8 prescription opioid abuse?
9      A.   Yes.
10      Q.   Okay.  When did that start?
11      A.   The actual abuse or when --
12      Q.   When did it become a problem?
13      A.   Well, I think this past year it's
14 come out in the media as far as the attorney
15 general, president and the county executive
16 saying, hey, we have an epidemic problem here.
17 But, again, I refer back to when I became
18 lieutenant of the narcotics division and the
19 programs that were put in place that, you know,
20 there was -- there was the need for these
21 programs.
22      Q.   And you became a lieutenant in 2014?
23      A.   Yes, sir.
24      Q.   And the programs that were -- there
25 were programs that were in place that predated

1 your becoming a lieutenant?
2      A.   Yes.
3      Q.   All right.  What do you believe the
4 cause of the -- well, do you believe that there
5 is an opioid epidemic in Cuyahoga County?
6        MR. BADALA:  Objection to form.
7      A.   Yes.
8      Q.   What -- what are the parts of that
9 opioid epidemic or what are you including within
10 that?
11        MR. BADALA:  Objection to form.
12      A.   I'm speaking to detectives that
13 respond to these overdoses.  I think I mentioned
14 before a lot of these are traced back to
15 prescription opioids, and I think that the same
16 underlying story is that when these people --
17 and I hate to just refer to them as "these
18 people," but when they can't get those
19 prescription drugs anymore, that they turn to
20 the street drug, heroin, fentanyl, whatever can
21 satisfy that craving they have.  A lot of young
22 kids have been affected by this, too.
23        So detectives, you know, they tell
24 me about the stories.  Parents.  We have parents
25 that call the office, want updates on the

1 investigation.  They want some type of closure.
2 They want to know if something is being done
3 about, you know, why their son, daughter,
4 whatever loved one, is dead due to this, so --
5 I'm sorry if I didn't answer the question, but
6 --
7      Q.   That's helpful.  So I want to make
8 sure I understand, though.  It sounds like
9 you're including within the opioid epidemic --
10 you're including the use and abuse of heroin as
11 part of that epidemic.
12      A.   Well, I think it all ties in.  Like
13 I stated, if you can no longer get the
14 prescription medication that you're craving,
15 you're going to find a way to satisfy that
16 craving through heroin, fentanyl, illegal drugs.
17      Q.   Have you ever -- have you ever
18 personally talked to any of those family
19 members?
20      A.   I've talked with members on the
21 phone before, yes.
22      Q.   And when you say they want closure,
23 what -- has a family member ever communicated to
24 you that he or she wants closure related to a
25 family member who overdosed?

1      A.   Yes.
2      Q.   And what do they -- when they say
3 they want closure, what are they -- are they
4 asking you specifically to do something, arrest
5 somebody?
6        MR. BADALA:  Objection to form.
7      A.   You know, it's a judgment on what
8 they're referring to.  We try to -- I think if
9 they're referring to the person that sold them
10 these drugs, that could be closure.  So, you
11 know, that's the way I see it.
12      Q.   Family members that you've talked
13 to, have they ever asked you specifically, "Do
14 you have any leads on who sold my son or
15 daughter the heroin"?
16      A.   Correct.  Yes, they've asked that.
17      Q.   Have any of these family members
18 ever asked you anything related to prescription
19 drugs?
20      A.   Yeah.  I think they've mentioned --
21 I don't remember every conversation I've had
22 with family members.
23      Q.   Do you remember any specific
24 conversation --
25        MR. BADALA:  Hold on.

Page 158

1          Were you finished with your answer?
2          THE WITNESS:  No.  I was just going
3  to elaborate a little bit.
4      Q.   Please.
5      A.   Yeah.  I don't remember every
6  conversation I've had with every family member,
7  but they -- whenever you have a family member,
8  they like to tell you the background of their
9  loved one that died, so that conversation has
10  come up before as far as prescription
11  medication.
12      Q.   Has a family member ever asked you
13  to do anything related to prescription
14  medications?
15          MR. BADALA:  Objection to form.
16      A.   Not that I remember, no.
17      Q.   Are there any other causes -- is the
18  only cause -- am I understanding your testimony
19  correctly that the only cause -- you think the
20  only thing that causes heroin use is prior use
21  of prescription medications?
22          MR. BADALA:  Objection to form.
23      A.   I can't say it's a hundred percent
24  the only cause, no.
25      Q.   Okay.  What are other causes of

Page 159

1  heroin use?
2          MR. BADALA:  Objection to form.
3      A.   I don't know.  I'm not a heroin user
4  so I can't answer why people do it.
5      Q.   All right.  Well, is that something
6  you've done any -- received any training or done
7  any study of?
8          MR. BADALA:  Objection to form.
9      A.   No, I haven't.
10      Q.   Same question with respect to
11  fentanyl.  Have you done -- received any
12  training on why people use fentanyl?
13      A.   Training, no.
14      Q.   Have you done any studies as to why
15  people use fentanyl?
16      A.   No, I have not.
17          MR. BLOCK:  We'll go a little
18  further and then break for lunch, just a few
19  more minutes here.
20      Q.   Have you ever heard of the term
21  "diversion" as it relates to prescription
22  opioids?
23      A.   I'm not familiar with that, no.
24      Q.   Okay.  Have you -- has the sheriff's
25  department ever investigated -- to your

Page 160

1  knowledge, ever investigated theft of
2  prescription opioids, whether, you know, taken
3  from somebody's house, from a doctor's office,
4  from a pharmacy?
5          MR. BADALA:  Objection to form.
6      A.   I don't remember it, no.
7      Q.   All right.  How about investigating
8  people forging prescriptions?
9      A.   Not that I'm aware of, no.
10      Q.   Pill sharing, so someone who had a
11  prescription for a prescription opioid who was
12  sharing it with friends or family?
13          MR. BADALA:  Objection to form.
14      A.   Not that I remember, but -- I can go
15  back.  I think -- we have had people enter the
16  building, our county buildings, with
17  prescription pills on them that aren't --
18  doesn't have their name on them, so there are
19  some investigations that have taken place or
20  charges -- I don't know specifics of it, but I
21  know that has happened within our department.
22      Q.   If that's happened, which unit
23  within the department is responsible for
24  investigating that?
25      A.   It could be as simple as the person

Page 161

1  that found it.  They can do that case on their
2  own.  But that has happened.
3      Q.   Do you know whether the department
4  has ever arrested anyone for -- in connection
5  with -- are you familiar with the term "doctor
6  shopping"?
7      A.   Yes.
8      Q.   All right.  Do you know whether the
9  sheriff's department has ever made any arrests
10  of anybody who was -- because they were doctor
11  shopping?
12      A.   I was not briefed on that, but
13  again, we kind of -- if we get a tip or have
14  information on that, we turn that over to our
15  DEA task force.
16      Q.   Are you familiar with -- have you
17  heard the term "pill mill"?
18      A.   I've heard the term.
19      Q.   What do you understand that to mean?
20      A.   I don't know.  To be honest with
21  you, I don't know.
22      Q.   Have you ever heard of about either,
23  like, pharmacies that had a reputation for being
24  a place where people could go to get liberal
25  supply of opioid medication, prescription

41 (Pages 158 - 161)

Page 162

1 opioids?
2       MR. BADALA:  Objection to form.
3    A.   You'd have to repeat that.  I'm
4 sorry.  I didn't catch all that.
5    Q.   Okay.  Well, you said you've heard
6 the term "pill mill."  Where have you heard
7 that?
8    A.   Probably media, something like that.
9 It's not something I looked up or anything like
10 that.  I just --
11    Q.   Has the sheriff's department ever
12 investigated any business, building, where,
13 like, people seem to be going in -- of whatever
14 sort it was, people seem to be going in and
15 coming out with prescription medications?
16    A.   I'm not aware of any investigations
17 that happened like that, no.
18    Q.   Are you aware of any such a building
19 anywhere within the limits of Cuyahoga County at
20 any point in time?
21       MR. BADALA:  Objection to form.
22    A.   I don't know.
23    Q.   You don't know one way or the other?
24    A.   Right.
25       MR. BLOCK:  Why don't we take our

Page 163

1 lunch break now.
2       THE VIDEOGRAPHER:  Off the record,
3 12:14.
4
5       (Luncheon recess taken.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 164

1       - - - - -
2       (Thereupon, Gerome Deposition
3       Exhibit 3, Cuyahoga County Sheriff's
4       Department 2015 Annual Report, was
5       marked for purposes of
6       identification.)
7       - - - - -
8       THE VIDEOGRAPHER:  On the record,
9 12:55:
10       - - - - -
11       AFTERNOON SESSION
12   CONTINUED EXAMINATION OF DONALD GEROME
13 BY MR. BLOCK:
14    Q.   Captain Gerome, Exhibit 3 is a
15 document entitled "Cuyahoga County Sheriff's
16 Department Annual Report," the 2015 annual
17 report.  It has -- it bears Bates label CUYAH
18 120708 through 120760.
19       Have you seen the sheriff's
20 department annual reports before?
21    A.   Yes, sir.
22    Q.   And I want to -- of course I just
23 lost it, but I want to focus on page -- the page
24 with your name on it, which is -- it's got Bates
25 number 120745 at the bottom.  Let me know when

Page 165

1 you're there.
2    A.   Okay.
3    Q.   Yes, we're on the same one that --
4 the heading at the top of the page is "CCSD
5 Package Interdiction Team."  Is that the page
6 you're on?
7    A.   Yes, sir.
8    Q.   Okay.  Did you -- it's got your name
9 at the bottom?
10    A.   Yes, it does.
11    Q.   All right.  So did you provide the
12 information that's reflected on this page for
13 inclusion in the annual report?
14    A.   I provided this information to the
15 sheriff's secretary, who puts this all together.
16    Q.   Okay.  So I just want to go through
17 and make -- see if I can understand what's being
18 reported here.
19       Under -- it's got a bunch of numbers
20 for 2015 totals.  The -- one of which is
21 arrests, and then it says -- if I'm following it
22 across -- 13?
23    A.   Yes, sir.
24    Q.   All right.  What -- 13 arrests of
25 what, or for what?

42 (Pages 162 - 165)

1    A.    Can I just read the top section real
2  quick since this was a couple years ago?  I just
3  want to make sure I'm looking at it right.
4    Q.    Yes.
5    A.    Okay.  I'm sorry.
6    Q.    I think it says 13 arrests.
7    A.    Yes, sir.
8    Q.    And what would be included in the --
9  arrests for what?
10    A.    This list is -- was -- I think I
11  mentioned him, Detective Twombly, who is a K9
12  detective -- I think I mentioned the K9 unit --
13  works with the postal inspector.  This
14  information comes from him and his unit.  And
15  the 13 arrests are probably the arrests he had
16  for 2015.
17    Q.    Okay.  Let me just -- I want to make
18  sure that's right because I want to jump down.
19  There's a line for heroin overdoses.
20        Do you see that?
21    A.    Yes, sir.
22    Q.    And it says 44, if I'm following it
23  correctly across, or is it -- yeah, I think so.
24  Yeah, so 44 heroin overdoses?
25    A.    Yes.

1    Q.    Okay.  Do you know where that
2  information comes from?  That's not -- that
3  didn't -- is that limited to what the K9 officer
4  saw?
5    A.    I don't know where he got that
6  information, but no, that wouldn't be just the
7  K9 officer responding to that.
8    Q.    Okay.  And how about beneath it, it
9  says, "Interviews, 66."  Do you know what is
10  intended to be encompassed within that category?
11    A.    That's probably interviews, field
12  interviews he conducted.
13    Q.    Okay.  So then we go up to -- from
14  heroin overdoses, it says "pills" and then the
15  number is 77.  77 what?
16    A.    I don't remember what that number
17  stood for.
18    Q.    Okay.  The same question with
19  respect to heroin.  It says 30 is the number.
20  Do you know 30 what?
21    A.    No, I don't remember.
22    Q.    All right.  So let's look at -- tell
23  me again, before I hand you this one, what was
24  the name of the deputy, the sergeant?
25    A.    That supplied this information to

1  me?
2    Q.    Yes.
3    A.    I'm pretty sure it was Deputy Mike
4  Twombly, T-w-o-m-b-l-y, and he's our K9
5  detective assigned to the postal inspector's
6  office.
7    Q.    All right.  And do you recall
8  providing any information to the -- for the
9  annual report related to the operations of the
10  larger narcotics division?
11    A.    Do I -- I'm sorry.  Do I recall
12  giving any?
13    Q.    Yes.
14    A.    I don't recall it, but if I was the
15  lieutenant at the time, I probably did.
16        - - - - -
17        (Thereupon, Gerome Deposition
18        Exhibit 4, Cuyahoga County Sheriff's
19        Department 2016 Annual Report, was
20        marked for purposes of
21        identification.)
22        - - - - -
23    Q.    So Gerome Exhibit 4 is the Cuyahoga
24  County Sheriff's Department 2016 annual report,
25  bears the Bates number CUYAH 121572 through

1  121804, and there's a similar page.  I want to
2  specifically ask you about the page 121789,
3  which has 2016 totals for categories similar to
4  what we looked at on the prior.
5    A.    Okay.
6    Q.    And this says that Lieutenant Sharpe
7  submitted it.  Do you know whether this -- do
8  you know what the data on this page -- where it
9  comes from?
10    A.    Again, this is probably provided by
11  Detective Twombly.
12    Q.    Okay.  And for heroin overdoses, it
13  looks like -- it looks like it's 75 -- well,
14  wait.  Is that right, 75, heroin overdoses?
15    A.    Yes.
16    Q.    Is it 75 or 66?  I can't tell.
17    A.    It's 75.
18    Q.    75, okay.  That's -- does that sound
19  about right to you in terms of the number of
20  overdoses that the narcotics unit investigated
21  in 2016?
22    A.    It's probably accurate, yeah.
23    Q.    Okay.  Do you know whether there's a
24  2017 annual report?
25    A.    There should be, yes.

43 (Pages 166 - 169)

Page 170

1    Q.   Okay.  Have you seen it?
2    A.   The annual reports are e-mailed out.
3  I'm not sure if I got that e-mail or not or if I
4  looked at it.
5    Q.   On the next page -- well, it doesn't
6  matter.  Do you know Sergeant Monteleone?
7    A.   Monteleone, yes, sir.
8    Q.   Monteleone.  Who is he?
9    A.   Sergeant with the department.  Right
10  now he's in charge of our warrant unit.
11    Q.   Okay.  Has he ever worked in the
12  narcotics unit?
13    A.   Yes.
14    Q.   When was that?
15    A.   As a supervisor or just in general?
16  He was -- when I was -- back in 2005, he was a
17  detective in the unit.  He was also assigned to
18  a task force, if I remember correctly.  I don't
19  know if he was a -- I don't remember if he was a
20  direct supervisor of the narcotic division.  I
21  know he was in it as our evidence sergeant.  He
22  may have had maybe dual assignments at the time.
23  I'm sorry.  If you give me a second.  I'm just
24  trying to remember.
25    Q.   Yeah.

Page 171

1    A.   I think he was -- when I made
2  lieutenant, he was one of the sergeants in
3  charge of the narcotics division --
4    Q.   Okay.
5    A.   -- if I remember correctly, yeah.
6    Q.   Okay.  Great.  Then I was going to
7  mark this as Gerome 5.
8         - - - - -
9         (Thereupon, Gerome Deposition
10         Exhibit 5, Cuyahoga County Sheriff's
11         Department Newsletter dated April
12         2017 Beginning Bates Number
13         CUYAH_000118584, was marked for
14         purposes of identification.)
15         - - - - -
16    Q.   Please take a minute to look at
17  this.  I'm -- just so you know, I'm focused on
18  the article or story on the second page entitled
19  "Fighting an Epidemic."
20    A.   Okay.
21    Q.   But I'll note for the record, Gerome
22  4 is a -- Gerome 5 am I on -- thank you -- is a
23  document entitled "Cuyahoga County Sheriff's
24  Department Newsletter," April '17.  It has the
25  Bates label CUYAH 118584 through 118585.  Let me

Page 172

1  know when you've had a chance to read that.
2    A.   Oh, okay.  Sure.
3         Okay.
4    Q.   By the way, are you familiar with
5  the sheriff's newsletter?
6    A.   Yes, sir.
7    Q.   Does it come out monthly?
8    A.   Quarterly.
9    Q.   Quarterly, okay.  Who's in charge of
10  it in terms of the content that goes into it?
11    A.   Again, the information I think is
12  submitted to his secretary, Tara, and then she
13  puts it all together.
14    Q.   And who gets a copy of the
15  newsletter?
16    A.   Everyone in the sheriff's department
17  can get a copy, yeah, anyone that has -- or
18  wants it.
19    Q.   Okay.  Do you know if they circulate
20  it outside of the department?
21    A.   That, I don't know.  I don't know.
22    Q.   Do you know whether -- in April of
23  2017 whether Sergeant Monteleone was -- had any
24  responsibilities with the narcotics unit?
25    A.   I want to say he was in charge of

Page 173

1  our evidence at that time.
2    Q.   And did you get a chance to read his
3  article, the "Fighting an Epidemic"?
4    A.   Before it was submitted to Tara
5  or --
6    Q.   Sure.
7    A.   I'm sorry.  Go ahead.
8    Q.   I meant sitting here -- did you get
9  a chance to look at it when I handed you the
10  exhibit?
11    A.   Yes.
12    Q.   Okay.  Did you see anything
13  erroneous in his article?
14         MR. BADALA:  Objection to form.
15    A.   I don't know about erroneous.  Maybe
16  misleading with the 14 overdoses.
17    Q.   What's misleading about that?
18    A.   Well, in a sense -- he said
19  responded to 14 overdoses in 2017.  He maybe
20  should have clarified it with the first quarter
21  of 2017 that they responded to that.  That might
22  be a little bit misleading.
23    Q.   Sure.
24    A.   I'm sorry.  What was the original
25  question?

44 (Pages 170 - 173)

1   Q.   Whether you saw any errors in what
2 he said.
3   A.   No, I don't believe there were any
4 errors.
5   Q.   Do you know how it is that he came
6 to contribute this piece to the newsletter?
7        MR. BADALA: Objection to form.
8   A.   I think Tara sometimes sends out
9 e-mails to different units within the sheriff's
10 department, asking to submit a story or
11 something like that, and -- I don't know --
12 maybe she reached out to him and -- I don't know
13 if she reached out to me and I forwarded it to
14 him or not, but somehow it got to him to put a
15 story together.
16   Q.   Okay. All right. Great. Well,
17 also, under "New Hires" it says there was a new
18 pharmacist. What's the pharmacist do for the
19 sheriff's department?
20   A.   They would be inside the jail.
21   Q.   Okay. Do you know whether the jail
22 pharmacy orders prescription opioid medications?
23   A.   Not firsthand, no, I don't know.
24   Q.   You talked a little bit before the
25 lunch break about conversations you think you

1 may have had with family members of overdose
2 victims. Do you remember that?
3   A.   Yes, sir.
4   Q.   How many of those conversations do
5 you think you've had?
6        MR. BADALA: Objection to form.
7   A.   I don't know. I don't know a number
8 offhand.
9   Q.   I mean, are we talking more than a
10 handful of times?
11        MR. BADALA: Objection to form.
12   A.   What's a handful?
13   Q.   Five, I guess.
14   A.   Probably around that, five.
15   Q.   Okay. Around that?
16   A.   Probably, yes, sir.
17   Q.   Okay. And did you take any notes
18 for any of these conversations?
19   A.   I may have written down their names
20 or whatever, just to follow up with -- you know,
21 with the detectives are doing or something like
22 that, but -- so yeah, I guess. Yes.
23   Q.   Do you remember the names of any of
24 the folks you talked with?
25   A.   No, sir.

1   Q.   When was the most recent
2 conversation?
3   A.   I don't remember.
4   Q.   Was it -- have you had --
5   A.   It hasn't been -- I'm sorry. Finish
6 your question, please.
7   Q.   Have you had a conversation with
8 someone this year?
9   A.   I don't remember.
10   Q.   Did you have a conversation -- were
11 any of these conversations in 2017?
12   A.   I don't remember specific dates. It
13 could have been.
14   Q.   Were any of these conversations when
15 you were a lieutenant?
16   A.   I don't remember.
17   Q.   How long were -- were the
18 conversations?
19        MR. BADALA: Objection to form.
20   A.   For the most part, it would be a
21 couple minutes, nothing more.
22   Q.   Did you make any recording of the
23 conversations?
24   A.   No, sir.
25   Q.   Thank you.

1        Have you ever heard of a
2 Dr. Feldman, who was charged in 2006 with
3 trafficking opioids through his medical clinics?
4   A.   No, sir.
5   Q.   Does that ring a bell to you?
6   A.   No, it does not.
7   Q.   Okay. See if this helps at all. As
8 I understand, the doctor then was on trial in
9 2008 and committed suicide while the trial was
10 going on. Does that ring a bell at all?
11   A.   No, sir.
12   Q.   Have you -- do you know whether the
13 sheriff's department has ever received a tip
14 that someone was trafficking, selling,
15 distributing otherwise prescription medications?
16        MR. BADALA: Objection to form.
17   A.   I think we discussed that. I'm not
18 aware of any specific tip coming in like that.
19   Q.   Okay. And if there were -- if the
20 sheriff's department had gotten such a tip that
21 somebody was involved with trafficking
22 prescription medications, where would -- who
23 would have that been directed to?
24        MR. BADALA: Objection to form.
25   A.   The tip itself?

Page 178

1    Q.   Yes.
2    A.   It depends how the tip came in.  It
3 would have -- like I said before, if it's a
4 Crime Stopper tip or it comes in through our
5 website, it would be directed to the supervisor
6 of the unit, narcotics unit at the time.
7    Q.   Okay.
8    A.   And that type of tip that we
9 discussed earlier would be probably forwarded to
10 the DEA task force.
11    Q.   Okay.  Have you ever had any
12 interactions with the State of Ohio Medical
13 Board?
14    A.   Not that I remember, no.
15    Q.   Did you see the story on Channel 7
16 recently about the medical board and whether the
17 medical board was -- you know, should have been
18 following up on doctors who were overprescribing
19 prescription opioids?
20    A.   I don't know what Channel 7 is.
21    Q.   I thought it was Channel 7.
22    A.   But regardless, no, I don't.
23    Q.   What is Fox here locally?
24    A.   Fox is 8.
25    Q.   All right.  So maybe it was Channel

Page 179

1 8.  Have you seen a news story recently about
2 the medical board, the Ohio State Medical Board?
3    A.   No, I don't remember seeing that
4 story.
5    Q.   Okay.  Have you ever had any
6 interactions with anyone at the Ohio Board of
7 Pharmacy?
8    A.   No, I have not.
9    Q.   Do you know whether anyone at the
10 sheriff's department has ever had interactions
11 with the Ohio Board of Pharmacy relating to
12 issues around opioids?
13    A.   I don't know.
14    Q.   And same question -- I should ask
15 whether you know whether anyone at the sheriff's
16 department has ever had any interactions with
17 the medical board regarding opioids?
18    A.   I don't know.
19    Q.   Are you aware of any pharmacies that
20 sold opioids or provided opioids improperly to
21 anybody in Cuyahoga County?
22       MR. BADALA:  Objection to form.
23    A.   I'm not aware of, no.
24    Q.   Are you aware of any -- I may have
25 asked you this before.  I apologize if I did --

Page 180

1 of any investigations by the Cuyahoga Sheriff's
2 Department into prescription forgeries?
3       MR. BADALA:  Objection to form.
4    A.   I'm not aware of any ongoing
5 investigations involving that, no.
6    Q.   Did you say "ongoing"?
7    A.   Or past investigation, ongoing and
8 past.
9    Q.   Okay.  And within the sheriff's
10 department, which branch or department would
11 that -- if there were such investigations, who
12 would that fall under?  Would that be something
13 narcotics would do?
14    A.   Again, narcotics would take the
15 initial complaint and probably turn that over to
16 our task force officer.
17    Q.   Okay.  The DEA task force officer?
18    A.   Yes.
19    Q.   All right.  Has it been the same
20 person at the DEA -- who's at the DEA now?
21    A.   We have two detectives.  Detective
22 John Gioitta and Detective Doug Jopek, and they
23 -- Doug Jopek has been recently assigned.  We
24 had an agent there that resigned, took another
25 job.  And then John Gioitta has been there

Page 181

1 approximately, I think, two years.
2    Q.   Who was there before Detective
3 Jeoeta?
4    A.   Detective Lou Scibelli, or Deputy
5 Lou Scibelli now.
6    Q.   All right.  Is Deputy Scibelli still
7 with the sheriff's department?
8    A.   Yes, he is.
9    Q.   What's he doing now?
10    A.   He's assigned to the uniform
11 division courts.  I don't know specifically what
12 courts it is, but the courts division.
13    Q.   Do you know how long he was with the
14 DEA task force?
15    A.   He was assigned there when I got
16 into narcotics in 2014.  I don't know his exact
17 date he moved over there.
18    Q.   Do you know if there had been
19 someone there with DEA before him?
20    A.   That, I don't know.  I think we had
21 someone in the DEA since I've started with the
22 sheriff's department, but I don't know if it was
23 him or someone else.
24    Q.   I was -- so I was going to also go
25 back -- in the '05 to '07 time frame, when you

46 (Pages 178 - 181)

Page 182

1 were in the narcotics division, do you remember,
2 was there someone who was technically in the
3 narcotics division but was on assignment to the
4 DEA at that time?
5     A.   Yes.
6     Q.   Do you remember who it was?
7     A.   It was now Sergeant Hirko.
8     Q.   Okay.  Any of these folks who have
9 been assigned to the DEA task force, have they
10 ever given a -- have they ever talked to the
11 rest of the people in the division about what it
12 is they either do or did over there?
13         MR. BADALA:  Objection to form.
14     A.   Yes.  I mean, if I understand
15 your -- yeah, there's constant communication.
16 There's -- we help them out, they help us out,
17 resources, manpower.  If there's a search
18 warrant, we'll ask them to assist if they have
19 the manpower; and vice versa, if they have a
20 search warrant, our guys are available.
21     Q.   Can you think of any, you know,
22 ideas or suggestions that someone has made to
23 the sheriff's department based on, you know,
24 hey, DEA had this great idea or technique of X,
25 we should try that in our own investigations?

Page 183

1     A.   Not that I remember.
2     Q.   Okay.  Vice versa, where you guys
3 came up with something good that the -- your
4 person at the DEA task force brought to the task
5 force's attention, said we should really be
6 trying this program or this technique?
7         MR. BADALA:  Objection to form.
8     A.   Not that I remember.
9     Q.   Does the sheriff's department do
10 anything to -- do anything at all related to
11 internet sale of opioid medications, monitor,
12 investigate, anything like that?
13     A.   I'm not sure I understand that
14 question.
15     Q.   Is the ordering of prescription
16 opioids over the internet -- is that something
17 that the sheriff's department has any
18 involvement in?
19     A.   I'm not aware of any of our guys
20 investigating that or prior investigating that.
21     Q.   Have you heard of a suspicious --
22 have you heard of the phrase "suspicious order"
23 as it relates to prescription opioids?
24     A.   I can -- I've never heard of it, but
25 it's kind of self --

Page 184

1     Q.   I'm sorry.  Do you know whether
2 anyone at the sheriff's department has ever been
3 involved with any investigations into any
4 pharmacy related to suspicious orders of
5 opioids?
6     A.   No.  Again, I think anything that
7 would come in like that, we'd turn over to the
8 DEA.
9     Q.   Same question, anybody at the
10 sheriff's department involved with any
11 investigation into any distributor related to
12 suspicious orders of opioids?
13     A.   Not that I'm aware of.
14     Q.   All right.  And any investigation
15 into any manufacturer regarding suspicious
16 orders of opioids?
17     A.   Not that I'm aware of.
18     Q.   Can we go to -- can I get tab 2,
19 please?
20         -  -  -  -  -
21         (Thereupon, Gerome Deposition
22         Exhibit 6, E-Mail String Beginning
23         Bates Number CUYAH_000118362, was
24         marked for purposes of
25         identification.)

