# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION  MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −126)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,873 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 23, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

### SCHEDULE CTO−126 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALASKA** | | | |
| AK | 3 | 19−00305 | Bristol Bay Area Health Corporation v. Purdue Pharma L.P. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 19−05354 | Bolden v. Teva Pharmaceutical Industries, Ltd. et al |
| **IOWA SOUTHERN** | | | |
| ~~IAS~~ | ~~4~~ | ~~19−00386~~ | ~~Jaren Depenning et al v. The Iowa Clinic, P.C. et al~~   Opposed 12/19/19 |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 19−13908 | Terrebonne Parish Consolidated Government v. Teva Pharmaceutical Industries, Ltd. et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 19−12433 | Town of Hull v. Amerisourcebergen Drug Corporation et al |
| **MISSOURI EASTERN** | | | |
| MOE | 1 | 19−00207 | Scott County, Missouri v. AmerisourceBergen Drug Corp. et al |
| **NEVADA** | | | |
| NV | 2 | 19−02030 | Spinney v. Teva Pharmaceutical Industries, Ltd. et al |
| **OKLAHOMA EASTERN** | | | |
| ~~OKE~~ | ~~6~~ | ~~19−00405~~ | ~~Coal County Board of County Commissioners v. Purdue Pharma, LP et al~~    Opposed 12/19/19 |
| **OKLAHOMA WESTERN** | | | |

| | | | |
|---|---|---|---|
| ~~OKW~~ | ~~5~~ | ~~19−01108~~ | ~~Jackson County Board of County Commissioners v. Purdue Pharma LP et al~~    Opposed 12/19/19 |
| ~~OKW~~ | ~~5~~ | ~~19−01109~~ | ~~Lincoln County Board of County Commissioners v. Purdue Pharma LP et al~~    Opposed 12/19/19 |
| ~~OKW~~ | ~~5~~ | ~~19−01110~~ | ~~Woodward County Board of County Commissioners v. Purdue Pharma LP et al~~    Opposed 12/19/19 |
| ~~OKW~~ | ~~5~~ | ~~19−01127~~ | ~~Board of County Commissioners of Noble County v. Purdue Pharma LP et al~~    Opposed 12/19/19 |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 19−02042 | Borough of Edwardsville, Pennsylvania v. Amerisourcebergen Drug Corporation et al |
| PAM | 3 | 19−02043 | Forty Fort Borough, Pennsylvania v. Amerisourcebergen Drug Corporation et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 1 | 19−01754 | City of Marinette v. Cephalon Inc et al |