Exhibit B

## Ullman, Emily

| | |
|---|---|
| **From:** | Emily White <ewhite@dannlaw.com> |
| **Sent:** | Wednesday, December 11, 2019 3:56 PM |
| **To:** | Ullman, Emily |
| **Cc:** | Marc Dann; Thomas Bilek; Kelly Bilek |
| **Subject:** | Re: Motion for Leave to Amend the West Virginia Complaint |

**[EXTERNAL]**

Marc is on the road at the moment, so I wanted to send a quick response.

We don't have a redlined version of the amended complaint because the amended pleading we are proposing would mirror the current Ohio complaint rather than modify the existing WV complaint.  Essentially the amended pleading would be the same as the current Ohio pleading, but include the existing West Virginia plaintiffs and the parallel state law claims under WV law.

Emily White

On Wed, Dec 11, 2019 at 3:41 PM Ullman, Emily <eullman@cov.com> wrote:

> Marc,
>
> I think it will be very difficult for us to make a call one way or the other on this without seeing a redline of your proposed amendments.  Would you be able to share that?  Thanks very much.
>
> **From:** Marc Dann <mdann@dannlaw.com>
> **Sent:** Wednesday, December 11, 2019 12:37 PM
> **To:** Ullman, Emily <eullman@cov.com>
> **Cc:** Thomas Bilek <tbilek@bileklaw.com>; Kelly Bilek <kbilek@bileklaw.com>; Emily White l <ewhite@dannlaw.com>
> **Subject:** Re: Motion for Leave to Amend the West Virginia Complaint
>
> **[EXTERNAL]**
>
> Emily:
>
> Thank you for responding so quickly. No change to the parties, factual allegations or class definition. However we are adding a RICO claim.

The purpose is to make the complaint consistent with the Ohio complaint so that we can follow the court's direction to file a consolidated Class Certification Motion.

Marc Dann

DannLaw

*Mailing address:* P.O. Box 6031040, Cleveland OH  44103

*Office location:* 2728 Euclid Ave, Suite 300, Cleveland OH 44115

216-452-1026 Direct

216-373-0536 Fax

216-373-0539 Office

330-651-3131 Cell

[mdann@dannlaw.com](mailto:mdann@dannlaw.com)

Admitted to Practice Law in the State of Ohio, The United States District Courts of the Northern and Southern District of Ohio, the Northern District of Illinois, the Northern District of Indiana and the Sixth Circuit Court of Appeals.

Cleveland Columbus Cincinnati Chicago New York New Jersey

877-475-8100

On Wed, Dec 11, 2019 at 12:26 PM Ullman, Emily <[eullman@cov.com](mailto:eullman@cov.com)> wrote:

2

Marc,

Thanks for raising this.  To make sure I understand the issue as I circle back on our side – are you planning to add new claims or parties, or to amend the definition of the proposed class?  Or is this just about amending the factual allegations?

Best,

Emily

**From:** Marc Dann <mdann@dannlaw.com>
**Sent:** Wednesday, December 11, 2019 12:22 PM
**To:** Ullman, Emily <eullman@cov.com>
**Cc:** Thomas Bilek <tbilek@bileklaw.com>; Kelly Bilek <kbilek@bileklaw.com>; Emily White l <ewhite@dannlaw.com>
**Subject:** Motion for Leave to Amend the West Virginia Complaint

[EXTERNAL]

Emily:

Thank you for organizing the call earlier today on the discovery. I wasn't sure the right people were on the phone to raise the issue of our intention to amend the West Virginia Class Complaint again.

In preparing our class certification motion we realized that we needed to modify the complaint. The changes will be familiar because other than on West Virginia state law issues, they track the California and Ohio Amended Complaints that are already on file.

3

I wanted to see how to approach meeting and conferring with defense counsel on whether or not they would consent to the amendment before we ask the court for leave.

Thanks for your attention to this and for coordinating your side's communications.

Marc Dann

DannLaw

*Mailing address:* P.O. Box 6031040, Cleveland OH 44103

*Office location:* 2728 Euclid Ave, Suite 300, Cleveland OH 44115

216-452-1026 Direct

216-373-0536 Fax

216-373-0539 Office

330-651-3131 Cell

mdann@dannlaw.com

Admitted to Practice Law in the State of Ohio, The United States District Courts of the Northern and Southern District of Ohio, the Northern District of Illinois, the Northern District of Indiana and the Sixth Circuit Court of Appeals.


Cleveland Columbus Cincinnati Chicago New York New Jersey

877-475-8100


--
**Emily White**
**Managing Attorney, Columbus Office**
**DannLaw**
Mailing address:
PO Box 6031040
Cleveland OH  44103

Columbus Office location:
875 North High Street
Columbus, OH 43215

614-500-4395 Direct
216-373-0539 Main Office
216-373-0536 Fax
ewhite@DannLaw.com

    Illinois | Kentucky | Ohio | New Jersey | New York