Exhibit C

## Ullman, Emily

| | |
|---|---|
| **From:** | Stephen Wussow <swussow@clfnola.com> |
| **Sent:** | Friday, October 25, 2019 10:34 AM |
| **To:** | Ullman, Emily |
| **Cc:** | Celeste Brustowicz; Marc Dann; 'Kevin Thompson'; Kent Harrison Robbins - KHR Law Offices |
| **Subject:** | Re: NAS fact sheets Clarification Sought |

**[EXTERNAL]**

We are providing fact sheets and related documents only for those plaintiffs who plan to seek appointment as class representative. At present, the plaintiffs you have referenced do not intend to seek appointment.

Stephen Wussow
Associate Attorney

Cooper Law Firm, L.L.C.
1525 Religious Street
New Orleans, Louisiana 70130
Phone: (504) 399-0009
Fax: (504) 309-6989

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (504) 399-0009 and return the original message to us at bcooper@sch-llc.com.

**From:** Ullman, Emily <eullman@cov.com>
**Sent:** Wednesday, October 23, 2019, 11:08 AM
**To:** Chad Klees
**Cc:** Stephen Wussow
**Subject:** RE: NAS fact sheets Clarification Sought

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I believe I have been forwarded each of those items. To be clear, I do not think any defendant has received fact sheets for plaintiffs Artz, Salmons, and Flanagan. Is that correct?

Thanks,

Emily

**From:** Chad Klees <cklees@clfnola.com>
**Sent:** Wednesday, October 23, 2019 12:06 PM
**To:** Ullman, Emily <eullman@cov.com>
**Cc:** Stephen Wussow <swussow@clfnola.com>
**Subject:** FW: NAS fact sheets Clarification Sought

**[EXTERNAL]**

1

Good Morning Ms. Ullman,

Stephen has forwarded your email to me so that I may revise our distribution list.
I will follow your directions below for revisions.
This morning I sent out some HIPAA forms prior to receiving your email. But, you were on those distribution lists and should have received the HIPAA's.
To date we have served: discovery on October 15th; Fact Sheets; and, today sent out HIPPA forms.
I'd like to confirm please, that you have received those emails, particularly the discovery served on October 15th.
Thank you.


**From:** Ullman, Emily <eullman@cov.com>
**Sent:** Wednesday, October 23, 2019 10:06:20 AM
**To:** Stephen Wussow <swussow@clfnola.com>
**Subject:** RE: NAS fact sheets Clarification Sought

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Stephen,

Please copy the xopioidNAS@arnoldporter.com list on all correspondence about these cases. Additionally, please use me as the contact person for McKesson and remove Nathan Shafroth, Paul Schmidt, Dwain Clifford, Kevin Collins, and Geoff Hobart from your list. Thank you.

Best,

Emily

**From:** Stephen Wussow <swussow@clfnola.com>
**Sent:** Tuesday, October 22, 2019 11:07 AM
**To:** Ullman, Emily <eullman@cov.com>; Celeste Brustowicz <cbrustowicz@clfnola.com>
**Cc:** Scott R. Bickford <srb@mbfirm.com>; Chad Klees <cklees@clfnola.com>; xopioidNAS@arnoldporter.com
**Subject:** RE: NAS fact sheets Clarification Sought

**[EXTERNAL]**
Apologies Emily, apparently you weren't on the distribution list I have. Can you share yours with me so we can update?

Stephen Wussow
Associate Attorney

Cooper Law Firm, L.L.C.
1525 Religious Street
New Orleans, Louisiana 70130
Phone: (504) 399-0009
Fax: (504) 309-6989

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (504) 399-0009 and return the original message to us at bcooper@sch-llc.com.

**From:** Ullman, Emily <eullman@cov.com>
**Sent:** Tuesday, October 22, 2019 9:50 AM

**To:** Celeste Brustowicz <cbrustowicz@clfnola.com>
**Cc:** Scott R. Bickford <srb@mbfirm.com>; Chad Klees <cklees@clfnola.com>; Stephen Wussow <swussow@clfnola.com>; xopioidNAS@arnoldporter.com
**Subject:** RE: NAS fact sheets Clarification Sought

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I have now been forwarded them from others. Please do keep our distribution list copied on correspondence like this – it helps us keep track! Thanks very much.

