# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Cuyahoga, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 1:17-op-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## PHARMACY DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT AND AMENDMENT BY INTERLINEATION

Defendants CVS, Discount Drug Mart, HBC/Giant Eagle, Rite Aid, Walgreens, and Walmart (the "Pharmacy Defendants") move to dismiss the Third Amended Complaint and the Amendment by Interlineation with prejudice to the extent they purport to state a claim based on the Pharmacy Defendants' dispensing, on the basis that they fail to state a claim upon which relief can be granted for the reasons stated in the accompanying memorandum of law.

The Pharmacy Defendants recognize that the Track One-B Case Management Order provides that "the Court will not receive additional motions to dismiss on *distributing* claims." ECF No. 2940 at 4 (emphasis added).  The order by its terms, however, does not expressly foreclose motions to dismiss on *dispensing* claims, though further communications with the Special Master suggest that they too might not be received.  While the Pharmacy Defendants will answer the Amendments by Interlineation as directed, they nevertheless believe it is important and appropriate to bring to the Court's attention certain particular reasons—completely independent of the Court's rulings on prior motions to dismiss only distribution claims—why Plaintiffs' new dispensing claims fail as a matter of Ohio law and federal pleading standards.  *See* Fed. R. Civ. P.

12(b)(6) ("a party may assert the following defenses by motion," including "failure to state a claim upon which relief can be granted").  The Court's prompt consideration of this motion and dismissal of Plaintiffs' legally deficient dispensing claims will save the parties and the Court enormous resources that would be better directed toward the litigation and resolution of other cases and the claims that are at the core of this vast MDL.

| | |
|---|---|
| Date:  December 23, 2019 | Respectfully submitted, |
| | /s/  Eric R. Delinsky<br>Eric R. Delinsky<br>Alexandra W. Miller<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC  20036<br>Phone: (202) 778-1800<br>Fax : 202-822-8106<br>E-mail: edelinsky@zuckerman.com<br>E-mail: smiller@zuckerman.com<br><br>*Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*<br><br>/s/  Kelly A. Moore (consent)<br>Kelly A. Moore<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Phone: (212) 309-6612<br>Fax: (212) 309-6001<br>E-mail: kelly.moore@morganlewis.com<br><br>Elisa P. McEnroe<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Phone: (215) 963-5917<br>Fax: (215) 963-5001<br>E-mail: elisa.mcenroe@morganlewis.com |

        *Counsel for Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center; Rite Aid of Ohio, Inc.; and Rite Aid Hdqtrs. Corp.*

/s/   Kaspar Stoffelmayr (consent)
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

/s/   Tina M. Tabacchi (consent)
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com
E-mail: tmtabacchi@jonesday.com

*Counsel for Walmart Inc.*

/s/ Timothy D. Johnson (consent)
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
Email: tjohnson@cavitch.com
Email: gobrien@cavitch.com

*Counsel for Discount Drug Mart, Inc.*

3

          <u>/s/ Robert M. Barnes (consent)</u>
          Robert M. Barnes
          Joshua A. Kobrin
          MARCUS & SHAPIRA LLP
          35th Floor, One Oxford Center
          301 Grant Street
          Pittsburgh, PA 15219
          Phone: (412) 471-3490
          Fax: (412) 391-8758
          E-mail: rbarnes@marcus-shapira.com
          E-mail: kobrin@marchus-shapira.com

          *Counsel for Giant Eagle, Inc. and HBC*
          *Service Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, the foregoing document was served via the Court's ECF system to all counsel of record.

/s/  Eric R. Delinsky
Eric R. Delinsky
