**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**RITE AID CORPORATION'S TRACK 1b MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Rite Aid Corporation ("RAC") respectfully moves this Court to dismiss Plaintiffs'[1] claims against RAC for lack of personal jurisdiction. FED. R. CIV. P. 12(b)(2). RAC refers the Court to the attached memorandum in support for a full statement of the bases for this Motion.

---

[1] The Plaintiffs are: the entities listed in paragraph one, footnote one of the Third Amended Complaint and Jury Demand filed by the County of Summit, Ohio, et al. (the "Summit Plaintiffs") on March 21, 2019 (the "Summit Complaint") and the entities listed in paragraph one, footnote one of the Third Amended Complaint filed by the County of Cuyahoga, Ohio, et al. (the "Cuyahoga Plaintiffs") on May 10, 2019 (the "Cuyahoga Complaint"). The Summit Plaintiffs and Cuyahoga Plaintiffs are referred to collectively as "Plaintiffs."

Date: December 23, 2019                               Respectfully submitted,

/s/ *Kelly A. Moore*
Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001

Elisa P. McEnroe, Esq.
elisa.mcenroe@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

*Counsel for Rite Aid Corporation*

## CERTIFICATE OF SERVICE

I certify that the foregoing document and all of its attachments were electronically filed on December 23, 2019 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Kelly A. Moore*
Kelly A. Moore