# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-MD-2804 |
| | Judge Dan Aaron Polster |

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

## CONSENT MOTION TO EXCEED PAGE LIMITATIONS

Pursuant to Local Rule 7.1, NAS Opioid Plaintiffs ("Plaintiffs") respectfully move this Court for leave to file a memorandum in support of Plaintiffs' motion for class certification in excess of 40 pages. Plaintiffs request leave to file a supporting memorandum of no more than 67 pages.

Plaintiffs are requesting leave because the motion for class certification addresses claims contained in two separate complaints, and seeks certification of 4 separate classes. Plaintiffs' counsel has reached out to Special Master David Cohen who has recommended filing this motion and reaching out to Defendants' counsel for consent. Defendants' counsel provided their consent on January 6, 2020 by email. Plaintiffs will consent to allowing Defendants to exceed the page limitations on their response.

Plaintiffs respectfully request that this Court allow Plaintiffs to file a memorandum in support of Plaintiffs' motion for class certification in excess of 40 pages, but no more than 70 pages.

DATED: January 6, 2020

Respectfully submitted,

*/s/ Marc E. Dann*
DANN LAW
Marc E. Dann (0039425)
P.O. Box 6031040
Cleveland, OH 44103
Telephone: 216-373-0539
Facsimile: 216-373-0536
notices@dannlaw.com
*Counsel for NAS Plaintiffs*

*/s/ Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette St.
New Orleans, LA 70130
Telephone: 504-581-9065
srb@mbfirm.com
*Counsel for NAS Plaintiffs*

*/s/ Celeste Brustowicz*
COOPER LAW FIRM, LLC
Celeste Brustowicz *(Pro Hac Vice)*
Barry J. Cooper, Jr. *(Pro Hac Vice)*
Stephen H. Wussow *(Pro Hac Vice)*
Victor Cobb *(Pro Hac Vice)*
1525 Religious St.
New Orleans, LA 70130
Telephone: 504-399-0009
cbrustowicz@sch-llc.com
*Counsel for NAS Plaintiffs*

*/s/ Kevin W. Thompson*
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson *(Pro Hac Vice)*
David R. Barney, Jr. *(Pro Hac Vice)*
2030 Kanawha Blvd.
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
kwthompsonwv@gmail.com
*Counsel for NAS Plaintiffs*

*/s/ Kent Harrison Robbins*
THE LAW OFFICES OF
KENT HARRISON ROBBINS, P.A.
Kent Harrison Robbins *(Pro Hac Vice)*
242 N.E. 27th St.
Miami, FL 33137
Telephone: 305-532-0500
Facsimile: 305-531-0150
khr@khrlawoffices.com
*Counsel for NAS Plaintiffs*

*/s/ Donald Creadore*
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 7th Ave. – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
donald@creadorelawfirm.com
*Counsel for NAS Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on January 6, 2020 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
*Counsel for NAS Plaintiffs*
