# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 17-MD-2804 |
| | Judge Dan Aaron Polster |

*Salmons v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45268;

*Flanagan v. Purdue Pharma L.P., et al.*
MDL Case #1:18-OP-45405

*Doyle v. Purdue Pharma L.P., et al.*
MDL Case No. #1:18-op-46327

*Artz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45459

## CONSENT MOTION TO EXCEED PAGE LIMITATIONS

Pursuant to Local Rule 7.1, NAS Opioid Plaintiffs ("Plaintiffs") respectfully move this Court for leave to file a memorandum in support of Plaintiffs' motion for class certification in excess of 40 pages. Plaintiffs request leave to file a supporting memorandum of no more than 70 pages.

Plaintiffs are requesting leave because the motion for class certification addresses claims contained in two separate complaints, and seeks certification of 4 separate classes. Plaintiffs' counsel has reached out to Special Master David Cohen who has recommended filing this motion and reaching out to Defendants' counsel for consent. Defendants' counsel provided their consent on January 6, 2020 by email. Plaintiffs will consent to allowing Defendants to exceed the page limitations on their response.

Plaintiffs respectfully request that this Court allow Plaintiffs to file a memorandum in support of Plaintiffs' motion for class certification in excess of 40 pages, but no more than 70 pages.

DATED: January 6, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Marc E. Dann<br>DANN LAW<br>Marc E. Dann (0039425)<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>Telephone: 216-373-0539<br>Facsimile: 216-373-0536<br>notices@dannlaw.com<br>*Counsel for NAS Plaintiffs* | /s/ Scott R. Bickford<br>MARTZELL, BICKFORD & CENTOLA<br>Scott R. Bickford (La. 1165)<br>Spencer R. Doody (La. 27795)<br>338 Lafayette St.<br>New Orleans, LA 70130<br>Telephone: 504-581-9065<br>srb@mbfirm.com<br>*Counsel for NAS Plaintiffs* |
| /s/ Celeste Brustowicz<br>COOPER LAW FIRM, LLC<br>Celeste Brustowicz *(Pro Hac Vice)*<br>Barry J. Cooper, Jr. *(Pro Hac Vice)*<br>Stephen H. Wussow *(Pro Hac Vice)*<br>Victor Cobb *(Pro Hac Vice)*<br>1525 Religious St.<br>New Orleans, LA 70130<br>Telephone: 504-399-0009<br>cbrustowicz@sch-llc.com<br>*Counsel for NAS Plaintiffs* | /s/ Kevin W. Thompson<br>THOMPSON BARNEY LAW FIRM<br>Kevin W. Thompson *(Pro Hac Vice)*<br>David R. Barney, Jr. *(Pro Hac Vice)*<br>2030 Kanawha Blvd.<br>East Charleston, WV 25311<br>Telephone: 304-343-4401<br>Facsimile: 304-343-4405<br>kwthompsonwv@gmail.com<br>*Counsel for NAS Plaintiffs* |
| /s/ Kent Harrison Robbins<br>THE LAW OFFICES OF<br>KENT HARRISON ROBBINS, P.A.<br>Kent Harrison Robbins *(Pro Hac Vice)*<br>242 N.E. 27th St.<br>Miami, FL 33137<br>Telephone: 305-532-0500<br>Facsimile: 305-531-0150<br>khr@khrlawoffices.com<br>*Counsel for NAS Plaintiffs* | /s/ Donald Creadore<br>THE CREADORE LAW FIRM, P.C.<br>Donald Creadore (NY Reg. No. 2090702)<br>450 7th Ave. – 1408<br>New York, NY 10123<br>Telephone: 212-355-7200<br>Facsimile: 212-583-0412<br>donald@creadorelawfirm.com<br>*Counsel for NAS Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 6, 2020 with the Clerk of Court and served upon all parties via CM/ECF at the party's registered email address.

/s/ *Marc E. Dann*
Marc E. Dann (0039425)
*Counsel for NAS Plaintiffs*
