# Marc Dann Declaration in Support of Motion for Class Certification

# Exhibit 1

DannLaw Curriculum Vitae

**DannLaw**

DannLaw is a firm dedicated to consumer advocacy and prosecuting consumer protection claims through individual and Class Action claims. DannLaw's 10 attorneys bring an array of talents in areas which affect the day to day lives and finances of regular people. DannLaw assists clients with matters related to their mortgage servicing, consumer debts, student loans, foreclosure, data privacy and credit, disability access and other consumer claims. The firm often finds itself litigating before courts across the country. DannLaw has offices in New Jersey, New York, Cleveland, Columbus and Cincinnati Ohio and frequently join forces to co-counsel cases in cases throughout the country. Our firm is a leader in the prosecution of claims under RESPA, TILA, FDCPA, FCRA, ADA and related state law consumer protection statutes. DannLaw has brought and successfully resolved claims against every major mortgage loan servicer or bank servicer. DannLaw has substantial experience bringing claims as class actions in state and Federal Court, having brought matters against Wells Fargo, Inland Bank, Equifax, Sonic, Whole Foods, Intellos and Ken Jones and Associates.

**Marc E. Dann**

*Areas of Practice:* RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FCRA violations, Privacy Violations, FDCPA violations, TCPA violations, Unfair Acts and Practices Violations, Class Action Litigation, and Bankruptcy Law.

*Education:* Bachelor of Arts, History University of Michigan, 1984; Juris Doctorate Case Western Reserve University School of Law 1987.

*Admissions:* State of Ohio; United States District Court for the Northern District of Ohio; United States District Court for the Southern District of Ohio, Sixth Circuit Court of Appeals in addition to multiple district courts throughout the country.

Marc Dann is the Managing Partner of DannLaw. His practice focuses on representing clients who have been harmed by banks, debt buyers, debt collectors and other financial predators. He has fought for the rights of thousands of consumers and brought class actions lawsuits in both private practice and as Ohio's Attorney General.

As Ohio Attorney General, Marc Dann initiated securities fraud claims against the creators of mortgage-backed securities on behalf of Ohio's public pension funds. He assembled Ohio's Organized Crime Commission to mobilize Mortgage Fraud Task Forces in Ohio's major cities, challenging the standing of mortgage servicers to foreclose in cases where the State of Ohio was a party. Dann also worked with former Ohio Supreme Court Chief Justice Thomas Moyer to organize over 1,200 volunteer lawyers to represent homeowners in foreclosure.

After leaving the Attorney General's Office, Marc Dann began representing Ohio homeowners facing foreclosure pro bono. During this time, he recognized that the issues faced by individual homeowners represented patterns of practice throughout the mortgage servicing industry. In response, he mobilized a team and created The Dann Law Firm in order to fight for the rights of Ohioans.

Since The Dann Law Firm was founded, it has grown to represent clients facing a range of consumers' rights issues. While mortgage litigation practice remains the foundation of The Dann Law Firm, Marc Dann has developed a comprehensive collection of tools designed to help clients stay in their homes and to hold mortgage lenders accountable. He is a recognized national leader in the use of federal mortgage servicing regulations to hold servicers accountable for their actions. Utilizing these tools has lead Marc Dann to teach CLE approved seminars explaining these techniques to other attorneys. These working groups help to elevate the defense of foreclosures

and the prosecution of mortgage servicing and other consumer claims for clients across the nation while allowing attorneys to recognize patterns of practice that affect all citizens.

This collaborative spirit also applies to the communities of which The Dann Law Firm is a part. As a proud member of Midtown Cleveland, Marc Dann and the team members at the firm participate in community events, such as the annual Midtown clean-up. Marc Dann and The Dann Law Firm also support the Cleveland International Film Festival each year.

Dann prioritizes professional organizations as well, as a member of the American Bar Association, the Federal Bar Association, the Cleveland Metropolitan Bar Association, the Ohio State Bar Association, and the National Association of Consumer Bankruptcy Attorneys. He is a member of the Society of Attorneys General Emeritus, the Democratic Attorneys General Association.

Marc Dann is a regular contributor to Attorney at Law Magazine and the Cleveland Metropolitan Bar Association Magazine. His work has also been featured in NACBA's Consumer Bankruptcy Journal and Legal Ink Magazine.

Dann is admitted to practice in the United States Court of Appeals for the Sixth Circuit, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, United States District Court for the Northern District of Illinois, the United States District Court for the Western District of Tennessee and the Ohio Supreme Court. He has pro hac vice admission in Cook County, Illinois, United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, United States District Court for the Northern District of Georgia, United States District Court in Nevada, United States District Court for the Western District of New York, United States District

Court for the Southern District of New York and the United States District Court for the District of New Jersey.

Dann has been appointed Liason Counsel in the In Re: Sonic Data Breach MDL and has been appointed lead coun

**Donna Kolis**

*Areas of Practice:* RESPA and TILA Litigation, Class Action Litigation, Personal Injury Law, Medical Malpractice and Probate Law

*Education*: *Bachelor of Arts,* Virginia Intermont College, Bristol, Virginia; *Juris Doctorate*, Cleveland-Marshall College of Law, Cleveland, Ohio

*Admissions*: State of Ohio, United States District Court for the Northern District of Ohio, United States for the Southern District of Ohio, and the United States District Court for the Northern District of Illinois.

