# Marc Dann Declaration in Support of Motion for Class Certification

# Exhibit 3



1525 Religious Street
New Orleans, Louisiana 70130
**Telephone:** (504) 399-0009
**Fax:** (504) 309-6989
www.clfnola.com
**Celeste Brustowicz**
Licensed in LA-CA-MS
cbrustowicz@clfnola.com

# Celeste Brustowicz

Cooper Law Firm
1525 Religious Street
New Orleans, LA 70130
January 2020

**Education**: Bachelor of Arts in Political Science, Louisiana State University (1985)
Juris Doctorate, Louisiana State University, Paul M. Herbert School of Law (1985)

**Bar Admissions**: Louisiana      16835 (1985)
California      238686 (2007)
Mississippi     104041 (2011)

**Bar Appointments:** Louisiana Bar Examiner (Torts)

**Significant Litigation**:

Class Actions:

*Adrian Caliste v Harry Cantrell*, United States Court of Appeals for the Fifth Circuit, No. 17-30831 (Civil Rights);

*Aguzin v. Bristol Meyers-Squibb, et al.,* United States Court of Appeals for the Fifth Circuit, No. 03-30377 (Torts/Negligence, Product Liability, Personal Injury);

*Batiste-Swilley v. City of Baton Rouge et al.*, United States District Court, Middle District of Louisiana, No. 3:17-CV-00443 (Civil Rights);

*Cain et al., v New Orleans City et al.,* United States District Court, Eastern District of Louisiana, No. 2:15-CV-04479 (Civil Rights);

*Caliste et al v. Cantrell*, United States District Court, Eastern District of Louisiana, No. 2:17-CV-06197 (Civil Rights);

*Carlisle v. Normand, et al.*, United States District Court, Eastern District of Louisiana, No. 2:16-CV-03767 (Prisoner Rights/Civil Rights);

*Crawford et al. v. Louisiana State et al.*, United States District Court, Eastern District of Louisiana, No. 2:14-CV-01190 (Civil Rights/Employment);

*Imani et al., v. City of Baton Rouge et al.*, United States District Court, Middle District of Louisiana, No. 3:17-CV-00439 (Civil Rights);

*John Kitchin, et al. v Bridgeton Landfill, et al.*, United States Court of Appeals for the Eighth Circuit, No. 19-8010 and *John Kitchin, et al. v. Bridgeton Landfill, et al.*, United States Court of Appeals for the Eighth Circuit, No. 19-2072 (Other Federal Statutes);

*Kitchin et al v. Bridgeton Landfill, LLC*, United States District Court, Eastern District of Missouri, No. 4:18-CV-00672 (Other Federal Statutes);

*Jeff Quon, et al., v. Arch Wireless Inc., et al.*, United States District Court, Central District of California, No. 5:03-CV-00199 (Other Federal Statutes); (Went to US Supreme Court)

*McGlone et al v. Centrus Energy Corp. et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-02196 (Class Action);

*McKesson et al. v City of Baton Rouge et al.*, United States District Court, Middle District of Louisiana, No. 3:16-CV-00520 (Civil Rights);

*Robert Bernhard et al., v. City of Ontario et al.*, United States District Court, Central District of California, No- 5:04-CV-01015 and *Robert Bernhard v. City of Ontario et al.*, United States District Court, Central District of California, No. 2:08-CV-05539 (Civil Rights);

*Smith et al. v. City of Baton Rouge et al.*, United States District Court, Middle District of Louisiana, No. 3:17-CV-00436 (Civil Rights);

*Steward et al. v. Honeywell International, Inc.*, United States District Court, Southern District of Illinois, No. 3:18-CV-01124 (Class Action);

*Taylor Carlisle, et al., v. Newell Normand, et al.*, United States Court of Appeals for the Fifth Circuit, No. 18-30002 (Prisoner Rights, Civil Rights);

*Taylor Carlisle, et al., v. Tracy Mussal, et al.*, United States Court of Appeals for the Fifth Circuit, No. 18-90004 (Appeals);

*Tennart et al., v. Baton Rouge et al.*, United States District Court, Middle District of Louisiana, No. 3:17-CV-00179 (Civil Rights);

*TruSouth Oil LLC v. Burlington Insurance Co. et al.*, United States District Court, Western District of Louisiana, No. 5:11-CV-00493 (Torts/Negligence, Personal Property, Property Damage Product Liability);

*Wager v. Bristol-Myers Squibb, et al.*, United States District Court, Eastern District of Louisiana, No. 2:03-CV-00188 (Torts/Negligence, Personal Property, Property Damage Product Liability);

*Mary Elizabeth Leger, et al., v. John N. Kent, D.D.S. et al.*, Civil District Court of Orleans Parish Louisiana, Division G, No. 1992-20925 (Medical Device);

*Vajas, Judy Lucy v. Medical Center of Louisiana*, Civil District Court of Orleans Parish Louisiana, Division I, No. 2003-13771 (Blood Transfusion);

MDL Litigation:

*Bitetti v. Davol Inc., et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-00232) (Torts/Negligence, Product Liability, Personal Injury);

*Goodale v. Davol, Inc., et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-03414 (Torts/Negligence, Product Liability, Personal Injury);

*Kenny v. Davol, Inc., et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-03417 (Torts/Negligence, Product Liability, Personal Injury);

*Perez v. Davol, Inc. et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-03424 (Torts/Negligence, Product Liability, Personal Injury);

*Putman v. Davol, Inc. et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-03426 (Torts/Negligence, Product Liability, Personal Injury);

*Sturgill v. Davol, Inc. et al.*, United States District Court, Southern District of Ohio, No. 2:19-CV-03428 (Torts/Negligence, Product Liability, Personal Injury);

*In re: Davol, Inc./C.R. Bard, Inc. Polypropylene Hernia Mesh Products Liability Litigation*, United States District Court, Southern District of Ohio, No. 2:18-MD-02846 (Torts/Negligence, Personal Injury, Other Federal Actions);

**Major Environmental Representations**:

*Waste Services of Decatur LLC v. Decatur County, TN v. Waste Industries, LLC*, United States District Court, Western District of Tennessee, No. 1:17-CV-01030 (Other Statutory Actions);

*Michael Dailey, et al., v. Bridgeton Landfill, LLC, et al.*, United States District Court, Eastern District of Missouri, No. 4:17-CV-00024 (Other Statutory Actions);

*Tamia Banks et al., v. Cotter Corporation, et al.,* Twenty-First Judicial Circuit of the State of Missouri, No. 18SL-CC00617-01 (Other Statutory Actions);