# Marc Dann Declaration in Support of Motion for Class Certification

# Exhibit 4

# Scott R. Bickford
**Martzell, Bickford & Centola**
**338 Lafayette St.**
**New Orleans, LA 70130**

504-581-9065                    January 2020                    srb@mbfirm.com

**Education**:     B.A. in Political Science, Tulane University (1978)
                   Juris Doctorate, Tulane Law School (1982).

**Bar Admissions:**

  Louisiana   01165
  Texas       02295200
  Colorado    021496

**Publications:**

"Restricting Lawyers' Solicitation of Victims," **ABA The Brief**, Vol. 25 No. 7, 1995.

**Teaching Appointments:**

Associate Professor Tulane Law School, Lecturer in Law and Co-Director of Trial Advocacy Program (Sept. 2014 to present);

Adjunct Professor of Trial Advocacy, Tulane Law School (2008 to 2014);

**Litigation Appointments**

Chair, Ad Hoc NAS Baby Committee, Purdue Bankruptcy.

NAS Representative and Class Attorney for INSYS Bankruptcy Medical Surveillance Certified Class;

Member Ad Hoc Lawyer Disciplinary Committee, US District Court Eastern District of Louisiana (2014 to present: DWH matters);

MDL Plaintiffs' Steering Committee member, *In Re: Pool Products Distribution Marketing Antitrust Litigation,* United States District Court, Eastern District of Louisiana, C.A. MDL No. 2328, Multi-District Litigation, Section R, Magistrate 2; (Consumer products/ Anti-trust litigation concerning distribution of swimming pool products) (2012 to 2016);

1

MDL Liaison Counsel Plaintiffs' Steering Committee, *In Re: Apple iPhone 3G and 3G-S "MMS' Marketing and Sales Practices Litigation,* United States District Court, Eastern District of Louisiana, C.A. 2:09-md-02116, Multi-District Litigation, Section J, Magistrate 1; (Consumer products litigation against Apple and AT&T) (2009 - 2012);

MDL Lead Trial Counsel, *In Re: Welding Fume Products Liability Litigation*, *Ernesto G. Solis v. Lincoln Electric Company, et al,(*welding fume litigation alleging brain damage to welders) United States District Court, Northern District of Ohio, Eastern Division, C.A. No. 1:04-CV-17363, MDL Docket No. 1535;

Plaintiff Steering Committee, Co-Trial Chair in *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*, United States District Court, Eastern District of Louisiana, C.A. No. 05-4206, Section L, Magistrate 2 (environmental oil spill at Murphy Refinery in St. Bernard Parish, Louisiana, following Katrina);

Court Appointed Receiver, for Louisiana Interests, Inc. (The OZ Bar), *John L. Chisholm, Jr. vs. Doyle G. Yeager, et al*, Civil District Court, New Orleans, LA, C.A. No. 13-6325 (2013-2014);

Court Appointed Special Master, *Billieson, et al. v. City of New Orleans, et al.,* Civil District Court, New Orleans, LA, C.A. No. 94-19231 (class action of hundreds of lead poisoned children) (2013-2016);

Court Appointed Special Master, *Alvendia vs. Alvendia*, (Domestic Dispute/ Distribution of Legal Fees) Civil District Court, New Orleans, LA, C.A No 2006-452; (2010-2011);

Expert witness in re *Sigma Delta, LLC, et al v. Eric R. George, M.D., et al,* (Expert on Attorney Fees) United States District Court, Eastern District of Louisiana, C.A. No. 07-5427, Section "K", Magistrate "I" (2009);

Expert Witness in re AAA Case No. 69 180 00011 01 - *LeBlanc & Waddell, L.L.C. v. F. Gerald Maples and F. Gerald Maples, A Professional Association* - New Orleans, Louisiana c/w AAA Case No. 69 180 00239 01 - *F. Gerald Maples, P.A. - A Professional Law Corp. v. Jules B. LeBlanc, III; J. Burton LeBlanc, IV; Cameron R. Waddell* (2002) (Expert on Attorney Fees);

Court Appointed Liquidator, Ardoin & Tanet (liquidation of a plaintiffs' law firm/fee distribution);

Assistant Bar Examiner, Louisiana State Bar Association, Code I (1990 to Present);

Committee Member, Creditors Committee, Babcock and Wilcox Bankruptcy (2001 to 2008).

