# Marc Dann Declaration in Support of Motion for Class Certification

# Exhibit 12

VODKA VODKA EARLY BIRD TICKETS ARE ON SALE NOW FOR A VERY LIMITED TIME!

Share 93 | Tweet | Email | Print | Share

### SCENE & HEARD

# Cuyahoga County Announces How It'll Use $23 Million in Opioid Settlement Money on Treatment and Prevention Services

Posted By Vince Grzegorek    Email Us! on Fri, Oct 11, 2019 at 1:11 pm



**Listen to an Audio Version of the Article**
02:48



@TheCityClub

Cuyahoga County Executive Armond Budish yesterday announced how the county will spend $23 million it's received from four settlements in its lawsuit against opioid manufacturers and distributors. The trial against the rest is slated to begin on Oct. 21 with Summit County as co-plaintiff.

Phase One of the Cuyahoga County Opioid Crisis Mitigation Plan, the county said yesterday, will focus on "evidence-based, impactful, sustainable programs with a focus on prevention, treatment and recovery."

The grants so far:

/

SPONSORED CONTENT BY



**PG&E Reaches $13.5 Billion Settlement Deal With Wildfire Victims**

$5.4 million — For the Alcohol, Drug Addiction and Mental Health Services (ADAMHS) Board to create 32 new residential treatment beds and to fund the expansion of the Partial Hospitalization and Intensive Outpatient Program.\

$2 million — For St. Vincent Charity's Rosary Hall for peer recovery efforts and the expansion of their Partial Hospitalization Program (PHP) and Intensive Outpatient Program.

$1.7 million — For MetroHealth's treatment of inmates at the county jail, including care for addiction and mental health issues.

$931,000 — For MetroHealth to create a specific opioid treatment program unit at the jail.

$3 million — For the expansion of the Thrive ED Program across local emergency rooms. "Thrive ED is an innovative program linking individuals in an emergency room that survive an overdose for immediate withdrawal management, treatment and other recovery support services."

$3.5 million — For the Sobriety, Treatment and Recovery Teams (START) Program at the Cuyahoga County Division of Children and Family Services to increase staffing. START works with mothers and newborns who have chemical dependency issues.

$2.5 million — For a newly created diversion program for low-level offenders suffering from substance issues to receive support instead of simply sitting in the county jail as they await court dates.

The county has estimated in court documents that it's already incurred hundreds of millions of dollars in costs dealing with the aftermath of the opioid epidemic — from the coroner's office to foster kids, from treatment to the court system, etc.

How long this money lasts and what more might be coming once the trial is complete are two open questions.

"Due to a handful of corporations that put their desire for profits over the health and well-being of the community, our community is suffering the consequences of this plague," Budish said in a statement. "We are working to recover some resources necessary to pay the costs which we've already incurred and are likely to incur for years to come."

"The settlement funds that we have received allow us to get started in the important work of providing services to help avoid the next wave of casualties," added County Council President Dan Brady.

***Sign up*** *for Scene's weekly newsletters to get the latest on Cleveland news, things to do and places to eat delivered right to your inbox.*

Tags: Opioids, Cuyahoga County, Image

Jump to comments (1)

Share 93   Tweet   Email   Print   Share

## SPEAKING OF OPIOIDS, CUYAHOGA COUNTY


**Cuyahoga County Will Be Part of Giant Eagle's Six-Month Plastic Bag Ban Pilot Project**
Dec 18, 2019


**Fired County Budget Director Lawyers Up, Says She Was Retaliated Against**
Dec 16, 2019


**In Ohio, the Poorer Your Neighborhood, the Shorter Your Life**
Dec 10, 2019

MORE »



**CNN Refuses To Show This Video — Watch NOW Before It's Banned**
Too many Americans got rich too quick, so billionaires want this system banned.

Watch The Video          🔥 655

Promoted Content

« Teens Arrested in Connection with D... |          98-Year-Old Ohio Man Fails to Come... »

Archives | RSS

/

COMMENTS

Showing 1–1 of 1                                              add a comment

> And cha-ching!!! Thief Budish now gets his hands on these millions and hands it all out to all of his government crony administrators with massive salaries at all of these numerous agencies!!!
>
> And, it still will never be enough for this crook, hell insist on more and more ma$$ive tax levies again and again at every election cycle!!!
>
> Time to get Budish out of office and into jail now!!!
>
> report                                8 likes, 6 dislikes    👍 like    👎 dislike

Posted by What a Dump! on 10/11/2019 at 4:56 PM

| Subscribe to this thread: | By Email | With RSS | Showing **1-1** of 1 |

☐ Subscribe to this thread

**Post Comment**

/