# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) ) | **Case No.: 1:17-md-2804-DAP** |
| THIS DOCUMENT RELATES TO ALL CASES ) ) ) | **Judge Dan Aaron Polster** |

## SECOND AMENDED NOTICE OF PROPER WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENT(S)

The purpose of this notice is to replace Kathleen Dallon, who previously was designated as a proper recipient of waiver requests for the corporate entities listed below, pursuant to Paragraph 6.d of the Case Management Order One. Please take notice that the entities listed below, which have been or may be transferred to this MDL, attach proper forms for waiver of service and request that they be directed to Sean Morris (sean.morris@arnoldporter.com) (no change), with a CC: to Marissa Loya (marissa.loya@arnoldporter.com) (new) and Noemi Sanchez (noemi.sanchez@arnoldporter.com) (new).

- Endo Pharmaceuticals Inc.
- Endo Health Solutions Inc.
- Par Pharmaceutical, Inc.
- Par Pharmaceutical Companies, Inc.
- Generics Bidco I, LLC

Dated: January 7, 2020                    Respectfully submitted,

                                               /s/ Sean O. Morris
                                               Sean O. Morris
                                               Arnold & Porter Kaye Scholer LLP
                                               777 South Figueroa Street, 44th Floor
                                               Los Angeles, CA 90017-5844
                                               (213) 243-4000

*Counsel for Endo Pharmaceuticals Inc.; Endo Health Solutions Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; and Generics Bidco I, LLC*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 7th day of January 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

           /s/ Sean O. Morris
           Sean O. Morris