UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  This document relates to:  *MSPA Claims 1, LLC et al v. Purdue Pharma, L.P., et al.*  Case No.: 1:18-op-45057-DAP | MDL 2804  CASE NO.: 1:17-MD-2804  HON. DAN A. POLSTER |

**COURTNEY STIDHAM'S MOTION TO WITHDRAW AS COUNSEL**

The undersigned, Courtney Stidham, co-counsel for the Plaintiffs, hereby moves to withdraw her appearance in this matter. The undersigned is no longer with Pendley, Baudin & Coffin, LLP and no longer represents the Plaintiffs in this matter. Plaintiffs will continue to be represented by Tracy L. Turner and Christopher L. Coffin from Pendley, Baudin & Coffin, LLP.

WHEREFORE, the undersigned respectfully requests that her appearance be withdrawn in this matter.

DATED this <u>10th</u> day of January 2020

Respectfully submitted,

/s/Courtney L. Stidham
Courtney L. Stidham
Alabama Bar No. 8057-N76P
Louisiana Bar No. 37322
175 Wilson Drive
Gadsden, AL 35901
Phone: (256) 338-2460
cstidham@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court, Northern District of Ohio. The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.   <u>*/s/Courtney L. Stidham*</u>