# Exhibit B

## NPO Opt Out Report - Rescinds

| State | City or County Name | Within County | Opt-Out | Recission | Recission Date |
|---|---|---|---|---|---|
| Georgia | Stapleton city | JEFFERSON COUNTY | x | x | 12/16/2019 |
| Illinois | Kendall County | | x | x | 11/19/2019 |
| New Hampshire | Coos County | | x | x | 11/22/2019 |
| New York | Amherst Town | ERIE COUNTY | x | x | 11/22/2019 |
| New York | Cattaraugus County | | x | x | 11/22/2019 |
| New York | Clinton County | | x | x | 11/22/2019 |
| New York | Ithaca city | TOMPKINS COUNTY | x | x | 11/22/2019 |
| New York | Lancaster Town | ERIE COUNTY | x | x | 11/22/2019 |
| New York | Poughkeepsie city | DUTCHESS COUNTY | x | x | 11/22/2019 |
| Oklahoma | Garvin County | | x | x | 11/22/2019 |
| Oklahoma | Seminole County | | x | x | 11/22/2019 |
| Oklahoma | Tulsa County | | x | x | 11/22/2019 |
| Tennessee | Shelby County | | x | x | 11/22/2019 |
| Texas | Angelina County | | x | x | 1/3/2020 |
| Utah | Garfield County | | x | x | 11/22/2019 |
| Utah | Juab County | | x | x | 11/22/2019 |
| Utah | Piute County | | x | x | 11/22/2019 |
| Vermont | Brattleboro Town | WINDHAM COUNTY | x | x | 11/22/2019 |

**TOTAL: 18**