# Exhibit C

# NPO Opt Out Report - Timely Opt Outs

| State | City or County Name | Within County | Opt-Out | Late | Rescind |
|---|---|---|---|---|---|
| Alabama | Attalla city | ETOWAH COUNTY | x | No | No |
| Alabama | Butler town | CHOCTAW COUNTY | x | No | No |
| Alabama | Camp Hill town | TALLAPOOSA COUNTY | x | No | No |
| Alabama | Cedar Bluff town | CHEROKEE COUNTY | x | No | No |
| Alabama | Centre city | CHEROKEE COUNTY | x | No | No |
| Alabama | Dadeville city | TALLAPOOSA COUNTY | x | No | No |
| Alabama | Daphne city | BALDWIN COUNTY | x | No | No |
| Alabama | Fultondale city | JEFFERSON COUNTY | x | No | No |
| Alabama | Garden City town | MULTIPLE COUNTIES | x | No | No |
| Alabama | Graysville city | JEFFERSON COUNTY | x | No | No |
| Alabama | Oakman town | WALKER COUNTY | x | No | No |
| Alabama | Pine Ridge town | DE KALB COUNTY | x | No | No |
| Alabama | South Vinemont town | CULLMAN COUNTY | x | No | No |
| Alaska | Kasaan city | PRINCE OF WALES-HYDER | x | No | No |
| Arizona | Apache County | | x | No | No |
| Arizona | Bullhead City city | MOHAVE COUNTY | x | No | No |
| Arizona | Glendale city | MARICOPA COUNTY | x | No | No |
| Arizona | La Paz County | | x | No | No |
| Arizona | Pinal County | | x | No | No |
| Arizona | Prescott city | YAVAPAI COUNTY | x | No | No |
| Arizona | Surprise city | MARICOPA COUNTY | x | No | No |
| Arkansas | Minturn town | LAWRENCE COUNTY | x | No | No |
| California | Alameda County | | x | No | No |
| California | Anaheim city | ORANGE COUNTY | x | No | No |
| California | Costa Mesa city | ORANGE COUNTY | x | No | No |
| California | El Monte city | LOS ANGELES COUNTY | x | No | No |
| California | Encinitas city | SAN DIEGO COUNTY | x | No | No |
| California | Fullerton city | ORANGE COUNTY | x | No | No |
| California | Kern County | | x | No | No |
| California | La Habra city | ORANGE COUNTY | x | No | No |
| California | La Mesa city | SAN DIEGO COUNTY | x | No | No |
| California | Murrieta city | RIVERSIDE COUNTY | x | No | No |
| California | Oxnard city | VENTURA COUNTY | x | No | No |
| California | Placentia city | ORANGE COUNTY | x | No | No |
| California | San Clemente city | ORANGE COUNTY | x | No | No |
| California | Santa Ana city | ORANGE COUNTY | x | No | No |
| California | Westminster city | ORANGE COUNTY | x | No | No |
| Colorado | Bennett town | MULTIPLE COUNTIES | x | No | No |
| Colorado | Julesburg town | SEDGWICK COUNTY | x | No | No |
| Colorado | Rye town | PUEBLO COUNTY | x | No | No |
| Colorado | Timnath town | LARIMER COUNTY | x | No | No |
| Delaware | Dover city | KENT COUNTY | x | No | No |
| Delaware | Millville town | SUSSEX COUNTY | x | No | No |
| Delaware | Seaford city | SUSSEX COUNTY | x | No | No |
| District of Columbia | WASHINGTON | DISTRICT OF COLUMBIA | x | No | No |
| Florida | Fort White town | COLUMBIA COUNTY | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| | | | | | |
|---|---|---|---|---|---|
| Florida | Mount Dora city | LAKE COUNTY | x | No | No |
| Florida | Palm Beach County | | x | No | No |
| Florida | St. Marks city | WAKULLA COUNTY | x | No | No |
| Georgia | Bogart town | MULTIPLE COUNTIES | x | No | No |
| Georgia | Hawkinsville city | PULASKI COUNTY | x | No | No |
| Georgia | Johns Creek city | FULTON COUNTY | x | No | No |
| Georgia | Lone Oak town | MERIWETHER COUNTY | x | No | No |
| Georgia | Montrose town | LAURENS COUNTY | x | No | No |
| Georgia | Morgan city | CALHOUN COUNTY | x | No | No |
| Georgia | Ray City city | BERRIEN COUNTY | x | No | No |
| Illinois | Anna city | UNION COUNTY | x | No | No |
| Illinois | Bedford Park village | COOK COUNTY | x | No | No |
| Illinois | Benton city | FRANKLIN COUNTY | x | No | No |
| Illinois | Bridgeview village | COOK COUNTY | x | No | No |
| Illinois | Buffalo village | SANGAMON COUNTY | x | No | No |
| Illinois | Burbank city | COOK COUNTY | x | No | No |
| Illinois | Carbondale city | MULTIPLE COUNTIES | x | No | No |
