# Exhibit D

## NPO Opt Out Report - Late Opt Outs

| State | City or County Name | Within County | Opt-Out | Late | Rescind |
|---|---|---|---|---|---|
| Michigan | Hawes Township | ALCONA COUNTY | x | x | No |
| Michigan | Warner Township | ANTRIM COUNTY | x | x | No |
| Minnesota | Hope Township | LINCOLN COUNTY | x | x | No |
| Minnesota | Sundown Township | REDWOOD COUNTY | x | x | No |
| South Dakota | Plankinton city | AURORA COUNTY | x | x | No |

**TOTAL: 5**