UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | MDL 2804<br><br>Case No.: 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF FILING CORRECTED PROPOSED
RULE 23(c)(1)(B) NEGOTIATION CLASS MEMBERSHIP ORDER**

On January 10, 2020, Negotiation Class Counsel filed a Request for Entry of Proposed Rule 23(c)(1)(B) Negotiation Class Membership Order ECF No. 3073. A Corrected Proposed Rule 23(c)(1)(B) Negotiation Class Membership Order ("Proposed Order") is being filed to correct typographical errors in Paragraphs 4 and 5(b). These Paragraphs inadvertently referred to the filing date of the Request [ECF No. 3073] as January 10, 2010. The Paragraphs have been corrected to refer to January 10, 2020. There have been no other edits to the Proposed Order.

Dated:  January 13, 2020       Respectfully submitted,

                                          By:     /s/ Jayne Conroy
                                                   Jayne Conroy
                                        SIMMONS HANLY CONROY LLC
                                        112 Madison Avenue
                                        New York, NY 10016
                                        Tel: 212-784-6401
                                        Fax:    212-213-5949

                                          By:     /s/ Christopher A. Seeger
                                                   Christopher A. Seeger
                                        SEEGER WEISS LLP
                                        55 Challenger Road 6th Floor
                                        Ridgefield Park, NJ 07660
                                        Tel:    973-639-9100
                                        Fax:    973-639-9393
                                        Email: cseeger@seegerweiss.com

                                        *Co-Lead Negotiation Class Counsel*

J. Gerard Stranch, IV
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel:    615-254-8801
Fax:   615-255-5419
Email: gerards@bsjfirm.com

Zachary Carter
NEW YORK CITY LAW DEPARTMENT
CORPORATION COUNSEL OF THE CITY OF NEW YORK
100 Church Street
New York, NY 1000
Tel:    (212) 345-1000
Email zcarter@law.nyc.gov

Louise Renne
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Tel:    415-848-7200
Fax:   415-848-7230
Email: lrenne@publiclawgroup.com

Mark A. Flessner
CORPORATION COUNSEL
CITY OF CHICAGO
121 North LaSalle Street, Suite 600
Chicago, IL  60602
Tel:    (312) 744-0200

*Class Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 13, 2020, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record.

*s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER