# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br><br>Hon. Dan Aaron Polster |

## DEFENDANTS RITE AID OF MARYLAND, INC., RITE AID HDQTRS. CORP.'S, AND RITE AID OF OHIO, INC'S AMENDED ANSWER TO SUMMIT COUNTY'S THIRD AMENDED COMPLAINT AS AMENDED BY <u>AMENDMENT BY INTERLINEATION</u>

Defendants Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center, Rite Aid Hdqtrs. Corp.'s, and Rite Aid of Ohio, Inc. (collectively "Rite Aid") by and through counsel, hereby provide their amended answer to Plaintiffs the County of Summit, Ohio, *et al*'s ("Plaintiffs") operative Complaint[1] in accordance with the numbered paragraphs thereof.[2] Rite

---

[1] As of this filing, Plaintiffs' operative complaint is the Third Amended Complaint filed on March 21, 2019 and the Amendment by Interlineation filed on November 20, 2019.

[2] Rite Aid files this Answer to comply with the directives of the Court and the Special Master and without prejudice to the Pharmacy Defendants' Motion to Dismiss previously filed at MDL Docket No. 3035 or Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction previously filed at MDL Docket No. 3042. This Answer responds only to the Amendment by Interlineation to the Third Amended Complaint filed in County of Summit, Ohio v. Purdue Pharma L.P., No. 18-OP-45090 (N.D. Ohio) (MDL Docket No. 2943), and does not respond to the Amendment by Interlineation to the Third Amended Complaint filed in County of Cuyahoga, Ohio v. Purdue Pharma L.P., No. 17-OP-45004 (N.D. Ohio) (MDL Docket No. 2944). On December 19, 2018, the Court ordered Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center (and all other defendants in this proceeding at that time) to respond to the Second Amended Corrected Complaint filed by Summit County (MDL Docket No. 1203). On April 25, 2019, Special Master Cohen ruled that Rite Aid of Maryland, Inc. did not have to answer the Third Amended Complaint filed by Summit County as Rite Aid of Maryland, Inc.'s Answer to the Second Amended Corrected Complaint was deemed operative (MDL Docket No. 1576). As of this filing, neither the Court nor Special Master Cohen have ordered any Defendant to answer the Third Amended Complaint filed by Summit County. On December 13, 2019, Special Master Cohen stated in an e-mail correspondence to the parties that the Track 1B Defendants "need only file answers to the Amendments-by-Interlineation." On December 21, 2019, via a subsequent e-mail correspondence to the parties, Special Master Cohen confirmed that "the Answers Defendants are required to file . . . should be responsive only to the paragraphs in the Amendments by Interlineation . . . and not the full Complaints." Consequently, this Answer

Aid incorporates in full its answer to the County of Summit's Second Amended Corrected Complaint filed on January 1, 2019 (MDL Docket No. 1263), including its affirmative defenses.

## **GENERAL DENIAL**

Rite Aid denies all allegations contained in the table of contents, headings, titles, or footnotes of the Complaint.

## **ANSWER TO ALLEGATIONS IN AMENDMENT BY INTERLINEATION**

The allegations in the preambulatory paragraph of Plaintiffs' Amendment by Interlineation are denied. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations. To the extent the allegations in this paragraph are based on information within the ARCOS data, the information speaks for itself and any interpretation or characterization of it is denied.

1.      The allegations of Paragraph No. 1 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 1, and therefore denies the allegations.

2.      The allegations of Paragraph No. 2 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 2, and therefore denies the allegations.

---

responds only to the Amendments by Interlineation as filed by Summit County (MDL Docket No. 2943) and not the remaining allegations set forth in Summit County's Third Amended Complaint.

3.      The allegations of Paragraph No. 3 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 3, and therefore denies the allegations.

4.      Rite Aid admits the allegations contained in Paragraph No. 4 that Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc. is a subsidiary of Rite Aid Corporation, is a Maryland corporation based in Camp Hill, Pennsylvania, and that it distributed prescription opioids in the United States prior to October 2014, including in Ohio and Summit County.  Rite Aid denies that Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc. distributed prescription opioids throughout the United States.   Rite Aid denies all allegations in reference to "Rite Aid Headquarters Corp.," but admits that Rite Aid Hdqtrs. Corp. is a Delaware Corporation with its principal office located in Camp Hill, Pennsylvania.  The remaining allegations in Paragraph No. 4 are denied.

