# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) *"All Cases"* ) ) ) ) ) | CASE NO. 1:17-MD-2804  SPECIAL MASTER COHEN  **ORDER REGARDING** **2013-14 ARCOS DATA** |

In an earlier *Order Regarding Redacting and Sealing of Documents*, the undersigned wrote: "Upon issuance of the Sixth Circuit's mandate vacating this Court's Protective Order, there is no longer any question that aggregated ARCOS data cited in any document must be unredacted and unsealed, including the 2013-2014 data." Docket no. 2909 at 4.  The *Order* further stated that "the transactional ARCOS data at issue in this case, which has been kept and produced by the DEA, can no longer remain under seal." *See id.* at 5.

Although strongly implied, this earlier *Order* did not state explicitly that *raw* 2013-2014 ARCOS data could no longer be kept under seal and should also be made publicly available. *But see id.* at 5 ("the transactional ARCOS data at issue in this case, which has been kept and produced by the DEA, can no longer remain under seal.").  The instant Order now makes clear that this is and was the case, and any of the Court's earlier protective orders are amended accordingly.

IT IS SO ORDERED.

/s/ *David R. Cohen*
**DAVID R. COHEN**
**SPECIAL MASTER**

**Dated:** January 14, 2020