# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *Howard County, Maryland v. Teva Pharmaceuticals USA, Inc., et al* ) ) Case No. 1:19-op-46169-DAP ) | **MDL 2804** **CASE NO. 1:17-MD-2804** **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Matthew R. McCarley of Fears Nachawati, PLLC, hereby enters his appearance as counsel of record on behalf of Plaintiff, Howard County, Maryland, in the above-captioned action.

Dated: January 15, 2020                                 Respectfully submitted,

                                                                        */s/ Matthew R. McCarley*
                                                                        Matthew R. McCarley
                                                                        Texas Bar No. 24041426
                                                                        mccarley@fnlawfirm.com
                                                                        FEARS NACHAWATI, PLLC
                                                                        5473 Blair Road
                                                                        Dallas, Texas 75231
                                                                        Tel. (214) 890-0711
                                                                        Fax (214) 890-0712

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 15, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Matthew R. McCarley*
Matthew R. McCarley