# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Track One Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**AMENDED STIPULATED DISMISSAL ORDER** |

## (PROPOSED)
## AMENDED STIPULATED DISMISSAL ORDER

On October 21, 2019, the Court entered an order dismissing with prejudice "Teva, Actavis, and Cephalon" and other Defendants from the Track One Cases and retaining jurisdiction to ensure that the settlement is executed (the "Stipulated Dismissal Order"). (ECF No. 2868.) This Order amends the Stipulated Dismissal Order as follows:

1. All claims brought by Plaintiffs Cuyahoga County and Summit County ("Plaintiffs") against Anda, Inc. are **DISMISSED WITH PREJUDICE**.

2. As defined in the Stipulated Dismissal Order, the phrase "Teva, Actavis, and Cephalon" includes the following entities, and all claims brought by Plaintiffs against the following entities are **DISMISSED WITH PREJUDICE**:

   1. Teva Pharmaceutical Industries Ltd.;

   2. Teva Pharmaceuticals USA, Inc.;

   3. Cephalon, Inc.;

   4. Watson Laboratories, Inc.;

   5. Actavis LLC;

   6. Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.;

**CONFIDENTIAL**
**DRAFT 12/4/2019**

    7. Warner Chilcott Co., LLC;

    8. Actavis South Atlantic LLC;

    9. Actavis Elizabeth LLC;

    10. Actavis Mid Atlantic LLC;

    11. Actavis Totowa LLC;

    12. Actavis Kadian LLC;

    13. Actavis Laboratories UT, Inc. f/k/a Watson Laboratories Inc.-Salt Lake City;

    14. Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc.-Florida; and

**IT IS SO ORDERED.**

                                                                    _____

                                                                    DAN AARON POLSTER
                                                                     UNITED STATES DISTRICT JUDGE