UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Track One Cases* | MDL 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster |

**ORDER AMENDING DISMISSAL ORDER**

WHEREAS, on October 21, 2019, Plaintiffs Cuyahoga County and Summit County and Defendants McKesson, Cardinal Health and AmerisourceBergen notified the Court that they had reached a settlement agreement.

WHEREAS, on October 21, 2019, the Court entered a Stipulated Dismissal Order, Doc. #: 2868, dismissing with prejudice Plaintiffs Cuyahoga County's and Summit County's claims against Defendants McKesson, Cardinal Health and AmerisourceBergen.

WHEREAS, in the Stipulated Dismissal Order, the Court retained jurisdiction to ensure that the settlement agreement is executed.

WHEREAS, on January 16, 2020, the Court was presented with the agreed-upon settlement agreement executed by Plaintiffs Cuyahoga County and Summit County and Defendants McKesson, Cardinal Health and AmerisourceBergen.

IT IS HEREBY ORDERED that the Court finds that the settlement agreement was entered into in good faith.

IT IS FURTHER ORDERED that, except as provided in the first decretal paragraph, the October 21, 2019 Stipulated Dismissal Order remains in full force and effect.

**IT IS SO ORDERED.**

  /s/Dan Aaron Polster 1/17/20
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE