# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-MD-2804 |
| *All Cases* | Judge Dan Aaron Polster |

## AMENDED[1] NOTICE OF FIFTH AMENDED BANKRUPTCY COURT ORDER GRANTING INJUNCTION AGAINST CONTINUATION OF PROCEEDINGS AS TO RELATED PARTIES TO DEBTOR PURDUE PHARMA L.P. AND AFFILIATED DEBTORS

On January 2, 2020, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") issued a preliminary injunction that modified the Bankruptcy Court's previous preliminary injunctions, including the injunction that was attached to the undersigned Related Party Defendants' Notice of Second Amended Bankruptcy Court Order Extending Injunction Against Continuation of Proceedings as to Related Parties to Debtor Purdue Pharma L.P., filed November 8, 2019 in this multi-district action (Doc. # 2915). *See* Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion For A Preliminary Injunction, *In re Purdue Pharma L.P.,* et al., Case No. 19-23649 (RDD), Adv. Pro. No. 19-08289, Doc. # 132 (Bankr. S.D.N.Y. Jan. 2, 2020) (the "**Fifth Amended Injunction**"), a copy of which is attached as **Exhibit 1** hereto.

The Fifth Amended Injunction remains in place through April 8, 2020. *See id.* at 6. Numerous plaintiffs currently in this multi-district proceeding have also agreed to abide by

---

[1] This Notice amends and supersedes the Notice filed earlier today as Doc. 3085.

the terms of the Injunction without the need to have any order entered against them. *See id.* at 5, ¶ (g). Those plaintiffs are further identified in the Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, filed in *In re Purdue Pharma L.P.*, No. 19-23649 (RDD), Doc. # 409, Ex. A (Bankr. S.D.N.Y. Oct. 30, 2019), subject to certain rights to withdraw their consent as set forth in the Fifth Amended Injunction.

Notwithstanding the filing of this notice, the undersigned Related Party Defendants expressly preserve all of their defenses, including, but not limited to, the lack of personal jurisdiction.

Respectfully submitted,

/s/ Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
Ariel A. Brough (Ohio Bar No. 0090712)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com
brough@litohio.com

Attorneys for Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, David Sackler, the Estate of Raymond Sackler, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., Beacon Company, and Richard Sackler and Jonathan Sackler as alleged Trustees of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, and Former Attorneys to Beverly Sackler

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Stuart G. Parsell<br>
Stuart G. Parsell (0063510)

844999