# EXHIBIT A

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | CVS-MDLT1-PRIV000000985 | CVS-MDLT1-PRIV000000985 | |
| | | | | CVS-MDLT1-PRIV000000092 | CVS-MDLT1-PRIV000000092 | |
| | | | | CVS-MDLT1-PRIV000000334 | CVS-MDLT1-PRIV000000334 | |
| | | | | CVS-MDLT1-PRIV000000335 | CVS-MDLT1-PRIV000000335 | |
| | | | | CVS-MDLT1-PRIV000000336 | CVS-MDLT1-PRIV000000336 | |
| | | | | CVS-MDLT1-PRIV000003820 | CVS-MDLT1-PRIV000003820 | |
| | | CVS-MDLT1-000127246 | CVS-MDLT1-000127246 | CVS-MDLT1-PRIV000000164 | CVS-MDLT1-PRIV000000164 | |
| | | | | CVS-MDLT1-PRIV000000791 | CVS-MDLT1-PRIV000000791 | |
| | | | | CVS-MDLT1-PRIV000000753 | CVS-MDLT1-PRIV000000753 | |
| | | | | CVS-MDLT1-PRIV000000771 | CVS-MDLT1-PRIV000000771 | |
| | | | | CVS-MDLT1-PRIV000000756 | CVS-MDLT1-PRIV000000756 | |
| | | | | CVS-MDLT1-PRIV000000761 | CVS-MDLT1-PRIV000000761 | |
| | | | | CVS-MDLT1-PRIV000000150 | CVS-MDLT1-PRIV000000150 | |
| | | | | CVS-MDLT1-PRIV000000095 | CVS-MDLT1-PRIV000000095 | |
| | | CVS-MDLT1-000123196 | CVS-MDLT1-000123196.002 | CVS-MDLT1-PRIV000000692 | CVS-MDLT1-PRIV000000692 | |
| | | CVS-MDLT1-000122151 | CVS-MDLT1-000122151.001 | CVS-MDLT1-PRIV000000114 | CVS-MDLT1-PRIV000000114 | |
| | | | | CVS-MDLT1-PRIV000000291 | CVS-MDLT1-PRIV000000291 | |
| | | | | CVS-MDLT1-PRIV000000776 | CVS-MDLT1-PRIV000000776 | |
| | | | | CVS-MDLT1-PRIV000000142 | CVS-MDLT1-PRIV000000142 | |
| | | | | CVS-MDLT1-PRIV000000143 | CVS-MDLT1-PRIV000000143 | |
| | | | | CVS-MDLT1-PRIV000000987 | CVS-MDLT1-PRIV000000987 | |
| | | | | CVS-MDLT1-PRIV000003763 | CVS-MDLT1-PRIV000003763 | |
| | | | | CVS-MDLT1-PRIV000003765 | CVS-MDLT1-PRIV000003765 | |
| | | CVS-MDLT1-000119940 | CVS-MDLT1-000119940 | CVS-MDLT1-000119940 | CVS-MDLT1-000119940 | |
| | | | | CVS-MDLT1-PRIV000000665 | CVS-MDLT1-PRIV000000665 | |
| | | | | CVS-MDLT1-PRIV000002437 | CVS-MDLT1-PRIV000002437 | |
| | | | | CVS-MDLT1-PRIV000004500 | CVS-MDLT1-PRIV000004500 | |
| | | | | CVS-MDLT1-PRIV000002549 | CVS-MDLT1-PRIV000002549 | |
| | | | | CVS-MDLT1-PRIV000002550 | CVS-MDLT1-PRIV000002550 | |
| | | | | CVS-MDLT1-PRIV000002551 | CVS-MDLT1-PRIV000002551 | |
| | | | | CVS-MDLT1-PRIV000002552 | CVS-MDLT1-PRIV000002552 | |
| | | | | CVS-MDLT1-PRIV000002553 | CVS-MDLT1-PRIV000002553 | |
| | | | | CVS-MDLT1-PRIV000003621 | CVS-MDLT1-PRIV000003621 | |
| | | | | CVS-MDLT1-PRIV000001569 | CVS-MDLT1-PRIV000001569 | |
| | | | | CVS-MDLT1-PRIV000001579 | CVS-MDLT1-PRIV000001579 | |
| | | | | CVS-MDLT1-PRIV000001441 | CVS-MDLT1-PRIV000001441 | |
| | | | | CVS-MDLT1-PRIV000001442 | CVS-MDLT1-PRIV000001442 | |
| | | | | CVS-MDLT1-PRIV000001445 | CVS-MDLT1-PRIV000001445 | |
| | | | | CVS-MDLT1-PRIV000002651 | CVS-MDLT1-PRIV000002651 | |
| | | CVS-MDLT1-000122082 | CVS-MDLT1-000122082.001 | CVS-MDLT1-PRIV000004539 | CVS-MDLT1-PRIV000004539 | |

