# EXHIBIT B

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND |
|---|---|---|---|---|---|
| | | | | CVS-MDLT1-PRIV000000822 | CVS-MDLT1-PRIV000000822 |
| | | | | CVS-MDLT1-PRIV000000835 | CVS-MDLT1-PRIV000000835 |
| | | | | CVS-MDLT1-PRIV000000823 | CVS-MDLT1-PRIV000000823 |
| | | | | CVS-MDLT1-PRIV000000821 | CVS-MDLT1-PRIV000000821 |
| | | CVS-MDLT1-000009270 | CVS-MDLT1-000009270 | CVS-MDLT1-000009270 | CVS-MDLT1-000009270 |
| | | | | CVS-MDLT1-PRIV000000833 | CVS-MDLT1-PRIV000000833 |
| | | | | CVS-MDLT1-PRIV000000834 | CVS-MDLT1-PRIV000000834 |
| | | | | CVS-MDLT1-PRIV000000333 | CVS-MDLT1-PRIV000000333 |
| | | | | CVS-MDLT1-PRIV000000712 | CVS-MDLT1-PRIV000000712 |
| | | | | CVS-MDLT1-PRIV000000785 | CVS-MDLT1-PRIV000000785 |
| | | | | CVS-MDLT1-PRIV000000786 | CVS-MDLT1-PRIV000000786 |
| | | | | CVS-MDLT1-PRIV000000714 | CVS-MDLT1-PRIV000000714 |
| | | | | CVS-MDLT1-PRIV000000085 | CVS-MDLT1-PRIV000000085 |
| | | | | CVS-MDLT1-PRIV000000719 | CVS-MDLT1-PRIV000000719 |
| | | | | CVS-MDLT1-PRIV000000718 | CVS-MDLT1-PRIV000000718 |
| | | | | CVS-MDLT1-PRIV000000945 | CVS-MDLT1-PRIV000000945 |
| | | | | CVS-MDLT1-PRIV000000765 | CVS-MDLT1-PRIV000000765 |
| | | | | CVS-MDLT1-PRIV000000766 | CVS-MDLT1-PRIV000000766 |
| | | | | CVS-MDLT1-PRIV000000755 | CVS-MDLT1-PRIV000000755 |
| | | | | CVS-MDLT1-PRIV000000760 | CVS-MDLT1-PRIV000000760 |
| | | | | CVS-MDLT1-PRIV000000930 | CVS-MDLT1-PRIV000000930 |
| | | | | CVS-MDLT1-PRIV000000289 | CVS-MDLT1-PRIV000000289 |
| | | | | CVS-MDLT1-PRIV000000775 | CVS-MDLT1-PRIV000000775 |
| | | | | CVS-MDLT1-PRIV000000780 | CVS-MDLT1-PRIV000000780 |
| | | | | CVS-MDLT1-PRIV000000087 | CVS-MDLT1-PRIV000000087 |
| | | | | CVS-MDLT1-PRIV000001015 | CVS-MDLT1-PRIV000001015 |
| | | | | CVS-MDLT1-PRIV000002622 | CVS-MDLT1-PRIV000002622 |
| | | | | CVS-MDLT1-PRIV000002623 | CVS-MDLT1-PRIV000002623 |
| | | | | CVS-MDLT1-PRIV000003731 | CVS-MDLT1-PRIV000003731 |
| | | CVS-MDLT1-000055595 | CVS-MDLT1-000055595 | CVS-MDLT1-000055595 | CVS-MDLT1-000055595 |
| | | | | CVS-MDLT1-PRIV000002637 | CVS-MDLT1-PRIV000002637 |
| | | | | CVS-MDLT1-PRIV000004527 | CVS-MDLT1-PRIV000004527 |
| | | | | CVS-MDLT1-PRIV000002668 | CVS-MDLT1-PRIV000002668 |
| | | | | CVS-MDLT1-PRIV000004528 | CVS-MDLT1-PRIV000004528 |
| | | CVS-MDLT1-000112503 | CVS-MDLT1-000112503 | CVS-MDLT1-000112503 | CVS-MDLT1-000112503 |
| | | | | CVS-MDLT1-PRIV000002310 | CVS-MDLT1-PRIV000002310 |
| | | | | CVS-MDLT1-PRIV000002427 | CVS-MDLT1-PRIV000002427 |
| | | | | CVS-MDLT1-PRIV000002436 | CVS-MDLT1-PRIV000002436 |
| | | | | CVS-MDLT1-PRIV000001880 | CVS-MDLT1-PRIV000001880 |
| | | | | CVS-MDLT1-PRIV000002431 | CVS-MDLT1-PRIV000002431 |
| | | | | CVS-MDLT1-PRIV000002312 | CVS-MDLT1-PRIV000002312 |
| | | | | CVS-MDLT1-PRIV000002305 | CVS-MDLT1-PRIV000002305 |
