# EXHIBIT C

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | CVS-MDLT1-000103826 | CVS-MDLT1-000103826 | CVS-MDLT1-000103826 | CVS-MDLT1-000103826 | |
| | | CVS-MDLT1-000103827 | CVS-MDLT1-000103827 | CVS-MDLT1-000103827 | CVS-MDLT1-000103827 | |
| | | | | CVS-MDLT1-PRIV000000855 | CVS-MDLT1-PRIV000000855 | |
| | | | | CVS-MDLT1-PRIV000000856 | CVS-MDLT1-PRIV000000856 | |
| | | | | CVS-MDLT1-PRIV000000857 | CVS-MDLT1-PRIV000000857 | |
| | | | | CVS-MDLT1-PRIV000000858 | CVS-MDLT1-PRIV000000858 | |
| | | | | CVS-MDLT1-PRIV000000090 | CVS-MDLT1-PRIV000000090 | |
| | | | | CVS-MDLT1-PRIV000000091 | CVS-MDLT1-PRIV000000091 | |
| | | CVS-MDLT1-000009269 | CVS-MDLT1-000009269 | CVS-MDLT1-000009269 | CVS-MDLT1-000009269 | |
| | | | | CVS-MDLT1-PRIV000003821 | CVS-MDLT1-PRIV000003821 | |
| | | CVS-MDLT1-000127244 | CVS-MDLT1-000127244 | CVS-MDLT1-PRIV000000162 | CVS-MDLT1-PRIV000000162 | |
| | | CVS-MDLT1-000127245 | CVS-MDLT1-000127245 | CVS-MDLT1-PRIV000000163 | CVS-MDLT1-PRIV000000163 | |
| | | | | CVS-MDLT1-PRIV000000713 | CVS-MDLT1-PRIV000000713 | |
| | | | | CVS-MDLT1-PRIV000000788 | CVS-MDLT1-PRIV000000788 | |
| | | | | CVS-MDLT1-PRIV000000789 | CVS-MDLT1-PRIV000000789 | |
| | | | | CVS-MDLT1-PRIV000000790 | CVS-MDLT1-PRIV000000790 | |
| | | | | CVS-MDLT1-PRIV000000793 | CVS-MDLT1-PRIV000000793 | |
| | | | | CVS-MDLT1-PRIV000000794 | CVS-MDLT1-PRIV000000794 | |
| | | | | CVS-MDLT1-PRIV000000715 | CVS-MDLT1-PRIV000000715 | |
| | | | | CVS-MDLT1-PRIV000000086 | CVS-MDLT1-PRIV000000086 | |
| | | | | CVS-MDLT1-PRIV000000946 | CVS-MDLT1-PRIV000000946 | |
| | | | | CVS-MDLT1-PRIV000000754 | CVS-MDLT1-PRIV000000754 | |
| | | | | CVS-MDLT1-PRIV000001101 | CVS-MDLT1-PRIV000001101 | |
| | | | | CVS-MDLT1-PRIV000001102 | CVS-MDLT1-PRIV000001102 | |
| | | | | CVS-MDLT1-PRIV000000816 | CVS-MDLT1-PRIV000000816 | |
| | | | | CVS-MDLT1-PRIV000000187 | CVS-MDLT1-PRIV000000187 | |
| | | | | CVS-MDLT1-PRIV000000184 | CVS-MDLT1-PRIV000000184 | |
| | | | | CVS-MDLT1-PRIV000000799 | CVS-MDLT1-PRIV000000799 | |
| | | | | CVS-MDLT1-PRIV000000132 | CVS-MDLT1-PRIV000000132 | |
| | | | | CVS-MDLT1-PRIV000000133 | CVS-MDLT1-PRIV000000133 | |
| | | | | CVS-MDLT1-PRIV000000183 | CVS-MDLT1-PRIV000000183 | |
| | | | | CVS-MDLT1-PRIV000000144 | CVS-MDLT1-PRIV000000144 | |
| | | | | CVS-MDLT1-PRIV000000798 | CVS-MDLT1-PRIV000000798 | |
| | | | | CVS-MDLT1-PRIV000000768 | CVS-MDLT1-PRIV000000768 | |
| | | | | CVS-MDLT1-PRIV000000769 | CVS-MDLT1-PRIV000000769 | |
| | | | | CVS-MDLT1-PRIV000000770 | CVS-MDLT1-PRIV000000770 | |
| | | | | CVS-MDLT1-PRIV000000773 | CVS-MDLT1-PRIV000000773 | |
