# **EXHIBIT D**

Exhibit D

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND |
|---|---|---|---|---|---|
| | | CVS-MDLT1-000112075 | CVS-MDLT1-000112084 | CVS-MDLT1-000112075 | CVS-MDLT1-000112084 |
| | | CVS-MDLT1-000127212 | CVS-MDLT1-000127212 | CVS-MDLT1-000127212 | CVS-MDLT1-000127212 |
| | | CVS-MDLT1-000127213 | CVS-MDLT1-000127213 | CVS-MDLT1-000127213 | CVS-MDLT1-000127213 |
| | | CVS-MDLT1-000127251 | CVS-MDLT1-000127251 | CVS-MDLT1-000127251 | CVS-MDLT1-000127251 |
| | | CVS-MDLT1-000114110 | CVS-MDLT1-000114111 | CVS-MDLT1-000114110 | CVS-MDLT1-000114111 |
| | | CVS-MDLT1-000114127 | CVS-MDLT1-000114127 | CVS-MDLT1-000114127 | CVS-MDLT1-000114127 |
| | | CVS-MDLT1-000114143 | CVS-MDLT1-000114144 | CVS-MDLT1-000114143 | CVS-MDLT1-000114144 |
| | | CVS-MDLT1-000114164 | CVS-MDLT1-000114164 | CVS-MDLT1-000114164 | CVS-MDLT1-000114164 |
| | | CVS-MDLT1-000114180 | CVS-MDLT1-000114181 | CVS-MDLT1-000114180 | CVS-MDLT1-000114181 |
| | | CVS-MDLT1-000116910 | CVS-MDLT1-000116919 | CVS-MDLT1-000116910 | CVS-MDLT1-000116919 |
| | | CVS-MDLT1-000114200 | CVS-MDLT1-000114200 | CVS-MDLT1-000114200 | CVS-MDLT1-000114200 |
| | | CVS-MDLT1-000116926 | CVS-MDLT1-000116935 | CVS-MDLT1-000116926 | CVS-MDLT1-000116935 |
| | | CVS-MDLT1-000122152 | CVS-MDLT1-000122152 | CVS-MDLT1-000122152 | CVS-MDLT1-000122152 |
| | | CVS-MDLT1-000122153 | CVS-MDLT1-000122153 | CVS-MDLT1-000122153 | CVS-MDLT1-000122153 |
| | | CVS-MDLT1-000127391 | CVS-MDLT1-000127391 | CVS-MDLT1-000127391 | CVS-MDLT1-000127391 |
| | | CVS-MDLT1-000116953 | CVS-MDLT1-000116953 | CVS-MDLT1-000116953 | CVS-MDLT1-000116953 |
| | | CVS-MDLT1-000058886 | CVS-MDLT1-000058887 | CVS-MDLT1-000058886 | CVS-MDLT1-000058887 |
