# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**This document relates to:**

*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*, Case No. 18-OP-45090

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED DEFENDANTS EXPERT REPORTS CITED IN CERTAIN DISPOSITIVE MOTIONS

Allergan Defendants hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted documents submitted as exhibits to certain *Daubert* and summary judgment motions that Allergan Defendants filed in the Track 1 cases. These exhibits constitute certain reports of experts retained by Defendants, or excerpts thereof. Pursuant to the Order Regarding Redacting and Sealing of Documents (Doc. No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations by Defendants and the DEA, several previously redacted exhibits are hereby publicly filed as unredacted or less redacted as attachments to this notice. For tracking and/or cross-referencing purposes, the below chart lists the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions to these expert reports.

| Expert Report | Prior Public ECF No. | Prior Sealed ECF No. | Prior Redactions | Current Redactions | Retaining Defendant |
|---|---|---|---|---|---|
| Cockburn, Iain | 1901-8 | 1937-8 | p. 5 | None | Purdue |
| Murphy, Kevin | 1901-6 | 1937-6 | pp. 3, 4, 11, 12, 18, 21 & 22 | None | McKesson |
| Cantor, Robin | 2553-2 | 2552-2 | pp. 22, 23, 34-38, 41, 43, 44, 47, 48, 50, 52, 70, 72, 74-76, 80-82, 88, 89, 98, 108, 109, | None | Mallinckrodt |
| Grabowski, Henry | 2553-3 | 2552-3 | pp. 22, 31, 34, 35, 42-45 | pp. 43, 44 | Endo |
| Kyle, Margaret | 1909-23 | 1940-23 | p. 4 | None | Allergan |

Dated: January 22, 2020

Respectfully submitted,

By: */s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel:    (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan plc (appearing specially), Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.), Allergan Sales, LLC, and Allergan USA, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January 2020, the foregoing was served upon all counsel of record via email.

By: */s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel:    (312) 862-2000
donna.welch@kirkland.com