# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THE COUNTY OF SUMMIT, OHIO, ET AL.,<br><br>*Plaintiffs*,<br>v.<br><br>PURDUE PHARMA LP, ET AL.,<br><br>*Defendants.* | MDL NO. 2804<br><br>CASE NO. 17-MD-2804<br><br>JUDGE: DAN AARON POLSTER<br><br>**NOTICE OF FILING UNREDACTED MEMORANDUM IN SUPPORT OF DISCOUNT DRUG MART, INC.'S MOTION FOR SUMMARY JUDGMENT and RELATED EXHIBITS** |

Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF #: 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, Defendant Discount Drug Mart, Inc. ("DDM") hereby provides notice of, and files into the public record, the attached unredacted Memorandum in Support of its Motion for Summary Judgment as well as Exhibit Five attached thereto (previously filed with redactions on July 19, 2019 as ECF #: 1863-1 and 1863-6 respectively).

Respectfully submitted,

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
CAVITCH FAMILO & DURKIN CO., LPA
1300 East Ninth Street – 20th Fl.
Cleveland, Ohio  44114
(216) 621-7860
(216) 621-3415 Fax
tjohnson@cavitch.com
*Attorney for Defendant Discount Drug Mart, Inc.*

2

**CERTIFICATE OF SERVICE**

A copy of the foregoing **NOTICE OF FILING UNREDACTED MEMORANDUM IN SUPPORT OF DISCOUNT DRUG MART, INC.'S MOTION FOR SUMMARY JUDGMENT and RELATED EXHIBITS** was served this 23rd day of January, 2020.

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
*Attorney for Defendant Discount Drug Mart, Inc.*