CONFIDENTIAL – SUBJECT TO CONFIDENTIALITY PROTECTIVE ORDER

## Opioid Total MME by Company in Cuyahoga County, OH

| Company Name | Market Share | County Population Total MME | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | | | | 514,672,000 | 567,224,195 | 595,633,999 | 664,429,159 | 700,133,566 | 715,923,558 | 663,462,852 | 622,682,981 | 579,123,262 |
| Cardinal Health | 31.52% | 1,772,506,417 | 211,558,384 | 226,171,859 | 231,753,919 | 252,864,538 | 203,528,654 | 192,162,304 | 166,465,391 | 164,037,825 | 123,963,544 |
| AmerisourceBergen Drug | 25.73% | 1,446,867,175 | 74,341,574 | 89,417,108 | 93,430,832 | 112,487,542 | 183,416,748 | 195,494,791 | 182,084,787 | 244,368,414 | 271,825,378 |
| Walgreen Co | 16.01% | 900,461,722 | 102,739,278 | 113,357,810 | 124,504,422 | 127,680,333 | 137,345,884 | 138,289,923 | 120,879,178 | 31,829,812 | 3,835,083 |
| McKesson Corporation | 15.27% | 858,579,288 | 73,359,398 | 82,283,818 | 88,902,749 | 96,054,683 | 97,001,677 | 109,572,526 | 106,064,746 | 101,596,188 | 103,743,504 |
| CVS | 3.08% | 173,363,979 | 15,250,631 | 18,711,487 | 19,561,480 | 20,950,439 | 20,865,975 | 22,003,043 | 21,976,135 | 20,512,535 | 13,532,253 |
| Wal-Mart | 1.28% | 71,789,966 | 5,679,486 | 6,629,013 | 7,694,051 | 9,375,676 | 9,376,092 | 9,054,796 | 8,616,136 | 5,855,346 | 9,509,370 |
| H. D. Smith | 1.18% | 66,166,989 | 89,745 | 117,604 | 243,688 | 4,871,771 | 14,211,080 | 9,852,110 | 14,279,640 | 11,165,625 | 11,335,725 |
| Prescription Supply Inc | 1.04% | 58,441,306 | 13,734,295 | 11,283,779 | 10,684,735 | 11,633,735 | 1,510,935 | 2,535,165 | 2,751,589 | 1,931,653 | 2,375,420 |
| Anda, Inc | 0.89% | 50,178,701 | 1,746,390 | 1,562,323 | 2,505,022 | 2,933,492 | 1,145,317 | 2,429,220 | 3,700,976 | 14,418,791 | 19,737,170 |
| Discount Drug Mart | 0.83% | 46,893,714 | 4,264,887 | 4,919,559 | 4,964,080 | 5,606,245 | 5,607,325 | 5,580,369 | 5,472,090 | 5,306,869 | 5,172,289 |
| Rite Aid | 0.75% | 42,375,835 | 6,876,206 | 8,220,480 | 7,830,624 | 5,406,939 | 4,953,934 | 2,931,133 | 2,442,396 | 2,393,685 | 1,320,437 |
| HBC Service Company | 0.75% | 42,100,926 | 0 | 0 | 0 | 1,333,997 | 8,305,011 | 9,733,591 | 9,062,796 | 8,198,571 | 5,466,961 |
| Eckerd Corporation | 0.37% | 20,985,763 | 0 | 0 | 0 | 2,196,444 | 2,757,281 | 4,621,879 | 4,601,969 | 4,392,040 | 2,416,150 |
| KeySource Medical | 0.25% | 14,107,055 | 26,018 | 500,462 | 112,977 | 6,366,092 | 4,988,634 | 2,112,872 | 0 | 0 | 0 |
| West-Ward Pharmaceutical Corp. | 0.22% | 12,310,225 | 0 | 0 | 0 | 0 | 0 | 3,145,250 | 8,200,802 | 944,621 | 19,552 |
| Fagron Inc | 0.17% | 9,780,294 | 926,196 | 1,861,160 | 1,840,476 | 2,120,858 | 1,713,233 | 699,334 | 291,484 | 207,063 | 120,490 |
| Hospira Worldwide LLC | 0.12% | 6,591,230 | 0 | 0 | 40,304 | 187,257 | 574,736 | 1,496,509 | 3,494,472 | 796,073 | 1,880 |
