UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## CROSS-NOTICE OF DEPOSITION OF TEVA DEFENDANT GROUP WITNESS (CHUCK DEWILDT)

TO: ALL DEFENDANTS' COUNSEL

PLEASE TAKE NOTICE that Plaintiffs, by their attorneys, hereby cross-notice the deposition of Chuck DeWildt on the date and at the time and location set forth below, and pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Order Establishing Deposition Protocol entered in this matter. The deposition was noticed in the matter of *The People of the State of California v. Purdue Pharma L.P. et al.*, Case No. 30-2014-00725287-CU-BT-CXC, pending in Orange County Superior Court in the State of California. See Exhibit 1.

| Deponent | Date/Time | Location |
|---|---|---|
| Chuck DeWildt | February 5, 2020<br>9:30 a.m. | Robinson Calcagnie, Inc.<br>19 Corporate Plaza Drive<br>Newport Beach, California 92660<br>(949) 720-1288 |

The deposition will be recorded stenographically, by video, and through instant visual display of testimony by means of LiveNote or other similar technology, before a notary public or other person authorized to administer oaths pursuant to Fed. R. Civ. P. 28(a). The deposition will continue from day to day and/or at further later date(s) until completed, weekends and Court-recognized holidays excepted. Parties may dial in to the

1

deposition using conference using the Golkow call number (888) 337-8218, Access Code: 301079.

Defendants are invited to attend and participate in this deposition.

Dated:  January 23, 2020          *s/ Mark G. Crawford*

Steven Skikos
Mark Crawford
P. Dylan Jensen
**SKIKOS CRAWFORD SKIKOS & JOSEPH LLP**
One Sansome Street, Suite 2830
San Francisco, CA  94104
(415) 546-7300
(415) 546-7301 (FAX)
*sskikos@skikos.com*
*mcrawford@skikos.com*
Co-Liaison Counsel and Attorneys for Plaintiffs


TO:     All Counsel in *The People of the State of California v. Purdue Pharma L.P. et al.*
        (Case No. 30-2014-00725287-CU-BT-CXC)

        All Counsel in MDL 2804

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23[th] day of January 2020, the foregoing has been served via email only to the following defense and defense liaison counsel:

Steven Reed, Esq.
Rebecca Hillyer, Esq.
Jonathan Maier, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Email: rebecca.hillyer@morganlewis.com

*Counsel for Teva Defendants*

Mark Cheffo, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036
mark.cheffo@dechert.com

Carol Rendon, Esq.
Baker Hostetler
Key Tower, 127 Public Square
Cleveland, OH  44114
crendon@bakerlaw.com

Enu Mainigi, Esq.
Williams & Connolly
725 Twelfth Street, NW.
Washington, DC  20005
emainigi@wc.com

Shannon McClure, Esq.
ReedSmith
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
smcclure@reedsmith.com

Geoffrey E. Hobart, Esq.
Covington & Burling
One CityCenter
850 Tenth Street, NW.
Washington, DC  20001
ghobart@cov.com

Kaspar Stoffelmayr, Esq.
Bartlit Beck
54 West Hubbard Street, Ste 300
Chicago, IL  60654
Kaspar.stoffelmayr@bartlit-beck.com

Tyler Tarney, Esq.
Gordon & Rees
41 S. High Street, Suite 2495
Columbus, OH  43215
ttarney@grsm.com

*Defendants' Liaison Counsel*

Golkow Litigation Services
1650 Market Street, Suite 5150
Philadelphia, Pennsylvania 19103
opioids@golkow.com

*Court Reporter*

xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

mdl2804discovery@motleyrice.com

I HEREBY FURTHER CERTIFY that on this 23th day of January 2020, the foregoing has been served All Counsel in *The People of the State of California v. Purdue Pharma L.P. et al.* (Case No. 30-2014-00725287-CU-BT-CXC) as follows:

__X__  (By Electronic Service www.onelegal.com) I caused each document to be sent by electronic transmission through One Legal, LLC, through the user interface at *www.onelegal.com* to all email addresses on the list maintained by One Legal.

_X__  STATE:  I declare that I am over the age of eighteen (18) and not a party to this action. My business address is One Sansome St., Suite 2830, San Francisco, California 94104, and my e-mail address is mcrawford@skikos.com. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2020, at San Francisco, California.

