# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Riverside-San Bernardino County Indian Health, Inc. v. Purdue Pharma,* et al.<br>Case No. 1:19-op-45025-DAP | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF RIVERSIDE-SAN BERNARDINO COUNTY INDIAN HEALTH, INC.

Under Local Rule 83.9, Lieff Cabraser Heimann & Bernstein, LLP and Eric B. Fastiff (collectively, Lieff Cabraser) move for leave of Court to substitute as counsel of record for Riverside-San Bernardino County Indian Health, Inc. ("RSBCIHI") in place of attorneys Krista Baisch of Crueger Dickinson LLC, Paul Hanley of Simmons Hanly Conroy LLC, and Andrew Phillips of von Briesen & Roper, s.c.

Lieff Cabraser certifies that it has provided written notice of this substitution to Riverside-San Bernardino County Indian Health, Inc., which has consented to the substitution. Counsel also certifies that by the CM/ECF service of this filing, they have notified all parties of this substitution.

Riverside-San Bernardino County Indian Health, Inc. and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to counsel at Lieff Cabraser.

1915951.2

- 2 -

Dated: January 24, 2020    Respectfully submitted,

/s/ Eric B. Fastiff
Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
Tel: (415) 956-1000
Fax: (415) 956-1008
efastiff@lchb.com

/s/ Paul J. Hanly Jr.
Paul J. Hanly Jr.
Simmons Hanly Conroy LLC
112 Madison Ave 7th Floor
New York, New York 10016
Tel: (212) 784-6400
Fax:(212) 213-5949
phanly@simmonsfirm.com

/s/ Krista Baisch
Krista Baisch
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211
Tel: (414) 210 3868
kkb@creugerdickinson.com

/s/ Andrew T. Phillips
Andrew T. Phillips
von Briesen & Roper, s.c.
411 East Wisconsin Avenue
Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
Fax: (414) 276-6281
aphillips@vonbriesen.com

*Counsel for Riverside San Bernardino County Indian Health Inc*.

1915951.2

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  January 24, 2020                                   Respectfully submitted,

*/s/ Eric B. Fastiff*
Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA
Tel: (415) 956-1000
Fax: (415) 956-1008
efastiff@lchb.com

*Counsel for Riverside San Bernardino County Indian Health Inc*.