# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL 2804** |
| | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | |
| | **Judge Dan Aaron Polster** |
| *All Cases* ) ) | |
| ) | **NOTICE DISCLOSING ASSISTANT** |
| ) | |

The Court hereby gives notice to the parties as follows. The current MDL Law Clerk's term will expire on January 31, 2019. In order to retain his experience and expertise on the National Prescription Opiate Litigation, and with the approval of the Court, Special Master Cohen has hired Scott Loge to assist with legal research and drafting and provide consultation when appropriate. His contact information is:

Andrew Scott Loge
1380 Clarence Ave., Apt. 6
Lakewood, OH  44107
216-282-7368
A.Scott.Loge@outlook.com

Mr. Loge will report directly to Special Master Cohen. Mr. Loge will submit his monthly bills to the Special Master for his authorization, and the parties will split his approved costs 50-50. The Court files this notice to ensure transparency.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  January 27, 2020
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**