# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL 2804** |
| ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | **Judge Dan Aaron Polster** |
| *All Cases* ) ) ) | **ORDER** |

This Court has appointed an additional staff person in this Multidistrict Litigation. He is:

Andrew Scott Loge
1380 Clarence Ave., Apt. 6
Lakewood, OH  44107
216-282-7368
A.Scott.Loge@outlook.com

In order to assist this Court, the fees associated with accessing the cases through the Public Access to Court Electronic Records (PACER) shall be waived for him. The Court will also provide Westlaw access.

**IT IS SO ORDERED.**

 /s/ **Dan Aaron Polster  January 27, 2020**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**