Motion granted. /s/Dan Aaron Polster 1/30/20

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio,* et al. *v. Purdue Pharma L.P.,* et al.<br>Case No. 1:18-op-45004<br><br>Track One-B | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE POSITION STATEMENT REGARDING CASE MANAGEMENT SCHEDULE UNDER SEAL

On January 19, 2020, Special Master Cohen directed the parties to file position statements on the existing case management schedule.  Pharmacy Defendants' submission quotes from a sealed transcript of the December 4, 2019 Case Management Conference.  *See* Doc. 2966. Pharmacy Defendants therefore request that the portion of their submission quoting the sealed transcript be placed under seal.  Pharmacy Defendants will publicly file a redacted version of their submission.

Date:  January 28, 2020

Respectfully submitted,

/s/   Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036

7137696.2