# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED PHARMACY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS

Defendants CVS Indiana, L.L.C. and CVS Rx Services, Inc., on behalf of the Pharmacy Defendants, hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted. For tracking and/or cross-referencing purposes, the chart below lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|
| Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703<br>1872 | Yes | No |
| Pharmacy Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment Based on the Statute of Limitations | 1703-1<br>1872 | Yes | No |

| Document Title | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|
| [Proposed Order] Granting Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-2 | Yes | No |
| Summary Sheet for Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-3 | Yes | No |
| Declaration of Alex J. Harris (Walgreen Co. and Walgreen Eastern Co., Inc.) in Support of Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-4<br>1872 | Yes | No |
| Declaration of Anthony M. Ruiz (CVS Indiana, L.L.C. and CVS Rx Services, Inc.) in Support of Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-5<br>1872 | Yes | No |
| Declaration of Joshua A. Kobrin (Giant Eagle, Inc.) in Support of Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-6<br>1872 | Yes | No |
| Declaration of Elisa P. McEnroe (Rite Aid) of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center) in Support of Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-7<br>1872 | Yes | No |
| Declaration of Jason Briscoe (Discount Drug Mart, Inc.) in Support of Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-8<br>1872 | Yes | No |
| Declaration of Tara A. Fumerton (Walmart Inc.) in Support of Pharmacy Defendants' Motion for Summary Judgment Based on the Statute of Limitations | 1703-9<br>1872 | Yes | No |

7135834.4

| | |
|---|---|
| Date:  January 31, 2020 | Respectfully submitted, |
| | /s/   *Eric R. Delinsky* |
| | Eric R. Delinsky |
| | Alexandra W. Miller |
| | ZUCKERMAN SPAEDER LLP |
| | 1800 M Street, NW |
| | Suite 1000 |
| | Washington, DC  20036 |
| | Phone: (202) 778-1800 |
| | Fax: (202) 822-8106 |
| | E-mail: edelinsky@zuckerman.com |
| | E-mail: smiller@zuckerman.com |
| | |
| | *Counsel for CVS Indiana, L.L.C. and CVS Rx Services, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2020, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/ s/  *Eric R. Delinsky*
Eric R. Delinsky