# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

THIS DOCUMENT RELATES TO:
    *The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,
    Case No. 18-op-45090

    *The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,
    Case No. 17-op-45004

MDL No. 2804

Case No. 1:17-md-2804

Judge Dan Aaron Polster

## [PROPOSED] ORDER GRANTING THE PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION REGARDING STATUTES OF LIMITATIONS AND EXHIBITS UNDER SEAL

Upon consideration of the Pharmacy Defendants'[1] Motion for Leave to File Summary Judgment Motion Regarding Statutes of Limitations and Exhibits under Seal (the "Motion") and any opposition thereto, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Pharmacy Defendants may file their motion for summary judgment based on the statute of limitations, including exhibits, under seal.

_____
Honorable Judge Dan A. Polster

---

[1] The Pharmacy Defendants are: CVS Indiana, L.L.C., CVS Rx Services, Inc., Rite Aid of Maryland, Inc. d/b/a Rite-Aid Mid Atlantic Customer Support Center, Inc., Walgreen Co., Walgreen Eastern Co., Wal-Mart Inc. f/k/a Wal-Mart Stores, Inc., Discount Drug Mart, Inc., and HBC Service Company.