UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>　*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 18-op-45090<br><br>　*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**MOTION FOR SUMMARY JUDGMENT
BY CVS INDIANA, L.L.C. AND CVS RX SERVICES, INC.**

　　Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law in Support of Motion for Summary Judgment, CVS Indiana, L.L.C. and CVS Rx Services, Inc. move for summary judgment on all counts.

Dated: June 28, 2019

Respectfully submitted,

/s/   Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 28, 2019, the foregoing was served on all parties, the Court, and the Special Masters in accordance with the Directions Regarding Filings of Briefs Under Seal, Dkt. No. 1719.

/s/ *Eric R. Delinsky*
Eric R. Delinsky