# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*APPLIES TO ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY CVS INDIANA, L.L.C. AND CVS RX SERVICES, INC.

Defendants CVS Indiana, L.L.C. and CVS Rx Services, Inc. (collectively "CVS") hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted pre-trial briefs and exhibits.  Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed as unredacted or less redacted.  For tracking and/or cross-referencing purposes, the chart below lists the original filing events related to the documents that are being filed, their prior ECF numbers, and the prior and present state of redactions.

| Document Title | Prior Public ECF No. | Prior Redactions | Current Redactions |
|---|---|---|---|
| Reply to Plaintiffs' Opposition to Motion for Summary Judgment by CVS Indiana, L.L.C. and CVS Rx Services, Inc. | 2527 | Yes | No |

2

Date:  January 31, 2020

Respectfully submitted,

/s/    *Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for CVS Indiana, L.L.C. and CVS Rx Services, Inc.*

7135715.3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2020, the foregoing was filed using

the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on

all attorneys of record.


/ s/    *Eric R. Delinsky*
Eric R. Delinsky