**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br>)<br>)<br>This document relates to:  )<br>)<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*  )<br>Case No. 18-op-45090  )<br>)<br>and  )<br>)<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*  )<br>Case No. 1:18-op-45004  )<br>) | **MDL No. 2804<br>Case No. 17-md-2804<br>Hon. Judge Dan A. Polster** |

**JANSSEN'S NOTICE OF FILING UNREDACTED EXPERT REPORT**

Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson (collectively, "Janssen") hereby provide notice of, and file into the public record, the unredacted expert report of Laurentius Marais, excerpts of which were previously filed as an attachment to Janssen's Motion for Summary Judgment in the Track 1 cases. (*See* Dkt. 1919-39.) Track 1 Defendants also previously filed a redacted copy of the full report. (*See* Dkt. 1936-24.) Pursuant to the Order Regarding Redacting and Sealing of Documents (Dkt. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and third parties, and/or the resulting withdrawal of confidentiality designations by Defendants and the DEA, this expert report is now publicly filed in unredacted form and submitted here as Exhibit A.

Dated: January 31, 2020					BY:	/s/ *Charles C. Lifland*
								Charles C. Lifland
								O'MELVENY & MYERS LLP
								400 S. Hope Street
								Los Angeles, CA 90071
								Tel: (213) 430-6000
								clifland@omm.com

								*Attorneys for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Charles C. Lifland, hereby certify that the foregoing document was served on July 31, 2020 via the Court's ECF system to all counsel of record, consistent with the Court's order.

*/s/ Charles C. Lifland*
Charles C. Lifland
