**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED**
**EXPERT REPORTS AND EXHIBITS TO MOTIONS**

Cardinal Health, Inc. hereby provides notice of, and files into the public record, the attached unredacted and/or less redacted expert reports and exhibits to certain *Daubert* and summary judgment motions that Cardinal Health, Inc. filed in the Track 1 cases. Pursuant to various confidentiality rulings by Special Master Cohen, Defendants and third parties have withdrawn certain confidentiality designations to previously redacted expert reports and exhibits to motions. The documents included in this filing are identified in Appendix A.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Enu Mainigi*

WILLIAMS & CONNOLLY LLP
Enu Mainigi
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

**CERTIFICATE OF SERVICE**

I, F. Lane Heard III, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *F. Lane Heard III*
F. Lane Heard III

**Appendix A: Chart of Attachments**

| Attachment No. | Docket No. of Prior Redacted Version | Brief Description |
|---|---|---|
| 1 | 1936-22 | J. MacDonald expert report |
| 2 | 1936-30 | B. Reise expert report |
| 3 | 1906-5 | C. McCann expert report |
| 4 | 1906-6 | J. Rafalski expert report (excerpt) |
| 5 | 1906-9 | J. Rafalski deposition transcript (excerpt) |
| 6 | 1906-10 | J. MacDonald expert report (excerpt) |
| 7 | 1906-19 | A. Jena expert report (excerpt) |
| 8 | 1906-20 | R. Brunner expert report (excerpt) |
| 9 | 1906-21 | C. McCann report (excerpt) |
| 10 | 1908-5 | G. Boggs deposition transcript (excerpt) |
| 11 | 1908-24 | C. Zimmerman deposition transcript (excerpt) |
| 12 | 1908-26 | ABDCMDL00337006 |
| 13 | 1908-27 | Anda_Opioids_MDL_0000543135–136 |
| 14 | 1908-33 | D. Egilman expert report (excerpt) |
| 15 | 1908-37 | M. Perri expert report |
| 16 | 1908-38 | J. Rafalski expert report |