# EXHIBIT 6

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>-------------------------------------------------------<br><br>THIS REPORT RELATES TO:<br><br>*Track One Cases* | **MDL No. 2804**<br>**Case No. 1:17-MD-02804**<br>**Judge Dan Aaron Polster** |

# EXPERT REPORT OF
# ROBERT L. BRUNNER

May 10, 2019

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

c)  For example, the charts below demonstrate how Buyer DEA Number BW59855998 is flagged in the 7th month of transactions (the earliest month possible). In Figure 2 below McCann flags all transactions after that first transaction. See Figure 1 and Figure 2.

**Figure 1 - Maximum Monthly, Trailing Six-Month Maximum Threshold (1st)**



17

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Figure 2 - Maximum Monthly, Trailing Six-Month Maximum Threshold**



The information in Figure 1 above is reproduced for all Walgreens stores in Appendix C.

b) **Twice Trailing Twelve-Month Average** – (similar to the "Two Times Rule"[13]) – Identify the transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed twice the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor.

---

[13] The "Two Times Rule" as defined in the Plaintiffs' Interrogatory Responses calculates a nationwide average on a monthly basis by the Defendant, whereas McCann's Twice Trailing Twelve-Month Average is limited to Cuyahoga and Summit counties by the Distributor and calculates on a trailing 12-month basis (**not** monthly).

18

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

a) No accounting / consideration is given to the unique circumstances of individual stores.

b) The chart below demonstrates how Buyer DEA Number BW4096358 is flagged in the 13th month of transactions (the earliest month possible). In Figure 4 below McCann flags all transactions after that first transaction. See Figure 3 and Figure 4.

**Figure 3 - Twice Trailing Twelve-Month Average (1st)**



19