# EXHIBIT 7

Walgreens to All Buyers in Cuyahoga, OH 1996-2018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Oxycodone Monthly Shipments to Cuyahoga, OH Identified by Methodology: Extraordinary Order Method - 3x Trailing 12 Month Average Pharmacy Dosage Units

Walgreens to All Buyers - Number of Transactions

■ Within Threshold    ■ Over Threshold

Note: 1/1/2006 - 12/31/2014 is based on ARCOS data produced by DEA. Any data outside of those dates is based on transactional data produced by the defendant ("Defendant Transactional Data"). Given the recent production of the Defendant Transactional Data, it is currently being analyzed, leaving significant questions regarding consistency, completeness, and scope.

245 of 1260

March 2019