# EXHIBIT I.2

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF OHIO

 3                   EASTERN DIVISION

 4

 5    ----------------------------x

 6    IN RE: NATIONAL PRESCRIPTION   ) Case No.

 7    OPIATE LITIGATION              ) 1:17-MD-2804

 8    APPLIES TO ALL CASES           ) Hon. Dan A. Polster

 9    ----------------------------x

10

11

12

          VIDEOTAPED DEPOSITION OF GARY L. BOGGS

13

                      WASHINGTON, D.C.

14

                THURSDAY, JANUARY 17, 2019

15

                       9:07 A.M.

16

17

18

19

20

21

22

23    Pages: 1 - 429

24    Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    many orders McKesson gets of unusual size, pattern

 2    or frequency in a given month?

 3              MR. RAFFERTY:  Objection.

 4              THE WITNESS:  Probably thousands.

 5    BY MR. STANNER:

 6         Q    Mr. Boggs, I'll rephrase.

 7              Mr. Boggs, do you know how many

 8    suspicious orders McKesson reports to the DEA in a

 9    typical month?

10              MR. RAFFERTY:  Objection.

11              THE WITNESS:  Thousands.

12    BY MR. STANNER:

13         Q    So does that mean that the customers who

14    place those suspicious orders are suspicious

15    customers?

16         A    Absolutely not.

17         Q    If a customer places a suspicious order,

18    does that mean the order is probably for some

19    illegal purpose?

20         A    Without knowing more about the customer

21    or more information, absolutely not.

22         Q    If a customer places a suspicious order,

23    does that mean that order is likely to be

24    diverted?
```

Highly Confidential - Subject to Further Confidentiality Review

1  would prioritize profits over following the law?

2       A     I have not.

3       Q     In your time at McKesson, have you ever

4  suggested terminating a customer and had the

5  company push back on that?

6       A     I have not.  They -- I have unilateral

7  authority to terminate a customer regardless of

8  any financial gain or loss to the company or

9  financial gain or loss to the -- to the customer.

10  And since I've been at McKesson, our program has

11  probably stopped shipping to 250-some-odd

12  customers.

13       Q     You -- you were asked some questions

14  earlier about McKesson's algorithm.  How long did

15  it take to develop McKesson's current algorithm

16  for thresholds?

17       A     Taken --

18            MR. RAFFERTY:  Objection.

19            THE WITNESS:  It's taken years.

20  BY MR. STANNER:

21       Q     Can you be more specific?

22       A     We've -- I believe it was probably

23  sometime in either late 2014 or early 2015, or

24  whatever, when we engaged the Analysis Group, an