IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

**NOTICE OF FILING UNREDACTED AND/OR LESS REDACTED EXPERT REPORTS AND EXHIBITS CITED IN CERTAIN DISPOSITIVE MOTIONS**

Defendants Mallinckrodt LLC and SpecGx LLC ("Mallinckrodt") hereby provide notice of, and file into the public record, the attached unredacted and/or less redacted documents submitted as exhibits to certain *Daubert* and summary judgment motions filed in the Track 1 cases. These exhibits include certain reports of experts retained by Defendants, or excerpts thereof. Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants and third parties, and/or the resulting withdrawal of confidentiality designations by Defendants and the DEA, several previously redacted exhibits are hereby publicly filed as unredacted or less redacted as attachments to this notice. For tracking and/or cross-referencing purposes, the below chart lists the documents that are being filed and their prior ECF numbers.

| Expert Report or Bates Number | Prior Public ECF No. | Prior Sealed ECF No. |
|---|---|---|
| Buzzeo, Ronald | 1936-6 | 1939-6 |
| PAR_OPIOID_MDL_0002016128 | 2181-78 | 2180-78 |
| Ex. A to Par Resp. to Plf. ROG 33 | 2181-85 | 2180-85 |
| PAR_OPIOID_MDL_0001596366 | 2181-87 | 2180-87 |
| PAR_OPIOID_MDL_0001024034 | 2181-89 | 2180-89 |

Dated: January 31, 2020

Respectfully Submitted,

*/s/ Brien T. O'Connor*
Brien T. O'Connor
Andrew J. O'Connor
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendants
Mallinckrodt LLC and SpecGx LLC,
and specially appearing Defendant
Mallinckrodt plc[1]*

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its motion to dismiss for lack of personal jurisdiction; it is specially appearing to join this notice, and, thus, it does not waive and expressly preserves its personal jurisdiction challenges.