| NDC | Description | Net Revenues | | | | | Gross Margin | | | | | Units | | | | | Extended Units | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2010 | 2011 | 2012 | 2013 | 2014 | 2010 | 2011 | 2012 | 2013 | 2014 | 2010 | 2011 | 2012 | 2013 | 2014 | 2010 | 2011 | 2012 | 2013 | 2014 |
| 49884046055 | FENTANYL CITRATE (OTFC) 400MCG | - | 335,577 | 1,071,049 | 1,016,903 | 565,511 | - | 305,157 | 918,069 | 864,628 | 393,295 | - | 1,884 | 9,072 | 8,526 | 8,025 | - | 56,520 | 272,160 | 255,780 | 240,750 |
| 49884046155 | FENTANYL CITRATE (OTFC) 600MCG | - | 358,542 | 1,239,971 | 1,250,040 | 1,004,681 | - | 332,025 | 1,092,975 | 1,102,382 | 825,440 | - | 1,698 | 9,000 | 8,545 | 8,634 | - | 50,940 | 270,000 | 256,350 | 259,020 |
| 49884046255 | FENTANYL CITRATE (OTFC) 800MCG | - | 570,005 | 2,325,615 | 2,298,493 | 287,651 | - | 535,675 | 2,094,506 | 2,076,802 | 149,067 | - | 2,328 | 14,946 | 13,584 | 7,067 | - | 69,840 | 448,380 | 407,520 | 212,010 |
| 49884046355 | FENTANYL CITRATE (OTFC) 1200MCG | - | 460,398 | 2,970,299 | 1,950,692 | 1,071,799 | - | 433,465 | 2,768,524 | 1,783,945 | 896,490 | - | 1,464 | 10,557 | 8,202 | 7,176 | - | 43,920 | 316,710 | 246,060 | 215,280 |
| 49884045955 | FENTANYL CITRATE (OTFC) 200MCG | - | 203,081 | 276,024 | 458,989 | 212,836 | - | 182,637 | 194,069 | 378,722 | 144,941 | - | 1,422 | 5,430 | 5,045 | 3,551 | - | 42,660 | 162,900 | 151,350 | 106,530 |
| 49884046455 | FENTANYL CITRATE (OTFC) 1600MCG | - | 647,351 | 3,092,147 | 2,810,488 | 1,996,938 | - | 616,368 | 2,887,969 | 2,606,083 | 1,773,560 | - | 1,644 | 10,437 | 9,814 | 8,928 | - | 49,320 | 313,110 | 294,420 | 267,840 |
| | **Fentanyl Citrate - 280460** | - | **2,574,954** | **10,975,104** | **9,785,604** | **5,139,415** | - | **2,405,327** | **9,956,112** | **8,812,562** | **4,182,794** | - | **10,440** | **59,442** | **53,716** | **43,381** | - | **313,200** | **1,783,260** | **1,611,480** | **1,301,430** |
| 49884083301 | MORPHINE SULF ER CAPS 20MG | - | - | - | 2,177,185 | 1,123,184 | - | - | - | 1,863,133 | 748,851 | - | - | - | 12,384 | 14,736 | - | - | - | 1,238,400 | 1,473,600 |
| 49884083401 | MORPHINE SULF ER CAPS 30MG | - | - | - | 1,160,049 | 1,389,022 | - | - | - | 948,711 | 925,746 | - | - | - | 7,092 | 15,524 | - | - | - | 709,200 | 1,552,400 |
| 49884083501 | MORPHINE SULF ER CAPS 50MG | - | - | - | 973,500 | 1,269,255 | - | - | - | 817,630 | 921,617 | - | - | - | 4,056 | 9,036 | - | - | - | 405,600 | 903,600 |
| 49884083601 | MORPHINE SULF ER CAPS 60MG | - | - | - | 2,288,625 | 1,776,843 | - | - | - | 2,000,710 | 1,295,046 | - | - | - | 6,444 | 10,773 | - | - | - | 644,400 | 1,077,300 |
| 49884083701 | MORPHINE SULF ER CAPS 80MG | - | - | - | 1,244,017 | 1,410,776 | - | - | - | 1,068,145 | 1,060,824 | - | - | - | 2,850 | 5,667 | - | - | - | 285,000 | 566,700 |
| 49884083801 | MORPHINE SULF ER CAPS 100MG | - | - | - | 3,475,562 | 2,904,991 | - | - | - | 3,080,114 | 2,360,973 | - | - | - | 6,276 | 8,628 | - | - | - | 627,600 | 862,800 |
| 49884097901 | MORPHINE SULFATE XR 15MG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 49884098001 | MORPHINE SULFATE XR 30MG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 49884098101 | MORPHINE SULFATE XR 60MG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 49884098201 | MORPHINE SULFATE XR 100MG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 49884098301 | MORPHINE SULFATE XR 200MG | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 49884066501 | MORPHINE SULF ER CAPS 20MG | - | - | 412,220 | (57,081) | (164) | - | - | 374,063 | (57,081) | (164) | - | - | 1,507 | - | - | - | - | 150,700 | - | - |
| 49884066601 | MORPHINE SULF ER CAP 30MG 100s | - | - | 725,203 | 634,059 | (5,096) | - | - | 658,779 | 544,690 | (5,096) | - | - | 2,232 | 2,999 | - | - | - | 223,200 | 299,900 | - |
| 49884066701 | MORPHINE SULF ER CAP 50MG 100s | - | - | 731,870 | 604,850 | (10,740) | - | - | 673,747 | 510,083 | (10,740) | - | - | 1,514 | 2,466 | - | - | - | 151,400 | 246,600 | - |
| 49884066801 | MORPHINE SULF ER CAP 60MG 100s | - | - | 996,677 | 390,994 | (95) | - | - | 916,369 | 342,785 | (95) | - | - | 1,799 | 1,079 | - | - | - | 179,900 | 107,900 | - |
| 49884066901 | MORPHINE SULF ER CAP 80MG 100s | - | - | 845,409 | 416,805 | (888) | - | - | 777,140 | 353,059 | (888) | - | - | 1,107 | 1,033 | - | - | - | 110,700 | 103,300 | - |
| 49884067001 | MORPHINE SULF ER CAP 100MG 100 | - | - | 1,876,895 | 765,734 | (71,201) | - | - | 1,751,836 | 678,339 | (71,201) | - | - | 1,986 | 1,387 | - | - | - | 198,600 | 138,700 | - |
| | **MORPHINE SULFATE XR 200MG -0983** | - | - | **5,588,275** | **14,074,299** | **9,785,886** | - | - | **5,151,933** | **12,150,317** | **7,224,873** | - | - | **10,145** | **48,066** | **64,364** | - | - | **1,014,500** | **4,806,600** | **6,436,400** |
| 49884023533 | HYDR/CHLO OS10/8MG/5ml.473mLPET | 17,478,811 | 39,398,652 | 47,424,389 | 32,953,341 | 25,549,246 | 3,610,562 | 7,661,696 | 8,102,652 | 5,814,363 | 4,922,743 | 133,226 | 322,962 | 389,104 | 321,173 | 227,880 | 63,015,898 | 152,761,026 | 184,046,192 | 151,914,829 | 107,787,240 |
| 49884023537 | HYDROCODO NEP/CHLORPHEN 1073MG | - | 82,348 | 685,056 | 564,636 | 1,350,003 | - | 13,746 | 113,351 | 58,213 | 313,428 | - | 2,400 | 19,836 | 28,512 | 38,064 | - | 276,026 | 2,281,140 | 3,278,880 | 4,377,360 |
| | **CHLORPHEN/HYDROCODONE - 0236** | **17,478,811** | **39,480,999** | **48,109,445** | **33,517,976** | **26,899,249** | **3,610,562** | **7,675,442** | **8,216,003** | **5,872,576** | **5,236,172** | **133,226** | **325,362** | **408,940** | **349,685** | **265,944** | **63,015,898** | **153,037,026** | **186,327,332** | **155,193,709** | **112,164,600** |
| 67767012018 | Fentanyl Patch 25MCG/H | - | - | 173,914 | 620,427 | (8,538) | - | - | (185,755) | 176,532 | (8,168) | - | - | 46,536 | 61,944 | - | - | - | 232,680 | 309,720 | - |
| 67767012118 | Fentanyl Patch 50MCG/H | - | - | 636,888 | 1,979,038 | (19,107) | - | - | 247,308 | 820,915 | (18,280) | - | - | 39,408 | 129,096 | - | - | - | 197,040 | 645,480 | - |
| 67767012218 | Fentanyl Patch 75MCG/H | - | - | 1,043,624 | 2,697,146 | (24,274) | - | - | 701,034 | 1,575,905 | (23,222) | - | - | 28,368 | 106,800 | - | - | - | 141,840 | 534,000 | - |
| 67767012318 | Fentanyl Patch 100MCG/H | - | - | 1,356,235 | 2,842,091 | (3,921) | - | - | 858,159 | 1,813,594 | (3,753) | - | - | 39,048 | 89,952 | - | - | - | 195,240 | 449,760 | - |
| 49884076178 | Fentanyl Patch 25MCG/H | - | - | - | 2,341,212 | 1,893,917 | - | - | - | 541,711 | (638,593) | - | - | - | 251,016 | 237,000 | - | - | - | 1,255,080 | 1,185,000 |
| 49884076278 | Fentanyl Patch 50MCG/H | - | - | - | 3,119,041 | 2,850,482 | - | - | - | 1,252,532 | (82,236) | - | - | - | 209,520 | 233,280 | - | - | - | 1,047,600 | 1,166,400 |
| 49884076378 | Fentanyl Patch 75MCG/H | - | - | - | 2,299,966 | 3,050,458 | - | - | - | 861,862 | 858,598 | - | - | - | 105,600 | 152,760 | - | - | - | 528,000 | 763,800 |
| 49884076478 | Fentanyl Patch 100MCG/H | - | - | - | 5,579,010 | 4,972,275 | - | - | - | 3,500,745 | 1,899,819 | - | - | - | 181,536 | 200,448 | - | - | - | 907,680 | 1,002,240 |
| | **Fentanyl Patch - 0762** | - | - | **3,210,661** | **21,477,931** | **12,711,292** | - | - | **1,620,746** | **10,543,796** | **1,984,165** | - | - | **153,360** | **1,135,464** | **823,488** | - | - | **766,800** | **5,677,320** | **4,117,440** |
| 49884013601 | Oxycodone 10mg 100s (Purdue) | - | - | - | - | 1,900,947 | - | - | - | - | 1,764,176 | - | - | - | - | 13,002 | - | - | - | - | 1,300,200 |
| 49884013701 | Oxycodone 20mg 100s (Purdue) | - | - | - | - | 3,607,825 | - | - | - | - | 3,317,785 | - | - | - | - | 14,135 | - | - | - | - | 1,413,500 |
| 49884013801 | Oxycodone 40mg 100s (Purdue) | - | - | - | - | 4,481,662 | - | - | - | - | 4,086,518 | - | - | - | - | 9,752 | - | - | - | - | 975,200 |
| 49884019701 | Oxycodone 80mg 100s (Purdue) | - | - | - | - | 6,283,849 | - | - | - | - | 5,751,537 | - | - | - | - | 6,611 | - | - | - | - | 661,100 |
| | **OXYCODONE -   200267** | - | - | - | - | **16,274,283** | - | - | - | - | **14,920,016** | - | - | - | - | **43,500** | - | - | - | - | **4,350,000** |
| 63481061270 | OPANA TAB 5MG 100 | | | | | | | | | | | | | | | | | | | | |
| 63481061370 | OPANA TAB 10MG 100 | | | | | | | | | | | | | | | | | | | | |
| | **VICA-FORT CAP 100 - 638121** | | | | | | | | | | | | | | | | | | | | |
| 00603388721 | HYDRO/APAP 10/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 00603388728 | HYDRO/APAP 10/325MG TAB 500 | | | | | | | | | | | | | | | | | | | | |
| 00603388732 | HYDRO/APAP 10/325MG TAB 1000 | | | | | | | | | | | | | | | | | | | | |
| 00603360902 | HYDRO/APAP 10/325MG TAB 90 | | | | | | | | | | | | | | | | | | | | |
| 00603360904 | HYDRO/APAP 10/325MG TAB 180 | | | | | | | | | | | | | | | | | | | | |
| 00603360912 | HYDRO/APAP 10/325MG TAB 240 | | | | | | | | | | | | | | | | | | | | |
| 00603360920 | HYDRO/APAP 10/325MG TAB 60 | | | | | | | | | | | | | | | | | | | | |
| 00603360921 | HYDRO/APAP 10/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 00603360926 | HYDRO/APAP 10/325MG TAB 150 | | | | | | | | | | | | | | | | | | | | |
| 00603360928 | HYDRO/APAP 10/325MG TAB 500 | | | | | | | | | | | | | | | | | | | | |
| 00603360932 | HYDRO/APAP 10/325MG TAB 1000 | | | | | | | | | | | | | | | | | | | | |
| 00603389021 | HYDRO/APAP 5/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 00603389022 | HYDRO/APAP 5/325MG TAB 120 | | | | | | | | | | | | | | | | | | | | |
| 00603389028 | HYDRO/APAP 5/325MG TAB 500 | | | | | | | | | | | | | | | | | | | | |
| 00603389032 | HYDRO/APAP 5/325MG TAB 1000 | | | | | | | | | | | | | | | | | | | | |
| 00603389121 | HYDRO/APAP 7.5/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 00603389122 | HYDRO/APAP 7.5/325MG TAB 120 | | | | | | | | | | | | | | | | | | | | |
| 00603389128 | HYDRO/APAP 7.5/325MG TAB 500 | | | | | | | | | | | | | | | | | | | | |
| 00603389132 | HYDRO/APAP 7.5/325MG TAB 1000 | | | | | | | | | | | | | | | | | | | | |
| 00603388720 | HYDRO/APAP 10/325MG TAB 60 | | | | | | | | | | | | | | | | | | | | |
| 00603388712 | HYDRO/APAP 10/325MG TAB 240 | | | | | | | | | | | | | | | | | | | | |
| 00603388704 | HYDRO/APAP 10/325MG TAB 180 | | | | | | | | | | | | | | | | | | | | |
| 00603388702 | HYDRO/APAP 10/325MG TAB 90 | | | | | | | | | | | | | | | | | | | | |
| 00603388721 | HYDROCOD APAP TAB 2.5/500MG100 | | | | | | | | | | | | | | | | | | | | |
| 00603388102 | HYDROCODONE APAP TAB 5/500MG90 | | | | | | | | | | | | | | | | | | | | |
| 00603388121 | HYDROCOD APAP TAB 5/500MG 100 | | | | | | | | | | | | | | | | | | | | |
| 00603388128 | HYDROCOD APAP TAB 5/500MG 500 | | | | | | | | | | | | | | | | | | | | |
| 00603388132 | HYDROCOD APAP TAB 5/500MG 1000 | | | | | | | | | | | | | | | | | | | | |
| 00603388221 | HYDROCOD APAP TAB 7.5/500MG100 | | | | | | | | | | | | | | | | | | | | |
| 00603388228 | HYDROCOD APAP TAB 7.5/500MG500 | | | | | | | | | | | | | | | | | | | | |
| 00603388232 | HYDROCOD APAP TAB7.5/500MG1000 | | | | | | | | | | | | | | | | | | | | |
| 00603388321 | HYDROCOD APAP TAB 7.5/750MG100 | | | | | | | | | | | | | | | | | | | | |
| 00603388328 | HYDROCOD APAP TAB 7.5/750MG500 | | | | | | | | | | | | | | | | | | | | |
| 00603388332 | HYDROCOD APAP TAB7.5/750MG1000 | | | | | | | | | | | | | | | | | | | | |
| 00603388421 | HYDROCOD APAP TAB 7.5/650MG100 | | | | | | | | | | | | | | | | | | | | |
| 00603388428 | HYDROCOD APAP TAB 7.5/650MG500 | | | | | | | | | | | | | | | | | | | | |
| 00603388504 | HYDROCOD APAP TAB 10/650MG 180 | | | | | | | | | | | | | | | | | | | | |
| 00603388516 | HYDROCOD APAP TAB 10/650MG 30 | | | | | | | | | | | | | | | | | | | | |
| 00603388521 | HYDROCOD APAP TAB 10/650MG 100 | | | | | | | | | | | | | | | | | | | | |
| 00603388528 | HYDROCOD APAP TAB 10/650MG 500 | | | | | | | | | | | | | | | | | | | | |
| 00603388532 | HYDROCOD APAP TAB 10/650MG1000 | | | | | | | | | | | | | | | | | | | | |
| 00603388621 | HYDROCOD APAP TAB 10/660MG 100 | | | | | | | | | | | | | | | | | | | | |
| 00603388628 | HYDROCOD APAP TAB 10/660MG 500 | | | | | | | | | | | | | | | | | | | | |
| 00603388802 | HYDROCOD APAP TAB 10/500MG 90 | | | | | | | | | | | | | | | | | | | | |
| 00603388816 | HYDROCOD APAP TAB 10/500MG 30 | | | | | | | | | | | | | | | | | | | | |
| 00603388821 | HYDROCOD APAP TAB 10/500MG 100 | | | | | | | | | | | | | | | | | | | | |
| 00603388822 | HYDROCOD APAP TAB 10/500MG 120 | | | | | | | | | | | | | | | | | | | | |
| 00603388826 | HYDROCOD APAP TAB 10/500MG 150 | | | | | | | | | | | | | | | | | | | | |
| 00603388828 | HYDROCOD APAP TAB 10/500MG 500 | | | | | | | | | | | | | | | | | | | | |
| 00603388832 | HYDROCOD APAP TAB 10/500MG1000 | | | | | | | | | | | | | | | | | | | | |
| 00603389102 | HYDRO/APAP 7.5/325MG TAB 90 | | | | | | | | | | | | | | | | | | | | |
| 00603389020 | HYDRO/APAP 5/325MG TAB 60 | | | | | | | | | | | | | | | | | | | | |
| 00603389016 | HYDRO/APAP 5/325MG TAB 30 | | | | | | | | | | | | | | | | | | | | |
| 00603389004 | HYDRO/APAP 5/325MG TAB 180 | | | | | | | | | | | | | | | | | | | | |
| 00603389002 | HYDRO/APAP 5/325MG TAB 90 | | | | | | | | | | | | | | | | | | | | |
| 00603388726 | HYDRO/APAP 10/325MG TAB 150 | | | | | | | | | | | | | | | | | | | | |
| 00603388722 | HYDRO/APAP 10/325MG TAB 120 | | | | | | | | | | | | | | | | | | | | |
| | **Hydrocodone Tabs - PS - 800048** | | | | | | | | | | | | | | | | | | | | |
| 60951060270 | ENDOCET 5/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 60951060285 | ENDOCET 5/325MG TAB 500 | | | | | | | | | | | | | | | | | | | | |
| 60951070070 | ENDOCET 7.5/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 60951070170 | ENDOCET 2.5/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 60951071270 | ENDOCET 10/325MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 60951079770 | ENDOCET TAB 10/650MG 100 | | | | | | | | | | | | | | | | | | | | |
| 60951079670 | ENDOCET TAB 7.5/500MG 100 | | | | | | | | | | | | | | | | | | | | |
| | **Endocet - PS - 800050** | | | | | | | | | | | | | | | | | | | | |
| 64376064301 | HYDRO/APAP 10/300MG TAB 100 | | | | | | | | | | | | | | | | | | | | |
| 64376064305 | HYDRO/APAP 10/300MG TAB 500 | | | | | | | | | | | | | | | | | | | | |

| NDC | Description |
|---|---|
| 64376064801 | HYDRO/APAP 5/300MG TAB 100 |
| 64376064805 | HYDRO/APAP 5/300MG TAB 500 |
| 64376064901 | HYDRO/APAP 7.5/300MG TAB 100 |
| 64376064905 | HYDRO/APAP 7.5/300MG TAB 500 |
| | **Hydrocodone Tabs (Boca) - PS - 800072** |
| 60951065870 | MORPHINE SULF ER 100MG TAB 100 |
| 60951065270 | MORPHINE SULF ER 15MG TAB 100 |
| 60951065970 | MORPHINE SULF ER 200MG TAB 100 |
| 60951065370 | MORPHINE SULF ER 30MG TAB 100 |
| 60951065570 | MORPHINE SULF ER 60MG TAB 100 |
| | **Morphine Sulfate - PS - 800105** |
| 50991057801 | IBUDONE TAB 5/200MG 100 |
| 50991057901 | IBUDONE TAB 10/200MG 100 |
| | **Ibudone - PS - 800116** |
| 63481062770 | PERCOCET TAB 2.5/325MG 100 |
| 63481062370 | PERCOCET TAB 5/325MG 100 |
| 63481062385 | PERCOCET TAB 5/325MG 500 |
| 63481062870 | PERCOCET TAB 7.5/325MG 100 |
| 63481062970 | PERCOCET TAB 10/325MG 100 |
| | **Percocet - 860125** |
| 00603499021 | OXYCODONE 5MG TAB 100 |
| 00603499028 | OXYCODONE 5MG TAB 500 |
| 00603499321 | OXYCODONE 10MG 100 |
| 00603499121 | OXYCODONE 15MG TAB 100 |
| 00603499128 | OXYCODONE 15MG TAB 500 |
| 00603499421 | OXYCODONE 20MG 100 |
| 00603499221 | OXYCODONE 30MG TAB 100 |
| 00603499228 | OXYCODONE 30MG TAB 500 |
| | **Oxycodone - PS - 800132** |
| 60951079470 | OXYMORPHONE HCl 5MG TAB 100 |
| 60951079570 | OXYMORPHONE HCl 10MG TAB 100 |
| | **Oxymorphone - PS - 800133** |
| 00603499821 | OXYCODONE/APAP 5/325 TAB 100 |
| 00603499828 | OXYCODONE/APAP 5/325 TAB 500 |
| 00603497821 | OXYCODONE/APAP 2.5/325 TAB 100 |
| 00603497921 | OXYCODONE/APAP 7.5/325 TAB 100 |
| 00603497928 | OXYCODONE/APAP 7.5/325 TAB 500 |
| 00603498221 | OXYCODONE/APAP 10/325 TAB 100 |
| 00603498228 | OXYCODONE/APAP 10/325 TAB 500 |
| 00603499721 | OXYCODONE APAP CAP 5/500MG 100 |
| | **Oxycodone APAP - PS - 800134** |
| 64376064016 | HYDRO/APAP 7.5/325MG/15ML473ML |
| 64376064040 | HYDRO/APAP 7.5/325MG/15ML118ML |
| | **Hydrocodone Solu (Boca) - PS - 800208** |
| 00603358621 | HCB/IBUPROFEN 10/200MG TAB 100 |
| 00603358421 | HCB/IBUPROFEN 5/200MG TAB100 |
| 00603389721 | HCB/IBUPROFEN 7.5/200MG TAB100 |
| 00603389728 | HCB/IBUPROFEN 7.5/200MG TAB500 |
| | HCB/IBUPR 7.5/200MG TAB1000 |
| | **HCB Ibuprofen - PS - 800224** |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER