| | |
|---|---|
| **From:** | Feniger, Angela |
| **Sent:** | Wednesday, July 15, 2015 4:21 PM |
| **To:** | Barbarite, Joseph; Wheeler, Douglas; Karaban, Dino; Poshni, Faiza; Shukla, Jaydeep |
| **Subject:** | Buzzeo PDMA - DEA Audit Report April 28 - 30th, 2015 |
| **Attachments:** | Par Pharm Review June 2015.pdf; 1RR Reconciliation.pdf; 100B Reconciliation.pdf; Par Pharm SOPs June 2015.pdf |

Dear All:

Attached is the DEA Audit Report that was conduct on April 28th – 30th 2015 by Buzzeo PDMA for your review.

I plan on scheduling an internal compliance team meeting the last week of July to review the report first amongst ourselves prior to the distribution to other departments. I would like to prioritize at this meeting which Buzzeo recommendation we plan on implementing and have a strategy in place to present to the impacted departments. Please let me know if you have an questions or comments. Regards,

**Angela Feniger, MBA** | Director, DEA Compliance & QA Documentation
Par Pharmaceutical Companies, Inc. | 2 Ram Ridge Road | Spring Valley, NY 10977
Phone: ███████████ | angela.feniger@parpharm.com
www.parpharm.com

---

**From:** bwilliamson@us.imshealth.com [mailto:bwilliamson@us.imshealth.com]
**Sent:** Thursday, June 04, 2015 9:19 AM
**To:** Barbarite, Joseph
**Cc:** Feniger, Angela; Sandra.Williams@us.imshealth.com
**Subject:** Reports from Site Review

Good Morning Mr. Barbarite

Please find attached reports from our onsite review conducted in April of this year.

As noted by the titles, one report has been prepared for the facility review and a second report has been prepared for the review of the SOPs. The "Reconciliation Documents" are attachments to the report for the facility review.

Sandra and I enjoyed meeting you and working with your staff.

Please let me know if you have questions and/or if we can help with any other DEA type issues.

Bob

**Robert C. Williamson, Manager DEA Consulting**
bwilliamson@us.imshealth.com
p. 770.565.4321 c.678.447.1724



   

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER            PAR_OPIOID_MDL_0001024034

This email is confidential. If you have received this message by mistake or if you are not the intended recipient of this message, please inform us by reply e-mail and delete this message from your system. You may not print any message, nor copy or disclose its content to anyone if you are not its intended recipient. Please note that the integrity and security of this message cannot be guaranteed on the Internet.

P *Save the planet, print it only if needed and recycle!*

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024035