# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## NOTICE OF FILING OF UNREDACTED AND/OR LESS REDACTED EXHIBITS CITED IN CERTAIN MOTIONS FOR SUMMARY JUDGMENT

Defendant Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center ("Rite Aid") hereby provides notice of, and files into the public record, the attached unredacted and/or less redacted exhibits previously filed as exhibits to certain summary judgment motions filed in the Track 1 cases, as set forth in further detail in the chart below. Pursuant to Special Master Cohen's November 5, 2019 Order Regarding Redacting and Sealing of Documents (ECF No. 2909), Special Master Cohen's various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and third parties, and/or the resulting withdrawal of certain confidentiality designations by Defendants and the DEA, several previously redacted briefs and/or exhibits are hereby publicly filed as unredacted or less redacted as attachments to this Notice. The chart below lists the exhibits that are being filed along with their prior ECF docket numbers.

| Document to be Re-Filed | Prior Public ECF No. | Prior Sealed ECF No. | Re-Filed with No or Fewer Redactions |
|---|---|---|---|
| Declaration of Kelly A. Moore ISO Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, & McKesson | ECF No. 1883-2 | ECF No. 1867-2 | No redactions |
| Memorandum of Law ISO Pharmacy Defendants' Motion for Summary Judgment on Causation | ECF No. 1885-1 | ECF No. 1869-1 | Fewer redactions |
| Declaration of Kelly A. Moore ISO Pharmacy Defendants' Motion for Summary Judgment on Causation | ECF No. 1885-2 | ECF No. 1869-2 | Fewer redactions |
| Memorandum of Law ISO Rite Aid of Maryland's Motion for Summary Judgment | ECF No. 1888-1 | ECF No. 1870-1 | Fewer redactions |
| Declaration of Anupam B. Jena, MD, PhD, ISO Rite Aid of Maryland's Motion for Summary Judgment | ECF No. 1888-2 | ECF No. 1870-2 | No redactions |
| Declaration of Kelly A. Moore ISO Rite Aid of Maryland's Motion for Summary Judgment | ECF No. 1888-3 | ECF No. 1870-3 | Fewer redactions |

2

Dated:  January 31, 2020    /s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2020, I caused the foregoing document to be served on all counsel of record via the Court's ECF system.


Dated: January 31, 2020                                             */s/ Kelly A. Moore*
                                                                                                Kelly A. Moore