# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## NOTICE OF FILING OF LESS REDACTED
## EXPERT REPORT OF DR. ANUPAM B. JENA

Defendant Rite Aid of Maryland, Inc. d/b/a Mid-Atlantic Customer Support Center ("Rite Aid") hereby provides notice of, and files into the public record, the attached less redacted Expert Report of Dr. Anupam B. Jena, MD, PhD.  Pursuant to Special Master Cohen's November 5, 2019 Order Regarding Redacting and Sealing of Documents (ECF No. 2909), Special Master Cohen's various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and third parties, and/or the resulting withdrawal of certain confidentiality designations by Defendants and the DEA, the Expert Report of Dr. Anupam B. Jena is being re-filed with fewer redactions as attached to this Notice.

Dated:  January 31, 2020 /s/ Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2020, I caused the foregoing document to be served on all counsel of record via the Court's ECF system.

Dated: January 31, 2020                                                   */s/ Kelly A. Moore*
                                                                                       Kelly A. Moore