IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 17-op-45004<br><br>and<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P, et al.*,<br>Case No. 18-op-45090. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**NON-RICO SMALL DISTRIBUTORS'
MOTION FOR SUMMARY JUDGMENT
<u>BASED ON THEIR *DE MINIMIS* STATUS</u>**

Pursuant to Federal Rule of Civil Procedure 56, non-RICO Defendants Anda, Inc., H. D. Smith, LLC, H. D. Smith Holdings, LLC, H. D. Smith Holding Company,[2] Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Prescription Supply Inc. (collectively, the "Small Distributors") respectfully move the Court for summary judgment. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

---

[1] On October 2, 2018, H. D. Smith Holdings, LLC and H. D. Smith Holding Company (the "Holding Companies") moved to dismiss the Second Amended Corrected Complaint in *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:17-op-45004 (N.D. Ohio) (based on lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2). ECF No. 1015.  Plaintiffs have not filed an opposition, nor has the Court issued a ruling.  By joining in any motion in the above-referenced matter, the H. D. Smith Holding Companies are in no way waiving their previously asserted defense that the Court lacks personal jurisdiction over the Holding Companies and must dismiss them from the case pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: June 28, 2019 	Respectfully submitted,

/s/ *John J. Haggerty* 	/s/ *James W. Matthews* 
John J. Haggerty (0073572) 	James W. Matthews
James C. Clark 	Katy E. Koski
Stephan A. Cornell 	Kristina Matic
FOX ROTHSCHILD LLP 	FOLEY & LARDNER LLP
2700 Kelly Road, Suite 300 	111 Huntington Avenue
Warrington, PA 18976 	Boston, MA 02199
Tel: (215) 345-7500 	Tel:    617.342.4000
Fax: (215) 345-7507 	Fax:    617.342.4001
jhaggerty@foxrothschild.com 	Email: jmatthews@foley.com
jclark@foxrothschild.com 	           kkoski@foley.com
scornell@foxrothschild.com 	           kmatic@foley.com

*Counsel for Defendant,*
*Prescription Supply Inc.* 	*Counsel for Defendant Anda, Inc.*

/s/ *William E. Padgett* 	/s/ *John P. McDonald* 
William E. Padgett (IN No. 18819-49) 	John P. McDonald
Kathleen L. Matsoukas (IN No. 31833-49) 	Texas Bar No. 13549090
BARNES & THORNBURG LLP 	jpmcdonald@lockelord.com
11 South Meridian Street 	C. Scott Jones
Indianapolis, IN 46204 	Texas Bar No. 24012922
Telephone: (317) 236-1313 	sjones@lockelord.com
Facsimile: (317) 231-7433 	Lauren M. Fincher
Email: william.padgett@btlaw.com 	Texas Bar No. 24069718
           kathleen.matsoukas@btlaw.com 	lfincher@lockelord.com
	Brandan J. Montminy
*Counsel for Defendants H. D. Smith, LLC,* 	Texas Bar No. 24088080
*f/k/a H. D. Smith Wholesale Drug Co.,* 	brandan.montminy@lockelord.com
*H. D. Smith Holdings, LLC and H. D. Smith* 	LOCKE LORD LLP
*Holding Company* 	2200 Ross Avenue
	Suite 2800
	Dallas, TX 75201
	T: 214-740-8445
	F: 214-756-8110

	*Attorneys for Henry Schein, Inc.*
	*and Henry Schein Medical Systems, Inc.*

2

## **CERTIFICATE OF SERVICE**

I, John J. Haggerty, certify that the foregoing document was served via the Court's ECF system to all counsel of record.

>*/s/ John J. Haggerty*
>John J. Haggerty (0073572)