# EXHIBIT 1

**(McCann Deposition Transcript)**

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
 2                EASTERN DIVISION
                    -  -  -
 3   IN RE:  NATIONAL          :  HON. DAN A.
     PRESCRIPTION OPIATE       :  POLSTER
 4   LITIGATION                :  MDL NO. 2804
                               :
 5   This document relates to: :  Case No. 17-MD-2804
                               :
 6   The County of Summit, Ohio :
     Ohio et al. v. Purdue Pharma :
 7   L.P., et al., Case No.     :
     17-OP-45004                :
 8                             :
     The County of Cuyahoga v. :
 9   Purdue Pharma Purdue Pharma :
     L.P., et al., Case No.     :
10   18-OP-45090                :
11                    -  -  -
12        - HIGHLY CONFIDENTIAL -
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
13
                   VOLUME I
14                   -  -  -
                 May 9, 2019
15
16           Videotaped deposition of
     CRAIG J. McCANN, Ph.D., CFA, taken
17   pursuant to notice, was held at the law
     offices of Morgan Lewis & Bockius, LLP,
18   1111 Pennsylvania Avenue, NW, Washington,
     D.C., beginning at 10:03 a.m., on the
19   above date, before Michelle L. Gray, a
     Registered Professional Reporter,
20   Certified Shorthand Reporter, Certified
     Realtime Reporter, and Notary Public.
21
                    -  -  -
22
         GOLKOW LITIGATION SERVICES
23   877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                       -  -  -
 2                 I N D E X
 3                       -  -  -
 4
    Testimony of:
 5
                CRAIG J. McCANN, Ph.D., CFA
 6
 7        By Ms. McEnroe                16
 8        By Mr. Eppich                253
 9        By Mr. Boehm                 323
10
11
                       -  -  -
12
                 E X H I B I T S
13
                       -  -  -
14
15   NO.           DESCRIPTION            PAGE
16   McCann-1       Notice of Videotaped  17
                    Deposition
17
18   McCann-2       Banker Box            23
                    Initial Report
19                  1-11 Appendices
                    Supplemental Report
20                  A through F Appendices
                    Second Supplemental
21                  Report
                    Appendices 1 and 2
22                  & Attachment
23
24
```

```
 1                     -  -  -
 2             E X H I B I T S  (Cont'd.)
 3                     -  -  -
 4
 5    NO.           DESCRIPTION            PAGE
 6    McCann-3      Expert Report of        24
                    Craig J. McCann, Ph.D.
 7                  3/25/19
 8    McCann-4      Appendix 1             105
                    Resumé
 9
      McCann-5      Appendix 2             111
10                  Correction to the
                    ARCOS Data
11
      McCann-6      Expert Report of       231
12                  Professor David Cutler
                    3/25/19
13
      McCann-7      Morgan Keegan v        248
14                  Garrett Synopsis
15    McCann-8      Appendix 6, List of    315
                    Reporter Company
16                  Families
17    McCann-9      Appendix D,            321
                    Additional McKesson
18                  Figures and Tables
19    McCann-10     Excessive Purchases    370
                    Schedule II
20                  Exhibit P
                    CAH_MDL_PRIORPROD_DEA07_
21                  01384160-R-61
22
23
24
```

```
1    I'm going to hold onto it.

2              MR. MOUGEY:   That sounds

3      good.

4    BY MS. McENROE:

5        Q.    To make things a little bit

6    easier, what we've done is for Exhibit 3,

7    we've bound together your original report

8    from March 25th -- and I'll hand this to

9    you in a minute so you can look at it,

10   with one addition.

11             We swapped in what I think

12   you referred to as an errata page, at

13   Page 35?

14       A.    Yes.

15       Q.    And then we included behind

16   a blue slip sheet the first supplemental

17   report that was submitted on April 3,

18   2019, without any of the attachments or

19   exhibits.  And then behind the next blue

20   slip sheet, the April 15th supplemental

21   report.  Okay?

22             Do you see that?

23       A.    Thank you.  Yes.

24             (Document marked for
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            identification as Exhibit

 2            McCann-3.)

 3   BY MS. McENROE:

 4            Q.    We're going to mark that as

 5   Exhibit 3.

 6                  And today, if we're

 7   referring -- today or tomorrow, if we're

 8   referring to paragraphs and whatnot, in

 9   any of the reports you've submitted, it's

10   probably easiest if we refer to this

11   version.  But if you do want any of the

12   appendices or exhibits for completeness,

13   we can definitely arrange that.  All

14   right?

15            A.    Thank you.  Thank you.

16            Q.    So take a quick second and

17   look at that with me, just to make sure

18   that we are speaking the same language

19   here.

20                  So the first cover sheet is,

21   as I said, the March 25th report, the

22   original report that you submitted,

23   correct?

24            A.    Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            Q.    Okay.  And you didn't -- you

 2    didn't apply any other criteria?

 3            A.    Not that I can think of.

 4            Q.    Okay.  In that Paragraph 130

 5    that I just read out, you say at the

 6    beginning that you implemented various

 7    approaches.  And is that talking about

 8    the approaches that are discussed later

 9    in that section, Approaches 1, 2, 3, 4

10    and 5?

11            A.    Yes.

12            Q.    You are not talking about

13    anything else than that?

14            A.    Correct.

15            Q.    And then you have five

16    approaches in this report; is that

17    correct?

18            A.    Yes.

19            Q.    And the first one is the

20    maximum monthly trailing six-month

21    threshold, correct?

22            A.    Correct.

23            Q.    And the second is the twice

24    trailing 12-month average pharmacy dosage
```

Highly Confidential - Subject to Further Confidentiality Review

1    to do in this approach?

2         A.    I'm pausing just for a

3    second to make sure when you say, is that

4    all, prior to the instruction that I got

5    from counsel, I think the answer is yes.

6         Q.    Paragraph 132 says, "In this

7    approach and the others implemented

8    below" -- just pausing there for a

9    second.  The others implemented below are

10   the rest of the five approaches in this

11   Section 9; is that correct?

12        A.    Yes.

13        Q.    So it says, "In this

14   approach, and the others implemented

15   below, I have been asked by counsel to

16   assume that the distributor did not

17   effectively investigate the flagged

18   transactions, and so every subsequent

19   transaction of that drug code is also

20   flagged because the distributor had an

21   unfulfilled obligation to detect and

22   investigate the first flagged

23   transaction."

24              Is that assumption made in

Highly Confidential - Subject to Further Confidentiality Review

 1   Paragraph 132 also from direction of

 2   counsel?

 3        A.    Yeah, so I might shorten

 4   that sentence up a great deal, because

 5   there's some of that sentence that's not

 6   necessary to describe our implementation.

 7        Q.    Explain to me what you mean

 8   by that.

 9        A.    Well, as it's written, as I

10   wrote it --

11        Q.    Yeah.

12        A.    -- I said counsel asked me

13   to assume that the distributor did not

14   effectively investigate the flagged

15   transactions.  And so every subsequent

16   transaction of that drug code is also

17   flagged because the distributor had an

18   unfulfilled obligation to detect and

19   investigate the first flagged

20   transaction.

21             Operationally, you could

22   condense that to just say, I was asked to

23   flag every subsequent transaction after

24   the first transaction is flagged.  It

```
 1   doesn't need the rest of the context to

 2   describe the calculation that I did.

 3                It's there because I'm sort

 4   of describing my understanding, but it's

 5   not necessary to describe the

 6   calculations.  Just if you hit a flag,

 7   everything after that is flagged.  And

 8   some other witness will deal with whether

 9   there was effective due diligence and

10   whether in the absence of that there was

11   an ongoing duty that should trigger a

12   flag on all the subsequent transactions.

13           Q.    Is it your assertion after

14   the because -- so where it says -- you

15   know, it says the first part that you

16   were just reading, and then it says,

17   "Because the distributor had an

18   unfulfilled obligation to detect and

19   investigate the first flagged

20   transactions."

21                Is that coming from you or

22   is that coming from plaintiffs' counsel,

23   the reasoning of the because?

24           A.    It's coming from the
```

```
 1   plaintiffs' counsel.  I don't -- you
 2   know, I was asked to assume everything
 3   that's in that sentence, including that
 4   last clause that you've read.
 5        Q.    And just so I make sure that
 6   I understand, that assumption -- that is,
 7   flagging every subsequent transaction for
 8   that specific drug after you have a
 9   flagged transaction -- you apply across
10   all five of the methodologies or
11   approaches used in Section 9; is that
12   correct?
13        A.    Correct.
14        Q.    For every distributor, for
15   each of the drugs that you use or
16   manufacture as appropriate for the second
17   supplemental report?
18        A.    Correct.
19        Q.    So that I understand and
20   make sure we're totally clear.  You have
21   a methodology that you explain here in
22   Paragraph 131 regarding the maximum
23   monthly trailing six-month threshold; is
24   that correct?  We were just talking about
```

1    your March 25th report, in particular, to

2    Paragraphs 181, 182, and 183, which are

3    towards the end at Page 93 to 94.  Let me

4    know when you're there.

5         A.    I'm there.

6         Q.    And this section is labeled

7    "Conclusion," correct?

8         A.    Yes.

9         Q.    And Paragraph 181 says,

10   "Based upon my comparison of the ARCOS

11   data produced by the DEA, the public

12   ARCOS retail drug summary reports, and

13   the defendants' transactional data, I

14   conclude that -- after correcting a

15   relatively small number of records -- the

16   ARCOS data produced by the DEA is

17   complete and reliable."

18              Did I read that correctly?

19        A.    Yes.

20        Q.    That's an opinion you're

21   advancing in this litigation?

22        A.    Yes.

23        Q.    And then Paragraph 182, "I

24   further conclude that Cardinal Health's

```
 1    transactional" -- "transaction records

 2    produced in discovery are a reliable

 3    source of transactions data before 2006

 4    and after 2014.  More generally, with the

 5    exception of AmerisourceBergen, the other

 6    defendants' transaction data is also a

 7    reliable source of transaction data for

 8    the periods covered by its production."

 9              Did I read that correctly?

10        A.    Yes.

11        Q.    And that's an opinion that

12    you're advancing in this litigation?

13        A.    Yes.

14        Q.    Paragraph 183, "The ARCOS

15    data can be used to identify transactions

16    in a state, county, zip code, or

17    individual pharmacy meeting certain

18    criteria as I have illustrated above."

19              Did I read that correctly?

20        A.    Yes.

21        Q.    And that's an opinion that

22    you're advancing in this litigation?

23        A.    Yes.

24        Q.    Are you advancing any other
```

```
 1   legitimate intended uses to illicit

 2   activities.

 3           Q.    Do you agree that diversion

 4   is a crime?

 5           A.    I have no -- no opinion --

 6                 MR. MOUGEY:  Objection.

 7           Outside the scope.

 8                 THE WITNESS:  -- one way or

 9           the other.

10   BY MR. EPPICH:

11           Q.    Are you planning to offer

12   any opinions about whether or not any of

13   the defendants diverted prescription

14   opioids in this litigation?

15           A.    No.

16           Q.    I'd like to turn back to

17   Page 56 of your report.  Page 56 is the

18   start of Section 9, transaction analysis,

19   you'll recall.

20                 I'd like to return to the --

21   the five methodologies that you implement

22   to identify what you call flagged orders.

23   Okay?

24           A.    Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. EPPICH:

 2        Q.    Now, you say that your

 3   methodology flags orders, correct?

 4        A.    Yes.

 5        Q.    If the distributors had

 6   refused to ship each of your flagged

 7   orders, would any legitimate

 8   prescriptions have gone unfilled?

 9              MR. MOUGEY:  Objection.

10              THE WITNESS:  I don't know.

11   BY MR. EPPICH:

12        Q.    Are you planning to offer

13   any opinions in this case as to whether

14   or not distributors' refusal to ship

15   would result in any legitimate

16   prescriptions having gone unfilled?

17              MR. MOUGEY:  Objection.

18              THE WITNESS:  Not as I sit

19        here.

20   BY MR. EPPICH:

21        Q.    Now, if the distributors had

22   refused to ship each of your flagged

23   orders, would that have prevented the

24   opioid crisis?
```

```
 1                    MR. MOUGEY:  Objection.

 2                    THE WITNESS:  I have no

 3           idea.  No opinion one way or the

 4           other.

 5   BY MR. EPPICH:

 6           Q.    And do you plan to offer any

 7   opinions about whether or not

 8   distributors play a role or played a role

 9   in causing or preventing the opioid

10   crisis?

11                    MR. MOUGEY:  Objection.

12                    THE WITNESS:  No.  As with a

13           lot of this stuff, that's going to

14           be the subject of other experts'

15           reports and testimony.

16   BY MR. EPPICH:

17           Q.    Now, you used ARCOS data for

18   your methodologies, correct?

19                    MR. MOUGEY:  Objection.

20                    THE WITNESS:  Along with

21           other data.  But, yes, I used

22           ARCOS data.

23   BY MR. EPPICH:

24           Q.    And you understand that
```

Highly Confidential - Subject to Further Confidentiality Review

```
1          A.    Section 10 doesn't deal with

2    individual shipments from distributors to

3    pharmacies.  It's at a higher, more macro

4    level, describing the shipments into

5    Ohio, and into Cuyahoga and Summit, and

6    how those exceed the two example

7    baselines that I created.

8          Q.    Yes.  And earlier you -- you

9    explained what the -- what you meant by

10   excessive shipments.  And so I'm asking

11   you, of these excessive shipments, which

12   of them should distributors have not

13   shipped to pharmacies?

14         A.    I don't have an opinion one

15   way or another beyond what's expressed in

16   Section 10 on that topic.

17         Q.    Were any of what you

18   called -- call excessive shipments

19   diverted?

20         A.    I don't know.

21         Q.    You can't point to any of

22   your excessive shipments that were

23   diverted?

24               MR. MOUGEY:  Objection.
```

```
 1          Outside the scope.

 2              THE WITNESS:  And it's just

 3          mischaracterizing what I did in

 4          Section 10.  I'm not identifying

 5          individual transactions in

 6          Section 10.

 7              I'm just saying at a macro

 8          level, the amount of MME per

 9          capita shipped into Cuyahoga and

10          Summit went up by a factor of

11          eight or ten, and then came back

12          down by nearly 50 percent, and

13          I've explained how that dramatic

14          increase exceeds some gradual

15          growth from the earlier levels to

16          the later levels.

17   BY MR. EPPICH:

18          Q.   Do you plan to offer any

19   opinions in this case as to whether or

20   not the excessive shipments that are

21   represented in your report in Section 10

22   were diverted?

23          A.   No.

24          Q.   Your 1997 baseline, you
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
 2                 EASTERN DIVISION
                     -  -  -
 3   IN RE:  NATIONAL          :  HON. DAN A.
     PRESCRIPTION OPIATE       :  POLSTER
 4   LITIGATION                :  MDL NO. 2804
                               :
 5   This document relates to: :  Case No. 17-MD-2804
                               :
 6   The County of Summit, Ohio :
     Ohio et al. v. Purdue Pharma :
 7   L.P., et al., Case No.     :
     17-OP-45004                :
 8                             :
     The County of Cuyahoga v.  :
 9   Purdue Pharma Purdue Pharma :
     L.P., et al., Case No.     :
10   18-OP-45090                :
11                   -  -  -
12            Friday, May 10, 2019
13                 Volume II
14
                     -  -  -
15   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
             CONFIDENTIALITY REVIEW
16                   -  -  -
17            Videotaped deposition of
     CRAIG J. MCCANN, Ph.D., CFA, taken pursuant
18   to notice, was held at the law offices of
     Morgan Lewis & Bockius, 1111 Pennsylvania
19   Avenue, NW Washington, DC 20004, beginning
     at 9:08 a.m., on the above date, before
20   Amanda Dee Maslynsky-Miller, a Certified
     Realtime Reporter.
21
                     -  -  -
22
           GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
24
```

```
 1                    -  -  -
 2                  I N D E X
 3                    -  -  -
 4
    Testimony of: CRAIG J. McCANN, Ph.D., CFA
 5
 6        By Ms. Swift               400
          By Mr. Alexander           464
 7        By Ms. Fumerton            509
          By Mr. Matthews            525
 8        By Mr. McDonald            543
          By Mr. Livingston          557
 9        By Mr. Hahn                587
          By Mr. Gallagher           605
10        By Ms. Persio              659
          By Mr. Allan               677
11        By Ms. O'Gorman            706
          By Ms. Leibell             722
12        By Ms. Levy                729
13
14                    -  -  -
15              E X H I B I T S
16                    -  -  -
17   NO.           DESCRIPTION             PAGE
18   McCann-11     Excerpted Appendix 10
                   Of C. McCann Report      427
19
     McCann-12     Excerpted Appendix 9
20                 Of C. McCann Report      440
21   McCann-13     Excerpted Appendix 11
                   Of C. McCann Report      458
22
     McCann-14     Page 3779 of Appendix 9
23                 Of C. McCann Report      512
     McCann-15     Page 3849 of Appendix 9
24                 Of C. McCann Report      512
```

```
 1                       -  -  -
 2                 E X H I B I T S
 3                       -  -  -
 4   NO.            DESCRIPTION                 PAGE
 5
     McCann-16      Page 3783 of Appendix 9
 6                  Of C. McCann Report         513
 7   McCann-17      Page 3852 of Appendix 9
                    Of C. McCann Report         513
 8
     McCann-18      3/21/19 Expert Report of
 9                  C. McCann, with
                    Appendices                  526
10
     McCann-19      Sub-Appendix I of
11                  Appendix 9                   535
12   McCann-20      HSI Distributor Transaction
                    With Flag Chart             551
13
     McCann-21      Distributor Market Share by
14                  Year for Cuyahoga County    554
15   McCann-22      Distributor Market Share by
                    Year for Summit County      554
16
     McCann-23      Demonstrative               569
17
     McCann-24      Demonstrative               572
18
     McCann-25      Aggregate Production Quota
19                  History for Selected
                    Pharmaceutical Products     575
20
     McCann-26      Defense Expert Quota Chart  582
21
     McCann-27      Appendix 5 of
22                  C. McCann Report            605
23   McCann-28      Memorandum of Agreement     653
24
```

```
 1                      -  -  -

 2                E X H I B I T S

 3                      -  -  -

 4    NO.            DESCRIPTION              PAGE

 5    McCann-29      Excerpted Excel

                     Spreadsheet             681

 6

      McCann-30      Appendix F

 7                   Of C. McCann Report     719

 8    McCann-31      Appendix 1 of

                     C. McCann Report        730

 9

      McCann-32      Allergan NDC Codes      737

10

      McCann-33      Actavis NDC Codes       739

11

      McCann-34      Computer Code           747

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1              In charts like the charts in

2    Figure 11, Figure 12, where you're

3    looking at all transactions for the time

4    period, you can't tell how many of those

5    transactions shipped from a Walgreens

6    distribution center to a Walgreens

7    pharmacy, correct?

8         A.    Not from the figures.

9         Q.    All right.  I'm going to

10   hand you what I'm going to mark as

11   Exhibit-12.

12                 -   -   -

13             (Whereupon, Exhibit

14         McCann-12, Excerpted Appendix 9 of

15         C. McCann Report, was marked for

16         identification.)

17                 -   -   -

18   BY MS. SWIFT:

19        Q.    This one is going to be sort

20   of similar to Exhibit-11.

21             Exhibit-12 is an excerpted

22   large binder of documents from your

23   Exhibit-9.  And what we did was the same

24   thing, we pulled out the pages that

Highly Confidential - Subject to Further Confidentiality Review

1    related to my client, which is Walgreens.

2              Do you recognize that chart

3    on the first page of Exhibit-12 as a

4    chart from your Exhibit-9?

5         A.   Yes.

6              I'm sorry, this Exhibit-9 is

7    4,000 pages.  I don't recognize --

8         Q.   You don't recognize this

9    particular one?

10        A.   -- this particular chart.

11   But I recall charts that look exactly

12   like this.

13        Q.   You included -- you say in

14   your report that Exhibit-9 is a set of

15   charts and reports too voluminous to

16   include in the body of the report,

17   correct, sir?

18        A.   Yes.

19        Q.   And if you're -- just to see

20   the description of Exhibit-9 in your

21   report, it's Page 89, Paragraph 161.

22              This section of your report,

23   it's Section 11, charts and reports,

24   walks through the variety of reports and

1    charts that are included in Appendix 9,

2    correct, sir?

3         A.    Yes.

4         Q.    The first several categories

5    of charts that are included in Appendix 9

6    are summary charts of high-level data.  I

7    haven't included all of them in our

8    excerpt version of it.

9              But you can see from the

10   body of the report, the first example is,

11   State hydrocodone and Oxycodone MME per

12   capita, 1997 to 2017.

13             And there are a bunch of

14   other high-level charts like that,

15   correct, sir?

16        A.    Yes.

17        Q.    You can't tell anything

18   about any individual distributor from

19   charts like those high-level charts in

20   Appendix 9, correct, sir?

21        A.    Correct.

22        Q.    Then if you look at

23   Paragraph 174 of your March 25th report,

24   that references Part G of Appendix 9,

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  -  -  -

 2             VIDEO TECHNICIAN:  Back on

 3         the record at 11:07 a.m.

 4                  -  -  -

 5             EXAMINATION

 6                  -  -  -

 7   BY MS. FUMERTON:

 8         Q.    Good morning, Dr. McCann.

 9   My name is Tara Fumerton, and I represent

10   Walmart in this action.

11         A.    Good morning.

12         Q.    Good morning.  Right before

13   we went on the record I marked as

14   Exhibits-14 through 17 a series of

15   excerpts from your Appendix 9.  I'm going

16   to ask you some questions about those in

17   a minute, if you can set them aside.

18             Dr. McCann, do you recall

19   yesterday that you were asked questions

20   about whether your calculations took into

21   consideration the fact that a certain

22   number of opioids distributed into Summit

23   County and Cuyahoga County was returned?

24         A.    Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

1    Q.   And the record will reflect

2    what you said, but I believe that you

3    testified that you would need to verify

4    the extent to which returns were factored

5    into your analysis, but that in any

6    event, returns constituted a de minimus

7    amount of the transactions you reviewed.

8    A.   Yes.

9    Q.   Is that a fair summary of

10   your testimony?

11   A.   Yes.

12   Q.   In a data set as large as

13   the one that you reviewed concerning the

14   shipments of opioids into Cuyahoga and

15   Summit County, do you consider de minimus

16   to be 1 percent?

17   A.   I'd have to think through

18   the context a little bit.

19        But in some contexts, 1

20   percent would be de minimus and in other

21   contexts not.  And it depends on -- let

22   me leave it at that.

23   Q.   Okay.  If returns

24   constituted about 1 percent of the total

Highly Confidential - Subject to Further Confidentiality Review

1    amount of opioids being distributed to

2    Cuyahoga or Summit counties, would you

3    consider that to be 1 percent -- I'm

4    sorry, let me --

5          A.    Yes.  That was the easiest

6    question I've had so far.

7          Q.    It would be.  Let me

8    rephrase.

9                If returns constituted about

10   1 percent of the total amount of opioids

11   being distributed into Cuyahoga and

12   Summit counties, would you consider that

13   to be de minimus?

14         A.    In the context of my

15   opinions, yes.

16         Q.    Okay.  I would like you to

17   now look at the four exhibits that I

18   marked.  And I'm going to go through them

19   quickly and ask you yes-or-no questions.

20   And if you could answer yes or no, I

21   would appreciate it, and I'm sure my

22   colleagues would appreciate it who are

23   waiting to get up here and ask questions,

24   too.

Highly Confidential - Subject to Further Confidentiality Review

```
 1           for identification.)

 2                  -  -  -

 3              (Whereupon, Exhibit

 4           McCann-15, Page 3849 of Appendix 9

 5           of C. McCann Report, was marked

 6           for identification.)

 7                  -  -  -

 8              (Whereupon, Exhibit

 9           McCann-16, Page 3783 of Appendix 9

10           of C. McCann Report, was marked

11           for identification.)

12                  -  -  -

13              (Whereupon, Exhibit

14           McCann-17, Page 3852 of Appendix 9

15           of C. McCann Report, was marked

16           for identification.)

17                  -  -  -

18              THE WITNESS:  Yes.

19  BY MS. FUMERTON:

20      Q.    So Exhibit-14 is Page 3779

21  of 3877 of your Appendix 9, correct?

22      A.    Yes.

23      Q.    And on that page, you

24  provide an analysis, by MME, of the total
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    opioids distributed into Cuyahoga County

 2    by company, correct?

 3          A.    Correct.

 4          Q.    You conclude that Walmart's

 5    market share of the total opioids

 6    distributed into Cuyahoga County by MME

 7    is 1.28 percent, correct?

 8          A.    Correct.

 9          Q.    Please turn to Exhibit-15.

10          A.    Yes.

11          Q.    This is Page 3849 of 3877 of

12    your Appendix 9.

13                And on this page you provide

14    an analysis, by MME, of the total opioids

15    distributed into Summit County by

16    company, correct?

17          A.    Yes.

18          Q.    You conclude that Walmart's

19    market share of the total opioids

20    distributed into Summit County by MME is

21    1.12 percent, correct?

22          A.    Correct.

23          Q.    Can you please turn to

24    Exhibit-16?
```

Highly Confidential - Subject to Further Confidentiality Review

1        A.     Yes.

2        Q.     And this is Page 3783 of

3    3877 of your Appendix 9.

4               And on this page, you

5    provide an analysis by dosage units of

6    the total opioids distributed into

7    Cuyahoga County by company, correct?

8        A.     Yes.

9        Q.     You conclude that Walmart's

10   market share of the total opioids

11   distributed into Cuyahoga County by

12   dosage units is 2.17 percent, correct?

13       A.     Yes.

14       Q.     Turn to Exhibit-17, please.

15   This is Page 3852 of 3877 of your

16   Appendix 9.

17              And on this page, you

18   provide an analysis by dosage units of

19   the total opioids distributed into Summit

20   County by company, correct?

21       A.     Correct.

22       Q.     You conclude that Walmart's

23   market share by dosage units of the

24   opioids distributed into Summit County is

Highly Confidential - Subject to Further Confidentiality Review

```
 1              -  -  -

 2              THE WITNESS:  Thank you.

 3    BY MR. MATTHEWS:

 4         Q.    Exhibit-19 is an excerpt

 5    from your Appendix 9, Sub-Appendix I,

 6    which I will represent to you contains

 7    data relative to distribution by Anda

 8    into Summit -- Ohio, Summit and Cuyahoga

 9    counties.

10              Do you recognize it to be

11    that?

12         A.    I don't recognize it yet to

13    be that, but I do recognize it as pages

14    from one of my appendices.

15         Q.    Okay.  I just want to make

16    sure I understand what you're saying.

17              So if you could turn to Page

18    3762 of what's been marked as Exhibit-19.

19         A.    Yes.

20         Q.    The page is captioned,

21    Opioid Total Dosage Units By Individual

22    DEA Number in Ohio, right?

23         A.    Yes.

24         Q.    And then on the second entry
```

Highly Confidential - Subject to Further Confidentiality Review

```
1    on the left, there's a company named

2    Anda, Inc., right?

3          A.    Correct.

4          Q.    And you notice that you

5    distinguish between Anda Pharmaceuticals,

6    Inc. and Anda, Inc.

7                Do you see that?

8          A.    Yes.

9          Q.    Why did you do that?

10         A.    For purposes of this report,

11   the report is by DEA number, and so it

12   includes both of those DEA numbers and

13   the reporter name from the ARCOS data we

14   received.

15         Q.    Okay.  So according to this,

16   if I understand it correctly, Anda, Inc.,

17   meaning -- the Anda, Inc. total

18   percentage of opioids distributed into

19   Ohio during the relevant time period, as

20   a total of all opioids, was .87 percent,

21   right?

22         A.    No, not necessarily.  During

23   the time period covered by this report,

24   which is the public -- the ARCOS data I
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    received, that would be a true statement.
 2         Q.    Right.  So during the
 3    relevant time period analyzed by you in
 4    connection with this report, Anda, Inc.,
 5    including Anda, Inc. total -- Anda
 6    Pharmaceuticals, Inc., and Anda, Inc.,
 7    the total of their market share is .87
 8    percent, right?
 9         A.    No.  You're still not
10    describing the report accurately, I don't
11    think.
12              The relevant time period is
13    broader than, as I understand it, 2006 to
14    2014.  If by relevant time period that's
15    shorthand for you for 2006 to 2014, then
16    I agree with your statement.
17         Q.    Okay.  From now on, that's
18    what I mean.
19         A.    Okay.
20         Q.    You, your report.
21              You're telling us that Anda,
22    Inc., meaning Anda Pharmaceuticals, Inc.
23    and Anda, Inc. collectively, distributed
24    .87 percent of all opioids into Ohio
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    during the period covered by your report?

 2         A.    I'm sorry, Mr. Matthews,

 3    you're still not saying that right.

 4              My report covers a longer

 5    time period, including for Anda, Inc.  So

 6    you can't say in my report Anda, Inc.'s

 7    market share is .87, unless you're

 8    referring only to this page and only to

 9    this time period, which is not the time

10    period covered by my report.

11         Q.    And the time period is --

12    why don't you tell me again, what's the

13    time period?

14         A.    It covers from -- there's

15    data in my report from 1997 to 2018,

16    maybe 1996 or 1997 to 2018.

17         Q.    And that's the period that's

18    covered here?

19         A.    "Here" being what?

20         Q.    On Page 3762.

21         A.    No.  This is the ARCOS time

22    period of 2006 to 2014.

23         Q.    All right.  And for that

24    same period, Anda Pharmaceuticals, Inc.,
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    distributed .67 percent of the opioids

 2    distributed in Ohio, right?

 3           A.    At least according to the

 4    ARCOS data, correct.

 5           Q.    And what you're telling me

 6    is, according to the ARCOS data during

 7    this same time period, Anda, Inc.

 8    distributed .20 percent of the opioids

 9    into Ohio?

10           A.    At least as identified as

11    the reporter name in ARCOS.

12           Q.    Turn to Page 3788.

13                 You'll agree this is

14    captioned, Opioid Total Dosage Units By

15    Individual DEA Number into Cuyahoga

16    County, right, Ohio?

17           A.    Yes.

18           Q.    And so if you look down in

19    the left column, the second entry is,

20    Anda, Inc. total, right?

21           A.    Correct.

22           Q.    And according to this, if

23    I'm reading it correctly, Anda, Inc.

24    alone distributed .54 percent of all of
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    the opioids distributed into Cuyahoga

 2    County for the time reported on this

 3    page, right?

 4         A.    At least by buyer name in

 5    the ARCOS data, correct.

 6         Q.    And Anda Pharmaceuticals,

 7    Inc. distributed .27 percent of all

 8    opioids distributed into Ohio -- Cuyahoga

 9    County, Ohio, during the time period

10    reflected on this page?

11         A.    At least as identified in

12    the ARCOS data I received, yes.

13         Q.    And collectively what you

14    refer to as Anda, Inc., total it's .81

15    percent, right?

16         A.    Correct.

17         Q.    If you could just turn to

18    Page 3856.

19              This is captioned, Opioid

20    Total Dosage Units By Individual DEA

21    Number in Summit County, Ohio, right?

22         A.    Yes.

23         Q.    And looking at this, the

24    first entry is Anda -- or the Anda
```

Highly Confidential - Subject to Further Confidentiality Review

1    companies, right?

2         A.    Yes.

3         Q.    And so as I understand this,

4    for the time period reflected in this

5    exhibit, Anda, Inc., standing alone,

6    distributed .07 percent of all opioids

7    distributed into Summit County, Ohio,

8    right?

9         A.    At least as identified as

10   the seller name in the ARCOS data I

11   received.

12        Q.    And Anda Pharmaceuticals,

13   Inc. distributed .60 percent of all

14   opioids distributed into Summit County,

15   Ohio, in the time period reflected on

16   this exhibit, right?

17        A.    At least as identified by

18   the seller name in the ARCOS data I

19   received.

20        Q.    And, collectively, Anda

21   Pharmaceuticals and Anda, Inc.

22   distributed .67 percent of all the

23   opioids distributed into Summit County,

24   correct?

Highly Confidential - Subject to Further Confidentiality Review

1          A.    At least as identified by

2    the seller name in the ARCOS data I

3    received.

4                MR. MATTHEWS:  Thanks, Dr.

5          McCann.  I have many more

6          questions, but my colleagues won't

7          let me ask them.  So I'm finished.

8                THE WITNESS:  Thank you very

9          much.

10               VIDEO TECHNICIAN:  Off the

11         record at 11:39 a.m.

12                    -  -  -

13               (Whereupon, a discussion off

14         the record occurred.)

15                    -  -  -

16               VIDEO TECHNICIAN:  We're

17         back on the record at 11:44 a.m.

18                    -  -  -

19               EXAMINATION

20                    -  -  -

21   BY MR. McDONALD:

22         Q.    Dr. McCann, my name is John

23   McDonald, and I represent Henry Schein,

24   Inc. and Henry Schein Medical Systems,

Highly Confidential – Subject to Further Confidentiality Review

1          And for Henry Schein, it's a

2   short list.  For other defendants, it

3   would be a much larger one.

4          Q.    And for my client, it's

5   completely blank for every one of the

6   five flagging methods for every

7   transaction, correct?

8          A.    Right.  Because it appears

9   all -- it's not applicable because it

10  appears that all of the buyers are

11  practitioners.

12         Q.    So you have no opinions in

13  this case about my client in regard to

14  your transactional analysis using the

15  five flagging methods; is that right?

16         A.    Correct.

17         Q.    And that's because my client

18  has no sales to chain or retail

19  pharmacies in either Summit or Cuyahoga

20  County?

21         A.    And that is all that is

22  covered in Section 9, yes.

23         Q.    Now, you also did a market

24  share analysis or calculations about

```
1    market share, correct?

2         A.    Yes.

3         Q.    And what was the purpose of

4    that?

5         A.    To assist the court.

6         Q.    To assist the court, okay.

7               Well, then, let's look at it

8    quickly for my client.  Let me show you

9    what I've marked as Exhibits-21 and 22.

10        A.    Thank you.

11              -  -  -

12              (Whereupon, Exhibit

13        McCann-21, Distributor Market

14        Share by Year for Cuyahoga County,

15        was marked for identification.)

16              -  -  -

17              (Whereupon, Exhibit

18        McCann-22, Distributor Market

19        Share by Year for Summit County,

20        was marked for identification.)

21              -  -  -

22   BY MR. McDONALD:

23        Q.    And 21 is the distributor

24   market share by year for Cuyahoga County;
```

Highly Confidential - Subject to Further Confidentiality Review

1    is that right?

2          A.    For the period 2006 to 2014,

3    correct.

4          Q.    Okay.  And you used ARCOS

5    data for this analysis, correct?

6          A.    Supplemented with individual

7    transaction data, yes.

8          Q.    All right.  And, now, do you

9    understand my client is not a defendant

10   in Cuyahoga County?

11         A.    I don't know one way or the

12   other.

13         Q.    So you just did this for

14   everybody, whether they were a defendant

15   or not?

16         A.    Correct.

17         Q.    Okay.  And you see Henry

18   Schein, Inc.'s market share.

19               And that would include

20   Animal Health, right, since you're using

21   them --

22         A.    To the extent that Animal

23   Health was shipping drugs in Cuyahoga,

24   yes.

1        Q.    And the market share is .05

2   percent for these years?

3        A.    Correct.

4        Q.    And you would agree with me

5   that's de minimus?

6        A.    Yes.

7        Q.    All right.  And if you'll

8   look at Exhibit-22, this is the same

9   analysis for Summit County, correct?

10       A.    Yes.

11       Q.    And Henry Schein, Inc. is --

12   market share is .03 percent.

13             Do you see that?

14       A.    Yes.

15       Q.    And you would agree with me

16   that's de minimus?

17       A.    Yes.

18             MR. McDONALD:  That's all

19       the questions I have.  Thank you.

20             VIDEO TECHNICIAN:  Off the

21       record at 11:57 a.m.

22                  -  -  -

23             (Whereupon, a discussion off

24       the record occurred.)

Highly Confidential - Subject to Further Confidentiality Review

```
 1    MME by Company in Cuyahoga County, Ohio;

 2    is that correct?

 3         A.    Yes.

 4         Q.    All right.  And as part of

 5    your work for the plaintiffs, you

 6    prepared this chart that you contend

 7    represents the opioid total MME by

 8    company in Cuyahoga, correct?

 9         A.    Correct.

10         Q.    All right.  And this covers

11    the time period from 2006 through 2014;

12    is that correct?

13         A.    Yes.

14         Q.    On this chart that's marked

15    as Exhibit-14, what percentage of the

16    market share of total opioid MMEs in

17    Cuyahoga County did you attribute to H.D.

18    Smith?

19         A.    1.18 percent.

20         Q.    And you believe that number

21    is accurate?

22         A.    I do.

23         Q.    If you could, sir, flip to

24    the document that was previously marked
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    as Exhibit-16.

 2            A.    Yes.

 3            Q.    This is another chart that

 4    you prepared for plaintiffs that is

 5    entitled, Opioid Total Dosage Units by

 6    Company in Cuyahoga County, Ohio; is that

 7    correct?

 8            A.    Yes.

 9            Q.    And, again, this Exhibit-16

10    refers to the time period between 2006

11    and 2014, correct?

12            A.    Yes.

13            Q.    On Exhibit-16, what

14    percentage of market share, based on

15    total opioid dosage, did you -- dosage

16    units did you attribute to H.D. Smith?

17            A.    .56 percent.

18            Q.    Mr. McCann, let's refer to

19    what's previously marked as Exhibit-15.

20            And this is another chart

21    that you prepared for plaintiffs that is

22    entitled, Opioid Total MME by Company in

23    Summit County, Ohio; is that correct?

24            A.    Yes.
```

1        Q.    And, again, this covers the

2    time period from 2006 through 2014,

3    correct?

4        A.    Yes.

5        Q.    On this chart that's now

6    marked as Exhibit-15, what percentage of

7    total opioid MMEs in Summit County did

8    you attribute to H.D. Smith?

9        A.    .01 percent.

10       Q.    And do you believe that

11   number is accurate?

12       A.    Yes.

13       Q.    With regard to -- I think I

14   skipped over this, sir.

15            With regard to Exhibit-16,

16   you had said that the market share that

17   you attributed to H.D. Smith was .56

18   percent.

19            Do you believe that number

20   is accurate?

21       A.    Yes.

22       Q.    If you would, sir, please

23   refer to Exhibit-17.

24            And Exhibit-17 is another

1    chart that you had prepared for the

2    plaintiffs in this litigation that's

3    entitled, Opioid Total Dosage Units by

4    Company in Summit County, Ohio; is that

5    correct?

6           A.    Yes.

7           Q.    And this is another document

8    that's from Appendix 9 to your report?

9           A.    Yes.

10          Q.    And Exhibit-17 covers that

11   same time period from 2006 through 2014,

12   correct?

13          A.    Yes.

14          Q.    On Exhibit-17, what

15   percentage of total opioid dosage in

16   Summit County did you attribute to H.D.

17   Smith?

18          A.    .03 percent.

19          Q.    And do you believe that

20   number is accurate?

21          A.    Yes.

22          Q.    If you would, sir, I know

23   you have your report in front of you

24   there that's been previously marked as

```
 1    Exhibit-3.  I want to ask you some

 2    questions regarding that.

 3              I know you've been asked a

 4    lot of questions over the last day

 5    and-a-half about the five methodologies

 6    that were utilized.  I'm not going to ask

 7    you specifics about the methodologies,

 8    but I want to ask you some questions

 9    about specific numbers that you generated

10    through those five different

11    methodologies.

12              So if you could, please,

13    turn to Table Number 24 in Exhibit-3,

14    which is Page 59 of your report.

15         A.    Yes.

16         Q.    Now, this Table 24 relates

17    to the trailing six-month maximum

18    threshold flag transactions methodology,

19    correct?

20         A.    Correct.

21         Q.    All right.  And using that

22    methodology, how many flagged

23    transactions did you attribute to H.D.

24    Smith for the period between 1996 and
```

 1    2018?

 2         A.    269.

 3         Q.    And you believe that number

 4    is accurate?

 5         A.    Yes.

 6         Q.    If you could, sir, could you

 7    tell me what the percentage of the total

 8    flagged -- well, let me ask it this way:

 9    Total flagged transactions that you have

10    in Table 24 for that time period for all

11    of the identified companies you have as

12    1,271,618; is that correct?

13         A.    Yes.

14         Q.    If you could, please, sir,

15    could you tell me what percentage of that

16    1,271,618 flagged transactions you've

17    attributed to H.D. Smith?

18              And I've handed you a

19    calculator there, because I assume you

20    can't do that one in your head.

21         A.    Apparently, I can't do it on

22    a calculator either.  Just give me a

23    minute.

24              .02 percent.

Highly Confidential - Subject to Further Confidentiality Review

1        Q.    Does that sound accurate,

2   sir?

3        A.    Yes.

4        Q.    If you would, please, turn

5   to Table 26 in Exhibit-3.  It's on Page

6   63 of your report.

7        A.    Yes.

8        Q.    And this table relates to

9   the twice trailing 12-month average

10  pharmacy dosage units threshold

11  methodology, correct?

12       A.    Yes.

13       Q.    Using that methodology in

14  Table 26, sir, how many flagged

15  transactions did you attribute to H.D.

16  Smith for the period between 1996 and

17  2018?

18       A.    355.

19       Q.    All right.  And you believe

20  that number is accurate?

21       A.    Yes.

22       Q.    If you could, sir, and

23  you've already anticipated my next

24  question, could you tell me what the

```
 1   percentage of the total flagged

 2   transactions, using the methodology on

 3   Table 26, that you've attributed to H.D.

 4   Smith?

 5         A.    Yes.  It's .046 percent.

 6         Q.    And you believe that number

 7   is accurate?

 8         A.    Yes.

 9         Q.    If you could, please, sir,

10   turn to Table 28 in Exhibit-3.  This is

11   on Page 67 of your report.

12         A.    Yes.

13         Q.    And Table 28 relates to the

14   three times trailing 12-month average

15   pharmacy dosage units methodology?

16         A.    Yes.

17         Q.    And in what's reflected in

18   Table 28, utilizing that methodology,

19   sir, how many flagged transactions did

20   you attribute to H.D. Smith for the

21   period between 1996 and 2018?

22         A.    311.

23         Q.    And do you believe that

24   number is accurate?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.    At least for the subperiod

 2   that there is H.D. Smith data, yes.

 3        Q.    Okay.  You say "for the

 4   subperiod that there is H.D. Smith data."

 5             Why did you qualify that?

 6        A.    Well, and perhaps I should

 7   have on some of the earlier ones.

 8             We don't have H.D. Smith

 9   data going back to 1996.  So for whatever

10   time period we have H.D. Smith data in

11   this table, we identified 311

12   transactions.

13             And in total, across all of

14   the distributors, some of which we have

15   data going back into the late 1990s, or

16   even 1996 for Cardinal Health, there's

17   434,698 flagged transactions.

18             So I just should have,

19   perhaps, on your prior questions made

20   clear that we're talking about how many

21   flagged transactions we have for H.D.

22   Smith.  And it's not for all of that time

23   period; it's for the part of that time

24   period that we have H.D. Smith data.
```

1    Q.    And do you know, sitting

2  here today, what time period you have

3  data for, for H.D. Smith?

4    A.    We have it at least for the

5  ARCOS time period, 2006 to 2014.  I don't

6  recall, as I sit here.  Although we could

7  look at a chart or a table that would

8  tell us that, how much before or after we

9  have.

10    Q.    Okay.  Well, going back to

11  your Table 28 in your report, you said

12  for -- with your qualification for the

13  time period that you have H.D. Smith

14  data, you identified 311 flagged

15  transactions for H.D. Smith; is that

16  correct?

17    A.    Yes.

18    Q.    Of the total flagged

19  transactions utilizing the methodology

20  that's reflected in Table 28 on Page 67

21  of your report, what percentage of the

22  total flagged transactions are you

23  attributing to H.D. Smith?

24    A.    .07 percent.

Highly Confidential - Subject to Further Confidentiality Review

1       Q.    If you could, sir, please

2   turn to Table 30 in Exhibit-3.  It's on

3   Page 71 of your report.

4       A.    Yes.

5       Q.    And Table 30 reflects the

6   maximum 8,000 dosage units monthly

7   threshold methodology that we've talked

8   about already, correct?

9       A.    Yes.

10      Q.    All right.  Utilizing that

11  methodology, sir, how many flagged

12  transactions did you attribute to H.D.

13  Smith?

14      A.    308.

15      Q.    And you believe that number

16  is accurate?

17      A.    Yes.

18      Q.    And you've already

19  anticipated my next question.

20            Using that number, the 308,

21  sir, that -- you identified 713,969

22  flagged transactions in Table 30.  What

23  percentage of those total flagged

24  transactions do you attribute to H.D.

```
 1    Smith?

 2         A.    .04 percent.

 3         Q.    And you believe that number

 4    is accurate?

 5         A.    Yes.

 6         Q.    If you would, sir, please

 7    turn to Table 32 in Exhibit-3, which is

 8    on Page 75 of your report.

 9         A.    Yes.

10         Q.    And Table 32 reflects the

11    maximum daily dosage units threshold

12    methodology.

13              And utilizing that

14    methodology that's reflected in Table 32,

15    how many flagged transactions did you

16    attribute to H.D. Smith?

17         A.    352.

18         Q.    All right.  Now, you have a

19    total flagged transactions that you've

20    identified in Table 32, using that

21    methodology, as 1,225,867; is that

22    correct?

23         A.    Yes.

24         Q.    All right.  First, do you
```

Highly Confidential - Subject to Further Confidentiality Review

1    believe that the 352 flagged transactions

2    that you attribute to H.D. Smith is

3    accurate?

4         A.    Yes.

5         Q.    What percentage of the total

6    flagged transactions, using the

7    methodology that's reflected in Table 32,

8    do you attribute to H.D. Smith?

9         A.    .03 percent.

10        Q.    Sir, I would just like to,

11   if we could -- if we could quickly go

12   through, in your report -- so those

13   tables that we've just discussed all

14   related to Cuyahoga County.

15             If I could just briefly go

16   through relating to Summit County.

17             Let's start with Table 25.

18        A.    Yes.

19        Q.    And Table 25 on Page 60 of

20   your report, that's Exhibit-3, that,

21   again, relates to the trailing six-month

22   maximum threshold methodology, correct?

23        A.    Yes.

24        Q.    What's the total number of

Highly Confidential - Subject to Further Confidentiality Review

```
 1    flagged transactions, using that

 2    methodology, that you identified for H.D.

 3    Smith?

 4         A.    185.

 5         Q.    And what's the percentage of

 6    the total flagged transactions that you

 7    had identified in Table 25 that you

 8    attribute to H.D. Smith?

 9         A.    .02 percent.

10         Q.    If you would, sir, please

11    turn to Table 27, which is on Page 64 of

12    your report, Exhibit-3.

13              And Table 27 relates to the

14    twice trailing 12-month average pharmacy

15    dosage units threshold methodology.

16              How many flagged

17    transactions, using that methodology,

18    sir, did you attribute to H.D. Smith for

19    Summit County?

20         A.    128.

21         Q.    All right.  And, again, of

22    the total flagged transactions that are

23    reflected in Table Number 27, what is the

24    percentage of flagged transactions that
```

```
 1    you attribute to H.D. Smith?

 2         A.    .02 percent.

 3         Q.    And you believe that the 128

 4    number, flagged transactions, is

 5    accurate?

 6         A.    Yes.

 7         Q.    If you would, sir, please

 8    turn to Table 29 of your report, which is

 9    on Page 67.

10         A.    Yes.

11         Q.    I'm sorry, 68 --

12         A.    Yes.

13         Q.    -- of Exhibit-3.

14               This relates to the three

15    times trailing 12-month average pharmacy

16    dosage units threshold for Summit County,

17    correct?

18         A.    Yes.

19         Q.    And using that methodology,

20    sir, how many flagged transactions did

21    you attribute to H.D. Smith?

22         A.    114.

23         Q.    Do you believe that number

24    is accurate, sir?
```

```
 1          A.    Yes.

 2          Q.    Of the total flagged

 3    transactions that you've identified in

 4    Table 29 of Exhibit-3, what is the

 5    percentage that you -- of those flagged

 6    transactions that you attribute to H.D.

 7    Smith?

 8          A.    .026 percent.

 9          Q.    If you would, please, sir,

10    turn to Table 31 --

11          A.    Yes.

12          Q.    -- which is on Page 72 of

13    your report.

14          A.    Yes.

15          Q.    This table relates to the

16    maximum 8,000 dosage units methodology?

17          A.    Yes.

18          Q.    And in Table 31, sir, how

19    many flagged transactions did you

20    attribute to H.D. Smith?

21          A.    None.

22          Q.    Even I can do the percentage

23    on that one without the calculator.

24                And then lastly, sir, if you
```

Highly Confidential - Subject to Further Confidentiality Review

1    could, please, turn to Table 33.  It's on

2    Page 76 of your report that's Exhibit-3.

3           A.    Yes.

4           Q.    This is the maximum daily

5    dosage units threshold methodology,

6    correct?

7           A.    Yes.

8           Q.    And the -- how many flagged

9    transactions did you attribute to H.D.

10   Smith in Table 33, sir?

11          A.    74.

12          Q.    And what is the percentage,

13   based on the overall flagged transactions

14   that you identified, that you attribute

15   to H.D. Smith in Table 33?

16          A.    .009 percent.

17          Q.    And you believe that number

18   of 74 flagged transactions is accurate?

19          A.    Yes.

20          Q.    If I could, just to clarify,

21   on Table 31, do you believe that the zero

22   flagged transactions is an accurate

23   number?

24          A.    Yes.

```
 1          Q.   And to summarize, you

 2  believe that all the numbers that I've

 3  asked you about, as they relate to H.D.

 4  Smith, that are reflected in your report

 5  in Exhibit-3, all the specific numbers

 6  I've asked you about are accurate?

 7          A.   Yes.

 8               MR. HAHN:  That's all I

 9     have, sir.

10               THE WITNESS:  Thank you.

11               VIDEO TECHNICIAN:  Off the

12     record at 1:29 p.m.

13                    -  -  -

14               (Whereupon, a discussion off

15     the record occurred.)

16                    -  -  -

17               VIDEO TECHNICIAN:  We're

18     back on the record at 1:31 p.m.

19                    -  -  -

20               EXAMINATION

21                    -  -  -

22  BY MR. GALLAGHER:

23          Q.   Mr. McCann, good afternoon.

24  My name is Rick Gallagher, I'm a lawyer
```

**MCCANN-3**

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


IN RE NATIONAL
PRESCRIPTION OPIATE
LITIGATION

 :  MDL No. 2804
 :  CASE NO. 17-MD-2804
 :  (DAP)
 :


EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019



Table 24 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 99,137 | 49,339 | 14,957 | 2,874 | 545 | 11,597 | 178,449 |
| Anda, Inc | 700 | 1,723 | 0 | 2 | 0 | 69 | 2,494 |
| Cardinal Health | 192,799 | 94,450 | 26,389 | 3,061 | 3,974 | 30,020 | 350,693 |
| CVS | n/a | 109,055 | n/a | n/a | n/a | 8,772 | 117,827 |
| Discount Drug Mart | n/a | 32,583 | 0 | n/a | n/a | 3,229 | 35,812 |
| H. D. Smith | 269 | 0 | 0 | 0 | 0 | 0 | 269 |
| HBC Service Co | 4,909 | 41,114 | 0 | 0 | 0 | 1,275 | 47,298 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 129,021 | 89,263 | 9,185 | 759 | 538 | 6,265 | 235,031 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 5,008 | 489 | 1,220 | 134 | 0 | 40 | 6,891 |
| Rite Aid | n/a | 18,828 | n/a | n/a | n/a | 2,748 | 21,576 |
| Walgreens | 97,401 | 100,421 | 19,462 | 3,900 | 0 | 10,744 | 231,928 |
| Wal-Mart | 16,070 | 25,737 | 477 | 76 | 0 | 990 | 43,350 |
| **Total** | **545,314** | **563,002** | **71,690** | **10,806** | **5,057** | **75,749** | **1,271,618** |

Table 25 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 77,175 | 52,681 | 21,289 | 6,341 | 2,830 | 10,804 | 171,120 |
| Anda, Inc | 690 | 1,302 | 121 | 2 | 0 | 188 | 2,303 |
| Cardinal Health | 111,200 | 50,300 | 24,731 | 5,707 | 2,638 | 13,065 | 207,641 |
| CVS | n/a | 45,927 | n/a | n/a | n/a | 2,624 | 48,551 |
| Discount Drug Mart | n/a | 8,500 | 0 | n/a | n/a | 720 | 9,220 |
| H. D. Smith | 60 | 125 | 0 | n/a | 0 | 0 | 185 |
| HBC Service Co | 2,682 | 26,651 | 0 | 0 | 0 | 703 | 30,036 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 96,172 | 64,409 | 20,338 | 5,156 | 4,116 | 6,280 | 196,471 |
| Miami-Luken | 2,999 | 1,308 | 391 | 0 | 236 | 0 | 4,934 |
| Prescription Supply | 16 | 4 | 0 | 0 | 0 | 0 | 20 |
| Rite Aid | n/a | 10,953 | n/a | n/a | n/a | 898 | 11,851 |
| Walgreens | 39,284 | 47,489 | 11,596 | 3,050 | 0 | 2,669 | 104,088 |
| Wal-Mart | 9,010 | 15,052 | 777 | 173 | 0 | 393 | 25,405 |
| **Total** | **339,288** | **324,701** | **79,243** | **20,429** | **9,820** | **38,344** | **811,825** |

## B. Twice Trailing Twelve-Month Average Pharmacy Dosage Units

136. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed twice the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

Confidential - Subject to Protective Order

Table 26 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 45,288 | 26,985 | 8,256 | 2,502 | 844 | 16,731 | 100,606 |
| Anda, Inc | 587 | 950 | 51 | 6 | 0 | 256 | 1,850 |
| Cardinal Health | 121,206 | 82,155 | 24,003 | 4,621 | 5,713 | 56,834 | 294,532 |
| CVS | n/a | 34,001 | n/a | n/a | n/a | 6,422 | 40,423 |
| Discount Drug Mart | n/a | 32,848 | 0 | n/a | n/a | 2,554 | 35,402 |
| H. D. Smith | 311 | 0 | 12 | 4 | 11 | 17 | 355 |
| HBC Service Co | 4,942 | 4,690 | 29 | 104 | 0 | 669 | 10,434 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 51,631 | 68,503 | 8,532 | 1,505 | 1,344 | 22,790 | 154,305 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 802 | 471 | 1,176 | 174 | 20 | 690 | 3,333 |
| Rite Aid | n/a | 4,145 | n/a | n/a | n/a | 1,452 | 5,597 |
| Walgreens | 42,801 | 18,937 | 15,801 | 5,665 | 30 | 22,409 | 105,643 |
| Wal-Mart | 8,469 | 806 | 494 | 117 | 0 | 1,357 | 11,243 |
| **Total** | **276,037** | **274,491** | **58,354** | **14,698** | **7,962** | **132,181** | **763,723** |

- 63 -

Table 27 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 41,408 | 48,241 | 17,443 | 6,140 | 3,737 | 22,741 | 139,710 |
| Anda, Inc | 1,081 | 1,245 | 221 | 22 | 0 | 325 | 2,894 |
| Cardinal Health | 84,118 | 48,828 | 27,703 | 7,966 | 4,458 | 35,525 | 208,598 |
| CVS | n/a | 27,081 | n/a | n/a | n/a | 1,443 | 28,524 |
| Discount Drug Mart | n/a | 7,405 | 0 | n/a | n/a | 533 | 7,938 |
| H. D. Smith | 0 | 105 | 0 | n/a | 0 | 23 | 128 |
| HBC Service Co | 2,025 | 16,692 | 200 | 28 | 22 | 491 | 19,458 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 64,582 | 62,291 | 20,257 | 6,303 | 5,538 | 24,320 | 183,291 |
| Miami-Luken | 2,939 | 1,222 | 452 | 88 | 304 | 388 | 5,393 |
| Prescription Supply | 0 | 4 | 0 | 1 | 0 | 0 | 5 |
| Rite Aid | n/a | 8,235 | n/a | n/a | n/a | 376 | 8,611 |
| Walgreens | 15,942 | 28,076 | 10,431 | 3,488 | 44 | 9,018 | 66,999 |
| Wal-Mart | 2,657 | 695 | 729 | 199 | 27 | 622 | 4,929 |
| **Total** | **214,752** | **250,120** | **77,436** | **24,235** | **14,130** | **95,805** | **676,478** |

## C. Three Times Trailing Twelve-Month Average Pharmacy Dosage Units

140. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed three times the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

Table 28 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 22,663 | 14,792 | 3,933 | 1,319 | 289 | 10,561 | 53,557 |
| Anda, Inc | 306 | 584 | 3 | 0 | 0 | 182 | 1,075 |
| Cardinal Health | 62,297 | 67,273 | 17,572 | 2,867 | 4,475 | 39,223 | 193,707 |
| CVS | n/a | 13,485 | n/a | n/a | n/a | 2,619 | 16,104 |
| Discount Drug Mart | n/a | 32,445 | 0 | n/a | n/a | 1,995 | 34,440 |
| H. D. Smith | 311 | 0 | 0 | 0 | 0 | 0 | 311 |
| HBC Service Co | 1,652 | 2,069 | 12 | 34 | 0 | 42 | 3,809 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 31,620 | 41,655 | 4,172 | 730 | 581 | 13,998 | 92,756 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 96 | 468 | 838 | 148 | 1 | 428 | 1,979 |
| Rite Aid | n/a | 2,631 | n/a | n/a | n/a | 719 | 3,350 |
| Walgreens | 909 | 4,490 | 9,292 | 3,753 | 9 | 11,522 | 29,975 |
| Wal-Mart | 3,239 | 0 | 177 | 69 | 0 | 150 | 3,635 |
| **Total** | **123,093** | **179,892** | **35,999** | **8,920** | **5,355** | **81,439** | **434,698** |

Table 29 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 26,024 | 40,096 | 10,643 | 4,823 | 3,051 | 13,724 | 98,361 |
| Anda, Inc | 981 | 993 | 177 | 21 | 0 | 295 | 2,467 |
| Cardinal Health | 49,733 | 42,267 | 21,073 | 6,408 | 2,295 | 24,609 | 146,385 |
| CVS | n/a | 17,930 | n/a | n/a | n/a | 370 | 18,300 |
| Discount Drug Mart | n/a | 7,278 | 0 | n/a | n/a | 403 | 7,681 |
| H. D. Smith | 0 | 91 | 0 | n/a | 0 | 23 | 114 |
| HBC Service Co | 857 | 8,099 | 103 | 0 | 13 | 114 | 9,186 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 36,410 | 48,607 | 16,642 | 4,721 | 4,198 | 16,232 | 126,810 |
| Miami-Luken | 0 | 1,111 | 0 | 79 | 243 | 331 | 1,764 |
| Prescription Supply | 0 | 4 | 0 | 0 | 0 | 0 | 4 |
| Rite Aid | n/a | 2,062 | n/a | n/a | n/a | 129 | 2,191 |
| Walgreens | 0 | 6,712 | 6,788 | 2,491 | 44 | 4,516 | 20,551 |
| Wal-Mart | 1,403 | 0 | 713 | 173 | 0 | 131 | 2,420 |
| **Total** | **115,408** | **175,250** | **56,139** | **18,716** | **9,844** | **60,877** | **436,234** |

## D. Maximum 8,000 Dosage Units Monthly

144. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed 8,000 dosage units. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

145. Figure 17 illustrates total opioid shipments into Cuyahoga County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after

- 68 -

Confidential - Subject to Protective Order

Table 30 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 94,012 | 27,456 | 949 | 0 | 0 | 1,187 | 123,604 |
| Anda, Inc | 17 | 55 | 0 | 0 | 0 | 0 | 72 |
| Cardinal Health | 110,826 | 48,016 | 2,102 | 0 | 0 | 1,731 | 162,675 |
| CVS | n/a | 63,845 | n/a | n/a | n/a | 0 | 63,845 |
| Discount Drug Mart | n/a | 20,875 | 0 | n/a | n/a | 0 | 20,875 |
| H. D. Smith | 308 | 0 | 0 | 0 | 0 | 0 | 308 |
| HBC Service Co | 3,992 | 28,758 | 0 | 0 | 0 | 0 | 32,750 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 77,402 | 31,364 | 0 | 0 | 0 | 0 | 108,766 |
| Miami-Luken | 0 | 0 | 0 | 0 | n/a | 0 | 0 |
| Prescription Supply | 3,312 | 0 | 0 | 0 | 0 | 0 | 3,312 |
| Rite Aid | n/a | 9,603 | n/a | n/a | n/a | 0 | 9,603 |
| Walgreens | 88,496 | 74,958 | 0 | 0 | 0 | 0 | 163,454 |
| Wal-Mart | 9,165 | 15,540 | 0 | 0 | 0 | 0 | 24,705 |
| **Total** | **387,530** | **320,470** | **3,051** | **0** | **0** | **2,918** | **713,969** |

Table 31 Maximum 8,000 Dosage Units Monthly Threshold Flagged
Transactions, Summit County, OH 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 68,640 | 50,724 | 3,831 | 1,071 | 2,265 | 0 | 126,531 |
| Anda, Inc | 811 | 25 | 109 | 0 | 0 | 0 | 945 |
| Cardinal Health | 80,037 | 31,077 | 3,214 | 927 | 748 | 570 | 116,573 |
| CVS | n/a | 46,272 | n/a | n/a | n/a | 0 | 46,272 |
| Discount Drug Mart | n/a | 6,299 | 0 | n/a | n/a | 0 | 6,299 |
| H. D. Smith | 0 | 0 | 0 | n/a | 0 | 0 | 0 |
| HBC Service Co | 2,107 | 25,874 | 0 | 0 | 0 | 0 | 27,981 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 78,847 | 44,278 | 4,036 | 1,050 | 0 | 0 | 128,211 |
| Miami-Luken | 3,180 | 0 | 0 | 0 | 0 | 0 | 3,180 |
| Prescription Supply | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rite Aid | n/a | 12,057 | n/a | n/a | n/a | 0 | 12,057 |
| Walgreens | 36,774 | 48,454 | 0 | 0 | 0 | 0 | 85,228 |
| Wal-Mart | 2,897 | 7,740 | 0 | 0 | 0 | 0 | 10,637 |
| **Total** | **273,293** | **272,800** | **11,190** | **3,048** | **3,013** | **570** | **563,914** |

## E. Maximum Daily Dosage Units

148. I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a day to exceed a number of dosage dosage units that varies by drug type and within some drug types by formulation.[55] I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

---

[55] Maximum Daily Dosage Units used as specified in
CAH_MDLPRIORPRO_DEA07_01384160

Table 32 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga County, 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 107,350 | 52,226 | 18,018 | 3,366 | n/a | 3,292 | 184,252 |
| Anda, Inc | 904 | 2,129 | 46 | 20 | n/a | 95 | 3,194 |
| Cardinal Health | 166,869 | 88,662 | 30,253 | 4,244 | n/a | 10,147 | 300,175 |
| CVS | n/a | 115,449 | n/a | n/a | n/a | 5,951 | 121,400 |
| Discount Drug Mart | n/a | 32,424 | 0 | n/a | n/a | 2,036 | 34,460 |
| H. D. Smith | 311 | 19 | 0 | 4 | n/a | 18 | 352 |
| HBC Service Co | 5,978 | 46,103 | 0 | 0 | n/a | 10 | 52,091 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 118,299 | 88,832 | 9,825 | 1,154 | n/a | 1,298 | 219,408 |
| Miami-Luken | 2 | 133 | 0 | 0 | n/a | 0 | 135 |
| Prescription Supply | 5,351 | 521 | 1,471 | 162 | n/a | 6 | 7,511 |
| Rite Aid | n/a | 21,291 | n/a | n/a | n/a | 1,343 | 22,634 |
| Walgreens | 97,777 | 107,036 | 21,923 | 3,733 | n/a | 6,949 | 237,418 |
| Wal-Mart | 14,593 | 26,963 | 818 | 76 | n/a | 387 | 42,837 |
| **Total** | **517,434** | **581,788** | **82,354** | **12,759** | **n/a** | **31,532** | **1,225,867** |

Table 33 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 1996-2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen | 80,140 | 59,406 | 23,672 | 7,252 | n/a | 2,196 | 172,666 |
| Anda, Inc | 1,130 | 1,566 | 205 | 41 | n/a | 19 | 2,961 |
| Cardinal Health | 104,253 | 52,285 | 27,023 | 6,358 | n/a | 4,104 | 194,023 |
| CVS | n/a | 49,701 | n/a | n/a | n/a | 1,759 | 51,460 |
| Discount Drug Mart | n/a | 8,435 | 0 | n/a | n/a | 357 | 8,792 |
| H. D. Smith | 0 | 74 | 0 | n/a | n/a | 0 | 74 |
| HBC Service Co | 2,858 | 29,533 | 33 | 0 | n/a | 0 | 32,424 |
| Henry Schein Inc | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| McKesson Corp | 96,342 | 69,871 | 21,349 | 5,883 | n/a | 518 | 193,963 |
| Miami-Luken | 3,184 | 1,404 | 476 | 53 | n/a | 0 | 5,117 |
| Prescription Supply | 15 | 5 | 0 | 1 | n/a | 0 | 21 |
| Rite Aid | n/a | 12,512 | n/a | n/a | n/a | 177 | 12,689 |
| Walgreens | 40,192 | 50,679 | 12,257 | 3,059 | n/a | 353 | 106,540 |
| Wal-Mart | 7,411 | 14,905 | 1,013 | 169 | n/a | 96 | 23,594 |
| **Total** | **335,525** | **350,376** | **86,028** | **22,816** | **n/a** | **9,579** | **804,324** |

## F. Additional Identification

152. I have been asked by Counsel to assume that Chain Distributors may have had knowledge of - or information available to inform them of – opioid shipments from all Distributors to the Chain Distributor's affiliated pharmacies. I have re-run the five identification routines described above assuming that the Chain Distributors could have flagged transactions based on this expanded information set and report the results for the Chain Distributors in Table 34 through Table 43 below. Additional charts and tables reflecting the result of applying methodologies below to each Chain Distributor are in Appendix 11.

- 76 -

# MCCANN-12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# All Defendants 12 Opioid Drug Distribution into Cuyahoga County, OH
## 1996 - 2018



Data source: ARCOS (2006-2014) and defendant transactional data

12 opioid drugs include: Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Levorphanol, Meperidine, Morphine, Opium, Oxycodone, Oxymorphone, Tapentadol

March 2019

1

## State and County Opioid Total Dosage Units Market Share

| Company Name | OH | | Summit County | |
| --- | --- | --- | --- | --- |
| | Market Share | Total Dosage Units | Market Share | Total Dosage Units |
| Cardinal Health | 23.36% | 1,181,793,824 | 21.46% | 56,478,170 |
| McKesson Corporation | 15.22% | 770,100,781 | 21.44% | 56,430,209 |
| AmerisourceBergen Drug | 12.78% | 646,772,027 | 21.19% | 55,775,794 |
| Walgreen Co | 11.28% | 570,655,520 | 13.70% | 36,069,760 |
| CVS | 7.98% | 403,542,780 | 9.04% | 23,802,420 |
| Wal-Mart | 6.28% | 317,672,790 | 2.05% | 5,391,170 |
| Kroger | 5.90% | 298,385,260 | 0.00% | 0 |
| Rite Aid | 4.08% | 206,362,720 | 3.22% | 8,485,870 |
| Omnicare Distribution Center LLC | 2.03% | 102,937,195 | 0.01% | 13,600 |
| Miami-Luken | 1.69% | 85,388,675 | 1.08% | 2,848,475 |
| HBC Service Company | 1.45% | 73,149,760 | 3.54% | 9,316,960 |
| Discount Drug Mart | 1.44% | 72,847,210 | 1.31% | 3,441,010 |
| H. D. Smith | 1.42% | 71,931,930 | 0.03% | 68,145 |
| Anda, Inc | 0.87% | 43,933,912 | 0.67% | 1,758,265 |
| Prescription Supply Inc | 0.73% | 37,115,447 | 0.01% | 19,300 |
| Eckerd Corporation | 0.50% | 25,343,330 | 0.90% | 2,372,920 |
| Frank W Kerr Inc | 0.44% | 22,494,736 | 0.00% | 0 |
| Value Drug Co | 0.43% | 21,667,568 | 0.00% | 0 |
| Meijer Distribution Inc #90 | 0.42% | 21,352,305 | 0.00% | 0 |
| Quest Pharmaceuticals Inc | 0.26% | 13,380,565 | 0.00% | 1,300 |
| KeySource Medical | 0.24% | 12,040,100 | 0.01% | 16,490 |
| The Harvard Drug Group | 0.20% | 10,082,135 | 0.05% | 131,600 |
| Rochester Drug Co-Operative Inc | 0.13% | 6,694,640 | 0.00% | 8,235 |
| River City Pharma | 0.13% | 6,602,325 | 0.04% | 94,990 |
| Top Rx, Inc. | 0.11% | 5,361,970 | 0.00% | 700 |
| Capital Wholesale Drug & Co | 0.09% | 4,550,495 | 0.00% | 2,500 |
| Auburn Pharmaceutical | 0.06% | 3,254,400 | 0.08% | 209,960 |
| Advantage Logistics | 0.06% | 3,053,950 | 0.00% | 0 |
| Heartland Repack Services | 0.06% | 2,804,135 | 0.00% | 0 |
| Associated Pharmacies Inc | 0.04% | 1,928,585 | 0.01% | 37,600 |
| Henry Schein Inc | 0.02% | 1,119,015 | 0.03% | 81,170 |
| Safecor Health, LLC | 0.02% | 1,050,410 | 0.00% | 0 |
| Genetco Inc | 0.02% | 861,780 | 0.00% | 2,100 |
| Qualitest Pharmaceuticals | 0.02% | 802,310 | 0.00% | 0 |
| Amneal Pharmaceuticals LLC | 0.02% | 768,000 | 0.00% | 0 |
| Dispensing Solutions | 0.01% | 702,451 | 0.00% | 4,440 |
| Expert-Med | 0.01% | 692,420 | 0.00% | 2,500 |
| Smith Drug Company | 0.01% | 669,182 | 0.00% | 0 |
| Pharmacy Service Ctr Distr | 0.01% | 598,180 | 0.01% | 21,205 |
| DRx Pharmaceutical Consultants, Inc. | 0.01% | 532,527 | 0.01% | 18,134 |
| American Sales Company | 0.01% | 499,200 | 0.03% | 87,600 |
| Pharmacy Buying Association | 0.01% | 384,000 | 0.00% | 0 |
| Morris & Dickson Co | 0.01% | 370,070 | 0.00% | 0 |
| Richie Pharmacal | 0.01% | 354,340 | 0.00% | 1,000 |
| Physicians Pharmaceutical Corp | 0.01% | 333,340 | 0.00% | 0 |
| D & K Healthcare Resources | 0.01% | 327,092 | 0.00% | 0 |
| Actavis Pharma, Inc. | 0.01% | 275,900 | 0.00% | 100 |
| Prescript Pharmaceuticals | 0.01% | 275,870 | 0.00% | 0 |
| MWI Veterinary Supply | 0.01% | 274,410 | 0.00% | 11,130 |
| General Injectables & Vaccines,Inc | 0.00% | 250,900 | 0.00% | 0 |

## Distributor Market Share by Year in Summit County, OH

| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | County Population | | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| | Total Percentage | | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Company Name | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
| Cardinal Health | 21.46% | 56,478,170 | 23.19% | 22.37% | 24.03% | 26.09% | 21.85% | 16.51% | 16.53% | 19.58% | 24.97% |
| McKesson Corporation | 21.44% | 56,430,209 | 15.11% | 16.99% | 21.70% | 20.81% | 15.31% | 18.37% | 20.07% | 29.23% | 34.19% |
| AmerisourceBergen Drug | 21.19% | 55,775,794 | 24.16% | 23.30% | 17.52% | 14.92% | 21.55% | 23.70% | 24.03% | 20.92% | 20.71% |
| Walgreen Co | 13.70% | 36,069,760 | 15.25% | 15.03% | 16.33% | 17.26% | 17.45% | 17.16% | 15.31% | 7.75% | 1.74% |
| CVS | 9.04% | 23,802,420 | 8.80% | 9.69% | 9.50% | 9.96% | 9.23% | 9.36% | 9.30% | 8.90% | 6.59% |
| HBC Service Company | 3.54% | 9,316,960 | 0.00% | 0.00% | 0.00% | 0.89% | 5.48% | 6.29% | 6.37% | 5.96% | 4.41% |
| Rite Aid | 3.22% | 8,485,870 | 5.74% | 5.83% | 5.67% | 3.06% | 0.08% | 3.02% | 2.82% | 2.69% | 1.56% |
| Wal-Mart | 2.05% | 5,391,170 | 2.10% | 2.27% | 2.45% | 2.33% | 2.12% | 1.96% | 1.68% | 1.54% | 2.13% |
| Discount Drug Mart | 1.31% | 3,441,010 | 1.34% | 1.39% | 1.38% | 1.41% | 1.31% | 1.23% | 1.17% | 1.22% | 1.37% |
| Miami-Luken | 1.08% | 2,848,475 | 0.79% | 0.87% | 0.92% | 1.06% | 1.26% | 1.08% | 1.25% | 1.09% | 1.28% |
| Eckerd Corporation | 0.90% | 2,372,920 | 0.00% | 0.00% | 0.00% | 1.37% | 3.99% | 0.64% | 0.54% | 0.47% | 0.53% |
| Anda, Inc | 0.67% | 1,758,265 | 2.61% | 1.91% | 0.17% | 0.32% | 0.19% | 0.43% | 0.63% | 0.28% | 0.13% |
| Auburn Pharmaceutical | 0.08% | 209,960 | 0.26% | 0.01% | 0.04% | 0.03% | 0.03% | 0.06% | 0.05% | 0.15% | 0.13% |
| The Harvard Drug Group | 0.05% | 131,600 | 0.00% | 0.09% | 0.11% | 0.23% | 0.01% | 0.00% | 0.01% | 0.00% | 0.00% |
| River City Pharma | 0.04% | 94,990 | 0.00% | 0.00% | 0.00% | 0.08% | 0.00% | 0.02% | 0.02% | 0.08% | 0.11% |
| American Sales Company | 0.03% | 87,600 | 0.39% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Henry Schein Inc | 0.03% | 81,170 | 0.07% | 0.07% | 0.05% | 0.03% | 0.02% | 0.01% | 0.01% | 0.02% | 0.02% |
| H. D. Smith | 0.03% | 68,145 | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% | 0.07% | 0.10% | 0.00% | 0.00% |
| PD-Rx Pharmaceuticals Inc | 0.02% | 55,304 | 0.05% | 0.06% | 0.08% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Associated Pharmacies Inc | 0.01% | 37,600 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.06% | 0.06% |
| Almac Clinical Services, Inc. | 0.01% | 25,390 | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.02% | 0.03% | 0.01% | 0.00% |
| Pharmacy Service Ctr Distr | 0.01% | 21,205 | 0.01% | 0.01% | 0.01% | 0.00% | 0.01% | 0.01% | 0.01% | 0.01% | 0.00% |
| Prescription Supply Inc | 0.01% | 19,300 | 0.01% | 0.00% | 0.00% | 0.03% | 0.00% | 0.00% | 0.01% | 0.02% | 0.00% |
| DRx Pharmaceutical Consultants, Inc. | 0.01% | 18,134 | 0.04% | 0.02% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| KeySource Medical | 0.01% | 16,490 | 0.00% | 0.00% | 0.01% | 0.02% | 0.03% | 0.00% | 0.00% | 0.00% | 0.00% |
| Diamond Pharmacy Services | 0.01% | 14,610 | 0.00% | 0.00% | 0.01% | 0.02% | 0.01% | 0.01% | 0.00% | 0.00% | 0.00% |
| Independent Pharmacy Cooperative | 0.01% | 13,910 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.05% |
| Omnicare Distribution Center LLC | 0.01% | 13,600 | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.01% | 0.01% | 0.01% | 0.00% |
| MWI Veterinary Supply | 0.00% | 11,130 | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.01% | 0.00% | 0.00% |
| Darby Dental Supply, LLC | 0.00% | 8,800 | 0.01% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Rochester Drug Co-Operative Inc | 0.00% | 8,235 | 0.00% | 0.00% | 0.00% | 0.02% | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% |
| Columbus Serum Co | 0.00% | 7,100 | 0.01% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Moore Medical LLC | 0.00% | 6,700 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Amatheon Inc | 0.00% | 5,780 | 0.00% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Patterson Logistics Services | 0.00% | 5,435 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.01% |
| Fisher Clinical Services Inc | 0.00% | 4,624 | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Dispensing Solutions | 0.00% | 4,440 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| JOM Pharmaceutical Services, Inc. | 0.00% | 3,930 | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% |
| Palmetto State Pharma. | 0.00% | 3,500 | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Penn Veterinary Supply | 0.00% | 3,400 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| PSS World Medical Inc | 0.00% | 3,315 | 0.00% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Capital Wholesale Drug & Co | 0.00% | 2,500 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.00% | 0.00% |

## State and County Opioid Total Dosage Units Market Share

| Company Name | OH | | Cuyahoga County | |
|---|---|---|---|---|
| | Market Share | Total Dosage Units | Market Share | Total Dosage Units |
| Cardinal Health | 23.36% | 1,181,793,824 | 23.07% | 100,530,754 |
| McKesson Corporation | 15.22% | 770,100,781 | 14.32% | 62,375,571 |
| AmerisourceBergen Drug | 12.78% | 646,772,027 | 22.11% | 96,350,751 |
| Walgreen Co | 11.28% | 570,655,520 | 17.02% | 74,159,470 |
| CVS | 7.98% | 403,542,780 | 9.61% | 41,859,800 |
| Wal-Mart | 6.28% | 317,672,790 | 2.17% | 9,438,765 |
| Kroger | 5.90% | 298,385,260 | 0.00% | 0 |
| Rite Aid | 4.08% | 206,362,720 | 2.32% | 10,119,510 |
| Omnicare Distribution Center LLC | 2.03% | 102,937,195 | 0.00% | 0 |
| Miami-Luken | 1.69% | 85,388,675 | 0.02% | 72,985 |
| HBC Service Company | 1.45% | 73,149,760 | 2.53% | 11,008,220 |
| Discount Drug Mart | 1.44% | 72,847,210 | 2.75% | 11,981,350 |
| H. D. Smith | 1.42% | 71,931,930 | 0.56% | 2,431,410 |
| Anda, Inc | 0.87% | 43,933,912 | 0.81% | 3,511,080 |
| Prescription Supply Inc | 0.73% | 37,115,447 | 0.68% | 2,957,844 |
| Eckerd Corporation | 0.50% | 25,343,330 | 1.17% | 5,077,810 |
| Frank W Kerr Inc | 0.44% | 22,494,736 | 0.00% | 300 |
| Value Drug Co | 0.43% | 21,667,568 | 0.01% | 47,373 |
| Meijer Distribution Inc #90 | 0.42% | 21,352,305 | 0.00% | 0 |
| Quest Pharmaceuticals Inc | 0.26% | 13,380,565 | 0.02% | 68,740 |
| KeySource Medical | 0.24% | 12,040,100 | 0.11% | 498,415 |
| The Harvard Drug Group | 0.20% | 10,082,135 | 0.14% | 599,885 |
| Rochester Drug Co-Operative Inc | 0.13% | 6,694,640 | 0.00% | 600 |
| River City Pharma | 0.13% | 6,602,325 | 0.08% | 366,805 |
| Top Rx, Inc. | 0.11% | 5,361,970 | 0.01% | 42,930 |
| Capital Wholesale Drug & Co | 0.09% | 4,550,495 | 0.00% | 21,400 |
| Auburn Pharmaceutical | 0.06% | 3,254,400 | 0.00% | 7,200 |
| Advantage Logistics | 0.06% | 3,053,950 | 0.00% | 0 |
| Heartland Repack Services | 0.06% | 2,804,135 | 0.00% | 0 |
| Associated Pharmacies Inc | 0.04% | 1,928,585 | 0.00% | 0 |
| Henry Schein Inc | 0.02% | 1,119,015 | 0.05% | 211,660 |
| Safecor Health, LLC | 0.02% | 1,050,410 | 0.09% | 382,201 |
| Genetco Inc | 0.02% | 861,780 | 0.00% | 0 |
| Qualitest Pharmaceuticals | 0.02% | 802,310 | 0.00% | 6,000 |
| Amneal Pharmaceuticals LLC | 0.02% | 768,000 | 0.09% | 390,000 |
| Dispensing Solutions | 0.01% | 702,451 | 0.04% | 164,990 |
| Expert-Med | 0.01% | 692,420 | 0.00% | 7,500 |
| Smith Drug Company | 0.01% | 669,182 | 0.04% | 169,002 |
| Pharmacy Service Ctr Distr | 0.01% | 598,180 | 0.02% | 71,235 |
| DRx Pharmaceutical Consultants, Inc. | 0.01% | 532,527 | 0.01% | 62,966 |
| American Sales Company | 0.01% | 499,200 | 0.06% | 240,200 |
| Pharmacy Buying Association | 0.01% | 384,000 | 0.00% | 0 |
| Morris & Dickson Co | 0.01% | 370,070 | 0.00% | 0 |
| Richie Pharmacal | 0.01% | 354,340 | 0.00% | 7,900 |
| Physicians Pharmaceutical Corp | 0.01% | 333,340 | 0.00% | 0 |
| D & K Healthcare Resources | 0.01% | 327,092 | 0.00% | 0 |
| Actavis Pharma, Inc. | 0.01% | 275,900 | 0.00% | 100 |
| Prescript Pharmaceuticals | 0.01% | 275,870 | 0.00% | 2,300 |
| MWI Veterinary Supply | 0.01% | 274,410 | 0.00% | 16,510 |
| General Injectables & Vaccines,Inc | 0.00% | 250,900 | 0.01% | 29,500 |

# MCCANN-14

## Opioid Total MME by Company in Cuyahoga County, OH

| | County Population | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | Total MME | 514,672,000 | 567,224,195 | 595,633,999 | 664,429,159 | 700,133,566 | 715,923,558 | 663,462,852 | 622,682,981 | 579,123,262 |
| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 31.52% | 1,772,506,417 | 211,558,384 | 226,171,859 | 231,753,919 | 252,864,538 | 203,528,654 | 192,162,304 | 166,465,391 | 164,037,825 | 123,963,544 |
| AmerisourceBergen Drug | 25.73% | 1,446,867,175 | 74,341,574 | 89,417,108 | 93,430,832 | 112,487,542 | 183,416,748 | 195,494,791 | 182,084,787 | 244,368,414 | 271,825,378 |
| Walgreen Co | 16.01% | 900,461,722 | 102,739,278 | 113,357,810 | 124,504,422 | 127,680,333 | 137,345,884 | 138,289,923 | 120,879,178 | 31,829,812 | 3,835,083 |
| McKesson Corporation | 15.27% | 858,579,288 | 73,359,398 | 82,283,818 | 88,902,749 | 96,054,683 | 97,001,677 | 109,572,526 | 106,064,746 | 101,596,188 | 103,743,504 |
| CVS | 3.08% | 173,363,979 | 15,250,631 | 18,711,487 | 19,561,480 | 20,950,439 | 20,865,975 | 22,003,043 | 21,976,135 | 20,512,535 | 13,532,253 |
| Wal-Mart | 1.28% | 71,789,966 | 5,679,486 | 6,629,013 | 7,694,051 | 9,375,676 | 9,376,092 | 9,054,796 | 8,616,136 | 5,855,346 | 9,509,370 |
| H. D. Smith | 1.18% | 66,166,989 | 89,745 | 117,604 | 243,688 | 4,871,771 | 14,211,080 | 9,852,110 | 14,279,640 | 11,165,625 | 11,335,725 |
| Prescription Supply Inc | 1.04% | 58,441,306 | 13,734,295 | 11,283,779 | 10,684,735 | 11,633,735 | 1,510,935 | 2,535,165 | 2,751,589 | 1,931,653 | 2,375,420 |
| Anda, Inc | 0.89% | 50,178,701 | 1,746,390 | 1,562,323 | 2,505,022 | 2,933,492 | 1,145,317 | 2,429,220 | 3,700,976 | 14,418,791 | 19,737,170 |
| Discount Drug Mart | 0.83% | 46,893,714 | 4,264,887 | 4,919,559 | 4,964,080 | 5,606,245 | 5,607,325 | 5,580,369 | 5,472,090 | 5,306,869 | 5,172,289 |
| Rite Aid | 0.75% | 42,375,835 | 6,876,206 | 8,220,480 | 7,830,624 | 5,406,939 | 4,953,934 | 2,931,133 | 2,442,396 | 2,393,685 | 1,320,437 |
| HBC Service Company | 0.75% | 42,100,926 | 0 | 0 | 0 | 1,333,997 | 8,305,011 | 9,733,591 | 9,062,796 | 8,198,571 | 5,466,961 |
| Eckerd Corporation | 0.37% | 20,985,763 | 0 | 0 | 0 | 2,196,444 | 2,757,281 | 4,621,879 | 4,601,969 | 4,392,040 | 2,416,150 |
| KeySource Medical | 0.25% | 14,107,055 | 26,018 | 500,462 | 112,977 | 6,366,092 | 4,988,634 | 2,112,872 | 0 | 0 | 0 |
| West-Ward Pharmaceutical Corp. | 0.22% | 12,310,225 | 0 | 0 | 0 | 0 | 0 | 3,145,250 | 8,200,802 | 944,621 | 19,552 |
| Fagron Inc | 0.17% | 9,780,294 | 926,196 | 1,861,160 | 1,840,476 | 2,120,858 | 1,713,233 | 699,334 | 291,484 | 207,063 | 120,490 |
| Hospira Worldwide LLC | 0.12% | 6,591,230 | 0 | 0 | 40,304 | 187,257 | 574,736 | 1,496,509 | 3,494,472 | 796,073 | 1,880 |
| The Harvard Drug Group | 0.06% | 3,528,616 | 449,104 | 515,470 | 463,131 | 514,809 | 69,157 | 1,424,120 | 65,233 | 24,565 | 3,027 |
| River City Pharma | 0.05% | 2,919,369 | 3,315 | 0 | 9,512 | 465,789 | 552,747 | 1,346,558 | 487,484 | 21,686 | 32,278 |
| Henry Schein Inc | 0.04% | 2,093,698 | 159,333 | 144,199 | 135,264 | 107,329 | 144,866 | 279,383 | 335,320 | 233,058 | 554,945 |
| Akorn, Inc. | 0.04% | 2,038,285 | 0 | 0 | 0 | 0 | 0 | 0 | 294,910 | 1,743,375 | 0 |
| Smith Drug Company | 0.03% | 1,487,869 | 0 | 11,211 | 49,380 | 130,810 | 222,911 | 281,785 | 303,539 | 280,064 | 208,170 |
| Amneal Pharmaceuticals LLC | 0.02% | 1,325,826 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,325,826 |
| Safecor Health, LLC | 0.02% | 1,271,296 | 0 | 0 | 0 | 0 | 940 | 8,313 | 99,105 | 954,742 | 208,196 |
| PSS World Medical Inc | 0.02% | 1,192,883 | 272,869 | 155,286 | 182,675 | 177,526 | 166,566 | 165,631 | 72,331 | 0 | 0 |
| MWI Veterinary Supply | 0.02% | 1,111,976 | 0 | 303 | 1,438 | 5,089 | 38,094 | 103,960 | 149,815 | 137,021 | 676,257 |
| American Sales Company | 0.02% | 1,077,349 | 1,077,349 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fisher Clinical Services Inc | 0.02% | 1,037,766 | 508,472 | 406,249 | 1,076 | 0 | 0 | 0 | 114,707 | 7,262 | 0 |
| Baxter Healthcare Corp | 0.02% | 884,536 | 0 | 0 | 0 | 4,136 | 880,400 | 0 | 0 | 0 | 0 |
| Value Drug Co | 0.01% | 807,273 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 807,273 |
| Miami-Luken | 0.01% | 698,012 | 688,931 | 8,022 | 605 | 454 | 0 | 0 | 0 | 0 | 0 |
| Dispensing Solutions | 0.01% | 627,327 | 0 | 0 | 0 | 73,819 | 121,720 | 178,985 | 153,224 | 99,579 | 0 |
| Priority Healthcare | 0.01% | 589,832 | 82,314 | 49,854 | 56,395 | 70,750 | 66,897 | 58,183 | 74,062 | 61,760 | 69,617 |
| Quest Pharmaceuticals Inc | 0.01% | 561,456 | 0 | 0 | 23,059 | 113,867 | 58,287 | 47,675 | 295,377 | 23,191 | 0 |
| ACE Surgical Supply Co Inc | 0.01% | 468,215 | 77,500 | 75,500 | 78,700 | 74,575 | 76,706 | 67,876 | 11,043 | 240 | 6,075 |
| Patterson Logistics Services | 0.01% | 401,155 | 0 | 0 | 0 | 0 | 3,951 | 10,865 | 13,497 | 137,010 | 235,833 |
| Professional Vet Products | 0.01% | 394,428 | 41,880 | 84,063 | 102,853 | 110,434 | 55,197 | 0 | 0 | 0 | 0 |
| Pharmacy Service Ctr Distr | 0.01% | 354,958 | 71,915 | 70,308 | 94,827 | 65,651 | 44,099 | 8,158 | 0 | 0 | 0 |
| Almac Clinical Services, Inc. | 0.01% | 325,967 | 0 | 0 | 0 | 0 | 0 | 0 | 217,312 | 108,656 | 0 |
| Darby Dental Supply, LLC | 0.01% | 322,080 | 220,726 | 27,575 | 40,893 | 14,530 | 7,265 | 5,585 | 908 | 2,724 | 1,874 |

**EXHIBIT 014**
Witness: McCann
Date: May 10, 2019
Amanda Miller CRR

**MCCANN-15**

## Opioid Total MME by Company in Summit County, OH

| | | County Population | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| | | Total MME | 367,366,660 | 400,893,335 | 382,352,016 | 419,131,994 | 472,731,914 | 474,030,643 | 447,468,100 | 420,702,314 | 367,150,422 |
| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 29.17% | 1,094,306,610 | 109,945,174 | 120,729,880 | 134,595,363 | 166,421,419 | 142,185,012 | 109,793,985 | 98,636,285 | 102,858,116 | 109,141,375 |
| AmerisourceBergen Drug | 26.01% | 975,859,370 | 104,837,042 | 112,001,944 | 73,707,661 | 39,918,202 | 125,431,261 | 147,929,274 | 145,576,933 | 124,639,357 | 81,817,697 |
| McKesson Corporation | 25.18% | 944,639,007 | 64,615,079 | 75,326,267 | 92,025,606 | 100,767,249 | 99,622,867 | 112,858,772 | 109,216,034 | 144,592,405 | 145,614,728 |
| Walgreen Co | 10.77% | 404,162,318 | 42,298,424 | 48,542,791 | 53,098,944 | 58,638,984 | 65,393,996 | 62,985,269 | 55,986,121 | 15,239,799 | 1,977,989 |
| CVS | 2.44% | 91,634,443 | 7,735,298 | 9,648,482 | 9,957,458 | 11,317,292 | 11,277,436 | 12,074,340 | 11,639,009 | 10,619,296 | 7,365,832 |
| Anda, Inc | 1.27% | 47,823,397 | 23,113,707 | 18,494,173 | 199,496 | 1,068,668 | 785,565 | 1,485,215 | 1,991,707 | 522,250 | 162,617 |
| Miami-Luken | 1.24% | 46,541,721 | 2,874,541 | 2,981,400 | 4,170,946 | 5,686,830 | 7,165,433 | 6,459,756 | 6,137,244 | 5,441,691 | 5,623,880 |
| Wal-Mart | 1.12% | 42,168,558 | 4,581,255 | 5,419,610 | 5,299,513 | 5,653,210 | 5,248,139 | 4,793,747 | 3,654,359 | 2,923,520 | 4,595,205 |
| HBC Service Company | 0.91% | 34,241,388 | 0 | 0 | 0 | 985,080 | 6,273,857 | 7,638,028 | 7,568,525 | 6,949,840 | 4,826,058 |
| Rite Aid | 0.85% | 32,036,395 | 4,786,038 | 5,616,594 | 5,748,119 | 3,409,806 | 93,330 | 3,800,833 | 3,548,284 | 3,274,880 | 1,758,510 |
| Discount Drug Mart | 0.33% | 12,518,489 | 1,111,471 | 1,324,559 | 1,375,870 | 1,541,632 | 1,525,410 | 1,470,976 | 1,362,368 | 1,337,945 | 1,468,258 |
| Eckerd Corporation | 0.24% | 9,621,990 | 0 | 0 | 0 | 1,563,573 | 4,772,779 | 805,493 | 672,011 | 588,840 | 619,295 |
| KeySource Medical | 0.08% | 2,947,595 | 0 | 0 | 547,041 | 470,315 | 1,447,043 | 483,197 | 0 | 0 | 0 |
| AmerInox Inc | 0.07% | 2,568,047 | 0 | 0 | 66,300 | 238,567 | 590,046 | 343,489 | 396,010 | 432,942 | 590,694 |
| Auburn Pharmaceutical | 0.04% | 1,565,315 | 220,971 | 7,856 | 538,832 | 114,370 | 110,217 | 133,590 | 98,553 | 191,395 | 149,531 |
| PSS World Medical Inc | 0.03% | 1,265,285 | 409,567 | 168,590 | 164,902 | 226,520 | 117,775 | 118,928 | 59,004 | 0 | 0 |
| Henry Schein Inc | 0.03% | 1,256,372 | 76,936 | 83,178 | 68,980 | 51,467 | 85,483 | 66,428 | 90,974 | 102,214 | 630,712 |
| Almac Clinical Services, Inc. | 0.02% | 761,726 | 112,320 | 0 | 0 | 0 | 64,836 | 173,100 | 293,332 | 90,972 | 27,164 |
| The Harvard Drug Group | 0.02% | 710,056 | 605 | 104,511 | 238,548 | 304,484 | 23,232 | 15,845 | 15,438 | 608 | 6,787 |
| H. D. Smith | 0.01% | 468,812 | 0 | 0 | 0 | 0 | 90,237 | 178,876 | 196,672 | 0 | 3,027 |
| River City Pharma | 0.01% | 461,355 | 0 | 3,784 | 0 | 85,505 | 3,930 | 27,092 | 24,216 | 200,115 | 116,714 |
| MWI Veterinary Supply | 0.01% | 443,562 | 4,238 | 3,330 | 2,292 | 1,800 | 43,133 | 133,576 | 87,509 | 81,618 | 86,066 |
| Southern Anesthesia & Surgical, Inc. | 0.01% | 380,191 | 0 | 0 | 0 | 0 | 0 | 0 | 39,219 | 171,751 | 169,221 |
| Priority Healthcare | 0.01% | 366,734 | 24,269 | 25,048 | 37,354 | 77,589 | 49,314 | 50,571 | 36,185 | 32,168 | 34,237 |
| American Sales Company | 0.01% | 365,639 | 365,639 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Butler Animal Health Supply | 0.01% | 358,824 | 22,137 | 22,083 | 35,832 | 234,314 | 44,458 | 0 | 0 | 0 | 0 |
| Rochester Drug Co-Operative Inc | 0.01% | 269,151 | 1,788 | 22,694 | 152,611 | 82,070 | 2,421 | 7,568 | 0 | 0 | 0 |
| Prescription Supply Inc | 0.01% | 264,716 | 2,252 | 143 | 0 | 63,907 | 42,696 | 1,278 | 27,038 | 120,691 | 6,711 |
| PD Rx Pharmaceuticals Inc | 0.01% | 246,467 | 40,955 | 73,996 | 102,040 | 28,454 | 0 | 0 | 0 | 1,022 | 0 |
| Fisher Clinical Services Inc | 0.01% | 210,147 | 95,668 | 3,972 | 0 | 13,642 | 0 | 96,864 | 0 | 0 | 0 |
| Patterson Logistics Services | 0.00% | 170,924 | 0 | 0 | 0 | 0 | 22,340 | 32,349 | 20,618 | 74,733 | 20,885 |
| Expert-Med | 0.00% | 158,300 | 1,949 | 156,350 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JOM Pharmaceutical Services, Inc. | 0.00% | 156,862 | 0 | 0 | 0 | 0 | 156,862 | 0 | 0 | 0 | 0 |
| Midwest Veterinary Supply Inc | 0.00% | 155,446 | 303 | 605 | 286 | 0 | 0 | 0 | 303 | 50,876 | 103,073 |
| Associated Pharmacies Inc | 0.00% | 140,530 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | 75,783 | 64,604 |
| Pharmacy Service Ctr Distr | 0.00% | 138,773 | 14,712 | 11,622 | 8,703 | 5,946 | 24,471 | 26,733 | 21,890 | 16,296 | 8,400 |
| Independent Pharmacy Cooperative | 0.00% | 133,075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 133,075 |
| Fagron Inc | 0.00% | 117,493 | 0 | 0 | 60,540 | 56,400 | 0 | 553 | 0 | 0 | 0 |
| Watson Pharma Inc | 0.00% | 90,000 | 0 | 0 | 90,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medisca Inc. | 0.00% | 76,730 | 0 | 15,135 | 0 | 0 | 15,135 | 0 | 0 | 39,673 | 6,787 |
| DRx Pharmaceutical Consultants, Inc. | 0.00% | 60,199 | 34,045 | 15,007 | 9,548 | 1,598 | 0 | 0 | 0 | 0 | 0 |
| Smith Medical Partners LLC | 0.00% | 53,196 | 0 | 0 | 0 | 0 | 53,196 | 0 | 0 | 0 | 0 |
| Darby Dental Supply, LLC | 0.00% | 52,034 | 7,357 | 6,811 | 3,632 | 9,081 | 6,659 | 6,054 | 4,258 | 4,843 | 3,359 |

EXHIBIT 015
Witness: McCann
Date: May 10, 2019
Amanda Miller CRR

**MCCANN-16**

## Opioid Total Dosage Units by Company in Cuyahoga County, OH

| | | County Population | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Dosage Units | 37,603,976 | 42,134,648 | 45,520,023 | 50,063,789 | 52,553,390 | 55,504,213 | 53,027,680 | 50,879,094 | 48,415,782 |
| Company Name | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
| Cardinal Health | 23.07% | 100,530,754 | 11,456,136 | 12,083,744 | 12,735,624 | 13,500,846 | 11,629,054 | 10,459,812 | 9,693,602 | 10,156,709 | 8,815,227 |
| AmerisourceBergen Drug | 22.11% | 96,350,751 | 5,379,970 | 6,322,476 | 6,611,595 | 7,566,230 | 11,211,446 | 11,963,175 | 11,874,145 | 15,665,292 | 19,756,426 |
| Walgreen Co | 17.02% | 74,159,470 | 7,797,545 | 8,390,005 | 9,271,285 | 10,154,030 | 10,892,180 | 11,763,855 | 10,249,335 | 4,741,915 | 899,320 |
| McKesson Corporation | 14.32% | 62,375,571 | 4,554,354 | 5,775,078 | 6,936,936 | 7,335,571 | 6,098,059 | 7,764,769 | 8,001,665 | 7,675,533 | 8,233,606 |
| CVS | 9.61% | 41,859,800 | 3,607,600 | 4,480,400 | 4,666,100 | 5,009,400 | 5,013,800 | 5,363,800 | 5,379,400 | 4,991,900 | 3,347,400 |
| Discount Drug Mart | 2.75% | 11,981,350 | 1,059,900 | 1,237,900 | 1,273,000 | 1,426,420 | 1,445,800 | 1,436,350 | 1,418,750 | 1,384,620 | 1,298,610 |
| HBC Service Company | 2.53% | 11,008,220 | 0 | 0 | 0 | 345,720 | 2,187,700 | 2,554,850 | 2,384,350 | 2,110,400 | 1,425,200 |
| Rite Aid | 2.32% | 10,119,510 | 1,646,000 | 1,962,100 | 1,894,200 | 1,264,220 | 1,162,350 | 718,190 | 590,150 | 565,500 | 316,800 |
| Wal-Mart | 2.17% | 9,438,765 | 636,615 | 822,675 | 1,031,505 | 1,207,630 | 1,286,300 | 1,232,700 | 1,109,690 | 881,005 | 1,230,645 |
| Eckerd Corporation | 1.17% | 5,077,810 | 0 | 0 | 0 | 553,820 | 687,320 | 1,119,820 | 1,114,130 | 1,032,080 | 570,640 |
| Anda, Inc | 0.81% | 3,511,080 | 174,550 | 173,585 | 236,145 | 276,540 | 87,295 | 268,460 | 284,630 | 721,160 | 1,288,715 |
| Prescription Supply Inc | 0.68% | 2,957,844 | 617,806 | 566,349 | 548,848 | 606,151 | 85,565 | 138,754 | 175,439 | 98,982 | 119,950 |
| H. D. Smith | 0.56% | 2,431,410 | 21,100 | 21,850 | 28,273 | 199,648 | 386,405 | 323,894 | 490,089 | 447,963 | 512,188 |
| The Harvard Drug Group | 0.14% | 599,885 | 126,800 | 147,800 | 119,200 | 130,675 | 16,405 | 34,605 | 17,600 | 6,800 | 0 |
| KeySource Medical | 0.11% | 498,415 | 7,000 | 27,890 | 29,300 | 231,665 | 152,440 | 50,120 | 0 | 0 | 0 |
| Amneal Pharmaceuticals LLC | 0.09% | 390,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 390,000 |
| Safecor Health, LLC | 0.09% | 382,201 | 0 | 0 | 0 | 0 | 0 | 99 | 28,691 | 290,074 | 63,337 |
| River City Pharma | 0.08% | 366,805 | 1,000 | 0 | 2,500 | 94,700 | 64,805 | 145,100 | 51,700 | 2,800 | 4,200 |
| American Sales Company | 0.06% | 240,200 | 240,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Henry Schein Inc | 0.05% | 211,660 | 36,245 | 27,160 | 28,700 | 23,430 | 14,170 | 30,425 | 22,400 | 16,240 | 12,890 |
| Smith Drug Company | 0.04% | 169,002 | 0 | 2,000 | 10,300 | 22,520 | 33,502 | 31,600 | 25,205 | 27,535 | 16,340 |
| Dispensing Solutions | 0.04% | 164,990 | 0 | 0 | 0 | 19,825 | 32,790 | 47,325 | 40,260 | 24,790 | 0 |
| Miami-Luken | 0.02% | 72,985 | 71,185 | 1,600 | 100 | 100 | 0 | 0 | 0 | 0 | 0 |
| Pharmacy Service Ctr Distr | 0.02% | 71,235 | 16,605 | 13,700 | 13,815 | 13,815 | 11,900 | 1,400 | 0 | 0 | 0 |
| Quest Pharmaceuticals Inc | 0.02% | 68,740 | 0 | 0 | 4,900 | 13,700 | 4,520 | 10,000 | 30,115 | 3,505 | 0 |
| Darby Dental Supply, LLC | 0.02% | 68,500 | 47,900 | 6,000 | 8,100 | 2,400 | 2,000 | 1,000 | 200 | 500 | 400 |
| DRx Pharmaceutical Consultants, In | 0.01% | 62,966 | 20,409 | 17,582 | 16,035 | 9,140 | 0 | 0 | 0 | 0 | 0 |
| Value Drug Co | 0.01% | 47,373 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,373 |
| Top Rx, Inc. | 0.01% | 42,930 | 2,000 | 2,500 | 5,200 | 8,030 | 2,000 | 10,700 | 10,500 | 1,000 | 1,000 |
| Rebel Distributors Corp | 0.01% | 34,585 | 7,630 | 3,200 | 8,345 | 5,230 | 4,905 | 3,495 | 1,780 | 0 | 0 |
| Moore Medical LLC | 0.01% | 34,024 | 6,400 | 3,600 | 0 | 6,200 | 5,500 | 5,700 | 3,224 | 2,000 | 1,400 |
| PSS World Medical Inc | 0.01% | 32,240 | 5,725 | 6,910 | 6,205 | 4,900 | 4,200 | 3,000 | 1,300 | 0 | 0 |
| PD-Rx Pharmaceuticals Inc | 0.01% | 30,560 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,200 | 27,360 |
| General Injectables & Vaccines,Inc | 0.01% | 29,500 | 6,400 | 7,300 | 8,500 | 7,300 | 0 | 0 | 0 | 0 | 0 |
| A F Hauser, Inc | 0.01% | 25,500 | 3,600 | 6,800 | 7,200 | 100 | 0 | 100 | 2,000 | 3,200 | 2,500 |
| Capital Wholesale Drug & Co | 0.00% | 21,400 | 0 | 1,000 | 3,000 | 500 | 0 | 0 | 0 | 2,000 | 14,900 |
| Professional Veterinary | 0.00% | 16,900 | 700 | 3,400 | 6,000 | 5,100 | 1,700 | 0 | 0 | 0 | 0 |
| MWI Veterinary Supply | 0.00% | 16,510 | 0 | 100 | 100 | 1,400 | 2,380 | 3,730 | 3,790 | 2,645 | 2,365 |
| Columbus Serum Co | 0.00% | 15,800 | 8,100 | 6,000 | 0 | 1,600 | 100 | 0 | 0 | 0 | 0 |
| Midwest Veterinary Supply Inc | 0.00% | 15,510 | 2,000 | 1,400 | 0 | 0 | 500 | 4,045 | 2,565 | 2,200 | 2,800 |

**EXHIBIT** 016

Witness: McCann

Date: May 10, 2019

Amanda Miller CRR

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Total Dosage Units by Company in Cuyahoga County, OH

| Company Name | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | County Population | | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | Total Dosage Units | | 37,603,976 | 42,134,648 | 45,520,023 | 50,063,789 | 52,553,390 | 55,504,213 | 53,027,680 | 50,879,094 | 48,415,782 |
| Patterson Logistics Services | 0.00% | 15,090 | 0 | 0 | 0 | 0 | 605 | 3,400 | 725 | 4,135 | 6,225 |
| Hawthorn Pharmaceuticals Inc | 0.00% | 12,950 | 0 | 0 | 0 | 2,030 | 7,810 | 20 | 3,070 | 20 | 0 |
| Priority Healthcare | 0.00% | 12,500 | 6,400 | 500 | 1,400 | 1,200 | 500 | 800 | 800 | 800 | 100 |
| SAJ Distributors | 0.00% | 9,000 | 0 | 0 | 0 | 100 | 8,900 | 0 | 0 | 0 | 0 |
| Almac Clinical Services, Inc. | 0.00% | 8,880 | 0 | 0 | 0 | 0 | 0 | 0 | 5,920 | 2,960 | 0 |
| Richie Pharmacal | 0.00% | 7,900 | 3,700 | 100 | 0 | 4,000 | 100 | 0 | 0 | 0 | 0 |
| Expert-Med | 0.00% | 7,500 | 7,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Penn Veterinary Supply | 0.00% | 7,400 | 400 | 2,100 | 300 | 1,300 | 800 | 300 | 600 | 800 | 800 |
| Auburn Pharmaceutical | 0.00% | 7,200 | 0 | 0 | 0 | 0 | 2,400 | 4,800 | 0 | 0 | 0 |
| Qualitest Pharmaceuticals | 0.00% | 6,000 | 3,000 | 3,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fisher Clinical Services Inc | 0.00% | 5,640 | 1,600 | 0 | 160 | 0 | 0 | 0 | 3,340 | 540 | 0 |
| HPSRx Enterprises Inc | 0.00% | 5,500 | 2,500 | 0 | 0 | 0 | 0 | 1,000 | 2,000 | 0 | 0 |
| Professional Vet Products | 0.00% | 5,385 | 3,865 | 490 | 240 | 290 | 500 | 0 | 0 | 0 | 0 |
| Butler Animal Health Supply | 0.00% | 5,015 | 3,790 | 930 | 30 | 40 | 225 | 0 | 0 | 0 | 0 |
| Pamlab | 0.00% | 4,845 | 4,845 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cedardale Distributors LLC, DBA ( | 0.00% | 4,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,700 |
| Benco Dental Supply Co | 0.00% | 4,605 | 30 | 180 | 1,270 | 2,430 | 105 | 90 | 500 | 0 | 0 |
| Pharmaceutical Systems | 0.00% | 3,600 | 300 | 600 | 600 | 200 | 400 | 500 | 200 | 400 | 400 |
| Lake Erie Medical | 0.00% | 3,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,500 | 0 |
| Leitner Pharmaceuticals | 0.00% | 3,132 | 1,376 | 1,756 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Southern Anesthesia & Surgical, Inc | 0.00% | 3,100 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 2,100 | 500 |
| HSB Veterinary Supplies Inc | 0.00% | 2,637 | 0 | 0 | 25 | 5 | 10 | 415 | 1,982 | 200 | 0 |
| American Health Service Sales | 0.00% | 2,500 | 0 | 0 | 0 | 0 | 500 | 500 | 500 | 1,000 | 0 |
| Prescript Pharmaceuticals | 0.00% | 2,300 | 240 | 600 | 480 | 240 | 0 | 300 | 200 | 120 | 120 |
| Amatheon Inc | 0.00% | 2,270 | 0 | 0 | 0 | 0 | 0 | 200 | 400 | 625 | 1,045 |
| Patterson Veterinary Supply Inc | 0.00% | 2,120 | 0 | 20 | 0 | 0 | 1,400 | 700 | 0 | 0 | 0 |
| Diversified Health Care | 0.00% | 1,920 | 1,920 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DIT Healthcare Distributio | 0.00% | 1,500 | 0 | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 |
| Par Pharmaceutical, Inc. | 0.00% | 1,500 | 0 | 0 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 |
| National Logistics Services | 0.00% | 1,405 | 405 | 835 | 15 | 50 | 100 | 0 | 0 | 0 | 0 |
| Diamond Pharmacy Services | 0.00% | 1,080 | 0 | 600 | 480 | 0 | 0 | 0 | 0 | 0 | 0 |
| Northwind Pharmaceuticals, LLC | 0.00% | 900 | 0 | 0 | 300 | 300 | 300 | 0 | 0 | 0 | 0 |
| Stat Rx USA LLC | 0.00% | 900 | 0 | 0 | 0 | 0 | 900 | 0 | 0 | 0 | 0 |
| Publicis Selling Solutions, Inc. DBA | 0.00% | 744 | 0 | 0 | 76 | 280 | 344 | 44 | 0 | 0 | 0 |
| JOM Pharmaceutical Services, Inc. | 0.00% | 618 | 0 | 0 | 0 | 618 | 0 | 0 | 0 | 0 | 0 |
| Rochester Drug Co-Operative Inc | 0.00% | 600 | 0 | 600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Edwards Medical Supply | 0.00% | 450 | 50 | 100 | 300 | 0 | 0 | 0 | 0 | 0 | 0 |
| ASD Specialty Healthcare LLC | 0.00% | 400 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 200 | 100 |
| Dohmen Life Science Services, LLC | 0.00% | 400 | 0 | 0 | 0 | 0 | 400 | 0 | 0 | 0 | 0 |
| UPM Pharmaceuticals, Inc. | 0.00% | 336 | 0 | 0 | 336 | 0 | 0 | 0 | 0 | 0 | 0 |

## Opioid Total Dosage Units by Company in Cuyahoga County, OH

| | County Population | | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | Total Dosage Units | | 37,603,976 | 42,134,648 | 45,520,023 | 50,063,789 | 52,553,390 | 55,504,213 | 53,027,680 | 50,879,094 | 48,415,782 |
| Company Name | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allscripts, LLC | 0.00% | 304 | 84 | 220 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Frank W Kerr Inc | 0.00% | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 200 |
| Atley Pharmaceuticals | 0.00% | 288 | 288 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eye Care and Cure Corporation | 0.00% | 200 | 0 | 0 | 0 | 100 | 0 | 100 | 0 | 0 | 0 |
| Wraser Pharmaceuticals | 0.00% | 123 | 0 | 0 | 0 | 50 | 0 | 73 | 0 | 0 | 0 |
| Athlon Pharmaceuticals Inc | 0.00% | 121 | 108 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Actavis Pharma, Inc. | 0.00% | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 |
| Phoenix Marketing Group | 0.00% | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prescription Containers, Inc | 0.00% | 100 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smith Medical Partners LLC | 0.00% | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 |
| Altura Pharmaceuticals, Inc | 0.00% | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 0 |
| ECR Pharmaceuticals Co, Inc | 0.00% | 26 | 0 | 0 | 0 | 0 | 0 | 2 | 8 | 16 | 0 |

**MCCANN-17**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Opioid Total Dosage Units by Company in Summit County, OH

| Company Name | Market Share | Total Dosage Units | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **County Population** | | 544,660 | 544,275 | 543,316 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 | |
| **Total Dosage Units** | | 22,554,858 | 25,912,698 | 26,980,193 | 29,797,825 | 31,878,533 | 33,259,512 | 32,594,363 | 31,287,949 | 28,923,351 | |
| Cardinal Health | 21.46% | 56,478,170 | 5,230,466 | 5,797,309 | 6,482,471 | 7,773,419 | 6,965,901 | 5,492,320 | 5,388,940 | 6,125,719 | 7,221,625 |
| McKesson Corporation | 21.44% | 56,430,209 | 3,408,414 | 4,401,775 | 5,855,183 | 6,201,152 | 4,880,650 | 6,108,391 | 6,541,002 | 9,144,992 | 9,888,650 |
| AmerisourceBergen Drug | 21.19% | 55,775,794 | 5,449,339 | 6,038,438 | 4,727,170 | 4,445,115 | 6,869,316 | 7,881,370 | 7,831,322 | 6,544,288 | 5,989,436 |
| Walgreen Co | 13.70% | 36,069,760 | 3,438,905 | 3,895,230 | 4,404,970 | 5,141,710 | 5,561,665 | 5,708,145 | 4,991,405 | 2,424,840 | 502,890 |
| CVS | 9.04% | 23,802,420 | 1,985,120 | 2,510,500 | 2,562,500 | 2,967,600 | 2,941,600 | 3,114,000 | 3,031,600 | 2,784,700 | 1,904,800 |
| HBC Service Company | 3.54% | 9,316,960 | 0 | 0 | 0 | 264,380 | 1,745,420 | 2,091,450 | 2,076,320 | 1,863,890 | 1,275,500 |
| Rite Aid | 3.22% | 8,485,870 | 1,293,600 | 1,510,400 | 1,528,840 | 911,180 | 25,400 | 1,004,010 | 917,840 | 842,110 | 452,490 |
| Wal-Mart | 2.05% | 5,391,170 | 474,320 | 588,435 | 659,675 | 694,805 | 677,185 | 652,785 | 547,405 | 480,620 | 615,940 |
| Discount Drug Mart | 1.31% | 3,441,010 | 302,700 | 360,500 | 373,230 | 419,930 | 417,260 | 407,600 | 382,270 | 382,300 | 395,220 |
| Miami-Luken | 1.08% | 2,848,475 | 177,775 | 226,170 | 248,570 | 315,035 | 400,755 | 360,450 | 407,740 | 341,310 | 370,670 |
| Eckerd Corporation | 0.90% | 2,372,920 | 0 | 0 | 0 | 408,900 | 1,271,010 | 213,970 | 176,740 | 148,230 | 154,070 |
| Anda, Inc | 0.67% | 1,758,265 | 589,335 | 495,515 | 46,000 | 94,140 | 59,115 | 143,410 | 206,450 | 86,800 | 37,500 |
| Auburn Pharmaceutical | 0.08% | 209,960 | 59,000 | 1,500 | 11,960 | 9,100 | 8,770 | 18,910 | 16,260 | 48,000 | 36,460 |
| The Harvard Drug Group | 0.05% | 131,600 | 100 | 24,100 | 28,680 | 68,620 | 4,600 | 700 | 4,600 | 200 | 0 |
| River City Pharma | 0.04% | 94,990 | 0 | 1,000 | 0 | 23,400 | 500 | 7,300 | 6,500 | 24,900 | 31,390 |
| American Sales Company | 0.03% | 87,600 | 87,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Henry Schein Inc | 0.03% | 81,170 | 16,000 | 18,000 | 13,700 | 9,700 | 5,355 | 4,255 | 4,795 | 4,945 | 4,420 |
| H. D. Smith | 0.03% | 68,145 | 0 | 0 | 0 | 0 | 11,140 | 23,405 | 33,100 | 0 | 500 |
| PD-Rx Pharmaceuticals Inc | 0.02% | 55,304 | 11,990 | 16,309 | 20,380 | 6,400 | 0 | 0 | 0 | 225 | 0 |
| Associated Pharmacies Inc | 0.01% | 37,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,900 | 17,700 |
| Almac Clinical Services, Inc. | 0.01% | 25,390 | 1,080 | 0 | 0 | 0 | 3,740 | 8,020 | 9,500 | 2,310 | 740 |
| Pharmacy Service Ctr Distr | 0.01% | 21,205 | 2,305 | 3,300 | 1,400 | 1,100 | 2,800 | 3,200 | 3,000 | 2,800 | 1,300 |
| Prescription Supply Inc | 0.01% | 19,300 | 400 | 0 | 0 | 10,000 | 1,000 | 300 | 2,300 | 4,700 | 600 |
| DRs Pharmaceutical Consultants, Inc. | 0.01% | 18,134 | 9,622 | 4,864 | 3,120 | 528 | 0 | 0 | 0 | 0 | 0 |
| KeySource Medical | 0.01% | 16,490 | 0 | 0 | 1,880 | 5,275 | 8,320 | 1,015 | 0 | 0 | 0 |
| Diamond Pharmacy Services | 0.01% | 14,610 | 0 | 0 | 2,190 | 5,220 | 2,430 | 1,680 | 1,590 | 870 | 630 |
| Independent Pharmacy Cooperative | 0.01% | 13,910 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,910 |
| Omnicare Distribution Center LLC | 0.01% | 13,600 | 600 | 100 | 1,400 | 1,200 | 700 | 2,800 | 3,100 | 2,600 | 1,100 |
| MWI Veterinary Supply | 0.00% | 11,130 | 1,400 | 1,100 | 0 | 500 | 1,320 | 2,205 | 2,935 | 910 | 760 |
| Darby Dental Supply, LLC | 0.00% | 8,800 | 1,300 | 1,200 | 600 | 1,500 | 1,100 | 1,000 | 700 | 800 | 600 |
| Rochester Drug Co-Operative Inc | 0.00% | 8,235 | 100 | 120 | 965 | 5,050 | 0 | 2,000 | 0 | 0 | 0 |
| Columbus Serum Co | 0.00% | 7,100 | 2,800 | 4,000 | 0 | 200 | 100 | 0 | 0 | 0 | 0 |
| Moore Medical LLC | 0.00% | 6,700 | 300 | 200 | 100 | 1,100 | 1,300 | 1,100 | 1,100 | 1,000 | 500 |
| Amatheon Inc | 0.00% | 5,780 | 0 | 0 | 225 | 2,070 | 870 | 505 | 635 | 645 | 830 |
| Patterson Logistics Services | 0.00% | 5,435 | 0 | 0 | 0 | 0 | 300 | 1,200 | 700 | 1,715 | 1,520 |
| Fisher Clinical Services Inc | 0.00% | 4,624 | 3,360 | 120 | 0 | 1,144 | 0 | 0 | 0 | 0 | 0 |
| Dispensing Solutions | 0.00% | 4,440 | 0 | 0 | 1,080 | 648 | 1,200 | 1,056 | 456 | 0 | 0 |
| JOM Pharmaceutical Services, Inc. | 0.00% | 3,930 | 0 | 0 | 0 | 0 | 3,930 | 0 | 0 | 0 | 0 |
| Palmetto State Pharma. | 0.00% | 3,500 | 0 | 3,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Penn Veterinary Supply | 0.00% | 3,400 | 700 | 200 | 100 | 600 | 100 | 0 | 0 | 600 | 1,100 |
| PSS World Medical Inc | 0.00% | 3,135 | 435 | 1,505 | 220 | 545 | 390 | 110 | 110 | 0 | 0 |
| Capital Wholesale Drug & Co | 0.00% | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 0 | 0 |
| Expert-Med | 0.00% | 2,500 | 500 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**EXHIBIT** 017
Witness: McCann
Date: May 10, 2019
Amanda Miller CRR