# EXHIBIT 3

**(Egilman Deposition Transcript)**

Highly Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION,                  )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8                       — — —
 9              Friday, April 26, 2019
                         — — —
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11              CONFIDENTIALITY REVIEW
                         — — —
12
13
14
15        Videotaped Deposition of DAVID S.
     EGILMAN, M.D., MPH, held at the Providence
16   Marriott Downtown, 1 Orms Street, Providence,
     Rhode Island, commencing at 9:08 a.m., on the
17   above date, before Debra A. Dibble, Certified
     Court Reporter, Registered Diplomate
18   Reporter, Certified Realtime Captioner,
     Certified Realtime Reporter and Notary
19   Public.
20
                         — — —
21
22
23           GOLKOW LITIGATION SERVICES
          877.370.3377 ph | fax 917.591.5672
24                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           corrected on the record by
 2           Dr. Egilman.
 3                     EXAMINATION
 4    BY MS. FINGER:
 5           Q.    Dr. Egilman, my name is Anna
 6    Finger.  I'm at Locke Lord, and I represent
 7    Henry Schein, Incorporated and Henry Schein
 8    Medical Facility, Incorporated.  I'm going to
 9    refer to them herein as Henry Schein or the
10    Henry Schein defendants.  Is that okay?
11           A.    Sure.
12           Q.    And so you had access to review
13    all documents produced by Henry Schein in
14    this litigation; correct?
15           A.    Right.  I think they came in
16    late, though.  So I didn't have that much
17    time on those documents.
18           Q.    Okay.  But you had access to
19    all of their documents; correct?
20           A.    Right.  At some point in time.
21           Q.    Okay.  And you do not list any
22    opinions in your report that specifically
23    mention Henry Schein; correct?
24           A.    Correct.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    And Henry Schein is not
 2    specifically identified as a member in what
 3    you call "the venture"; correct?
 4          A.    Correct.
 5                MS. FINGER:  That's all I have.
 6          I'll pass the witness.
 7                THE WITNESS:  Great job.
 8                      EXAMINATION
 9    BY MS. SAULINO:
10          Q.    Dr. Egilman, it's Jennifer
11    Saulino for McKesson again.  I'm back.
12          A.    Welcome back.
13          Q.    Thank you.
14                So first, because you've kindly
15    made this offer to us several times, I'd like
16    to ask you, on the record, whether you are
17    willing to sit for additional hours of the
18    deposition so that all of the defendants can
19    have sufficient time to explore your numerous
20    opinions.
21          A.    No.  Unless ordered by the
22    judge.
23          Q.    Okay.  So you are only willing
24    to talk by telephone with us?
```