# EXHIBIT 4

**(Whitelaw Deposition Transcript)**

Highly Confidential - Subject to Further Confidentiality Review

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4                       -  -  -
 5
     IN RE:   NATIONAL         :    HON. DAN A.
 6   PRESCRIPTION OPIATE       :    POLSTER
     LITIGATION                :
 7                             :    MDL NO. 2804
     APPLIES TO ALL CASES      :
 8                             :    CASE NO.
                               :    17-MD-2804
 9                             :
10            - HIGHLY CONFIDENTIAL -
11    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
12                      VOLUME I
13                       -  -  -
14                    May 16, 2019
15                       -  -  -
16              Videotaped deposition of
     DR. SETH B. WHITELAW, taken pursuant to
17   notice, was held at the offices of Golkow
     Litigation Services, One Liberty Place,
18   1650 Market Street, Philadelphia,
     Pennsylvania beginning at 9:18 a.m., on
19   the above date, before Michelle L. Gray,
     a Registered Professional Reporter,
20   Certified Shorthand Reporter, Certified
     Realtime Reporter, and Notary Public.
21
                         -  -  -
22

              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            new developments that are relevant
 2            to the work that I've already
 3            done, so...
 4   BY MR. EPPICH:
 5        Q.   But these reports express --
 6   represent your complete set of opinions
 7   in this case; is that true?
 8        A.   At this moment in time, as
 9   you'll notice in my original report, I
10   reserve the right to supplement the
11   report should new and additional
12   information come to light that's relevant
13   to the work that I've done.
14        Q.   Do you have any changes to
15   make to either of your reports sitting
16   here today?
17        A.   Not that I can think of.
18        Q.   You still hold all of the
19   opinions expressed in these reports?
20        A.   Yes, sir, I do.
21        Q.   In writing your report, did
22   you report -- did you write the first
23   draft of your report?
24        A.   Chris, I wrote every draft
```