# EXHIBIT 1

## Henry Schein, Inc. Data taken from ARCOS Opioid Transactions[1]
*Summit County, OH, 2006-2014*

| Reporter Name | Buyer Name | Drug Name | Transaction Date | Dosage Unit | MME | Buyer Name | Drug Name | Transaction Date | Dosage Unit | MME |
|---|---|---|---|---|---|---|---|---|---|---|
| Henry Schein Inc. | Berman, Andrew N | Fentanyl | 3/21/2012 | 0 | 2,500 | Harper, Adolph Jr | Hydrocodone | 8/22/2006 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 2/1/2006 | 200 | 1,211 | Harper, Adolph Jr | Hydrocodone | 9/18/2006 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 3/1/2006 | 200 | 1,211 | Harper, Adolph Jr | Hydrocodone | 10/10/2006 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 4/3/2006 | 200 | 1,211 | Harper, Adolph Jr | Hydrocodone | 11/10/2006 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 5/4/2006 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 12/5/2006 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 7/11/2006 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 1/8/2007 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 9/8/2006 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 2/9/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 11/2/2006 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 3/19/2007 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 1/17/2007 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 4/17/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 3/22/2007 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 5/29/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 2/27/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 7/3/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 4/8/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 8/9/2007 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 5/1/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 8/27/2007 | 500 | 2,270 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 6/2/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 9/13/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 6/26/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 10/9/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 7/23/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 11/19/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 8/18/2008 | 200 | 1,211 | Harper, Adolph Jr | Hydrocodone | 12/28/2007 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 8/27/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 2/13/2008 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 9/15/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 4/28/2008 | 500 | 2,270 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 10/6/2008 | 1,000 | 6,054 | Harper, Adolph Jr | Hydrocodone | 6/2/2008 | 1,000 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 12/10/2008 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 8/20/2008 | 1,500 | 4,541 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 1/9/2009 | 1,000 | 6,054 | Harper, Adolph Jr | Hydrocodone | 10/16/2008 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 3/3/2009 | 1,000 | 6,054 | Harper, Adolph Jr | Hydrocodone | 12/5/2008 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 4/10/2009 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 1/14/2009 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 5/5/2009 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 2/25/2009 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 6/8/2009 | 500 | 3,027 | Harper, Adolph Jr | Hydrocodone | 4/7/2009 | 1,500 | 6,811 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 6/26/2009 | 500 | 3,027 | Hutzler, John Nelson Jr | Hydrocodone | 10/28/2008 | 100 | 303 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 7/20/2009 | 500 | 3,027 | Jones, Robert | Hydrocodone | 3/3/2006 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 8/26/2009 | 200 | 1,211 | Jones, Robert | Hydrocodone | 5/19/2006 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 9/14/2009 | 200 | 1,211 | Jones, Robert | Hydrocodone | 7/28/2006 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 11/3/2010 | 200 | 1,211 | Jones, Robert | Hydrocodone | 9/7/2006 | 100 | 454 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 12/3/2010 | 200 | 1,211 | Jones, Robert | Hydrocodone | 11/15/2006 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 1/3/2011 | 200 | 1,211 | Jones, Robert | Hydrocodone | 1/17/2007 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 1/25/2011 | 200 | 1,211 | Jones, Robert | Hydrocodone | 4/3/2007 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 2/14/2011 | 200 | 1,211 | Jones, Robert | Hydrocodone | 6/6/2007 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 3/4/2011 | 100 | 605 | Jones, Robert | Hydrocodone | 8/16/2007 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 3/4/2011 | 100 | 605 | Jones, Robert | Hydrocodone | 11/2/2007 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 4/1/2011 | 200 | 1,211 | Jones, Robert | Hydrocodone | 1/22/2008 | 100 | 605 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 7/5/2011 | 200 | 1,211 | Klespies, Richard M | Codeine | 12/14/2007 | 100 | 663 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 8/2/2011 | 200 | 1,211 | Marshall, Edward | Meperidine | 4/11/2012 | 0 | 436 |
| Henry Schein Inc. | Classen, Gregory T | Hydrocodone | 9/12/2011 | 200 | 1,211 | Nirmal, Nithin K | Fentanyl | 11/12/2013 | 0 | 100 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 5/2/2006 | 100 | 454 | Ohio Women's Center | Meperidine | 4/18/2006 | 0 | 523 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 8/30/2006 | 100 | 454 | Okezie, Chimere | Fentanyl | 11/16/2012 | 0 | 1,250 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 12/28/2006 | 100 | 454 | Okezie, Chimere | Fentanyl | 11/16/2012 | 0 | 500 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 6/11/2007 | 100 | 454 | Okezie, Chimere | Meperidine | 11/16/2012 | 0 | 218 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 11/19/2007 | 100 | 454 | Petry, Loren Michael | Meperidine | 10/17/2006 | 100 | 436 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 5/22/2008 | 100 | 454 | Raymond, Loren A | Hydrocodone | 5/9/2006 | 500 | 1,514 |
| Henry Schein Inc. | Demos, John | Hydrocodone | 3/5/2009 | 100 | 454 | Raymond, Loren A | Hydrocodone | 8/31/2007 | 500 | 1,514 |
| Henry Schein Inc. | Droba, Gregory T | Codeine | 6/18/2007 | 100 | 332 | Sands, Larry Dale | Hydrocodone | 8/28/2007 | 100 | 303 |
| Henry Schein Inc. | Gair, Stuart B | Hydrocodone | 6/24/2011 | 100 | 303 | Shaffer, Patrick Jan | Hydrocodone | 8/20/2009 | 100 | 454 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 1/27/2006 | 1,000 | 4,541 | Solooki, John | Fentanyl | 3/12/2012 | 0 | 250 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 2/24/2006 | 1,000 | 4,541 | Solooki, John | Fentanyl | 3/8/2013 | 0 | 100 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 3/13/2006 | 500 | 2,270 | Wallace, Sherrie Sharlina | Meperidine | 11/17/2009 | 0 | 131 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 4/10/2006 | 1,000 | 4,541 | Wallace, Sherrie Sharlina | Meperidine | 5/19/2011 | 0 | 131 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 5/8/2006 | 1,000 | 4,541 | Wallace, Sherrie Sharlina | Meperidine | 6/18/2013 | 0 | 131 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 6/7/2006 | 1,000 | 4,541 | Woodruff, Todd E | Codeine | 9/24/2008 | 200 | 1,326 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 6/23/2006 | 500 | 2,270 | Woolard, Joan | Codeine | 5/7/2009 | 100 | 332 |
| Henry Schein Inc. | Harper, Adolph Jr | Hydrocodone | 7/26/2006 | 1,000 | 4,541 | | | | | |

[1] The data in the table is derived from Dr. McCann's voluminous ARCOS output file (HSI.xlsx). For the convenience of the Court and in accordance with Federal Rules of Evidence 1006, Henry Schein submits this summary in lieu of that voluminous spreadsheet.