# EXHIBIT 6

Address Number: <u>2568231</u> Heim, Brian
Document Name: _____    F2 - Hide Comments

| Doc Typ | Creation User | Date | User Entered Comment | Status |
|---|---|---|---|---|
| SOM | SABREU | 08/30/12 | HS ON FILE. | AVL |
|  | PHALL | 03/01/12 | WITHIN SCOPE/LTR HS |  |
| TDD | DHAGAN | 01/10/12 | W/IV S/A#021736100 X12/12 TC3 | AVL |
|  | PHALL | 10/24/11 | WITHIN SCOPE/HS LTR ON FILE |  |
| SOM | THARR2 | 08/17/11 | RCVD HS LETTER--APPROVED | AVL |
|  | BMIL02 | 06/10/11 | W/TP.WEB S/A X10/13 HEIM |  |
| TDD | BMIL02 | 06/03/11 | W/IV 021736100 S/A X12/11 | AVL |
| STL | BMIL02 | 06/03/11 | W/MP L#35.071122 S/A X10/1/12 | AVL |

Reel Frame   Date   Comment Line                    Entered By  Date Ent

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**           HSI-MDL-00001198

Supplemental Data - Narrative          Search Type .    SOM
                                        Type Data. . .   CS
                        10273894        Eff Date 083012
Action Code. . I                                         O
Address Number _____ 2568231 Heim, Brian             P
                                                         _
approved to purchase Testosterone, will continue to notify DEA if orders.

      Opt:    1=Insert Line    9=Delete Line        F24=More Keys

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HSI-MDL-00001199

Type Data. . . CS
Eff Date 011012

Supplemental Data

12002177

Action Code. . I
Address Number _____ 2568231 Heim, Brian                                  O
                                                                              P
Responsible Party: BRIAN HEIM MD                                             —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —
                                                                              —

Opt:    1=Insert Line    9=Delete Line        F24=More Keys

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HSI-MDL-00001200

Supplemental Directive. Type Data. . . . CS
Eff Date 081711

14004837

Action Code. . I                                                                          O
Address Number  _____ 2568231 Heim, Brian                                             P
                                                                                          —

heim approved for controls _____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —
_____  —

     Opt:    1=Insert Line    9=Delete Line          F24=More Keys

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    HSI-MDL-00001201

```
                                    17342282                      Type Data. . . CS
                                                                  Eff Date 060311
Action Code. . I
Address Number  _____ 2568231  Heim, Brian                                    O
                                                                                  P
cat 3 responsible party Brian Heim MD                                             —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —
_____   —


        Opt:    1=Insert Line    9=Delete Line        F24=More Keys
```

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**      HSI-MDL-00001202

```
                              10525536                    Type Data. . . CS
                                                          Eff Date 060311
Action Code. . I
Address Number  _____ 2568231 Heim, Brian                        O
                                                                        P
solo heim                                                          ____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —
_____ —

      Opt:    1=Insert Line    9=Delete Line        F24=More Keys
```

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**        HSI-MDL-00001203

Supplemental Data
Customers

Type Data. . . DN

Action Code. . I                                                      O
Address Number _____ 2568231 Heim, Brian                         P

8/23/12-as per shaun to eml the dr a new quest- sent  3306684747 PH   _
8/24/12 recieved completed questionnaire placed in bin to be approved fdu6376
8/25 gave to shaun  th                                                _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _
                                                                      _

                      F24=More Keys

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              HSI-MDL-00001204



Aug. 24. 2012  9:42AM                                                No. 3241   P. 1/2

LICENSE VERIFICATION DEPARTMENT
PHONE: (800) 472-4346 Ext. 5025
FAX:     (631) 843-5390

Date: August 23, 2012   Account: 2568231

Brian Heim
3562 Ridge Park Dr Ste A
Akron          OH US 44333

Dear Dr. Brian Heim ,

Henry Schein, Inc. is required as a distributor of controlled substances and list one chemicals to "Know Our Customer," based on Federal DEA regulations. The information you provide will assist us in our regular and ongoing review process, and help expedite the release of your current and future controlled substance orders.

1.  Please describe your practice type: ☐ Large Group  ☒ Solo practice  ☐ Other list_____
2.  Website (if any) _____
3.  What is your licensed specialty? FAMILY PRACTICE ____ / Current practice specialty? FAMILY PRACTICE
4.  Is the practice owned by a licensed practitioner? Yes ☒ No ☐  (If no please provide owners name and occupation)
    _____
5.  Is the above listed address your: Home ☐ Office ☒ or Both ☐ ?
6.  If it's your home address, please list practice address. _____
7.  Business phone number. Land line (330) 668-7878  Fax Line (330) 668-4747  Cell ( )_____
8.  Number of Practitioners in this office? _O_ PA's _O_ NP's ____ Other (list)_____
9.  Do you have an onsite dispensary? Yes ☐ No ☒
10. Do you accept insurance? Yes ☒ No ☐ , % of patients who pay with cash/credit/check? _8_ %
11. Do you have controls to ensure only authorized employees are able to order and receive controlled substances? Yes ☒ No ☐
    If No, please explain: _____
12. Days /Hours of operation: M-F  8-5
13. Do you order controlled substances for multiple locations? Yes ☐ No ☒  (If yes, please provide list of locations)
14. Approximately, how many patients does each practitioner see daily? 25 . What percentage of patients are from out of state
    _O_ %
14b. Please circle the approximate % of patients that leave your office with controlled substances daily?
    0%, (10%) 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90%, 100%
14c. Please circle the approximate % of patients you administer controlled substances to daily?
    0% (10%), 20%, 30%, 40%, 50%, 60%, 70%, 80%, 90%, 100%
15. Do you use any of the controlled drug items you order to treat family members or friends? Yes ☐ No ☒ If Yes, are you their
    primary care physician? Yes ☐ No ☐. Please explain in detail: _____
    _____
16. Do you use any of the controlled drug items you order for your own personal use? Yes ☐ No ☒ If Yes, are you filling a prescription
    from your personal physician? Yes ☐ No ☐. Please explain: _____
    _____

Henry Schein, Inc., 135 Duryea Road, Melville, NY 11747

ISO REGISTERED

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HSI-MDL-00001205

Aug. 24. 2012  9:42AM                                         No. 3241   P. 2/2

# HENRY SCHEIN®

17. Please list all the controlled substances you intend to order from Henry Schein, Inc. For each controlled substance, please list the expected quantity, expected frequency, and the conditions that the product(s) are being used to treat. This information will be used to expedite the shipment of your current and future controlled substance orders. Please see the below example we provided to assist you in filling out this critical information.

| Product/Drug Name | Expected Order Quantities | Expected Order Frequency, i.e. Monthly, Quarterly, etc. | Please List the Conditions the Products are being used to Treat |
|---|---|---|---|
| *Example-* Alprazolam | *Example-* 1 Bottle 100 count | *Example-* Monthly | *Example-* Anxiety disorder |
| TESTOSTERONE | 4 VIALS | MONTHLY | HYPOGONADISM |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BRIAN HEIM MD              AH7542283              35-07-1122          *Brian Heim MD*          8/24/12
Doctor Name (Print)        DEA Number          State License Number      Doctor Signature        Date

2

Henry Schein, Inc., 135 Duryea Road, Melville, NY 11747


ISO REGISTERED

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HSI-MDL-00001206

Contact View Screen



### Name and Address [back]

| Name | COPLEY PRIMARY CARE, LLC |
|---|---|
| Public Address | 3562 RIDGE PARK DRIVE, SUITE A<br>AKRON, OH 44333 |
| Business Phone | (330) 668-7878 |
| County | Summit |

### License and Registration Information

| License | First Issue Date | Current Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| PC.021736100-03 | 08/07/2007 | 01/01/2012 | 12/31/2012 | ACTIVE |

License Type: Practitioner Corporation - Category Three
Responsible Party: BRIAN HEIM MD

### Formal Action Information

No formal action exists.

This data is an accurate representation of information currently maintained by the Ohio State Board of Pharmacy as of 1/10/2012.

This secure online license verification system conforms with The Joint Commission's current policy on "Primary Source Verification".

This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HSI-MDL-00001207



# HENRY SCHEIN®

LICENSE VERIFICATION DEPARTMENT
PHONE: (800) 472-4346 Ext. 5137
FAX:    (631) 843-5390

Date: Aug 17,2011   Account: 2568231

Brian Heim
3562 Ridge Park Dr Ste A
Akron OH 443339294

Dear Dr. Heim,
As a prudent healthcare distributor, Henry Schein Inc. regularly monitors its customer's orders of controlled substances, Rx items, and List One Chemicals. In this regular and ongoing review process, your recent order has come to our attention. **Consequently, before we release this order, we will need this questionnaire filled out in its entirety and returned to the License Verification Department.**

1.  Please describe your practice type:    Large Group   X Solo practice    Other list _____

2.  Website (if any) _____

3.  What is your licensed specialty? FAMILY PRACTICE ___ / Current practice specialty? _____

4.  Is the practice owned by a licensed practitioner? Yes X  No____ (If no please provide owners name and occupation)
    _____

5.  Is the above listed address your office address or home address? OFFICE _____

6.  If it's your home address, please list practice address. _____

7.  Business phone number. Land line (330) 668-7878  Fax Line (330) 668-4747 ___ Cell ( )_____

8.  Number of Practitioners in this office? 1 , PA's____ Other please list _____

9.  Do you have an onsite dispensary? Yes X  No____

10. Do you accept insurance? Yes X  No____, % of patients who pay with cash/credit/check? 30  %

11. Days /Hours of operation: M - TH · 8-5   F 8-2 _____

12. Do you order controlled substances for multiple locations? Yes____ No X (If yes, please provide list of locations)

13. Please list the control substances and estimated amounts you intend to order from Henry Schein, Inc.
    TESTOSTERONE,   VICODIN ~ AMOUNT VARIES
    2 VIALS TESTOSTERONE,   1 BOTTLE VICODIN EVERY 4-6 MONTHS

14. Please indicate the expected frequency of your orders for controlled substances. EVERY 6-8 WKS

15. Please list the conditions that the controlled substances are being used to treat? ACUTE MUSCULOSKELETAL
    PAIN, HYPOGONADISM

16. How many patients does each practitioner see daily? 30 , Percent of patients from out of state 6  %

17. Out of those patients what percentage do you dispense (Patients leave office with drug supply) controlled substances to?
    5-10 , Administer (In office use only) to? 0

18. Do you use any of the control drug items you order to self medicate? Yes____ No X
    ➢ If Yes, please explain: _____

BRIAN HEIM MD         BH7542283         35-07-1122         _Brian Heim MD_
Doctor Name (Print)      DEA Number        State License Number       Doctor Signature

We appreciate your cooperation.

_____
Henry Schein, Inc., 135 Duryea Road, Melville, NY 11747

IBO REGISTERED

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HSI-MDL-00001208

Contact View Screen



## Name and Address

| Name | COPLEY PRIMARY CARE, LLC |
|---|---|
| Public Address | 3562 RIDGE PARK DRIVE, SUITE A<br>AKRON, OH 44333 |
| Business Phone | (330) 668-7878 |
| County | Summit |

## License and Registration Information

| License | First Issue Date | Current Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| PC.021736100-03 | 08/07/2007 | 01/01/2011 | 12/31/2011 | ACTIVE |

License Type: Practitioner Corporation - Category Three
Responsible Party: BRIAN HEIM MD

## Formal Action Information

No formal action exists.

This data is an accurate representation of information currently maintained by the Ohio State Board of Pharmacy as of 6/3/2011.

This secure online license verification system conforms with The Joint Commission's current policy on "Primary Source Verification".

This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    HSI-MDL-00001209

## MedProID - State License Detail 

| | | |
|---|---|---|
| Report Date | : | 6/3/2011 10:51:41 AM (EST) |
| WebID User | : | HENRYSCHEIN08 |

─────────────── **SLN Information** ───────────────

| | | |
|---|---|---|
| Name | : | Brian David Heim |
| Address | : | 3562 Ridge Park Drive - Suite #A |
| City/State/Zip | : | Akron OH, 44333 |
| | | |
| License State | : | OH - Ohio |
| License # | : | 35.071122 |
| License Expires | : | 10/01/2012 |
| Status | : | Active |
| | | |
| Prof Designation | : | Doctor of Medicine |
| - Certification Code | : | MD |
| - Description | : | MEDICAL DOCTOR |
| - Specialty | : | Family Practice/Obstetrics & Gynecology |
| Disciplinary Action | : | YES |

─────────────── **DEA Information** ───────────────

| | | |
|---|---|---|
| Name | : | Brian D Heim MD |
| Address | : | 3562 Ridge Park Drive |
| | | Suite A |
| City/State/Zip | : | Akron, OH 44333 |
| | | |
| DEA State | : | OH - Ohio |
| DEA # | : | BH7542283 |
| Status | : | Active |
| DEA # Expires | : | 10/31/2013 |
| Business Activity Code | : | Practitioner |
| Drug Schedule | : | 22N 33N 4 5 |

─────────────── **NPI Information** ───────────────

| | | |
|---|---|---|
| Name | : | Brian D Heim MD |
| | | |
| Mailing Address | : | 3562 Ridge Park Dr |
| | | Suite A |
| City/State/Zip | : | Akron, OH 44333 |
| Phone # | : | (330)668-7878 |
| Fax # | : | (330)668-4747 |
| | | |
| Practice Address | : | 3562 Ridge Park Dr |
| | | Suite A |
| City/State/Zip | : | Akron, OH 44333 |
| Phone # | : | (330)668-7878 |
| Fax # | : | (330)668-4747 |
| | | |
| NPI # | : | 1619952561 |
| NPI State | : | OH - Ohio |
| NPI Provided Status | : | NPI-Active |
| NPI Taxonomy | : | 207Q00000X - Family Medicine |
| NPI Provided State License # | : | 35071122 |
| Gender | : | Male |
| Enumeration Date | : | 12/14/2005 |
| Last Update Date | : | 10/21/2008 |

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**          HSI-MDL-00001210