UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Track One Cases* | ) ) ) Judge Dan A. Polster ) ) |

NOTICE OF FILING OF UNREDACTED AND/OR LESS REDACTED
HBC SERVICE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant HBC Service Company ("HBC") hereby provides notice of, and files into the public record, the attached unredacted and/or less redacted pre-trial brief and exhibits. Pursuant to the Order Regarding Redacting and Sealing of Documents (ECF No. 2909), various confidentiality rulings, meet and confers between Plaintiffs, Defendants, and Third Parties, and/or the resulting withdrawal of confidentiality designations, the attached previously redacted materials are hereby publicly filed in unredacted or less redacted form.  For tracking and/or cross-referencing purposes, the chart below lists ECF numbers for prior filings, and the prior and present state of redactions.

| Document Title | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|
| HBC Service Company's Motion for Summary Judgment | 1759 1912 1923 | No | No |
| Brief in Support of HBC Service Company's Motion for Summary Judgment | 1759 1912-1 1923-1 | Yes | No |
| [Proposed] Order Granting HBC Service Company's Motion for Summary Judgment | 1759 1912-31 1923-2 | No | No |

A1444162.1

| Document Title | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|
| Declaration of Joshua A. Kobrin in Support Service Company's Motion for Summary Judgment | 1759 1912-2 1923-3 | No | No |
| Exhibit 1 – Excerpts from Durr Deposition Transcript | 1759 1912-3 1923-4 | No | No |
| Exhibit 2 – Excerpts from Greimel Expert Report | 1759 1912-4 1923-5 | No | No |
| Exhibit 3 – Excerpts from Prevosznik Deposition Transcript | 1759 1912-5 1923-6 | No | No |
| Exhibit 4 – Excerpts from Ashley Deposition Transcript | 1759 1912-6 1923-7 | No | No |
| Exhibit 5 – Excerpts from Carlson Deposition Transcript | 1759 1912-7 1923-8 | No | No |
| Exhibit 6 – HBC Operations and Procedures | 1759 1912-8 1923-9 | No | No |
| Exhibit 7 – Excerpts from Rogos Deposition Transcript | 1759 1912-9 1923-10 | No | No |
| Exhibit 8 – Excerpts from Tsipakis Deposition Transcript | 1759 1912-10 1923-11 | Yes | No |
| Exhibit 9 – Excerpts from Millward Deposition Transcript | 1759 1912-11 1923-12 | No | No |
| Exhibit 10 – Excerpts from Bencivengo Deposition Transcript | 1759 1912-12 1923-13 | No | No |
| Exhibit 11 – Excerpts from Kinsey Deposition Transcript | 1759 1912-13 1923-14 | No | No |
| Exhibit 12 – Excerpts from Kinsey Expert Report | 1759 1912-14 1923-15 | Yes | No |
| Exhibit 13 – Controlled Substance Dispensing Guideline | 1759 1912-15 1923-16 | No | No |
| Exhibit 14 – Excerpts from Mollica Deposition Transcript | 1759 1912-16 1923-17 | No | No |

| Document Title | Prior Public ECF Nos. | Prior Redactions | Current Redactions |
|---|---|---|---|
| Exhibit 15 – Pharmacist's Manual | 1759<br>1912-17<br>1923-18 | No | No |
| Exhibit 16 – Excerpts from Chunderlik Deposition Transcript | 1759<br>1912-18<br>1923-19 | No | No |
| Exhibit 17 – Excerpts from Heiser Deposition Transcript | 1759<br>1912-19<br>1923-20 | No | No |
| Exhibit 18 – Excerpts from McClune Deposition Transcript | 1759<br>1912-20<br>1923-21 | No | No |
| Exhibit 19 – Excerpts from Wright Deposition Transcript | 1759<br>1912-21<br>1923-22 | No | No |
| Exhibit 20 – Excerpts from Rannazzisi Deposition Transcript | 1759<br>1912-22<br>1923-23 | No | No |
| Exhibit 21 – Excerpts from Tommasi Deposition Transcript | 1759<br>1912-23<br>1923-24 | No | No |
| Exhibit 22 – Excerpts from McCann Expert Reports | 1759<br>1912-24<br>1923-25 | Yes | No |
| Exhibit 23 – Exhibit 8 to Harper-Avilla Deposition Transcript | 1759<br>1912-25<br>1923-26 | No | No |
| Exhibit 24 – Excerpts from Harper-Avilla Deposition Transcript | 1759<br>1912-26<br>1923-27 | No | No |
| Exhibit 25 – Excerpts from McCann Deposition Transcript | 1759<br>1912-27<br>1923-28 | No | No |
| Exhibit 26 – Excerpts from Whilelaw Expert Report | 1759<br>1912-28<br>1923-29 | No | No |
| Exhibit 27 – Declaration of McClune | 1759<br>1912-29<br>1923-30 | No | No |
| Exhibit 28 - Excerpts from Rafalski Expert Report | 1759<br>1912-30<br>1923-31 | No | No |

| | |
|---|---|
| Date:  January 31, 2020 | Respectfully submitted, |

                                                            */s/ Robert M. Barnes*
Robert M. Barnes
rbarnes@marcus-shapira.com
Joshua A. Kobrin
kobrin@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758

*Counsel for Defendant HBC Service Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2020, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Robert M. Barnes*
Robert M. Barnes

A1444162.1