Page 185

1         -  -  -  -  -
2     Q.   While you're taking a minute to
3 look -- while you're reviewing this, Captain
4 Gerome, I'll state for the record that Gerome
5 Exhibit 6 is an e-mail chain, most recent of
6 which was September 5th, 2016 from Thomas Gilson
7 to a whole bunch of people, bears the Bates
8 numbers CUYAH 118362 through 63.  And I am
9 pretty sure I can find your name in the
10 distribution list here if I hunt for it.  Yes.
11 I think I see your name, sir, four lines up from
12 the bottom in the -- in the most recent e-mail
13 in the chain.
14     A.   Yes, sir, I see it.
15     Q.   Okay.  And I think a similar
16 position in the lower down e-mail chain.
17         So is this an e-mail, you, you know,
18 I guess received in the ordinary course of
19 business back in 2016?
20     A.   Okay.  I'm sorry.  Can you repeat
21 that?
22     Q.   Is this an e-mail that you received
23 in the ordinary course of business back in
24 September of 2016?
25     A.   The -- I guess the second page is

47 (Pages 182 - 185)

Page 186
1 the alert that comes out, just explaining the
2 whole thing here, that -- with the reported by
3 Parma Police Department, that's the alert that
4 is sent out via e-mail to everyone on this list,
5 and then the -- and then the sentence that I
6 think you're referring to is a -- just from
7 Dr. Gilson commenting on the alert, I guess.
8     Q.   Okay.  So let's break that up and
9 I'll ask a few follow-up questions.
10         Who is Dr. Gilson?
11    A.   Dr. Gilson is the medical examiner
12 of Cuyahoga County.
13    Q.   Okay.  How long has he been the
14 medical examiner?
15    A.   Sir, I don't know that answer.
16    Q.   Was he the medical examiner when you
17 were the lieutenant?
18    A.   Yes, I believe so.
19    Q.   Okay.  And then you said that the --
20 I guess it's the initial e-mail in the chain you
21 referred to as "the alert."  Is that --
22    A.   Yeah.  I think we spoke briefly on
23 it.  An alert goes out to our detectives,
24 myself, supervisors, announcing a heroine
25 overdose, or -- I'm sorry, a suspected heroin

Page 187
1 overdose scene.  That's what you're looking at
2 on the second page.  That's the information
3 that's provided.
4     Q.   And where it says "XX2016-03490,"
5 does that -- what does that number code refer
6 to?
7     A.   I don't know.  That comes from the
8 medical examiners.
9     Q.   Okay.  Is that something that you
10 use or apply?
11    A.   No, it's not.
12    Q.   Do you know --
13    A.   Well, can I backtrack?
14    Q.   Please.
15    A.   I don't know if detectives actually
16 use this to relate the heroine overdose medical
17 examiner case number to our case number.  So
18 they may.  I don't know.
19    Q.   Do you know whether someone from the
20 county sheriff's office responded to this scene?
21    A.   It's most likely not based on it
22 was -- looked like it happened in Parma.
23    Q.   Okay.  But this is the type of alert
24 that you were describing earlier, that if it
25 were somewhere within a jurisdiction where, I

Page 188
1 guess, you hadn't been uninvited, the sheriff's
2 department would send two detectives to respond
3 to the scene?
4     A.   I don't know if the term "uninvited"
5 is correct, but, yeah, this is an agency that
6 handles their own overdose scenes.
7     Q.   Okay.  All right.  Got it.
8         And then in the top e-mail
9 Dr. Gilson is commenting in his second sentence,
10 it says, "Might be carfentanil."  Do you know
11 what carfentanil is?
12    A.   Yes, sir.
13    Q.   What's carfentanil?
14    A.   From my understanding, it's a form
15 of fentanyl, but I don't know how many times
16 stronger, used basically with animals as a
17 sedative, pain reliever, something like that.
18    Q.   And there are people overdosing on
19 that now?
20    A.   Yes, sir.
21    Q.   Where is -- do you know, how are
22 they getting the carfentanil?
23    A.   I don't know that, sir.
24    Q.   Do you know where it's coming from?
25         MR. BLOCK:  Objection to form.

Page 189
1     A.   No, I don't.
2     Q.   Is that something that the sheriff's
3 department is working on investigating, trying
4 to figure out how and where the carfentanil is
5 coming from?
6         MR. BADALA:  Objection to form.
7     A.   I think any time you open an
8 investigation, you want to try to find out as
9 much information about it as possible.  I don't
10 know if there's any leads into where it comes
11 from or not.
12    Q.   Do you know whether the sheriff's
13 department has made any arrests related to the
14 distribution of carfentanil?
15    A.   I'm not aware of arrests with
16 carfentanil involved.
17    Q.   Okay.  Are there -- I don't want you
18 to comment on the substance, but are there
19 active investigations currently into -- related
20 to carfentanil distribution by the sheriff's
21 department?
22    A.   I don't know.
23    Q.   Dr. Gilson's first sentence has a
24 reference to the -- that most have had -- well,
25 let me see.  I can skip that.  Let's go to the

Page 190

1 scene alert.
2    A.   On page 2?
3    Q.   Yes.  It talks about the -- 29Y/O.
4 That's years old?
5    A.   Yes, sir.
6    Q.   And WF, white female?
7    A.   Yes.
8    Q.   She was found dead in the -- found
9 on bathroom floor expired at Bar 30, and then it
10 goes on to say "with drug paraphernalia next to
11 her."
12         In your experience, what is drug
13 paraphernalia?  What does that term include?
14    A.   That can include a needle, syringe,
15 baggies, any way to -- I'm trying to think of --
16    Q.   Anything else come to mind for
17 paraphernalia?
18    A.   It could be a pill -- a pill bottle.
19    Q.   If the person -- would you expect --
20 you're familiar with these -- what do you call
21 these, scene alerts?  What should we refer to --
22    A.   Heroin scene alerts, I guess, yeah.
23    Q.   Okay.  In your -- do the heroin --
24 if there were prescription opioids found at the
25 scene of one of these instances that resulted in

Page 191

1 an alert, does the alert normally state that?
2    A.   I'd have to look back on all the
3 alerts that came out.  I don't know specifically
4 if it does or not.
5    Q.   All right.  Are you familiar with --
6 do you get a copy of the -- do you get any
7 regular reports from the medical examiner -- do
8 you get reports from the medical examiner --
9 sorry.  Let me try to spit this question out.
10         How often do you get reports from
11 the medical examiner, the sheriff's department
12 get reports from the medical examiner as they
13 pertain to overdoses?
14         MR. BADALA:  Objection to form.
15    A.   Hugh Shannon usually sends out maybe
16 something once a week updating, I guess,
17 statistics they keep at the medical examiner's
18 office.
19    Q.   And when he sends something out, is
20 that by e-mail?
21    A.   By e-mail.
22    Q.   And does it have an attachment or is
23 it just sort of text of an e-mail?
24    A.   Sometimes there's an attachment with
25 the stats involved.  Sometimes it's as simple as

Page 192

1 the e-mail stating six fatalities since last
2 weekend, no toxicology.  It could state
3 anything.
4    Q.   What do you do at the sheriff's
5 department, do with that information, if
6 anything?
7    A.   I forward that to our detectives and
8 our supervisor of the department, Sergeant
9 Hirko.
10    Q.   Sure.  What does Sergeant Hirko do
11 with it?
12    A.   I don't know.  I don't know.  It's
13 information sharing.  Most of them are on this
14 e-mail as well.  So just making sure they get
15 it.
16    Q.   Have you heard of Project DAWN?  I
17 think DAWN stands for deaths avoided with
18 naloxone.
19    A.   Yes, sir.
20    Q.   What is Project DAWN?
21    A.   I wasn't involved in the start-up of
22 it, but my understanding is it's the
23 distribution of Narcan to first responders.
24    Q.   Are there -- is there anyone within
25 the sheriff's department who's considered a

Page 193

1 first responder?
2    A.   Yes, sir.
3    Q.   Who would that be?
4    A.   We all are.
5    Q.   Okay.  So -- does anyone within the
6 sheriff's department carry -- is that the right
7 word -- naloxone?
8    A.   We do distribute it.  It's not a
9 policy we're required to carry it, but we do
10 hand it out.  It's optional for them.
11    Q.   Does the department -- does the
12 sheriff's department provide training to its
13 personnel on how to use naloxone?
14    A.   The training -- again, you can
15 receive that training on the Attorney General's
16 website.  It's probably a 15, 20-minute
17 presentation, and you do get a certification for
18 it, so we make sure before we distribute the
19 Narcan that they have that certification.
20    Q.   How does the department get the
21 Narcan?  Where does it come from?
22    A.   The board of health supplied us, I
23 think, with initial -- I don't know how many,
24 but the board of health has been supplying us.
25    Q.   Do you know whether the department

49 (Pages 190 - 193)

Page 194

1 has to pay for the Narcan?
2     A.   No, we don't.  No, we have not paid.
3 The shipment I remember that we got, I don't
4 believe we paid anything.  It was free.
5     Q.   Are there any sort of reports kept
6 by the department in terms of how many times
7 someone at the department has used a Narcan kit?
8 Is it a kit?
9     A.   It's -- yeah, you can call it a kit.
10     Q.   Okay.
11     A.   I don't think we've kept statistics
12 on that.  I know of a couple instances that we
13 have saved lives.  We've had, you know, stories
14 in the media, stuff like that.  So I hear
15 stories about it, but as far as stats kept, it's
16 probably something we should start doing since
17 it's happening more often.
18     Q.   Is abuse -- abuse of fentanyl a
19 problem in Cuyahoga County?
20          MR. BADALA:  Objection to form.
21     A.   Abuse of fentanyl, I don't know.  I
22 don't know.  I think it goes hand in hand with
23 heroin, pills.  I think they all go hand in
24 hand.
25     Q.   What about carfentanil?

Page 195

1     A.   Yes, sir.  Yeah.  I think it all
2 ties together.
3     Q.   Are you aware of any reports or
4 information that at least some of the fentanyl
5 that's getting to folks in Cuyahoga County is
6 coming from China?  Have you ever heard that?
7          MR. BADALA:  Objection to form.
8     A.   I don't have firsthand knowledge as
9 far as our investigations are concerned.  I have
10 read articles and through media mentioning
11 fentanyl coming from China.
12     Q.   Okay.
13          Are you aware of any reports about
14 Mexican drug trafficking cartel operations in
15 Cuyahoga County?
16     A.   During some of the meetings I've
17 attended, we have -- the FBI has and the DEA has
18 briefed on some cartels that they may be
19 investigating.  As far as our department, we --
20 we are not investigating drug cartels.
21     Q.   Agree or disagree with the following
22 statement:  Pills and heroin arrive in the county
23 through large, difficult to untangle networks.
24          MR. BADALA:  Objection to form.
25     A.   Agree or disagree?

Page 196

1     Q.   Yes.
2     A.   Can you read that again?
3     Q.   Sure.
4          Pills and heroin arrive in the
5 county through large, difficult to untangle
6 networks.
7          MR. BADALA:  Objection to form.
8     A.   I don't know if it's an agree or
9 disagree answer.
10     Q.   I don't know.  Could be a third
11 choice.
12     A.   I mean, can you repeat it one more
13 time?
14     Q.   Sure.
15          Pills and heroin arrive in the
16 county through large, difficult to untangle
17 networks.
18          MR. BADALA:  Objection to form.
19     A.   I probably disagree.
20     Q.   And why?
21     A.   It could be one form.  There's all
22 different forms that illicit drugs come in,
23 prescription drugs come in.  I don't know.  I
24 can't pinpoint it.
25     Q.   Do you have a -- do you know one way

Page 197

1 or the other whether the networks by which the
2 drugs are coming into Cuyahoga County have
3 changed over time?
4          MR. BADALA:  Objection to form.
5     A.   Which drugs are we referring to?
6     Q.   So have there been changes for any
7 drugs in terms of -- any type of drugs in terms
8 of how they've -- how they're getting into
9 Cuyahoga County?
10          MR. BADALA:  Objection to form.
11     A.   I don't think there's a change, no.
12 I'm not sure I understand that question
13 completely.
14     Q.   Well, let's see.  Was there -- was
15 there heroin in Cuyahoga County when you were a
16 deputy in the narcotics unit back in 2005?
17     A.   Yes.
18     Q.   All right.  And did you have any
19 understanding back then as to where that heroin
20 was coming from?
21     A.   I mean, you read reports that are
22 put out by DEA, the federal government, stuff
23 like that.  That's kind of high-level stuff
24 that, you know, as part of narcotics, more
25 street level, so you hear about it, but we

50 (Pages 194 - 197)

Page 198

1 didn't actively investigate any of that.
2    Q.    Whose role or job did you view it as
3 to actively investigate, I guess, the
4 importation of the heroin into the county?
5    A.    Well, there's always officers'
6 interdiction.  I don't think it's particularly
7 assigned to one agency.  Again, I think it goes
8 back to information sharing and resources that
9 are available.  That's probably something that
10 we'd ask the DEA or the FBI or some federal
11 agency to help out with.
12    Q.    And has your understanding changed
13 at all in terms of the way in which heroin is
14 ending up in the -- being used by people in
15 Cuyahoga County from 2005 to today?
16    A.    Yeah.  We see a lot more today,
17 based on, I think, the conversations we had
18 before, where it's linked to the prescription
19 opioids and people craving when they can't get
20 those opioids anymore.
21    Q.    When you say "see a lot more,"
22 you're seeing more heroin being distributed than
23 back in 2005; is that what you're saying?
24    A.    Yeah.  We investigate a lot more
25 cases involving heroin, fentanyl.

Page 199

1    Q.    How about in terms of you
2 included -- or you mentioned prescription
3 opioids before.  Do you have any understanding
4 into the various ways in which people who are
5 using prescription opioids obtain those
6 medications?
7    A.    Prescriptions, I --
8    Q.    Is there anyone -- do you have any
9 knowledge whether there's anyone in Cuyahoga
10 County who's used a prescription opioid who's
11 obtained the opioid other than through a
12 prescription from a doctor?
13        MR. BADALA:  Objection to form.
14    A.    Not firsthand knowledge.  I'm not an
15 investigator.  I'd have to ask our detectives if
16 they're actively investigating any of that.
17    Q.    Okay.  How about in any of the work
18 you've done with any of these task forces or
19 meetings?  Do you have any understanding as to
20 the various ways in which people get access to
21 what we've been calling prescription opioids?
22    A.    Well, I think you touched on it
23 before with not only prescribing it, but the
24 illegal prescriptions people try to obtain, the
25 theft.  That's one of the reasons we have that

Page 200

1 drop box program, so people can get rid of the
2 prescription opioids that they are not using
3 anymore, so there's no chance of theft or
4 getting out of their hands.
5        Doctor shopping, I believe you
6 mentioned that term.
7        So those are just some other ways I
8 think.
9    Q.    And do you have any sense, you
10 personally, you know, in terms of percentages or
11 relative frequency, the extent to which somebody
12 uses a prescription opioid through a
13 prescription written by a doctor for a medical
14 condition versus any of those other improper
15 ways?
16        MR. BADALA:  Objection to form.
17    A.    I don't have percentages.
18    Q.    Okay.  Have you ever heard of
19 something called Bromadol?
20    A.    Have I heard of the --
21    Q.    Yes.
22    A.    No.
23    Q.    Or how about cyclopropylfentanyl?
24    A.    No.
25    Q.    Have you heard of mixtures of

Page 201

1 fentanyl and cocaine?  Is that something you've
2 seen in Cuyahoga County?
3    A.    Yes, sir.
4    Q.    And -- okay.  Do you know how common
5 or frequent that is?
6    A.    I see the reports that the medical
7 examiner sends out sometimes, but I don't have a
8 -- how prevalent it is.
9    Q.    In terms of the person who would
10 have the best knowledge of the data at least for
11 overdose victims, would that be the medical
12 examiner, in terms of number of people and what
13 it -- what they overdosed on?
14    A.    Yes.
15    Q.    Okay.  And that would be Dr. Gilson?
16    A.    Yes, sir.
17    Q.    All right.  Has your department --
18 do you know whether the sheriff's department has
19 ever encountered any counterfeit pills?  And by
20 that I mean, you know, something that looks like
21 a prescription medication but isn't, in fact,
22 you know, manufactured by someone with an FDA
23 license but is designed to look like it was?
24        MR. BADALA:  Objection to form.
25    A.    I'm not familiar with any specific

51 (Pages 198 - 201)

Page 202

1  cases, but I wouldn't put it past it that we've
2  come across that.
3      Q.   Would you agree that those who are
4  trafficking in narcotics are very creative in
5  terms of the ways in which they obtain, package
6  and distribute the narcotics?
7          MR. BADALA: Objection to form.
8      A.   I'd agree, yeah, they are creative.
9      Q.   Are you aware -- does your
10  department track -- or if I were trying to
11  figure out from the sheriff's department, would
12  I be able to -- is there something I could look
13  at to figure out how many arrests the sheriff's
14  department had made of someone who was
15  trafficking in heroin as opposed to someone who
16  was selling OxyContin?
17     A.   With our new RMS system, I don't
18  know if you can query a certain type of arrest.
19  I'm not that knowledgeable about what the system
20  can and can't do since it's new.  I'm not aware
21  of any spreadsheet or statistic keeping that
22  separated, what type of arrests we've had in the
23  narcotics division.
24     Q.   When you said the new system, is
25  that TRAC or what were you --

Page 203

1      A.   TAC.
2      Q.   TAC.  Excuse me.  Yes.
3          Do you know -- do you know who or
4  what Allergan is?
5      A.   No, sir.
6      Q.   All right.  So do you have any view
7  on whether Allergan is -- has any responsibility
8  for the opioid epidemic in Cuyahoga County?
9          MR. BADALA: Objection to form.
10     A.   No, I don't know.
11     Q.   Are you familiar with Cardinal
12  Health?
13     A.   I'm not familiar with them, no.
14     Q.   Do you have any view as to whether
15  Cardinal Health has any responsibility for the
16  opioid problem in Cuyahoga County?
17         MR. BADALA: Objection to form.
18     A.   I don't know.
19     Q.   Walmart, are you familiar with
20  Walmart?
21     A.   The Walmart that I can shop at every
22  day, then yes, I am familiar with Walmart.
23     Q.   Okay.  Does Walmart have any -- in
24  your view, have any responsibility for the
25  opioid problem in Cuyahoga County?

Page 204

1          MR. BADALA: Objection to form.
2      A.   I don't know.
3      Q.   Have you heard of Actavis Pharma?
4      A.   No.
5      Q.   Do you have a view as to whether
6  Actavis Pharma has any responsibility for the
7  opioid problem in Cuyahoga County?
8          MR. BADALA: Objection to form.
9      A.   I don't know.
10     Q.   Insys, do you know what -- who or
11  what Insys is?
12     A.   No, sir.
13     Q.   Do you know whether Insys has any
14  responsibility for the opioid problem in
15  Cuyahoga County?
16         MR. BADALA: Objection to form.
17     A.   I don't know.
18     Q.   Watson Pharmaceuticals?
19     A.   No, sir.
20     Q.   Do you have a view as to whether
21  Watson Pharmaceuticals has any responsibility
22  for the opioid problem in Cuyahoga County?
23         MR. BADALA: Objection to form.
24     A.   I don't know.
25     Q.   Purdue Pharma, are you familiar with

Page 205

1  Purdue Pharma?
2      A.   I don't believe so, no.
3      Q.   Okay.  Do you have any view as to
4  whether Purdue Pharma has any responsibility for
5  the opioid problem in Cuyahoga County?
6          MR. BADALA: Objection to form.
7      A.   I don't know.
8      Q.   Cephalon, are you familiar with
9  Cephalon?
10     A.   I think I've heard of that company,
11  but not familiar with it.
12     Q.   Okay.  Do you have a view as to
13  whether Cephalon has any responsibility for the
14  opioid problem in Cuyahoga County?
15         MR. BADALA: Objection to form.
16     A.   I don't know.
17     Q.   Noramco, are you familiar with
18  Noramco?
19     A.   No, sir.
20     Q.   Do you have any view as to whether
21  Noramco has any responsibility for the opioid
22  problem in Cuyahoga County?
23     A.   I don't know.
24     Q.   AmerisourceBergen, are you familiar
25  with AmerisourceBergen?

1    A.    Never heard of them.

2    Q.    Sometimes ABDC I think it's called.

3    A.    Never heard of them.

4    Q.    All right.  Do you have any view as

5 to whether AmerisourceBergen has any

6 responsibility for the opioid problem in

7 Cuyahoga County?

8         MR. BADALA:  Objection to form.

9    A.    I don't know if they do, sir.

10    Q.    How about Johnson & Johnson; are you

11 familiar with that company?

12    A.    If they make baby powder.  I don't

13 know if that's the same one or not.  If it is,

14 then yeah, I'm familiar.

15    Q.    And Janssen, have you heard of

16 Janssen?

17    A.    No.

18    Q.    The pharmaceutical company?

19    A.    No.

20    Q.    And do you have a view as to whether

21 Johnson & Johnson and/or Janssen have any

22 responsibility for the opioid problem in

23 Cuyahoga County?

24         MR. BADALA:  Objection to form.

25    A.    I don't know what they do, sir.

1    Q.    How about McKesson; are you familiar

2 with McKesson?

3    A.    No.

4    Q.    And do you have a view as to whether

5 McKesson has any responsibility for the opioid

6 problem in Cuyahoga County?

7         MR. BADALA:  Objection to form.

8    A.    Again, I don't know what they do.

9    Q.    H.D. Smith, have you heard of H.D.

10 Smith?

11    A.    No, sir.

12    Q.    And do you have a view as to whether

13 H.D. Smith has any responsibility for the opioid

14 problem in Cuyahoga County?

15         MR. BADALA:  Objection to form.

16    A.    I don't know.

17    Q.    Don't worry.  I don't have too many

18 more of these.

19         Walgreens?

20    A.    Yes, I've heard of Walgreens.

21    Q.    All right.  Do you have a view as to

22 whether Walgreens has any responsibility for the

23 opioid problem in Cuyahoga County?

24         MR. BADALA:  Objection to form.

25    A.    I don't know.

1    Q.    CVS?

2    A.    I've heard of CVS, yes.

3    Q.    Do you have a view as to whether CVS

4 has any responsibility for the opioid problem in

5 Cuyahoga County?

6         MR. BADALA:  Objection to form.

7    A.    I don't know.

8    Q.    Okay.  Rite-Aid, are you familiar

9 with Rite-Aid?

10    A.    Yes, I'm familiar.

11    Q.    In your view, does Rite-Aid have any

12 responsibility for the opioid problem in

13 Cuyahoga County?

14         MR. BADALA:  Objection to form.

15    A.    I don't know.

16    Q.    Mallinckrodt.  Hopefully I

17 pronounced that close to correct.  Are you

18 familiar with Mallinckrodt?

19    A.    No, I'm not.

20    Q.    And do you have a view as to whether

21 Mallinckrodt has any responsibility for the

22 opioid problem in Cuyahoga County?

23         MR. BADALA:  Objection to form.

24    A.    I don't know.

25    Q.    Endo Pharmaceuticals, do you know

1 Endo?

2    A.    No, sir.

3    Q.    And do you have a view as to whether

4 Endo Pharmaceuticals has any responsibility for

5 the opioid problem in Cuyahoga County?

6         MR. BADALA:  Objection to form.

7    A.    I don't know.

8    Q.    Health Mart Systems?

9    A.    No, sir.

10    Q.    And do you have a view as to whether

11 Health Mart Systems has any responsibility for

12 the opioid problem in Cuyahoga County?

13         MR. BADALA:  Objection to form.

14    A.    No, I don't know, sir.

15    Q.    Teva Pharmaceuticals?

16    A.    No.

17    Q.    And do you have a view as to whether

18 Teva Pharmaceuticals has any responsibility for

19 the opioid problem in Cuyahoga County?

20         MR. BADALA:  Objection to form.

21    A.    I don't know, sir.

22    Q.    How about the federal government;

23 does the federal government have any

24 responsibility for the opioid problem in

25 Cuyahoga County?

53 (Pages 206 - 209)

Page 210

1          MR. BADALA:  Objection to form.
2      A.   I don't know, sir.
3      Q.   The state government, State of Ohio?
4          MR. BADALA:  Objection to form.
5      A.   Have I heard of them?
6      Q.   Yes.
7      A.   Yes.
8      Q.   Go Bucks.
9          And does the State of Ohio have any
10 responsibility for the opioid problem in
11 Cuyahoga County?
12          MR. BADALA:  Objection to form.
13     A.   I don't know.
14          MR. BLOCK:  Why don't we take a
15 break.
16          MR. BADALA:  Yes.  Great.
17          THE VIDEOGRAPHER:  Off the record,
18 1:50.
19          (Recess had.)
20          THE VIDEOGRAPHER:  On the record,
21 2:06.
22 BY MR. BLOCK:
23     Q.   Captain Gerome, we were talking
24 about different entities and whether they have
25 any responsibility for the opioid problem in

Page 211

1 Cuyahoga County.
2          Would -- in your view, do the people
3 who are selling heroin and fentanyl to others in
4 Cuyahoga County -- do they have responsibility
5 for the opioid problem in Cuyahoga County?
6          MR. BADALA:  Objection to form.
7      A.   I think there's a certain level of
8 responsibility.  It's illegal activity.  But I
9 think the market is created for them to take
10 advantage of it.  Like I think I referred to it
11 before, is people coming off prescription
12 medications are still craving it, and this is
13 where they turn towards, and drug dealers are
14 just -- it's open season for them to make some
15 money.
16     Q.   And could we agree that wherever the
17 drug dealers are getting their drugs from, that
18 whoever is supplying them with the drugs also
19 has some responsibility for the opioid problem
20 in Cuyahoga County?
21          MR. BADALA:  Objection to form.
22     A.   Well, yeah, they have to take
23 responsibility.  It's illegal activity, and
24 that's what we investigate.
25     Q.   Do you believe that -- do you have a

Page 212

1 view as to whether doctors who have written
2 prescriptions for prescription opioids have any
3 responsibility for the opioid problem in
4 Cuyahoga County?
5          MR. BADALA:  Objection to form.
6      A.   Do doctors have -- can you repeat
7 that, please?
8      Q.   Yes.
9          Doctors who have written
10 prescriptions to patients for prescription
11 opioids, do they have any responsibility for the
12 opioid problem in Cuyahoga County?
13          MR. BADALA:  Objection to form.
14     A.   I don't know.  I mean, I think
15 they're -- they have their patient's best
16 interest in mind.  You know, they're just -- the
17 patient is asking for something and they're
18 helping them.  Whether they know they're giving
19 them the medication, if it's becoming addictive,
20 one pill, 20 pills, I don't know.  I don't know.
21     Q.   Is there a drug abuse response team
22 within the sheriff's department?
23     A.   I don't know if we've called our
24 detectives that are on call to respond to
25 overdoses, if that's another title we gave them.

Page 213

1 That could be.
2      Q.   If there was anything within the
3 sheriff's department --
4      A.   Yeah.  It would be within our
5 narcotic division, the detectives that I spoke
6 on.
7      Q.   Okay.  Have you had any -- any
8 friends or family members who have had addiction
9 to prescription opioids?
10     A.   Will you repeat that, please?
11     Q.   Yes.
12          Whether you -- any friends or family
13 members of yours have dealt with addiction to
14 prescription opioids.
15     A.   I've had family members that have
16 died of overdoses.
17     Q.   How many family members?
18     A.   Two cousins.
19     Q.   Are they -- live here in the
20 Cuyahoga County area?
21     A.   One did; one did not.
22     Q.   And when did they die?
23     A.   The exact years, I don't know.  It's
24 been a while.
25     Q.   Sorry.  Like in the -- roughly?  In

Page 214

1 the 2000s?
2     A.    Yeah, it's been in the 2000s.
3     Q.    Okay.
4     A.    Roughly maybe seven to ten years.
5     Q.    And what -- if I may ask, what did
6 they overdose on?
7     A.    That, I don't know.
8     Q.    Okay.  Do you know whether any
9 arrests were made in connection with either of
10 the --
11     A.    I never followed up with it.  No.
12     Q.    Any other personal connections to --
13     A.    We've had members of our department,
14 a particular friend of mine, another deputy, his
15 daughter overdosed.  It was not fatal.  It was
16 non-fatal.  But he -- discussions with him.  He
17 went through a lot.  And that journey began with
18 prescription medication as well.
19     Q.    What did the daughter overdose on?
20     A.    That, I don't remember.
21     Q.    When was this?
22     A.    Probably three, four years ago.
23     Q.    Before I go to this one, forgive me
24 if I haven't asked you this -- forgive me if I
25 did ask you this before, but is there -- can you

Page 215

1 think of any expenditures that the Cuyahoga
2 County Sheriff's Department has that are
3 directly and exclusively related to narcotics or
4 narcotics investigations?
5         MR. BADALA:  Objection to form.
6     A.    Well, we developed staffing for the
7 drop box pill program.  That's something we've
8 never had before.  I consider that an
9 expenditure; salary, hours, vehicles, mileage,
10 stuff like that.  The two detectives on call to
11 respond to these overdoses, they have now in
12 their contract on-call pay, something they never
13 had before.
14     Q.    Is that something the union
15 negotiated for them?
16     A.    Absolutely, yes.
17         As well as the sergents receive the
18 on-call pay.
19         Can you repeat it again?  I'm sorry.
20 Expenditures I believe you said.
21     Q.    Yes, that are sort of solely and
22 exclusively related to narcotics, narcotics
23 investigations.
24     A.    Those would be a couple I can think
25 of offhand.

Page 216

1     Q.    Anything else?
2     A.    I think I stated before, something
3 like equipment, special equipment maybe, type of
4 gloves or -- sometimes they go to these
5 overdoses, they put the full suit on, if there
6 is suspected fentanyl or something like that.
7 So I guess little expenditures like that would
8 add up.  Vehicles.  Like I said, for the guys on
9 call, they take home vehicles now, but -- I'm
10 sure I'm missing some things, but that's the
11 best I can think of right now.
12     Q.    Are there any other departments
13 within the sheriff's -- any other groups within
14 the sheriff's department that are on call?
15     A.    We have a sergeant in charge of
16 our -- it's a human trafficking task force.
17 He's on call.
18     Q.    Anybody else?
19     A.    That's receiving pay, no.  That --
20 let me think real quick.  We do have -- now I
21 put a sergeant on call for death -- or use of
22 force death investigations for the City of
23 Cleveland for taking over their investigations
24 if they use deadly force, so he's on call to
25 respond to that.

Page 217

1     Q.    Does he have a car or use a car for
2 that?
3     A.    Yes, he does.
4     Q.    Okay.  And same for the human
5 trafficking person that is on call, do they have
6 a car?
7     A.    They have one that's not a -- that's
8 not our expenditure.  It's the Attorney
9 General's Office supplied those vehicles.
10     Q.    Do you know whether the sheriff's
11 department has ever applied for any grants
12 related to narcotics -- narcotics
13 investigations?
14         MR. BADALA:  Objection to form.
15     A.    I don't remember any, no.
16         - - - - -
17         (Thereupon, Gerome Deposition
18         Exhibit 7, 2017-2018 Cuyahoga County
19         Strategic Plan Project List -
20         Community Safety and Protection, was
21         marked for purposes of
22         identification.)
23         - - - - -
24     Q.    Gerome Exhibit 7 is a one-page
25 document entitled "2017 through 2018 Cuyahoga

1 County Strategic Plan Project List - Community
2 Safety and Protection."  This was -- the Bates
3 number associated with this document, I'm not
4 sure why it didn't print out.
5         MR. BLOCK:  Did you give them with
6 double sides?
7         MR. BADALA:  Ours was not.
8         MR. BLOCK:  I only wanted to ask
9 about the first page of it anyway.
10        MR. BADALA:  I just want to let you
11 know his exhibit doesn't have it either.
12    Q.    Okay.  So I've got you the first
13 page of what was -- the Bates number associated
14 with this was 121911, CUYAH_121911.
15        MR. BADALA:  It's probably a native.
16 That's probably why.
17    Q.    And the question is whether you are
18 familiar with this document, Captain Gerome.
19    A.    I don't remember reviewing this
20 document, no.
21    Q.    Okay.  Do you know who created it?
22    A.    No, I do not.
23    Q.    Then you can put that aside.
24        Anything you need to correct in
25 terms of your testimony of any of the questions

1 that I've asked you?
2    A.    Not that I remember, no.
3        MR. BLOCK:  Okay.  I will pass the
4 baton to one of my colleagues here representing
5 one of the other parties in the case.
6        Thank you, sir, for your time.
7        THE WITNESS:  Thank you.
8        EXAMINATION OF DONALD GEROME
9 BY MR. LONERGAN:
10    Q.    Captain Gerome, I introduced myself
11 at the outset of your deposition, but I'll do it
12 again.  I'm Sam Lonergan.  I'm with the law firm
13 of Arnold & Porter, Kaye Scholer, and in this
14 litigation I represent two pharmaceutical
15 manufacturers, Endo and Par.
16    A.    Okay.
17    Q.    I'm going to do my best not to ask
18 any questions that are duplicative of what Ben
19 just asked you, but, frankly, you just were
20 asked and answered a lot of questions so I can't
21 make any guarantees.
22        To the best of your understanding,
23 are prescription opioids, which we've been
24 talking about today, approved for use by the
25 Food & Drug Administration?

1        MR. BADALA:  Objection to form.
2    A.    I don't know.
3    Q.    Do you know whether prescription
4 opioids have a medically approved use?
5        MR. BADALA:  Objection to form.
6    A.    Can you repeat that, please?
7    Q.    Sure.  I'll ask a better question.
8        Do you know whether prescription
9 opioids have a medical use or medical uses that
10 have been approved by the FDA?
11    A.    Wasn't that your first question?  I
12 don't know that.  I didn't know that one.
13    Q.    Do you know why doctors prescribe
14 prescription opioids to patients?
15        MR. BADALA:  Objection to form.
16    A.    No, I don't know why they do.
17    Q.    Have you ever heard of a doctor
18 prescribing a prescription opioid to a patient
19 post-surgery?
20    A.    Yes.
21    Q.    Which patient?
22        MR. BADALA:  Objection to form.
23    A.    If --
24        MR. BADALA:  I can tell you not to
25 identify -- are you asking for the name of the

1 person that was prescribed?
2        MR. LONERGAN:  I'm asking what he's
3 referring to.
4        MR. BADALA:  I would just tell you
5 not to give the person's name.  I mean, there's
6 HIPAA laws and that's why --
7    Q.    Are you able to answer my question
8 without providing a person's name?
9    A.    No, I'm not.
10    Q.    Okay.  Have you ever heard of a
11 situation where a doctor prescribed a
12 prescription opioid for a person with end-stage
13 cancer?
14    A.    I don't know.
15    Q.    Are you aware of that being an
16 approved medical use for prescription opioids?
17        MR. BADALA:  Objection to form.
18    A.    No, I don't know, sir.
19    Q.    Would you agree that a physician
20 would be in the best position to make a
21 determination as to whether a patient should
22 receive a prescription opioid?
23        MR. BADALA:  Objection to form.
24    A.    Can you repeat that, please?
25    Q.    Sure.

Page 222

1    Do you agree that a physician would
2 be in the best position to make a determination
3 as to whether a patient should receive a
4 prescription opioid?
5       MR. BADALA:  Objection to form.
6    A.   Sir, I don't know that.
7    Q.   Do you believe that a physician
8 would be in the best position to evaluate a
9 patient's medical needs?
10      MR. BADALA:  Objection to form.
11   A.   Yes, sir.
12   Q.   And do you believe that a physician
13 would be in the best position to evaluate the
14 risks associated with prescribing a medication
15 to a patient?
16      MR. BADALA:  Objection to form.
17   A.   I don't know that, sir.
18   Q.   Do you agree that prescription
19 opioids can be beneficial to a patient when used
20 properly?
21      MR. BADALA:  Objection to form.
22   A.   I don't know that, sir.
23   Q.   You testified earlier today about
24 your belief about a connection between
25 prescription opioids and heroin and fentanyl

Page 223

1 overdoses, correct?
2    A.   Yes, sir.
3    Q.   And I believe you testified that
4 your belief was based in large part on
5 conversations that you had had with certain
6 families.  Do you recall that testimony?
7    A.   I recall that as well as speaking to
8 some of the detectives that respond to these.
9    Q.   With respect to the families that
10 you were talking to, which opioids or
11 prescription opioids were those people taking?
12   A.   Sir, I don't know.
13   Q.   With respect to any conversations
14 you've had with anybody concerning the
15 connection between prescription opioids and
16 heroin and fentanyl use, which prescription
17 opioids are you referring to?
18      MR. BADALA:  Objection to form.
19   A.   There's no specific that I'm
20 referring to.
21   Q.   You just lump them all in one group
22 together?
23      MR. BADALA:  Objection to form.
24   A.   Yes, sir.
25   Q.   With respect to the families that

Page 224

1 you said -- you testified you spoke to about
2 prescription opioid use, why were the people
3 taking the prescription opioids?
4    A.   I don't remember the conversation as
5 to if they explained that or not.
6    Q.   Was it a situation where the patient
7 had been prescribed a prescription opioid and
8 was using it consistent with the doctor's orders
9 or was it a situation where the person had gone
10 out and obtained a prescription opioid through
11 some illicit means?
12      MR. BADALA:  Objection to form.
13   A.   Again, I don't remember the -- the
14 exact conversation I had with them.
15   Q.   Is that answer that you don't know
16 the answer or you only remember certain aspects?
17   A.   I mean, I remember some of the phone
18 calls.  I don't remember all the phone calls.  I
19 don't remember the specifics of us discussing if
20 it was prescribed medication or not prescribed
21 medication, so --
22   Q.   And is that true with respect to all
23 the conversations you had with families
24 concerning prescription opioid uses?
25   A.   Yes.  Yes, sir.

Page 225

1    Q.   I believe you previously testified
2 that you had no recollection of your department
3 ever investigating a patient who was using a
4 prescription opioid in a manner that was
5 consistent with how it had been prescribed by a
6 doctor; is that correct?
7    A.   That was a long question.  Can you
8 please repeat that?
9    Q.   I don't know if I can, actually.
10      I believe you previously testified
11 that you have no recollection of your department
12 investigating a patient who was using a
13 prescription opioid in a manner that was
14 consistent with the way it had been prescribed
15 by a doctor, correct?
16      MR. BADALA:  Objection to form.
17   A.   No, I'm not aware of that, if it
18 was -- if they were using it correctly, I don't
19 know why we would investigate that.
20   Q.   Do you consider over-prescribing of
21 opioids by doctors to be a cause of heroin or
22 fentanyl use?
23      MR. BADALA:  Objection to form.
24   A.   I'm not familiar with them
25 over-prescribing medication.  I've never

57 (Pages 222 - 225)

1 investigated a doctor for doing that.
2    Q.   To the best of your knowledge, has
3 your department ever investigated any doctor for
4 over-prescribing prescription opioids?
5    A.   No, sir, not that I'm aware of.
6    Q.   Are you able to identify a single
7 script that -- strike that.
8         Are you able to identify any
9 instances where a doctor wrote a prescription
10 for an opioid to a Cuyahoga County resident that
11 was not medically necessary?
12        MR. BADALA:  Objection to form.
13    A.   Can you repeat that, sir?  I don't
14 want to answer that incorrectly.
15    Q.   You're putting me to the test.
16    A.   I just want to get it right.  That's
17 all.
18    Q.   Are you able to identify a single
19 instance where a physician prescribed an opioid
20 to a Cuyahoga County resident and the
21 prescription was not medically necessary?
22        MR. BADALA:  Objection to form.
23    A.   No, I can't identify that.  No.
24    Q.   As a general matter, you understand
25 what a package insert or a warning label is for

1 any prescription drug, correct?
2        MR. BADALA:  Objection to form.
3    A.   Yes.
4    Q.   Have you ever had cause to review or
5 look at a warning label for any prescription
6 opioid?
7        MR. BADALA:  Objection to form.
8    A.   No, I have not.
9    Q.   Are you aware that the warning label
10 or package insert for prescription opioids
11 identify side effects associated with the use of
12 a prescription opioid?
13        MR. BADALA:  Objection to form.
14    A.   I'm not aware of what's on the
15 bottle, sir.
16    Q.   Are you aware that the warning label
17 and package inserts for prescription opioids
18 identify addiction as a possible side effect for
19 the use of prescription opioids?
20        MR. BADALA:  Objection to form.
21    A.   No, sir, I didn't know that.
22    Q.   Are you aware that the FDA approves
23 the language that's contained in the warning
24 labels and package inserts for prescription
25 opioids?

1    A.   I'm not aware of that, sir.
2        MR. BADALA:  Objection to form.
3    Q.   Are you aware of any instance where
4 any physician prescribed any prescription opioid
5 to any Cuyahoga County resident where the
6 physician had not previously read the warning
7 label or package insert before prescribing the
8 drug?
9    A.   No, I'm not aware of that instance.
10    Q.   Are you aware of any instance where
11 any physician prescribed any prescription opioid
12 to any Cuyahoga County resident where the
13 physician did not understand the risks and
14 benefits of prescribing the opioid to the
15 patient?
16        MR. BADALA:  Objection to form.
17    A.   That, I don't know, sir.
18    Q.   Have you or your department ever
19 investigated the sales practices of any
20 prescription opioid manufacturer?
21    A.   As I stated before, I'm not aware of
22 us ever investigating that.
23    Q.   I apologize if that was duplicative.
24        As you sit here today, do you have
25 any reason to believe that any opioid

1 manufacturer's sales representative ever made
2 any inaccurate or misleading statements to
3 physicians who prescribe opioids to patients?
4        MR. BADALA:  Objection to form.
5    A.   Can you repeat that, please, the
6 first part of that?
7    Q.   Sure.
8        As you sit here today, do you have
9 any reason to believe that any sales
10 representative for an opioid manufacturer made
11 any inaccurate or misleading statements to a
12 physician who prescribes opioids?
13        MR. BADALA:  Objection to form.
14    A.   I'm not aware of that.  No, sir.
15    Q.   Are you aware of any instance where
16 a pharmaceutical sales representative for an
17 opioid manufacturer made a statement that was
18 inconsistent with the product's warning label or
19 package insert?
20        MR. BADALA:  Objection to form.
21    A.   I'm not aware of that.
22    Q.   Are you able to identify a single
23 doctor who ever prescribed a prescription opioid
24 to a Cuyahoga County resident who relied on a
25 sales representative's improper marketing as the

Page 230

1 basis for prescribing a product to the Cuyahoga
2 County resident?
3     MR. BADALA:  Objection to form.
4     A.   I'm not aware of that.
5     Q.   Sir, a few moments ago you
6 referenced personal -- your personal experiences
7 with prescription opioids, and I believe you
8 testified that two of your cousins had passed
9 away as a result of an overdose and one of your
10 friend's daughters; isn't that correct?
11     A.   The friend's daughter did not pass
12 away.  It was a non-fatal.
13     Q.   Were your cousins' overdoses -- did
14 they overdose on prescription opioids?
15     A.   Sir, I don't -- I didn't follow up
16 in how they overdosed.
17     Q.   Do you know if your cousins' initial
18 use of opioids was through prescription opioids?
19     A.   I don't know if I stated that they
20 took prescription or they were addicted to
21 opioids.  I just stated that I know two people
22 that were -- who overdosed.  I don't know what
23 it was from, so I don't know.
24     Q.   And so, then, is it fair to say that
25 you don't know if your cousins had initially

Page 231

1 started out using prescription opioids?
2     A.   Yes, it's fair to say.  I don't
3 know.
4     MR. LONERGAN:  I told you I'd be
5 quick.
6     THE WITNESS:  Thank you.
7     MR. LONERGAN:  Thank you for your
8 time.
9     EXAMINATION OF DONALD GEROME
10 BY MR. MCLAUGHLIN:
11     Q.   Captain Gerome, thanks for your
12 patience today.  I only have a few questions for
13 you.
14     A.   Sure.
15     Q.   I introduced myself earlier.  My
16 name is Chris McLaughlin.  I represent Walmart.
17 Were you aware before today that the
18 county had sued Walmart as a part of this
19 litigation?
20     A.   Not specifically Walmart, no.
21     Q.   Do you have any personal knowledge
22 as to why the county sued Walmart?
23     A.   No, I don't.
24     Q.   Do you have any personal knowledge
25 as to why the county sued CVS, Rite-Aid and

Page 232

1 Walgreens?
2     A.   No, I don't.
3     Q.   Can you personally point to any
4 specific conduct by Walmart, CVS, Rite-Aid or
5 Walgreens related to opioids that caused harm to
6 the county?
7     MR. BADALA:  Objection to form.
8     A.   No, sir, I can't.
9     Q.   I believe you testified that as part
10 of your training for -- at the sheriff's office,
11 that you took some training on first aid and
12 trauma; is that right?
13     A.   Yes, sir.
14     Q.   Besides that training, do you have
15 any other medical training?
16     A.   The first aid training, the trauma,
17 and then the -- I guess if you called -- the
18 Narcan training that I spoke of, if you want to
19 consider that medical training, that would
20 probably be it, too.
21     Q.   And that's the web-based training
22 you took on the AG's website?
23     A.   Yes, sir.
24     Q.   Do you have any training or
25 expertise in toxicology?

Page 233

1     A.   No, sir.
2     Q.   Do you have any training or
3 expertise in the diagnosis or treatment of
4 addiction or substance abuse?
5     A.   No, sir.
6     Q.   So you would not be qualified to say
7 one way or another whether somebody was addicted
8 to a substance or not, correct?
9     A.   No, sir.
10     Q.   That is correct?
11     A.   No.  Can you repeat that?
12     Q.   Sure.
13     A.   I'll try to answer it right.
14     Q.   You would not be qualified to say --
15     A.   No, I would not be qualified.
16     Q.   -- one way or another as to whether
17 somebody was addicted to a substance, correct?
18     A.   No, I wouldn't be qualified,
19 correct.
20     Q.   Captain, you testified that
21 currently you are not an investigator; is that
22 right?
23     A.   Correct.
24     Q.   And when was the last time you
25 actually served in the role of an investigator,

59 (Pages 230 - 233)

Page 234

1  where you were actively involved in
2  investigations?
3     A.   It's -- with a concern to narcotics
4  investigations or any investigations?
5     Q.   Narcotics.
6     A.   Narcotics.  As an investigator, it's
7  been a long time.  I can't remember the last
8  time.
9     Q.   More than ten years?
10    A.   As a lead investigator, probably,
11  yes.
12    Q.   And I believe you also testified
13  that you personally have never responded to a
14  drug overdose scene; is that right?
15    A.   No, sir.  I don't think I testified.
16  I have been to a scene before.
17    Q.   How many times?
18    A.   Once.
19    Q.   And when was that?
20    A.   When I first got into the unit
21  probably in 2014, when I became a lieutenant, I
22  responded to one.
23    Q.   Were you the lead investigator?
24    A.   No, I was not.
25    Q.   Okay.  Have you -- so have you ever

Page 235

1  personally investigated the drug use history of
2  any overdose victim for which the sheriff's
3  office has responded to a scene?
4     A.   No, I have not.
5        MR. McLAUGHLIN:  I have no further
6  questions.  Thank you, sir.
7        THE WITNESS:  Thank you.
8        MR. BADALA:  Anyone else in the
9  room?  How about on the phone?  Do you have any
10  questions on the phone?  Is anyone even on the
11  phone?
12        Let's just take two minutes.  Let me
13  see if I have anything.
14        THE VIDEOGRAPHER:  Off the record,
15  2:34.
16          (Recess had.)
17        THE VIDEOGRAPHER:  On the record,
18  2:38.
19        MR. BADALA:  So I don't have any
20  further questions, or any questions at all.
21        MR. BLOCK:  So I'll just say again,
22  on behalf of everyone here, thank you, Captain
23  Gerome, for your time.  This concludes the
24  deposition, subject to, it does sound like
25  there's some additional documents that we think

Page 236

1  should have been produced in advance.  If we
2  get -- if additional documents are forthcoming
3  that we think there are questions on, I will
4  leave it open for the purposes of asking
5  questions about that -- those documents.
6        MR. BADALA:  Yeah.  Like I said a
7  few times, send us a letter with a request that
8  it applies to; we'll look at it, consider it and
9  we'll discuss it further.
10        MR. BLOCK:  Thank you, sir.
11        THE VIDEOGRAPHER:  Off the record,
12  2:39.
13
14        (Deposition concluded at 2:39 p.m.)
15           - - - - -
16
17
18
19
20
21
22
23
24
25

Page 237

1  Whereupon, counsel was requested to give
2  instruction regarding the witness' review of
3  the transcript pursuant to the Civil Rules.
4
5        SIGNATURE:
6  Transcript review was requested pursuant to
7  the applicable Rules of Civil Procedure.
8
9        TRANSCRIPT DELIVERY:
10  Counsel was requested to give instruction
11  regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

60 (Pages 234 - 237)

Page 238

```
1           REPORTER'S CERTIFICATE
2  The State of Ohio,  )
3                      ) SS:
4  County of Cuyahoga.  )
5
6       I, Renee L. Pellegrino, a Notary Public
7  within and for the State of Ohio, duly
8  commissioned and qualified, do hereby certify
9  that the within named witness, DONALD GEROME, was by
10 me first duly sworn to testify the truth, the whole
11 truth and nothing but the truth in the cause
12 aforesaid; that the testimony then given by the
13 above referenced witness was by me reduced to
14 stenotypy in the presence of said witness;
15 afterwards transcribed, and that the foregoing is a
16 true and correct transcription of the testimony so
17 given by the above referenced witness.
18      I do further certify that this
19 deposition was taken at the time and place in the
20 foregoing caption specified and was completed
21 without adjournment.
22
23
24
25
```

Page 239

```
1       I do further certify that I am not a
2  relative, counsel or attorney for either party,
3  or otherwise interested in the event of this
4  action.
5       IN WITNESS WHEREOF, I have hereunto set
6  my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 19th day of November, 2018.
8
9
10
11
12  Renee L. Pellegrino
13 Renee L. Pellegrino, Notary Public
14 within and for the State of Ohio
15
16 My commission expires October 12, 2020.
17
18
19
20
21
22
23
24
25
```

Page 240

```
1                Veritext Legal Solutions
2                   1100 Superior Ave
                       Suite 1820
3                  Cleveland, Ohio 44114
                   Phone: 216-523-1313
4
   November 19, 2018
5
   To: SALVATORE C. BADALA
6
   Case Name: In Re: National Prescription Opiate Litigation v.
7
   Veritext Reference Number: 3109191
8
   Witness: Donald Gerome      Deposition Date: 11/14/2018
9
10 Dear Sir/Madam:
11
   The deposition transcript taken in the above-referenced
12
   matter, with the reading and signing having not been
13
   expressly waived, has been completed and is available
14
   for review and signature.  Please call our office to
15
   make arrangements for a convenient location to
16
   accomplish this or if you prefer a certified transcript
17
   can be purchased.
18
19 If the errata is not returned within thirty days of your
20 receipt of this letter, the reading and signing will be
21 deemed waived.
22
23 Sincerely,
24 Production Department
25
   NO NOTARY REQUIRED IN CA
```

Page 241

```
1             DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3109191
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
   DATE OF DEPOSITION: 11/14/2018
4  WITNESS' NAME: Donald Gerome
5       In accordance with the Rules of Civil
        Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
        as transcribed by the court reporter.
8
9  Date              Donald Gerome
10      Sworn to and subscribed before me, a
        Notary Public in and for the State and County,
11 the referenced witness did personally appear
        and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
        Statement; and
14      Their execution of this Statement is of
        their free act and deed.
15
        I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
        _____
18      Notary Public
19      _____
        Commission Expiration Date
20
21
22
23
24
25
```

Page 242

```
 1      DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
        ASSIGNMENT REFERENCE NO: 3109191
 3  CASE NAME: In Re: National Prescription Opiate Litigation v.
        DATE OF DEPOSITION: 11/14/2018
 4  WITNESS' NAME: Donald Gerome
 5      In accordance with the Rules of Civil
        Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7      I have listed my changes on the attached
        Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s).
 9      I request that these changes be entered
        as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
        that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
        Date            Donald Gerome
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
        the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20_____.
23  _____
        Notary Public
24
25  Commission Expiration Date
```

Page 243

```
 1      ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
 2      ASSIGNMENT NO: 11/14/2018
 3  PAGE/LINE(S) /      CHANGE      /REASON
 4  _____
 5  _____
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19
    _____     _____
20  Date               Donald Gerome
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
        Notary Public
24
    _____
25  Commission Expiration Date
```

62 (Pages 242 - 243)

| & |
|---|
| **&**   1:20 2:6,16 3:7 |
| 3:11,17 4:3 11:12 |
| 11:15,18,21 12:1,4 |
| 206:10,21 219:13 |
| 219:25 |

| 0 |
|---|
| **000118362**   6:14 |
| 184:23 |
| **000118584**   6:12 |
| 171:13 |
| **00018717**   6:7 |
| 150:6 |
| **05**   181:25 |
| **07**   38:3 40:16 |
| 181:25 |

| 1 |
|---|
| **1**   6:5 60:25 61:8 |
| 61:10 110:20 |
| **10017**   2:4 |
| **10019-9710**   2:18 |
| **10036-8704**   3:19 |
| **103**   7:23,23 |
| **107**   7:24 |
| **108**   7:24 |
| **10:02**   71:18 |
| **10:16**   71:21 |
| **11**   30:4 |
| **11/14/2018**   240:8 |
| 241:3 242:3 243:2 |
| **1100**   240:1 |
| **111**   7:25 |
| **112**   8:3 |
| **113**   8:3,4 |
| **114**   8:4,5 |
| **116**   8:5,6 |
| **118362**   185:8 |
| **118584**   171:25 |
| **118585**   171:25 |

**118717**   150:22
**11:07**   117:17
**11:22**   117:20
**12**   5:8 47:6 121:12
   239:16
**120708**   164:18
**120745**   164:25
**120760**   164:18
**12077**   61:13
**121**   8:6
**1211**   3:18
**1215**   13:2
**121572**   168:25
**121789**   169:2
**121804**   169:1
**121911**   218:14,14
**12:14**   163:3
**12:55**   164:9
**13**   165:22,24 166:6
   166:15
**1300**   1:21
**131**   8:7,7,8,8
**132**   8:9
**135**   8:9
**139**   8:10
**14**   1:15 7:3 150:23
   173:16,19
**141**   8:10
**142**   8:11,11
**145**   8:12,12,13,13
**146**   8:14,14,15
**147**   8:15
**148**   8:16,16
**149**   8:17,17
**14th**   11:2
**15**   57:17 64:11
   193:16
**150**   6:6
**152**   8:18
**153**   8:18,19,19,20

**154**   8:20
**155**   8:21,21
**157**   8:22
**158**   8:22,23
**159**   8:23,24
**16**   64:11
**160**   8:24,25
**162**   9:3,3
**164**   5:12 6:8
**168**   6:9
**17**   1:7 7:3 171:24
**1701**   4:4
**171**   6:11
**1717**   3:4
**173**   9:4
**174**   9:4
**175**   9:5,5
**176**   9:6
**177**   9:6,7
**179**   9:7
**18**   1:10
**180**   9:8
**182**   9:8
**1820**   240:2
**183**   9:9
**185**   6:13
**189**   9:9,10
**19**   240:4
**191**   9:10
**19103**   3:5
**19103-2921**   4:4
**194**   9:11
**195**   9:11,12
**196**   9:12,13
**197**   9:13,14
**199**   9:14
**1995**   18:6,9
**1997**   25:22
**19th**   239:7
**1:50**   210:18

| 2 |
|---|
| **2**   5:3 6:6 150:5,19 |
| 184:18 190:2 |
| **20**   57:18 193:16 |
| 212:20 241:16 |
| 242:22 243:22 |
| **200**   9:15 |
| **2000**   20:24 |
| **20001-4956**   3:14 |
| **20005**   3:9 |
| **2000s**   14:18,20 |
| 214:1,2 |
| **2001**   14:19 18:8,9 |
| 19:13 23:15 |
| **2005**   20:24 24:10 |
| 37:19 38:3 39:4 |
| 40:16 47:5 170:16 |
| 197:16 198:15,23 |
| **2006**   177:2 |
| **2007**   20:1 28:1 |
| 31:13,19 37:19 |
| **2008**   177:9 |
| **201**   9:15 |
| **2010**   30:3 |
| **2014**   20:2 32:12 |
| 37:11 40:3,25 |
| 72:3 154:22 |
| 181:16 234:21 |
| **2015**   6:8 164:4,16 |
| 165:20 166:16 |
| **2016**   6:10 20:3 |
| 43:8 126:9,10 |
| 150:21 152:17 |
| 168:19,24 169:3 |
| 169:21 185:6,19 |
| 185:24 |
| **2017**   6:12 61:12 |
| 125:19,20 126:15 |
| 169:24 171:12 |
| 172:23 173:19,21 |
| 176:11 217:25 |

**2017-2018** 6:15
217:18
**2018** 1:15 11:3
126:5 217:25
239:7 240:4
**202** 3:9,14 9:16
**2020** 239:16
**203** 9:16,17
**204** 9:17,18,18,19
**205** 9:19,20
**206** 9:20,21
**207** 9:21,22,22
**208** 9:23,23,24
**209** 9:24,25 10:3
**21** 7:4
**210** 10:3,4,4
**211** 10:5,5
**212** 2:18 3:19 10:6
10:6
**215** 3:5 4:5 10:7
**216** 2:9,13
**216-523-1313**
240:3
**217** 6:15 10:7
**219** 5:9
**22** 7:4
**220** 10:8,8,9,9
**221** 10:10,10
**222** 10:11,11,12,12
**2222** 2:8
**2227** 239:12
**223** 10:13,13
**225** 10:14,14
**226** 10:15,15
**227** 10:16,16,17,17
**228** 10:18,18
**229** 10:19,19,20
**230** 10:20
**230-7676** 2:4
**231** 5:10

**232** 10:21
**238** 5:14
**24** 7:5
**24/7** 96:3
**25** 7:5
**250** 2:17
**26** 7:6
**2804** 1:6,7
**29y** 190:3
**2:06** 210:21
**2:34** 235:15
**2:38** 235:18
**2:39** 236:12,14

**3**

**3** 6:8 164:3,14
**30** 167:19,20 190:9
**3100** 3:4
**3109191** 240:7
241:2 242:2
**32** 7:6
**34** 7:7
**35** 7:7
**36** 7:8
**360** 2:3
**38** 7:8
**39** 7:9
**3rd** 13:2

**4**

**4** 6:9 168:18,23
171:22
**41** 7:9,10
**43** 7:10
**434-5421** 3:9
**44** 7:11,11,12
166:22,24
**44113** 13:3
**44113-1901** 2:8
**44114** 240:2
**44114-1190** 2:13

**45090** 1:10
**48** 7:12,13
**49** 7:13

**5**

**5** 6:11 171:7,10,22
**50** 7:14 118:11
126:8
**51** 7:14 126:8
**52** 7:15,15 126:8
**55** 2:7 7:16
**55th** 2:17
**56** 7:16
**58** 118:9
**586-3939** 2:13
**59** 7:17
**5th** 150:21 185:6

**6**

**6** 5:4 6:13 184:22
185:5
**61** 6:5
**63** 185:8
**64** 7:17
**66** 7:18 167:9
169:16
**662-2000** 3:14
**69** 7:18,19
**695-9000** 3:19

**7**

**7** 5:5 6:15 178:15
178:20,21 217:18
217:24
**70** 7:19,20 125:20
**719** 150:22
**725** 3:8
**73** 7:20,21 125:21
**75** 169:13,14,16,17
169:18
**77** 167:15,15

**8**

**8** 178:24 179:1
**80** 34:14
**82** 7:21
**836-8000** 2:18
**844** 2:4
**850** 3:13
**851-8100** 3:5
**861-0804** 2:9

**9**

**90** 7:22
**901** 2:12
**90s** 14:18
**93** 7:22
**950** 1:21
**963-5000** 4:5
**9:01** 1:16 11:2

**a**

**a.m.** 1:16
**aaron** 1:8
**abdc** 206:2
**able** 49:8 91:3
113:5 128:23
145:18 202:12
221:7 226:6,8,18
229:22
**abolished** 30:2,5
**abreast** 49:24
**absolutely** 82:17
215:16
**abuse** 144:25
145:3,10 149:17
154:8,11 156:10
194:18,18,21
212:21 233:4
**academy** 18:7,24
18:25 20:7,8,10,14
**access** 57:6,8,12
66:12,15,17 123:4
129:7,9 130:3,12

130:24 131:8,12
134:14,17 137:3
141:11,14 199:20
**accessed** 144:4
**accessible** 123:7
124:22
**accomplish** 240:16
**accomplishing**
48:24
**account** 130:10
**accounts** 115:9
**accrue** 112:8
**accurate** 61:21
169:22
**accurately** 62:3
**acknowledge**
241:11 242:16
**acronym** 118:23
139:12
**act** 26:5 106:18
241:14 242:20
**actavis** 204:3,6
**acting** 120:19
**action** 37:23
111:24 150:13
151:4,9 239:4
**active** 56:22
125:13 189:19
**actively** 97:25
98:1 198:1,3
199:16 234:1
**activity** 26:14
31:15 32:2 68:6
105:23 137:13
145:22 147:11
211:8,23
**actual** 88:5 94:19
154:11
**add** 34:10 216:8
**addicted** 53:20
230:20 233:7,17

**addiction** 99:17
149:23 213:8,13
227:18 233:4
**addictive** 55:2
212:19
**adding** 47:10
122:24
**addition** 119:7
**additional** 235:25
236:2
**address** 12:25
51:7 121:21,21
122:12 140:12
143:4,5
**addresses** 50:25
**adequate** 46:25
48:6
**adjournment**
238:21
**administration**
219:25
**administrative**
16:16,17
**advance** 101:1
236:1
**advantage** 211:10
**advertise** 64:1
**advise** 15:23
141:19
**advised** 77:23
**advising** 79:14
**advisory** 108:21
109:1,8 111:20
**affiliated** 111:3
**affixed** 239:6
241:15 242:21
**aforesaid** 238:12
**afternoon** 5:12
95:24 164:11
**afterward** 101:4

**ag's** 232:22
**age** 12:10 79:16
**agencies** 58:6
68:19 76:9,21
83:5,7,25 112:9
140:14
**agency** 80:25 81:1
106:1 130:9 141:1
143:22 188:5
198:7,11
**agenda** 98:16
100:22,23 101:6
103:10
**agendas** 102:19
**agent** 59:20 60:10
60:12 180:24
**ago** 166:2 214:22
230:5
**agree** 195:21,25
196:8 202:3,8
211:16 221:19
222:1,18
**ahead** 101:17
102:19 103:11
173:7
**aid** 21:10 208:8,9
208:11 231:25
232:4,11,16
**al** 1:10
**alarm** 95:7
**alcohol** 149:13,17
**alert** 79:13,20
94:13,20,21,24
95:9 186:1,3,7,21
186:23 187:23
190:1 191:1,1
**alerts** 78:23
190:21,22 191:3
**allergan** 203:4,7
**allocated** 117:3

**allocations** 116:21
**amber** 95:9
**americas** 3:18
**amerisourceberg...**
3:2 205:24,25
206:5
**ammunition**
112:22
**amount** 28:24
128:17 146:20
**animals** 188:16
**announcing**
186:24
**annual** 6:8,10
164:4,16,16,20
165:13 168:9,19
168:24 169:24
170:2
**anonymous**
137:24
**answer** 34:12
54:23 94:3 113:14
124:15 136:17
145:6 148:24
156:5 158:1 159:4
186:15 196:9
221:7 224:15,16
226:14 233:13
**answered** 130:22
219:20
**answers** 112:10
**anthony** 67:1
**anybody** 12:6 15:3
47:16 52:7,12
89:6 98:14 104:12
106:20,23 161:10
179:21 184:9
216:18 223:14
**anymore** 110:16
155:19 198:20
200:3

anytime  115:9
anyway  218:9
apartment  92:2
apologize  179:25
  228:23
app  138:2
appear  241:11
  242:15
appearances  2:1
  3:1 4:1 5:3
appears  128:12
appended  242:11
  242:18
applicable  237:7
applicants  47:23
applied  24:16
  217:11
applies  236:8
apply  13:9 24:18
  187:10
appointments
  23:19
appropriate
  138:22
approved  55:12
  219:24 220:4,10
  221:16
approves  227:22
approximate
  115:16
approximately
  15:7 27:25 181:1
april  6:12 171:11
  171:24 172:22
arch  3:4
arcos  130:16,24
area  18:18 64:20
  66:5 104:25 105:1
  105:9 137:21
  140:8 144:22
  213:20

areas  26:7,9,12
  62:20
arnold  2:16 11:21
  219:13
arnoldporter.com
  2:19
arrangements
  240:15
arrest  91:4 92:5
  107:9 157:4
  202:18
arrested  90:4,8,10
  91:13,24 92:6
  106:20,23 161:4
arresting  145:21
arrests  89:22 90:1
  92:4,10,11 93:14
  107:10 145:16
  146:7 147:1 161:9
  165:21,24 166:6,9
  166:15,15 189:13
  189:15 202:13,22
  214:9
arrive  195:22
  196:4,15
arriving  77:19
article  171:18
  173:3,13
articles  195:10
ascertain  87:1
aside  153:5 218:23
asked  77:15 92:24
  100:7,12,14
  150:11 153:20
  157:13,16,18
  158:12 179:25
  214:24 219:1,19
  219:20
asking  17:19
  85:21 96:5 126:3
  153:3 157:4

174:10 212:17
  220:25 221:2
  236:4
aspects  224:16
assign  81:7
assigned  21:1
  23:16 24:1,6
  29:17 32:15,20
  33:9 34:17 35:2
  37:11 38:16 39:11
  40:4 57:12,22,25
  58:2,4,17,23 59:6
  59:14 63:10,14,16
  64:18,19,22,25
  65:8,9,16 66:5,19
  66:24 69:16,23
  71:25 72:22 74:1
  74:7,9 79:24
  96:11 105:12
  110:5,13,17,18
  112:6 121:2
  122:14,15 125:16
  168:5 170:17
  180:23 181:10,15
  182:9 198:7
assignment  182:3
  241:2 242:2 243:2
assignments  71:25
  170:22
assist  182:18
assistance  58:6
  68:21 81:1,3
assisted  68:19
assisting  68:15
  76:23
associated  95:8
  121:15 153:7
  218:3,13 222:14
  227:11
associates  89:6

association  30:19
assume  78:21
  119:14
assuming  49:22
attached  242:7
attachment
  191:22,24
attain  145:18
attend  98:13,18
  102:7,15 108:5
attended  97:16
  98:15 99:23
  100:20 107:24
  108:9,17 151:20
  151:25 195:17
attention  183:5
attorney  15:5
  21:13 154:14
  193:15 217:8
  239:2
attorney's  97:22
  151:18
attorneys  14:25
  54:13
august  121:11,13
  150:20 152:16
authorize  242:11
automated  56:14
  127:15 131:4
automation
  130:18
available  26:7
  50:17,18 182:20
  198:9 240:13
ave  240:1
avenue  1:21 2:3,12
  3:18
avoided  192:17
aware  50:13 52:25
  55:17 57:7 73:4
  73:18 79:4 82:8

[aware - believe]

Page 5

91:17 93:12,14,19
94:3,7,11 100:10
111:12 112:13
113:18 114:9,12
117:8 127:10
130:11,14 131:10
131:19 132:8,9
133:8 137:4,5
153:6 154:2 160:9
162:16,18 177:18
179:19,23,24
180:4 183:19
184:13,17 189:15
195:3,13 202:9,20
221:15 225:17
226:5 227:9,14,16
227:22 228:1,3,9
228:10,21 229:14
229:15,21 230:4
231:17
**aye**  12:7

**b**

**b**  4:3 36:25 168:4
**baby**  206:12
**back**  16:24,25
20:24 28:9,14
30:2 31:11,12
37:17,17 38:1
41:23 47:5 53:19
53:25 67:2 71:23
72:1 89:19 109:2
112:2 114:20
119:19 121:14
122:18 126:22
127:4 141:3,7
143:18 146:6,6
147:17,23 154:17
155:14 160:15
170:16 181:25
185:19,23 191:2
197:16,19 198:8

198:23
**background**  86:3
91:22 134:7 158:8
**backtrack**  187:13
**bad**  39:25
**badala**  2:3 11:9,9
14:17 17:8 21:20
21:25 23:25 25:6
26:24 32:4 34:23
35:20 36:2,4
38:10 39:24 41:8
41:18 43:1 44:6
44:16,21 48:1,7,25
50:8 51:2 52:5,17
55:15 56:3 59:2
61:7 64:5 66:2
69:1,7 70:10,20
71:16 73:9,17
82:7 90:18 93:18
103:16,23 107:11
108:8 111:11
112:20 113:8,23
114:17,22 116:15
116:23 117:13
121:18 130:25
131:9,18,24 132:7
135:13 139:6
141:17 142:5,24
145:2,4,11,19
146:12,18,21
147:5 148:19,22
149:1,5 152:24
153:1,9,15,18
154:1 155:6,11
157:6,25 158:15
158:22 159:2,8
160:5,13 162:2,21
173:14 174:7
175:6,11 176:19
177:16,24 179:22
180:3 182:13

183:7 189:6
191:14 194:20
195:7,24 196:7,18
197:4,10 199:13
200:16 201:24
202:7 203:9,17
204:1,8,16,23
205:6,15 206:8,24
207:7,15,24 208:6
208:14,23 209:6
209:13,20 210:1,4
210:12,16 211:6
211:21 212:5,13
215:5 217:14
218:7,10,15 220:1
220:5,15,22,24
221:4,17,23 222:5
222:10,16,21
223:18,23 224:12
225:16,23 226:12
226:22 227:2,7,13
227:20 228:2,16
229:4,13,20 230:3
232:7 235:8,19
236:6 240:5
**baggie**  85:8
**baggies**  190:15
**balance**  115:16
**banded**  118:21
**bar**  190:9
**based**  53:22 85:3
89:22 134:20
149:6 182:23
187:21 198:17
223:4 232:21
**basic**  20:21
**basically**  18:25
21:12 23:5,20
35:8 47:18 54:12
63:15 81:15
127:23 128:10

142:12 188:16
**basis**  29:9 46:18
58:15 69:24 230:1
**bates**  6:6,12,13
61:13 150:6,22
164:17,24 168:25
171:12,25 184:23
185:7 218:2,13
**bathroom**  190:9
**baton**  219:4
**batone**  66:20 67:3
67:15 74:7
**bblock**  3:15
**bears**  150:21
164:17 168:25
185:7
**becoming**  155:1
212:19
**began**  214:17
**beginning**  6:6,12
6:13 148:9 150:5
171:12 184:22
**behalf**  2:2,11,15
3:2,7,11,16 4:2
11:15,19,21,24
12:1,5 96:22
151:21 235:22
**belief**  222:24
223:4
**believe**  17:3 27:8
31:24 36:20 41:10
43:8 64:21 65:6
77:6 100:6 106:3
108:4 124:5,19
125:20 128:15
129:21 137:8
140:22 142:12
155:3,4 174:3
186:18 194:4
200:5 205:2
211:25 215:20

222:7,12 223:3
225:1,10 228:25
229:9 230:7 232:9
234:12
**bell** 177:5,10
**bells** 151:8
**ben** 11:17 65:12
219:18
**beneath** 167:8
**beneficial** 222:19
**benefits** 228:14
**benevolent** 30:19
**benjamin** 3:12
**best** 16:8 44:23
110:4 201:10
212:15 216:11
219:17,22 221:20
222:2,8,13 226:2
**better** 115:5 220:7
**big** 25:2 45:18
64:10
**bigger** 34:3
**birth** 134:3
**bit** 31:9 48:2
101:10,12 133:25
140:15 144:19
158:3 173:22
174:24
**blab** 132:11
**block** 3:12 5:8
11:8,17,17 12:2,6
12:16 61:5 68:1
71:14,22 117:15
117:21 159:17
162:25 164:13
188:25 210:14,22
218:5,8 219:3
235:21 236:10
**blocks** 135:3
**board** 17:6 35:23
43:7 108:20,21

109:1,8 111:20
178:13,16,17
179:2,2,6,11,17
193:22,24
**bockius** 4:3
**bodies** 58:9,10
119:23
**body** 16:16 17:5
88:16,18,19
**bonnette** 138:20
**booking** 18:18
**boot** 20:6
**bottle** 190:18
227:15
**bottles** 70:8
**bottom** 61:12
164:25 165:9
185:12
**bova** 36:20,23
42:10,19,23
**box** 40:12 41:9
69:8,13,17,19
70:13 104:11
122:7 200:1 215:7
**boxes** 69:24
104:13
**branch** 180:10
**break** 71:15
117:14 159:18
163:1 174:25
186:8 210:15
**brief** 42:8 46:18
79:17 98:8 147:19
**briefed** 91:7 93:24
115:8,17 161:12
195:18
**briefing** 50:14
72:6 98:6,9 100:8
**briefly** 69:12
186:22

**briefs** 46:19 50:1
**bring** 98:20
**bromadol** 200:19
**brought** 40:13
87:18 99:9 183:4
**bucks** 210:8
**budget** 45:9,17,24
47:25 49:4 114:21
116:12,12,21,22
117:2,6,7
**budgeted** 116:9
**building** 97:17
160:16 162:12,18
**buildings** 23:18
160:16
**bunch** 150:21
165:19 185:7
**bureau** 38:21
**burling** 3:11 11:18
**burn** 104:22
**business** 12:25
162:12 185:19,23
**busts** 146:17
**busy** 35:21

### c

**c** 2:3 3:12 19:1,2
82:25 135:21
240:5
**ca** 240:25
**cabalero** 27:2
**calendar** 126:5
**call** 17:10 18:17
20:5 22:21 28:25
29:11 34:6 37:23
58:7,7 68:13,21
69:16 74:21 75:3
76:17 78:20 79:24
80:24 84:21 96:2
109:6 118:23
128:5 134:10
155:25 190:20

194:9 212:24
215:10,12,18
216:9,14,17,21,24
217:5 240:14
**called** 12:10 21:14
23:21 40:12 69:19
75:14 77:14 83:24
96:13,17 104:24
107:19 109:7
110:21 111:20,24
115:11 124:4
127:13 129:2,14
130:16 135:20
137:25 150:13
200:19 206:2
212:23 232:17
**calling** 77:19
199:21
**calls** 137:24,24
224:18,18
**cameras** 49:9,10
**camp** 20:6
**cancer** 221:13
**captain** 12:24 13:7
19:20,25 20:3
30:22 31:2 32:24
32:25 33:8 36:9
37:2,4 39:15,17,17
42:5,14 43:10
44:11 45:14 46:13
61:14 62:10 68:1
71:23 77:6,14
108:5,17,17
111:16 117:22
150:10,24 164:14
185:3 210:23
218:18 219:10
231:11 233:20
235:22
**captains** 41:24

caption 238:20
car 217:1,1,6
caraballo 16:13
25:14,20 27:3,5
31:21 33:13 62:12
62:21 72:12
card 49:15 127:25
cardinal 3:7 12:1
203:11,15
care 101:24
career 20:18 24:20
32:1 43:23 107:14
107:15 144:24
carfentanil 188:10
188:11,13,22
189:4,14,16,20
194:25
carole 97:23
151:14
carry 48:6 128:20
193:6,9
cartel 195:14
cartels 58:21,25
59:7 195:18,20
case 1:7,10 32:5
52:4,9 56:22,25
59:9 98:7 119:8
119:25 120:15
121:3,6,11,12,16
121:19 122:13
123:5 139:25
143:13 161:1
187:17,17 219:5
240:6 241:3 242:3
cases 120:9 133:9
135:8 198:25
202:1
catch 162:4
catchall 35:11
68:14

categories 169:3
category 55:5,20
167:10
cause 155:4
158:18,19,24
225:21 227:4
238:11
caused 89:8 232:5
causes 148:7
158:17,20,25
causing 147:17
cch 129:2
ccsd 165:4
cell 85:9 89:1,2
cephalon 205:8,9
205:13
certain 26:6 79:8
79:21 81:11 98:18
112:9 121:21
128:17 135:2
202:18 211:7
223:5 224:16
certificate 5:14
238:1 242:11
certification
193:17,19 241:1
242:1
certified 12:13
21:15 128:4 129:8
129:11 240:16
certify 238:8,18
239:1
chain 75:24 79:14
105:14 150:19
185:5,13,16
186:20
chair 97:19
chaired 97:24
chance 151:1
172:1 173:2,9
200:3

change 36:13
153:23,24 154:2
197:11 242:8
243:3
changed 197:3
198:12
changes 40:7
197:6 241:7 242:7
242:9
channel 178:15,20
178:21,25
charge 31:18 34:1
35:19 44:7 59:19
59:20 60:10,13
68:8 75:18 94:4
94:12 109:21,25
110:15,25 115:12
115:19,21 170:10
171:3 172:9,25
216:15
charged 99:11
177:2
charges 29:19
160:20
chart 6:5 60:22
61:1,18 110:20
116:24
charter 104:21
check 85:17 110:8
120:2 135:3
137:10 141:14
checking 95:4
checklist 82:3,9
chief 16:2,4,5,6
39:16 42:4,6,15,17
42:18,20,21,24
45:19 47:14 54:9
54:10 77:2,14
100:5,8,8 108:4,16
chiefs 76:18,24

china 195:6,11
choice 196:11
chris 11:23 231:16
christopher 2:12
chronologically
121:17,20
circulate 172:19
circumstance
141:24
circumstances
91:6
citizens 105:23
city 17:5,6,9,13
77:4 78:6 118:14
216:22
citycenter 3:13
civil 12:12 237:3,7
241:5 242:5
civilians 98:17
clarified 173:20
classes 21:13
classified 30:23
cleveland 1:22 2:8
2:13 11:5 13:2,6
26:12 74:18 75:5
98:12 106:3
118:14,14 129:21
129:25 130:1,7,13
216:23 239:7
240:2
climb 58:20
clinics 177:3
close 25:9 208:17
closure 147:21,25
156:1,22,24 157:3
157:10
clr 1:25
cmmclaughlin
2:14
cocaine 26:18
106:12 107:2,8,14

[cocaine - correct]

201:1
cocktail  82:19
code  187:5
colleagues  219:4
collect  81:16
collected  70:1
  83:21 88:24
  121:15
collecting  138:5
collects  88:16
college  18:1 19:5
column  126:17
combination
  153:17
combinations
  152:20,23 153:8
come  24:13 29:8
  42:25 43:6 45:13
  50:18 68:6 70:22
  89:19 99:10 112:2
  116:5 118:21
  119:1 124:14
  127:4 138:11
  148:18 154:14
  158:10 172:7
  184:7 190:16
  193:21 196:22,23
  202:2
comes  49:2 50:4
  86:16 88:16 94:14
  94:21 95:13
  128:11 132:10
  166:14 167:2
  169:9 178:4 186:1
  187:7 189:10
coming  46:21
  49:18 77:16 78:5
  96:23 138:6 149:7
  162:15 177:18
  188:24 189:5
  195:6,11 197:2,20

211:11
commander  75:9
  75:11 76:3
comment  122:16
  189:18
commenting  186:7
  188:9
comments  122:20
commission
  239:16 241:19
  242:25 243:25
commissioned
  238:8
committed  177:9
committee  111:25
  150:14 151:4,9,12
  151:14
common  123:3
  201:4
communicated
  156:23
communication
  65:22 66:3 182:15
communications
  76:25 111:13
community  6:16
  19:5 118:25
  217:20 218:1
companies  2:16
  53:12
company  104:23
  205:10 206:11,18
compare  130:7
complaint  54:1
  180:15
complaints  26:5,6
  105:22
complete  116:6
completed  238:20
  240:13

completely  197:13
computer  21:15
  52:11,13,20
  123:20
conceal  128:20
concern  234:3
concerned  195:9
concerning  223:14
  224:24
concluded  236:14
concludes  235:23
condition  200:14
conduct  64:7 73:3
  73:7,15 148:11
  149:7 232:4
conducted  37:25
  53:22 167:12
conducting  76:22
  77:16 145:22
confused  109:6,10
confusing  136:25
congratulations
  28:13
connection  52:3
  114:15 123:24
  134:18 135:16
  161:4 214:9
  222:24 223:15
connections
  214:12
connolly  3:7 12:1
consider  85:2
  122:5 145:9 215:8
  225:20 232:19
  236:8
considered  85:1
  85:11 192:25
consistent  224:8
  225:5,14
consolidated
  130:19

constant  66:3
  182:15
constraints  47:25
cont'd  3:1 4:1 8:1
  9:1 10:1
contact  65:20 67:9
  68:6 72:22 142:7
contacting  89:3
contain  52:15
contained  227:23
content  172:10
continued  164:12
continuous  21:8
  21:11
contract  215:12
contribute  174:6
convenient  240:15
conversation  78:2
  157:21,24 158:6,9
  176:2,7,10 224:4
  224:14
conversations
  44:22 47:14 60:6
  76:18,25 174:25
  175:4,18 176:11
  176:14,18,23
  198:17 223:5,13
  224:23
cool  38:22
coordinating
  142:3
coordination
  111:5
copy  123:21
  172:14,17 191:6
corner  26:15
  61:13
corporation  3:2
  3:11 11:19
correct  22:22
  30:24 64:21 71:11

74:10 86:23
132:17 157:16
188:5 208:17
218:24 223:1
225:6,15 227:1
230:10 233:8,10
233:17,19,23
238:16
**correction** 18:6
**corrections** 18:10
18:14 21:22 22:3
242:17
**correctly** 55:11
158:19 166:23
170:18 171:5
225:18
**council** 17:6,10,13
17:15,19
**counsel** 11:6,15
237:1,10 239:2
**count** 74:6,13
**counterfeit** 201:19
**counterpart** 75:5
75:8
**county** 1:9 2:2 6:5
6:8,9,11,15 11:13
11:16 12:24 17:5
17:6,10,14,15,19
19:5 22:4,7 23:18
35:9 40:11 41:25
43:4 53:11 54:6
59:1 60:25 61:11
68:21 69:18 79:7
83:5,11 90:6
94:15 96:17,23
108:20 109:4,7
113:20 116:10
125:25 136:5
145:1,10 148:17
148:21 152:3
153:25 154:5,7,15

155:5 160:16
162:19 164:3,15
168:18,24 171:10
171:23 179:21
186:12 187:20
194:19 195:5,15
195:22 196:5,16
197:2,9,15 198:4
198:15 199:10
201:2 203:8,16,25
204:7,15,22 205:5
205:14,22 206:7
206:23 207:6,14
207:23 208:5,13
208:22 209:5,12
209:19,25 210:11
211:1,4,5,20 212:4
212:12 213:20
215:2 217:18
218:1 226:10,20
228:5,12 229:24
230:2 231:18,22
231:25 232:6
238:4 241:10
242:15
**couple** 14:1 29:24
32:19 37:3 43:8
58:9 60:14 62:6
63:10 65:16 96:25
97:17 98:13 100:6
109:23 111:17
118:16 136:8
166:2 176:21
194:12 215:24
**course** 21:4,8,17
57:16 164:22
185:18,23
**courses** 20:19 21:6
21:18
**court** 1:1 5:16
13:9,18 14:4,10

16:15 108:20
109:3,4,7,10,14,19
110:1,13,19,24
111:1,6,7,15,19
241:7
**courthouse** 70:24
**courtroom** 99:11
**courtrooms**
109:24,25
**courts** 22:19 32:19
34:7 109:22
110:15,18 181:11
181:12,12
**cousins** 213:18
230:8,13,17,25
**cov.com** 3:15,15
**cover** 103:14
**covered** 71:2
**covington** 3:11
11:18
**craving** 155:21
156:14,16 198:19
211:12
**create** 143:25
**created** 66:6
143:20 211:9
218:21
**creates** 130:9
**creative** 202:4,8
**credit** 49:14
**crime** 83:24 84:1,6
84:25 85:1 86:7
107:20 120:16
121:25 127:6
128:24 137:8,17
137:19 138:10
142:14 178:4
**criminal** 129:2
**cris** 135:21 136:22
**crisis** 53:12,15
54:23

**crucial** 85:8
**current** 19:18
**currently** 30:12
37:4 67:13 105:4
110:11 189:19
233:21
**curtail** 38:4
147:12
**custody** 5:16
**cut** 21:3
**cuyah** 6:7,12,14
61:13 150:6,22
164:17 168:25
171:13,25 184:23
185:8 218:14
**cuyahoga** 1:9 2:2
6:5,8,9,11,15
11:12,16 12:23
19:5 22:7 41:25
59:1 60:25 61:11
79:7 83:5,11 90:6
96:17,23 108:20
113:20 135:21
136:5 145:1,10
148:17,20 153:25
154:5,6 155:5
162:19 164:3,15
168:18,23 171:10
171:23 179:21
180:1 186:12
194:19 195:5,15
197:2,9,15 198:15
199:9 201:2 203:8
203:16,25 204:7
204:15,22 205:5
205:14,22 206:7
206:23 207:6,14
207:23 208:5,13
208:22 209:5,12
209:19,25 210:11
211:1,4,5,20 212:4

212:12 213:20
215:1 217:18,25
226:10,20 228:5
228:12 229:24
230:1 238:4
**cuyahogacounty...**
51:9
**cvs** 208:1,2,3
231:25 232:4
**cyclopropylfent...**
200:23

| d |
|---|

**d** 65:11
**d.c.** 3:9,14 31:7
**daily** 29:8 45:12
46:18 50:2 65:19
69:24
**dan** 1:8
**data** 127:15 128:5
131:8,16 136:19
169:8 201:10
**database** 56:19
57:6,10 66:7,9,13
75:1 83:23 84:3
86:7 121:25 122:1
122:6 127:22
129:22 130:16,24
131:3,13 134:1
137:3,9 140:1,5,18
141:10,14 142:25
143:6,16,25
144:10,15
**databases** 84:5
122:2 127:7
136:18
**date** 11:2 44:1
61:12 80:12
122:13 134:3
181:17 237:11
240:8 241:3,9,19
242:3,13,25

**243:**20,25
**dated** 6:11 171:11
**dates** 107:16
176:12
**daughter** 156:3
157:15 214:15,19
230:11
**daughters** 230:10
**dawn** 192:16,17
192:20
**day** 2:11 11:24
20:22 22:12 46:22
46:22 49:23,23
58:15,15,16 95:22
103:7 120:13
139:4 203:22
239:7 241:16
242:22 243:22
**days** 85:11 240:19
**dea** 20:21 21:4,17
57:12,22 58:1,4
59:6,11,16 60:4,10
60:12 64:18 65:9
98:14 105:4,5
132:3,16,24
161:15 178:10
180:17,20,20
181:14,19,21
182:4,9,24 183:4
184:8 195:17
197:22 198:10
**dea's** 58:12
**dead** 156:4 190:8
**deadly** 152:19,22
216:24
**deal** 13:25 66:22
73:14 105:17
**dealer** 89:14
**dealers** 26:14
211:13,17

**dealing** 35:17 59:7
86:10
**deals** 132:1 137:22
138:13
**dealt** 23:17 26:17
56:5 143:18
213:13
**dear** 240:10
**death** 216:21,22
**deaths** 192:17
**deceased** 53:19
80:19 91:11
**decedent** 86:2
149:12
**decedent's** 122:13
**december** 83:19
**decided** 95:18
**deconflict** 140:7
**deconflicting**
74:21,25 142:12
142:15
**deconfliction** 66:7
140:5
**decreasing** 153:13
**deed** 241:14
242:20
**deemed** 240:21
**defendants** 11:22
**definition** 54:25
**delegated** 46:23
49:22 62:20
**delivery** 237:9,11
**dent** 144:1
**department** 6:5,8
6:10,11 12:24
16:18 18:4 21:2,9
22:7,8 24:15
25:21 27:10,21
29:7 33:1,5 37:5
41:25 43:3,5,19,22
44:14 45:8,23

46:1,7,9 47:6
51:14,18 53:18
57:3,5,8 58:5,8,10
59:11 60:21 61:1
61:11,19,22 62:4
62:10 63:21 65:23
66:12 68:14,24
70:18 71:5 73:1
73:14,20 74:15,17
74:18 75:6 76:10
77:7,21 78:5 79:4
79:11 80:9 83:16
89:22 90:9 91:3
92:3,9 93:10,15,21
94:24 95:15,20
96:20,23 100:1,17
101:13,15 102:3
103:21 106:4
107:23 108:2,13
110:12 112:4,6,14
112:16 113:3,20
113:21 114:7,13
114:21 115:4
116:3,7,13,20,22
117:6 118:1,6,17
118:17,19 122:3
122:22 123:4,8
125:4,25 126:4
127:18 129:6,7,16
130:1,6,12,23
131:8,12,17,22,25
134:13 135:6,15
136:13,15 137:3
137:12,18 138:5
138:13,14 139:20
142:16 143:24
144:9,21 159:25
160:21,23 161:3,9
162:11 164:4,16
164:20 168:19,24
170:9 171:11,24

172:16,20 174:10
174:19 177:13,20
179:10,16 180:2
180:10,10 181:7
181:22 182:23
183:9,17 184:2,10
186:3 188:2 189:3
189:13,21 191:11
192:5,8,25 193:6
193:11,12,20,25
194:6,7 195:19
201:17,18 202:10
202:11,14 212:22
213:3 214:19
215:2 216:14
217:11 225:2,11
226:3 228:18
240:24
**department's** 45:8
116:4
**departments** 83:9
143:22 216:12
**depending** 96:1
120:18
**depends** 22:11
88:24 95:11 178:2
**depict** 62:4
**deposed** 12:13
**deposit** 115:10,10
**deposition** 1:13
13:15 14:22 15:22
54:14 60:24 150:4
164:2 168:17
171:9 184:21
217:17 219:11
235:24 236:14
238:19 240:8,11
241:1,3 242:1,3
**deputies** 29:12
34:15 57:25 69:23
110:4,12,17 128:3

129:8 142:22
**deputy** 16:4,5,6
18:8 19:17,21,24
23:14,24 25:17,24
25:25 27:23 30:3
39:4,7,7 42:3,4,6
42:17,18,25 64:18
64:22,25 67:2,4,7
67:15,15,19 96:10
108:12,16 109:23
141:6 167:24
168:3 181:4,6
197:16 214:14
**describe** 20:16
45:11 46:12 59:18
69:12 109:18
150:16
**describing** 80:17
187:24
**description** 6:3
55:10 61:21
**designed** 201:23
**destroy** 70:3 105:7
**destroyed** 104:19
**detected** 152:18
**detection** 63:16
**detective** 14:5
38:16,18,21,22,25
39:5 58:2 64:22
74:7 81:4 84:11
86:25 87:14 88:4
105:12 122:23,25
138:19 140:25
144:16 145:14
146:8 166:11,12
168:5 169:11
170:17 180:21,22
181:2,4
**detectives** 29:16
40:10 44:24 47:4
48:14,17,22 64:9

66:5 73:25 74:9
75:2 76:19 77:19
78:7,24 79:20,23
80:4 81:7,13 82:4
82:14 84:9,18,20
84:23 87:16,24
88:2 90:10 95:21
95:23,25 119:13
121:10 122:14
123:14,15 127:11
140:6 141:11
143:15 153:11
155:12,23 175:21
180:21 186:23
187:15 188:2
192:7 199:15
212:24 213:5
215:10 223:8
**determination**
221:21 222:2
**developed** 215:6
**devices** 49:12
**devlin** 115:21
**dgerome** 51:9
**diagnosis** 233:3
**die** 213:22
**died** 158:9 213:16
**different** 38:19
39:8 75:13 95:23
96:14 119:25
121:3 146:16
148:2 152:2,6
174:9 196:22
210:24
**difficult** 195:23
196:5,16
**direct** 62:22
133:12 170:20
**directed** 177:23
178:5

**directly** 63:2 76:3
215:3
**director** 71:3,4,6,9
**disagree** 195:21
195:25 196:9,19
**disciplinary** 16:20
**discipline** 16:22
**discuss** 45:19
75:20 236:9
**discussed** 77:7
99:7 103:22 104:3
107:25 151:16
177:17 178:9
**discussing** 97:1
224:19
**discussion** 69:2
**discussions** 60:4
98:22 99:20
214:16
**dispatch** 128:6
**dispatchers**
129:10
**dispensary** 71:7
**disposal** 104:24
**dispose** 105:3
**distribute** 193:8
193:18 202:6
**distributed** 198:22
**distributing**
177:15
**distribution**
185:10 189:14,20
192:23
**distributor** 91:21
184:11
**distributors** 94:6
**district** 1:1,2
**diversion** 159:21
**dividing** 118:5
**division** 1:3 21:2
23:17 24:7,8,20

25:1,2,18 26:1
27:24 28:6,9,23
29:10,23 31:13,19
32:18,18,19,21
33:10 34:18,19
35:2 37:8,12,14,18
37:20 38:2,22
39:3,12,13 40:3,6
40:20,24 43:14
44:3,4 46:14 47:1
47:9,11 48:5,14,23
49:25 50:13 63:19
66:17,23 72:2,7,9
73:23 74:1,5,9
81:5 105:13
109:22 111:3,7,9
116:17 117:3,5,9
117:24 119:10
123:9 124:18
133:3 134:17
138:10 144:17
145:15,17 147:10
148:8 154:18
168:10 170:20
171:3 181:11,12
182:1,3,11 202:23
213:5
**divisions** 34:7
116:25 128:1
**doctor** 91:16
132:21 152:14
161:5,10 177:8
199:12 200:5,13
220:17 221:11
225:6,15 226:1,3,9
229:23
**doctor's** 160:3
224:8
**doctors** 178:18
212:1,6,9 220:13
225:21

**document** 1:8
61:10,17 73:6
82:8 164:15
171:23 217:25
218:3,18,20
**documentation**
124:20
**documented** 82:22
**documents** 15:8
15:10,14,16 52:4,9
52:15,25 73:13
123:25 235:25
236:2,5
**dogs** 63:10
**doing** 26:22 28:14
38:6 40:21,24
45:24 49:25 50:7
50:14 58:14,16
59:21,22,25 61:6,8
65:18 67:6,17
68:23 72:9 84:19
85:17 123:5 130:8
135:17 142:19,21
143:9,23 175:21
181:9 194:16
226:1
**domestic** 135:8
**don** 32:24
**donald** 1:13 5:7
12:10,15,19
164:12 219:8
231:9 238:9 240:8
241:4,9 242:4,13
243:20
**donna** 46:2 113:15
113:16,16
**door** 29:13
**dose** 141:4
**double** 141:14
218:6

**doug** 58:2 180:22
180:23
**downtown** 26:11
26:11
**dozen** 25:8,9 34:22
**dr** 177:2 186:7,10
186:11 188:9
189:23 201:15
**drive** 123:20,22,24
**driver's** 127:24
128:12 134:5
**driving** 128:11,13
134:6,7
**drop** 40:12 41:9
69:8,13,17,19,20
69:24 70:13
104:11,13 122:7
200:1 215:7
**dropped** 70:4
**drug** 3:2 13:25
26:6,14 38:4
41:13,15 44:14,15
44:20 49:13 55:2
55:23 58:21,25
59:7 62:25 63:15
64:4,19,20 68:6
77:17 79:10,15
85:10,25 89:14
92:5,6,11 99:16
105:9,23 106:6
108:20 109:3,4,7,9
109:14,19 110:1
110:13 111:15,19
114:6,15 122:8,9
126:19 128:24
135:17,17 144:25
145:3,9 146:16
147:24 149:17
155:20 190:10,12
195:14,20 211:13
211:17 212:21

219:25 227:1
228:8 234:14
235:1
**drugs** 26:16 41:16
55:4 56:6 79:18
81:25 85:4 93:4
106:6,8 126:19
146:20 148:2
149:9 155:19
156:16 157:10,19
196:22,23 197:2,5
197:7,7 211:17,18
**dual** 170:22
**due** 156:4
**duly** 12:12 238:7
238:10
**duplicating** 65:24
**duplicative** 219:18
228:23
**duty** 84:22 95:21
**dying** 80:22

**e**

**e** 6:6,13 12:20,20
15:18 50:19,22,25
51:7,22 75:13,23
75:24 76:2,7,17
79:14 94:25 95:1
95:4,17 115:13
133:19 137:23
138:21 150:5,18
150:19,23 152:8
152:16 170:2,3
174:9 184:22
185:5,12,16,17,22
186:4,20 188:8
191:20,21,23
192:1,14
**earlier** 73:24 93:4
131:3 134:9
150:12 151:23
178:9 187:24

222:23 231:15
early  14:20
easier  118:7,8
east  118:21
eastern  1:3
edelman  67:1,20
effect  227:18
effective  48:23
effects  227:11
efforts  65:25
   142:4 144:22
either  41:22 50:17
   64:1 70:23 76:4
   76:16 77:3 99:11
   105:22 108:12
   118:3 122:16
   135:20 145:17
   152:5 161:22
   182:12 214:9
   218:11 239:2
elaborate  158:3
electronic  21:14
   83:3
electronically
   137:20
elm  121:10,12
elyria  104:25
employees  73:19
encompassed  63:6
   64:15 167:10
encountered  59:3
   201:19
endo  2:15,15
   11:22 208:25
   209:1,4 219:15
ends  80:22 86:18
enforcement  14:6
   14:11,19 18:22
   19:13 20:4,13
   35:12 38:4 44:15
   56:21 64:23 68:19

70:21 76:9 85:17
   102:9,11,14,17,23
   103:25 104:1,6
   106:17 107:16
   115:11 117:5
   127:14,14,25
   129:15 133:18
   135:6 139:9
   140:14 141:18
   144:24
enjoy  37:19
enter  140:9,11,11
   140:12 160:15
entered  121:22
   143:6 242:9
entering  64:8
   70:24
enterprise  136:19
enters  38:11
entire  116:22
   241:5 242:5
entities  210:24
entitled  61:11
   164:15 171:18,23
   217:25
eopata  134:10
eopota  21:14
epidemic  97:3
   143:19 154:16
   155:5,9 156:9,11
   171:19 173:3
   203:8
equal  35:23
equipment  17:16
   45:19 46:16
   112:22,23 115:24
   216:3,3
errata  240:19
   242:7,10,18 243:1
erroneous  173:13
   173:15

errors  174:1,4
especially  149:19
esq  2:3,6,7,12,17
   3:3,8,12,12,18 4:3
et  1:10
ethel  28:21
euclid  17:24
eugene  43:17
evaluate  222:8,13
event  76:5 239:3
events  15:11 98:9
   98:10
everybody  123:8
everyday  37:24
   107:20
evidence  35:15
   69:15,16 70:2
   81:16 85:7,11
   88:17 91:9 115:12
   115:22 122:17
   170:21 173:1
exact  14:9 25:4
   27:17 28:24 37:3
   41:5 44:1 46:6
   53:5 56:10 80:12
   83:10 91:5 181:16
   213:23 224:14
exactly  70:6 86:12
   89:19 149:15
examination  5:7
   12:11,15 164:12
   219:8 231:9
examiner  41:23
   75:25 79:12,12
   86:15 88:16,18
   94:15,18 119:24
   186:11,14,16
   187:17 191:7,8,11
   191:12 201:7,12
examiner's  89:18
   122:18 127:3

152:13 191:17
examiners  187:8
example  22:2
   50:16 55:16 132:5
   135:7
examples  49:6
exciting  37:25
excluding  93:6
exclusively  215:3
   215:22
excuse  17:15
   203:2
executed  29:21
   242:10
execution  241:14
   242:19
executive  154:15
exhausted  96:12
exhibit  5:16 6:5,6
   6:8,9,11,13,15
   60:25 110:20
   150:5,18 164:3,14
   168:18,23 171:10
   173:10 184:22
   185:5 217:18,24
   218:11
exhibits  5:4 6:1
exist  124:16
existence  137:10
expand  24:20
expect  190:19
expected  103:13
expenditure  215:9
   217:8
expenditures
   45:18 112:17
   215:1,20 216:7
experience  190:12
experiences  230:6
expert  144:9,11,12

**expertise** 232:25
  233:3
**expiration** 241:19
  242:25 243:25
**expired** 190:9
**expires** 239:16
**explain** 140:15
**explained** 77:18
  224:5
**explaining** 186:1
**explorer** 140:1
**expressly** 240:13
**extent** 200:11

**f**

**face** 72:18,18
  75:15
**facilities** 23:20
**facility** 22:10,15
  22:24
**facing** 53:13,15
  145:1
**fact** 90:3 201:21
**fair** 109:11 154:4
  230:24 231:2
**fall** 63:5 180:12
**falling** 72:7
**falls** 62:9 65:7
  69:9,14
**familiar** 91:5
  96:13,16 105:1
  107:18 129:20
  130:15,20 133:21
  134:21,23 135:22
  136:2,5,16,20
  139:8,15,25
  159:23 161:5,16
  172:4 190:20
  191:5 201:25
  203:11,13,19,22
  204:25 205:8,11
  205:17,24 206:11

206:14 207:1
  208:8,10,18
  218:18 225:24
**families** 147:20
  148:13 223:6,9,25
  224:23
**family** 53:23 81:19
  85:18 120:5,6
  149:20 156:18,23
  156:25 157:12,17
  157:22 158:6,7,12
  160:12 175:1
  213:8,12,15,17
**far** 32:10 44:17
  65:6 77:15,19
  104:16 107:13
  112:12 126:6
  136:2 154:14
  158:10 194:15
  195:9,19
**fatal** 80:24 140:22
  141:4 214:15,16
  230:12
**fatalities** 192:1
**fatality** 80:16
**fbi** 195:17 198:10
**fda** 55:12 201:22
  220:10 227:22
**federal** 12:11
  97:17 114:10
  197:22 198:10
  209:22,23
**feed** 135:10
**feeds** 144:4
**feel** 33:25 86:10
**feldman** 177:2
**felt** 110:4
**female** 190:6
**fentanyl** 55:6 90:5
  90:15,16,19,22,23
  107:6 148:9,25

152:20,23 153:8
  153:17 155:20
  156:16 159:11,12
  159:15 188:15
  194:18,21 195:4
  195:11 198:25
  201:1 211:3 216:6
  222:25 223:16
  225:22
**ferraro** 1:20
**festival** 68:16
**fgallucci** 2:9
**field** 84:18 122:20
  126:18 145:24
  167:11
**fighting** 171:19
  173:3
**figure** 30:21 115:3
  118:4 123:12
  125:21 132:18
  138:15 143:8
  189:4 202:11,13
**file** 29:18 84:10
  88:1 120:15 124:3
**filling** 62:18
**financial** 117:11
**find** 81:24 91:3
  119:19 156:15
  185:9 189:8
**finding** 89:13
**fine** 19:4
**finish** 101:15
  176:5
**finished** 96:5
  158:1
**firm** 219:12
**first** 12:12 14:3,15
  21:9 25:1 28:20
  32:17 79:3 80:8
  97:11 103:8
  119:23 128:10

143:2,14 144:23
  150:23 152:8
  173:20 189:23
  192:23 193:1
  218:9,12 220:11
  229:6 232:11,16
  234:20 238:10
**firsthand** 113:24
  174:23 195:8
  199:14
**fiscal** 45:22,23
  46:1,7 113:15
  117:4
**five** 117:14 175:13
  175:14
**fleming** 4:3
**flights** 116:1
**flip** 33:20
**floor** 190:9
**flopped** 33:20
**flows** 105:14
**focus** 40:7 148:7
  164:23
**focused** 21:18
  39:22 106:7
  171:17
**focusing** 62:8
  141:15
**folders** 84:10
  127:11
**folks** 34:8 47:10
  49:24 50:13 66:16
  73:23 74:6 84:7
  92:9 112:3 118:6
  119:14,19 134:16
  135:14 141:13
  149:10 175:24
  182:8 195:5
**follow** 80:6 119:20
  120:7 133:14
  175:20 186:9

230:15
**followed** 78:18
214:11
**following** 87:6
165:21 166:22
178:18 195:21
**follows** 12:14
**food** 219:25
**football** 64:2
**force** 16:21 31:7
57:11,21 59:7,11
59:25 63:15 64:20
64:24 65:5,23
66:6 67:6 68:3
74:10,12 92:25
96:7,17 97:4,12,20
98:23 99:21 100:3
100:9,18 105:9,16
106:2,7 112:8,18
112:19 118:22
132:3,15 142:19
142:20 148:5
152:3 161:15
170:18 178:10
180:16,17 181:14
182:9 183:4
216:16,22,24
**force's** 183:5
**forces** 58:7 64:13
64:16 65:7 96:7
96:11 112:6,13
113:5 144:17
199:18
**foregoing** 238:15
238:20 241:13
242:18
**forfeiture** 113:6
115:10,22
**forfeitures** 114:20
115:1,6,13

**forgeries** 180:2
**forget** 15:4
**forging** 160:8
**forgive** 214:23,24
**form** 14:17 17:8
21:20,25 23:25
24:24 25:6 26:24
32:4 34:23 35:20
36:2 38:10 39:24
41:8,18 43:1 44:6
44:16,21 48:1,7,25
50:8 51:2 52:5,17
55:15 56:3 59:2
64:5 66:2 69:1,17
70:10,20 73:9,17
82:7,19 90:18,23
93:18 103:16,23
107:11 108:8
111:11 112:20
113:8,23 114:17
114:22 116:15,23
121:18 124:19,20
130:25 131:9,18
131:24 132:7
135:13 139:6
141:17 142:5,24
145:2,11,19
146:12,18 147:5
148:19 149:1,5
152:24 153:1,9,18
154:1 155:6,11
157:6 158:15,22
159:2,8 160:5,13
162:2,21 173:14
174:7 175:6,11
176:19 177:16,24
179:22 180:3
182:13 183:7
188:14,25 189:6
191:14 194:20
195:7,24 196:7,18

196:21 197:4,10
199:13 200:16
201:24 202:7
203:9,17 204:1,8
204:16,23 205:6
205:15 206:8,24
207:7,15,24 208:6
208:14,23 209:6
209:13,20 210:1,4
210:12 211:6,21
212:5,13 215:5
217:14 220:1,5,15
220:22 221:17,23
222:5,10,16,21
223:18,23 224:12
225:16,23 226:12
226:22 227:2,7,13
227:20 228:2,16
229:4,13,20 230:3
232:7
**format** 50:3
137:17
**forms** 196:22
**forthcoming** 236:2
**forward** 146:24,25
192:7
**forwarded** 174:13
178:9
**found** 84:7 85:3,16
120:3 161:1 190:8
190:8,24
**four** 185:11
214:22
**fox** 178:23,24
**frame** 22:14 40:16
181:25
**frank** 2:6 11:11
15:2
**frankly** 219:19
**free** 61:9 194:4
241:14 242:20

**frequency** 153:13
200:11
**frequent** 201:5
**frequently** 95:4
**friend** 31:6 214:14
**friend's** 230:10,11
**friends** 81:19
160:12 213:8,12
**front** 17:9,13,18
**full** 12:18 216:5
**functions** 138:15
**fund** 115:11,16,23
116:4
**funding** 48:6
112:4 114:7,11
**funds** 113:3
**further** 97:8
159:18 235:5,20
236:9 238:18
239:1
**future** 78:5

**g**

**g** 12:20 75:13,13
76:3 133:19
**gain** 81:17 141:20
**gallucci** 2:6,6
11:11,11,12,15
**game** 31:8
**games** 64:2
**gary** 75:9 98:12
**gates** 118:25
**gateway** 133:19
134:14 136:4
**gc** 31:7
**geared** 49:4
**gears** 101:10
**geez** 77:1
**gender** 79:16
**general** 21:13
78:18 154:15
170:15 226:24

**general's** 193:15
217:9
**generally** 78:21
**generated** 121:19
**generic** 101:6
**george** 16:2 42:4
54:9
**gerome** 1:13 5:7
12:10,15,19 13:7
44:12 60:24 61:10
61:14 71:23
117:22 150:4,18
164:2,12,14
168:17,23 171:7,9
171:21,22 184:21
185:4,4 210:23
217:17,24 218:18
219:8,10 231:9,11
235:23 238:9
240:8 241:4,9
242:4,13 243:20
**getting** 16:24
65:25 90:12,16
95:17 100:10
147:17 148:20
188:22 195:5
197:8 200:4
211:17
**gilson** 185:6 186:7
186:10,11 188:9
201:15
**gilson's** 189:23
**gingell** 75:9,11,13
98:12
**gioitta** 58:1 180:22
180:25
**give** 13:13 28:20
34:9,12 36:4 49:6
50:5 79:15 98:8
103:18 107:16
122:12 128:8

132:4 133:14
134:5,6 137:24
147:25 170:23
218:5 221:5 237:1
237:10
**given** 58:9 120:18
122:18 124:11
182:10 238:12,17
**giving** 98:5 120:19
168:12 212:18
**glean** 86:5
**glory** 146:3
**gloves** 216:4
**go** 17:25 24:21
28:8,14 29:13
33:3,17 35:8
37:17 38:8 64:9
69:23,25 71:23
75:19 81:7 82:1
82:12 86:11 88:2
89:15 95:6 101:17
110:8 111:18
114:20 118:8
119:19 121:16
123:20,21 124:9
125:12 135:4
136:7 143:7
147:18 159:17
160:14 161:24
165:16 167:13
173:7 181:24
184:18 189:25
194:23 210:8
214:23 216:4
**goal** 38:5
**goes** 60:8 81:5
86:25 87:23 95:10
100:2,11 148:10
148:14 172:10
186:23 190:10
194:22 198:7

**going** 31:11 37:17
41:7 46:19 47:15
49:13 50:17 60:21
67:2 72:1,1,16,21
77:25 78:7 79:1
79:22 86:13 100:9
103:18 105:6,23
130:2 142:7
146:25 150:16
151:2 156:15
158:2 162:13,14
171:6 177:10
181:24 219:17
**good** 11:17 12:17
16:11 59:25 111:2
117:13 125:15
183:3
**gotten** 47:16
177:20
**government**
197:22 209:22,23
210:3
**graduated** 19:10
**grant** 114:3
**grants** 112:12
113:19 114:5
217:11
**gray** 3:17 12:5
**great** 71:13 171:6
174:16 182:24
210:16
**grew** 17:24
**group** 110:20
152:6 223:21
**groups** 116:20
216:13
**guarantees** 219:21
**guess** 24:20 25:1
31:25 34:2 35:16
37:23 38:23 46:7
46:11 47:21 48:3

64:6,8 68:7,13
74:22 76:16 78:17
84:18 85:12 87:22
92:5 95:3 97:3
103:17 104:12
105:13 117:25
121:7 140:17
144:23 145:21
146:2,15 147:22
147:25 149:9
175:13,22 185:18
185:25 186:7,20
188:1 190:22
191:16 198:3
216:7 232:17
**gun** 112:22
**guy** 90:5,11 91:3
92:6
**guys** 11:8 33:19
35:8 46:16 61:8
68:22,23 69:15
75:22 76:2 84:21
95:3 130:2 143:25
147:19 148:12
182:20 183:2,19
216:8

---

**h**

**h** 65:11 133:19
**h.d.** 207:9,9,13
**hand** 148:10,11,15
148:15 167:23
193:10 194:22,22
194:23,24 239:6
**handed** 173:9
**handful** 13:21
175:10,12
**handle** 77:25 78:8
118:2,15
**handles** 118:19
188:6

**handling** 75:21 119:11
**hands** 200:4
**hanging** 89:6
**happen** 121:13 137:15 140:16 142:2
**happened** 80:23 81:3 84:21 85:25 86:16 142:11 160:21,22 161:2 162:17 187:22
**happening** 194:17
**happens** 87:22,23 88:8,23 89:10 140:19
**happy** 60:1
**hard** 118:10
**harm** 232:5
**hate** 155:17
**hawkins** 3:8 11:25 11:25
**hayden** 3:18 12:4
**hayden.miller** 3:20
**he'll** 138:21
**head** 34:10 39:12 45:23,25 46:7,9 97:19 113:15
**heading** 151:14 165:4
**heads** 96:23 107:23 143:24
**health** 2:15 3:7 12:1 193:22,24 203:12,15 209:8 209:11
**hear** 95:5,5 136:12 194:14 197:25
**heard** 75:14 111:23 127:13

133:15 137:6 139:14 159:20 161:17,18,22 162:5,6 177:1 183:21,22,24 192:16 195:6 200:18,20,25 204:3 205:10 206:1,3,15 207:9 207:20 208:2 210:5 220:17 221:10
**hearing** 54:14
**hearings** 16:18,20
**heavily** 58:22
**heights** 13:5 77:3 77:12 78:6,14 118:18,25 119:7 126:2
**held** 19:24
**help** 58:9 60:8 68:17 74:24 119:24 149:17 182:16,16 198:11
**helped** 15:11
**helpful** 111:9 131:22 156:7
**helping** 60:6 76:5 79:23 212:18
**helps** 55:2 60:22 112:11 120:25 177:7
**henschel** 4:7
**hereinafter** 12:13
**hereunto** 239:5
**heroin** 41:19 55:6 55:16,17 86:19,21 86:25 87:3 90:5 90:12,13 99:12 107:4,8 111:24 122:8 124:5,6,9,13

143:17 148:6,7,9 148:14,16,17,18 150:13 151:4,8,8 152:19,22 153:7 153:17 155:20 156:10,16 157:15 158:20 159:1,3 166:19,24 167:14 167:19 169:12,14 186:25 190:22,23 194:23 195:22 196:4,15 197:15 197:19 198:4,13 198:22,25 202:15 211:3 222:25 223:16 225:21
**heroine** 186:24 187:16
**hey** 143:24 154:16 182:24
**hidta** 64:19 65:9 65:10 66:6 67:8 75:2 139:23 140:1 140:18 141:8,9,10 141:14 142:1,17 143:11 144:4,10
**high** 47:22 64:20 105:9 197:23
**higher** 19:21
**hipaa** 221:6
**hire** 44:1
**hired** 18:5
**hires** 174:17
**hirko** 45:5 67:13 67:14,16,23 92:22 92:23 182:7 192:9 192:10
**history** 85:25 86:12 129:3,4 134:7 235:1

**hit** 140:18
**hold** 72:23 120:5,6 157:25
**home** 64:8 216:9
**homeland** 63:17 65:1 66:25 67:20
**hometown** 68:16
**homicide** 80:2,3 85:2
**honest** 36:7 161:20
**hopefully** 144:1,20 208:16
**hospital** 33:5
**hotel** 105:18,21,22 105:24
**hours** 15:7 215:9
**house** 160:3
**hugh** 150:20 152:9 191:15
**human** 216:16 217:4
**hundred** 34:14 158:23
**hundreds** 25:5,7
**hunt** 185:10
**hurts** 60:22
**hydrocodone** 55:7

### i

**idea** 53:9 125:15 182:24
**ideas** 182:22
**identification** 61:3 127:24 150:8 164:6 168:21 171:14 184:25 217:22
**identified** 111:1
**identifier** 134:3
**identifies** 126:19

**identify** 11:6
  220:25 226:6,8,18
  226:23 227:11,18
  229:22
**identifying** 119:22
**iii** 2:6
**illegal** 55:13,23
  106:18 145:22
  149:9 156:16
  199:24 211:8,23
**illicit** 55:23 90:16
  196:22 224:11
**imagine** 114:2
**immediate** 25:12
  45:4 68:9 92:17
**impact** 35:10 68:5
  68:8,12,25
**important** 54:3
  91:9 119:23
**importation** 198:4
**improper** 200:14
  229:25
**improperly**
  179:20
**inaccurate** 229:2
  229:11
**incident** 134:20
**incidents** 44:15
**include** 55:6,11
  86:12 93:3,5
  106:14 115:13
  126:2 190:13,14
**included** 32:18
  86:6 150:23 166:8
  199:2
**including** 45:2
  55:5 74:6 83:8
  128:13 134:8
  155:9 156:9,10
**inclusion** 165:13

**incomprehensible**
  40:1
**inconsistent**
  229:18
**incorporated**
  242:12
**incorrect** 69:9
**incorrectly** 226:14
**increasing** 153:13
**index** 5:1,4,5 6:1
  7:1 8:1 9:1 10:1
**individual** 81:25
  128:8 138:13
**individuals** 99:6
  99:10
**influence** 14:2
**info** 125:7 128:7
  132:14
**informant** 49:13
  120:20
**information** 52:16
  56:23 78:23 81:20
  83:14 86:4,5
  88:25 89:1,4,8,16
  89:17 100:17,19
  117:11 120:14,18
  121:15,23 122:2
  122:11,24 123:18
  126:25 127:8,20
  127:23 128:11,16
  128:17,24 129:12
  131:21 133:23,25
  134:5,8,11 135:3
  135:22 139:9
  140:10,13 141:2
  141:19,23 142:3,8
  142:15,17 143:11
  143:19,21 144:1
  149:19 161:14
  165:12,14 166:14
  167:2,6,25 168:8

172:11 187:2
  189:9 192:5,13
  195:4 198:8
**initial** 64:7 180:15
  186:20 193:23
  230:17
**initially** 230:25
**injury** 149:8
**inmates** 18:16,18
  22:21,24 23:18
**input** 100:10,14
  122:4,16
**inputted** 123:18
  126:25
**inquire** 149:16
**inquiry** 128:9
**insert** 226:25
  227:10 228:7
  229:19
**inserts** 227:17,24
**inside** 71:7 105:24
  174:20
**inspector** 166:13
**inspector's** 168:5
**instance** 226:19
  228:3,9,10 229:15
**instances** 190:25
  194:12 226:9
**instructed** 143:15
**instruction** 237:2
  237:10
**insys** 204:10,11,13
**intelligence** 81:18
**intended** 96:5
  167:10
**intending** 132:22
**intensity** 64:20
  105:9
**interact** 74:17
  76:10

**interactions** 59:15
  178:12 179:6,10
  179:16
**interdiction**
  105:20 165:5
  198:6
**interdictions**
  105:17,18,21
**interest** 212:16
**interested** 239:3
**internet** 183:11,16
**interpret** 153:3
**interrogation**
  87:17
**interview** 24:22
  81:17 85:13,18,20
  87:2,17 89:5
  119:13,15,18
  120:12
**interviewing**
  85:22 120:3,8
**interviews** 53:22
  86:5 88:21 119:17
  119:20 149:6
  167:9,11,12
**introduced** 83:18
  219:10 231:15
**introductions** 98:6
**inventory** 104:13
  104:14
**investigate** 29:15
  71:1 105:25 119:1
  133:5 183:12
  198:1,3,24 211:24
  225:19
**investigated** 77:11
  86:22 91:8 93:21
  94:1,5,9 153:11
  159:25 160:1
  162:12 169:20
  226:1,3 228:19

235:1
**investigates** 53:18
**investigating**
44:20 56:22,25
66:8 79:6 81:23
87:14 93:24 124:8
135:16 142:10,20
142:22 149:10
160:7,24 183:20
183:20 189:3
195:19,20 199:16
225:3,12 228:22
**investigation**
20:21 27:19 73:3
73:8,16 76:22
77:16 81:21 88:9
89:11 93:16 94:14
114:6 119:21
121:1,2 132:1
135:2 141:21
143:17 149:18
156:1 180:7
184:11,14 189:8
**investigations**
37:24 38:9 40:15
49:23 58:24 65:2
74:16 75:7 76:11
77:4,8,25 86:11
89:12,14,23 90:2
113:7 114:16
118:15 122:3,8,10
125:13 127:9
131:23 132:12
135:18 141:16
143:10 145:15
147:1,1 148:12
160:19 162:16
180:1,5,11 182:25
184:3 189:19
195:9 215:4,23
216:22,23 217:13

234:2,4,4
**investigative**
121:8 140:6
**investigator**
199:15 233:21,25
234:6,10,23
**investigators**
123:15
**invited** 100:4
118:1
**involved** 25:3 32:6
58:22 79:17 97:24
111:14 133:2
140:22 146:7
177:21 184:3,10
189:16 191:25
192:21 234:1
**involvement** 21:23
23:3,22 31:15
32:2 40:14 68:1
69:6,11 70:19
105:8 109:13,18
183:18
**involving** 180:5
198:25
**issued** 51:14,20
**issues** 21:24 35:18
35:19 62:25 63:22
64:4 68:2 69:6
70:19,22 153:7,7
179:12

| j |
| --- |

**jackson** 27:8,9
31:23
**jail** 22:4 23:19,20
71:6,8,10 114:4
174:20,21
**james** 3:3
**jamie** 138:19
**janssen** 206:15,16
206:21

**january** 83:19,19
**jeoeta** 181:3
**jingles** 75:14
**job** 16:24,25 50:23
51:3,11 59:25
110:4 139:1
145:25 180:25
198:2
**jobs** 35:25
**john** 3:12 11:18
58:1 180:22,25
**johnson** 206:10,10
206:21,21
**join** 18:3
**joined** 24:25
**jones** 2:11 11:24
**jonesday.com**
2:14
**jopek** 58:2 180:22
180:23
**journey** 214:17
**jpetkun** 3:6
**judge** 1:8 110:9
**judges** 98:13 99:9
109:22 110:6
**judgment** 157:7
**jump** 166:18
**jumped** 96:6
**jurisdiction** 78:1
142:11 187:25
**jurisdictions**
76:22 79:22
117:25 118:5
**jzipp** 3:15

| k |
| --- |

**k9** 63:7,8,9,10,13
68:4 166:11,12
167:3,7 168:4
**k9s** 63:16 64:24
**kaleal** 46:2,3
113:16 117:11

**kaye** 2:16 11:21
219:13
**keep** 72:22 78:1
92:3,8 122:6
125:2,3 126:24
127:11 191:17
**keeping** 124:20
125:15 135:1
138:6 202:21
**keeps** 56:19 92:15
117:8 135:5 138:8
**keith** 60:11 98:15
**kelley** 1:20
**kept** 84:9 102:16
138:12 194:5,11
194:15
**kids** 155:22
**kind** 26:16 33:20
35:11 38:13 58:16
60:5 68:20 70:4
80:1 87:15 92:10
107:13 109:5,10
110:8,9 118:21
127:20 128:7
133:23 135:1,25
136:22,24 140:4
142:7 143:10,23
145:23 161:13
183:25 197:23
**kinds** 70:9,11
**kit** 194:7,8,9
**knew** 26:7 27:4
150:12
**knock** 29:13
**know** 17:10 21:7
22:2,3,20,23 23:2
23:21 25:19 26:8
27:1,5,12,16 28:25
30:8 32:8,9 33:6
33:23 34:20 35:12
35:22 38:7 40:19

41:2,5,21,21,23
43:24 44:1 45:12
46:6,8,17,20 47:20
48:8,8,9,20 49:3
49:17 50:20 52:2
52:6,12,19,21 53:6
55:8,22 57:2,4,5
57:12 58:14,15
59:4,21 60:5,7,15
63:23 65:15,17,18
65:20 67:5,21
70:5,14,15,24
72:23 73:19 75:2
75:20 77:15 78:20
78:24 79:4,24
80:12 81:20 83:2
85:11,23 86:1,2,12
86:14 87:15,16,18
87:20 88:15,17
89:5,16,21,24,25
90:13,21,23 91:20
91:22,23 93:13,19
93:20 94:20 95:8
95:17 96:1 97:8
98:2,9,17 99:16
100:16,20 101:21
103:14 105:19
106:5,8 107:25
108:6,10 109:3
110:1,16 111:13
112:3,9 113:2,11
113:14 114:4,24
115:14,15 116:2
116:22 117:2
118:23 120:3,4,7,8
120:9,13,19,20
121:8,11,12 122:5
123:23 124:2,3
125:11,11,18
126:6,14,16 127:3
127:10 129:19,24

130:3,22 131:1,15
132:20 135:19,19
136:3,11,12,25
137:9,11 139:4,7
139:18,19,21
141:3,20 142:22
143:12 144:3,6,11
145:5,5,8,12,20,22
145:25 146:9,16
147:7,25 148:18
148:23,23 149:2
149:21,25 150:1
151:1,15 152:4,9
152:14,15 153:22
154:19 155:23
156:2,3 157:7,11
159:3 160:2,20,21
161:3,8,20,21
162:22,23 164:25
167:1,5,9,20 169:7
169:8,23 170:6,19
170:21 171:17
172:1,19,21,21,22
173:15 174:5,11
174:12,21,23
175:7,7,20 177:12
178:17,20 179:9
179:13,15,18
181:11,13,16,18
181:20,22 182:21
182:23 184:1
185:17 186:15
187:7,12,15,18,19
188:4,10,15,21,23
188:24 189:10,12
189:22 191:3
192:12,12 193:23
193:25 194:12,13
194:21,22 196:8
196:10,23,25
197:24 200:10

201:4,18,20,22
202:18 203:3,3,10
203:18 204:2,9,10
204:13,17,24
205:7,16,23 206:9
206:13,25 207:8
207:16,25 208:7
208:15,24,25
209:7,14,21 210:2
210:13 212:14,16
212:18,20,20,23
213:23 214:7,8
217:10 218:11,21
220:2,3,8,12,12,13
220:16 221:14,18
222:6,17,22
223:12 224:15
225:9,19 227:21
228:17 230:17,19
230:21,22,23,25
231:3

**knowledge** 85:19
113:24 114:1
160:1 195:8 199:9
199:14 201:10
226:2 231:21,24

**knowledgeable**
202:19

**knows** 138:17

**kozub** 68:9

**kurt** 4:7

---

**l**

**l** 1:25 75:13,13
133:19 168:4
238:6 239:13

**l.p.** 1:10

**label** 150:22
164:17 171:25
226:25 227:5,9,16
228:7 229:18

**labeled** 61:13

**labels** 227:24

**labs** 152:19

**lack** 47:24 115:4

**lacking** 48:23

**ladder** 58:20

**lakeside** 2:12

**lakewood** 118:16

**language** 227:23

**large** 118:16
195:23 196:5,16
223:4

**larger** 168:10

**lasted** 72:25

**lately** 80:18
115:17

**latest** 49:1,18

**law** 13:10 14:5,11
14:19 18:22 19:12
20:4,13 56:20
64:23 70:21 76:8
85:16 102:9,10,14
102:16,23 103:25
104:1,6 106:17
107:15 115:11
117:5 127:14,14
127:25 129:15
133:18 135:6
139:9 140:14
141:18 144:24
219:12

**lawful** 12:10

**laws** 221:6

**lawsuit** 53:7 54:6
54:11

**lawyers** 54:6

**lead** 88:4 106:1
115:6 122:25
123:15 144:14
234:10,23

**leads** 106:4 127:14
  127:21,22 128:8
  128:23,23 129:7,8
  129:10,11 133:16
  133:17 134:1
  136:4 137:16
  157:17 189:10
**learn** 111:8
**learned** 31:9
**leave** 22:14 62:15
  62:16 88:22 236:4
**lecture** 57:19
**led** 91:6
**left** 88:15
**legal** 240:1 243:1
**legislative** 17:5
**legislature** 17:7
**lerms** 129:16,20
  130:6
**lethal** 147:24
**letter** 236:7
  240:20
**level** 26:8 47:18
  58:19 197:23,25
  211:7
**levels** 47:8
**lewis** 4:3
**lexington** 2:3
**liberal** 161:24
**license** 127:24
  128:12,14,20
  134:6 201:23
**lieutenant** 16:13
  20:2 27:7,9 28:18
  28:19 31:4,23
  32:11,16,23 33:13
  33:16 34:17 35:2
  35:16 36:14 39:9
  39:11,23 40:5,25
  42:12,13 43:11,17
  43:18,21 44:2,5

45:3 46:10,19
  48:12,13,18 50:1
  50:14 60:17 62:12
  62:13,14,21,21
  63:5 64:12 65:14
  66:23 69:3,9,10
  70:16 71:24 72:12
  80:12 97:7 104:7
  104:9 109:21
  119:9 124:17
  146:24 154:18,22
  155:1 168:15
  169:6 171:2
  176:15 186:17
  234:21
**lieutenants** 102:14
  147:15
**life** 87:4
**limit** 112:9
**limited** 78:23
  167:3
**limits** 162:19
**line** 118:5 166:19
  242:7 243:3
**lines** 150:24
  185:11
**link** 91:11 143:18
**linked** 83:24 84:2
  198:18
**links** 84:1
**list** 6:15 50:6
  79:13 96:12 119:8
  166:10 185:10
  186:4 217:19
  218:1
**listed** 109:1 242:7
  242:17
**listing** 109:1 242:7
**litigation** 1:6 11:4
  53:2 124:1 219:14
  231:19 240:6

241:3 242:3
**little** 31:9 48:2
  49:14,15 69:19
  73:24 86:2 98:16
  101:10,11 118:22
  126:7 133:25
  135:3 140:15
  144:19 158:3
  159:17 173:22
  174:24 216:7
**live** 13:4,5 57:19
  83:20 213:19
**lives** 194:13
**living** 29:14,15,17
**liza** 4:3
**liza.fleming** 4:5
**llp** 1:20 2:16 3:3
  3:11 4:3 11:18
**local** 76:8 77:20
  79:10 139:9
**locally** 178:23
**locals** 80:1
**locate** 141:3
**located** 69:21
  104:25
**location** 79:16
  121:23 240:15
**log** 130:3,6 138:8
**logan** 3:4
**lonergan** 2:17 5:9
  11:20,20 219:9,12
  221:2 231:4,7
**long** 15:6 19:6
  22:9,10 25:19
  27:23 28:22 29:22
  43:18,21 46:3
  57:15,16 59:9,10
  59:12 60:12 65:13
  65:15 66:21 72:18
  72:24 80:8 83:13
  83:13 97:4 102:6

111:14 176:17
  181:13 186:13
  225:7 234:7
**longer** 43:25 71:11
  104:23 156:13
**look** 35:8 38:8
  56:21,22 61:23
  66:9 82:6 84:24
  85:6 101:11
  127:23 128:2
  130:1 134:1
  142:18,20 150:10
  150:17 151:2
  167:22 171:16
  173:9 185:3 191:2
  201:23 202:12
  227:5 236:8
**looked** 52:12,22
  162:9 169:4 170:4
  187:22
**looking** 26:13 52:8
  57:14 66:7,10
  91:9 93:5 110:6
  110:19 139:11
  166:3 187:1
**looks** 69:18 141:25
  169:13,13 201:20
**lorain** 104:25
**lost** 164:23
**lot** 47:6 75:9 83:25
  86:18 88:25 95:16
  136:18 150:17,18
  155:14,21 198:16
  198:21,24 214:17
  219:20
**lots** 139:4
**lou** 181:4,5
**loved** 156:4 158:9
**lower** 185:16
**lump** 223:21

**lunch** 159:18
163:1 174:25
**luncheon** 163:5

**m**

**m** 2:12 12:20
168:4
**madam** 240:10
**magnitude** 114:25
**mail** 6:6,13 50:19
50:22,25 51:7,22
75:24 76:2,17
79:14 94:25 95:1
95:17 115:13
137:23 138:21
150:5,19,23 152:8
152:16 170:3
184:22 185:5,12
185:16,17,22
186:4,20 188:8
191:20,21,23
192:1,14
**mailbox** 69:19
**mailed** 170:2
**mails** 15:18 75:23
76:7 95:4 150:18
174:9
**main** 1:21 26:20
81:24 84:3 115:24
118:13
**maintains** 122:21
123:13
**majority** 83:11
124:12
**making** 46:15
59:22,24 65:24
95:15 110:21
147:3 192:14
**mallinckrodt** 3:16
12:5 208:16,18,21
**management**
82:21,23 105:22

126:23 129:15
**managing** 44:24
**mandate** 35:24
**manner** 16:19
225:4,13
**manpower** 34:5
182:17,19
**manual** 73:5
**manually** 128:4
**manuals** 73:2
**manufactured**
201:22
**manufacturer**
184:15 228:20
229:10,17
**manufacturer's**
229:1
**manufacturers**
94:9 219:15
**maps** 142:13
**march** 28:1
**marcus** 71:11
**marijuana** 24:4
26:17 32:7 106:10
106:25 107:8,13
**mark** 66:20 171:7
**marked** 6:3 61:2
150:7 164:5
168:20 171:13
184:24 217:21
**market** 4:4 211:9
**marketing** 229:25
**marking** 104:16
**mart** 209:8,11
**martin** 60:11
98:15
**material** 104:19
**matter** 11:3 90:3
144:8 170:6
226:24 240:12

**matters** 13:23
**mayfield** 13:5
118:24,24
**mckesson** 3:11
11:19 207:1,2,5
**mclaughlin** 2:12
5:10 11:23,23
231:10,16 235:5
**md** 1:7
**mdl** 1:6
**mean** 43:2 48:15
53:14,16 58:3
70:6,21 72:21
93:6 95:5 99:8,15
105:20 111:7
119:22,25 127:2
132:4 139:3
149:14 153:10
161:19 175:9
182:14 196:12
197:21 201:20
212:14 221:5
224:17
**meaning** 78:4
**means** 53:17
224:11
**meant** 173:8
**meder** 65:12 67:15
**media** 154:14
162:8 194:14
195:10
**medical** 23:19
41:23 53:11 62:15
62:16 71:3,4,6,7
75:25 79:11,12
86:15 88:16,18
89:18 94:15,18
114:3 119:24
122:18 127:3
132:22 152:13
177:3 178:12,16

178:17 179:2,2,17
186:11,14,16
187:8,16 191:7,8
191:11,12,17
200:13 201:6,11
220:9,9 221:16
222:9 232:15,19
**medically** 220:4
226:11,21
**medication** 22:25
23:1 156:14
158:11 161:25
201:21 212:19
214:18 222:14
224:20,21 225:25
**medications** 23:6
26:23 55:12,13,21
94:10 99:5,22
103:22 104:2
106:15,21 132:21
149:4 158:14,21
162:15 174:22
177:15,22 183:11
199:6 211:12
**medicine** 23:9
**meet** 15:1 151:18
151:19
**meeting** 15:6
54:13 72:24 96:24
97:19 98:11 99:2
100:9,11 101:7,8
101:24 102:11,12
102:12 103:15,20
104:2 108:9
**meetings** 96:21
97:12,13 98:2,23
99:21 100:3 101:4
101:13,14 102:1,8
102:10,17,24
103:2,19 104:1,6
108:14 111:18

151:20,25 195:16
199:19
**member** 16:21
18:21 31:1 132:15
149:20 156:23,25
158:6,7,12
**members** 53:23
64:11 81:19 85:19
112:5 120:5,6
125:25 156:19,20
157:12,17,22
175:1 213:8,13,15
213:17 214:13
**memories** 151:3
**memory** 151:7
**men** 95:18
**mentioned** 51:10
64:17,24 75:1
117:22 118:18
119:6 124:6 140:4
155:13 157:20
166:11,12 199:2
200:6
**mentioning**
195:10
**messages** 51:11,23
**met** 14:25
**metro** 33:5
**mexican** 195:14
**mich** 36:9
**michalosky** 32:24
32:25 36:10 37:2
39:18 42:6,14
150:24
**midwest** 243:1
**miguel** 16:13
25:13 31:20
**mike** 27:7 168:3
**mileage** 215:9
**mill** 104:22 161:17
162:6

**miller** 3:18 12:4,4
**mills** 118:25
**millsap** 28:19,21
**mind** 93:3 190:16
212:16
**mine** 95:12 214:14
**mini** 118:22
**minute** 61:24
117:14 150:10
171:16 185:2
193:16
**minutes** 57:18,18
101:3,4,5,11,12,13
101:19 102:14,16
159:19 176:21
235:12
**misleading** 173:16
173:17,22 229:2
229:11
**missing** 119:3
216:10
**mission** 38:1,2
40:3 48:6,24
68:11 81:14
105:15
**mixtures** 200:25
**mobile** 128:5
**moment** 47:19
62:14
**moments** 230:5
**money** 27:20 49:4
113:4 114:14
115:4,6 116:4
211:15
**monitor** 183:11
**monitored** 69:22
**monteleone** 45:5
170:6,7,8 172:23
**month** 96:25
102:2,5 103:2,9

**monthly** 172:7
**months** 19:8 32:20
96:25
**morgan** 4:3
**morganlewis.com**
4:5
**morning** 11:17
12:17
**morphine** 55:7
**motel** 105:21,24
**moved** 18:17 28:9
28:25 42:19 44:9
44:10 181:17
**moving** 146:23
**multiple** 81:9
**municipal** 22:18
**municipalities**
79:8 118:10

## n

**n** 75:13
**n.w.** 3:8
**naloxone** 192:18
193:7,13
**name** 12:18,19
15:4 20:10 28:19
28:20 38:22 61:8
62:9 77:5 82:23
97:22 122:13
124:3,11,14 134:3
140:11,12,18,21
143:4 151:15
152:7 160:18
164:24 165:8
167:24 185:9,11
220:25 221:5,8
231:16 240:6
241:3,4,15 242:3,4
242:21
**named** 238:9
**names** 55:8 62:7
83:10 89:6 120:21

122:14 137:25
175:19,23
**naming** 118:11
**napkin** 82:19
**napoli** 2:2 11:10
**napolilaw.com** 2:5
**narcan** 192:23
193:19,21 194:1,7
232:18
**narcotic** 20:21
21:1,23 26:14
27:24 73:3 147:11
170:20 213:5
**narcotics** 21:19
23:23 24:1,7,8,25
25:2,25 26:7 28:6
31:15,19 32:2,6,20
33:10 34:4,18
35:2,4,18 37:8,12
37:14,18,20 38:2
38:21 39:3,11,13
39:22 40:3,20,24
43:14 44:3 46:14
47:1,9,11 48:5,13
48:23 49:24 55:13
58:17,19 62:24
63:7,7,8,9,10,13
63:19,22 65:2,7
66:4,16 68:2,4
69:6 70:19,22
72:1,7,8 73:7,15
73:23 74:1,5,16
75:7 76:11,13
81:5 84:7 92:25
93:2,6,11,17,22
96:7 105:13
107:12 108:7
111:3,6,9 113:22
116:14,17 117:23
122:3 123:9
124:17 131:23

133:3 134:17
137:13 138:17
144:16,22 145:14
147:10 148:7
154:18 168:10
169:20 170:12
171:3 172:24
178:6 180:13,14
181:16 182:1,3
197:16,24 202:4,6
202:23 215:3,4,22
215:22 217:12,12
234:3,5,6
**narrator** 57:20
**national** 1:6 11:3
240:6 241:3 242:3
**native** 218:15
**necessary** 226:11
226:21
**need** 46:17,17 60:7
68:20 74:22,23
82:5,6 112:23
138:16 154:20
218:24
**needed** 52:8 81:11
**needle** 190:14
**needs** 45:14 79:6
222:9
**neglect** 36:6
**negotiated** 215:15
**neighborhood**
34:21 107:20
**neighbors** 81:18
120:3
**neither** 55:19
**nelson** 38:17
**network** 139:10
**networks** 195:23
196:6,17 197:1
**never** 57:1 63:25
93:24 100:12,19

142:25 183:24
206:1,3 214:11
215:8,12 225:25
234:13
**new** 2:4,4,18,18
3:19,19 38:11
49:7,18 119:7
126:24 137:17,25
174:17,17 202:17
202:20,24
**news** 179:1
**newsletter** 6:11
171:11,24 172:5
172:15 174:6
**nicotine** 149:22
**nighttime** 95:24
**noletf** 64:22 66:19
**non** 80:24 214:16
230:12
**noramco** 205:17
205:18,21
**normal** 60:6 80:3
112:23
**normally** 100:2
191:1
**north** 2:12
**northeast** 64:23
83:6
**northern** 1:2
**notary** 238:6
239:13 240:25
241:10,18 242:15
242:23 243:23
**note** 171:21
**notes** 130:7 175:17
**notification** 120:6
**notify** 79:11
**november** 1:15
11:2 239:7 240:4
**nowadays** 128:20

**number** 6:3,7,12
6:14 25:4 73:23
74:5 92:4,9 121:3
121:6,12 122:13
134:4 146:19
150:6 164:25
167:15,16,19
168:25 169:19
171:12 175:7
184:23 187:5,17
187:17 201:12
218:3,13 240:7
**numbers** 61:6
121:19 165:19
185:8 242:7
**numerous** 59:20
**nurse** 23:7
**nursing** 71:9
**nuts** 95:10
**nw** 3:13

**o**

**o** 12:20 36:25
133:19 168:4
190:3
**oarrs** 56:7,11,13
56:17 57:3,6,10
131:3,8,12,16,21
**oath** 13:8,8
**object** 38:10
**objection** 7:3,3,4,4
7:5,5,6,6,7,7,8,8,9
7:9,10,10,11,11,12
7:12,13,13,14,14
7:15,15,16,16,17
7:17,18,18,19,19
7:20,20,21,21,22
7:22,23,23,24,24
7:25 8:3,3,4,4,5,5
8:6,6,7,7,8,8,9,9
8:10,10,11,11,12
8:12,13,13,14,14

8:15,15,16,16,17
8:17,18,18,19,19
8:20,20,21,21,22
8:22,23,23,24,24
8:25 9:3,3,4,4,5,5
9:6,6,7,7,8,8,9,9
9:10,10,11,11,12
9:12,13,13,14,14
9:15,15,16,16,17
9:17,18,18,19,19
9:20,20,21,21,22
9:22,23,23,24,24
9:25 10:3,3,4,4,5,5
10:6,6,7,7,8,8,9,9
10:10,10,11,11,12
10:12,13,13,14,14
10:15,15,16,16,17
10:17,18,18,19,19
10:20,20,21 14:17
17:8 21:20,25
23:25 25:6 26:24
32:4 34:23 35:20
36:2 39:24 41:8
41:18 43:1 44:6
44:16,21 48:1,7,25
50:8 51:2 52:5,17
55:15 56:3 59:2
64:5 66:2 69:1,7
70:10,20 73:9,17
82:7 90:18 93:18
103:16,23 107:11
108:8 111:11
112:20 113:8,23
114:17,22 116:15
116:23 121:18
130:25 131:9,18
131:24 132:7
135:13 139:6
141:17 142:5,24
145:2,4,11,19
146:12,18,21

147:5 148:19,22
149:1,5 152:24
153:1,9,15,18
154:1 155:6,11
157:6 158:15,22
159:2,8 160:5,13
162:2,21 173:14
174:7 175:6,11
176:19 177:16,24
179:22 180:3
182:13 183:7
188:25 189:6
191:14 194:20
195:7,24 196:7,18
197:4,10 199:13
200:16 201:24
202:7 203:9,17
204:1,8,16,23
205:6,15 206:8,24
207:7,15,24 208:6
208:14,23 209:6
209:13,20 210:1,4
210:12 211:6,21
212:5,13 215:5
217:14 220:1,5,15
220:22 221:17,23
222:5,10,16,21
223:18,23 224:12
225:16,23 226:12
226:22 227:2,7,13
227:20 228:2,16
229:4,13,20 230:3
232:7
**objections** 5:5 7:1
8:1 9:1 10:1
**objective** 81:24
**obligation** 52:25
82:13
**observed** 82:16
**obtain** 89:7 113:5
199:5,24 202:5

**obtained** 88:25
199:11 224:10
**obviously** 19:9
85:15 89:18 110:1
**occasionally** 67:16
**occurred** 29:3
107:17
**occurring** 142:14
**october** 61:12,23
239:16
**offender** 29:1,6
**offender's** 29:13
**offenders** 29:8,9
29:12 110:8
**offense** 92:6
106:20,24
**offenses** 13:25
23:23,23 44:20
92:5,10 114:6
**offer** 20:19 60:8
**offered** 149:19
**offers** 21:13
**offhand** 34:20
89:25 175:8
215:25
**office** 45:13 50:4
50:18,19 52:13
63:15 94:22 97:22
140:17 141:7,8
151:18 152:13
155:25 160:3
168:6 187:20
191:18 217:9
232:10 235:3
239:6 240:14
**officer** 14:12 18:6
18:10 19:13 20:9
20:14 21:22 22:3
38:14,15 57:11,21
59:19 87:23
112:23 132:3

133:14 167:3,7
180:16,17
**officers** 34:18 59:6
64:18 74:10,12
112:8 134:12
145:24 198:5
**offices** 58:12
**official** 20:10
82:10 86:15
241:15 242:21
**officially** 111:20
**oh** 14:8 92:20
172:2
**ohio** 1:2,22 2:8,13
11:5 13:2 18:7
20:9 29:10 30:18
56:14,14 64:23
83:6 88:18 127:24
128:1 131:4
133:18 134:20
135:8 139:9
178:12 179:2,6,11
210:3,9 238:2,7
239:7,14 240:2
**ohleg** 133:19,24
134:14
**oibrs** 134:22
135:11,15
**okay** 12:7 15:3,6
16:5,10 17:12
19:6,18 22:23
24:6 25:10,23
26:21 27:16 28:22
29:5,25 30:11,13
30:20,25 31:3,18
31:25 32:14 33:6
33:14,23 34:25
36:19 37:1,17
39:17 41:24 42:2
42:5,14 43:6
45:16 46:11 48:4

48:9,21 50:5,12,25
51:6,17,22 52:2
53:4 54:10,15
55:20,25 56:13,16
57:9 59:5 61:20
62:1,8,24 63:4
65:21 66:24 67:5
67:11,14,24 68:11
69:5 70:17 71:3,9
71:13 72:5 73:10
73:22 74:15 76:15
78:9,17 80:20
81:8 82:18 84:5
84:17 88:8,23
90:11,15 91:19,23
92:8,20 93:9,20
95:3,18 97:8,18
101:25 102:6
104:5 106:1,5
107:18 108:1,19
109:9 110:11,25
111:14,18 112:25
113:2,11,18 114:1
114:10,13,24
116:2,9,11 119:12
121:24 123:19,23
125:6,10 126:5
129:5,14,19
131:11 133:1,7,11
133:15 136:18,23
137:11 138:16,23
139:3,8,16 142:9
144:8,19 145:7
146:23 147:9
149:3 150:2,15,25
151:6,11,22
152:14 153:12
154:4,4,10 158:25
159:24 162:5
165:2,8,16 166:5
166:17 167:1,8,13

[okay - overdoses]

167:18 169:5,12
169:18,23 170:1
170:11 171:4,6,20
172:2,3,9,19
173:12 174:16,21
175:15,17 177:7
177:19 178:7,11
179:5 180:9,17
182:8 183:2
185:15,20 186:8
186:13,19 187:9
187:23 188:7
189:17 190:23
193:5 194:10
195:12 199:17
200:18 201:4,15
203:23 205:3,12
208:8 213:7 214:3
214:8 217:4
218:12,21 219:3
219:16 221:10
234:25
**old** 190:4
**olleisn** 139:13
**once** 96:24,25
102:2,5 103:2
191:16 234:18
**ones** 35:6 71:1
77:10 80:18 95:19
95:25 97:16,23
111:2 118:13,16
119:4 120:10
**ongoing** 180:4,6,7
**online** 20:19 21:13
56:5,7,9 134:10
**op** 1:10
**opba** 30:17 31:1
**open** 189:7 211:14
236:4
**openings** 24:16

**operate** 46:18
**operating** 14:1
72:9
**operation** 46:23
50:15 96:3
**operations** 47:7
111:10 112:19
115:5 116:5 168:9
195:14
**operator** 138:15
**opiate** 1:6 11:4
96:17 97:3 98:23
99:21 100:2,2
140:1 148:5,10
152:3 240:6 241:3
242:3
**opioid** 22:25 53:12
53:14 54:23,24
56:2 87:4 111:24
150:13 151:4,8
154:8 155:5,9
156:9 160:11
161:25 174:22
183:11 199:10,11
200:12 203:8,16
203:25 204:7,14
204:22 205:5,14
205:21 206:6,22
207:5,13,23 208:4
208:12,22 209:5
209:12,19,24
210:10,25 211:5
211:19 212:3,12
220:18 221:12,22
222:4 224:2,7,10
224:24 225:4,13
226:10,19 227:6
227:12 228:4,11
228:14,20,25
229:10,17,23

**opioids** 17:20 55:5
55:21 56:1 98:24
155:15 159:22
160:2 162:1 177:3
178:19 179:12,17
179:20,20 183:16
183:23 184:5,12
184:16 190:24
198:19,20 199:3,5
199:21 200:2
212:2,11 213:9,14
219:23 220:4,9,14
221:16 222:19,25
223:10,11,15,17
224:3 225:21
226:4 227:10,17
227:19,25 229:3
229:12 230:7,14
230:18,18,21
231:1 232:5
**opposed** 35:18
47:25 90:17 95:8
202:15
**optional** 193:10
**order** 130:19
183:22
**ordering** 183:15
**orders** 45:12,13
174:22 184:4,12
184:16 224:8
**ordinarily** 63:5
**ordinary** 46:20
85:24 152:18
185:18,23
**org** 60:22 110:19
116:24
**organization**
61:18,21
**organizational** 6:5
61:1

**organized** 60:21
62:4
**original** 173:24
**originally** 17:23
18:5 23:16
**outset** 219:11
**outside** 58:6 70:17
76:2 172:20
**outstanding**
128:19
**overall** 117:7
**overdose** 40:15
41:13 76:19 77:17
78:6,11,19 79:5,5
79:10,15 80:16,21
80:22 84:12,15
86:19,21,25 89:23
90:2 91:8,12
93:10 117:24
118:7 121:9,10,13
122:8,10 124:8,9
124:10 125:4,17
127:8 141:16
142:11 143:18
148:6 149:11
153:7,16 175:1
186:25 187:1,16
188:6 201:11
214:6,19 230:9,14
234:14 235:2
**overdosed** 78:15
78:21 87:3 93:11
93:16 126:20
156:25 201:13
214:15 230:16,22
**overdoses** 40:8,10
40:15,17 41:3,11
41:12,17,19 44:25
53:18 75:21 76:20
85:4 99:13 124:5
124:6,7,13 125:18

[overdoses - personally]                                          Page 27

125:23,24 126:2
140:23 142:13
143:16 147:16,17
147:19 155:13
166:19,24 167:14
169:12,14,20
173:16,19 191:13
212:25 213:16
215:11 216:5
223:1 230:13
**overdosing** 148:17
153:25 188:18
**overprescribing**
178:18
**oversaw** 28:10
29:10 35:7,10
**oversee** 32:20
43:14 105:13
**overseeing** 32:17
35:14 37:7,16
39:19 46:15 48:13
63:1
**oversees** 71:7 75:9
**oversight** 75:6
**overtime** 112:7
**ovis** 14:1
**oxycodone** 55:7
**oxycontin** 202:16

**p**

**p.m.** 236:14
**package** 165:5
202:5 226:25
227:10,17,24
228:7 229:19
**page** 61:10 164:23
164:23 165:4,5,12
169:1,2,8 170:5
171:18 185:25
187:2 190:2
217:24 218:9,13
242:7 243:3

**paid** 112:8 194:2,4
**pain** 55:3 188:17
**pair** 38:12
**paper** 50:6 73:6
102:22
**papers** 90:4
**par** 2:15,16 11:22
219:15
**paraphernalia**
85:10 190:10,13
190:17
**parents** 43:2
155:24,24
**parma** 77:3,6,7,11
78:6,14 118:17,17
119:6 126:2 186:3
187:22
**part** 18:25 41:4
75:24 85:12 86:6
96:21 110:13
113:9 123:11
156:11 176:20
197:24 223:4
229:6 231:18
232:9 242:9
**participate** 97:25
108:2
**participated** 98:1
100:22 104:8
**participating**
112:18
**particular** 41:15
55:8 113:12
121:16 146:7
214:14
**particularly**
145:16 146:9,10
147:3,4 198:6
**parties** 219:5
**parts** 155:8

**party** 239:2
**pass** 219:3 230:11
**passed** 230:8
**passing** 133:9
**patch** 90:24
**patience** 231:12
**patient** 212:17
220:18,21 221:21
222:3,15,19 224:6
225:3,12 228:15
**patient's** 212:15
222:9
**patients** 212:10
220:14 229:3
**patrol** 23:17 24:19
26:6,10 28:9,23
31:12 32:18 33:18
34:1,3,5
**patrolman's** 30:19
**pay** 112:14 146:4
194:1 215:12,18
216:19
**pays** 115:25
**peace** 20:9,14
**pellegrino** 1:25
238:6 239:13
**pending** 132:12
**pennsylvania** 3:5
4:4
**people** 22:9 25:2
35:9 59:14,24
69:20 70:25 74:5
79:13 85:4,18,21
91:3 95:16 111:1
111:7 112:18
119:15,15 120:10
137:24 143:9,9
146:19 148:16
150:21 153:24
155:16,18 159:4
159:12,15 160:8

160:15 161:24
162:13,14 182:11
185:7 188:18
198:14,19 199:4
199:20,24 200:1
201:12 211:2,11
223:11 224:2
230:21
**people's** 56:20
84:2
**percent** 158:23
**percentage** 35:17
**percentages**
200:10,17
**period** 42:9
**person** 29:17
38:11 39:21 78:14
79:16 80:21 85:16
85:20 86:13 87:3
89:3,8,13 91:13
93:11 94:20 97:12
97:13 100:1 123:4
126:19 130:10
138:14 142:8,23
143:5 147:24
157:9 160:25
180:20 183:4
190:19 201:9
217:5 221:1,12
224:9
**person's** 129:3
143:4 221:5,8
**personal** 51:14,17
51:20 214:12
230:6,6 231:21,24
**personally** 44:11
76:12 105:10
106:19 145:17
153:6 156:18
200:10 232:3
234:13 235:1

[personally - prescription]

241:11 242:15

**personnel** 34:6
47:15,25 193:13

**pertain** 191:13

**pertains** 62:24

**peters** 108:17

**petkun** 3:3

**pglawyer.com** 2:9
2:10

**pharma** 1:10
204:3,6,25 205:1,4

**pharmaceutical**
2:16 206:18
219:14 229:16

**pharmaceuticals**
2:15,15 4:2 23:12
204:18,21 208:25
209:4,15,18

**pharmacies** 23:12
94:2 161:23
179:19

**pharmacist**
174:18,18

**pharmacy** 91:19
160:4 174:22
179:7,11 184:4

**philadelphia** 3:5
4:4

**phone** 12:3 51:14
51:15,20,20,23
52:8 76:17 77:24
85:9 89:1 91:10
91:10 95:9,12
137:23 156:21
224:17,18 235:9
235:10,11 240:3

**phones** 51:16,25
52:3 89:2 95:4

**phonetic** 27:2

**photograph** 81:16

**photographs**
88:14

**phrase** 183:22

**physically** 58:11

**physician** 221:19
222:1,7,12 226:19
228:4,6,11,13
229:12

**physicians** 93:22
93:25 229:3

**pick** 69:23

**pickup** 40:12
69:17

**picture** 128:13

**piece** 73:6 85:8
91:9 174:6

**pieces** 50:6 102:22

**pill** 40:12 69:17
90:24 160:10
161:17 162:6
190:18,18 212:20
215:7

**pills** 40:8 53:20
69:20,23,25 70:4,5
104:16 143:17
148:10 160:17
167:14 194:23
195:22 196:4,15
201:19 212:20

**pinkney** 36:17
42:16,20,24

**pinpoint** 196:24

**place** 97:5,7
154:19,25 160:19
161:24 238:19

**places** 72:13

**plaintiff** 11:10,12
11:16

**plan** 6:15 111:25
150:13 151:4,9
217:19 218:1

**plastic** 85:8

**please** 11:6 12:17
20:12,16 36:10
45:11 59:18
150:17 158:4
171:16 176:6
184:19 187:14
212:7 213:10
220:6 221:24
225:8 229:5
240:14

**plevin** 2:6 11:12
11:15

**pllc** 2:2

**point** 2:12 31:16
72:3 147:7 162:20
232:3

**pole** 49:10,11,11

**police** 18:7,24,25
20:7 33:5 69:22
74:18 75:5 77:7
79:11 83:9 98:12
106:3 118:16,17
118:19 120:2
121:8 129:22,25
130:1,7 186:3

**policies** 44:14

**policy** 20:8 44:13
193:9

**polster** 1:8

**pop** 121:21 128:18
128:19,20

**populate** 134:5

**porter** 2:16 11:21
219:13

**position** 16:23
24:17 29:25 30:23
42:19 185:16
221:20 222:2,8,13

**possible** 79:15
149:24 189:9

227:18

**post** 63:14 220:19

**postal** 166:13
168:5

**posting** 24:16

**potential** 79:5
85:14

**powder** 90:25 91:1
206:12

**practice** 133:2

**practices** 228:19

**pre** 22:16,17

**predated** 154:25

**prefer** 240:16

**preferred** 124:21

**preparation** 15:23

**prepare** 14:21

**prepares** 101:22

**preparing** 15:22

**prescribe** 220:13
229:3

**prescribed** 221:1
221:11 224:7,20
224:20 225:5,14
226:19 228:4,11
229:23

**prescribes** 229:12

**prescribing**
199:23 220:18
222:14 225:20,25
226:4 228:7,14
230:1

**prescription** 1:6
11:4 22:25 26:23
40:8 55:13,18,21
56:6,15 58:24
69:20 70:8 87:4
90:17,19 93:4,11
93:17,22 94:10
98:24 99:4,22
103:21 104:2

106:14,21 149:4
154:7,8 155:15,19
156:14 157:18
158:10,13,21
159:21 160:2,11
160:11,17 161:25
162:15 174:22
177:15,22 178:19
180:2 183:15,23
190:24 196:23
198:18 199:2,5,10
199:12,21 200:2
200:12,13 201:21
211:11 212:2,10
213:9,14 214:18
219:23 220:3,8,14
220:18 221:12,16
221:22 222:4,18
222:25 223:11,15
223:16 224:2,3,7
224:10,24 225:4
225:13 226:4,9,21
227:1,5,10,12,17
227:19,24 228:4
228:11,20 229:23
230:7,14,18,20
231:1 240:6 241:3
242:3
**prescriptions**
56:20 70:9,11
99:12 132:2,6,9,14
160:8 199:7,24
212:2,10
**presence** 88:20
238:14
**present** 4:7 12:7
15:3 52:22 85:19
**presentation**
193:17
**preserve** 52:25

**president** 154:15
**presumably** 39:18
43:2
**pretty** 30:9 35:21
101:6 168:3 185:9
**prevalent** 41:17
201:8
**preview** 150:11
**previously** 225:1
225:10 228:6
**primary** 68:11
**principal** 63:12
100:1 106:6
138:23 139:1
148:6
**print** 218:4
**prior** 83:21 84:5
158:20 169:4
183:20
**priorities** 44:19
68:25
**prioritize** 35:24
**priority** 147:9,14
147:16
**prisoners** 22:18
**prisons** 23:20
**probably** 14:20
25:9 29:24 30:3
31:9,20 34:14,24
35:22,22 40:1
45:5 54:3 57:13
57:17 63:23 72:20
76:4 80:25 92:16
95:11 99:6 107:14
118:8 133:13
140:20 146:4
162:8 166:15
167:11 168:15
169:10,22 175:14
175:16 178:9
180:15 193:16

194:16 196:19
198:9 214:22
218:15,16 232:20
234:10,21
**problem** 58:25
145:1,10 154:6,12
154:16 194:19
203:16,25 204:7
204:14,22 205:5
205:14,22 206:6
206:22 207:6,14
207:23 208:4,12
208:22 209:5,12
209:19,24 210:10
210:25 211:5,19
212:3,12
**procedure** 12:12
77:18 78:18 237:7
241:5 242:5
**proceeds** 114:19
**process** 24:22 79:2
**produced** 236:1
**product** 230:1
**product's** 229:18
**production** 52:4
240:24
**program** 40:11,13
41:10 69:17,17
70:13 104:11
122:7 137:20
183:6 200:1 215:7
**programs** 98:18
154:19,21,24,25
**project** 6:15
192:16,20 217:19
218:1
**promoted** 20:1,2,3
28:1,2,4 31:2,14
32:11,15 33:15
39:10 43:10,11
71:24 97:6 104:8

111:16
**promotion** 28:14
**pronounced** 75:12
208:17
**proper** 46:16
**properly** 222:20
**property** 113:4
114:15
**prosecutors** 83:25
**prostitution** 35:13
68:18
**protection** 6:16
217:20 218:2
**protocol** 95:14
**proud** 145:16,20
**provide** 74:23
165:11 193:12
**provided** 12:11
100:19 165:14
169:10 179:20
187:3
**provides** 100:17
**providing** 123:25
168:8 221:8
**public** 2:7 125:12
238:6 239:13
241:10,18 242:15
242:23 243:23
**pull** 21:15
**punch** 121:20
**purchase** 45:12,13
49:10,14
**purchased** 240:17
**purdue** 1:9 204:25
205:1,4
**purpose** 105:16
124:24 132:23
**purposes** 52:8
61:2 140:6 142:14
150:7 164:5
168:20 171:14

184:24 217:21
236:4
**pursuant** 237:3,6
**put** 18:6 24:15
47:8 79:13 82:11
83:15 97:2 115:14
122:16,20 134:2
141:19 142:16
143:20 144:1
154:19 174:14
197:22 202:1
216:5,21 218:23
**puts** 123:4 134:11
140:17 165:15
172:13
**putting** 143:11
226:15

**q**

**qualified** 47:24
233:6,14,15,18
238:8
**quarter** 173:20
**quarterly** 172:8,9
**query** 128:23
141:8 143:4
202:18
**question** 20:11
39:25 62:2 85:5
87:6,7,13 94:1,5
96:5,15 100:13
101:15,18 112:10
115:2 117:4
123:11 130:22
144:23 146:11
148:25 149:3
151:2 153:20
156:5 159:10
167:18 173:25
176:6 179:14
183:14 184:9
191:9 197:12

218:17 220:7,11
221:7 225:7
**questions** 54:18,20
60:19,20 82:6
186:9 218:25
219:18,20 231:12
235:6,10,20,20
236:3,5
**quick** 50:19,20
166:2 216:20
231:5
**quite** 63:23

**r**

**r** 12:20 135:21
**radio** 129:11
**rank** 19:16,19
30:2,6 38:19 46:5
102:7
**ranks** 19:24 102:7
**rapport** 76:20
**reach** 81:2
**reached** 174:12,13
**read** 54:1 139:11
148:4 166:1 172:1
173:2 195:10
196:2 197:21
228:6 241:5,6,12
242:5,6,17
**reading** 240:12,20
**real** 166:1 216:20
**really** 41:21
109:11 132:22
136:1 183:5
**reason** 13:12
57:13 228:25
229:9 242:8 243:3
**reasons** 199:25
**recall** 15:13 28:20
76:24 103:20
168:7,11,14 223:6
223:7

**receipt** 240:20
**receive** 22:24 95:2
113:9 114:7
193:15 215:17
221:22 222:3
**received** 20:4 23:1
55:25 113:21
132:9 159:6,11
177:13 185:18,22
**receiving** 216:19
**recess** 71:19
117:18 163:5
210:19 235:16
**recollection** 15:11
225:2,11
**record** 11:2,7
12:18 61:5 71:17
71:20 117:16,19
125:12 126:23
138:6 150:17
163:2 164:8
171:21 185:4
210:17,20 235:14
235:17 236:11
242:9
**recording** 176:22
**records** 129:15
**redss** 136:20 137:3
**reduced** 238:13
**reed** 3:3
**reedsmith.com**
3:6
**refer** 154:17
155:17 187:5
190:21
**reference** 152:22
189:24 240:7
241:2 242:2
**referenced** 151:23
230:6 238:13,17
240:11 241:11

242:15
**references** 152:8
**referred** 54:12,22
56:4 109:9 134:9
151:13 186:21
211:10
**referring** 67:12
102:13 151:17
157:8,9 186:6
197:5 221:3
223:17,20
**reflected** 165:12
**refresh** 15:11
**regard** 148:1
**regarding** 179:17
184:15 237:2,11
**regardless** 78:19
178:22
**regional** 135:21
136:19
**registered** 29:8
**regular** 95:12
112:15 191:7
**regularly** 104:7
**rehab** 99:16
**relate** 73:2 113:4
113:21 187:16
**related** 17:20
21:23 23:23 31:15
32:2 35:18 44:14
44:20 45:8,16
53:1,19 54:11
62:25 63:22 64:4
68:2 69:6 70:19
73:3,7,15 74:16
75:7 84:15 92:25
99:12 102:23
106:20,24,24
111:19 112:5
114:5,15 122:2,9
127:8 128:24

132:14 135:17,17
137:13 156:24
157:18 158:13
168:9 183:10
184:4,11 189:13
189:19 215:3,22
217:12 232:5
**relates** 1:8 46:13
53:25 73:7 76:10
132:5 159:21
183:23
**relating** 44:13
93:22 96:7 99:4
99:21 112:19
179:11
**relative** 200:11
239:2
**relatively** 119:7
**releasing** 18:19
**relevant** 53:1
**relied** 229:24
**relieve** 55:3
**reliever** 188:17
**remember** 14:8,14
21:7,21 24:3,5
25:4 26:22 27:17
28:19,24 29:2
31:17 32:3,5 37:1
40:21 46:10 48:19
53:5 56:10,18
57:15 59:12 60:14
72:24 74:2 77:1,5
77:10 78:13 84:6
96:4 98:5,22 99:1
99:3,20,24 103:7
103:24 104:1,4
106:22 109:20
126:12 128:21
131:6 136:9
146:13,13,22
147:6,8 151:24

152:1 157:21,23
158:5,16 160:6,14
167:16,21 170:18
170:19,24 171:5
175:2,23 176:3,9
176:12,16 178:14
179:3 182:1,6
183:1,8 194:3
214:20 217:15
218:19 219:2
224:4,13,16,17,18
224:19 234:7
**remind** 92:20
**removed** 16:23
**rendon** 97:23
151:14
**renee** 1:25 238:6
239:13
**repeat** 20:11 86:20
153:2 162:3
185:20 196:12
212:6 213:10
215:19 220:6
221:24 225:8
226:13 229:5
233:11
**rephrase** 136:10
**replace** 73:5
**report** 6:8,10
25:11 27:5 28:17
32:22 36:14 41:23
42:2 67:15 82:15
82:18,21 84:4,7,14
86:6 88:6 89:19
93:13 98:4 120:16
120:17,25 122:17
122:18 125:7
126:21 127:3
132:20 164:4,16
164:17 165:13
168:9,19,24

169:24
**reported** 25:12
36:15 42:7,15,21
165:18 186:2
**reporter** 5:16
241:7
**reporter's** 5:14
238:1
**reporting** 29:18
31:22 36:8 39:15
42:10 56:15 62:13
82:13 88:5 131:4
134:21
**reports** 39:15,16
67:22 83:21 86:9
88:1 130:19 148:5
164:20 170:2
191:7,8,10,12
194:5 195:3,13
197:21 201:6
**represent** 100:5
108:13 219:14
231:16
**representative**
229:1,10,16
**representative's**
229:25
**representing**
219:4
**reputation** 161:23
**request** 24:24
28:11 33:21 48:17
58:8 80:25 129:2
236:7 242:9,11
**requested** 47:10
59:22 109:22
110:9 131:11,14
237:1,6,10
**requesting** 17:16
**requests** 58:5
125:8

**required** 87:1,7,9
193:9 240:25
**requirement**
86:17,24
**resident** 226:10,20
228:5,12 229:24
230:2
**resigned** 27:15,18
180:24
**resources** 46:17
46:24 47:1 48:22
60:8 68:22 74:22
74:23 75:19 81:2
97:1 182:17 198:8
**respect** 74:16
154:7 159:10
167:19 223:9,13
223:25 224:22
**respond** 40:17
41:14 44:25 53:24
76:19 77:23 79:8
79:25 80:19,21
82:14 84:22 95:22
96:2 118:12,13
121:9,10 124:10
155:13 188:2
212:24 215:11
216:25 223:8
**responded** 23:20
40:10 93:10,13
126:1 173:19,21
187:20 234:13,22
235:3
**responder** 193:1
**responders** 192:23
**responding** 41:3
41:10 44:15,17
76:21 80:10,14
84:12 95:19
117:24 118:6
122:25 167:7

**responds** 125:5
**response** 86:18
 212:21
**responses** 76:1,19
**responsibilities**
 18:12 23:15 25:24
 26:3 29:6 35:1,3
 41:4 46:12 49:21
 62:19,23 63:4,12
 64:4 72:2 81:11
 110:14 134:18
 172:24
**responsibility**
 37:13 44:12 45:6
 45:7,10 123:17
 203:7,15,24 204:6
 204:14,21 205:4
 205:13,21 206:6
 206:22 207:5,13
 207:22 208:4,12
 208:21 209:4,11
 209:18,24 210:10
 210:25 211:4,8,19
 211:23 212:3,11
**responsible** 39:19
 79:22 112:21,24
 122:24 138:5
 160:23
**responsive** 52:20
 123:25
**rest** 182:11
**result** 90:2 113:6
 115:5 153:16
 230:9
**resulted** 190:25
**results** 145:16
**retained** 5:16
**retire** 27:14
**retired** 33:4 36:15
 37:2 42:15

**returned** 240:19
**review** 15:8,10
 86:9 227:4 237:2
 237:6 240:14
 241:1 242:1
**reviewed** 15:14,17
**reviewing** 185:3
 218:19
**rewarding** 145:23
**rid** 200:1
**right** 12:23 14:14
 15:13 17:22 19:9
 19:23 21:3 24:8
 27:4 28:17 31:6
 42:22 44:10 47:4
 50:22 52:19 53:6
 54:22 55:14 61:13
 63:1,11 65:11,19
 67:13,19 71:13,15
 72:3,14 85:14
 86:8,19 87:22
 88:19 91:1 92:22
 92:23 94:15,23
 95:14 101:21
 103:1,10 104:11
 106:19 108:11
 109:15 111:23
 115:15 119:4
 122:23 130:5,21
 131:2,15 137:6
 140:3 146:5
 150:24 152:4
 155:3 159:5 160:7
 161:8 162:24
 165:11,24 166:3
 166:18 167:22
 168:7 169:14,19
 170:9 174:16
 178:25 180:19
 181:6 184:14
 188:7 191:5 193:6

 197:18 201:17
 203:6 206:4
 207:21 216:11
 226:16 232:12
 233:13,22 234:14
**ring** 177:5,10
**risks** 222:14
 228:13
**rite** 208:8,9,11
 231:25 232:4
**river** 92:2
**rms** 134:25 202:17
**robin** 2:7 11:14
**rocky** 92:2
**role** 14:11 26:4
 77:8,8 111:2,8
 198:2 233:25
**roll** 116:21
**rolled** 143:2,14
**room** 70:2 129:11
 235:9
**ropes** 3:17 12:4
**ropesgray.com**
 3:20
**ross** 104:24
**roughly** 14:15
 29:2,2 31:13
 213:25 214:4
**roundabout** 98:19
**rounded** 34:2
**row** 123:5
**rpr** 1:25
**rules** 12:11 237:3
 237:7 241:5 242:5
**run** 43:12 128:6
**running** 128:9
**rwilson** 2:10
**rx** 131:4

**s**

**s** 135:21 242:8,8
 243:3
**safety** 6:16 43:5
 217:20 218:2
**sal** 15:2
**salaries** 112:14,15
 112:17
**salary** 215:9
**sale** 183:11
**sales** 228:19 229:1
 229:9,16,25
**salvatore** 2:3 11:9
 240:5
**sam** 11:20 219:12
**samuel** 2:17
**samuel.longergan**
 2:19
**satisfaction**
 145:21 147:23
**satisfy** 155:21
 156:15
**satisfying** 146:9
 147:3,4
**saved** 194:13
**saw** 167:4 174:1
**saying** 149:15
 153:3 154:16
 198:23
**says** 35:8 75:12
 152:17 165:21
 166:6,22 167:9,14
 167:19 169:6
 174:17 187:4
 188:10
**sbadala** 2:5
**scenario** 21:10
**scene** 41:22 77:20
 77:21 78:11,11,25
 79:18,25 80:2,3
 81:6,12,14,17,21

82:5,14 84:8,12,15
84:25,25 85:1,3
86:25 88:3,10,12
88:14,21 89:5
91:8 94:14 95:19
119:13,16,18,21
119:25 120:13
123:1 126:1 187:1
187:20 188:3
190:1,21,22,25
234:14,16 235:3
**scenes** 53:24 78:6
78:8 86:18,21
89:23 90:2 117:24
118:7 149:11
188:6
**scharschmidt** 77:3
**schedules** 44:24
**scholer** 2:16 11:21
219:13
**school** 20:22,22
87:17
**schools** 20:19
**scibelli** 181:4,5,6
**script** 226:7
**scripts** 132:21
**seal** 239:6 241:15
242:21
**search** 46:21
50:16 64:7 88:19
89:2 91:6 182:17
182:20
**searched** 52:3,20
123:24
**season** 211:14
**second** 28:21 34:9
36:4 103:5 123:10
170:23 171:18
185:25 187:2
188:9

**secondhand** 114:1
**secretary** 101:23
165:15 172:12
**secrets** 132:12
**section** 122:16
166:1
**secure** 64:8 77:21
80:2 88:21
**securing** 88:14
**security** 23:17
63:17 65:1 66:25
67:20 68:17
110:19,24 111:1,6
111:7 134:4
**sedative** 188:17
**see** 31:11 60:21
64:24 66:9 69:10
79:1 89:3 94:13
116:24 120:4
121:24 130:2
140:7 141:21,25
142:7,18,21
157:11 165:17
166:20 173:12
177:7 178:15
185:11,14 189:25
197:14 198:16,21
201:6 235:13
**seeing** 41:17 120:8
152:20 179:3
198:22
**seen** 61:14 63:25
75:25 85:24
101:12,13,19
164:19 170:1
179:1 201:2
**seize** 113:5 114:14
114:14
**seizure** 115:6
**seizures** 113:10
115:1

**self** 183:25
**selling** 85:4 90:5
90:12,20 177:14
202:16 211:3
**send** 50:19 138:21
188:2 236:7
**sending** 94:19
**sends** 174:8
191:15,19 201:7
**senior** 39:21
**sense** 63:19 119:21
148:3 173:18
200:9
**sent** 78:23 103:11
137:21 138:12
186:4
**sentence** 152:17
153:5 186:5 188:9
189:23
**sentenced** 22:18
**sentencing** 22:16
22:17
**separate** 63:8 88:1
**separated** 202:22
**separately** 74:13
**september** 185:6
185:24
**sergeant** 20:1
25:13,19 27:1,5
28:2,5,23 30:2,6
31:14,20 44:3,7
45:5,5 66:4 67:8
67:11,13,14,16,22
68:9 69:3,15
92:19,20,21,22
115:12,19,21
133:13 167:24
170:6,9,21 172:23
182:7 192:8,10
216:15,21

**sergeant's** 123:16
**sergeants** 147:16
171:2 215:17
**served** 92:25 96:6
108:20,22 233:25
**session** 5:12
164:11
**set** 22:13 40:11
75:2 95:1,11,20
103:4 105:5,24
153:5 239:5
**sets** 68:25
**setting** 44:13,19
**seven** 214:4
**sex** 28:25 29:6,8,9
29:12
**shannon** 94:17
150:20 152:9,9,10
191:15
**share** 144:1
**shared** 123:19,22
123:24 131:16
**sharing** 136:20
139:9 140:13
141:2,23 142:3,15
143:21 160:10,12
192:13 198:8
**sharpe** 43:17,21
45:3 62:13,14
63:6 64:12 69:4,9
169:6
**sheet** 242:7,10,18
243:1
**sheriff** 18:8 19:17
19:21,24 23:14,24
25:17,25,25 27:23
30:3,7 36:16,17,20
36:22 39:5,7,7,16
42:10,16,19,22,23
42:24 51:13,14
96:22 100:4 108:4

108:12,16 151:21
sheriff's 6:5,8,9,11
12:24 18:3 22:7
25:20 27:10,21
29:7 37:5 41:25
42:20 43:3,22
44:13 45:8 46:8
51:18 57:3,8 58:8
59:11 60:20,25
61:11,19,22 62:4
62:10 63:21 65:23
66:12 68:24 70:18
71:5 73:1,14,20
74:17 76:9 78:5
79:3 80:9 89:22
90:9 92:3,9 93:9
93:15,21 94:24
95:15 96:20 99:25
100:16 101:12,14
101:23 102:3
103:21 108:2,13
109:23 110:12
112:4,5,14,16
113:3,19,20 114:7
114:13,21 115:4
116:3,4,6,12,13,20
117:6 118:1,6
122:3 125:25
127:17 129:6,6,16
130:6,12,23 131:7
131:12,17,22
134:13 135:15
136:14 137:2,12
138:2,4 139:19
140:17 141:6,8
142:16 144:9,21
159:24 161:9
162:11 164:3,15
164:19 165:15
168:18,24 171:10
171:23 172:5,16

174:9,19 177:13
177:20 179:10,15
180:1,9 181:7,22
182:23 183:9,17
184:2,10 187:20
188:1 189:2,12,20
191:11 192:4,25
193:6,12 201:18
202:11,13 212:22
213:3 215:2
216:13,14 217:10
232:10 235:2
sheriffs 96:10,10
sherriff 100:13
shift 95:23,24
shifting 101:9
shipment 194:3
shkolnik 2:2 11:10
shop 203:21
shopping 161:6,11
200:5
show 63:24,25
80:5 81:10 121:7
143:6
shows 142:13
side 118:21 227:11
227:18
sides 218:6
sign 45:15
signature 237:5
239:12 240:14
signed 146:1
241:13 242:18
significant 146:16
signing 240:12,20
similar 152:6
169:1,3 185:15
simple 160:25
191:25
sincerely 240:23

single 226:6,18
229:22
sir 31:17 131:5
133:22 150:22
154:23 164:21
165:7,23 166:7,21
170:7 172:6 175:3
175:16,25 176:24
177:4,11 185:11
185:14 186:15
188:12,20,23
190:5 192:19
193:2 195:1 201:3
201:16 203:5
204:12,19 205:19
206:9,25 207:11
209:2,9,14,21
210:2 219:6
221:18 222:6,11
222:17,22 223:2
223:12,24 224:25
226:5,13 227:15
227:21 228:1,17
229:14,21 230:5
230:15 232:8,13
232:23 233:1,5,9
234:15 235:6
236:10 240:10
sit 89:16 228:24
229:8
sitting 173:8
situation 119:17
221:11 224:6,9
six 19:8 47:4 192:1
skip 189:25
slides 57:20
small 29:20 49:15
smaller 81:1
118:20
smith 3:3 62:21
69:10 207:9,10,13

social 134:4
sold 81:25 141:4
147:24 157:9,14
179:20
solely 215:21
solutions 2:15
240:1 243:1
solve 120:10
somebody 62:18
70:23 85:16 98:7
144:13,14 145:21
157:5 177:21
200:11 233:7,17
somebody's
123:20 160:3
someone's 134:2
son 156:3 157:14
sorry 16:6,10 19:3
19:6 20:11 36:5,8
36:20 62:1 65:3
74:11 80:15 84:25
85:5 86:20 87:24
91:17 96:4 109:6
123:10 126:13
141:1 151:8 153:2
156:5 162:4 166:5
168:11 170:23
173:7,24 176:5
184:1 185:20
186:25 191:9
213:25 215:19
sort 16:16 37:13
56:2,2 63:2 65:22
72:6 73:2 82:3
113:19 120:19
121:3 122:10
128:24 145:3
153:17 162:14
191:23 194:5
215:21

**sorts** 16:19 17:2
26:9 85:7 137:25
**sound** 27:4 169:18
235:24
**sounds** 95:16
156:8
**south** 17:24
**speak** 84:18 136:1
147:22 149:15
**speaking** 148:12
155:12 223:7
**special** 95:7 216:3
**specialty** 18:18
**specific** 56:1 86:9
87:16 107:16
116:13 128:24
157:23 176:12
177:18 201:25
223:19 232:4
**specifically** 71:1
74:8 78:13 109:24
133:5 157:4,13
169:2 181:11
191:3 231:20
**specifics** 99:1
160:20 224:19
**specified** 238:20
**specify** 106:9
**speed** 40:13
**spell** 36:11,24 77:2
130:17
**spelled** 12:20
**spent** 35:17
**spit** 191:9
**spoke** 59:20 131:2
186:22 213:5
224:1 232:18
**spoken** 54:5
**spot** 42:20
**spreadsheet**
122:11,21 123:3,7

124:4,9,16,21,25
125:1,18,24
126:10,18 127:6
202:21
**spreadsheets**
122:6
**square** 2:7 3:4
**ss** 238:3
**staff** 101:24,25
102:7,10,11,12,12
102:23 103:2,15
103:19,20,25
104:2,6 114:3
**staffing** 47:8,18
215:6
**stage** 137:1 221:12
**stance** 107:19
108:3,6,13
**stand** 83:1 98:3
119:4 147:2
**standard** 82:2
**standards** 47:22
**standing** 98:5
107:19 146:14
147:6,8
**stands** 19:2 130:18
192:17
**start** 11:8 20:20
42:13 70:13 81:21
88:12 125:15
148:13 154:10
192:21 194:16
**started** 40:9 41:3
46:8 80:13 143:22
181:21 231:1
**starting** 67:25
146:24
**stat** 135:1 142:14
**state** 12:18 17:5,6
114:7 135:1,4
178:12 179:2

185:4 191:1 192:2
210:3,3,9 238:2,7
239:14 241:10
242:15
**stated** 47:5 156:13
216:2 228:21
230:19,21
**statement** 195:22
229:17 241:13,14
242:19,19
**statements** 86:14
229:2,11
**states** 1:1
**stating** 115:14
192:1
**stations** 69:22
**statistic** 202:21
**statistically** 138:9
**statistics** 92:11,14
125:2 135:5,6
191:17 194:11
**stats** 138:12
191:25 194:15
**status** 128:13
134:6
**stay** 49:23
**staying** 101:10
**stealing** 27:20
**steel** 104:21,22
**stemmed** 93:15
**stems** 149:9
**stenotypy** 238:14
**step** 32:10
**stings** 35:13 68:18
**stood** 122:19
167:17
**stop** 30:25 70:25
128:2 146:10
**stopper** 137:18
178:4

**stoppers** 137:8,20
138:10
**store** 70:2
**stored** 127:9
**stories** 155:24
194:13,15
**story** 155:16
171:18 174:10,15
178:15 179:1,4
**strategic** 6:15
65:22 217:19
218:1
**strategies** 44:19
**strategy** 44:18
**stream** 3:2,17 4:2
**street** 2:17 3:4,8
3:13 4:4 26:8
58:19 121:10,12
140:9 155:20
197:25
**strictly** 126:4
**strike** 96:13 226:7
**string** 6:6,13 150:5
184:22
**stronger** 188:16
**studies** 159:14
**study** 159:7
**stuff** 18:19 26:8
35:13 45:14 49:4
49:10,11 53:23
58:21 71:7 75:21
84:4,10 85:20
87:17 89:7 96:2
99:12 107:14
116:1 120:21
128:12 134:11
135:8 148:13
194:14 197:22,23
215:10
**sub** 116:20

**subject** 16:22
98:25 144:8
235:24
**subjects** 75:23
**submit** 88:6
117:10 138:2
174:10
**submitted** 24:23
84:14 86:7 102:19
120:16 169:7
172:12 173:4
**subordinate** 15:24
16:12
**subordinates**
25:16
**subscribed** 241:10
242:14 243:21
**subset** 124:7
**substance** 189:18
233:4,8,17
**suburb** 13:6
**suburbs** 118:20
**successes** 144:20
**sued** 231:18,22,25
**suggestions**
182:22
**suicide** 177:9
**suing** 53:11
**suit** 216:5
**suite** 1:21 2:8 3:4
240:2
**superior** 240:1
**supervised** 23:5
**supervising** 18:16
32:10
**supervision** 72:8
**supervisor** 15:24
16:1 25:10,13
27:8 45:4 48:15
66:4 67:8 68:10
81:10 92:17,17

103:17 123:16
137:21 138:22
170:15,20 178:5
192:8
**supervisors** 39:14
44:23 45:1 67:9
79:21 123:9
124:22 186:24
**supplement** 88:6
120:17,25
**supplemental**
120:15
**supplied** 167:25
193:22 217:9
**supplies** 45:14
**supply** 161:25
**supplying** 193:24
211:18
**suppose** 81:5
**supposed** 81:13
85:13 103:14
141:5,13 142:2
143:10 149:11
**sure** 13:21 24:2,3
29:14 30:9 34:11
41:9 42:13 46:15
51:4 55:1 59:13
59:22,24 61:25
64:8 65:24 71:16
73:10,12 76:6
87:6 88:12 94:19
95:15 96:12 105:1
110:21,23 112:7
116:8 117:15
119:3 120:23
123:17 137:4
138:16 147:22
153:19,21 156:8
166:3,18 168:3
170:3 172:2 173:6
173:23 183:13

185:9 192:10,14
193:18 196:3,14
197:12 216:10
218:4 220:7
221:25 229:7
231:14 233:12
**surgery** 220:19
**surprise** 108:25
**survey** 78:25
**suspect** 66:8 140:8
140:21 141:2,3,15
142:1,6
**suspect's** 140:12
**suspected** 23:23
41:13 77:17 79:10
79:18 186:25
216:6
**suspicious** 183:21
183:22 184:4,12
184:15
**swapped** 33:23
**swat** 63:22,23 64:3
64:10 68:3 75:18
75:19 76:5
**switchboard**
138:15
**switched** 33:19,24
71:25
**switching** 72:13
**sworn** 12:9,13
238:10 241:10,13
242:14,18 243:21
**syringe** 190:14
**system** 29:9 56:15
82:22,24 83:3,4,12
83:14 84:2,3
121:5,17 126:24
126:24 127:1,15
129:15 130:19
131:4 134:21,25
135:10,22 136:20

143:20 144:3
202:17,19,24
**systems** 121:4
209:8,11

**t**

**t** 65:11 82:25
168:4
**tab** 184:18
**table** 98:19
**tac** 82:25 83:13,14
83:22 84:2,3 86:7
120:16 121:5
122:1 127:1,6
129:23 130:2
134:25 135:10
144:3 203:1,2
**take** 33:10 34:13
71:14 72:19 80:5
85:1 102:13
104:21 117:13
118:3 143:7
150:10,17 162:25
171:16 175:17
180:14 210:14
211:9,22 216:9
235:12
**taken** 1:19 21:18
47:6 87:4 104:24
122:17 160:2,19
163:5 238:19
240:11
**takes** 38:14 101:24
**talk** 16:9 54:11
60:11 75:8,17
78:9,10 98:10
101:8 110:7
119:19 120:11
144:19 147:15,18
147:20
**talked** 15:21 16:14
31:8 54:15 60:16

63:18 68:3,3,4
77:4 96:9 98:11
99:2,3 101:6
119:12 121:25
127:5 139:22
156:18,20 157:12
174:24 175:24
182:10
**talking** 17:19
42:11 49:20 59:19
73:22 74:4,8
80:14 88:10 98:19
117:23 132:19
149:20 175:9
210:23 219:24
223:10
**talks** 190:3
**tape** 80:3
**tara** 172:12 173:4
174:8
**task** 57:11,21 58:7
59:6,11,25 63:15
64:13,15,19,23
65:5,7,23 66:6
67:6 68:3,22
74:10,12 92:25
96:7,7,11,17 97:4
97:12,19 98:23
99:21 100:3,9,17
105:9,16 106:2,6
112:6,7,13,18,19
113:5 118:22
132:3,15 142:19
142:20 144:17
148:5 152:3
161:15 170:18
178:10 180:16,17
181:14 182:9
183:4,4 199:18
216:16

**tasked** 95:19
**taylor** 16:2 42:3,4
42:6,25 54:9,10
108:16
**team** 29:21 165:5
212:21
**technically** 182:2
**technique** 49:16
182:24 183:6
**technology** 49:2,7
49:18 89:1
**telephone** 3:17 4:2
49:11
**tell** 32:14 52:7
89:19 155:23
158:8 167:22
169:16 220:24
221:4
**ten** 214:4 234:9
**tenth** 3:13
**term** 109:5 115:5
145:20 159:20
161:5,17,18 162:6
188:4 190:13
200:6
**terminal** 128:5
129:10
**terms** 15:22 44:14
44:18 46:24 49:22
65:24 72:15 75:6
84:6 85:12 88:8
89:10 131:22
142:2 147:10
153:24 169:19
172:10 194:6
197:7,7 198:13
199:1 200:10
201:9,12 202:5
218:25
**test** 226:15

**testified** 13:15,18
13:24 14:3,10
16:15,17 17:1,4
73:24 93:3 131:3
132:13 222:23
223:3 224:1 225:1
225:10 230:8
232:9 233:20
234:12,15
**testify** 238:10
**testifying** 13:9
17:11 53:7
**testimony** 13:13
14:15 16:15 123:2
158:18 218:25
223:6 238:12,16
241:6,7 242:6,9,12
**teva** 4:2 209:15,18
**text** 50:20 51:11
51:23 95:2,12,13
150:18 191:23
**texts** 51:10
**thank** 18:23 20:8
119:5 171:22
176:25 219:6,7
231:6,7 235:6,7,22
236:10
**thanks** 231:11
**theft** 160:1 199:25
200:3
**theirs** 119:11
**thing** 39:6 66:10
67:7,22 79:17
119:12 128:10
129:17 134:4
141:22 143:23
158:20 186:2
**things** 17:2 21:16
39:18 54:4 62:7
81:9 115:7 121:13
216:10

**think** 27:7 28:21
30:20 34:1 36:15
36:16 38:16 42:8
56:15 58:21,24
62:7 63:18,22
64:11 69:2 70:21
72:20 77:9,13,14
77:22,24 78:2
82:10,11 83:10,19
84:9 86:10 87:14
99:7 101:5,7
103:7,8 104:25
105:5,18 113:1
118:9,18 125:21
126:7,21 127:25
129:5 130:18,21
133:4 135:5 136:4
138:9 139:12
144:7 145:24
148:4,10,14
149:14,16 151:13
151:23 154:13
155:13,15 156:12
157:8,20 158:19
160:15 166:6,10
166:12,23 171:1
172:11 174:8,25
175:5 177:17
181:1,20 182:21
184:6 185:11,15
186:6,22 189:7
190:15 192:17
193:23 194:11,22
194:23 195:1
197:11 198:6,7,17
199:22 200:8
205:10 206:2
211:7,9,10 212:14
215:1,24 216:2,11
216:20 234:15
235:25 236:3

**third** 196:10
**thirty** 240:19
**thomas** 185:6
**thought** 125:14
178:21
**thoughts** 73:25
98:4
**three** 3:4 15:7
20:22 105:6
214:22
**ticket** 24:4 32:8
**tier** 29:9
**ties** 156:12 195:2
**till** 37:12
**time** 14:3 18:25
22:14 24:23 25:13
26:22 27:6 28:18
28:25 29:20 30:7
32:1 33:12 34:13
35:17 36:21 37:10
40:16 41:5 42:9
42:17,18,21 45:3
49:19 53:5,20
77:24 102:20
103:11 107:12,17
117:13 118:10
141:15 144:25
146:17,24 150:20
152:17 153:13
162:20 168:15
170:22 173:1
178:6 181:25
182:4 189:7
196:13 197:3
219:6 231:8
233:24 234:7,8
235:23 238:19
**times** 13:20,21
17:1 56:11 59:20
80:20 100:22
105:6 107:17

175:10 188:15
194:6 234:17
236:7
**tip** 132:5,10
133:11 137:22
138:2,16 161:13
177:13,18,20,25
178:2,4,8
**tips** 132:1,8 133:9
137:12,16,19,22
138:1,6,11,20
139:4
**tipsoft** 137:6,7
**title** 38:24 46:6,7
64:21 212:25
**titles** 39:8
**today** 13:13 14:22
15:25 37:12 39:8
42:3 53:8,13,15
54:14 61:22 62:5
123:21 147:10
198:15,16 219:24
222:23 228:24
229:8 231:12,17
**today's** 11:2
**told** 28:12 33:22
38:7 42:3 65:8
131:6 148:12
231:4
**tool** 140:7 141:18
**top** 147:14 165:4
166:1 188:8
**topic** 31:10
**topics** 101:10
**tops** 57:18
**totals** 165:20
169:3
**touched** 199:22
**touches** 63:21
**tough** 120:10

**town** 115:25
**townships** 79:8
118:10
**toxicology** 93:12
126:21 127:3
192:2 232:25
**trac** 202:25
**trace** 121:14
147:23
**traced** 155:14
**track** 56:19 92:4,8
117:9 122:7 125:2
125:3,15 126:24
127:12 135:5
202:10
**tracks** 131:21
**trade** 75:23
**traffic** 35:12 68:18
70:24 128:2,16,17
**trafficking** 64:20
105:9 177:3,14,21
195:14 202:4,15
216:16 217:5
**trained** 84:23,24
85:6 87:12 144:15
**training** 20:5,10
20:13,17 21:8,10
21:10,11,12,14,18
23:8,11 38:13,15
56:1,2,5,7,9,11,19
57:9 87:16 115:24
115:25 134:9,10
143:1 144:18
159:6,12,13
193:12,14,15
232:10,11,14,15
232:16,18,19,21
232:24 233:2
**transcribed**
238:15 241:7

**transcript** 5:1
237:3,6,9,11
240:11,16 241:5
241:12 242:5,11
242:17
**transcription**
238:16
**transported** 23:18
**trauma** 21:10
232:12,16
**treat** 80:1
**treatment** 99:6,10
99:14,17 233:3
**trend** 153:23,24
154:2
**tri** 19:1,2
**trial** 22:13 177:8,9
**trick** 109:12
**tried** 36:6
**trigger** 151:7
**triggers** 94:13
151:3
**true** 224:22
238:16
**trust** 115:11
**truth** 238:10,11,11
**truthful** 13:13
32:9
**try** 36:3 82:1 85:9
85:17,20 86:2
87:1 89:2,4,8
98:21 119:19
120:5 140:7 141:2
141:20 146:15
157:8 182:25
189:8 191:9
199:24 233:13
**trying** 16:24 34:10
63:19 86:1 89:7
91:11 109:11
115:3 118:4 120:4

123:12 132:11,18
139:12 143:8
147:11 153:4
170:24 183:6
189:3 190:15
202:10
**tuesday** 103:5
**turn** 89:13 105:6
124:13 132:2,15
132:23 155:19
161:14 180:15
184:7 211:13
**turned** 104:13
**turning** 105:4
**tv** 63:24
**twelfth** 3:8
**two** 17:3 27:25
29:4,16 42:1
51:16 57:25 58:10
64:17,24 65:8
81:7,8,8 88:1,2
95:18,22 102:10
105:5 110:3
115:24 119:3
180:21 181:1
188:2 213:18
215:10 219:14
230:8,21 235:12
**twombly** 166:11
168:4 169:11
**type** 41:16 58:17
70:6 78:19 106:6
112:22 132:1
135:2 143:17,19
147:11 149:8
156:1 178:8
187:23 197:7
202:18,22 216:3
**types** 13:23 15:16
70:5 148:2

**typing** 94:21

**u**

**u.s.** 97:22 151:17
**underlying** 155:16
**underneath** 67:25
**understand** 13:7
54:24 73:11
105:15 108:15
115:2 142:18
153:19,21 156:8
161:19 165:17
177:8 182:14
183:13 197:12
226:24 228:13
**understanding**
53:10 55:24 106:2
108:11 143:3
152:21 158:18
188:14 192:22
197:19 198:12
199:3,19 219:22
**understood** 55:11
123:2
**unfortunately**
30:1
**uniform** 32:17
33:18 34:6,15
109:22 181:10
**uninvited** 188:1,4
**union** 30:11,14,16
30:21 31:7 215:14
**unionizing** 30:10
**unique** 121:3
**unit** 29:1,6 34:1,3
34:4,4,5,8 35:7,10
35:11 38:12,13
40:9 44:8,23 45:2
59:13 63:8,13
64:3,10 67:9,12
68:5,6,8,12,25
69:13,13 76:13

92:12,17 93:23
94:12 160:22
166:12,14 169:20
170:10,12,17
172:24 178:6,6
197:16 234:20
**united** 1:1
**units** 35:14 63:20
67:25 69:5 70:18
75:10 174:9
**untangle** 195:23
196:5,16
**unwanted** 69:20
**update** 45:22
123:16
**updated** 72:21
**updates** 103:18
155:25
**updating** 191:16
**ups** 80:6
**use** 50:22 51:11,20
52:16 60:22 77:18
83:11 129:22,22
129:23 134:17
135:15 136:3,3,13
136:15 140:6
143:15 156:10
158:20,20 159:1
159:12,15 187:10
187:16 193:13
216:21,24 217:1
219:24 220:4,9
221:16 223:16
224:2 225:22
227:11,19 230:18
235:1
**user** 159:3
**uses** 136:13
139:20 200:12
220:9 224:24

**usually** 38:11
45:18,19 53:19,24
69:21 78:21 79:16
80:25 92:16 98:6
99:9 100:4 103:7
132:2 149:7
191:15

**v**

**v** 1:9 36:25 240:6
241:3 242:3
**vacation** 96:1
**valid** 128:14
**value** 114:25
**variety** 137:19
**various** 19:24
20:17 21:16 199:4
199:20
**vary** 96:1
**vehicle** 14:2
**vehicles** 79:25
215:9 216:8,9
217:9
**verifications** 29:12
**veritext** 3:2,17 4:2
240:1,7 243:1
**versa** 60:9 182:19
183:2
**versus** 137:19
138:17 200:14
**vest** 112:22
**vice** 35:11 60:8
68:5 182:19 183:2
**victim** 149:12
235:2
**victim's** 140:11,17
140:21
**victims** 175:2
201:11
**videographer** 4:7
11:1 12:8 71:17
71:20 117:16,19

163:2 164:8
210:17,20 235:14
235:17 236:11
**videotaped** 1:13
**view** 125:8 131:20
131:25 154:5
198:2 203:6,14,24
204:5,20 205:3,12
205:20 206:4,20
207:4,12,21 208:3
208:11,20 209:3
209:10,17 211:2
212:1
**violence** 135:8
**virtual** 3:2,17 4:2
**volleyball** 31:8
**volunteer** 24:12
**volunteered** 24:13

**w**

**w** 3:12 168:4
**wait** 30:20 89:18
169:14
**waived** 240:13,21
**walgreens** 207:19
207:20,22 232:1,5
**walk** 79:2
**walmart** 2:11
11:24 203:19,20
203:21,22,23
231:16,18,20,22
232:4
**want** 32:8 48:16
49:7 55:22 60:19
61:9 68:21 71:23
78:4 82:20 87:15
96:11,24 98:20
101:8 118:2
140:10 143:1
147:21 152:5
155:25 156:1,2,7
156:22 157:3

164:22,23 165:16
166:3,17,18 169:1
172:25 189:8,17
218:10 226:14,16
232:18
**wanted** 66:14
110:10 123:20
218:8
**wants** 156:24
172:18
**warning** 226:25
227:5,9,16,23
228:6 229:18
**warrant** 35:7 44:8
50:16 64:7 89:2
91:7 128:18
170:10 182:18,20
**warrants** 29:21
35:9 46:21 128:19
138:18
**washington** 3:9,14
**watson** 204:18,21
**way** 44:23 48:9
50:12 53:6 65:25
68:17 87:20 94:23
113:4 118:3,9
149:25 156:15
157:11 162:23
172:4 190:15
196:25 198:13
225:14 233:7,16
**ways** 104:20
137:19,25 199:4
199:20 200:7,15
202:5
**wc.com** 3:10
**we've** 44:22 47:6
53:22 58:9 59:13
63:18 86:22 93:13
96:12 104:24
125:4 194:11,13

199:21 202:1,22
212:23 214:13
215:7 219:23
**web** 232:21
**website** 137:23
178:5 193:16
232:22
**wednesday** 103:8
103:9
**week** 90:4 120:13
191:16
**weekend** 192:2
**weigh** 104:17
**welfare** 85:17
120:1
**went** 18:25 20:20
21:9 27:12 29:21
30:2 31:12 83:20
124:17 136:11
144:17 214:17
**west** 2:17 13:2
**westlake** 118:19
**wf** 190:6
**whatsoever** 73:6
102:23
**whawkins** 3:10
**whereof** 239:5
**white** 190:6
**william** 12:1
**williams** 3:7
**wilson** 2:7 11:14
11:14
**wing** 38:14
**wiring** 49:16
**wise** 34:5
**withdraw** 39:25
**withhold** 120:21
**witness** 12:8 36:5
61:8 86:14 158:2
219:7 231:6 235:7
237:2 238:9,13,14

238:17 239:5
240:8 241:1,4,11
242:1,4,15
**witnesses** 81:17
85:13,14
**women** 95:18
**word** 73:5 193:7
**words** 126:1
142:17
**work** 12:22,23
13:1 16:8 22:5
26:23 51:21 52:16
58:17 91:19
109:23,24 121:8
135:16 142:19,21
152:12 199:17
**worked** 18:9 91:20
170:11
**working** 58:11
135:7 141:20,22
143:12 189:3
**works** 33:4 77:15
94:18 95:23
166:13
**worry** 207:17
**write** 82:15,19
**writing** 32:7 72:15
84:4 88:5 132:21
**written** 175:19
200:13 212:1,9
**wrong** 123:6 148:4
**wrote** 24:4 226:9

**x**

**x** 182:24
**xx2016-03490**
187:4

**y**

**y** 168:4
**yeah** 16:6 21:5
22:22 30:23 36:16

| | **z** |
|---|---|
| 46:15 51:16,19,19 | |
| 55:1 56:7 60:1,2 | **zipp** 3:12 11:18 |
| 75:8 76:6 80:23 | |
| 83:4 84:20 85:2 | |
| 87:5 90:10 97:21 | |
| 102:5 103:6 | |
| 105:14 109:5 | |
| 110:24 119:22 | |
| 120:24 127:2,2 | |
| 129:1 133:13 | |
| 143:14 146:10 | |
| 157:20 158:5 | |
| 166:23,24 169:22 | |
| 170:25 171:5 | |
| 172:17 175:22 | |
| 182:15 186:22 | |
| 188:5 190:22 | |
| 194:9 195:1 | |
| 198:16,24 202:8 | |
| 206:14 211:22 | |
| 213:4 214:2 236:6 | |
| **year** 14:9 21:11 | |
| 22:13 29:4 37:3 | |
| 56:12 83:18 105:6 | |
| 109:20 113:12 | |
| 125:19 126:5 | |
| 154:13 176:8 | |
| **years** 27:25 29:24 | |
| 37:3 41:7 43:9 | |
| 60:15 65:16 | |
| 111:17 128:18 | |
| 136:8 166:2 181:1 | |
| 190:4 213:23 | |
| 214:4,22 234:9 | |
| **yesterday** 14:25 | |
| 54:14 | |
| **york** 2:4,4,18,18 | |
| 3:19,19 | |
| **young** 155:21 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.