---

**From:** Ullman, Emily <eullman@cov.com>
**Sent:** Tuesday, October 22, 2019 10:39 AM
**To:** Ullman, Emily <eullman@cov.com>; Celeste Brustowicz <cbrustowicz@clfnola.com>
**Cc:** Scott R. Bickford <srb@mbfirm.com>; Chad Klees <cklees@clfnola.com>; Stephen Wussow <swussow@clfnola.com>; xopioidNAS@arnoldporter.com
**Subject:** RE: NAS fact sheets Clarification Sought

Hi Celeste,

I don't believe we've received anything from you yet. Have you served the fact sheets? Thanks!

Best,

Emily

---

**From:** Ullman, Emily <eullman@cov.com>
**Sent:** Monday, October 21, 2019 3:28 PM
**To:** Celeste Brustowicz <cbrustowicz@clfnola.com>
**Cc:** Scott R. Bickford <srb@mbfirm.com>; Chad Klees <cklees@clfnola.com>; Stephen Wussow <swussow@clfnola.com>; xopioidNAS@arnoldporter.com
**Subject:** RE: NAS fact sheets Clarification Sought

External E-mail

Celeste,

There is an existing and governing protective order in this litigation – CMO 2 – and I believe you have all had to sign onto it already in order to get access to Defendants' documents. (It has provisions about filing and materials being destroyed.) You can designate materials Confidential under that protective order as appropriate. Thanks!

Best,

Emily

---

**From:** Celeste Brustowicz <cbrustowicz@clfnola.com>
**Sent:** Monday, October 21, 2019 3:15 PM
**To:** Ullman, Emily <eullman@cov.com>; Celeste Brustowicz <cbrustowicz@clfnola.com>
**Cc:** Scott R. Bickford <srb@mbfirm.com>; Chad Klees <cklees@clfnola.com>; Stephen Wussow <swussow@clfnola.com>; xopioidNAS@arnoldporter.com
**Subject:** Re: NAS fact sheets Clarification Sought

**[EXTERNAL]**
Emily;

I wish this process allowed for more time. May we please agree to a protective order covering the nas fact sheets.  It is obviously private confidential information.

We propose that if filed in court it will be under seal, anyone who works with these materials is subject to the protective order, and when this is over, yes it will end, to be destroyed or returned.

Celeste


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Ullman, Emily" <eullman@cov.com>
Date: 10/18/19 2:05 PM (GMT-06:00)
To: Celeste Brustowicz <cbrustowicz@clfnola.com>
Cc: "Scott R. Bickford" <srb@mbfirm.com>, Chad Klees <cklees@clfnola.com>, Stephen Wussow <swussow@clfnola.com>, xopioidNAS@arnoldporter.com
Subject: RE: NAS fact sheets Clarification Sought

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Celeste,

For request G, we are willing to limit the substance of the communication to those that are related either (1) to the baby or (2) to the birth mother's use of opioids (whether prescription or illicit).

On F, we are not willing to limit to a representative sample.

Also, we'd appreciate your response on Andy's email of Wednesday regarding other expert reports / CVs (reattached for your reference).  Thanks!

Best,

Emily

**From:** Celeste Brustowicz <cbrustowicz@clfnola.com>
**Sent:** Friday, October 18, 2019 11:08 AM
**To:** Ullman, Emily <eullman@cov.com>
**Cc:** Scott R. Bickford <srb@mbfirm.com>; Chad Klees <cklees@clfnola.com>; Stephen Wussow <swussow@clfnola.com>
**Subject:** NAS fact sheets Clarification Sought

**[EXTERNAL]**
Hello Emily: Hope all is well.

We are working on your fact sheets. Need clarification:

G.	All journals, diaries, notes, letters, or emails written by you, the birth mother or the NAS Plaintiff from the NAS Plaintiff's birth to the present.

Does this mean related to the baby? Otherwise seems irrelevant and burdensome.

As for photographs etc. on Request F- would a representative sampling be okay?

Celeste Brustowicz
Managing Partner

Cooper Law Firm, L.L.C.
1525 Religious Street
New Orleans, Louisiana 70130
Phone: 504.399.0009
Direct: 504.291.1344
Fax: (504) 309-6989

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 504-566-1558 and return the original message to us at bcooper@sch-llc.com.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com