Donna Taylor-Kolis is a senior attorney at DannLaw. With over thirty years of experience as a trial attorney, Attorney Kolis specializes in strategy and devising solutions to maximize recovery for her clients. Attorney Kolis utilizes a comprehensive approach to each and every case from the beginning phases of litigation to the end. With an aptitude for service to her clients, Attorney Kolis provides her undivided time and attention to each and every case that she works on.

For the last eight years Attorney Kolis has devoted her time to various aspects of medical malpractice litigation. She served on a Multi-District Litigation Committee for four product groups that included the coordination of scientists, physicians, pathologists, infectious disease specialists, academics, medical researchers, material engineers, economists and life planners. She has served on steering committees, science/expert committees and discovery committees in numerous Federal Court Multi-District Litigations, including, the "Transvaginal Mesh Litigation"

pending in both New Jersey State Court and the Federal Court in the Southern District of West Virginia.

Attorney Kolis served as the Post Settlement Administrator on MDL 1871 (Avandia); requiring her to meet with Third Party Administrators to ensure liens were taken out on payments and discuss how money would be distributed to parties. Attorney Kolis was also responsible for contacting and directing a select group of twenty lawyers across the country to prepare their plaintiffs on bellwether trials and synthesizing the information into aggregates and plaintiff groups.

Attorney Kolis has an extensive background in science and research. She utilizes a collaborative, proactive approach to all of her cases.

**Emily White**

*Areas of Practice:* Student Loan Law, Employment Discrimination, Disability Rights, RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FDCPA Violations, Unfair Acts and Practices Violations,

*Education*: *Bachelor of Arts,* University of Illinois at Urbana-Champaign, BA in Philosophy; City University of New York School of Law, JD.

*Admissions*: State of Ohio, United States District Court for the Northern District of Ohio, United States for the Southern District of Ohio, Sixth Circuit Court of Appeals, Supreme Court of Pennsylvania (inactive)

After spending nearly a decade as a public interest attorney, Emily White joined DannLaw. She is the Managing Partner of the firm's Columbus, Ohio office and the Director of the firm's Student Loan and Disability Rights Practice Groups.

Before attending law school she served as an AmeriCorps volunteer with Habitat for Humanity NYC. Emily received her law degree from the City University of New York School of Law, where she served on the editorial board of the New York City Law Review. Following law

5

school, she served for two years as a judicial law clerk to the Honorable Sylvia H. Rambo, U.S. District Court Judge for the Middle District of Pennsylvania.

In 2009 she joined the Legal Aid Society of Cleveland, where she represented low-income consumers during the historic recession and foreclosure crisis. While at Legal Aid she authored a chapter of Ohio Consumer Law focused on student loans and helped student loan borrowers resolve defaults and apply for student loan discharges.

In 2013 she joined Disability Rights Ohio as a staff attorney. In that role Emily represented individuals with disabilities in employment and higher education matters and offered advice about issues related to student loans and vocational rehabilitation services.

**Brian D. Flick**

*Areas of Practice:* RESPA and TILA Litigation, Foreclosure Defense, Debt Collection Abuse, FCRA violations, Privacy Violations, FDCPA violations, TCPA violations, Unfair Acts and Practices Violations, Class Action Litigation, and Bankruptcy Law.

*Education:* Bachelor of Arts, Adrian College; Juris Doctorate, Ohio Northern University Pettit College of Law.

*Admissions:* State of Ohio; State of Kentucky; United States District Court for the Northern District of Ohio; United States District Court for the Southern District of Ohio, in addition to multiple district courts throughout the country.

Brian Flick is the Managing Partner of DannLaw's Cincinnati office and is the director of the firm's Bankruptcy Practice Group and non-RESPA Consumer Litigation Practice Group. Brian is a tireless advocate for consumers across Ohio, Kentucky and the United States.

Brian prioritizes professional organizations as well. As an active member of the Cincinnati Bar Association, he serves as president of the CBA's Lawyer Referral Committee as well as sitting on the Unauthorized Practice of Law Committee. Brian is an active member of the National Association of Consumer Advocates as the Chair for the State of Ohio. Brian can also be

found regularly on the listservs for the National Association of Consumer Bankruptcy Attorneys where he is the Sixth Circuit moderator and has been a frequent presenter at NACBA seminars and webinars.

Brian is admitted to practice in the United States Court of Appeals for the Sixth Circuit, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Indiana, the United States District Court for the Southern District of Indiana, the United States District Court for the Eastern District of Kentucky, the United States District Court for the Western District of Kentucky, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Tennessee, the United States District Court for the Western District of Ohio, the Kentucky Supreme Court and the Ohio Supreme Court. He has pro hac vice admission in the United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, United States District Court for the Northern District of Georgia, United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of Kansas, the United States District Court for the Western District of Missouri, the United States District Court for the Central District of California and the United States District Court for the Southern District of California.