**Significant Litigation:**

Lead Trial Counsel, *In Re: Welding Fume Products Liability Litigation*, *Ernesto G. Solis v. Lincoln Electric Company, et al,(*welding fume litigation alleging brain damage to welders) United States

2

District Court, Northern District of Ohio, Eastern Division, C.A. No. 1:04-CV-17363, MDL Docket No. 1535;

Co-Lead Trial Counsel, *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*, United States District Court, Eastern District of Louisiana, C.A. No. 05-4206, Section L, Magistrate 2 (environmental oil spill at Murphy Refinery in St. Bernard Parish, Louisiana, following Katrina);

*USA vs. Edwin Edwards, et al*, United States District Court, Eastern District of Louisiana, C.A. No. 85-078, (criminal representation of Marion Edwards);

*United States of America v. Donald L. Beckner*, (Beckner was indicted former US Attorney) United States District Court, Middle District of Louisiana, C.A. No. 93-0060-1, Section B;

*State of Louisiana vs. Texaco, et al* (Counsel for Sen. Russell Long/ Lawton Family Interests), United States District Court, Middle District of Louisiana, State of Louisiana suit to recover unpaid oil and gas royalties by Texaco. Resulted in over a 2 Billion Dollar settlement. C.A. No. 88-998-A;

Lead Counsel, *Clara Provosty Johnson, et al vs. Ashland Oil, Co., et al.,* 16th JDC for the Parish of St. Mary, State of Louisiana, C.A. No. 89517, Division A (filed March 2, 1992) leading to the decision to exempt mesothelioma from workman compensation coverage and allow tort suits;

Lead Counsel, *Louis "Woody" Jenkins vs. Secretary of State, et al.* (Counsel for Senator-Elect Mary Landrieu) (Election Contest involving Senator-Elect Mary Landrieu) (1996 - 19th JDC Baton Rouge);

Counsel, In re: *United States Senate in the Matter of the Senate Seat from Louisiana*, 105th Congress (1997) (Counsel for Senator-Elect Mary Landrieu);

Lead Trail Counsel, *Dennis Mullins, et al. v. Treasure Chest Casino, LLC,* U. S. Court of Appeals for the Fifth Circuit, Case No. 97-31189 - 186 F.3d 620, 5th Cir.(La.) (Certified Class Action of indoor smoke environmental case for crew members on Treasure Chest Casino);

Lead Trial Counsel, *Roshto v. Transocean*, LLC, United States District Court, Eastern District of Louisiana, C.A. No. 2:10- C.V.-01156 (First filed case from Deepwater Horizon involving the death of a crewman) (2010);

Counsel, *In the Matter of P&E Boat Rentals*, 872 F.2d 642 (1989).

**Major Environmental Representations:**

Oil Spill Task Force, MDL- 2179, Deepwater Horizon Oil Spill (2010 to 2013) took multiple depositions of principal witnesses;

3

Plaquemines Parish, Louisiana  - Lead  Special Appointed Counsel for parish-wide damages arising from Deepwater Horizon Spill (also counsel for the Port of Plaquemines; Plaquemines Parish School Board; the Town of  Grand Isle, Louisiana;  and Cameron Parish Louisiana) (2011 to present) USDC, Eastern District of Louisiana, CA. No. 10-2771;

Lafourche Basin Levee District - Marsh Damage/Land Loss/Oilfield Waste, *Lafourche Basin Levee District v. Texaco*, 17th JDC CA No. 81,858 D (1997);

West Jefferson Levee District - Marsh Damage/Land Loss/Oilfield Waste (1997);

Plaquemines Parish, Louisiana - Special appointed counsel for parish- wide litigation of oil field waste (2002 to present); 24th JDC CA No. 48-080 (A); 24th JDC CA No. 48-614 (A); 24th JDC CA No.53-387;

Lafourche Parish School Board - Marsh Damage/Land Loss/Oilfield Waste (1998);

St. Mary Parish School Board - Marsh Damage/Land Loss/Oilfield Waste (2001);

Vermilion Parish School Board - Oil Royalties Litigation (2005 to Present);

Oil Spill Class Litigation, Lead Class Counsel: *Tinson v. Bass*, USDC , Eastern District of Louisiana, CA. No. 2005-4512; *Barasich v. Shell*, USDC Eastern District of Louisiana, CA No. 2005-4180; *Blanchard vs. Sundown Energy,* CA No. 2005-4198; *Cvitanovich v. Shell Pipeline Co.*, USDA, Eastern District of Louisiana, CA. No. 2008-312.