| Illinois | Countryside city | COOK COUNTY | x | No | No |
| Illinois | Creston village | OGLE COUNTY | x | No | No |
| Illinois | Easton village | MASON COUNTY | x | No | No |
| Illinois | Edgewood village | EFFINGHAM COUNTY | x | No | No |
| Illinois | Evergreen Park village | COOK COUNTY | x | No | No |
| Illinois | Fults village | MONROE COUNTY | x | No | No |
| Illinois | Hillview village | GREENE COUNTY | x | No | No |
| Illinois | Hodgkins village | COOK COUNTY | x | No | No |
| Illinois | Lyons Township | COOK COUNTY | x | No | No |
| Illinois | Lyons village | COOK COUNTY | x | No | No |
| Illinois | Modesto village | MACOUPIN COUNTY | x | No | No |
| Illinois | Nebo village | PIKE COUNTY | x | No | No |
| Illinois | Palos Heights city | COOK COUNTY | x | No | No |
| Illinois | Palos Hills city | COOK COUNTY | x | No | No |
| Illinois | Prairie Green Township | IROQUOIS COUNTY | x | No | No |
| Illinois | Sesser city | FRANKLIN COUNTY | x | No | No |
| Illinois | Tazewell County | | x | No | No |
| Indiana | Crane town | MARTIN COUNTY | x | No | No |
| Indiana | Franklin Township | WAYNE COUNTY | x | No | No |
| Indiana | Johnson County | | x | No | No |
| Indiana | Union Township | CLINTON COUNTY | x | No | No |
| Iowa | Bronson city | WOODBURY COUNTY | x | No | No |
| Iowa | Cerro Gordo County | | x | No | No |
| Iowa | Colwell city | FLOYD COUNTY | x | No | No |
| Iowa | Earlham city | MADISON COUNTY | x | No | No |
| Iowa | Elk Horn city | SHELBY COUNTY | x | No | No |
| Iowa | Gruver city | EMMET COUNTY | x | No | No |
| Iowa | Hardy city | HUMBOLDT COUNTY | x | No | No |
| Iowa | Harrison County | | x | No | No |
| Iowa | Logan city | HARRISON COUNTY | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| State | Jurisdiction | County | | | |
|---|---|---|---|---|---|
| Iowa | Marquette city | CLAYTON COUNTY | x | No | No |
| Iowa | Nora Springs city | MULTIPLE COUNTIES | x | No | No |
| Iowa | Quasqueton city | BUCHANAN COUNTY | x | No | No |
| Kansas | Alton city | OSBORNE COUNTY | x | No | No |
| Kansas | Dodge City city | FORD COUNTY | x | No | No |
| Kansas | Ford County | | x | No | No |
| Kansas | Kismet city | SEWARD COUNTY | x | No | No |
| Kansas | Minneola city | CLARK COUNTY | x | No | No |
| Kansas | Number 7 Township | PRATT COUNTY | x | No | No |
| Kansas | Olsburg city | POTTAWATOMIE COUNTY | x | No | No |
| Kansas | Palco city | ROOKS COUNTY | x | No | No |
| Kansas | Roeland Park city | JOHNSON COUNTY | x | No | No |
| Kansas | Shawnee County | | x | No | No |
| Kansas | Topeka city | SHAWNEE COUNTY | x | No | No |
| Kentucky | Mackville city | WASHINGTON COUNTY | x | No | No |
| Kentucky | Smithland city | LIVINGSTON COUNTY | x | No | No |
| Louisiana | Chataignier village | EVANGELINE PARISH | x | No | No |
| Louisiana | Gilbert village | FRANKLIN PARISH | x | No | No |
| Louisiana | Rodessa village | CADDO PARISH | x | No | No |
| Maine | Newburgh Town | PENOBSCOT COUNTY | x | No | No |
| Maine | Penobscot Town | HANCOCK COUNTY | x | No | No |
| Maine | Porter Town | OXFORD COUNTY | x | No | No |
| Maine | Ripley Town | SOMERSET COUNTY | x | No | No |
| Maine | Sweden Town | OXFORD COUNTY | x | No | No |
| Maryland | Baltimore city | | x | No | No |
| Maryland | Carroll County | | x | No | No |
| Maryland | Chevy Chase Section Five village | MONTGOMERY COUNTY | x | No | No |
| Maryland | Cottage City town | PRINCE GEORGES COUNTY | x | No | No |
| Maryland | Forest Heights town | PRINCE GEORGES COUNTY | x | No | No |
| Maryland | Hurlock town | DORCHESTER COUNTY | x | No | No |
| Maryland | Manchester town | CARROLL COUNTY | x | No | No |
| Maryland | North Brentwood town | PRINCE GEORGES COUNTY | x | No | No |
| Maryland | Upper Marlboro town | PRINCE GEORGES COUNTY | x | No | No |
| Massachusetts | Cambridge city | | x | No | No |
| Massachusetts | Canton Town | NORFOLK COUNTY | x | No | No |
| Massachusetts | Chicopee city | | x | No | No |
| Massachusetts | Fitchburg city | | x | No | No |
| Massachusetts | Framingham Town | | x | No | No |
| Massachusetts | Gloucester city | | x | No | No |
| Massachusetts | Haverhill city | | x | No | No |
| Massachusetts | Lynnfield Town | | x | No | No |
| Massachusetts | Medford city | | x | No | No |
| Massachusetts | Natick Town | | x | No | No |
| Massachusetts | Randolph Town | NORFOLK COUNTY | x | No | No |
| Massachusetts | Salem city | | x | No | No |
| Massachusetts | Springfield city | | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| | | | | | |
|---|---|---|---|---|---|
| Massachusetts | Wakefield Town | | x | No | No |
| Massachusetts | Worcester city | | x | No | No |
| Michigan | Amboy Township | HILLSDALE COUNTY | x | No | No |
| Michigan | Bark River Township | DELTA COUNTY | x | No | No |
| Michigan | Hamilton Township | VAN BUREN COUNTY | x | No | No |
| Michigan | Hay Township | GLADWIN COUNTY | x | No | No |
| Michigan | Kalkaska Township | KALKASKA COUNTY | x | No | No |
| Michigan | Lake Township | ROSCOMMON COUNTY | x | No | No |
| Michigan | Omer city | ARENAC COUNTY | x | No | No |
| Michigan | Republic Township | MARQUETTE COUNTY | x | No | No |
| Michigan | Sheridan Township | CALHOUN COUNTY | x | No | No |
| Michigan | Whittemore city | IOSCO COUNTY | x | No | No |
| Minnesota | Badger Township | POLK COUNTY | x | No | No |
| Minnesota | Beaver Township | FILLMORE COUNTY | x | No | No |
| Minnesota | Burtrum city | TODD COUNTY | x | No | No |
| Minnesota | Chanarambie Township | MURRAY COUNTY | x | No | No |
| Minnesota | Clontarf Township | SWIFT COUNTY | x | No | No |
| Minnesota | Cormant Township | BELTRAMI COUNTY | x | No | No |
| Minnesota | Dovray city | MURRAY COUNTY | x | No | No |
| Minnesota | Fairfield Township | SWIFT COUNTY | x | No | No |
| Minnesota | Hamden Township | BECKER COUNTY | x | No | No |
| Minnesota | Hammond city | WABASHA COUNTY | x | No | No |
| Minnesota | Hinckley city | PINE COUNTY | x | No | No |
| Minnesota | Irondale Township | CROW WING COUNTY | x | No | No |
| Minnesota | Ivanhoe city | LINCOLN COUNTY | x | No | No |
| Minnesota | Lammers Township | BELTRAMI COUNTY | x | No | No |
| Minnesota | Lawrence Township | GRANT COUNTY | x | No | No |
| Minnesota | Lodi Township | MOWER COUNTY | x | No | No |
| Minnesota | Long Lake Township | WATONWAN COUNTY | x | No | No |
| Minnesota | Lyra Township | BLUE EARTH COUNTY | x | No | No |
| Minnesota | Marysland Township | SWIFT COUNTY | x | No | No |
| Minnesota | McIntosh city | POLK COUNTY | x | No | No |
| Minnesota | New Dosey Township | PINE COUNTY | x | No | No |
| Minnesota | Ogilvie city | KANABEC COUNTY | x | No | No |
| Minnesota | Pine City Township | PINE COUNTY | x | No | No |
| Minnesota | Prescott Township | FARIBAULT COUNTY | x | No | No |
| Minnesota | Pulaski Township | MORRISON COUNTY | x | No | No |
| Minnesota | Rendsville Township | STEVENS COUNTY | x | No | No |
| Minnesota | Stillwater Township | WASHINGTON COUNTY | x | No | No |
| Minnesota | Sugar Bush Township | BELTRAMI COUNTY | x | No | No |
| Minnesota | Tara Township | SWIFT COUNTY | x | No | No |
| Minnesota | Torning Township | SWIFT COUNTY | x | No | No |
| Minnesota | Two Inlets Township | BECKER COUNTY | x | No | No |
| Minnesota | Vega Township | MARSHALL COUNTY | x | No | No |
| Minnesota | Warrenton Township | MARSHALL COUNTY | x | No | No |
| Minnesota | Winger city | POLK COUNTY | x | No | No |
| Mississippi | Algoma town | PONTOTOC COUNTY | x | No | No |

| | | | | | |
|---|---|---|---|---|---|
| Mississippi | Harrison County | | x | No | No |
| Mississippi | Issaquena County | | x | No | No |
| Missouri | Adair County | | x | No | No |
| Missouri | Barton County | | x | No | No |
| Missouri | Cedar County | | x | No | No |
| Missouri | Clinton County | | x | No | No |
| Missouri | Dade County | | x | No | No |
| Missouri | Henry County | | x | No | No |
| Missouri | Hickory County | | x | No | No |
| Missouri | Lawrence County | | x | No | No |
| Missouri | Lock Springs village | DAVIESS COUNTY | x | No | No |
| Missouri | Maryland Heights city | ST LOUIS COUNTY | x | No | No |
| Missouri | Mcdonald County | | x | No | No |
| Missouri | New Madrid County | | x | No | No |
| Missouri | Pike County | | x | No | No |
| Missouri | Polk County | | x | No | No |
| Missouri | Ralls County | | x | No | No |
| Missouri | Ray County | | x | No | No |
| Missouri | Shelbyville city | SHELBY COUNTY | x | No | No |
| Missouri | St Clair County | | x | No | No |
| Missouri | Utica village | LIVINGSTON COUNTY | x | No | No |
| Missouri | Vernon County | | x | No | No |
| Nebraska | Lewiston village | PAWNEE COUNTY | x | No | No |
| Nebraska | Nenzel village | CHERRY COUNTY | x | No | No |
| Nebraska | Platte County | | x | No | No |
| Nebraska | Wellfleet village | LINCOLN COUNTY | x | No | No |
| Nevada | Carson City | | x | No | No |
| Nevada | Churchill County | | x | No | No |
| Nevada | Clark County | | x | No | No |
| Nevada | Douglas County | | x | No | No |
| Nevada | Ely city | WHITE PINE COUNTY | x | No | No |
| Nevada | Esmeralda County | | x | No | No |
| Nevada | Eureka County | | x | No | No |
| Nevada | Fernley city | LYON COUNTY | x | No | No |
| Nevada | Henderson city | CLARK COUNTY | x | No | No |
| Nevada | Humboldt County | | x | No | No |
| Nevada | Lander County | | x | No | No |
| Nevada | Las Vegas city | CLARK COUNTY | x | No | No |
| Nevada | Lincoln County | | x | No | No |
| Nevada | Lyon County | | x | No | No |
| Nevada | Mineral County | | x | No | No |
| Nevada | North Las Vegas city | CLARK COUNTY | x | No | No |
| Nevada | Pershing County | | x | No | No |
| Nevada | Reno city | WASHOE COUNTY | x | No | No |
| Nevada | Sparks city | WASHOE COUNTY | x | No | No |
| Nevada | Washoe County | | x | No | No |
| Nevada | West Wendover city | ELKO COUNTY | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| | | | | | |
|---|---|---|---|---|---|
| Nevada | White Pine County | | x | No | No |
| New Hampshire | Carroll County | | x | No | No |
| New Hampshire | Cheshire County | | x | No | No |
| New Hampshire | Grafton County | | x | No | No |
| New Hampshire | Rockingham County | | x | No | No |
| New Hampshire | Strafford County | | x | No | No |
| New Hampshire | Sullivan County | | x | No | No |
| New Hampshire | Temple Town | HILLSBOROUGH COUNTY | x | No | No |
| New Hampshire | Windsor Town | HILLSBOROUGH COUNTY | x | No | No |
| New Jersey | Atlantic Highlands borough | MONMOUTH COUNTY | x | No | No |
| New York | Franklin village | DELAWARE COUNTY | x | No | No |
| New York | Greenport village | SUFFOLK COUNTY | x | No | No |
| New York | Islandia village | SUFFOLK COUNTY | x | No | No |
| New York | Lake Grove village | SUFFOLK COUNTY | x | No | No |
| New York | Mamaroneck village | WESTCHESTER COUNTY | x | No | No |
| New York | Poquott village | SUFFOLK COUNTY | x | No | No |
| New York | Saltaire village | SUFFOLK COUNTY | x | No | No |
| New York | Saugerties village | ULSTER COUNTY | x | No | No |
| New York | Schuyler County | | x | No | No |
| New York | West Hampton Dunes village | SUFFOLK COUNTY | x | No | No |
| North Carolina | Louisburg town | FRANKLIN COUNTY | x | No | No |
| North Carolina | Mebane city | MULTIPLE COUNTIES | x | No | No |
| North Carolina | Swansboro town | ONSLOW COUNTY | x | No | No |
| North Carolina | Waxhaw town | UNION COUNTY | x | No | No |
| North Dakota | Riverdale city | MCLEAN COUNTY | x | No | No |
| North Dakota | Wolford city | PIERCE COUNTY | x | No | No |
| Ohio | Blakeslee village | WILLIAMS COUNTY | x | No | No |
| Ohio | Madison County | | x | No | No |
| Ohio | Marietta city | WASHINGTON COUNTY | x | No | No |
| Ohio | Meigs County | | x | No | No |
| Ohio | Monroe Township | LOGAN COUNTY | x | No | No |
| Ohio | Noble County | | x | No | No |
| Ohio | Stryker village | WILLIAMS COUNTY | x | No | No |
| Ohio | Vanlue village | HANCOCK COUNTY | x | No | No |
| Ohio | Washington County | | x | No | No |
| Ohio | West Unity village | WILLIAMS COUNTY | x | No | No |
| Oklahoma | Hillsdale town | GARFIELD COUNTY | x | No | No |
| Oklahoma | Lawton city | COMANCHE COUNTY | x | No | No |
| Oklahoma | Osage County | | x | No | No |
| Oklahoma | Willow town | GREER COUNTY | x | No | No |
| Pennsylvania | Adams County | | x | No | No |
| Pennsylvania | Armstrong County | | x | No | No |
| Pennsylvania | Beaver County | | x | No | No |
| Pennsylvania | Bensalem Township | BUCKS COUNTY | x | No | No |
| Pennsylvania | Bradford County | | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| | | | | | |
|---|---|---|---|---|---|
| Pennsylvania | Cambria County | | x | No | No |
| Pennsylvania | Cameron County | | x | No | No |
| Pennsylvania | Carbon County | | x | No | No |
| Pennsylvania | Clarion County | | x | No | No |
| Pennsylvania | Clearfield County | | x | No | No |
| Pennsylvania | Cogan House Township | LYCOMING COUNTY | x | No | No |
| Pennsylvania | Falls Township | BUCKS COUNTY | x | No | No |
| Pennsylvania | Fayette County | | x | No | No |
| Pennsylvania | Franklin County | | x | No | No |
| Pennsylvania | Greene County | | x | No | No |
| Pennsylvania | Hunker borough | WESTMORELAND COUNTY | x | No | No |
| Pennsylvania | Huntingdon County | | x | No | No |
| Pennsylvania | Lackawanna County | | x | No | No |
| Pennsylvania | Lawrence County | | x | No | No |
| Pennsylvania | Lehigh County | | x | No | No |
| Pennsylvania | Lower Makefield Township | BUCKS COUNTY | x | No | No |
| Pennsylvania | Lycoming County | | x | No | No |
| Pennsylvania | Mcnett Township | LYCOMING COUNTY | x | No | No |
| Pennsylvania | Newtown Township | BUCKS COUNTY | x | No | No |
| Pennsylvania | Norristown borough | MONTGOMERY COUNTY | x | No | No |
| Pennsylvania | Shippen Township | CAMERON COUNTY | x | No | No |
| Pennsylvania | Stevens Township | BRADFORD COUNTY | x | No | No |
| Pennsylvania | Wall borough | ALLEGHENY COUNTY | x | No | No |
| Pennsylvania | Washington County | | x | No | No |
| Pennsylvania | West Norriton Township | MONTGOMERY COUNTY | x | No | No |
| Pennsylvania | Westmoreland County | | x | No | No |
| Puerto Rico | Ceiba | | x | No | No |
| South Carolina | Abbeville County | | x | No | No |
| South Carolina | Aiken County | | x | No | No |
| South Carolina | Allendale County | | x | No | No |
| South Carolina | Anderson County | | x | No | No |
| South Carolina | Bamberg County | | x | No | No |
| South Carolina | Barnwell County | | x | No | No |
| South Carolina | Beaufort County | | x | No | No |
| South Carolina | Briarcliffe Acres town | HORRY COUNTY | x | No | No |
| South Carolina | Calhoun County | | x | No | No |
| South Carolina | Cherokee County | | x | No | No |
| South Carolina | Chesnee city | MULTIPLE COUNTIES | x | No | No |
| South Carolina | Chesterfield County | | x | No | No |
| South Carolina | Colleton County | | x | No | No |
| South Carolina | Cordova town | ORANGEBURG COUNTY | x | No | No |
| South Carolina | Dillon County | | x | No | No |
| South Carolina | Dorchester County | | x | No | No |
| South Carolina | Edgefield County | | x | No | No |
| South Carolina | Fairfield County | | x | No | No |
| South Carolina | Florence County | | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| | | | | | |
|---|---|---|---|---|---|
| South Carolina | Greenville County | | x | No | No |
| South Carolina | Greenwood County | | x | No | No |
| South Carolina | Hampton County | | x | No | No |
| South Carolina | Horry County | | x | No | No |
| South Carolina | Jasper County | | x | No | No |
| South Carolina | Kershaw County | | x | No | No |
| South Carolina | Lancaster County | | x | No | No |
| South Carolina | Laurens County | | x | No | No |
| South Carolina | Lee County | | x | No | No |
| South Carolina | Lexington County | | x | No | No |
| South Carolina | Marion County | | x | No | No |
| South Carolina | Mccormick County | | x | No | No |
| South Carolina | Myrtle Beach city | HORRY COUNTY | x | No | No |
| South Carolina | Newberry County | | x | No | No |
| South Carolina | Oconee County | | x | No | No |
| South Carolina | Orangeburg County | | x | No | No |
| South Carolina | Pickens County | | x | No | No |
| South Carolina | Saluda County | | x | No | No |
| South Carolina | Spartanburg County | | x | No | No |
| South Carolina | Sumter County | | x | No | No |
| South Carolina | Union County | | x | No | No |
| South Dakota | Bonesteel city | GREGORY COUNTY | x | No | No |
| South Dakota | Central City city | LAWRENCE COUNTY | x | No | No |
| South Dakota | Long Lake town | MCPHERSON COUNTY | x | No | No |
| South Dakota | Lynn Township | DAY COUNTY | x | No | No |
| South Dakota | Oelrichs town | FALL RIVER COUNTY | x | No | No |
| Tennessee | Burlison town | TIPTON COUNTY | x | No | No |
| Tennessee | Estill Springs town | FRANKLIN COUNTY | x | No | No |
| Tennessee | Johnson City city | MULTIPLE COUNTIES | x | No | No |
| Texas | Bastrop County | | x | No | No |
| Texas | Bexar County | | x | No | No |
| Texas | Brooks County | | x | No | No |
| Texas | Burleson County | | x | No | No |
| Texas | Caldwell County | | x | No | No |
| Texas | Calhoun County | | x | No | No |
| Texas | Cameron County | | x | No | No |
| Texas | Coldspring city | SAN JACINTO COUNTY | x | No | No |
| Texas | Colorado City city | MITCHELL COUNTY | x | No | No |
| Texas | Dallas County | | x | No | No |
| Texas | East Mountain city | MULTIPLE COUNTIES | x | No | No |
| Texas | El Paso County | | x | No | No |
| Texas | Fannin County | | x | No | No |
| Texas | Galveston County | | x | No | No |
| Texas | Guadalupe County | | x | No | No |
| Texas | Hackberry town | DENTON COUNTY | x | No | No |
| Texas | Harris County | | x | No | No |
| Texas | Harrison County | | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| State | Locality | County | Opt | Col1 | Col2 |
|---|---|---|---|---|---|
| Texas | Hays County | | x | No | No |
| Texas | Hidalgo County | | x | No | No |
| Texas | Houston city | MULTIPLE COUNTIES | x | No | No |
| Texas | Josephine city | MULTIPLE COUNTIES | x | No | No |
| Texas | Kendall County | | x | No | No |
| Texas | Kenedy County | | x | No | No |
| Texas | Leon Valley city | BEXAR COUNTY | x | No | No |
| Texas | Liberty County | | x | No | No |
| Texas | Lometa city | LAMPASAS COUNTY | x | No | No |
| Texas | Lubbock County | | x | No | No |
| Texas | Marietta town | CASS COUNTY | x | No | No |
| Texas | Nueces County | | x | No | No |
| Texas | Reagan County | | x | No | No |
| Texas | San Patricio County | | x | No | No |
| Texas | Sanger city | DENTON COUNTY | x | No | No |
| Texas | Sherman County | | x | No | No |
| Texas | Travis County | | x | No | No |
| Texas | Uvalde County | | x | No | No |
| Texas | Waller County | | x | No | No |
| Texas | Williamson County | | x | No | No |
| Texas | Wilson County | | x | No | No |
| Utah | Davis County | | x | No | No |
| Utah | Grand County | | x | No | No |
| Utah | Iron County | | x | No | No |
| Utah | Milford city | BEAVER COUNTY | x | No | No |
| Utah | Millard County | | x | No | No |
| Utah | San Juan County | | x | No | No |
| Utah | Sanpete County | | x | No | No |
| Utah | Scipio town | MILLARD COUNTY | x | No | No |
| Vermont | Bethel Town | WINDSOR COUNTY | x | No | No |
| Vermont | Jamaica Town | WINDHAM COUNTY | x | No | No |
| Vermont | Kirby Town | CALEDONIA COUNTY | x | No | No |
| Vermont | Peru Town | BENNINGTON COUNTY | x | No | No |
| Vermont | Sutton Town | CALEDONIA COUNTY | x | No | No |
| Vermont | Wallingford Town | RUTLAND COUNTY | x | No | No |
| Virginia | Accomack County | | x | No | No |
| Virginia | Alexandria city | | x | No | No |
| Virginia | Alleghany County | | x | No | No |
| Virginia | Amherst County | | x | No | No |
| Virginia | Arlington County | | x | No | No |
| Virginia | Botetourt County | | x | No | No |
| Virginia | Bristol city | | x | No | No |
| Virginia | Buena Vista city | | x | No | No |
| Virginia | Charlotte County | | x | No | No |
| Virginia | Charlottesville city | | x | No | No |
| Virginia | Chesapeake city | | x | No | No |
| Virginia | Chesterfield County | | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| | | | | | |
|---|---|---|---|---|---|
| Virginia | Colonial Heights city | | x | No | No |
| Virginia | Covington city | | x | No | No |
| Virginia | Culpeper County | | x | No | No |
| Virginia | Cumberland County | | x | No | No |
| Virginia | Dickenson County | | x | No | No |
| Virginia | Dinwiddie County | | x | No | No |
| Virginia | Emporia city | | x | No | No |
| Virginia | Fairfax city | | x | No | No |
| Virginia | Fairfax County | | x | No | No |
| Virginia | Fauquier County | | x | No | No |
| Virginia | Floyd County | | x | No | No |
| Virginia | Franklin County | | x | No | No |
| Virginia | Frederick County | | x | No | No |
| Virginia | Fredericksburg city | | x | No | No |
| Virginia | Galax city | | x | No | No |
| Virginia | Giles County | | x | No | No |
| Virginia | Goochland County | | x | No | No |
| Virginia | Greensville County | | x | No | No |
| Virginia | Halifax County | | x | No | No |
| Virginia | Henrico County | | x | No | No |
| Virginia | Henry County | | x | No | No |
| Virginia | Isle Of Wight County | | x | No | No |
| Virginia | King And Queen County | | x | No | No |
| Virginia | Lee County | | x | No | No |
| Virginia | Lexington city | | x | No | No |
| Virginia | Loudoun County | | x | No | No |
| Virginia | Louisa County | | x | No | No |
| Virginia | Madison County | | x | No | No |
| Virginia | Martinsville city | | x | No | No |
| Virginia | Mecklenburg County | | x | No | No |
| Virginia | Montgomery County | | x | No | No |
| Virginia | Northampton County | | x | No | No |
| Virginia | Northumberland County | | x | No | No |
| Virginia | Norton city | | x | No | No |
| Virginia | Page County | | x | No | No |
| Virginia | Patrick County | | x | No | No |
| Virginia | Pittsylvania County | | x | No | No |
| Virginia | Prince George County | | x | No | No |
| Virginia | Prince William County | | x | No | No |
| Virginia | Radford city | | x | No | No |
| Virginia | Roanoke city | | x | No | No |
| Virginia | Roanoke County | | x | No | No |
| Virginia | Rockbridge County | | x | No | No |
| Virginia | Salem city | | x | No | No |
| Virginia | Shenandoah County | | x | No | No |
| Virginia | Stafford County | | x | No | No |
| Virginia | Washington County | | x | No | No |

## NPO Opt Out Report - Timely Opt Outs

| State | Locality | County | | | | |
|---|---|---|---|---|---|---|
| Virginia | Waynesboro city | | | x | No | No |
| Virginia | Winchester city | | | x | No | No |
| Washington | Klickitat County | | | x | No | No |
| Washington | Lind town | ADAMS COUNTY | | x | No | No |
| Washington | Waitsburg city | WALLA WALLA COUNTY | | x | No | No |
| West Virginia | Addison (Webster Springs) town | WEBSTER COUNTY | | x | No | No |
| West Virginia | Barbour County | | | x | No | No |
| West Virginia | Barboursville village | CABELL COUNTY | | x | No | No |
| West Virginia | Belington town | BARBOUR COUNTY | | x | No | No |
| West Virginia | Brooke County | | | x | No | No |
| West Virginia | Chapmanville town | LOGAN COUNTY | | x | No | No |
| West Virginia | Clay County | | | x | No | No |
| West Virginia | Delbarton town | MINGO COUNTY | | x | No | No |
| West Virginia | Doddridge County | | | x | No | No |
| West Virginia | Elizabeth town | WIRT COUNTY | | x | No | No |
| West Virginia | Gilbert town | MINGO COUNTY | | x | No | No |
| West Virginia | Grafton city | TAYLOR COUNTY | | x | No | No |
| West Virginia | Hamlin town | LINCOLN COUNTY | | x | No | No |
| West Virginia | Hancock County | | | x | No | No |
| West Virginia | Hardy County | | | x | No | No |
| West Virginia | Harrison County | | | x | No | No |
| West Virginia | Harrisville town | RITCHIE COUNTY | | x | No | No |
| West Virginia | Jackson County | | | x | No | No |
| West Virginia | Junior town | BARBOUR COUNTY | | x | No | No |
| West Virginia | Kermit town | MINGO COUNTY | | x | No | No |
| West Virginia | Lewis County | | | x | No | No |
| West Virginia | Lincoln County | | | x | No | No |
| West Virginia | Marion County | | | x | No | No |
| West Virginia | Marshall County | | | x | No | No |
| West Virginia | Mason County | | | x | No | No |
| West Virginia | Matewan town | MINGO COUNTY | | x | No | No |
| West Virginia | Mcdowell County | | | x | No | No |
| West Virginia | Mercer County | | | x | No | No |
| West Virginia | Mingo County | | | x | No | No |
| West Virginia | Monongalia County | | | x | No | No |
| West Virginia | Mullens city | WYOMING COUNTY | | x | No | No |
| West Virginia | Oceana town | WYOMING COUNTY | | x | No | No |
| West Virginia | Ohio County | | | x | No | No |
| West Virginia | Philippi city | BARBOUR COUNTY | | x | No | No |
| West Virginia | Pleasants County | | | x | No | No |
| West Virginia | Point Pleasant city | MASON COUNTY | | x | No | No |
| West Virginia | Preston County | | | x | No | No |
| West Virginia | Randolph County | | | x | No | No |
| West Virginia | Ravenswood city | JACKSON COUNTY | | x | No | No |
| West Virginia | Ripley city | JACKSON COUNTY | | x | No | No |
| West Virginia | Ritchie County | | | x | No | No |

# NPO Opt Out Report - Timely Opt Outs

| State | Locality | County | | | |
|---|---|---|---|---|---|
| West Virginia | Roane County | | x | No | No |
| West Virginia | Sand Fork town | GILMER COUNTY | x | No | No |
| West Virginia | Spencer city | ROANE COUNTY | x | No | No |
| West Virginia | St. Marys city | PLEASANTS COUNTY | x | No | No |
| West Virginia | Taylor County | | x | No | No |
| West Virginia | Tucker County | | x | No | No |
| West Virginia | Tyler County | | x | No | No |
| West Virginia | Upshur County | | x | No | No |
| West Virginia | Webster County | | x | No | No |
| West Virginia | Welch city | MCDOWELL COUNTY | x | No | No |
| West Virginia | West Hamlin town | LINCOLN COUNTY | x | No | No |
| West Virginia | Wetzel County | | x | No | No |
| West Virginia | Williamson city | MINGO COUNTY | x | No | No |
| West Virginia | Williamstown city | WOOD COUNTY | x | No | No |
| West Virginia | Wirt County | | x | No | No |
| West Virginia | Wood County | | x | No | No |
| Wisconsin | Cudahy city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | Ellsworth Town | PIERCE COUNTY | x | No | No |
| Wisconsin | Foster Town | CLARK COUNTY | x | No | No |
| Wisconsin | Franklin city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | Germantown village | WASHINGTON COUNTY | x | No | No |
| Wisconsin | Greenfield city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | Marion Town | JUNEAU COUNTY | x | No | No |
| Wisconsin | Mount Pleasant village | RACINE COUNTY | x | No | No |
| Wisconsin | Murry Town | RUSK COUNTY | x | No | No |
| Wisconsin | Oak Creek city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | Polk County | | x | No | No |
| Wisconsin | Rock Creek Town | DUNN COUNTY | x | No | No |
| Wisconsin | Sherwood Town | CLARK COUNTY | x | No | No |
| Wisconsin | South Milwaukee city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | Sturtevant village | RACINE COUNTY | x | No | No |
| Wisconsin | Sumner Town | BARRON COUNTY | x | No | No |
| Wisconsin | Sun Prairie city | DANE COUNTY | x | No | No |
| Wisconsin | Trimbelle Town | PIERCE COUNTY | x | No | No |
| Wisconsin | Union Grove village | RACINE COUNTY | x | No | No |
| Wisconsin | Wauwatosa city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | West Allis city | MILWAUKEE COUNTY | x | No | No |
| Wisconsin | Yorkville Town | RACINE COUNTY | x | No | No |
| Wyoming | Park County | | x | No | No |
| Wyoming | Uinta County | | x | No | No |

**TOTAL: 551**