5.      It is admitted that Rite Aid of Ohio, Inc. is an Ohio corporation with its principal place of business in Camp Hill, Pennsylvania that owned and operated retail Rite Aid pharmacies in Ohio, including in Summit County.  It is further admitted that Rite Aid of Ohio, Inc. ordered controlled substances from wholesalers, including Rite Aid of Maryland and Eckerd Corporation. Rite Aid denies the allegation that the non-served entities referenced in Paragraph No. 5 may be referred to as "Rite Aid."  The remaining allegations in Paragraph No. 5 are denied.

6.      Rite Aid denies all allegations in Paragraph No. 6.

7.      The allegations of Paragraph No. 7 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 7, and therefore denies the allegations.

8.      The allegations of Paragraph No. 8 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid only admits that Walgreens acquired certain Rite Aid stores, and denies the remaining allegations of Paragraph No. 8.

9.      The allegations of Paragraph No. 9 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 9, and therefore denies the allegations.

10.      It is admitted only that Plaintiffs refer to Rite Aid as a "National Retail Pharmacy" in its Complaint.  It is denied that Rite Aid is, in fact, a "National Retail Pharmacy."  Insofar as the remaining allegations in Paragraph No. 10 pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them. Rite Aid also denies the allegations in Paragraph No. 10 to the extent they impute the behavior of other defendants to Rite Aid.

1.      The allegations of Paragraph No. 1 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

2.      The allegations of Paragraph No. 2 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

3.      The allegations of Paragraph No. 3 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

4.      The allegations of Paragraph No. 4 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

5.      The allegations of Paragraph No. 5 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

6.      The allegations of Paragraph No. 6 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

7.      The allegations of Paragraph No. 7 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

8.      The allegations of Paragraph No. 8 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

9.      Rite Aid denies all allegations in Paragraph No. 9.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

10.    Rite Aid denies all allegations in Paragraph No. 10.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

11.    Rite Aid denies all allegations in Paragraph No. 11.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

12.    Rite Aid denies all allegations in Paragraph No. 12.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

13.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 13, and therefore denies the allegations.

14.    The allegations of Paragraph No. 14 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 14, and therefore denies the allegations.

15.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 15, and therefore denies the allegations.

16.    Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 16, and therefore denies the allegations.  The quoted language from the National Association of Chain Drug Stores Model Compliance Manual speaks for itself and any interpretations or characterizations by Plaintiffs thereof are denied.

17.     The allegations of Paragraph No. 17 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

18.     Rite Aid denies all allegations in Paragraph No. 18.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

19.     The allegations of Paragraph No. 19 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

20.     Rite Aid denies all allegations in Paragraph No. 20.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

21.     Rite Aid denies all allegations in Paragraph No. 21.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

22.     Rite Aid denies all allegations in Paragraph No. 22.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the allegations.

23.     The allegations of Paragraph No. 23 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

24.     The allegations of Paragraph No. 24 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 24, and therefore denies the allegations.

25.     The allegations of Paragraph No. 25 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 25, and therefore denies the allegations.

26.     The allegations of Paragraph No. 26 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 26, and therefore denies the allegations.

27.     The allegations of Paragraph No. 27 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 27, and therefore denies the allegations.

28.     The allegations of Paragraph No. 28 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 28, and therefore denies the allegations.

29.     The allegations of Paragraph No. 29 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 29, and therefore denies the allegations.

30.     The allegations of Paragraph No. 30 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 30, and therefore denies the allegations.

31.     The allegations of Paragraph No. 31 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 31, and therefore denies the allegations.  To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

32.     The allegations of Paragraph No. 32 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 32, and therefore denies the allegations.

33.     The allegations of Paragraph No. 33 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 33, and therefore denies the allegations.

34.     The allegations of Paragraph No. 34 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 34, and therefore denies the allegations.

35.     The allegations of Paragraph No. 35 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 35, and therefore denies the allegations.

36.     The allegations of Paragraph No. 36 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 36, and therefore denies the allegations.

37.     The allegations of Paragraph No. 37 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 37, and therefore denies the allegations.

38.     The allegations of Paragraph No. 38 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 38, and therefore denies the allegations.

39.     The allegations of Paragraph No. 39 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 39, and therefore denies the allegations.

40.     The allegations of Paragraph No. 40 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 40, and therefore denies the allegations.

41.     The allegations of Paragraph No. 41 are directed to other defendants and therefore no response is required.   To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 41, and therefore denies the allegations.

42.     The allegations of Paragraph No. 42 are directed to other defendants and therefore no response is required.   To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 42, and therefore denies the allegations.

43.     The allegations of Paragraph No. 43 are directed to other defendants and therefore no response is required.   To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 43, and therefore denies the allegations.

44.     The allegations of Paragraph No. 44 are directed to other defendants and therefore no response is required.   To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 44, and therefore denies the allegations.

45.     The allegations of Paragraph No. 45 are directed to other defendants and therefore no response is required.   To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 45, and therefore denies the allegations.

46.     The allegations of Paragraph No. 46 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 46, and therefore denies the allegations.

47.     The allegations of Paragraph No. 47 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 47, and therefore denies the allegations.

48.     The allegations of Paragraph No. 48 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 48, and therefore denies the allegations.

49.     The allegations of Paragraph No. 49 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 49, and therefore denies the allegations.

50.     The allegations of Paragraph No. 50 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 50, and therefore denies the allegations.

51.     The allegations of Paragraph No. 51 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 51, and therefore denies the allegations.

52.     The allegations of Paragraph No. 52 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 52, and therefore denies the allegations.

53.     The allegations of Paragraph No. 53 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 53, and therefore denies the allegations.

54.     The allegations of Paragraph No. 54 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 54, and therefore denies the allegations.

55.     The allegations of Paragraph No. 55 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 55, and therefore denies the allegations.

56.     The allegations of Paragraph No. 56 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 56, and therefore denies the allegations.

57.     The allegations of Paragraph No. 57 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 57, and therefore denies the allegations.

58.     The allegations of Paragraph No. 58 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 58, and therefore denies the allegations.

59.     The allegations of Paragraph No. 59 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 59, and therefore denies the allegations.  To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

60.     The allegations of Paragraph No. 60 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 60, and therefore denies the allegations.

61.     The allegations of Paragraph No. 61 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 61, and therefore denies the allegations.

62.     The allegations of Paragraph No. 62 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 62, and therefore denies the allegations.

63.     The allegations of Paragraph No. 63 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 63, and therefore denies the allegations.

64.     The allegations of Paragraph No. 64 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 64, and therefore denies the allegations.

65.     The allegations of Paragraph No. 65 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 65, and therefore denies the allegations.

66.     The allegations of Paragraph No. 66 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 66, and therefore denies the allegations.

67.     The allegations of Paragraph No. 67 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 67, and therefore denies the allegations.

68.     Rite Aid denies all allegations in Paragraph No. 68.  Paragraph No. 68 attempts to characterize a 2013 Purdue document, which speaks for itself and any interpretation or characterization thereof is denied.  To extent the allegations of Paragraph No. 68 are directed to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 68, and therefore denies the allegations.

69.     Rite Aid denies all allegations in Paragraph No. 69.  To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

70.     Rite Aid denies all allegations in Paragraph No. 70.

71.     Rite Aid denies all allegations in Paragraph No. 71.

72.     Rite Aid denies all allegations in Paragraph No. 72.  To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

73.     Rite Aid denies all allegations in Paragraph No. 73.  To extent the allegations of Paragraph No. 73 are directed to other defendants, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 73, and therefore denies the allegations.

74.     Rite Aid denies all allegations in Paragraph No. 74.

75.     Rite Aid denies all allegations in Paragraph No. 75.

76.     Rite Aid denies all allegations in Paragraph No. 76.  By way of additional answer, the DEA license of a doctor in the County was suspended following a tip provided to law

enforcement by a Rite Aid pharmacist, preventing that doctor from writing prescriptions for opioids more than one year before he was convicted and became publicly notorious as a "pill mill" doctor.

77.     Rite Aid denies all allegations in Paragraph No. 77.  To the extent the allegations in this paragraph are deemed in whole or part to be factual, the referenced agreement speaks for itself, and Plaintiffs' attempt to characterize the terms thereof is denied.

78.     Rite Aid denies all allegations in Paragraph No. 78.  To the extent the allegations in this paragraph are deemed in whole or part to be factual, the referenced settlement speaks for itself, and Plaintiffs' attempt to characterize the terms thereof is denied.

79.     Rite Aid denies all allegations in Paragraph No. 79.  To the extent the allegations in this paragraph are deemed in whole or part to be factual, the referenced settlement and DEA publication speak for itself, and Plaintiffs' attempt to characterize the terms thereof is denied.

80.     The allegations of Paragraph No. 80 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 80, and therefore denies the allegations.

81.     The allegations of Paragraph No. 81 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 81, and therefore denies the allegations.

82.     The allegations of Paragraph No. 82 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 82, and therefore denies the allegations.

83. The allegations of Paragraph No. 83 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 83, and therefore denies the allegations. To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

84. The allegations of Paragraph No. 84 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 84, and therefore denies the allegations.

85. The allegations of Paragraph No. 85 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 85, and therefore denies the allegations.

86. The allegations of Paragraph No. 86 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 86, and therefore denies the allegations.

87. The allegations of Paragraph No. 87 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 87, and therefore denies the allegations.

88.     The allegations of Paragraph No. 88 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 88, and therefore denies the allegations.

89.     The allegations of Paragraph No. 89 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 89, and therefore denies the allegations.

90.     The allegations of Paragraph No. 90 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 90, and therefore denies the allegations.

91.     The allegations of Paragraph No. 91 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 91, and therefore denies the allegations.

92.     The allegations of Paragraph No. 92 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 92, and therefore denies the allegations.

93.     The allegations of Paragraph No. 93 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 93, and therefore denies the allegations.

94.     The allegations of Paragraph No. 94 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 94, and therefore denies the allegations.

95.     The allegations of Paragraph No. 95 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 95, and therefore denies the allegations.

96.     The allegations of Paragraph No. 96 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 96, and therefore denies the allegations.

97.     The allegations of Paragraph No. 97 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 97, and therefore denies the allegations.

98.     The allegations of Paragraph No. 98 are directed to other defendants and therefore no response is required.  To the extent a response is required, Rite Aid lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph No. 98, and therefore denies the allegations.

99. The allegations of Paragraph No. 99 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 99, and therefore denies the allegations.

100. The allegations of Paragraph No. 100 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 100, and therefore denies the allegations.

101. The allegations of Paragraph No. 101 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 101, and therefore denies the allegations.

102. The allegations of Paragraph No. 102 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 102, and therefore denies the allegations. To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

103. The allegations of Paragraph No. 103 are directed to other defendants and therefore no response is required. To the extent a response is required, Rite Aid lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 103, and

therefore denies the allegations.  To the extent the allegations in this paragraph are based on information within the ARCOS data, the information that speaks for itself and any interpretation or characterization of it is denied.

104.    The foregoing paragraphs are incorporated herein as if set forth in their entirety.

105.    The allegations of Paragraph No. 105 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

106.    The allegations of Paragraph No. 106 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

107.    The allegations of Paragraph No. 107 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

108.    The allegations of Paragraph No. 108 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

109.    The allegations of Paragraph No. 109 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

110.    The allegations of Paragraph No. 110 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

111.    The allegations of Paragraph No. 111 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

112.    The allegations of Paragraph No. 112 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

113.    The allegations of Paragraph No. 113 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid

lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

114.    The allegations of Paragraph No. 114 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

115.    The allegations of Paragraph No. 115 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

116.    The allegations of Paragraph No. 116 are conclusions of law to which no response is required.  To the extent a response is required, the referenced statute speaks for itself and Plaintiffs' interpretations or characterizations thereof are denied.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

117.    The allegations of Paragraph No. 117 are conclusions of law to which no response is required.  To the extent a response is required, the referenced statutes and regulations speak for themselves and Plaintiffs' interpretations or characterizations thereof are denied.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

118.    The allegations of Paragraph No. 118 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid

lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

119.    The allegations of Paragraph No. 119 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

120.    Rite Aid is not defined as a Marketing Defendant in the Complaint, and it never manufactured nor marketed opioids.  The allegations of Paragraph No. 120 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

121.    Rite Aid is not defined as a Marketing Defendant in the Complaint, and it never manufactured nor marketed opioids.  The allegations of Paragraph No. 121 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

122.    Rite Aid is not defined as a Marketing Defendant in the Complaint, and it never manufactured nor marketed opioids.  The allegations of Paragraph No. 122 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other

defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

123.    The allegations of Paragraph No. 123 are conclusions of law to which no response is required.  To the extent a response is required, the referenced statute speaks for itself and Plaintiffs' interpretations or characterizations thereof are denied.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.

124.    Rite Aid never manufactured nor marketed opioids.  To the extent Paragraph No. 124 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

125.    Rite Aid never marketed opioids.  To the extent Paragraph No. 125 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

126.    Rite Aid is not defined as a Marketing Defendant in the Complaint, and it never manufactured nor marketed opioids.  To the extent Paragraph No. 126 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

127.    The allegations of Paragraph No. 127 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid

lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

128. Rite Aid is not defined as a Marketing Defendant in the Complaint, and it never manufactured nor marketed opioids. To the extent Paragraph No. 128 is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

129. The allegations of Paragraph No. 129 are conclusions of law to which no response is required. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

130. The allegations of Paragraph No. 130 are conclusions of law to which no response is required. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

131. The allegations of Paragraph No. 131 are conclusions of law to which no response is required. To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations. To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

132.    The allegations of Paragraph No. 132 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

133.    The allegations of Paragraph No. 133 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

134.    The allegations of Paragraph No. 134 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

135.    The allegations of Paragraph No. 135 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

136.    Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph No. 136 and therefore denies them.

137.     The allegations of Paragraph No. 137 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

138.     The allegations of Paragraph No. 138 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

139.     Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations of Paragraph No. 139 and therefore denies them.

140.     The allegations of Paragraph No. 140 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

141.     The allegations of Paragraph No. 141 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

142.    The allegations of Paragraph No. 142 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

143.    The allegations of Paragraph No. 143 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

144.    The allegations of Paragraph No. 144 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

145.    The allegations of Paragraph No. 145 are conclusions of law to which no response is required.  To the extent this paragraph is deemed to contain allegations against Rite Aid, Rite Aid denies such allegations.  To the extent these allegations pertain to other defendants, Rite Aid lacks knowledge and information sufficient to form a belief as to the truth of the allegations and therefore denies them.

## **GENERAL DENIAL**

Rite Aid denies all allegations not specifically admitted in this Answer.

## <u>RESERVATION OF RIGHTS</u>

Rite Aid reserves the right to amend its Answer to the Complaint, and to raise additional defenses as may be discovered during the course of this litigation and its continuing factual investigation.

WHEREFORE, Defendant Rite Aid respectfully requests that the claims alleged in the Complaint be dismissed in its entirety with prejudice, and that Rite Aid be awarded its costs of defense, including reasonable attorneys' fees.

Dated:  January 13, 2020                          Respectfully submitted,


*/s/ Kelly A. Moore*
Kelly A. Moore
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001


Elisa P. McEnroe
elisa.mcenroe@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

*Counsel for Rite Aid of Maryland, Inc., Rite Aid of Ohio, Inc., and Rite Aid Hdqtrs. Corp.*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on January 13, 2020, the foregoing was electronically filed using the Court's

CM/ECF system, and all counsel of record were served by operation of that system.

/s/ *Kelly A. Moore*
Kelly A. Moore