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | CVS-MDLT1-000122083 | CVS-MDLT1-000122083 | CVS-MDLT1-000122083 | CVS-MDLT1-000122083 | |
| | | CVS-MDLT1-000122084 | CVS-MDLT1-000122084 | CVS-MDLT1-000122084 | CVS-MDLT1-000122084 | |
| | | CVS-MDLT1-000122085 | CVS-MDLT1-000122085.003 | CVS-MDLT1-PRIV000004542 | CVS-MDLT1-PRIV000004542 | |
| | | | | CVS-MDLT1-PRIV000003748 | CVS-MDLT1-PRIV000003748 | |
| | | | | CVS-MDLT1-PRIV000002673 | CVS-MDLT1-PRIV000002673 | |
| | | | | CVS-MDLT1-PRIV000002675 | CVS-MDLT1-PRIV000002675 | |
| | | | | CVS-MDLT1-PRIV000001491 | CVS-MDLT1-PRIV000001491 | |
| | | | | CVS-MDLT1-PRIV000003688 | CVS-MDLT1-PRIV000003688 | |
| | | | | CVS-MDLT1-PRIV000004458 | CVS-MDLT1-PRIV000004458 | |
| | | | | CVS-MDLT1-PRIV000004459 | CVS-MDLT1-PRIV000004459 | |
| | | | | CVS-MDLT1-PRIV000004447 | CVS-MDLT1-PRIV000004447 | |
| | | | | CVS-MDLT1-PRIV000004449 | CVS-MDLT1-PRIV000004449 | |
| | | | | CVS-MDLT1-PRIV000002304 | CVS-MDLT1-PRIV000002304 | |
| | | | | CVS-MDLT1-PRIV000003626 | CVS-MDLT1-PRIV000003626 | |
| | | | | CVS-MDLT1-PRIV000003627 | CVS-MDLT1-PRIV000003627 | |
| | | CVS-MDLT1-000122917 | CVS-MDLT1-000122917 | CVS-MDLT1-PRIV000003625 | CVS-MDLT1-PRIV000003625 | |
| | | | | CVS-MDLT1-PRIV000003738 | CVS-MDLT1-PRIV000003738 | |
| | | | | AGI-CVS-0000113 | AGI-CVS-0000113 | |
| | | | | AGI-CVS-0000055 | AGI-CVS-0000055 | |
| | | | | AGI-CVS-0000057 | AGI-CVS-0000057 | |
| | | | | AGI-CVS-0000059 | AGI-CVS-0000059 | |
| | | | | AGI-CVS-0000061 | AGI-CVS-0000061 | |
| | | | | AGI-CVS-0000065 | AGI-CVS-0000065 | |
| | | | | AGI-CVS-0000149 | AGI-CVS-0000149 | |
| | | | | AGI-CVS-0000151 | AGI-CVS-0000151 | |
| | | | | AGI-CVS-0000155 | AGI-CVS-0000155 | |
| | | | | AGI-CVS-0000156 | AGI-CVS-0000156 | |
| | | | | AGI-CVS-0000322 | AGI-CVS-0000322 | |
| | | | | AGI-CVS-0000323 | AGI-CVS-0000323 | |
| | | | | AGI-CVS-0000159 | AGI-CVS-0000159 | |
| | | | | AGI-CVS-0000160 | AGI-CVS-0000160 | |
| | | | | AGI-CVS-0000161 | AGI-CVS-0000161 | |
| | | | | AGI-CVS-0000163 | AGI-CVS-0000163 | |
| | | | | AGI-CVS-0000073 | AGI-CVS-0000073 | |
| | | | | AGI-CVS-0000075 | AGI-CVS-0000075 | |
| | | | | AGI-CVS-0000183 | AGI-CVS-0000183 | |
| | | | | AGI-CVS-0000184 | AGI-CVS-0000184 | |
| | | | | AGI-CVS-0000185 | AGI-CVS-0000185 | |
| | | | | AGI-CVS-0000187 | AGI-CVS-0000187 | |
| | | | | AGI-CVS-0000190 | AGI-CVS-0000190 | |

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPROEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000191 | AGI-CVS-0000191 | |
| | | | | AGI-CVS-0000195 | AGI-CVS-0000195 | |
| | | | | AGI-CVS-0000205 | AGI-CVS-0000205 | |
| | | | | AGI-CVS-0000206 | AGI-CVS-0000206 | |
| | | | | AGI-CVS-0000212 | AGI-CVS-0000212 | |
| | | | | AGI-CVS-0000213 | AGI-CVS-0000213 | |
| | | | | AGI-CVS-0000216 | AGI-CVS-0000216 | |
| | | | | AGI-CVS-0000226 | AGI-CVS-0000226 | |
| | | | | AGI-CVS-0000228 | AGI-CVS-0000228 | |
| | | | | AGI-CVS-0000231 | AGI-CVS-0000231 | |
| | | | | AGI-CVS-0000232 | AGI-CVS-0000232 | |
| | | | | AGI-CVS-0000239 | AGI-CVS-0000239 | |
| | | | | AGI-CVS-0000262 | AGI-CVS-0000262 | |
| | | | | AGI-CVS-0000265 | AGI-CVS-0000265 | |
| | | | | AGI-CVS-0000345 | AGI-CVS-0000345 | |
| | | | | AGI-CVS-0000346 | AGI-CVS-0000346 | |
| | | | | AGI-CVS-0000368 | AGI-CVS-0000368 | |
| | | | | | | AGIN_0003240 |
| | | | | AGI-CVS-0000376 | AGI-CVS-0000376 | |
| | | | | AGI-CVS-0000378 | AGI-CVS-0000378 | |
| | | | | AGI-CVS-0000089 | AGI-CVS-0000089 | |
| | | | | AGI-CVS-0000391 | AGI-CVS-0000391 | |
| | | | | AGI-CVS-0000392 | AGI-CVS-0000392 | |
| | | | | AGI-CVS-0000393 | AGI-CVS-0000393 | |
| | | | | AGI-CVS-0000395 | AGI-CVS-0000395 | |
| | | | | AGI-CVS-0000399 | AGI-CVS-0000399 | |
| | | | | AGI-CVS-0000403 | AGI-CVS-0000403 | |
| | | | | AGI-CVS-0000297 | AGI-CVS-0000297 | |
| | | | | | | AGIN_0004891 |
| | | | | AGI-CVS-0000300 | AGI-CVS-0000300 | |
| | | | | AGI-CVS-0000304 | AGI-CVS-0000304 | |
| | | | | AGI-CVS-0000309 | AGI-CVS-0000309 | |
| | | | | AGI-CVS-0000310 | AGI-CVS-0000310 | |
| | | | | AGI-CVS-0000314 | AGI-CVS-0000314 | |
| | | | | AGI-CVS-0000317 | AGI-CVS-0000317 | |
| | | | | AGI-CVS-0000320 | AGI-CVS-0000320 | |
| | | | | AGI-CVS-0000340 | AGI-CVS-0000340 | |
| | | | | | | AGIN_0006359 |
| | | | | AGI-CVS-0000413 | AGI-CVS-0000413 | |
| | | | | AGI-CVS-0000414 | AGI-CVS-0000414 | |

Exhibit A

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000415 | AGI-CVS-0000415 | |
| | | | | | | AGIN_0006730 |
| | | | | AGI-CVS-0000430 | AGI-CVS-0000430 | |
| | | | | AGI-CVS-0000437 | AGI-CVS-0000437 | |