| | | | | CVS-MDLT1-PRIV000002300 | CVS-MDLT1-PRIV000002300 |
| | | | | CVS-MDLT1-PRIV000002197 | CVS-MDLT1-PRIV000002197 |
| | | | | CVS-MDLT1-PRIV000002309 | CVS-MDLT1-PRIV000002309 |
| | | | | CVS-MDLT1-PRIV000002307 | CVS-MDLT1-PRIV000002307 |

Exhibit B

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND |
|---|---|---|---|---|---|
| | | | | CVS-MDLT1-PRIV000002289 | CVS-MDLT1-PRIV000002289 |
| | | | | CVS-MDLT1-PRIV000004366 | CVS-MDLT1-PRIV000004366 |
| | | | | CVS-MDLT1-PRIV000004391 | CVS-MDLT1-PRIV000004391 |
| | | | | CVS-MDLT1-PRIV000002466 | CVS-MDLT1-PRIV000002466 |
| | | | | CVS-MDLT1-PRIV000002460 | CVS-MDLT1-PRIV000002460 |
| | | | | CVS-MDLT1-PRIV000002156 | CVS-MDLT1-PRIV000002156 |
| | | | | CVS-MDLT1-PRIV000004395 | CVS-MDLT1-PRIV000004395 |
| | | | | CVS-MDLT1-PRIV000002298 | CVS-MDLT1-PRIV000002298 |
| | | | | CVS-MDLT1-PRIV000002311 | CVS-MDLT1-PRIV000002311 |
| | | | | CVS-MDLT1-PRIV000003620 | CVS-MDLT1-PRIV000003620 |
| | | | | CVS-MDLT1-PRIV000003618 | CVS-MDLT1-PRIV000003618 |
| | | | | CVS-MDLT1-PRIV000002576 | CVS-MDLT1-PRIV000002576 |
| | | | | CVS-MDLT1-PRIV000002575 | CVS-MDLT1-PRIV000002575 |
| | | | | CVS-MDLT1-PRIV000002574 | CVS-MDLT1-PRIV000002574 |
| | | | | CVS-MDLT1-PRIV000002219 | CVS-MDLT1-PRIV000002219 |
| | | | | CVS-MDLT1-PRIV000003474 | CVS-MDLT1-PRIV000003474 |
| | | | | CVS-MDLT1-PRIV000001577 | CVS-MDLT1-PRIV000001577 |
| | | | | CVS-MDLT1-PRIV000002545 | CVS-MDLT1-PRIV000002545 |
| | | | | CVS-MDLT1-PRIV000002650 | CVS-MDLT1-PRIV000002650 |
| | | CVS-MDLT1-000110015 | CVS-MDLT1-000110015 | CVS-MDLT1-000110015 | CVS-MDLT1-000110015 |
| | | CVS-MDLT1-000113992 | CVS-MDLT1-000113992 | CVS-MDLT1-000113992 | CVS-MDLT1-000113992 |
| | | | | CVS-MDLT1-PRIV000003747 | CVS-MDLT1-PRIV000003747 |
| | | CVS-MDLT1-000114026 | CVS-MDLT1-000114026 | CVS-MDLT1-000114026 | CVS-MDLT1-000114026 |
| | | | | CVS-MDLT1-PRIV000003736 | CVS-MDLT1-PRIV000003736 |
| | | | | CVS-MDLT1-PRIV000002299 | CVS-MDLT1-PRIV000002299 |
| | | | | CVS-MDLT1-PRIV000002297 | CVS-MDLT1-PRIV000002297 |
| | | | | CVS-MDLT1-PRIV000004392 | CVS-MDLT1-PRIV000004392 |
| | | | | CVS-MDLT1-PRIV000002308 | CVS-MDLT1-PRIV000002308 |
| | | | | CVS-MDLT1-PRIV000002301 | CVS-MDLT1-PRIV000002301 |
| | | | | CVS-MDLT1-PRIV000002158 | CVS-MDLT1-PRIV000002158 |
| | | | | CVS-MDLT1-PRIV000003369 | CVS-MDLT1-PRIV000003369 |
| | | | | CVS-MDLT1-PRIV000002183 | CVS-MDLT1-PRIV000002183 |
| | | | | CVS-MDLT1-PRIV000002188 | CVS-MDLT1-PRIV000002188 |
| | | | | CVS-MDLT1-PRIV000002199 | CVS-MDLT1-PRIV000002199 |
| | | | | CVS-MDLT1-PRIV000002302 | CVS-MDLT1-PRIV000002302 |
| | | | | CVS-MDLT1-PRIV000002306 | CVS-MDLT1-PRIV000002306 |
| | | | | CVS-MDLT1-PRIV000004446 | CVS-MDLT1-PRIV000004446 |
| | | | | CVS-MDLT1-PRIV000003619 | CVS-MDLT1-PRIV000003619 |
| | | | | CVS-MDLT1-PRIV000004448 | CVS-MDLT1-PRIV000004448 |
| | | | | CVS-MDLT1-PRIV000002303 | CVS-MDLT1-PRIV000002303 |
| | | | | CVS-MDLT1-PRIV000004396 | CVS-MDLT1-PRIV000004396 |
| | | | | CVS-MDLT1-PRIV000002433 | CVS-MDLT1-PRIV000002433 |
| | | | | CVS-MDLT1-PRIV000002290 | CVS-MDLT1-PRIV000002290 |
| | | | | CVS-MDLT1-PRIV000002439 | CVS-MDLT1-PRIV000002439 |
| | | | | CVS-MDLT1-PRIV000002438 | CVS-MDLT1-PRIV000002438 |
| | | | | CVS-MDLT1-PRIV000002435 | CVS-MDLT1-PRIV000002435 |

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND |
|---|---|---|---|---|---|
| | | | | CVS-MDLT1-PRIV000002184 | CVS-MDLT1-PRIV000002184 |
| | | | | CVS-MDLT1-PRIV000003475 | CVS-MDLT1-PRIV000003475 |
| | | | | CVS-MDLT1-PRIV000003477 | CVS-MDLT1-PRIV000003477 |
| | | | | CVS-MDLT1-PRIV000002181 | CVS-MDLT1-PRIV000002181 |
| | | | | CVS-MDLT1-PRIV000003389 | CVS-MDLT1-PRIV000003389 |
| | | | | CVS-MDLT1-PRIV000003472 | CVS-MDLT1-PRIV000003472 |
| | | | | CVS-MDLT1-PRIV000002160 | CVS-MDLT1-PRIV000002160 |
| | | | | CVS-MDLT1-PRIV000002271 | CVS-MDLT1-PRIV000002271 |
| | | | | CVS-MDLT1-PRIV000003478 | CVS-MDLT1-PRIV000003478 |
| | | | | CVS-MDLT1-PRIV000003476 | CVS-MDLT1-PRIV000003476 |
| | | | | CVS-MDLT1-PRIV000003741 | CVS-MDLT1-PRIV000003741 |
| | | | | CVS-MDLT1-PRIV000003473 | CVS-MDLT1-PRIV000003473 |
| | | | | AGI-CVS-0000017 | AGI-CVS-0000017 |
| | | | | AGI-CVS-0000019 | AGI-CVS-0000019 |
| | | | | AGI-CVS-0000021 | AGI-CVS-0000021 |
| | | | | AGI-CVS-0000026 | AGI-CVS-0000026 |
| | | | | AGI-CVS-0000027 | AGI-CVS-0000027 |
| | | | | AGI-CVS-0000043 | AGI-CVS-0000043 |
| | | | | AGI-CVS-0000112 | AGI-CVS-0000112 |
| | | | | AGI-CVS-0000045 | AGI-CVS-0000045 |
| | | | | AGI-CVS-0000130 | AGI-CVS-0000130 |
| | | | | AGI-CVS-0000051 | AGI-CVS-0000051 |
| | | | | AGI-CVS-0000153 | AGI-CVS-0000153 |
| | | | | AGI-CVS-0000162 | AGI-CVS-0000162 |
| | | | | AGI-CVS-0000188 | AGI-CVS-0000188 |
| | | | | AGI-CVS-0000189 | AGI-CVS-0000189 |
| | | | | AGI-CVS-0000214 | AGI-CVS-0000214 |
| | | | | AGI-CVS-0000217 | AGI-CVS-0000217 |
| | | | | AGI-CVS-0000221 | AGI-CVS-0000221 |
| | | | | AGI-CVS-0000229 | AGI-CVS-0000229 |
| | | | | AGI-CVS-0000233 | AGI-CVS-0000233 |
| | | | | AGI-CVS-0000377 | AGI-CVS-0000377 |
| | | | | AGI-CVS-0000088 | AGI-CVS-0000088 |
| | | | | AGI-CVS-0000394 | AGI-CVS-0000394 |
| | | | | AGI-CVS-0000398 | AGI-CVS-0000398 |
| | | | | AGI-CVS-0000296 | AGI-CVS-0000296 |
| | | | | AGI-CVS-0000298 | AGI-CVS-0000298 |
| | | | | AGI-CVS-0000299 | AGI-CVS-0000299 |
| | | | | AGI-CVS-0000301 | AGI-CVS-0000301 |
| | | | | AGI-CVS-0000303 | AGI-CVS-0000303 |
| | | | | AGI-CVS-0000319 | AGI-CVS-0000319 |
| | | | | AGI-CVS-0000336 | AGI-CVS-0000336 |
| | | | | AGI-CVS-0000337 | AGI-CVS-0000337 |
| | | | | AGI-CVS-0000338 | AGI-CVS-0000338 |