| | | | | CVS-MDLT1-PRIV000000774 | CVS-MDLT1-PRIV000000774 | |
| | | | | CVS-MDLT1-PRIV000000758 | CVS-MDLT1-PRIV000000758 | |
| | | | | CVS-MDLT1-PRIV000000759 | CVS-MDLT1-PRIV000000759 | |
| | | | | CVS-MDLT1-PRIV000000763 | CVS-MDLT1-PRIV000000763 | |
| | | | | CVS-MDLT1-PRIV000000764 | CVS-MDLT1-PRIV000000764 | |
| | | | | CVS-MDLT1-PRIV000000148 | CVS-MDLT1-PRIV000000148 | |
| | | | | CVS-MDLT1-PRIV000000149 | CVS-MDLT1-PRIV000000149 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | | | CTRL-E0000376259.0003 |
| | | | | CVS-MDLT1-PRIV000000734 | CVS-MDLT1-PRIV000000734 | |
| | | | | CVS-MDLT1-PRIV000000735 | CVS-MDLT1-PRIV000000735 | |
| | | | | CVS-MDLT1-PRIV000000093 | CVS-MDLT1-PRIV000000093 | |
| | | | | CVS-MDLT1-PRIV000000094 | CVS-MDLT1-PRIV000000094 | |
| | | CVS-MDLT1-000123197 | CVS-MDLT1-000123197 | CVS-MDLT1-PRIV000000693 | CVS-MDLT1-PRIV000000693 | |
| | | CVS-MDLT1-000123198 | CVS-MDLT1-000123198 | CVS-MDLT1-PRIV000000694 | CVS-MDLT1-PRIV000000694 | |
| | | CVS-MDLT1-000127365 | CVS-MDLT1-000127365 | CVS-MDLT1-PRIV000000809 | CVS-MDLT1-PRIV000000809 | |
| | | | | CVS-MDLT1-PRIV000000290 | CVS-MDLT1-PRIV000000290 | |
| | | | | | | CTRL-E0000387787.0003 |
| | | | | CVS-MDLT1-PRIV000000778 | CVS-MDLT1-PRIV000000778 | |
| | | | | CVS-MDLT1-PRIV000000779 | CVS-MDLT1-PRIV000000779 | |
| | | | | CVS-MDLT1-PRIV000000782 | CVS-MDLT1-PRIV000000782 | |
| | | | | CVS-MDLT1-PRIV000000783 | CVS-MDLT1-PRIV000000783 | |
| | | | | CVS-MDLT1-PRIV000000784 | CVS-MDLT1-PRIV000000784 | |
| | | | | CVS-MDLT1-PRIV000000141 | CVS-MDLT1-PRIV000000141 | |
| | | | | | | CTRL-E0000394573.0002 |
| | | CVS-MDLT1-000127400 | CVS-MDLT1-000127400 | CVS-MDLT1-PRIV000000205 | CVS-MDLT1-PRIV000000205 | |
| | | CVS-MDLT1-000127408 | CVS-MDLT1-000127408 | CVS-MDLT1-PRIV000000200 | CVS-MDLT1-PRIV000000200 | |
| | | | | CVS-MDLT1-PRIV000000088 | CVS-MDLT1-PRIV000000088 | |
| | | | | CVS-MDLT1-PRIV000001016 | CVS-MDLT1-PRIV000001016 | |
| | | | | CVS-MDLT1-PRIV000001017 | CVS-MDLT1-PRIV000001017 | |
| | | | | CVS-MDLT1-PRIV000001018 | CVS-MDLT1-PRIV000001018 | |
| | | | | CVS-MDLT1-PRIV000000214 | CVS-MDLT1-PRIV000000214 | |
| | | | | CVS-MDLT1-PRIV000000215 | CVS-MDLT1-PRIV000000215 | |
| | | | | CVS-MDLT1-PRIV000000195 | CVS-MDLT1-PRIV000000195 | |
| | | | | CVS-MDLT1-PRIV000000196 | CVS-MDLT1-PRIV000000196 | |
| | | | | CVS-MDLT1-PRIV000000216 | CVS-MDLT1-PRIV000000216 | |
| | | | | CVS-MDLT1-PRIV000000217 | CVS-MDLT1-PRIV000000217 | |
| | | | | CVS-MDLT1-PRIV000003761 | CVS-MDLT1-PRIV000003761 | |
| | | | | CVS-MDLT1-PRIV000003762 | CVS-MDLT1-PRIV000003762 | |
| | | | | CVS-MDLT1-PRIV000003764 | CVS-MDLT1-PRIV000003764 | |
| | | | | CVS-MDLT1-PRIV000002647 | CVS-MDLT1-PRIV000002647 | |
| | | | | CVS-MDLT1-PRIV000002648 | CVS-MDLT1-PRIV000002648 | |
| | | | | CVS-MDLT1-PRIV000002649 | CVS-MDLT1-PRIV000002649 | |
| | | | | CVS-MDLT1-PRIV000003730 | CVS-MDLT1-PRIV000003730 | |
| | | | | CVS-MDLT1-PRIV000003732 | CVS-MDLT1-PRIV000003732 | |
| | | | | CVS-MDLT1-PRIV000004546 | CVS-MDLT1-PRIV000004546 | |
| | | | | CVS-MDLT1-PRIV000002636 | CVS-MDLT1-PRIV000002636 | |
| | | | | CVS-MDLT1-PRIV000000666 | CVS-MDLT1-PRIV000000666 | |
| | | | | CVS-MDLT1-PRIV000002462 | CVS-MDLT1-PRIV000002462 | |
| | | | | CVS-MDLT1-PRIV000002463 | CVS-MDLT1-PRIV000002463 | |
| | | | | CVS-MDLT1-PRIV000002456 | CVS-MDLT1-PRIV000002456 | |
| | | | | CVS-MDLT1-PRIV000002457 | CVS-MDLT1-PRIV000002457 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | CVS-MDLT1-PRIV000004501 | CVS-MDLT1-PRIV000004501 | |
| | | | | CVS-MDLT1-PRIV000002198 | CVS-MDLT1-PRIV000002198 | |
| | | | | CVS-MDLT1-PRIV000004367 | CVS-MDLT1-PRIV000004367 | |
| | | | | CVS-MDLT1-PRIV000002467 | CVS-MDLT1-PRIV000002467 | |
| | | | | CVS-MDLT1-PRIV000002461 | CVS-MDLT1-PRIV000002461 | |
| | | | | CVS-MDLT1-PRIV000002157 | CVS-MDLT1-PRIV000002157 | |
| | | | | CVS-MDLT1-PRIV000002185 | CVS-MDLT1-PRIV000002185 | |
| | | | | CVS-MDLT1-PRIV000002186 | CVS-MDLT1-PRIV000002186 | |
| | | | | CVS-MDLT1-PRIV000003643 | CVS-MDLT1-PRIV000003643 | |
| | | | | CVS-MDLT1-PRIV000003644 | CVS-MDLT1-PRIV000003644 | |
| | | | | CVS-MDLT1-PRIV000003641 | CVS-MDLT1-PRIV000003641 | |
| | | | | CVS-MDLT1-PRIV000003642 | CVS-MDLT1-PRIV000003642 | |
| | | | | CVS-MDLT1-PRIV000003471 | CVS-MDLT1-PRIV000003471 | |
| | | | | CVS-MDLT1-PRIV000002125 | CVS-MDLT1-PRIV000002125 | |
| | | | | CVS-MDLT1-PRIV000002126 | CVS-MDLT1-PRIV000002126 | |
| | | | | CVS-MDLT1-PRIV000002220 | CVS-MDLT1-PRIV000002220 | |
| | | | | CVS-MDLT1-PRIV000001578 | CVS-MDLT1-PRIV000001578 | |
| | | | | CVS-MDLT1-PRIV000001580 | CVS-MDLT1-PRIV000001580 | |
| | | | | CVS-MDLT1-PRIV000001443 | CVS-MDLT1-PRIV000001443 | |
| | | | | CVS-MDLT1-PRIV000001444 | CVS-MDLT1-PRIV000001444 | |
| | | | | CVS-MDLT1-PRIV000002546 | CVS-MDLT1-PRIV000002546 | |
| | | CVS-MDLT1-000116809 | CVS-MDLT1-000116809 | CVS-MDLT1-000116809 | CVS-MDLT1-000116809 | |
| | | CVS-MDLT1-000116810 | CVS-MDLT1-000116810 | CVS-MDLT1-000116810 | CVS-MDLT1-000116810 | |
| | | | | CVS-MDLT1-PRIV000002617 | CVS-MDLT1-PRIV000002617 | |
| | | | | CVS-MDLT1-PRIV000002618 | CVS-MDLT1-PRIV000002618 | |
| | | | | CVS-MDLT1-PRIV000002619 | CVS-MDLT1-PRIV000002619 | |
| | | | | CVS-MDLT1-PRIV000002671 | CVS-MDLT1-PRIV000002671 | |
| | | | | CVS-MDLT1-PRIV000002672 | CVS-MDLT1-PRIV000002672 | |
| | | | | CVS-MDLT1-PRIV000002674 | CVS-MDLT1-PRIV000002674 | |
| | | | | CVS-MDLT1-PRIV000003735 | CVS-MDLT1-PRIV000003735 | |
| | | | | CVS-MDLT1-PRIV000003737 | CVS-MDLT1-PRIV000003737 | |
| | | | | CVS-MDLT1-PRIV000001492 | CVS-MDLT1-PRIV000001492 | |
| | | | | CVS-MDLT1-PRIV000003689 | CVS-MDLT1-PRIV000003689 | |
| | | | | CVS-MDLT1-PRIV000002159 | CVS-MDLT1-PRIV000002159 | |
| | | | | CVS-MDLT1-PRIV000003370 | CVS-MDLT1-PRIV000003370 | |
| | | | | CVS-MDLT1-PRIV000002189 | CVS-MDLT1-PRIV000002189 | |
| | | | | CVS-MDLT1-PRIV000002200 | CVS-MDLT1-PRIV000002200 | |
| | | | | CVS-MDLT1-PRIV000002464 | CVS-MDLT1-PRIV000002464 | |
| | | | | CVS-MDLT1-PRIV000002465 | CVS-MDLT1-PRIV000002465 | |
| | | | | CVS-MDLT1-PRIV000002458 | CVS-MDLT1-PRIV000002458 | |
| | | | | CVS-MDLT1-PRIV000002459 | CVS-MDLT1-PRIV000002459 | |
| | | | | CVS-MDLT1-PRIV000002182 | CVS-MDLT1-PRIV000002182 | |
| | | | | CVS-MDLT1-PRIV000003390 | CVS-MDLT1-PRIV000003390 | |
| | | | | CVS-MDLT1-PRIV000002161 | CVS-MDLT1-PRIV000002161 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | CVS-MDLT1-PRIV000003740 | CVS-MDLT1-PRIV000003740 | |
| | | | | CVS-MDLT1-PRIV000003742 | CVS-MDLT1-PRIV000003742 | |
| | | | | AGI-CVS-0000100 | AGI-CVS-0000100 | |
| | | | | AGI-CVS-0000001 | AGI-CVS-0000001 | |
| | | | | AGI-CVS-0000002 | AGI-CVS-0000002 | AGIN_0000683 |
| | | | | AGI-CVS-0000003 | AGI-CVS-0000003 | |
| | | | | AGI-CVS-0000005 | AGI-CVS-0000005 | |
| | | | | AGI-CVS-0000006 | AGI-CVS-0000006 | |
| | | | | AGI-CVS-0000007 | AGI-CVS-0000007 | |
| | | | | AGI-CVS-0000008 | AGI-CVS-0000008 | |
| | | | | AGI-CVS-0000295 | AGI-CVS-0000295 | |
| | | | | AGI-CVS-0000009 | AGI-CVS-0000009 | |
| | | | | AGI-CVS-0000010 | AGI-CVS-0000010 | |
| | | | | AGI-CVS-0000012 | AGI-CVS-0000012 | |
| | | | | AGI-CVS-0000013 | AGI-CVS-0000013 | |
| | | | | AGI-CVS-0000014 | AGI-CVS-0000014 | |
| | | | | AGI-CVS-0000015 | AGI-CVS-0000015 | |
| | | | | AGI-CVS-0000016 | AGI-CVS-0000016 | |
| | | | | AGI-CVS-0000018 | AGI-CVS-0000018 | |
| | | | | AGI-CVS-0000020 | AGI-CVS-0000020 | |
| | | | | AGI-CVS-0000022 | AGI-CVS-0000022 | |
| | | | | AGI-CVS-0000023 | AGI-CVS-0000023 | |
| | | | | AGI-CVS-0000024 | AGI-CVS-0000024 | |
| | | | | AGI-CVS-0000025 | AGI-CVS-0000025 | |
| | | | | AGI-CVS-0000105 | AGI-CVS-0000105 | |
| | | | | AGI-CVS-0000106 | AGI-CVS-0000106 | |
| | | | | AGI-CVS-0000107 | AGI-CVS-0000107 | |
| | | | | AGI-CVS-0000028 | AGI-CVS-0000028 | |
| | | | | AGI-CVS-0000029 | AGI-CVS-0000029 | |
| | | | | AGI-CVS-0000030 | AGI-CVS-0000030 | |
| | | | | AGI-CVS-0000031 | AGI-CVS-0000031 | |
| | | | | AGI-CVS-0000032 | AGI-CVS-0000032 | |
| | | | | AGI-CVS-0000108 | AGI-CVS-0000108 | |
| | | | | AGI-CVS-0000109 | AGI-CVS-0000109 | |
| | | | | AGI-CVS-0000110 | AGI-CVS-0000110 | |
| | | | | AGI-CVS-0000111 | AGI-CVS-0000111 | |
| | | | | AGI-CVS-0000033 | AGI-CVS-0000033 | |
| | | | | AGI-CVS-0000034 | AGI-CVS-0000034 | |
| | | | | AGI-CVS-0000035 | AGI-CVS-0000035 | |
| | | | | AGI-CVS-0000036 | AGI-CVS-0000036 | |
| | | | | AGI-CVS-0000037 | AGI-CVS-0000037 | |
| | | | | AGI-CVS-0000038 | AGI-CVS-0000038 | |
| | | | | AGI-CVS-0000039 | AGI-CVS-0000039 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000040 | AGI-CVS-0000040 | |
| | | | | AGI-CVS-0000041 | AGI-CVS-0000041 | |
| | | | | AGI-CVS-0000042 | AGI-CVS-0000042 | |
| | | | | AGI-CVS-0000115 | AGI-CVS-0000115 | |
| | | | | AGI-CVS-0000044 | AGI-CVS-0000044 | |
| | | | | AGI-CVS-0000118 | AGI-CVS-0000118 | |
| | | | | AGI-CVS-0000119 | AGI-CVS-0000119 | |
| | | | | AGI-CVS-0000120 | AGI-CVS-0000120 | |
| | | | | AGI-CVS-0000121 | AGI-CVS-0000121 | |
| | | | | AGI-CVS-0000122 | AGI-CVS-0000122 | |
| | | | | AGI-CVS-0000123 | AGI-CVS-0000123 | |
| | | | | AGI-CVS-0000124 | AGI-CVS-0000124 | |
| | | | | AGI-CVS-0000125 | AGI-CVS-0000125 | |
| | | | | AGI-CVS-0000126 | AGI-CVS-0000126 | |
| | | | | AGI-CVS-0000127 | AGI-CVS-0000127 | |
| | | | | AGI-CVS-0000128 | AGI-CVS-0000128 | |
| | | | | AGI-CVS-0000129 | AGI-CVS-0000129 | |
| | | | | AGI-CVS-0000046 | AGI-CVS-0000046 | |
| | | | | AGI-CVS-0000047 | AGI-CVS-0000047 | |
| | | | | AGI-CVS-0000048 | AGI-CVS-0000048 | |
| | | | | AGI-CVS-0000049 | AGI-CVS-0000049 | |
| | | | | AGI-CVS-0000131 | AGI-CVS-0000131 | |
| | | | | AGI-CVS-0000136 | AGI-CVS-0000136 | |
| | | | | AGI-CVS-0000054 | AGI-CVS-0000054 | |
| | | | | AGI-CVS-0000056 | AGI-CVS-0000056 | |
| | | | | AGI-CVS-0000137 | AGI-CVS-0000137 | |
| | | | | AGI-CVS-0000140 | AGI-CVS-0000140 | |
| | | | | AGI-CVS-0000141 | AGI-CVS-0000141 | |
| | | | | AGI-CVS-0000058 | AGI-CVS-0000058 | |
| | | | | AGI-CVS-0000060 | AGI-CVS-0000060 | |
| | | | | | | AGIN_0002947 |
| | | | | AGI-CVS-0000062 | AGI-CVS-0000062 | |
| | | | | | | AGIN_0002949 |
| | | | | AGI-CVS-0000063 | AGI-CVS-0000063 | AGIN_0002951 |
| | | | | AGI-CVS-0000064 | AGI-CVS-0000064 | |
| | | | | AGI-CVS-0000066 | AGI-CVS-0000066 | |
| | | | | AGI-CVS-0000067 | AGI-CVS-0000067 | |
| | | | | AGI-CVS-0000068 | AGI-CVS-0000068 | |
| | | | | AGI-CVS-0000148 | AGI-CVS-0000148 | |
| | | | | AGI-CVS-0000150 | AGI-CVS-0000150 | |
| | | | | AGI-CVS-0000152 | AGI-CVS-0000152 | |
| | | | | AGI-CVS-0000154 | AGI-CVS-0000154 | |
| | | | | AGI-CVS-0000157 | AGI-CVS-0000157 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000158 | AGI-CVS-0000158 | |
| | | | | AGI-CVS-0000069 | AGI-CVS-0000069 | |
| | | | | AGI-CVS-0000070 | AGI-CVS-0000070 | |
| | | | | AGI-CVS-0000164 | AGI-CVS-0000164 | |
| | | | | AGI-CVS-0000165 | AGI-CVS-0000165 | |
| | | | | | | AGIN_0002987 |
| | | | | AGI-CVS-0000071 | AGI-CVS-0000071 | |
| | | | | AGI-CVS-0000072 | AGI-CVS-0000072 | |
| | | | | AGI-CVS-0000074 | AGI-CVS-0000074 | |
| | | | | AGI-CVS-0000171 | AGI-CVS-0000171 | |
| | | | | AGI-CVS-0000172 | AGI-CVS-0000172 | |
| | | | | AGI-CVS-0000177 | AGI-CVS-0000177 | |
| | | | | AGI-CVS-0000178 | AGI-CVS-0000178 | |
| | | | | AGI-CVS-0000179 | AGI-CVS-0000179 | |
| | | | | AGI-CVS-0000180 | AGI-CVS-0000180 | |
| | | | | AGI-CVS-0000181 | AGI-CVS-0000181 | |
| | | | | AGI-CVS-0000182 | AGI-CVS-0000182 | |
| | | | | AGI-CVS-0000186 | AGI-CVS-0000186 | |
| | | | | AGI-CVS-0000192 | AGI-CVS-0000192 | |
| | | | | AGI-CVS-0000193 | AGI-CVS-0000193 | |
| | | | | AGI-CVS-0000194 | AGI-CVS-0000194 | |
| | | | | AGI-CVS-0000196 | AGI-CVS-0000196 | |
| | | | | AGI-CVS-0000197 | AGI-CVS-0000197 | |
| | | | | AGI-CVS-0000198 | AGI-CVS-0000198 | |
| | | | | AGI-CVS-0000201 | AGI-CVS-0000201 | |
| | | | | AGI-CVS-0000202 | AGI-CVS-0000202 | |
| | | | | AGI-CVS-0000204 | AGI-CVS-0000204 | |
| | | | | AGI-CVS-0000207 | AGI-CVS-0000207 | |
| | | | | AGI-CVS-0000208 | AGI-CVS-0000208 | |
| | | | | AGI-CVS-0000209 | AGI-CVS-0000209 | |
| | | | | AGI-CVS-0000210 | AGI-CVS-0000210 | |
| | | | | AGI-CVS-0000211 | AGI-CVS-0000211 | |
| | | | | AGI-CVS-0000215 | AGI-CVS-0000215 | |
| | | | | AGI-CVS-0000218 | AGI-CVS-0000218 | |
| | | | | AGI-CVS-0000219 | AGI-CVS-0000219 | |
| | | | | AGI-CVS-0000220 | AGI-CVS-0000220 | |
| | | | | AGI-CVS-0000222 | AGI-CVS-0000222 | |
| | | | | AGI-CVS-0000223 | AGI-CVS-0000223 | |
| | | | | AGI-CVS-0000224 | AGI-CVS-0000224 | |
| | | | | AGI-CVS-0000225 | AGI-CVS-0000225 | |
| | | | | AGI-CVS-0000227 | AGI-CVS-0000227 | |
| | | | | AGI-CVS-0000230 | AGI-CVS-0000230 | |
| | | | | AGI-CVS-0000234 | AGI-CVS-0000234 | |
| | | | | AGI-CVS-0000235 | AGI-CVS-0000235 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000238 | AGI-CVS-0000238 | |
| | | | | AGI-CVS-0000243 | AGI-CVS-0000243 | |
| | | | | AGI-CVS-0000244 | AGI-CVS-0000244 | |
| | | | | AGI-CVS-0000245 | AGI-CVS-0000245 | |
| | | | | AGI-CVS-0000246 | AGI-CVS-0000246 | |
| | | | | AGI-CVS-0000247 | AGI-CVS-0000247 | |
| | | | | AGI-CVS-0000248 | AGI-CVS-0000248 | |
| | | | | AGI-CVS-0000249 | AGI-CVS-0000249 | |
| | | | | AGI-CVS-0000250 | AGI-CVS-0000250 | |
| | | | | AGI-CVS-0000251 | AGI-CVS-0000251 | |
| | | | | AGI-CVS-0000252 | AGI-CVS-0000252 | |
| | | | | AGI-CVS-0000253 | AGI-CVS-0000253 | |
| | | | | AGI-CVS-0000254 | AGI-CVS-0000254 | |
| | | | | AGI-CVS-0000255 | AGI-CVS-0000255 | |
| | | | | AGI-CVS-0000256 | AGI-CVS-0000256 | |
| | | | | AGI-CVS-0000257 | AGI-CVS-0000257 | |
| | | | | AGI-CVS-0000258 | AGI-CVS-0000258 | |
| | | | | AGI-CVS-0000259 | AGI-CVS-0000259 | |
| | | | | AGI-CVS-0000260 | AGI-CVS-0000260 | |
| | | | | AGI-CVS-0000261 | AGI-CVS-0000261 | |
| | | | | AGI-CVS-0000263 | AGI-CVS-0000263 | |
| | | | | AGI-CVS-0000264 | AGI-CVS-0000264 | |
| | | | | AGI-CVS-0000274 | AGI-CVS-0000274 | |
| | | | | AGI-CVS-0000275 | AGI-CVS-0000275 | |
| | | | | AGI-CVS-0000282 | AGI-CVS-0000282 | |
| | | | | AGI-CVS-0000283 | AGI-CVS-0000283 | |
| | | | | AGI-CVS-0000284 | AGI-CVS-0000284 | |
| | | | | AGI-CVS-0000285 | AGI-CVS-0000285 | |
| | | | | AGI-CVS-0000286 | AGI-CVS-0000286 | |
| | | | | AGI-CVS-0000287 | AGI-CVS-0000287 | |
| | | | | AGI-CVS-0000288 | AGI-CVS-0000288 | |
| | | | | AGI-CVS-0000291 | AGI-CVS-0000291 | |
| | | | | AGI-CVS-0000292 | AGI-CVS-0000292 | |
| | | | | AGI-CVS-0000343 | AGI-CVS-0000343 | |
| | | | | AGI-CVS-0000344 | AGI-CVS-0000344 | |
| | | | | AGI-CVS-0000349 | AGI-CVS-0000349 | |
| | | | | AGI-CVS-0000350 | AGI-CVS-0000350 | |
| | | | | AGI-CVS-0000353 | AGI-CVS-0000353 | |
| | | | | AGI-CVS-0000354 | AGI-CVS-0000354 | |
| | | | | AGI-CVS-0000355 | AGI-CVS-0000355 | |
| | | | | AGI-CVS-0000356 | AGI-CVS-0000356 | |
| | | | | AGI-CVS-0000357 | AGI-CVS-0000357 | |
| | | | | AGI-CVS-0000358 | AGI-CVS-0000358 | |
| | | | | AGI-CVS-0000359 | AGI-CVS-0000359 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000360 | AGI-CVS-0000360 | |
| | | | | AGI-CVS-0000361 | AGI-CVS-0000361 | |
| | | | | AGI-CVS-0000362 | AGI-CVS-0000362 | |
| | | | | AGI-CVS-0000363 | AGI-CVS-0000363 | |
| | | | | AGI-CVS-0000364 | AGI-CVS-0000364 | |
| | | | | AGI-CVS-0000366 | AGI-CVS-0000366 | |
| | | | | AGI-CVS-0000367 | AGI-CVS-0000367 | |
| | | | | AGI-CVS-0000369 | AGI-CVS-0000369 | |
| | | | | AGI-CVS-0000370 | AGI-CVS-0000370 | AGIN_0003230 |
| | | | | AGI-CVS-0000076 | AGI-CVS-0000076 | |
| | | | | AGI-CVS-0000077 | AGI-CVS-0000077 | |
| | | | | AGI-CVS-0000078 | AGI-CVS-0000078 | |
| | | | | AGI-CVS-0000079 | AGI-CVS-0000079 | AGIN_0003235 |
| | | | | AGI-CVS-0000080 | AGI-CVS-0000080 | |
| | | | | AGI-CVS-0000081 | AGI-CVS-0000081 | |
| | | | | AGI-CVS-0000082 | AGI-CVS-0000082 | |
| | | | | AGI-CVS-0000083 | AGI-CVS-0000083 | AGIN_0003246 |
| | | | | AGI-CVS-0000084 | AGI-CVS-0000084 | |
| | | | | AGI-CVS-0000085 | AGI-CVS-0000085 | |
| | | | | AGI-CVS-0000086 | AGI-CVS-0000086 | |
| | | | | AGI-CVS-0000087 | AGI-CVS-0000087 | |
| | | | | AGI-CVS-0000385 | AGI-CVS-0000385 | |
| | | | | AGI-CVS-0000390 | AGI-CVS-0000390 | |
| | | | | AGI-CVS-0000401 | AGI-CVS-0000401 | |
| | | | | AGI-CVS-0000402 | AGI-CVS-0000402 | |
| | | | | AGI-CVS-0000404 | AGI-CVS-0000404 | |
| | | | | AGI-CVS-0000090 | AGI-CVS-0000090 | |
| | | | | AGI-CVS-0000091 | AGI-CVS-0000091 | |
| | | | | AGI-CVS-0000092 | AGI-CVS-0000092 | |
| | | | | AGI-CVS-0000093 | AGI-CVS-0000093 | |
| | | | | AGI-CVS-0000094 | AGI-CVS-0000094 | |
| | | | | AGI-CVS-0000095 | AGI-CVS-0000095 | AGIN_0003295 |
| | | | | AGI-CVS-0000096 | AGI-CVS-0000096 | |
| | | | | AGI-CVS-0000097 | AGI-CVS-0000097 | |
| | | | | AGI-CVS-0000098 | AGI-CVS-0000098 | |
| | | | | AGI-CVS-0000407 | AGI-CVS-0000407 | |
| | | | | AGI-CVS-0000408 | AGI-CVS-0000408 | |
| | | | | AGI-CVS-0000409 | AGI-CVS-0000409 | |
| | | | | AGI-CVS-0000410 | AGI-CVS-0000410 | |
| | | | | AGI-CVS-0000416 | AGI-CVS-0000416 | |

Exhibit C

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND | Other Document Identifier |
|---|---|---|---|---|---|---|
| | | | | AGI-CVS-0000417 | AGI-CVS-0000417 | |
| | | | | AGI-CVS-0000418 | AGI-CVS-0000418 | AGIN_0003324 |
| | | | | AGI-CVS-0000446 | AGI-CVS-0000446 | |
| | | | | AGI-CVS-0000004 | AGI-CVS-0000004 | |
| | | | | AGI-CVS-0000307 | AGI-CVS-0000307 | |
| | | | | AGI-CVS-0000318 | AGI-CVS-0000318 | |
| | | | | AGI-CVS-0000321 | AGI-CVS-0000321 | |
| | | | | AGI-CVS-0000327 | AGI-CVS-0000327 | |
| | | | | AGI-CVS-0000333 | AGI-CVS-0000333 | |
| | | | | AGI-CVS-0000334 | AGI-CVS-0000334 | |
| | | | | AGI-CVS-0000339 | AGI-CVS-0000339 | |
| | | | | AGI-CVS-0000341 | AGI-CVS-0000341 | |
| | | | | AGI-CVS-0000365 | AGI-CVS-0000365 | |
| | | | | AGI-CVS-0000099 | AGI-CVS-0000099 | |
| | | | | AGI-CVS-0000431 | AGI-CVS-0000431 | |
| | | | | AGI-CVS-0000432 | AGI-CVS-0000432 | |
| | | | | AGI-CVS-0000433 | AGI-CVS-0000433 | |
| | | | | AGI-CVS-0000434 | AGI-CVS-0000434 | |
| | | | | AGI-CVS-0000438 | AGI-CVS-0000438 | |
| | | | | AGI-CVS-0000439 | AGI-CVS-0000439 | |
| | | | | AGI-CVS-0000440 | AGI-CVS-0000440 | |
| | | | | AGI-CVS-0000441 | AGI-CVS-0000441 | |
| | | | | AGI-CVS-0000442 | AGI-CVS-0000442 | |
| | | | | AGI-CVS-0000443 | AGI-CVS-0000443 | |
| | | | | AGI-CVS-0000444 | AGI-CVS-0000444 | |
| | | | | AGI-CVS-0000445 | AGI-CVS-0000445 | |