| | | CVS-MDLT1-000127407 | CVS-MDLT1-000127407 | CVS-MDLT1-000127407 | CVS-MDLT1-000127407 |
| | | CVS-MDLT1-000118987 | CVS-MDLT1-000118989 | CVS-MDLT1-000118987 | CVS-MDLT1-000118989 |
| | | CVS-MDLT1-000118991 | CVS-MDLT1-000118993 | CVS-MDLT1-000118991 | CVS-MDLT1-000118993 |
| | | CVS-MDLT1-000112109 | CVS-MDLT1-000112118 | CVS-MDLT1-000112109 | CVS-MDLT1-000112118 |
| | | CVS-MDLT1-000119072 | CVS-MDLT1-000119073 | CVS-MDLT1-000119072 | CVS-MDLT1-000119073 |
| | | CVS-MDLT1-000112120 | CVS-MDLT1-000112129 | CVS-MDLT1-000112120 | CVS-MDLT1-000112129 |
| | | CVS-MDLT1-000117358 | CVS-MDLT1-000117359 | CVS-MDLT1-000117358 | CVS-MDLT1-000117359 |
| | | CVS-MDLT1-000117517 | CVS-MDLT1-000117517 | CVS-MDLT1-000117517 | CVS-MDLT1-000117517 |
| | | CVS-MDLT1-000113120 | CVS-MDLT1-000113121 | CVS-MDLT1-000113120 | CVS-MDLT1-000113121 |
| | | CVS-MDLT1-000113162 | CVS-MDLT1-000113162 | CVS-MDLT1-000113162 | CVS-MDLT1-000113162 |
| | | CVS-MDLT1-000109676 | CVS-MDLT1-000109676 | CVS-MDLT1-000109676 | CVS-MDLT1-000109676 |
| | | CVS-MDLT1-000114654 | CVS-MDLT1-000114661 | CVS-MDLT1-000114654 | CVS-MDLT1-000114661 |
| | | CVS-MDLT1-000114333 | CVS-MDLT1-000114340 | CVS-MDLT1-000114333 | CVS-MDLT1-000114340 |
| | | CVS-MDLT1-000112745 | CVS-MDLT1-000112747 | CVS-MDLT1-000112745 | CVS-MDLT1-000112747 |
| | | CVS-MDLT1-000112749 | CVS-MDLT1-000112751 | CVS-MDLT1-000112749 | CVS-MDLT1-000112751 |
| | | CVS-MDLT1-000112753 | CVS-MDLT1-000112754 | CVS-MDLT1-000112753 | CVS-MDLT1-000112754 |
| | | CVS-MDLT1-000113270 | CVS-MDLT1-000113271 | CVS-MDLT1-000113270 | CVS-MDLT1-000113271 |
| | | CVS-MDLT1-000109821 | CVS-MDLT1-000109821 | CVS-MDLT1-000109821 | CVS-MDLT1-000109821 |
| | | CVS-MDLT1-000109831 | CVS-MDLT1-000109831 | CVS-MDLT1-000109831 | CVS-MDLT1-000109831 |

Exhibit D

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND |
|---|---|---|---|---|---|
| | | CVS-MDLT1-000113372 | CVS-MDLT1-000113379 | CVS-MDLT1-000113372 | CVS-MDLT1-000113379 |
| | | CVS-MDLT1-000113839 | CVS-MDLT1-000113846 | CVS-MDLT1-000113839 | CVS-MDLT1-000113846 |
| | | CVS-MDLT1-000113848 | CVS-MDLT1-000113855 | CVS-MDLT1-000113848 | CVS-MDLT1-000113855 |
| SA AGI 00064199 | SA AGI 00064203 | | | AGI-CVS-0000447 | AGI-CVS-0000447 |
| SA AGI 00064204 | SA AGI 00064205 | | | AGI-CVS-0000448 | AGI-CVS-0000448 |
| SA AGI 00064206 | SA AGI 00064207 | | | AGI-CVS-0000449 | AGI-CVS-0000449 |
| SA AGI 00064208 | SA AGI 00064210 | | | AGI-CVS-0000450 | AGI-CVS-0000450 |
| SA AGI 00064888 | SA AGI 00064890 | | | AGI-CVS-0000451 | AGI-CVS-0000451 |
| SA AGI 00064891 | SA AGI 00064894 | | | AGI-CVS-0000452 | AGI-CVS-0000452 |
| SA AGI 00065159 | SA AGI 00065159 | | | AGI-CVS-0000453 | AGI-CVS-0000453 |
| SA AGI 00065175 | SA AGI 00065176 | | | AGI-CVS-0000454 | AGI-CVS-0000454 |
| SA AGI 00065177 | SA AGI 00065178 | | | AGI-CVS-0000455 | AGI-CVS-0000455 |
| SA AGI 00065179 | SA AGI 00065179 | | | AGI-CVS-0000456 | AGI-CVS-0000456 |
| SA AGI 00065180 | SA AGI 00065181 | | | AGI-CVS-0000457 | AGI-CVS-0000457 |
| SA AGI 00065183 | SA AGI 00065184 | | | AGI-CVS-0000458 | AGI-CVS-0000458 |
| SA AGI 00065201 | SA AGI 00065204 | | | AGI-CVS-0000459 | AGI-CVS-0000459 |
| SA AGI 00065205 | SA AGI 00065205 | | | AGI-CVS-0000460 | AGI-CVS-0000460 |
| SA AGI 00065206 | SA AGI 00065206 | | | AGI-CVS-0000461 | AGI-CVS-0000461 |
| SA AGI 00065209 | SA AGI 00065209 | | | AGI-CVS-0000462 | AGI-CVS-0000462 |
| SA AGI 00065210 | SA AGI 00065211 | | | AGI-CVS-0000463 | AGI-CVS-0000463 |
| SA AGI 00065212 | SA AGI 00065213 | | | AGI-CVS-0000464 | AGI-CVS-0000464 |
| SA AGI 00065222 | SA AGI 00065222 | | | AGI-CVS-0000465 | AGI-CVS-0000465 |
| SA AGI 00065223 | SA AGI 00065225 | | | AGI-CVS-0000466 | AGI-CVS-0000466 |
| SA AGI 00065226 | SA AGI 00065228 | | | AGI-CVS-0000467 | AGI-CVS-0000467 |
| SA AGI 00065229 | SA AGI 00065230 | | | AGI-CVS-0000468 | AGI-CVS-0000468 |
| SA AGI 00065231 | SA AGI 00065235 | | | AGI-CVS-0000469 | AGI-CVS-0000469 |
| SA AGI 00065236 | SA AGI 00065240 | | | AGI-CVS-0000470 | AGI-CVS-0000470 |
| SA AGI 00065241 | SA AGI 00065241 | | | AGI-CVS-0000471 | AGI-CVS-0000471 |
| SA AGI 00065242 | SA AGI 00065242 | | | AGI-CVS-0000472 | AGI-CVS-0000472 |
| SA AGI 00065243 | SA AGI 00065245 | | | AGI-CVS-0000473 | AGI-CVS-0000473 |
| SA AGI 00065246 | SA AGI 00065247 | | | AGI-CVS-0000474 | AGI-CVS-0000474 |
| SA AGI 00065254 | SA AGI 00065254 | | | AGI-CVS-0000475 | AGI-CVS-0000475 |
| SA AGI 00065265 | SA AGI 00065265 | | | AGI-CVS-0000476 | AGI-CVS-0000476 |
| SA AGI 00065266 | SA AGI 00065266 | | | AGI-CVS-0000477 | AGI-CVS-0000477 |
| SA AGI 00065267 | SA AGI 00065268 | | | AGI-CVS-0000478 | AGI-CVS-0000478 |
| | | | | AGI-CVS-0000396 | AGI-CVS-0000396 |

Exhibit D

| SA AGI Prod Beg | SA AGI Prod End | PRODBEG | PRODEND | PRIVPRODBEG | PRIVPRODEND |
|---|---|---|---|---|---|
| SA AGI 00065277 | SA AGI 00065278 | | | AGI-CVS-0000479 | AGI-CVS-0000479 |
| SA AGI 00065286 | SA AGI 00065287 | | | AGI-CVS-0000481 | AGI-CVS-0000481 |
| SA AGI 00065294 | SA AGI 00065295 | | | AGI-CVS-0000482 | AGI-CVS-0000482 |
| SA AGI 00065296 | SA AGI 00065296 | | | AGI-CVS-0000483 | AGI-CVS-0000483 |
| SA AGI 00065297 | SA AGI 00065297 | | | AGI-CVS-0000484 | AGI-CVS-0000484 |
| SA AGI 00065302 | SA AGI 00065311 | | | AGI-CVS-0000485 | AGI-CVS-0000485 |