| The Harvard Drug Group | 0.06% | 3,528,616 | 449,104 | 515,470 | 463,131 | 514,809 | 69,157 | 1,424,120 | 65,233 | 24,565 | 3,027 |
| River City Pharma | 0.05% | 2,919,369 | 3,315 | 0 | 9,512 | 465,789 | 552,747 | 1,346,558 | 487,484 | 21,686 | 32,278 |
| Henry Schein Inc | 0.04% | 2,093,698 | 159,333 | 144,199 | 135,264 | 107,329 | 144,866 | 279,383 | 335,320 | 233,058 | 554,945 |
| Akorn, Inc. | 0.04% | 2,038,285 | 0 | 0 | 0 | 0 | 0 | 0 | 294,910 | 1,743,375 | 0 |
| Smith Drug Company | 0.03% | 1,487,869 | 0 | 11,211 | 49,380 | 130,810 | 222,911 | 281,785 | 303,539 | 280,064 | 208,170 |
| Amneal Pharmaceuticals LLC | 0.02% | 1,325,826 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,325,826 |
| Safecor Health, LLC | 0.02% | 1,271,296 | 0 | 0 | 0 | 0 | 940 | 8,313 | 99,105 | 954,742 | 208,196 |
| PSS World Medical Inc | 0.02% | 1,192,883 | 272,869 | 155,286 | 182,675 | 177,526 | 166,566 | 165,631 | 72,331 | 0 | 0 |
| MWI Veterinary Supply | 0.02% | 1,111,976 | 0 | 303 | 1,438 | 5,089 | 38,094 | 103,960 | 149,815 | 137,021 | 676,257 |
| American Sales Company | 0.02% | 1,077,349 | 1,077,349 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fisher Clinical Services Inc | 0.02% | 1,037,766 | 508,472 | 406,249 | 1,076 | 0 | 0 | 0 | 114,707 | 7,262 | 0 |
| Baxter Healthcare Corp | 0.02% | 884,536 | 0 | 0 | 0 | 4,136 | 880,400 | 0 | 0 | 0 | 0 |
| Value Drug Co | 0.01% | 807,273 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 807,273 |
| Miami-Luken | 0.01% | 698,012 | 688,931 | 8,022 | 605 | 454 | 0 | 0 | 0 | 0 | 0 |
| Dispensing Solutions | 0.01% | 627,327 | 0 | 0 | 0 | 0 | 121,720 | 178,985 | 153,224 | 99,579 | 0 |
| Priority Healthcare | 0.01% | 589,832 | 82,314 | 49,854 | 56,395 | 73,819 | 66,897 | 58,183 | 74,062 | 61,760 | 69,617 |
| Quest Pharmaceuticals Inc | 0.01% | 561,456 | 0 | 0 | 23,059 | 70,750 | 58,287 | 47,675 | 295,377 | 23,191 | 0 |
| ACE Surgical Supply Co Inc | 0.01% | 468,215 | 77,500 | 75,500 | 78,700 | 113,867 | 76,706 | 67,876 | 11,043 | 240 | 6,075 |
| Patterson Logistics Services | 0.01% | 401,155 | 0 | 0 | 0 | 74,575 | 3,951 | 10,865 | 13,497 | 137,010 | 235,833 |
| Professional Vet Products | 0.01% | 394,428 | 41,880 | 84,063 | 102,853 | 110,434 | 55,197 | 0 | 0 | 0 | 0 |
| Pharmacy Service Ctr Distr | 0.01% | 354,958 | 71,915 | 70,308 | 94,827 | 65,651 | 44,099 | 8,158 | 0 | 0 | 0 |
| Almac Clinical Services, Inc. | 0.01% | 325,967 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 108,656 | 0 |
| Darby Dental Supply, LLC | 0.01% | 322,080 | 220,726 | 27,575 | 40,893 | 14,530 | 7,265 | 5,585 | 908 | 2,724 | 1,874 |


EXHIBIT 5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL

## Opioid Total MME by Company in Summit County, OH

| Company Name | Market Share | County Population Total MME | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 544,660 | | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| | | 367,366,660 | | 367,366,660 | 400,893,335 | 382,352,016 | 419,131,994 | 472,731,914 | 474,030,643 | 447,468,100 | 420,702,314 | 367,150,422 |
| Cardinal Health | 29.17% | 1,094,306,610 | 109,945,174 | 120,729,880 | 134,595,363 | 166,421,419 | 142,185,012 | 109,793,985 | 98,636,285 | 102,858,116 | 109,141,375 |
| AmerisourceBergen Drug | 26.01% | 975,859,370 | 104,837,042 | 112,001,944 | 73,707,661 | 59,918,202 | 125,431,261 | 147,929,274 | 145,576,933 | 124,639,357 | 81,817,697 |
| McKesson Corporation | 25.18% | 944,639,007 | 64,615,079 | 75,326,267 | 92,025,606 | 100,767,249 | 99,622,867 | 112,858,772 | 109,216,034 | 144,592,405 | 145,614,728 |
| Walgreen Co | 10.77% | 404,162,318 | 42,298,424 | 48,542,791 | 53,098,944 | 58,638,984 | 65,393,996 | 62,985,269 | 55,986,121 | 15,239,799 | 1,977,989 |
| CVS | 2.44% | 91,634,443 | 7,735,298 | 9,648,482 | 9,957,458 | 11,317,292 | 11,277,436 | 12,074,340 | 11,639,009 | 10,619,296 | 7,365,832 |
| Anda, Inc | 1.27% | 47,823,397 | 23,113,707 | 18,494,173 | 199,496 | 1,068,668 | 785,565 | 1,485,215 | 1,991,707 | 522,250 | 162,617 |
| Miami-Luken | 1.24% | 46,541,721 | 2,874,541 | 2,981,400 | 4,170,946 | 5,686,830 | 7,165,433 | 6,459,756 | 6,137,244 | 5,441,691 | 5,623,880 |
| Wal-Mart | 1.12% | 42,168,558 | 4,581,255 | 5,419,610 | 5,299,513 | 5,653,210 | 5,248,139 | 4,793,747 | 3,654,359 | 2,923,520 | 4,595,205 |
| HBC Service Company | 0.91% | 34,241,388 | 0 | 0 | 0 | 985,080 | 6,273,857 | 7,638,028 | 7,568,525 | 6,949,840 | 4,826,058 |
| Rite Aid | 0.85% | 32,036,395 | 4,786,038 | 5,616,594 | 5,748,119 | 3,409,806 | 93,330 | 3,800,833 | 3,548,284 | 3,274,880 | 1,758,510 |
| Discount Drug Mart | 0.33% | 12,518,489 | 1,111,471 | 1,324,559 | 1,375,870 | 1,541,632 | 1,525,410 | 1,470,976 | 1,362,368 | 1,337,945 | 1,468,258 |
| Eckerd Corporation | 0.24% | 9,021,990 | 0 | 0 | 0 | 1,563,573 | 4,772,779 | 805,493 | 672,011 | 588,840 | 619,295 |
| KeySource Medical | 0.08% | 2,947,505 | 0 | 0 | 547,041 | 470,315 | 1,447,043 | 483,197 | 0 | 0 | 0 |
| Amerheon Inc | 0.07% | 2,568,047 | 0 | 0 | 66,300 | 238,567 | 500,046 | 343,489 | 396,010 | 432,942 | 590,694 |
| Auburn Pharmaceutical | 0.04% | 1,565,315 | 220,971 | 7,856 | 538,832 | 114,370 | 110,217 | 133,590 | 98,553 | 191,395 | 149,531 |
| PSS World Medical Inc | 0.03% | 1,265,285 | 409,567 | 168,590 | 164,902 | 226,520 | 117,775 | 118,928 | 59,004 | 0 | 0 |
| Henry Schein Inc | 0.03% | 1,256,372 | 76,936 | 83,178 | 68,980 | 51,467 | 85,483 | 66,428 | 90,974 | 102,214 | 630,712 |
| Almac Clinical Services, Inc. | 0.02% | 761,726 | 112,320 | 0 | 0 | 0 | 64,838 | 173,100 | 293,332 | 90,972 | 27,164 |
| The Harvard Drug Group | 0.02% | 710,056 | 605 | 104,511 | 238,548 | 304,484 | 23,232 | 15,845 | 15,438 | 605 | 6,787 |
| H. D. Smith | 0.01% | 468,812 | 0 | 0 | 0 | 0 | 90,237 | 178,876 | 196,672 | 0 | 3,027 |
| River City Pharma | 0.01% | 461,355 | 0 | 3,784 | 0 | 85,505 | 3,930 | 27,092 | 24,216 | 200,115 | 116,714 |
| MWI Veterinary Supply | 0.01% | 443,562 | 4,238 | 3,330 | 2,292 | 1,800 | 43,133 | 133,576 | 87,509 | 81,618 | 86,066 |
| Southern Anesthesia & Surgical, Inc. | 0.01% | 380,191 | 0 | 0 | 0 | 0 | 0 | 0 | 39,219 | 171,751 | 169,221 |
| Priority Healthcare | 0.01% | 366,734 | 24,269 | 25,048 | 37,354 | 77,589 | 49,314 | 50,571 | 36,185 | 32,168 | 34,237 |
| American Sales Company | 0.01% | 365,639 | 365,639 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Butler Animal Health Supply | 0.01% | 358,824 | 22,137 | 22,083 | 35,832 | 234,314 | 44,458 | 0 | 0 | 0 | 0 |
| Rochester Drug Co-Operative Inc | 0.01% | 269,151 | 1,788 | 22,694 | 152,611 | 82,070 | 2,421 | 7,568 | 0 | 0 | 0 |
| Prescription Supply Inc | 0.01% | 264,716 | 2,252 | 143 | 0 | 63,907 | 42,696 | 1,278 | 27,038 | 120,691 | 6,711 |
| PD-Rx Pharmaceuticals Inc | 0.01% | 246,467 | 40,955 | 73,996 | 102,040 | 28,454 | 0 | 0 | 0 | 1,022 | 0 |
| Fisher Clinical Services Inc | 0.01% | 210,147 | 95,668 | 3,972 | 0 | 13,642 | 0 | 96,864 | 0 | 0 | 0 |
| Patterson Logistics Services | 0.00% | 170,924 | 0 | 0 | 0 | 0 | 22,340 | 32,349 | 20,618 | 74,733 | 20,885 |
| Expert-Med | 0.00% | 158,300 | 1,949 | 156,350 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JOM Pharmaceutical Services, Inc. | 0.00% | 156,862 | 0 | 0 | 0 | 0 | 156,862 | 0 | 0 | 0 | 0 |
| Midwest Veterinary Supply Inc | 0.00% | 155,446 | 303 | 605 | 286 | 0 | 0 | 0 | 303 | 50,876 | 103,073 |
| Associated Pharmacies Inc | 0.00% | 140,530 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | 75,783 | 64,604 |
| Pharmacy Service Ctr Distr | 0.00% | 138,773 | 14,712 | 11,622 | 8,703 | 5,946 | 24,471 | 26,733 | 21,890 | 16,296 | 8,400 |
| Independent Pharmacy Cooperative | 0.00% | 133,075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 133,075 |
| Fagron Inc | 0.00% | 117,493 | 0 | 0 | 60,540 | 56,400 | 0 | 553 | 0 | 0 | 0 |
| Watson Pharma Inc | 0.00% | 90,000 | 0 | 0 | 90,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medisca Inc. | 0.00% | 76,730 | 0 | 15,135 | 0 | 0 | 15,135 | 0 | 0 | 39,673 | 6,787 |
| DRx Pharmaceutical Consultants, Inc. | 0.00% | 60,199 | 34,045 | 15,007 | 9,548 | 1,598 | 0 | 0 | 0 | 0 | 0 |
| Smith Medical Partners LLC | 0.00% | 53,196 | 0 | 0 | 0 | 0 | 53,196 | 0 | 0 | 0 | 0 |
| Darby Dental Supply, LLC | 0.00% | 52,034 | 7,357 | 6,811 | 3,632 | 9,081 | 6,659 | 6,054 | 4,238 | 4,843 | 3,359 |