*s/ Mark G. Crawford*
Mark G. Crawford
Attorneys for Plaintiff

# EXHIBIT 1

1  **OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**
2  James R. Williams (SBN 271253)
Greta S. Hansen (SBN 251471)
3  Kavita Narayan (SBN 264191)
Laura S. Trice (SBN 284837)
4  Julia Spiegel (SBN 292469)
H. Luke Edwards (SBN 313756)
5  70 West Hedding Street
East Wing, 9th Floor
6  San Jose, California 95110
Telephone No.: (408) 299-5900
7  Facsimile No.: (408) 292-7240

8  **OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF LOS ANGELES**
9  Mary C. Wickham (SBN 145664)
Robert E. Ragland (SBN 175357)
10  Scott Kuhn (SBN 190517)
Andrea Ross (SBN 179398)
11  Kenneth Hahn Hall of Administration
500 West Temple Street, 6th Fl.
12  Los Angeles, California 90012
Telephone No.: (213) 974-1811
13  Facsimile No.: (213) 626-7446

14  **OFFICE OF THE CITY ATTORNEY**         **ORANGE COUNTY DISTRICT**
**CITY OF OAKLAND**                      **ATTORNEY**
15  Barbara J. Parker (SBN 069722)          Todd Spitzer (SBN 143166)
Maria Bee (SBN 167716)                   Tracy Miller (SBN 185166)
16  Erin Bernstein (SBN 231539)            Lesley Young (SBN 179333)
Malia McPherson (SBN 313918)             Tracy Hughes (SBN 180494)
17  One Frank H. Ogawa Plaza, 6th Floor    401 Civic Center Drive
Oakland, California 94612                Santa Ana, California 92701-4575
18  Telephone No.: (510) 238-6392          Telephone No.: (714) 834-3600
Facsimile No.: (510) 238-6500            Facsimile No.: (714) 648-3636
19

20  *[Additional Counsel Listed on Signature Page]*

21              SUPERIOR COURT OF THE STATE OF CALIFORNIA

22                  IN AND FOR THE COUNTY OF ORANGE

23

24  THE PEOPLE OF THE STATE OF                No. 30-2014-00725287-CU-BT-CXC
CALIFORNIA, acting by and through Santa
25  Clara County Counsel James R. Williams,   **THE PEOPLE OF THE STATE OF**
Orange County District Attorney Tony      **CALIFORNIA'S NOTICE OF**
26  Rackauckas, Los Angeles County Counsel    **DEPOSITION OF CHUCK DEWILDT**
Mary C. Wickham, and Oakland City         **PURSUANT TO CAL. CODE CIV. P.**
27  Attorney Barbara J. Parker,               **§§ 2020.220 and 2025.280**

28                            Plaintiff,      Judge:  Honorable Peter J. Wilson
Dept.:  CX102
v.

PEOPLE'S NOTICE OF DEPOSITION OF MATTHEW NIKOLAUS

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICAL INDUSTRIES, LTD;
TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN PHARMACEUTICALS,
INC. n/k/a JANSSEN
PHARMACEUTICALS, INC.; JANSSEN
PHARMACEUTICA, INC. n/k/a JANSSEN
PHARMACEUTICALS, INC.; ENDO
HEALTH SOLUTIONS INC.; ENDO
PHARMACEUTICALS, INC.; ACTAVIS
PLC; ACTAVIS, INC.; WATSON,
PHARMACEUTICALS, INC. n/k/a
ACTAVIS, INC.; WATSON
LABORATORIES, INC.; ACTAVIS LLC;
and ACTAVIS PHARMA, INC. f/k/a
WATSON PHARMA, INC.; AND DOES 1
THROUGH 100, INCLUSIVE,

                                    Defendants.

Date: February 5, 2020
Time: 9:30 a.m.
Location: 19 Corporate Plaza Drive
              Newport Beach, CA 92660

Action Filed: May 21, 2014
Trial Date: June 29, 2020

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Ca. Code Civ. Proc. §§ 2025.010 *et seq.*, Plaintiff, the People of the State of California, acting by and through Santa Clara County Counsel James R. Williams, Orange County District Attorney Todd Spitzer, Los Angeles County Counsel Mary C. Wickham, and Oakland City Attorney Barbara J. Parker ("Plaintiff"), by and through its attorneys, will take the deposition of Chuck DeWildt, Deponent, on February 5, 2020 at 9:30 a.m. at 19 Corporate Plaza Drive, Newport Beach, California, 92660.

 If the deposition is not completed on the above referenced dates, it shall continue from day to day thereafter, excluding Saturdays, Sundays, and holidays, at the same place and commencing at the same time, until completed, unless otherwise agreed by counsel.

The deposition will be recorded stenographically, by video recording, through instant visual display of testimony by means of LiveNote or other similar technology, and shall be conducted under the supervision of an officer who is authorized to administer an oath, for the purposes of discovery, for use at trial or for such other purposes as permitted by the Code of Civil Procedure.

NOTICE IS ALSO GIVEN that the deponent is a third-party witness in this action but is being represented by counsel for Teva and is appearing pursuant to the Deposition Protocol entered in this action.

NOTICE IS ALSO GIVEN that the deponent shall produce prior to or at the deposition the documents and things set forth in Attachment 1 hereto.

Parties who wish to attend the deposition remotely may dial into the deposition by using the following Dial In: (888) 337-8218; Passcode: 301079.

If an interpreter is required to translate testimony, notice of same must be given within five (5) days before the deposition date and the specific language and/or dialect of the Deponent designated.

Dated: January 23, 2020                    Respectfully submitted,

**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**

By: /s/ *Mark G. Crawford*
  Steven J. Skikos
  Mark G. Crawford
  One Sansome Street, Suite 2830
  San Francisco, CA 94104
  Telephone No.: (415) 546-7300
  Facsimile No.: (415) 546-7301
  E-mail: sskikos@skikos.com
  E-mail: mcrawford@skikos.com

  *Attorneys for Plaintiff*
  *The People of the State of California*

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

By: /s/ *Greta S. Hansen*
  James R. Williams, County Counsel
  Greta S. Hansen, Chief Assistant County
  Counsel
  Kavita Narayan, Lead Deputy County Counsel
  Laura S. Trice, Lead Deputy County Counsel
  Julia Spiegel, Deputy County Counsel
  H. Luke Edwards, Fellow
  70 West Hedding Street

East Wing, 9th Floor
San Jose, CA 95110
Telephone No.: (408) 299-5900
Facsimile No.: (408) 292-7240
E-mail: James.Williams@cco.sccgov.org
E-mail: Greta.Hansen@cco.sccgov.org
E-mail: Kavita.Narayan@cco.sccgov.org
E-mail: Laura.Trice@cco.sccgov.org
E-mail: Julia.spiegel@cco.sccgov.org
E-mail: Luke.edwards@cco.sccgov.org

**ORANGE COUNTY DISTRICT ATTORNEY**

By: /s/ *Todd Spitzer*
  Todd Spitzer, District Attorney
  Tracy Miller
  Lesley Young
  Tracy Hughes
  401 Civic Center Drive
  Santa Ana, CA 92701-4575
  Telephone No.: (714) 834-3600
  Facsimile No.: (714) 648-3636
  E-mail: Todd.spitzer@da.ocgov.com
  E-mail: Tracy.miller@da.ocgov.com
  E-mail: Lesley.young@da.ocgov.com
  E-mail: Tracy.hughes@da.ocgov.com

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF LOS ANGELES**

By: /s/ *Mary C. Wickham*
  Mary C. Wickham, County Counsel
  Robert E. Ragland, Principal Deputy County
  Counsel
  Scott Kuhn, Acting Assistant County Counsel
  Andrea Ross, Principal Deputy County
  Counsel
  Kenneth Hahn Hall of Administration
  500 West Temple Street, Suite 648
  Los Angeles, CA 90012
  Telephone No.: (213) 974-1811
  Facsimile No.: (213) 626-7446
  E-mail: mwickham@counsel.lacounty.gov
  E-mail: rragland@counsel.lacounty.gov
  E-mail: skuhn@counsel.lacounty.gov
  E-mail: aross@counsel.lacounty.gov

**OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND**

By: /s/ *Barbara J. Parker*
    Barbara J. Parker, City Attorney
    Maria Bee, Special Counsel
    Erin Bernstein, Supervising Deputy City
    Attorney
    Malia McPherson, Attorney
    One Frank H. Ogawa Plaza, 6th Floor
    Oakland, CA 94612
    Telephone No.: (510) 238-6392
    Facsimile No.: (510) 238-6500
    E-mail: bparker@oaklandcityattorney.org
    E-mail: mbee@oaklandcityattorney.org
    E-mail: ebernstein@oaklandcityattorney.org
    E-mail: mmcpherson@oaklandcityattorney.org

**ROBINSON CALCAGNIE, INC.**

By: /s/ *Mark P. Robinson, Jr*
    Mark P. Robinson, Jr.
    Kevin Calcagnie
    Daniel S. Robinson
    Scot D. Wilson
    Lila Razmara
    19 Corporate Plaza Drive
    Newport Beach, CA 92660
    Telephone No.: (949) 720-1288
    Facsimile No.: (949) 720-1292
    E-mail: mrobinson@robinsonfirm.com
    E-mail: kcalcagnie@robinsonfirm.com
    E-mail: drobinson@robinsonfirm.com
    E-mail: swilson@robinsonfirm.com
    E-mail: lrazmara@robinsonfirm.com

**KIESEL LAW LLP**
Paul Kiesel
Nicole Ramirez
Melanie Meneses Palmer
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
Telephone No.: (310) 854-4444
Facsimile No.: (310) 854-0812
E-mail: kiesel@kiesel.law
E-mail: ramirez@kiesel.law

- 5 -

**MOTLEY RICE LLC**
Linda Singer (Admitted *Pro Hac Vice*)
David Ackerman (Admitted *Pro Hac Vice*)
401 9th Street NW, Suite 1001
Washington, D.C. 20004
Telephone No.: (202) 386-9626
Facsimile No.: (202) 386-9622
E-mail: lsinger@motleyrice.com
E-mail: dackerman@motleyrice.com

**MOTLEY RICE LLC**
Fidelma Fitzpatrick (Admitted *Pro Hac Vice*)
55 Cedar Street, Suite 100
Providence, RI 02903
Telephone No.: (401) 457-7728
Facsimile No.: (401) 457-7708
E-mail: ffitzpatrick@motleyrice.com

**MOTLEY RICE LLC**
Frederick Baker (Admitted *Pro Hac Vice*)
Kristen Hermiz (Admitted *Pro Hac Vice*)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone No.: (843) 216-9000
Facsimile No.: (843) 216-9450
E-mail: fbaker@motleyrice.com
E-mail: khermiz@motleyrice.com

**MOTLEY RICE LLC**
Michael J. Pendell (Admitted *Pro Hac Vice*)
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone No.: (860) 218-2722
Facsimile No.: (860) 882-1682
E-mail: mpendell@motleyrice.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (Admitted *Pro Hac Vice*)
Thomas E. Loeser
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone No.: (206) 623-7292
Facsimile No.: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: tomloeser@hbsslaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Elaine Byszewski
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone No.: (213) 330-7150
Facsimile No.: (213) 330-7152
E-mail: elaine@hbsslaw.com

PEOPLE'S NOTICE OF DEPOSITION OF CHUCK DEWILDT

## ATTACHMENT 1 – Deposition Notice of Chuck DeWildt

## DEFINITIONS

1.  "Opioids" means opioid analgesics that are used to treat chronic, non-cancer pain, and applies regardless of indications or limitations for use on the drugs' labels.

2.  "Relevant Time Period" means the time period from January 1, 1995, to the present. The time limits should not be construed as date limits; for example, if a policy or document in effect during the relevant time period was created before the relevant time period, then documents dating back to the starting date of the policy must be produced.

3.  "All" shall be construed to include the collective as well as the singular and shall mean "each," "any," and "every.

4.  "Any" shall be construed to mean "any and all."

5.  "Communications" and "communicated" shall mean and refer to any exchange of information by any means of transmissions, sending or receipt of information of any kind by or through any means including, but not limited to, verbal expression, writings, documents, language (machine, foreign, or otherwise) of any kind, computer electronics, email, SMS, MMS or other "text" messages, messages on "social networking" sites (including but not limited to, Facebook, Google+, MySpace and Twitter), shared applications from cell phones, "smartphones," netbooks and laptops, sound, radio, or video signals, telecommunication, telephone, teletype, facsimile, telegram, microfilm or by any other means.  "Communications" also shall include, without limitation, all originals and copies of inquiries, discussions, conversations, correspondence, negotiations, agreements, understandings, meetings, notices, requests, responses, demands, complaints, press, publicity or trade releases and the like that are provided by you or to you by others.

6.  "Concerning" means directly or indirectly mentioning or describing, relating to, referring to, regarding, evidencing, setting forth, identifying, memorializing, created in

connection with or as a result of, commenting on, embodying, evaluating, analyzing, tracking, reflecting or constituting, in whole or in part, a stated subject matter.

7.  "Defendant" means Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. k/n/a Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. k/n/a Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Actavis plc, Actavis, Inc., Watson Pharmaceuticals, Inc. k/n/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Allergan Inc., Allergan PLC, and their respective parents, subsidiaries, predecessors, successors, owners, employees, agents, assigns, representatives, and entities acting on their behalf, including but not limited to vendors, compensated speakers, key opinion leaders, public relations companies, and publication management companies.

8.  "Document," "documents," "documentation," "material" or "materials" mean any writing or any other tangible thing, whether printed, recorded (in audio, video, electronically or by any other means), reproduced by any process, or written or produced by hand, including, but not limited to, letters, memoranda, notes, opinions, books, reports, studies, agreements, statements, communications (including inter-company and intra-company communications), correspondence, telegrams, email, instant messages, chat logs, SMS, MMS or other "text" messages, posted information, messages, chat logs on "social networking" sites (including but not limited to, Facebook, Google+, MySpace and Twitter), logs, bookkeeping entries, summaries or records of personal conversations, diaries, calendars, telephone messages and logs, forecasts, photographs, images, tape recordings, models, statistical statements, graphs, laboratory and engineering reports, notebooks, charts, plans, drawings, minutes, bylaws, resolutions, records of conferences, expressions or statements of policy, lists of persons attending meetings or conferences, lists of clients or customers or suppliers, reports or summaries of interviews, opinions or reports of negotiations, brochures, pamphlets, advertisements, circulars, trade letters,

press releases, drafts of any document and revisions of drafts of any document, and any other similar paper or record.  The terms also include a copy of a document where the copy is not exactly the same as the original.  The terms also include emails and other documents made or stored in electronic form, whether kept on computers, computer tapes, disks or drives, including Cloud storage, of any type, or other media upon which information may be recorded.

      9.    "Including" is used merely to illustrate a request for certain types of Documents or information, and it should not be construed as limiting the request in any way.

      10.    "Opioid Manufacturer" means all Defendants and any other manufacturer, distributor, or holder of a New Drug Application or Abbreviated New Drug Application for any Opioid; and that entity's parents, subsidiaries, predecessors, successors, owners, employees, agents, assigns, representatives, and entities acting on their behalf, including but not limited to vendors, compensated speakers, key opinion leaders, public relations companies, and publication management companies.

      11.    "Person" means any natural person or such person's legal representative; any partnership, domestic or foreign corporation, or limited liability company; any company, trust, business entity, or association; and any agent, employee, sales representative, partner, officer, director, member, stockholder, associate, or trustee.

      12.    "Publication" means any Document You created, contributed to, reviewed, disseminated, or caused to be created or disseminated, regarding the prescribing, use, or properties of Opioids.

      13.    "You" or "Your" means the person(s) or business entity(s) to whom or to which this Deposition Subpoena is directed as reflected on the first page, or subsections as applicable.  With respect to corporations or other business entities, these terms also shall include all owners, officers, agents and employees thereof, and any predecessor, successor, parent, subsidiary, division, d/b/a and affiliated companies or other entities.

## DOCUMENTS TO BE PRODUCED AT DEPOSITION

1. All documents you reviewed in preparation for your testimony or which you intend to rely upon for your testimony.

2. All documents in your possession, custody, or control which reflect Defendants' policies and procedures related to the detailing, promotion, and/or marketing of opioids to health care professionals, consumers, pharmacies or hospitals;

3. All documents in your possession, custody, or control which reflect Defendants' compensation and/or bonus offers to you and/or to other persons detailing, promoting, and/or marketing opioids on Defendants behalf to health care professionals, consumers, pharmacies or hospitals.

4. All documents in your possession, custody, or control which reflect Defendants' training provided to you or to other persons detailing, promoting, and/or marketing opioids on Defendants' behalf to health care professionals, consumers, pharmacies or hospitals;

5. All documents in your possession, custody, or control which reflect your work detailing, promoting, and/or marketing opioids on Defendants' behalf including sales call notes and communications with Defendants regarding sales calls and health care professionals, consumers, pharmacies or hospitals;

6. All documents in your possession, custody, or control which reflect materials disseminated by you in connection with your work detailing, promoting, and/or marketing opioids on Defendants' behalf to health care professionals, consumers, pharmacies or hospitals;

7. All documents in your possession, custody or control which regard or refer to any promotional materials you received to use to detail, promote, and/or market opioids on Defendants' behalf to health care professionals, consumers, pharmacies or hospitals, including such documents which you may have been requested to stop using or destroy.

8. All other documents in your possession, custody, or control which reflect any communications or materials received by you from Defendants or any of its vendors in connection with your work detailing, promoting, and/or marketing opioids on Defendants' behalf to health care professionals; and

9. All documents in your possession, custody, or control which regard or refer to any suspicious orders and/or overprescribing or inappropriate prescribing of opioids by health care professionals or diversion of opioids by any individual or entity.

## PROOF OF SERVICE

1

2      STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3      I declare that I am over the age of eighteen (18) and not a party to this action.  My business
address is One Sansome St., Suite 2830, San Francisco, California  94104, and my e-mail address is

4      mmontoya@skikos.com

5      On January 23, 2020, I served the foregoing document described as:

6      **NOTICE OF DEPOSITION OF CHUCK DEWILDT**

7      on the parties in this action as follows:

8

  X   (By Electronic Service www.onelegal.com) I caused each document to be sent by electronic

9              transmission through One Legal, LLC, through the user interface at *www.onelegal.com*
              to all email addresses on the list maintained by One Legal.

10

11   ____ (By Electronic Service) I caused each document to be sent by electronic service by
              transmitting a true and correct PDF version as indicated above of the foregoing

12              document(s) via each individual's email.

13   ____ (By Federal Express) Said documents were delivered to an authorized courier or driver
              authorized by the express service carrier to receive documents with delivery fees paid or

14              provided for.

15

     ____ (By Mail) I am "readily familiar" with the firm's practice of collection and processing

16              correspondence for mailing.  Under practice, it would be deposited with the U.S. Postal
              Service on that same day with postage thereon fully prepaid at Newport Beach,

17              California in the ordinary course of business.  I am aware that on motion of the party
              served, service is presumed invalid if postal cancellation date or postage meter date is

18              more than one day after date of deposit for mailing in affidavit.

19

     ____ (By Personal Service) I caused each document to be delivered by hand to the office of the

20              addressee.

21    X    STATE:  I declare under penalty of perjury under the laws of the State of California that the
              foregoing is true and correct.

22

23   Executed on January 23, 2020, at San Francisco, California.

24

25              */s/      Marco Montoya*
                      Marco Montoya

26

27

28

NOTICE OF DEPOSITION OF CHUCK DEWILDT

1

## <u>SERVICE LIST</u>

2

*The People of the State of California, etc., vs. Purdue Pharma L.P., et al.*
Orange County Superior Court Case No. 30-2014-00725287-CU-BT-CXC

3

| | |
|---|---|
| 4 | Collie F. James, IV, Esq.<br>Adam Teitcher<br>MORGAN, LEWIS & BOCKIUS LLP<br>600 Anton Blvd., Suite 1800<br>Costa Mesa, CA 92626<br>Telephone No.: (714) 830-0600<br>Facsimile No.: (714) 830-0600<br>E-mail: cjames@morganlewis.com<br>E-mail: adam.teatcher@morganlewis.com | *Attorney for Defendants*<br>*TEVA PHARMACEUTICALS USA, INC.,*<br>*TEVA PHARMACEUTICAL INDUSTRIES*<br>*LTD., TEVA PHARMACEUTICALS INC.,*<br>*CEPHALON, INC.; WATSON*<br>*LABORATORIES, INC., ACTIVIS LLC;*<br>*ACTAVIS PHARMA, INC. f/k/a WATSON*<br>*PHARMA, INC.* |
| | Steven A. Reed, Esq. (*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone No.: (215) 963-5000<br>Facsimile No.: (215) 963-5001<br>E-mail: sreed@morganlewis.com | *Attorney for Defendants*<br>*TEVA PHARMACEUTICAL INDUSTRIES,*<br>*LTD.; TEVA PHARMACEUTICALS USA,*<br>*INC., CEPHALON, INC., WATSON*<br>*LABORATORIES, INC., ACTAVIS LLC and*<br>*ACTAVIS PHARMA, INC., f/k/a WATSON*<br>*PHARMA, INC.* |
| | Sean O. Morris, Esq.<br>Neda Hajian, Esq.<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone No.: (213) 243-4000<br>Facsimile No.: (213) 243-4199<br>E-mail: Sean.Morris@aporter.com<br>E-mail: neda.hajian@arnoldporter.com | *Attorneys for Defendant*<br>*ENDO HEALTH SOLUTIONS INC. and*<br>*ENDO PHARMACEUTICALS, INC.* |
| | Joshua M. Davis, Esq. (*Pro Hac Vice*)<br>ARNOLD & PORTER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone No.: (202) 942-5000<br>Facsimile No.: (202) 942-5999<br>E-mail: joshua.davis@aporter.com | *Attorney for Defendant*<br>*ENDO HEALTH SOLUTIONS INC. and*<br>*ENDO PHARMACEUTICALS, INC.* |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Marshall A. Camp, Esq.<br>Moez M. Kaba, Esq.<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone No.: (213) 788-4340<br>Facsimile No.: (888) 775-0898<br>E-mail: mcamp@hueston.com<br>E-mail: mkaba@hueston.com | *Attorneys for Defendant*<br>*ENDO HEALTH SOLUTIONS INC. and*<br>*ENDO PHARMACEUTICALS, INC.* |
| John C. Hueston, Esq.<br>HUESTON HENNIGAN LLP<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone No.: (949) 229-8640<br>Facsimile No.: (888) 775-0898<br>E-mail: jhueston@hueston.com | *Attorney for Defendant*<br>*ENDO HEALTH SOLUTIONS INC. and*<br>*ENDO PHARMACEUTICALS, INC.* |
| Charles C. Lifland, Esq.<br>Estaban Rodriguez, Esq.<br>Sabrina Strong, Esq.<br>O'MELVENY & MYERS, LLP<br>400 S. Hope St.<br>Los Angeles, CA 90071<br>Telephone No.: (213) 430-6000<br>Facsimile No.: (213) 430-6407<br>E-mail: clifland@omm.com<br>E-mail: esrodriguez@omm.com<br>E-mail: sstrong@omm.com | *Attorneys for Defendants*<br>*JOHNSON & JOHNSON, JANSSEN*<br>*PHARMACEUTICALS, INC., ORTHO-*<br>*MCNEIL-JANSSEN PHARMACEUTICALS,*<br>*INC. N/K/A JANSSEN*<br>*PHARMACEUTICALS, INC., AND*<br>*JANSSEN PHARMACEUTICA, INC. N/K/A*<br>*JANSSEN PHARMACEUTICALS, INC.* |
| Michael G. Yoder, Esq.<br>O'MELVENY & MYERS, LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Telephone No.: (949) 823-6900<br>Facsimile No.: (949) 823-6994<br>E-mail: myoder@omm.com | *Attorney for Defendants*<br>*JOHNSON & JOHNSON, JANSSEN*<br>*PHARMACEUTICALS, INC., ORTHO-*<br>*MCNEIL-JANSSEN PHARMACEUTICALS,*<br>*INC. N/K/A JANSSEN*<br>*PHARMACEUTICALS, INC., AND*<br>*JANSSEN PHARMACEUTICA, INC. N/K/A*<br>*JANSSEN PHARMACEUTICALS, INC.* |

| | |
|---|---|
| Jason D. Russell, Esq.<br>Kevin J. Minnick, Esq.<br>Lisa M. Gilford, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071-3144<br>Telephone No.: (213) 687-5000<br>Facsimile No.: (213) 687-5600<br>E-mail: Jason.Russell@skadden.com<br>E-mail: Kminnick@skadden.com<br>E-mail: Lisa.gilford@skadden.com | *Attorneys for Defendant*<br>*PURDUE PHARMA L.P., PURDUE*<br>*PHARMA, INC., THE PURDUE*<br>*FREDERICK COMPANY, INC.* |
| Mark S. Cheffo, Esq. (Admitted *Pro Hac Vice*)<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Telephone No.: (212) 698-3500<br>Facsimile No.: (212) 698-3599<br>E-mail: mark.cheffo@dechert.com | *Attorney for Defendant*<br>*PURDUE PHARMA L.P.; PURDUE*<br>*PHARMA INC.; THE PURDUE*<br>*FREDERICK COMPANY, INC.* |
| Jae Hong Lee, Esq.<br>Jonathan S. Tam, Esq.<br>Lily A. North, Esq.<br>DECHERT LLP<br>One Bush Street, Suite 1600<br>San Francisco, CA 94111<br>Telephone No.: (415) 262-4500<br>Facsimile No.: (415) 262-4555<br>E-mail: Jae.lee@dechert.com<br>E-mail: Jonathan.tam@dechert.com<br>E-mail: lily.north@dechert.com | *Attorneys for Defendant*<br>*PURDUE PHARMA L.P.; PURDUE*<br>*PHARMA INC.; THE PURDUE*<br>*FREDERICK COMPANY, INC.* |
| Anna Q. Do, Esq.<br>DECHERT LLP<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071-2023<br>Telephone No.: (213) 808-5700<br>Facsimile No.: (213) 808-5760<br>E-mail: anna.do@dechert.com | *Attorneys for Defendant*<br>*PURDUE PHARMA L.P.; PURDUE*<br>*PHARMA INC.; THE PURDUE*<br>*FREDERICK COMPANY, INC.* |

| | |
|---|---|
| Ashley Neglia, Esq.<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone No.: (213) 680-8114<br>Facsimile No.: (213) 680-8500<br>E-mail: Ashley.neglia@kirkland.com | *Attorneys for Defendant*<br>*ACTAVIS PLC (n/k/a ALLERGAN PLC)*<br>*AND ACTAVIS, INC. f/k/a WATSON*<br>*PHARMACEUTICALS, INC. (n/k/a*<br>*ALLERGAN FINANCE, LLC)*<br>. |
| Jennifer G. Levy, P.C., Esq. (Admitted *Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone No.: (202) 879-5066<br>Facsimile No.: (202) 879-5200<br>E-mail: Jennifer.levy@kirkland.com | *Attorneys for Defendant*<br>*ACTAVIS PLC (n/k/a ALLERGAN PLC)*<br>*AND ACTAVIS, INC. f/k/a WATSON*<br>*PHARMACEUTICALS, INC. (n/k/a*<br>*ALLERGAN FINANCE, LLC)* |
| Donna Welch, P.C., Esq. (Admitted *Pro Hac Vice*)<br>Martin L. Roth, Esq. (Admitted *Pro Hac Vice*)<br>Timothy W. Knapp. Esq. (Admitted *Pro Hac Vice*)<br>Karl Stampfl, Esq. (Admitted *Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone No.: (312) 862-2000<br>Facsimile No.: (312) 862-2200<br>E-mail: Donna.welch@kirkland.com<br>E-mail: rothm@kirkland.com<br>E-mail: tknapp@kirkland.com<br>E-mail: kstampfl@kirkland.com | *Attorneys for Defendant*<br>*ACTAVIS PLC (n/k/a ALLERGAN PLC)*<br>*AND ACTAVIS, INC. f/k/a WATSON*<br>*PHARMACEUTICALS, INC. (n/k/a*<br>*ALLERGAN FINANCE, LLC)* |
| Mark P. Robinson, Jr., Esq.<br>Kevin F. Calcagnie, Esq.<br>Daniel S. Robinson, Esq.<br>Scot D. Wilson, Esq.<br>ROBINSON CALCAGNIE, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Telephone No.: (949) 720-1288<br>Facsimile No.: (949) 720-1292<br>E-mail: mrobinson@robinsonfirm.com<br>E-mail: kcalcagnie@robinsonfirm.com<br>E-mail: drobinson@robinsonfirm.com<br>E-mail: swilson@robinsonfirm.com<br>E-mail: lrazmara@robinsonfirm.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |

NOTICE OF DEPOSITION OF CHUCK DEWILDT

| | |
|---|---|
| OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF SANTA CLARA<br>James R. Williams, County Counsel<br>Greta S. Hansen, Chief Asst. County Counsel<br>Kavita Narayan, Esq.<br>Laura S. Trice, Esq.<br>Julia Spiegel, Esq.<br>H. Luke Edwards, Esq.<br>70 West Hedding Street<br>East Wing, 9th Floor<br>San Jose, CA 95110<br>Telephone No.: (408) 299-5900<br>Facsimile No.: (408) 292-7240<br>E-mail: James.williams@cco.sccgov.org<br>E-mail: Laura.trice@cco.sccgov.org<br>E-mail: Greta.hansen@cco.sccgov.org<br>E-mail: Kavita.narayan@cco.sccgov.org<br>E-mail: Julia.spiegel@cco.sccgov.org<br>E-mail: Luke.edwards@cco.sccgov.org | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| Paul Kiesel, Esq.<br>Nicole Ramirez, Esq.<br>KIESEL LAW LLP<br>8648 Wilshire Blvd.<br>Beverly Hills, CA 90211-2910<br>Telephone No.: (310)854-4444<br>Facsimile No.: (310)854-0812<br>E-mail: kiesel@kiesel.law<br>E-mail: ramirez@kiesel.law | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| ORANGE COUNTY DISTRICT ATTORNEY<br>Tracy Miller<br>Lesley Young<br>Tracy Hughes, Deputy District Attorney<br>Consumer and Environmental Protection Unit<br>401 Civic Center Drive<br>Santa Ana, CA 92701-4575<br>E-mail: Tracy.miller@da.ocgov.com<br>E-mail: Lesley.young@da.ocgov.com<br>E-mail: Tracy.hughes@da.ocgov.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |

| | |
|---|---|
| MOTLEY RICE LLC<br>Linda Singer, Esq. *(Admitted Pro Hac Vice)*<br>David Ackerman, Esq. *(Admitted Pro Hac Vice)*<br>401 9th St., N.W., Suite 1001<br>Washington, DC 20004<br>Telephone No.: (202) 386-9626<br>Facsimile No.: (202) 386-9622<br>E-mail: lsinger@motleyrice.com<br>E-mail: dackerman@motleyrice.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| MOTLEY RICE LLC<br>Fidelma Fitzpatrick (Admitted *Pro Hac Vice*)<br>55 Cedar Street, Suite 100<br>Providence, RI 02903<br>E-mail: ffitzpatrick@motleyrice.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| MOTLEY RICE LLC<br>Frederick Baker (Admitted *Pro Hac Vice*)<br>Kristen Hermiz (Admitted *Pro Hac Vice*)<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>E-mail: fbaker@motleyrice.com<br>E-mail: khermiz@motleyrice.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| MOTLEY RICE LLC<br>Michael J. Pendell (Admitted *Pro Hac Vice*)<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>E-mail: mpendell@motleyrice.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman, Esq. (Admitted *Pro Hac Vice*)<br>Thomas E. Loeser, Esq.<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone No.: (206) 623-7292<br>Facsimile No.: (206) 623-0594<br>E-mail: steve@hbsslaw.com<br>E-mail: tomloeser@hbsslaw.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Elaine Byszewski, Esq.<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br>Telephone No.: (213)330-7150<br>Facsimile No.: (213)330-7152<br>E-mail: elaine@hbsslaw.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Ben Harrington, Esq.<br>715 Hearst Ave, Suite 202<br>Berkeley, CA 94710<br>Telephone No.: (510) 725-3000<br>Facsimile No.: (510) 725-3001<br>E-mail: benh@hbsslaw.com | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF LOS ANGELES<br>Mary C. Wickham, Esq.<br>Robert E. Ragland, Esq.<br>Scott Kuhn, Esq.<br>Andrea Ross, Esq.<br>Kenneth Hahn Hall of Administration<br>500 West Temple Street, 6th Floor<br>Los Angeles, CA 90012<br>Telephone No.: (213) 974-1811<br>Facsimile No.: (213) 974-7446<br>E-mail: mwickham@counsel.lacounty.gov<br>E-mail: rragland@counsel.lacounty.gov<br>E-mail: skuhn@counsel.lacounty.gov<br>E-mail: aross@counsel.lacounty.gov | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |
| OFFICE OF THE CITY ATTORNEY<br>CITY OF OAKLAND<br>Barbara J. Parker, Esq.<br>Maria Bee, Esq.<br>Erin Bernstein, Esq.<br>Malia McPherson, Esq.<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>Telephone No.: (510) 238-6392<br>Facsimile No.: (510) 238-6500<br>E-mail: bparker@oaklandcityattorney.org<br>E-mail: mbee@oaklandcityattorney.org<br>E-mail: ebernstein@oaklandcityattorney.org<br>E-mail: mmcpherson@oaklandcityattorney.org | *Attorneys for Plaintiff*<br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA |